UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No.: 17cv121-JAH (MSB)<br><br>**ORDER (1) GRANTING JOINT MOTION FOR APPROVAL OF PROTECTIVE ORDER WITH MODIFICATION AND (2) APPROVING STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION AND RELATED DISCOVERY MATTERS [ECF NO. 78]** |

On May 29, 2019, Defendants and Lead Plaintiffs filed a joint motion asking the Court to enter their Protective Order Governing Confidential Material and Stipulated Order Re: Discovery of Electronically Stored Information and Related Discovery Matters [ECF No. 78].

The Court has considered the proposed Protective Order Governing Confidential Material [ECF NO. 78-1] and, for good cause shown, **GRANTS** the joint motion to enter the protective order with the following modification:

///

1. The last sentence of paragraph 13.5 is modified to read: "The Court will retain jurisdiction over any and all disputes arising under this Protective Order for a period of **one (1) year** after the Final Disposition of the case."

The Court has considered the Stipulated Order Re: Discovery of Electronically Stored Information and Related Discovery Matters [ECF No. 78-2] and, for good cause shown, **GRANTS** the joint motion and **APPROVES** the stipulation without modification.

**IT IS SO ORDERED.**

Dated: May 29, 2019

_____
Honorable Michael S. Berg
United States Magistrate Judge