COOLEY LLP
Steven M. Strauss (99153) (sms@cooley.com)
Koji F. Fukumura (189719) (kfukumura@cooley.com)
Peter M. Adams (243926) (padams@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Tel:  (858) 550-6000
Fax:  (858) 550-6420

CRAVATH, SWAINE & MOORE LLP
Rachel G. Skaistis (*pro hac vice*)
(rskaistis@cravath.com)
825 Eighth Avenue
New York, NY  10019
Tel:  (212) 474-1000
Fax:  (212) 474-3700

*Attorneys for Defendants Qualcomm Incorporated, Derek A. Aberle, Steven R. Altman, William F. Davidson, Paul E. Jacobs, Steven M. Mollenkopf and Donald J. Rosenberg*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  QUALCOMM INCORPORATED SECURTIES LITIGATION | Case No.  3:17-cv-00121-BEN-MSB<br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS** |

1    PLEASE TAKE NOTICE that Stephen Richards of the law firm Cooley LLP, who is registered for CM/ECF and admitted to the Southern District of California, enters his appearance as counsel of record on behalf of Defendants Qualcomm Incorporated, Derek A. Aberle, Steven R. Altman, William F. Davidson, Paul E. Jacobs, Steven M. Mollenkopf and Donald J. Rosenberg in the above-captioned matter.  Effective immediately, please add Stephen Richards as an attorney to be noticed on all matters at the following address:

Stephen Richards
COOLEY LLP
4401 Eastgate Mall
San Diego, CA  92121
Telephone:  (858) 550-6000
Facsimile:   (858) 550-6420
Email: srichards@cooley.com

Dated: August 22, 2019          COOLEY LLP

          */s/ Stephen Richards*
          Stephen Richards

          Email: srichards@cooley.com
          *Attorneys for Defendants Qualcomm Incorporated, Derek A. Aberle, Steven R. Altman, William F. Davidson, Paul E. Jacobs, Steven M. Mollenkopf and Donald J. Rosenberg*

210194883