UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Qualcomm Incorporated Securities Litigation, | Case No.: 17-CV-121 TWR (MSB)<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**<br><br>(ECF No. 179) |

Presently before the Court is Defendants' *Ex Parte* Motion for Leave to File Supplemental Authority ("*Ex Parte* Mot.," ECF No. 179.)  Good cause appearing, the Court **GRANTS** Defendants' *Ex Parte* Motion.  Pursuant to the undersigned's Civil Standing Order, Defendants **MAY FILE** their notice of supplemental authority without legal argument within three (3) days of the electronic docketing of this Order.

**IT IS SO ORDERED.**

Dated:  February 26, 2021

_____
Honorable Todd W. Robinson
United States District Court