**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
RICHARD D. GLUCK (Bar No. 151675)
rich.gluck@blbglaw.com
LAUREN M. CRUZ (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

**MOTLEY RICE LLC**
GREGG S. LEVIN (*pro hac vice*)
glevin@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000

*Counsel for Lead Plaintiffs and
Lead Counsel for the Class*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Master File No. 3:17-cv-00121-JO-MSB<br><br>**LEAD PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. Jinsook Ohta<br>Hearing Date: February 2, 2022<br>Time: 9:30 A.M.<br>Courtroom: 4C |

TO THE COURT AND THE PARTIES:

PLEASE TAKE NOTICE that on October 8, 2020, the United States Court of Appeals for the Ninth Circuit issued an opinion in *In re BofI Holding, Inc. Securities Litigation*, 977 F.3d 781 (9th Cir. 2020), *cert. denied sub nom. BofI Holding, Inc. v. Houston Mun. Emps. Pension Sys.*, 142 S. Ct. 71 (2021), reversing and remanding the district court's decision in *In re BofI Holding, Inc. Securities Litigation*, 302 F. Supp.3d 1128 (S.D. Cal. 2018). On November 3, 2020, the Ninth Circuit issued an opinion in *Grigsby v. BofI Holding, Inc.*, 979 F.3d 1198 (9th Cir. 2020), reversing in part and remanding the district court's decision in *Mandalevy v. BofI Holding, Inc.*, 2018 WL 6436723 (S.D. Cal. Dec. 7, 2018). Defendants cited the district court's loss causation analysis in the *BofI* matter in their briefs in support of their pending motion for judgment on the pleadings, which is set to be heard on February 2, 2022. *See* Dkt. No. 143-1, at 9, 16; Dkt. No. 155, at 3, 5.

A true and correct copy of the Ninth Circuit's opinions are attached hereto as **Exhibit A** and **Exhibit B**.

Respectfully submitted,

Dated: January 27, 2022

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER

Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Richard D. Gluck (Bar No. 151675)
rich.gluck@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

-and-

Salvatore J. Graziano (*pro hac vice*)
salvatore@blbglaw.com
Jeroen van Kwawegen
jeroen@blbglaw.com
Rebecca Boon (*pro hac vice*)
rebecca.boon@blbglaw.com
Kate Aufses (*pro hac vice*)
kate.aufses@blbglaw.com
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Tel:  (212) 554-1400
Fax:  (212) 554-1444

**MOTLEY RICE LLC**
Gregg S. Levin (*pro hac vice*)
glevin@motleyrice.com
Meghan Oliver (*pro hac vice*)
moliver@motleyrice.com
Bill Norton (*pro hac vice*)
bnorton@motleyrice.com
Christopher Moriarty (*pro hac vice*)
cmoriarty@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450

-and-

William H. Narwold (*pro hac vice*)
bnarwold@motleyrice.com
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103


*Counsel for Lead Plaintiffs Sjunde AP-Fonden and Metzler Asset Management GmbH, and Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2022, the foregoing document was served on counsel for Defendants in the above-captioned action. Executed on January 27, 2022, at Los Angeles, California.

>                 */s/ Jonathan D. Uslaner*
>                 JONATHAN D. USLANER