UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No.: 17-CV-121-JO-MSB<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
|---|---|

Defendants Qualcomm Incorporated, Derek K. Aberle, Steven R. Altman, William F. Davidson, Paul E. Jacobs, Steven M. Mollenkopf, and Donald J. Rosenburg filed a motion for judgment on the pleadings. The Court held oral argument on the motion on February 2, 2022. For the reasons stated on the record at the oral argument, the Court hereby DENIES the motion [Dkt. 143].

**IT IS SO ORDERED.**

Dated: February 3, 2022

Hon. Jinsook Ohta
United States District Court