1 | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2 | Jonathan D. Uslaner (256898)
jonathanu@blbglaw.com
3 | Richard D. Gluck (151675)
rich.gluck@blbglaw.com
4 | 2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
5 | Tel: (310) 819-3470

6 | **MOTLEY RICE LLC**
Gregg S. Levin (*pro hac vice*)
7 | glevin@motleyrice.com
28 Bridgeside Blvd.
8 | Mount Pleasant, SC 29464
Tel: (843) 216-9000
9 |
10 | Attorneys for Lead Plaintiffs and Lead Counsel for the Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | No. 3:17-cv-00121-JO-MSB<br><br>**NOTICE OF MOTION AND MOTION *IN LIMINE* RE: ADMISSIBILITY OF TESTIMONY IN THE *FTC ACTION***<br><br>Judge: Hon. Jinsook Ohta<br>Date: July 20, 2022<br>Time: 9:00 a.m.<br>Courtroom: 4C<br><br>No oral argument unless requested by the Court |
|---|---|

NOTICE OF MOTION                                                                                              CASE NO. 3:17-CV-00121-JO-MSB

# NOTICE OF MOTION

**To:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on July 20, 2022 at 9:00 a.m. in the Courtroom of the Honorable Jinsook Ohta, Sjunde AP-Fonden ("AP7") and Metzler Asset Management GmbH ("Metzler," and together with AP7, "Lead Plaintiffs") shall and hereby do respectfully move this Court pursuant to Federal Rule of Evidence 804 and Federal Rule of Civil Procedure 32 for an order clarifying that Lead Plaintiffs may use non-party testimony taken in *FTC v. Qualcomm Inc.*, Civ. No. 5:17-cv-00220 (N.D. Cal.) as if taken in this Action.

This motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities in support thereof; the accompanying Declaration of Jonathan D. Uslaner and all exhibits attached thereto; and the papers and pleadings filed in this Action. No oral argument will take place unless specifically requested by the Court.

Dated:  April 18, 2022

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ Jonathan D. Uslaner*

Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Richard D. Gluck (Bar No. 151675)
rich.gluck@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

-and-

Salvatore Graziano (*Pro Hac Vice*)
salvatore@blbglaw.com

| | |
|---|---|
| 1 | Jeroen Van Kwawegen (*Pro Hac Vice*) |
| 2 | jeroen@blbglaw.com |
| | Rebecca E. Boon (*Pro Hac Vice*) |
| 3 | rebecca.boon@blbglaw.com |
| 4 | Kate W. Aufses (*Pro Hac Vice*) |
| | kate.aufses@blbglaw.com |
| 5 | 1251 Avenue of the Americas, 44th Floor |
| 6 | New York, NY 10020 |
| | Tel: (212) 554-1400 |
| 7 | Fax: (212) 554-1444 |
| 8 | |
| | **MOTLEY RICE LLC** |
| 9 | Gregg S. Levin (*Pro Hac Vice*) |
| 10 | glevin@motleyrice.com |
| | William S. Norton (*Pro Hac Vice*) |
| 11 | bnorton@motleyrice.com |
| 12 | Meghan Oliver (*Pro Hac Vice*) |
| | moliver@motleyrice.com |
| 13 | Christopher F. Moriarty (*Pro Hac Vice*) |
| 14 | cmoriarty@motleyrice.com |
| | 28 Bridgeside Blvd. |
| 15 | Mount Pleasant, SC 29464 |
| 16 | Tel: (843) 216-9000 |
| | Fax: (843) 216-9450 |
| 17 | -and- |
| 18 | William H. Narwold (*Pro Hac Vice*) |
| | bnarwold@motleyrice.com |
| 19 | One Corporate Center |
| 20 | 20 Church Street, 17th Floor |
| | Hartford, CT 06103 |
| 21 | |
| 22 | *Counsel for Lead Plaintiffs Sjunde AP-Fonden and M* |
| | *GmbH, and Lead Counsel for the Class* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2022, the foregoing document was served on counsel for Defendants in the above-captioned action.

Executed on April 18, 2022, at Los Angeles, California.

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER