**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
RICHARD D. GLUCK (Bar No. 151675)
rich.gluck@blbglaw.com
LAUREN M. CRUZ (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

**MOTLEY RICE LLC**
GREGG S. LEVIN (*Pro Hac Vice*)
glevin@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000

*Counsel for Lead Plaintiffs and
Lead Counsel for the Class*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No. 3:17-cv-00121-JO-MSB<br><br>**DECLARATON OF JONATHAN D. USLANER IN SUPPORT OF LEAD PLAINTIFFS' MOTION *IN LIMINE* RE: ADMISSIBILITY OF TESTIMONY IN THE *FTC ACTION*<br><br>Judge: Hon. Jinsook Ohta<br>Hearing Date: July 20, 2022<br>Time: 9:00 a.m.<br>Courtroom: 4C |

I, Jonathan D. Uslaner, declare as follows:

1. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel for Lead Plaintiffs Sjunde AP-Fonden ("AP7") and Metzler Asset Management GmbH ("Metzler") (together, "Lead Plaintiffs"), and co-Lead Counsel in the above-captioned action. I am a member in good standing of the bar of the State of California. I submit this declaration in support of Lead Plaintiffs' motion *in limine* regarding the admissibility of testimony from the *FTC Action*.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email from Jonathan Uslaner of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") to Rachel Skaistis of Cravath, Swaine & Moore LLP ("Cravath") and others, dated January 7, 2020, and an email from Marie Howick of Cravath to Jonathan Uslaner of BLB&G and others, dated January 10, 2020.[1]

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendants' Responses and Objections to Lead Plaintiffs' First Request for the Production of Documents, which were served July 8, 2019.

4. Attached hereto as Exhibit 3 is a true and correct copy of Defendants' Rule 26(a)(1) Initial Disclosures, which were served on May 27, 2019.

5. Attached hereto as Exhibit 4 is a true and correct copy of a draft of the Parties' Joint Discovery Plan, which was sent via email from Yonatan Even of Cravath to Jonathan Uslaner of BLB&G and others on April 24, 2019.

6. Attached hereto as Exhibit 5 is a true and correct copy of an email from Brent Byars of Cravath to Jonathan Uslaner of BLB&G and others, dated February 18, 2022.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of Cephalon and Generic Defendants' Opposition to Plaintiffs' Motions in Limine 1-

---

[1] The most relevant portions of each exhibit are highlighted for the Court's convenience.

10, filed in *King Drug Co. of Florence, Inc., et al. v. Cephalon, Inc.*, et al., Case No. 2:06-cv-01797-MSG (E.D. Pa. Dec. 16, 2015), ECF No. 937.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the February 22, 2018 deposition transcript of Mark Davis, Via's Vice President and Chief Technical Officer, taken in *FTC v. Qualcomm Inc.*, Civ. No. 5:17-cv-00220 (N.D. Cal.).

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the March 7, 2018 deposition transcript of Andrew Hong, Samsung's Legal Counsel, taken in *FTC v. Qualcomm Inc.*, Civ. No. 5:17-cv-00220 (N.D. Cal.).

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the March 28, 2018 deposition transcript of Scott McGregor, Broadcom's CEO, taken in *FTC v. Qualcomm Inc.*, Civ. No. 5:17-cv-00220 (N.D. Cal.).

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the March 1, 2018 deposition transcript of John Grubbs, Blackberry's Senior Director of IP Transactions, taken in *FTC v. Qualcomm Inc.*, Civ. No. 5:17-cv-00220 (N.D. Cal.).

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the March 16, 2018 deposition transcript of Todd Madderom, Motorola's Director of Procurement, taken in *FTC v. Qualcomm Inc.*, Civ. No. 5:17-cv-00220 (N.D. Cal.).

13. Attached hereto as Exhibit 12 is a chart identifying the non-party witnesses deposed in the *FTC Action* whose deposition transcripts have been produced by Qualcomm to Lead Plaintiffs, the non-party entity for whom the witnesses testified, and the dates of the witnesses' depositions.

14. The Parties met and conferred by telephone on the subject of this motion, including on April 13, 2022. No agreement was reached. This motion followed.

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the
2  foregoing is true and correct and that I executed this declaration on April 18, 2022
3  in Los Angeles, California.

   /s/ *Jonathan D. Uslaner*
   Jonathan D. Uslaner