# Exhibit 12

**Deposition Testimony of Non-Parties Taken in the *FTC Action*[1]**

| Name | Entity | Title | Deposition Dates |
|---|---|---|---|
| Ahn, Seungho | Samsung | Head of Samsung's IP Center | March 28-29, 2018 |
| Blaylock, Richard | ZTE | Partner, Pillsbury Winthrop Shaw Pittman LLP | February 27, 2018 |
| Blevins, Tony | Apple | Vice President, Procurement | March 13-14, 2018 |
| Blumberg, Ira | Lenovo | VP, Litigation & Intellectual Property | April 20, 2018 |
| Cheng, Xuxin | Huawei | Vice Director, Intellectual Property | March 28-29, 2018 |
| Chong, Brian | Wistron | Chief of Medical Business Development Center & Chief of New Technology Development and Product Planning | March 12-13, 2018 |
| Davis, Mark | Intel | VP and CTO, Platform Engineering Group and CTO, CDMA Products and Development | March 22, 2018 |
| Ding, Jian Xin "Jason" | Huawei | VP and Head of Intellectual Property Rights | March 12-13, 2018 |
| Eul, Hermann | Infineon | Member of the Executive Management Board | March 21, 2018 |
| Evans, Aichatou | Intel | Senior VP and Chief Strategy Officer | March 14-15, 2018 |
| Grubbs, John | Blackberry | Senior Director of IP Transactions | March 1, 2018 |
| Hayter, Dana | Intel | In-house Counsel | January 31, 2018 |
| Hong, Andrew | Samsung | Legal Counsel, Samsung IP Center | March 7-8, 2018 |
| Kalkman, John | Samsung | VP, IoT Business | February 14-15, 2018 |

---

[1] Lead Plaintiffs understand that Qualcomm's re-production of transcripts of non-party depositions taken in the *FTC Action* is ongoing but nearly complete.  Lead Plaintiffs reserve the right to identify additional testimony from the *FTC Action*.

| Name | Entity | Title | Deposition Dates |
|---|---|---|---|
| Kang, Hojin "Alex" | Samsung | Director of Purchasing | February 28, 2018 & March 1, 2018 |
| Keddy, Asha | Intel | VP/GM, Client, IoT & Systems Architecture | March 7, 2018 |
| Kim, Yooseok | Samsung | VP. Samsung IP Center | March 21-22, 2018 |
| Lee, Injung | Samsung | Licensing Lead, Samsung IP Center | March 14-15, 2018 |
| Lindner, Thomas | Intel | Head of Strategic Planning for Connected Products and Platforms & Head of the High-Performance-Modem Business Line | March 23, 2018 |
| Loh, Lawrence | MediaTek | President of MediaTek USA & Corporate Senior VP of MediaTek, Inc. | March 9, 2018 |
| Madderom, Todd | Motorola | Director of Chipset Procurement | March 16, 2018 |
| Maghame, Taraneh | Via | Program Director, Via Licensing | March 14, 2018 |
| McGregor, Scott | Broadcom | President & Chief Executive Officer | March 28, 2018 |
| Moynihan, Finbarr | MediaTek | GM/VP, Corporate Sales & Business Development | March 12-13, 2018 |
| Nan, Shen | ZTE | Chief IP Officer in the communication center | March 29-30, 2018 |
| Rango, Robert | Broadcom | EVP, Wireless Connectivity Group | February 13, 2018 |
| Wang, Li Qiang "Richard" | Huawei | Director of Terminal Chipset Platform Planning | March 15-16, 2018 |
| Williams, Jeff | Apple | Chief Operating Officer | March 15-16, 2018 |
| Wolff, Stefan | Infineon & Intel | General Manager, Multi-Communications; COO, Wireless Platform Development | February 7, 2018 |
| Yang, Monica | Pegatron | Manager, Legal Department | March 15-16, 2018 |
| Yu, Nanfen "Nancy" | Huawei | Senior Legal Counsel | March 14, 2018 |