**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
RICHARD D. GLUCK (Bar No. 151675)
rich.gluck@blbglaw.com
LAUREN M. CRUZ (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

**MOTLEY RICE LLC**
GREGG S. LEVIN (*pro hac vice*)
glevin@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000

*Counsel for Lead Plaintiffs and
Lead Counsel for the Class*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No. 3:17-cv-00121-JO-MSB<br><br>**JOINT DECLARATION OF JONATHAN D. USLANER AND GREGG S. LEVIN IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>Judge: Hon. Jinsook Ohta<br>Hearing Date: September 14, 2022<br>Time: 9:00 a.m.<br>Courtroom: 4C |

We, Jonathan D. Uslaner and Gregg S. Levin, declare as follows:

1. I, Jonathan D. Uslaner, am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), which is Court-appointed Co-Lead Counsel in this matter. I am a member in good standing in the Bar of the State of California and this Court. I have personal knowledge of the matters set forth herein.

2. I, Gregg S. Levin, am a member in the law firm of Motley Rice LLC ("Motley Rice"), which is Court-appointed Co-Lead Counsel in this matter. I am a member in good standing of the Bar of the State of South Carolina and have been admitted *pro hac vice* to practice before this Court. I have personal knowledge of the matters set forth herein.

3. We respectfully submit this Declaration, together with the attached Exhibits, in support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

4. Attached as **Exhibit 1** is a true and correct copy of the Expert Report of David I. Tabak, PhD, dated May 23, 2022.

5. Attached as **Exhibit 2** is a true and correct copy of the Joint Declaration of Richard Gröttheim and Dr. Axel Hoffmann in support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel on behalf of Sjunde AP-Fonden ("AP7") and Metzler Asset Management GmbH ("Metzler").

6. Attached hereto as **Exhibit 3** is a true and correct copy of Bernstein Litowitz's Firm Resume.

7. Attached hereto as **Exhibit 4** is a true and correct copy of Motley Rice's Firm Resume.

8. As reflected in the Firm Resumes, Bernstein Litowitz and Motley Rice are among the most experienced securities class action law firms in the country. Bernstein Litowitz served as Lead Counsel in *In re WorldCom, Inc. Securities*

1  *Litigation*, No. 02-cv-3288 (S.D.N.Y.), in which settlements were obtained for the class totaling in excess of $6 billion. Bernstein Litowitz also secured a resolution of $2.43 billion for the class in *In re Bank of America Corp. Securities, Derivative & ERISA Litigation*, No. 09-md-2058 (S.D.N.Y.), a $1.06 billion recovery for the class in *In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation*, No. 05-cv-1151 (D.N.J.), and a $730 million settlement on behalf of the class in *In re Citigroup Inc. Bond Action Litigation*, No. 08-cv-9522 (S.D.N.Y.). Motley Rice's experience in the prosecution of securities class actions is derived from, among other things, its service as lead counsel in *Bennett v. Sprint Nextel Corp.*, No. 2:09-cv-02122-EFM-KMH (D. Kan.), in which it secured a recovery of $131 million for the investor class. Motley Rice also served as class counsel in *In re Barrick Gold Securities Litigation*, No. 1:13-cv-03851-RPP (S.D.N.Y.), in which it achieved a recovery of $140 million for the investor class.

9.  Courts in this District and Circuit have recognized Bernstein Litowitz as adequate and qualified class counsel in securities class actions. Such examples include *In re Allergan, Inc. Proxy Violation Securities Litigation*, No. 14-cv-2004 (C.D. Cal.), in which Bernstein Litowitz recovered $250 million for investors; *In re New Century Securities Litigation*, No. 07-cv-931 (C.D. Cal.), in which Bernstein Litowitz secured recoveries of approximately $125 million for investors; *In re McKesson HBOC, Inc. Securities Litigation*, No. 99-cv-20743 (N.D. Cal.), in which Bernstein Litowitz recovered $1.05 billion for investors, the largest recovery in a securities class action in the Ninth Circuit; *Hefler v. Wells Fargo & Company*, No. 16-cv-5479 (N.D. Cal.), in which Bernstein Litowitz recovered $480 million for investors; and *In re Clarent Corp. Securities Litigation*, No. 01-cv-3361-CRB (N.D. Cal.), in which Bernstein Litowitz conducted a four-week trial and obtained a favorable jury verdict finding that the CEO and former auditor of the defendant company violated the federal securities laws, leading to a recovery of millions of dollars for investors. Courts in this Circuit have likewise recognized Motley Rice as

adequate and qualified class counsel in securities class actions, including in *In re Twitter, Inc. Securities Litigation*, No. 16-cv-05314 (N.D. Cal.), in which Motley Rice reached an $809.5 million settlement agreement in favor of an investor class on the eve of trial (pending court approval).

10. Courts have recognized Bernstein Litowitz's advocacy. For example, in the *Clarent Corp. Securities Litigation* noted above, the court described Bernstein Litowitz's trial presentation as exhibiting "great civility and the highest professional ethics." *In re Clarent Corp. Sec. Litig.*, No. 01-cv-3361, Trial Tr. (Vol. 17) at 2611:19-20 (N.D. Cal. Feb. 17, 2005) (Breyer, J.). Another court has noted that Bernstein Litowitz takes its "responsibilities to the court very seriously" (*In re Openwave Sys. Sec. Litig.*, No. 07-cv-1309 (DLC), Tr. at 26:22-23 (S.D.N.Y.) (Feb. 27, 2009)); and yet another court described its advocacy as being performed "at every juncture with integrity and competence" (*In re WorldCom, Inc. Sec. Litig.*, 2004 WL 2591402, at *17 (S.D.N.Y. Nov. 12, 2004)). Courts have also recognized Motley Rice's advocacy. In *Barrick Gold*, for example, Judge Berman of the Southern District of New York stated: "I think you've all done a good job in this class action, to help bring it to that conclusion" and noted that "it's been a pleasure to work with all of you." No. 1:13-cv-03851-RMB, Tr. at 5:6-8, 6:21-22 (S.D.N.Y. Nov. 24, 2020).

11. Bernstein Litowitz and Motley Rice have successfully worked together as Lead Counsel and have achieved significant recoveries for investors. For instance, Bernstein Litowitz and Motley Rice served as Lead Counsel in *Minneapolis Firefighters' Relief Association v. Medtronic, Inc.*, No. 08-cv-06324 (D. Minn.), which resulted in an $85 million recovery for investors. Bernstein Litowitz and Motley Rice also served as Lead Counsel in *Hill v. State Street Corp.*, No. 09-cv-12146 (D. Mass.), achieving a recovery of $60 million for investors.

12. Attached as **Exhibit 5** is a true and correct copy of an order issued by the United States District Court for the Northern District of California in an unrelated

action where Bernstein Litowitz served as lead counsel for the lead plaintiff in that case, SEB Investment Management AB, and class counsel for the certified class. *See SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021). As reflected in the order, counsel for an unsuccessful lead plaintiff movant raised questions about Bernstein Litowitz's hiring of a former employee of SEB. Following discovery and extensive briefing, the court found that the evidence did not establish a *quid pro quo*, and allowed Bernstein Litowitz to continue as class counsel. *See id.* at *1-2. The court nevertheless ordered Bernstein Litowitz to bring the order to the attention of any court in which Bernstein Litowitz seeks appointment as class counsel, and also to the decisionmaker for the proposed lead plaintiff who is selecting class counsel. *See id.* at *2. Since that order, the court in *Symantec* granted final approval of the $70 million settlement in that action, commenting on the record that Bernstein Litowitz "did a good job, so thank you for that." *See SEB Inv. Mgmt. AB v. Symantec Corp.*, No. 3:18-CV-2902-WHA, ECF No. 425 at 18 (N.D. Cal. Feb. 10, 2022). Additionally, Bernstein Litowitz has since been appointed lead plaintiff and class counsel in numerous securities class actions, including *In re Oracle Corp. Securities Litigation*, 2022 WL 1459567, at *5 (N.D. Cal. May 9, 2022), *In re Mattel, Inc. Securities Litigation*, 2021 WL 4704578, at *7 (C.D. Cal. Oct. 6, 2021) and *In re Myriad Genetics, Inc. Securities Litigation*, 2021 WL 5882259, at *13 (D. Utah Dec. 13, 2021). Bernstein Litowitz and Motley Rice have, respectively, provided the order to Lead Plaintiffs AP7 and Metzler and discussed its content and circumstances with them. Both AP7 and Metzler have considered the order and reaffirm their selection of Class Counsel.

13. Since the inception of this litigation, Bernstein Litowitz and Motley Rice have vigorously prosecuted this action for the benefit of Lead Plaintiffs and the Class. Bernstein Litowitz and Motley Rice's efforts have included, among other things, (i) conducting a thorough pre-suit investigation; (ii) drafting a detailed amended complaint; (iii) overcoming Defendants' hard-fought motion to dismiss

and motion for judgment on the pleadings; (iv) propounding extensive discovery on Defendants, including document requests, interrogatories, and requests for admission; (v) serving document subpoenas to various non-parties who possess relevant information; (vi) responding to written discovery from Defendants and producing documents in response; (vii) retaining an expert in market efficiency and damages; (viii) assembling dedicated teams of experienced attorneys and staff to prosecute the claims on behalf of Lead Plaintiffs and the Class; and (ix) drafting and filing this motion for class certification. Lead Counsel is committed and will continue to vigorously prosecute the action for the benefit of Lead Plaintiffs and the Class.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of May, 2022, in Los Angeles, California.

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of May, 2022, in Mt. Pleasant, South Carolina.

*/s/ Gregg Levin*
GREGG LEVIN

# TABLE OF EXHIBITS

| Exhibit Number | Description | Page Range |
|---|---|---|
| 1 | Expert Report of David I. Tabak, PhD, dated May 23, 2022 | 1 - 270 |
| 2 | Joint Declaration of Richard Gröttheim and Dr. Axel Hoffmann in support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel on behalf of Sjunde AP-Fonden ("AP7") and Metzler Asset Management GmbH ("Metzler") | 271 - 275 |
| 3 | Bernstein Litowitz's Firm Resume | 276 - 298 |
| 4 | Motley Rice's Firm Resume | 299 - 376 |
| 5 | *SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021) | 377 - 378 |