UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No.: 17cv121-JO (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF DISCOVERY**<br>**[ECF NO. 223]** |
|---|---|

On June 13, 2022, Lead Plaintiffs Sjunde AP-Fonden and Metzler Asset Management GmbH and Defendants Qualcomm Incorporated, Derek A. Aberle, Steven R. Altman, William F. Davidson, Paul E. Jacobs, Steven M. Mollenkopf and Donald J. Rosenberg filed a "Joint Motion for Continuance of Discovery." (ECF No. 223.) The parties ask the Court for a first continuance of their fact discovery deadline of sixty days to permit them to complete ten depositions of former Qualcomm employees that, despite their good faith and diligent efforts, they have not been able to schedule before the current fact discovery deadline of August 12, 2022. (ECF No. 223-1 at 2; ECF No. 223-2 at 2.) They indicate that a sixty-day continuance will allow them to "complete deposition discovery in an orderly and efficient manner before the fact discovery deadline, while accommodating the schedules of the remaining deponents." (Id.) They also represent that this continuance will not impact other court-ordered deadlines or prejudice any parties. (ECF No. 223-1 at 3; ECF No. 223-2 at 3.)

Based on the foregoing, the Court finds good cause and **GRANTS** the joint motion as follows:

The fact discovery deadline currently set for August 12, 2022, is **CONTINUED** to **October 14, 2022**, solely for the purpose of completing depositions.

**IT IS SO ORDERED**.

Dated:  June 14, 2022

_____
Honorable Michael S. Berg
United States Magistrate Judge