# Exhibit 26

September 16, 2014

BERNSTEINRESEARCH

**Stacy A. Rasgon, Ph.D.** (Senior Analyst) • stacy.rasgon@bernstein.com • +1-212-756-4403
**Yang Ren** • yang.ren@bernstein.com • +1-212-823-3243

# QCOM: Parsing Recent Newsflow on NDRC Case - Entering "Punishment Stage?" Will Business Changes be Mandated?

| Ticker | Rating | CUR | 15 Sep 2014 Closing Price | Target Price | TTM Rel. Perf. | Cash EPS 2013A | Cash EPS 2014E | Cash EPS 2015E | P/E 2013A | P/E 2014E | P/E 2015E | Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QCOM | M | USD | 75.08 | 80.00 | -8.1% | 4.51 | 5.29 | 5.44 | 16.6 | 14.2 | 13.8 | 2.2% |
| SPX | | | 1984.13 | | | 108.69 | 117.93 | 131.60 | 18.3 | 16.8 | 15.1 | 1.9% |

O – Outperform, M – Market-Perform, U – Underperform, N – Not Rated

## Highlights

*Ordinarily, our policy is not to simply act as news reporters. However, there is enough interest and uncertainty regarding the China NDRC anti-monopoly investigation against Qualcomm, and enough recent newsflow (in many cases in languages other than English) that we are bending our policy this time. Last week on Thursday, while there were no official news releases, local Chinese newsflow suggested that the NDRC has completed their investigation into Qualcomm, with the proceedings now preparing to enter the "punishment stage." On Friday, Qualcomm president Derek Aberle met with NDRC for the fifth time this year to discuss. Parsing the available newsflow (in both English and Chinese) makes us lean even more toward the idea that, once full resolution is reached (a process still likely to take some time), it will probably involve business model changes on Qualcomm's part, in addition to any monetary fines imposed.*

- **Newsflow out of China late last week suggested that the ongoing NDRC anti-monopoly investigation against Qualcomm has essentially finished up, with the findings now preparing to enter the (somewhat ominous) "punishment stage." In conjunction with this, Qualcomm's president Derek Aberle reportedly met with the Director-General of the Price Supervision and Anti-monopoly Bureau of NDRC, Xu Kunlin, again last Friday.**
  - While there have been no official news releases by NDRC or QCOM about the meeting yet, in a press conference last Thursday Xu Kunlin (the Director-General of the Price Supervision and Anti-monopoly Bureau of the NDRC) indicated that the investigation was "basically done[1]" and is now entering the "punishment stage[2]."
  - This news conference also included the anti-trust heads from the Ministry of Commerce, and the State Administration for Industry of Commerce (e.g. the primary China anti-monopoly regulators), and also included a defense of the country's investigation practices, following a similar defense by the Chinese Premier a few days earlier in response to the start of some international outcries.
  - As part of this, Qualcomm President Derek Aberle reportedly met with Xu again on Friday (for the fifth(?) time that we are aware of) to discuss.
- **In the context of a wide-ranging complaint that has painted many core components of Qualcomm's licensing business (including charging royalties on the device BOM rather than the chipset, IP bundling, and seeking free cross licenses) as "alleged malpractice," recent local Chinese newsflow**

U.S. Semiconductors

1 http://uk.reuters.com/article/2014/09/11/uk-china-antitrust-idUKKBN0H60PS20140911
2 http://english.cntv.cn/2014/09/11/VIDE1410425041298473.shtml

See Disclosure Appendix of this report for important disclosures and analyst certifications.

mshan@qualcomm.com Min Shan 09/16/14 02:17:38 PM Qualcomm Inc

**BernsteinResearch**

September 16, 2014

Stacy A. Rasgon, Ph.D. (Senior Analyst) • stacy.rasgon@bernstein.com • +1-212-756-4403

has suggested the company may now be willing to make changes to at least some of them as part of a potential settlement.

- After their last meeting in August, according to news reports Qualcomm has indicated they are willing to make changes to address some of the alleged malpractice mentioned in the investigation[3].

- We note that these accusations included Qualcomm's practice of charging royalties based on the value of the device itself (rather than the mobile chipset), bundling standards-essential patents together with non-essential patents, requiring free cross-licensing of licensee IP, bundling practices (e.g. chipsets with licensing), and refusing to license chipset manufacturers, among other things[4].

- To us, this suggests that any eventual settlement is likely to incorporate changes to Qualcomm's business model in China, as well as (of course) the prospect of a fine (potentially steep). The latter does not bother us (Qualcomm's pockets are deep enough) but the former could be potentially difficult depending on what is conceded.

  - Any NDRC punishment is likely to start with a fine. The NDRC has the ability to fine the company up to 10% of their prior year's revenue in China, which could represent a penalty of well over a billion dollars to QCOM. However, fines (even big ones) are not really an issue for QCOM (the company's pockets run deep). Business model changes, however, could be concerning.

  - We acknowledge that we still don't know for sure what (if any) business model changes will be imposed. However, most of the complaints are around core aspects of Qualcomm's business practices, and reports of willingness to change on Qualcomm's part, while conceivably necessary, may be worrisome. The recent newsflow (as well as our own recent meetings with the company[5]) makes us lean even more toward the idea that model changes will in fact be part of any settlement.

  - In particular, one of the primary complaints of the Chinese OEMs, and a core part of the alleged malpractice behind the investigation, is QCOM's practice of charging royalties based on the value of the handset or device itself rather than on the chipset value, given QCOM's patents are primarily related to cellular communication technologies. For example, one of the analysts in the Chinese Academy of Social Sciences, Su Hua, has recently suggested that Qualcomm may have to charge the royalty base on the price of the baseband processor or SoC according to the "smallest salable unit" principle[6]. If something like this comes to play, we believe it could potentially be quite damaging down the road if it proves difficult to contain to the region. Even "lesser" parts of the complaints (e.g. tying together standards-essential and non-essential patents, IP bundling, demands for cross licensing, etc) all point to the prospect for lower rates going forward if Qualcomm concedes. And, we believe that any business model changes are likely to impact sales by international OEMs into the region[5].

- And, resolution is still likely to take some time – some local newsflow has indicated that QCOM will need to submit a corrective plan to the NDRC, for which input from the industry will be sought before determining acceptability.

  - Wang Yanhui, secretary general of the Mobile Phone China Alliance and one of the first people to submit investigation report to NDRC recently indicated[4] that Qualcomm will first submit a corrective plan to the NDRC about how they are going to change their pricing practices, at which point the NDRC will then seek advice from OEMs and industry experts and decide whether it is acceptable, a

---

[3] http://online.wsj.com/articles/china-says-qualcomm-is-willing-to-resolve-dispute-1408705724
[4] http://www.yicai.com/news/2014/08/4011066.html (note - in Chinese)
[5] Please see "*Qualcomm (QCOM): On the Road in San Diego - Takeaways from Our Meetings Yesterday with Senior Management*" published on August 27, 2014.
[6] http://news.cnfol.com/chanyejingji/20140911/18942165.shtml

U.S. Semiconductors

mshan@qualcomm.com Min Shan 09/16/14 02:17:38 PM Qualcomm Inc

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    Q121SEC00527434

Exhibit 26
A725

BERNSTEINRESEARCH

September 16, 2014

**Stacy A. Rasgon, Ph.D.** (Senior Analyst) • stacy.rasgon@bernstein.com • +1-212-756-4403

    process likely to still take time (not to mention the fact that QCOM is still likely to have a hefty auditing process on their hands to attempt correction of current licensing shortfalls).

- In the same article, Wang was also quoted as stating that, for the industry, the value is not the monetary penalty to be imposed, but how much the industry environment will be improved, again indicative of business changes above and beyond fines.

- **In general, we continue to believe that Qualcomm's issues in China represent an overhang on the shares; one that, as of this point, has not moved the stock all that much but which still carries risk, and we do not see recent weakness as a buying opportunity. We rate Qualcomm Market-perform with an $80 target price.**

### Investment Conclusion

While QCOM continues to have solid exposure to the growing 3G/4G device market through a profitable licensing business and a leadership position in chipsets, growth prospects for the licensing business are currently being capped due to collection and regulatory issues in China, adding uncertainty to the long-term story. We rate the stock Market-Perform with an $80 price target.

### Details

mshan@qualcomm.com Min Shan 09/16/14 02:17:38 PM Qualcomm Inc

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q121SEC00527435

Exhibit 26
A726

**U.S. Semiconductors**

**BERNSTEIN RESEARCH**

**Exhibit 1**
**SCB QCOM Income Statement Model**

| Qualcomm: Income Statement ($M) | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QCOM (Fiscal) | 2013 | 2014E | 2015E | 2016E | Q113 | Q213 | Q313 | Q413 | Q114 | Q214 | Q314 | Q414E | Q115E | Q215E | Q315E | Q415E |
| Revenue | 24,866.0 | 26,766.3 | 29,414.5 | 30,412.7 | 6,018.0 | 6,124.0 | 6,243.0 | 6,480.0 | 6,622.0 | 6,367.0 | 6,806.0 | 6,971.3 | 7,729.6 | 7,370.8 | 7,014.5 | 7,299.6 |
| COGS | 9,820.0 | 10,904.3 | 12,547.6 | 12,579.1 | 2,237.0 | 2,372.0 | 2,497.0 | 2,714.0 | 2,706.0 | 2,482.0 | 2,740.0 | 2,976.3 | 3,420.2 | 3,156.2 | 2,938.8 | 3,032.4 |
| Gross Profit | 15,045.0 | 15,862.0 | 16,866.9 | 17,833.6 | 3,781.0 | 3,752.0 | 3,746.0 | 3,766.0 | 3,916.0 | 3,885.0 | 4,066.0 | 3,995.0 | 4,309.4 | 4,214.6 | 4,075.7 | 4,267.2 |
| R&D | 4,968.0 | 5,530.7 | 5,901.3 | 6,256.9 | 1,108.0 | 1,214.0 | 1,298.0 | 1,348.0 | 1,328.0 | 1,356.0 | 1,429.0 | 1,417.7 | 1,420.0 | 1,463.4 | 1,496.3 | 1,521.5 |
| SG&A | 2,516.0 | 2,317.2 | 2,372.2 | 2,494.2 | 587.0 | 661.0 | 613.0 | 657.0 | 623.0 | 539.0 | 582.0 | 573.2 | 575.0 | 596.1 | 596.5 | 604.6 |
| Other Operating Expenses | 331.0 | 452.0 | - | - | - | - | 158.0 | 173.0 | 472.0 | - | (20.0) | - | - | - | - | - |
| Total Operating Expenses | 7,815.0 | 8,299.9 | 8,273.5 | 8,751.1 | 1,693.0 | 1,875.0 | 2,069.0 | 2,178.0 | 2,423.0 | 1,895.0 | 1,991.0 | 1,990.9 | 1,995.0 | 2,059.5 | 2,092.8 | 2,126.1 |
| Operating Income | 7,230.0 | 7,562.1 | 8,593.4 | 9,082.6 | 2,088.0 | 1,877.0 | 1,677.0 | 1,588.0 | 1,493.0 | 1,990.0 | 2,075.0 | 2,004.1 | 2,314.4 | 2,155.1 | 1,982.8 | 2,141.1 |
| Net Investment Income (Loss) | 964.0 | 1,221.5 | 1,117.1 | 1,232.2 | 238.0 | 259.0 | 233.0 | 233.0 | 264.0 | 282.0 | 422.0 | 253.5 | 257.2 | 263.1 | 312.7 | 284.0 |
| Pre-Tax Income | 8,194.0 | 8,783.6 | 9,710.5 | 10,314.8 | 2,327.0 | 2,136.0 | 1,910.0 | 1,821.0 | 1,757.0 | 2,272.0 | 2,497.0 | 2,257.6 | 2,571.6 | 2,418.2 | 2,295.5 | 2,425.1 |
| Income Tax Provision | 1,349.0 | 1,248.2 | 1,747.9 | 1,856.7 | 424.0 | 273.0 | 332.0 | 320.0 | 313.0 | 314.0 | 260.0 | 361.2 | 462.9 | 435.3 | 413.2 | 435.5 |
| Minority Interest & Other | 8.0 | 434.0 | 4.0 | 4.0 | 3.0 | 3.0 | 2.0 | - | 431.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| GAAP Net Income | 6,853.0 | 7,969.4 | 7,966.6 | 8,462.1 | 1,906.0 | 1,866.0 | 1,580.0 | 1,501.0 | 1,875.0 | 1,959.0 | 2,238.0 | 1,897.4 | 2,109.7 | 1,983.9 | 1,883.3 | 1,989.6 |
| GAAP Basic EPS ($) | $4.00 | $4.73 | $4.77 | $5.09 | $1.12 | $1.08 | $0.91 | $0.88 | $1.11 | $1.16 | $1.33 | $1.13 | $1.26 | $1.19 | $1.13 | $1.19 |
| GAAP Diluted EPS ($) | $3.91 | $4.65 | $4.68 | $5.00 | $1.09 | $1.06 | $0.90 | $0.86 | $1.09 | $1.14 | $1.31 | $1.11 | $1.24 | $1.17 | $1.11 | $1.17 |
| Weighted Average Basic Shares | 1,715 | 1,684 | 1,671 | 1,663 | 1,709 | 1,722 | 1,727 | 1,703 | 1,698 | 1,688 | 1,683 | 1,676 | 1,674 | 1,672 | 1,670 | 1,668 |
| Weighted Average Diluted Shares | 1,754 | 1,715 | 1,702 | 1,694 | 1,751 | 1,763 | 1,765 | 1,738 | 1,722 | 1,719 | 1,714 | 1,707 | 1,705 | 1,703 | 1,701 | 1,699 |
| *Pro-Forma Reconciliation* | | | | | | | | | | | | | | | | |
| Share Based Compensation | 1,110.0 | 1,124.0 | 1,224.0 | 1,249.0 | 281.0 | 267.0 | 280.0 | 281.0 | 281.0 | 281.0 | 281.0 | 281.0 | 306.0 | 306.0 | 306.0 | 306.0 |
| QSI Operating Loss | 28.0 | 16.0 | 0.0 | 0.0 | 8.0 | 0.0 | 7.0 | 11.0 | 5.0 | 6.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 |
| Other | 228.3 | 298.3 | 272.3 | 272.0 | 70.0 | 19.3 | 71.0 | 87.0 | 59.0 | 90.0 | 71.0 | 68.3 | 68.2 | 68.1 | 68.0 | 67.9 |
| Pro-Forma Operating Income | 8,592 | 9,000 | 10,090 | 10,604 | 2,447.0 | 2,162.3 | 2,035.0 | 1,947.0 | 1,848.0 | 2,367.0 | 2,432.0 | 2,353.3 | 2,688.6 | 2,529.2 | 2,356.9 | 2,515.1 |
| Share Based Comp (post tax) | 887.0 | 877.9 | 953.0 | 1,018.2 | 219.0 | 220.0 | 222.0 | 226.0 | 226.0 | 198.0 | 232.0 | 221.9 | 238.7 | 238.4 | 238.1 | 237.8 |
| QSI Loss (Profit) | (43.0) | 13.0 | 68.1 | 67.7 | 12.0 | (36.0) | (43.0) | 24.0 | (4.0) | 17.0 | 0.0 | 0.0 | 17.0 | 17.0 | 17.0 | 17.0 |
| Other | 214.0 | 215.3 | 272.3 | 271.0 | 67.0 | 16.0 | 64.0 | 67.0 | 66.0 | 81.0 | 0.0 | 68.3 | 68.2 | 68.1 | 68.0 | 67.9 |
| Pro-Forma Net Income | 7,911.0 | 9,075.6 | 9,259.9 | 9,817.0 | 2,204.0 | 2,066.0 | 1,823.0 | 1,818.0 | 2,163.0 | 2,255.0 | 2,470.0 | 2,187.6 | 2,433.6 | 2,307.5 | 2,206.5 | 2,312.4 |
| Pro-Forma Diluted EPS | $4.51 | $5.29 | $5.44 | $5.80 | $1.26 | $1.17 | $1.03 | $1.05 | $1.26 | $1.31 | $1.44 | $1.28 | $1.43 | $1.36 | $1.30 | $1.36 |

| Margins | 2013 | 2014E | 2015E | 2016E | Q113 | Q213 | Q313 | Q413 | Q114 | Q214 | Q314 | Q414E | Q115E | Q215E | Q315E | Q415E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Margin | 60.5% | 59.3% | 57.3% | 58.6% | 62.8% | 61.3% | 60.0% | 58.1% | 59.1% | 61.0% | 59.7% | 57.3% | 55.8% | 57.2% | 58.1% | 58.5% |
| R&D % of Sales | 20.0% | 20.7% | 20.1% | 20.6% | 18.4% | 19.8% | 20.8% | 20.8% | 20.1% | 21.3% | 21.0% | 20.3% | 18.4% | 19.9% | 21.3% | 20.8% |
| SG&A % of Sales | 10.1% | 8.7% | 8.1% | 8.2% | 9.8% | 10.8% | 9.8% | 10.1% | 9.4% | 8.5% | 8.6% | 8.2% | 7.4% | 8.1% | 8.5% | 8.3% |
| Operating Margin | 29.1% | 28.3% | 29.2% | 29.9% | 34.7% | 30.6% | 26.9% | 24.5% | 22.5% | 31.3% | 30.5% | 28.7% | 29.9% | 29.2% | 28.3% | 29.3% |
| GAAP Tax Rate | 16.5% | 14.2% | 18.0% | 18.0% | 18.2% | 12.8% | 17.4% | 17.6% | 17.8% | 13.8% | 10.4% | 16.0% | 18.0% | 18.0% | 18.0% | 18.0% |
| GAAP Net Margin | 27.6% | 29.8% | 27.1% | 27.8% | 31.7% | 30.5% | 25.3% | 23.2% | 28.3% | 30.8% | 32.9% | 27.2% | 27.3% | 26.9% | 26.8% | 27.3% |
| Pro-Forma Net Margin | 31.8% | 33.9% | 31.5% | 32.3% | 36.6% | 33.7% | 29.2% | 28.1% | 32.7% | 35.4% | 36.3% | 31.4% | 31.5% | 31.3% | 31.5% | 31.7% |

| Year-over-Year Change (%) | 2013 | 2014E | 2015E | 2016E | Q113 | Q213 | Q313 | Q413 | Q114 | Q214 | Q314 | Q414E | Q115E | Q215E | Q315E | Q415E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenues | 30.0% | 7.6% | 9.9% | 3.4% | 28.6% | 23.9% | 35.0% | 33.0% | 10.0% | 4.0% | 9.0% | 7.6% | 16.7% | 15.8% | 3.1% | 4.7% |
| Gross Margin | (238)bp | (125)bp | (192)bp | 130 bp | 30 bp | (266)bp | (284)bp | (409)bp | (369)bp | (25)bp | (26)bp | (81)bp | (336)bp | (384)bp | (164)bp | 115 bp |
| Research and Development | 26.8% | 11.4% | 6.7% | 6.0% | 26.7% | 27.3% | 33.3% | 21.0% | 20.1% | 11.7% | 10.1% | 5.2% | 6.9% | 7.9% | 4.7% | 7.3% |
| Selling, General and Administrative | 8.4% | -8.0% | 2.4% | 5.1% | 16.7% | 11.1% | 12.7% | -3.5% | 6.1% | -18.5% | -5.1% | -12.8% | -7.7% | 10.6% | 2.5% | 5.5% |
| Operating Expenses | 23.2% | 6.2% | -0.3% | 5.8% | 23.0% | 13.9% | 35.7% | 21.3% | 43.1% | 1.1% | -3.8% | -8.6% | -17.7% | 8.7% | 5.1% | 6.8% |
| Operating Margin | (64)bp | (82)bp | 96 bp | 65 bp | 156 bp | 2 bp | (301)bp | (85)bp | (1,215)bp | 61 bp | 363 bp | 424 bp | 740 bp | (202)bp | (222)bp | 58 bp |
| GAAP Net Margin | (439)bp | 221 bp | (269)bp | 74 bp | 174 bp | (1,464)bp | (79)bp | (293)bp | (336)bp | 30 bp | 757 bp | 405 bp | (102)bp | (385)bp | (603)bp | 4 bp |
| Share Based Compensation (pre-tax) | 7.2% | 1.3% | 8.9% | 2.0% | 13.8% | 11.3% | 6.1% | -1.1% | 0.0% | 5.2% | 0.4% | 0.0% | 8.9% | 8.9% | 8.9% | 8.9% |
| Pro-Forma Net Margin | (199)bp | 209 bp | (243)bp | 60 bp | 90 bp | (185)bp | (292)bp | (370)bp | (396)bp | 168 bp | 708 bp | 332 bp | (118)bp | (411)bp | (484)bp | 30 bp |
| GAAP Diluted EPS | 11.4% | 16.6% | 0.8% | 6.7% | 33.7% | -17.3% | 30.4% | 18.6% | 0.0% | 7.7% | 45.9% | 28.7% | 13.7% | 2.2% | -15.2% | 5.4% |
| Pro-Forma Diluted EPS | 21.5% | 17.3% | 2.8% | 6.5% | 29.6% | 16.1% | 22.2% | 18.0% | -0.2% | 11.9% | 39.5% | 22.5% | 13.6% | 3.3% | -10.0% | 6.2% |
| Weighted Average Diluted Shares | 12.5 | (38.8) | (13.7) | (8.1) | 30.0 | 20.0 | 7.0 | (7.0) | (29.0) | (44.0) | (51.0) | (31.1) | (17.2) | (16.2) | (13.2) | (8.1) |

| Sequential Change (%) | 2013 | 2014E | 2015E | 2016E | Q113 | Q213 | Q313 | Q413 | Q114 | Q214 | Q314 | Q414E | Q115E | Q215E | Q315E | Q415E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenues | | | | | 23.5% | 1.8% | 1.9% | 3.8% | 2.2% | -3.9% | 6.9% | 2.4% | 10.9% | -4.6% | -4.8% | 4.1% |
| Gross Margin | | | | | 62 bp | (156)bp | (126)bp | (189)bp | 102 bp | 188 bp | (129)bp | (244)bp | (155)bp | 143 bp | 92 bp | 35 bp |
| Research and Development | | | | | -0.7% | 9.6% | 6.9% | 3.9% | -1.5% | 2.1% | 5.4% | -0.8% | 0.2% | 3.1% | 2.2% | 1.7% |
| Selling, General and Administrative | | | | | -13.8% | 12.6% | -7.3% | 7.2% | -5.2% | -13.5% | 8.0% | -1.5% | 0.3% | 3.7% | 0.1% | 1.4% |
| Operating Expenses | | | | | -5.7% | 10.8% | 10.3% | 5.3% | 11.2% | -21.8% | 5.1% | 0.0% | 0.2% | 3.2% | 1.6% | 1.6% |
| Operating Margin | | | | | 934 bp | (405)bp | (379)bp | (236)bp | (196)bp | 871 bp | (77)bp | (174)bp | 119 bp | (70)bp | (97)bp | 106 bp |
| GAAP Net Margin | | | | | 558 bp | (120)bp | (516)bp | (214)bp | 515 bp | 245 bp | 211 bp | (567)bp | 8 bp | (38)bp | (7)bp | 41 bp |
| Share Based Compensation (pre-tax) | | | | | -1.1% | -5.0% | 4.9% | 0.4% | 0.0% | 0.0% | 0.0% | 0.0% | 8.9% | 0.0% | 0.0% | 0.0% |
| Pro-Forma Net Margin | | | | | 486 bp | (289)bp | (454)bp | (115)bp | 461 bp | 275 bp | 87 bp | (441)bp | 10 bp | (18)bp | 15 bp | 22 bp |
| GAAP Diluted EPS | | | | | 49.4% | -2.6% | -15.4% | -3.5% | 26.1% | 4.7% | 14.8% | -14.9% | 11.3% | -5.8% | -5.0% | 5.8% |
| Pro-Forma Diluted EPS | | | | | 42.0% | -6.9% | -11.8% | 1.3% | 20.1% | 4.4% | 9.9% | -11.1% | 11.4% | -5.1% | -4.3% | 4.9% |
| Weighted Average Diluted Shares | | | | | 6.0 | 12.0 | 2.0 | (27.0) | (16.0) | (3.0) | (5.0) | (7.1) | (2.0) | (2.0) | (2.0) | (2.0) |

Source: Company Reports, Bernstein estimates and analysis

Stacy A. Rasgon, Ph.D. (Senior Analyst) • stacy.rasgon@bernstein.com • +1-212-756-4403

September 16, 2014

4

mshan@qualcomm.com Min Shan 09/16/14 02:17:38 PM Qualcomm Inc

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q121SEC00527436

Exhibit 26
A727

U.S. Semiconductors

BERNSTEIN RESEARCH

**Exhibit 2**
**SCB Balance Sheet and Cash Flow Statement Model**

Qualcomm: Balance Sheet ($ MM)

| QCOM (Fiscal) | 2013 | 2014E | 2015E | 2016E | Q113 | Q213 | Q313 | Q413 | Q114 | Q214 | Q314 | Q414E | Q115E | Q215E | Q315E | Q415E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash & Short Term Investments | 14,966.0 | 18,627.4 | 21,272.4 | 24,597.7 | 13,275.0 | 13,493.0 | 11,461.0 | 14,966.0 | 17,260.0 | 16,628.0 | 18,153.0 | 18,627.4 | 19,387.4 | 19,784.7 | 20,552.9 | 21,272.4 |
| Accounts Receivable | 2,142.0 | 2,065.8 | 2,178.5 | 2,246.8 | 1,647.0 | 1,889.0 | 1,949.0 | 2,142.0 | 1,327.0 | 2,217.0 | 2,084.0 | 2,065.8 | 2,224.4 | 2,282.2 | 2,104.3 | 2,178.5 |
| Inventories | 1,302.0 | 1,315.2 | 1,516.2 | 1,558.3 | 1,277.0 | 1,484.0 | 1,727.0 | 1,302.0 | 1,054.0 | 1,147.0 | 1,185.0 | 1,315.2 | 1,520.1 | 1,472.9 | 1,469.4 | 1,516.2 |
| Other Current Assets | 1,145.0 | 986.0 | 986.0 | 986.0 | 904.0 | 900.0 | 835.0 | 1,145.0 | 914.0 | 1,016.0 | 986.0 | 986.0 | 986.0 | 986.0 | 986.0 | 986.0 |
| Total Current Assets | 19,555.0 | 22,994.4 | 25,953.1 | 29,388.8 | 17,103.0 | 17,766.0 | 15,972.0 | 19,555.0 | 20,585.0 | 21,008.0 | 22,408.0 | 22,994.4 | 24,117.9 | 24,525.8 | 25,112.6 | 25,953.1 |
| Net PP&E | 2,995.0 | 2,466.7 | 2,360.0 | 2,318.2 | 2,874.0 | 2,971.0 | 2,974.0 | 2,995.0 | 2,562.0 | 2,573.0 | 2,555.0 | 2,466.7 | 2,432.7 | 2,400.4 | 2,377.9 | 2,360.0 |
| Goodwill | 3,976.0 | 4,183.0 | 4,183.0 | 4,183.0 | 3,929.0 | 3,975.0 | 3,995.0 | 3,976.0 | 4,212.0 | 4,226.0 | 4,183.0 | 4,183.0 | 4,183.0 | 4,183.0 | 4,183.0 | 4,183.0 |
| Long Term Investments | 14,440.0 | 14,563.0 | 14,563.0 | 14,563.0 | 15,096.0 | 17,046.0 | 18,941.0 | 14,440.0 | 14,330.0 | 15,425.0 | 14,563.0 | 14,563.0 | 14,563.0 | 14,563.0 | 14,563.0 | 14,563.0 |
| Other Long-Term Assets | 4,550.0 | 4,575.2 | 4,291.6 | 4,008.5 | 5,839.0 | 5,841.0 | 4,927.0 | 4,550.0 | 4,593.0 | 4,643.0 | 4,646.0 | 4,575.2 | 4,504.3 | 4,433.5 | 4,362.6 | 4,291.6 |
| Total Long-Term Assets | 25,961.0 | 25,787.9 | 25,397.8 | 25,072.7 | 27,738.0 | 29,833.0 | 30,837.0 | 25,961.0 | 25,697.0 | 26,867.0 | 25,947.0 | 25,787.9 | 25,683.0 | 25,579.9 | 25,486.6 | 25,397.8 |
| Total Assets | 45,516.0 | 48,782.3 | 51,350.9 | 54,461.5 | 44,841.0 | 47,599.0 | 46,809.0 | 45,516.0 | 46,282.0 | 47,875.0 | 48,355.0 | 48,782.3 | 49,800.9 | 50,105.7 | 50,599.1 | 51,350.9 |
| Accounts Payable | 1,554.0 | 1,690.9 | 1,810.7 | 1,872.4 | 1,657.0 | 1,628.0 | 1,850.0 | 1,554.0 | 1,375.0 | 1,551.0 | 1,900.0 | 1,690.9 | 1,880.1 | 1,858.5 | 1,783.6 | 1,810.7 |
| Short-Term Debt | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other current liabilities | 3,659.0 | 4,121.0 | 4,121.0 | 4,121.0 | 3,348.0 | 3,635.0 | 3,178.0 | 3,659.0 | 3,938.0 | 4,350.0 | 4,121.0 | 4,121.0 | 4,472.5 | 4,121.0 | 4,121.0 | 4,121.0 |
| Total Current Liabilities | 5,213.0 | 5,811.9 | 5,931.7 | 5,993.4 | 5,005.0 | 5,263.0 | 5,028.0 | 5,213.0 | 5,313.0 | 5,901.0 | 6,021.0 | 5,811.9 | 6,352.7 | 5,979.5 | 5,904.6 | 5,931.7 |
| Long-Term Debt | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Long-Term Liabilities | 4,216.0 | 3,454.8 | 3,086.1 | 2,717.3 | 4,462.0 | 4,708.0 | 4,198.0 | 4,216.0 | 3,942.0 | 3,721.0 | 3,547.0 | 3,454.8 | 3,362.6 | 3,270.4 | 3,178.3 | 3,086.1 |
| Total Liabilities | 9,429.0 | 9,266.7 | 9,017.8 | 8,710.7 | 9,467.0 | 9,971.0 | 9,226.0 | 9,429.0 | 9,255.0 | 9,622.0 | 9,568.0 | 9,266.7 | 9,715.3 | 9,249.9 | 9,082.9 | 9,017.8 |
| QCOM Shareholders' Equity | 36,088.0 | 39,517.6 | 42,335.2 | 45,752.8 | 35,334.0 | 37,611.0 | 37,578.0 | 36,088.0 | 37,027.0 | 38,254.0 | 38,789.0 | 39,517.6 | 40,087.6 | 40,857.8 | 41,518.3 | 42,335.2 |
| Non Controlling Interest | (1.0) | (2.0) | (2.0) | (2.0) | 20.0 | 17.0 | 5.0 | (1.0) | - | (1.0) | (2.0) | (2.0) | (2.0) | (2.0) | (2.0) | (2.0) |
| Total Liabilities & Shareholders' Equity | 45,516.0 | 48,782.3 | 51,350.9 | 54,461.5 | 44,841.0 | 47,599.0 | 46,809.0 | 45,516.0 | 46,282.0 | 47,875.0 | 48,355.0 | 48,782.3 | 49,800.9 | 50,105.7 | 50,599.1 | 51,350.9 |

Qualcomm: Cash Flow Statement ($MM)

| QCOM (Fiscal) | 2013 | 2014E | 2015E | 2016E | Q113 | Q213 | Q313 | Q413 | Q114 | Q214 | Q314 | Q414E | Q115E | Q215E | Q315E | Q415E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income | 6,851.0 | 7,968.4 | 7,966.6 | 8,462.1 | 1,906.0 | 1,866.0 | 1,578.0 | 1,501.0 | 1,875.0 | 1,959.0 | 2,237.0 | 1,897.4 | 2,109.7 | 1,883.9 | 1,883.3 | 1,989.6 |
| Depreciation & Amortization | 991.2 | 1,133.4 | 1,082.0 | 1,058.8 | 241.0 | 248.0 | 229.2 | 273.0 | 272.0 | 289.0 | 292.0 | 280.4 | 269.3 | 274.4 | 270.8 | 267.4 |
| Other | 948.8 | 145.2 | 22.8 | 185.3 | (172.0) | 102.0 | 269.6 | 749.0 | 634.0 | (434.0) | 144.0 | (198.8) | 232.0 | (329.4) | 160.5 | (40.3) |
| Cash Flow From Operations | 8,791.0 | 9,247.0 | 9,071.4 | 9,706.3 | 1,975.0 | 2,216.0 | 2,077.0 | 2,523.0 | 2,781.0 | 1,814.0 | 2,673.0 | 1,979.0 | 2,611.0 | 1,828.9 | 2,314.7 | 2,216.8 |
| Capex | (1,008.0) | (1,116.5) | (691.9) | (733.7) | (205.0) | (289.0) | (314.0) | (200.0) | (210.0) | (587.0) | (158.0) | (181.5) | (164.5) | (171.3) | (177.5) | (178.7) |
| Other | (530.0) | (597.0) | - | - | (1,022.0) | (2,155.0) | (2,002.0) | 4,649.0 | 655.0 | (2,316.0) | 1,064.0 | - | - | - | - | - |
| Cash Flow From Investments | (1,538.0) | (1,713.5) | (691.9) | (733.7) | (1,227.0) | (2,444.0) | (2,316.0) | 4,449.0 | 445.0 | (2,903.0) | 906.0 | (181.5) | (164.5) | (171.3) | (177.5) | (178.7) |
| Net Stock Repurchase | (4,610.0) | (4,359.0) | (4,699.0) | (4,486.3) | (250.0) | - | (1,039.0) | (3,321.0) | (1,002.0) | (1,002.0) | (1,350.0) | (1,005.0) | (1,467.9) | (1,142.4) | (1,088.9) | (1,019.0) |
| Dividends | (2,055.0) | (2,588.9) | (2,974.2) | (3,292.5) | (428.0) | (431.0) | (604.0) | (592.0) | (590.0) | (589.0) | (706.0) | (703.9) | (703.1) | (702.2) | (784.9) | (784.0) |
| Other | 1,767.0 | 1,687.8 | 1,937.8 | 2,131.5 | 403.0 | 445.0 | 371.0 | 548.0 | 519.0 | 723.0 | 80.0 | 365.8 | 484.4 | 484.4 | 484.4 | 484.4 |
| Cash Flow From Financing | (4,898.0) | (5,260.1) | (5,734.4) | (5,647.3) | (275.0) | 14.0 | (1,272.0) | (3,365.0) | (1,073.0) | (868.0) | (1,976.0) | (1,343.1) | (1,686.6) | (1,360.2) | (1,369.1) | (1,318.5) |
| Adjustments | (20.0) | 3.0 | - | - | 13.0 | 14.0 | (49.0) | 2.0 | (3.0) | 2.0 | 4.0 | - | - | - | - | - |
| Cash at Beginning of Period | 3,807.0 | 6,142.0 | 8,418.4 | 11,063.4 | 3,807.0 | 4,293.0 | 4,093.0 | 2,533.0 | 6,142.0 | 8,292.0 | 6,337.0 | 7,944.0 | 8,418.4 | 9,178.4 | 9,575.7 | 10,343.9 |
| Cash at End of Period | 6,142.0 | 8,418.4 | 11,063.4 | 14,388.7 | 4,293.0 | 4,093.0 | 2,533.0 | 6,142.0 | 8,292.0 | 6,337.0 | 7,944.0 | 8,418.4 | 9,178.4 | 9,575.7 | 10,343.9 | 11,063.4 |

| QCOM (Fiscal) | 2013 | 2014E | 2015E | 2016E | Q113 | Q213 | Q313 | Q413 | Q114 | Q214 | Q314 | Q414E | Q115E | Q215E | Q315E | Q415E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Flow from Operations | 8,791.0 | 9,247.0 | 9,071.4 | 9,706.3 | 1,975.0 | 2,216.0 | 2,077.0 | 2,523.0 | 2,781.0 | 1,814.0 | 2,673.0 | 1,979.0 | 2,611.0 | 1,928.9 | 2,314.7 | 2,216.8 |
| subtract Capex | (1,008.0) | (1,116.5) | (691.9) | (733.7) | (205.0) | (289.0) | (314.0) | (200.0) | (210.0) | (587.0) | (158.0) | (181.5) | (164.5) | (171.3) | (177.5) | (178.7) |
| FCF | 7,783.0 | 8,130.5 | 8,379.5 | 8,972.6 | 1,770.0 | 1,927.0 | 1,763.0 | 2,323.0 | 2,571.0 | 1,227.0 | 2,515.0 | 1,817.5 | 2,446.5 | 1,757.6 | 2,137.3 | 2,038.1 |
| Operating Income | 7,230.0 | 7,562.1 | 8,593.4 | 9,082.6 | 2,088.0 | 1,877.0 | 1,677.0 | 1,588.0 | 1,493.0 | 1,990.0 | 2,075.0 | 2,004.1 | 2,314.4 | 2,155.1 | 1,982.8 | 2,141.1 |
| add back D&A | 991.2 | 1,133.4 | 1,082.0 | 1,058.8 | 241.0 | 248.0 | 229.2 | 273.0 | 272.0 | 289.0 | 292.0 | 280.4 | 269.3 | 274.4 | 270.8 | 267.4 |
| EBITDA | 8,221.2 | 8,695.5 | 9,675.4 | 10,141.4 | 2,329.0 | 2,125.0 | 1,906.2 | 1,861.0 | 1,765.0 | 2,279.0 | 2,367.0 | 2,284.5 | 2,583.7 | 2,429.5 | 2,253.7 | 2,408.5 |

Source: Company Reports, Bernstein estimates and analysis

Stacy A. Rasgon, Ph.D. (Senior Analyst) • stacy.rasgon@bernstein.com • +1-212-756-4403

September 16, 2014

mshan@qualcomm.com Min Shan 09/16/14 02:17:38 PM Qualcomm Inc

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q121SEC00527437

5

Exhibit 26
A728

BERNSTEINRESEARCH

September 16, 2014

Stacy A. Rasgon, Ph.D. (Senior Analyst) • stacy.rasgon@bernstein.com • +1-212-756-4403

Disclosure Appendix

**Valuation Methodology**

Qualcomm Inc

We value QCOM by setting a target multiple of ~14x P/FE, applied to our estimate for QCOM's 2016 pro-forma EPS ($5.80) to approximate a forward 12 month horizon one year from today, and set our target price at $80. Alternatively, this target is equal to ~16x our 2016 GAAP EPS including cash ($5.00) or ~14x GAAP excluding cash and investment income.

**Risks**

U.S. Semiconductors

The greatest sector-wide risk that could affect all of the stocks in our coverage is the macroeconomic environment. Upside risk to our targets exist if global GDP recovery is quicker than we currently anticipate, which would result in stronger semiconductor industry growth than we currently forecast. Conversely, if GDP recovery from the current downturn is slower than expected, this would result in slower growth for the industry and semiconductor companies.

Beyond the broader macro environment, several company-specific risks may influence the stocks in our coverage:

Qualcomm Inc

Downside risks to our price target on QCOM include further issues monetizing China, "leakage" of issues outside of China, widespread "revolt" of customers resulting in lower royalty rates, 3G penetration and ramp slower than we model resulting in less device or chipset unit growth, or device and/or chipset ASPs declining faster than we model. Upside risks to our price target include a faster resolution of China issues with minimal changes to the business model, significant upside from new adjacent opportunities, or announcement of even larger cash return.

mshan@qualcomm.com Min Shan 09/16/14 02:17:38 PM Qualcomm Inc

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q121SEC00527438

Exhibit 26
A729

## SRO REQUIRED DISCLOSURES

- References to "Bernstein" relate to Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, and Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, collectively.

- Bernstein analysts are compensated based on aggregate contributions to the research franchise as measured by account penetration, productivity and proactivity of investment ideas. No analysts are compensated based on performance in, or contributions to, generating investment banking revenues.

- Bernstein rates stocks based on forecasts of relative performance for the next 6-12 months versus the S&P 500 for stocks listed on the U.S. and Canadian exchanges, versus the MSCI Pan Europe Index for stocks listed on the European exchanges (except for Russian companies), versus the MSCI Emerging Markets Index for Russian companies and stocks listed on emerging markets exchanges outside of the Asia Pacific region, and versus the MSCI Asia Pacific ex-Japan Index for stocks listed on the Asian (ex-Japan) exchanges - unless otherwise specified. We have three categories of ratings:

    Outperform: Stock will outpace the market index by more than 15 pp in the year ahead.

    Market-Perform: Stock will perform in line with the market index to within +/-15 pp in the year ahead.

    Underperform: Stock will trail the performance of the market index by more than 15 pp in the year ahead.

    Not Rated: The stock Rating, Target Price and estimates (if any) have been suspended temporarily.

- As of 09/15/2014, Bernstein's ratings were distributed as follows: Outperform - 44.9% (1.9% banking clients) ; Market-Perform - 43.9% (0.8% banking clients); Underperform - 11.2% (0.0% banking clients); Not Rated - 0.0% (0.0% banking clients). The numbers in parentheses represent the percentage of companies in each category to whom Bernstein provided investment banking services within the last twelve (12) months.

- All statements in this report attributable to Gartner represent Bernstein's interpretation of data, research opinion or viewpoints published as part of a syndicated subscription service by Gartner, Inc., and have not been reviewed by Gartner. Each Gartner publication speaks as of its original publication date (and not as of the date of this report). The opinions expressed in Gartner publications are not representations of fact, and are subject to change without notice.

**12-Month Rating History as of 09/15/2014**

**Ticker  Rating Changes**
QCOM M (RC) 07/30/14    O (IC) 06/04/09

Rating Guide: O - Outperform, M - Market-Perform, U - Underperform, N - Not Rated
Rating Actions: IC - Initiated Coverage, DC - Dropped Coverage, RC - Rating Change

### QCOM / Qualcomm Inc

| Date | Rating | Target(USD) |
|---|---|---|
| 07/05/11 | O | 67.00 |
| 11/03/11 | O | 70.00 |
| 01/30/12 | O | 71.00 |
| 02/02/12 | O | 75.00 |
| 11/08/12 | O | 80.00 |
| 01/30/14 | O | 85.00 |
| 04/22/14 | O | 90.00 |



O - Outperform   M - Market-Perform   U - Underperform   N - Not Rated

## OTHER DISCLOSURES

A price movement of a security which may be temporary will not necessarily trigger a recommendation change. Bernstein will advise as and when coverage of securities commences and ceases. Bernstein has no policy or standard as to the frequency of any updates or changes to its coverage policies. Although the definition and application of these methods are based on generally accepted industry practices and models, please note that there is a range of reasonable variations within these models. The application of models typically depends on forecasts of a range of economic variables, which may include, but not limited to, interest rates, exchange rates, earnings, cash flows and risk factors that are subject to uncertainty and also may change over time. Any valuation is dependent upon the subjective opinion of the analysts carrying out this valuation.

This document may not be passed on to any person in the United Kingdom (i) who is a retail client (ii) unless that person or entity qualifies as an authorised person or exempt person within the meaning of section 19 of the UK Financial Services and Markets Act 2000 (the "Act"), or qualifies as a person to whom the financial promotion restriction imposed by the Act does not apply by virtue of the Financial Services and Markets Act

mshan@qualcomm.com Min Shan 09/16/14 02:17:38 PM Qualcomm Inc

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                            Q121SEC00527439

Exhibit 26
A730

2000 (Financial Promotion) Order 2005, or is a person classified as an "professional client" for the purposes of the Conduct of Business Rules of the Financial Conduct Authority.

**To our readers in the United States:** Sanford C. Bernstein & Co., LLC is distributing this publication in the United States and accepts responsibility for its contents. Any U.S. person receiving this publication and wishing to effect securities transactions in any security discussed herein should do so only through Sanford C. Bernstein & Co., LLC.

**To our readers in the United Kingdom:** This publication has been issued or approved for issue in the United Kingdom by Sanford C. Bernstein Limited, authorised and regulated by the Financial Conduct Authority and located at 50 Berkeley Street, London W1J 8SB, +44 (0)20-7170-5000.

**To our readers in member states of the EEA:** This publication is being distributed in the EEA by Sanford C. Bernstein Limited, which is authorised and regulated in the United Kingdom by the Financial Conduct Authority and holds a passport under the Markets in Financial Instruments Directive.

**To our readers in Hong Kong:** This publication is being distributed in Hong Kong by Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, which is licensed and regulated by the Hong Kong Securities and Futures Commission (Central Entity No. AXC846). This publication is solely for professional investors only, as defined in the Securities and Futures Ordinance (Cap. 571).

**To our readers in Singapore:** This publication is being distributed in Singapore by Sanford C. Bernstein, a unit of AllianceBernstein (Singapore) Ltd., only to accredited investors or institutional investors, as defined in the Securities and Futures Act (Chapter 289). Recipients in Singapore should contact AllianceBernstein (Singapore) Ltd. in respect of matters arising from, or in connection with, this publication. AllianceBernstein (Singapore) Ltd. is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C. It is regulated by the Monetary Authority of Singapore and located at 30 Cecil Street, #28-08 Prudential Tower, Singapore 049712, +65-62304600. The business name "Sanford C. Bernstein" is registered under business registration number 53193989L.

**To our readers in Australia:** Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited and Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司 are exempt from the requirement to hold an Australian financial services licence under the Corporations Act 2001 in respect of the provision of the following financial services to wholesale clients:

- providing financial product advice;
- dealing in a financial product;
- making a market for a financial product; and
- providing a custodial or depository service.

Sanford C. Bernstein & Co., LLC., Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司 and AllianceBernstein (Singapore) Ltd. are regulated by, respectively, the Securities and Exchange Commission under U.S. laws, by the Financial Conduct Authority under U.K. laws, by the Hong Kong Securities and Futures Commission under Hong Kong laws, and by the Monetary Authority of Singapore under Singapore laws, all of which differ from Australian laws.

One or more of the officers, directors, or employees of Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (business registration number 53193989L) , a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, and/or their affiliates may at any time hold, increase or decrease positions in securities of any company mentioned herein.

Bernstein or its affiliates may provide investment management or other services to the pension or profit sharing plans, or employees of any company mentioned herein, and may give advice to others as to investments in such companies. These entities may effect transactions that are similar to or different from those recommended herein.

Bernstein Research Publications are disseminated to our customers through posting on the firm's password protected website, www.bernsteinresearch.com. Additionally, Bernstein Research Publications are available through email, postal mail and commercial research portals. If you wish to alter your current distribution method, please contact your salesperson for details.

Bernstein and/or its affiliates do and seek to do business with companies covered in its research publications. As a result, investors should be aware that Bernstein and/or its affiliates may have a conflict of interest that could affect the objectivity of this publication. Investors should consider this publication as only a single factor in making their investment decisions.

This publication has been published and distributed in accordance with Bernstein's policy for management of conflicts of interest in investment research, a copy of which is available from Sanford C. Bernstein & Co., LLC, Director of Compliance, 1345 Avenue of the Americas, New York, N.Y. 10105, Sanford C. Bernstein Limited, Director of Compliance, 50 Berkeley Street, London W1J 8SB, United Kingdom, or Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Director of Compliance, Suites 3206-11, 32/F, One International Finance Centre, 1 Harbour View Street, Central, Hong Kong, or Sanford C. Bernstein (business registration number 53193989L) , a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, Director of Compliance, 30 Cecil Street, #28-08 Prudential Tower, Singapore 049712. Additional disclosures and information regarding Bernstein's business are available on our website www.bernsteinresearch.com.

## CERTIFICATIONS

- I/(we), Stacy A. Rasgon, Ph.D., Senior Analyst(s)/Analyst(s), certify that all of the views expressed in this publication accurately reflect my/(our) personal views about any and all of the subject securities or issuers and that no part of my/(our) compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views in this publication.

Approved By: NK

Copyright 2014, Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, and AllianceBernstein (Singapore) Ltd., subsidiaries of AllianceBernstein L.P. ~1345 Avenue of the Americas ~ NY, NY 10105 ~212/756-4400. All rights reserved.

This publication is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of, or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Bernstein or any of their subsidiaries or affiliates to any registration or licensing requirement within such jurisdiction. This publication is based upon public sources we believe to be reliable, but no representation is made by us that the publication is accurate or complete. We do not undertake to advise you of any change in the reported information or in the opinions herein. This publication was prepared and issued by Bernstein for distribution to eligible counterparties or professional clients. This publication is not an offer to buy or sell any security, and it does not constitute investment, legal or tax advice. The investments referred to herein may not be suitable for you. Investors must make their own investment decisions in consultation with their professional advisors in light of their specific circumstances. The value of investments may fluctuate, and investments that are denominated in foreign currencies may fluctuate in value as a result of exposure to exchange rate movements. Information about past performance of an investment is not necessarily a guide to, indicator of, or assurance of, future performance.

mshan@qualcomm.com Min Shan 09/16/14 02:17:38 PM Qualcomm Inc

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        Q121SEC00527441

Exhibit 26
A732