**CRAVATH, SWAINE & MOORE LLP**
ANTONY L. RYAN (*pro hac vice*)
(aryan@cravath.com)
RACHEL G. SKAISTIS (*pro hac vice*)
(rskaistis@cravath.com)
YONATAN EVEN (*pro hac vice*)
(yeven@cravath.com)
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
M. BRENT BYARS (*pro hac vice*)
(mbyars@cravath.com)
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

**COOLEY LLP**
STEVEN M. STRAUSS (99153)
(sms@cooley.com)
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
CHRISTOPHER DURBIN (218611)
(cdurbin@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-9109
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Attorneys for Defendants Qualcomm Incorporated, Derek A. Aberle, Steven R. Altman, William F. Davidson, Paul E. Jacobs, Steven M. Mollenkopf, and Donald J. Rosenberg*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No. 3:17-cv-00121-JO-MSB<br><br>**DECLARATION OF CHRISTOPHER B. DURBIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Jinsook Ohta<br>Date: October 19, 2022<br>Time: 9:30 a.m.<br>Courtroom: 4C |

I, Christopher B. Durbin, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court. I am counsel with the law firm of Cooley LLP, attorneys of record for Defendants Qualcomm Incorporated, Derek A. Aberle, Steven R. Altman, William F. Davidson, Paul E. Jacobs, Steven M. Mollenkopf, and Donald J. Rosenberg (collectively, "Defendants"). I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2. In late 2019, Defendants issued deposition subpoenas to certain of Lead Plaintiff Sjunde AP-Fonden's ("AP7") and Lead Plaintiff Metzler Asset Management GmbH's ("Metzler," and with AP7, "Lead Plaintiffs") then-identified external investment managers ("IMs") via Letters of Request issued by this Court under Hague Convention procedures. Defendants also successfully scheduled a hearing in the Swiss court in Trogen known as the Appenzell Ausserrhoden, during which a judicial official would question and obtain testimony from an ACATIS witness.

3. On January 15, 2020, Defendants filed a Motion for Judgment on the Pleadings, which resulted in an automatic discovery stay under the PSLRA. (ECF No. 143.) Shortly thereafter, the Swiss hearing was cancelled.

4. On February 3, 2022, the Court denied Defendants' Motion for Judgment on the Pleadings, and the discovery stay was lifted. (ECF No. 192.) On May 12, 2022, I contacted counsel for Lead Plaintiffs regarding the document and deposition subpoenas to Lead Plaintiffs' respective IMs prior to the discovery stay.

5. Before and after the discovery stay, the 11 IMs in foreign jurisdictions produced, collectively, a total of 439 documents.

6. Over the course of the next three months, I engaged in multiple rounds of meet and confers, both orally and in writing, with counsel for Lead Plaintiffs

regarding Lead Plaintiffs' foreign IMs' willingness to sit for voluntary depositions. Between June 6 and July 13, 2022, counsel for Lead Plaintiffs confirmed that none of Lead Plaintiffs' foreign IMs would agree to voluntarily sit for a deposition.

    a.    On June 6, 2022, counsel for Lead Plaintiff Metzler informed Defendants that Allianz Global Investors Kapitalanlagegesellschaft mbH ("Allianz") would not agree to sit for a deposition voluntarily.

    b.    On June 9, 2022, counsel for Lead Plaintiff Metzler informed Defendants that ACATIS Investment GmbH ("ACATIS") had not yet responded to Defendants' request that it sit voluntarily for deposition. On June 10, 2022, I contacted Dr. Pius Gebert, Kantonsgerichtspräsident of the Swiss Appenzell Ausserrhoden, to request that the ACATIS hearing be rescheduled for the earliest available date. On June 20, 2022, Dr. Gebert notified counsel for Defendants and Lead Plaintiffs that the hearing would occur on July 22, 2022. But on July 1, 2022, the Parties' counsel was informed that the hearing had been rescheduled for July 28, 2022.

    c.    On June 22, 2022, counsel for Lead Plaintiff Metzler informed Defendants that Invesco Asset Management Deutschland GMBH ("Invesco"), Svenska Handelsbanken AB (publ) ("Handelsbanken"), State Street Global Advisors Ltd. ("State Street"), BlackRock Investment Management (UK) Ltd. ("BlackRock"), and Northern Trust Global Investments Ltd. ("Northern Trust") declined to sit for a deposition voluntarily.

    d.    On June 28, 2022, counsel for Lead Plaintiff Metzler informed Defendants that neither Amundi Deutschland GmhH ("Amundi") nor Lingohr & Partner Asset Management GmbH ("Lingohr") would agree to sit for a deposition voluntarily.

   e. On July 5, 2022, counsel for Lead Plaintiff Metzler informed Defendants that DWS International GmbH ("DWS") would not agree to sit for a deposition voluntarily.

   f. On July 13, 2022, counsel for Lead Plaintiff Metzler informed Defendants that Flossbach von Storch AG ("Flossbach") would not agree to sit for a deposition voluntarily.

  7. Attached hereto as **Durbin Exhibit 1**, is a true and correct excerpted copy Lead Plaintiffs' Amended Responses and Objections to Defendants First Set of Interrogatories ("Amended Interrogatory Responses"), which have been designated Confidential by Lead Plaintiffs pursuant to the parties' protective order entered in this case on May 30, 2019 (the "Protective Order"). (ECF Nos. 78-1, 79.)

  8. Attached hereto as **Durbin Exhibit 2**, is a true and correct copy of a spreadsheet produced by Metzler in native excel format at bates number METZLER_0002865, and designated Confidential by Metzler pursuant to the Protective Order. According to Lead Plaintiffs' Amended Interrogatory Responses (attached as Durbin Exhibit 1 hereto) at page 3: "██████████████████████████████████████████████████████████████████████████████████████████████████"

  9. According to the information provided by Metzler in the spreadsheet produced at METZLER_0002685, ██████████████████████████████████████████████████████████████████████████████████████████████████. According to Lead Plaintiffs' Amended Interrogatory Responses (attached as Durbin Exhibit 1 hereto) at page 12, ██████████████████████████████████████████████████████████

1 ██████████████. According to the information provided by Metzler in the spreadsheet produced at METZLER_0002685, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

10. Attached hereto as **Durbin Exhibit 3**, is a true and correct excerpted copy AP7's Second Amended Responses and Objections to Defendants' First Set of Interrogatories ("AP7's Second Amended Interrogatory Responses"), which have been designated Confidential by AP7 pursuant to the Protective Order.

11. Attached hereto as **Durbin Exhibit 4**, is a true and correct excerpted copy of the transcript from the deposition of PanAgora Asset Management, Inc.'s 30(b)(6) witness, George Deckey Mussalli, taken on July 15, 2022. This entire transcript has been designated Confidential, and portions of the transcript have been designated Highly Confidential by PanAgora pursuant to the Protective Order.

12. Attached hereto as **Durbin Exhibit 5**, is a true and correct excerpted copy of the transcripts from the deposition of Metzler's 30(b)(6) witness, Dr. Axel Hoffmann, taken on July 13 and 18, 2022. This transcript has been designated Confidential by Metzler pursuant to the Protective Order.

13. Attached hereto as **Durbin Exhibit 6**, is a true and correct excerpted copy of the transcript from the deposition of AP7's 30(b)(6) witness, Richard Gröttheim, taken on July 15, 2022. This transcript has been designated Confidential by AP7 pursuant to the Protective Order.

1 | I hereby declare under penalty of perjury that the foregoing is true and correct
2 | to the best of my knowledge.
3 | Executed on July 22, 2022, in Seattle, Washington.

*[Signature]*

Christopher B. Durbin