# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No. 3:17-cv-00121-JO-MSB<br><br>**DECLARATION OF REBECCA E. BOON IN SUPPORT OF LEAD PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>Judge: Hon. Jinsook Ohta<br>Date: October 19, 2022<br>Time: 9:00 a.m.<br>Courtroom: 4C |

# (FILED UNDER SEAL)