# Exhibit 10

## QUALCOMM Inc. London Investor Day

London Nov 11, 2005 (Thomson StreetEvents) -- Edited Transcript of Qualcomm Inc corporate analyst meeting</ Tuesday, November 8, 2005 at 9:00:00am GMT

CORPORATE PARTICIPANTS

Bill Davidson, QUALCOMM, Inc. - VP of IR
Paul Jacobs, QUALCOMM, Inc. - CEO
Steve Altman, QUALCOMM, Inc. - President
Sanjay Jha, QUALCOMM, Inc. - EVP and President, CDMA
Bill Keitel, QUALCOMM, Inc. - EVP and CFO
Jeff Jacobs, QUALCOMM, Inc. - President, Global Development

CONFERENCE CALL PARTICIPANTS

Brett Simpson, Arete Research Limited - Analyst
Paul Sagawa, Sanford Bernstein - Analyst
Mike Ounjian, Credit Suisse First Boston - Analyst
John Bucher, Harris Nesbitt Gerard - Analyst
Sandeep Malhotra, Merrill Lynch - Analyst
Cole Bender, Credit Suisse First Boston - Analyst
Louis Gerhardy, Morgan Stanley - Analyst
Mike Walkley, Piper Jaffray - Analyst
Richard Kramer, Arete Research - Analyst
Marie Rossi, Insight Investment - Analyst
Hasim Alek, Citigroup - Analyst

# PRESENTATION

**Unidentified Company Representative**

(Customer testimonial, starts in progress) ...One way that we do this is by participating in standards and driving new technologies and protocols into the market. We also worked very closely with the operators, years in advance, to bring new technologies to them. There are several competitive advantages that QUALCOMM CDMA technology has. One is we have the best (ph) design, development and deployment team in the industry who can not only design the A6 (ph), but also develop the software that goes on top of that. It also goes back to engineering talents and our flawless execution track record.

The second one is that we have the largest product portfolio in the market. If we look at our roadmap, starting from CDMA 1A to CDMA 1X plus GSM, GPRS, all the way to UMTS, which now includes HSDPA, and then if you looked at the tiering that we do from the low tier, simple voice phone, all the way to a multimedia phone, we have the largest portfolio out there.

**Unidentified Company Representative**

Several years ago QUALCOMM and teams of engineers began to look at the problem of more efficiently, more effectively, more cost effectively, delivering content, both video and audio and other multimedia content to handsets. We knew that for multimedia to reach mass market adoption, it had to be extremely simple to use with an intuitive and simple e-bench (ph) base, a significant differentiator between the multimedia services operator over the FLO networks and those offers of our current 3G networks will be in the amount and the quality of the video.

The promise of mobile phones is mobility. The promise of MediaFLO is that people will have their favorite content available to them on the go.

**Unidentified Company Representative**

With the convergence of voice and data, we are seeing compelling applications in the marketplace. With the faster data rates that are being deployed on the network worldwide, we're being able to download 3D games, multimedia functionality and location-based services that are compelling to the marketplace. We also have continued to add capabilities to BREW so that not only can you purchase applications on the phone, but you can do that at retail outlets, Web sites, kiosks, so that any place you want to get a BREW application, you're able to. We also have added a new product line BREW uiOne. BREW uiOne allows operators as well as consumers to see their phones. We want to make sure that we are providing the right solution for the marketplace.

As we move into new markets like Europe, we are continuing to listen to our customer base and innovate with new products like BREW uiOne. We want to make sure that there is innovation that the marketplace wants.

**Unidentified Company Representative**

We believe at QUALCOMM we're quite good at taking new ideas, commercializing them, bringing them to mass production and leveraging an IT portfolio. The combination of a 3G CDMA product together with an iMod display really enables a whole new class of applications, a whole new class of usages of the product, and that actually opens up whole new value chains.

**Unidentified Company Representative**

Good morning, and welcome to QUALCOMM's fourth annual London investor day. I'd also like to welcome our participants on the Webcast. We sincerely appreciate the time you're taking in being with us today, and I'd like to thank the investor relations team for coordinating the event, and I'm sure you'll find it very informative.

During this meeting, if we use any non-GAAP financial measures as defined by the SEC in Regulation G, you'll find the required reconciliations to GAAP on our Web site, as well as the materials you received today. We may also make forward-looking statements that may differ materially from QUALCOMM's actual results. Please review our SEC filings for a detailed presentation

Exhibit 10

483

of each of our businesses and associated risks. You can review a copy of our Safe Harbor statement in your package today, and on the Web as well.

At the podium today, we'll hear from Paul Jacobs, Steve Altman, Sanjay Jha and Bill Keitel. Jeff Jacobs will join during the Q&A sessions. I'd also like to recognize our Chairman, Dr. Irwin Jacobs, who is with us in the audience today.

Well, we have a full agenda, so without any further adieu, let's watch a brief video before Paul takes the stage.

**Unidentified Company Representative**

We started the company with the concept of trying to be a mobile media company. The whole concept of Amp'd about taking the technology that QUALCOMM had created and really adding the consumer dimension to that, and really Amp'd is I guess is one of the first mobile media portals is what we called ourselves, targeting the youth market. Eighteen to 24 is our sweet spot. Having said that, there's a lot of people that are young at heart as well that we've been attracting. So really we think of ourselves as a media company first and a wireless company second.

When we first started out formulating the company and being a media company, as we pitched ourselves, one of the strategic partners we went after was Universal Vivendi. I'm proud to say that Universal Vivendi is a shareholder in Amp'd and their music catalog and their music direction has been great for us. But I guess this is probably the first time when you're seeing strategic media companies not going out there and creating their own wireless network or creating their own MVNO, but actually working with companies like ours to take on their experience.

A lot of what we were doing needed to push the envelope when it came to technology, and I think one of the things that we found at the time was things like the user interface, how you actually get the media and how you get the content was something that we thought really needed to be challenged. So, at the time we went down and told QUALCOMM - they had BREW 3.1 they were showing us. We went away and we built a user interface which runs on BREW 3.1. Without that, we wouldn't be able to deliver the level of content that we need, and more importantly, the customization of the content.

I think one of the things that was better at Amp'd is this constant moving wheel that we need to continue to keep moving with technology and continue to keep pushing the envelope when it comes to mobile media. At Amp'd, we weren't interested in creating a 2.5G network. We're only interested in creating a 3G network and beyond for this mobile media experience. We want to continue to keep quality and keep moving as fast as we can. I think future technology has really played a role in that, and we're obviously looking at Media Player as an example of technology that allows us to bring a new form of trimming (ph) into the handset. So I think that this market demands the best technology. It demands the latest technology, and it really won't take anything less.

So I think from Amp'd's perspective, it's a challenge for us but we're going to continue to keep rolling ahead of the game and continuing to push the envelope when it comes to technology. And, again, our partnership with QUALCOMM has been really good at allowing us to continue to do that. They want to push the envelope. We really have the front end, they have the back end, and I think that's where the partnership really works well.

Without EV-DO and without BREW, there's no way in the world we've got to do what we're doing today. And again, it's not a sale. I'm not cross-selling QUALCOMM. We actually pay them money, so our strategy has always been, very clearly, without the technology that they've created, we would not be able to do what we've been doing.

**Paul Jacobs**, QUALCOMM, Inc. - CEO

Good morning, everyone, and thanks for being here. It's been an interesting few months, as you probably all have seen, in terms of taking over the company as CEO, but I think if you also look at how we've executed, that things continue to go and the transition's been extremely smooth. So I outlined at the last analyst conference, I guess before taking over, sort of the three pillars of how we were going to drive our growth going forward. And those three pillars continue to be what we focus on, so execution, innovation and partnerships.

And if I just focus on the first one, on execution, clearly, we've just released our financials. Bill will go through that in a lot more detail, so you can see that we continue to execute very strongly on the financial side. We've grown our revenues to record levels, our earnings to record levels, our cash flow continues to be extremely strong, and we're able to make use of that cash flow in a number of ways.

We've gotten a lot of recognition for how the company is executed, Fortune 500. One of the things that we're very proud of is the fact that we are one of the 100 best companies to work for. We've been that way for many years now, and we continue to focus on the employees, because it's a company that's very asset light in the sense of not having a lot of factories. It's really about the people and the ideas that our people have that drives the company forward. And so that's a very important recognition for QUALCOMM.

One of the other things that we've done with our cash is return money to shareholders in a couple of different ways. So we've executed a stock buyback program. We've just recently announced an even larger, an expansion to that stock buyback program. We've been using puts as well to lower the effective price when we purchase the stock. In fact, we've got some gains as the stock continued to appreciate, and we're also focused on dividends as well to return money to our shareholders.

Some of the incredible things that have happened this year. This has really been a year when a number of excellent things have happened. Sanjay will get up and talk about QCT, but I'm very proud of the fact that if you look at the number of chips that we shipped and the amount of time that it took to ship those chips is accelerating. So it took our first eight years to get our first billion and two years to get the second billion chips shipped out of QCT, a really fantastic achievement by that division and its employees.

This year, we've also shipped 151 million chipsets, and what that means is that as we develop new technologies and integrate them into the chipsets, we're able to drive new technologies out very widely into the market very rapidly. And so we're focused on both the high end of the market, which you hear us talk often about, and which that Amp'd Mobile spoke very well to. But we're also focused on the low end, because there's a lot of growth in the developing world, and that's going to be in low GDP per capita markets, and we need to have the low-cost phone to go attack those markets. So there's a number of areas that we're working on. Sanjay will go through all of these in greater detail, but I think that we've shown that we can drive the financials of QCT's business, get higher ASPs for the chipsets by driving to higher-end technologies, at the same time as we go address the low-end market. We'll address those developing markets and we've seen that in some of the markets like India, where you can see them going very aggressively after the low-cost customer.

QIS, which is the division which has BREW in it, reached profitability this year. I'm very proud of that fact as well. And if you look at

Exhibit 10
484

the kind of acceleration that we were talking about on QCT, you can see the same kind of acceleration on the software side. So this is the amount of money that's been paid to developers or third parties through the BREW system of downloading software applications to the phone. And that's gone up $150 million in eight months, and these are actually slightly old. These came from the last BREW conference, so as we come up to the next one, we'll be updating these numbers.

But we've seen other numbers come out in the meantime, numbers from Verizon, who is the largest BREW operator at the moment, very pleased with their execution on BREW and their actually execution overall on data services. As I talked about it, we think about software applications on the phone as maybe a high-end kind of thing, but in fact we're also focused on the low end of the market. So we're taking the data capabilities of CDMA and using that as a differentiator at the low end of the market. And you can see a number of manufacturers are working with us to get these kinds of capabilities built into devices that can address that low-end market, but also give those people something more than just voice and SMS. They're able to download ringtones and screen savers and games and things like that. In fact, this Daxian phone, it is the top-selling BREW phone in China Unicom's network. So going after that low tier can drive a lot of volume.

One of the things that's very interesting too is that we now are having gaming on the phone, and it's really interesting how you have this combination. Everybody said, what are the kind of applications we're going to get out of 3G? Now, if you have a 3D game on the phone, that 3D game is going to take more data to get down, because there's more rich graphics on the screen, okay, and so you need the higher data rates to get that down in a reasonable amount of time. So we've actually been investing a lot in QCT to build 3D capabilities into the phones, and then if you see what the result is, this is actually a graph that shows what the pricing is on Verizon's service.

So these are publicly available pricing, you look at the two categories. One's the 3D games on Verizon's service, the other one's the 2D games on Verizon's service. You can see, it's 42% increase in the average price of those games. So they're actually seeing value, and the consumer is seeing value in the 3D gaming capabilities. So let me show you something really cool, though. So I was off in China, and I went to a developer conference. They had their developer conference there, and I saw a bunch of game developers using this phone.

So this is one of China Unicom's phones, and we always talked about how if you - let me just plug it in here. So, we always talked about how if you put all this capability into the phone, are you really limited by this 2.5 inch screen? And the answer is no, because all these phones are getting TV out built into them. So I go to this developer conference, and I see these guys just going crazy using the phone as their game controller.

So I'll show you a little bit of that. I will prove that I actually don't spend a lot of time playing these games. So this is actually Doom. So the famous Doom game that you've seen on the PC - so here's going around and - so here I am. I'm talking to one of the Marines. The door should be unlocked. So let's see what I can get out to the door. That's right, I've got to push the button.

Okay, so I've got to change to my fire extinguisher. There I go. I'm out the door and I still haven't met a zombie yet, so I've still got my fire extinguisher. And, anyways, you can get the idea that these games are actually going to be things that people will end up using, and you can actually think about it. In the developing world, as we continue to improve the 3D gaming capabilities of these phones, that this actually can be the console for the rest of the world, because console games are big in the United States. They're big in Europe, Japan, but in most of the developing countries of the world, you don't have it, one, because of the cost of the console, two, because of piracy. The cost of the console is low because it's your handset, and piracy is dealt with by BREW.

So, let's see, I can show you just quickly another game. So you can see that the 3D graphics capabilities that are getting built into the chipset are continuing to improve. Now, on this particular phone, all of these 3D graphics have actually been done in software on top of BREW. This is not using hardware acceleration.

I think we'll be showing off some very interesting things later on in terms of how the 3D graphics actually improve when you add hardware acceleration. But you can see that the graphics already are amazing. And you can also see that I'm not a very good game player, so, anyway, back to the presentation.

Another area that we've actually been very successful with, and it's been the focus of a lot of discussion is what's going to happen with the laptop. How is data going to be deployed to those laptop users. There's been a lot of noise about things like WiMax, where people have said, okay, well, that's going to come because it's going to be integrated into the laptop and that's how people will get it, just like WiFi. Well, in fact, we now have had some major PC manufacturers announce embedded EV-DO and embedded HSDPA in their laptops, and so it's a very interesting idea.

You go buy the laptop, it has the wide area connection to it. It's not just about a monthly subscription, though. Now that it's built in, you can actually imagine doing things like session-based pricing in addition to that monthly subscription that you have on a standard with the way that you do it with the card today. So it actually is going to give the operators much more flexibility in terms of how they offer their services to the consumer. It's going to go much simpler experience, you open up the laptop and things just work. So I'm really proud of the fact that we've been able to get that done this year as well.

We're also talking about HSDPA. We're really focused a lot. We actually just got back from a meeting with Cingular about their launch, and I think we've done a very good job in terms of getting the chipsets to the manufacturers, getting the interoperability testing done, helping them optimize their network and getting ready for their launch. So they're looking to launch 15 to 20 cities and they will have the devices ready to go, and you can see the Sierra Wireless card is one of those launch devices that they have. But we've been doing a lot of work with them to drive that, as well as been doing a lot of work with the European operators as well to drive HSDPA forward.

Now, why are they interested in it? We have the results already. You can see Verizon, so we're in the country where everybody said, will people use wireless data? Here is the results from Verizon. You can see the steady growth in the percentage of their service revenues that are coming from data. These are just recent announcements. If you look down at the low-end market, more in terms of Vivo, so this is the data revenue, non-messaging. So that's actually gone up over and over.

If you look then in Europe, you can see Vodafone 3G, what they had before they went to 3G and after they went to 3G, a 70% improvement in data revenues. KTF obviously in Asia, Asia is where a lot of the innovation is happening. KTF you can see, 2G to EV-DO, 3G, huge increase in their revenues. So that's why the operators are so focused on us providing these data capabilities, so that's why we're so focused on it. That's why we think that 3G is going to be a very compelling success to the consumer.

Okay, so what are we doing to help drive that? What's the innovation that we're doing? So here is a chart to say we're spending a tremendous amount of money on R&D. You all know that. You see the percentage of revenue that we put into R&D go up, although we started to slow that down a little bit, but what's that going for? That is going for an awful lot of innovation. There's a lot of new

Exhibit 10
485

technologies that continue to get built into the devices, and that's going to accelerate as time goes on.

The phone is becoming the unique personal device where a lot of consumer electronics are getting converged in, and a lot of new airlink technologies are getting converged in. If I look forward and I think about what the next generation of technology is going to be about, it's going to be about multiple airlinks, all running simultaneously in the phone, whether it's a local area, a personal area, a wide area connection. All these things will be running to get data to and from the phone for the least cost possible.

These are all pieces of that puzzle, so - that's a little bit early in the presentation. So here's one of the things that people have been talking about is how much we've been participating in 3GPP in terms of the standards body for WCDMA. We've been having this argument about who has put more technology in, and obviously Steve's going to talk to this a little bit more.

The fundamental CDMA technology underpins all of WCDMA, but as we've gone to these newer technologies of HSDPA and HSUPA, the downlink, enhanced downlink, enhanced uplink for WCDMA, we've actually been continuing to contribute more and more. And, as you see, over time, we're now the tallest bar. We're now the number one contributor in 3GPP. So we are actually driving the technology evolution for both the WCDMA roadmap and the CDMA2000 roadmap. There's been a lot of misconception about that, but in fact it's not only QUALCOMM's original technology that's in there, but we continue to drive new innovations into that roadmap to increase the data speeds, to increase the capabilities of those networks to support the kinds of interesting data applications that we talked about earlier.

Okay, so I talked a little bit about this already, but this idea that there are multiple airlinks running. Those airlinks are focused on the kind of application that you need to run. So it used to be we'd just drive technology and we would try to get the most capacity that we could, or the most voice calls that we could out of it, and not really think about what the application or the technology. It was really just about building a bigger pipe.

Well, that's a commodity mindset, build the bigger pipe, somebody's going to come and fill it. Now we're in the mindset of differentiation. How do we build something that's optimized to a given technology, or a given application set. So, in this case, so we have wide area. There are certain technologies that are great for wide area. These technologies have tremendous roadmaps, so as I talked about WCDMA, then we have HSDPA, which is the enhanced downlink, HSUPA, the enhanced uplink. On the DO roadmap, we have Rev A that's now coming out with enhancements for supporting voice over Internet protocol. Over that for lowering the cost and providing a lot more service flexibility for the operators.

And then we have Rev B, that's just going through the standards process to provide multiple airlinks tied together so that you can have higher peak data rates for faster downloading of Web pages and things or 3D games or music or video or all these kinds of things. So this is a great roadmap for that.

The roadmap for broadcast. Broadcast is a fundamentally different thing, broadcast the way - how do I get massive amounts of data down to the device? The data for a video is about 100 times the data required for a voice call, but we know that consumers want to pay flat rates for it. They don't want to pay more the more TV they watch. So the network has to be architected in a fundamentally different way, and the technology has to be architected in a way that allows you to do things like shift channels very rapidly, do these kinds of things. I'll talk more about that, but there's a couple of ways of doing that.

So we have things that work within the existing cellular networks, but really the best way to do it is through a broadcast topology (ph), meaning that you have a few towers that you have to pump all of this video to and then blast it out over a large metropolitan area, and so that's the FLO capability.

And then we have local area technologies, and we've been driving forward 802.11n, a very high-speed technology for local area. And the idea is, as I showed you here, I had to plug a cable into that phone to get it up on the screen. In the future, we're going to have screens that are addressable by wireless. So the video will get to the mobile wireless, and the phone can generate that. So you'll just walk into the room, instead of having to plug the cable, your phone will actually be able to put information up on the screen. And as we put more and more capabilities into the chipsets, we'll fill out that screen, we'll have better resolution. All of these things will make that a much more compelling experience, and I just showed you gaming, but the same thing works for computing, the same thing works for multimedia, whether it's user generated or stuff that they bought over the air.

So that 802.11 roadmap is interesting for the local area as well. Okay, if I look at the kinds of technologies, we're known well for CDMA, so CDMA was the fundamental underpinning of these things. We added some time division multiplexing structure to go to the EV-DO, and then in fact we've added OFDM, so we have a lot of discussion about OFDM. You know that we purchased Flarion. We're still in the process of going through the regulatory review of that transaction. We hope to close that by early first calendar quarter.

But this technology has also been built in. But you can see, you look at it, the CDMA roadmap continues, and that's because CDMA is the optimal technology from a theoretical standpoint. And then the question is, at any given stage of implementation, so at any given point in time, what's the right technology to use? We'll choose the best technology at a given stage of implementation, bring that to market to provide the best cost per bit, the best spectral efficiency, the best coverage, the best kinds of other parameters, latency, all sorts of things. We'll choose the right technology for the right application.

As I said, EV-DO continues to get evolved, and you can see that we continue, as you look at these charts. What these charts are is you take EV-DO and you add certain things to it. Some of these things don't require any standards changes at all, so here's standard receive diversity that goes in, meaning two receivers on it, which doesn't mean antennas sticking up out of your phone. There's actually antennas built inside and some external, or all internal. But that receive diversity, equalizer. You can see a pretty substantial improvement in the data going from the cell site to the phone.

Similarly, from the phone to the cell site, we're doing other things. We're actually going to DO Rev A, so that's improving the uplink capacity of the system, and if we put the receive diversity on the bay station, that actually improves the capabilities there as well, and so you can see a huge improvement in the uplink capacity. Why is that important? Because people are doing things like taking videos. They're taking pictures. There's a lot of data that's actually getting generated on the phone that today doesn't really get off the phone that well.

As we improve the data rates to go on the uplink, we'll start to see more of that information get across, be shared among your friends, so your pictures, your videos, will just automatically get uploaded to the network and downloaded to your friends. These kinds of things will be much more possible when we have a better uplink. And going back to voice pays the bills. Voice is the first killer application.

I love this chart, because this chart shows how the progression of those promises about CDMA were actually kept. So people have

Exhibit 10
486

come to us and given us a hard time, oh, you said you would do this, that and the other thing in terms of multiples of the analog voice carrying capacity. And so you can that, so we did AMPS as the base, cdmaOne got us 15 times, so that's between that 10 to 20 we used to talk about. Now we've gone to 1X and then to DO Rev A, DOrA, with voice over IP, and now we're getting to that 50 times AMPS multiple in terms of voice carrying capacity.

So we continued to drive the cost down for sharing voice calls. And, by the way, a lot of this technology all goes into the WCDMA track as well, and that drives the cost down, and that's why you see some of the operators are now focusing on voice capacity as a way to go build the business model to exceed 3G into the hands of the consumers and then sell them the data services on top of that. And so we see that as a very compelling way for the operators to drive, but we need to provide the underlying technology to make that happen.

So I talked about receive diversity. So we have a couple of RF chips that are coming out, we've sampled already, that have receive diversity just built into them, so it doesn't add much cost to the chipset to do this. By having that receive diversity in there, it lowers cost, lowers the size, it lowers the power requirements of supporting this kind of capability and gives you significant improvements in the capacity of the system, as I talked about earlier.

KDVI (ph) has actually launched this in a commercial way, using multiple chipsets to receive diversity. This shows what happens at QUALCOMM. Come up with an idea, sometimes it will get implemented in multiple chips, and then we follow up by doing the integration into a single chip to lower cost, size and power. And so that's what's going on on that side. On the bay station side, I talked about four-way receive diversity. Well, you see three antennas in that picture. The middle one is the transmit antenna. The two sides are receive antennas, and what happens in the four-way diversity is that you actually don't change the way those antennas look. They actually just put another antenna inside. It's called cross polarization, which I won't get into detail of, but there would then be two cables coming out of the back of each one of those antennas, and that's it, and that effectively provides a significant improvement, as I showed earlier, in terms of the bay station capacity.

You don't need to do that everywhere in your network, but in your hot spots you can do that. No standards changes whatsoever, and that improves the throughput of the system. Another thing that we're doing on the voice side is that we actually brought out a new vocoder. The interesting thing about the speech compression algorithm is that you can continually vary its capacity operating point. So you can continually vary the amount of data throughput that it requires. And what this chart is showing for this - this is a measure of how good the voice quality is. And we've done this in a system where it's got 1% frame-matter (ph) rate, so you've got the kind of real-life system where there's actually not a perfect channel, but in fact there's errors that are introduced by using the thing over a wireless network. And what the green line shows is what happens with this 4GV vocoder.

If we start out, so EVRC, this red line, that's the standard vocoder that's used in the CDMA system today, CDMA2000 system. You can see that the same data rate that the 4GV vocoder is much better. But if I get significant capacity gains by dialing the number down in terms of the data throughput, and I can still get to a point where I have the same voice quality as EVRC. In fact, I can dial it down a little bit more in cases where I have system congestion and get even more voice capacity through this system by slightly degrading the voice quality over time. But that's an operator decision. They can turn that knob very nicely.

If I compare that to the AMR vocoder, in fact, at worst capacity, so using higher data rate, it actually just achieves or almost achieves the EVRC quality. If I try and get up to EVRC's data rates, it's also adjustable, but its voice quality degrades very substantially when you do that. So there's another innovation that we've done in order to improve the throughput of the system.

And then we're all focused on getting to all IP. So we're focused on all of the advantages. We're going to have voice over IP, we're going to have systems that are addressable over IP. This is going to allow new services to be introduced more frequently by operators. Some of those services that I showed you already are going to be all about gaming, but they are going to be different kinds of things. And so in the past, QUALCOMM used to go in and say, here, we have this BREW system. It's a complete download system and you get BREW applications on your phones and that works very well in the CDMA2000 community.

In the WCDMA community, a lot of the operators have already had their content distribution systems, their strategies set up, and so we actually have made an acquisition of a company called ELATA, which allows us to download not just BREW applications but all kinds of applications, whether it's Java, or all kinds of content, various kinds of multimedia, wallpapers, ringers, music, all of those kinds of things. So we have integrated that now into a system that we call deliveryOne. We have a system also that goes on the phone, and a misconception often is that we try and tie the phone software capabilities to the BREW distribution system. That's not accurate either. We actually now use the BREW client on the phone to allow all of our handset manufacturers to improve their time to market, to put their systems software or the carrier system software onto the device and get it out there as rapidly as possible. And so we've broken that from the client side and the delivery side. Those two things are now offered separately. Carriers can choose whether they want one or the other or both together.

We also provide a number of services in terms of the capability of having access to a large developer community. So that developer community that got paid $350 million. They're very happy. They like to develop BREW, and that's why you see the kinds of applications that you see that I just showed you there on the screen. More and more developers are coming. We have very large brand names that are now involved, adopting the BREW system, and so that's moving ahead very well.

I wanted to give you a quick demo. So one of the things that we also did was we made an acquisition of a company called Trigenix, and that was to build the user interface and make them very flexible. And the idea there is that an operator, now that we have differentiated data services, and we need to experiment to find out which ones consumers are going to adopt, you need a lot of flexibility in the user interface. You can't just have a one-size-fits-all user interface anymore. So one operator might want one thing, another operator might want another thing. Or even in a given operator, they may want to segment their user base, their subscriber base, and give different things to different customers.

And in order to do that, you have to make it very flexible, because you cannot go the old way of doing things, which was have the handset manufacturer hard code with that user interface in each phone. You'd get an incredible number of SKUs, incredible fragmentation, a lot of logistics hassle. This way it can be done over the air and it can be done actually with some very interesting twists. So we've not just built a very flexible user interface that allows the operator to have their own user interface on the phone, it allows them to sell different user interface, but we've also done some other things, added some little tricks into it. So this is essentially a user interface that's on the device.

One of the things that we've done is add this capability that we call Glance to it. So the end user can push one way or another to get their favorite application, so for example in this case, now those pictures that are usually very hard to get to, you've got to go through a whole menu structure, just press one way or another, I can go through it. I can show all the pictures that I have on my phone to my friend, but another interesting thing, say I'm not that interested in having the pictures on there, I want something else. I want stock quotes on there, so now the stock quotes are there, one button press away.

Exhibit 10

487

So now we've built this application that allows you to really change as an operator, change the user interface, sell different themes, but then for the consumer, we've also added another thing, which is, how do I get to those applications I'm most interested in the most rapidly. and that's what Glance provides, and that's just built in an addition on top.

The nice thing is that we've now built this layer on top that allows this theming customize of the UI, but it fits very nicely with BREW modules underneath, so you can actually change the fundamental operation of the phone by changing the skin and the modules that go underneath. This can all be done over the air, it can be done securely through the system.

Talking about MediaFLO, so you heard a mention of that in the Amp'd. This is our system for broadcasting multimedia. We're actually moving along very well. We've gotten clearance of a number of the TV stations that are on the channel. Channel 55 that we own in the United States, where we'll be launching this network. We actually just had a live, over-the-air demonstration using these test phones at CTIA, and it's a very impressive demonstration. You can see that the channel switching times are extremely short. So 1.5 seconds on average. You can see that the quality of the video is extremely high, and as we continue to optimize the capabilities in the chipset, the quality of the video continues to improve.

We're focused on a commercial launch of this system towards the end of the year of 2006, and we're on track for that. So we're working with handset manufacturers and operators right now to get this system up and running. MediaFLO USA, Inc. is a wholly owned subsidiary of QUALCOMM. We've already talked about the fact that we plan to spin that off after it gets up and running, because QUALCOMM is not going to remain in the operator business. But we needed to get this up and running to get the technology rolled out as rapidly as possible.

Just so you don't think that this is a huge phone and it won't be in those tiny little phones that everybody wants to buy, this is just a demonstration service. Two things that are outlined, those are the two commercial chips that are in there, and you can see this board that's inside this phone is mostly green space. This is just a test phone that we do. I tried to get out of the handset business. We're mostly out of it, but we build test phones every so often.

In any case, these chips have already been shipped in reasonable quantities to our handset partners. They're already building their devices. We've already had some come back into the lab for testing. and so we're going to see some pretty exciting form factors for MediaFLO phones coming out very rapidly. One of the things that's also interesting, I talked a little bit about this multiple airlinks for multiple applications. This is an example of a system where information can come both over the FLO network, so over this broadcast system, as well as over the 3G network.

And the reason why that's important is you can think of the FLO network as providing generic content, content that everybody wants to see, but all operators would have the same kind of content. So an operator wants to differentiate, they can actually send information over their 3G network and actually intersperse that with the information that's come over the FLO network to have something that looks completely customized for a given operator.

And the idea also is that we can look at subscribers. If only a few people have subscribed to a given piece of content, it's more efficient to send it over the 3G network. But as soon as more than a few people are interested in something in a city, it's much more economical to send it over the FLO network. So it's this idea of different airlinks operating at the same time to allow you to get information to and from the device at the lowest cost possible. This is a good example of that.

Some of the things that will happen also over that 3G network is obviously we'll have the video and audio coming down over the FLO network, but it can also do video on demand, or it can prompt by changing the soft keys down at the bottom of the phone to say, do you want to buy something extra, or do you want to do something extra here? So we can do advertising that actually results in transactions on the phone. We can do data casting, whether it's things for sports, whether it's things for data channel, traffic, stock ticker, weather. All these kinds of things can actually be put down into the phone.

This one's an interesting one because this actually interfaces with that uiOne that I just showed you, so it will actually broadcast information down and actually drive new things into the user interface, so when you just go look at your phone, some new information may be there, causing the consumer to perhaps take an action that will generate additional revenue for an operator.

We've done a number of other things, and at the top of this list is Iridigm, so these are acquisitions that we've done with some of the cash flow. Iridigm is a system for building a display which is extremely low power, high reflectivity. It's got about the reflectivity of paper. We're a couple years off from bringing this out to market, but in terms of having a very high color depth and high resolution display, but the idea there is that now as I have this capability to send information down to the phone, I have the user interface addressable, the phone will actually be live at all times. So you will actually see the screen. The screen won't go dead anymore. You'll always have information coming down to the phone, and it's not using a lot of power, because it's mostly a reflective technology in order to drive that.

Its also very low cost to build, so we think that it has cost advantages over existing screens, as well as these performance advantages that I talked about. Talked about Trigenix, talked about ELATA and I talked about Flarion. The point of this slide is really that we continue to invest not only in our own organic development of technologies, but in external development of technology. And that brings me to the partnership section, which I think given some of the things that have happened recently, you can say, okay, well, we have good partnerships in some parts of the industry, we have strong competition. My point of view is that we will see those strong competitors be good partners. They've been partners in the past, we'll see them be partners in the future, and hopefully we get through the things that we're going through right now and help grow the industry together.

The reason why it's important for us to partner well is because our business model is indirect. We come up with these new ideas, we generate intellectual property out of them, some patents out of them, but we also integrate those technologies into the chipsets. The chipsets then go to the manufacturers, along with a license for the technology, and then that gets supplied to the operator. We actually make those bets up front, so we make the investment in new technology, we make the investment in all these new concepts. We make the investment to integrate it, and then the operator actually needs to take that to market and sell it out of the service to the consumer. So we're always thinking, what kinds of things might be friction to get new services out to the consumer. So things like this user interface technology is there because we want the carrier to be able to experiment with new services easily to support new services to their customers, so that will actually pull through, generate pull, for all of those new innovations that we have.

The synergy that we get between the two halves of the business are that as we generate these new ideas, that IPR is not valuable unless it gets used. It gets used in big way because we get it into the chipsets and then throw it out to the market. That generates a lot of operator revenues, somewhat less manufacturer revenues, and then relatively small revenues for QUALCOMM if you look at it in relation to what the entire industry is doing. So if we look at 2004, 3G was about a $155 billion industry, of which QUALCOMM had just over $5 billion. We think the majority of the money is going to the wireless operator for the service, then to the handset

Exhibit 10
488

manufacturer and then last to the infrastructure manufacturers, and then QUALCOMM's down there at the very bottom.

And we actually built this model in a way so that we can bring more competition into the market, and Steve's going to go into this in great depth, so I'm not going to spend a lot of time on it, but if you look over time, you can see that what happened is a lot of the large manufacturers built their position in the marketplace because they could afford to invest in R&D. By our model, we've actually brought a huge number of other manufacturers into the market. That's generated competition to drive the prices down. And here's what we'll continue to do in terms of partnerships with the manufacturers.

So these are our WCDMA devices. I think Sanjay is going to go through this in more depth, so I'm not going to spend a lot of time on it, but you can see, a lot of devices, a lot of partners. We are enabling WCDMA and HSDPA to move forward very rapidly by the fact that we provide a lot of these innovative new technologies in a form that the handset manufacturers can bring to market very rapidly.

And one of the best signs for us in terms of partnerships is Vodafone saying that this is going to be a 3G Christmas. So we're very excited about that. We have our chipsets in a number of their phones in their lineup, and we're looking forward to this Christmas season to be a very large 3G opportunity for us.

If I look around the world, 3G is moving ahead very strongly. It's not a question of is 3G happening? It is happening, 213 million 3G subscribers on it, 161 commercial operators already launching 3G. And you can see, on the newest, on the latest technologies, we've gotten substantial traction, so, EV-DO, we've got a lot of operators who have launched EV-DO, more than 15 million subscribers on that. We're getting our operators up and running now on WCDMA, and you can see, 35 million subscribers there.

So those higher-end technologies with these enhanced data capabilities are taking off and they're providing the opportunity for us to continue our innovation and drive forward. And, as I said, we have a huge number of partners that are doing this. This is not about QUALCOMM coming up with all of the innovations, it's about QUALCOMM providing the enabling technology. And for companies like these to come in with their ideas for new innovations, new ideas of how you can use a mobile phone, we're seeing tremendous creativity in this and all sorts of things that you never would have imagined.

One of my favorite things is in Japan where one of the developers actually uses the camera on the phone. It's a high-resolution camera on the phone, they hook it to an image optical character recognition and translation, so in Japan there's English text on a page. They take a picture of it, and the phone translates it into Japanese. We wouldn't have done that, but that's the things out of science fiction that some third-party developer has just come up with and gets deployed on the phone.

These kinds of things are happening across the industry. It's that kind of creativity, along with the fact that they know that they're going to get paid, that's going to drive the 3G revolution forward. In the end, you take those three pillars, execution, innovation and partnerships, and that's going to drive growth for QUALCOMM moving into the future. So one of the biggest pieces of growth, obviously, for the company is the fact that we're having this transition from 2G to 3G. And you can see as time goes on, the blue is the 3G shipments in handsets, the lower brown is the 2G shipments. And you can see that we're at the cusp now. We're going to start taking over, 3G is going to start taking over in terms of the amount that's being shipped. And then you can see by 2009, the projections are by Yankee Group and Strategy Analytics that we'll be over 60% of the market for 3G CDMA. So we're excited by that.

We're also excited by the developing markets, so I talked about this fact that we need to go after the low end, and we're spending a lot of effort trying to drive the cost out of the low end. Why is that? Because over the next five years, we're going to get another billion or more subscribers on these networks. And if you look at where they're coming from, a lot of those are coming from companies with low GDP per capita. Now, why do you have to go after the low end of the market? Because studies have shown that as you get into higher tele-density up, so more phones, then the economic conditions improve.

And it's even more true as you get more data capabilities up. So these developing countries need not just voice and SMS, they need data capabilities as well, and that's the story of 3G going into the developing world as well. We need to continue to drive the costs down to go address this opportunity. People will start out at the low end of the market, but as the economics improve, they continue to buy up, so there's an aspirational aspect as well. So we'll improve the economies, improve the market, there's a great virtuous cycle there.

The other thing that's really great is we talk about these high-end capabilities that we built into the system, is that the phone really is the key device for computing, for entertainment. It's the thing that you have with you, and it is going to be the thing that drives those markets, because the numbers are just radically different. I mean, these are the numbers that you get for mobile phones, and these are the numbers that you get for all other kinds of devices. And that one little guy peaking up over there, that's the smartphone. So the phones are the smartphones, which you could look at as even more of a computing device, are going to pick up as well based off of this estimate. But, in any case, the rest of the world, most of the world, the only computer they're going to have is going to be in their cell phone. And as we are able to hook it to screens, then they'll be able to have access to that on a broader screen, have more interactivity. They'll be able to do their computing, their entertainment and so forth on that device.

So that, I think, really is going to be a focus for us in terms of how do we drive these high-end features down into the lower-cost devices as well. And then here's our estimates. So, if we look forward, we continue to see great growth. One of the points down at the bottom, you can see we project doubling of the WCDMA handset shipments year over year, and 30% on the midpoint of our estimate for handset shipments. So there's a lot of capability to get these new technologies out into the market, because that's the kind of shipment that we're going to see of these handsets going forward.

So I wanted to thank everybody for being here today. It's been a really few months. Obviously, there's a lot of things going on in the market for us, but I think that as we continue to focus on our core competencies and our great relationships that we have with the handset manufacturers and with the carriers, we're going to continue to drive these new technologies out into the market, and you're going to continue to see the kind of financial performance that we've been able to have that allows us to invest in that R&D and allows us to also return money to our shareholders as well. So thanks very much for being here, everyone.

**Unidentified Company Representative**

One of the things that I really like about the CDMA2000 family is the speed with which the whole standardization process works. People often say it is a smaller community of interest, but that smaller community can actually make changes to the standard much faster, and it is in my view the reason why CDMA2000 is ahead of the developments in WCDMA. There's also a compliment to QUALCOMM that the world chose CDMA as its third generation standard. And it's great working with them to actually influence those standards and moving the CDMA2000 product along quickly is obviously to the benefit of our customers and our shareholders.

Exhibit 10
489

3G CDMA has many advantages. One of the first is it's really spectrally very efficient. It enables RF engineers to get much more value out of the spectrum. As we all know these days, spectrum is a relatively expensive commodity, and the ability to reuse the frequencies over and over aggressively enables us to grow a lot more capacity. It is also one of the best voice qualities of all the technologies. Because you have this additional capacity, you're able to give more bits to the voice coders and excellent quality has been achieved on the CDMA networks.

It was a great choice for Sprint, one of the earliest adopters. It's been really good, and QUALCOMM has worked with the industry to make sure that the product is backwards compatible, so you're not forklifting all the time. It's been a really good investment for Sprint. The evolution of CDMA into 1X EV-DO has enabled us to actually just insert cards into our bay stations rather than complete overlays or forklifts. This is obviously much more cost effective than some of the alternative technologies that require much more expansive field work to get the benefits of higher performance.

One of the great things about QUALCOMM is it's always concerned about backward compatibility and to allow the operators to continue to get value from their existing investments. Data revenues on CDMA or for any cellular operator are becoming more and more important, and the new 3G CDMA 1X EV-DO product, which we are rolling out at the moment, has enabled us to launch the Sprint Power Vision service, which enables us to deliver for our customers a lot more entertainment on their phones, both in terms of songs and also in live TV and video clips, and this is helping us to improve our revenue streams at a time when there's always increasing downward pressure on voice revenues.

So it's become a very important tool in our armory of products that we can offer our customers in order to continue to give them high value. Sprint found from our previous broadband trials that business users get a lot of value, especially for field service engineers, for realtors and people that really require access to high-performance data services on the go, and the new EV-DO service is actually starting to make that a reality. And with EV-DO Rev A, we're going to see improvements both in the downlink, but significantly in the uplink, and we are looking forward to QLS, which will enable us to deliver high-performance push-to-talk and many other services that our business customers and enterprise customers are really looking forward to, and therefore it will be the foundation of the Sprint network for many years to come.

**Steve Altman**, QUALCOMM, Inc. - President

Good morning. I'm Steve Altman, President of QUALCOMM. One of the hardest parts about my job, I've learned since taking the presidency role in July is trying to follow Paul. He covers basically all the material and I have to try to pick and choose what's left, but I'll give it a shot here.

So, as Paul mentioned, the CDMA market is growing quite well, as traditional demand for data services and increased capacity and so forth, we're finding carriers are actively growing their 3G market share, and we're continuing to expect to see that going into the future, especially as WCDMA continues with its rollout and DO continues to hit the plug as well. I'm going to talk a little bit - Bill kind of is going to go in more detail through the market share around the world, but I'm going to talk a little bit about some of the drivers that are interesting to watch during the year as to what will help grow the market in each of the different regions. So, in Europe, what we're seeing is a large number of suppliers with a large number of WCDMA handsets. That's changed quite a bit over the last year, and so we're seeing very attractive phones, particularly coming out with the new holiday season.

Sanjay is going to share some of the new phonies with you. You'll get to see what those look like. The network performance for WCDMA has improved quite a bit. We take pride in working with carriers, both in Europe and outside of Europe and helping to optimize their networks, work carefully with them, and we think we've created a very strong relationship with the carriers in this area. And then of course in Europe, we're also seeing some healthy competition among the carriers, not just the manufacturers, but also the carriers, as service pricing comes down and new services are launched.

In North America, we continue to see very strong demand at Verizon, at Sprint Nextel, as Barry West was talking. We're seeing a significant upgrade to EV-DO devices in the U.S., and there's really much demand for the slimmer phones. Motorola came up with a great phone in the RAZR, and now we're seeing a lot of manufacturers coming to market with slimmer phones, and that seems to be the new range. And then of course Cingular is very aggressive, very aggressively deploying their WCDMA HSDPA network, which again drives the growth of 3G in North America and helps create a very good competitive marketplace among the carriers there in North America.

Japan, DoCoMo and Vodafone Japan have significant PDC subscribers and they're upgrading those to WCDMA. That's helping with the growth there, and we have a significant EV-DO replacement rate in Japan, as well as WCDMA replacement rate with DoCoMo as well. And, again, that's a market where we have WCDMA and CDMA2000 competing with each other and that helps grow that market.

In India, it's very much focused on low-cost phones. Sanjay is going to go into more detail in terms of what we're doing in the low-cost phone, Paul talked a little bit about it. Tata just launched a new prepaid program that's helping drive volume. I think they're selling a phone for about $30 now, and it comes with two years' worth of free incoming calls, and it's helping drive volume there as the other carriers try to match that competition.

Brazil mainly has been driven by Vivo. I think as Jeff Jacobs mentioned last year, they kind of at some point in their deployment they focused on growing their ARPUs versus growing their market share, and depending on how they focus, or if they focus on both, that helps drive the volume. So, in other words, sometimes they're focus is more on high-end, high-ARPU, and they don't drive the low-cost, lower subscriber base as much, and other times they tend to do that.

But they are launching EV-DO, and so we're expecting to see very interesting data services as those continue to be rolled out. China continues to be an interesting marketplace for us. I think a couple years ago, we started putting out our prediction of when the 3G licenses will be issued, and we were continually proven wrong. We anticipate they'll be issued, but we've given up trying to guess when exactly that will occur, but we are confident that that will occur, and when it does occur, they will move very rapidly in the deployments.

One of the things that's helped in China is some of the carriers - China Unicom has centralized their procurement, and that's assisted in lowering the ASPs in the handsets, and so that helps drive the growth there as well. And, as I said, Bill Keitel will get more into detail on these different reasons. So, Paul talked a bit about partnerships and enablement. I want to talk a little more detail about this. One of the things that is often overlooked for QUALCOMM is just how much we help enable this marketplace. And we've structured our businesses - we used to, unlike some of our competitors, who sell chips but also compete in the handset business or compete with the carriers, we have structured our business to be completely in line with our partners. We, for example, BREW - we got into the brew business, and we said, for this to succeed, we have to create a very healthy set of application developers, and we can't compete with them to do that. So we have to let them know, this is a market where they can make money

Exhibit 10
490

and help grow that business.

We've done I think a pretty good job of that. On the MediaFLO, Paul pointed out that we're going to be spinning it off, because in effect it's an operator business. We don't want to compete with the operator. When we initially set out with MediaFLO, we made it clear that not only will we spin it out from QUALCOMM, but also we would sell through the carriers and not around them. So we try to align our businesses with our partners, with the manufacturers, with the carriers, with the application developers, so that they can have healthy businesses as well.

We take great pride in our ability to enable vendor competition. All the R&D, all the investments that we make, we take this technology, we license it very broadly, we transfer the technology equally to all the different handset manufacturers so that they're capable of competing against each other using the same state-of-the-art advanced technology that we provide.

We provide a very robust technology roadmap, and we continue to lead that. Very early on, when we developed CDMA, we realized that we had to continue to be very actively involved in evolving the technology, growing the market, and so we've continued to improve on the technology in terms of going from cdmaOne to 1X to EV-DO to DO Rev A. We've been very active on WCDMA and HSDPA, HSUPA. We're looking at a variety of different technologies and we provide these solutions to our handset licensees, our infrastructure licensees, and we broadly license the technologies across the industry.

We've also been very focused on not just providing the air interface, the technology, but also in providing new services to establish new revenue models throughout the value chain. We've brought GPS-1, which is a position location-based service to the industry, BREW, uiOne. Paul did some demonstrations on the user interface technologies that we have, which we think is going to be a very, very important area, as all these new technologies and functionalities get converged on a phone. If the user has to click 10 buttons to find them, none of them will be used, and so we have a new user interface technology that we think is very useful in letting the consumer be able to utilize all these new features.

We support operators. I think Sanjay will talk about this in more detail, but we provide a substantial amount of services, many times without charge, just to make sure that the networks are deployed and deployed effectively and optimized to the extent possible. And then, as Paul pointed out as well, we make very strategic investments and acquisitions that we think are necessary to help grow the marketplace. The Iridigm is one that I like to talk about a little bit in the sense that all these technologies come together. And so if you look at MediaFLO, and we say TV on the phone, that's going to be a very interesting application for consumers, but today if you go outside in the sunlight and you try to watch either a video clip or play a game, you find that you can't really see the picture on the phone.

Well, the Iridigm display technology is reflective in sunlight and you'll be able to actually see these things and use these things better in sunlight than you would otherwise. So all these things kind of come together and we think help grow the market in a more rapid fashion than would occur without these kinds of things.

So, over the years, I've talked about our licensing program and some of the benefits to QUALCOMM, and I think I'm going to focus this time more so on some of the benefits it causes for others in the industry. So, one of the things that I have talked a little bit about in the past is this concept of pass-through rights, and how that ends up reducing what I call royalty stacking. So, today, when we sell our chips and software to a customer, because of our broad licensing program, we have over 130 agreements, and you'll see this number cited a number of times, but we pass through not only our intellectual property. Not only do they have access to our intellectual property, but they get access to the intellectual property of the vast majority of our licensees, by virtue of the cross-license we have with the licensee.

So, for example, of the 130 licenses that we have, we say over 100 companies have provided us with some set of pass-through rights. That means that when I sell my chips and software to a company, they get access to QUALCOMM's IP, and they get access to more than 100 companies' IP as a result of that. That eliminates a great deal of potential royalty stacking, because otherwise, if they were to acquire chips from another company or didn't have these pass-through rights, they would be in a position where they'd have to individually negotiate with each of these other companies and potentially have to pay royalties to each of these other companies.

The other thing that I wanted to point out is that there's not an additional QUALCOMM royalty above our standard WCDMA, CDMA2000 royalty rate. So what this means is if you look back over the last 10 years, you've seen that our patent portfolio has grown very substantially. We haven't increased our royalty rate during that time, so a licensee gets access to more and more of our patented technology. As we make more and more investments, as Paul talked about, with the chart that showed all the increasing R&D investments, all of these technologies get licensed to our licensees without an additional royalty rate requirement, and those can get incorporated into a CDMA phone, and they get the benefit of that increased R&D.

An example of that is also taken in the multi-mode context, so in a CDMA phone, we're talked about the Flarion acquisition as we continue to get OFDMA intellectual property. In a CDMA phone under our license agreement, a licensee can do a CDMA OFDMA phone and there would not be an additional increased royalty above the standard rate. So unlike if we did not do the acquisition, and OFDMA and CDMA were combined in a phone, Flarion's intellectual property would not be covered, and these companies would have to then go individually negotiate with Flarion.

This just kind of shows you once again that although our patents have grown in terms of the number over time, again, to point out that our royalty rate over the past decade has remained the same, our standard royalty rate.

So let's take a look then. As we enable all these companies, we do the R&D, we license all the companies, we create new competition, and what ends up happening both from an average selling price and from an OEM standpoint. So you can see here that the average selling price for CDMA2000 has come down very significantly since 1996, and the other thing this chart shows is this is a range of handset pricing that we have.

So we have a lot of tiers of handsets, ranging in 2005 up to the $800 level, but also going down to below the $50 level. So we have a wide range of handsets. We have a wide range of OEM supply in these handsets, and that's resulted in a very healthy market with all kinds of price points for handsets. The interesting thing that we also show here on this chart is that - now, this chart takes out the CDMA prices in Japan and Korea, where there's no GSM today. So if you take out the CDMA prices of Japan and Korea and you look at the average selling price of CDMA2000 since the 1996 timeframe and you look at the GSM average selling prices, you've seen that what we've been able to create in this short period of time, notwithstanding the fact that the GSM devices there's over 2 billion sold, and CDMA there's about 565 million devices, we have parity in prices between both CDMA2000 and GSM. And so with the licensing program we've created, with the chipset and softwares that we provide and the competition we've created throughout the industry.

Exhibit 10
491

Now, in WCDMA, again, we've established the same licensing program. We're doing the same things in terms of transferring technology, investing in R&D and enabling many handset manufacturers. On the baseband side, there are quite a few competitors with our QCT business, and this is information as of 2004 from IDC, and you can see here that Texas Instruments, who sells both to Nokia and Ericsson, has 32% according to this, Freescale, which is essentially Motorola, 19%, QUALCOMM, 6.9%. This is in 2004.

Now, we're - 2004. We are having greater success, particularly as we roll out with the holiday season and some of our licensees, Samsung and LG and others are starting to sell into the WCDMA market, so we expect these numbers will change.

As a result, again, of our enabling and the competition that's out there, there are now more than 100 WCDMA devices that have been commercialized by 18 vendors, and there are some very attractive handsets, and I think you're going to see even more attractive handsets coming out with the holiday season. We're very excited about the quality and quantity of devices that we're seeing in this marketplace.

So, this is a slide that shows that we talked a little bit about the need to lower the cost of WCDMA handsets. We've seen the costs come down very significantly. Q3 here is a preliminary estimate of the low 10% that we expect to see in that quarter, but you can see that over a very short period of time, we've gone from a $436 low-cost handset for WCDMA to a $217, and of course these handsets have pretty significant functionality in them, with camera functionality and video functionality, color displays, MP3 players, et cetera.

We're also seeing in WCDMA the same thing we saw in CDMA2000, where you have a very large number of tiering of the handsets, very wide selection, and so you can see that we have handsets in the $800, $900 here in 2003, and then we've even seen, although it's in a small, limited quantity, we've seen $124 WCDMA handset as well. So we're starting to see the very wide deviation of the low end to the high end. We're seeing the costs come down very significantly on WCDMA, which is a wonderful thing for the marketplace, because it's going to drive the growth. And so what we see so far of WCDMA is a very healthy, vibrant market.

Now, why are we seeing that? Paul talked about this chart as well, but I want to go into a little more detail. This chart shows the competition that's been enabled in 3G. If you look back first in 1999 at AMPS, it was pretty much two manufacturers that had the significant volume of business. TDMA in 2000, this is TDMA, it's not GSM, although GSM is not significantly different. We have, again, there's a few suppliers that have most of the share. But as a result, even in GSM in the first half of '05, you see that there's a few suppliers that continue to have most of the share of that business. In CDMA2000, we have a number of very significant suppliers that compete with each other, and they're enabled through QUALCOMM. And as Paul stated, we're able to invest, make very significant investment in the R&D. We're able to pass through intellectual property rights of other companies through our licensing programs, through our sales chips, through our license of software, and that enables companies that would otherwise not be able to compete, or haven't been able to compete in the GSM business, it allows them to enter the CDMA business, and as a result there's increased competition, which drives the volumes, which drives the prices down, and you have a very healthy number of manufacturers in this marketplace.

We're seeing the same thing in WCDMA, and so I think that's important to recognize. I feel very strongly that but for QUALCOMM, you would not see these many entrants into these markets competing in a significant way. And it's because of so much of the value that we provide to them in terms of product licenses, in terms of investments in R&D. So I want to talk a little bit about the complaint that was filed here with the European Commission. We have issued a press release on it. We've talked about it on our earnings call.

I'm going to go through this relatively quickly because I think you've probably heard most of this already before. Let me talk a little bit about the process. So these complaints in the file, we still have not received copies of the complaints, so our responses are based on what we've seen in the press releases from the complainants. But the process itself is the EC must first determine whether they're going to issue a statement of objection.

Generally, that takes three to six months, could be shorter, could be longer. What that is is they're going to look to see whether there's any things that they want to look into in more detail. So they'll start to investigate now. We'll find out whether they issue the statement of objections or not. If they don't, then that concludes the process, although the complainants can appeal.

If they decide to issue the statement of objection, that process can take several years. Our intention is we are going to cooperate fully with the EC. ==We strongly believe that the allegations that have been reported in the press releases we've seen are inaccurate and without merit.== So let's talk a little bit about what they claim and what we know.

What we've seen that they claimed is that we haven't licensed our essential WCDMA patents in accordance with our commitment to the standards bodies. Well, we know we have, and we believe that this is the case because we have 130 different agreements, 60 of which include WCDMA. There's no doubt in my mind - many of these companies are very sophisticated companies. They've studied our intellectual property. We've had extensive negotiations with them. They were bilateral, arms-length negotiations with each of these manufacturers, and I just can't imagine that any of them would have signed had our terms not been fair, reasonable and free from unfair discrimination.

They claim that absent the commitment, the WCDMA standard would not have been adopted. Well, what we know is that it's been widely acknowledged that the original components of WCDMA, including some of the complainants that filed tried to design around our patents and they were unsuccessful and ended up taking licenses with us. Ericsson and Panasonic actually signed licenses with us prior to the adoption of WCDMA, so they knew our terms even prior to adoption. Nokia was in active negotiations with us prior to adoption, and we've licensed many, many companies well prior to the rollout of WCDMA.

They claim that we're trying to exclude competing manufacturers of chipsets from the market, or prevent them from entering. I showed you a chart earlier that showed all the competition we have in WCDMA on the chip side. We've licensed TI, we've licensed NEC, Infineon, Philips, the list goes on. We believe that competition among WCDMA chip suppliers is healthy and vibrant. Ericsson claims - just issued a press release not prior to the press release we saw about the complaint that they were the number one, leading supplier of WCDMA baseband chips, and they've launched over 23 handset models.

==We've never refused to license our WCDMA essential patents to any company, and we have never required any company to exclusively buy our WCDMA chips for any purpose.== A claim that we're charging royalties for our WCDMA essential patents that are excessive and disproportionate, and that we've contributed far less to WCDMA than we have to CDMA2000. Well, Paul already talked to you about the contributions we've made in the standard and the fundamental nature of our patents. I will tell you not only that, but WCDMA is CDMA, and we feel very strongly that the contributions we've made to this technology and to the deployment of WCDMA, as well as CDMA2000 are very, very significant, and that the value of our WCDMA portfolio has been well established

Exhibit 10
492

by these 130 companies that have signed our agreements.

And then finally they say that our business model has harmful effects because carriers and consumers are facing higher prices and have fewer choices. Well, I think that the charts before this demonstrated that that's not the case. Prices are coming down very rapidly. We've got a large number of entrants in the marketplace, very healthy competition, and we're seeing the same thing that we saw in CDMA2000 in terms of the wide selection of handsets for the low prices and the growing, growing marketplace. So, it used to be, and I noticed this today as I was going through my chart, it used to be that I could list on one page the number of licensees that have signed up to our agreements, but in terms of the competition and the way that we enable people, it takes me a little bit longer to list all the companies today. So we've got it in three slides now.

So it's a licensing program that I think surpasses any licensing program in the industry. And we welcome competition, and in fact we enable it. And I'll just close with this slide that Paul had as well. The market for 3G is growing. It's growing very healthy, and we expect it to continue to grow. There are many carriers that are deploying it. There are many manufacturers that are participating in it. There are a substantial number of application developers and content providers that are participating in it, and we see all signs of a healthy market and one that we will continue to participate in. So thank you very much.

#### Unidentified Company Representative

(inaudible - heavily accented speech) wireless access to high-speed data. Data is more and more critical for easy and everywhere, anytime access to the business users and to the consumer. Option has been working the last 24 months to deliver 3G data cards. On the last data cards we are offering, we have a 3G plus (ph) that can be used in Europe and in the states on (inaudible) and LG networks (inaudible) and a newcomer called 3G EDGE but from hardware a great boon to (inaudible) thanks to a piece of software that will be made available to the operator using a Web domino (ph) search. This will give the end user the possibility to migrate to HSDPA and to keep his investment in the data card in 3G EDGE today at the same time as giving them extremely well positioned advantage for the operator as he can market the HSDPA services as of today.

In the future, we will see more and more wireless capabilities embedded in laptops. This transaction start earlier this year, and Option will have a full (ph) position, and we been working o the 3G EDGE upgradeable data card to HSDPA, and the same platform will be embedded in a module (inaudible). Our company has been really (inaudible) 2003 into 2004, 3G UMTS space. The advantages of 3G UMTS are certainly in the access to wireless application or wide applications. We have been growing our technology (ph) for 3G based on QUALCOMM's deliverables. We have been working on the data card, four months delivered to Vodafone, our prime customer at that time, 2004, so the customer could in fact deploy our services four months ahead of anyone else.

Option and QUALCOMM have some partnership. We are consumers in all the customers, we have a very intensive relationship to bring and fine-tune the critical fact (ph) and the chips and deliverables from QUALCOMM into a fully fledged working product. The benefit for operators to work again with a company like Option and QUALCOMM is in the fact that the operator has early access, has a first mover advantage I would say to bring services, wireless services to the market, thanks to high-speed data capable (inaudible) QUALCOMM and Option out to that.

#### Paul Jacobs, QUALCOMM, Inc. - CEO

We'll start by having a short Q&A session and then we'll go back to presentations again, starting off with Sanjay after this. So, Tim.

#### Unidentified Audience Member

This is a question for Steve. I know that going through the lawsuit as far as with the commission, you haven't seen it, but I was wondering if you could just chat a little bit about how things are going with the Broadcom suit, and I was wondering, specific to that, it seems that in their document, they cite these issues around pricing netting. If you could just give us some color on how you perceive that issue. And also specifically they refer to this competition in the chipset market as it relates to this concept of QUALCOMM perhaps granting 1 million chipsets to customers in order that they would exclusively focus on QUALCOMM as a key supplier. And I also know that they talk about - they talk about waiving licensing fees for commitments to solely use QUALCOMM as a chip supplier. Perhaps there's some element of that that because it's in a document sort of in a suit, you may not be at liberty to comment on, but any broad comments around that would be helpful, given that it's been so public and high profile.

#### Steve Altman, QUALCOMM, Inc. - President

Well, I think the only thing I can add to that is so the Broadcom case is proceeding. There's a number of lawsuits. There's one with the ITC that is scheduled, I believe, in February or March of this year, and then the other patent infringement cases and antitrust cases that they've filed will probably happen in the 2007 timeframe. We filed an action against them as well. That's probably likely to be heard in the 2007 timeframe.

I can't go into any detail on the case, other than to say that we believe quite strongly that what we've done in terms of pricing and so forth is very lawful price competition and quite justifiable. So I'm comfortable with that.

#### Unidentified Audience Member

Steve, it's not that you would say that there isn't such a thing as price netting, it's just that you say that you guys perceive that to be completely within your rights, or you are at liberty to do that?

#### Steve Altman, QUALCOMM, Inc. - President

I'm not commenting - price netting is an ambiguous term to me. I think that we compete in the marketplace in a fair way and in a lawful way, and I would just leave it at that.

#### Unidentified Audience Member

Okay, thanks.

#### Paul Jacobs, QUALCOMM, Inc. - CEO

I think we have the microphone coming around, so when you get the microphone, you get to ask the questions.

#### Brett Simpson, Arete Research Limited - Analyst

Exhibit 10
493

Hi, it's Brett Simpson, Arete. A couple of questions for Steve on the subject of pass-through rights. Can you maybe talk about you offer pass-through rights through chipset customers, but do you also offer indemnities as well, and the second question is, do you also offer pass-through rights with the complainants in the EU filing? Is that something you also offer?

**Steve Altman**, QUALCOMM, Inc. - President

So, in terms of indemnities, I'm assuming - I'd have to assume what you mean by that. Maybe you can be a little more specific.

**Unidentified Audience Member**

So do you offer guarantees, do you offer guarantees on the pass-through rights?

**Steve Altman**, QUALCOMM, Inc. - President

So we inform the licensee of the rights that we have to pass through, and I don't think that we give any guarantees of the outcomes of things, but there's a lot of companies that claim they have intellectual property rights. What we do with our customers is say, here's companies that claim to have it, here's pass-through rights that we have. We can share the provisions of that portion of our contract with them so they can verify, but we don't give 100% guarantees of one outcome or another in terms of intellectual property.

Your second question had to do with?

**Unidentified Audience Member**

As to whether you offer pass-through rights to the complainants on the EU filings?

**Steve Altman**, QUALCOMM, Inc. - President

Well, if you look at the complainants, we don't sell anything to TI, we don't sell anything to Broadcom. We do sell chips to Ericsson for use by Sony Ericsson, so we provide pass-through rights to them. You can answer that question by determining who we actually sell product to.

**Unidentified Audience Member**

Well, if I just gave an example ...

**Steve Altman**, QUALCOMM, Inc. - President

Well, let me step back. There are two kinds of pass through we have. There are some pass through that comes with the sale of our chips and software. There are other pass-through rights that we acquired where we provide it to a licensee as part of our standard license. So, for example, if you followed QUALCOMM over a great length of time, you'll recall in 1993, '94 time frame, a company called InterDigital filed suit against us. But we ended up settling that litigation in a way - and they claimed that they had patents that were essential to CDMA. We ended up settling that litigation a way that allowed us to sublicense or pass through some of their intellectual property to our licensees, whether or not they use our chips.

So, some pass through gets passed through to the licensees, regardless of whether they buy our chips. Some pass through gets passed through depending on whether they buy our chips.

**Unidentified Audience Member**

If I just give an example of Samsung buying your chips and look at some of the IP holders in the EU filings, so Nokia, Mitsubishi, NEC ...

**Steve Altman**, QUALCOMM, Inc. - President

Panasonic.

**Unidentified Audience Member**

Panasonic, Matsushita. Are they able to claim a royalty against Samsung, or are you offering pass-through rights with a specific ...

**Steve Altman**, QUALCOMM, Inc. - President

We have not specifically or publicly stated what companies we do have pass-through rights to and which ones we don't. But I think it's safe to say that some of those companies we have pass-through rights from.

**Unidentified Audience Member**

I've got a smattering of questions for various people up here, so it's not just Steve. First, excuse me, on your estimates for the size of the entire market next year, your CDMA, CDMA-1X estimates go from 158 to 176 on the little charts we've seen show up before at the midpoint, and so that's kind of a growth rate of about 18 million on an absolute basis. Last year, the CDMA, CDMA-1X market went from 148 to 158, so it was 10 million. Why do you think that it starts reaccelerating? What parts of the geographies do you think actually show that reacceleration?

And then, Steve, I guess to hit a little bit more on the licensing types of issues, for those hundred companies that have provided to you rights to pass through their patents, what did you have to give in return, because I'm imagining you have to give some sort of compensation r consideration, because otherwise they would reserve the right to go after anyone and license themselves? What did you give in return and how does that mesh with the fact that you've said that all licensees pay essentially the same rate, so does that make a difference there? And then, finally, with Nokia, they have a license currently. It perhaps expires in mid '07, but they currently are under license to license your patents. Under your agreements, it sounds as though any licensee has full access to all of your patents.

So one thing that I've always been confused with, you had a recent lawsuit yesterday for their infringing on 11 of your patents for GSM. Don't they have access to your entire patent portfolio, and so therefore how could they be infringing on it?

Exhibit 10
494

**Paul Jacobs**, QUALCOMM, Inc. - CEO

So, Jeff, do you want to go first?

**Unidentified Company Representative**

So the strength in our mature markets is still strong, so North America, Korea, Japan, continue to provide the foundation for CDMA, and then India had a good year this past year. We expect very good thing out of India next year. China, which had a flat year to down year, we're expecting some reacceleration there. And then Latin America stays strong, and then in places where we've been putting a lot of effort for some time, in places in Southeast Asia, Vietnam, Indonesia, Thailand and some Sub-Saharan markets and in places like Pakistan. All these places where we've been putting a lot of effort, we're going to start to see the growth out of them.

So, again, it's the foundation we get from the North American market, Japan, Korea, and then on top of that all these exciting growth markets.

**Steve Altman**, QUALCOMM, Inc. - President

So I don't think I'm going to be able to remember all the questions there on that one, but let me start with Nokia first. We have never publicly stated that Nokia is the company that has the license agreement that we'll have to reach an extension with. With that being said ...

**Unidentified Audience Member**

They still have a license, but they do in the CDMA space.

**Steve Altman**, QUALCOMM, Inc. - President

So let me answer - so you asked a question about so how can we file this action against them? This action is for GSM only handsets. So when I talk about the access that licensees have to our portfolio, it's in the context of a CDMA plus something else, so whether it's a CDMA only, or whether it's CDMA GSM, or CDMA OFDMA. So if Nokia were to sell, since they're a licensee today, they were to sell UMTS for example, UMTS combined with GSM. This lawsuit is not about those products. This lawsuit is about their GSM-only handsets, which incorporates our GSM GPRS EDGE patents.

**Unidentified Audience Member**

So all your licensees have access to your full portfolio only for very specific purposes, not for other purposes.

**Steve Altman**, QUALCOMM, Inc. - President

Well, two things. One very specific purpose, for CDMA, so they have licenses for CDMA, and so all the other things, all the other R&D investments that we do and licenses and technology that we create, they can use in a CDMA phone. But they don't have rights to use in a non-CDMA phone. Not all our licensees - let me be clear - not all our licensees are licensed under all our patents. I've talked in the past about improvement periods or capture periods, where a particular licensee has a particular improvement period or a particular capture period. Whatever patents are applied for within that improvement period or in that capture period, that's what they're licensed to use within a CDMA phone or a CDMA infrastructure.

**Unidentified Audience Member**

Okay, and then lastly, the other question about consideration you have to give in exchange for the pass throughs.

**Steve Altman**, QUALCOMM, Inc. - President

So the consideration that we give is in the context of the license agreement. We license our intellectual property. We transfer technology, we do a variety of things.

**Unidentified Audience Member**

I'd imagine at some point in the negotiation there was an option to either let you pass through or not let you pass through, and one provided some consideration from your end and others didn't, is it a different ...

**Steve Altman**, QUALCOMM, Inc. - President

Yes, I think your assumption, though, is that the consideration was in some form of reduction of royalty rates, and that hasn't been the case.

**Unidentified Audience Member**

Okay, so there are other forms of consideration. Thank you.

**Paul Sagawa**, Sanford Bernstein - Analyst

Hi, Paul Sagawa from Bernstein. First a quick clarification, I didn't notice Ericsson on your list of licensees. Is that an oversight or is that the way we should read that as significant? The second question is, in regard to the acquisition of Flarion, if you do a patent search on OFDM in the U.S. patent office, you get 255 patents, of which you guys have about 10%. Lucent, prior to the spinout of Flarion, had about 11%, a lot of patents.

How much of that did they pass through to Flarion when they spun it out, and do you get access to those patents as they go forward? Because it's impossible to tell in their filings whether they're Flarion patents or Lucent patents.

**Paul Jacobs**, QUALCOMM, Inc. - CEO

I think on the Ericsson, if you go back and look at your list, my guess is you're looking under the Es, and I bet you'll find them under the Ts, because I think their name is something with a T. I'll bet you lunch on that, but I won't go beyond that. Is it there? Okay. You owe me lunch.

Exhibit 10
495

The other question had to do with Flarion, is yes, they were spun out of Lucent, and as part of their spinout from Lucent, they were assigned rights under many of the patents that were originally trialed for OFDMA. So there is - I can't say all of them, but certainly some of their very core patents were assigned from Lucent to Flarion as part of the spinout.

**Paul Sagawa**, Sanford Bernstein - Analyst

Do they share them or (inaudible - microphone unavailable).

**Paul Jacobs**, QUALCOMM, Inc. - CEO

I don't know if that's public or not. I can't answer that.

**Mike Ounjian**, Credit Suisse First Boston - Analyst

Thanks. It's Mike Ounjian from CSFB. Steve, you're obviously a little popular today. Just to follow up on the GSM-related lawsuits with Broadcom and Nokia. First, wanted to get a sense of these are both in the U.S. Do your GSM patents in the U.S. have counterparts in Europe and Asia? Also, can we get some kind of sense of the aging of these patents and whether there's sort of an - are you looking for a retroactive payment on historical shipments? And then the last question, sort of related to Nokia's response yesterday? What was QUALCOMM's role in the GSM GPRS standardization project, if any, and if there wasn't any, I guess what's the obligation you've committed to, if anything, for sort of fair, reasonable and non-discriminatory licensing on GSMs.

**Steve Altman**, QUALCOMM, Inc. - President

Okay, so so many questions. I remember the last one well, so I'm going to start with that one. I don't believe that we participated per se in the standardization process. I could be wrong on that. I'm just kind of going by memory, but we have made a commitment to the standards body that we would license our essential GSM, GPRS, EDGE patents on a fair and reasonable, free from unfair discrimination basis, so we have made that commitment. We'll honor that commitment.

**Mike Ounjian**, Credit Suisse First Boston - Analyst

Counterparts.

**Steve Altman**, QUALCOMM, Inc. - President

Oh, counterparts. Interestingly, the answer to that is we do have counterparts that we have filed to these patents. There is a lot of life left to these patents. They came into existence as part of the HDR to DO technology that we created, but interestingly, on the counterpart side, there was actually one of the patents we've asserted against Nokia has counterparts in both Europe and Japan that Nokia opposed to try to get that patent invalidated, and they failed. The patent was held up in all material respects, so thought that might be an interesting point.

**Paul Jacobs**, QUALCOMM, Inc. - CEO

Yes, I should say that we also do participate in the GSM standards, but a lot of the technology was developed first for CDMA2000, and then as GSM wanted to evolve to support greater data capabilities, those technologies were adopted. So it's some because of our participation, but primarily because as we were out there in front, having built these data capabilities in the CDMA2000 community.

**John Bucher**, Harris Nesbitt Gerard - Analyst

John Bucher with Harris Nesbitt, a question for Steve again. On page 31, your slide, QUALCOMM Lowers Overall IP Cost, the second bullet there talks about some of the non-CDMA-specific technologies, in particular the Nokia suit. I'm wondering, for modeling purposes, outside of CDMA and WCDMA, for assisted GPS-related solutions that appear to be increasingly adopted now, should we be thinking that for GSM assisted GPS that that might be incremental opportunity going forward? It appears that was part of your most recent suit against Nokia.

**Steve Altman**, QUALCOMM, Inc. - President

I think it depends a lot upon the outcome of that suit, but we do believe we have broad patents in that area, and we would look to license those patents as well. In terms of whether you should start forecasting incremental revenue, I think it's early to say at this point. But we haven't.

**Unidentified Audience Member**

(inaudible - microphone unavailable). Can you speak about your plans in the media, say, outside the U.S. market?

**Paul Jacobs**, QUALCOMM, Inc. - CEO

So we've actually been in a lot of discussion with regulators and operators outside of the United States, and while we don't have any specific announcements at this point, I think those discussions have been going very well, and the fact that we were able to demonstrate the system running over the air at the recent CTIA Wireless IT show I think made a big impact on a lot of people, because it took it from being something that was mainly seen as PowerPoint to something that they could hold in their hand and actually see the performance of the system.

And we know from both operators and also, importantly, from content providers, that that actually made some major changes. So we're very optimistic. We're looking to get something done in the next, say, year or so in terms of trials outside of the United States, but we don't have specific announcements. And then in terms of the way it's structured, obviously in the United States we have the subsidiary. We own the spectrum in the United States. Outside of the country, we don't expect that that model would be followed precisely.

It's very usual that in other countries you need a local partner to get access to spectrum. We have some in some of the countries, but already have access to spectrum, others who have the connections with the government to get access to spectrum. And so we may make some small investments in those kind of things, but we wouldn't be taking the leading role.

**Sandeep Malhotra**, Merrill Lynch - Analyst

Exhibit 10
496

Sandeep Malhotra from Merrill Lynch. Given that WCDMA handsets have a lot more multimedia capability and raw digital horsepower, as well as what you referred to earlier as multilink video capability, should we be expecting any structural shift in the paces (ph) for which royalties are paid, given that WCDMA handsets are a lot more multimedia complex and have other radio protocols outside of WCDMA?

**Steve Altman**, QUALCOMM, Inc. - President

So the question is whether we would segment out some subset of it? That isn't the way the licenses are structured. In fact, it's pretty customary that not just us, but other people, license on the wholesale price of the phone, because it's very difficult to tease out different things. And, actually, we're making a lot of investments into all of these kinds of things with our R&D investment and have intellectual property in them. And, in fact, the other point that's very important is that people wouldn't be carrying around those types of devices, converged devices, if it wasn't for the radio technology inside it.

It's very interesting, actually, if you look at how the industry is changing, in fact, in terms of adding those other capabilities. The chips are more than half, these days, applications instead of airlinks. So all of that kind of integration, all of the R&D in terms of innovation there, that all gets bundled into the IP that we licensed, and we feel like that's being driven by not just the radio technology that we own, but all the other technology that we're putting in it.

**Bill Davidson**, QUALCOMM, Inc. - VP of IR

We're going to take one more question and then we'll move ahead with the program. There will be time later in this program for more questions.

**Unidentified Audience Member**

Hi, two questions for Steve. First of all, in terms of your current licensees, I assume that they don't have a lot of transparency in terms of what other licensees pay. As we go through this process, if the European Commission decides to investigate the claims, is there the potential that some of the terms for specific licensees could pick up public loans (ph) or documentation or so forth? And then, second of all, just a clarification. You said that some licensees have access to just CDMA and CDMA plus. How many licensees have access to your GSM portfolio?

**Steve Altman**, QUALCOMM, Inc. - President

So, okay, if you - to answer your second question first, it depends on the improvement period that a particular licensee has. So, if the licensee has a very early end to their improvement period, they may not have access to all the GPRS Edge, GSM patents. But I think the way to look at it, again, is that most licensees, if they have a license, they have the right to combine in the CDMA handset any of our other patented inventions, which would include GSM, GPRS EDGE, OFDMA, et cetera.

In terms of the other question, I mean, you're right in the sense that all of our negotiations with licensees are done on a bilateral basis. They're confidential. We respect the things they want to keep confidential and vice versa. My understanding of the European process and the discussions with the EC is they're done on a confidential basis. We've had to go through other types of proceedings outside the EC in a litigation environment where we've had to disclose information to licensees. So I suspect there's always some risk that some of these issues get further known, nothing that I'm uncomfortable with, though.

**Paul Jacobs**, QUALCOMM, Inc. - CEO

So, as Bill said, we have an opportunity for another Q&A. We'll do another Q&A at 12:30 to 1:30. We also have the ability to let you get up and take a little bit of a break right now. So we'll get started again at five past. Thanks, everybody.

**Editor**

[Video Presentation Begins]

I am Chikahiro Yokota, the executive managing director of Toshiba and president and CEO of Mobile Communications Company.

Founded 130 years ago, Toshiba is a company that possesses the characteristic of a never tiring inquiring spirit. Although the company has a long history, we enjoy taking on new challenges.

Toshiba considers the social infrastructure business, in which we have a long history, as a stable business area. Our company is also focusing on digital products and electronic devices as growth areas.

Toshiba has grown along with the cell phone industry over the past 20 years and counts itself as a company with history within the mobile phone industry. Toshiba was one of the first to focus on CDMA technology, which efficiently uses frequency bandwidth and enables fast data communication.

In 1995, Toshiba began collaborating with QUALCOMM on CDMA technology. Since then, Toshiba released CDMA2000 handsets to the North American and Japanese markets in 2001, gpsOne-equipped handsets in 2002, and BREW application platform handsets in 2003.

Toshiba is proud to have opened new markets by continuously equipping products with the latest technology based on QUALCOMM's CDMA technology. This year, Toshiba released a slim 1xEV-DO handset, measuring only 20 mm, with advanced multimedia features as well as an interactive handset with terrestrial TV broadcast reception that has been very popular for KDDI.

As for WCDMA handsets, we have shipped the first 3G model that uses the MSM chip to Japan and Europe for Vodafone.

Toshiba within its group companies possesses wireless communication system technology, multimedia technology, and software technology. In our continuing effort to see the realization of ubiquitous connectivity, we will leverage our group's combined strength, advanced technology and devices to be the first to provide mobile providers with appealing multimedia handsets that meet the needs of users.

Using the product development abilities nurtured in the Japanese market with the world's most advanced services, Toshiba will again set its sights on the global market. Not only will Toshiba offer the most advanced products, we will respond to the growing preferences of users as we continue to offer a well-rounded product lineup.

Exhibit 10
497

QUALCOMM is an important strategic partner of Toshiba that possesses CDMA fundamental technology and related peripheral technologies. Toshiba looks forward to the continued and stable delivery of QUALCOMM chipsets with the prices and features that are a step ahead of market demands.

Based on our win-win relationship with QUALCOMM, Toshiba will continue to offer products on a timely basis that will surprise and impress users.

[Video Presentation Ends]

**Sanjay Jha**, QUALCOMM, Inc. - EVP and President, CDMA

Good morning, ladies and gentlemen. My name is Sanjay Jha, and I am our chipset and software division at QUALCOMM, and today I wanted to talk about our business, chipset business, CDMA Technologies business. Here is a look at the growth at our chip shipment on the left-hand side. We had, compared to the last two years, in '05, a modest growth. If you look at our growth in '02 to '03 and '03 to '04, we had what I'd describe as quite dramatic growth, '05 I think was only a modest growth for our business. Our revenue also grew only modestly in '05.

If I look at that year, I think the first quarter started very well, second quarter was quite weak and third and fourth quarter we had sequential improvement and we ended up - we finished the year I think quite strongly, and as you know, we have guided to 46 to 48 million chipsets for the first quarter fiscal '06.

In '05, we increased our R&D spending quite dramatically, and while we did that, we still delivered 26% operating profit. Those of you who read our 10-K, most of the inter-segment royalty conciliation is paid by us, so there is potentially some greater operating profits, which is possible were that not to be the case. I think the important point I wanted to make was that we delivered that earning while we grew R&D, but we managed our OpEx very carefully, because we have kept our SG&A very stable. The chart on the bottom left is a very interesting chart. It looks at the ratio of OpEx that we spend on SG&A. We have the lower SG&A expenditure at QCT of any of our competitors that I know of. We are significantly lower in SG&A.

What that says is that we're spending most of our OpEx in R&D. And that, as you have heard from Paul and Steve, is an important strategic decision we have made to give us technology leadership in QCT and throughout QUALCOMM.

Let me quickly get into the state of the market in CDMA2000, where are we, what are we doing. The first thing to say is that DO is growing quite rapidly for us. I think in '05 we shipped a little over 17 million chips of DO and in '04 that number was closer I think to 9.5 million, so we saw quite a dramatic increase in DO shipment from '04 to '05. What is interesting, though, is that 6550, which has a minimum 225 megahertz microprocessor and a pretty highly integrated multimedia capability, is actually getting tremendous traction in the marketplace, and you'll see this device, the Vx9800 being launched by Verizon based on 6550. Most all of the handsets in Japan, a lot of the handsets in Korea, are now beginning to utilize 6550, and 6550 is an enhanced multimedia tier platform and something we see that as being very positive for the mix going forward.

I would also like to point out I think one more thing, that while we're succeeding with DO, we are continuing to invest in the roadmap, DO technology roadmap. So DO A, MSM6800 we sampled in March and in fact we were due to deliver commercial samples for that device, after doing a lot of inter-op testing in December. In fact, I think we have pulled in the schedule by a month and we will deliver commercial samples of MSM6800 with a lot of the software in November. And as a result of that, I expect that we will see commercial handsets, but first of all data cards, in the marketplace, probably in the second half of '06.

And because of the inter-op testing that we have done, we also expect that same - you would hear more about network trials and preliminary deployments in '06. I expect KVDI, Verizon and Sprint are going to be quite aggressive in their deployment of DO Revision A.

After DO Revision A, as Paul pointed out, there's DO Revision B, there's Platinum Multicast, and there are several other features that we are working on. I want to leave you with a clear impression that DO is not the end of the road for CDMA2000. There are a significant number for key improvements that are going to happen, and as Barry West talked about in his presentation, they all are going to be backward compatible and none of them will require forklift efforts from the carriers. So I think that CDMA2000 is very vibrant and continues to develop at a great rate.

In CDMA2000, Paul talked about the low end of the business, China, India, Latin America, Southeast Asia, really where there is strong competition between low-end GSM voice-centric phones and CDMA. Paul and Steve talked about how we're enabling handsets in the low 40s today and migrating very quickly towards 40 and perhaps even lower price to the carriers. As you know, GSM is very aggressive. There is one end of the marketplace where we are chasing GSM very, very hard. There are two or three regions where I think GSM has some advantage. One is, there is a lot of volume in that end of the market for GSM. Secondly, I think there is an argument that as middle to higher users in GSM begin to move to wideband CDMA, that is a place where GSM volume growth comes from.

So we will certainly compete in that end - we're already I think in India and Brazil competing with GSM. Our carriers are competing with GSM carriers. But as we migrate to single-chip solutions, which really our single-chip solution combines four chips, the baseband chip, the receive, transmit and power management into a single package, and I had a question earlier. This is a system, a single system in a package solution rather than a stock system on a chip solution. There is a regular debate in the industry which is cheaper. I think it's not important which is cheaper. I think what's important is to get to market earlier with the cheapest solutions first, and we believe this is the easiest one to get to market. We are also working on stock (ph) solutions and we will deliver that to the market when we think that's ready.

Today, we announced what we internally all the dual-band single-chip solutions. These solutions are targeted for India and Latin America, and there they only support 800 megahertz operations. The dual-band solution will enable very cost-effective handsets to be deployed in the U.S. as well, and those chips will also support GPS. So you can have single-chip solutions which supports 800, 1900 and GPS, integrated in a single package with var (ph) management.

Let me move on then to wideband CDMA. We have over 60 new wideband CDMA devices launched based on our solution. The 6250, which is the core driver of our technology right now, and if I can find this phone, this is a phone which is about to launch in Telecom Italia Mobile's network. It's a Samsung phone, it's 14.9 millimeters thin, I should say, and it really is probably the thinnest UMTS phone in the marketplace today, perhaps as much as this Christmas, probably the thinnest phone in the market. This phone is actually based on a 90 nanometer what we call 6250 A device, and we're very happy to see these devices come to the marketplace and drive demand.

As Steve was saying, the thin phone phenomena is a wonderful phenomena for two reasons. It reinforces the fundamental notion

Exhibit 10
498

that consumers don't necessary buy technology, they buy form factor. Therefore, a good technology that we provide still enables a lot of our customers to differentiate themselves in the marketplace. We are not therefore the controller of their destiny. They can differentiate significantly in the marketplace.

As you know, RAZR technology is very fundamentally the same technology as those in every phone, but the packaging was so different and so innovative from Motorola, it's really changed the game. And we also believe that the level of inspiration that we offer delivers much smaller form factor and much smaller area, so I think it benefits us in the sense that it drives the marketplace, and also because our solution is a more compact solution. So 6250 as a UMTS solution is really driving a lot of handsets. 6275 is the HSDPA solution. I have two devices here. This is a data card from Sierra. You heard Jan (ph) talk about options, data card, they're working on, Novatel also will deliver HSDPA data card, and this is a Samsung HSDPA handset, which will also launch on Cingular's network very shortly, or will be accepted shortly.

So we think that 6275 is beginning to see tremendous traction, and remember, 6275 is our first device which also supports EDGE, so it will see usage as a wedge device as well as what we call hedge device. Wideband CDMA EDGE, as well as HSDPA EDGE. So those are two devices driving volume today. If we look forward to '06, while some of our competitors are looking to deliver their first chip this year, we've already segmented the marketplace to four chips. 6245 is a 65 nanometer part, in fact. Second quarter '06 we'll sample that. That's the lowest-end device. We think that that will enable really very cost effective wideband EDGE devices.

6260 is our low-end HSDPA EDGE device. We think HSDPA, just the same way as we see in CDMA2000 deals coming down to low-end handsets as well, because carriers actually care about the cost of delivery of data for devices like music phones, they will care about 6260, because the music phones they would want to use HSDPA to deliver that content. 6280, again, in 65 nanometer, we've already sampled 6280 in 90 nanometer. It supports 7.2 megabits per second. In fact, we have already made lab calls at 3.6 megabits per second, and we expect in the first half next year, 3.6 megabits for second capable HSDPA devices to be commercially available in the marketplace next year, because all of these three devices, 45, 60 and 80 are completely thin and RF compatible, and they are significantly software compatible. So, if you have designed a phone with one to be able to migrate to any of these chips is going to be very, very easy to do.

So the 6280 device is first half next year. 6280 is an enhanced multimedia platform device and has up to 300 megahertz microprocessor integrated. We expect a lot of broadcast phones will use 6280 and not use any additional processor. The 6280 has capability to deliver 30 frames per second QVGA video decode while supporting streaming protocols for either MediaFLO or DVDH or ISPDT (ph). So, our ability to be able to get rid of that application processor with 6280 is really very attractive to our customers.

7200 is the first HSUPA device. We'll sample that in March. As you know, we believe we have leadership in HSDPA, and the fact that I can point to commercial handsets and commercial data cards in the marketplace now, prior to any being available from our competitors I think is a testament to that. HSDPA then also solidifies our lead. HSUPA 7200 not only delivers HSUPA but it also delivers a two-microprocessor solution, one of them being 225 megahertz online (ph), and second being ARM 11 (ph) running at about 400 megahertz. It also has a significant amount of hardware to deliver 30 frames per second VGA video and gaming capability at about four megatriangles per second.

So I really think that we have a very strong segmented roadmap. 6250 and 6275 will drive a lot of volume for first half next year. I expect for second half next year we'll still see these devices driving some volume, but we will see some of the manufacturers migrating to our newer chipsets. And remember, the newer chipsets also interface to RFCMOS. We will sample RFCMOS, which supports a transceiver, receive and transmit, four brands of GSM GPRS or a single band of UMTS, integrated in a single device, combined with 6245 would really drive the cost of a wideband CDMA handset. So, when I hear about QUALCOMM causing for the price of handsets to go up, really I think when I look at these technologies and the handsets we are enabling, it's not about royalties, it's about the cost of the handset. And I really am fairly convinced that we will enable very cost-effective devices very quickly using these chipsets.

And this is - I have a lot of slides with a lot of phones on them, so this is the first one. Paul also used it. I think he likes this slide. There are lots of handsets to launch with our handsets. I say 60 devices launched, and there are 110 devices which are either launched or being designed based on our own chipset portfolio, which really I think you cannot imagine how large an application support burden that is. And the fact that we can deliver that speaks volumes about the stability of our software and the demands of interoperability testing that we have done.

Steve talked about our support for Cingular. We have gone and tested with every single infrastructure vendor for functionality, and then we have a team at QUALCOMM called ESG, Engineering Services Group, who they have gone and optimized performance in each of the networks and as a result of that increased standby time and reduced call setup latency significantly, and all of this service we make available to the carriers free of charge. And, by the way, we did that for Cingular, we did that for Vodafone. We did that for H3G. We did that for a lot of number other carriers, because we have deployed CDMA three times. We did it in cdmaOne, IS95, then we did it with CDMA-1X and then we did it with DO.

We have deployed CDMA two times and really understand how CDMA networks, and therefore we were able to go support deployment of wideband CDMA. No one in my opinion today in the industry is driving wideband CDMA deployment quite as effectively as we are. There are lots of reasons. The biggest one of it is, as migration occurs from GSM to wideband CDMA, I think it benefits consumers and it benefits our shareholders.

Here are two cell phones of particular interest, news. LG-U880 is a mouthful, is the other way to call that phone. It's a 99-gram phone and it's really 18.2 millimeters thin phone, very, very effective phone, it was just launched, or launching, on H3G's network on every single country that they have a network. And of course I showed you the Z510, which is 14.9 millimeters thin. Both of those phones actually have MP3 players, and you can see see the buttons to play MP3 on the outside.

The Samsung phone also has a very effective speaker phone, and really to have a very effective speaker phone in that thin a phone is very remarkable. I think both Samsung and LG make just amazing phones, and I'm very happy to have them as my customer.

Here is a chart which walks you through some of the phones that are available in the marketplace and then tells you which of the phones are based on our chipset. Probably the most popular question that have been getting for the last 18 months is what will be my market share, and at some point I think I will tell you, but in the meantime, I will give you pointers as to what our market share is. The pointers are, we have very good technology and the pointers are that we are launching a number of phones in a number of carriers, so Telecom Italia Mobile, I think Motorola and Nokia phones. The box covered in green, the phones covered in green, are the phones based on our chipsets, Samsung on there, which I believe it's a brand from Wawe (ph). I think Wawe is probably a better brand name than on there (ph), but I'm not a marketing guy, i-Mate, Telit, NEC and Ben Q all have phones based on our

Exhibit 10
499

chipset available in Telecom Italia Mobile's networks.

If you look at Vodafone, you would see, again, the blue phones at the bottom, the Samsung phones, and then the Toshiba phones, Novatel, and all three data cards are based on our solution. If you look at T-Mobile, the HTC device and the Samsung phones are based on our solution. That LGE device is actually based on an EMP solution. I'm hopeful going forward that more LG devices will be based on our solution.

Carrying on with the same thing, for the first time we have a handset launched on DoCoMo's network based on our chipset, and this is in fact that device. It's 700 series device. This is the first device on DoCoMo's network with integrated GPS position location and UMTS. So we are very happy with all the capabilities of our chipset, and integrated position location is being used, and certainly the position location capability is receiving good reviews.

If you can go back one slide, that allows me to make one more point. The Toshiba 803 there is also the first device on Vodafone's network with position location. So we have launched two position location enabled devices in UMTS, and I believe you will see that trend, and I believe that that's a competitive advantage for us.

And the reason it's a competitive advantage is we have that integrated into all of our UMTS chipsets. I'd say all, except 6225, which is a voice-centric device which doesn't have it. Every other device has position location integrated, and we believe as position location becomes successful in 3G, that gives us competitive advantage.

H3G again uses the first phone to launch using our chipset, and I expect that there will be another phone. It's not launched yet - based on using our chipset, and as we work with more handset manufacturer, I'm very hopeful that we will get more share of H3G going forward. Then so that's UMTS. If you look at HSDPA, we really have been selected by more than 10 industry leaders for using our MSM6275. MSM6280, which we sampled, 6275 is a wonderful device. We've done a lot of inter-op testing. In fact, virtually every infrastructure manufacturer has tested their HSDPA solution using our MSM6275, as a result of which our protocol stack is actually quite stable right now. And what that means is not just that we can make a call in lab or with test equipment, that we have tested various different features of HSDPA, for instance, sell the selection mobility.

We have tested a lot more features of HSDPA already, because we have had that chip for a year, and as we go to 6280, which supports 7.2 megabits per second, all that stability of the protocol stack can be leveraged and people can get to 3.6 megabits per second handsets and data cards that much more quickly. And, as I say, we have already tested 6280 90-nanometer device. What else to say here, very, very proud of the team. They've given us technology leadership in HSDPA. This is the first time we have technology leadership.

I think I'd make one general point here, so far, I hope it remains the case - so far we have proven to you over a number of years that once we get technology leadership, we work very hard to keep it, and I believe now for the first time we have UMTS technology leadership. And some of the ways that you judge technology leadership is captured in this chart. There are four different things that I think we deliver to our customers. One is area savings. If you look at the bottom left hand of the chart, actually that table, table one there, we don't have application processors, so QCT solutions for baseband and apps functionality is 5.1 centimeters square. Competitor A, a nameless competitor A, is 11.4 millimeters squared. RF functionality for us is 8.8 millimeters squared, and that is before the introduction of our RFCMOS receivers. When we go to that, that number comes down even more dramatically. An RF functionality for competitor A is 17.4 millimeters squared. And the way you see that is a QCT solution and a single-sided solution. The reverse, you see the keyboard is on the reverse side of our PCB. On the other hand, in the competitor A solution, you see that both sides are used for circuit.

The result of that is that we enable much thinner phones, and this is in right now. People get value for thin. If you then look on chart three, our solution, QCT solution, has 509 components altogether to deliver the functionality and it breaks out in some detail, we have four ASICs (ph), for instance. And for equivalent solutions, our competitor requires seven solutions.

Now, if you look at power consumption, for 800 milliamp battery, the actual number is 840 milliamp, but the numbers are normalized for 800 milliamp battery. Their soft time is 232 minutes, for QCT, 103 minutes. These are our measurements, and perhaps we're wrong in our measurements, correct us if we're wrong, but these are all our measurement. Standby time, our standby time is 283 hours, and under equivalent, dynamic circumstances, we saw 94 hours of standby time from our competitor. This is the reason that I believe that we are going to be successful. These are the metrics that map into our customers, they map into our carriers, they map into the consumers.

We just did a pretty extensive consumer survey and what they care about most of all is voice quality and battery time. They care about a lot of other things, but they really care about those two things. And, of course, the quality of display is the third big decisionmaker for them. And for us to deliver good form factors, thin phones with good talk time and good standby time and good voice quality, I think that delivers very good competitive advantage to us, and we do that using smallest amounts of silicon. This chart shows you various different die sizes for different competitors.

The first one, our die size in 90 nanometer is I think 42.6 millimeters squared. I think this is all normalized to 90 nanometers. Competitor A here is the same competitor as we talked about in the previous slide. They have - if you look at the silicon are for both coprocessor and baseband, they take 86.8 millimeters of silicon to deliver that functionality, and we can do that in roughly half. And you can see that some others are in fact a little less competitive than that.

Now, people always say to us, you're a fabulous semiconductor company, you could never have the cost structure. If I have a die size which is half the size of my competitor, I think I have a good way - I've made some progress towards that end.

The second thing I want to show you is the level of integration that a 6550 delivers. 6550 remember has 225 megahertz microprocessor, QVGA 30 frames per second video and a whole lot of multimedia capability that you can find on our Web site and I've talked to you about multiple times.

But look at the same company - this is Sony Ericsson's CDMA phone for KVDI. Their generation one phone, based on 6500, uses application processor. We'll show you both sides of that phone. Same phone, with using 6550, is now the second side of the keyboard. Again, they're able to deliver much smaller board area, and these are drawn to scale. You would see that we deliver much smaller board area and much thinner phones. That's the advantage. Now, people always say that external coprocessor is a way to go to have a modular solution.

Absolutely, it's the way to go to modular solution, but thin is important. I think at some point you have to make a decision whether you want a modular solution or a thin solution. Motorola has proven, thin sells. Not only does thin sell, their building material was the same as any other phone and they were getting ASP of $395 for that phone, so the profitability is strongly correlated to the

Exhibit 10
500

consumer appeal, and thin is certainly a consumer appeal that is important. This chart, when they get going, has 3D graphics capability which is integrated in our 6550.

Do I need to do something, or are you going to kick this off?

That game was actually developed at QUALCOMM and the team calls itself X-Team. They're very proud of that name. The two things to note about that was the 3D quality, but also the sound. That sound came from our chip, so very proud of the quality of that sound, as well as the chip. Today, we announced a new microprocessor core. We call it the Scorpion core. We believe this is the best mobile microprocessor today in the industry.

We have a comparison chart there between Cortex A-8 and Scorpion performance. We will achieve 1 gigahertz performance. It's a super-scale out architecture, so for every cycle it dispatches more than one instruction. In fact, we dispatch more than two instructions, 2.1 instructions per cycle, which means that we issue more than two instructions per cycle. For a mobile processor, that's pretty good, and if you look at the power consumption, at 600 megahertz or at 1200 DMIPS, which is the performance that Cortex A-8 delivers, we deliver that performance at 240 milliwatts, where according to their published numbers, they will deliver that at 300 milliwatts. Now, that's 60 milliwatts of power consumption is good, but the impressive part is not that it's 60 milliwatts better, but it's 60 milliwatts better while it delivers 900 more DMIPS of peak performance.

To deliver that much high-peak performance and yet deliver that as low power consumption is an interesting part of this solution. This is a team that developed embedded PowerPC core, and we hired them, and they have just done a fantastic job. They have had experience of delivering super-scalar architectures. In fact, this team delivered award-winning PowerPC for five embedded core, and so I'm delighted with the progress we have made relative to our ARM 9 performance today, this core will deliver about 6 DMIPS (ph) performance, when you measure performance per milliwatt. And there are sometimes questions about what will you do with a gigahertz processor in a phone.

I can tell you that I used to ask that question myself when we were running our microprocessor at nine megahertz. Today, most of our phones are running at 150 megahertz, and by and large the only question we get from our customers is when will that go to 400 megahertz. The ability - it's the same rule I guess in bandwidth as well as microprocessor speed. The ability of us to consume bandwidth as well as microprocessor speed is just incredible.

And if you look in PCs, we had most of the U.S. had 30 kilobits per second of data connectivity and we were using a gigahertz processor to process that data. In these phones, now, we will have capability to receive peak data rates of 7.2 megabits per second. I am confident there will be plenty of applications which will use the gigahertz processing capability.

We are also the world's leading RFIC company, this according to IDC, and the complexity of what is happening in the RF world is just exploding. There are already nine band classes in UMTS. There are nine band classes that you need to support. I could rattle them, but they're probably on the chart already. If you look at each of the countries - and then you have to add GSM to that, at four bands, and then of course you have to add GPS to that, and really you would like to receive diversity also on those nine plus four, 13 bands. So receive diversity on 13 bands gets pretty interesting pretty quickly. Your phone begins to look like a porcupine.

What we are delivering here is lower cost, and the reason we are delivering lower cost is higher integration. We are delivering transceivers, and the reason we are delivering low cost is because we are delivering it in RFCMOS, and we are integrating more and more of RF. We are integrating the VCOs and LNAs, and we're reducing bombs (ph). For instance, just a question that I got asked, when we do the single-chip solutions, we actually integrate more than the functionality in discrete chips. We integrate the functionality in some of the discretes like VCOs and focus (ph), also.

We are enhancing radio performance with receive diversity and with EDGE, with Intelliceiver. Intelliceiver is this capability for us to adapt to the environment and reduce our power consumption depending on the environment that we find ourselves in. So if there is a jammer, we deliver greater linearity and we consume more power, but when there is no jammer, we go down to lower linearity and consume less power. So we are delivering some of the best performances in RF, I believe, and we are also reducing the size of radio.

And, again, going back to the point that I was making, as thin is becoming important, thin is not going to be important just in voice phone. It's going to be important in smartphones also, and we are seeing really big trend toward our 7000 series, the integrated two-microprocessor solution, because people who are building smartphones actually want to make it thin, they are very thin as well. Because if you look today, the thing that is not likeable about smartphones is how big they are. If we can reduce the size of that, we will bring that down to more mass market usage.

We would also like to provide best time to market and most flexible solution with our RF, and I think that we are doing that with our level of integration.

New growth area for us is power management. We already have a fairly substantial power management portfolio, but I think as a result of the software integration, as a result of managing the power for the whole system, we do all the testing. One of the hardest things now in phones is actually power management, and if we can deliver the software and the ASIC, we will increase our attach rate significantly of power management chips to our system. And you will notice with single-chip solution, of course, we are integrating power management functionality into a single package, so there of course we get 100% attach rates.

We are probably one of the few companies who has the capability to deliver software solutions, protocol solutions, baseband, RF and power management. As a result of having all of that, we have probably the most amount of flexibility in architecting the phone in the optimal way, and I think power management is very important. I actually believe that we have significant opportunity increasing our revenue in power management, and we're very focused on that.

I talked about software. Software is becoming increasingly important. We are now delivering complete solutions to our customers. We deliver protocol stack, but we also deliver all the multimedia capability, the LaunchPad suite, and with BREW API and others, we make it very easy for our customers to develop applications in CDMA2000 and force (ph) that to UMTS. So Samsung, when they developed their DO phone, all of the interfaces and ATIs are the same in 6250. So the leverage they get from one to the other is just incredible for them, and as a result of that you see Samsung and LG delivering handsets very rapidly into the marketplace.

We are also going to support third-party operating systems. We're supporting smartphones, and we're also supporting enterprise devices. We think that with gigahertz processor, really we're enabling enterprise-class devices.

Here's a chart real quickly, moving on to a different subject on sourcing. After what happened, and you saw (inaudible) talk about he wanted stable suppliers' chips. Clearly, the scars from 2004 have not completely been healed. In 2004, you will remember that we had some shortages of chipsets. We have worked extremely diligently since 2004 to make sure that for all important volume

Exhibit 10

501

runners that we have multiple supply of chips - sources of chipsets, and also that we migrate our technology very quickly to the next node.

So, in '07, a significant portion of our technology - '06, even, a significant portion of our shipment will be either 65 or 90 nanometer. We think 65 nanometer is actually a very optimal node. We are getting 65 nanometer very quickly. I don't think that any takeouts happening at QCT now after the end of November, early December, will be in 90 nanometer, we'll be virtually in 65 nanometer. And the reason is that we see the migration of 90 to 65 being relatively well managed, and all the evidence that we see from our test chips and our fabs give us a great deal of confidence. We have obviously ramped volume in 90 nanometer and we see good yields there as well.

Finally, this is my last chart. This is our position in the marketplace. In RFIC, we have - according to IDC. These are our numbers, we have 20% market share, and we are the number one RFIC company in the world. In 3G handsets, we have 17% market share and we are marginally second to Texas Instruments. Mobile phone, we have 16% market share and we are second to Texas Instruments. In communication, we have 6% market share and we are second to Texas Instruments. In all IC markets, we have 1.4% market share of all semiconductor ASIC markets, and we are 14th. Intel of course is number one in that marketplace.

So we have come a long way from 1996, when we first started this business, and as Paul said, it took us the first seven, 7.5 years, to ship a billion chips. In the last 2.5 years, we shipped a billion chips, and I expect that that rate is only accelerating, so I'd like to thank you for listening to me, and I'd like to thank our employees for delivering just an awesome execution year. You hear a lot of issues with EU complaints and things going on. I can assure you that I am, and my team is, focused on execution, and that execution and the superb execution has gotten us to where we are today, and I think if we continue to execute at the pace that we are doing, we will keep our lead in this business. And that's the only effective way for us to continue to win in this marketplace.

Thank you.

**Editor**

[Video Presentation Begins] Recently, Huawei CDMA product sales have seen rapid and sustained growth. CDMA product revenue reached $400 million last year and in 2005, we estimate that this annual revenue will reach $1 billion.

In the first half of 2005, Asia has seen the fastest growth worldwide and Huawei has signed more than 1,100 contracts with different network operators including Thailand's CAT, Indonesia's TOT, TELKOM, Bangladesh's PBTL, India's MTNL, Pakistan's PTCL and others. These contracts represent 35% of Asia Pacific's new CDMA business. The growth potential of these markets is huge with India, Indonesia and Bangladesh showing rapid economic growth for large populations.

Due to our outstanding performance in Asia Pacific in 2005 Huawei was selected as "The Best Wireless Device Provider in Asia" by leading analyst firm, Frost and Sullivan.

In addition to Asia Pacific, Huawei is focused on expanding its CDMA markets into regions which previously had few CDMA subscribers, such as Central Asia and Africa. We have established more than 30 CDMA networks in Africa which will further promote the worldwide development of CDMA.

As of September 2005, Huawei products have entered 60 countries. The total network capacity exceeds 30 million users and includes ten CDMA2000 1xEV-DO commercial networks. With the continued expansion of the market, Huawei is gradually becoming one of the most important CDMA device providers in the world.

Our success is closely tied to continuous technology innovation. Huawei's Soft switch, Broadcast and Multicast and CDMA 1xEV-DO Rev A solutions have met the highest industry standards decreasing initial investment as well as reducing construction, upgrade and operating costs for network operators and providing them with more revenues and business opportunities.

As one of the major members of the CDMA industry, Huawei looks forward to the continued cooperation with other manufacturers, operators and QUALCOMM to further promote CDMA growth worldwide.

[Video Presentation Ends]

**Unidentified Company Representative**

China Unicom is the second largest CDMA operator in the world. We upgraded our technology from IL75 (ph) to the CDMA-1X in 2003. With 1X platform, we provide not only (inaudible - heavily accented speech) value added services, especially with high-speed data platforms we can provide, such as BREW and (inaudible) and the location-based services, even (inaudible). We tremendously increase our ARPUs in the (ph) price. We also provide our customers with specific solutions like (inaudible) mobile. We get a lot of very good feedback from those customers, and they think with having of the CDMA high-speed transmission data platform, they can benefit a lot, especially like wireless data, Internet access.

Of course, in the future, China Unicom continues to improve our actual quality, and we are going to phase to the 3G technology focused on those EV-DO. We have those kind of advanced (ph) technologies, (inaudible - heavily accented speech), how we can update our network as soon as possible with interesting support systems like a network management system and updating system. And we also introduced some new applications, new services, (inaudible) focused on the video service like video telephone, video streaming and video television broadcasting innovation from our company. We consider in Chinese situations how we can improve the benefits and the values of the CDMA, just based on the environments, so requirements of our customers. So we think it's a very important (inaudible) company.

**Unidentified Company Representative**

(inaudible - speaking in a foreign language).

**Bill Keitel**, QUALCOMM, Inc. - EVP and CFO

Good afternoon. In my remarks today, I'll briefly cover fiscal 2005 performance, which we reported last week, and I'll put it in the context as I see it really points to how I think it pertains to 2006 and forward, then I'll spend the majority of the time on guidance points for 2006.

So, record year for fiscal 2005. We achieved records in revenues, net income, earnings per share, operating cash flow. I read recently where Financial Times ranked us as the 75th most valuable company in the world. I think we edged up a few points from

Exhibit 10
502

our ranking of last year and we're quite a few points ahead for where they ranked us just a couple of years ago. We've achieved these good results in very much an investment year, as everybody is aware.

We invested very significantly in R&D, and yet we're still able to show through records in net income, earnings per share and operating cash flow - 2005, fiscal 2005 was very significant year in terms of returning cash to our shareholders. We started this program just 2.5 years ago when we announced our first dividend and our first board authority for share repurchase. Since that time, you can see we've steadily increased our dividends. Dividends are our preferred method today for returning cash to the shareholders.

Our second preferred alternative is repurchases. Those are conducted on a basis of where we see a clearly accretive transaction for the shareholder, so by that nature, by that criteria, stock repurchases tend to be periodic in nature rather than a continuous phenomena. On Monday, we announced that the board had increased our repurchase authority. Previously, we had been working under a 2 billion authority, it's now a 2.5 billion authority, and significantly, under the prior 2 billion authority, there was only approximately 1 billion remaining authority left.

As a part of our repurchase program, the board has authorized up to 33% of the authority to be used in derivatives, specifically in selling put options. We do that selectively at a price where we're happy to own the stock, as we've yet to have a put exercised, so thus far we've just been collecting the premiums and in effect reducing the net cost of our repurchase program.

Let's quickly summarize the segment results, starting with QTL. A very good year for QTL. Revenues and earnings before tax both up 24% year over year. It tracks pretty closely to the CDMA market growth, approximately 19% is our current estimate for calendar year 2005, but we expect that rate of growth to accelerate quite significantly going into 2006. As Steve explained, and a lot of new information we disclosed here today, a very broad range of ASPs that we see across both the CDMA2000 and at this early stage even in WCDMA. It evidences how CDMA technologies very effectively serve a wide range of market segments across many regions of the world with broadly segmented price points.

And third year now, three years in an average, three years in what we've now averaged approximately 90% operating margin in our QTL segment. And promisingly for the future ahead, approximately 26% of wireless devices sold worldwide - this was reported by an industry analyst as of June of this year, approximately 25% of devices sold worldwide are CDMA technology today.

So lots of opportunity ahead, competitive market, but we're encouraged by our position there. QCT, another good year for QCT, operating very close to our plan. Revenues up modestly. We're not yet participating in a large degree to the growth in the CDMA market, but going out of this year we think our position is improved greatly. The last few quarters, our shipments of WCDMA chips have grown at a greatly accelerated rate relative to how we see the actual phone unit market growing for WCDMA. As we expected and as we indicated approximately a year ago, major investment here for QUALCOMM, particularly for QCT, and as Sanjay mentioned, we're all very pleased with the execution we're seeing as they've invested those R&D dollars.

That strategy that we're following, the execution we're marching towards, technology leadership, time to market leadership. We think we play very well into a market where the time to market is becoming increasingly important. The life of an OEM design we think is ever shortening, hence fast time to market, a good technology provider in OEM plays very well into what the market is demanding.

Broadly segmented product portfolio, very much a hallmark of our strategy now for several years. We think this plays very effectively into the carriers and the OEMs, and I think that range of ASP points that you saw Steve present speaks very clearly to the market demand for a broadly segmented portfolio. And I think we're also seeing that we're leveraging our R&D investments very well, leveraging CDMA2000, what we're seeing there, into WCDMA or UMTS. Our multimedia investments port both the CDMA2000 and to WCDMA, and our single-chip integration, where we've started with CDMA2000, but targeting WCDMA as well.

Just a second point where I feel very encouraged looking into 2006 is the improving position we have in our WCDMA chip shipments and how I think we stand into this market, exiting this year. QWI, very quickly. Paul mentioned QIS was profitable in the fourth quarter fiscal '05. We expect that to continue throughout 2006.

BREW continues to grow its base of customers, which are the wireless operators. We're up to I think 56, 57 operators now at the latest count. So very successful there, very appealing offering, what we have here, for many operators across the world. We acquired a company by the name of Trigenix based here in the U.K. just a few months or a few quarters ago, and we're seeing early broad interest from operators there, and early traction from a couple of operators as well. So very pleased by what we have to offer the market on the user interface side.

In QWBS, I think we're leveraging our core strengths there well into the European omnitrex (ph) market, as well into some exciting vertical markets for our products. So, besides those three operating segments, we also have - there are two other segments that encompass the total QUALCOMM. First is what's affectionately known as reconciling items, and secondly QSI, which is our investment segment. In reconciling items, there are a couple of key items that will be in the for fiscal 2006, a continuation of fiscal '05, by the way.

First is MediaFLO International, so MediaFLO USA, the entity that we expect to spin off at a future year, is in our strategic investments segment, QSI, but we are doing R&D and business development for MediaFLO outside the U.S., a core business that we expect to stay with QUALCOMM, and we report that in reconciling items. As well as QMT, which is QUALCOMM MEM technologies. We renamed our Iridigm acquisition, the new Display Technologies, it has some progress out there in a few more years.

OFDMA development, our own in-house development, which in my guidance includes the closing of the Flarion acquisition, as Paul mentioned, in the very early time of the second fiscal quarter, and so we'll combine Flarion's OFDM team with our own OFDM development and report that in reconciling items.

And then lastly is investment income on our successful cash position. Within QSI, last couple of years now, two years in a row, we've reported a modest profit in QSI as we've harvested a number of investments. I think the harvesting for fiscal '06, best view at this time it will be relatively light, so I do expect to report a loss in QSI for 2006. The bulk of that loss will be made up with MediaFLO USA as we deploy a network, anticipating commercial launch in the fourth quarter of calendar 2006.

The smaller part of QSI for 2006, but a very steady level for what we've had for the last few years will be our Venture investment, which I think you are familiar with. We focused in on new technologies, technologies that we think could be complementary to the CDMA industry as a whole, number one, but also new technologies that we may have an interest within QUALCOMM at some time in the future. So, now, let's turn to 2006 guidance. First, the CDMA market, we'll get into the regional distribution here in a moment,

but we expect the calendar year 2006 CDMA handset shipment market to be between about 255 to 270 million units, or a midpoint of 262. Relative to the midpoint estimate, our current estimate for calendar year 2005 would be about a 30% year over year increase, a greater growth in the WCDMA standard, but reasonably good growth in the CDMA2000 standard as well.

As you know, our revenues tend to parallel that CDMA market very closely. In 2006, we're looking for revenue growth in the range of 18 to 25% compared to that market estimate of 26 to 34. But leveraging that into earnings growth, earnings per share of between 23 to 27%, significant acceleration relative to 2005. Now, let's do a quick look here at the regional breakdown of those estimates. We've got four years, two years of actual, our current estimate of calendar year 2005 and then our guidance here for 2006. The top three boxes of those bars represent WCDMA, so for 2006, you've got 40, 40 and six, 40 in the blue being for WCDMA Europe, 40 in the light blue being WCDMA Asia, and the six in that light green being rest of world for WCDMA.

So substantial growth in each of those regions relative to our current expectations for 2005, I think somewhat representative of the traction we're seeing, as well as the price points we're seeing WCDMA handsets getting to. I still would add, though, that I would judge us to be a cautious forecast in the respect that I think there's still some learning curves to be gone through in terms of how operators differentiate their data services on the WCDMA platform versus a GSM platform, how they price those services, how they continue to optimize those networks.

So I tried to be cautious, we tried to be cautious last year, we weren't quite cautious enough. I still think the WCDMA market deserves a little bit of caution, looking one year out. The rest of the boxes on that bar represent CDMA2000, and you can see reasonable growth across all regions. These are midpoint estimates, I'll point out, but with the exception of yellow, which is Latin America, we're expecting that to be more of a flattish market year over year.

Steve touched on - or went into some detail, I should say, on the wholesale average selling price of the phones, with a lot of extra data for you. I'll just briefly put it in the perspective of one way I look t it, and that is in the context of a learning curve, expecting CDMA devices to follow what I see closely in the consumer electronics space is about an 80% learning curve. And you can see that CDMA2000 followed that learning curve very closely for a number of years, until the data platform started to take hold, and that's when a lot of extra technology capability started coming into these handsets, which largely flattened that out.

On the low end of CDMA2000, it continued right down at about an 80% learning curve, which is how you get down to the $50 and sub $50 wholesale prices that are in the market today. In WCDMA, we're expecting very much a similar experience. We're seeing it track closely to that, but albeit in both standards a very wide distribution around the average. And as I reported in the past, that distribution has only grown year by year. I expect that to be the case in 2006 as well.

So, a couple slides here to talk about the investment focus we're going into fiscal 2006. As I indicated last week on the conference call following our release, I indicated that we expect our operating expenses, the combination of R&D and SG&A, to grow approximately 22 to 27% year over year. That encompasses a significant continued investment in R&D and modest increases in SG&A. Within that R&D investment, the significant categories where we are upping our investment, EV-DO evolution, Rev A, Rev B, maybe some further extensions even beyond Rev B that we're continuing.

In WCDMA, I think most everybody's familiar with that roadmap, WCDMA onto HSDPA and then onto HSUPA. Low-end single chip, focused initially on CDMA2000, looking to extend that into WCDMA. The multimedia delivery, a very significant investment, plays into both standards, CDMA2000 and WCDMA. OFDMA, upon closing the Flarion acquisition, our investment in OFDMA will grow very significantly, and then we've upped our investment in uiOne and deliveryOne within the QWI segment, or QIS business.

I would note that six months ago, if I had given our best estimate for 2006 operating expenses, it would have been a nod below what we gave here last week, and when I look at the difference between what I would have estimated six months ago and what we just recently offered as guidance is that we've upped slightly our investments in EV-DO evolution, the low-end single chip and in our OFDMA expectations. So a little bit more relative to what I would have expected about six months ago.

But I would also add that, similar to last year, we've been through a very extensive process over the last few months or more vetting through the many opportunities in front of us, what plays best into this market, what we think is going to have the best return for our shareholders, and we're pretty well settled on that plan. A few more things to iron out, but project by project that R&D investment is pretty well laid out for fiscal 2006.

Modest SG&A increase, a couple areas there. We've got a growing global customer base. A year ago, I think I would have estimated SG&A a bit less, but I would have estimated at the same time a few less customers for what we have today on the WCDMA chipset side. Modest growth in the support organizations, and then probably no surprise, I'm forecasting an increase in our legal expenses.

Now, significant investment, last year, projecting the significant investment for 2006. We think we're showing through early tangible results to the investment programs of the last year. Let me point to a couple where I see successes starting to show through. Sanjay went into some detail about our ramping WCDMA chip shipments, a faster rate than what we've seen here in the last few quarters of how WCDMA phone shipments are accelerating. More than 30 OEMs, more than 110 handset design wins, and first to market with commercial HSDPA. Very significant, very tangible results of the investments we've been making.

Secondly is ramping our EV-DO chip shipments. Carriers are showing good success with data ARPU and differentiation on a DO platform, and that interest is growing as they become more confident in that and/or they see a competitor showing success and they want to move not that space pretty quickly. Our multimedia investment is playing very well into the DO family of chipsets. We're seeing good traction on that end.

Low-end CDMA handset prices, very strategic area for us, because we believe we significantly grow our addressable market as we bring the price of chipsets down, particularly here on the low end, and we're on track to sample our single chip in the second quarter of fiscal 2002.

MediaFLO, another substantial investment, but continued progress toward our fourth quarter calendar 2006 launch, and I mentioned substantial investments in QIS, specifically on the user interface, and we have three uiOne operators looking to use that platform, sign on to use the platform, with a lot of opportunities beyond that.

So, early tangible results, but I think the message here is these R&D investments have been very well targeted, very well carefully thought out, and the plan forward for 2006 carries through that discipline.

So, specific guidance now, I'll just touch briefly on first quarter 2006. We're looking for revenues of between 1.67, 1.77 billion, an increase of - a good increase sequentially and year over year, and the same for earnings per share of between $0.36 and $0.38. That's the pro forma numbers. The GAAP numbers you can see below there. And those numbers are based largely on our

Exhibit 10
504

estimate of shipping between 46 and 48 million MSMs and 51 to 53 million CDMA, WCDMA handsets to ship into the market during that same accounting period.

Slight decrease in the ASP of phones, but nonetheless a quarter that we think we have very good visibility on, and I would say I think would be a very good start if we execute on this for fiscal 2006.

Now, to the full year, we're looking for revenue growth year over year between 18 to 25%. That comes to 6.7 to 7.1 billion revenue. We're looking for pro forma earnings per share of $1.43 to 1.47, 23 to 27% year over year. On the QUALCOMM GAAP side, I mentioned earlier that earnings attributable to QSI, we've had two positive years given the harvesting we've done. I see the harvesting likely to be pretty light in 2006, and the MediaFLO network deployment combined I expect us to report a loss next year in QSI.

Now, I've got a number of additional modeling metrics for you. As I do with all guidance points, I make this available to you, particularly in some depth, at the outset of a new year. It's really for the purpose of those that want to understand how we're getting to our estimates, make it easier for you to model it, and therefore I think it also makes it easier for you to model what you think your own forecast should be. So segment operating earnings, QTL, QCT, respectively, approximately 91% and 21% for fiscal year 2006. Replacement rates of CDMA devices, I think as most of you know, the replacement rate, year in, year out, in CDMA Technologies, is the bulk of the handset shipments in any given year.

We think that will edge up slightly in 2006 to approximately 40% from approximately 39% in fiscal 2005. I expect that to edge up slightly because, as you may know, as I reported in the past, as new networks deploy, it takes a year, two years, before you start to see a replacement cycle and expect to see some replacement cycle on some of those newer networks to begin now.

Average revenue per MSM, we expect a slight decrease year over year. End of royalty sharing, two royalty sharing agreements. One has now ended. The ending will apply to all of fiscal 2006, the second done, the smaller of the two, ends at the latter part of fiscal 2006. But the benefit to revenue and earnings before tax is an increment of between 290 and 310 million, based on our current estimates. Included in our guidance is a $0.03 decrease for the Flarion and ELATA acquisitions. License fees, I expect them to come down just slightly from the quarterly average of fiscal 2005. Licensee fees are amortized over the average life of the license, and we've got a few amortization schedules that are coming to an end, so a slight decrease there.

Total tax rate, pro forma tax rate, 24 and 27% respectively. Pro forma of course applies to the core business. One way to look at that is what is the rate at which we're consuming our deferred tax assets, and at what rate would I expect us to be a taxpayer when we become a taxpayer. That's at 27%, down from approximately 30% for fiscal 2005.

Segment reporting changes, make it easier for everybody, I'm planning no changes in our segment reporting for fiscal 2006. I did point this on the call, I want to make it clear here for everybody again. For the March quarter, I expect a $0.02 to $0.03 seasonal decline relative to the guidance that I gave for fiscal Q1. As often we see in the March quarter, carriers, handset OEMs, tend to build a little bit extra inventory given the major investments that go into advertising and marketing for the Christmas season. They don't want to run short on product, given the investments they put into selling that product. And what we often see in the March quarter is bringing down the inventory.

Having said that, I'll go right to the bottom of the slide. Channel inventory, as I think everybody's aware, we see a normal interval, between 15 and 20 weeks. I think we're very comfortably within that interval, and although I'm expecting a slight inventory build for the December quarter, that build does not get anywhere near the high of a 15 to 20 week estimate. So, hopefully those metrics are of benefit to you. Again, they're offered to maybe help you get a little quicker to how I've done what's behind my guidance, and therefore help you perhaps get quicker to what you yourself want to forecast.

I do want to touch briefly on accounting quality and transparency. I think it's something as investors we'd all like to take for granted that it's there with every company, but time and again we seem to find surprises. Within QUALCOMM, the finance team likes to look for opportunities to demonstrate - I suppose every CFO would stand up here and say that we've got good quality accounting. But it's hard to evidence it, and so we look for opportunities where we can evidence it.

And I'm very proud of what we did a year ago, one of the first companies - I believe actually the first, to certify to Sarbanes-Oxley 404, and we did it a year before we were required. You saw that we successfully certified a week ago. We're one of the very few companies - last time I looked, about 2% of the Fortune 500 does this, and that is to report on their same date of their earnings release is to file their SEC report. We do that quarter in, quarter out. It's a big effort, but I think it's one that's valuable to use to all our shareholders and it's one we take some pride in doing.

I also feel we give good visibility with our segment reporting, as well as very substantial disclosures, as I think the executive team has done here today. So, a few tangible examples, but obviously this is an area that requires a lot of diligence and certainly is where we're focused.

I'll close off with a just brief look at our balance sheet. Good liquidity for the significant opportunities we see ahead, and also a balance sheet that's well positioned to continue returning value to our shareholders. First priority is dividends, second priority is stock repurchase. We closed September with 8.7 billion total cash and marketable securities.

Of that 8.7 billion, 2 billion of it is offshore, and we have a very advantageous tax position for our offshore business, so those moneys, that 2 billion, can be used offshore. To use it onshore in the U.S., I'd have to undo that deferred tax position and pay tax in the U.S. So I don't intend, I don't see a need to do that, but 2 billion of that 8.7 billion is offshore.

Another perspective as to how I from time to time look at our cash position. The cash position, the liquidity that we want to have as a company, is in correlation to what the opportunity ahead is, and a metric that one might use for that is enterprise value. And if you look at QUALCOMM's cash as a percent of our enterprise value, we closed fiscal 2005 with approximately 11%. Compare that to the basket of companies that you have there, and we're well underneath the mean and the median. Our cash as a percent of total assets is much greater, because we do have a business model where we use others' assets. We pay them appropriately for it, but we use other people's assets to help run our business. So an asset-light business model.

But, nonetheless, I think well positioned for the future and I would say that in closing I think we finished 2005 better positioned than we were a year ago for the opportunities ahead, and I think we're going to have an exciting fiscal 2006 ahead of us.

For those that want to get into it, there are a number of reconciliations that chart very closely pro forma to GAAP. Those that want to make use of them, they are there, available for you.

Thank you. Before we go to the video, I'll ask everybody to stay in their seats. We're going to be handing out lunches, and that way

Exhibit 10

505

we'll have more time for Q&A. Thanks.

**Unidentified Company Representative**

Vivo is the largest operating (inaudible - heavily accented speech) 29 million subscribers and 37% market share in Brazil. Our fast-growing CDMA subscriber base has over 22 million customers. Vivo is not only the largest, but also the most advanced operator in Brazil, having launched the first 3G network in the country and the first EV-DO handset in Latin America.

CDMA was the right technology for our people. It has to arrive at a cost-effective (ph) solution to third generation and enable us to approach (ph) the market in the launch of new services. The GPS-1, for example, Vivo is the only operator to provide accurate position location services through Vivo in contrast (ph). Over 50,000 active users have downloaded more than 220,000 times (ph) to locate friends, family, restaurants, bars and go into the future (ph).

The third is a variable (inaudible) in over 300 cities. We hold that (ph) the BREW-based service offers more than 220 applications and has recently reached the 10 million download mark. Several 3D games have just become available to users who own an EV-DO handset. EV-DO technology has given Vivo an important competitive advantage to the marketplace.

EV-DO data rates are already ahead of any other technology, such as GPRS or EDGE. With EV-DO, we were able to provide not only regional applications to consumers, but also fast wireless Internet access to enterprise users and professionals through PDAs and data cards. Vivo played (ph) 3G is the EV-DO multimedia currently (ph) launched in three major Brazilian cities. Vivo-played 3G offers new and video content never before seen by Brazilian customers, but the (inaudible) downloads (inaudible) the commentaries, cartoons, Web content and much more.

As we expand the EV-DO footprint this year, 3G service will become available to all major markets through the country. With Brazilian markets getting more mature, we need to focus on providing outstanding service to our customers. While we work to add high value to discover (ph) to our base, we are also taking actions to retain our customers. This will be achieved by a continuous improvement of our customer service capability and by offering advanced data applications to our clients. Vivo is confident that CDMA technology will have (inaudible) our leading position among the largest operators in the world.

# QUESTIONS AND ANSWERS

**Answer – Paul Jacobs:** So, while we you eat, we'll give you about another hour to ask Steve questions. He's sitting farther away from me now.

Who's got the microphone?

***

**Analyst:** Cole Bender, Credit Suisse First Boston - Analyst

**Question – Cole Bender:** Hi, it's Cole Bender from CSFB. Just two quick questions. First of all, with all the initiatives that you have at the low end of CDMA, can you give us an idea of where you expect low-end CDMA ASPs to be next year, where they are now and where they were last year, just to get an idea of how quickly you can converge this price discrepancy at the low end versus GSM.

And the second question is, I guess a lot can be made about the EC complaint, moving back to that, but I guess the one thing it does show is that Nokia, Ericsson and the others are more aggressive in trying to enforce as what they see as their IP rights, and what are the risks of the cumulative royalty rate ends up becoming so prohibitively high it makes the handset market less competitive going forward? How do you see both of those?

**Answer – Sanjay Jha:** Let me take the first part of that question, which was to do with ASP of handsets at the low end. Well, if you look at ASP last year, I think we were somewhere in the $60 to $70 range, and it has come down quite dramatically from where we today think it's somewhere in the 40s. As we go toward the single chip solution, I think we can drive that further. I'm always cautious to predict ASP prices of handsets, because that's not our products. That's our customers' products. But the only thing I would say is that the decline in ASP and CDMA has been quite dramatic. Of course, GSM is also declining quite dramatically, and I think your question goes to when you see it converging, and I'm not sure that they will converge.

I think that they need to get close enough that we enable a very successful vision of business for our carriers. I don't think we need at the absolute low end to make it exactly the same. I think our strategy now increasingly is to bring the price on the absolute low end to within a small difference of where GSM is, but then use the data capability of CDMA to differentiate the service that we can deliver to our customers in emerging marketplaces.

**Answer – Paul Jacobs:** We don't want to leave you also with the impression that it's only n the bill of materials where the cost is at the low end. There's also significant cost that's associated with logistics and also with the fact that we provided a lot of ability to tweak parameters in CDMA and a lot of the operators took advantage of that in ways that weren't necessarily compatible with each other. And so what we've actually been going on and doing for the past year is getting the operators together around common specifications both on the handset and on the network side, and really trying to streamline those logistical aspects of it so that we can aggregate volumes in a much more aggressive fashion, and that's really helped to drive the cost down. But we've seen very dramatic decreases in prices being offered to the operators, and you can see the evidence that some of the aggressive marketing moves made by some of the operators as well, particularly Tata in India I think stands out as one that's done that.

**Answer – Unidentified Company Representative:** I would just add in India, we're seeing already there's about four handsets, if not more, in the sub-$50 category, and I think there are several, or many more of those coming into the marketplace, and I think that's the first place we're seeing the lowest-end phones.

**Answer – Steve Altman:** In terms of the question as it relates to the EC and the complainants ability to enforce their IP, I guess the extent to which we affect their ability to enforce their IP is in those cases where we have pass-through rights. So when we provide chips and software to our licensees, and to the extent we have pass-through rights from those companies, it does impact their ability to go out and collect additional royalties from those companies.

Outside of the pass-through rights, there's nothing we do that impacts their ability to do that at all. In terms of cumulative royalties, my view has been, if you look at CDMA2000, a lot of these complainants are the same companies that claim to have IPR in CDMA2000, they claim to have IPR in GSM. What we have to focus on is not so much royalties but on handset prices and how those are coming down, and I think that we're seeing that those are coming down very significantly.

Exhibit 10

506

The way I think the IPR issues will play out with those companies is to the extent we don't have pass-through rights, I think you'll see some of the larger companies do what they've done historically, and that is enter into their own cross licenses with the other major players. I mean, I don't suspect - although I don't know, I don't suspect that Nokia is going to end up charging Motorola, or Motorola is going to end up charging Ericsson and so forth. Those companies with significant IPR and patent portfolios will generally end up cross-licensing each other. And so then the smaller companies that don't have that, they'll have to deal with the IPR issues differently, perhaps, but that's where the pass-through rights and the technology and the investments that we bring to bear allow those companies to also get into the marketplace and compete very effectively.

**Answer – Unidentified Audience Member:** I have two questions. First of all, in terms of your regional forecast, you aren't expecting a lot of growth for Latin America on the CDMA side. Could you talk about some of the dynamics there? Are you expecting that Vivo is going to focus more on maximizing ARPU as opposed to market share. And, then, second of all, you talked about the fact that channel inventories are within the normal range. Could you give us a little bit of geographical color in terms of the regions of the world, what inventories are tightest, and the regions of the world where inventories (inaudible).

**Answer – Unidentified Company Representative:** I'll take the Latin America. I think the forecast actually was fairly flat, maybe a small increase. We think Brazil will be a little stronger next year than it was this year as the market gets competitive and they get away from the profitability focus and get into market share, as well as with their DO launch, we think there will be an increased replacement rate into DO. The other big market down there for us is Venezuela, which is a surprisingly large market, continued to do well, very strong CDMA carriers there. The thing that's somewhat offsetting that is some of the Telefonica migrations from CDMA to GSM in some of the smaller markets. So this year, in places like Colombia and Ecuador, we have seen pretty significant success with CDMA, those likely won't be there next year as Telefonica has decided to migrate those to GSM.

**Answer – Unidentified Company Representative:** On the inventory question, very difficult for us to estimate inventory by region of the world. We use the information we have, including our licensee reports, to have a model that estimates what's going into the channel and what's coming out of the channel, but by region of the world we tend to stay away from trying to pinpoint that. Where do we have tightness? I think, Sanjay, the only tightness so to speak is there's been a sudden uptick that you spoke to last week in your MSM6000 series, but the supply chain situation is pretty strong at QCT, and so it's just a little blip that we see most every quarter in one product or another.

---

**Analyst:** Louis Gerhardy, Morgan Stanley - Analyst

**Question – Louis Gerhardy:** Louis Gerhardy of Morgan Stanley. Two questions, first one for Sanjay. Can you give us an update on your transition to the enhanced manufacturing model, as you move away from turnkey? And I would expect that to drive a pretty significant improvement in operating margins. Are you assuming that that's just taken away by higher R&D spending? And then my second question, five to six years ago, you guys had some similar controversies in terms of the licensing model and at that time you were considering spinning out QCT. I'm just interested maybe if you could discuss why this time around it's any different than it was five or six years ago.

**Answer – Sanjay Jha:** I'll take the first part of that. Yes, we are a fabless semiconductor company and we continue to believe in the fabless model. But there are two parts of our supply chain, or in fact three parts. One is die, second is the testing and the third is packaging, and we see actually that we have significant opportunity for becoming more efficient and reducing our cost structure and going to a more - a program that we internally call Flex Smart (ph) so that we can manage supply better through the back end, what we call back end assembly and test. And we're pretty focused on trying to bring those efficiencies.

In terms of whether our R&D will continue to go up and what impact any efficiency that we bring onboard has, this process of going to a more efficient supply chain actually is going to take the next 18 months. It's not an instantaneous thing. And the reason is, because what you end up doing is managing inventory. In a turnkey situation, you manage inventory at one place, now you end up managing inventory in seven places, and therefore the big way to get this efficiency is to put a very good IT infrastructure, and we're taking that process and we'll put that IT infrastructure.

So I don't expect that in fiscal '06 we'll see substantial improvement. We'll begin to see some parts going through it, but we won't see substantial improvement, so somewhat independent of the R&D spending.

In terms of the R&D spending, we will continue to make such R&D spending as is necessary to execute on our roadmap, and also to extend our roadmap and extend our reach into the value chain there. So we will continue to invest there.

**Answer – Paul Jacobs:** So we did consider restructuring the company a few years ago when we were faced with some challenges to our licensing model. I think we're mostly through those, although there are some of these challenges right now. If we look at the synergies between the chipset business, the technology innovation business, the licensing business, as I described in my talk, there really are good synergies. The fact that we integrate those innovations into the chipset and bring them out to market makes the IP more valuable.

I would say, though, that if it came down to preserving or enhancing shareholder value, we do have some strategies we could follow. I think that we have probably better strategies than the ones that we had contemplated back then, and I suspect that companies wouldn't actually like us to enact those strategies, because I don't think it would be to their benefit. So I think that we'll manage to keep the company together.

**Answer – Unidentified Company Representative:** Let me just add too one issue, the issue that was raised several years back that had to do with companies more asserting patents against our business. The issues that we're dealing with now, although we still haven't seen the complaints, they're not so much patent infringement issues as they are of other types. So it's different.

**Answer – Unidentified Audience Member:** This is Pat (ph) from Deutsche Bank. From an operator perspective, from an end user point of view, the issue of licensing is that of a total taxation on the industry, its growth prospects. The first question, have you discussed this master with the Cingulars, the Vodafones, DoCoMo, Telecom Italia of this world. How would you expect them to contribute to this debate? And related to that, of course, that is one issue, I think. What can the total industry accept, and you have also committed to growing the industry in the longer run? We talk 10, 15 minutes for lifetime for wideband CDMA.

Secondly, what is your contribution to the technology weight in your view in wideband CDMA vis-à-vis CDMA? And if you want to scale that percentage to the full 100%, what would then be the total taxation on the industry? To give an example, you showed the slide where 12% contribution to the GDP 12%. If you were to insist on 5% in wideband CDMA, we can multiply that by a factor of eight, we get a total taxation on the company with no cross-licensing facilities like Ben Q of 40%. Thank you.

Exhibit 10
507

**Answer – Paul Jacobs:** So we have had these conversations with the operators. In fact, a lot of the slides that we're showing you today came out of a presentation that we put together very soon after Steve and I took over, and we went out to show this to operators and they were receptive to it. And the reason why they were receptive to it is because it's not a question of taxation. It's actually a question of in some sense aggregation of R&D investment in the industry, and what I mean by that is that in the old days, it used to be there were a few large manufacturers who could do the R&D and they were each paid by the operator to do that R&D. And now we actually do the R&D for a very large number of the companies and therefore lower the overall burden.

And that's actually reflected in the cost of the handsets. And so what we are trying to show is even given the smaller volume that's been shifted to CDMA to date that we've already come down the learning curve faster, and so this notion of providing the ability for multiple companies to compete in the market has actually driven the handset pricing down faster. And that's actually where the price shows up to the operator and to the consumer is in the handset price, not necessarily in the royalty itself. And that's why we've gotten pretty good reception.

In terms of how we perceive the contributions to WCDMA, what I was trying to show with that chart is that over the recent past, we've actually become the largest contributor, even in 3GPP, where we were probably seen as an outsider in some sense in the past. And so we've been accepted into that community as a participant, in fact a leader. I wouldn't say that I would scale the numbers by that, because it really is about the value of the contribution, and, in fact, WCDMA was developed off of work that had been done previously, in fact, outside of 3GPP in developing the CDMA technology. And so that really is the core of the technology. As Steve said, people did try and design around it.

In fact, we all find it sort of ironic that many of the companies who claim to have invented large portions of CDMA in the old days kept saying that it wouldn't work. I mean, times change, but the fact of the matter is that if you were going to make an announcement to a car, we feel like we have the IP on the engine and maybe some of the other guys have IP on things that are maybe less important as part of it. So I wouldn't want to make a percentage thing, and we don't buy into the whole patent counting. Because in some ways we think the way the standards body works is that a lot of companies come together and there's a whole bunch of horse trading that goes on for somebody to get some little bit of IP in there. In general, that's not IP that's really driving the standard forward, and it is I think a little unfortunate that what happened in WCDMA was there was a lot of preoccupation about that and about our IP, and there were some suboptimal decisions that were made in designing the system, which I think's unfortunate, but it is what it is. And we're trying to change that now with HSDPA and HSUPA going forward, and I think we'll get some great optimizations into the system, and now that we've been accepted, I think it's more easy for us to do that.

With that said, six companies made these claims against us. I had had conversations with a number of CEOs who were asked to participate and declined. They preferred to work with us and with our engineers instead of with our lawyers. We prefer to be that way, too, and we hope that we can continue to grow the industry with those partners and also with some of these competitors as well in the future.

**Answer – Unidentified Audience Member:** (inaudible - microphone unavailable).

**Answer – Paul Jacobs:** Right, so the way we figured out what was acceptable to the industry was we engaged in 130 bilateral negotiations and people agreed to pay those. When we talk to the operators, we don't focus on the royalty as much we focus on the handset cost, and we are driving that handset cost down. Because at the end of the day, they don't pay the royalty directly, they pay handset prices, and those handset prices, as I said, have been coming down very quickly. They've been getting a very broad tier of those prices, and so it's really not a question - the competitors like to portray it as taxation. I really think it's a question of aggregation of R&D spending across a broader industry, and that really does make a difference when you think about it from that standpoint.

**Answer – Unidentified Audience Member:** A quick question for Jeff, just from the numbers that you guys are showing, what do you expect in Korea next year, and what do you expect for Japan, maybe in terms of WCDMA and then in terms of DO?

**Answer – Jeff Jacobs:** Well, I don't think we split those out precisely, but in terms of Korea we actually see a slight uptick, one because I think there was some word out on the street that the subsidy ban by the MIT will go away in January, so we think that will increase. And we're already seeing increasing number of handsets being sold on a monthly basis since the low a few months back. So we think the trend is very good, so we see a slight uptick in Korea. And in Japan we see very good growth in WCDMA, mostly driven by the DoCoMo transition from PDC. We also think the replacement rate on those people that already have WCDMA is also a very significant number.

We also see Vodafone increasing their transition from PDC to WCDMA, and we actually see a slight uptick at KVDI at CDMA2000 due to the success of DO.

**Answer – Unidentified Company Representative:** One interesting thing that's going on in Korea too is its rollout of TDMB, which is another broadcasting technology for TV to the phone, and government there has told the operators that this is going to be a free over-the-air service, so they aren't going to charge for it. It's not as technically optimized as MediaFLO, but it does provide a good service, and I think that's going to end up being popular with consumers, and that will cause there to be great color screens in there, a little more memory, a little more hardware in there. So we think also not only is there going to be an interesting uptick on if the subsidy ban comes off, but also ASPs should be helped by this as well.

**Answer – Unidentified Audience Member:** I wanted to challenge Sanjay on the ASP projection. There are some who give an ASP prediction for your chips to be down slightly. And if you think about the fact that your ASP is exiting the year higher than they were at the beginning of the year, and then if you look at the market breakdown that you've presented I think of the 60 million units in handsets for '06 versus '05, the vast majority of them are coming from high chip ASP markets, whether it's wideband CDMA or Korea and Japan and the U.S., EV-DO, the stuff we were just talking about. So why should we expect any decrease in your chip ASPs in '06.

**Answer – Sanjay Jha:** Well, I think that is an excellent question. It is a hard thing, actually, for us to forecast. There are two things that go into making a set number. One is a forecast of our chips, the mix, and as you would see, the number of chips now that we have in the portfolio are significantly large so that it is increasingly hard for us to forecast that mix with a great deal of accuracy. That's one thing. And the second thing, I think, is that you have to understand that if we did nothing, the price of our chip would come down every quarter. We have volume based and sometimes quarter-based pricing to our customers. So as the prices are coming down, they're not stationary, so if you take the fact that the prices are coming down and then counteract that with an increase in our ASP as a result of richer mix.

But then the third factor is increasing use of the value platforms, either 6225 or MSM6000 or MSM6050. When you take all of this, it's tough for us to predict exactly where it will show up. I think we have done a good job of predicting it so far, and our best guess

Exhibit 10
508

right now that there is a modest decrease in ASP, but I certainly understand your perspective.

---

**Analyst:** Mike Walkley, Piper Jaffray - Analyst

**Question – Mike Walkley:** It's Mike Walkley with Piper Jaffray. Just another follow-up question on your regional forecast. Can you discuss any uncertainty in China, if there's any Chinese WCDMA in your forecast, and secondly, on the U.S. market, if you would look at two-year anniversary of local importability coming up. How do you think that impacts potential replacement rates next year in the U.S. market?

**Answer – Unidentified Company Representative:** In the case of China, there is in Asia WCDMA, there is a modest number in that amount for China. But given our past track record for forecasting 3G licenses in China, you're aware the licensing business is a July through June year. It gets reported one quarter in arrears, but the actual is July through June shipments. So the WCDMA forecast is largely outside of that time frame, and then also it's more so into the first quarter of fiscal 2007, or the fourth calendar quarter of 2006. So we tried to desensitize here our own financial guidance here, revenue and earnings, in terms of when those 3G licenses might be issued.

**Answer – Unidentified Company Representative:** And in regards to North America, CDMA operators are definitely taking share in the marketplace. I would say some of that is certainly helped by number portability, but I think, again, the performances of the CDMA networks and the reliability, again, it is taking share from GSM. The biggest thing driving the growth, I would say, though, in CDMA, is the replacement rate for two reasons. Again, for 1X EV-DO, just in general to that technology, and then we believe that there's a lot of slim phones coming into the market that have both DO and 1X capability that's going to drive a lot of interest into the market.

**Answer – Unidentified Audience Member:** I have two questions, first on OpEx for '06. You mentioned it includes a number of initiatives. Does it assume that all these initiatives, Flarion, EV-DO, are invested to the max? And then secondly, as far as the U.S. market is concerned, is there any Nextel Sprint migration in there.

**Answer – Paul Jacobs:** When you say invested to the max?

**Answer – Unidentified Audience Member:** Do you assume that Flarion wasn't the investment you thought it would be and didn't invest to that maximum and that slowed down for some reason over a period of time.

**Answer – Paul Jacobs:** So what we're going to do with the Flarion acquisition in particular is that we're actually looking to merge those resources with the resources that we've had ourselves working on OFDMA. In fact, we've just recently submitted a full spec into the 802.20 standards process. So that system is being developed. We see it as being important a few years out in terms of providing broadband to those operators that are looking for a broadband system, and so we will be investing in that. I think that it will be too soon this fiscal year to understand whether that would be our place to slow down. I think we'll plan to invest this year.

Sorry, on Nextel, do you want to talk?

**Answer – Unidentified Company Representative:** I'm sorry, what was the Nextel question again?

**Answer – Paul Jacobs:** Any migration.

**Answer – Unidentified Company Representative:** Very little. Very, very little.

**Answer – Paul Jacobs:** I would say that directly we do not forecast that, but just because Nextel and Sprint now are a very strong number three cellular carrier there with about 45 million subscribers, increased advertising budget, better distributor channel with the combined entity, that there will be additional CDMA growth out of the Sprint Nextel combination, but in terms of direct tied in (ph) customers moving to Sprint, we don't have that built in.

---

**Analyst:** Richard Kramer, Arete Research - Analyst

**Question – Richard Kramer:** Thanks very much. It's Richard Kramer from Arete Research. A couple quick questions, one for Bill. Given the current events in coming quarters, will you be making any provisions for litigation risk above and beyond the legal expenses you mentioned?

One for Steve. Now that we've seen some actions in the U.S. and Europe, do you expect there will be similar discussions or activities around licensing questions in Japan or in Asia, broadly, and maybe a question for Paul, taking off on your comments about patent count and simply counting up the number of patents. In many other areas of technology, many other fields or segments, one sees independent bodies which are brought together to determine which patents are indeed essential, and which of the many patents that are filed are nonessential or frivolous or whatever you want to call them. Can you outline why in this area this might not be a valid solution, and would QUALCOMM be willing in some sort of negotiated settlement to all of these disputes to consider a patent pooling arrangement that benefits the entire industry and sees some sort of division of IPR based on independent adjudication?

**Answer – Bill Keitel:** Well, to your first question, I don't anticipate any provisions. Other than what I said in our guidance here, we've assumed an expected increase in legal fees. Just quickly, to provision for a settlement or a penalty as a result of a legal proceeding, it has to be two criteria. It has to be probable, I don't see that, and number two, it has to be estimable, and I don't see that number, either.

**Answer – Steve Altman:** In terms of actions or similar activities or actions elsewhere, it's tough to specify. I'm not aware of any similar activities like the one we saw here elsewhere, but I don't know what these companies are up to, and like I said, I still haven't even seen the complaints, so it would just be pure speculation on my part.

**Answer – Paul Jacobs:** In terms of patent pooling, we have seen those in same areas, in multimedia in particular. I wouldn't necessarily say that that has been received by the industry as lowering royalty rates. In fact, I'd say that's probably caused a great deal of consternation around the industry about how some of those rates have been applied. From our point of view, we think that bilateral negotiations are a better way of establishing the value of IP. I mean, we deal with some of the most sophisticated companies in the world, and they make their own independent judgments about the value of that IP.

One of the problems that I see with the third party process is that it's somewhat subject to other external factors, let's say, and the

Exhibit 10

509

result of that is that as you make your investment in R&D, you don't know going through time how the returns on that investment in R&D might get allocated, and therefore I think that quickly it leads you back into a situation where it's really the big manufacturers who know where their sales are going to come from, namely the sales of equipment that will have the best visibility in terms of return on investment for R&D. And so I think it actually leads the industry back into a situation of less competition rather than more.

So we tend not to participate in those. I think there are other people who tend not to participle in them as well, and at this point, I think the way that we've gone through it, which is bilateral negotiation with 130 companies is probably the best way to value the IP.

**Answer – Steve Altman:** Let me just add to that. I think when we get these kind of questions, I think again there seems to be a presumption that our licensing model is not benefiting the industry. And think when you look at where handset prices are going and you look at all the new competition that we're enabling, we're coming to the exact different conclusion to that. I don't think that royalties have not been an issue as far as we can see, from what we've seen in the marketplace, and as long as we see that, we think that our program is pro competitive and achieving a very good purpose for the industry.

**Answer – Unidentified Audience Member:** Okay, a couple questions for Bill. First, you've guided for a tax rate that's 300 basis points lower for 2006 based upon, I believe, taking advantage of better tax positions outside of the U.S., how long is that sustainable in models going forward. So can we expect a permanent reduction in your tax rate? Second of all, with your cash reserves continuing to grow, how much cash do you need for working capital purposes to run your business, given you have very few assets, et cetera. You mentioned dividends as you preferred mode of redistributing cash. What's your kind of view of the excess cash, and if you could just sort of talk to your cash policy, what you need and how much you think is excess and what you plan to do with it, thanks.

**Answer – Bill Keitel:** Paul, first on the tax rate, 30% for fiscal '05 going down to an estimate of 27% for fiscal '06. The 30% for fiscal '05, there's 200 basis points in there just because under the American Jobs Creation Act we repatriated 500 million of offshore funds. So that added 200 basis points. Take that away, you're going from a 28% to approximately 27%. I do see sustainable, and I do think there is a little bit more opportunity next year or the year after to bring that down a bit further. I do not see - the way I look at it from a sustainable is the amount of offshore cash to onshore cash, usable, functional for the corporation as a whole, and as far as I can see, I can see that's continued to be the case.

Now, to your second question, when are we in an excess cash position? A difficult number to pinpoint. I'm very comfortable at a 9 billion level. If we don't do any repurchases next year, we're likely to finish the year a little bit above 10 billion, but we'll have to see what accretive opportunities come about. I do see dividends. We like a nice steady progression to dividends. We have somewhat of a dislike to special, one-time cash dividends, number one. Number two, share repurchases, I expect us to be in and out of the market based on where the stock price is and whether it affords an accretive transaction. You saw us in fiscal 2005 come in pretty aggressively, I would say, with about a $1 billion share repurchase in a fairly short interval of time.

As concerns grow about the business and as likely we'll see ahead, you look forward to taking advantage of that volatility for our shareholders. We're playing out different scenarios for what cash would we want to perhaps peak at. I think we're a couple, few years away before the various scenarios we're considering might come into play, and we'll have to see what happens with our dividends and repurchases between now and then.

**Answer – Paul Jacobs:** We just need to keep Sanjay from wanting to buy a fab all of the sudden.

**Answer – Sanjay Jha:** You got it.

---

**Analyst:** Sandeep Malhotra, Merrill Lynch - Analyst

**Question – Sandeep Malhotra:** Sandeep Malhotra from Merrill Lynch. A question for you regarding the relative value of your CDMA patent portfolio in WCDMA versus, say, CDMA2000. What is - do you believe that the two essential families of patent, which are soft and soft to handoff and power control in cell are more valuable in a WCDMA context versus CDMA?

**Answer – Unidentified Company Representative:** I would say that we believe the level of technology that are in both CDMA2000 and WCDMA are similar. Like I said, as part of the standards process, different people put different pieces of things in. Whether they're actually optimizing the technology or not, that's just the way the standards process goes. I would say as a point of demonstration, the fact that these technologies are very similar is the fact that Sanjay's been doing so well in terms of leading the market with technology.

We have said all along that fundamentally these systems are the same. There's slightly different protocols on them, some different parameter tweaks, but fundamentally it's CDMA underneath, and that's why we've been able to build the chips as quickly as we've been able to do that, and I think you should take that as probably the most evident, obvious demonstration of the fact that the technologies are very similar.

**Answer – Unidentified Audience Member:** Yes, question for Sanjay, actually. You said that you've sort of optimized your supply chain and therefore the kind of problems that you saw in early 2004 on supply are not likely to happen, but given that the industry is reaching the kind of levels that we did see late 2003, 2004, in terms of foundry utilization, especially at your supplier, TSMC, do you feel quite confident that you won't run into any supply problems in the next couple of quarters, both at 90 and 65 nanometer? And, secondly, as you go from sort of ICMOS (ph) to RFCMOS, would you consider changing your historical RF supplies in favor of more sort of traditional foundry kind of suppliers who can do the CMOS work for you as well.

**Answer – Sanjay Jha:** Taking the easier second question, yes, that's been indeed our plan, is to migrate our RF suppliers to the traditional CMOS suppliers, and that was indeed motivation for wanting to make that change, other than the fact that the cost for RFCMOS is lower than silicon germanium.

In terms of am I confident over the next two quarters I will not be supply constrained, I am reasonably confident. What I have done is if you look at my chipsets, 6050, 6100, 5500, 6250, really are the big volume drivers. All the other parts are significant volumes as well, but these are the big volume drivers, and what we have done is made sure that each of these parts are second sourced at least two fabs, if not more, and some of them actually are second sourced in 130 and second sourced in 90, so potentially four sources of supply. Clearly, my preference would be to try to get 90 because of the cost structure, but all of these supplies supply us at 12-inch wafers, so I feel in the digital baseband, I feel pretty comfortable.

I have two other places, RFIC and power management, where I am putting together second and third sources, and I feel relatively comfortable in those places also, but my comfort level in RF is lower than my comfort level in digital databand. But looking out next two quarters, for my visibility unless there's an unusual increase in my demand, which as you know for first quarter calendar, we've

Exhibit 10
510

shown you a seasonally down quarter. If there's an unusual increase in that demand, then that is in RF I have slight concerns, but none that I can foresee at the present times, but if there is increase I think there is slight concern.

**Analyst:** Marie Rossi, Insight Investment - Analyst

**Question – Marie Rossi:** Marie Rossi, Insight Investment. Who are you using to respond to the EU complaint, which law firm?

**Answer – Steve Altman:** We haven't announced that. We do have representation from a number of firms and that's not something we've made public at that point.

**Answer – Unidentified Audience Member:** Sanjay, just as part of what you were saying with respect to the fabs, can you just remind us about who your current partners are in terms of just directionally on the mix and who you may be bringing into your mix in terms of fab partners. I would say you had a slide that showed the area of the chip at 42.6 versus somebody else's 86.8. What are you using there? What sort of a chip is that, and can you just enlarge on the transition to 65? What's the timeline for that?

**Answer – Sanjay Jha:** I think the first part of the question was who are our partners. Well, TSMC is one of our largest suppliers, but IBM and UMC on digital baseband are also our suppliers, and remember, IBM now has licensed their technology to multiple fabs and we have in fact established that we can take the mask set to multiple fabs, so that affords us more options for multiple sourcing.

So that I think looks good. We are bringing two new suppliers. We've not actually made any public announcement on that, and in due course, I think we will make public announcement on that, but we're very careful with our strategy right now to deliver digital baseband in both 90 and 65 nanometer. I think that was your first question. Second question was that I showed you the die size. I just wanted to make clear that you understood that competitor A die size, which was somewhere in the 80s, I forget the exact number, was an aggregation of their baseband and the application processor, whereas because of the level of integration that we have in our 6250, the form that we're looking at did not have an application processor and that was a significant factor in leading - in having our die size be significantly smaller than our competitors.

I'm not sure if I answered you there, Tim, or anything else there? Thanks.

**Answer – Paul Jacobs:** Maybe we'll take one last question.

**Analyst:** Hasim Alek, Citigroup - Analyst

**Question – Hasim Alek:** Thanks, it's Hasim Alek (ph) from Citigroup. You've indicated in your guidance potentially high legal expenses over the next year or so to cover the incoming litigation. But what about on the basic top line and the development of the WCDMA market overall. If this dispute really does develop into a very long, protracted one, does that net impact of what you hope to see in terms of WCDMA and then it's not only next year, but then the next couple of years. And can you give us some sensitivity of what sort scenarios you'd build in, maybe even toward the end of next year of this.

**Answer – Unidentified Company Representative:** We don't see that as an impact to the sales of the WCDMA device. First of all, the process is a very long process, and second of all, no matter how the process turns out, the licenses are there, so we have licensed people, they will continue to sell. So I don't see that as having any impact at all.

**Answer – Paul Jacobs:** Yes, I'm in absolute agreement with that. This market has taken off, and there's nobody that's going to slow down as a result of this process that's going on. We're going to continue, as Sanjay said, to remain focused on our business and I'm sure all the licensees and our partners are going to be doing the same.

So, I wanted to say thanks to everybody for being here with us today and for your support as well. Hopefully you got maybe even too much information on this EU situation, but I just wanted to assure everybody that despite the fact we are focused on that, we're even more focused on executing our roadmap in innovation, in bringing new products to market, in working with the rest of the industry to continue to drive the industry forward.

I think that we're at a very good strategic position for the company. We're able to develop these new technologies, we have the cash to invest in R&D, and we have the people, the talent, of our employees is really outstanding and we've been able to take that talent, bring new things to market. And, by the way, it's not just about QUALCOMM's product in the market, but it's the impact that QUALCOMM's products have on other people in the market. So even when we develop something, say, like MediaFLO and Korea rolls out PDMV, you can look at that as competition, but in fact that's a benefit to us as well. And so we actually see the idea that we can develop new technology, but also catalyze other people to develop new technology as a fundamental strength of the company as well. So think as we look forward, we see 3G really taking off, we see the applications that consumers are interested in. We see that the operators are driving their new marketing programs, and we look forward to seeing that market take off towards the end of this year, and then even more strongly into the future.

So thanks very much for joining us today.

StreetEvents transcripts content provided by Thomson Reuters        THOMSON REUTERS

Exhibit 10
511