# Exhibit 11





# Steven R. Altman
## President, QUALCOMM

Exhibit 11
512



# Key Factors That Drive Our Business



- **Innovation, Integration and Execution**

- **Partnerships**
  - **Carriers, manufacturers, application developers and content providers**

- **Increased use and consumer need for data/multi-media**
  - **Compelling applications and ease of use**

- **Segmented chips and subscriber products (low cost to high end)**

- **CDMA2000 and WCDMA continued expansion**

Exhibit 11
513

**London Investor Day**
**November 8, 2005**



# Partnerships

- **Operators**
  - **Network optimization**
  - **Device interoperability testing**
  - **Definition of feature sets**
  - **Leveraging multimedia applications and services**

- **Manufacturers**
  - **Multimedia integration**
  - **Diverse, segmented roadmap**
  - **Interoperability testing**
  - **Module integration**

- **Application Developers/Publishers**
  - **BREW platform and tools support app development**
  - **BREW distribution system connecting the mobile marketplace value chain**

- **Content Providers**
  - **MediaFLO – cost effective and efficient delivery of high quality, multimedia content to mass market**

Exhibit 11
514

**London Investor Day**
**November 8, 2005**



# Regional Growth Drivers

- **Europe**
  - **Multiple suppliers resulting in wide selection of lower cost feature rich WCDMA phones**
  - **Improved network performance**

- **North America**
  - **Strong demand at Verizon and Sprint Nextel**
  - **Upgrade impact of DO devices and slim phones**
  - **Rapid deployment of WCDMA/HSDPA by Cingular**

- **Japan**
  - **PDC upgrades to WCDMA**
  - **DO replacement rate**

Exhibit 11
515

**London Investor Day**
**November 8, 2005**



# Regional Growth Drivers

- **India**
  - **Low cost phones**
  - **Tata prepaid program helping drive volume**

- **Brazil - Vivo**
  - **Share vs. Profitability**
  - **Additional 20 cities launching EV-DO**

- **China**
  - **Anticipated issuance of 3G licenses**
  - **Centralized procurement assisted lower CDMA ASP**

Exhibit 11
516

**London Investor Day**
**November 8, 2005**



# Subscriber Growth (Millions)



Exhibit 11
517



# 3G Subscribers Growth (Millions)



Exhibit 11
518



# WCDMA Growth in Europe



Exhibit 11
519

**London Investor Day**
**November 8, 2005**



# 3G Increasing Operator Data Revenues







Exhibit 11
520

**London Investor Day**
**November 8, 2005**



# QUALCOMM's Alignment with Industry and Consumers

1. **Enable equipment vendor competition and device selection**
   - Wide selection of handsets from many suppliers enabled by QUALCOMM's technology transfer, range of chipsets, software and broad licensing program.

2. **Robust technology roadmap**
   - Innovation, development and standardization of new technologies (e.g., DO, DOrA, HSDPA,  HSUPA, OFDMA, 802.11n)

3. **Enable new consumer services in alignment with industry**
   - **gpsOne**
   - **Brew**
   - **uiOne**
   - **MediaFLO**

4. **Support operators to optimize network performance**

5. **Strategic investments/acquisitions to help drive the growth of the industry**

Exhibit 11
521

**London Investor Day**
**November 8, 2005**



# 3G Today:
## *159 Commercial 3G Operators in 71 Countries*





**CDMA2000:**                    **WCDMA: 68 operators**

- **1X: 91 operators**
- **1xEV-DO: 18 operators**

**Source: 3Gtoday.com** *(as of August 2005)*

Exhibit 11
522

**London Investor Day**
**November 8, 2005**



# Many Ways QUALCOMM is Supporting WCDMA Success

WCDMA chips
& support;
30 customers
to date



3GPP Standards

Participation



Samsung
SGH-Z500



Leveraging multimedia

applications



QUALCOMM
test phone

Interoperability

Testing



Network optimization



Interacting with operators

on feature sets

Exhibit 11
523

**London Investor Day**
**November 8, 2005**



# QUALCOMM ESG WCDMA Support Services

- **RF Network Plan Review or Characterization**

- **System Parameter Review/Comparison**

- **Performance assessment of deployed networks**

- **Indoor and Outdoor network optimization support**

- **Inter-System Reselection & Handover**

- **Video Telephony quality assessment**

- **PS Data optimization**

- **Key Performance Indicator (KPI) recommendations & refinement**

- **Network Planning considerations for HSDPA**

- **HSDPA Readiness Assessment (pre-deployment)**

- **Performance & Capacity with HSDPA (post-deployment)**

- **Support tailored to specific customer needs (including joint projects, workshops, and white papers)**

- **Technology and Deployment training through UMTS University**

Exhibit 11
524

**London Investor Day**
**November 8, 2005**

QUALCOMM

## QUALCOMM's Unique Patent Position
## Patent Portfolio is a Strong Asset Value



**Jun '05 Cum Foreign Patents**

20,260

5,077

■ Granted   ■ Granted and Applied

**Cumulative U.S. Patents (Issued Patents & Filed Applications)**
**(Excludes non-U.S. filed applications and granted patents)**



■ Issued   ■ Total (Issued & Applied)

Exhibit 11
525

**London Investor Day**
**November 8, 2005**



# Complaints Filed with the European Commission

- **Process**

  - **EC must first determine whether to issue Statement of Objections ("SO")**

  - **If SO issued, process could take several years**

  - **QUALCOMM will cooperate with the EC**

- **We strongly believe that the reported allegations are factually inaccurate and legally without merit**

Exhibit 11
526

**London Investor Day**
**November 8, 2005**



# Press Release Allegations

- **What they claim:**
  QUALCOMM has not licensed its essential WCDMA patents in accordance with its commitment to the standard's bodies.

- **What we know:**
  QUALCOMM has licensed its essential WCDMA patents in accordance with its commitment.

  - **130 different companies have signed CDMA license agreements, 60 of which include WCDMA**

  - **QUALCOMM engaged in bilateral, arm's length negotiations with each manufacturer**

  - **The world's leading telecommunications manufacturers have studied our patent portfolio and signed our agreements**

Exhibit 11
527

**London Investor Day**
**November 8, 2005**



# Press Release Allegations

- **What they claim:**
  Absent QUALCOMM's commitment, the WCDMA standard would not have been adopted.

- **What we know:**
  - **Widely acknowledged that original proponents of the WCDMA standard tried to design around QUALCOMM's patents and were unsuccessful**
  - **Ericsson and Panasonic signed agreements covering WCDMA with QUALCOMM prior to the adoption of the standard**
  - **Nokia was in active negotiations with QUALCOMM prior to adoption of the standard**
  - **QUALCOMM had licensed many companies for WCDMA well prior to roll out**

Exhibit 11
528

**London Investor Day**
**November 8, 2005**



# Public Statements Concerning 3G Rates



Exhibit 11
529



# When Complainants Licensed WCDMA



Exhibit 11
530

**London Investor Day**
**November 8, 2005**



# Press Release Allegations

- **What they claim:**
  QUALCOMM is trying to exclude competing manufacturers of chipsets from the market or preventing them from entering.

- **What we know:**
  - **QUALCOMM has licensed Texas Instruments, NEC, Infineon, Philips, Agere, Motorola, Via and Fujitsu among others**
  - **Competition among WCDMA chip suppliers is healthy and vibrant**
    - **Ericsson claims to be the leading WCDMA chip supplier with its customers having launched 23 handset models**
  - **QUALCOMM has never refused to license its WCDMA essential patents to any company**
  - **QUALCOMM has never required any company to exclusively buy WCDMA chips from QUALCOMM for any purpose**

Exhibit 11
531

**London Investor Day**
**November 8, 2005**



## QUALCOMM Licensing Program Does Not Impede Base Band ASIC Competition
*Multiple Vendor Options are Available Today*



**2004 WCDMA Baseband Sales**

Source: IDC, August 2005

Exhibit 11
532

**London Investor Day**
**November 8, 2005**



# Press Release Allegations

- **What they claim:**
  QUALCOMM is charging royalties for its WCDMA essential patents that are excessive and disproportionate and QUALCOMM has contributed far less technology to WCDMA than it has to CDMA2000.

- **What we know:**
  - **WCDMA is CDMA**
  - **We began our development in CDMA when most of the industry, including some of the complainants, believed and stated that CDMA would not work**
  - **We have contributed greatly to both standards**
  - **WCDMA agreements with more than 60 different companies, including 5 of the 6 complainants, well establish the value of our WCDMA patents**

Exhibit 11
533

**London Investor Day**
**November 8, 2005**



# QUALCOMM Lowers Overall IP Cost

- **Reduces Royalty Stacking**
  - QUALCOMM has proactively acquired licenses from its licensees and others to manufacture and sell components
  - Over 100 companies have provided licenses to QUALCOMM to pass through patent rights to our chipset customers



- **No additional QUALCOMM royalty rate above the QUALCOMM standard WCDMA / CDMA2000 royalty rate**

  - Licensed portfolio has grown substantially while its standard royalty rate has remained the same
  - Multi-mode products (e.g., OFDMA and/or GSM with CDMA)
  - Subject to other standard terms and conditions

Exhibit 11
534

**London Investor Day**
**November 8, 2005**



# Press Release Allegations

- **What they claim:**
  QUALCOMM's business model has harmful effects because carriers and consumers are facing higher prices and fewer choices.

- **What we know:**
  QUALCOMM's business model fosters competition and is highly beneficial to carriers and consumers.

Exhibit 11
535

**London Investor Day**
**November 8, 2005**



# Over *200 Million* 3G CDMA Reported* Subscribers

*(Source: 3Gtoday.com, as of August 31, 2005)*



**\*108 of the 147 operators have reported 3G CDMA subscriber totals at some point. 82 of those operators have updated their 3G CDMA subscriber totals for Apr 2005. 39 operators have yet to report 3G CDMA subscriber numbers.**

Source: www.3gtoday.com

Exhibit 11

536

**London Investor Day**
**November 8, 2005**



# More than *100* CDMA2000 1x**EV-DO** Devices have been Commercialized by *18* Vendors   *Source: www.3Gtoday.com











**Samsung SCH-V770**
*7 Megapixel Camera*

**Sanyo W32SA**
*With Disney UI*
*FM Receiver/Transmitter*

**Samsung V740**
*14mm thin, 1.3MP*
*Camera*

**Samsung SCH-i730**
*Windows Mobile 2003, 802.11b*

**Maxon MiniMax**
**MM-5500U**
*USB Modem*











**LG VX8100**
*V-Cast – Streaming*
*Video, 3DGames*

**Kyocera**
*Rx diversity*

**Casio W21CA**
*2.6 inch WQVGA,*
*2 MP Camera*

**au Design Project**
**PENCK**
*1.3 MP/Camcorder*

**LG KV3600**
*Enhanced 3D Gaming*
*Graphics*

Exhibit 11

537

**London Investor Day**
**November 8, 2005**

QUALCOMM®

# More than *100* **WCDMA** Devices have been Commercialized by *18* Vendors

*Source: www.3Gtoday.com



**Option Wireless Fusion**
*802.11b*











**Huawei U626**
*QVGA, Bluetooth, MP3, 72 Poly*

**Nokia N91**
*4GB HDD*

**Sharp V302SH**
*Ferrari Edition*

**Motorola E1120**
*3 Megapixel, Barcode Scanner*

**Sony-Ericsson V802SE**
*MP3 Player, Video Conferencing*









**LG U8180**
*MP3 Player, Video Conferencing,*

**Samsung SGH-Z130**
*1.3 Megapixel, Camcorder, Bluetooth*

**Samsung Z500**
*1.3 Megapixel, Camcorder, Video Conferencing*

**Sharp 703SH**
*Macromedia Flash, Bilingual menus*

Exhibit 11
538

**London Investor Day**
**November 8, 2005**



# Increased Handset Competition in 3G



➢ **Large number of handset OEMs creates a competitive environment for 3G**

Note: Vendors with a market share under 5% have been placed in the "Other" category
Sources:  Analog & TDMA – Gartner Group, 2000; CDMA, GSM & WCDMA  – Strategy Analytics, 2004,  2005

Exhibit 11
539

**London Investor Day**
**November 8, 2005**



# CDMA2000 Wholesale Price Distribution for 2005Q1



- **QUALCOMM promotes low end priced handsets through reference designs**

- **More than 18% of the worldwide CDMA2000 devices shipped in 2005Q1 sold for less than $100**

    **Device detail is inclusive of phone and module data**

Exhibit 11
540



# CDMA2000 Competition Provide Operators a Wide Choice



**Over the past decade, QUALCOMM licensees have commercialized
more than 1,000 phone models spanning all price points, providing
operators with maximum flexibility to meet customer demands**

Includes phones an modules

Exhibit 11

541

**London Investor Day**
**November 8, 2005**



# Handset Price Decline Curves



- **81% CDMA2000 Learning Curve vs. 83% GSM Price Learning Curve**

- **Early indications for WCDMA suggest a similar price curve to CDMA & GSM**

- **Despite large differences in cumulative volume, CDMA2000 handsets have experienced a similar price curve to GSM average selling prices**

- **CDMA2000 average handset price premium is explained by its regional distribution**



<u>Sources</u>
- GSM 1998-1999 - Strategis, Strategy Analytics & Dataquest average
- GSM 2000-2004 - Yankee Group

Exhibit 11

542

**London Investor Day**
**November 8, 2005**



# Wholesale CDMA vs. GSM ASP Convergence



- **CDMA price and volume do not include Japan and Korea, where there is no GSM service**

- **GSM and CDMA handset average pricing curves have converged despite considerable volume disparities**

GSM Wholesale ASP Source:  1993-1999 Strategis, Strategy Analytics, & Dataquest average; 2000-2004  Yankee Group

GSM Volume Source:  1993-2000 Strategis, Strategy Analytics & Dataquest average, & 2001-2004  Strategy Analytics

Exhibit 11

543

**London Investor Day**
**November 8, 2005**



## WCDMA & FOMA Competition Providing Choices to Carriers



- **WCDMA is following similar price diversity trend as CDMA2000**

   Includes phones an modules

Exhibit 11
544



**London Investor Day**
**November 8, 2005**

# Lowering the Cost of WCDMA Handsets



**Note:** WCDMA Phones Sold per Calendar Quarter;  Lowest end phone sold in quantities over 50,000 units

**Some handsets sold in limited volumes for as low as $124.**

Does not include modules

Exhibit 11

545



# Lowering the Cost of WCDMA Handsets



**Note:  WCDMA Phones Sold per Calendar Quarter;  Lowest end phone sold in quantities over 50,000 units**

**Some handsets sold in limited volumes for as low as $124.**

Does not include modules

Exhibit 11

546



*Thank you*

Exhibit 11
547