# Exhibit 13

## QUALCOMM Inc. at Oppenheimer & Co. Annual Communications & Technology Conference (Invitation Only)

Boston Jun 3, 2008 (Thomson StreetEvents) -- Edited Transcript of Qualcomm Inc presentation Tuesday, June 3, 2008 at 5:50:00pm GMT

CORPORATE PARTICIPANTS
   Bill Davidson, QUALCOMM - SVP Global Marketing, IR
CONFERENCE CALL PARTICIPANTS
   Ittai Kidron, Oppenheimer & Company - Analyst

## PRESENTATION

**Ittai Kidron**, Oppenheimer & Company - Analyst

My name is Ittai Kidron. I am a research analyst here at Oppenheimer. And now I have the pleasure also of doing research and covering QUALCOMM. With us today we've got Bill Davidson, Senior VP Global Marketing and head of IR as well. He will give a brief 20 minute presentation. After that we will open it up to Q&A. Bill, the floor is yours.

**Bill Davidson**, QUALCOMM - SVP Global Marketing, IR

Good afternoon everyone. I think I can do this in less than 20, to leave as much time for your questions as I can. That will be the goal.

I would encourage you to go to our website and our most recent financial filings. I may make forward-looking statements today and you can go there for a list of all of our businesses and the associated risks.

If you look at the overall trend that we're really taking advantage of in the market is this secular trend to 3G being deployed worldwide. And fundamentally that is what drives QUALCOMM's business model. Our revenue and earnings is largely driven today by our chipset and licensing business, and earnings more so by our licensing business. Therefore that licensing business is dependent on the worldwide market growing as quickly as possible.

And then our other fundamental businesses, whether it is a software platform or in the case of our chip business, providing chipsets and software, well, those businesses have to scrap it out for their fair share of that market that is growing very well worldwide. And so you can see I have taken a statistic from Wireless Intelligence projecting 1.6 billion 3G subscribers by 2012.

Also I would point out that remember the world was not our addressable market a few short years ago. And so for others in the marketplace who took advantage of selling GSM products or chipsets in many geographies by technology mandate and spectrum policy CDMA didn't have a chance to compete in those markets; today it does.

We even have an interesting trend that, while for others the world has been their market, for us it has really just become that. And so great opportunity for us to take advantage of, even with the existing embedded base in wireless worldwide.

Now let's put this into context. So you are hearing a lot I'm sure about what is the next generation of technology. And having been in this business so long -- I worked at one of the operators that became part of Verizon -- I actually was up here in Boston when we deployed CDMA.

Interesting for me to hear all this talk about already moving onto the next generation when people are still deploying the current one. And typically you look at technology transitions taking about a decade, and then clearly you want to leverage the investment that you put into the ground. And so we will talk a little bit about this and maybe take some question on it.

But key to me is that if you look over time, the radio link improvements that we are seeing on the air link are slowing. So if you look back in the time period between 1994 and 1997 that I have highlighted there, and when we went to digital from analog technologies here in the United States, you went TDMA you got about a three times capacity gain over analog. If you deployed CDMA it was estimated to be 8 to 10 times capacity increase.

Well then you get out to CDMA2000, and that was a doubling of voice capacity. So you can see 8 to 10 times, and then we had a doubling. And then we added EV-DO capability into the network, a purpose-built data network freeing up more voice capacity.

But the point I'm making with this chart is the current technologies that you are hearing much about, whether it is LTE or HSPA Plus, the improvements that they offer from an air link prospective are marginal. And so these are technologies that are more designed as a spectrum play to take advantage of new spectrum that is available, mostly in the case of LTE.

And then doing things with the actual radios themselves, rather than the specific air link technology to squeeze more capacity out of these networks.

So the real point of my chart here is we have driven the cost out of the business on the air link side. And you really can't save your way to prosperity. So while our focus as a Company to date has been driving down the cost to deliver a bit over a network, it has radically shifted over the last several years to now increasing the value that you can get for those bits when they go across the network.

And so again if you look at what the original deployments were in cellular, here we come into a big city and put one tower because that was all that was needed for capacity and you got full coverage. Well then people wanted to start using phones inside and in the corners of buildings that didn't get coverage, and so you put more cell sites or microcells.

There there is talk of a femtocell, so basically a small cell site that you might be able to have in your own home if you want coverage, much like you have a WiFi router today.

So the complexity that this has added for operators is going to create the need for someone to bring that altogether and enable them to engineer that network in a way that they can manage. That is what we're really focused on.

LP_0005979

Exhibit 13
588

This is how we will continue to drive improvements going forward, not necessarily making the air link's more efficient, but doing things in the radio network to increase capacity. So multiple antennas in the phone, multiple antennas in the base station. You have heard this term, MIMO. So the idea is putting multiple antennas to actually increase capacity in the network.

Really significant opportunities ahead in 3G is my point. That we have a certain subset of the market talking about next generation technology today, while the current technologies that are available in the existing roadmaps are very well equipped to handle the type of traffic and the capacity that is needed for many years to come.

So we have very strong growth expectations. We, and the industry firms that I have focused on here, four traditional wireless markets worldwide. As I mentioned, we have this ongoing transition from 2G to 3G, which is a clear benefit for business model. Again, that global market growing is what we take advantage of.

But something that people often overlook is new markets beyond traditional wireless. So products that you don't always think of, if you have a car that has OnStar from General Motors, you're using a CDMA device that enables that. Or a CDMA device embedded in a laptop computer.

And even looking forward out into the future, we see a time where people are worried about penetration levels in some geographies getting so high that is the opportunity over. Well clearly not, because there is machine-to-machine opportunity.

One area that we are focused in that I'm particularly interested in is health care. And even today there's already a company looking at band-aids that will take your temperature, read your pulse. And look at things with wireless using sensors across your body to reduce cost of health care. You won't have to come into the doctor. You'll be able to plug-in somehow and they will know what is going on with you.

I'm oversimplifying it. It is a project that will take many years in terms of realizing full realization of what I talked about. But very interesting opportunities that we view every individual in the world as a multiple chip opportunity, not just one handset.

Then continuing to improve the 3G efficiency and throughput. Just this year at CTIA we announced, again not air link improvements, but radio improvements in modem and the phone that will double voice capacity for CDMA2000 again.

One thing that we really, if you go back in time, bet the Company on was that data would become important in the wireless networks. It took 100 years for data traffic to surpass voice traffic in the land line network. And I never believed, nor I don't think everybody, that it would take us that long to achieve it in wireless.

But for a long time there were these doubters in the market saying, wireless data is never going to happen. It is too hard to use. I think it was more the air links that were available at the time, if you go back a decade, weren't robust enough to do the kinds of things that we are used to doing in our office when we are on the road. So therefore it wasn't as satisfying an experience.

But now when you look what has happened, it is a wonderful convergence between the networks that have been deployed and their capabilities, and device pricing continuing to come down the cost curve to enable more and more people to take advantage of it. Universally across the world we see operators showing very strong demand and results for their data services.

And the other thing that those networks being in place, what that has created, are not only new services but new entrants to the market. If you go back to what I said when I started my presentation, QUALCOMM, our business model is driven on the market growing as broadly and as widely as it can.

And so when you look at some of the new entrants that have come to wireless, we have become a logical partner for them. Not because they like us or we have the best engineers, even though I think they should think both of those things, but more our business model is more in line with their interests than anyone else in the industry. Because when a content provider wants their content out and available to consumers, they want it on every possible network and every possible handset. And that is in our vested interest as well.

If so rather than going to a specific manufacturer or a specific operator, who might be likely to try to ask for exclusivity, or how are you going to advantage me with your content, our motivation is to make sure that the content is available very broadly across the world, across multiple networks and multiple devices.

Then we have seen this birth of services come out of the network capabilities that has been enabled, and we see this great convergence going on of different features coming to the phone. While I'm not necessarily a believer that you need everyone of these on the phone, they are going to be the ones that you use more than others.

For somebody who is a really hardcore listener of music while they are on the road, maybe the phone isn't the device to do that on, because they use that one application so much. But there are other things that people might use casually that they are perfectly happy to have integrated to the handset.

I know already personally I take more pictures on a cell phone today than I do on a stand-alone camera. And that certainly wasn't the case just two or three years ago.

I think if there is a feature that you in particular might use more than any other, you might still buy a purpose-built device to do that. Will you take your pictures at your family reunion on your cell phone today? Maybe not. But when you are snapping photos when you're out and about, it is perfectly sufficient, and therefore will do a good job for you.

Our licensing business, now over 150 licensees in place for CDMA and WCDMA product. The key in here is seven licenses already in place for OFDMA single mode. Not to worry about the alphabet soup, but just know that these next generation technologies that are being talked about, we fundamentally believe will be integrated with existing technologies.

So for example, we had analog in the network and we went to digital. Analog remained in the phones for 8 to 10 years before they were digital only, just because it took that long given the geography of the United States to get digital coverage everywhere.

And remember that was coverage that offered, by the time it was further improved, 16 to 20 times the original capacity of the analog systems. So my premise is that if it took that long to get something that was that much better widely deployed, and if you believe what I said before that the air link improvements that we are seeing are marginal, it seems unlikely to us that this concept that you're going to have an LTE only device in the first year that it is into the market is not a sound one.

But be that as it may, we already have seven licenses in place in the event that these OFDMA-based devices become single mode

LP_0005980

Exhibit 13
589

in the near future. Because if not, and they are multimode so if it is just LTE OFDMA-based technology along with CDMA, we have nothing to do with our licensing agreements, because our licensees are licensed for multimode. So as long as CDMA is in that device, or WCDMA, you can put anything else in, and we have no need to touch our license agreements.

Key to this business, it has been certainly a topic of discussion over last couple of years, but I really I guess I would ask you on this premise to think on it. And that is that what we really did as a very young company was born out of necessity, not some great strategy, although it looks that way now. We were at risk of not making payroll in the Company, and we were really trying to get CDMA to market.

One of the lawyers had an idea, well let's try to go license some of our what at that time was a patent portfolio of 50 patents. And when we went out to the initial prospective companies who would become licensees, and they saw we had 50 patents, they said, well, why don't we just license them all.

Then sitting here we now have over 7,000 patents that we license for exactly that same royalty rate. We have never raised our royalty rate in the history of our licensing program. And so I also find it funny at times when the amount of control that we had over the industry at that point in our history is a bit overplayed, we were a company about to not make payroll.

So the licensing program was one born out of a bit of desperation, but also the idea that we fundamentally believe that a company who changed the model a bit, and rather than using the patent portfolio that they developed to advantage their own products, cell phones and infrastructure, even though we made them at the time in chips, we decided to license broadly because we knew having more manufacturers come into the market would be a better think to move the market forward. And that is exactly what played out.

Over time we sold our infrastructure business to Ericsson. We sold our handset business Kyocera and decided to become an enabler of the market on the fundamental belief that IP shouldn't be a barrier to entry. And therefore if you use your IP proactively, and license everyone broadly to use the whole portfolio, rather than selectively asserting patents over the year to try to collect revenue, that that would bring stability to the industry, and a lot more players. Because that one little handset company with one innovative idea wouldn't be shutout by the oligopoly that existed in GSM that controlled the market. Used its patents to advantage its own products and then shut anybody else out who tried to break in.

==We will license anyone who wants to go and have a license in CDMA. And that has been the hallmark of that licensing program.== and hence the competition that came about as a result of that. And much lower prices for consumers by having more participants in the market.

QCT continues to execute just phenomenally well. Eleven consecutive quarters of record shipments. If I look back eleven quarters ago, we shipped 40 million chips. In the most recent quarter we shipped 85 million chips. So just on an incredible pace in that business of every successive quarter setting records. Again, reflecting the overall growth in the market.

We continue in that business to focus on time to market and technology leadership. We believe if we lead in technology and can provide solutions to our customers first, we will keep them. It is much more difficult for a customer to leave us when we lead in technology. And through our strategy of integrating features into the chipset, it reduces the complexity for those customers, those OEMs, the handset providers, to go and do the integration themselves, so they can get handsets to market much more quickly.

We decided as a Company to just take a horizontal slice out of this market and do the technology really well, as opposed to remain vertically oriented where we did our own infrastructure, our own handsets, our own chipsets and software, and the like. We're taking this horizontal slice of technology and enabling lots of manufacturers, rather than advantaging our own products.

As I said, increased focus on services, it is about now how do we take -- that we have the cost per bit driven substantially low for the industry, and how do we start driving value per bit? How do we start creating really good revenue generating services, now that the infrastructures in place around the world, or largely getting there?

We have a portfolio of services companies that are addressing things from mobile TV out of MediaFLO, or Firethorn was an acquisition to go after mobile commerce. BREW has been around for some time now, focused on content delivery. Our government business enterprise services where we use our messaging hub for the original business that provided the cash flow to QUALCOMM, our QWBS Group. So the long-haul satellite tracking of trucking companies in the United States.

Using that and messaging how now to enable other applications, things like CardioNet where we serve as the messaging hub for a cardiac device that monitors cardiac events as they happen. Usually what happens by the time someone gets to the hospital the episode they have been having has subsided and it can't be tracked. So there's now a Medicare code where you can get a cardiac device and have it monitor real-time and deliver the results to your medical facility using the wireless network.

But again, if you will notice on this strategy, we're not trying to step out and compete with application developers, and we're not trying to step out and compete with operators. We use them at the channel of distribution, the operators. And these platforms are meant to encourage application development from a very broad set of application providers in the industry.

We reported our fiscal Q2 earnings back in April. And I would just ask you to remember that the 8% year-over-year and 17% in revenues is a bit of apples and oranges, since Nokia isn't paying us this year and they were last year. That will normalize out here in the short run. But those results are without Nokia. And we at the outset of the year had estimated the impact of Nokia's nonpayment to be $0.25 to $0.30. We have not updated that since.

So the year ahead, the CDMA market, this is our revised guidance for device shipments, and you can see a very healthy increase over calendar 2007, 28 to 36%. So again this worldwide market is really the catalyst for growth for QUALCOMM. And now that this trend is well underway with the move to 3G, and we're building some of the future of the Company on these enabling platforms and services that will enable people to take advantage of the capabilities that are in the network.

I thought I would just for the sake of reminder put our guidance up there. We were very pleased to be able to increase our financial guidance last quarter. And I just decided to put some ticks up there so that you can see them and remind you what they were.

Then finally, it remains a very important part of our business plan to return capital to shareholders. We instituted a dividend program some years ago back in 2003. And one of the things we were concerned with is we didn't want in any way to signal an end of growth for QUALCOMM by having to pay a dividend to fund that return. It more was a statement of strength that despite the fact that we fundamentally believe that our best years are ahead of us in terms of the opportunities for the Company, that our business model enabled us to pay a dividend while we were still in this very high growth phase of our business.

LP_0005981

Exhibit 13
590

And then clearly share repurchases have been a part of that as well. Also being opportunistic on when we do them, but also an important part of returning capital to our shareholders.

So I am very pleased with the almost $9 billion cumulatively that we returned to our shareholders in both of those programs since their inceptions. And then we did get another authorization for $2 billion from our Board to again take advantage of as we see fit for our buyback.

With that, I will invite Ittai back up with me, and I am sure we can take questions.

## QUESTIONS AND ANSWERS

**Analyst:** Ittai Kidron, Oppenheimer & Company - Analyst

**Question – Ittai Kidron:** I think if I'm correct the last several years you have assumed ASPs would be declining for handsets, and every year it doesn't seem to happen. So why will it happen now, or is --?

**Answer – Bill Davidson:** I think 2004 we said 10% and it ended up being flat or somewhere in there. There is a reason. That is that what has bucked that trend is the high-end growing higher at the same time the low-end has grown lower.

However, and it is one thing I caution investors on all the time, somewhere out there in the future there is an ASP decline for our business. And it is actually a good thing. If you have a fixed market that you're selling into, and it is the same size the next year and you have an ASP decline, that is typically not good. Right? Lower revenue, lower earnings.

That ASP decline that we will see at some point is actually what is going to enable CDMA to fully supplant GSM as network technology worldwide. So we will continue to eat the pricing at the low-end, particularly now in WCDMA, since CDMA2000 has largely achieved it, come down to enable that.

So what has happened to take that off that trend was before for every doubling in price -- or for every doubling in volume rather, we would see about a 20% reduction in the overall ASP. And when it really started to deviate from that trend, we saw data capability coming into the network when we launched CDMA2000 1X as a technology. And then color screens tended to keep that that line of degradation. Then we had EV-DO with even better data capability. And then WCDMA launched, and it was early in its history. Those are the things that have bucked that trend.

Now this year, I'm sure you have all read but, smartphones are becoming a more meaningful part of the volume. So even though their pricing has come down substantially over the last, let's call it, three to five years, it is still enough higher than the average that has been having the tendency, that and other high-end devices, to drag the average up.

Clearly you point out our track record on accuracy of that decline hasn't been great over the last few years, but I really want to caution that when it happens, I hope the reaction is jubilant cheers because it means that we are really going to get substantial volumes across the world for CDMA-based networks. And that is what is going to enable that. Without that ultimate decline, I don't think we will see that.

**Analyst:** Unidentified Audience Member

**Question – Unidentified Audience Member:** Can you talk about China. (Inaudible question - microphone inaccessible).

**Answer – Bill Davidson:** Actually it is another great example of something that we predicted that we weren't too accurate about. In China, year after year we kept saying this is going to be the year for 3G licenses. And I said we finally realized that when you hit yourself on the head with a hammer it feels good when you stop. So we decided to stop making that prediction. But now -- we predicted then that the first thing we would see was this restructuring of the operators. And we have clearly have seen those announcements here over the last week.

Then it is going to be what the rollout plan is when the licenses are actually let, how the technology gets rolled out. Looking at the fact that with Unicom's assets you've got an existing CDMA network in place that is fairly easily upgradable to EV-DO with channel cards and software. So looking at that versus the operators that are largely going to have to go out and build a network. So I won't try to predict that either here today, only that those are some of the things that I'm sure will be considered in terms of the timetable for rollout.

When I look forward, I think about China in particular adopting things very, very quickly, adopting technology. And so we look forward to China becoming a very, very, even more important market that it is today in the worldwide stage.

And I think there's very good opportunity in rural China also for 450. It is not talked about a lot, but I think it is a great enabler for lower cost to get coverage out into the rural areas of China, not just the developed cities. If that happens, that is good for 450 worldwide. You have in Russia. There's are different areas in Latin America, where there is Mexico and Brazil. I know Anatel has looked at letting that spectrum.

So if we got volume coming out of China on 450 megahertz product, that could benefit a lot of places in the rest of the world. And Chinese OEMs have been the ones providing most of that product. I expect we will be thankfully now starting to talk about China for the next couple of years. I would also add that our financial guidance for this fiscal year doesn't include any impact from 3G licenses in China.

**Question – Unidentified Audience Member:** When you look at the semiconductor opportunity in smartphones, obviously there's a baseband, and then there is either an application processor and/or a multimedia processor. How do you see that -- those things evolving over time?

Some of your competitors talk about how important the application process will be. Others say you can just simply add that to the baseband, and then what you really need is a multimedia processor that can really handle high-definition video and things like that. How do you see that evolving and how is QUALCOMM positioned?

**Answer – Bill Davidson:** Actually that has been an interesting trend to follow for the last probably three years. And now smartphones, I think, are upping that ante even more.

LP_0005982

Exhibit 13
591

I remember a few years one of our competitors using a chart at their analyst day. And I forget how they grade it, whether we got an F or a zero in applical processor, which frankly was fine by us, because we didn't believe you needed one and didn't have one.

And so our strategy has been to integrate capability on-chip. The fewer components you have in a phone, the better the form factor, the less power consumption, theoretically the lower the cost. Our strategy has been very much to take the capabilities that you're talking about and actually bring them on-chip.

And so there is a particular modem that we have called Snapdragon that integrates dual gigahertz processors -- incredible multimedia capability. And even the chips that we have sampled to date support very high megapixel interfaces for cameras, 6 to 8, going 8 to 10 and even above. So our strategy has been one of integration, not coprocessor.

Coprocessor really continued to live for the last few years because there was that one feature that you hadn't yet brought to the device that needed to live somewhere. That really kept the need for a coprocessor afloat. But as we moved into the 6000 Series chipsets, and even more specifically now our 7000 Series, the need for that coprocessor becomes less and less in our mind.

And so, again, for power consumption -- and I guess not insignificantly either, the time to market advantage that I talked about. You know, expecting an OEM to have to assemble all these parts and software and get them working together that if you deliver that -- and it is a hackney term -- in this proven solution that is already pre-integrated with everything on-chip, it allows your customers to be much more fleet of foot.

When another customer is successful with a hit -- you know, a thin phone became the rage -- you want to enable as many of your customers to get to that as quickly as possible, and doing that through integration has been our strategy.

**Question – Unidentified Audience Member:** What is the significance to your business, if any, of the Verizon announcement that is going to LTE?

**Answer – Bill Davidson:** The significant to our business is we are one of the leading contributors in the LTE standard, if not the leading, but one of the leading. We already announced a chipset product back at the Mobile World Congress in Barcelona this year in February.

So it actually plays to our strengths in that -- I'm always amused as an industry sometimes we circle our wagons and tend to fire in rather than out. I don't believe that it is about any one air link supplanting what is in the market today.

We're going to have networks that crop up to do very specific things. Mobile TV is a great example. And so one of our strengths, if it becomes that you have do more integration of more air link's into the chipsets, that that actually falls right into our sweet spot.

And again, wonderful validation to me of our kind of best-of-company strategy that data would become important. Verizon's whole need to move to LTE would be for increased capacity to enable more capacity on their network for data services. So I think it is actually -- it shows that at least the strategy that has been in place is sound.

I will say though that the existing roadmaps, as I pointed out before, are robust enough to handle basically everything I can think of that people will want to do for some time period. And that these new technologies really are about providing more spectrum, so more capacity to enable more users to do these things. Not that they are going to enable anything new, meaning the technology itself.

**Question – Unidentified Audience Member:** (Inaudible question - microphone inaccessible).

**Answer – Bill Davidson:** Yes, happy to do so. Actually I will work in reverse order. MediaFLO, there are two things that really have driven my very strong desire to have a display that I can see in direct sunlight, and that is MediaFLO. And there is a phone that I use now has a touchscreen, so I've used the browser on that handset more than I use every other phone's browser cumulatively that I have had in my career.

So the display business, as we're ramping that it goes through some of the same challenges that a chipset business would go through in terms of yield and getting your manufacturing process down. And so we started with small displays. So first were two colors to decide from. There was Bluetooth handset that was out that utilizes the display. And now we're starting to get in handsets on the sub display with two color.

We just recently made an announcement of our first color display win. So we are gradually going to build that business and refine the manufacturing process. And then we also announced a strategic foundry alliance to do the manufacturing.

In terms of the business model, I think we will look at the opportunities. When we acquired that company they were focused obviously on much more than cell phones. They had visions of -- there is a reason that you have a cowl on the dashboard of your car. And so could you go on the dashboard, a navigation system. And ultimately they had aspirations that it would be billboards, rather than getting the guy out there with the paste and the paper, just change it. So that business we will ramp up over time.

The real keys for us are the much lower power consumption, and the basic reflectivity of a piece of paper. So where we can read a piece of paper, you will likely be able to see that display and use much less power. But that will be -- we haven't really given any financial guidance for that business specifically in terms of when it will be impactful to earnings, because it is still in the building phase.

MediaFLO, we're very pleased that we have a second operator now launched in the United States, AT&T along with Verizon. I think competition in that space will be good in terms of stimulating growth in the market.

And then we continue to work internationally with trials in Southeast Asia. We have got a trial in the UK with BSkyB. And proving the technology around the world, which I think we've done. I don't hear anybody question the superiority of MediaFLO as a technology. Probably the biggest obstacle for mobile TV to overcome is spectrum availability worldwide. And in some geographies it makes sense for us to go in and work with the operator. In others it will make sense for us to go in and work with potentially a content aggregator. It really varies by geography.

But when we built MediaFLO USA in the United States it was really meant to serve as an example, or a showcase, of how you could do mobile TV by acquiring the spectrum, supplying the network, making it a shared resource to drive the costs lower to consumers. We said it is not particularly in our business model now to go around the world and do that, but we will do things to spur adoption around the world by partnering with others. I don't know if there's anything else you wanted to ask specifically on it.

LP_0005983

Exhibit 13
592

**Question – Unidentified Audience Member:** (Inaudible question - microphone inaccessible).

**Answer – Bill Davidson:** When we formed MediaFLO USA, we did announce the intent to spin it. Clearly the first thing you would want to do is have customers. Second, is a good path to revenue so that when, and if, you did that it would get a fair valuation for what it would ultimately be worth.

So we didn't set a specific timetable for it. I think those are the things to watch for. We will probably going into next year be in a better position to perhaps talk about some financial guidance there. To date we had only had Verizon, so anything we would have said would have been inherently disclosing their results.

**Question – Unidentified Audience Member:** (Inaudible question - microphone inaccessible).

**Answer – Bill Davidson:** Yes. Number one, we don't have an agreement with any of our customers that is exclusive. We go in and earn that business every day. So what I expect to see is now with the field looking the way it looks in terms of chipset providers, we expect everybody will be at least dual sourced. But likely not in a way that would split volume 50-50. In essence, you're duplicating two processes and the costs associated with it to split the business between two providers equally.

So largely what we believe is everybody will be at least dual sourced, and they will have a main supplier and then they will have another supplier there that I think will serve to keep the main supplier honest, both on price and delivering products that meet the needs of the market.

So we expect all of our existing customers to be dual sourced. And we look at that as an opportunity with other customers to get in there with our product.

Mentioning Samsung, it seems like everybody has got business with Samsung at one point or another, but we have continued to do well there over the years. And those rumors always seem to be abounding.

**Question – Unidentified Audience Member:** (Inaudible question - microphone inaccessible).

**Answer – Bill Davidson:** Motorola, we successfully -- they had their own initiative in chipsets for CDMA. We successfully won that business some years ago. And then of late, fortunate enough to be selected as having the opportunity to provide to their WCDMA business. So we really look forward to helping them with their strategy to get into the market with a strong portfolio of handsets. And again believe that we will earn our share there day by day by making sure the handsets that we launch with them are successful and making sure that they meet the operators' and consumers' needs in the market.

RIM, same thing. We have had a relationship with RIM on the CDMA side. And hope to be able to work more closely with them in the future as they move their products to 3G on the WCDMA side. Who was the other one you asked me about?

**Question – Unidentified Audience Member:** (Inaudible question - microphone inaccessible).

**Answer – Bill Davidson:** Sony Ericsson. Yes, I never a few years back would have thought I would be able to say it, but we've had a phone launch with our chip in it with Sony Ericsson in a higher end device. And that leading in technology creates opportunities for you where if somebody else can't address that customer's needs and they have to compete against the others you are enabling in the market, they need to get out with a competitive product. But I am very, very pleased to be working with them. And hope we can do good things and earn more share there at some point.

**Question – Unidentified Audience Member:** (Inaudible question - microphone inaccessible).

**Answer – Bill Davidson:** I think it is probably a handful. And it is a couple or three large ones and a couple or three smaller ones. It is not an insignificant amount of R&D dollars that it takes to stay competitive in this market and lead in technology. And we think that based on some of the activity we have seen recently, that we might be on the cusp of the consolidation that we have really been looking for a couple of years here among the chipset providers.

And key to the strategy too is being enough ahead of your competition so that as companies who don't decide to combine with each other kind of drop out of the market, if they were to start pricing on the margin, they could wreak havoc on the market. So keeping the technology roadmap very robust and being at the forefront of that protects you from that. Because if somebody is giving away something that doesn't meet the requirements of the market, it shouldn't have a dramatic effect on your own pricing, but it is something we watch very closely.

**Analyst:** Ittai Kidron, Oppenheimer & Company - Analyst

**Question – Ittai Kidron:** Do we have any questions? (inaudible).

**Answer – Bill Davidson:** Thank you.

StreetEvents transcripts content provided by Thomson Reuters

THOMSON REUTERS

LP_0005984

Exhibit 13
593