# Exhibit 15

Case 3:17-cv-00121-JO-MSB   Document 255-11   Filed 08/22/22   PageID.40915   Page 2 of 3

http://www.qualcomm.com/connect/investor-relations/business-model    Go    MAY JUN
◄ 23 ►
2012  2013  2014
7 captures
3 Apr 2012 - 2 Jul 2014
▼ About this capture

Chipsets    Technologies    Solutions    Search Qualcomm.com

**Connect**

Contact Information

Public Relations

Investor Relations

   Stock Information

   Financial Information

   Business Model

   Corporate Governance

   Reporting Segments

   Investor Events & Presentations

   Investor FAQ

   Contact Investor Relations

Analyst Relations

Public Policy

Support

---

You may also be interested in:

Investment Strategy

Environmental Policy

About Qualcomm



view the timeline

› Connect › Investor Relations › Business Model



# Business Model

### The Past

Before Qualcomm, consumers were offered few choices when it came to mobile phones. Only the largest mobile phone manufacturers could afford to invest in technology development. Smaller companies with the newest ideas simply did not have the big research and development budgets needed to realize their visions.

Then Qualcomm introduced its business model.

The goal was simple: provide all wireless companies with the R&D to bring their innovations to market.

### The Process

Through our own R&D accomplishments and through strategic partnerships with other forward-thinking companies, Qualcomm develops the breakthrough technology wireless companies need to power their business. ==We then openly license these innovations across the wireless industry, providing all companies-big or small-an equal opportunity to shape the future of wireless.==

### The Effect

The results have been dramatic. Today, consumers have far more wireless choices than ever before…and the number just keeps on growing.

Furthermore, with each new wireless technology, with each revolutionary feature brought to market, come new customers and the additional revenue they bring. A portion of this revenue reaches us, enabling us to create

**Documents**

**Qualcomm Business Model White Paper: Accelerating Mobility**
pdf  |  336.27 KB

Exhibit 15
605

## The Future

With this model as its engine, the pace of wireless innovation has been remarkable-so much so, that wireless is one of the fastest growing industries in the world today. And there are few industries that have made greater technological leaps over the past twenty years. So it's safe to say that, as long as there's Qualcomm, there will be innovation in wireless. Because innovation is more than something we do, it's who we are.

Share

| About Qualcomm | Research | Connect | Communities | News and Media | Careers |
|---|---|---|---|---|---|
| Leadership | Projects | Contact Information | Facebook | Blog | Search Jobs |
| Our Businesses | University Relations | Public Relations | Twitter | Press Releases | Experienced Professionals |
| History | Resources | Investor Relations | YouTube | Videos | Students |
| Corporate Citizenship | Research Locations | Analyst Relations | LinkedIn | LIVE! Webcasts | Employee Profiles |
| Offices and Facilities | | Public Policy | Developers | Events | |
| | | Support | | Documents | |
| | | | | Subscribe (RSS) | |

Terms of Use | Privacy | Cookie Policy

©2013 QUALCOMM Incorporated. All Rights Reserved.

Nothing in these materials is an offer to sell any of the components or devices referenced herein. References to "Qualcomm" may mean Qualcomm Incorporated, or subsidiaries or business units within the Qualcomm corporate structure, as applicable. Click here for more information about Qualcomm's new corporate structure

Exhibit 15
606