# Exhibit 16

Case 3:17-cv-00121-JO-MSB   Document 255-12   Filed 08/22/22   PageID.10918   Page 2 of 3

http://www.qualcomm.com/connect/investor-relations/business-model

7 captures
3 Apr 2012 - 2 Jul 2014

FEB ◀ **02** ▶
2013 **2014** 2015

About this capture

Chipsets          Technologies          Solutions                                    Search Qualcomm

**Connect**

Contact Information

Public Relations

Investor Relations

    Stock Information

    Financial Information

    Business Model

    Corporate Governance

    Reporting Segments

    Investor Events & Presentations

    Investor FAQ

    Contact Investor Relations

Industry Analyst Relations

Public Policy

Support

You may also be interested in:

Investment Strategy

Environmental Policy

About Qualcomm



view the timeline

› Connect  › Investor Relations  › Business Model



# Business Model

### The Past

Before Qualcomm, consumers were offered few choices when it came to mobile phones. Only the largest mobile phone manufacturers could afford to invest in technology development. Smaller companies with the newest ideas simply did not have the big research and development budgets needed to realize their visions.

Then Qualcomm introduced its business model.

The goal was simple: provide all wireless companies with the R&D to bring their innovations to market.

### The Process

Through our own R&D accomplishments and through strategic partnerships with other forward-thinking companies, Qualcomm develops the breakthrough technology wireless companies need to power their business. ==We then openly license these innovations across the wireless industry, providing all companies-big or small-an equal opportunity to shape the future of wireless.==

### The Effect

The results have been dramatic. Today, consumers have far more wireless choices than ever before…and the number just keeps on growing.

**Stockholder Tools**

What's New

Stockholder Briefcase

Request Investor Kit

Email Alerts

Download Library

RSS Feeds

**Downloads**

2013 Proxy Statement

Exhibit 16

607

Case 3:17-cv-00121-JO-MSB   Document 255-12   Filed 08/22/22   PageID.10919   Page 3 of 3

http://www.qualcomm.com/connect/investor-relations/business-model          Go   FEB  **02**  APR
7 captures                                                                      2013 **2014** 2015
3 Apr 2012 - 2 Jul 2014                                                         ▼ About this capture

another round of innovations. When we make these next-generation developments available to wireless companies, the cycle begins again.

### The Future

With this model as its engine, the pace of wireless innovation has been remarkable-so much so, that wireless is one of the fastest growing industries in the world today. And there are few industries that have made greater technological leaps over the past twenty years. So it's safe to say that, as long as there's Qualcomm, there will be innovation in wireless. Because innovation is more than something we do, it's who we are.

Share

| About Qualcomm | Research | Connect | Communities | News and Media | Careers |
|---|---|---|---|---|---|
| Leadership | Research Areas | Contact Information | Facebook | Blog | Search Jobs |
| Our Businesses | University Relations | Public Relations | Twitter | Press Releases | Students & College Graduates |
| History | Resources | Investor Relations | YouTube | Videos | |
| Corporate Citizenship | Research Locations | Analyst Relations | LinkedIn | LIVE! Webcasts | Meet Our People |
| Offices and Facilities | | Public Policy | Google+ | Events | |
| | | Support | Developers | Documents | |
| | | | | Subscribe (RSS) | |

Terms of Use   |   Privacy   |   Cookie Policy

©2013 QUALCOMM Incorporated and/or its subsidiaries. All Rights Reserved.

Nothing in these materials is an offer to sell any of the components or devices referenced herein.

References to "Qualcomm" may mean Qualcomm Incorporated, or subsidiaries or business units within the Qualcomm corporate structure, as applicable.

Materials that are as of a specific date, including but not limited to press releases, presentations, blog posts and webcasts, may have been superseded by subsequent events or disclosures.