# Exhibit 18

**2006 Stockholder Meeting**
Transcript Excerpts
March 7, 2006

(00:25:57) **Business Model**
Dr. Paul Jacobs: If you look at our business model, it's very unique I think in the industry because we really start with this innovation of ideas. And those ideas generate intellectual property or patents. They also get integrated into the chip set. That's our execution component. And then they get brought out through our partners into the industry, whether it's the manufacturers or the operators. And it's that ability to bring new ideas actually into the market that makes that intellectual property valuable. So, we do licensing and we sell chip sets. And that funds the research and development that allows us to keep that full cycle going. And in the end, all of the members of the value chain benefit from it. We drive revenues for the operators, for the manufacturers, and now increasingly for content providers and software developers and other companies that are not directly in the wireless industry value chain, but in industries around us.

(00:31:46) **R&D**
Jacobs: And going back to that business model, doing the R&D, coming up with the ideas, integrating those ideas into the chipsets. That's what makes this company so powerful.

(00:38:55) **R&D**
Jacobs: Now, one of the things that we've done, as I've talked about earlier, we need to continue to integrate these technologies into the chipset so that we can reduce the size, we can reduce the power consumption, we can reduce the cost. And this is fundamentally how the business model works for us. So, what you'll see on your left is this one phone that's been made with a number of separate chips to provide the multimedia function. But what QCT was able to do for the next generation chipset is to take all of those capabilities and put them into one chip.

(00:53:53:28) **Business Model**
Steve Altman: Analysts predict today that 25% of the wireless phones that are being shipped today are CDMA based. But that as we look forward to 2009, there are projections that 60% of all wireless phones will be CDMA in one form or another. And of course, whether it's WCDMA, whether it's CDMA2000, or other forms of CDMA, we have a licensing program that covers those technologies. And of course we have a very good position on the chip side and we're very anxious to see the world move as rapidly as possible towards CDMA.

(00:55:28) **EU**
There's a great growth opportunity for us in the CDMA area. And QUALCOMM is in the sweet spot. We're in a great position to help lead the industry towards the transition to 3G. Unfortunately, there are some companies that aren't in as great a position to lead, and have the philosophy that if you can't lead, then complain. So, I want to talk a little bit about what's going on with the European Commission. We've reported there are six companies that have filed complaints claiming that essentially our business model is harmful to carriers and to consumers, as a result they're facing higher prices and fewer choices. Now, I'm going to show you as I go through my presentation that that's not true. We believe very strongly that our business model fosters competition, and is very beneficial to both carriers and consumers. And we're seeing very good trends in the marketplace, in terms of the handset prices coming down very rapidly. And we're seeing many new models being introduced from the very high tier models with tremendous capabilities, and then going down into lower segments as well. And we'll continue to drive WCDMA, CDMA2000 is already there, but we'll continue to drive WCDMA to cover all market tiers.

(00:56:52) **Business Model**

QUALCOMM CONFIDENTIAL BUSINESS INFORMATION

SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 18
617

QNDEL0257101

QNDCAL01405590

Let me talk a little bit about why we're good for the industry, why the business model that QUALCOMM has created drives innovation, drives competition, and drives the growth of the marketplace. First of all, unlike any other company in the industry we have licensed everybody that wants a license, or at least offer everybody that wants a license. We have over 130 licensees today. I remember giving this presentation with a list of licensees in the past where it would fit on one page. And now, unfortunately as I go through here, I should say fortunately, excuse me; there are now three pages of licensees. And it's basically everybody that's a who's-who of telecom manufacturing. And we licensed handsets, we licensed infrastructure, we licensed competition on the chipset side, on which frankly it just makes Sanjay drive even harder, QCT drive even harder to stay ahead of the marketplace.

(00:57:49) **R&D**
We spent a tremendous amount of R&D. And this is something that I'm very proud of. Very early on, while it occurred to me, it had never really occurred to anyone else. Everybody at the company has always wanted to innovate and drive the technologies. And it occurred to me very early on when CDMA became a standard and we had licensees in place we could have very easily have said, okay, it's time to slow things down, collect royalties and let that business grow. But that would have been absolutely the wrong choice. We had to continue to innovate, drive new technologies, new capabilities of the phone. And so we spend a tremendous amount of R&D every year to do that. And this chart just lists some of the things that we do every year in terms of the innovation. Paul talked about many of them, HSDPA, MediaFLO, DO, all these new capabilities that drive replacement, drive new features for consumers that just help tremendously the growth of the industry. And what we do then when you look at that list of licensees, unlike other companies who conduct R&D, we license all of our patents, or offer to license all of our patents to our licensees. So, we make all these technologies available so that the marketplace grows. In fact, what we try to do is we actually lower the cost of the intellectual property cost to our licensees in a number of ways. First of all, from the time we first started licensing, we've maintained our standard rate from a dollar per handset that means since ASPs have come down over time that the dollars we get per handset on average have also come down over time. Yet the intellectual property that we transfer, the patents that we create has grown very substantially. And so, our licensees get access to these technologies and get to continue to leverage off the R&D which we do to help drive their market shares.

(00:59:56) **Business Model**
I want to talk a little bit and compare our business model to the business model of the past. And when we look at GSM, I think everyone would agree that GSM has been successful. There have been very significant deployments of GSM. But when you look at how that happened, this chart shows essentially if a new manufacturer wants to participate in the GSM market, what they have to do in order to participate. And it's very difficult. A new manufacturer comes on board; they have to spend a significant amount of R&D themselves. They then have to go out and enter into licenses, negotiate separate licenses with every IPR holder. And included in those IPR holders are IP holders that I call the entrenched handset manufacturers. You might think of those as some of the companies that have complained in the European commission. So, they have these entrenched handset manufacturers that have IP and GSM and a new manufacturer to enter the marketplace has to negotiate with them. Now, the entrenched manufacturers generally license each other royalty free, but then generally do not license the new manufacturer that wants to enter the market on a royalty-free basis. So, it's very difficult for a new manufacturer to enter the GSM-only handset market. And we believe our business model is based on enabling all competition, and as important as the entrenched manufacturers are, the new manufacturers are also very critical to driving our market. So, our business model is quite a bit different. What we do is we license all comers, and we get back what we call cross licenses. And oftentimes you'll hear people at QUALCOMM talk about pass through rights. What that means is that when we enter into a license, for example, we license the handset manufacturer, we get back a license under their patent, or we get rights under

their patent. And most of the time the agreement allows us to pass through those rights to our chipset customers. So, when a new manufacturer enters the marketplace, they get a license from QUALCOMM. All the R&D that QUALCOMM spends, we transfer substantial amounts of it to that manufacturer so it's much easier for that manufacturer to enter the market from an R&D standpoint. But then they get to benefit from all the pass through rights we have as well. So, while we don't have pass through rights from everybody, and that's why on the right-hand side of that yellow chart you'll show, it'll show, I just lost it. There we go. Arrows going to some of the IPR holders that we don't have pass through rights. You can see the picture is much more clear, and the IPR costs are much lower for a new manufacturer to enter the CDMA market than it is for that new manufacturer to enter the GSM market.

*(01:02:56)* **Business Model**
And then that's reflected in actual market shares. When you look at the market curve in 3G, and you compare that to GSM, TDMA, and analog back in 1999, you can see that in GSM and in TDMA there are some entrenched manufacturers. And you can see the kind of market share that is reported that Nokia has in GSM. And the difficulty that smaller manufacturers have in entering that marketplace. And you can see in CDMA2000 it's a different dynamic. There is new competition. There are a number of new manufacturers that are helping to drive this marketplace. And you're seeing that in WCDMA as well. That's very important to us, because when we talk about the ability to drive replacement rates from GSM to WCDMA and to drive the cost of CDMA2000 down so in developing markets more CDMA2000 is sold. These newer manufacturers drive that price competition by competing very well in this marketplace as a result of our business model.

*(01:04:05)* **Business Model**
So, now when you look at what this means with the new manufacturers and the price competition, you can actually see in WCDMA the average selling prices have dropped very significantly. And then over time you'll see they start to flatten out. Now, the reason they start to flatten out is you see all those dots on the chart. Those show the different segments of the handsets. You have very high-end handsets, you have very low-end handsets. As we introduce DO, that of course drives higher end ASPs, higher end handsets, which keeps the ASPs relatively flat. But the actual low cost handsets continue to drive down very rapidly. And we have a significant number of OEM licensees that are supplying CDMA2000. So, as that number grows, that also helps with the total handset prices.

*(01:04:57)* **Business Model**
This I think is very interesting, and it's very reflective of the success that our business model has had. Despite the fact that CDMA has approximately a quarter of the volume of GSM, this chart shows that the ASP for CDMA2000, when you take out Korea and Japan, which doesn't have GSM, which is known as a very high end market, you take those markets out and you see that the ASPs for CDMA2000 are equal to the ASPs for GSM, despite a quarter of the volume. And again, I think that is reflective of our business model of enabling handset competition, allowing new manufacturers to enter the market and help drive this push.

QUALCOMM CONFIDENTIAL BUSINESS INFORMATION

SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 18
619

QNDEL0257103

QNDCAL01405592