# Exhibit 19


```
0001
```

```
 1     ----------------------------------------------------------
 2               In the United States District Court
 3                  Southern District of California
 4          In Re Qualcomm Incorporated Securities Litigation
 5                  Case No.: 3:17-cv-00121-JAH-WVG
 6     ----------------------------------------------------------
 7     AUDIO START DATE: 05/28/16
 8     AUDIO START TIME: Unknown
 9     CUSTODIAN: Unknown
10     NAME OF FILE: 2016 Shanghai Forum - Keynote
11     Speech - Derek Aberle.mp3
12     EVENT: 2016 Shanghai Forum
13     SPEAKER: Derek Aberle
14
15
16
17
18
19
20
21
22
23
24
25
```

Exhibit 19
620

0002

```
 1        DEREK ABERLE:  When you think about the
 2     mobile industry, there's really few industries
 3     around the world where the innovation has moved
 4     at the pace that we've seen over the last 20
 5     years.  Data rates are now being measured in
 6     hundreds of megabits per second and soon
 7     actually will be in gigabits per second.
 8     Qualcomm actually announced earlier this year an
 9     LTE modem that will support one gigabit per
10     second downlink speeds, which will come into the
11     market early next year.
12        So just tremendous advancements in
13     broadband connectivity, as well as a lot of
14     innovation over the last few years to bring down
15     the cost of delivering data to the user.  Many
16     of us around the world are increasing the amount
17     of data views every year by ten times, so the
18     amount of data that's being consumed around the
19     world on wireless networks is exploding and
20     that's a big challenge.  So we're working very
21     hard to try to address those problems as an
22     industry.
23        When you think about your mobile device
24     that you carry with you today, it's really
25     basically a mobile computer.  The computing
```

Exhibit 19

621

0003

```
 1     power in that device is more than was on a
 2     desktop PC just a few years ago.  And that's got
 3     to be delivered at low power so that your phone
 4     can make it through the day without charging the
 5     battery but delivering game-quality video
 6     experiences and a lot of other multimedia
 7     content.  When you think about the scale of this
 8     platform, there's about 7.4 billion mobile
 9     connections in the world as of the first quarter
10     of this year and that's going to continue to
11     grow.
12          And innovation really has been at the core
13     of driving the transformation of the mobile
14     industry worldwide, certainly here in China.
15     When you think about the impressive growth we've
16     sent just in the last couple of years, the LTE
17     network's been launched here only a couple of
18     years in China, and there's now approximately
19     500 million subscribers on the LTE network.
20     That comes as a result of innovation.  Companies
21     here in China are working hard to develop new
22     products and services and business models, so
23     it's not surprising that, if you look today, six
24     out of the top global 3G and 4G handset
25     suppliers are Chinese companies.  If you look
```

Exhibit 19

622

0004

1  back just to 2008, there was only one in the top
2  ten.  I think if we're standing here next year,
3  there probably will be more than six in the top
4  ten, so a tremendous amount of innovation also
5  driving this industry here in China as well.
6      When you think about just the growth and
7  the advances in the consumer experience, but
8  also mobile is driving huge benefit to the
9  economy as a whole.  So in China mobile
10 technology accounts for about 3.7 percent of
11 China's GDP and that's projected to grow to 4.8
12 percent of GDP by 2020.
13     And another important aspect is increases
14 in productivity.  So, if you have a situation
15 where small and medium-sized enterprises adopt
16 mobile technology, it actually has the ability
17 to add another $90 billion in GDP and more than
18 2.5[ph] million jobs to the economy.  So the
19 mobile industry and mobile technology really is
20 adding a lot of value across a broad spectrum
21 here in China and around the world.
22     So there's really several factors obviously
23 that are important to driving innovation, but we
24 believe collaboration and sharing is one of the
25 key factors.  When you think about Qualcomm,

Exhibit 19
623

0005

1    when we started, we started investing in
2    technology very early.  We tend to invest in
3    things that are very complex, early-stage
4    problems, but once we solve those problems we
5    don't keep the technology to ourselves: our
6    business model is to share that technology
7    through licensing and enabling companies to get
8    into the market quickly with our semiconductor
9    and our software solutions.  So that has created
10   a tremendous amount of competition across the
11   industry and that allows our partners to
12   innovate on top of that floor technology and do
13   things that they can do much better than us.
14   That sharing model, I think, is a key tenet of
15   what innovation-driven societies will need going
16   forward into the future.
17        And so a lot of innovation is happening
18   with the phone.  We're all used to seeing that.
19   But what we're going to see over the next ten
20   years is a tremendous transformation of a number
21   of industries outside the smartphone:
22   automotive, consumer electronics, healthcare and
23   many more as technologies that have been
24   developed for this huge mobile platform are
25   adopted into these new industry sectors.

Exhibit 19

624

0006

```
 1            But the technology that many of us take for
 2       granted every day as we surf the web, download
 3       videos and use all of the computing capability
 4       we have in our devices is extremely complex and
 5       is very, very expensive to develop.  So, if you
 6       look at it as an industry, since 2000, the
 7       mobile industry has invested more than $800
 8       billion in driving the innovations that have
 9       gotten us to this point, to the broadband
10       conductivity that we have today and to the scale
11       that the industry has grown to.
12            But we're really [Inaudible] and in many
13       ways as we think about the things we're going to
14       need to do for the next generation of mobile
15       technology, and just one piece of that is the
16       cellular technology.  So we're advancing things
17       like 4G LTE technology today but now the
18       industry is moving to 5G technology because
19       there's a number of things that need to get
20       addressed with this explosion of data.
21       Operators will need to have the ability to use
22       all of the available spectrum in the most
23       efficient way possible.  That requires
24       investment in a whole new set of technologies.
25       And they also need to be able to deliver this
```

Exhibit 19

625

0007

```
 1    data at a reasonable cost and so the innovation
 2    will need to continue.
 3         When you think about the types of
 4    innovations really that is at the core of these
 5    transformations, one of the things that we look
 6    at across the wireless network are these
 7    fundamental problems that have to get solved.
 8    Early in the industry it was a massive thing
 9    just to make voice calls.  There was not enough
10    capacity in the network, so improvements had to
11    be made.  Then you moved to data and you had to
12    find ways to enable much broader data
13    penetration.  But this type of technology and
14    the way we think about it at Qualcomm is we try
15    to identify the key choke points in the
16    industry, the most complex problems, and we
17    invest in those early.  But those investments
18    are tremendously risky.  You're developing
19    technology typically eight to ten years before
20    it becomes commercial and you're investing
21    billions of dollars to get there.  So first you
22    have to prove it works and you've got to execute
23    on your development, but then in the wireless
24    industry you need standards so that devices can
25    talk to each other and many different suppliers
```

Exhibit 19
626

0008

```
 1    can participate in the market.  So then you need
 2    to get your technology actually adopted within
 3    the standard.  Then there's multiple standards
 4    out there that compete against each other and so
 5    then you have to have the standard that you've
 6    developed be the one that wins in the
 7    marketplace and then actually provide a value to
 8    consumers.
 9        So there's a tremendous amount of the risk
10    around these types of innovations, but those are
11    the innovations actually that transform
12    industries and change people's lives.  So we
13    need to be careful that we have the right
14    incentives in place to encourage companies to
15    invest in that type of risky R&D, not to wait on
16    the sidelines until somebody else has done the
17    work and then come in and benefit from it.  So
18    that's why we need an environment that creates
19    basically a sustainable innovation environment.
20        And policymakers have a big role to play in
21    this and I think we're seeing a lot of this
22    transformation happening here in China now,
23    which is very gratifying, but we need to have a
24    regulatory environment that does not slow down
25    innovation.  We need a robust intellectual
```

Exhibit 19

627

```
 1    property system that allows companies, once
 2    they've made these risky investments, to get a
 3    fair return from those that use the technology.
 4    And then within standards bodies where a lot of
 5    this technology is built, we need to have
 6    balanced and fair policies so that companies
 7    that come in and innovate and bring technology
 8    to the market can get a fair return on that,
 9    while at the same time companies that want to
10    implement have the ability to use it, so the
11    need to have fair and balanced policy within
12    standards organizations, within regulation.  You
13    need to make sure the regulation then from
14    governments doesn't come in after the fact and
15    undermine a lot of these incentives.  It's
16    really critical to driving innovation not only
17    the mobile industry but, I believe, across the
18    world.
19         And here in China, as I said, we're seeing
20    an active mood for the government to put reforms
21    and protections in place that create just that
22    type of environment, that fosters innovation and
23    entrepreneurship, stronger intellectual property
24    frameworks, greater co-collaboration on advanced
25    technology, research between universities and
```

Exhibit 19

628

0010

1  enterprises, more open and inclusive market
2  opportunities.  These are all very, very
3  important initiatives that need to continue to
4  foster the innovation.
5       And you see already these initiatives take
6  hold and pay dividends here in China.  Chinese
7  companies are becoming among the most innovative
8  companies not only here in China but worldwide
9  as you see them grow their businesses outside of
10 China as well.  I think, as we look at
11 transformations in a lot of the other developing
12 countries moving forward, this will be a good
13 template for growth in those regions as well.
14 Obviously, Premier Li in his remarks when he
15 unveiled the new fiber plan recognizes the
16 importance of entrepreneurship and innovation
17 and helping to transform the market here in
18 China to be much more innovative in the
19 technology world and we definitely agree with
20 that.
21      So the last ten years in the mobile
22 industry have been really about connecting
23 people to each other and people to the things
24 around them.  The next ten years is going to be
25 about continuing to do that and also connecting

Exhibit 19
629

0011

1  billions of objects directly to the internet.
2  That is going to create a number of different
3  areas that need innovation, all the way from the
4  data center through to the edge of the network,
5  so, again, there will be another investment
6  cycle needed to take the technology platform we
7  have today and scale that for all of these new
8  opportunities.
9      And we believe that mobile technology is
10 really going to be the key to transforming a
11 number of industries around the world.  If you
12 look at automotive, the car is becoming
13 increasingly connected.  It's sort of the
14 ultimate mobile platform.  Once you get a car
15 connected to the internet, now there's a lot of
16 new services that can be offered and then you
17 can bring also a number of new safety
18 initiatives, so you're going to see more
19 communication between vehicles, vehicles to
20 pedestrians, vehicles to the smart-city
21 infrastructure around it, to really increase
22 safety and reduce congestion and pollution in
23 big cities.
24      Healthcare is another great example.  Today
25 around the world we have a major problem with

Exhibit 19

630

0012

1   healthcare, whether it's in developed regions
2   where the cost is much too high and it's not
3   going to be sustainable, or in developing
4   regions where the access is not there.  And
5   mobile technology has the ability to transform
6   on both ends of the spectrum.  In developed
7   regions you can get people out of the hospital
8   much earlier, which is a very high-cost
9   environment, and monitor them remotely in the
10  home.  In emerging markets you have the ability
11  now to get diagnosis and treatment much deeper
12  in rural areas through wireless connectivity.
13  You can have a group of specialists back in a
14  large city communicating with a local doctor to
15  provide treatment.
16       So, really, a number of ways that these
17  industries are going to be transformed, but the
18  technologies and the solutions are going to have
19  to be customized for each individual
20  application.  The modem you put in a windmill
21  sitting in the desert that only communicates
22  infrequently but has to stay on a single battery
23  charge for ten years is going to be quite
24  different than the phone that we carry with us
25  or the mobile device that we wear on our wrist.

Exhibit 19

631

0013

```
 1    So a lot of work is going to continue to need to
 2    be done to drive these opportunities as well,
 3    but the basic underpinnings are there.
 4         And on the network side, a lot of
 5    discussion about 5G.  We have a great basis with
 6    4G, but when you think about trying to enable
 7    some of these new applications, we're going to
 8    have to have much higher reliability.  If you
 9    want to be able to monitor a patient at home
10    doing dialysis, for instance, you need a real-
11    time connection that is highly reliable.  Those
12    are going to be part of the innovations that
13    come in 5G and, basically, those innovations
14    will help drive this explosion of new
15    connectivity at the edge of the network.
16         So Qualcomm has actually been very active
17    here in China for over 20 years.  Probably best
18    known for the work that we do in the mobile
19    space, in cellular in particular.  We work very
20    closely with wireless operators as they roll out
21    their LTE networks.  We work closely with our
22    handset partners as they've developed a business
23    here in China and look to expand worldwide.
24         But we're also committed to helping drive
25    an innovation and technology-driven economy here
```

Exhibit 19

632

0014

1  in China.  And so we've been doing a number of
2  initiatives here over the last couple of years,
3  including helping on the semiconductor side to
4  drive higher capability for semiconductor
5  manufacturing here in China.  We also formed a
6  joint venture recently with a company called
7  Thundersoft to help develop these customized
8  solutions for the internet of things and to help
9  drive the internet-plus initiatives here in
10 China.  And just this week at the Big Data
11 Summit down in Guizhou, we've been talking about
12 a joint venture we've formed with the Guizhou
13 government to develop server chips for data
14 centers here in China.  And beyond that, we're
15 also trying to foster entrepreneurship with the
16 investment funds we've made in start-up
17 companies.  So we hope that many other companies
18 will follow our lead and continue to invest here
19 in China and help drive what we hope will be a
20 much more innovation and technology-driven
21 economy moving forward.
22      Maybe I'll close by just noting that,
23 again, mobile is having a tremendous economic
24 benefit and impact as it accelerates its growth
25 across the world.  In 2015 a mobile ecosystem

Exhibit 19

633

0015

1   generated $4.2 billion of global GDP or $3.1
2   trillion dollars in value.  Direct employment
3   from the mobile industry was about 17 million
4   jobs and indirect employment was about 15
5   million jobs.  We expect by 2020 those numbers
6   will be $3.7 trillion of value and direct
7   employment of more than 20 million jobs.  So
8   this is the type of innovation that can drive
9   growth, can drive value and can change people's
10  lives.
11       So we're very excited about what lies
12  ahead.  We're looking forward to continuing to
13  partner closely here in China as well as many
14  other places in the world as we help drive the
15  mobile industry forward and expand into a number
16  of these other opportunities.
17       So, with that, I would like to wish the
18  forum a great success and thank you very much.
19
20
21
22
23
24
25

Exhibit 19
634

0016

```
 1
 2     C E R T I F I C A T E
 3
 4     I, Annelise Schroeder, certify that the
 5     foregoing transcript is a true record of said
 6     proceedings, that I am not connected by blood or
 7     marriage with any of the parties herein nor
 8     interested directly or indirectly in the matter
 9     in controversy, nor am I in the employ of the
10     counsel.
11
12     Signature            A. Schroeder
13     Date       September 28, 2017
14
15
16
17
18
19
20
21
22
23
24
25
```

Exhibit 19

635