# Exhibit 20

0001

```
 1      ----------------------------------------------------------
 2                  In the United States District Court
 3                    Southern District of California
 4          In Re Qualcomm Incorporated Securities Litigation
 5                   Case No.: 3:17-cv-00121-JAH-WVG
 6      ----------------------------------------------------------
 7      AUDIO START DATE: 02/18/14
 8      AUDIO START TIME: Unknown
 9      CUSTODIAN: Unknown
10      NAME OF FILE: PowerTalk - The Current State and
11      Future of Mobile with Qualcomms Bill
12      Davidson.mp3
13      EVENT: PowerTalk interview
14      INTERVIEWER: Chris Versace
15      INTERVIEWEE: Bill Davidson
16
17
18
19
20
21
22
23
24
25
```

Exhibit 20
636

0002

1      CHRIS VERSACE:  Welcome to another edition

2    of PowerTalk. I'm your host Chris Versace,

3    editor of the investment newsletter *PowerTrend*

4    *Profits*.  I'm also the portfolio manager of the

5    Thematic Growth Portfolio at Fabian Wealth

6    Strategies, and these are my one-on-one

7    conversations with the movers and shakers in the

8    business world that take you behind the scenes

9    and in the know.  Be sure to check out

10   ChrisVersace.com for more on *PowerTrend*s and

11   past editions of PowerTalk.  Also be sure to

12   look at FabianWealth.com for more on my Thematic

13   Growth Portfolio.

14      It seems that no matter where you look

15   today, someone you know is on a smartphone or a

16   tablet: checking email, sending a message,

17   taking a selfie, trading stocks or paying bills,

18   streaming a movie on Netflix or even shopping on

19   Amazon.  Oh, yeah, and maybe someone's making a

20   phone call.  When you think about it, it is

21   pretty amazing how mobile technology has

22   transformed our lives.

23      What's even more amazing is that the change

24   we have seen thus far has really been due to

25   three devices: the mobile phone, the smartphone

Exhibit 20

637

0003

1   and, more recently, the tablet.

2       When I take a step back and look at all

3   that's going on and see how increasingly reliant

4   we are on mobile, it sure looks like mobile is

5   more and more like electricity or water.  And by

6   that, I mean you need to have it.  That makes

7   mobile a key cornerstone of my *Always On, Always*

8   *Connected Investing PowerTrend*.

9       Joining me on PowerTalk to discuss the

10  state of the mobile industry today and where

11  it's headed is longtime friend Bill Davidson.

12  Bill is the senior vice president of strategy

13  and operations for Qualcomm Technologies, and he

14  also heads up Qualcomm's investor relations.

15  Full disclosure, folks: I recommended shares of

16  Qualcomm to my subscribers in *PowerTrend Profits*

17  last April.

18      During the conversation I had with Phil, we

19  talk about the existing mobile phone markets and

20  why there is plenty of growth left in

21  smartphones and tablets, despite what the

22  growing number of pundits have to say.  We also

23  discuss a number of up-and-coming mobile

24  markets: the connected car, the connected home,

25  wearables, mHealth, mobile payments and more.

Exhibit 20
638

0004

1    With all of these new growth markets coming

2    onstream, you're right to think that this will

3    put a huge burden on mobile operators like

4    Verizon, AT&T and others, but, as Bill shares,

5    Qualcomm is already tackling that particular

6    pain point.

7        After today's PowerTalk that truly takes

8    you behind the scenes and in the know when it

9    comes to mobile and to Qualcomm, you'll see how

10   we are still only in the early innings of the

11   mobile revolution.

12       Today on PowerTalk, we're talking state of

13   the mobile industry and its transition to

14   something more.  Connectivity is moving past

15   smartphones and tablets to the home, the car and

16   other applications, like the industrial side

17   with the internet of everything.  All along the

18   way, it's reshaping business and other

19   industries.

20       Joining me today to talk about all of this,

21   what it means and where mobile is going is

22   longtime friend Bill Davidson, senior vice

23   president strategy and operations at Qualcomm

24   Technologies and the head of Qualcomm's investor

25   relations.  Bill, thank you so much for joining

Exhibit 20
639

0005

1   me on PowerTalk.

2       BILL DAVIDSON:  Chris, I'm really happy to

3   do it.  It's great to be with you again.

4       CHRIS VERSACE:  You know I enjoy talking

5   with you, Bill, and it's funny.  You know, we

6   caught up a couple days ago and you reminded me

7   that we first met about ten years ago.  I

8   couldn't believe it.  And back then, you were

9   the guy behind investor relations and I have to

10  say congrats to you over the success over the

11  years.  You've really expanded your role there -

12  I always knew you could do it - but also success

13  to everything that's happened for Qualcomm.

14      BILL DAVIDSON:  Yeah, it's amazing, isn't

15  it?  When you think about what we were talking

16  about ten years ago, CDMA was in a few

17  geographies around the world and we did most of

18  our volume on two chipsets, and how the world

19  changes in ten years.  But fortunately, you and

20  I look exactly the same.

21      CHRIS VERSACE:  Well, there might be a

22  little snow on the roof and maybe a little less

23  roofing on the head but, for the most part, I

24  would say you're right.  I would say you're

25  right.

Exhibit 20
640

0006

1       Now, Bill, when we talk on PowerTalk, the

2   tagline is "taking the listener behind the

3   scenes and in the know", and I'm sure there are

4   listeners to this who are very familiar — at

5   least they think they're familiar - with

6   Qualcomm.  But what I want to do is let's make

7   sure that they have the right view of the

8   company before we really dig a little deeper on

9   mobile.

10      BILL DAVIDSON:  That'd be great.  And maybe

11  if you'll indulge me, I've found that you're

12  exactly right.  People know who we are today,

13  but I think it's actually interesting the story

14  of how we kind of got to where we are and why we

15  enjoy the position we enjoy.  So, if you'll

16  indulge me, I'll go through a little bit of that

17  history.

18      CHRIS VERSACE:  No, go right ahead, please.

19      BILL DAVIDSON:  Well, if you go back in

20  time, when Qualcomm was just starting about 28

21  years ago now, the mobile industry had largely

22  settled on how they were going to move from

23  analog to digital in the networks.  And of

24  course what was really driving that was capacity

25  issues and that's kind of that recurring theme

Exhibit 20
641

0007

1    for our industry.  But you have that famous

2    McKinsey study that was done before the breakup

3    of AT&T, in which AT&T hired McKinsey to say how

4    many cellular subscribers do you think will be

5    in the US in the year 2000?  McKinsey said

6    900,000 and I think the number was something

7    like 109 million; the point being we were at

8    that point in the industry where we needed to

9    find a way to do more with the spectrum we had.

10   And the industry had largely settled on moving

11   forward with GSM in most of the world and they

12   called it TDMA in other places, but in essence

13   the same technologies, "We're going to divide

14   the analog spectrum into time slots and

15   basically triple capacity at that point in time

16   over analog".  And so we came along and actually

17   we said, "We think we have a better idea and we

18   think we can actually get an increase of eight

19   to ten times over analog and maybe one day even

20   ultimately 30 to 40".

21        Now, what was interesting at the time was

22   most people didn't believe what we were saying.

23   They said that we were selling vaporware.  They

24   called our founder Irwin Jacobs "crazy" at the

25   time.  And there was a famous quote from a

Exhibit 20
642

0008

1    Stanford professor who said that CDMA defied the

2    laws of physics and electrical engineering.  And

3    so our founder when he still speaks out in

4    public today will make the jab that CDMA has

5    become the basis for 3G networks worldwide and

6    it's working really well, except within a ten-

7    mile radius of the Stanford campus.

8        So, Chris, it's really important context

9    because nobody believed in what we were doing.

10   We had to take all the risk and pioneer this

11   great technology ourselves, so we started our

12   own handset business, our own infrastructure

13   business and our own chipset business so that we

14   could get product out to market and prove that

15   it worked.

16       And so at the time we had purchased a

17   business called Omnitracs, which, ironically, we

18   just sold last quarter.  Omnitracs is for long-

19   haul trucking.  It's how you use satellite to

20   track long-haul trucks over the road.  And that

21   provided the initial cash flow for the research

22   and development into CDMA.  But eventually, that

23   actually proved to not be enough and kind of the

24   classic start-up story of almost not being able

25   to make payroll.  Our legal team said, "Well, we

Exhibit 20
643

0009

```
1    have approximately 50 — five, zero - patents
2    that we've been granted.  Maybe we could go out
3    and get license revenue on a couple of those.
4    So they went out to do that and it was actually
5    the first companies that we approached who said,
6    "Number one: we know you're the only guys
7    working on this".  I think they handicapped the
8    chance of success for us as very low, but what
9    they said was, "We don't really want to deal
10   with you on these patents again, so why don't
11   you just license them all to us?"
12        So that was the birth of our portfolio
13   licensing program, so not a well-thought-out way
14   on how to capitalize the company, more one
15   stumbled onto.  Thankfully the legal team had
16   the foresight at the time to say, "Well, let's
17   do it one better.  Let's not only license you
18   what we have today, but let's pick a time period
19   going out in time that any new inventions that
20   we come up with in patent, you'll get access to
21   those as well for the same price".  And what
22   that has morphed into over time now is a
23   licensing program where the pricing hasn't
24   changed, we charge the same percentage today as
25   we did when we had 50 patents, and the vast,
```

Exhibit 20
644

0010

1 vast majority of our licensees are on a

2 perpetual license.  So that's --

3   CHRIS VERSACE:  Hey, Bill --

4   BILL DAVIDSON:  Yeah.

5   CHRIS VERSACE:  -- let me ask you a quick

6 question.  Roughly how many patents do you have

7 today and how many licensees do you have?

8   BILL DAVIDSON:  We have more than 250

9 licensees and on the patents, Chris, we kind of

10 stopped counting a long time ago.  I made the

11 joke that once McDonalds put "Billions and

12 billions" on the sign.  We stopped actually

13 doing an individual patent count.

14   But when we last disclosed, being several

15 years back, it was tens of thousands.

16   CHRIS VERSACE:  Okay, because I remember

17 walking in there not too long ago and there's a

18 whole wall.  It's not a little wall.  It is a

19 wall that goes on and on with, I guess, placards

20 of your patents.

21   BILL DAVIDSON:  Yeah.  You know, as I like

22 to say, those are our products in this company

23 because that's what's we really did: create a

24 product around our patent portfolio.  And that

25 really at the time enabled a tremendous amount

Exhibit 20
645

0011

1   of competition that hadn't existed before.  We

2   had three large companies who basically

3   manufactured handsets, infrastructure and

4   chipsets in the 2G world.  They were the ones

5   that were big enough to afford the investment

6   required to move the industry forward.  And so

7   we really become this aggregation of research

8   and development for our industry and we continue

9   today with a very successful chipset business

10  because that's the way our inventions get out to

11  consumers.

12       CHRIS VERSACE:  Let's talk about that,

13  Bill, because most people when they think of

14  Qualcomm they think of a chip company, the

15  equivalent of Intel Inside, with the exception

16  being that your industry is expanding; Intel and

17  PCs is not exactly.

18       But it's more than just simple chips.

19  You've got a lot of IP in what you do and you

20  guys - and I think a lot of people miss this

21  next part - there's a lot of software that you

22  have integrated into these chipsets.  So the

23  capabilities today are vastly different than

24  where they were, again, going into the way-back

25  machine, ten years ago.

Exhibit 20
646

0012

1          BILL DAVIDSON:  Yeah, no question.  Again,

2     I remember when you and I first started talking.

3     It was literally two chipsets that were driving

4     our volume: 5100, which was 1X, and 5500 for

5     EVDO, so mobile broadband.  And at that point,

6     they were really largely modems.  And it was

7     when we transitioned to that next era of

8     chipsets for us, the 6000 series, that we

9     started integrating some of these other

10    capabilities that we saw people wanting in the

11    device.  It started with RF but you think about

12    all the consumer electronics functionality that

13    has come integrated into the cellphone.  You

14    know, we've got to do the software behind that

15    to drive those capabilities, whether it's

16    graphics or the computing capability or a camera

17    sensor and interface.  I think very few people

18    appreciate just how big a software business

19    we've become.

20          CHRIS VERSACE:  Well, it's funny because we

21    don't really on PowerTalk talk about earnings

22    and stock prices and valuation and things like

23    that.  But it sounds to me like you guys are not

24    pigeonholed but you're not getting the respect —

25    I guess is the right way to say it — for the

Exhibit 20
647

0013

1    amount of software that you guys really have.

2        BILL DAVIDSON:  Yeah.  The way we like to

3    describe it, Chris, is we're not a chipset

4    company and it's an overused term but I can't

5    think of a better one.  We really are a

6    solutions company.  It's about thinking end to

7    end from technology creation to how consumers

8    are actually going to want to use this stuff.

9        And even groups within Qualcomm: we have an

10   engineering group that we have that works with

11   the operators to optimize their networks when

12   they're rolling out 3G or 4G.  So we have a very

13   comprehensive view of the opportunity out there

14   in the different regions around the world and

15   we've targeted products and capabilities to go

16   after it, not just our chipsets.

17       CHRIS VERSACE:  Right.  So now we just kind

18   of recapped a shift in the way that Qualcomm's

19   business has changed.  How has that changed the

20   competitive landscape for you?  I ask that

21   because, in the old days, it was always a

22   question of, well, the other baseband suppliers,

23   the Texas Instruments back in the day and Agere

24   or Broadcom.  But how has that shifted?  When

25   you think about the answer, Bill, how have your

Exhibit 20
648

0014

1    customers' needs changed what you do and, if you

2    think of it one step further, how have their

3    customers' needs, the device manufacturers and

4    maybe the network guys?  How have their pain-

5    points shaped how you guys do and how that's

6    shaped the competitive landscape?

7        BILL DAVIDSON:  Yeah.  You made a really

8    good point that I want to emphasize and that is

9    that I always feel like people think competition

10   is just around the corner for Qualcomm and we've

11   never had to deal with it.  We've dealt with

12   competition from the outset of the company.  And

13   those names change over the years, but there has

14   always been competition for us, even back into

15   CDMA 2000 with many other companies talking

16   about aspirations to be successful there.  We've

17   just always been able to outrun them.

18       And so, Chris, when you look at it, the way

19   we've expanded into what I would call other

20   content areas in the phone, whether it's the

21   apps processor, the CPU, the GPU, now with other

22   products like the RF front end, getting into

23   Bluetooth and Wi-Fi, it's definitely expanded

24   the list of what people might think is

25   competition.  But I look at them as point

Exhibit 20
649

0015

1   competitors because we don't really see anybody

2   out there that has assembled the assets that we

3   have under one roof to compete with the

4   integrated solution we put together, but we

5   definitely have competition within each of those

6   capabilities and, as you mentioned, even the

7   modem.

8        And to your other point, if you just look

9   at what consumers are demanding out of their

10  devices now, ever-better screens, higher

11  resolution; the fact that we're now talking

12  about supporting ultra-HD and 4K in the screen

13  on a mobile device is just extraordinary.  So

14  that desire for new features, new functionality,

15  new capabilities integrating away other

16  individual consumer electronic devices seems to

17  have no end.

18        CHRIS VERSACE:  I agree with you.  When I

19  was looking for some holiday presents around

20  Christmastime, there were certain things that I

21  would get certain people and — lo and behold —

22  some of these consumer electronic devices like a

23  handheld video camera are almost impossible to

24  find now, almost impossible.

25        But let me just dial it back a second,

Exhibit 20
650

0016

1    Bill, because the competitive landscape has

2    changed a little bit, but what I hear you saying

3    with all this basket of technologies is you're

4    integrating more.  And it would seem that for

5    Qualcomm the opportunity is more dollar content

6    in your chipset than a few years ago.

7         BILL DAVIDSON:  Most definitely.  That's

8    been the strategy.  I would say it's a nice

9    byproduct of the strategy in that we believe

10   integration is required to be successful in

11   mobile.  You want to be in a low-power

12   environment.  You need to control thermal.  You

13   need to have better battery life.  You want to

14   make sure that you're doing the best possible

15   performance you can in a bandwidth-constrained

16   environment, and all of that dictates that you

17   need a highly integrated solution.  And so it's

18   been the right strategy for us and what we think

19   is the right strategy for the industry and

20   that's led to a higher dollar content for our

21   chipsets through what we can address.

22        CHRIS VERSACE:  Now, I know one of your

23   favorite questions, Bill, is ASPs but I want to

24   come at it a little different.  Is there an

25   order of magnitude that you could discuss in

Exhibit 20
651

0017

1    terms of the dollar content for just a

2    smartphone, say, compared to two, three or even

3    five years ago?

4         BILL DAVIDSON:  Gosh, that'd be tough.  But

5    here, let me put it this way.  A smartphone uses

6    about 50 times the network resources of a

7    feature phone and that is a direct function of

8    the other capabilities that have come into the

9    device.

10        But, Chris, maybe if you go back a few

11   years, over the last like five years, the way

12   you would calculate it is by taking our chipset

13   business revenue and dividing by the chips

14   shipped.  That's an ASP that's moved from the

15   high teens now to the low 20s depending on when

16   you look at it, so definitely has moved up.

17        CHRIS VERSACE:  Okay, so I step back and I

18   hear that and I see the ASPs are moving up;

19   obviously good.  But at the same time, we're at

20   this inflexion point in mobile.  And when you

21   and I first started talking, Bill, it was the

22   mobile phone; now it's the mobile phone, the

23   smartphone, the tablet, and there's more stuff

24   on the horizon and I want to talk to you about

25   that.

Exhibit 20
652

0018

1       But first, what are you guys seeing in the

2   smartphone market today?  And I ask that

3   question because there's some concern that the

4   growth is nowhere near what it used to be.  "The

5   boomtimes are over, Bill", as we hear people

6   say.  But I suspect that given the rollout of 3G

7   and 4G around the globe, you guys might have a

8   somewhat different perspective.

9       BILL DAVIDSON:  Yeah.  Chris, I joke that I

10  remember way back in 2000 when I was at another

11  company and I had frequent interaction with Wall

12  Street analysts.  They all thought everybody had

13  a BlackBerry back then.  And so I think

14  sometimes people become influenced by what they

15  see immediately around them.

16      And yeah, in a developed region there are a

17  lot of smartphones now.  But those developed

18  regions have been in replacement now for some

19  time, so it's been a great phenomenon for us

20  that the replacement has been to a higher ASP

21  device.  But you look around the globe and in

22  some places this is a phenomenon that's just

23  getting started.

24      Some great statistics pointing to

25  opportunity where it's predicted that in the

Exhibit 20
653

0019

1       BRIC countries, by 2018 the number of people

2       that will fall into a demographic of being able

3       to afford a smartphone will more than double.

4       And in those emerging regions, we actually see

5       people being willing to spend a

6       disproportionately higher amount of their income

7       on this device than even in developed.  If you

8       think about it, it's because they don't have a

9       flat-screen TV hanging on their wall or three

10      computers in their house or a digital camera or

11      a camcorder.  So all of those things that you do

12      - whether it's getting on the internet, taking a

13      digital photo or video, watching videos - that's

14      all going to be done on a cellphone for most

15      people in emerging regions, not those other

16      devices.

17          So we see plenty of opportunity and,

18      thankfully, the statistics point to good

19      continued growth: 30 percent CAGR from now to

20      2017 in emerging regions for smartphone growth.

21          CHRIS VERSACE:  Wow.  So there's more

22      growth to be had; yet, Bill, we see a number of

23      things happening on the OEM front or the

24      manufacturers for these devices.  Nokia

25      obviously lost their way and now they're

Exhibit 20
654

0020

1    partnering with Microsoft and I just think it's

2    funny that that combination has to introduce an

3    Android-powered smartphone to attack the low

4    end.  But BlackBerry's had a very tough time.

5    HTC is having a tough time as well.  Motorola

6    Mobility bought by Google; sold by Google to

7    Lenovo.  It's just a lot of moving pieces.

8        And at the same time, we've got this

9    potential threat - or at least the OEMs have a

10   threat - from some of these low-cost

11   manufacturers that are Huawei and ZTE.

12       As I step back, it reminds me of some of

13   the things that happened in the mobile phone

14   industry and you guys lived through that, so

15   what's your perspective on what we're seeing

16   today in the smartphone market from a OEM

17   perspective?

18       BILL DAVIDSON:  Actually, I think you just

19   nailed it.  I don't think the phenomenon that

20   we're seeing today is any different from what's

21   existed in the industry over a long period of

22   time.

23       I still remember back when I was at one of

24   the operators that became part of Verizon, Bell

25   Atlantic.  I was there for 13 years.  And I

Exhibit 20

655

0021

1    still remember the first LG handset that we

2    purchased after we had rolled out CDMA.  We

3    bought a lot of them to be able to offer to our

4    customers.  And we actually private-labelled it.

5    It was the Bell Atlantic Mobile 300D and only if

6    you took the battery off did you see the little

7    Lucky Goldstar emblem on the inside.

8        So there's always been this dynamic in our

9    industry of somebody coming in and trying to do

10   the same for lower cost or what-have-you and so

11   I don't look at that as new.  Again, the names:

12   we've had share shift shares in our industry, to

13   your point, over the years where names come and

14   go from the top and some names endure.  But I

15   don't think it's a new phenomenon.

16       CHRIS VERSACE:  Okay.  So my personal view

17   is that we're going to see a little bit of a

18   bloodbath and there will still be companies

19   supplying smartphones but the names of the

20   market share leaders may shift around a little

21   bit.  Maybe Samsung and Apple will keep the top,

22   but it's the third, fourth and fifth slots that

23   tend to move around a little bit.

24       BILL DAVIDSON:  Of course, I look at that

25   as a home run looking for a ballpark in that I

Exhibit 20
656

0022

1    believe our business model actually helped

2    create some of this dynamic where, back in 2G,

3    it was really three large companies that had the

4    share and share move between them.  By us taking

5    that technology slice and doing it really well

6    so that the individual manufacturers didn't have

7    to have these massive R&D budgets, is what I

8    think has driven this phenomenon.

9        CHRIS VERSACE:  I agree, Bill.  I agree

10   absolutely.  Now, let's move on and talk a

11   little more about where mobile is going.

12   There's a new Cisco Visual Networking Index out

13   and it's no surprise: mobile usage is booming.

14   And it could be social media, video streaming,

15   all sorts of other stuff, but according to Cisco

16   their global mobile data traffic grew 81 percent

17   in 2013 and it reached 1.5 exabytes per month at

18   the end of the year, up from 820 petabytes per

19   month at the end of 2012, so massive, massive

20   usage.  And I think the forecast is something

21   like 15 exabytes by 2018.  And I think that goes

22   to your point about continued growth and more

23   adoption around the globe for smartphones and,

24   as we'll talk about, other devices than people

25   really think will happen.

Exhibit 20
657

0023

1          So some opportunities in mobile.  Tablets

2     replacing PCs: is that a big opportunity for

3     Qualcomm?

4          BILL DAVIDSON:  The move into computing is

5     a great opportunity for us.  A tablet is

6     basically a large phone from an architecture

7     standpoint.  There's been this debate about the

8     computing guys trying to come down into mobile

9     and the mobile guys trying to go up into

10    computing, and thus far the architecture that's

11    winning is definitely the architecture of the

12    smartphone because of all the things we talked

13    about before: battery life, taking advantage of

14    limited spectrum, bandwidth, being really

15    efficient.  It all lends to the mobile

16    architecture, not the computing architecture.

17         And on the usage front, you're absolutely

18    right.  Some of the statistics are just

19    extraordinary.  Like a billion hours of video

20    are watched each month on YouTube from mobile

21    devices.  Three hours of video is uploaded every

22    minute to YouTube from mobile devices.  And this

23    is causing a real challenge for the network

24    operators.  And when you add tablets into that

25    that consume more data than a smartphone and on

Exhibit 20
658

0024

1   up into connected laptops, these are great

2   opportunities for us to grow into but we also

3   need to make sure that we're doing everything we

4   can from an efficiency standpoint and enabling

5   economics such that people don't get that data

6   bill that shocks them.

7       CHRIS VERSACE:  When you fall over.  I want

8   to talk to you about that, but I want to talk

9   about some of these other things that are

10  expanding the market for mobile first.  And

11  before I move on to the next one, Bill, I think

12  there's some misperception out there where a lot

13  of people see tablets more as a Wi-Fi device

14  today.  I think the attach rate going forward

15  might improve for 3G and 4G and I think some

16  people out there might go, "Well, if it doesn't

17  have that cellular chipset in it, Qualcomm's

18  left out".  But I don't think that's the case.

19      BILL DAVIDSON:  Definitely not, though we

20  have great Wi-Fi capability, Bluetooth, and so

21  there's silicon opportunity for those devices

22  for us if they're not wide-area connected.  But

23  fundamentally, we believe that just by the

24  nature of that device, you're going to want

25  wide-area connectivity into it.  And we've seen

Exhibit 20
659

0025

```
1    some great changes here just of late in operator
2    pricing plans getting a lot more flexible around
3    how you can add those devices to your current
4    rate plan structure.
5        And so I think you're right.  I think what
6    we'll see is an increasing trend towards wide-
7    area connectivity in those devices.  The Wi-Fi
8    model, while great, it's been proven that people
9    want to be able to access their information
10   between hotspots and not have to pay five
11   different people in one day to gain access for a
12   period of time.  So, just like we saw in
13   computing, I think you'll see that trend flow
14   through into tablets as well from a wide-area
15   attached standpoint.
16       CHRIS VERSACE:  Okay.  And another area
17   that we're hearing a lot about is wearables.  I
18   don't have it on me today, but I have a Nike
19   FuelBand.  There's Fitbit and Pebble.  There's a
20   lot of rumor and innuendo over what Apple may or
21   may not do with an iWatch.
22       And you guys at Qualcomm have your own
23   wearable and I'm suspecting, Bill, that you have
24   one on your wrist.
25       BILL DAVIDSON:  I'm looking at it right
```

Exhibit 20

660

0026

1    now.

2        CHRIS VERSACE:  And how do you pronounce

3    the name?  It's T-O-Q and I'm not sure how to

4    pronounce it.

5        BILL DAVIDSON:  That's "tock" and obviously

6    the Q is a reference back to our fine company

7    name.

8        CHRIS VERSACE:  Of course.  You guys have a

9    Q in just about everything, don't you?

10       BILL DAVIDSON:  Absolutely.  You know, it's

11   a unique moniker for us.

12       CHRIS VERSACE:  So what's the outlook from

13   Qualcomm's perspective on wearables?  When you

14   look at some of these companies like Apple, I

15   think the investment community says, "Okay, we

16   might sell 10,000 or 15,000 of these units at

17   whatever the ASP is", but it doesn't move the

18   needle in terms of overall revenue for a company

19   like Apple.  But for you guys, is this another

20   big opportunity?

21       BILL DAVIDSON:  Chris, the way I look at it

22   is we try to do things that are supportive of

23   our main businesses.  And you look.  You know,

24   how do people want to interact with their

25   devices?  Today, when I put my phone down on a

Exhibit 20
661

0027

1    table, that phone goes dark.  It goes into

2    power-save mode.  Therefore, if I get an

3    alert -- and in my case, working in a corporate

4    enterprise or even in my personal phone, I lock

5    that handset.  I set a timer so that the handset

6    locks so, if anybody ever got it, they can't get

7    into my information.  If I get an alert, now

8    I've got to go look at the phone, I've got to

9    pick it up, I've got to unlock the phone, I've

10   got to get into the application where I got the

11   alert from.  I think it's absolutely going to be

12   the way in the future.

13        Right now, this is what I love about the

14   Toq.  It's really two things.  My text messages

15   come in there, so I can just very quickly glance

16   at that alert and, if I don't need to address

17   it, I just swipe it away; much more

18   indiscriminately, by the way, than holding your

19   phone up in front of your face in a meeting.

20        The second is now I don't look like the

21   lost tourist when I'm using pedestrian

22   navigation, holding my phone up and trying to

23   figure out which way I'm going.  My turn-by-turn

24   directions for pedestrian navigation come right

25   into the Toq.  So I think it is absolutely what

Exhibit 20
662

0028

1    will happen in the future in terms of how you

2    receive alerts.

3        CHRIS VERSACE:  So, for you guys, from a

4    business perspective, the Toq might be proof of

5    concept but it's got a number of Qualcomm

6    technologies in there, whether it's Wi-Fi,

7    Bluetooth.  But people tend to forget that you

8    guys a number of years ago also invested in a

9    display business.

10       BILL DAVIDSON:  Indeed, yeah.  Really, of

11   the unique things that are in Toq for us, number

12   one is the display.  And the display is there

13   because of, number one, the outdoor viewability

14   and the full-sunlight viewability that Mirasol

15   provides.

16       But really the second is the battery life.

17   We don't believe that your smartwatch should go

18   blank and go dark when you're not looking at it.

19   That's not what a normal watch does.  The closer

20   you can get to normal human behavior and

21   interacting makes the product that much better.

22   It also has our wireless charging, so I just

23   drop my watch onto a little case and it

24   wirelessly charges without me plugging the watch

25   into it.

Exhibit 20
663

0029

1        And then we also brought out with it the

2    first really wireless Bluetooth earpieces with

3    no wire connecting them with omnidirectional

4    mikes in the earpieces to be able to let you

5    answer your cellphone while it's in your pocket

6    through your Bluetooth headset by tapping the

7    watch.

8        CHRIS VERSACE:  So you don't have to look

9    like Dick Tracy?

10       BILL DAVIDSON:  Correct.  But, listen, I

11   stopped wearing a watch five years ago.  I can

12   tell you: if somebody tried to take this away

13   from me now, I'd be upset because I've become so

14   accustomed to just being able to glance down as

15   I get those alerts to my wrist.

16       You know, Chris, the pundits.  Unless you

17   have runaway success overnight, everybody will

18   start to cause questioning into whether it's

19   really an opportunity.  And I take comfort from

20   the memory of two things.  I remember when the

21   camera came into the cellphone and everybody

22   said, "Yeah, you know, people are taking

23   pictures, but nobody's sending them across the

24   network".  And of course that didn't bear out to

25   be true.

Exhibit 20
664

0030

1        CHRIS VERSACE:  You know, it's funny.  Let

2   me just cut you off there for a second, Bill.  I

3   believe we have a term now for that.  It's

4   called the 'selfie'.

5        BILL DAVIDSON:  Yes, indeed.  Then the

6   other is I remember sitting in our building

7   listening to an industry analyst who said,

8   "Yeah, this thing iTunes is interesting but all

9   the music is sideloaded right now".  And so I

10  went up to her after the event and said, "Well,

11  that's because I have 500 CDs at home.  What you

12  should've asked me was: how many CDs have I

13  bought since I got an iTunes account?  The

14  answer is zero"; my point being, if you set the

15  bar at runaway success overnight, we don't try

16  to make those predictions.  I just know from a

17  behavior standpoint and how I'm using this

18  device that I think it is absolutely the way of

19  the future.

20       CHRIS VERSACE:  Well, we'll have to talk

21  about some way I can get a loaner, Bill, on the

22  Toq.  That's all I can say about that.

23       BILL DAVIDSON:  They're in short supply and

24  high demand, Chris.

25       CHRIS VERSACE:  All right, all right.  Here

Exhibit 20
665

0031

1    I thought being a friend of Bill would pay off.

2         BILL DAVIDSON:  We can talk after.

3         CHRIS VERSACE:  Let's move on because

4    there's a couple other markets that I want to

5    talk about, some other opportunities for you

6    guys.

7         Coming out of CES or the Consumer

8    Electronics Show this year a lot of noise around

9    the connected car and what Google's going to try

10   and do with Android.  But even if we go back a

11   little further, AT&T over the last 12 months or

12   so, talking about how they want to bring LTE

13   connectivity into the car.  So this, again,

14   sounds like a longer-term opportunity but,

15   again, very simplistically, Bill, I sit there

16   and I think of the infotainment center in the

17   car, nav, and if we bring LTE in, maybe there's

18   the potential to stream content into the car

19   real-time.  I think all of this is obviously

20   good for chipset suppliers and Qualcomm in

21   particular.

22        BILL DAVIDSON:  No question.  The car is a

23   really, really interesting opportunity.  Just

24   like the connected home has become commonplace,

25   I think you're going to see the car evolve

Exhibit 20
666

0032

1    tremendously over the next three to five years,

2    both just from the type of connectivity that's

3    coming into the vehicle, but then the things

4    that you're going to be able to do while in the

5    car.  And we at CES announced a new chipset

6    specifically for automotive and, really, it's

7    the first time I think you'll see us move away

8    from just being the modem for connectivity and

9    starting to really have aspirations to drive

10   some of the nav capability, the in-car

11   entertainment, backseat entertainment.  The car,

12   we view, will be another very important hub for

13   information and data consumption.

14        CHRIS VERSACE:  If we look around, we see

15   Apple and Google.  They're making noise and

16   announcing partners for I think some models that

17   will hit towards the end of the year, and that's

18   basic integration services, Siri, maps and

19   things like that.  How long do you guys think

20   until this really catches off and is kind of

21   mainstream?

22        BILL DAVIDSON:  Yeah, over the years, we've

23   been providing our chips to the auto industry

24   for some time and GM OnStar is CDMA 3G-based.

25   Of course, the challenge in the auto industry is

Exhibit 20
667

0033

1    if you look at their design cycle and when you

2    have to hit that design and how long it takes

3    from when the design is locked to actually come

4    out as a vehicle.  That's been the challenge in

5    the past.

6         And I think what you're going to see, at

7    least in my view, is some more modularity around

8    what goes into the car, the desire on the part

9    of someone to actually have their smartphone or

10   a small tablet be a screen in the vehicle that

11   can do some of the same things that a fixed

12   screen currently does.  So I think you'll see

13   some flexibility going forward to make sure that

14   when a new car comes out, it doesn't have

15   technology that's already three years old from a

16   cellular standpoint.

17        I always kind of joke that if you took our

18   design cycles, you'd have cellular at one end

19   and the auto industry at the other from a speed

20   standpoint.  We need to match those up a bit

21   better and I think that'll happen.

22        CHRIS VERSACE:  Absolutely.  Now, you

23   mentioned another growth market that I wanted to

24   touch on, which is the connected home, and

25   there's various aspects to that.  Some view the

Exhibit 20
668

0034

1     living room or the TV room - call it what you

2     will - as a central hub to push content around.

3     There's connecting other appliances around the

4     home, whether it's a refrigerator, washing

5     machine or what-have-you, or, in Qualcomm's

6     case, you guys even connected a coffeepot.

7          BILL DAVIDSON:  Yeah, and I think we've

8     done a fan and other things like a humidifier.

9     Absolutely, we view that as, again, a tremendous

10    opportunity, Chris.  It's what we call your

11    device having a 'digital sixth sense'.  Imagine

12    you come into an environment with your phone and

13    your phone will automatically just discover

14    these things in the environment around you,

15    whether it's a big display on the wall, a

16    thermostat or whatever it might be.  You might

17    have software on the phone that's the interface

18    for control or you might use augmented reality

19    and invoke the camera to overlay digital content

20    in the physical world and make the physical

21    world clickable, as we like to say.  So it's

22    that idea of the phone just really being the

23    center of your life and this way to access

24    content and things around you.

25         CHRIS VERSACE:  Do you think that the way

Exhibit 20
669

0035

1   the connected home will get started will be kind

2   of device by device?  When I say that, I'm not

3   talking smartphone or tablet, obviously.  I'm

4   talking, again, some of the ones that we just

5   rattled off.  Over time, there'll be a larger

6   system that's inside the home?

7       BILL DAVIDSON:  I think that's exactly

8   right.  And I'm kind of laughing that you

9   brought it up.  I'm remembering a time when I

10  gave an example because I think some of the

11  stuff in connected homes spooks people a little

12  bit.  They're worried about the utility company

13  popping their thermostat up 4 degrees.

14      I gave an example and it came to me from a

15  gentleman here in San Diego who works for our

16  local utility, SDG&E, San Diego Gas and

17  Electric, and what he said was -- he asked by a

18  show of hands in the audience who had more than

19  one refrigerator in their house and almost

20  everybody raised their hand.  He said, "Who has

21  more than two?"  A few.  Then he said, "What

22  about a wine fridge or a little dorm fridge?"

23  Then he saw a bunch more hands go up.  His point

24  was, if the grid was at maximum utilization in

25  San Diego County and your refrigerator once a

Exhibit 20
670

0036

1    day called to defrost the coils, if every

2    refrigerator in San Diego County did that at the

3    same time when the grid was at peak utilization,

4    we'd need two extra cogeneration plants to

5    support the electric usage.

6         So, if we had a way intelligently to

7    stagger that rather than it just being dictated

8    by when you plugged your refrigerator into the

9    wall and that timer gets set, then we can reduce

10   peak utilization on the grid.  A reporter in the

11   audience tweeted, "If this is what smart grid is

12   about, we're in trouble".

13        Now, my point was - and I think you just

14   made it - we're going to start somewhere.  This

15   is a whale that's too big to eat in one bite and

16   so I think you'll see small bites getting taken

17   out of it.  But I think you're spot on.

18   Eventually, whether that's your set-top box or

19   your beachhead for your broadband connection,

20   there will be something that brings that all

21   together in the home and therefore we're placing

22   bets accordingly in all of those areas because

23   we want to take advantage of that.

24        CHRIS VERSACE:  There's another market,

25   too, called mHealth and I know Qualcomm's got a

Exhibit 20
671

1    history of looking at health, but is it kind of

2    the same thing what you just described?  You

3    know, yes, there's going to be a major long-term

4    opportunity in mobile health but, again, it's

5    going to be a crawl-walk-run type of situation.

6         BILL DAVIDSON:  Absolutely, and therefore

7    you've got to get started and that's what we've

8    done.  I think because of the legal environment

9    in some of the developed countries, actually,

10   you'll see mHealth start in emerging regions

11   first.  Actually I shouldn't say first, but I

12   think you'll see more of what I would call

13   chronic-care type of applications in the US and

14   other developed regions, like, "Hey, I'm a

15   diabetic and, if I had continuous blood sugar

16   testing rather than just testing twice a day, I

17   might be able to better manage my disease".  But

18   some of the life-critical things, I don't think

19   somebody in a remote village somewhere is going

20   to worry about suing when they've never had

21   access to healthcare and they can all of a

22   sudden have their heart monitored by their

23   cellphone.  So I agree with you.

24        CHRIS VERSACE:  Okay.  Now, you just

25   mentioned diabetes or diabetics, which requires

Exhibit 20
672

0038

1   monitoring, and people today have insulin pumps

2   on them and they can get a steady-state

3   injection.  But is that the – excuse me – type

4   of application you think that'll really be more

5   of a near-term opportunity, that remote

6   monitoring type?

7        BILL DAVIDSON:  Yeah, without question.  At

8   the end of the day, the insurance companies, I

9   think, in healthcare are really going to be

10  everybody's friends because they're motivated

11  the same way as the patient, which is, "I want

12  lower costs.  I don't want to be in the hospital

13  if I can avoid it".  And I think they're really

14  pushing on some of these solutions that can just

15  dramatically change how we take care of people.

16       In emerging regions, it'll be about giving

17  people access when they've never had it.  In

18  developed, I think it'll be about really

19  reducing costs and almost bringing a consumer

20  electronics element to healthcare.  You know,

21  right now if you're good, you go get a physical

22  once a year and in between that you go see the

23  doctor maybe if you don't feel well.  I think

24  people will get much more information about the

25  day-to-day functioning of their health.

Exhibit 20
673

0039

1       So you know me well.  Of course, I'm
2   worried about the monitoring of red meat intake.
3   I'm worried somebody will watch me from afar.
4       CHRIS VERSACE:  I thought your German-
5   Scottish-Irish background, it would've been
6   something else, Bill.
7       BILL DAVIDSON:  I can process it just fine,
8   yeah.  But, no, I think you're absolutely right.
9   It's going to be these one-at-a-time kinds of
10  applications.
11      And what we're doing in mHealth is we've
12  really tried to look at some of the challenges
13  in it getting going.  One was, if you take a
14  device that's been approved by the FDA and you
15  take a radio that's already been approved by the
16  FCC and try to put that radio into the medical
17  device, it had to go back through the FDA.
18      What we did was we created this hub called
19  2net that has cellular protocol out the back and
20  out the front it has Bluetooth, Bluetooth LE and
21  Wi-Fi and a USB connection so that you can bring
22  in different medical devices and have them talk
23  to this hub and the hub takes care of providing
24  the wide-area connectivity.  It's literally the
25  size of the deck of cards and as easy as

Exhibit 20
674

0040

1    plugging it into the wall.

2         CHRIS VERSACE:  Wow.

3         BILL DAVIDSON:  And then further, we

4    acquired a company called Healthy Circles to

5    really start getting at this issue of the silos

6    of data that you're going to start creating

7    around your health from all these different

8    devices.  And eventually, that data needs to be

9    shared across doctors to provide you better

10   care, so this vision of your personal cloud and

11   being able to control who knows what about you,

12   when, where and how.

13        CHRIS VERSACE:  Yeah.  See, this is where I

14   think you guys are fascinating because you guys

15   are looking at this so far into the future that

16   people don't necessarily appreciate how forward-

17   thinking Qualcomm is.  And I'm glad that we're

18   talking about this because hopefully it sheds

19   some light and opens up some brains and says,

20   "Wow, these guys are it".

21        But there's one or two other applications

22   that I want to talk about and one is mobile

23   payments and advertising.  And I bring it up,

24   Bill, because there's not a lot of talk now but

25   a growing conversation about what Apple is doing

Exhibit 20
675

0041

```
 1   with this product called iBeacon.  They're
 2   rolling it across their own Apple stores of
 3   course.  They're doing some pilots with Macys.
 4   Coke is talking about it; Major League Baseball
 5   the same thing.  But you guys also have a
 6   product that's very similar called Gimbal, I
 7   believe.
 8        BILL DAVIDSON:  Right, yeah.  We've had
 9   this vision for a while and the idea is: what
10   can you do when your device knows it's in
11   proximity to something?  So, for example, I
12   think the reason that with mobile marketing
13   there were all these fears about getting spammed
14   with texts and other things to market to you.
15   The good news is that didn't happen and I think
16   the marketers realized that if they just
17   inundated people with completely irrelevant
18   information, that it wouldn't be successful, and
19   I think we talked.
20        I always use this visual aid on stage that
21   seems to drive the point home.  I take the blue
22   Valpak coupon and I just talk about how I get a
23   coupon every month in this for blinds and I
24   don't need blinds every month, but what if we
25   could give Valpak the ability to deliver the
```

Exhibit 20

676

0042

1   blue envelope to your door but do it digitally

2   to your phone and every single coupon or offer

3   that you pull out of that envelope you look at

4   as, "My gosh, that's where I buy my coffee every

5   day", and, "That's where I do my grocery

6   shopping", and, "That's where I take my kids for

7   this activity".  And I think therefore you'd

8   view this as this amazing thing that everything

9   that you took out of that envelope was highly

10  relevant.

11      And those are the sort of things that we're

12  working on with Gimbal and we called that beacon

13  capability that you referenced in our product

14  'proximity triggers'.  So, when my phone knows

15  it's close to something, you can get that

16  minority report effect of the digital signage

17  actually being tailored directly to you.

18      CHRIS VERSACE:  And you're not creeped out

19  by that?

20      BILL DAVIDSON:  No.  I think everybody has

21  their own personal — I'll use your term —

22  'creepy' line that you cross.  But what we were

23  very careful to do in Gimbal was, number one,

24  it's trustee-certified out of the chute.

25  Privacy and security were very important to us.

Exhibit 20
677

1    And the information that we collect with the

2    end-user's permission is actually stored on the

3    phone, not in the cloud.  We think that will

4    give people a comfort that they know they can

5    wipe it out and start over at any time.  It's

6    about giving the consumer the ability to control

7    who-knows-what about them.

8         And the example would be when we had to do,

9    you'll remember, location in the handsets to

10   satisfy the E911 mandate.

11        CHRIS VERSACE:  That's right.

12        BILL DAVIDSON:  And other than for that

13   capability, nobody allowed an application to

14   take advantage of their location until this

15   thing came along on this cellphone called Google

16   Maps and now more than 75 percent of consumers

17   on their smartphones enable location for that

18   application.  So my view is each person will

19   make their own personal trade-off to the value

20   they get versus what they're willing to give.

21   And as long as we do the security and put the

22   control in the hands of the consumer, I think

23   people will be able to make their own decisions

24   there.

25        CHRIS VERSACE:  So, Bill, let me just step

Exhibit 20
678

0044

1   back for a second because we're talking about

2   continued growth in smartphones, continued

3   growth in tablets, other new markets coming

4   onstream from wearables, connected car,

5   connected home, mHealth, mobile payment, and I

6   sit back and I go, "Holy cow.  This is going to

7   task the network like it is nobody's business".

8        BILL DAVIDSON:  I think you're absolutely

9   right and, again, we're very much trying to get

10  ahead of that.  It's been a hallmark for the

11  company, actually, from the outset.

12       But we have this internal rallying cry

13  right now within the company and it's called the

14  1000x challenge.  What that means is over the

15  next ten years with the ten-year out being the

16  mark, we want to be able to support 1,000 times

17  the data per end user than we're supporting

18  today and do so very economically.  The way

19  we're going to do that is the model in the

20  industry for providing coverage and capacity has

21  been, as you know, put up a macro-cellular

22  tower; once that got to capacity, we would cell-

23  split and keep putting towers closer and closer

24  to people, and also did that to be able to

25  provide in-building coverage.  We --

Exhibit 20
679

1       CHRIS VERSACE:  Right, but, Bill, nobody

2    wants that fake-looking tree next to their

3    house.

4       BILL DAVIDSON:  Yeah, and so that's the

5    outside-in model, we call it, and now we think

6    it's going to change to an inside-out model

7    where you're actually going to have a small base

8    station in your home, the same way you probably

9    have Wi-Fi in your home broadband modem.  Think

10   of that but having the cellular protocols, and

11   actually then that coverage leaks out a little

12   bit and can provide coverage to passers-by.  So

13   we see a way to radically change the economics

14   of providing data just the way we did for voice

15   and we want to make it a non-issue for people to

16   just pick up their device and use it without

17   worrying, again, about getting that big data

18   bill.

19      CHRIS VERSACE:  You know, Bill, I've got to

20   tell you.  Every time we talk I am blown away by

21   the amount of stuff that Qualcomm is working on.

22   It's just so much.

23      And I think it speaks to the point that we

24   tend to think about electricity or water, but

25   more and more mobile is becoming one of those

Exhibit 20
680

1    things that we simply cannot do without, and

2    that I think is a long-term opportunity for

3    Qualcomm.

4         BILL DAVIDSON:  No question.  Back to your

5    original comment, most of what we've talked

6    about here today isn't just about providing

7    silicon.  It's understanding how people are

8    going to use the device, the sort of

9    capabilities they want in it, and really trying

10   to be that solutions company that's thinking

11   these things through with great partners, both

12   in our traditional ecosystem and we've made so

13   many new partnerships over the years in the

14   healthcare industry and through the utility

15   companies and smart grid and the auto

16   manufacturers.  So I can't think of a place that

17   would be more fun to work right now than

18   Qualcomm.

19        CHRIS VERSACE:  Well, let me ask you a

20   typical equity analyst question, Bill.  A lot of

21   opportunity ahead, but is there any one or two

22   things out there that kind of make you guys go,

23   "Hmm, we've got to watch out for this or that"?

24        BILL DAVIDSON:  Sure.  I think any business

25   that isn't doing that risks being marginalized.

Exhibit 20
681

1   So, on the just straight-out competitor front

2   from a silicon standpoint, I think we have

3   always the appropriate level of paranoia, of

4   being concerned about our competition and not

5   worried but always keeping an eye on things and

6   trying to stay as many steps ahead as we can.

7       And, you know, the great thing is the chip

8   has become more complex.  We have all those

9   individual roadmaps within one chipset now to

10  move and move really quickly, so I think it

11  makes it even harder to catch us to the extent

12  we execute well.

13      But, Chris, I would say the other is that

14  you look at different areas around the world.

15  It's a great thing, the inventor's capability to

16  patent their inventions.  We want to make sure

17  that those rights don't in any way get

18  compromised anywhere in the world.  Inventors

19  take a lot of risk and, as I mentioned in the

20  beginning of the call, we as a company took a

21  tremendous amount of risk and the only way we've

22  been able to protect that is by patenting our

23  inventions.  And we created this unique business

24  model of not holding our patents to ourselves to

25  advantage our own products, but creating a

Exhibit 20
682

0048

1    ==product of them and broadly licensing them on a==

2    ==pro-active basis.==   And if at any point somewhere

3    in the world some government body or quasi-

4    government body takes away the ability of a

5    patent-holder to be rewarded for the incredible

6    risk they take, that's concerning.  And so we

7    watch that very closely.

8         And we tell the story that when the sewing

9    machine was invented there was something like

10   150 patent lawsuits over that.  And to me, it

11   just shows that it's actually the sign of a very

12   vibrant and good opportunity and the system has

13   worked really, really well, in particular the US

14   system.  It's hailed around the world.

15        CHRIS VERSACE:  Well, Bill, before we get

16   out of here, we've talked about a lot and I

17   really appreciate you kind of indulging me with

18   that.  But is there anything that we have to

19   talk about quickly, whether it's about Qualcomm

20   or the mobile industry, before we get out of

21   here?

22        BILL DAVIDSON:  You know, Chris, it was a

23   really comprehensive discussion.  I guess maybe

24   the only other thing would be that I always

25   think of Qualcomm as being unique in so many

Exhibit 20
683

```
 1    ways and one of them maybe that we just didn't

 2    touch on, which is -- you know, I'll go again

 3    like you just said and be Wall Street-specific.

 4    But, look, we put our dividend in place all the

 5    way back in 2003 at a time when we were coming

 6    into what was going to be an incredible growth

 7    period for the company, so not traditional.

 8    Most dividend-payers are companies who don't

 9    have a use for all their cash anymore and so

10    they return it to their stockholders.

11        CHRIS VERSACE:  Right.

12        BILL DAVIDSON:  We did it as a sign of

13    strength and belief in our business model that,

14    even though we were going to go through this

15    just tremendous growth because of the

16    opportunity, our business model would enable us

17    to afford to pay a dividend.  And so, since the

18    inception of the company, we returned something

19    like $27.5 billion dollars to our stockholders

20    in capital and even accelerated that a bit

21    lately with a bigger dividend increase than

22    usual last March at the stockholder meeting and

23    accelerated our buyback.  So we hope people view

24    that as a good sign of confidence in the

25    business and the strength that our business
```

Exhibit 20
684

0050

1    model provides.

2         CHRIS VERSACE:  Bill, does that mean people

3    should tune in to this year's stockholder

4    conference?

5         BILL DAVIDSON:  Well, you know, I can

6    never, obviously, disclose anything beforehand,

7    but I would just say it's been our practice over

8    the past if you look back.  That's typically

9    when we raise our dividend if we're going to do

10   it.  And we raised our dividend every year since

11   we introduced it, even during the financial

12   downturn.

13        CHRIS VERSACE:  Well, that makes you guys,

14   in my book, a dividend dynamo and those are

15   fantastic stocks.  Long friend Bill Davidson,

16   thank you so, so much for carving some time out

17   and visiting with me here on PowerTalk today.

18        BILL DAVIDSON:  It was great catching back

19   up with you, Chris.

20        CHRIS VERSACE:  Hopefully we can do it

21   again.

22        All right, that's it.  That is PowerTalk

23   for this week.  We've done nearly 75 PowerTalks

24   so far and I have to say I think this one was

25   one of the best, if not the best.  Many thanks

Exhibit 20
685

0051

1    to longtime friend Bill Davidson of Qualcomm for

2    coming on the program to talk mobile and help us

3    understand the right way to think about

4    Qualcomm, past, present and future.

5        We'll be back next week with another

6    PowerTalk that takes you behind the scenes and

7    in the know.  Until then, be sure to visit

8    ChrisVersace.com for all your *PowerTrend* needs.

9    Check out the newsletter and look for past

10   editions of PowerTalk while you're there.  Also

11   check out Fabian Wealth Strategies, home of the

12   thematic growth portfolio.  From A. J. Rice and

13   myself, thanks for listening and we'll see you

14   back here next week.

15

16

17

18

19

20

21

22

23

24

25

Exhibit 20
686

0052

1

2     C E R T I F I C A T E

3

4     I, Annelise Schroeder, certify that the

5     foregoing transcript is a true record of said

6     proceedings, that I am not connected by blood or

7     marriage with any of the parties herein nor

8     interested directly or indirectly in the matter

9     in controversy, nor am I in the employ of the

10    counsel.

11                                    A.Schroeder

12    Signature

13    Date      October 1, 2017

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 20
687