# Exhibit 21

0001

```
 1    ------------------------------------------------------
 2                   United States District Court
 3                 Southern District of California
 4          In Re Qualcomm Incorporated Securities Litigation
 5                   Case 3:17-cv-00121-JAH-WVG
 6    ------------------------------------------------------
 7    AUDIO START DATE: 03/17/15
 8    AUDIO START TIME: Unknown
 9    CUSTODIAN: Unknown
10    NAME OF FILE: Burns and Mollenkopf at the 12th
11    SIEPR Economic Summit.mp3
12    EVENT: CONFERENCE
13    INTERVIEWER: SUE BOSTROM
14    INTERVIEWEES: URSULA BURNS and STEVEN MOLLENKOPF
15    ALSO PRESENT: Conference attendees
16
17
18
19
20
21
22
23
24
25
```

Exhibit 21
688

0002

1          SUE BOSTROM:  I'm really honored to be able

2     to host this year's CEO panel at SIEPR, with

3     Ursula Burns of Xerox and Steve Mollenkopf from

4     Qualcomm.  We're really fortunate this year

5     because both of these leaders are driving major

6     transformational efforts in their $20 billion

7     technology companies.  These are organizations

8     that both of them started their careers at as

9     engineers and now have worked their way up to

10    become CEO.  Many of us in the past have known

11    Xerox as only a printer company and in fact, for

12    some of us, the term "Xerox" became a verb in

13    the late 1960s.  Under Ursula's leadership, as

14    CEO and Chairman over the last five years, Xerox

15    has been undergoing a dramatic shift in their

16    portfolio, from hardware to now higher growth

17    services.  And I think, like me, you might be

18    surprised as to where you'd find Xerox today: in

19    customer call centers and in healthcare

20    exchanges and now services makes up over

21    50 percent of Xerox's revenue.  Ursula worked

22    her way up from being a great math student in a

23    pretty rough New York City housing project, to

24    getting multiple engineering degrees and then

25    taking her first job as an intern with Xerox.

Exhibit 21
689

0003

1    Among her many accomplishments over her 35-year
2    career at the company, the one that really stood
3    out to me was when she led both R&D and
4    manufacturing, which were sort of the lynchpin
5    functions in the early 2000s during Xerox's
6    turnaround.  Steve Mollenkopf took on the CEO
7    role at Qualcomm a little bit over a year ago,
8    but he's been with the company over 20 years and
9    in fact, if I've calculated correctly, I think
10   he joined about three years after Qualcomm went
11   public.  The story that I heard is that Steve
12   received a newspaper advertisement in the mail
13   from his brother when he was finishing up grad
14   school at the University of Michigan, and it was
15   an opportunity to move to Qualcomm.  And of
16   course that's in Santiago, so I bet that
17   decision to go from the cold of Michigan to the
18   beaches of Santiago was really a tough choice
19   but obviously Steve made the right one.  Steve
20   started his career as a hands-on innovator at
21   Qualcomm.  He really was one of the designers of
22   the digital communications technology that are
23   in the smart phones that all of us have in our
24   purses and on the table and in our pockets
25   today, and it's really been this phenomenal

Exhibit 21
690

0004

1    growth of mobile communications that has driven

2    phenomenal growth for Qualcomm and also its

3    market valuation.  Today the company is valued

4    at close to $120 billion.  I'd like to thank

5    both of you for joining us in your busy

6    schedules, and the way we're going to run

7    today's panel is pretty similar to how we've

8    done it in the past.  I'll be starting off with

9    a few questions for Ursula and Steve and then

10   we're going to be opening it up to the audience,

11   so I hope that all of you are planting some

12   ideas in your minds now about some questions to

13   ask.  So let's get right to it.  As we've

14   discussed together, the title of today's session

15   is called "The challenge of innovating in a

16   large company", and I think for many of us here

17   in Silicon Valley we sort of have this point of

18   view that all of the great innovation or most of

19   the innovation comes from small startups because

20   they can be very focused, they can identify new

21   market opportunities and they're super nimble to

22   be able to go after those opportunities.  But,

23   based on my experience at Cisco, if you want to

24   stay a large, successful technology company you

25   have to drive internal innovation yourself.  So

Exhibit 21
691

0005

1    what I'd like to do is open it up to Ursula and

2    Steve to share with us their perspectives on

3    that challenge of: how do you continue to

4    innovate when you have a large existing business

5    that you need to run profitably?  So, Ursula,

6    maybe we'll start with you.

7        URSULA BURNS:  Thank you very much.  It

8    turns out it's easier than many think,

9    particularly in a business like Xerox's business

10   where external forces are pushing more and more

11   change internally, where fundamentally the

12   business that we were in, the business model

13   that we were running, would not continue to be

14   as successful in the future as it was in the

15   past.  So, what Xerox was able to do was to use

16   these external forces and this destabilizing

17   pressure to an advantage, not to a disadvantage.

18   We used it as a way to actually redefine

19   innovation, to actually broaden the definition

20   and remove it from only a research or

21   development type of activity, innovating

22   business models, innovating alliances,

23   innovating just about everything that we do.  So

24   to broaden the definition of "innovation" and

25   include more people into it and actually to take

Exhibit 21
692

0006

1    risks, some big risks, that were not big risks

2    when you think about it because the status quo

3    would have eventually just meant that we would

4    be out of business or in a significantly smaller

5    segment of the market, significantly less

6    impactful and stranding some of the assets that

7    we had.  So we used the time that we were living

8    in and the time that we're currently living in

9    as a catalyst to actually disrupt everything and

10   to try to innovate, so it was actually easier

11   for us than staying in the status quo.  What's

12   going to happen over time, though, is that, as

13   we make this change - you said it - more than

14   half of our revenues now come from services.

15   We're in everything from traffic management to

16   customer care to government health

17   infrastructures all over the world, and doing

18   that fairly well.  That's going to also move to

19   a point where we're pretty comfortable as well

20   and people will be pressuring us from the

21   outside to do things differently, either because

22   they can do it cheaper or because customers want

23   more, and that is going to continue to drive

24   this innovation engine.  So we actually - I

25   think like most companies - had no place to kind

Exhibit 21
693

0007

1 of rest our laurels, so we absolutely had to

2 change.  And people always say to me, "Ursula,

3 you're a brilliant leader".  I said, "No, I'm

4 not".  We had very few choices, right, and when

5 you have few choices change is very easy, so ...

6   SUE BOSTROM:  Right.  Steve, do you want to

7 kick us off?

8   STEVE MOLLENKOPF:  Yes, I think for us it

9 was really about culture.  I think the great

10 thing about starts ups is that they have no

11 other choice but to innovate.  But they just

12 take so many bets.  I mean venture capital

13 really just means there's a lot of bets laid out

14 there.  When you're a company, a big company,

15 you have to make sure you, kind of, replicate

16 that culture to the degree that you can and risk

17 taking is very important.  For us we try not to

18 have a lot of structure.  And structure is one

19 of the things that big companies add in that

20 remove their choices or degrees of freedom and

21 things, so we try not to put too much in there.

22 And it's really important, I think, for you to

23 be able to also not penalize or dwell on the

24 mistakes.  You have to make mistakes.  You're

25 going to definitely fail and you don't want to

Exhibit 21
694

0008

1    spend all your time celebrating the failures,

2    and sometimes the key part of culture is that

3    you can ignore the failures and you just kind of

4    keep telling yourself that you're doing a good

5    job.  So the interesting thing for Qualcomm is

6    that the businesses that they're in today are

7    not the businesses that they thought they were

8    going to be in, and the rate at which they had

9    to or we had to change what we were good at was

10   actually quite fast.  It was probably on a two

11   or three or four-year cycle that you had to

12   constantly -- what you were really good at had

13   to change.  And I don't think that changes.  It

14   probably gets faster now in the way the economy

15   works.

16        SUE BOSTROM:  I was just going to follow up

17   on that because Qualcomm has faced a few

18   headwinds recently in terms of this projected

19   slowdown, in terms of mobile devices and the

20   growth there and the emergence of the Chinese

21   semiconductor manufacture, so how do you apply

22   your philosophy to the immediate term?

23        STEVE MOLLENKOPF:  Well, I think for

24   someone who's been in the company a long time

25   the number of times that people said, "This is

Exhibit 21
695

0009

1    the last year that you're going to have a good

2    business" is amazing.  It's probably 20 years,

3    which is how long I've been there, including

4    when we first did CDMA.  There was a professor,

5    actually at Stanford, who said that CDMA

6    wouldn't work, actually.  It defied the laws of

7    physics and so we said --

8         SUE BOSTROM:  We won't name that professor

9    right now.

10        STEVE MOLLENKOPF:  Well, actually, we used

11   to have this joke which: I guess it works

12   everywhere in the world except for the Stamford

13   campus, so ...

14        SUE BOSTROM:  That was an internal Qualcomm

15   joke.

16        STEVE MOLLENKOPF:  It was.  It was.

17        SUE BOSTROM:  Yes.

18        STEVE MOLLENKOPF:  It actually was

19   primarily done by someone from MIT actually, so

20   I can't claim it.  But I guess what happens is

21   you're constantly up against something like

22   that.  The thing to remember is that if you

23   don't eat your own lunch someone else will.  So

24   we had to bet on new technologies.  Sometimes we

25   actually had public statements that this

Exhibit 21
696

0010

1     technology was not going to work but, in

2     reality, we were working with $100 million

3     programs to make sure that if it did work we

4     would be the leader.  And I think that's what

5     most companies have to do or what they do to

6     keep themselves relevant.

7          URSULA BURNS:  It's interesting those

8     external prognostications about your company and

9     external statements when you're working in a

10    company, if you listen to them you could

11    actually just do nothing or actually just be

12    totally schizophrenic, right.  So I think part

13    of the thing that business leaders do that can

14    also be dangerous is to totally shut them out,

15    right.  So either side is not good because there

16    are so many noises and you can actually

17    compartmentalize those noises into ignorance or

18    into just not understanding the internal

19    mechanisms, so you shut them out and that's one

20    or you listen to them.  What businesses do in

21    general is there's this natural daily external

22    measure of the worth of your company.  This is

23    what people say.  Often times you wake up in the

24    morning -- I know Steve does this.  He and I

25    spend time together outside of this kind of

Exhibit 21
697

0011

1    environment in another environment.  You wake up

2    in the morning and there is a message that tells

3    you that you were terrible yesterday and then by

4    the time you end that day you were told that you

5    were great and, interestingly enough, you did

6    nothing.  So, one of --

7         SUE BOSTROM:  So, you're talking about the

8    stock price?

9         URSULA BURNS:  Yes, stock price.

10        SUE BOSTROM:  Yes.  Yes.

11        URSULA BURNS:  Or whatever the

12   prognostications are.  So this idea that you

13   need to actually think of your company as like a

14   living, growing, learning, changing being is

15   really true.  It sounds so comical and kind of

16   trite, but it is the way that you keep yourself

17   sane because if you measured it on any given day

18   you would actually think you were very powerful

19   or very dumb; you know one of the two.

20        SUE BOSTROM:  So, following up on this

21   culture point, later today Larry Baer from the

22   San Francisco Giants is going to speak and one

23   of the things he talks about as being the

24   reasons why the Giants have done so well as a

25   sports organization has been this selfless

Exhibit 21
698

0012

1      culture, and he talks about the role of culture,

2      and so I was thinking about at Xerox, I mean the

3      company has been around for - I don't know - 100

4      and something years --

5          URSULA BURNS:  Seventy-five.

6          SUE BOSTROM:  Seventy-five, okay.  So how

7      do you -- I mean what -- obviously the culture

8      evolves but how do you think about managing the

9      culture, especially as you're trying to drive

10     these changes and I imagine the culture has to

11     evolve with that.

12         URSULA BURNS:  Yes, for sure, and I think

13     -- it took me a while to realize that my -- who

14     I am, since I am temporary, right.  This company

15     has been around for a lot longer than I'm there

16     and it will hopefully last for a long time.  It

17     took me a while to realize how much power who I

18     am has on defining or tweaking or changing or

19     destroying or building up a culture.  So I'm

20     kind of the id and the ego of the company, and I

21     build a team around me and they build a team and

22     they build a team that accentuates the things

23     that we want to last for a long time and tries

24     to dampen the things that are not really

25     valuable to us.  They can't really wipe them out

Exhibit 21
699

0013

1    but -- and so our culture is all around.  I

2    always say to our people that we actually carry

3    our own bags.  We are clearly a blue collar

4    company.  Every single person in our company

5    works and brings value.  We are fearless.  We

6    have to move and you have to have a voice about

7    things.  You have to obviously be excellent.

8    This is not about hiring.  We all hire the best

9    people in the world, from schools all over the

10   world and they're good.  But when they walk in

11   the door they have to actually act like Xerox

12   people.  So what's a Xerox person?  You have to

13   be fearless.  You have to have a voice.  You

14   absolutely have to act.  This idea that moving;

15   not moving is equivalent to moving.  People

16   don't quite understand that.  Then you literally

17   have to be able to be a good practitioner and

18   fail[ph] really fast, innovation, curiosity,

19   literally working for very hard.  This idea that

20   we have brilliant people but brilliance is not

21   enough.  Brilliance is not enough; customer

22   centricity, so all of these kinds of really

23   passionate great words.  The way that we

24   actually do it at Xerox is you've got to live it

25   every single day.  You have to literally go out

Exhibit 21
700

0014

1    and work.  You have to spend time with

2    customers.  You have to spend time with

3    employees.  You have to carry the weight of your

4    pay every single day, and we're paid a lot so

5    there's a lot of weight.

6         SUE BOSTROM:  Is there one thing you wish

7    you could change about how your employees either

8    think about Xerox or how they interact?

9         URSULA BURNS:  Yes.

10        SUE BOSTROM:  One thing if I could just

11   shut that down that would make a huge

12   difference.

13        URSULA BURNS:  I think the biggest thing

14   for me is that actually people think that

15   somebody else will save them.  Every employee

16   thinks that there's someone up there who's going

17   to change their work and make it better, and

18   that's one of the things I preach continuously.

19   We have a small cabinet at the head of Xerox.

20   It's like eight or nine people.  We have 140,000

21   people in the company.  These 8 or 9 people

22   don't see 140,000 people, hardly ever, right?

23        SUE BOSTROM:  Yes.

24        URSULA BURNS:  So the idea that most of

25   what -- most of the value that's created in the

Exhibit 21
701

0015

1    company is created by these 140,000 people

2    individually, not with this -- we're not yelling

3    to them, "By the way, turn right.  Move faster.

4    Fix this problem.  Take on this initiative".

5    It's really -- I am on it all the time.  You

6    have to own and feel as though the failure that

7    you can create in the local thing is worth the

8    effort.  It's worth the -- the risk of success

9    is worth the effort of moving, right.

10        SUE BOSTROM:  Yes, exactly.

11        URSULA BURNS:  So it's a big deal.

12        SUE BOSTROM:  Interesting.  So I thought

13   we'd shift a little bit to -- we've just been

14   talking about the global economy before lunch

15   and then talking about Brazil more recently, and

16   so, Steve, I thought I might pose a question to

17   you about China.  There's been a little bit of

18   news about Qualcomm and China.  For those of you

19   that aren't aware, Qualcomm just settled a suit

20   with the -- or a deal, I guess, with the Chinese

21   government where you're going to be paying

22   $975 million.  And this is related to royalties

23   that Chinese mobile phone manufacturers have

24   been paying to the company and those were

25   hanging over the company's head for a while.  I

Exhibit 21
702

0016

1    believe about half of your revenue comes from

2    China.  It was also announced a couple of weeks

3    ago that Cisco, Apple, Intel and others were

4    removed from China's state purchase list.

5        STEVE MOLLENKOPF:  Yes.

6        SUE BOSTROM:  So China, obviously as we've

7    talked about, is a huge opportunity for all of

8    us in tech companies but it's certainly not easy

9    doing business there.  So, what's your sense of

10   it and what's your feeling about your advice I

11   guess for tech companies as we move forward in

12   working with the country?

13       STEVE MOLLENKOPF:  Sure.  So, China is

14   obviously a large end market.  In the case of

15   our business it tends to be proportional to the

16   number of people because most people in the

17   world either have or will have a cell phone or

18   some connected device – hopefully multiple

19   connected devices – over the course of their

20   life and certainly over the next decade.  So

21   China has a lot of people but more importantly

22   they have a very significant place in the supply

23   chain of devices that are sold worldwide, and

24   that's not just in the handset industry but it's

25   also true in the electronics industry broadly.

Exhibit 21
703

0017

1   They have a tremendously well engineered supply

2   chain around the creation of all these things

3   and it gives them a lot of influence worldwide.

4   So, for us, we had an investigation really about

5   the way in which we conduct business in China.

6   We resolved that by paying the fine that you

7   mentioned, which is $975 million.  But it

8   enabled us to grow our business into what is the

9   largest market in the world.  So, if you look at

10  the size of the cellular, the largest cellular

11  carrier in China, it's China Mobile.  It's about

12  800 million subscribers.  It will be about

13  900 million subscribers in 2018.  Horizon and

14  AT&T are roughly in the low 100 million in the

15  United States and will grow to be about 130 -

16  something like that - over that same timeframe,

17  so the scale is enormous.  So you have to -- in

18  a business like ours you have to participate in

19  it and you can't withdraw from it like some

20  folks have.  So you're forced to figure out how

21  to do that.  So what we did was we have a broad

22  range of technologies and interfaces to the

23  local Chinese economy, and we essentially firmed

24  up some of those and we also reminded folks how

25  that works.  Meaning, the Chinese government is

Exhibit 21
704

0018

1    a very large organization and so how you

2    navigate through it, how you connect one portion

3    where you have a very high partnering quotient,

4    I guess, and how you connect that one to the

5    other one is the beauty of doing business in

6    China.  But a lot of places in the world are

7    complicated to do business.  It's just that in

8    China you can't afford not to participate.

9    There are also things that US-based companies

10   need to be very, very careful about and this

11   didn't hit us directly but it's your sort of

12   guilt by association, which is the whole privacy

13   issue --

14        SUE BOSTROM:  NSA[ph], yes.

15        STEVE MOLLENKOPF:  -- and how people trust

16   their products is a very important global issue

17   for people, particularly people in our industry.

18   As I know, Ursula has the same issue.  When

19   you're dealing with people's data and you're

20   dealing with people's -- effectively their lives

21   and how they share information.  People need to

22   be, and countries need to be, very, very careful

23   about how they do that, so that the consumer or

24   certain places in the world don't get

25   uncomfortable with the use of those products.

Exhibit 21

705

0019

1        SUE BOSTROM:  So you're more optimistic

2    about China right now obviously with this behind

3    you?

4        STEVE MOLLENKOPF:  Yes, for us, we've been

5    doing business there for 15 years and it's been

6    a great place.  We've had -- we have great

7    partnerships there and we kind of got through

8    this period.  Now we're probably better

9    positioned there, not just with our business but

10   also with personal relationships and

11   partnerships than ever before.  And if you look

12   at the history of our company we had these

13   situations where you had to go through something

14   like that.  There were these big events that

15   occurred and you can work through them.  The

16   key, though, is that you need to make sure you

17   have some technology that other people need,

18   which is just saying, "Innovation continues to

19   be important".

20       SUE BOSTROM:  Right, right.

21       STEVE MOLLENKOPF:  And that is the core of

22   really all value creation in negotiation or

23   companies or anything.  If you don't have that

24   then you're done.

25       SUE BOSTROM:  Yes.

Exhibit 21
706

0020

1          URSULA BURNS:  If you don't have that you

2     don't even get -- particularly in China you

3     don't even get a seat at the table.

4          STEVE MOLLENKOPF:  That's right.

5          URSULA BURNS:  I mean they don't even let

6     you in, so ...

7          SUE BOSTROM:  Yes.  So to keep on the

8     global theme, Ursula, you mentioned I think you

9     have 140,000 employees and I guess 160 countries

10     you're in or it's probably more than that and --

11          URSULA BURNS:  No, only 160.

12          SUE BOSTROM:  Only 160, okay.  Only 160,

13     and so there's this whole idea about as you move

14     especially into emerging countries - we talked

15     about Brazil, the risks associated with that,

16     Russia and others - where do you think about

17     placing your big bets right now from a country

18     by country basis, and then how do you think

19     about managing the risks associated with some of

20     those countries?

21          URSULA BURNS:  Interestingly enough, one of

22     our biggest bets is in the United States.  Our

23     employment in the US is growing, some of it by

24     requirement, by regulation based on how states

25     bid on work.  If you happen to be the benefactor

Exhibit 21
707

0021

1    of a state, winning a state bid, then you're

2    almost surely going to have lots of employees in

3    the state.  We are betting more and more in

4    Africa, which is an interesting place.  We had a

5    huge site in Ghana, a specialty delivery site in

6    Ghana, and we brought the size down and now

7    we're growing it up again: pretty good skills,

8    pretty good language capabilities.  As you chase

9    cost around the world Africa is turning out to

10   be an interesting place to go.  So there's no

11   place that we're running away from.  As skills

12   grow around the world we are participating.

13   Because we have end markets everywhere we almost

14   are participating with employment just about

15   everywhere.  I'm surprised at the -- at some of

16   the strength of the US, though, in how we're

17   hiring there and how it continues to, by choice,

18   make it a good option for me to hire there.  The

19   market in the US is also one of the best that we

20   can see around the world.

21        SUE BOSTROM:  So, just about that, what is

22   your view on the US economy and the future of

23   it?  I mean obviously there's some challenges in

24   Asia and Europe and [Overspeaking]

25        URSULA BURNS:  It's amazingly resilient.

Exhibit 21
708

0022

1   These are political words.  I spend a lot of

2   time in Washington.  So it's amazingly

3   resilient.  Actually, it is very strong.  Europe

4   has its challenges and its problems, Asia as

5   well.  Obviously Latin, all growing, all good,

6   but the US over time has been the most

7   consistent profit expanding market for us.  I

8   think it could be better, a lot better.  I think

9   we're leaving a lot on the table, a lot of money

10  on the table.  Trade policy, tax policy,

11  definitely better, cyber policy, immigration

12  policy would actually make this measly 2.5

13  percent GDP growth that we have, or whatever the

14  number is right now, probably even better than

15  that.  But even with all the headwinds that we

16  have, most of them I think self-created

17  headwinds, we're able -- business is able to

18  maneuver its way around it and actually have a

19  good footing.  Innovation is the key of that, by

20  the way, the center of it.

21      SUE BOSTROM:  Right.  And on that topic one

22  of the things you've spoken about before, Steve,

23  is this new, evolving innovation or capability,

24  which is -- I think you're calling it the edge

25  of the internet.

Exhibit 21
709

0023

1        STEVE MOLLENKOPF:  Yes.

2        SUE BOSTROM:  I think some folks around

3    here might call it the internet of things or the

4    internet of everything.  I think we have Gartner

5    projecting in six or seven years that we're

6    going to have 500-plus internet connected

7    devices in our homes.  Can you bring this down

8    to earth for us and explain, like, what is it,

9    what does it mean in terms of business

10   opportunities for firms like yours and then, for

11   us as consumers, how are we going to see this

12   play out over the next five or ten years?

13       STEVE MOLLENKOPF:  Sure.  It's funny, the

14   internet of everything is the term that a lot of

15   companies use to define the next thing but then

16   you ask them exactly what it is and they have a

17   difficult time saying exactly what it is.  But

18   for us the way I look at it is if you look at

19   the -- just think about how the internet will

20   change over time.  The first wave of the

21   internet was you had something on your desk, and

22   there were some winners and losers there and you

23   did a lot of transactions through the browser

24   and there was Office and a number of things,

25   fantastic valuation creation in the world.

Exhibit 21
710

0024

1    There were big companies that emerged out of

2    that and there were actually whole economies

3    that came out of there.  I mean Google is a

4    great example of the relationship between

5    information on the internet at that phase.  Then

6    you get to mobile and the internet basically got

7    to your pocket, so it's on your desk and now

8    it's on your pocket.  And you had things like

9    the smart phone.  You had all the networks to

10   deliver that and then you had a whole bunch of

11   an economy based off of applications that took

12   advantage of the fact that you were mobile and

13   no longer on your desk.  So you could do things

14   like Uber.  You could do things like Facebook

15   and camera sharing of pictures and Twitter.

16   These are things that are just inherently

17   provided or enabled because the internet is now

18   mobile and walking around.  Well, at some point

19   the internet extends not just to your pocket but

20   to about 100 things at the same time around you,

21   and someone will monetize the relationship

22   between data and the things that are going.  So

23   part of what we try to do as a company is enable

24   the industry to grow along each one of those

25   transitions, actually, so what we try to do is

Exhibit 21
711

0025

1    make it very easy for people and new companies

2    to connect their devices to the internet, either

3    through a phone or directly to the internet.

4    When that happens I think they open up a

5    tremendous amount of opportunity for people to

6    create new businesses and one of the areas I'm

7    personally interested in was mentioned earlier

8    today, which is mobile health.  I mean if you

9    look at the healthcare and the amount of data

10   that we have on things.  So, on a car, let's

11   think about how much data you have on a car and

12   contrast that with the amount of data that you

13   have about your own personal health or your

14   kids' health or what have you.  Then you say,

15   "How much money do we spend as an economy on

16   healthcare delivery?"  We haven't really seen

17   the same sort of technological efficiency gains

18   that you would see if Moore's law came to --

19        SUE BOSTROM:  Healthcare.

20        STEVE MOLLENKOPF:  -- providing data off of

21   people.  So I think that's a tremendous

22   opportunity for developed economies to work

23   there.  For a company like ours what does that

24   mean?  It means that you have to solve the

25   privacy problem.  You have to solve the delivery

Exhibit 21
712

0026

1    of data.  You have to enable companies that are

2    not good at getting connected to the internet

3    and dealing with mobility, make it so it's very

4    easy for them to get on the internet.  And

5    that's what we're trying to do as an enabler,

6    but if we can do that I think there will be just

7    a tremendous amount of opportunity for people to

8    do it.  They think about it along the lines of,

9    "There's a thing and I'm going to make the

10   thing", but it's really about: what can I do

11   with the data that came off the thing and what

12   is it that I have to do to the underlying

13   networks in order to provide that capability?

14   And for us we call that, kind of, what's going

15   to evolve at the edge of the internet?  And it

16   seems like there's a lot of opportunity, and I

17   hope that we're one of the companies that

18   contribute there because whoever figures this

19   out first will export it worldwide.  And this is

20   where the US has a tremendous advantage because

21   of the -- just the scale.  You have 300 million-

22   plus people and these are at-scale problems to

23   figure out and if you can figure that out then

24   you will export it to all the other economies

25   and that's why we're excited about it.

Exhibit 21
713

0027

1        SUE BOSTROM:  Ursula, in terms of providing

2    services, you must start to think about cyber

3    security and security issues and I've been

4    reading through a bunch of draft 10Ks[ph] of

5    companies lately and cyber security is, like, at

6    the top of the risk factors now, and so how do

7    you think about both protecting your customers'

8    data but also your own internal IP and data?

9        URSULA BURNS:  It is core and critical and

10    key, and one of the things that you talked about

11    at the beginning is that people wouldn't think

12    about what Xerox does.  We do printing and

13    that's pretty cool but we manage health

14    infrastructures for states; California, we do it

15    for California and for New York.  So we have the

16    data around many, many, many lives in the United

17    States.  We manage traffic safety

18    infrastructures for many states, educational

19    infrastructures.  So, data, the information that

20    we have is important, being able to actually

21    manipulate it and then use it to monetize our

22    business growth and to actually increase

23    effectiveness is one of the major challenges

24    that we have.  And cyber is one of the -- cyber

25    and security around cyber is the -- one of the

Exhibit 21

714

0028

1   biggest challenges that we face.  We have some

2   headwinds for sure because there is this desire

3   to get more output, to get more efficient, to do

4   more.  While you have this desire to actually --

5   of everyone for them to -- for people to know

6   less about them, so they want all of the -- all

7   the good stuff that you can possibly get about

8   knowing about them with none of the knowledge

9   about knowing about them is a big deal.  But I

10  do believe that it is a challenge but one that

11  we're going to have to be able to address.

12  There's a lot of work between industry and

13  Washington and many, many private sector

14  players, universities, etc., that are trying to

15  be able to actually balance this information

16  about -- specific information about you,

17  providing specific value to you but also

18  affording you the privacy that you want.  This

19  is not perfect yet but I think it's going to be

20  able to go.  Everything is going to have to give

21  a little.  Everyone is going to have to be able

22  to give a little bit for this to happen.  We had

23  some -- you know Snowden didn't help.  It didn't

24  help us inside the United States.  It didn't

25  help us outside the United States.  It didn't

Exhibit 21
715

0029

1    help us with regulators.  It didn't help us

2    anywhere.  But over time I think it'll get --

3    it's almost like a wave that eventually you'll

4    realize that it happened to you - it happened to

5    you — before you'll be able to stop it.  It

6    is —

7        SUE BOSTROM:  [Overspeaking] a forever

8    problem.

9        URSULA BURNS:  I think that that's —— there

10   are going to be problems.

11       SUE BOSTROM:  Yes.

12       URSULA BURNS:  There are going to be big

13   problems.  I just say, "Keep your life not

14   interesting and then you'll be okay".

15       SUE BOSTROM:  Well, I wanted to move to the

16   diversity topic that Steve raised at the

17   beginning and I'm actually going to give this

18   question -- I'm sorry, the diversity topic that

19   as the introduction was made as that topic came

20   up.  I'm actually going to ask Steve to answer

21   the question and I'm sure that Ursula and I will

22   jump right in with our comments on it but ——

23       URSULA BURNS:  Steve, Steve, we're

24   watching.

25       STEVE MOLLENKOPF:  Not just you, by the

Exhibit 21
716

0030

1    way.

2         SUE BOSTROM:  We are aware that we want to

3    increase diversity.  We're aware we want to

4    increase diversity in technology companies.  We

5    know the problem as it relates to pipeline.  As

6    I was saying to you, I've been whispering in my

7    daughters' ears, "Software engineering" since

8    the time they were born and neither one of them

9    majored in engineering in college, so I myself

10   have failed.  But Intel now is investing --

11   announced that they're investing $300 million to

12   - I guess, what they're calling - get to full

13   representation of women and minorities by 2020.

14   So what do you think about that?  What do you

15   think are the things that we can be doing across

16   the board as both educators, folks in business,

17   etc., to really have a more diverse workforce

18   which we all know results in better products,

19   better customer service, etc.?

20        STEVE MOLLENKOPF:  I mean also you access a

21   very large population that you're not accessing

22   is a very practical issue but ...

23        SUE BOSTROM:  Correct.  Right.

24        STEVE MOLLENKOPF:  So I think it's really a

25   big issue from the pipeline perspective.

Exhibit 21
717

0031

1    Everyone talks about this.  Everybody is

2    subjected to it.  Everyone is trying to figure

3    out how to deal with it and I think everyone's

4    unsatisfied with the progress so far.  I mean

5    we're certainly that way.  And everyone -- and

6    we have programs where we bring people in at the

7    middle school level because that's where you

8    lose people - you lose them at the middle school

9    level - and you get them excited about building

10   robots or doing code.  They just basically get

11   an experience and they figure out that it's

12   something that's interesting.  The problem is,

13   if you look, the trends are actually quite poor.

14   They're actually getting worse versus getting

15   better, even though we have all of these real --

16   they're people that are essentially celebrities

17   because they're celebrities in tech, yet the

18   pipeline is actually going the other direction.

19   I think everybody's working on that and my guess

20   is that will work, but that's going to be a

21   decade before you start to see that even show up

22   in the middle levels of organizations.  So I

23   think there's: get people in the door.  Get

24   people excited about it.  We all should be doing

25   that.  But one of the problems is, when you have

Exhibit 21
718

1    people already in the company, how do you get

2    them successful?  How do you make sure they're

3    successful?  And for us it's a little bit goes

4    against this comment I made earlier about having

5    a lot of structure, so if you don't have a lot

6    of structure and you're constantly innovating

7    like a startup how do you make sure that people

8    get ahead?  And in a company like ours getting

9    the right assignments is key and it ends up or

10   at least our perspective -- and you always have

11   to be careful giving the man's perspective on

12   this problem.  And I've been educated a lot by

13   this - including by my own daughters - that what

14   I at least take away from it is men and women

15   are socialized differently and, by and large,

16   the project assignments tend to be done in a way

17   that rewards the men's socialization.  So you

18   have to go in and make sure, "Hey, did we get

19   this person?  Did we encourage this person to

20   speak?  Did we get all of those things?"  And I

21   think that is an important component at the

22   grassroots level of what will get people to move

23   up.  The broad sort of awareness; everyone's

24   aware, actually, at this point.  It's just: how

25   do we make sure that people move ahead?  And it

Exhibit 21
719

0033

1   is a thing everyone is trying to figure out how

2   to deal with and I think we're not making as

3   much progress as we should be happy with.

4          SUE BOSTROM:  You're right about the

5   socialization.  My experience as a manager was

6   that during performance reviews the men would

7   always come in, in general, assuming they had

8   done a lot better than they had actually done.

9          STEVE MOLLENKOPF:  Yes.

10         SUE BOSTROM:  The women would always -- I

11  would be spending the whole time, "No, no, you

12  really did great.  Seriously, you did a

13  phenomenal job", so again generalizations you

14  can't go by but it is --

15         STEVE MOLLENKOPF:  Can I give an

16  interesting stat that I learned at the Grace

17  Hopper event which effectively was a lady who

18  was a CTO of a small company.  She told me that

19  if you look at -- I might have this wrong, but

20  if you look at men or boys by the time they're

21  18, something like they've failed at 30 things

22  that they really truly cared about.  They went

23  and tried to do something.  They tried to get on

24  a team or whatever and they failed.  It is 30

25  things.  What do you think the equivalent number

Exhibit 21
720

0034

1    is for women the same age?

2        SUE BOSTROM:  No, half that.

3        STEVE MOLLENKOPF:  It's three.

4        SUE BOSTROM:  Oh.

5        STEVE MOLLENKOPF:  It's three because what

6    you find is people self-select.  I see this in

7    my own family.  People will self-select and not

8    go into this thing because they didn't think

9    that they could do it when, in reality, the

10   opposite is true if you look.  So I think you

11   have to look -- as a manager, you have to look

12   out for those things and encourage people.  At

13   the review process it's too late because,

14   typically, getting a good review meant, "I'm in

15   the right assignment and if I'm in the right

16   assignment then I've got a chance to display my

17   expertise".  That's where I think people should

18   spend time and say, "Hey, make sure that

19   happens".

20       SUE BOSTROM:  Ursula?

21       URSULA BURNS:  Yes, I actually -- you

22   didn't do poorly.

23       STEVE MOLLENKOPF:  Okay.  That's it.

24   That's it.  That's it.

25       URSULA BURNS:  Really good.

Exhibit 21
721

0035

1          STEVE MOLLENKOPF:  But I think there's

2     going to be a lecture coming.  I have a feeling.

3          SUE BOSTROM:  But ...

4          URSULA BURNS:  There's a 'but'.  But, yes,

5     I do believe that there is absolutely a

6     socialization pipeline for sure.  But I think

7     it's the -- and that's one that we will take

8     that will take time to fix, primarily because

9     you don't get an engineer in a day.  It takes

10    you 20 years to build one probably.  But I do

11    believe that there's another set of really

12    immediate things that we can fix that are

13    amazing to me that -- even Xerox we have two

14    women who led the company in the last 10/15

15    years that we still have fundamental challenges

16    on.  We are a biased society.  We actually walk

17    into rooms and if you see a woman you assume

18    that she can do certain things and if you see a

19    man you assume that he can do certain things.

20    If you see a black woman or a black man or an

21    Asian we are biased and we don't -- I think that

22    we have to actually recognize that and just say

23    that we are and then literally fight against it

24    every day.  We have this thing at Xerox that

25    every single job that's at a certain level --

Exhibit 21
722

0036

1    this is very painful for my staff.  Every job at

2    a certain level has to have what we call a

3    diverse set of qualified candidates, right.  So,

4    if you want to head -- be the chief marketing

5    officer, the guy retires and they come in and

6    they tell me, "Here are the candidates.  There

7    are five of them" and one of them is a woman and

8    you'll hold that job up for -- you try this.

9    You hold this job up for six months trying to

10   find the right mix of people, and if you do it

11   and you're really focused on it you actually

12   will find the right mix.  You will often hire

13   the man but at least you will train yourself to

14   actually broaden the -- broaden where you look.

15   We are a biased people.  This room is a great

16   example of it.  I mean they're not only men

17   economists in the world but there seem like

18   there are only men economists in the world when

19   we're looking out here.

20       SUE BOSTROM:  We had that conversation at

21   our advisory board meeting yesterday.

22       URSULA BURNS:  So I just think it's one of

23   these things that it's -- the pipeline, one of

24   the things when we get to the point where we're

25   feeling really good and we are less biased or

Exhibit 21
723

0037

```
1    whatever, however you confront that, we'd then
2    go out there and find out the pipeline is not
3    full, is not enough.  But I don't even think
4    that we're actually getting to that point yet.
5        SUE BOSTROM:  No.
6        URSULA BURNS:  If it were just a pipeline
7    problem I would love it.  And it is a pipeline
8    problem but even for highly qualified, highly
9    skilled jobs today that there are enough people
10   we don't look far enough to get them.  We don't
11   take enough quote unquote "risk".  We have a
12   model of what success looks like or what past
13   success will look like, and you say, "Well, I
14   want to get one of those".  Women just don't
15   generally have that set of experiences, so
16   you're going to have to actually change your
17   whole approach and say, "Well she got the
18   degree.  She worked somewhere and she didn't
19   blow up the place, so we're going to take a
20   quote unquote 'chance' at it" and when it --
21   it's going to become absolutely necessary and
22   when it becomes absolutely necessary, for what
23   Steve said, just running out of we're giving --
24   we're running out of white men.
25       SUE BOSTROM:  Right.
```

Exhibit 21
724

0038

1          URSULA BURNS:  There will be a point where
2     you're going to have to --
3          SUE BOSTROM:  [Overspeaking] you have a
4     sign it's ...
5          URSULA BURNS:  It is frustrating but it's
6     also something to work on.  I mean it's an
7     inspirational thing to work on.
8          SUE BOSTROM:  It's interesting because I
9     met a woman who runs a search firm and she only
10    searches for female candidates for boards of
11    directors.  At first I thought, "Wow, this is
12    weird.  We're going to do an exclusionary
13    process to create an inclusionary board", right,
14    but it is amazing when I have seen the
15    candidates that she has come up with that just
16    no one knows.  They've never been a buddy of
17    somebody or in a certain circle, and it has
18    really changed my mind on that particular
19    example.
20
21         URSULA BURNS:  It's interesting my middle
22    name is John by the way.
23         SUE BOSTROM:  Oh.
24         URSULA BURNS:  Because I read that same --
25    I only read the headline.  I didn't read the

Exhibit 21
725

0039

1    whole article.  It's another way of pointing out

2    the same problem that we don't have diverse

3    participation in the opportunities and, in order

4    to get that, we're going to have to jump through

5    some steps and we may have to have -- I think

6    unfortunately, but we may have to have around

7    the world regulation.  The European you have to

8    have a certain -- those things are not

9    sustainable over time.

10         SUE BOSTROM:  Right.

11         URSULA BURNS:  But if you try everything

12    else and it fails then you get to the point

13    where you say, "We're going to regulate this"

14    and you may not get the best but you'll get the

15    motor starting a little bit.  You'll get this

16    flywheel kind of moving a little bit.  I'm

17    hoping that we don't have to get there here in

18    this country because I don't believe it's the

19    methodology that's sustainable but --

20         SUE BOSTROM:  Well, that's a good warning

21    to all of us out there.

22         URSULA BURNS:  Including me.  I mean I --

23         SUE BOSTROM:  Yes, all of us.

24         URSULA BURNS:  -- mean including all the

25    companies.

Exhibit 21
726

0040

1        SUE BOSTROM:  Yes, we've got to fight for

2    it every day.  Just to stay on the workforce

3    related issues, there's going to be a critical

4    issue session later today on the millennials and

5    in our generation the idea of building a career

6    at one company or a handful of companies was

7    sort of the way that you thought you were going

8    to advance.  Now we've got younger people who

9    think they're going to stay in a job for maybe

10   three years because that's the way to learn and

11   get broad experiences.  So, how do you think

12   about building your workforce and then retaining

13   your workforce when you've got potential

14   employees who don't see the world as we did?

15       STEVE MOLLENKOPF:  It's funny.  We don't

16   see that trend so sharply, meaning that we don't

17   see this exodus after three years or five years

18   because of people wanting to say, "It's time to

19   move on".  You do see it and you see it along

20   all the title lines if you're not having people

21   work on interesting things.  The thing that I

22   think is the key to retention is: do people have

23   a sense of mission and do they feel what they're

24   working on is important?  Now, I think there are

25   certain age groups, certain groups of people

Exhibit 21
727

0041

1    that are highly attuned to that.  For example

2    the collaboration and, "I want to work on a big

3    problem and I want to be part of something that

4    touches everyone's lives".  There are certain

5    age groups that that's more important than

6    others, but it ends up that most of the good

7    businesses are actually in alignment with

8    something that touches everyone's life, at least

9    certainly what we work on.  So I think that

10    tends to be more of what it is about.  Also, the

11    way in which recruitment happens is completely

12    different now in the age of LinkedIn and all of

13    these things.  You're not going to prevent

14    people from having -- from knowing about what's

15    going on.  It's not the whole, "This person sent

16    an email to our employee.  Let's make sure that

17    that doesn't happen.  Stop the pipe from

18    happening", because they're going to know about

19    everything.

20        SUE BOSTROM:  Right.

21        STEVE MOLLENKOPF:  So you have to make sure

22    that you have an engaging workforce and you're

23    working on interesting things and not prevent

24    knowledge of the opportunity.  So we spend most

25    of our time making sure that we're working on

Exhibit 21
728

0042

1    something on a proper scale than anything I

2    would say.

3         URSULA BURNS:  I so agree with that.  We

4    still don't -- we don't really see that trend.

5    Clearly there's different work -- there's

6    different requirements, expectations or things

7    that are interesting to different generations,

8    but this rush towards the door is not something

9    that happens after three years/five years.  I

10   think part of it has to do with self -- I was

11   thinking about this with my team when we were in

12   DC the other day.  Part of it is some people

13   probably self-select themselves out of working

14   for a big corporation before they walk in the

15   door, so maybe that's the reason why we don't

16   see it.  Maybe, I don't know.  We don't see

17   this: they've been there three years and they

18   feel compelled to runaway.  Literally, if you

19   have a great job for them --

20        SUE BOSTROM:  And a good manager.

21        URSULA BURNS:  A good manager is number 1,

22   right?

23        SUE BOSTROM:  Right.

24        STEVE MOLLENKOPF:  And if you can market

25   yourself as a company that has impact and do

Exhibit 21
729

0043

1   what you normally do.  Most big corporations --

2   most corporations I'm sure, but most companies

3   I'm sure, but most big corporations have just a

4   wealth of opportunity for people to actually

5   have varied experience.  It's amazing.  Live all

6   over the world.  Literally, live around the

7   world, serving community activities, literally

8   redesign how society works and lives.  These

9   kinds of things are the things that really

10  compel people to stay and be engaged.  People

11  leave for sure but it's not generally because

12  they're saying, "My God, I've been here too

13  long.  It's year five.  I've been here too long.

14  I should be looking for something else".  If

15  they have a bad manager they'll leave almost

16  immediately, by the way; almost immediately.

17       SUE BOSTROM:  [Overspeaking].  I'm going to

18  ask you one more question and then we're going

19  to open it up for questions from the audience.

20  So, for those of you that are interested, let's

21  start looking for the mics.  You've talked quite

22  a bit about being in Washington — running into

23  Steve in Washington - and I think it was in 2010

24  that you were appointed by President Obama to be

25  vice chair of the President's Export Council.  I

Exhibit 21

730

0044

1   think you were recently in Turkey and Poland on

2   behalf of that council.  What do you think --

3   maybe if we leave it broad, what do you think

4   the US government could be doing, either in the

5   US or with our trading partners, to help US

6   firms be more competitive?

7        URSULA BURNS:  I mean the number of things,

8   unfortunately, are many but I'll stop and I'll

9   bucket them in three areas.  By the way, the

10  President's Export Council, as a lead into this

11  answer, is probably one of the most interesting

12  things, interesting and useful thing.  It is the

13  most interesting and useful thing that I

14  actually do in Washington.  It's fun and

15  informative and impactful, so we can actually

16  have some speaking with the government partners

17  and trading partners and then having policy made

18  that actually aligns to where it has been pretty

19  interesting and good.  Opening up trade, the

20  ability to trade easily for small and mid-sized

21  businesses in the United States is one of the

22  most important things that we can do to increase

23  trade because big companies get it, and if they

24  don't know how to do it they'll learn really

25  quick and run through just about any door.  The

Exhibit 21
731

0045

```
 1    unbelievable growth in small and mid-sized
 2    companies in the United States, which is where
 3    most of the employment growth is coming from,
 4    which is where just about all of the total
 5    revenue growth, industrial revenue growth is
 6    coming from, is what we need to actually enable
 7    and that's something that we are -- that is very
 8    difficult to do.  It's very difficult to do
 9    because there is not a natural infrastructure in
10    the government or in any real community.  Like I
11    said, companies ought to do it because we just
12    figure -- we hire, we figure it out.  We spend
13    money to figure it out.  Small companies don't
14    have the ability to do that and to navigate.
15    There's just a myriad of things they have to be
16    able to do to get around.  So enabling that, and
17    there's a whole bunch of work trying to make
18    sure that we can connect smaller companies to
19    either bigger companies that can help them with
20    our supply chains to trade while connecting them
21    to governments or countries directly.  Having a
22    trade policy that makes sense would be also
23    good.  So this idea that we're going to actually
24    go into negotiations with our trade promotion
25    authority is an interesting idea, right.  So
```

Exhibit 21

732

0046

1   we're going to sit down, Poland, Turkey and the

2   United States, and the guy who is negotiating

3   for the United States has to continue to go out

4   of the room and call the President to see -- or

5   Congress to see --

6        SUE BOSTROM:   [Overspeaking]

7        URSULA BURNS:  It's just insane.  So there

8   are certain things that I am not going to speak

9   about because they are so stupid.  And I don't

10  mean that -- they're so obviously --

11       SUE BOSTROM:  Wrong, yes.

12       URSULA BURNS:  -- wrong, exactly, that you

13  just have to assume that eventually they're

14  going to get fixed because if they don't get

15  fixed then this whole thing kind of implodes on

16  itself, right.  So you have to have a set of

17  trade policies and a method of trading that

18  makes sense, and we had it in the past.  We lost

19  our way a little bit or are getting into a fight

20  that has nothing to do with that, so we have to

21  fix that.  Outside of that, opening it up for

22  small and mid-sized companies is really big and

23  then having trade agreements that make sense.

24  We're structuring trade agreements all the time

25  on paper.  We have them.  And companies, China

Exhibit 21
733

0047

1    has signed 11 and we've signed zero in the -- we

2    signed 4 two years ago.  So literally that's --

3    you have to actually engage in a sensible way

4    with people who are sitting across the table

5    trying to do exactly what you're trying to do,

6    right, to your detriment.  They're not trying to

7    kill you.  They're just trying to get the upper

8    hand, which is basically what we would be trying

9    to do.  So this is this idea that there are 300

10   million people in this country that depend on

11   smart decision-makers to enable them to have a

12   better life.  We have to make sure that we keep

13   pushing on those decision-makers to make sure we

14   can enable all these people to have a better

15   life, right, and trade is one of the

16   fundamentals.  Another thing that we can do -

17   and this is to all of you in the room - we have

18   to actually convince people that trade is good.

19   Many people in the United States actually

20   believe that trade, free trade, is a job robber

21   in the United States.  We spend all of our time

22   in Washington - Steve and I and other tech CEOs

23   - explaining that that is just wrong and you

24   have a whole set of parties that believe that

25   that's true, a whole set of -- you have a set of

Exhibit 21

734

0048

1    parties that believe that's true, elected

2    officials that believe that that's true, and

3    unfortunately we have people around the United

4    States that believe that that's true and net/net

5    there's not one fact that lines up with that.

6    Every single fact is contrary to that.  So trade

7    is a really big deal.  Innovation is a big deal.

8    I mean it's a big echo system of things that you

9    have to get done.

10        STEVE MOLLENKOPF:  Can I add a few things

11   to that?

12        SUE BOSTROM:  Sure, absolutely.

13        STEVE MOLLENKOPF:  I think the thing to

14   remember, too, is that people talk about company

15   being XYZ as an American company or a German

16   company, but actually what they do is the

17   optimize for the entire world --

18        URSULA BURNS:  That's what we do.

19        STEVE MOLLENKOPF:  -- given the global set

20   of constraints.  We churn out tremendous talent

21   that knows how to do this, and so people move to

22   the incentive system.  The fact that there is

23   some unusual situation that exists, people just

24   move the resources somewhere else.  Companies

25   have to do that.  If they don't do that they

Exhibit 21

735

```
 1   won't succeed, so number 1 you have to pay
 2   attention to that.  Immigration and tax are the
 3   two -- and people are tired of us talking about
 4   it but it is a big issue.  We have a lot of
 5   money stranded from the US economy because of
 6   tax policy and it needs to eventually get
 7   figured out.  Then the one I think people don't
 8   talk about enough, which is a key component of
 9   our success, is the US university system.  We
10   have such a unique university system.  We train
11   the best people in the world and we don't keep
12   them, and we have to make sure that we continue
13   to be able to train them forever because that --
14   and that is not something that resonates with
15   the political timeline.  I mean you're investing
16   in something as a payoff two or three
17   administrations down the line.  We've benefited
18   from that immensely as technology companies.
19   When you lobby in that area, boy, it's hard to
20   get traction.
21       SUE BOSTROM:  Well, we're all worried about
22   the UCs out here.  That's for sure.
23       URSULA BURNS:  Yes, so trade, tax,
24   immigration, definitely educational
25   infrastructure.  A lot of the time that we spend
```

Exhibit 21
736

0050

1    in Washington is around those things.

2         SUE BOSTROM:  Our next president is going

3    to have a full plate, that's for sure.  So maybe

4    some --

5         STEVE MOLLENKOPF:  [Overspeaking] for sure.

6         SUE BOSTROM:  We won't have to get into

7    that discussion right now.  So maybe some

8    questions from the audience.  Does someone want

9    to start?  I think right here in the middle.

10   Difficult to get to but ...

11        MALE SPEAKER:  Ursula, it didn't happen on

12   your shift but because you're there as the CEO

13   of Xerox and we're talking about innovation,

14   what is the learning that is the inside Xerox

15   story about not allowing Xerox Park to happen

16   again?

17        URSULA BURNS:  Well, we spend quite a bit

18   of time not -- how will I say this?  We spend

19   quite a bit of time celebrating what Xerox Park

20   is now versus looking at what happened to Xerox

21   Park before.  So what Xerox Park is now is this

22   unbelievable innovation area for Fortune 500

23   companies around the world, for small companies

24   and for the government and for Xerox.  So what

25   we've done with Xerox Park, which is probably in

Exhibit 21
737

0051

1    response to what happened years ago, is to

2    actually contain it and then loosen it, if you

3    know what I mean.  So contain it in a way that

4    says that there is a magic there that our

5    infrastructure doesn't really mess with too

6    much.  It's a little bit to what Steve was

7    saying, so not a lot of rules here.  Not a lot

8    of oversight here.  There's a great leader and a

9    methodology.  Then what we did was we actually

10   spun it out of the company.  It's a wholly owned

11   subsidiary of Xerox.  It has an open innovation

12   engine.  It has a P&L that is almost like a

13   startup P&L.  They have to invest and make money

14   back.  We've allowed them to actually be a

15   little bit more -- we've allowed them to be a

16   lot less like mother Xerox, in the ways that

17   would be negative, and a lot more like Park in

18   the ways that would be positive.  The other

19   thing we've done is we've actually replicated it

20   to other sites around the world.  We have an

21   amazing Park Europe in a place called Grenoble

22   in France, and then we have Park India as well

23   and that's been able to kind of keep the people

24   rejuvenated and excited about it.  So it's a

25   real big strength for Xerox right now.  I want

Exhibit 21

738

0052

1    to make sure that we keep it that way by

2    continuing to morph the model and allowing them

3    to continue to be innovative and not so directed

4    from us on what they do and that's, I think, the

5    strength.  I'm not really sure nor did I spend a

6    lot of time focusing on what happened 25 or

7    however many years ago it was.  As I say, I

8    think we have a model now that works and so

9    let's continue to grow from that point forward.

10        SUE BOSTROM:  Next question.  There's a

11   couple over here.

12        MALE SPEAKER:  Yes, I would like to know

13   how you identify, encourage and reward and

14   retain innovators in a larger company.

15        SUE BOSTROM:  So, Steve, maybe we can start

16   with you.

17        MALE SPEAKER:  The first one is identify

18   but then there's the other parts of it, too.

19        STEVE MOLLENKOPF:  I think, in general,

20   innovation is something that happens everywhere

21   in the company.  That's first of all.  I think

22   most people -- and you have to encourage that to

23   occur.  We tend to celebrate our innovators

24   really through patents.  We make a big deal of

25   patents.  Patents for us represent at least some

Exhibit 21
739

1    quanta of innovation, and so we spend a lot of

2    time rewarding people and celebrating people's

3    patents or that's the sort of formal version of

4    it.  We have a formal innovation program.  We

5    have a number of things, but I think engagement

6    with the senior management team directly with

7    the people that are doing the innovation, and

8    actually participating in the process we tend to

9    do a lot of.  We also -- there's a reason why

10   people reward people with equity compensation.

11   It is also a way that rewards people for adding

12   value, and if you believe innovation is the

13   thing that adds value as a company it aligns

14   what they're doing.  So we've done that

15   historically as a means.  For example, on our

16   business cards if you have a certain number of

17   patents you can have a little stamp that says

18   you're an innovator.  And just very small things

19   like that create a culture of, "Hey, it's

20   important".  That innovation is important and it

21   works actually.

22        URSULA BURNS:  Inspect a big deal, so have

23   a process.  Inspect.  I agree on this patent

24   thing.  We are really around making sure that we

25   celebrate success in this area.  We're actually

Exhibit 21
740

0054

```
 1    trying to -- because we are a business process
 2    company, a lot of the innovation that happens --
 3    we kept funneling innovation down to this thing
 4    that's called labs or engineers or scientists
 5    and that -- by the way, we need that and we now
 6    have that running very well.  What we found out
 7    was that we needed innovation and process and
 8    methods of doing business, almost as much as we
 9    need innovation from a technological standpoint.
10    So we're really -- we're putting a lot of energy
11    behind that and trying to learn a lot about
12    that.  If you think of something like Steve said
13    earlier, LinkedIn or these dating sites, and you
14    think about it's an innovation that is -- it's
15    enabled by technology but the technology is not
16    the thing.  It's the whole process by which you
17    would think about: how do you figure out a way
18    to meet somebody differently, right?  These are
19    the kinds of things that we're actually now
20    trying to put an engine behind, but it literally
21    is about -- you inspect -- if you inspect what
22    you expect you get things.  If you celebrate
23    what you expect you get a whole bunch of energy
24    behind it, so it's the basis management thing.
25    So you put a [Inaudible] on it.  You actually
```

Exhibit 21
741

0055

1    celebrate it when it's really going well.  You

2    call it when it's not going well and make

3    changes.  In that way it's a big deal.

4         SUE BOSTROM:  I'm looking forward to that

5    Xerox dating site.

6         URSULA BURNS:  Yes, no, we're not into the

7    dating sites.

8         SUE BOSTROM:  Another question?  Yes.

9         MALE SPEAKER:  You two have done a very

10   good job of discussing this from what seems to

11   me to be the standpoint of a 30,000 foot

12   viewpoint of a chief executive of a very large

13   organization.  I happen to have known some of

14   the people involved in one of your organizations

15   very well.  Both organizations began with

16   technological innovations, very disruptive

17   innovations, particularly in the case of Xerox.

18   Ursula, you've described what you're doing now

19   as essentially it sounds to me more like IBM's

20   moving into more of a service situation, granted

21   these are big jobs and you have the capability

22   to undertake them.  I would ask you both if

23   you're really trying to do innovations in the

24   devices area, such as both your companies

25   started with.  Are you starting working in that

Exhibit 21
742

0056

1    area, or have you evolved away from that and

2    feel that the device area is relatively mature

3    and that you've got to move into these other,

4    basically, not so technical markets?

5        URSULA BURNS:  I'll start and then -- I

6    mean absolutely not moving away from innovation

7    in the devices area, in the things area.  We

8    still spend - between ourselves and our partners

9    in Japan - over $1 billion in research in the

10   thing area, in three areas primarily.  One is 3D

11   printing.  We actually have a strength in heads

12   in 3D printing and we market them to the 3D

13   printing companies.  It's a business that's

14   still just starting.  I mean nobody has quite

15   made money yet, but everybody needs heads and we

16   actually have to perfect them to be able to move

17   through these heads or to shoot many, many

18   different types of substrates and things, so

19   we're spending quite a bit of money there.  A

20   large amount of money in high speed imaging

21   still, particularly in high quality marketing-

22   based materials, which is still the area of the

23   market, what we call graphic communications.

24   That's growing pretty amazingly.  Interestingly,

25   the third area is in using imaging to manage

Exhibit 21
743

    1    infrastructures around the world, cities,

    2    particularly roadways.  So all of our copying

    3    imaging, for example, is used now -- if you go

    4    over to Henry Hudson Parkway in New York City, I

    5    know none of you actually do New York City

    6    because if you're here you don't have to go to

    7    New York City.  But in New York City it's called

    8    transponderless tolling or transponderless road

    9    -- high occupancy vehicle management, so we use

   10    -- we're still investing quite a bit of money in

   11    imaging in 3D printing and in other areas to

   12    keep moving along.  The other $0.5 billion that

   13    we spend is in process engineering but we're

   14    still very, very heavily weighted towards

   15    innovation in devices, as you call it.

   16        STEVE MOLLENKOPF:  I think for us we

   17    fundamentally bet on technology.  So our

   18    original big move in the company came because we

   19    invented a technology that made digital

   20    communications much more efficient.  What we

   21    ended up doing was at that point we had to do

   22    everything.  We had to build the base stations.

   23    We had to build the devices.  We had to build

   24    the chipsets.  We had to do all these things.

   25    The reason we had to do it is no one else

Exhibit 21
744

0058

1    believed that it would work.  Then eventually we

2    got to the point where we figured out that the

3    right business model was to actually focus on

4    licensing the inventions, essentially through

5    the standards bodies so that the entire market

6    could play.  Instead of practicing the

7    inventions ourselves, and then we would enable

8    more market participants to enter into that by

9    selling enabling technology.  So we do

10   semiconductor chipsets and fairly large business

11   doing that.  So when we look at the company we

12   actually say, "Well, what are the three or four

13   big technology trends that will happen, and

14   let's see if we can enable two of them?"  We

15   place four bets but we hope that two hit, and if

16   you have big enough ambitions those two need to

17   be able to cover the others that miss

18   essentially.  The business model that you select

19   may not be known to you yet, but if you have the

20   key scale and the -- you're working on a big

21   enough problem then you have the optionality of

22   selecting what your business model is.  That's

23   what we've done as a company.  We'll be almost

24   30 this -- we'll be 30 this year, and that's

25   really what I mean to say by leaving your

Exhibit 21
745

0059

```
1    options open and being flexible with what you

2    do.  In some cases you may be better off

3    changing your business model dramatically, so at

4    the end of the 1990s we sold out handset

5    business.  We sold an infrastructure business

6    and we -- I would expect us to be changing our

7    business model as we go into these new areas,

8    like Ursula and Xerox are doing.

9         URSULA BURNS:  It's really interesting - if

10   I can just add in to that a little bit - we just

11   sold a business as well that would be one that

12   would be changed very significantly by

13   technology, and we decided to sell it primarily

14   because we couldn't invest enough money and

15   didn't have the expertise to fundamentally

16   change that business we were too small.

17        SUE BOSTROM:  ITL[ph]?

18        URSULA BURNS:  Yes, the ITL outsourcing

19   business, too small, etc.  But I want to go back

20   to the beginning of Xerox.  If you think about

21   the innovation that happened with Xerox, one of

22   it was Xerography, very famous.  We went out or

23   Chester Carlson went out with this amazing thing

24   and couldn't get traction for four years.  He

25   couldn't get traction until he changed the -- he
```

Exhibit 21
746

0060

```
1    innovated the business model.  He literally --
2    the traction that he got was he tried to sell
3    these machines to people and they said, "Well, I
4    don't think I want to buy them".  So, literally,
5    he and some lawyers and some -- they didn't know
6    they were business process people then but they
7    were, said, "How about changing the entire
8    delivery model?  How about renting these
9    machines?"  The entire model for how the copying
10   business developed around the world was not only
11   the Xerography.  It was literally this model
12   that you buy by the drink without that change.
13   Without that change this great innovation would
14   have been trapped for many more years to come,
15   right, and that was -- that's an important
16   thing.  That's one of the reasons why we're so
17   on the: think about it more broadly.  It's not
18   because we want to leave behind technology.  I
19   mean thing innovation that's really important
20   but if all you do is that then you're going to
21   be lost.  Telephone has the same story.  I mean
22   all of these things have the same story of
23   making sure that you think about how people will
24   use what you do, what you have.  If you can't
25   figure out a way to innovate how people use it
```

Exhibit 21
747

0061

1    then you're not going to probably be successful.

2         SUE BOSTROM:  Another question?  Yes, over

3    here on the left or my left.

4         MALE SPEAKER:  Hi.  So I think this is a

5    question that maybe reflects -- comes from the

6    heart of someone who is a recent Stanford

7    graduate and who is kind of stuck around the Bay

8    area, but how do you address the issue of

9    recruiting our young talent out of universities

10   like Stanford when I think speaking for a lot of

11   people my age, there's a lot of excitement

12   around new, emerging companies very small

13   companies, startups, and the exciting

14   opportunities on both a personal, technical and

15   also from a equity compensation perspective,

16   like how do you address competition against

17   that?  Thanks.

18        SUE BOSTROM:  Steve, do you want to start?

19        STEVE MOLLENKOPF:  Sure.

20        URSULA BURNS:  Then I'll go.

21        SUE BOSTROM:  Sure.

22        STEVE MOLLENKOPF:  We actually do quite

23   well recruiting certain people.  Now, there are

24   people that want to a startup experience and

25   you're just not going to find that in a big

Exhibit 21
748

1    company.  But you will find other things that

2    are -- that apply or resonate with a lot of

3    other people, so we find that we're able to

4    recruit people.  Now, the market is the market

5    and people are going to pay for talent and

6    they're going to go to where talent is and

7    they're going to do all the market things, and

8    big companies do the same thing.  Interestingly,

9    when we went into -- there's also a point where

10   that changes, by the way, where people come and

11   you -- a bigger company actually has an

12   advantage.  I'll give you an example, which is

13   when we were moving into smart phones one of the

14   things that we had to get very, very good at was

15   graphics.  So graphics for the phone, which is

16   the primary graphics or primary gaming platform

17   today, is something we had to build up.  We did

18   not have that expertise and we needed to recruit

19   people from that world.  What we found we were

20   very, very good at taking the employee that was

21   newly married and just spent five years in the

22   startup, so we had a lot of 29 year-old --

23        SUE BOSTROM:  Without an equity event.

24        STEVE MOLLENKOPF:  Right.  We used to ask

25   them, "What took you so long to get here?" and

Exhibit 21
749

1    they basically said, "I was tired of living in

2    this place and then I got married and now, you

3    know --" and so we ended up getting a lot of

4    talent that way.  So you can kind of play on

5    both sides but ...

6        URSULA BURNS:  You see if I -- it's

7    interesting.  My son -- for a full disclosure,

8    my son goes to school here.  He's getting his

9    PhD here and one of the things that truly -- and

10   I'm on the board of two really old companies in

11   addition to my company: American Express and

12   ExxonMobil.  So these are like -- these are

13   ancient.  People ...

14       SUE BOSTROM:  Historic.

15       URSULA BURNS:  Historic, right.

16       SUE BOSTROM:  Yes.

17       URSULA BURNS:  All three of these companies

18   are very much like what Steve said.  Believe it

19   or not the world does not rotate around

20   Stanford.  There are other rotation points

21   around the world.  I'm saying that with all due

22   respect.  I mean because when you get here, just

23   like when I go to MIT people actually believe

24   that there's no other place that you can

25   actually -- Michigan has a good engineering

Exhibit 21
750

0064

1    school.  MIT has a good school.  Columbia has a

2    good school.  So the good news is that there are

3    lots of good schools.  As Steve said, we can't

4    screw this up because we recruit from all of

5    them.  People who have a certain bent want to

6    live in a certain type of area.  You're not

7    going to come to work for Xerox very likely, but

8    there are a lot of other people who will.  As

9    far as compensation goes, Steve is right.  I

10   mean you can't pay less.  You can't.  I mean the

11   market is the market and it's very easy to find

12   out what an electrical engineer gets paid in

13   XYZ, cost of living adjusted.  So there's not

14   generally a pay barrier here.  It's a lifestyle

15   type barrier, and there are certain people who

16   want to work in a company that's a little bit

17   more established and others who want to try to

18   do the startup thing.  There is a time in life

19   when taking 20 minutes to go one mile is no

20   longer useful, right.  If you want to go to

21   Toronto or wherever it is — Toronto is probably

22   the same thing — if you want to go to Michigan

23   where it takes less time.  So there's a whole --

24   people kind of move through their lives and we

25   try to capture them at every single point.  We

Exhibit 21
751

0065

1    hire a fair number of Stanford grads and MIT

2    grads and we also hire Rensselaer grads and

3    Michigan grads and ...

4         STEVE MOLLENKOPF:  Let's say the other

5    thing we do is -- I think everybody does this

6    but you do internship programs or co-op

7    programs.

8         URSULA BURNS:  Yes, it's a big deal for us.

9    Yes.

10        STEVE MOLLENKOPF:  And that essentially you

11   -- people select in both directions --

12        URSULA BURNS:  Select, yes.

13        STEVE MOLLENKOPF:  So very, very high

14   return on those programs and they --

15        SUE BOSTROM:  Well, you both have some good

16   schools that are relatively close by for

17   internships and things.

18        URSULA BURNS:  They're not bad.  Yes, not

19   bad for internships.

20        STEVE MOLLENKOPF:  We actually only recruit

21   from less than 20 schools, actually, and we did

22   a lot of data matching and we found out what

23   actually works and we just focus our firepower

24   there.  The technique tends to be: get them

25   early and get them introduced to the company and

Exhibit 21
752

0066

1    if you can find a match don't lose those people

2    That's what the intern --

3        URSULA BURNS:  All of them, exactly.

4    That's where the summer internships are really,

5    really helpful.

6        SUE BOSTROM:  Then you take them by the

7    beach on the way back to the airport, right?

8        STEVE MOLLENKOPF:  I tell you, what they

9    work on is more important than where they sit --

10       URSULA BURNS:  A big deal.

11       STEVE MOLLENKOPF:  -- and they really want

12   to know that they're working on something that

13   they can tell their parents or their family and

14   say, "Hey, I did X".

15       SUE BOSTROM:  Another question?  Oh, right

16   down -- right in the middle there.

17       FEMALE SPEAKER:  Bias is generally

18   unconscious, so how do you bring the unconscious

19   to the conscious?

20       URSULA BURNS:  Data; facts and data.  I'm

21   sorry for jumping on this one but --

22       SUE BOSTROM:  Go.

23       URSULA BURNS:  We did this study at Xerox,

24   a high level study — now we're diving deep into

25   it - and we looked at how many women we had at

Exhibit 21

753

0067

1   an entry level band B position.  Amazing.  We

2   were at 50 percent of our entry level band B —

3   so this is management — people were women.  Then

4   by the time you get to an A level executive we

5   were down to 15 percent.  These people, a lot of

6   them are still in the company so we -- our

7   people who were very aware of the big push that

8   we had on diversity and inclusion we managed out

9   90 percent of these great people that we hired.

10   So with the data we were able to actually go

11   back and, first of all, do a perspective look

12   and make sure that we didn't -- that we were

13   asking 15/20/30 questions on why this woman

14   couldn't do this job - and this was a particular

15   woman thing — but also to actually become aware

16   of the fact that we were actually acting this

17   way because we were absolutely -- we had decided

18   these people were good enough to be an entry

19   level manager and then progressively decided

20   that they were worse than 50 percent of the men

21   or 90 percent of the men that they were

22   competing against, so either we were doing

23   something wrong, judging wrong, training them

24   wrong, whatever it is, and that's what we -- so

25   the first thing that we did was data, just to

Exhibit 21
754

1   literally be really unforgiving about the facts.

2   Unforgiving about the facts; let's write them

3   down.  Then what you have to do is literally --

4   the second thing, is not move -- make sure that

5   you slow down action to the point of pain before

6   they can actually make an easy decision on the

7   option of a man.  By the way, with that you can

8   do that.  We just didn't have enough women in

9   certain positions where we could actually fill

10   the job, but there were a lot of circumstances

11   when we could and so we were able to actually

12   push that.  Very few of the women - like, I'll

13   say none - fail.  They fail about the same rate

14   as a man fails.  So this is literally about

15   giving opportunity here and keeping --

16   continuously looking at: how are you behaving?

17   How are you behaving?  How are you behaving?  I

18   don't want anybody to have a frontal lobotomy

19   when they walk in the company.  You can be as

20   biased as you want but I want your actions to

21   actually align with the direction of the

22   company, and that's a big deal.  So I'm not

23   trying to change people's belief.  I just want

24   to make sure that we can enact the right set of

25   policies, etc., enact actions from the policies

Exhibit 21
755

0069

1    to make sure that we have the right outcome.

2    Because we did do -- for many years at Xerox try

3    to do this kind of religious movement to get

4    everybody to love each other and respect each

5    other, and that's a good thing but you can't

6    ever test it unless you look at the results.  So

7    that's what we do now.  We look at the results.

8         SUE BOSTROM:  What have you found about the

9    support you might need to provide for women as

10   they're having families, because one of the

11   things we've seen at Stanford Business School is

12   we all get our MBAs.  We all go out in the

13   workforce and then women are opting out for

14   various reasons.  How do you think a company

15   like yours can help with that problem?

16        URSULA BURNS:  Yes.  I'm going to try to be

17   as politically correct as possible.  I think we

18   do everything that's standard to do.  So you can

19   leave for 12 weeks, you name it.  Every set of

20   flexibilities that everybody has put in - it's a

21   physical set - we've got it.  This is almost

22   like changing your mindset as well, like I

23   talked about.  You don't have to get a frontal

24   lobotomy.  We're talking about very educated

25   women and I would say the first thing that they

Exhibit 21
756

0070

1    -- that has nothing to do with me.  They have to

2    talk to their husbands and -- because generally

3    they are married, right.  So they've made an

4    option.  Their family set has made an option

5    that I think is not -- that I can't get in front

6    of.  So I want to make sure that women

7    understand, that people understand, that there's

8    a man and a woman, both generally educated.  The

9    men have to do something.  They have to step up

10    here.  I'm famous for saying the following: that

11    I married a man 20 years older than I am.  That

12    solved all the problems in the world, right.

13    Because by the time I had a baby he was ready to

14    retire, right.  He can stay home.  And I say

15    that in a way -- all the structural things we're

16    ready to do we tried to put, got it.  But

17    there's a set of choices that you say to

18    yourself, "Why is it that 85 or 90 percent of

19    the women choose to stay home?  Are the men not

20    capable?"  That's not so.  So I say to all of us

21    out there, as we're raising our children or

22    influencing your grandkids, make sure that the

23    mail grandkids understand that they have a

24    really important parenting job that could be

25    traded off with a woman's parenting role.

Exhibit 21

757

0071

```
 1          SUE BOSTROM:  You must have just heard the
 2     lecture that I gave to my son.
 3          URSULA BURNS:  Okay.
 4          SUE BOSTROM:  So that's perfect.  Well, I
 5     want to thank both of you for spending some time
 6     with us today.  I want to thank the audience for
 7     your participation.
 8          STEVE MOLLENKOPF:  Thank you.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Exhibit 21
758

0072

1    C E R T I F I C A T E

2

3    I, Janet Theresa Curran, certify that the

4    foregoing transcript is a true record of said

5    proceedings, that I am not connected by blood or

6    marriage with any of the parties herein nor

7    interested directly or indirectly in the matter

8    in controversy, nor am I in the employ of the

9    counsel.

10

11   Signature

12   Date      September 28, 2017

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 21
759