# Exhibit 24

# Qualcomm's Altman talks technology licensing

By **Mike Freeman**

NOVEMBER 22, 2013, 6:00 AM

These days, it's hard to think of Qualcomm as fragile. It's the dominant provider of cellular technology for smartphones. It has nearly $30 billion in cash.

But Steve Altman, Qualcomm's retiring vice chairman, remembers when the San Diego company was in a precarious position — before its core Code Division Multiple Access technology gained traction in the wireless industry.

He was employee 406. (Qualcomm now has 31,000 workers worldwide.) A lawyer managing technology licensing and contracts, Altman was on the front lines trying to keep the company afloat.

Shortly after being hired in 1989, Altman began negotiating a joint venture with French telecom equipment maker Alcatel involving Qualcomm's Omnitracs fleet management technology.

"If we got that deal signed, they were going to pay us a $1 million upfront payment," Altman said. "I vividly remember one of the board members and the CFO coming into my office and just imploring me to get that deal done quickly so we could meet payroll."

Altman, 52, went on to become the chief architect for Qualcomm's technology licensing business, negotiating tough deals with the likes of Motorola, Nokia and AT&T to use Qualcomm's intellectual property.

Those licenses were critical to growing the market for Qualcomm's CDMA technology. Today, Qualcomm has more than 250 licensees for its 3G patents and more than 90 for its 4G LTE portfolio.

Licensing remains a key financial pillar for the company. For its 2013 fiscal year ended in September, Qualcomm's licensing arm brought in $7.6 billion in revenue, or 30 percent of the company's total sales. The licensing unit's $6.6 billion in earnings before taxes made up the bulk of Qualcomm's profit.

In a 24-year career, Altman served as general counsel, head of technology licensing, president of the company and most recently vice chairman. He has been a member of the company's executive committee for nearly 15 years. He is retiring Jan. 3.

"He has been a critical part of the executive team, and Qualcomm has benefited greatly from his vision, creativity, dedication and focus," Chief Executive Paul Jacobs said in a statement.

Altman took a roundabout route to the technology field. Growing up in Tucson, Ariz., he believed he could be a professional basketball player and, after a stint in junior college, walked on at Northern Arizona University.

A 5-foot-10 bench player, he gave up basketball and graduated with a degree in police administration. On the advice of a professor, he went to law school at the University of San Diego. He worked for a corporate law firm for three years before joining Qualcomm.

Altman has donated more than $10 million to UC San Diego to fund diabetes research, a disease that runs in his family. He is a member of the board of directors of DexCom, a San Diego company that makes glucose monitors, and privately held ViaCyte, which is working on a cure for Type 1 diabetes.

Altman will serve as a strategic consultant to the company after his retirement. He sat down recently with U-T San Diego to discuss his career at Qualcomm and what the future holds. Here are some excerpts.

**Q:** What brought you to Qualcomm?

**A:** After law school, I took a job with a firm. It was very unfulfilling. So I told myself, I did really well in law school. I trained for three years at a law firm. I want to go work in-house somewhere.

Exhibit 24
781



Steve Altman along Qualcomm's patent wall. He is retiring Jan. 3. — *crissy Pascual*

I interviewed with two companies. One was Qualcomm, and the reason I interviewed with Qualcomm was my wife was actually the first attorney at Qualcomm.

I also interviewed with a company — do you remember Hang 10? It was a beach wear company. It was very successful for a while. I literally decided whichever one gives me an offer, I'm going.

Fortunately, Hang 10 didn't want me, and Qualcomm ended up making an offer. And Hang 10 ended up going bankrupt six to eight months later.

**Q:** How did the licensing business come to be?

**A:** At that time, the entire industry did not believe CDMA would work. Everybody in the industry had a different reason why it wouldn't work. I'm not an engineer. I would go into these meeting with engineers, and I would grasp very little of what they were talking about. But you could see the passion and just how convinced they were that this was going to work.

What happened is we were able to convince three cellular operators that — while the whole industry was going with a Time Division Multiple Access-based technology — CDMA had these great advantages.

But one of the requirements they had was, we don't want you, Qualcomm — we were a very small company at that time — we don't want you guys to have control of the technology where we only can buy products from you. We want our big infrastructure manufacturers and big handset manufacturers to license the technology.

In 1990, they brought Motorola and AT&T to the table. These were companies going full-speed with TDMA. They were very skeptical about CDMA. But their big customers were saying we want you to figure out how to work with Qualcomm.

So we negotiated with these guys where they paid us upfront for some of the development. They paid us for reaching milestones. And we were able to negotiate an ongoing royalty, so if they later sold products that used our technology, we would get an ongoing revenue stream.

**Q:** Did they take Qualcomm's technology seriously?

**A:** Remember, we invested everything in CDMA at a time when the whole industry said it's not going to work. They were going in a completely different direction. They didn't believe in it. They weren't investing in it.

Then the carriers said, we're interested, and we are going to be disappointed if you don't find a way to work with Qualcomm.

**Q:** How hard did they fight?

**A:** They were very tough negotiations. When you're looking to meet payroll week to week, these things took longer, and they were difficult.

But I also got the sense that these companies felt this is never going to be that big. I've got to satisfy my customer, but TDMA is the way the market is going to go.

I tell employees that in the early days, Qualcomm was very much underestimated. The technology was underestimated, and the market was underestimated.

But it's just as difficult now because now we are not underestimated. Everyone is looking at us, trying to figure out how to take the ball away from us.

**Q:** To this day, some consider Qualcomm as a parasite on the wireless industry because of its technology-licensing program. What do you think of that?

**A:** I have the history of seeing what we went through. The companies that are saying that are using the technology we created and took all the risk to create.

And now there is talk of weakening intellectual property rights and all that. If that happened back when we started, we would not have been able to create what we created. And people here are very proud of what we have done, and what it has done for the community and jobs.

If you look at the companies that are bad mouthing the licensing program, they don't like writing a royalty check to anyone. They would like all IP to be free except for the stuff that they create.

This was essentially the only business model that could have been successful for us and get this technology to market.

**Q:** How come this licensing model has worked over the years?

**A:** We could have easily, once we signed up everybody and the ball was rolling, we could have said we get royalties for the next 15 years, let's sit back and collect our royalty checks.

But what has been fantastic about this business model is Qualcomm gets these royalty checks and invests in research and development — like $5 billion last year. We invest in R&D, and then we make it available to the industry through our licensing program, through our chips, through the software we provide. It allows more and more competition to get into the marketplace where there is no way they would be able to otherwise. You would only have the behemoths who had the ability to (spend heavily on R&D), if there is no Qualcomm.

**Q:** What happens in the future?

**A:** I think there is a set of challenges that the company is going to have to face in the licensing program, which is fair. There are always challenges. What's going to allow us to continue forward with the licensing program is the business model that we have of continuing to lead the industry, continuing to integrate more technologies, continuing to create new technologies.

**Q:** In other words, continuing to be the R&D shop for the industry?

**A:** That is the key. Because we remain leaders, people, although they don't like paying the royalty check, they love getting access to the technology we create.

So as long as we keep doing that — and whether royalty rates come down a little bit or fluctuate — the market is growing exponentially. I think if we fast- forward five years, we see handsets, we see tablets, we see wearables. The cost of cellular and the advantages it brings, the cost is coming down so quickly and the advantages it brings are increasing so greatly, you're going to see so many different devices that have the technology in it.

**Q:** Why are you retiring now?

**A:** It has felt like time for a while. We have great people. So my role has been reducing. Running licensing, it's difficult. It takes a little bit out of you over the years. So the idea of doing something a little bit different is exciting.

---

**Steve Altman**

Position: Vice chairman, Qualcomm

Personal: Age 52; married, three children

Education: Bachelor of science in police science and administration, Northern Arizona University; law degree, University of San Diego

Career: Joined Qualcomm as manager of licensing and corporate counsel in 1989; head of technology licensing, 1995-2005; company president, 2005-2011;

vice chairman, 2011 to present

Hobbies: Spending time with family, golf, travel

Interesting tidbit: In college, Altman said he could occasionally dunk a basketball, which is unusual for

a 5-foot-10 "white Jewish guy"

---

Copyright © 2017, The San Diego Union-Tribune