# Exhibit 31

## *Battle of tech heavyweights; Broadcom, Qualcomm will fight their next round over patents in Santa Ana court.*

The Orange County Register (California)

May 1, 2007 Tuesday, 1 Edition

Copyright 2007 The Orange County Register (California) All Rights Reserved

**Section:** BUSINESS; Pg. Cover_D

**Length:** 667 words

**Byline:** By JOHN GITTELSOHN

THE ORANGE COUNTY REGISTER

## Body

In this corner, wearing a black and red logo, weighing in at $3.7 billion in 2006 sales, the Irvine creator of more than 20 lines of semiconductor chips used in everything from cell phones to office networks:Broadcom Corp.

In the opposite corner, wearing a blue and white logo, with 2006 sales of $7.5 billion, the San Diego pioneer of Code-Division Multiple Access technology used in most American cell phones:Qualcomm Inc.

The high-tech heavyweights square off in a trial scheduled to start today in U.S. District Court in Santa Ana that could shape the future of Southern California's cell-phone chip industry.

In the lawsuit, Broadcom contends Qualcomm infringed on three of its patents in central processing units, or baseband chips, that enable the new generation of cell phones to surf the Internet, transmit videos and perform other advanced tasks.

"We're seeking damages and, maybe more important, an injunction that would stop those chips from being sold," said David Rosmann, Broadcom's vice president in charge of intellectual property litigation.

Alex Rogers, Qualcomm's senior vice president and legal counsel, accused Broadcom of going to court because it can't compete in the business arena.

"They're hoping to undermine our reputation on the cheap," Rogers said.

The market for so-called next generation -- frequently referred to as 3G -- cell-phone products is huge. Qualcomm forecasts 2007 worldwide sales, excluding China, of 383 million cell phones, including 175 million with fast data access, or WCDMA capability. That compares with 117 million handsets in 2003, just 4 million of which were WCDMA.

Exhibit 31
806

Battle of tech heavyweights; Broadcom, Qualcomm will fight their next round over patents in Santa Ana court.

Mobile and wireless chips accounted for 30 percent of Broadcom's sales in the first quarter of 2007. Qualcomm generates 30 percent of its revenue by licensing other manufacturers to use its technology.

The two companies have filed 10 lawsuits against each other. Most recently, on April 13, Broadcom sued Qualcomm in Orange County Superior Court for unfair competition, charging excessive royalties and refusing to license its technology as a way to monopolize the cell-phone chip industry. Rogers denies that's how Qualcomm does business, noting that his company has licensing agreements with about 140 manufacturers.

"Saying we refuse to license competitors is like saying McDonald's refuses to sell hamburgers," Rogers said. "It's nuts. It's crazy!"

Rosmann noted that Qualcomm dropped countersuits that accused Broadcom of patent infringement after Broadcom prevailed in a San Diego jury trial and in the International Trade Commission in Washington, D.C. The ITC is scheduled to decide this month whether to restrict imports of chips using Qualcomm's technology, almost all of which are made overseas.

So far, Broadcom's legal campaign has not helped its bottom line. The company reported net income of $61 million for the first quarter of 2007, a 48 percent drop from a year ago. Broadcom's mobile and wireless sales declined by 11 percent in the quarter.

By contrast, Qualcomm's profits in the latest quarter jumped 22 percent to $726 million. The company predicted rapid growth, especially in the new generation of its cell-phone products.

The trial's witness list includes the two companies' founders: Broadcom's Henry Samueli and Qualcomm's Irwin Jacobs.

Both are academics who combined technological savvy with entrepreneurship to build sprawling corporations that made them billionaires. Forbes magazine estimated Jacobs' fortune at $1.7 billion compared with $2.1 billion for Samueli.

The two men are leading philanthropists in Orange and San Diego counties. They also share an enthusiasm for contact sports. The San Diego Chargers play in Qualcomm Stadium, while Samueli owns the Anaheim Ducks hockey team.

"The corporate philosophy extends to his sports team," Peter Gluck, a Costa Mesa attorney and intellectual property rights specialist, said of Samueli. "The Ducks are the tough guys, the players in black who keep on fighting to win."

714-796-7969 or [jgittelsohn@ocregister.com](mailto:jgittelsohn@ocregister.com)

**Load-Date:** May 3, 2007

End of Document

Exhibit 31
807
Page 2 of 2