# Exhibit 33

Audio Transcription of

FBR Capital Markets Investor Conference on

December 1, 2009

(Selected Portion)

Transcribed by:
John Arndt, CSR, CCR, RDR, CRR
(CSR No. 084-004605; CCR No. 1186)
Job No. 52319

Exhibit 33

811

2

1    AUDIENCE MEMBER:  Could you comment on
2    your -- the nature of your relationship with
3    MediaTek and how that might evolve over time?  A big
4    share gainer, rightly or wrongly -- their customers
5    are not so kosher, but in Asia it's been a big share
6    gainer.  Would like to understand what that whole
7    tapestry of relationship is.
8    MR. DAVIDSON:  Yeah.  I mean, the
9    relationship there -- oh, yeah.  Sorry.  For the
10   folks on the webcast too, the question was could I
11   describe the relationship that we now have with
12   MediaTek.  I'll oversimplify it.  Well, MediaTek is
13   a chipset licensee, obviously a competitor to our
14   chip business, and so therefore, we've entered into
15   a patent agreement with them where we get rights for
16   each other's products and have agreed to not assert
17   against each other.  But neither of our cust -- none
18   of our customers from either side receive rights
19   under that license agreement, or under that patent
20   agreement, rather.
21   So the relationship is one of they're
22   licensed, and they now are in the market and will be
23   free to compete, and as I said, that's what the
24   licensing business wants, so again, good motivation
25   for us as a company.  We think they'll expand the

3

1  market, so happy to have another provider in there
2  who clearly is doing a good job.  I think, though,
3  that when you look at their business model, it's
4  very different from others.  Kind of reminds me of
5  how Nokia used to address the handset market, where
6  they developed mass quantity, and there's not a lot
7  of customization.
8              So I think the move to 3G might be a
9  bit more difficult than people are thinking for
10 them, but I have no doubt they'll get there.  Very
11 capable company and a formidable competitor who we
12 respect.  But I think they can actually potentially
13 expand the market for us.  We hope that it helps get
14 the Chinese market going even stronger than we've
15 seen to date.  So the relationship is one of a
16 licensee.  Certainly not the same kind of
17 relationship we would have with an OEM partner
18 because they are a competitor, but they are -- they
19 do now have rights under our patents.
20             AUDIENCE MEMBER:  Was that a strong
21 statement from management whether to license to
22 them, because --
23             MR. DAVIDSON:  No, not at all.  No.
24 ==Number One, when CDMA -- our essential patents --==
25 ==we're required to license them, but Number Two, as I==

4

1    said, we don't shut anybody out.  We don't make a
2    decision that we're going to license you and not
3    license you because that would be discriminatory.
4    We'll license anyone who is willing to enter into
5    the terms of our agreement.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

5

C E R T I F I C A T E

    I, John Arndt, certify that the foregoing transcript is a true record of said proceedings, that I am not connected by blood or marriage with any of the parties herein nor interested directly or indirectly in the matter in controversy, nor am I in the employ of the counsel.

*[signature: John Arndt]*

JOHN ARNDT, CSR, CCR, RDR, CRR

Date    October 12, 2017