# Exhibit 53

## *Qualcomm raises guidance as revenue growth improves; Shares jump following sell-off that was prompted by last earnings report*

MarketWatch

March 25, 2010

Copyright 2010 Factiva ®, from Dow Jones
All Rights Reserved



Copyright 2010 MarketWatch, Inc. All Rights Reserved.



**Section:** NEWS & COMMENTARY

**Length:** 434 words

**Byline:** Dan Gallagher, MarketWatch, MarketWatch; dgallagher@marketwatch.com; Dan Gallagher is MarketWatch's technology editor, based in San Francisco.

## Body

SAN FRANCISCO (MarketWatch) -- Qualcomm Inc. raised its earnings forecast for the second fiscal quarter on Wednesday morning, citing better-than-expected revenue from both its chipset and licensing businesses.

By midday, shares of Qualcomm (QCOM, US) were up more than 6% to $42.61. The stock has fallen by 15% since the company's last earnings report in late January, during which the company reported disappointing results as more sales came from lower-end markets. (RELATED ARTICLE: Qualcomm shares drop on disappointing outlook) See full story on Qualcomm's last results.

"We now project earnings per share to be well above the high end of our prior guidance driven by strength in licensing revenues and favorable volume and product mix in our chipset business," Qualcomm CEO Paul Jacobs said in the statement.

==Qualcomm makes chipsets for wireless handsets. It also licenses its technology to other chipmakers and handset manufacturers.==

Analysts say the improved forecast points to continued strong demand in the wireless handset market.

Exhibit 53

971

Qualcomm raises guidance as revenue growth improves;  Shares jump following sell-off that was prompted by last earnings report

"Today's increase in guidance is not necessarily new news given Qualcomm's positive comments back at its shareholder meeting, but it is a positive indication of the health of the handset market, and the commentary regarding a more favorable chipset mix does help quell some of the pricing and margin concerns that surprised investors on the last earnings call," wrote Adam Benjamin of Jefferies & Co. in a note to clients.

For the March quarter, Qualcomm now expects revenues to come in between $2.55 billion and $2.65 billion. The company previously targeted a range of $2.4 billion to $2.6 billion.

Wall Street was already on the high end of the earlier guidance, expecting revenue of $2.58 billion for the quarter, according to consensus estimates from Thomson Reuters.

For earnings, Qualcomm now expects a range of 56-58 cents per share compared to its previous estimate of 49-53 cents per share, on a pro-forma basis. Analysts had been expecting 53 cents per share for the quarter.

The company also lifted its projection for Mobile Station Modem shipments to 92 million to 93 million units, compared to its previous target of 88 million to 92 million units.

But it did not change its forecast for licensee shipment volumes or average selling prices for CDMA devices in the fourth quarter of 2009, saying it has not completed the analysis of all the necessary information.

Tim Long of BMO Capital Markets said in a note to clients that, while Qualcomm did not specify sales of wireless handsets, "we assume higher devices units drove a lot of the upside" for the quarter.

## Notes

Qualcomm Inc. raises its earnings forecast for the second fiscal quarter, citing better-than-expected revenue from both its chipset and licensing businesses.;

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** June 19, 2013

End of Document

Exhibit 53
972
Page 2 of 2