# Exhibit 59

**North America** United States
**TMT** Wireless Equipment

6 June 2005



Deutsche Bank

# Qualcomm

Reuters: **QCOM.OQ**    Bloomberg: **QCOM UQ**    Exchange: **NMS**    Ticker: **QCOM.OQ**

## Let the market decide

Brian Modoff — (1) 415 617-4237 — brian.modoff@db.com
Jonathan Goldberg — (1) 415 617-4259 — jonathan.goldberg@db.com
Vijay Doradla — (1) 415 617-3324 — vijay.doradla@db.com

### Conference call with Steve Altman, QCOM President
Below we have provided the transcript from our May 13, 2005 conference call with senior management from Qualcomm, including President-elect Steve Altman and former head of QTL; Lewis Lupin, Firm General Counsel; and Marvin Blecker, the new President of QTL. They argue that the best determinant of the strength of QCOM's patent portfolio rests with the market and the company's 130+ licensees.

### Maintain Buy rating and $45 price target
We maintain our Buy rating. At current levels QCOM is trading at 21x our CY06 estimates, which is a slight premium to the group average of 20x. Our $46 price target is also based on a discoutned cash flow analysis using an 11% discount rate and 5.5% perpetual growth rate. Risks to our price target include handset consumer cycles and 3G adoptions cycles.

### Company Visit

**Buy**

| | |
|---|---|
| Price at 3 Jun 2005 (USD) | 37.58 |
| Price target | 45.00 |
| 52-week range | 44.55-32.53 |

Price/price relative

| Performance(%) | 1m | 3m | 12m |
|---|---|---|---|
| Absolute | 8.4 | 6.2 | 11.1 |
| S&P 500 | 3.0 | -1.2 | 7.1 |

### Stock data
| | |
|---|---|
| Market Cap (USDm) | 46,390.6 |
| Shares outstanding (m) | 1,234.4 |
| Free float (%) | 100 |
| Volume | 4,617,695 |
| S&P 500 | 1,196.02 |

### Key indicators
| | |
|---|---|
| ROE (%) | 18.6 |
| ROA (%) | 17.1 |
| Net debt/equity (%) | -18.6 |
| Book value/share (USD) | 9.22 |
| Price/book (x) | 4.1 |
| Net interest cover (x) | NA |
| EBIT margin (%) | 41.8 |

### Forecasts and ratios
| Year End Sep 30 | 2004A | 2005E | 2006E |
|---|---|---|---|
| 1Q EPS (USD) | 0.25 | 0.30 | 0.37 |
| 2Q EPS (USD) | 0.27 | 0.29 | 0.42 |
| 3Q EPS (USD) | 0.29 | 0.25 | 0.34 |
| 4Q EPS (USD) | 0.20 | 0.28 | 0.40 |
| FY EPS (USD) | 1.01 | 1.12 | 1.53 |
| P/E (x) | 30.6 | 33.6 | 24.5 |
| Dividend yield (%) | 0.9 | 0.7 | 0.7 |
| EV/EBITDA (x) | 13.1 | 13.0 | 8.6 |
| Revenue (USDm) | 4,880.7 | 5,546.4 | 7,145.0 |
| ROE (%) | 19.9 | 18.6 | 21.0 |
| Net debt/equity (%) | -12.6 | -18.6 | -26.9 |

Source: Deutsche Bank estimate

**Deutsche Bank Securities Inc.**

Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report.

Investors should consider this report as only a single factor in making their investment decision.

Independent, third-party research (IR) on certain companies covered by DBSI's research is available to customers of DBSI in the United States at no cost. Customers can access this IR at http://equities.research.db.com, or call 1-877-208-6300 to request that a copy of the IR be sent to them.

DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1

Exhibit 59
1006
1958QB0734672

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
CONFIDENTIAL
Q2014FTCBCM12375382
Q2017MDL5_12375382

6 June 2005    Wireless Equipment   Qualcomm                                    Deutsche Bank

## DEUTSCHE BANK

Moderator: Brian Modoff

May 13, 2005

10:00 pm CT

**Brian Modoff:**
Today we have with us Steve Altman, President-elect of QUALCOMM. Steve was formerly in charge of QUALCOMM Technology Licensing or QTL Segment and has been with the company almost since its founding and very involved in the process of licensing contracts and negotiations the company has had over the last several years.

Also on the call is Marv Blecker. Marv has recently been promoted to President of QTL replacing Steve at his former position, and Lou Lupin who is General Counsel for the company.

Steve I'd like to start the call with the first question revolving around IP contract issues.

What do you think is going on right now in terms of IP royalty issues?

Recently, you have had the two major European players in WCDMA making a lot of loud commentary, especially to European investors, around paying you too much for royalties. One of these manufacturers funded a study which purports to show them at a better position than you [on WCDMA IP].

**Steven Altman:**
Well we've seen, over the course of our licensing program, companies, either in the press or publicly, complaining. There's not a licensee I think that enjoys paying royalties.

But they've all recognized our intellectual property. These are companies that have signed agreements with us, have agreed to pay, and are paying.

They all recognize that our portfolio is essential to the CDMA standards. That the standards continue to evolve, we continue to file, and gain access to new inventions, new patents. We license them under our agreements.

I think we have seen this for the past, probably, ten years. I suspect we'll always continue to see companies that don't enjoy paying royalties but nonetheless have agreed to do so.

So I don't think it's particularly unusual. I also feel very strongly that our royalty and licensing program is a very reasonable, very flexible program. We have over 130 licensees today. Our royalties are established so that each licensee essentially pays the same royalty for CDMA2000 as it does for WCDMA.

And we've seen how successful CDMA2000 has been. I don't believe the royalty is a significant factor at all in [preventing] the successful deployment of these standards.

So it's an issue that we deal with, with each licensee. But it's one that I think can be dealt with.

The study, that you referred to and that I'm aware of, was a study of essential patents that this organization spent about an hour, they said, on average looking at each patent that was claimed and reaching a conclusion.

Those of us that know how the patent process works and how complex it is, think it is not a useful process to spend one hour on a patent and make a determination.

Exhibit 59
1007
1958QB0734673
FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                 Q2014FTCBCM12375383
CONFIDENTIAL                                                       Q2017MDL5_12375383

6 June 2005    Wireless Equipment   Qualcomm                                    Deutsche Bank

Having said that, it really makes no difference to us from our licensing standpoint because our agreements are bilateral agreements with each company and each company has agreed, as long as we have one claim of one patent [that applies to their product], that they'll pay us the same royalty. So it doesn't have an impact on our licensing program.

Our patent portfolio as it relates to CDMA is indeed very, very strong and that's the reason why we have so many agreements and why our licensing program has been successful.

**Marvin Blecker:**
The only thing that I'd add, as Steve said, we've seen the same sort of comments and complaints throughout the course of IS-95 and CDMA2000 deployments.

Yet I think it's pretty well recognized that QUALCOMM has really used whatever resources it's had to lead the development and deployment of those technologies from IS-95 to CDMA2000 through EV-DO.

I think our licensees recognize the value of our technology and also the value of enabling us to continue to provide that kind of technological leadership.

**Brian Modoff:**
Is there anything around the timing of this - the study announcement in terms of Nokia perhaps needing to renegotiate a license with you say in the next two years?

Is there any concern about a step up in rhetoric coming out of that company or perhaps lawsuits or something like that around this issue?

**Louis Lupin:**
It's hard to say whether it's related to any issues that Nokia perceives that they may have with us.

It's not the first study of this kind to appear. We've seen studies of this kind from time to time over a number of years.

It's not clear to me really how helpful the study might be even if you were to speculate that there was some agenda behind it because while we disagree with the conclusion it reaches it still concludes that QUALCOMM has a very substantial amount of essential patents for WCDMA, a very substantial amount that I think any rational person would say supports a very substantial royalty rate in that field.

So I don't want to try to get into speculating whether there's some agenda behind it and whether the timing is in someway meaningful. We're not aware of any specific events that could be linked to the timing of this particular study.

**Brian Modoff:**
Let's look at technology development.

Early in WCDMA obviously there were some attempts to design around CDMA to avoid paying royalties to QUALCOMM.

And a lot of the early development effort in WCDMA was done by players such as Nokia and Ericsson.

In looking at your patent portfolio in WCDMA, do you see situations where the claims on the patents are around some of your earliest IP? For example, soft handoff on power control, rake receiver, et cetera.

Exhibit 59
1008
1958QB0734674
FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM     Q2014FTCBCM12375384
CONFIDENTIAL                                           Q2017MDL5_12375384

6 June 2005    Wireless Equipment   Qualcomm                                                     Deutsche Bank

And others have contributed significantly since then to enhance the technology and bring it forward to its current state and so their claim could be your patent position is weaker as a result of that.

And can you contrast that to perhaps arguments around your contributions to HSDPA in terms of it and your patent position in WCDMA growing older or getting newer based on what you've done in terms of helping get HSDPA commercialized?

Louis Lupin:
To answer your last question first our patent portfolio is most definitely getting newer because we continue to pour hundreds of millions of dollars into research and development every year.

And that effort is reflected in our [intellectual property] portfolio and goes directly to our contributions to the standards process. We have contributed very significantly to the standards process over the past several years.

And so, while it is certainly true that our early and fundamental patents are important to the standards, we also have hundreds of patents that capture improvements to all of those basic and fundamental concepts and those improvements are incorporated into the standards as the standards progress and the technology grows.

And so we continue to have very significant contributions coming into the standards that are covered by Intellectual Property.

If you look at HSDPA specifically, of course it is very similar at the fundamental level to our early work in what we call HDR, which has now become EV-DO.

And again some of the basic principles arising out of taking a system and essentially looking at doing some kind of TDD overlay onto a CDMA network were the early things that we explored in developing HDR.

And again all of that work, which is much later in time than the fundamental CDMA innovations that you referred to earlier, is now reflected in HSDPA and again many improvements have been made on that early work, including lots of contributions by QUALCOMM to that technology, again all reflected in the standards.

And of course the standards continue to evolve, they continue to progress, they continue to include expanded functionality and improved functionality and QUALCOMM continues to be a very important contributor to all of that with new IPR covering all those new innovations with each iteration of the standard.

So we very much feel today like our portfolio as it relates to these standards is vastly more valuable than it was in early times because we had, perhaps, in the early days a few or maybe some dozens of patents that apply to the standards. We now have hundreds of patents that apply to the standards and that number is growing daily.

Steven Altman:
I think the other important point, Brian, is if you look at most of our WCDMA agreements they were signed relatively recently — over the last two years.

Now these are very sophisticated, very large companies that we negotiate with and have signed WCDMA agreements with. They are companies that look very carefully at our patent portfolio and our coverage.

And these license agreements continue for many years.

And so I think that just by virtue of how we've succeeded in our licensing program I think it's pretty evident that our portfolio for both WCDMA and CDMA2000 is continuing to get stronger and the expiration of some of these early patents doesn't have an impact.

**Brian Modoff:**
And would you venture to say that your portfolio is significantly larger than those of your competitors or how would you characterize it if you were to, in your own point of view, vis-à-vis that study?

**Louis Lupin:**
Well we have actually tried to avoid a lot of these comparisons.

But suffice it to say that we think that our portfolio is extremely important to all of these standards. We do feel like our portfolio covers many of the most important innovations that make these standards work as well as lots and lots of secondary inventions that are necessary at the implementation level.

And we certainly think our portfolio is second to none. But we have tried to avoid getting into these kind of comparative statements.

**Steven Altman:**
Lou has tried to avoid it. Every time I speak, I get up and feel very strongly in saying that there's no other portfolio that's remotely comparable to ours.

And I think that's proved time and time again by virtue of looking at the licensing program we have [established].

And you know there's no other company in the world that has been successful in licensing 130 different companies for CDMA on a royalty bearing basis.

**Brian Modoff:**
So your argument might be that your competitors' positions in terms of moving forward in HSDPA actually diminish from an IP standpoint.

**Louis Lupin:**
I think that our position is much stronger than anybody else's in CDMA.

**Marvin Blecker:**
The way to evaluate a portfolio is not to count patents and patent claims; it's really what is the commercial value of that portfolio?

Steve alluded to the fact that over the last two, three, four years we've entered into commercial agreements at our standard royalty rates with 30 or 40 of the most important WCDMA players in the world.

I think that's the way you evaluate. You let the market evaluate the commercial value of your portfolio.

**Brian Modoff:**
What is the feedback then from the operator community regarding this whole IP royalty situation?

I have conversations with large operators. I had one this morning. They were indicating you've been very helpful, a very important player in the field particularly around their efforts to commercialize HSDPA for providing the chip sets and tool kits too for them to test, and in particular also in terms of discussing the future of broadband wireless.

Exhibit 59
1010
FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
CONFIDENTIAL

1958QB0734676

Q2014FTCBCM12375386
Q2017MDL5_12375386

What is the feedback that you're getting around this issue from your operator contacts particularly the larger operators you work with in Europe?

**Steven Altman:**
I think that's right. I think we have very close relationships with many of the carriers. They have a good understanding because we're always presenting how we're spending lots of money in R&D. We're moving the technology forward in bringing new features and applications quickly to the marketplace.

So I think they very much appreciate that position that we're leading in. Ultimately, what the carrier looks at is the cost of handsets.

They don't get particularly involved in how much pieces of it cost and what they want are reasonably priced handsets.

And we've enabled significant competition and we're seeing handset pricing coming down very significantly.

And we're putting a lot of resources on reducing the cost of our chips and therefore that translates into lower cost handsets.

**Brian Modoff:**
Okay. China, you obviously have had some recent agreements in WCDMA. I wondered if you care to update your list. It was four last week with one interim agreement on WCDMA.

Can you talk about your agreements in China regarding WCDMA and also any update on TD-SCDMA?

**Steven Altman:**
Well let me talk about WCDMA. You're right. At the Analyst Conference – we did announce that we've made very good progress.

We have four license agreements that are commercial long term WCDMA license agreements.

And we have one that we previously announced that was an interim agreement. We hope to have that converted to a long term WCDMA agreement. And those agreements are at our standard royalty rates.

So we've had very good success and we continue to make good progress. And I certainly hope that we'll have more specific announcements in the future.

On TD-SCDMA again we're watching that standard carefully. We have licensed approximately 60 companies already that cover TD-SCDMA and they licensed it on the same basis as WCDMA and CDMA2000.

So [as to] those companies that are licensed for TD-SCDMA today, from a licensing and from a royalty standpoint, it makes no difference to us whether a TD-SCDMA, WCDMA, or a CDMA2000 handset is sold.

Included in those 60 companies is Siemens who has been a leading non-Chinese company that's been involved in TD-SCDMA. So in terms of the Chinese manufacturers we're still watching the standards and we expect that we will make progress on those license agreements in the future.

**Brian Modoff:**
Any idea on the timing of agreements on TD-SCDMA.

Exhibit 59
1011

1958QB0734677

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                    Q2014FTCBCM12375387
CONFIDENTIAL                                                          Q2017MDL5_12375387

Do you see TD-SCDMA license agreements necessary prior to the issuance of 3G licenses by the Chinese government?

**Steven Altman:**
No, I don't see it as necessary prior to the issuance of 3G licenses. I see it's more of a deployment issue for us.

I think it's important that we start to make progress and enter into these agreements prior to that deployment occurring.

**Brian Modoff:**
Okay. Operator, I'd like to open it up for questions.

**Ben Nazarian:**
The one question I had for the QUALCOMM team, as an agreement could be set to expire in the next few years and just for the sake of argument, let's assume its Nokia, if that company has a critical patent with respect to what QUALCOMM is doing on a chipset side for either Wideband CDMA or HSDPA, is there a scenario where they can refuse to sign your license agreement and pay your royalty by holding out the patent that you would need to produce chips for either Wideband CDMA or HSDPA?

Does that company have that kind of leverage to be able to use in the negotiations with you in the renewal of the licensing agreement?

**Louis Lupin:**
Well of course all the major companies have made commitments to the standards bodies that they would license their essential patents on fair and reasonable terms.

So in theory no company should be utilizing its patents to try to keep somebody else from the marketplace.

And having said that, in every licensing deal that we've ever done or virtually every licensing deal that we've ever done, the perspective licensee has said, "We have valuable IP that you need from us."

And in all of our deals we have succeeded in getting the rights that we need to go forward without having compromised our royalty position in a substantial way.

We would expect that to continue into the future no matter who the players are. And we think the value propositions in the respective portfolios are such that, that is the right outcome. That has been the outcome through history.

And there's no reason to expect that it wouldn't be the outcome going forward with any new licensee or any renewal of an existing agreement.

**Brian Modoff:**
And following up on that question in terms of your pass through capabilities. There's been a lot of conversation around that, while the bigger players that are involved in WCDMA are going to have IP, they can negotiate cross license agreements.

In terms of players that are smaller Asian vendors, as an example, can you offer them any protection on pass through IP with other large vendors that possess this IP that would enable them to build or supply product into the market without having to go out and strike significant other license agreements or [can you] prevent vendors from, being shut out of the market?

**Steven Altman:**
Yes, absolutely we do. We have 130 agreements.

6 June 2005   Wireless Equipment   Qualcomm                                                    Deutsche Bank

The vast majority - almost all of them - but not all of them, but almost all of them - give us rights to pass through to our ASIC customers the third party [licensee's] IPR that could be contained in our chips and software.

So we have significant rights to pass through that greatly reduce any incremental royalty burden that they may have - provided they buy our ASICs.

We don't have everybody. We don't have rights from all third parties.

So these companies may very well, in fact will, have to address other IPR issues.

But at least in one case a company we don't have pass through rights with has agreed to cap its royalty at a considerably lower royalty rate than I've seen discussed in terms of what the third part IPR rates could be.

So we do offer very significant pass through rights. And I think frankly it's a very good advantage for our ASICs business as well.

**Brian Modoff:**
And does that include pass through rights on GSM as well?

**Steven Altman:**
In many cases it does in a multi-mode environment [CDMA plus GSM].

**Greg Mischou:**
I hope you'll discuss your current patent portfolio and the potential overlap that it would have with OFDM Technology.

**Louis Lupin:**
We have been working in the OFDMA area actually for a number of years now and doing some significant research there.

And of course our MediaFLO product that's coming forward, while not OFDMA, is OFDM. So we have done quite a bit of development in that field as there are related technologies between OFDM and OFDMA.

So we actually have one of the larger portfolios and it's growing pretty rapidly.

The question that remains of course is what shape and what significance will OFDMA, and any standards or systems based on it, actually have?

And that's, I think, still pretty uncertain in terms of what direction if any OFDMA might take.

But we feel pretty good about our portfolio there and our positioning there based on two or three seemingly leading emerging directions.

So, while we see OFDMA as something that is still somewhat speculative at this time, we do feel we're pretty well positioned as it's shaping up. We have several hundred applications pending and probably approaching 50, 60, 70 issued patents in the OFDMA area today, which I think really does give us one of the larger portfolios in that field.

**Marvin Blecker:**
Just to add onto that, should OFDMA be deployed, it's almost certain that it will be deployed in a multi mode scenario.

And our rights with respect to our chips, that we have in our license agreements, and also the patent rights that Steve had mentioned before would all apply in a CDMA or UMTS [WCDMA] multi mode OFDMA type scenario.

Exhibit 59
1013
1958QB0734679

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                Q2014FTCBCM12375389
CONFIDENTIAL                                                     Q2017MDL5_12375389

So from an IP position, with respect to our own products and our customers' products, we think we're similarly protected as we are today for a multi mode UMTS-GSM [WCDMA-GSM] chip.

And similarly for royalties, if our licensees are building and selling multi mode UMTS-OFDMA [WCDMA-OFDMA] products, the current license agreements would still apply to those products.

**Greg Mischou:**
Thank you. And how do you view OFDM as a potential for kind of a Fourth Generation cellular technology?

**Steven Altman:**
The view at QUALCOMM is that we're certainly conducting significant R&D in the area.

But frankly we don't see the benefits of OFDMA over CDMA and so therefore we don't really see why a carrier would want to deploy a whole new network when the performance is either the same or significantly the same as what CDMA would provide.

So we continue to improve CDMA and we don't see OFDMA as particularly one that will be deployed in a significant way.

**Tony Kim:**
Just a couple of questions. Point of clarification: on all the UMTS phones shipped to date have you been paid on every single one royalty?

**Steven Altman:**
As far as we know.

**Tony Kim:**
Okay, and then this one vendor that you're negotiating with - what if you can't come to terms, what happens in that situation?

Do you still get paid? Or do they not pay you and does that imply that they're already paying you on the units that they've shipped to date?

**Louis Lupin:**
Well I'm not sure we can get into the details of any specific negotiation.

As far as we know, every vendor that is selling today [WCDMA handsets] is licensed. To the extent that there develops a situation at some point in time where somebody isn't licensed, we don't want to speculate about how that can go.

The worst case scenario I suppose is litigation. We've been pretty fortunate not ever really having to enforce our CDMA licensing program through litigation and I would continue to hope that we would not have to do it that way; that we would be successful in negotiating any new agreements or extensions that might become necessary.

**Marvin Blecker:**
Alright, let me just add that I think you were referring to the one interim agreement with a Chinese vendor that Steve had mentioned.

**Tony Kim:**
Yeah, I guess, there's been one that still that needs to be negotiated.

**Marvin Blecker:**

That Chinese company [with an interim agreement] is paying a royalty on WCDMA handsets shipped.

**Steven Altman:**
We have agreements with every company that we know is selling WCDMA today.

And we are collecting royalties from them on the handsets.

**Tony Kim:**
So the discussions with that vendor, assuming that you have something they're paying you for, are regarding the rate or not payment at all, I guess?

**Steven Altman:**
One is an interim agreement that we have with a Chinese manufacturer and another is we've talked about the fact that there is a one subscriber agreement extension that needs to be completed.

**Tony Kim:**
Okay, it's an extension then. Okay, got it.

My other question is more longer term. Let's assume that UMTS ramps, you guys are talking about 50 million handsets in calendar 2005, and then let's assume it grows over time to the hundreds of millions of units.

You're pre-tax margin on the royalty business on CDMA so far has been in the 90% range.

If you, significantly increase the volume at which you're collecting royalties on phones do you think that margin could go higher? I mean just philosophically, if you're doubling the volume let's say on royalties, would the operating, the pre-tax margin go naturally higher than the 90% level?

**Steven Altman:**
I think as royalties grow, as volumes grow the margins could grow as well.

But I think that in terms of forecasting it, the range there right now is likely to be the range, plus or minus the two points.

**Marvin Blecker:**
There is a certain amount of expense that grows with the market. We have a very extensive audit program where we audit our licensees on an ongoing basis.

So that expense will grow with the size of the market and the number of licensees active in the market.

But, as Steve said, it's not all that significant.

**Steven Altman:**
It's been approximately the same; within a point or two range it's been the same kind of margin for a long time.

**Rob Brookby:**
Hi guys. I just wanted to ask a quick follow-up question on WCDMA licensing.

If any of the handset OEMs that you currently have WCDMA licenses with are set up in the following way, where you have negotiated an agreement with them whereby they pay you a royalty at some rate and then there's a separate agreement whereby you pay them a royalty

Exhibit 59
1015

1958QB0734681

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
CONFIDENTIAL

Q2014FTCBCM12375391
Q2017MDL5_12375391

for their IP at some rate, so that really the net effect of the economic relationship is a netting of the two [royalties].

They pay you but then you pay them and then, hopefully, you still get paid more than you're paying out.

But do you have anything like that or is it all they just pay you and you never have to write a check to any other handset OEMs?

**Steven Altman:**
Well we have had a royalty sharing arrangement that we've discussed in the past [where we pay a portion of certain royalties we receive to one other handset company and the Korean Electronics Telecommunications Research Institute (ETRI)]. These royalty sharing arrangements were signed very early in our licensing program and end in '05 and '06.

And so, with the exception of these two sharing agreements, [with respect to] our CDMA portfolio handset license agreements, I don't believe that there's one agreement where we are writing a check [to the licensee] for our [use of their IP in our] ASICs.

**Louis Lupin:**
Let me put it this way, we have never publicly announced a patent license agreement for our chipset business under which we pay royalties.

**Rob Brookby:**
Okay. That helps clarify. Thank you.

**Brian Modoff:**
Okay. Well we'd like to thank everyone for attending. And if you have any further questions we're certainly available at our respective numbers. Thank you.

**Steven Altman:**
Thank you.

**Operator:**
This concludes today's conference call. You may now disconnect.

END

Exhibit 59
1016
1958QB0734682
FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM    Q2014FTCBCM12375392
CONFIDENTIAL                                         Q2017MDL5_12375392

6 June 2005   Wireless Equipment   Qualcomm  Deutsche Bank

# Appendix 1

## Important Disclosures
Additional information available upon request

| Disclosure checklist | | | |
|---|---|---|---|
| Company | Ticker | Recent price | Disclosure |
| Qualcomm | QCOM.OQ | 37.58 (USD) | 2,6,9,13,15 |

2. Deutsche Bank and/or its affiliate(s) makes a market in securities issued by this company.

6. Deutsche Bank and/or its affiliate(s) owns one percent or more of any class of common equity securities of this company calculated under computational methods required by US law.

9. Deutsche Bank and/or its affiliate(s) was a member of a syndicate which has underwritten, within the last five years, the last offering of this company.

13. Deutsche Bank and/or its affiliate(s) holds a trading position, as that term is defined by German law, in shares of the company whose securities are subject of the research.

15. This company has been a client of Deutsche Bank Securities Inc. within the past year, during which time it received non-investment banking securities-related services.

For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at http://equities.research.db.com.

## Analyst Certification
The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Brian Modoff

Exhibit 59
1017
1958QB0734683
FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
CONFIDENTIAL
Q2014FTCBCM12375393
Q2017MDL5_12375393

6 June 2005    Wireless Equipment    Qualcomm                                             Deutsche Bank

**Historical recommendations and target price: Qualcomm (QCOM.OQ)**
(as of 6/3/2005)



Previous Recommendations
- Strong Buy
- Buy
- Market Perform
- Underperform
- Not Rated
- Suspended Rating

Current Recommendations
- Buy
- Hold
- Sell
- Not Rated
- Suspended Rating

*New Recommendation Structure as of September 9, 2002

1. 7/24/2003:   Hold, Target Price Change USD17.00
2. 10/20/2003:  Hold, Target Price Change USD18.00
3. 11/6/2003:   Hold, Target Price Change USD20.00
4. 1/14/2004:   Hold, Target Price Change USD28.00
5. 1/22/2004:   Hold, Target Price Change USD29.00
6. 3/4/2004:    Upgrade to Buy, Target Price Change USD35.00
7. 3/25/2004:   Buy, Target Price Change USD40.00
8. 9/8/2004:    Buy, Target Price Change USD44.00
9. 12/6/2004:   Buy, Target Price Change USD51.00
10. 4/21/2005:  Buy, Target Price Change USD45.00

**Rating key**

Buy: Total return expected to appreciate 10% or more over a 12-month period

Hold: Total return expected to be between 10% to –10% over a 12-month period

Sell: Total return expected to depreciate 10% or more over a 12-month period

The target prices of shares mentioned in the accompanying text are based on the assumed investment horizon of 12 months. If company notes are published on these shares in the future, the target prices mentioned in the subsequent notes will have priority.

**Rating dispersion and banking relationships**

Buy: 50% / 29%
Hold: 47% / 25%
Sell: 3% / 20%

Companies Covered ■ Cos. w/ Banking Relationship

North American Universe

Deutsche Bank Securities Inc.                                                             Page 13

Exhibit 59
1018
1958QB0734684
FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
CONFIDENTIAL
Q2014FTCBCM12375394
Q2017MDL5_12375394

6 June 2005    Wireless Equipment   Qualcomm                                              Deutsche Bank

## Regulatory Disclosures

### Disclosures required by United States laws and regulations

See company-specific disclosures above for any of the following disclosures required for covered companies referred to in this report: acting as a financial advisor, manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/comanaged public offerings in prior periods; directorships; market making and/or specialist role.

### The following are additional required disclosures:

Ownership and Material Conflicts of Interest: DBSI prohibits its analysts, persons reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage.
Analyst compensation: Analysts are paid in part based on the profitability of DBSI, which includes investment banking revenues.
Analyst as Officer or Director: DBSI policy prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director, advisory board member or employee of any company in the analyst's area of coverage.
Distribution of ratings: See the distribution of ratings disclosure above.
Price Chart: See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the DBSI website at
http://equities.research.db.com.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, in addition to those already made pursuant to United States laws and regulations.

Australia: This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act.
Germany: See company-specific disclosures above for (i) any net short position, (ii) any trading positions (iii) holdings of one percent or more of the share capital or (iv) management or co-management of public offerings in the last five years for companies referred to in this report.
Hong Kong: See http://equities.research.db.com for company-specific disclosures required under Hong Kong regulations in connection with this research report. Disclosure #5 includes an associate of the research analyst. Disclosure #6, satisfies the disclosure of financial interests for the purposes of paragraph 16.5(a) of the SFC's Code of Conduct (the "Code"). The 1% or more interests is calculated as of the previous month end. Disclosures #7 and #8 combined satisfy the SFC requirement under paragraph 16.5(d) of the Code to disclose an investment banking relationship.
Japan: See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.
United Kingdom: Persons who would be categorized as private customers in the United Kingdom, as such term is defined in the rules of the Financial Services Authority, should read this research in conjunction with prior Deutsche Bank AG research on the companies which are the subject of this research.

Exhibit 59
1019
1958QB0734685
FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM                Q2014FTCBCM12375395
CONFIDENTIAL                                                     Q2017MDL5_12375395

Deutsche Bank ☒

## Deutsche Bank Securities Inc.

### North American locations

| Deutsche Bank Securities Inc.<br>60 Wall Street<br>New York, NY 10005<br>(212) 250 2500 | Deutsche Bank Securities Inc.<br>225 Franklin Street<br>25th Floor<br>Boston, MA 02110<br>(617) 988 8600 | Deutsche Bank Securities Inc.<br>222 West Adams Street<br>Suite 1900<br>Chicago, IL 60606<br>(312) 424 6000 | Deutsche Bank Securities Inc.<br>3033 East First Avenue<br>Suite 303, Third Floor<br>Denver, CO 80206<br>(303) 394 6800 |
| --- | --- | --- | --- |
| Deutsche Bank Securities Inc.<br>1735 Market Street<br>24th Floor<br>Philadelphia, PA 19103<br>(215) 854 1546 | Deutsche Bank Securities Inc.<br>101 California Street<br>46th Floor<br>San Francisco, CA 94111<br>(415) 617 2800 | | |

### International locations

| Deutsche Bank Securities Inc.<br>60 Wall Street<br>New York, NY 10005<br>United States of America<br>Tel: (1) 212 250 2500 | Deutsche Bank AG London<br>1 Great Winchester Street<br>London EC2N 2EQ<br>United Kingdom<br>Tel: (44) 20 7545 8000<br>Fax: (44) 20 7545 6155 | Deutsche Bank AG<br>Große Gallusstraße 10-14<br>60272 Frankfurt am Main<br>Germany<br>Tel: (49) 69 910 41339 | Deutsche Bank AG<br>Level 18, Grosvenor Place<br>225 George Street<br>Sydney, NSW 2000<br>Australia<br>Tel: (61) 2 9258 1555<br>Fax: (61) 2 9258 1550 |
| --- | --- | --- | --- |
| Deutsche Bank AG<br>Level 55<br>Cheung Kong Center<br>2 Queen's Road Central<br>Hong Kong<br>Tel: (852) 2203 8888<br>Fax: (852) 2203 6921 | Deutsche Securities Limited<br>Tokyo Branch<br>Level 20, 2-11-1 Nagatacho<br>Sanno Park Tower<br>Chiyoda-ku, Tokyo 100-6171<br>Japan<br>Tel: (81) 3 5156 6701<br>Fax: (81) 3 5156 6700 | | |

## Global Disclaimer

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). The information herein is believed by Deutsche Bank to be reliable and has been obtained from public sources believed to be reliable. With the exception of information about Deutsche Bank, Deutsche Bank makes no representation as to the accuracy or completeness of such information.

This published research report may be considered by Deutsche Bank when Deutsche Bank is deciding to buy or sell proprietary positions in the securities mentioned in this report.

For select companies, Deutsche Bank equity research analysts may identify shorter-term opportunities that are consistent or inconsistent with Deutsche Bank's existing, longer-term Buy or Sell recommendations. This information is made available on the SOLAR stock list, which can be found at http://equitiesresearch.db.com

Deutsche Bank may trade for its own account as a result of the short term trading suggestions of analysts and may also engage in securities transactions in a manner inconsistent with this research report and with respect to securities covered by this report, will sell to or buy from customers on a principal basis. Disclosures of conflicts of interest, if any, are discussed at the end of that text of this report or on the Deutsche Bank website at http://equitiesresearch.db.com

Opinions, estimates and projections in this report constitute the current judgement of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a reader thereof in the event that any matter stated herein, or any opinion, projection, forecast or estimate set forth herein, changes or subsequently becomes inaccurate, except if research on the subject company is withdrawn. Prices and availability of financial instruments also are subject to change without notice. This report is provided for informational purposes only. It is not to be construed as an offer to buy or sell or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy in any jurisdiction. The financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions using their own independent advisors as they believe necessary and based upon their specific financial situations and investment objectives. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the price or value of, or the income derived from, the financial instrument, and such investor effectively assumes currency risk. In addition, income from an investment may fluctuate and the price or value of financial instruments described in this report, either directly or indirectly, may rise or fall. Furthermore past performance is not necessarily indicative of future results.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. In the U.S. this report is approved and/or distributed by Deutsche Bank Securities Inc., a member of the NYSE, the NASD, NFA and SIPC. In the United Kingdom this report is approved and/or communicated by Deutsche Bank AG London, a member of the London Stock Exchange, authorised by Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin) and by the Financial Services Authority; regulated by the Financial Services Authority for the conduct of investment business in the UK. This report is distributed in Hong Kong by Deutsche Bank AG, Hong Kong Branch, in Korea by Deutsche Securities Korea Co. and in Singapore by Deutsche Bank AG, Singapore Branch. In Japan this report is approved and/or distributed by Deutsche Securities Limited, Tokyo Branch. Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published by any person for any purpose without Deutsche Bank's prior written consent. Please cite source when quoting.

Copyright: © 2005 Deutsche Bank AG

Exhibit 59
1020

1958QB0734686

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUALCOMM
CONFIDENTIAL

Q2014FTCBCM12375396
Q2017MDL5_12375396