# Exhibit 69

## Qualcomm: Our Rights to Royalties Video - Andrew Gilbert

SAN DIEGO Aug 31, 2006 (Thomson StreetEvents) -- Edited Transcript of Qualcomm Inc event Thursday, August 17, 2006 at 4:00:00pm GMT

 CORPORATE PARTICIPANTS
  Martyn Warwick, Telecom TV - Editor-in-Chief
  Andrew Gilbert, Qualcomm - President, Europe

## PRESENTATION

**Martyn Warwick**, Telecom TV - Editor-in-Chief

Hello, you are watching Telecom TV. I am Martyn Warwick and I am talking with Andrew Gilbert, who is the President of Qualcomm, Europe. Andrew, welcome.

**Andrew Gilbert**, Qualcomm - President, Europe

Thank you.

**Martyn Warwick**, Telecom TV - Editor-in-Chief

When Nokia left the CDMA market back in June, it precipitated a war of words between the Finnish handset manufacturer and yourself, and that, the reverberation of that is still echoing through the industry today. What's the dispute about?

**Andrew Gilbert**, Qualcomm - President, Europe

I think the first point I would make is that I don't think it's a fair statement to say that Nokia exited the CDMA business. I think that they chose not to complete a certain transaction with Sanyo that they previously announced, and they decided that they wouldn't want to remain in the CDMA handset manufacturing business, but that doesn't necessarily mean that you won't see Nokia branded CDMA phones in the market. It is too substantial a market I am sure for them to want to let down their operator, customers and their subscribers completely.

But, I think that what we see was a decision by them that they felt that they couldn't compete in that marketplace. And there are some tremendously aggressive device manufacturers in the CDMA business who are able to exploit the Qualcomm chipset of course and other chipset providers and deliver very good quality, low cost handsets.

So, I think that what you was Nokia making a business decision to exit a certain part of value chain. But, I am sure you will still see them in the market.

**Martyn Warwick**, Telecom TV - Editor-in-Chief

But, it caused a lot of sniping and a lot of sort of apparent bad feeling.

**Andrew Gilbert**, Qualcomm - President, Europe

And that's disappointing I think. I wonder whether they chose an opportunity to dress it up in a particular way or to announce it in a particular fashion, but as far as we are concerned, we continue to want to work with Nokia very constructively, whether that's through other device partners or ODMs that they choose to partner with, or whether that's our direct relationship with them on licensing our technology for deployment in their own manufactured handsets. We remain open to that.

**Martyn Warwick**, Telecom TV - Editor-in-Chief

Still down a little further into this, Kai Oistamo, the head of Nokia mobile phone says the high cost of manufacturing CDMA handsets and, therefore, the standard itself make them far too expensive for emerging markets. He also says that much of the excessive cost is a direct reflection of hammerlock that Qualcomm maintains on its CDMA patents. What is your response to that assertion?

**Andrew Gilbert**, Qualcomm - President, Europe

So, I think my interest in CDMA is wideband CDMA where we are one of many contributors, and to even begin to suggest that Qualcomm is in any way in a dominant market position in the wideband CDMA business is not tenable and I don't think I have ever seen that claim. So, in the wideband CDMA part of the CDMA family, I think we are a worthy contributor and we get rewarded accordingly.

In the CDMA 2000 market, obviously, this is a slightly different space where we have different contributions and where we have been in that market somewhat longer. But, I think it is [a myth] to suggest that we haven't helped drive down the cost of both devices as well as the wideband CDMA devices. You are seeing tremendous pricing pressure in all industries, in all markets in the mobile chain, and we've helped drive down the price of CDMA handsets considerably.

So, you can get almost parity with the very lowest, lowest cost GSM phone. There is clearly a difference in terms of volumes, of economies of scale of GSM versus CDMA 2000. But, even that we think is now beyond the tipping point. There's such a strong volume of CDMA 2000 product, so many different vendors that we are within a hair's breadth of GSM.

If you would actually do like-for-like price comparisons of equivalence on features, actually typically we are cheaper than GSM. And if you look at the average selling price in volume across the CDMA 2000 markets, we are always lower average selling price than GSM. If you pick one particular lowest price model, then there, the lowest prices in the GSM handset, but that's a very different assertion than we are wildly expensive. If you look at our component, if you look at the royalties component, for example, we are actually a very small part of that. I've heard some operators talk in terms of the cost breakdown of handsets and they talk in terms of a third, a third, a third. A third of the cost is hardware, a third of the cost is software, and a third of the cost is royalties.

Exhibit 69
1141

Now, we are one very small part of that third. And in fact, we've talked in terms of low single-digits and there's, roughly around about 5% of the actual selling price is what Qualcomm receives typically from a phone that's using our licensed technology. And that's a very small number, and when you look at, say, a $40 handset and you look at 5% of the factor of a $40 handset, and then you say, even if we would have cut that in half, I'd say they make a dollar's difference, right? I think the facts do not equate to some of those claims and I think that you are seeing maybe a slightly different spin on reality.

**Martyn Warwick**, Telecom TV - Editor-in-Chief

We will talk about W-CDMA in a moment, if we can, but another thing I would like to put to you, Qualcomm is under increasing pressure to separate its patent licensing of its microprocessor sales businesses. Your critics say that the bundling you insist on effectively makes Qualcomm a de facto monopoly and prevents other companies from getting into the CDMA arena. Is that true, do you agree with it?

**Andrew Gilbert**, Qualcomm - President, Europe

No, don't agree with it at all. I don't think the assertion is correct in the first place. We do not enforce or insist on any kind of bundling. We insist on one thing, where we have technology legitimate, patented technology embedded within a standard or deployed within somebody's product, then, there should be a valid license in place just like any company would insist, and we should be paid an appropriate negotiated fair reasonable non-discriminatory fee for that right, and we will do that with all. We don't discriminate against who we give licenses to. We have issued 130 licenses worldwide. They have been bilateral agreements. We haven't twisted anybody's arm to do that and they have chosen to enter into that because they see value in so doing.

So, we do not force people to take our chipsets. We do, obviously, assert our rights to protect our patents and we license them accordingly. We then try and compete in an aggressive open market with our chipset solutions for our QCT, Qualcomm's CDMA Technologies, chip division to deliver the best highest value good quality product. It just so happens we are pretty good at doing so. We integrate to a very good level, we are able to deliver brand new features in a very successful way, and people choose to work with us. They could choose not to and that's fair competition.

**Martyn Warwick**, Telecom TV - Editor-in-Chief

And what about the possibility of Qualcomm being split up. Your CEO, Paul Jacobs, publicly admits that this is a possibility, and there is also a strong possibility of a European Commission investigation into your business practices. How likely is it do you think that Qualcomm could be rendered in [twain]?

**Andrew Gilbert**, Qualcomm - President, Europe

So, I think that I can't comment on the EU investigation, that's in the middle of its playing out and it would be inappropriate for me to comment on that specifically. What I would say, I certainly have spoken to Paul and I was, I'm aware of some of the statements he has made there and I think he is a pragmatist and a realist and recognizes that he is going to do what is the best thing to do for the shareholders. At the moment, we all strongly believe that there's huge value in Qualcomm delivering the end-to-end value chain.

When you think about Qualcomm, we are quite a unique company. We have a solution that delivers a user interface software on the phone. So, we are allowing operators to define their own user experience. We have software that allows, the BREW software, to allow content to be delivered to the subscriber over that phone. We have chipsets that go in the phone. We have the technology for the air interface from the phone to the base station, chips that go in the base station and then integration, optimization and testing services to bring all that together.

Meanwhile, we are not trying to sell anybody a phone. We are not trying to sell anybody a base station. We are vendor-independent technology partners. We think that's a huge benefit.

Our business model is predicated on a virtuous circle. We innovate, we invest in R&D, we invested over $1 billion last year and we also acquire companies. We spent 600 and ultimately $800 million on acquiring a company called Flarion a little while ago. That's how I joined Qualcomm.

And we take that R&D and we take that innovation and we produce it and license it and make it available for manufacturers to deliver product to operators who can then sell services to subscribers.

If that service is successful, if the operators deliver something that they can money out of, then we get paid a small fee on every phone that gets shipped.

But, we are in it together. We have a unique value proposition. If they are successful, we are successful. If we don't innovate in an effective way to the whole value chain, then they lose out and we lose out.

**Martyn Warwick**, Telecom TV - Editor-in-Chief

You are the President of Qualcomm, let's look at Europe specifically for the moment, what about the perceived success or lack of success of 3G within the European Union, in the European continent? Press coverage has been - there has been lot of this, there's been pretty downbeat stuff. What's your take on it and how do you think the market is actually developing in reality?

**Andrew Gilbert**, Qualcomm - President, Europe

So, I think it is a great question. I think that there is a lot of concern as to whether 3G will deliver on the promise and on the cost that it's taken. And in my Flarion days, of course I think I've been quite open about my concerns about wideband CDMA and when it will deliver, and I think we've seen substantial progress. I think it is fair to say that, in the early days, it just did not meet the promise and the expectation and the hopes of the community, of the mobile community.

But, where are we now? Through, I think, hopefully what we've contributed to, we've got phones that are a great form factor, that are as good if not better on their own merits than a GSM phone of the same size. They've got neat designs, they are cool phones, the battery life is good, the cost is comparable for similar feature sets. And so, we've overcome this issue of why would you buy a 3G phone or rather why not? So, I think there's no reason not to buy a 3G phone. But, you need more than that. You need a reason to buy a 3G phone.

And I think that you are seeing at the moment the effect of that. People haven't come up with enough compelling reasons to buy a

Exhibit 69
1142

3G phone. The reason they are still rolling out 3G networks though is because of the tremendous saving for the operator. It delivers much more capacity and much lower cost per minute of delivering voice calls. So, there is a reason for the operator to do it, and so will continue.

But, what I want to see and what I am really excited about seeing are the next generation of services. We have just seen brought to market the first HSDPA phones, Samsung launched Z560, a new HSDPA enabled phone. I use it. Obviously, I was fortunate enough to get quite an early one and I have used it and the download experience is completely different. You are receiving videos, you are receiving music clips much, much quicker, and it makes it a worthwhile experience. More importantly, it differentiates it from GSM. It's just a much better experience.

**Martyn Warwick**, Telecom TV - Editor-in-Chief

Andrew Gilbert, thank you very much indeed.

StreetEvents transcripts content provided by Thomson Reuters 

Exhibit 69
1143