# Exhibit 70

**QUALCOMM at Credit Suisse Technology Conference**

Scottsdale Nov 27, 2012 (Thomson StreetEvents) -- Edited Transcript of Qualcomm Inc presentation Tuesday, November 27, 2012 at 5:00:00pm GMT

CORPORATE PARTICIPANTS
    Derek Aberle, Qualcomm Incorporated - EVP, Group President
CONFERENCE CALL PARTICIPANTS
    Kulbinder Garcha, Credit Suisse - Analyst

## PRESENTATION

**Kulbinder Garcha**, Credit Suisse - Analyst

Okay, I think we will get started. Good morning, everyone. My name is Kulbinder Garcha; I'm the telco equipment analyst for Credit Suisse. Very happy to have Qualcomm here this morning. We've got Derek Aberle, who is the EVP and Group President of Qualcomm, and we are going to obviously focus this discussion much more on the licensing business.

Derek, if I kick it off on a few questions, when you speak about the guidance you recently gave at the analyst meeting for just addressable market volume growth, can you speak about how that breaks down as you look forward between developed and developing markets and the assumptions you guys are making about upgrade and replacement rates, to start off with?

**Derek Aberle**, Qualcomm Incorporated - EVP, Group President

Yes. Before I answer that, I was instructed by the IR team -- I have to read this statement, which I'll try to sound a little bit like Warren. During today's discussion, we may make forward-looking statements regarding future events or future results of the Company. Actual events or results could differ materially from those projected in the forward-looking statements. Please refer to our SEC filings, including our most recent Form 10-K, which contain important factors that could cause actual results to differ materially from those in the forward-looking statements. Also, note my comments today relate to the guidance we provided on November 7.

So now, with that, I'll try to remember the question. So as we do every year, we have a very robust process internally for trying to come up with our guidance for the end market, and that includes the work in all the regions, with the regional teams. We look at, obviously, GDP as a factor, replacement rates. We look at an OEM buildup; we look at an operator buildup. And so it's sort of a bottoms-up and a tops-down view, and that all gets assimilated to the Company view that we come out externally.

If you look at 2013, calendar 2013, our expectation is we will see faster growth in emerging regions as compared to the developed regions. I think probably this is the year where we will cross over from a unit perspective of more units coming from emerging versus developed regions. And that's not unexpected; I think it's something we have expected to see for quite some time.

I think on replacement rates, as we look at that, we are expecting probably a little bit lower replacement rates in developed regions and a little bit higher replacement rates in emerging regions, so net-net, coming down a bit off of 2012. So there's a variety of factors in there.

Obviously, the unit growth that we are expecting to see from the emerging regions is something we have been anticipating for the last few years and I think we will expect to continue as we see weighting move to the more addressable market there. The penetration rates of 3G in the developed regions are in the low 60s, and in the emerging regions they are still well under 20%. So I think quite a long runway of growth in those regions for some time.

**Kulbinder Garcha**, Credit Suisse - Analyst

Derek, just developing that point specifically on the emerging markets, some of the claims coming out of the MediaTek's and Spectrum's of this world now implies this very strong ramp in WCDMA volume, as in maybe this year, the number is 70 million but next year it could be as high as 180 million units.

My question is -- and I know all those chips may not make it into phones. I also know that those phones just don't sell in China. But just in terms of -- can you speak about -- does that magnitude of growth potentially surprise you? Is that anticipated in your guidance? Would it be an upside risk? And also, specifically, if that, let's say, tier 2 handset market develops like it did in GSM, what is Qualcomm's ability to license it?

**Derek Aberle**, Qualcomm Incorporated - EVP, Group President

So I'll maybe answer that a couple different ways. I think, if you look at the guidance that we provided for 2013, I think we got a little more than 240 million units in there that are both China and India. And then, as you said, a number of the devices that are manufactured in China get exported outside of China to other regions as well, including Latin America.

And so, without commenting specifically on the 180 million number that MediaTek put out, I do think we're expecting significant growth from China-based devices. And that's, again, consistent with the efforts that we have been putting into that region for some time.

We are quite confident that the devices that are being sold by the Chinese manufacturers are ones that we are going to collect royalties on. And I think we have had a very strong track record so far on that front. Unlike many companies that have struggled in the past, we now have more than 90 Chinese companies licensed for 3G and we've got a very active program of compliance, auditing and monitoring of the market. And of course, I'm sure there's some amount of leakage in there, but I do believe that we are collecting and we are well-positioned to collect on that growing opportunity.

We do have agreements with several chip companies, including MediaTek and Via. And, as part of those agreements, we have announced that they have agreed that they will only sell to our licensees. And we also have some provisions in place there that really help us on the compliance side.

So, although there was certainly a grey market issue on 2G that some of the 2G licensing companies faced, we are not seeing the

LP 0000742

Exhibit 70
1144

same issue in 3G. We really feel like, at least as to our licensing program, we really got out in front of those issues and we thought about them early.

For instance, one of the claims that we've heard recently is that there is some amount of MediaTek-based devices that are sold out of the box as 2G devices that can be upgraded through a software download to 3G. And we've done extensive research, including product buys in the market, really not seen those. But also, more importantly, that's an issue that several years ago, before the market really developed, we thought about and addressed in our agreement. So really not a compliance challenge for us there, other than making sure that we are out actively monitoring the market and auditing and ensuring compliance.

**Kulbinder Garcha**, Credit Suisse - Analyst

On the high end of the smartphone market, I guess one thing that certainly helped licensing ASPs, and has surprised everyone, is just the strength of that high end, which has meant that, obviously, selling prices have risen for the last couple of years or more. And you're not expecting much of a decline.

I guess, as you look out over the next two or three years, will we look back in 2010 to 2012 as just being an abnormally good period because you had that one-time mix shift and then very strong high-end growth? Or, do you think it's a much more sustainable trend? And what does that mean for ASPs, not so much for the next long-term basis? Should we start to think about a contraction at some point?

**Derek Aberle**, Qualcomm Incorporated - EVP, Group President

I think we all expect that -- what we have modeled in the business and we've modeled into our long-term plans consistently is low-single-digit declines in ASP. Actually, if you look, I think Bill at the analyst day a couple of weeks ago shaded chart of handset ASPs. And they came down initially but for many years have jumped around relatively stable.

So as we look ahead, I think there's -- as we've said, we expect more volume to come from emerging regions, which you would expect to have downward pressure on the overall ASP. But same time, we see some trends pushing in the other direction, and one of those is the ones you hit on. Within the developed regions, what we have actually seen at the high end or the high tier is ASPs have trended up over the last year or so. And I think we expect that to continue going forward for some period of time, and you are seeing more fully featured devices come into the market at that tier.

The other thing is, we have seen the pricing come down in the mid and low tiers, which has pulled over volume from feature phones, but it hasn't done that at the expense of the high tier. So we are continuing to see nice volume at the high tier, and then 3G filling through in smart phones down-tier without a cannibalization effect.

And then in the emerging regions, we continue to see strong growth at the high tier in terms of units. And then, because of the delta between the feature phone ASP and even the low-end smartphones, it's actually a meaningful difference still today. As people move from feature phones to low-tier smartphones, even, that's causing ASPs to rise in the emerging regions. And so the difference between the developed and the emerging ASP is coming closer together. It's still lower in the emerging regions, but those offsetting effects are really what we are seeing cause quite a bit of stability in the ASP.

But having said that, I think over the longer term, we do expect at some point, just given the amount of volume growth we are going to see in emerging regions, we would get erosion in the overall ASP.

**Kulbinder Garcha**, Credit Suisse - Analyst

On the areas outside of, let's say, mobile phones and licensing, can you speak about the opportunities there? I guess there's some assumption for tablets, there's not so much for small cell for the moment. On the small cell side, what is a timetable of events, do you think? And what is Qualcomm's ability to leverage the IP you have in that area?

**Derek Aberle**, Qualcomm Incorporated - EVP, Group President

So as we said when we looked at our long-term five-year plan that we talked about a couple of weeks ago, I would say that we have relatively conservative unit assumptions in there for things like small cell and tablets. I think small cells, as we've said, is a huge opportunity for the industry and for Qualcomm. And it's really a system-level problem where I think we recognized very early on that small cells, although they can be used to fill coverage holes, really can be used to suck data off of the macro network and get the subscribers closer to the base station and really improve data rates and capacity. And these are the types of problems that we are extremely good at solving, and we have built an early IP position around just the network optimizations and interference cancellation techniques that are necessary to drive that technology.

So it's really, to me, not a question of is the industry going to go in that direction. It's how quickly are we going to get there. And I think we are driving really hard because we see the need on the operator side to fill that hole.

From a licensing perspective I think, again, we will have to see how these products evolve. There's certainly a notion that we could get to a very cheap sort of small cell that is something you would plug into the wall, and probably it would be less than a smartphone. You could also see the technology going into things like cable boxes or other home routers. And so, depending on how the technology evolves and how it gets deployed, it could have swings on the amount of revenue that's out there. But, even if you assume the relatively inexpensive products at the types of volumes we expect, it's an opportunity for us in the out years.

**Kulbinder Garcha**, Credit Suisse - Analyst

What do you practically have to do from the licensing side to get ready for that? Because It depends, I guess, who is making the devices --

**Derek Aberle**, Qualcomm Incorporated - EVP, Group President

Yes.

**Kulbinder Garcha**, Credit Suisse - Analyst

-- and where a you can license. But in the infrastructure vendors, is it a handful of vendors? It doesn't sound like it has been, necessarily. How do you talk to the organization first?

LP_0000743

Exhibit 70
1145

**Derek Aberle**, Qualcomm Incorporated - EVP, Group President

So I would say like, today, we have some existing agreements that already cover those types of devices, which are kind of broader deals. And then we also have started to sign companies up around the femtocell opportunity, which I think is just going to be the early adopters of what then evolves into other small cells.

So we do have a number of agreements today that are in place covering those. It's really going to depend on whether you have the more traditional network players that supply those devices versus new entrants. And I think today, we are seeing a combination of the two that are pursuing the opportunities. And I guess we're just going to have to see how it evolves.

**Kulbinder Garcha**, Credit Suisse - Analyst

On this subjective just IPR, generally in the wireless industry, I guess there's lots of different things going on at the moment.

**Derek Aberle**, Qualcomm Incorporated - EVP, Group President

Yes.

**Kulbinder Garcha**, Credit Suisse - Analyst

Just first of all, more specific on the cellular side, as we go towards LTE, I think you'd have to admit there's a lot more focus in terms of having cellular IP than they used to 10 or 15 years ago. And how does the environment change for you guys? What impact could that have on a long-term basis when we go to single-mode devices, which is probably a very long time away? But could you speak about your LTE position, especially because there have been some fairly contrasting studies on that length and Qualcomm's positioning versus LD CDMA and WCDMA?

**Derek Aberle**, Qualcomm Incorporated - EVP, Group President

I wouldn't say that there's necessarily more focus on cellular IP today. I think the companies that have invested historically -- the players in the industry have changed. And companies that were earlier contributors to the technology -- some have gone away or some have transitioned portfolios to companies that came later. And so I think there's more press coverage on the IP situation out there today, but I don't think necessarily less investment or focus.

But if you look at our position, we feel quite good about it. We have been investing and contributing technology to LTE and other 4G standards for more than 10 years. As you might recall, we did an acquisition of one of the very early players in the industry, Flarion, who had the first commercial to OFDM-based system and picked up some very meaningful IP there.

And then, through some of the deals we did later with Nokia and Samsung, we picked up additional IP. And then, if you look at how the industry has actually transitioned, some of the companies that were most active historically in the standards organizations, driving the advanced technologies, have really through a number of reasons pulled back their level of participation there, either given financial conditions or other priorities. And so it has really put us in the position over the last 3 to 5 years of becoming much more influential and actually much larger of a contributor in things like LTE advanced, the work-around the heterogeneous networks, things as we go to small cell, carrier aggregation, all these technologies, we have actually been able to really strengthen our IP position there.

So I look out -- I've read some of the same studies you have and, although they don't spend probably as robust an effort as you would need to, to really understand the landscape, Qualcomm is consistently ranked in the top three in pretty much every study, which wasn't even true several years ago when you talked about WCDMA. So I feel our position is extremely strong there.

Then you think about the market-based valuation, and we have signed more than 30 companies already to single-mode agreements, including many of the large suppliers -- Nokia, Samsung, LG, Pantech, ZTE, Sony Mobile. So we have been able to establish a value in line with what we expected through our agreements, which is market validation for what we believe is the strength of the position.

**Kulbinder Garcha**, Credit Suisse - Analyst

Maybe one more question from me before we open it to the audience -- on the royalty rate, as we look through the next 12 to 18 months, what are the puts and takes on the royalty rate? I know there are some caps for certain smartphones or for certain tablets, and you want the mix shift in terms of price points as well. How should we think about that?

**Derek Aberle**, Qualcomm Incorporated - EVP, Group President

So I think were we ended fiscal 2012, again, for the last couple of years, have been consistently warning folks not to put too much emphasis on this particular metric because it can move around based on a variety of factors that don't have anything to do with changes in the underlying agreements.

But having said that, for fiscal 2012 we ended about 3, 3.8, I believe. And again, as we look out at our guidance and what's in the guidance we've provided, we think that likely will jump around quarter to quarter. But our current expectation is that we'll be in line with where we ended 2012 for 2013.

Having said that, again, there's a number of puts and takes that we put our best guess or estimate in place at the beginning of the year. But if it turns out, for instance, that the market grows at a quicker pace than what we've forecast, that will drag the implied rate down a little bit because you've got some fixed elements of revenue that run through. The licensees basically are fixed amortization; they are not growing with the market.

Also, if the tablets grow at a faster pace than we've got in the forecast, those are things that at least today are likely to hit caps and will have a downward pressure on the rate.

And then what we've also seen over the last few quarters and I expect will continue is just -- we have these general caps in place for all handsets. And given the increase in ASPs at the higher tier, we've seen a higher percentage of the revenue actually hitting our standard caps, and that has the same effect as the tablet cap.

So a bunch of puts and takes in there, but I think, on balance, we think it should be kind of a consistent view there.

**Kulbinder Garcha**, Credit Suisse - Analyst

Are there any questions from the audience? Not one -- one?

Maybe another one from me. On the -- just when we look at the smartphone market, you are getting to a position whereby two vendors are controlling half the volume, almost all of profit. Just in terms of -- do you think that's a healthy place to be? And when you are speaking to the carriers, how do they feel about that? There's certainly some pressure on subsidies as well. How have you factored that into your thinking as we go through the next 12 to 18 months?

**Derek Aberle**, Qualcomm Incorporated - EVP, Group President

Be careful not to comment specifically on any of our customers. But I think across the industry, one of the things that has been important for our business model is we view ourselves as an enabler to the industry and we look at the competition that is coming to 3G versus what we saw in 2G. And I think, industry-wide, it's healthy to have a number of players in the market driving innovation, and not market share necessarily concentrated on -- around just a few.

As you look out, I think you see that the operators and others are also, I think, looking for additional suppliers. Obviously, Microsoft is putting a huge amount of push behind Windows, and we will see when RIM launches the new BlackBerry 10 devices early next year. I think the operators are going to want to see a diversity of devices in the lineup. It remains to be seen how successful those are, but I think, from our perspective, a broad ecosystem is beneficial to the industry.

**Kulbinder Garcha**, Credit Suisse - Analyst

Maybe a final question from me -- just on the strength of your IP position on the LTE side, can you speak about how that has helped Qualcomm in the chipset business? Because you clearly do have a lead in LTE, and it's partly involved, I think, in the standards and how Qualcomm are involved in that. But can you give us some practical examples as to why that business model is perhaps superior to your [single-mode] chipset competitors?

**Derek Aberle**, Qualcomm Incorporated - EVP, Group President

Yes, so when we look at the level of investment across the Company, we are continuing to invest very large amounts -- I think about 20% of revenue -- into R&D, which we make available to the industry, both through licensing business and through the chipsets. And one of the things that the revenue that's generated from the licensing business allows us to do is to invest early. And by investing early, that obviously gives us one of the strongest IP positions. But it also benefits the chip business, because we are investing very early in the technology and already implementing it in our chips as the standards are evolving and being developed, whereas maybe some of the competitors kind of wait more until the standard is closer to finished and then have to go implement from there. And they are planning a little bit of catch-up.

So I think the fact that we can invest heavily in these early technologies that really help drive the industry definitely has a benefit to the chip business.

## QUESTIONS AND ANSWERS

**Analyst:** Unidentified Audience Member

**Question – Unidentified Audience Member:** (Inaudible question - microphone inaccessible).

**Answer – Derek Aberle:** Okay. Approximately.

**Question – Unidentified Audience Member:** Okay, thanks -- a few questions on the China market, how you structure the licensing. I think when you went into China a number of years back, you had most-favored nation or lower rate to Chinese manufacturers. So I wanted to see if those still apply.

The second one is on TD, and also TD LTE, how that affects royalties relative to WCDMA; and then also if there's any potential to bundle so you offer a lower royalty, get more share with the QRD platform.

**Answer – Derek Aberle:** So in China, about -- I guess, more than 10 years ago, in order to help open the market to CDMA, we ended up signing some deals that were just specific to CDMA2000 with a relatively small number of vendors that the Chinese government had identified. Again, those agreements implied only that CDMA2000 were for a limited number of companies, and many of those remain today.

As we then started to license for WCDMA, we did not extend those special terms into WCDMA. And so the agreements that we've licensed in China around WCDMA have been around one of our standard terms.

If you think about -- so the situation around TD -- in TD-SCDMA, we've got quite a large number of companies licensed. But, given the way the technology has been positioned in China and some of the political sensitivities there, I think we have been pretty open that we've had some challenges collecting on all the TD-SCDMA volume in China. And we are continuing to actively work that and try to improve the situation there. But there is some portion of that volume that we are not collecting on today.

So as you think about China Mobile going forward from a Qualcomm perspective, I think a couple of things are happening which are positive. One is, as they look at the higher end of their portfolio, they are pushing more and more devices to multi-mode. So, although they are supporting TD-SCDMA, they are also implementing UMTS. And that's -- they want to give a global roaming opportunity to their higher-end subscribers. And so, even if the device has TD-SCDMA, as long as it has UMTS, we are able to collect on that without the same sensitivities.

Similarly, they are aggressively pushing to move to LTE TDD. And there's rumors that -- or even their own announcements that say they are going to launch commercial trials next year. We've started to license in China around LTE, and we've got, obviously, ZTE licensed as well as a number of other Chinese companies. And at least at this point, there don't appear to be the same types of sensitivities around LTE TDD, which is -- obviously, got a tremendous amount of commonality with the FDD version and is a worldwide standard.

And so, as that volume moves over to -- from just TD-SCDMA only to LTE, it will make it much easier for us to collect royalties on

Exhibit 70
1147

LP_0000745

that volume as well. So I think those trends, we expect, will help us resolve some of these issues in the coming years.

**Question – Unidentified Audience Member:** (Inaudible) get more QRD business?

**Answer – Derek Aberle:** Yes, so we haven't done that. And within the Company, we tend to keep the licensing and the chip business very separate. Obviously, our view is that companies need a license if they are doing 3G or 4G devices, sort of irrespective of whose chip they use. And we try to keep that separated from whether they are using a QRD or a Qualcomm chip, and we don't bundle those together.

**Analyst:** Kulbinder Garcha, Credit Suisse - Analyst

**Question – Kulbinder Garcha:** Okay, I think we're out of time. Thanks very much, Derek.

**Answer – Derek Aberle:** Okay, thanks.

StreetEvents transcripts content provided by Thomson Reuters  THOMSON REUTERS

Exhibit 70

1148

LP_0000746