# Exhibit 71

### QUALCOMM at GSM Association Mobile World Congress

Barcelona Feb 26, 2013 (Thomson StreetEvents) -- Edited Transcript of Qualcomm Inc presentation Monday, February 25, 2013 at 9:00:00am GMT

CORPORATE PARTICIPANTS
    Warren Kneeshaw, Qualcomm Incorporated - VP IR
    Steve Mollenkopf, Qualcomm Incorporated - President & COO
    Derek Aberle, Qualcomm Incorporated - EVP & Group President
    Paul Jacobs, Qualcomm Incorporated - Chairman & CEO
CONFERENCE CALL PARTICIPANTS
    Mike Walkley, Canaccord Genuity - Analyst
    Mark Sue, RBC Capital Markets - Analyst
    Chris Caso, Susquehanna Financial - Analyst
    Shawn Webster, Macquarie Research - Analyst
    Ed Snyder, Charter Equity - Analyst
    Mark McKechnie, Evercore Partners - Analyst
    Tim Long, BMO Capital Markets - Analyst
    Tal Liani, BofA Merrill Lynch - Analyst
    Kulbinder Garcha, Credit suisse - Analyst
    Brett Simpson, Arete Research - Analyst
    Nick Gaudois, UBS - Analyst

### QUESTIONS AND ANSWERS

**Answer – Warren Kneeshaw:** We have 45 minutes so I would like to get right to it.

**Analyst:** Mike Walkley, Canaccord Genuity - Analyst

**Question – Mike Walkley:** Mike Walkley with Canaccord Genuity. Steve, I will start with a question to you today. Some of your competitors are starting to announce LTE solutions. I was wondering if you could update us on the competitive environment. And then with your carrier aggregation and Cat 4 announcement how important is it to work with the OEMs on that? And then what might be the timing for some carriers to roll that out? Thank you.

**Answer – Steve Mollenkopf:** Sure, so in terms of the competitive environment, I haven't seen anything that is different than what we would have talked about previously. We have known about everything I think that you have -- that we have seen at least publicly described. So I don't think it is different than what we have discussed.

And just for everyone's benefit kind of summary, we are commercializing our third generation; I think a lot of people are trying to figure out how to get there first generation working.

At the same time the LTE multi-mode feature set is continuing to move forward fairly rapidly. And one of the key features that is moving forward -- or making it move forward is carrier aggregation. And we announced this morning carrier aggregation demo on our third generation 9x25 -- 9x25, that same modem actually exists also in the 800 series as well.

In terms of timing, as fast as we can get it out I think you are going to see people take it. And the reason is it enables you to make use of a more challenging spectrum situation than you may like if you are a carrier.

So what essentially happens is carriers looking for more capacity, more data speed, but they don't have the spectrum allocation, so they need to be able to combine two dissimilar spectrum allocations. And carrier aggregation is a feature that does that.

And particularly important in the United States, but also in the developed world in particular and you will see that out I think as quickly as we can get those devices out and, as we showed, we actually did the first demonstration using commercial infrastructure. I think we actually even have that in our booth, if I remember correctly. Or someone's booth.

But, so, yes I think from the competitive dynamic we are -- we don't see anything that we didn't see before in terms of what we see coming. The other aspect to remember too on LTE is that the table stakes are not just an LTE product, it's an LTE product with a multi-mode product meaning 3G -- 3G includes all of the 3G modes to do a worldwide SKU.

And then I think if you are really going to be successful you need to put it next to an application processor and have an integration story. And what that does is it essentially means every modem player now has to be a leading AP player and has to be a leading graphics player, has to be a leading connectivity player if they're going to have a competitive solution. So it is a pretty wide range of technologies you need to have I think to be successful in the marketplace.

**Analyst:** Mark Sue, RBC Capital Markets - Analyst

**Question – Mark Sue:** Mark Sue, RBC. Gentlemen, two questions, first on ASPs. It seems from looking at all the new devices at the show, a lot of this high end smartphones the pricing seems to be very stable. However, we are seeing a rapid move to down market in the mid-range and also low-end smartphones as low as EUR15. Where do you see the trend there and how do you see that impacting your business?

And then separately, there seems to be an increasing inclination to move to LTE [advanced]. Maybe what you are seeing in terms of the overall pace of activity in the industry?

**Answer** – **Derek Aberle:** Mark, this is Derek, I will take the first one on ASPs. So I think we covered this in some amount of detail

Exhibit 71
1149
LP_0001126

in November at the Analyst Day and I think the trends are kind of bearing out along the lines that we saw or we expected to see back then.

We did say if we look forward in the five-year plan what is built into that model is annual low-single-digit declines in ASPs. And we haven't really seen that the last couple of years and at some point it has been going up and down quarterly and there are some fluctuations in there. But it is built in into the model.

So we are still confident we can deliver strong growth even with the ASPs coming down just given the unit growth that is expected both in developed and emerging markets. But the overall trends, as you said, in the developed regions, we are continuing to see strength at the high tier in fact. I think even pricing strengthening further from what it had been at the high tier and we haven't really seen cannibalization in the other -- as we come down into the mid-tiers.

In the emerging regions, again I think as we see people transition over from feature phones and even 2G phones they are still continuing to transition over at a higher ASP. So, although the pricing is coming down we haven't seen a lot in the really low price point that you are talking about. But as we ship volume to more coming from emerging regions over the coming years we do expect the overall ASP to have a decline. But again, that is consistent with the double-digit growth we still see in the business over the next five years.

**Answer – Steve Mollenkopf:** And then on LTE advance -- maybe I will take that one, anybody jump in. The feature set -- just like in UMTS where first there was release 99 and then there was the HSDPA and the HSUPA and HSPA+, a similar thing is happening with LTE right now. And so, it is moving very rapidly.

LTE Advanced is I think a combination of a number of features that are moving forward. I think the key thing is that the feature set for LTE is not sitting still, it is actually moving rapidly forward. We actually view ourselves as having some responsibility for that; we are pushing out new LTE feature set into the market across multiple tiers to really move that forward.

And the thing that's driving it there is an enormous demand for data being delivered to the handset and -- because the operator is really, really trying to figure out how to get more capacity and more features delivered to the devices and the device becomes the primary computing platform.

So we are seeing that come out as a very quick migration of the modem feature set. So you may recall, I think it was two years ago we did our first LTE product, last year we had to transition people to the 9x15 class, we are now in the process of commercializing the third generation and will continue to do that and move that rapidly forward just like we did in 3GPP.

---

**Analyst:** Chris Caso, Susquehanna Financial - Analyst

**Question – Chris Caso:** Chris Caso, Susquehanna. I wonder if you could talk a little bit about the RF solution. You guys put a press release out earlier. Maybe talk a little bit about the timing of it, when you expect to be meaningful revenue and where you see you sit in that market.

**Answer – Steve Mollenkopf:** Sure. So we did a press release last week on some RF solutions and I think probably the new piece that was in there -- probably two things, one was we came out with an RF front-end solution, which I think uses a little bit of a different approach than the traditional approach for the RF front end, which traditionally it has been in a different technology.

We have put it into a CMOS technology, primarily because we believe that long-term in order to solve the front-end problem for phones -- and the front-end problem essentially is all about the fact that the phone is really becoming an antenna farm. And to be able to manage that you have to put some technology that allows you to just have multiple bands and multiple dissimilar radio technology sharing the same antenna.

So that big plumbing problem we think there's an opportunity to solve at a system level. And so, we felt it was required for us to participate in that market in order to make that happen. So we think that is going to move more toward an ASIC model than from the model that exists today, so we wanted to be able to stimulate that so that is why we did it.

The other thing we came out with I believe was also an announcement on a transceiver that supports carrier aggregation in I think a very highly integrated method. Those two things were announced last week. And I think the interesting part of our portfolio going forward in terms of timing -- we mentioned I think second half of this year having the first products based off the RF front end.

I would make sure that people understand that we will continue to work with our very broad base of suppliers, platform partners that enable us to produce so many different products worldwide using our chipsets. So we will continue to do that as well. We will also be providing RF solutions where the high integration really makes sense.

---

**Analyst:** Shawn Webster, Macquarie Research - Analyst

**Question – Shawn Webster:** Shawn Webster, Macquarie. Just following up on the power amplifier question; I was wondering if you had a goal or something in mind in terms of attach rates of your new front-end products. And given that it's a stacking technology it looks like, is there any opportunity for your ecosystem partners to provide components into that stacking method that you are using for it? And then my second question is just share your thoughts on how voice over LTE is progressing? Thank you.

**Answer – Steve Mollenkopf:** Sure, so I will take the first part maybe and my colleagues can take the second one. But on the RF front-end piece, we have not given an external benchmark or design traction or whatever the right metric is for that. I would say that we -- we are new to the market and we are going to continue to move forward on it.

I think as the phone becomes more integrated and particularly as the OEMs become more -- the product -- the chipset is becoming much more complicated over the years and this is going to continue, particularly in the RF area as you are supporting so many different bands. So the platform play I think extends, just like it did for us in the RF transceiver, I think also probably extends toward the front end as it continues to become complex from the RF perspective. But we haven't given any data on that.

In terms of your question about would we be open to continuing to work with other suppliers to try to find the best solution maybe even using our RF POP technology I think was mentioned in the release. We are always open to making sure that we are producing the best product, whether that is using a combination -- best product at the system level, whether that is using a combination of someone else's product and ours or our own.

Exhibit 71
1150
LP_0001127

I will say that over time the importance of wrapping the system around the entire front end goes up and that is just so that you can share the same circuitry across different air interfaces. Those air interfaces, there may be things that you can do in the MSM to make it easier on the RF and wrapping that whole thing around there is I think an important component moving forward.

**Answer – Paul Jacobs:** On the multi-side, there are a number of systems that are out particularly we've seen it in South Korea. I think there is nice benefits in terms of doing wideband voice with it, doing sharing of content when you bring up the call so you can share screens and things like that. So we have seen those sorts of systems.

Obviously there's a lot of constraints on the network to make sure that handoffs are smooth and various technical issues to make sure that the system works well because voice is not exactly data in the way that people used to think of it; you've got constraints, real-time constraints on it and so forth.

The other thing that we are seeing is -- obviously a lot of people are working on it, there are different systems that are being used for VoLTE, and so we are actually trying to see whether we can provide at least some common commonality among different VoLTE systems. And I think we have still got a little bit of a ways to go before that's a major impact.

---

**Analyst:** Unidentified Audience Member

**Question – Unidentified Audience Member:** Hey, guys, so, since you are saying you're going to work with some of your competitors because when you go CMOS like this, in particular with three of the four components being CMOS, you're really taking this inside. So I guess one question is how do you really work with us, this is really an architectural play?

What does this do competitively for the other modem vendors (inaudible), because now you have got control of circuits in CDAC (inaudible) designed into the whole system, so you are taking a more integrated approach. What do they have to do now?

I mean does this make them have to change their game so now they are not just a modem vendor, they have got in to get into transceivers, they have got into front ends in order to compete because it is only going to get more complex as you move down the road?

And then can you talk a little bit about your small cell strategy? You guys have been working on this for a while. We expect to see more announcements here at the show around that architecture; can you talk about where you are at? And then finally, just a little update on how you are doing competitively in China with regard to the smartphone market there please? Thank you.

**Answer – Steve Mollenkopf:** Okay, I will probably take one and three, maybe (inaudible). So on one was -- remind me, Brian, it was on the RF front end or -- and also just sort of what that means on stepping up the bar for the other folks?

**Question – Unidentified Audience Member:** (Inaudible - microphone inaccessible).

**Answer – Steve Mollenkopf:** Yes.

**Question – Unidentified Audience Member:** (Inaudible - microphone inaccessible).

**Answer – Steve Mollenkopf:** Well, I think it's really a statement about we launch 400 plus devices, probably more than that a year now, across just a variety of different geographies and so we will continue to do that with our partners. More and more, however, the complexity of a design requires I think that you wrap the system all the way up to the antenna.

We can do that with partners by continuing to work with other suppliers of the front-end technology. But we also looked and saw that we could actually provide a benefit to the handset provider by doing it ourselves. And in fact some of the complexity is probably such that it's very difficult to do unless you really manage all the parts together as one system.

Same thing existed in the transceiver and I think kind of moves forward. Some of the benefits you get, you get a pretty significant size advantage by -- if you look at the numbers that were quoted in the press release, I think it was like 50% footprint advantage. That is pretty significant these days when it is just a lot of focus on getting the footprint down.

Basically what they do is they take the footprint gain and they put it in battery and very small changes in footprint are rewarded in terms of the competitive marketplace. So other MSM providers, other modem providers, the game is -- continues to move not only across feature sets but also in terms of -- just in complexity on the phone. We're going to continue to do that as has been our strategy for a long time. The second one it was about small cell I think.

**Answer – Paul Jacobs:** Okay, so on the small cell side we still -- we have our 3G solution out for the FSM and we have integrated 3G 4G WiFi coming, but I don't think we have actually given a date yet. So -- but in terms of the really important part of small cell, which is self organizing network capabilities, we have been doing a lot of demonstrations with that; I am pretty sure we actually have demonstrations in the booth on it. We have been bringing people to San Diego.

We actually -- one of the things that we did was, because we have both WiFi experts and cellular experts, we set up a system to show what happens if you try and do the similar small cell concept with WiFi access points versus licensed band small cells. And as we have been saying from a theoretical standpoint, we can demonstrate in the field that licensed band is the way that you are going to get capacity increases, because you can enforce interference management between the small cells in a licensed band that you don't have the opportunity to do in an unlicensed band.

So capacity in the WiFi network, unlicensed band network will grow up to a certain point and at a certain density it levels off. And we can essentially continue to get increases in capacity on the network using our ultra-[sound] technology in licensed band.

And so we are out doing a lot of development work -- business development work with operators, with regulators and so forth. We don't have the announcement just yet for the -- on the commercial side, but you can make the assumption that those will follow that business development effort.

**Answer – Steve Mollenkopf:** And then I think your last question was about design traction in China. We are actually pretty pleased with that. As you know, we are developing really an alternative channel for our chipsets; we have been doing that for several years. And essentially what we are doing is we are providing more of a reference design or actually a full reference design which enables a new class of OEM to use our chipsets.

And I gave some numbers on the last earnings call. I think we mentioned that that channel, that class of new OEMs has actually

Exhibit 71
1151

LP_0001128

doubled year over year. And they were pretty significant actually in 2012. This is not a case of the law of small numbers, it is actually we are pleased as to how that is going.

It is still early, we are still developing that channel, but what we seem to be seeing is that we are converting these new OEMs at a rate which I think is faster than other people are converting them. And the other conversion that is occurring, the incumbent, is actually converting them from 2G to 3G and moving them to smartphones.

And what we are being able to do I think is take that mass of people that are traditionally delivered 2G phones and we are adding them as new customers as they migrate both to smartphones and to 3G. So we think that is a positive trend.

Our strategy moving forward really is to drive technology in that tier of product. And we are encouraged because we think that, particularly in China, there will be some point where the technology turns over and things like LTE TD mode will become increasingly important. And recently we have mentioned that we have just launched our first TD-SCDMA product.

So now we have the ability to platform across all of the carriers in China and we have access really to the largest carrier in China. So we are continuing to develop that channel and continuing to focus on that part of our business. But, so far so good.

**Analyst:** Ed Snyder, Charter Equity - Analyst

**Question – Ed Snyder:** Ed Snyder, Charter Equity. My turn to kick the RF horse here. Steve, historically, actually even currently, the CMOS technology did not really perform that well. They have been relegated to the extent that they have sold it all to really 2G in the space. And I know your product you announced is more of an SOI type thing.

So the question is to the extent that you get the performance you want it seems you are going to have to move away from just straight digital. What impact does this have on margins? And then the carrier aggregation issue when you're dealing with -- because you are not using the standard technology -- you're not using TSMCs straight up digital. And it has been certainly the case in the RF world that to get the performance they've had to move into more esoteric technologies.

And then on the carrier aggregation, it seems that one of the biggest hurdles to this in addition to all the [expanded] transceiver issues is the filtering problem, which seems to be -- I don't want to say intractable -- but in terms of the filter guys they're still scratching their heads on how they're going to get all of that done. So I am just curious about how this impacts the margin profile of RF 360 to the extent that you wind up deploying it.

And then, Paul, it is clear Intel has about a two-year lead on process and that seems to be getting a bit wider here and they are way behind Qualcomm on the LTE side of the business. But if it should come to pass given the money they're pumping into this, that they reach parity in the next couple years, does that put Qualcomm at a big disadvantage in terms of size and speed, et cetera, given how hard it is going to be for TSMC to make up that distance between here and there? Thanks, guys.

**Answer – Steve Mollenkopf:** So, on the RF question very quickly, so for us this would be a new business, so it is an accretive new piece of the bomb that we would be working on. We haven't given a gross margin target for this particular incremental piece. But it would be a new piece.

What we are -- we did not announce integrating that in with the MSM and integrating all of that. So from a partitioning perspective it's actually a new part that fits alongside the existing parts that you are probably familiar with.

The performance that we have been able to get we think puts us in the ball game, particularly when you look at the performance versus footprint component. The other aspect to remember too is that we are doing pre-distortion; we are doing things in the MSM that enable us to take advantage of a different type of transistor sitting out there at the antenna.

And then the RF front end actually does have an active antenna matched to it as well that enables you to handle some of the issues. Otherwise, you wouldn't be able to do so many bands.

So we think we have solutions to those problems. We also think that over time the front-end market -- and a lot of other people have this view as well -- will move more toward an ASIC model as opposed to more of taking dissimilar technologies and trying to put them in a module. But it remains to be seen. But we like what we see internally so far.

**Answer – Paul Jacobs:** On the Intel question, I mean obviously something that they have touted is a manufacturing advantage, a transistor advantage. I think what you are seeing in the fabless community is a very, very rapid movement towards new process nodes. So I don't necessarily buy into the concept that there is going to be a significant disadvantage for the fabless players going forward.

And the other issue is that we are getting to a point right now -- a little concerning I think for the world economy -- but Moore's Law -- the economic benefits of Moore's Law are not really showing up at the moment for the new nodes. And so, I was in a meeting with the CEO of Micron and he was talking about it already hitting them they aren't seeing the economic benefits going to the strength.

So that also will affect any potential (technical difficulty) they might have. So I think there is clearly a race. There has been a race all along on various aspects of ecosystem, performance, manufacturing, that race is going to continue. But I don't think -- there is clearly not a knockout blow coming from their side, which I think they have been trying to portray it as such.

And all I would say is that the fabless industry knows this issue, they are improving their transistors rapidly and you will see us go through a bunch of different process nodes fairly quickly.

**Analyst:** Mark McKechnie, Evercore Partners - Analyst

**Question – Mark McKechnie:** Mark McKechnie, Evercore. A question for Steve. In December the chip business performed quite well, good solid margins. But then on the guidance the outlook -- in kind of typical Qualcomm fashion you didn't raise your margin target for the full year.

I want to kind of dig in on that a little bit, maybe what are some of the puts and takes and I'm doing it as conservative, but I mean is there a real reason why you weren't able to raise the bar there with ASPs getting better and your costs from -- and the scale on the 28 nanometer starting to hit?

Exhibit 71
1152

LP_0001129

**Answer – Steve Mollenkopf:** Well, I think what we came out with was a couple things. One is we did deliver I think a strong quarter in December, probably a little stronger than we had thought.

There is also -- and I think we talked about this in November, there is some variability in the demand, it is a little bit more peaky and it tends to be more modulated by -- it is kind of a hero device launch versus anything else these days. And as a result maybe some of our visibility is probably not as high as it would have been in days gone by. So you see a little bit of that.

But we also see -- but we also mentioned that we thought the year was going to unfold pretty much the way that we thought and we did raise the year, as you know. So -- or excuse me, the margin we continue to keep where it is.

We -- you see -- sequentially you do see the March quarter is different than the December quarter, there is a different OpEx profile because of the full year, there is a number of things -- there's obviously a different volume outlook, you saw the numbers that we gave continue to be strong. But we think the year is going to continue to unfold pretty much the way that we thought.

We also mentioned that we do our yearly price resets in the March quarter. We also -- when we do our pricing policy it's not just short-term but it is also long-term pricing policy. And what that does is we may be looking at particular accounts and we may make a long-term move versus a short-term move and some of those things all factor into what happens with the margin.

**Question – Mark McKechnie:** (Inaudible - microphone inaccessible)?

**Answer – Steve Mollenkopf:** Well, they are really separate businesses. I mean we have been very clear that we keep those two things separate -- separate propositions to the customer. So, really two different things.

**Analyst:** Unidentified Audience Member

**Question – Unidentified Audience Member:** Steve, in the last two months you have found it more positive on market share gains and opportunities for Qualcomm this year. Can you just be a little more specific as far as what gives you that optimism and what segment specifically you think may be better positioned from a margin share perspective?

**Answer – Steve Mollenkopf:** Well, I think in general we have a belief that I think the data backs up, which is that technology continues to move even more rapidly than it has in the past. And we have been lucky enough to make some good investments I think on some key technologies that the marketplace wants, in particular LTE, but also in the AP and connectivity area.

So on the AP side we clearly have a lead on the CPUs, we think we have the leading GPUs as well. And so, what is happening, particularly at the high end of the markets, is that those combinations -- so the combination of the leading AP and the leading LTE multi-mode's feature set is really the ticket to ride there. And so, we have put ourselves in a leadership position and we think those things are being pulled forward in terms of market share.

As I said on the call, we continue to have strong numbers, but we -- if anything we would consider ourselves to be biased positively on share moving forward. And those are really just a result of I think having technology leadership across a number of areas when that is very, very important to the OEM to move forward.

And we have seen that, we have seen situations where we would come out with a chip set -- I'll even go back two years. We came out with a gigahertz processor, first one in the industry, as soon as we launched that product it was almost impossible to sell an AP unless it had a gigahertz in it.

We have moved that forward, similar thing now with LTE, our Krait class of processor is many, many months ahead of what we expect someday to see from other people. So it is just a combination I think of good technology investments and good execution that are being pulled through.

**Answer – Paul Jacobs:** And we know what the design wins are, both ourselves and the competition. We are in a position now, maybe when you look at last year where we had the supply show, I mean we got all the design wins, we just ended up not being able to supply to them.

This year I think we have a better balance between design wins and supply capability, which is why you see the competitors not really announcing much in the way of significant design wins because we have won them. And then you also see things like the new HTC phone coming out, Snapdragon 600, just killing the competition and we have got 800 coming. So that should give you a good sense why we are so optimistic.

**Analyst:** Tim Long, BMO Capital Markets - Analyst

**Question – Tim Long:** Tim Long over here. A two-parter on the tablet markets. Steve, maybe talk a little bit about attach rate for cellular connectivity and maybe when you see some of the complexity you are talking about on the phone side maybe working to your benefit on the tablet side as far as design wins.

And then, Derek, maybe just on the tablet side looking forward as the market gets bigger and the line blurs between tablet and phone. Maybe revisit with us the longer-term view on caps on royalties there and is that something that could potentially change as the market gets bigger and the lines blur? Thanks.

**Answer – Steve Mollenkopf:** So I would -- maybe the first part of that. If you look at the tablet market, I think it has really been defined by a very small number of design wins so far. Those design wins I think have really focused on really two areas -- one is of course one big OEM, US-based OEM, and the other one is really some -- I think some disruptive tablet products, Amazon's product being one that really changed I think the economics of the tablet market.

And as a result I think it really prioritized the WiFi only SKU outside of -- particularly in the Android space or Android derivative space. And we actually were positioned more for the handset space, so we had the integrated modem as really where we went with our leading AP.

Now I think what you are seeing moving forward, one is I think we have come out with both a WiFi capable SKU, meaning that we have the standalone AP at the same time that we have the integrated product. And then at the same time I think the market has moved from people experimenting maybe with a 10-inch or so class of products more towards the 7-inch, more towards the fabless space. And it is kind of the continuum there.

Exhibit 71
1153
LP_0001130

The net result, at least in my mind, is that I think that the tablet market, the volume portion of the tablet market I think becomes more and more like a big phone. And the importance of being connected I think goes up, also the importance of having integrated solution goes up.

So long-term I think it really tends to look like a big phone market from a chip set perspective and I think we are -- we can be bullish on it. We -- there is also Windows RT which I think is somewhat related in the sense that depending on how that ecosystem shapes up that will have a lot to do with how we look at the tablet market as well.

**Answer – Derek Aberle:** Let me just add that I think we continue to believe that the always connected user experience is the way that people are going to want to use their devices. And we are seeing some positive moves on the data plan, which I think is something that has moved more slowly than we had hoped historically. So I think as those start to fall into place the natural progression hopefully the attach rates will go up.

In terms of the caps, I think we are sort of just continuing to monitor the market as we have. I don't think we have -- we don't have any plans currently to change the way that we have segmented that. We have a really built a lower cap profile around laptops and tablets based on certain size requirements and it doesn't really translate into anything that you guys would think of today as a smart phone. And we currently don't have any plans to extend them to those types of devices.

**Answer – Paul Jacobs:** The other thing I should just add about that is we have given guidance of double-digit revenue and earnings growth, that has pretty conservative volumes on the tablet, connected tablet side built in, although it has a fairly significant amount of spending on the R&D side. So we are still cautious in terms of guidance and optimistic in terms of investment.

---

**Analyst:** Tal Liani, BofA Merrill Lynch - Analyst

**Question – Tal Liani:** Tal Liani, Bank of America. I have two questions. The first one is when you speak about marketshare in semiconductors in the low end, mid-range smartphones in kind of two aspects. The first one is marketshare with existing large OEMs, the potential for gaining share or losing share when the market flows into lower end?

And the second is the potential for the marketshare dynamics with -- versus lower-end provider -- or sorry at lower end players like Mediatek and others and how does this play out? So that is my first question. The second question, can you discuss your semiconductor marketshare in the TD market, TD- SCDMA, TD LTE market? Thanks.

**Answer – Steve Mollenkopf:** Sure. So mid-tier has always been an area of strength for us, I think primarily because the mid-tier tends to be very heavily derived by the high-tier. So the high-tier chip, that is a particular design point and then people tend to want something close to that. And we tend to come out with a tiered road map pretty rapidly there, so we tend to do reasonably well in the mid-tier.

On the low-end, it is -- we have talked about this, it is a very competitive market right now primarily from the pricing perspective. It is defined primarily by your ability to really do two things. One is to support the marketshare aspirations of big multinational OEMs.

Those OEMs really are looking for worldwide SKUs, they want to have something -- it is a fairly -- in terms of a market it is something that you need to have technology breadth in order to service them across the world. And so, I think we have done a reasonably good job of doing that.

Last year we actually missed a couple of design wins that we wish we had gotten in terms of large -- a larger OEM particularly in Korea. But I think we feel a little bit more bullish about that one moving forward.

And then the second aspect that defines the low tier is your ability to enable the nontraditional OEM -- the OEM that doesn't have a lot of R&D compared to our traditional customers. We have been doing that with our reference design program. I don't think there are a lot of chip set providers who have the scale to provide that level of service to those OEMs, so it tends to be a small number of players that compete against each other, in some cases only two.

And we have been essentially trying to build that channel but then bring the technology road map from the high-tier to that channel. And we think that that strategy will ultimately be successful, particularly when the OEMs are trying to distinguish themselves from I think a sea of other OEMs that are all trying to do essentially Android low-end devices. So we continue to think that IP will be important down there.

We have not, until recently, had the ability to access China Mobile's market because we didn't have TD-SCDMA. As I mentioned, we launched our first devices based off of that at the end of last year, last calendar year. And so, that I think is a positive thing.

TD right now -- TD-SCDMA we are really not a large player because we are just starting. We think that will continue to be like any other technology, an area where we will be able to be successful. We also think that that will migrate potentially to TD LTE, which I think is favorable to us because we have I think a strong position in TD LTE.

**Answer – Paul Jacobs:** And we have the majority of the design wins for that kind of mobile trial.

---

**Analyst:** Kulbinder Garcha, Credit suisse - Analyst

**Question – Kulbinder Garcha:** Hi, it's Kulbinder from Credit Suisse. A question for Steve and for Derek. Steve, on the LTE competitive environment, (inaudible) I guess to the point you are several generations ahead, so like even W-CDMA, there were various points at which you had to block (inaudible) and price aggressively almost preemptively, there was a couple of times it had a fairly big impact on margins at the time. Why wouldn't that be the same case in the next 12 or 18 months given the premiums that you are making on ASPs on the LTE side?

And then for Derek, on the licensing business, if the 3G market, let's say the ecosystem in China, MediaTek driven otherwise just become too (inaudible) units, (inaudible) remember that being called out at the moment. Would that be upside to this year's licensing numbers? Do you think you have the capacity and the deal to license that kind of volume in China this year? Thanks.

**Answer – Steve Mollenkopf:** So quickly, our outlook actually includes a view of the competitive environment which is consistent with what I talked about earlier in kind of the first question from Mike. But -- so I don't think I see anything different in the competitive environment that we didn't see over the last several quarters.

Exhibit 71
1154

LP_0001131

If you look at our -- if you look at the details of our LTE solution, if you look at our consumption footprint, feature set, ability to go to carrier aggregation, multi-mode fall back and then putting all that next to an AP, we view ourselves as continuing to have a strong position moving forward.

You will see, and you are seeing I think a fair bit of press where people are trying to come up with I think a very small feature set that may be useful in one place but probably not useful worldwide. And so, we continue to think that we will have a strong position there on the LTE space.

And remember, when I say LTE I am referring to multi-mode LTE and in many cases I'm referring to multi-mode LTE combined with the world's best AP on one piece of silicon. So it is a different I think proposition than what you are seeing from other people who are just going to catch up with LTE by itself.

**Answer – Derek Aberle:** So, and on your question on China, I think we -- last quarter we increased our call for calendar 2012 and I know a number of people had asked did we see more strength in calendar 2013. But we decided given the timing of the year and some other factors that we didn't increase the calendar 2013 guidance we had previously provided.

So I think going forward if it turns out that there is upside in China based on whether it is our QRD business or MediaTek supply devices that would sort of be upside to our model.

We are well-positioned in our view to collect royalties broadly in China whether it is Qualcomm chips, MediaTek chips or somebody else's chips. We have agreements in place with more than 70 companies in China and many, many companies already reporting and paying royalties to us including on devices today that include MediaTek parts.

So we feel like we are very well-positioned to collect on that volume, it is not like we need to go out and do something different. I think it is just a question of whether the market in China this year is bigger than we might expect at this point.

**Analyst:** Brett Simpson, Arete Research - Analyst

**Question – Brett Simpson:** Brett Simpson, Arete. A question for Steve. Six months ago you talked about moving to multiple sources for foundry after some of the shortage you had on 28 nanometer. Can you give us an update exactly where you are with that? Because some of those guys like GlobalFoundries didn't seem like they were ready yet on 28.

So to what extent have you moved to this multi-foundry approach? And then maybe a question for Paul. It sounds like Samsung is the natural second source on the foundry side. And do you have any reservations partnering with these guys given that they are developing their own modems? Do you feel comfortable putting your IP [into those apps]? Thank you.

**Answer – Steve Mollenkopf:** On the multi-sourcing side, we had been delivering out of multiple sources actually [four] since the Q4 calendar time frame of last year and that continues today. The split -- I won't talk about the split, but we have been actually pleased with the ability of multiple sources of supply in order to ramp the 28 LTE product.

**Answer – Paul Jacobs:** As for Samsung's foundry, I mean we -- so we have worked with Samsung for many, many years. I think we understand each other well; it is companies we have places where we cooperate and places where we compete and that is just sort of the nature of the world these days. So I wouldn't look at it as a significant negative to working with Samsung Semi.

**Analyst:** Unidentified Participant

**Question – Unidentified Participant:** And unfortunately this will be the last question.

**Analyst:** Nick Gaudois, UBS - Analyst

**Question – Nick Gaudois:** [Nick Gaudois], UBS. Two questions. On 28 nanometer have your data from the planned ramp of high-k/metal gate over 800, how you are feeling about this in terms of (inaudible) and items. And secondly, could you talk a little bit about how you are looking at the 64 bit application across the market next year and how Qualcomm is keeping track? Thank you.

**Answer – Steve Mollenkopf:** Okay, so on the 28 -- in terms of high-k/metal gate, I think we actually did a press release this morning -- I'm trying to remember. Did we do the 28 (inaudible)? But I think we --

**Answer – Paul Jacobs:** If not, we just announced it here (laughter).

**Answer – Steve Mollenkopf:** Yes. Essentially what we have is we have, depending on the application we may use a different variety of the 28. And so, what we have done is we have migrated some of our higher-end parts toward 28 high-k/metal gate which is also called HPM.

There is a mobile variant of that that we, I think, heavily influenced in order to get the particular power and performance trade off that we think is suitable for mobile, which is very different than what you would do for other technologies like a laptop or a server or something.

So we migrated the newer products in order to -- into that node and I think we have -- even some of the designs that we mentioned at CES are using that as well. For a lot of the other products we continue to use what we think is the right node for those particular products and it may be power, it may be cost. And a lot of those continue to be in the poly/SiON technology.

In terms of 64 bit -- for mobile it is not clear that there is a great advantage. If you are going to go to something like a server device or some other kind of product it probably is more meaningful. But like any situation, we work with the ecosystem partner to try to determine the right timing on that. We have not announced a 64-bit product.

**Answer – Paul Jacobs:** Thanks, everybody; hopefully we will see you at the cocktail party tomorrow.

StreetEvents transcripts content provided by Thomson Reuters

THOMSON REUTERS

Exhibit 71
1155

LP_0001132