# Exhibit 73

---

**Qualcomm Chairman and CEO Dr. Paul Jacobs: Wireless Evolution | View Clip**
**07/11/2009**
***Modern Weekly***

Wireless Evolution

In the brand-new wireless area where IT and communications are increasingly converging, Qualcomm, the unseen force that has pushed the entire world into the era of mobile internet, is completing a new round of evolution at the hands of Dr. Paul Jacobs, the son of the founder, and adhering to its traditional business model of turning leading technologies into strong revenue.

Will Dr. Paul Jacobs, will the son of the founder of the world's largest wireless chipset manufacturer become a “superman” of the mobile internet era? Tall, thin and a tad bookish due to his holding of a doctorate in engineering, this leader has taken a modest attitude and behaved in a low profile way over the past four years since he became CEO of Qualcomm. “We will keep the current business model unchanged,” says Dr. Jacobs, always careful of protecting the traditional technical strategies passed on from his father – investing large amount on R&D and then selling chipsets as well as collecting royalty fees.

Despite this continuity, as Qualcomm's leader Dr. Jacobs is also constantly pushing for more changes. In 2004, Dr. Jacobs made an investment of US$800 million in a mobile phone TV technology called MediaFLO. During that period, Dr. Jacobs often emphasized in public appearances that, “[The] mobile phone is the future TV”. He is enthusiastic in talking about the taste of the audience or 15-second commercial ads just like a media giant, though this new business being cultivated has not made a profit to date. Mobile TV is not the only trump card in the hand of Dr. Jacobs. Qualcomm has also extended its reach to more areas, such as mobile payment, mobile healthcare, a new type of display and even wireless [battery] charging technology.

These innovative wireless applications – which seem to deviate from Qualcomm's core businesses and make people dazzled– are gradually outlining the great ambition always hidden in the heart of Dr. Jacobs. He hopes that Qualcomm is not only a mobile phone chipset supplier, or a tax collector for patents that goes to court with an enormous group of lawyers, but that it will also maintain the technical leadership in the general trend that IT and communication are being increasingly converged.

In the foreseeable future, chipset sales and patent licensing will continue to be Qualcomm's principal source of income and profit over an extended period of time. However, Dr. Jacobs hopes that an emerging new business will become a part of this business portfolio and make a tremendous contribution.

Race to Compete in Mobile Internet
As a major supplier of mobile phone chipsets, 60% of Qualcomm revenue came from sales of mobile phone chipsets in FY2008. Even if your mobile phone is not powered by Qualcomm chipsets, Qualcomm will still make a profit as long as it is based on the CDMA or WCDMA standard. As the major holder of CDMA patents, Qualcomm earned royalty fees of up to US$3.6 billion in FY2008, roughly 30% of the total revenue. Moreover, this is almost their net profit.

This is enough to explain why Qualcomm has plentiful cash to support its near-crazy, extensive search for the next business growth points. In the communications market, technology evolution takes a long time, meaning you must have long term vision. To this end, Qualcomm's previous logic was that a new technology should either set the trend for technical standards to drive chipsets sales or set a high patent threshold for its competitors. This was also the persistent pursuit of Dr. Irwin Jacobs, the father of Dr. Paul Jacobs.

Nowadays, the market environment faced by Qualcomm is starkly different from even a few years ago. Manufacturers have talked about convergence for years, but the continuous emergence of new-type converged devices is still something new – from iPhone to Intel's mobile internet device (MID), computing capacity and communication capacity are now seeking the best point of convergence on respective devices.

As for Qualcomm, the biggest new rivals are no longer just mobile phone chipset makers, but also include Intel, which has entered into the communication market again. The market of devices [with screens] of 4 - 10 inches

represents a transitional zone between notebooks and smartphones. Moreover, in addition to Intel, there is another giant, Nokia, that plays a small role. As the world's largest mobile phone maker, Nokia has also started transforming to take on the mobile internet business.

In reality, Qualcomm and Intel, possibly also Nokia, don't differ greatly as to the understanding of what the mobile internet should be like. The only difference is their respective positions in the industrial chain and their competitiveness, which determine what they can do respectively. In possession of nearly 40% of global mobile phone users, Nokia will introduce some software and services to its mobile phone products based on the current user base. At the same time, maintaining a balance between Qualcomm, Intel and other chipset suppliers serves its best interest.

Intel, which produces the most of the world's chipsets, hopes to bring its technical architecture and chipset products to the communication market to maximize the scale benefits of its current production line. Intel has attacked the mobile communication market via the MID product.

Nokia has reached an agreement with Qualcomm and Intel respectively to cooperate on product development. However, Dr. Paul Jacobs must take the initiative in the furious race for the next business growth area. In comparison, Qualcomm's advantages are deeply based on its accumulation of communication technologies and its relationships with operators and mobile phone manufacturers. Therefore, Qualcomm will focus all of its efforts in terms of the mobile internet on these partners. Dr. Jacobs hopes that Qualcomm will not only act as a supplier of chipsets and fundamental communication technologies, but also as a supplier that satisfies their various requirements.

But Dr. Jacobs first has to eliminate barriers.

Fewer Lawsuits, More Businesses

One of the biggest results Dr. Jacobs has achieved in his four-year tenure as CEO is resolving relations with downstream manufacturers, though at a heavy cost.

This April, Qualcomm reconciled with Broadcom over a patent dispute by paying US$891 million to this difficult opponent in the courts so as to settle the dispute on 3G patents once and for all.

A few months earlier, Qualcomm and Nokia also decided to leave their disputes behind and cooperate to develop new mobile phones and mobile devices. In fact, Dr. Jacobs started implementing the reconciliation strategy as early as in 2005. “Our position on the intellectual property has not changed,” he says, not forgetting to emphasize this point. However, finding a win-win solution is more important to Qualcomm.

Compared with the practices of Qualcomm when led by his father, Dr. Jacobs' strategy seems softer. Qualcomm established its business model from the very beginning. At that time, Qualcomm, as a small company, was unable to mass produce the CDMA mobile phones it invented and compete with those established large companies in either technology or position. In this case, providing extensive patent licensing and collecting royalty fees reliably became a method for quickly opening up the market.

By the nature of the business model, Qualcomm has established a CDMA technology camp around itself. In the other end of the “Pacific Sea”, the GSM camp dominated by European operators naturally sees Qualcomm as an enemy. In the 2G era, GSM standards held an absolutely dominating position, and the GSM camp also put forward their 3G evolution roadmap, WCDMA. Qualcomm once believed that the 3G version of the CDMA technology (CDMA2000 and EV-DO) would win the market with the stronger data transmission capacity. Right now, the WCDMA standard is winning more users.

At the same time, changes have also taken place inside Qualcomm. Its mobile phone chipset business has gradually replaced the technology licensing business to become the primary income source. The chipset business and technology licensing business complement each other. As to mobile phone manufacturers, they have two choices – to buy Qualcomm's chipsets or buy its licensing. A mobile phone manufacturer licensed by Qualcomm will have to pay a royalty fee of less than 5% of the sales price of each mobile phone, which provides an already huge financial figure for Qualcomm. Qualcomm wants more – if it directly supplies mobile phone chipsets or other components to mobile phone manufactures, its rate will be more than 5%. Dr. Paul Jacobs admits, “Indeed, we will make the chipset business do something that may influence the licensing income.”

Qualcomm still ranked eighth among global IC manufacturers in 2008, but vaulted to become the sixth largest IC manufacturer in the first quarter of this year. In addition, it is also the IC manufacturer that realized the

biggest sales growth in 2008. The more important Qualcomm is as a chipset maker, the more necessary it will become to break the separate technical camps and shift to open cooperation. Development of the WCDMA market means a vast demand for mobile phone chipsets. In this context, adhering to Qualcomm's prior practices or turning to a market orientation is a question with a clear answer.

Hostility can't be eliminated overnight. Furthermore, Qualcomm owns a share of this market. Thus, legal disputes have happened between Qualcomm and Nokia and Broadcom, and the rivals even requested the court to rule that Qualcomm shall not continue producing WCDMA chipsets. To address this matter, Dr. Paul Jacobs says, "Both companies are trying to change Qualcomm's unique business model." Even though much time has passed, this answer still seems a little indignant.

Fortunately, Qualcomm and its rivals are very clear that the maximum interests of both parties are not to pay a lot of money to lawyers. Nokia is interested in mounting a comeback in the CDMA market, while Broadcom also wants to secure Qualcomm's patent licensing. As for Qualcomm, it certainly doesn't object to getting income from both companies – more importantly, Nokia, the world's largest mobile phone maker, is likely to become Qualcomm's most valuable customer. Therefore, reconciliation was destined to occur sooner than later. During this period, both Qualcomm and Broadcom have changed their general counsels. It seems that new people make it easier to establish favorable impressions.

"At last, after much communication, they have given up [their original opinions], so we have reached a win-win relationship," concludes Dr. Jacobs. Cooperation with Nokia is of particularly great importance, and means that Qualcomm has opened a door to nearly 40% of global mobile phone users.

Without doubt, the more open attitude under the leadership of Dr. Paul Jacobs will become the decisive factor in the future of Qualcomm.

The Son's Bets

An even riskier move is that the changes that are happening under the leadership of Dr. Jacobs may either bring Qualcomm more opportunities, or lead Qualcomm to a dead end.

To eliminate the barriers in the industrial chain is just the first step. Qualcomm is also changing its image. If you check the new business portfolios Jacobs is now building, you will find it is no longer a company with only a chipset business and licensing business.

Evidently, the operating model of the FLO TV business is completely different from chipset design or the formulation of licensing model. Qualcomm has invited TV producers to create programs and talked with advertisers. Such practices tends to evoke the earlier experience of the company – though Qualcomm no longer makes mobile phones, it really built its own mobile phone product line in the early stage to eliminate the doubts of operators towards CDMA. The product line, which turned out to be a failure, was developed under the leadership of Dr. Paul Jacobs.

Outsiders can still clearly feel that the son, who was questioned in the past, hasn't given up any opportunity to prove himself. Recently, Qualcomm has made a plan to promote FLO TV to 39 new countries and areas. The display business also excites Dr. Jacobs. Qualcomm has built a facility in the Science & Technology Park in Taoyuan, Taiwan to produce a MEMS display, a bionic display that adopts the same principle that makes butterfly wings shimmer. In addition to new hardware and services, Qualcomm is also committed to building its own software platforms and ecosystems. Such innovative wireless applications as mobile payment, mobile healthcare, mobile download and even wireless charging have been wildly growing under the encouragement of Dr. Jacobs.

Dr. Jacobs can't accurately forecast Qualcomm's business portfolios in five years, because he really has no idea how fast the display business will grow. "This is my only question now, and I have no answer to the future", said Dr. Jacobs.

However, uncertainty can't drag down Dr. Jacobs' pace in moving forwards. For him, the biggest challenge to build these businesses is to change the way people think. Of course, it is also indispensable to expand the new teams. For example, you can hardly image such a business as FLO TV to have been born from Qualcomm's engineer-lawyer culture. "We have developed the technology, and deployed the network. When you enter a new domain, you will have to introduce a new skill set."

Entering new areas will definitely be accompanied by risks. FLO TV has not made a profit to date. It is always possible that you have selected a wrong path, but this principle also works in Qualcomm's R&D for its core

businesses.

"We have placed some very big bets that haven't brought returns." Dr. Paul Jacobs means the UMB technology which he declared he was giving up on last year. This is a 4G evolution technology based on Qualcomm's CDMA roadmap. If Qualcomm were still a company with merely one advantage, Qualcomm would have been affected heavily by it. Leveraging the large profit platform created by his father, Dr. Jacobs could use the abundant cash flow to refocus resources on the other side of the technology camp, LTE. In spite of the risks, Dr. Paul Jacobs will not give up the possibility of expansion. "What we need to do is to find a market large enough and tap our advantages in finance, technology and partners to become the best, while it's still very difficult for others to enter this market."

After all, these innovative gadgets are finally no match for other developers. Will Dr. Jacobs fail because of this? No. As long as the application market is open and more people buy high-end mobile phones, Qualcomm will make revenue from its business model.

Qualcomm's Three Trump Cards for Mobile Internet

Based on the arrangement of Dr. Paul Jacobs, Qualcomm will no longer be a chipset maker and a patent licenser of wireless communication technologies, but a supplier of wireless internet technologies. He hopes that Qualcomm, which is ubiquitous in the wireless world but is not visible, can convert all the new products and platforms based on the mobile internet into tangible revenue in the future, and lead Qualcomm into a new era.

Scratch for Computing Chipset Market
The convergence of IT and communication, two ecosystems, has already become an inevitable trend. Qualcomm, a mobile phone chipset maker, is making an effort to build up its strengths in the computing chipset field so as to capture a larger share of the wireless netbook [and device] market, [through devices] such as Toshiba's new TG01, with its touch screen and fast data rate.
Response strategy: Snapdragon chipsets and Smartbook program.

Lead Innovative Wireless Applications
In mature markets with mature wireless network coverage and diversified 3G applications, Qualcomm is attempting to present its technical leadership through the innovation of applications closer to consumers. All these applications will ultimately be based on the platform of chipset processing technology.
Response strategy: Wireless charging device and Zeebo gaming console.

Expand Hardware Carriers for Chipsets
As the world's largest supplier of wireless chipsets at present, Qualcomm provides chipset solutions for the full range of mobile devices including high-end, middle-tier and low-end devices. Qualcomm is attempting to prove that it is also a top strategic priority to increase the added value of chipsets and services through such things as wireless heart monitors.
Response strategy: Cooperates with Triage Wireless to develop heart monitors to enter the healthcare hardware market
Imagination Is More Important than Technology

If you simply evaluate Qualcomm as a technology company in the chipset area, it is obviously narrow. Dr. Jacobs is trying to bring Qualcomm to leadership in the mobile internet, and Qualcomm is keen to bring applications and services still beyond our imagination into the real world. Qualcomm insists that consumers, handset manufacturers and operators need to pay for these innovative applications.

M: Although you hope to change the image of Qualcomm as a tax collector, as you mentioned earlier, incomes from the licensing business grew faster than ever before in the latest quarter. Why?

P: I guess I don't call that being a tax collector. What we do is take that money that we get from the royalty business and invest it in new technologies, and there are a lot of new technologies around so there are lots of opportunities to invest. Now, that business is continuing to grow strongly for a few reasons. Obviously, 3G continues to grow and we are projecting something like a 20% increase year-over-year in 3G handset shipments. I think that will continue. Another thing that is happening is we are seeing high-end phones become more popular, so that causes it to continue to grow as well. The average selling price of those phones is higher. So it is those kinds of combinations. If you look at the relevance to the chipset business, obviously, chipsets saw a significant downturn due to the industry contraction. The [effects on the] licensing business we see later than the chipset business because we only account for the licensing revenues when they are paid. We do not project those anymore, so that puts almost a two quarter delay in our bill when we see things and

when they impact. On the other hand, sales still look strong. It is hard to tell how these things will relate to each other.

M : Would you please talk about the impact of your just-concluded lawsuits with Nokia and Broadcom on your incomes? Qualcomm is about to carry out cooperation with them in North America. What does this opportunity mean to Qualcomm?

P: Not on the revenue side, because we do not have any new business. For example, we hope to get business with Nokia, but we don't have that yet. On the revenue side we are getting royalties from Nokia so that does help. Nokia holds a large share in the global handheld device market, so there is no doubt that this cooperation will bring us more opportunities. With respect to not just simply a few mobile phones; for example, we are planning to put Symbian on our chipsets.

M: Broadcom also intends to play a part in the CDMA chipset market. Why are you going to license one of your competitors?

P: That has not been an issue for us. We have always tried to license as widely as possible, including to chip companies. We actually were in the process of negotiations with them when this litigation was filed. We are happy to have competitors in the market. I think that Qualcomm wins in the chipset business by continuing to innovate very rapidly and also by delivering on schedule. When we make a commitment to customers, we meet those commitments, and the customers know they can depend on us. The chip business is separate from the licensing business. The chip business competes however it can compete and the licensing business sees a broader view and tries to license the whole market.

M: After these lawsuits, will Qualcomm change its licensing model?

P: I don't think so. Both of those settlements (Nokia and Broadcom) did not impact our business model. We continue with the licensing business the way the licensing business was. In each case there are some licenses and patents that went back and forth. But it's similar. I think the model that we have is very powerful and beneficial, because we do license so broadly. When we come up with an idea for a new technology, it's a very strong way to get it out into the market. We have already done a number of licenses for 4G. I expect that things will continue very similarly.

M: Qualcomm is expanding in the mobile device computing area. We are aware of the differences between the ecosystems of the IT and communications sectors. Now that Qualcomm has made up its mind to develop in this field, what changes will it need to make to get free of the historic liabilities of the company as both a mobile phone patents maker and a patent monopoly?

P: The ecosystem is merging too. I think you see the mobile phone manufactures, particularly as they go to smartphones and so forth, going up into the computing space, and you see the computing devices, especially with netbooks, coming down into the mobile space.

It is more blurry than you might think. There is also another thing which is the ecosystem in the IT industry. They see Qualcomm as a company that has the ability to be a counter-balance to Intel's power, so we are getting very good traction for our devices because of that.

In addition, we have good performance. Very good performance. Better power performance by a lot. And we have integrated communications capability, which I think is very important for a mobile device so that you have an always-on experience. Not just that you can plug the USB stick into the side of the computer, but that it is always downloading your email, it is always synchronizing your calendar contacts, maybe your Facebook status, maybe information about your friends, doing location-based [services], getting updates to things, and so forth. It is a completely different experience, and that is really where we are going to try and take the netbook category: To be a connected…really a connected device. We get the benefits also of the business model of the wireless industry, which is that the operators get involved. They can help subsidize the devices, bring the prices down even more.

M: In your opinion, is the market where IT and communications converge much larger than the notebook market?

P: Absolutely, because the price points are going to be much lower and when you have lower prices that means the market can expand. Plus, I think it will allow us to address a lot of emerging markets as well, because there are obviously many places in the world where people does not have a computer yet. They will

get one if they can afford it.

M: However, the competition in this market is very fierce. Intel has also announced a lot of strategies targeting this market. How do you view it?

P: For example, you are carrying a laptop, you have a big battery. But batteries can eventually run out of power. The PC does not operate like your phone. Your phone is always on. When you open up your PC, you need to turn it on. When you open it up, you need to turn it on and start up and then you need to connect and everything. Your phone does not do that. I think the same thing is going to be true for the netbook in the future. That is not an area that they compete in.

M: What other areas has Qualcomm invested in for future technology?

P: We have wireless charging technology, which I think is also an important technology that will get rid of the wires and everything. All you have to do is put [your device] down and it charges. Apart from the chipset business, we are working on display technology, which is very low power, sunlight visible. We believe that people nowadays demand a mobile phone that can not only make or answer calls, but, more importantly, is able to display content in any environment.

M: How do you judge whether a project has investment value?

P: It is many different things coming together. I try to find something for which there is a large opportunity. The market should large and it should be such that we can use the strength of Qualcomm—financial strength, technical strength, strength of partnership—to do something that is very hard for other people to do.

If it seems like something a partner can do, we generally do not do it. We might go to a partner and say by the way, I think you should do these things, and then [we] get out of the way and they go and execute themselves. This is generally the way I look at it. At the end of the day, it's really a much more fundamental thing of how big the market opportunity is and how strong are we at being able to address it as opposed to other people.

M: As China's operators are making great efforts to promote 3G, how do you expect the Chinese market's contribution to Qualcomm's growth rate will be in the next few years? Will China replace South Korea to become Qualcomm's largest market?

P: I think it is very likely that China's going to be a larger revenue generator than Korea. In FY2008, China was the world's second largest market, with its revenue accounting for about 21% of global income. South Korea is the largest market for Qualcomm, with revenues accounting for 35% of Qualcomm's income. It is getting close already. I think that might happen

Return to Top