# Exhibit 74

## *Industry giants agree on LTE IPR; Qualcomm notably absent from list*

RCR Wireless News

April 21, 2008

Copyright 2008 Crain Communications All Rights Reserved

**Section:** NEWS; Pg. 03

**Length:** 788 words

**Byline:** PHIL CARSON

## Body

The market for Long Term Evolution technology took another step forward last week as seven infrastructure heavyweights announced a framework for licensing the rights to the next-generation wireless standard.

Alcatel-Lucent, L.M. Ericsson, NEC Corp., NextWave Wireless Inc., Nokia Corp., Nokia Siemens Networks and Sony Ericsson Mobile Communications all signed on to a ``mutual commitment to a framework for establishing predictable and more transparent maximum aggregate costs for licensing intellectual property rights that relate to 3GPP Long Term Evolution and Service Architecture evolution standards.''

The somewhat opaque statement clearly had been carefully worded. The phrase ``commitment to a framework'' sounds good on paper while inviting speculation that, according to the cliche, ``the devil's in the details.'' It was also salted with potentially political terms, possibly aimed at non-signatories to the ``commitment.''

Patents declared essential to technology standards typically are required to be licensed on fair, reasonable and non-discriminatory (FRAND) terms - terms designed to provide predictable, if not totally transparent, cost structures. Thus the announcement perhaps spoke more to the current battles over IPR licensing for UMTS/W-CDMA (so-called ``3G'') technologies - and to a growing chorus of companies seeking to avoid a repeat of those battles in ``4G'' - than it did to any resolution of the issues.

The references to ``predictable'' and ``maximum'' costs may well be aimed at fostering confidence in the growth of a next-generation technology that remains in the laboratory while the industry garners return-on-investment on its current 3G technology investments.

Indeed, Arun Sarin, Vodafone Group plc's CEO, told BusinessWeek recently that his company is committed to standards for LTE while withholding an endorsement of the technology as its own path.

Sarin said that his company wants not only technical standards resolved but also IPR issues - the focus of last week's agreement. And, of course, the commitment of more than a half-dozen

Exhibit 74

1171

players in the space does not constitute conclusive industry participation, nor is it guaranteed to reach fruition.

Qualcomm's place

The ``more transparent'' qualification to last week's statement by major players, however, might be a veiled swipe at Qualcomm Inc., which does not disclose its licensing terms with partners. Qualcomm has always insisted it licenses its essential patents on FRAND terms, while reserving the right to keep individual agreements confidential.

Yet ``transparency'' clearly is among the goals of the new alliance of infrastructure and handset companies, which does not count Qualcomm among its signatories. Indeed, in a statement late last week, Qualcomm signaled that it would be unlikely to sign on with the new group.

``This type of approach would have a negative impact on competition within the industry and consumer choice as it would restrict the innovations and ideas brought to market in this dynamic and competitive mobile marketplace,'' wrote Christine Trimble, senior director of corporate communications at Qualcomm, in an e-mail. ``(This competitive marketplace is) delivering more capabilities to more people ... and creating more value for more companies around the world than ever before.''

The current, global wireless market ``is possible because of a market-driven approach to licensing that promotes consumer choice and lower prices by allowing companies, regardless of size, to monetize their innovations in whatever way makes the best sense for their business,'' Trimble wrote. ``Qualcomm is in a position to support whichever future standards, including LTE, our customers and partners choose.''

Parties to the new alliance noted they support a maximum aggregate royalty level for essential IPR in handsets as a single-digit percentage of the sales price. For notebooks that might integrate LTE modems, the companies agreed to a single-digit dollar amount as the maximum royalty level.

IPR licensing has long been a contentious, complicated subject in the wireless industry and is often the subject of protracted negotiation and litigation. Last week's IPR framework announcement for LTE is notable in that some previous, similar efforts have not succeeded. For instance, Nokia attempted a similar effort when in 2002 the company urged the industry to adopt a 5% cap on all W-CDMA IPR costs.

While not expected to hit the market for several years, LTE received recent support from AT&T Mobility and Verizon Wireless.

The fight over IPR has also touched the WiMAX market, which analysts have noted is more disperse IPR than its 3G counterpart.

RCR Wireless News Managing Editor Dan Meyer contributed to this story.

**Graphic**

Exhibit 74
1172
Page 2 of 3

Industry giants agree on LTE IPR; Qualcomm notably absent from list

Art Caption: graph: 4G subscribers, world market*

**Load-Date:** April 24, 2008

---

**End of Document**

Exhibit 74

1173

Page 3 of 3