# Exhibit 85

# Qualcomm

(QCOM-NASDAQ)

**Rating:** **Outperform**
**Target Price:** **$78.00** **Total Return: 22%**
**Price (21-Jul):** **$65.14**
**Member of:** **Top 15 US Large Cap Stock Selections**

July 21, 2015

**Tim Long** **212-885-4101**
BMO Capital Markets Corp.
tim.long@bmo.com

Alex Spektor / Ari Klein
BMO Capital Markets Corp.
212-885-4189 / 212-885-4103
alex.spektor@bmo.com / ari.klein@bmo.com

## Does a Split Make Sense? Outlook and Model Before the Call

### Event

In this report we address the positives and negatives associates with splitting the company. We think a split would unlock value, but only if the management team were able to keep some of the powerful synergies that exist today. We also provide our outlook and model before earnings. Qualcomm will report tomorrow, July 22, after the close with a call to follow at 4:45 p.m. Dial-in: (866) 566-8589; Password: 78002754; Replay: (855) 859-2056 Password: 78002754. Our FY2015/2016 pro forma EPS estimates are $4.75/$5.05, compared with consensus of $4.79/$5.07, respectively.

### Impact & Analysis

Neutral. We believe there is value to be unlocked by splitting the company into a chipset and a royalty company, particularly because QCOM stock is trading below peers, at 10x 2016 earnings (ex-cash) and has seen no multiple expansion over the past few years. However, we believe the company would need to find a way to keep some of the powerful synergies that exist today, namely pass through rights that benefit chips and R&D investment that aids the royalty business. We do expect more information on a potential cost savings program. As for earnings, we expect an in-line June quarter, with likely a guide down in EPS terms for September.

### Valuation & Recommendation

Our price target of $78 assumes the stock trades to a P/E of 15x our CY2016 estimate. We rate QCOM shares Outperform.




| (FY-Sep.) | 2013A | 2014A | 2015E | 2016E |
|---|---|---|---|---|
| **EPS** | $4.60 | $5.27 | $4.75 | $5.05 |
| **P/E** | | | 13.7x | 12.9x |
| **CFPS** | $4.44 | $4.49 | $2.94 | $4.21 |
| **P/CFPS** | | | 22.2x | 15.5x |
| **Rev. ($mm)** | $24,865 | $26,487 | $25,933 | $25,193 |
| **EV ($mm)** | $88,293 | $94,627 | $95,318 | $95,318 |
| **EBITDA ($mm)** | na | na | na | na |
| **EV/EBITDA** | na | na | na | na |

| Quarterly EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| **2013A** | $1.26 | $1.17 | $1.03 | $1.15 |
| **2014A** | $1.26 | $1.31 | $1.44 | $1.26 |
| **2015E** | $1.34a | $1.40a | $0.96 | $1.03 |

| | | | |
|---|---|---|---|
| **Dividend** | $1.54 | **Yield** | 2.4% |
| **Book Value** | $21.42 | **Price/Book** | 3.0x |
| **Shares O/S (mm)** | 1,689.4 | **Mkt. Cap (mm)** | $110,050 |
| **Float O/S (mm)** | 1,668.1 | **Float Cap (mm)** | $108,663 |
| **Wkly Vol (000s)** | 53,983 | **Wkly $ Vol (mm)** | $3,792 |
| **Net Debt ($mm)** | -$29,610 | **Next Rep. Date** | na |

**Notes:** All values in US$
**First Call Mean Estimates:** QUALCOMM INC (US$) 2015E: $4.79; 2016E: $5.08

Exhibit 85
1259

## Details & Analysis

There has been a lot of discussion in the media and with investors regarding QCOM potentially splitting the business between chipsets and royalties. We believe this is a far more complicated split than for most companies that have two large reporting segments. Both divisions are large, and the royalty business would be about the most profitable business in technology:

### Qualcomm Segments

| | | *FY14A* | *FY15E* |
|---|---|---|---|
| Revenue | QCT | $18.7 billion | $17.6 billion |
| | QTL | $7.6 billion | $8.1 billion |
| Operating Margin | QCT | 20.4% | 15.2% |
| | QTL | 87.1% | 87.2% |

Source: Company reports, BMO Capital Markets estimates.

We offer our views below of the positives and negatives that we envision if a split were to occur.

## Positives

1. **Valuation.** We have believed for years that QCOM's valuation is too low given the strength, sustainability, and profitability and cash flow of the royalty business. QCOM's multiple is below that of some of the other large chipset companies, and the stock trades at 10x FY2016 EPS, excluding cash, despite having higher-than-average margins.

**Semi Comparison**




Source: Company reports, BMO Capital Markets estimates.

Exhibit 85
1260

However, looking at QCOM in parts tells a much different story. If we assign a 10x P/E to the chip business, which is below the low end of the range for the above companies, this implies a 9x multiple for royalties. We believe royalty revenues will grow by over 5% for the next five years, with very high margin and cash flow generation. This multiple pales in comparison to that for ARMH, which is the nearest comparable.

**Qualcomm Royalties vs. ARM Holdings** (P/E CY16)




Source: Company reports, BMO Capital Markets estimates.

We believe there could be significant value unlocked by a split, assuming the company can overcome some of the issues mentioned below. However, valuing the royalty business will be difficult. There are a few royalty models out there, but most are much smaller, making comparing valuation challenging. That said, QCOM has not participated in the mega-cap tech rally over the past three years, and this is probably part of the reason why there is activist activity on the stock.

**Mega-Cap Tech P/E Multiple Expansion** (3-year growth)




Source: Company reports, Thomson Reuters, BMO Capital Markets estimates.

Exhibit 85
1261

2. **Regulatory.** QCOM is often the victim of government scrutiny. Some of this comes from the high rate that is charged for patents relative to the other industry participants. However, there have been a number of government cases alleging that QCOM ties its royalty business to its chip business. We do not think the company engages in this anti-competitive practice but splitting the businesses would reduce the overhang of investigations related to this topic.

## Negatives

1. **Pass through rights.** We have long contended that one of the hidden values in QCOM's chip business lies in its ability to provide pass through rights. In general, when a handset OEM buys a QCOM chip, that OEM gets a certain level of patent protection from other handset companies that have allowed QCOM to "pass though" their patents. We have encountered a number of cases where this pass through was used as a part of a legal dispute, including Apple against Samsung in France. QCOM has clear competitive advantages in the chip business with scale, brand, ability to provide CDMA, and overall technology leadership. We view pass though as another meaningful differentiator that has made it hard for companies like Intel, Broadcom (now gone from the market), and Marvel to compete.

   The most recent example of the power of pass through rights happened in India. The court placed an injunction on devices made by Xiaomi because there was no patent deal with Ericsson. However, Xiaomi phones that had QCOM chips were allowed to be sold because of the pass through. We view this as a big competitive loss to Mediatek, which cannot offer the same protection and therefore adds to shipment risk.

2. **Patent creation.** QCOM does have some central R&D, but we believe most of the patent creation comes from the chipset business. Splitting the business would likely limit the creation of patents in the royalty company, unless a meaningful change to R&D happened. Nokia has had a tough time signing new licenses since it sold the handset business, and this may be a sign that the industry is skeptical about long-term patent creation ability and thus has a harder time signing multi-year deals.

3. **Cost.** QCOM is undergoing a strategic review of its operating expenses, and we will likely see a headcount reduction soon. However, splitting into two companies means redundant management teams, information systems, regulatory costs, etc. Per the two points above, it may also mean more patent creation cost for the royalty business and a lower margin profile for the chip business.

## Conclusion

We do see merits to splitting the company, but only if QCOM is able to find a way to keep the power of some of the synergies that exist today. It is not clear to us that the chip business can somehow maintain its pass through rights if the company splits. It is also difficult to say how the royalty business on its own would be able to be the patent creating machine that QCOM is today


Exhibit 85
1262

without much higher R&D spending. If the management team found a way to structure a split while keeping the powerful aspects of having the company together, significant value would likely be unlocked.

## Outlook and Model Before the Call

Qualcomm is expected to report FY2Q15 results after market close tomorrow. We maintain our Outperform rating. We are in line with consensus on June quarter results and below on September. Our global handset model implies some downside to June quarter TRDS, and we do not believe chips will be able to offset this. We believe QCOM would have to cut opex guidance to get to Street expectations for September, but as an opex review is under way, this is possible.

### FY3Q Results View

| | | | BMO | | | | Guidance (midpoint) | |
|---|---|---|---|---|---|---|---|---|
| | BMO | Cons | MSMs | Device Units (Mar) | Device ASP (Mar) | Total Device Sales (Mar) | MSMs | Total Device Sales (Mar) |
| Rev | $5.9B | $5.8B | 225.7M | 291M | $215 | $62.4B | 220.0M | $64.0B |
| EPS | $0.96 | $0.95 | | | | | | |

Source: BMO Capital Markets estimates, Thomson Reuters, company reports.

### FY4Q Guidance View

| | BMO | Consensus |
|---|---|---|
| Revenue | $6.0B | $6.1B |
| EPS | $1.03 | $1.08 |
| MSMs | 237.4M | NA |
| Device Units (June) | 307M | NA |
| Device ASPs (June) | $209 | NA |
| Total Reported Device Sales (June) | $64.3B | NA |

Source: BMO Capital Markets estimates, Thomson Reuters, company reports.

Key topics and questions on the earnings will include:

- Will management address the aforementioned calls for a company split?
- Will management cut opex guidance and by how much?
- Updates on China compliance and any additional catch-up payments.
- How much of a positive impact did the iPhone have on March device ASPs?
- Will the royalty rate remain in the 3.1%-3.2% range as it has for the past year?
- Did MSM share recover from the mid-60% range or slip further?
- What are management's plans to regain flagship business at Samsung?
- Did QCT operating margin slip further?

**Companies mentioned (priced as of the close on July 21, 2015):**

Apple (AAPL, $130.71, Outperform by Keith Bachman)
Samsung (005930-SE, KTW 1,263,000, Market Perform)
Ericsson (ERIC, $11.02, Outperform)
Intel (INTC, $28.72, Market Perform by Ambrish Srivastava)
Texas Instruments (TXN, $50.23, Outperform by Ambrish Srivastava)
Avago (AVGO, $134.51, Outperform by Ambrish Srivastava)
NXP (NXPI, $92.40, Outperform by Ambrish Srivastava)
ARM Holdings (ARMH, $47.79, Market Perform by Ambrish Srivastava)
SAP (SAP, $72.80, Not Rated)
Oracle (ORCL, $39.57, Not Rated)
Microsoft (MSFT, $47.28, Not Rated)
Cisco (CSCO, $27.84, Outperform)
HP (HPQ, $30.66, Market Perform by Keith Bachman)

tim.long@bmo.com
**212.885.4101**

**QUALCOMM Incorporated**
**Income Statement**
***Fiscal Year Ends September***
***($ & Shares In Millions)***

| | F2013A | | | | F2014A | | | | F2015E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dec | Mar | Jun | Sep | Dec | Mar | Jun | Sep | DecA | MarA | JunE | SepE | 2012A | 2013A | 2014A | 2015E | 2016E |
| **Revenue** | **6,018** | **6,124** | **6,243** | **6,480** | **6,622** | **6,367** | **6,806** | **6,692** | **7,099** | **6,892** | **5,916** | **6,026** | **19,125** | **24,865** | **26,487** | **25,933** | **25,193** |
| % Change Q/Q | 23.4% | 1.8% | 1.9% | 3.8% | 2.2% | -3.9% | 6.9% | -1.7% | 6.1% | -2.9% | -14.2% | 1.9% | | | | | |
| % Change Y/Y | 28.6% | 23.9% | 35.0% | 32.9% | 10.0% | 4.0% | 9.0% | 3.3% | 7.2% | 8.2% | -13.1% | -10.0% | 27.9% | 30.0% | 6.5% | -2.1% | -2.9% |
| Cost of Sales | 2,154 | 2,279 | 2,415 | 2,638 | 2,633 | 2,407 | 2,666 | 2,680 | 2,968 | 2,554 | 2,399 | 2,348 | 6,797 | 9,486 | 10,386 | 10,269 | 9,560 |
| Gross Profit | 3,864 | 3,845 | 3,828 | 3,842 | 3,989 | 3,960 | 4,140 | 4,012 | 4,131 | 4,338 | 3,518 | 3,677 | 12,328 | 15,379 | 16,101 | 15,664 | 15,633 |
| Gross Margin | 64.2% | 62.8% | 61.3% | 59.3% | 60.2% | 62.2% | 60.8% | 60.0% | 58.2% | 62.9% | 59.5% | 61.0% | 64.5% | 61.8% | 60.8% | 60.4% | 62.1% |
| R&D | 949 | 1,056 | 1,130 | 1,182 | 1,152 | 1,170 | 1,251 | 1,216 | 1,173 | 1,186 | 1,269 | 1,330 | 3,371 | 4,317 | 4,789 | 4,958 | 4,983 |
| % of Revenue | 15.8% | 17.2% | 18.1% | 18.2% | 17.4% | 18.4% | 18.4% | 18.2% | 16.5% | 17.2% | 21.4% | 22.1% | 17.6% | 17.4% | 18.1% | 19.1% | 19.8% |
| % Change Q/Q | -1.2% | 11.3% | 7.0% | 4.6% | -2.5% | 1.6% | 6.9% | -2.8% | -3.5% | 1.1% | 7.0% | 4.8% | | | | | |
| % Change Y/Y | 27.2% | 26.9% | 35.8% | 23.0% | 21.4% | 10.8% | 10.7% | 2.9% | 1.8% | 1.4% | 1.4% | 9.4% | 30.4% | 28.1% | 10.9% | 3.5% | 0.5% |
| SG&A | 468 | 556 | 505 | 547 | 517 | 453 | 484 | 473 | 427 | 447 | 478 | 520 | 1,852 | 2,076 | 1,927 | 1,872 | 1,882 |
| % of Revenue | 7.8% | 9.1% | 8.1% | 8.4% | 7.8% | 7.1% | 7.1% | 7.1% | 6.0% | 6.5% | 8.1% | 8.6% | 9.7% | 8.3% | 7.3% | 7.2% | 7.5% |
| % Change Q/Q | -14.1% | 18.8% | -9.2% | 8.3% | -5.5% | -12.4% | 6.8% | -2.3% | -9.7% | 4.7% | 7.0% | 8.7% | | | | | |
| % Change Y/Y | 22.8% | 12.1% | 17.4% | 0.4% | 10.5% | -18.5% | -4.2% | -13.5% | -17.4% | -1.3% | -1.2% | 9.9% | 22.6% | 12.1% | -7.2% | -2.8% | 0.5% |
| Amortization/Asset Impairment | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 |
| Total Opex | 1,417 | 1,612 | 1,635 | 1,729 | 1,669 | 1,623 | 1,735 | 1,689 | 1,600 | 1,633 | 1,747 | 1,850 | 5,223 | 6,393 | 6,716 | 6,830 | 6,864 |
| % Change Seq. | -5.9% | 13.8% | 1.4% | 5.7% | -3.5% | -2.8% | 6.9% | -2.7% | -5.3% | 2.1% | 7.0% | 5.9% | 24.1% | 22.4% | 5.1% | 1.7% | 0.5% |
| % of Revenue | 23.5% | 26.3% | 26.2% | 26.7% | 25.2% | 25.5% | 25.5% | 25.2% | 22.5% | 23.7% | 29.5% | 30.7% | 27.3% | 25.7% | 25.4% | 26.3% | 27.2% |
| Operating Profit (Excl. QSI and options exp.) | 2,447 | 2,233 | 2,193 | 2,113 | 2,320 | 2,337 | 2,405 | 2,323 | 2,531 | 2,705 | 1,770 | 1,827 | 7,105 | 8,986 | 9,385 | 8,834 | 8,769 |
| Operating Margin | 40.7% | 36.5% | 35.1% | 32.6% | 35.0% | 36.7% | 35.3% | 34.7% | 35.7% | 39.2% | 29.9% | 30.3% | 37.2% | 36.1% | 35.4% | 34.1% | 34.8% |
| Interest and Inv Income | 164.0 | 177.0 | 179.0 | 168.0 | 156.0 | 167.0 | 139.0 | 125.0 | 133.0 | 138.0 | 135.0 | 125.0 | 590 | 688 | 587 | 531 | 490 |
| Interest Expense | (2.0) | (1.0) | (1.0) | (1.0) | (3.0) | (3.0) | (5.0) | (1.0) | 0.0 | 0.0 | (1.0) | (51.0) | (11) | (5) | (12) | (52) | (204) |
| Other | 91.0 | 55.0 | 20.0 | 119.0 | 126.0 | 239.0 | 312.0 | 111.0 | 157.0 | 107.0 | 70.0 | 70.0 | 408 | 285 | 788 | 404 | 220 |
| Loss on investments | (5.0) | (10.0) | (181.0) | (53.0) | (24.0) | (88.0) | (8.0) | (7.0) | (62.0) | (14.0) | (5.0) | (5.0) | (54) | (249) | (127) | (86) | (20) |
| Pretax Profit (Excl. QSI and options exp) | 2,695 | 2,454 | 2,210 | 2,346 | 2,575 | 2,652 | 2,843 | 2,551 | 2,759 | 2,936 | 1,969 | 1,966 | 8,038 | 9,705 | 10,621 | 9,631 | 9,255 |
| Pretax Margin | 44.8% | 40.1% | 35.4% | 36.2% | 38.9% | 41.7% | 41.8% | 38.1% | 38.9% | 42.6% | 33.3% | 32.6% | 42.0% | 39.0% | 40.1% | 37.1% | 36.7% |
| Income tax expense (benefit) | 486.8 | 393.7 | 398.9 | 353.1 | 413.7 | 398.9 | 370.7 | 409.3 | 495.5 | 597.1 | 395.0 | 345.3 | 1,567 | 1,632 | 1,593 | 1,833 | 1,717 |
| Tax rate | 18.0% | 16.0% | 18.0% | 15.0% | 16.0% | 15.0% | 13.0% | 16.0% | 17.9% | 20.3% | 20.0% | 17.5% | 19.5% | 16.8% | 15.0% | 19.0% | 18.6% |
| Pro-forma Net income (Excl. QSI and options exp.) | 2,208 | 2,060 | 1,811 | 1,993 | 2,161 | 2,253 | 2,472 | 2,142 | 2,263 | 2,339 | 1,574 | 1,621 | 6,471 | 8,073 | 9,028 | 7,798 | 7,538 |
| Pro-forma Net Margin | 36.7% | 33.6% | 29.0% | 30.8% | 32.6% | 35.4% | 36.3% | 32.0% | 31.9% | 33.9% | 26.6% | 26.9% | 33.8% | 32.5% | 34.1% | 30.1% | 29.9% |
| **Pro-Forma Diluted EPS (Excl. QSI and options ex** | **$1.26** | **$1.17** | **$1.03** | **$1.15** | **$1.26** | **$1.31** | **$1.44** | **$1.26** | **$1.34** | **$1.40** | **$0.96** | **$1.03** | **$3.72** | **$4.60** | **$5.27** | **$4.75** | **$5.05** |
| % Change Y/Y | 30.1% | 15.8% | 21.4% | 28.5% | -0.5% | 12.2% | 40.6% | 9.8% | 7.0% | 7.0% | -33.3% | -18.4% | 15.9% | 23.9% | 14.5% | -9.8% | 6.4% |
| Diluted Shares Outstanding: | 1,751.0 | 1,763.0 | 1,765.0 | 1,738.0 | 1,722.0 | 1,719.0 | 1,714.0 | 1,701.0 | 1,686.0 | 1,667.0 | 1,637.0 | 1,577.0 | 1,741.8 | 1,754.3 | 1,714.0 | 1,641.8 | 1,492.0 |
| | 6.0 | 12.0 | 2.0 | (27.0) | (16.0) | (3.0) | (5.0) | (13.0) | (15.0) | (19.0) | (30.0) | (60.0) | 51.3 | 12.5 | (40.3) | (72.3) | (149.8) |
| Calendar Year Revenue | | | | | | | | | | | | | 20,462 | 25,469 | 26,964 | 25,203 | 25,562 |
| Calendar Year EPS | | | | | | | | | | | | | $4.01 | $4.60 | $5.35 | $4.65 | $5.23 |
| % Change Y/Y | | | | | | | | | | | | | 19.3% | 14.7% | 16.5% | -13.2% | 12.6% |
| ***Est. Impact of FAS123R on FY Basis*** | | | | | | | | | | | | | | | | | |
| Share based Comp (pre tax) | 281.0 | 268.0 | 280.0 | 274.0 | 281.0 | 251.0 | 274.0 | 252.0 | 273.0 | 249.0 | 249.0 | 249.0 | 1,015.0 | 1,103.0 | 1,058.0 | 1,020.0 | 996.0 |
| Share based Comp (net income) | 219.0 | 220.0 | 222.0 | 226.0 | 226.0 | 198.0 | 232.0 | 199.0 | 229.0 | 206.0 | 206.0 | 206.0 | 798.0 | 887.0 | 855.0 | 847.0 | 824.0 |
| EPS Impact | 0.13 | 0.12 | 0.13 | 0.13 | 0.13 | 0.12 | 0.14 | 0.12 | 0.14 | 0.12 | 0.13 | 0.13 | 0.5 | 0.5 | 0.5 | 0.5 | 0.6 |
| FAS 123R EPS | 1.14 | 1.04 | 0.90 | 1.02 | 1.12 | 1.20 | 1.31 | 1.14 | 1.21 | 1.28 | 0.84 | 0.90 | 3.26 | 4.10 | 4.77 | 4.22 | 4.50 |
| ***Est. Impact of QSI on FY Basis*** | | | | | | | | | | | | | | | | | |
| QSI Pre-Tax | (17) | 33 | 51 | (11) | (5) | (6) | (5) | (3) | (7) | (4) | (10) | (10) | 1,030 | 56 | (19) | (31) | (40) |
| QSI Net Income | (12) | 36 | 43 | (24) | 4 | (17) | 0 | 28 | 0 | (27) | (5) | (5) | 546 | 43 | 15 | (37) | (20) |
| EPS Impact | (0.01) | 0.02 | 0.02 | (0.01) | 0.00 | (0.01) | 0.00 | 0.02 | 0.00 | (0.02) | (0.00) | (0.00) | 0.31 | 0.02 | 0.01 | (0.02) | (0.01) |
| EPS Incl QSI and options | 1.13 | 1.06 | 0.92 | 1.00 | 1.13 | 1.19 | 1.31 | 1.16 | 1.21 | 1.26 | 0.83 | 0.89 | 3.57 | 4.12 | 4.78 | 4.20 | 4.48 |

Source: Company Reports and BMO Capital Markets

Exhibit 85
1265





**QUALCOMM Incorporated**

**Segment Data ($ in millions)**

| Key Assumptions | F2013A Dec | Mar | Jun | Sep | F2014A Dec | Mar | Jun | Sep | F2015E DecA | MarA | JunE | SepE | 2012A | 2013A | 2014A | 2015E | 2016E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3G/4G Device Shipments - Available (CY) | 281 | 246 | 262 | 278 | 297 | 290 | 308 | 333 | 422 | 355 | 373 | 396 | 936 | 1,083 | 1,352 | 1,580 | 1,710 |
| 3G/4G Device Shipments - Paid (CY) | 281 | 246 | 262 | 278 | 297 | 252 | 258 | 286 | 386 | 291 | 307 | 333 | 936 | 1,083 | 1,182 | 1,327 | 1,578 |
| 3G/4G ASP | $217 | $230 | $230 | $222 | $224 | $231 | $223 | $197 | $196 | $215 | $209 | $195 | $222 | $224 | $218 | $203 | $192 |
| % Change Q/Q (Y/Y) | -4.4% | 6.0% | 0.0% | -3.5% | 0.9% | 3.0% | -3.4% | -11.5% | -0.6% | 9.7% | -2.7% | -6.7% | 6.2% | 1.1% | -2.8% | -7.0% | -5.4% |
| Total Reported Device Sales (TRDS) ($ billion) | 61.0 | 56.6 | 60.3 | 61.7 | 66.5 | 58.1 | 57.5 | 56.3 | 75.6 | 62.4 | 64.3 | 64.9 | 199 | 240 | 238 | 267 | 289 |
| Royalty Rate | 3.37% | 3.30% | 3.11% | 3.08% | 3.11% | 3.10% | 3.12% | 3.22% | 3.19% | 3.10% | 3.05% | 3.05% | 3.38% | 3.27% | 3.10% | 3.14% | 3.05% |
| MSM Chip Shipments | 182.0 | 173.0 | 172.0 | 190.0 | 213.0 | 188.0 | 225.0 | 236.0 | 270.0 | 233.0 | 225.7 | 237.4 | 590.0 | 717.0 | 862.0 | 966.2 | 992.8 |
| Share of Available 3G/4G Devices | 64.8% | 70.3% | 65.6% | 68.3% | 71.7% | 64.9% | 73.0% | 70.9% | 64.0% | 65.6% | 60.5% | 60.0% | 65.8% | 67.2% | 70.2% | 62.5% | 59.2% |
| MSM ASP | $22.6 | $22.6 | $24.5 | $23.5 | $21.7 | $22.6 | $22.0 | $20.5 | $19.4 | $19.0 | $17.4 | $16.9 | $20.6 | $23.3 | $21.7 | $18.2 | $16.5 |
| % Change Q/Q (Y/Y) | 2.0% | 0.0% | 8.4% | -4.4% | -7.6% | 4.1% | -2.4% | -6.7% | -5.5% | -2.0% | -8.5% | -3.0% | 12.6% | 13.1% | -6.9% | -16.2% | -9.4% |

| *($ in Millions)* | F2013A Dec | Mar | Jun | Sep | F2014A Dec | Mar | Jun | Sep | F2015E DecA | MarA | JunE | SepE | 2012A | 2013A | 2014A | 2015E | 2016E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Segment Revenue** | | | | | | | | | | | | | | | | | |
| **CDMA Technologies (QCT)** | **4120.0** | **3916.0** | **4222.0** | **4457.0** | **4616.0** | **4243.0** | **4957.0** | **4849.0** | **5242.0** | **4434.0** | **3930.7** | **4010.0** | **12142.0** | **16715.0** | **18665.0** | **17616.7** | **16352.8** |
| % of Total | 68% | 64% | 68% | 69% | 70% | 67% | 73% | 72% | 74% | 64% | 66% | 67% | 63% | 67% | 70% | 68% | 65% |
| % Change Y/Y | 33.5% | 28.0% | 47.2% | 42.4% | 12.0% | 8.4% | 17.4% | 8.8% | 13.6% | 4.5% | -20.7% | -17.3% | 37.1% | 37.7% | 11.7% | -5.6% | -7.2% |
| % Change Q/Q | 31.7% | -5.0% | 7.8% | 5.6% | 3.6% | -8.1% | 16.8% | -2.2% | 8.1% | -15.4% | -11.4% | 2.0% | | | | | |
| **Technology Licensing (QTL)** | **1757.0** | **2057.0** | **1867.0** | **1874.0** | **1900.0** | **2071.0** | **1803.0** | **1795.0** | **1816.0** | **2412.0** | **1935.5** | **1960.6** | **6328.0** | **7555.0** | **7569.0** | **8124.1** | **8640.6** |
| % of Total | 29% | 34% | 30% | 29% | 29% | 33% | 26% | 27% | 26% | 35% | 33% | 33% | 33% | 30% | 29% | 31% | 34% |
| % Change Y/Y | 22.0% | 19.4% | 17.2% | 19.2% | 8.1% | 0.7% | -3.4% | -4.2% | -4.4% | 16.5% | 7.4% | 9.2% | 16.7% | 19.4% | 0.2% | 7.3% | 6.4% |
| % Change Q/Q | 11.8% | 17.1% | -9.2% | 0.4% | 1.4% | 9.0% | -12.9% | -0.4% | 1.2% | 32.8% | -19.8% | 1.3% | | | | | |
| **Other/Reconciling items** | **141.0** | **151.0** | **154.0** | **149.0** | **106.0** | **53.0** | **46.0** | **48.0** | **41.0** | **46.0** | **50.0** | **55.0** | **655.0** | **595.0** | **253.0** | **192.0** | **200.0** |
| % of Total | 2% | 2% | 2% | 2% | 2% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 3% | 2% | 1% | 1% | 1% |
| % Change Y/Y | | | | | | | | | | | | | | | | | |
| % Change Q/Q | nm | nm | nm | nm | nm | nm | nm | nm | nm | nm | nm | nm | | | | | |
| **Total Revenue** | **6018.0** | **6124.0** | **6243.0** | **6480.0** | **6622.0** | **6367.0** | **6806.0** | **6692.0** | **7099.0** | **6892.0** | **5916.2** | **6025.7** | **19125.0** | **24865.0** | **26487.0** | **25932.9** | **25193.5** |
| % Change Y/Y | 28.6% | 23.9% | 35.0% | 32.9% | 10.0% | 4.0% | 9.0% | 3.3% | 7.2% | 8.2% | -13.1% | -10.0% | 27.9% | 30.0% | 6.5% | -2.1% | -2.9% |
| % Change Q/Q | 23.4% | 1.8% | 1.9% | 3.8% | 2.2% | -3.9% | 6.9% | -1.7% | 6.1% | -2.9% | -14.2% | 1.9% | | | | | |

| **Segment Pretax Profit** | F2013A Dec | Mar | Jun | Sep | F2014A Dec | Mar | Jun | Sep | F2015E DecA | MarA | JunE | SepE | 2012A | 2013A | 2014A | 2015E | 2016E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDMA Technologies (QCT) | 1068.0 | 681.0 | 738.0 | 702.0 | 906.0 | 740.0 | 1116.0 | 1045.0 | 1146.0 | 750.0 | 365.1 | 420.4 | 2,296.0 | 3,189.0 | 3,807.0 | 2,681.6 | 2,193.6 |
| Technology Licensing (QTL) | 1532.0 | 1803.0 | 1633.0 | 1622.0 | 1670.0 | 1834.0 | 1550.0 | 1536.0 | 1579.0 | 2162.0 | 1669.1 | 1675.5 | 5,584.0 | 6,590.0 | 6,590.0 | 7,085.6 | 7,573.2 |
| Other/Reconciling items | 95.0 | -30.0 | -161.0 | -151.0 | -473.0 | 78.0 | 177.0 | -30.0 | 34.0 | 26.0 | -80.0 | -95.0 | 154.0 | (247.0) | (248.0) | (115.0) | (375.0) |
| **Pretax Margin by Segment** | | | | | | | | | | | | | | | | | |
| CDMA Technologies (QCT) | 25.9% | 17.4% | 17.5% | 15.8% | 19.6% | 17.4% | 22.5% | 21.6% | 21.9% | 16.9% | 9.3% | 10.5% | 18.9% | 19.1% | 20.4% | 15.2% | 13.4% |
| Technology Licensing (QTL) | 87.2% | 87.7% | 87.5% | 86.6% | 87.9% | 88.6% | 86.0% | 85.6% | 86.9% | 89.6% | 86.2% | 85.5% | 88.2% | 87.2% | 87.1% | 87.2% | 87.6% |
| Other/Reconciling items | 67.4% | -19.9% | -104.5% | -101.3% | -446.2% | 147.2% | 384.8% | -62.5% | 82.9% | 56.5% | -160.0% | -172.7% | 23.5% | -41.5% | -98.0% | -59.9% | -187.5% |
| **Total** | **44.8%** | **40.1%** | **35.4%** | **33.5%** | **31.8%** | **41.7%** | **41.8%** | **38.1%** | **38.9%** | **42.6%** | **33.0%** | **33.2%** | **42.0%** | **38.3%** | **38.3%** | **37.2%** | **37.3%** |

Source: Company Reports and BMO Capital Markets



Exhibit 85
1266

# QUALCOMM Incorporated (QCOM)




| FYE (Sep.) | EPS US$ | P/E Hi | P/E Lo | DPS US$ | Yield% Hi | Yield% Lo | Payout % | BV US$ | P/B Hi | P/B Lo | ROE % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1994 | 0.03 | 90.4 | 31.3 | 0.00 | 0.0 | 0.0 | 0 | 0.3 | 8.5 | 2.9 | |
| 1995 | 0.03 | >100 | 42.2 | 0.00 | 0.0 | 0.0 | 0 | 0.8 | 4.4 | 1.6 | 6 |
| 1996 | 0.02 | >100 | 94.9 | 0.00 | 0.0 | 0.0 | 0 | 0.8 | 4.3 | 2.4 | 3 |
| 1997 | 0.07 | 58.0 | 31.6 | 0.00 | 0.0 | 0.0 | 0 | 0.9 | 4.3 | 2.4 | 8 |
| 1998 | 0.11 | 40.9 | 23.3 | 0.00 | 0.0 | 0.0 | 0 | 0.9 | 5.3 | 3.0 | 12 |
| 1999 | 0.30 | 82.9 | 7.9 | 0.00 | 0.0 | 0.0 | 0 | 2.2 | 11.2 | 1.1 | 20 |
| 2000 | 0.53 | >100 | 35.9 | 0.00 | 0.0 | 0.0 | 0 | 3.7 | >15 | 5.2 | 18 |
| 2001 | 0.49 | >100 | 43.5 | 0.00 | 0.0 | 0.0 | 0 | 3.2 | >15 | 6.7 | 14 |
| 2002 | 0.49 | 63.8 | 23.7 | 0.00 | 0.0 | 0.0 | 0 | 3.5 | 9.0 | 3.4 | 15 |
| 2003 | 0.84 | 27.4 | 14.9 | 0.14 | 1.1 | 0.6 | 17 | 4.8 | 4.8 | 2.6 | 20 |
| 2004 | 1.14 | 36.1 | 17.6 | 0.14 | 0.7 | 0.3 | 12 | 5.9 | 7.0 | 3.4 | 21 |
| 2005 | 1.17 | 38.5 | 27.4 | 0.36 | 1.1 | 0.8 | 31 | 6.8 | 6.6 | 4.7 | 18 |
| 2006 | 1.64 | 32.3 | 20.0 | 0.48 | 1.5 | 0.9 | 29 | 8.1 | 6.5 | 4.0 | 22 |
| 2007 | 2.01 | 23.7 | 17.0 | 0.56 | 1.6 | 1.2 | 28 | 9.6 | 5.0 | 3.5 | 23 |
| 2008 | 2.24 | 25.4 | 9.2 | 0.64 | 3.1 | 1.1 | 29 | 10.4 | 5.5 | 2.0 | 22 |
| 2009 | 1.46 | 36.7 | 14.1 | 0.68 | 3.3 | 1.3 | 47 | 12.8 | 4.2 | 1.6 | 13 |
| 2010 | 2.46 | 20.2 | 12.9 | 0.76 | 2.4 | 1.5 | 31 | 12.9 | 3.8 | 2.4 | 19 |
| 2011 | 3.20 | 18.7 | 12.2 | 0.86 | 2.2 | 1.4 | 27 | 16.0 | 3.7 | 2.4 | 22 |
| 2012 | 3.72 | 18.5 | 12.5 | 1.00 | 2.2 | 1.5 | 27 | 19.7 | 3.5 | 2.4 | 21 |
| 2013 | 4.60 | 15.3 | 12.5 | 1.40 | 2.4 | 2.0 | 30 | 21.4 | 3.3 | 2.7 | 22 |
| 2014 | 5.27 | 15.6 | 12.4 | 1.68 | 2.6 | 2.0 | 32 | 23.5 | 3.5 | 2.8 | 23 |
| Range*: | | >100 | 7.9 | | 3.3 | 0.0 | | | >15 | 1.1 | |
| Current* | 5.44 | 11.5 | | 1.92 | 3.1 | | 35 | 21.4 | 2.9 | | 25 |
| Growth(%): | | | | | | | | | | | |
| 5 Year: | 17.6 | | | 20.4 | | | | 10.9 | | | |
| 10 Year: | 16.9 | | | 18.2 | | | | 13.7 | | | |
| 20 Year: | 27.8 | | | nm | | | | 23.4 | | | |

QCOM - Rating as of 16-May-11 = OP

* Current EPS is the 4 Quarter Trailing to Q2/2015.
* Valuation metrics are based on high and low for the fiscal year.
* Range indicates the valuation range for the period presented above.

Last Price ( July 20, 2015): $63.79
Sources: IHS Global Insight, Thomson Reuters, BMO Capital Markets.

Exhibit 85
1267

**IMPORTANT DISCLOSURES**

**Analyst's Certification**
I, Tim Long, hereby certify that the views expressed in this report accurately reflect my personal views about the subject securities or issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Analysts who prepared this report are compensated based upon (among other factors) the overall profitability of BMO Capital Markets and their affiliates, which includes the overall profitability of investment banking services. Compensation for research is based on effectiveness in generating new ideas and in communication of ideas to clients, performance of recommendations, accuracy of earnings estimates, and service to clients.

Analysts employed by BMO Nesbitt Burns Inc. and/or BMO Capital Markets Limited are not registered as research analysts with FINRA (exceptions: Alex Arfaei and Brodie Woods). These analysts may not be associated persons of BMO Capital Markets Corp. and therefore may not be subject to the NASD Rule 2711 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**Company Specific Disclosure**
Disclosure 9: BMO Capital Markets makes a market in this security.

**Methodology and Risks to Price Target/Valuation**
**Methodology**: Price to Earnings.
**Risks**: 3G device adoption is slower than anticipated. MSM sales slow due to excess channel inventory.

**Distribution of Ratings (June 30, 2015)**

| Rating Category | BMO Rating | BMOCM US Universe* | BMOCM US IB Clients** | BMOCM US IB Clients*** | BMOCM Universe**** | BMOCM IB Clients***** | Starmine Universe |
|---|---|---|---|---|---|---|---|
| Buy | Outperform | 42.0% | 21.9% | 53.3% | 41.9% | 54.3% | 54.6% |
| Hold | Market Perform | 53.5% | 14.4% | 44.8% | 53.3% | 44.4% | 40.0% |
| Sell | Underperform | 4.4% | 7.4% | 1.9% | 4.7% | 1.3% | 5.4% |

* Reflects rating distribution of all companies covered by BMO Capital Markets Corp. equity research analysts.
** Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage within ratings category.
*** Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage of Investment Banking clients.
**** Reflects rating distribution of all companies covered by BMO Capital Markets equity research analysts.
***** Reflects rating distribution of all companies from which BMO Capital Markets has received compensation for Investment Banking services as percentage of Investment Banking clients.

**Rating and Sector Key (as of April 5, 2013):**
We use the following ratings system definitions:
OP = Outperform - Forecast to outperform the analyst's coverage universe on a total return basis
Mkt = Market Perform - Forecast to perform roughly in line with the analyst's coverage universe on a total return basis
Und = Underperform - Forecast to underperform the analyst's coverage universe on a total return basis
(S) = speculative investment;
NR = No rating at this time;
R = Restricted – Dissemination of research is currently restricted.

BMO Capital Markets' seven Top 15 lists guide investors to our best ideas according to different objectives (CDN Large Cap, CDN Small Cap, US Large Cap, US Small cap, Income, CDN Quant, and US Quant have replaced the Top Pick rating).

**Prior BMO Capital Markets Ratings System (January 4, 2010–April 4, 2013):**
http://researchglobal.bmocapitalmarkets.com/documents/2013/prior_rating_system.pdf

**Other Important Disclosures**
For Other Important Disclosures on the stocks discussed in this report, please go to http://researchglobal.bmocapitalmarkets.com/Public/Company_Disclosure_Public.aspx or write to Editorial Department, BMO Capital Markets, 3 Times Square, New York, NY 10036 or Editorial Department, BMO Capital Markets, 1 First Canadian Place, Toronto, Ontario, M5X 1H3.

**Dissemination of Research**

BMO Capital Markets Equity Research is available via our website https://research-ca.bmocapitalmarkets.com/Public/Secure/Login.aspx?ReturnUrl=/Member/Home/ResearchHome.aspx. Institutional clients may also receive our research via Thomson Reuters, Bloomberg, FactSet, and Capital IQ. Research reports and other commentary are required to be simultaneously disseminated internally and externally to our clients.

**General Disclaimer**

BMO Capital Markets" is a trade name used by the BMO Investment Banking Group, which includes the wholesale arm of Bank of Montreal and its subsidiaries BMO Nesbitt Burns Inc., BMO Capital Markets Limited in the U.K. and BMO Capital Markets Corp. in the U.S. BMO Nesbitt Burns Inc., BMO Capital Markets Limited and BMO Capital Markets Corp are affiliates. Bank of Montreal or its subsidiaries ("BMO Financial Group") has lending arrangements with, or provide other remunerated services to, many issuers covered by BMO Capital Markets. The opinions, estimates and projections contained in this report are those of BMO Capital Markets as of the date of this report and are subject to change without notice. BMO Capital Markets endeavours to ensure that the contents have been compiled or derived from sources that we believe are reliable and contain information and opinions that are accurate and complete. However, BMO Capital Markets makes no representation or warranty, express or implied, in respect thereof, takes no responsibility for any errors and omissions contained herein and accepts no liability whatsoever for any loss arising from any use of, or reliance on, this report or its contents. Information may be available to BMO Capital Markets or its affiliates that is not reflected in this report. The information in this report is not intended to be used as the primary basis of investment decisions, and because of individual client objectives, should not be construed as advice designed to meet the particular investment needs of any investor. This material is for information purposes only and is not an offer to sell or the solicitation of an offer to buy any security. BMO Capital Markets or its affiliates will buy from or sell to customers the securities of issuers mentioned in this report on a principal basis. BMO Capital Markets or its affiliates, officers, directors or employees have a long or short position in many of the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. The reader should assume that BMO Capital Markets or its affiliates may have a conflict of interest and should not rely solely on this report in evaluating whether or not to buy or sell securities of issuers discussed herein.

**Additional Matters**

To Canadian Residents: BMO Nesbitt Burns Inc. furnishes this report to Canadian residents and accepts responsibility for the contents herein subject to the terms set out above. Any Canadian person wishing to effect transactions in any of the securities included in this report should do so through BMO Nesbitt Burns Inc.

The following applies if this research was prepared in whole or in part by David Round, Edward Sterck or Brendan Warn: This research is not prepared subject to Canadian disclosure requirements. This research is prepared by BMO Capital Markets Limited and subject to the regulations of the Financial Conduct Authority (FCA) in the United Kingdom. FCA regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 5% or more of the equity of the issuer. Canadian regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 1% or more of the equity of the issuer that is the subject of the research. Therefore BMO Capital Markets Limited will disclose its and its affiliates' ownership interest in the subject issuer only if such ownership exceeds 5% of the equity of the issuer.

To U.S. Residents: BMO Capital Markets Corp. furnishes this report to U.S. residents and accepts responsibility for the contents herein, except to the extent that it refers to securities of Bank of Montreal. Any U.S. person wishing to effect transactions in any security discussed herein should do so through BMO Capital Markets Corp.

To U.K. Residents: In the UK this document is published by BMO Capital Markets Limited which is authorised and regulated by the Financial Conduct Authority. The contents hereof are intended solely for the use of, and may only be issued or passed on to, (I) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order") or (II) high net worth entities falling within Article 49(2)(a) to (d) of the Order (all such persons together referred to as "relevant persons"). The contents hereof are not intended for the use of and may not be issued or passed on to retail clients.

Unauthorized reproduction, distribution, transmission or publication without the prior written consent of BMO Capital Markets is strictly prohibited.

Click here for data vendor disclosures when referenced within a BMO Capital Markets research document.

**ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST**

BMO Financial Group (NYSE, TSX: BMO) is an integrated financial services provider offering a range of retail banking, wealth management, and investment and corporate banking products. BMO serves Canadian retail clients through BMO Bank of Montreal and BMO Nesbitt Burns. In the United States, personal and commercial banking clients are served by BMO Harris Bank N.A. (Member FDIC). Investment and corporate banking services are provided in Canada and the US through BMO Capital Markets.

BMO Capital Markets is a trade name used by BMO Financial Group for the wholesale banking businesses of Bank of Montreal, BMO Harris Bank N.A. (Member FDIC), BMO Ireland Plc, and Bank of Montreal (China) Co. Limited and the institutional broker dealer businesses of BMO Capital Markets Corp. (Member SIPC) and BMO Capital Markets GKST Inc. (Member SIPC) in the U.S., BMO Nesbitt Burns Inc. (Member Canadian Investor Protection Fund) in Canada, Europe and Asia, BMO Capital Markets Limited in Europe and Australia, and BMO Advisors Private Limited in India.

Nesbitt Burns" is a registered trademark of BMO Nesbitt Burns Corporation Limited, used under license. "BMO Capital Markets" is a trademark of Bank of Montreal, used under license. "BMO (M-Bar roundel symbol)" is a registered trademark of Bank of Montreal, used under license.

® Registered trademark of Bank of Montreal in the United States, Canada and elsewhere.
TM Trademark Bank of Montreal

**©COPYRIGHT 2015 BMO CAPITAL MARKETS CORP**

A member of **BMO** **Financial Group**

Exhibit 85

1270



