**CRAVATH, SWAINE & MOORE LLP**
ANTONY L. RYAN (*pro hac vice*)
(aryan@cravath.com)
RACHEL G. SKAISTIS (*pro hac vice*)
(rskaistis@cravath.com)
YONATAN EVEN (*pro hac vice*)
(yeven@cravath.com)
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
M. BRENT BYARS (*pro hac vice*)
(mbyars@cravath.com)
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

**COOLEY LLP**
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
CHRISTOPHER DURBIN (218611)
(cdurbin@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-9109
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Attorneys for Defendants Qualcomm Incorporated, Derek K. Aberle, Steven R. Altman, William F. Davidson, Paul E. Jacobs, Steven M. Mollenkopf and Donald J. Rosenberg*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | No. 17-cv-0121-JO-MSB<br><br>**DECLARATION OF YONATAN EVEN IN FURTHER SUPPORT OF DEFENDANTS' RENEWED *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY RE LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (ECF NO. 261)** |

I, Yonatan Even, declare as follows:

1. I am a partner of the law firm of Cravath, Swaine & Moore LLP. I have been admitted to appear *pro hac vice* before this Court on behalf of Defendants Qualcomm Incorporated ("Qualcomm"), Derek A. Aberle, Steven R. Altman, William F. Davidson, Paul E. Jacobs, Steven M. Mollenkopf and Donald J. Rosenberg in the above-titled action. I am a member in good standing of the bar of the State of New York.

2. I submit this declaration in support of Defendants' Renewed *Ex Parte* Application for Leave to File Sur-Reply re Lead Plaintiffs' Motion for Class Certification (ECF No. 261).

3. On August 26, 2022, Defendants applied *ex parte* for leave to file a sur-reply in opposition to Plaintiffs' motion for class certification. (ECF No. 261.) Plaintiffs opposed Defendants' *ex parte* application (ECF No. 262), and the application remains pending before the Court. In hopes of aiding the Court's consideration and resolution of that *ex parte* application as well as the Plaintiffs' Motion for Class Certification (ECF No. 217), Defendants now respectfully submit their Proposed Sur-Reply as **Exhibit 1** to this Declaration, subject to the Court's grant of leave to file the sur-reply. Consistent with Defendants' *ex parte* application, the 10-page Proposed Sur-Reply and materials annexed as exhibits thereto respond solely to Plaintiffs' arguments relating to price impact. This is an issue on which Defendants bear the burden of proof and raised in their Opposition to Plaintiffs' Motion for Class Certification, and which Plaintiffs addressed for the first time in their Reply. In that context, the Proposed Sur-Reply and attached exhibits also address testimony given at deposition by Plaintiffs' expert Dr. David Tabak, which occurred on September 23, 2022.

4. Exhibits attached to Defendants' Proposed Sur-Reply include a 6-page Sur-Reply Declaration submitted by Defendants' economist expert Professor René Stulz, attached hereto as **Exhibit 2**, which addresses opinions

given by Dr. Tabak in his Reply Declaration and at his September 23, 2022 deposition related to Defendants' price impact argument.  Plaintiffs have opposed Defendants' submission of any additional declaration or report by Prof. Stulz (such as the Sur-Reply Declaration).  Plaintiffs also requested to depose Prof. Stulz following their receipt of any sur-reply and before the hearing on class certification, scheduled for October 19, 2022.  The parties have been unable to agree on a date for Prof. Stulz's deposition, partly due to Prof. Stulz's limited availability in October based on personal medical reasons beyond the parties' control.  Although Plaintiffs have not requested that the hearing on class certification be adjourned to permit Prof. Stulz's deposition to be taken in advance of the hearing, Defendants would not oppose an adjournment of the hearing for that purpose if Plaintiffs wish to depose Prof. Stulz, subject to the Court's schedule and preferences.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Deposition Transcript of David Tabak, Ph.D. from *In re Qualcomm Securities Litigation*, No. 17-cv-00121-JO-MSB (S.D. Cal.), dated September 23, 2022.

6. Attached hereto as **Exhibit 4** is a true and correct copy a document bearing Bates number Q2017MDL1_00968384, which is a presentation titled "The Qualcomm Technology Licensing Program and the Licensing of Standard-Essential Patents" by Eric Reifschneider in February 2013.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a document bearing Bates number APL-QC-FTC_14804408.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a document bearing Bates number APL-QC-FTC_14788092.

9. Attached hereto as **Exhibit 7** is a true and correct transcription of an excerpt from an audio recording of Eric Reifschneider's May 2013 presentation at the University of Texas School of Law's 26th Annual Technology Law

Conference. Defendants respectfully seek leave to file the audio recording or a certified transcription thereof with the Court.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a document bearing Bates number LP_0006360, which is an article titled "Qualcomm Rides China's Smartphone Boom", published by *Trefis* on March 23, 2012.

11. Attached hereto as **Exhibit 9** is true and correct copy of a document bearing Bates number MRVL-00000027.

12. Attached hereto as **Exhibit 10** is an excerpt of a true and correct copy of the Deposition Transcript of Paul Jacobs from *FTC v. Qualcomm, Inc.*, No. 17-cv-00220-LHK-NMC (N.D. Cal.), dated April 18, 2018.

13. Attached hereto as **Exhibit 11** is an excerpt of a true and correct copy of the Deposition Transcript of Steven Mollenkopf from *FTC v. Qualcomm, Inc.*, No. 17-cv-00220-LHK-NMC (N.D. Cal.), dated March 22, 2018.

14. Attached hereto as **Exhibit 12** is an excerpt of a true and correct copy of Qualcomm Incorporated's Form 10-Q, filed on July 20, 2016.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a September 25, 2013 joint press release titled "Joint Public Statement by MediaTek and Qualcomm".

16. Attached hereto as **Exhibit 14** is a true and correct copy of an April 25, 2009 press release titled "Qualcomm and Broadcom Reach Settlement and Patent Agreement".

17. Attached hereto as **Exhibit 15** is a true and correct copy of a November 19, 2009 press release titled "MediaTek and Qualcomm Enter Into Patent Arrangement".

18. Attached hereto as **Exhibit 16** is a true and correct copy of the Deposition Transcript of Steven Mollenkopf from *In re Qualcomm Securities Litigation*, No. 17-cv-00121-JO-MSB (S.D. Cal.), dated September 13, 2022.

19. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on September 28, 2022, in New York, New York.

*/s/ Yonatan Even*
Yonatan Even

## TABLE OF EXHIBITS

| Exhibit No. | Title | Page |
|---|---|---|
| 1 | Defendants' Proposed Sur-Reply in Opposition to Plaintiffs' Motion for Class Certification | 1 – 15 |
| 2 | Declaration of Professor René Stulz | 16 – 22 |
| 3 | D. Tabak Deposition Transcript | 23 – 128 |
| 4 | E. Reifschneider's February 2013 Presentation Script | 129 – 170 |
| 5 | APL-QC-FTC_14804408 | 171 – 187 |
| 6 | APL-QC-FTC_14788092 | 188 – 237 |
| 7 | Transcript of E. Reifschneider's May 2013 Presentation at University of Texas School of Law | 238 |
| 8 | "Qualcomm Rides China's Smartphone Boom," *Forbes*, March 23, 2012 | 239 – 243 |
| 9 | MRVL-00000027 | 244 – 262 |
| 10 | P. Jacobs Deposition Transcript | 263 – 266 |
| 11 | S. Mollenkopf Deposition Transcript 2018 | 267 – 270 |
| 12 | Qualcomm Inc. 2016 Form 10-Q | 271 – 275 |
| 13 | Joint Public Statement by MediaTek and Qualcomm | 276 – 277 |
| 14 | Qualcomm and Broadcom Reach Settlement and Patent Agreement | 278 – 280 |
| 15 | MediaTek and Qualcomm Enter Into Patent Arrangement | 281 – 283 |
| 16 | S. Mollenkopf Deposition Transcript 2022 | 284 – 287 |