# Sur-Reply Exhibit 7

**Transcription of an Excerpt From an Audio Recording of Eric Reifschneider's May 2013 Presentation at the University of Texas School of Law**

"So a FRAND commitment, under the ETSI IPR policy, has never been understood to mean that a patent holder must offer licenses at the component level, that you have to license the chip as opposed to licensing the handset. And, indeed, the industry practice for the last 15 to 20 years has been to license at the handset level. That's been Qualcomm's practice. It's also been the practice of Nokia, and Ericsson, and InterDigital, and the others who have substantial patent portfolios in this area."

—Recording at 24:25-24:49.

*****

Defendants respectfully seek leave to file the above-referenced audio recording or a certified transcript thereof with the Court.