# Sur-Reply Exhibit 11

```
                  UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                       SAN JOSE DIVISION



FEDERAL TRADE COMMISSION,

          Plaintiff,    Case No. 5:17-cv-00220-LHK-NMC
                        CASE No. 5:17-md-02773-LHK
          v.

QUALCOMM INCORPORATED, a
Delaware corporation,

          Defendant.
_____

IN RE: QUALCOMM ANTITRUST
LITIGATION
_____

    *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

 VIDEOTAPED DEPOSITION OF STEVE MOLLENKOPF, VOLUME II

                  SAN DIEGO, CALIFORNIA

                     MARCH 22, 2018




Reported By:
PATRICIA Y. SCHULER
CSR No. 11949

Job No. 656033
```

Steve Mollenkopf Volume II Highly Confidential - Attorneys' Eyes Only
March 22, 2018

Page 386

1  Stronger there refers to what we have is not good as
2  opposed to inflammatory language or some form of thing.
3      Q.   This was for -- did you end up with a final
4  of an elevator pitch or opening statement that was
5  drafted for the White House meeting?
6      A.   I actually don't remember what came out of
7  this.  I don't recall that we used it.
8           MR. ISAACSON:  Can we mark this as 28.
9           (Exhibit Apple Mollenkopf 28 was marked for
10          identification.)
11 BY MR. ISAACSON:
12     Q.   Exhibit Apple Mollenkopf 28 is Bates stamped
13 Q2014FTC_04076988 through 99.
14          Are these briefing materials you received and
15 used for a meeting in Washington, DC?
16     A.   It is for the kind of -- we have a regular
17 meeting with a group called the TCC, and this is the
18 prep materials for these meetings.  It's a number of
19 different companies that get together and go together
20 to talk to a number of government groups.
21     Q.   TCC is the Technology CEO Council?
22     A.   Yes.
23     Q.   There's core TC talking points for -- there's
24 a typo so it is very White House on page 91.  Your name
25 is -- they left the N out.

Page 387

1           Are these talking points you used with the
2  TCC?
3      A.   They were prepared for me, but I often don't
4  use the talking points.
5      Q.   Did you use -- did you have your meeting with
6  the White House after the TCC meeting?
7      A.   Which meeting with the White House?
8      Q.   How many meetings with the White House did
9  you have?
10     A.   We have meetings all the time.
11     Q.   How many meetings did you have with the White
12 House where you spoke about Qualcomm's licensing model?
13          MR. CHESLER:  During what period of time?
14          MR. ISAACSON:  2017, 2018.
15          THE WITNESS:  I can think of one.
16 BY MR. ISAACSON:
17     Q.   And did that meeting happen after your TCC --
18 your TCC meeting was in Washington, DC.  And there's
19 actually references to -- I mean there is a schedule
20 for May 15, 2017 on the second page.
21     A.   Yes.
22     Q.   There's references to the meeting in the
23 White House situation room and the west wing, as well
24 as the vice president's office.  Is May 15, 2017, is
25 that the White House meetings that you remember?

Page 388

1      A.   I remember these meetings, yes.
2      Q.   You also met with the Secretary of Commerce?
3      A.   Yes.
4      Q.   Did you use these talking points to assist
5  you in the meetings with the White House and Commerce?
6      A.   I don't remember exactly what I used as the
7  talking points.  It is unlikely that I used these
8  talking points.  I tend to not follow the transcript
9  for better or for worse.
10     Q.   Were there any parts of -- the talking points
11 are on page 4 and 5.  Were there any parts of the
12 talking points that you were uncomfortable with?
13          MR. CHESLER:  Objection to form.
14          THE WITNESS:  I don't remember all of the --
15 what I talked about in these meetings.  I don't
16 remember this document either.
17 BY MR. ISAACSON:
18     Q.   You can look at the talking points on page 4
19 and 5 and tell me if there are any that you would not
20 have -- you can say you did not use in your meetings
21 with the White House or any of U.S. agencies?
22     A.   I can't remember what I said in those
23 meetings.  They were a year ago.
24     Q.   Are these -- there any of these talking
25 points that you disagree with?

Page 389

1      A.   Let me read them.
2      Q.   There's none that you disagree with?
3      A.   I think they are very good.
4      Q.   Do you recognize -- now that you have read
5  them, does it help you remember any of these talking
6  points that you delivered in your meetings?
7      A.   It does not.
8      Q.   You have talked about how Qualcomm licenses
9  at the handset manufacturers, equipment manufacturers
10 and other industries, but does not license to other
11 chipset manufactures.  That's what Qualcomm's policy
12 is, right?
13     A.   It is -- you know, I don't know all of our
14 policies with the licensing group.  I think we have
15 had -- over time have had licenses with the chip
16 manufacturers, but I don't know where that stands
17 today.
18     Q.   Today do you know one way or the other
19 whether Qualcomm has any policy or practice of not
20 licensing to competing chipset manufacturers?
21     A.   I don't know the policy.  It's not an area
22 that ever comes up because we don't require them to
23 have a license, they don't require us to have a
24 license.  It is not something that hits the business.
25     Q.   When you say you don't require them to have a

**Steve Mollenkopf Volume II Highly Confidential - Attorneys' Eyes Only**
**March 22, 2018**

Page 390

```
 1  license, for example, Intel, are you saying you don't
 2  require Intel to have a license?
 3       A.   Intel does not need a license from us to sell
 4  chips the same way we don't need a license from them to
 5  sell chips.  Similar thing with all the chip
 6  manufacturers.
 7       Q.   Why is it they don't need a license?
 8       A.   We license our portfolio at the end market
 9  device level.  That's where our licensing business is
10  practiced.  We don't want there to be any barrier for
11  anybody creating technology into that business.
12       Q.   Do you have an understanding that you have a
13  policy of not licensing to Intel or other competing
14  chipset manufacturers because they don't need such a
15  license?
16       A.   I'm not expert on the policy.  I could tell
17  you from a business perspective I always get confused
18  why people even bring this up.  It doesn't impact the
19  structure of the industry, people's ability to go into
20  it.  It does not affect our ability to sell or their
21  ability to sell.  So it never enters into the business.
22       Q.   Is it -- to your knowledge, is it Qualcomm's
23  position that Intel in manufacturing and selling
24  chipsets is not infringing on any of Qualcomm's IP?
25       A.   That calls for me to make something -- I
```

Page 391

```
 1  don't have enough understanding of what they are doing.
 2  It is not our licensing practice to license people in
 3  the chain.  We license at the end market or end device
 4  level.
 5       Q.   I understand that.  But because of your
 6  licensing at the end market or end device level, is it
 7  your understanding that Intel would not be infringing
 8  any Qualcomm IP by manufacturing chipsets?
 9            MR. CHESLER:  Objection to the form.  Calls
10  for a legal conclusion.
11            THE WITNESS:  I think we have IP that reads
12  all over the device, including people's chips, I'm
13  sure, but I'm not an expert on them -- what reads what
14  people's products and what have you.  We have very
15  strong IP position with everything in the chain.
16  BY MR. ISAACSON:
17       Q.   Do you know if Intel has ever asked for a
18  license from Qualcomm?
19       A.   I don't know.
20       Q.   Do you know if MediaTek has ever asked for a
21  license from Qualcomm?
22       A.   I think MediaTek has in the past.
23       Q.   Is it Qualcomm's policy that -- under
24  Qualcomm's policy, do they refuse to license MediaTek?
25       A.   I'm not aware of that policy.  I don't know
```

Page 392

```
 1  the policy for how we deal with chipset manufacturers.
 2       Q.   The policy for how you deal with chipset
 3  manufacturers would be set by licensing?
 4       A.   And the general counsel.
 5       Q.   And the general counsel.
 6            And you're not knowledge about that policy?
 7       A.   Yes.
 8            MR. CHESLER:  When we get to a logical place,
 9  why don't we take a break.  It's been about an hour and
10  a half.
11            MR. ISAACSON:  Probably good time for lunch.
12            MR. CHESLER:  Okay.
13            THE VIDEOGRAPHER:  This is the end of Media
14  No. 2.  The time is 12:29 p.m.  We're now off the
15  record.
16            (Lunch recess taken.)
17            THE VIDEOGRAPHER:  This is beginning of Media
18  No. 3 in the deposition of Steve Mollenkopf, Volume II.
19  The time is 1:23 p.m.  We are back on the record.
20
21                      EXAMINATION
22  BY MR. SHORT:
23       Q.   Good afternoon, Mr. Mollenkopf.  My name is
24  Floyd Short.  I'm one of the lawyers representing the
25  class plaintiffs as part of this multi-district
```

Page 393

```
 1  litigation.
 2            I would like to start by marking an exhibit.
 3  This will be PX468.
 4            (Exhibit PX468 was marked for
 5            identification.)
 6  BY MR. SHORT:
 7       Q.   PX468 has the Bates No. QNDCAL04879232.
 8            Mr. Mollenkopf, this is an email that you
 9  sent to Jim or James Lederer on July 9, 2009; is that
10  correct?
11       A.   Yes.
12       Q.   And this relates to Apple and efforts to get
13  Apple business.
14       A.   Let me read it.  Okay.
15       Q.   This -- I would like to start with the email
16  from Eric Koliander at the bottom of the page.  I
17  believe you said Eric Koliander was the lead
18  salesperson for Apple; is that correct?
19       A.   That is correct.
20       Q.   And on July 8 he sent this email that was
21  then forwarded to you, and in his email he says,
22  "Jim/Jonathan/Vickie.  Just received a call from
23  Maverick engineering leads.  Maverick senior management
24  has made a decision to divert their development focus
25  to a CDMA-only design based on the MDM6600."
```

Steve Mollenkopf Volume II Highly Confidential - Attorneys' Eyes Only
March 22, 2018

Page 546
```
 1          I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, do hereby certify:
 3          That the foregoing proceedings were taken
 4  before me at the time and place herein set forth; that
 5  any witnesses in the foregoing proceedings, prior to
 6  testifying, were duly sworn; that a verbatim record of
 7  the proceedings was made by me using machine shorthand
 8  which was thereafter transcribed under my direction;
 9  that the foregoing transcript is a true record of the
10  testimony given.
11          Further, that if the foregoing pertains to
12  the original transcript of a deposition in a Federal
13  Case, before completion of the proceedings, review of
14  the transcript [X] was [ ] was not requested.
15          I further certify I am neither financially
16  interested in the action nor a relative or employee of
17  any attorney of party to this action.
18          IN WITNESS WHEREOF, I have this date
19  subscribed my name.
20  Dated:  MARCH 23, 2018
21
22
23                      PATRICIA Y. SCHULER
                        CSR NO. 11949
24
25
```

Page 547
```
 1              DEPOSITION ERRATA SHEET
 2  CASE NAME:  QUALCOMM ANTITRUST
    DEPOSITION DATE:  MARCH 22, 2018
 3  WITNESS NAME:  STEVE MOLLENKOPF, VOLUME II
 4  Reason Codes:  1. To clarify the record.
 5                 2. To conform to the facts.
 6                 3. To correct transcription errors.
 7  Page _____ Line _____ Reason Code _____
 8  Page _____ Line _____ Reason Code _____
 9  From _____ to _____
10  Page _____ Line _____ Reason Code _____
11  From _____ to _____
12  Page _____ Line _____ Reason Code _____
13  From _____ to _____
14  Page _____ Line _____ Reason Code _____
15  From _____ to _____
16  Page _____ Line _____ Reason Code _____
17  From _____ to _____
18  Page _____ Line _____ Reason Code _____
19  From _____ to _____
20  Page _____ Line _____ Reason Code _____
21  From _____ to _____
22  Page _____ Line _____ Reason Code _____
23  From _____ to _____
24  Page _____ Line _____ Reason Code _____
25  From _____ to _____
```

Page 548
```
 1  Page _____ Line _____ Reason Code _____
 2  From _____ to _____
 3  Page _____ Line _____ Reason Code _____
 4  From _____ to _____
 5  Page _____ Line _____ Reason Code _____
 6  From _____ to _____
 7  Page _____ Line _____ Reason Code _____
 8  From _____ to _____
 9  Page _____ Line _____ Reason Code _____
10  From _____ to _____
11  Page _____ Line _____ Reason Code _____
12  From _____ to _____
13  Page _____ Line _____ Reason Code _____
14  From _____ to _____
15  Page _____ Line _____ Reason Code _____
16  From _____ to _____
17
        _____Subject to the above changes, I certify that the
18  transcript is true and correct.
19      _____No changes have been made. I certify that the
    transcript is true and correct.
20
21
22              _____
23                  STEVE MOLLENKOPF
24
25
```