# Sur-Reply Exhibit 16

Highly Confidential - Attorneys' Eyes Only

Page 1

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF CALIFORNIA

3

4  IN RE QUALCOMM INCORPORATED  ) Case No.
   SECURITIES LITIGATION.       ) 3:17-cv-00121-JO-MSB
5                               )
                                )
6                               )
                                )
7  _____ )

8

9

10

11

12

13       ** HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY **

14                VIDEOTAPED DEPOSITION OF

15                 STEVE M. MOLLENKOPF

16          TUESDAY, SEPTEMBER 13, 2022, 9:07 A.M.

17                 SAN DIEGO, CALIFORNIA

18

19

20

21

22

23  STENOGRAPHICALLY REPORTED BY:
    CHERYL M. HAAB, RDR, CRR, CCRR
24  CA CSR No. 13600
    WA CCR No. 3499
25  JOB NO. 215054

TSG Reporting - Worldwide    877-702-9580

Highly Confidential - Attorneys' Eyes Only

Page 202

1  I do know that people had the ability to compete.  I
2  don't know what -- I couldn't do an accounting of
3  all of the chip competitors.  There were many of
4  them.
5      Q    Do you know whether or not MediaTek was one
6  of chip competitors that complained to regulators
7  that they were unfairly denied a QTL license?
8      A    I remember later on -- maybe not in this
9  time frame -- that they were -- they were part of a
10 lawsuit related to that, but I don't know the
11 details of when that started.
12     Q    And -- and what about the company referred
13 to as VIA Telecom?  Do you know that they
14 specifically asked QTL for a license and were
15 denied?
16     A    Yeah, I don't remember the details of that.
17 I don't remember if that's true or not.
18     Q    And what about Samsung?  Do you know whether
19 or not they sought a license from QTL and were
20 denied?
21     A    I don't remember.
22     Q    The last one I'll ask you about is HiSilicon
23 Technologies.
24          Do you understand they were affiliated with
25 a company referred to earlier today, Huawei?

Page 203

1      A    Yes.
2      Q    And do you know whether or not Huawei or
3  HiSilicon Technologies went to QTL and asked for a
4  license and were denied?
5      A    I don't remember what they asked for,
6  actually.
7      Q    I missed the last thing you said.  You said,
8  "I don't remember whether they asked for it"?  Is
9  that what you said?
10     A    I said I don't -- I don't recall what they
11 asked for.  I don't know the details of what
12 HiSilicon would have asked for.
13     Q    Okay.  Was -- was there any steps you took
14 in signing off on the 10-K to educate yourself as to
15 those facts before you signed the document?
16     A    We had -- we had extensive legal review with
17 the businesses and -- and the overall legal team.
18     Q    Did you talk to the people in charge of
19 licensing of the businesses, the non-lawyers, to try
20 to understand the scope of your license agreements
21 before you signed this 10-K?
22     A    Yeah, they were all part of the review.
23     Q    And do you remember specific people that you
24 spoke to?
25     A    No.  But, you know, many of them were

Page 204

1  attorneys as well, so they're really part of the
2  legal team as well.  A lot of attorneys that are
3  part of the executive team of QTL.
4      Q    Were you relying on their legal advice in
5  understanding whether or not this document was
6  complete and accurate?
7      A    Yes.
8      Q    And what about their factual information?
9  Were you relying on that as well?
10     A    Yes.
11          MR. GRAZIANO:  Okay.  At this point, I don't
12 have any further questions, subject to any questions
13 your counsel may have.
14          MR. EVEN:  Let's take five minutes.
15          THE VIDEOGRAPHER:  Going off record.  The
16 time is 4:03 p.m.
17          (Recess.)
18          THE VIDEOGRAPHER:  We are back on the
19 record.  The time is 4:13 p.m.
20                   --oOo--
21                  EXAMINATION
22 BY MR. EVEN:
23     Q    Mr. Mollenkopf, good afternoon.
24          You mentioned earlier today that you worked
25 at Qualcomm for nearly 30 years; is that correct?

Page 205

1      A    Yeah.  I started in 1994.  So it's probably
2  28-ish.
3      Q    Okay.  During that time, what has been the
4  focus of Qualcomm's R&D efforts?
5      A    It's primarily doing the fundamental
6  research for the wireless industry.  So there's a
7  handful of companies, smaller each time, that tend
8  to kind of do the fundamental research for the --
9  for the wireless industry.
10     Q    And during your time as CEO, how much did
11 Qualcomm invest in R&D into fundamental innovation
12 in cellular communications?
13     A    Oh, wow.  I don't know the -- from the
14 integrated total, but we were in the $5 billion a
15 year type of intensity.  Kind of all focused on the
16 wireless or applications of wireless areas.  So
17 pretty significant investment, actually.
18     Q    So even just during your tenure as CEO, fair
19 to say that Qualcomm spent north of $25 billion on
20 R&D?
21     A    Probably a number close to that.  That's a
22 significant number.  If it's not -- if it's not that
23 number, it's a number very close.
24     Q    Has Qualcomm's R&D over the years resulted
25 in any major improvements or breakthroughs in

Highly Confidential - Attorneys' Eyes Only

Page 206

1  cellular air interface and cellular technology,
2  generally?
3        MR. GRAZIANO:  Objection.
4  BY MR. EVEN:
5     Q    Go ahead.
6     A    Yeah, generally, it would be -- obviously,
7  we did a lot of the fundamental research that really
8  makes the cellular industry exist; CDMA, 3G, 4G, now
9  5G.  We did a lot of the fundamental research for
10 really low-power computing that enables things like
11 smartphones to work.  A lot of the software worked;
12 we enabled that to happen.  A lot of video and
13 coding worked that allows video to be transmitted
14 both wirelessly and wired.
15       In fact, even the video that we're looking
16 at right now, a lot of that invention is Qualcomm's.
17 So a significant amount of, I would say, broad range
18 of R&D that we enable throughout the industry.  I
19 think it's safe to say without Qualcomm, very
20 difficult for the wireless industry to have been as
21 successful as it has.
22    Q    Does Qualcomm keep all these fundamental
23 technology to itself?
24    A    No.  It actually -- it -- you know, part of
25 the licensing business is really to try to make it

Page 207

1  so that people can enter into the cellular industry
2  without having to do a lot of prior investment.
3  Either to get IP that allows them to -- to compete
4  against other parties or just to, you know, keep
5  from having to spend hundreds of millions of dollars
6  a year to enter the business.
7        So we tend to -- we tend to share our
8  innovation through the standards bodies.  And then
9  through the licensing business and the chip
10 business, you either have access to the -- to the
11 technology in a very easy way and ability to scale
12 very quickly.
13    Q    And so during his questioning, Mr. Graziano
14 asked you about a few companies that were mentioned
15 in your 2014 K, a series of QCT competitors.
16       Do you remember that?
17    A    Yes.
18    Q    To your knowledge, has Qualcomm denied
19 access to its technology to any of these
20 competitors?
21    A    No.
22    Q    To your knowledge, has Qualcomm taken any
23 steps to preclude any of these competitors from
24 developing or selling chips?
25    A    No.

Page 208

1     Q    I want to switch gears for a second.
2        If you can dig up from your pile of exhibits
3  PX 464 and PX 465.
4        And you see that 464 is what's known as the
5  BCPA; right?
6     A    Yes.
7     Q    And the PX 465 is what's known as the first
8  amendment to the transition agreement, or FATA;
9  right?
10    A    Yes.
11    Q    Fair to say that the BCPA or Business
12 Cooperation and Patent Agreement is a patent piece
13 agreement between Apple and QTL?
14    A    Yeah, I think that's a fair
15 characterization.
16    Q    And fair to say that the FATA is a chip
17 incentive agreement between QCT and Apple?
18    A    Yes.
19       MR. GRAZIANO:  Objection.
20 BY MR. EVEN:
21    Q    And Mr. Graziano asked you a few questions
22 about the relationship between the two.
23       If Apple were to breach the BCPA, would it
24 still enjoy all the benefits that were promised to
25 it from QCT under the FATA?

Page 209

1     A    Yes.
2        MR. GRAZIANO:  Objection.
3        THE WITNESS:  To my -- to my memory, I don't
4  remember there being any link between the two
5  agreements.
6  BY MR. EVEN:
7     Q    And vice versa, if Apple chose to launch
8  another device, and QCT were to terminate the FATA,
9  another device with another chip, and QCT were to
10 terminate the FATA, would Apple lose any of the
11 benefits that were promised to it under the BCPA?
12    A    To my knowledge, no.  There's no linkage
13 between the two agreements.
14    Q    Okay.  During your work at Qualcomm, fair to
15 say that you got a substantial portion of your
16 compensation in the form of Qualcomm stock?
17    A    Yeah, that's fair.
18    Q    And were you -- when you were Chief
19 Operating Officer, did you have in place what's
20 known as a 10b5s plan?
21    A    I believe I did as a -- you know, before I
22 became -- right before I became CEO, which I would
23 have been that title, yeah, I'm pretty sure I had a
24 10b5-1 plan.
25    Q    And a 10b5-1 plan means that when your stock

TSG Reporting - Worldwide    877-702-9580

Highly Confidential - Attorneys' Eyes Only

```
                                           Page 222
1              ERRATA SHEET
2   Case Name:
3   Deposition Date:
4   Deponent:
5   Pg.  No.  Now Reads    Should Read    Reason
6   ___  ___  _____   _____   _____
7   ___  ___  _____   _____   _____
8   ___  ___  _____   _____   _____
9   ___  ___  _____   _____   _____
10  ___  ___  _____   _____   _____
11  ___  ___  _____   _____   _____
12  ___  ___  _____   _____   _____
13  ___  ___  _____   _____   _____
14  ___  ___  _____   _____   _____
15  ___  ___  _____   _____   _____
16  ___  ___  _____   _____   _____
17  ___  ___  _____   _____   _____
18  ___  ___  _____   _____   _____
19  ___  ___  _____   _____   _____
20                                      _____
21                                      Signature of Deponent
22  SUBSCRIBED AND SWORN BEFORE ME
23  THIS ____ DAY OF _____, 2022.
24  _____
25  (Notary Public)   MY COMMISSION EXPIRES:_____
```

```
                                              Page 223
1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2           The undersigned Certified Shorthand Reporter and
3   Deposition Notary Public of the States of California and
4   Washington does hereby certify:
5           That the foregoing deposition was taken before me
6   at the time and place therein set forth, at which time the
7   witness was duly sworn by me;
8           That the testimony of the witness and all
9   objections made at the time of the deposition were
10  recorded stenographically by me and were thereafter
11  transcribed, said transcript being a true and correct copy
12  of the proceedings thereof.
13          I further certify that I am neither counsel for
14  nor related to any party to said action, nor in any way
15  interested in the outcome thereof.
16          Further, that if the foregoing pertains to the
17  original transcript of a deposition in a federal case,
18  before completion of the proceedings, review of the
19  transcript was not requested/offered on the record.
20          In witness whereof, I have subscribed my name,
21  this date:  September 14, 2022
22
23
24  _____*Cheryl Haab*_____
            Cheryl M. Haab, RDR, CRR, CCRR
25          CSR No. 13600/WA CSR No. 3499
```

TSG Reporting - Worldwide    877-702-9580