UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED<br>SECURITIES LITIGATION | Case No.: 17cv121-JO-MSB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR PERMISSION TO FILE A SUR-REPLY** |

Defendants have requested permission to file a sur-reply responding to Plaintiffs' reply memorandum in support of their motion for class certification. The Court GRANTS Defendants motion to file a sur-reply [Dkt. 261]. Defendants' related motion requesting permission to file exhibits in connection with the sur-reply is GRANTED IN PART AND DENIED IN PART [Dkt. 265]. At this time, Defendants may file all exhibits except for Exhibit 2, the declaration of Professor René Stulz. The parties should be prepared to address any dispute with respect to Exhibit 2 at the upcoming oral argument. Should the

parties believe that the Court's ruling necessitates rescheduling of the oral argument on October 19, 2022, the parties should jointly inform the Court on or before October 7, 2022.

**IT IS SO ORDERED.**

Dated: October 4, 2022

Hon. Jinsook Ohta
United States District Court