**CRAVATH, SWAINE & MOORE LLP**
ANTONY L. RYAN (*pro hac vice*)
(aryan@cravath.com)
RACHEL G. SKAISTIS (*pro hac vice*)
(rskaistis@cravath.com)
YONATAN EVEN (*pro hac vice*)
(yeven@cravath.com)
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
M. BRENT BYARS (*pro hac vice*)
(mbyars@cravath.com)
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

**COOLEY LLP**
STEVEN M. STRAUSS (99153)
(sms@cooley.com)
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
CHRISTOPHER DURBIN (218611)
(cdurbin@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-9109
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Attorneys for Defendants Qualcomm Incorporated, Derek K. Aberle, Steven R. Altman, William F. Davidson, Paul E. Jacobs, Steven M. Mollenkopf and Donald J. Rosenberg*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | No. 17-cv-0121-JO-MSB<br><br>**NOTICE OF WITHDRAWAL OF ECF DOCKET NO. 271** |

1   Defendants Qualcomm Incorporated, Derek A. Aberle, Steven R. Altman, William F. Davidson, Paul E. Jacobs, Steven M. Mollenkopf, and Donald J. Rosenberg (collectively, "Defendants") by and through their undersigned attorneys, request to withdraw Document Number 271 (Sur-Reply in Opposition to Class Certification and Supporting Papers), filed in this litigation on October 6, 2022.  The document was filed with a signature different from that of the filing attorney.  This document and the supporting papers will be properly re-filed shortly.

Dated:  October 7, 2022          Respectfully submitted

By:   /s/ Yonatan Even

**CRAVATH, SWAINE & MOORE LLP**
ANTONY L. RYAN (*pro hac vice*)
(aryan@cravath.com)
RACHEL G. SKAISTIS (*pro hac vice*)
(rskaistis@cravath.com)
YONATAN EVEN (*pro hac vice*)
(yeven@cravath.com)
JUSTIN  C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
M. BRENT BYARS (*pro hac vice*)
(mbyars@cravath.com)
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

WITHDRAWAL OF DOCUMENT          CASE NO. 17-CV-0121-JO-MSB

| | |
|---|---|
| 1 | **COOLEY LLP** |
| 2 | STEVEN M. STRAUSS (99153) |
|   | (sms@cooley.com) |
| 3 | KOJI F. FUKUMURA (189719) |
| 4 | (kfukumura@cooley.com) |
|   | CHRISTOPHER DURBIN (218611) |
| 5 | (cdurbin@cooley.com) |
| 6 | PETER M. ADAMS (243926) |
|   | (padams@cooley.com) |
| 7 | 4401 Eastgate Mall |
| 8 | San Diego, CA 92121-9109 |
|   | Telephone:  (858) 550-6000 |
| 9 | Facsimile:  (858) 550-6420 |
| 10 | |
| 11 | *Attorneys for Defendants Qualcomm Incorporated, Derek K. Aberle, Steven R. Altman, William F. Davidson, Paul E. Jacobs, Steven M. Mollenkopf and Donald J. Rosenberg* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

The undersigned herby certifies that a true and correct copy of the above and foregoing document has been served on October 7, 2022 to all counsel of record who are deemed consented to service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on October 7, 2022 at New York, New York.

                                              /s/ *Yonatan Even*