UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No.: 17-cv-121-JO (MSB)<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Michael S. Berg<br>Courtroom: 2C |

The parties submit this joint status report pursuant to Your Honor's May 15, 2023 Order directing the parties to file a joint status report "explaining whether they have resolved their dispute regarding the use in this case of specific pieces of third-party witness depositions from the FTC matter." *See* ECF No. 291. The parties are pleased to inform the Court that they have met and conferred and reached an agreement.

As part of that agreement, the parties have agreed, among other things, that "each side may each take the depositions of up to two Apple witnesses" and that "the other side shall have a reasonable opportunity to cross-examine such witnesses, and each side is entitled to use half of the available deposition time."

The parties have submitted a proposed order concurrently herewith. The parties will be prepared to address any questions the Court may have about the scope of their agreement during the conference scheduled for May 30, 2023.

DATED: May 18, 2023

Respectfully submitted,

By: */s/ Jonathan D. Uslaner*
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472

-*and*-

Salvatore Graziano (*Pro Hac Vice*)
salvatore@blbglaw.com
Rebecca E. Boon (*Pro Hac Vice*)
rebecca.boon@blbglaw.com
1251 Avenue of the Americas, 44th Floor

New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

**MOTLEY RICE LLC**
Gregg S. Levin (*Pro Hac Vice*)
glevin@motleyrice.com
Meghan Oliver (*Pro Hac Vice*)
moliver@motleyrice.com
Bill Norton (*Pro Hac Vice*)
bnorton@motleyrice.com
Christopher Moriarty (*Pro Hac Vice*)
cmoriarty@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450

 *-and-*

William H. Narwold (*Pro Hac Vice*)
bnarwold@motleyrice.com
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103


*Counsel for Lead Plaintiffs Sjunde AP-Fonden and Metzler Asset Management GmbH, and Lead Counsel for the Class*


By: */s/ Robert Van Nest*

**CRAVATH, SWAINE & MOORE LLP**
Antony Ryan (*pro hac vice*)
aryan@cravath.com
Rachel G. Skaistis (*pro hac vice*)
rskaistis@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

**COOLEY LLP**
Steven M. Strauss (99153)
sms@cooley.com
Koji F. Fukumura (189719)
kfukumura@cooley.com
Peter M. Adams (243926)
padams@cooley.com
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (84065)
rvannest@keker.com
Laurie Carr Mims (241584)
lmims@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

*Attorneys for Defendants Qualcomm Incorporated, Derek A. Aberle, Steven R. Altman, William F. Davidson, Paul E. Jacobs, Steven M. Mollenkopf, and Donald J. Rosenberg*

# CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for Defendants and that I have obtained authorization from Robert Van Nest, Esq., counsel for Defendants, to affix his electronic signature to this document.

DATED: May 18, 2023

Respectfully submitted,

By: */s/ Jonathan D. Uslaner*
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472

*Counsel for Lead Plaintiffs Sjunde AP-Fonden and Metzler Asset Management GmbH, and Lead Counsel for the Class*