# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No.: 17cv121-JO (MSB)<br><br>**ORDER RE: DEPOSITIONS OF APPLE WITNESSES** |

WHEREFORE, the Court having considered the parties' Joint Status Report [ECF No. 292] and pursuant to the parties' agreement, IT IS HEREBY ORDERED that, within the time constraints to be determined in a scheduling order following the Court's May 30, 2023 Case Management Conference:

1. Plaintiffs and Defendants may each take the depositions of up to two current or former employees of Apple Inc.; and

///
///
///
///
///
///

2. The other side shall have a reasonable opportunity to cross-examine such witnesses during the depositions and shall be entitled to half of the available deposition time to do so.

**IT IS SO ORDERED**.

Dated: May 22, 2023

Honorable Michael S. Berg
United States Magistrate Judge

- 2 -  Order re: Depositions of Apple Witnesses
17cv121-JO (MSB)