UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 1 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| RASESH SHAH, Individually and on behalf of all others similarly situated; et al., <br><br> Plaintiffs-Respondents, <br><br> v. <br><br> QUALCOMM INCORPORATED; et al., <br><br> Defendants-Petitioners. | No. 23-80025 <br><br> D.C. No. 3:17-cv-00121-JO-MSB <br> Southern District of California, <br> San Diego <br><br> ORDER |

Before: FRIEDLAND and SUNG, Circuit Judges.

The motion for leave to file a brief as amicus curiae in support of the petition (Docket Entry No. 2) is granted.

The motion for leave to file a reply (Docket Entry No. 13) is granted. The reply has been filed.

The court, in its discretion, denies the petition for permission to appeal the district court's March 20, 2023 order granting in part and denying in part class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).