# Exhibit A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN RE QUALCOMM
INCORPORATED SECURITIES
LITIGATION

Case No. 3:17-cv-00121-JO-MSB

**[PROPOSED] ORDER
APPROVING CLASS NOTICE**

WHEREAS, by Order dated March 20, 2023 (ECF No. 279), the Court granted in part and denied in part Lead Plaintiffs' motion for class certification, and certified the above-captioned action (the "Action") to proceed as a class action on behalf of all persons or entities who purchased or otherwise acquired the common stock of Qualcomm Inc. ("Qualcomm") from February 1, 2012 through January 20, 2017, inclusive, and who were damaged thereby.[1]

WHEREAS, on June 1, 2023, the United States Court of Appeals for the Ninth Circuit denied Defendants' petition for permission to appeal the Court's March 20, 2023 Order under Federal Rule of Civil Procedure 23(f) (ECF No. 297);

WHEREAS, Court-appointed Class Representatives Sjunde AP-Fonden and Metzler Asset Management GmbH (collectively, "Class Representatives") have moved for the entry of an order approving the proposed form and content of notices of pendency to be disseminated to the Class, as well as the proposed methods for dissemination of these notices (the "Notice Order");

WHEREAS, Defendants do not oppose Class Representatives' motion;

WHEREAS, the Court has reviewed the proposed notices submitted by Class Representatives and has found good cause for entering the following Notice Order:

1.     The Court approves the form, substance, and content of the Postcard Notice (the "Postcard Notice"), Notice of Pendency of Class Action (the "Notice"), and the Summary Notice of Pendency of Class Action (the "Summary Notice" and, collectively, the "Notices"), attached hereto as Exhibits 1, 2, and 3, respectively.

2.     The proposed form and content of the Notices meet the requirements of Rule 23(c)(2)(B) of the Federal Rules of Civil Procedure, as the Notices clearly and

---

[1] Excluded from the Class are Defendants, the officers and directors of Qualcomm at all relevant times, members of their immediate families and their legal representatives, heirs, agents, affiliates, successors or assigns, Defendants' liability insurance carriers, and any affiliates or subsidiaries thereof, and any entity in which Defendants or their immediate families have or had a controlling interest.

concisely state in plain and easily understood language all of the following: (a) the nature of the action; (b) the definition of the certified Class; (c) the Class' claims, issues, or defenses; (d) a Class Member's right to enter an appearance through an attorney if the member so desires; (e) a Class Member's right to be excluded from the Class; (f) the time and manner for requesting exclusion; and (g) the binding effect of a judgment on Class Members under Fed. R. Civ. P. 23(c)(3).

3.      The Notice, Summary Notice, and Postcard Notice, and methods and schedule set forth below for notifying the Class of the pendency of the Action as a class action meet the requirements of Rule 23 and of due process, constitute the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons and entities entitled thereto.

4.      The Court approves the retention of A.B. Data, Ltd., as the notice administrator (the "Administrator").

5.      No later than 10 business days after entry of this Notice Order, Qualcomm shall use reasonable efforts to have its transfer agent provide, or cause to be provided, to the Administrator shareholder records (consisting of the shareholder names, addresses, and, if available, email addresses) to the extent they exist, in electronic form, such as Excel, identifying all persons or entities who purchased or otherwise acquired Qualcomm common stock during the Class Period.  Class Counsel shall be responsible for reimbursement of reasonable costs of providing shareholder records under this paragraph and all other costs associated with providing the Notices.

6.      No later than 20 business days after entry of this Notice Order (which shall be the "Notice Date"), the Administrator shall cause the Postcard Notice, substantially in the form attached hereto as Exhibit 1, to be mailed, by first-class mail, postage prepaid, and, if possible, emailed to all potential Class Members identified by Qualcomm or who may otherwise be identified with reasonable effort.

7.     In addition to the forms of notice provided directly to the Class, the Administrator shall use reasonable efforts to separately provide notice to nominee purchasers, such as brokerage firms and other persons and entities, who may have, for the beneficial interest of any person or entity other than itself or themselves, purchased or otherwise acquired Qualcomm common stock during the Class Period. Such nominees shall either:

a.     Within seven (7) calendar days of receiving notification, provide a list of the names, addresses, and, if available, email addresses of all such beneficial owners to the Administrator, and the Administrator is ordered to send the Postcard Notice promptly to such identified beneficial owners by mail or email; or

b.     Within seven (7) calendar days of notification: (i) send a copy of the Postcard Notice by email to all such beneficial owners for whom they have email addresses, and (ii) request from the Administrator sufficient copies of the Postcard Notice to mail to all such beneficial owners for whom emails are not available; and (iii) within seven (7) calendar days of receipt of those Postcard Notices from the Administrator, mail them to all such beneficial owners.  Nominees who elect to send the Postcard Notices to their beneficial owners shall also send a statement to the Administrator confirming that the notice was mailed and shall retain their mailing records for use in connection with any further notices that may be provided in the Action.

8.     Upon full and timely compliance with these directions, such nominees may seek reimbursement from the Administrator of their reasonable expenses actually incurred by providing the Administrator with proper documentation supporting the expenses for which reimbursement is sought.  Any disputes with respect to the reasonableness or documentation of expenses incurred shall be subject to review by the Court.

9.     Contemporaneously with the mailing of the Postcard Notice, the Administrator shall establish a website for the Action, QualcommSecuritiesLitigation.com, from which Class Members may download copies of the Notice, the operative Complaint, Defendants' Answer to the Complaint, the Court's order certifying the Class, and this Notice Order.  Class Counsel shall also post copies of the Notice on their own websites, blbglaw.com and motleyrice.com.  The Administrator will mail a copy of the Notice to any person who requests a copy by letter, phone, or email.

10.     The Administrator shall cause a copy of the Summary Notice, substantially in the form attached hereto as Exhibit 3, to be published once in *The Wall Street Journal* and to be transmitted over *PR Newswire* within ten (10) business days of the Notice Date.

11.     Class Members shall be bound by all determinations, orders, and judgments in this Action, whether favorable or unfavorable, unless such persons and entities request exclusion from the Class in a timely and proper manner, as hereinafter provided.  A Class Member wishing to make such a request shall submit the request in written form by mail to the address designated in the Notice, so that it is postmarked no later than 60 calendar days after the Notice Date. Such request for exclusion shall clearly state that the Class Member "requests exclusion from the Class in *In re Qualcomm Securities Litigation*, No. 3:17-cv-00121-JO-MSB" and must:

    a.     state the name, address, and telephone number of the person or entity requesting exclusion, in the case of entities, the name and telephone number of the appropriate contact person; and

    b.     include a signature of the person or entity requesting exclusion or an authorized representative accompanied by proof of authorization

---

ORDER APPROVING CLASS NOTICE                    4                    Case No. 3:17-cv-00121-JO-MSB

The request for exclusion shall not be effective unless it provides the required information and is made within the time stated above, or the exclusion is otherwise accepted by the Court.

12.    Any Class Member who retains separate counsel to represent him, her, or it by appearing in these proceedings must have such counsel enter an appearance pursuant to Fed. R. Civ. P. 23(c)(2), as set out in the Notice, no later than 60 calendar days after the Notice Date.

13.    Within fifteen (15) business days following the expiration of the exclusion deadline, Class Counsel shall file with the Court proof of dissemination of the Notices, proof of publication of the Summary Notice, and an affidavit setting forth a list of all persons and entities who have validly and timely requested exclusion from the Class.

14.    This Notice Order may be modified by the Court upon motion by either or both parties for good cause shown.

**IT IS SO ORDERED.**

Dated**: _____**, 2023        _____

The Honorable Jinsook Ohta
United States District Judge

# Exhibit 1

Important Legal Notice Authorized by the
United States District Court for the
Southern District of California

**If you purchased or otherwise acquired
the common stock of Qualcomm Inc.
from February 1, 2012 through January
20, 2017, inclusive, you may be
affected by a class action lawsuit.**

*This Notice may affect your legal rights.
Please read it carefully.*

**[Insert QR code]**

**QUALCOMM SECURITIES LITIGATION**
c/o A.B. DATA, LTD.
P.O. BOX 173043
MILWAUKEE, WI 53217

PRESORTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID

MILWAUKEE, WI

PERMIT NO.

Postal Service: Please Do Not Mark or Cover Barcode

[NAME1]
[ADDR2]
[CITY] [ST] [ZIP]
[COUNTRY]

*In re Qualcomm Inc. Sec. Litigation,* **No. 17-cv-121-JO-MSB (S.D. Cal.)**
FOR MORE INFORMATION PLEASE VISIT
www.QualcommSecuritiesLitigation.com or call **(877) 390-3401**.

The U.S. District Court for the Southern District of California (the "Court") has certified a class action that is pending against Qualcomm Inc. ("Qualcomm") and certain of its former senior officers ("Defendants"). Defendants deny the allegations of wrongdoing asserted in this Action, and deny any liability whatsoever to any member of the Class arising from the claims in this Action. **IF YOU ARE A CLASS MEMBER, YOUR RIGHTS WILL BE AFFECTED BY THIS CLASS ACTION LAWSUIT, WHICH HAS NOT SETTLED.** This postcard advises you of information about your options. A long-form Notice is available on the case website above or by calling the telephone number listed above.

**Who Is Included in the Class?** All persons and entities who purchased or otherwise acquired Qualcomm common stock from February 1, 2012 through January 20, 2017, inclusive, and who were damaged thereby. Excluded from the Class are Defendants, the officers and directors of Qualcomm at all relevant times, members of their immediate families and their legal representatives, heirs, agents, affiliates, successors or assigns, Defendants' liability insurance carriers, and any affiliates or subsidiaries thereof, and any entity in which Defendants or their immediate families have or had a controlling interest.

**What Are My Options?** This class action is still being litigated and no money has yet been recovered. If you do nothing, you will remain a member of the Class and, if there is a future recovery or settlement, you may be eligible for a payment. If you remain a Class Member, you will be bound by all orders, whether favorable or unfavorable, that the Court enters in this case, and you may not pursue your own lawsuit with regard to any of the issues in this Action.

If you DO NOT want to remain a Class Member and be legally bound by anything that happens in this case, you must exclude yourself from the Class. To exclude yourself, you must mail a request for exclusion *postmarked* **by no later than [_____], 2023**. To exclude yourself, you must follow the instructions in the long-form Notice available at QualcommSecuritiesLitigation.com. If you choose to exclude yourself, you will not be able to receive any money from this Action, but you will be entitled to pursue any individual remedy that you may have, at your own expense. You may contact the Administrator or Class Counsel with any questions. **Please note**, if you decide to exclude yourself from the Class, you may be time barred from asserting the claims covered by the Action.

**What Has Happened So Far?**   This case began in 2017 and alleges claims under the Securities Exchange Act of 1934 concerning alleged misstatements and omissions by Defendants regarding Qualcomm's alleged bundling of the negotiations and terms of its patent licenses and chipset agreements with its customers. The Court denied Defendants' motion to dismiss the complaint and motion for judgment on the pleadings. In March 2023, the Court certified the Class and appointed Sjunde AP-Fonden ("AP7") and Metzler Asset Management GmbH as Class Representatives and Bernstein Litowitz Berger & Grossmann LLP (blbglaw.com) and Motley Rice LLC (motleyrice.com) as Class Counsel.  The parties have conducted substantial discovery, and no trial date has been set.

**Your Other Rights**.   Class Members are represented by Class Counsel. You will not be personally responsible for their fees and expenses. You may also hire your own attorney, at your own expense, and, if you do so, they must file a notice of appearance with the Court on or before [_____], 2023.

**Please keep your investment records concerning Qualcomm common stock and notify the administrator of any change in address.  For more information, call 1-877-390-3401, send an email to info@QualcommSecuritiesLitigation.com or visit QualcommSecuritiesLitigation.com. Do not contact the Court, Defendants, or their counsel in this Action with questions.**

*Carefully separate this Address Change Form at the perforation*

Name: _____

Current Address: _____

_____

_____

**<u>Address Change Form</u>**
To make sure your information remains up-to-date in
our records, please provide any update to your address
by filling in the above information and depositing this
postcard in the U.S. Mail.

Place
Stamp
Here

*Qualcomm Securities Litigation*
c/o A.B. Data, Ltd.
P.O. Box 173043
Milwaukee, WI 53217

# Exhibit 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No. 3:17-cv-00121-JO-MSB |

## NOTICE OF PENDENCY OF CLASS ACTION

**TO:  All persons and entities who purchased or otherwise acquired the common stock of Qualcomm Inc. ("Qualcomm") from February 1, 2012 through January 20, 2017, inclusive (the "Class Period"), and who were damaged thereby (the "Class").**

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS MAY BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

This Notice is to advise Class Members of the pendency of the above-captioned action as a class action under Rule 23 of the Federal Rules of Civil Procedure and their rights with respect thereto.  If you are a Class Member, your rights will be affected by this lawsuit, which is referred to as *In re Qualcomm Inc. Securities Litigation*, Case No. 3:17-cv-00121-JO-MSB (the "Action"), and which is now pending before the United States District Court for the Southern District of California (the "Court").

On March 20, 2023, the Court determined that this lawsuit may proceed as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.  The purpose of this Notice is to inform you how the lawsuit may affect your rights and what steps you may take.  This Notice is not an expression by the Court of any opinion as to the merits of any of the claims or defenses asserted by either side in the lawsuit.  If you received this Notice in error and you are not a member of the Class, you do not need to take any action and your rights will not be affected.

| WHAT ARE MY OPTIONS? | |
|---|---|
| Do nothing | **Stay in this lawsuit.  Await the outcome.  Give up certain rights.** By doing nothing, you keep the possibility of sharing in any recovery that may result from a trial or a settlement.  But you give up any right you may have to sue Defendants separately about the issues and claims being raised in this lawsuit, and you will be bound by the outcome of this case. |
| Ask to be excluded by _____, 2023 | **Get out of this lawsuit.  Get no benefits from it.  Keep your rights.** If you ask to be excluded from this lawsuit, you will not be bound by what the Court does in this case and will keep any right you might have to sue Defendants separately about the same issues and claims being raised in this lawsuit.  If a recovery is later awarded in this case, you would not share in |

| | that recovery.  Please note, if you decide to exclude yourself from the Class, you may be time barred from asserting the claims covered by the Action by a statute of repose. |
|---|---|

## WHAT IS THIS LAWSUIT ABOUT?

1.  This is a securities lawsuit filed in the United States District Court for the Southern District of California.  The operative complaint in the Action names as defendants Qualcomm and certain of its former executives, Derek K. Aberle, Steven R. Altman, Donald J. Rosenberg, William F. Davidson, Jr., Paul E. Jacobs, and Steven Mollenkopf (the "Executive Defendants" and, together with Qualcomm, "Defendants").  The Court appointed Sjunde AP-Fonden and Metzler Asset Management GmbH as Lead Plaintiffs in this lawsuit.

### (a)  LEAD PLAINTIFFS' CLAIMS

Lead Plaintiffs, on behalf of the Class, allege that Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.  Lead Plaintiffs allege that Defendants made material misstatements and omissions concerning Qualcomm's alleged bundling of the negotiations and terms of its patent licenses and chipset agreements.  Lead Plaintiffs allege that Defendants' alleged misstatements caused the price of Qualcomm common stock to be inflated during the Class Period (from February 1, 2012 through January 20, 2017) and to decline when the alleged truth emerged, resulting in financial losses to those who purchased the stock at the inflated prices.  You may review a copy of the operative Complaint in the Action by visiting QualcommSecuritiesLitigation.com.

### (b)  DEFENDANTS' DENIAL OF LIABILITY

Defendants deny Lead Plaintiffs' allegations of wrongdoing, and deny any liability whatsoever to any member of the Class for the claims alleged.

## WHO IS A CLASS MEMBER?

2.  By order dated March 20, 2023, the Court certified the following Class:

All persons or entities who purchased or otherwise acquired the common stock of Qualcomm between February 1, 2012 and January 20, 2017, inclusive, and who were damaged thereby.

Excluded from the Class are Defendants, the officers and directors of Qualcomm at all relevant times, members of their immediate families and their legal representatives, heirs, agents, affiliates, successors or assigns, Defendants' liability insurance carriers, and any affiliates or subsidiaries thereof, and any entity in which Defendants or their immediate families have or had a controlling interest.

3.      If you are a Class Member, your rights will be affected by this Action.  If you do not meet the definition of a Class Member, the Notice does not apply to you.  If you are uncertain whether you are a Class Member, contact Class Counsel listed below, in paragraph 18, or your own attorney.

4.      The Class definition may be subject to change by the Court pursuant to Rule 23 of the Federal Rules of Civil Procedure.

## OVERVIEW AND STATUS OF THIS ACTION

5.      The initial class action complaint in this matter was filed in January 2017.  In May 2017, the Court issued an Order appointing Sjunde AP-Fonden and Metzler Asset Management GmbH as Lead Plaintiffs for the Action and approving Lead Plaintiffs' selection of Bernstein Litowitz Berger & Grossmann LLP and Motley Rice LLC as Lead Counsel for the Class.

6.      On July 3, 2017, the Lead Plaintiffs filed their Consolidated Class Action Complaint for Violation of the Securities Laws (the "Complaint").  The Complaint asserts claims under Section 10(b) of the Securities Exchange Act of 1934 against all Defendants and under Section 20(a) against the Executive Defendants.  The Complaint alleges that during the period from February 1, 2012 through January 20, 2017, Defendants made materially misleading or false statements or material omissions regarding, among other things, Qualcomm's alleged bundling of the negotiations and terms of its patent licenses and chipset agreements.

7.      On March 18, 2019, the Court denied Defendants' motion to dismiss the Complaint. Defendants filed their Answer to the Complaint on May 31, 2019.  Defendants deny all Lead Plaintiffs' allegations of wrongdoing, and deny any liability whatsoever to any member of the Class for the claims alleged in this lawsuit.

8.      On January 15, 2020, Defendants moved for judgment on the pleadings, contending that Lead Plaintiffs failed to plausibly allege that disclosure of the truth concerning the alleged misstatements caused the declines in Qualcomm's stock price.  On February 3, 2022, the Court denied the motion.

9.      On May 23, 2022, Lead Plaintiffs filed a motion for class certification.  On March 20, 2023, the Court issued an Order granting in part and denying in part Lead Plaintiffs' motion for class certification.  The Court certified a Class as defined in paragraph 2 above.  The Court certified the Class only as to Lead Plaintiffs' claims regarding Defendants' alleged bundling practices.  The Court appointed Lead Plaintiffs as class representatives for the Class and Bernstein Litowitz Berger & Grossmann LLP and Motley Rice LLC as Class Counsel.  On June 1, 2023, the United States Court of Appeals for the Ninth Circuit denied Defendants' petition for leave to appeal the class certification Order. By certifying the Class and authorizing this Notice, the Court is not suggesting that the Lead Plaintiffs will win or lose this case.

10.     The Court has not decided in favor of Lead Plaintiffs or Defendants and there has been no monetary recovery. Substantial discovery has occurred. The present deadline for the completion of expert discovery is April 15, 2024. A trial date has not yet been set by the Court.

## YOUR RIGHTS AS A CLASS MEMBER

11.     A class action is a type of lawsuit in which one or several individuals or entities prosecute claims on behalf of all members of a group of similarly situated persons and entities (i.e., the class) to obtain monetary or other relief for the benefit of the entire group. Class actions avoid the necessity of each member of a class having to file his, her, their, or its own separate lawsuit to obtain relief. Class actions are used to decide legal and factual issues that are common to all members of a class. Importantly, class members are **NOT** individually responsible for the attorneys' fees or litigation expenses. In a class action, attorneys' fees and litigation expenses are paid from the court judgment amount (or the settlement fund) and must be approved by the Court. If there is no recovery, the attorneys do not get paid.

12.     If you purchased or otherwise acquired Qualcomm common stock during the period from February 1, 2012 through and including January 20, 2017, and you are not excluded from the Class by definition, you are a member of the Class. If you are a Class Member, you have the right to decide whether to remain a Class Member. ***If you choose to remain a Class Member, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in Qualcomm common stock as discussed below in paragraph 13 below.***

If you are a Class Member and wish to be excluded from the Class, you must request exclusion in accordance with the procedure set forth in paragraph 15 below. Pursuant to Rule 23(e)(4) of the Federal Rules of Civil Procedure, it is within the Court's discretion as to whether a second opportunity to request exclusion from the Class will be allowed if there is a settlement or judgment in the Action. Your decision is important for the following reasons:

a.      **If you choose to remain a member of the Class**, you will be bound by all past, present, and future orders and judgments in the Action, whether favorable or unfavorable. If any money is awarded to the Class, either through a settlement with Defendants or a judgment of the Court, you may be eligible to receive a share of that award. If, however, Defendants prevail, you may not pursue a lawsuit on your own behalf with regard to any of the issues or claims arising in the Action. ***Please note that if you remain a Class Member, you will not be personally responsible for Class Counsel's attorneys' fees or costs.*** Class Counsel have agreed to represent the Class on a contingent fee basis, which means that Class Counsel will be awarded fees and expenses only if they succeed in obtaining a recovery from one or more Defendants. Any attorneys' fees for Class Counsel will be awarded by the Court from the settlement or judgment, if any, obtained on behalf of the Class. As a Class Member, you will be represented by Class Counsel.

Alternatively, you may remain a Class Member and elect to be represented by counsel of your own choosing. If you do retain separate counsel, you will be responsible for that counsel's fees and expenses and such counsel must enter an appearance on your behalf by filing a Notice of Appearance with the Court and mailing it to Class Counsel at the addresses set forth in paragraph 18 below on or before _____, **2023**.

    **b.**     **If you choose to be excluded from the Class**, you will not be bound by any judgment in this Action, nor will you be eligible to share in any recovery that might be obtained in this Action. However, you may be able to retain the right to individually pursue any legal rights that you may have against any Defendants with respect to the claims asserted in the Action. **Please note, if you decide to exclude yourself from the Class, you may be time-barred from asserting claims covered by the Action by a statute of repose.** Please refer to paragraph 15 below if you would like to be excluded from the Class.

13.     Members of the Class will be eligible to participate in any recovery that might be obtained in the Action. Should there be a recovery, Class Members will be required to support their requests to participate in the distribution of any such recovery by demonstrating membership in the Class and documenting their purchases, sales, and/or holdings Qualcomm common stock and their resulting damages. ***For this reason, please be sure to keep all records of your transactions and holdings in Qualcomm common stock.*** No money or benefits are available now and there is no guarantee that money or benefits will be obtained. If they are, you will be notified regarding how to obtain a share.

### HOW TO BE EXCLUDED FROM THE CLASS

14.     If you wish to be excluded from the Class, meaning to opt out of the lawsuit, you must submit a request for exclusion in accordance with the instructions in the next paragraph. **If you choose to be excluded: (1) you will NOT be entitled to share in any recovery from any settlement or judgment that may be paid to members of the Class as a result of a trial or other resolution of this lawsuit; (2) you will NOT be bound by any judgment or release entered in this lawsuit; and (3) at your own expense, you MAY pursue any claims that you have by filing your own lawsuit or taking other action.**

15.     If you wish to be excluded from the Class, you must send a letter stating that you "request exclusion from the Class in *In re Qualcomm Inc. Securities Litigation*, Case No. 17-cv-00121-JO-MSB." Your request must: (i) state the name, address, and telephone number of the person or entity requesting exclusion, and, in the case of entities, the name and telephone number of the appropriate contact person; and (ii) include a signature of the person or entity requesting exclusion or an authorized representative accompanied by proof of authorization. You must mail your exclusion request, ***postmarked by no later than [_____], 2023***, to the Notice Administrator, A.B. Data, Ltd., at the following address:

*Qualcomm Securities Litigation*
EXCLUSIONS
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217

You cannot exclude yourself from the Class by telephone or by email, and a request for exclusion shall not be effective unless it contains all of the information called for by this paragraph *and* is postmarked by the date stated above, or is otherwise accepted by the Court.

16.   If your request for exclusion is effective, you will not be bound by any judgment in this Action, nor will you be eligible to share in any recovery that might be obtained in this Action.

17.   Do not request exclusion from the Class if you wish to participate in this Action as a member of the Class.

## CLASS COUNSEL

18.   As a member of the Class, you will be represented by Class Counsel, who are:

<table>
<tr><td>Jonathan D. Uslaner</td><td>Gregg S. Levin</td></tr>
<tr><td>**BERNSTEIN LITOWITZ**<br>**BERGER & GROSSMANN LLP**</td><td>**MOTLEY RICE LLC**</td></tr>
<tr><td>2121 Avenue of the Stars, Suite 2575</td><td>28 Bridgeside Blvd.</td></tr>
<tr><td>Los Angeles, CA 90067</td><td>Mount Pleasant, SC 29464</td></tr>
<tr><td>1-310-819-3472</td><td>1-843-216-9000</td></tr>
</table>

19.   If you want to be represented by your own lawyer, you may hire one at your own expense. If you do retain your own lawyer, such counsel must enter an appearance on your behalf by filing a Notice of Appearance with the Court and mailing it to Class Counsel at the addresses set forth in paragraph 18 above before _____, **2023**.

## PLEASE KEEP YOUR ADDRESS CURRENT

20.   In order to make sure that you receive any further notices in this Action, you are requested to mail notice of any changes in your address to:

*Qualcomm Securities Litigation*
c/o A.B. Data, Ltd.
P.O. Box 173043
Milwaukee, WI 53217

If this Notice was forwarded to you by the postal service, or if it was otherwise sent to you at an address that is not current, you should immediately contact the Notice Administrator,

A.B. Data, Ltd., and provide your correct address.  If the Notice Administrator does not have your correct address, you may not receive any future notices that may be disseminated in this Action.

## WHERE YOU CAN FIND ADDITIONAL INFORMATION

21.     This notice provides only a summary of the lawsuit and the claims asserted by Lead Plaintiffs.  For more detailed information regarding the Action, including a copy of the Complaint, you may contact Class Counsel or visit www.QualcommSecuritiesLitigation.com.  Complete copies of public pleadings are available for review and copying at the Clerk of the Court's office located at:  United States District Court for the Southern District of California, 333 West Broadway, Suite 420, San Diego, CA 9210.  Public pleadings may also be accessed, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://pacer.uscourts.gov/.

## PLEASE DO NOT CALL OR WRITE THE COURT

DATED: _____, 2023.              BY ORDER OF THE UNITED STATES DISTRICT COURT
                                     FOR THE SOUTHERN DISTRICT OF CALIFORNIA

# Exhibit 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

IN RE QUALCOMM INCORPORATED
SECURITIES LITIGATION

Case No. 3:17-cv-00121-JO-MSB

---

## <u>SUMMARY NOTICE OF PENDENCY OF CLASS ACTION</u>

**To:** **All persons and entities who purchased or otherwise acquired the common stock of Qualcomm Inc. ("Qualcomm") from February 1, 2012 through January 20, 2017, inclusive (the "Class Period"), and who were damaged thereby (the "Class").**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of California that the above-captioned action (the "Action") has been certified to proceed as a class action on behalf of the Class as defined above.

In the Action, Lead Plaintiffs allege that Defendant Qualcomm and certain of its executives violated the federal securities laws by making material misstatements and omissions concerning Qualcomm's alleged bundling of the negotiations and terms of its patent licenses and chipset agreements. Defendants deny all of Lead Plaintiffs' allegations and deny any wrongdoing or violation of law. **<u>Please note:</u>** at this time, there is no judgment, settlement, or monetary recovery.

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION. You may obtain a copy of the more detailed Notice of Pendency of Class Action (the "Notice") by downloading it from <u>QualcommSecuritiesLitigation.com</u> or by contacting the Notice Administrator at:

*Qualcomm Securities Litigation*
c/o A.B. Data, Ltd.
P.O. Box 173043
Milwaukee, WI 53217

1-877-390-3401

Inquiries, other than requests for the Notice, may be made to the following representatives of Class Counsel:

<table>
<tr><td>Jonathan D. Uslaner</td><td>Gregg S. Levin</td></tr>
<tr><td>**BERNSTEIN LITOWITZ**</td><td>**MOTLEY RICE LLC**</td></tr>
<tr><td>**BERGER & GROSSMANN LLP**</td><td>28 Bridgeside Blvd.</td></tr>
<tr><td>2121 Avenue of the Stars, Suite 2575</td><td>Mount Pleasant, SC 29464</td></tr>
<tr><td>Los Angeles, CA 90067</td><td>1-843-216-9000</td></tr>
<tr><td>1-310-819-3472</td><td></td></tr>
</table>

If you are a Class Member, you have the right to decide whether to remain a member of the Class. ***If you want to remain a member of the Class, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in Qualcomm common stock***. If you are a Class Member and do not exclude yourself from the Class, you will be bound by the proceedings in this Action, including all past, present, and future orders and judgments of the Court, whether favorable or unfavorable. If you move, or if the Notice was mailed to an old or incorrect address, please send the Notice Administrator written notification of your new address.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of this Court in this Action, however you will not be eligible to receive a share of any money which might be recovered for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion postmarked **no later than [_____], 2023**, in accordance with the instructions set forth in the Notice. **Please note**, if you decide to exclude yourself from the Class, you may be time barred from asserting the claims covered by the Action.

**Further information regarding this notice may be obtained by writing to the Notice Administrator at the address provided above.**

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

BY ORDER OF THE COURT:
United States District Court for the
Southern District of California