KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - #84065
rvannest@keker.com
EUGENE M. PAIGE - #202849
epaige@keker.com
LAURIE CARR MIMS - #241584
lmims@keker.com
CODY S. HARRIS - #255302
charris@keker.com
ZAINAB O. RAMAHI - #332139
zramahi@keker.com
DANIEL B. TWOMEY - #341488
dtwomey@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

CRAVATH SWAIN & MOORE LLP
ANTONY L. RYAN (*pro hac vice*)
aryan@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
M. BRENT. BYARS (*pro hac vice*)
mbyars@cravath.com
825 8th Avenue
New York, NY  10019-7475
Telephone:   (212) 474-1000
Facsimile:   (212) 474-3700

Attorneys for Defendant
QUALCOMM INCORPORATED

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No. 3:17-cv-00121-JO-MSB<br><br>**JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS**<br><br>Judge: Hon. Jinsook Ohta<br>Courtroom: 4C |

In accordance with Southern District of California Civil Local Rule 7.2, Lead Plaintiffs Sjunde AP-Fonden and Metzler Asset Management GmbH ("Lead Plaintiffs") and Defendants Qualcomm Incorporated, Derek A. Aberle, Steven R. Altman, William F. Davidson, Paul E. Jacobs, Steven M. Mollenkopf and Donald J. Rosenberg ("Defendants," and with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, respectfully and jointly move the Court for approval of the following stipulation:

## STIPULATION

The Parties hereby stipulate to the following proposed case schedule:

| Event | Deadline |
|---|---|
| Deadline to serve rebuttal expert reports | December 11, 2023 |
| Deadline to serve reply expert reports | February 2, 2024 |
| Expert Discovery Cutoff | March 8, 2024 |
| Deadline to file summary judgment/Daubert motions | March 29, 2024 |
| Deadline to file responses to dispositive motions /*Daubert* motions | May 13, 2024 |
| Deadline to file replies in support of dispositive motions/*Daubert* | June 3, 2024 |
| Dispositive Motions Hearing | June 12, 2024 |
| Deadline to file confidential settlement statements with M.J. Berg | June 19, 2024 |
| Mandatory Settlement Conference before M.J. | June 26, 2024 |

1

| Event | Deadline |
|---|---|
| Berg | |
| Deadline to submit Rule 26(a)(3) Disclosures (Final Exhibit and Witness List), Joint jury Instructions, proposed Voir Dire questions, trial briefs, verdict forms | September 6, 2024 |
| Deadline to file motions in *limine* | September 27, 2024 |
| Deadline to file responses to motions in *limine* | October 18, 2024 |
| Joint Pretrial Order | 14 days before Pretrial Conference |
| Pretrial Conference | Week of October 21, at the Court's convenience |
| Trial | October 28, 2024 |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 12, 2023            KEKER, VAN NEST & PETERS LLP


                                   By: */s/ Robert A. Van Nest*
                                       Robert A. Van Nest
                                       Laurie Carr Mims
                                       Cody S. Harris


                                   CRAVATH SWAIN & MOORE LLP
                                   Antony L. Ryan
                                   Yonatan Even
                                   M. Brent Byars


                                   COOLEY LLP
                                   Steven M. Strauss (99153)
                                   sms@cooley.com
                                   Koji F. Fukumura (189719)
                                   kfukumura@cooley.com
                                   Peter M. Adams (243926)
                                   padams@cooley.com
                                   4401 Eastgate Mall
                                   San Diego, CA  92121
                                   Telephone:  (858) 550-6000
                                   Facsimile:  (858) 550-6420


                                   Attorneys for Defendants
                                   QUALCOMM INCORPORATED, DEREK A. ABERLE, STEVEN R. ALTMAN, WILLIAM F. DAVIDSON, PAUL E. JACOBS, STEVEN M. MOLLENKOPF, AND DONALD J. ROSENBERG

| | | |
|---|---|---|
| 1 | Dated: October 12, 2023 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |

By: */s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (256898)
jonathanu@blbglaw.com
Lauren M. Cruz (299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA  90067
Telephone: (310) 819-3472

-and-

Salvatore Graziano *(Pro Hac Vice)*
salvatore@blbglaw.com
Rebecca E. Boon *(Pro Hac Vice)*
rebecca.boon@blbglaw.com
1251 Avenue of the Americas, 44th Floor
New York, NY  10020
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444

MOTLEY RICE LLC
Gregg S. Levin *(Pro Hac Vice)*
glevin@motleyrice.com
Meghan Oliver *(Pro Hac Vice)*
moliver@motleyrice.com
Bill Norton *(Pro Hac Vice)*
bnorton@motleyrice.com
Christopher Moriarty *(Pro Hac Vice)*
cmoriarty@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450

-and-

William H. Narwold *(Pro Hac Vice)*
bnarwold@motleyrice.com
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103

Attorneys for Lead Plaintiffs
SJUNDE AP-FONDEN and METZLER ASSET MANAGEMENT GmbH, and Lead Counsel for the Class