| | |
|---|---|
| 1 | **BERNSTEIN LITOWITZ BERGER** |
| 2 | **& GROSSMANN LLP** |
|   | Jonathan D. Uslaner (Bar No. 256898) |
| 3 | jonathanu@blbglaw.com |
| 4 | 2121 Avenue of the Stars, Suite 2575 |
|   | Los Angeles, CA 90067 |
| 5 | Tel: (310) 819-3470 |
| 6 | |
| 7 | **MOTLEY RICE LLC** |
|   | Gregg S. Levin (*pro hac vice*) |
| 8 | glevin@motleyrice.com |
|   | 28 Bridgeside Blvd. |
| 9 | Mount Pleasant, SC 29464 |
| 10 | Tel: (843) 216-9000 |
| 11 | |
|    | *Counsel for Lead Plaintiffs and* |
| 12 | *Lead Counsel for the Class* |
| 13 | |
|    | [Additional Counsel Appear on |
| 14 | Signature Page] |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | | Case No. 3:17-cv-00121-JO-MSB |
| | | **NOTICE OF SUBMISSION OF [REVISED PROPOSED] ORDER APPROVING CLASS NOTICE** |
| | | Judge: Hon. Jinsook Ohta |
| | | Date:   October 25, 2023 |
| | | Time:  9:00 a.m. |
| | | Courtroom: 4C |
| | | **No oral argument unless requested by the Court.** |

NOTICE OF SUBMISSION  
OF REVISED PROPOSED ORDER                                      Case No. 3:17-CV-00121-JO-MSB

PLEASE TAKE NOTICE that attached are the following:

Exhibit 1 is a clean copy of the [Revised Proposed] Order Approving Class Notice, with all of its exhibits. The Revised Proposed Order and its exhibits incorporate the modification discussed at the October 11, 2023 Conference before Your Honor. Specifically, as reflected in page 3 of the Postcard Notice (Exhibit 1 to the Revised Proposed Order), page 5 of the Notice (Exhibit 2), and page 2 of the Summary Notice (Exhibit 3), the notices provide that Class Members may also request exclusion from the Class electronically via the case website, www.QualcommSecuritiesLitigation.com. Additionally, the revised Postcard Notice and Notice now include reference to the trial start date of October 28, 2024. Lead Plaintiffs have conferred with counsel for Defendants, who consent to the entry of the Revised Proposed Order. A copy of the Revised Proposed Order has also been emailed to efile_ohta@casd.uscourts.gov in Word format.

Exhibit 2 hereto is a redline comparison of the previously filed [Proposed] Order Approving Class Notice (ECF No. 301-1) and the attached [Revised Proposed] Order Approving Class Notice.

Dated: October 19, 2023           Respectfully submitted,

                                  BERNSTEIN LITOWITZ BERGER
                                     & GROSSMANN LLP

                                  By: /s/ Jonathan D. Uslaner
                                  Jonathan D. Uslaner (Bar No. 256898)
                                  jonathanu@blbglaw.com
                                  Lauren M. Cruz (Bar No. 299964)
                                  lauren.cruz@blbglaw.com
                                  2121 Avenue of the Stars, Suite 2575
                                  Los Angeles, CA 90067
                                  Tel: (310) 819-3470

                                  -and-

                                  Salvatore Graziano (*pro hac vice*)
                                  salvatore@blbglaw.com

Rebecca E. Boon (*pro hac vice*)
rebecca.boon@blbglaw.com
1251 Avenue of the Americas, 44th Fl
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444


MOTLEY RICE LLC
Gregg S. Levin (*pro hac vice*)
glevin@motleyrice.com
William S. Norton (*pro hac vice*)
bnorton@motleyrice.com
Christopher F. Moriarty (*pro hac vice*)
cmoriarty@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450

-and-

William H. Narwold (*pro hac vice*)
bnarwold@motleyrice.com
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103

*Counsel for Lead Plaintiffs and the Class*
