**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

**MOTLEY RICE LLC**
Gregg S. Levin (*pro hac vice*)
glevin@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000

*Counsel for Lead Plaintiffs and Lead Counsel for the Class*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No. 3:17-cv-00121-JO-MSB<br><br>**JOINT STATEMENT RE TRIAL TIME ESTIMATE**<br><br>Judge: Hon. Jinsook Ohta<br>Courtroom: 4C |

The Parties jointly submit the following statement:

In accordance with the Court's instruction at the October 11, 2023 Conference, counsel for the Parties met-and-conferred concerning the estimated duration of the trial in the Qualcomm securities class action. The Parties tried to narrow their difference of opinion about the estimated duration of the trial, but were unable to do so. Class Counsel still estimates that the trial will last one month; Counsel for Defendants still estimates that the trial will last two to three weeks.

Dated: October 30, 2023             Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**

By: */s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

-and-

Salvatore Graziano (*pro hac vice*)
salvatore@blbglaw.com
Rebecca E. Boon (*pro hac vice*)
rebecca.boon@blbglaw.com
1251 Avenue of the Americas, 44th Fl
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444


**MOTLEY RICE LLC**
Gregg S. Levin (*pro hac vice*)
glevin@motleyrice.com
William S. Norton (*pro hac vice*)

bnorton@motleyrice.com
Christopher F. Moriarty (*pro hac vice*)
cmoriarty@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450

-and-

William H. Narwold (*pro hac vice*)
bnarwold@motleyrice.com
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103

*Counsel for Lead Plaintiffs and the Class*

By: */s/ Laurie Carr Mims*
**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest  (84065)
rvannest@keker.com
Laurie Carr Mims  (241584)
lmims@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile: 415 397 7188

**CRAVATH, SWAINE & MOORE LLP**
Antony Ryan (*pro hac vice*)
aryan@cravath.com
Rachel G. Skaistis (*pro hac vice*)
rskaistis@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

| | |
|---|---|
| 1 | Facsimile: (212) 474-3700 |
| 2 | |
| 3 | **COOLEY LLP** |
| | Steven M. Strauss (99153) |
| 4 | sms@cooley.com |
| 5 | Koji F. Fukumura (189719) |
| | kfukumura@cooley.com |
| 6 | Peter M. Adams (243926) |
| 7 | padams@cooley.com |
| | 4401 Eastgate Mall |
| 8 | San Diego, CA  92121 |
| 9 | Telephone: (858) 550-6000 |
| | Facsimile: (858) 550-6420 |
| 10 | |
| 11 | *Attorneys for Defendants Qualcomm* |
| 12 | *Incorporated, Derek A. Aberle, Steven* |
| | *R. Altman, William F. Davidson, Paul* |
| 13 | *E. Jacobs, Steven M. Mollenkopf, and* |
| 14 | *Donald J. Rosenberg* |

# CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for Defendants and that I have obtained authorization from Laurie Carr Mims, Esq., counsel for Defendants, to affix his electronic signature to this document.

DATED: October 30, 2023

Respectfully submitted,

By: */s/ Jonathan D. Uslaner*
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiffs Sjunde AP-Fonden and Metzler Asset Management GmbH, and Lead Counsel for the Class*