UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No.: 17cv121-JO (MSB)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

After the Court held a Zoom Discovery Conference on November 28, 2023 [ECF No. 313], the parties jointly requested the following briefing schedule regarding Defendant Qualcomm Incorporated's ("Defendant") request to retain and use draft expert disclosures that were inadvertently produced, which Plaintiffs oppose. As discussed with counsel, the Court **SETS** the following briefing schedule for Defendant's discovery motion:

1. Defendant's discovery motion is due **December 21, 2023**.
2. Plaintiffs' opposition is due **January 22, 2024**.
3. Briefs or memoranda in support of or in opposition are limited to ten pages in length. The parties agree there will be no replies.

///
///
///

1  Unless otherwise ordered, the issues presented will be deemed submitted for decision
2  on the papers, without oral argument.
3      **IT IS SO ORDERED**.
4  Dated:  November 30, 2023

                                        Honorable Michael S. Berg
                                        United States Magistrate Judge