UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No.: 17cv121-JO (MSB)<br><br>**ORDER SETTING ZOOM DISCOVERY CONFERENCE** |
|---|---|

During the Telephonic Case Management Conference held on December 12, 2023, counsel for Defendants requested an informal discovery conference. (ECF No. 315.) As discussed with the parties, the Court **SETS** a Zoom Discovery Conference on **January 9, 2024**, at **9:00 a.m.** No later than **January 5, 2024**, at **5:00 p.m.**, the parties must: (1) exchange and lodge with the Court (via email to efile_berg@casd.uscourts.gov) **two-page letter briefs** addressing their positions regarding this dispute; (2) provide (via email to efile_berg@casd.uscourts.gov) the names, emails, and contact telephone numbers of each attorney who will participate in the Zoom Discovery Conference.

**IT IS SO ORDERED**.

Dated: December 12, 2023

Honorable Michael S. Berg
United States Magistrate Judge