KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - #84065
rvannest@keker.com
EUGENE M. PAIGE - #202849
epaige@keker.com
LAURIE CARR MIMS - #241584
lmims@keker.com
CODY S. HARRIS - #255302
charris@keker.com
ZAINAB O. RAMAHI - #332139
zramahi@keker.com
DANIEL B. TWOMEY - #341488
dtwomey@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

CRAVATH, SWAINE & MOORE LLP
ANTONY L. RYAN (*pro hac vice*)
aryan@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
M. BRENT. BYARS (*pro hac vice*)
mbyars@cravath.com
825 8th Avenue
New York, NY  10019-7475
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No. 3:17-cv-00121-JO-MSB <br><br> **DEFENDANTS' MOTION TO SEAL DISCOVERY MOTION** <br><br> Dept:  Courtroom 2C <br> Judge:  Hon. Michael S. Berg <br><br> Date Filed  July 3, 2017 <br><br> Trial Date:  October 28, 2024 |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Pursuant to Southern District of California Civil Local Rule 79.2 and Section 2.j of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California, Defendants Qualcomm Incorporated, Derek K. Aberle, Steven R. Altman, William F. Davidson, Paul E. Jacobs, Steven M. Mollenkopf, and Donald J. Rosenberg ("Defendants") submit this Motion to file under seal the following documents in support of their Discovery Motion:

- Unredacted version of Defendants' Discovery Motion;
- Declaration of Daniel B. Twomey in Support of Defendants' Discovery Motion ("Twomey Declaration");
- Exhibits 1 through 5 to the Twomey Declaration.

The Exhibits to the Twomey Declaration are subject to a claim of privilege and must be submitted under seal for the court to make the determination of Plaintiffs' privilege claim. Under Federal Rule of Civil Procedure 26(b)(5)(B), any party challenging a party's claim of privilege must "present the information the court *under seal* for a determination of the claim." Fed. R. Civ. P. 26(b)(5)(B). Additionally, Section 12.1 of the Parties' Stipulated Protective Order—covering the "inadvertent production of privileged or otherwise protected material"—states that the "obligations of the Receiving Parties" are those set forth in Federal Rule of Civil Procedure 26(b)(5)(B). Defendants therefore submit all of these materials under seal for the court to make a determination of the claim of privilege.

Accordingly, pursuant to Sections 13.3, 13.4, and 13.9 of the Protective Order, Defendants submit to the Court the Discovery Motion, the Twomey Declaration and all exhibits under seal and will serve them on Plaintiffs.

////

////

////

Dated: December 21, 2023

KEKER, VAN NEST & PETERS LLP

By: */s/Laurie Carr Mims*
ROBERT A. VAN NEST
EUGENE M. PAIGE
LAURIE CARR MIMS
CODY S. HARRIS
ZAINAB O. RAMAHI
DANIEL B. TWOMEY

Attorneys for Defendant
QUALCOMM INCORPORATED