UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No.: 17cv121-JO (MSB)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SEAL DISCOVERY MOTION [ECF NO. 317]** |
|---|---|

Having reviewed Defendants' Motion to Seal and the relevant documents, the Court finds that there are compelling reasons that overcome the presumption of public access, pursuant to Civil Local Rule 79.2. Accordingly, the Court **GRANTS** Defendants' Motion and **ORDERS** the following documents be filed **UNDER SEAL**:

- Unredacted version of Defendants' Discovery Motion;
- Declaration of Daniel B. Twomey in Support of Defendants' Discovery Motion ("Twomey Declaration"); and
- Exhibits 1 through 5 to the Twomey Declaration.

**IT IS SO ORDERED**.

Dated:  January 3, 2024

Honorable Michael S. Berg
United States Magistrate Judge