1

2
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)

3
jonathanu@blbglaw.com
LAUREN M. CRUZ (Bar No. 299964)

4
lauren.cruz@blbglaw.com

5
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067

6
Tel: (310) 819-3470

7

8
**MOTLEY RICE LLC**
GREGG S. LEVIN (*pro hac vice*)

9
glevin@motleyrice.com
28 Bridgeside Blvd.

10
Mount Pleasant, SC 29464
Tel: (843) 216-9000

11

12
*Counsel for Lead Plaintiffs and*

13
*Lead Counsel for the Class*

14
[Additional Counsel Appear on Signature Page]

15
UNITED STATES DISTRICT COURT

16
SOUTHERN DISTRICT OF CALIFORNIA

17

18
IN RE QUALCOMM
INCORPORATED SECURITIES

19
LITIGATION

20

21

22

23

24

25

26

27

28

Case No. 3:17-cv-00121-JO-MSB

**LEAD PLAINTIFFS' MOTION TO
FILE UNDER SEAL CERTAIN
DOCUMENTS IN SUPPORT OF
THEIR OPPOSITION TO
DEFENDANTS' DISCOVERY
MOTION REGARDING
CLAWBACK OF EXPERT
MATERIALS**

Judge: Hon. Michael S. Berg

LEAD PLAINTIFFS' MOTION TO FILE UNDER SEAL       Case No. 3:17-cv-00121-JO-MSB

## I.     INTRODUCTION

In accordance with Southern District of California Civil Local Rule 79.2 and Section 2.j of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California, Lead Plaintiffs Sjunde AP-Fonden and Metzler Asset Management GmbH ("Lead Plaintiffs") request permission to file under seal the following documents in support of their Opposition to Defendants' Discovery Motion Regarding Clawback of Expert Materials:

1.   An unredacted copy of Lead Plaintiffs' Opposition to Defendants' Discovery Motion Regarding Clawback of Expert Materials ("Opposition to Discovery Motion"); and

2.   Exhibits A through D to the Declaration of Jonathan D. Uslaner in Support of Lead Plaintiffs' Opposition to Discovery Motion.

These materials include documents designated "Confidential" by Defendants under the Protective Order the Court entered in this action and subject to clawback under the ESI Order and Protective Order the Court entered in this action.

## II.    JUSTIFICATION FOR FILING UNDER SEAL

The Court-ordered Protective Order governing discovery in this action allows a party to designate as "Confidential" documents or information that "contains or reflects confidential proprietary, and/or commercially sensitive information." ECF No. 78-1 at 2:12-17. The Protective Order further allows a producing party to designate as "Highly Confidential" documents or information that "is extremely confidential and/or sensitive in nature" such that "the Producing Party reasonably believes that the disclosure of such Discovery Material is likely to cause economic harm or significant competitive disadvantage to the Producing Party." *Id.* at 3:12-17. The Protective Order requires that any document or information designated "Confidential" or "Highly Confidential" be filed under seal after seeking a court order authorizing such filing.  Finally, the Protective Order provides a clawback

1   mechanism for "material subject to a claim of privilege or other protection" that has

2   been inadvertently produced.   *Id*. at 25:5-11.   The Court-ordered ESI Order

3   governing discovery in this action further protects certain expert materials and

4   attorney work product from disclosure.  ECF No. 78-1 at 12:7-18.

5          The materials described above that Lead Plaintiffs seek to file under seal

6   include documents Defendants designated as "Confidential" and contain or refer to

7   attorney work product and material subject to a claim of privilege or other protection

8   under the ESI Order. Accordingly, Lead Plaintiffs request an order authorizing the

9   filing under seal of the documents identified above.

10    Dated: January 22, 2024                   Respectfully submitted,

11                                              **BERNSTEIN LITOWITZ BERGER**
                                                **& GROSSMANN LLP**
12

13                                              By: */s/ Jonathan D. Uslaner*

14                                              Jonathan D. Uslaner (Bar No. 256898)
                                                jonathanu@blbglaw.com
15                                              Lauren M. Cruz (Bar No. 299964)
                                                lauren.cruz@blbglaw.com
16                                              2121 Avenue of the Stars, Suite 2575
                                                Los Angeles, CA 90067
17                                              Tel: (310) 819-3470

18                                              *-and-*

19                                              Salvatore Graziano (*Pro Hac Vice*)
20                                              salvatore@blbglaw.com
                                                Rebecca E. Boon (*Pro Hac Vice*)
21                                              rebecca.boon@blbglaw.com
                                                1251 Avenue of the Americas, 44th Floor
22                                              New York, NY 10020
                                                Tel: (212) 554-1400
23                                              Fax: (212) 554-1444

24
25                                              **MOTLEY RICE LLC**
26                                              Gregg S. Levin (*Pro Hac Vice*)
                                                glevin@motleyrice.com
27                                              Meghan Oliver (*Pro Hac Vice*)
                                                moliver@motleyrice.com
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bill Norton (*Pro Hac Vice*)
bnorton@motleyrice.com
Christopher Moriarty (*Pro Hac Vice*)
cmoriarty@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450

*-and-*

William H. Narwold (*Pro Hac Vice*)
bnarwold@motleyrice.com
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103

*Counsel for Lead Plaintiffs Sjunde AP-Fonden and Metzler Asset Management GmbH and Lead Counsel for the Class*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, the foregoing document was served on counsel for Defendants in the above-captioned action.

Executed on January 22, 2024, at Los Angeles, California.

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER