**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
LAUREN M. CRUZ (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

**MOTLEY RICE LLC**
GREGG S. LEVIN (*pro hac vice*)
glevin@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000

*Counsel for Lead Plaintiffs and Lead Counsel for the Class*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION

Case No. 3:17-cv-00121-JO-MSB

**OMNIBUS DECLARATION OF JONATHAN D. USLANER IN SUPPORT OF LEAD PLAINTIFFS' MOTIONS TO EXCLUDE THE OPINIONS AND EXPERT TESTIMONY OF DEFENDANTS' EXPERT WITNESSES**

Judge: Hon. Jinsook Ohta
Hearing Date: June 12, 2024
Time: 9:30 a.m.
Courtroom: 4C

I, Jonathan D. Uslaner, hereby declare:

1. I am partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), which, along with Motley Rice LLP, is the Court-appointed Lead Counsel in this matter. I am a member in good standing in the Bar of the State of California and this Court. I have personal knowledge of the matters set forth herein and could and would testify competently hereto.

2. I am counsel for Lead Plaintiffs Sjunde AP-Fonden and Metzler Asset Management GmbH ("Lead Plaintiffs"). I submit this declaration in support of Lead Plaintiffs' (1) Notice of Motion and Motion to Exclude the Opinions and Expert Testimony of Jonathan Barnett; (2) Notice of Motion and Motion to Exclude the Opinions and Expert Testimony of Jonah Berger; (3) Notice of Motion and Motion to Exclude the Opinions and Expert Testimony of Gustav Brismark; (4) Notice of Motion and Motion to Exclude the Opinions and Expert Testimony of John Coates; (5) Notice of Motion and Motion to Exclude the Opinions and Expert Testimony of Kenneth Lehn; and (6) Notice of Motion and Motion to Exclude the Opinions and Expert Testimony of Celeste Saravia.

3. **Exhibit 1**: Expert Report of Jonathan Barnett;

4. **Exhibit 2**: Expert Report of Jonah Berger, Ph.D.;

5. **Exhibit 3**: Expert Report of Gustav Brismark;

6. **Exhibit 4**: Expert Report of Professor John Coates;

7. **Exhibit 5**: Expert Reply Report of Professor John Coates;

8. **Exhibit 6**: Expert Report of Kenneth M. Lehn;

9. **Exhibit 7**: Expert Report of Celeste C. Saravia, Ph.D.;

10. **Exhibit 8**: Expert Reply Report of Timothy Simcoe, Ph.D.;

11. **Exhibit 9**: Expert Report of David I. Tabak, Ph.D.;

12. **Exhibit 10**: Expert Reply Report of David I. Tabak, Ph.D.;

13. **Exhibit 11**: Excerpt of the February 28, 2024, deposition transcript of Jonathan Barnett, Qualcomm's rebuttal expert;

14. **Exhibit 12**: Excerpt of the February 20, 2024, deposition transcript of Jonah Berger, Qualcomm's rebuttal expert;

15. **Exhibit 13**: Excerpt of the March 7, 2024, deposition transcript of Gustav Brismark, Qualcomm's rebuttal expert;

16. **Exhibit 14**: Excerpt of the February 23, 2024, deposition transcript of John Coates, Qualcomm's expert;

17. **Exhibit 15**: Excerpt of the February 15, 2024, deposition transcript of Kenneth M. Lehn, Qualcomm's rebuttal expert;

18. **Exhibit 16**: Excerpt of the February 16, 2024, deposition transcript of Celeste C. Saravia, Ph.D., Qualcomm's rebuttal expert;

19. **Exhibit 17**: Excerpt of the English translation of the November 13, 2015, Korea Fair Trade Commission's Case Examiner's Report, produced by Defendants in this Action, marked as Exhibit 887 in the deposition of Celeste Saravia;

20. **Exhibit 18**: Article by Colm Kearney & Sha Liu titled, "Textual sentiment in finance: A survey of methods and models" (2014), marked as Exhibit 901 in the deposition of Jonah Berger, Ph.D.;

21. **Exhibit 19**: Expert Report of Professor Jonah Berger, Exhibit 1 to Memorandum in Opposition to Notice of Motion and Motion to Stay Case pending Appeal 118, dated February 6, 2023, filed in *Yuga Labs, Inc. v. Ripps et al.*, Case No. 2:22-cv-04355 (C.D. Cal.), marked as Exhibit 907 in the deposition of Jonah Berger, Ph.D.;

22. **Exhibit 20**: Amicus Brief on Behalf of the Federal Trade Commission, dated July 3, 2023, filed in *Applied Medical Resources Corporation v. Medtronic, Inc.*, Case No. 8:23-cv-00268 (C.D. Cal.), marked as Exhibit 918 in the deposition of Jonathan Barnett;

23. **Exhibit 21**: Federal Trade Commission & U.S. Department of Justice June 23, 2014, Workshop Transcript titled "Conditional Pricing Practices: Economic

Analysis & Policy Implications," marked as Exhibit 919 in the deposition of Jonathan Barnett;

24. **Exhibit 22**: Article by Jonathan Barnett titled, "Antitrust Mercantilism: The Strategic Devaluation of Intellectual Property Rights in Wireless Markets," marked as Exhibit 929 in the deposition of Jonathan Barnett;

25. **Exhibit 23**: Brief of Amici Curiae Law & Economics Scholars in Support of Appellee & Affirmance, filed in *FTC v. Qualcomm Inc.*, Civ. No. 19-16122 (9th Cir. Jun. 3, 2019), marked as Exhibit 930 in the deposition of Jonathan Barnett;

26. **Exhibit 24**: Federal Trade Commission March 29, 2021, Press Release titled, "Statement by Acting Chairwoman Rebecca Kelly Slaughter on Agency's Decision not to Petition Supreme Court for Review of Qualcomm Case," marked as Exhibit 932 in the deposition of Jonathan Barnett;

27. **Exhibit 25**: Excerpt of the February 28, 2017, trial transcript of Gustav Brismark, in *TCL Communications Holdings, Ltd. v. Telefonaktienbolaget LM Ericsson*, Case No. 8:14-cv-0034 (C.D. Cal.);

28. **Exhibit 26**: Expert Report of Alex Gauna, MBA, dated May 9, 2022, filed in *In Re Apple Inc. Securities Litigation*, Case No. 4:19-cv-02003 (N.D. Cal.);

29. **Exhibit 27**: Expert Report of Kenneth M. Lehn, dated May 9, 2012, filed in *SEC v. Perry*, Case No. 2:11-cv-01309 (C.D. Cal.);

30. **Exhibit 28**: Order Granting Plaintiff Securities & Exchange Commission's Motion *in Limine* No. 1 to Exclude Certain Portions of the Expected Expert Testimony of Kenneth M. Lehn, dated July 12, 2012, filed in *SEC v. Perry*, Case No. 2:11-cv-01309 (C.D. Cal.);

31. **Exhibit 29**: Minute (In Chambers) Order Regarding Trial Procedures and Pretrial Filings, dated October 24, 2018, filed in *HsingChing Hsu v. Puma Biotechnology, Inc. et al.*, Case No. 8:15-cv-00865 (C.D. Cal.); and

32. **Exhibit 30**: Remarks of J. Thomas Rosch Commissioner, Federal Trade Commission before the American Bar Association Section of Antitrust Law Fall Forum, dated November 8, 2012, titled "Three Questions About Part Three: Administrative Proceedings at the FTC."

Executed this 29th day of March, 2024 at Los Angeles, California.

/s/ *Jonathan D. Uslaner*
Jonathan D. Uslaner

## TABLE OF EXHIBITS

| Exhibit No. | Description | Page Range |
|---|---|---|
| 1 | Expert Report of Jonathan Barnett | 1-84 |
| 2 | Expert Report of Jonah Berger, Ph.D. | 85-179 |
| 3 | Expert Report of Gustav Brismark | 180-245 |
| 4 | Expert Report of Professor John Coates | 246-364 |
| 5 | Expert Reply Report of Professor John Coates | 365-415 |
| 6 | Expert Report of Kenneth M. Lehn | 416-518 |
| 7 | Expert Report of Celeste C. Saravia, Ph.D. | 519-598 |
| 8 | Expert Reply Report of Timothy Simcoe, Ph.D. | 599-647 |
| 9 | Expert Report of David I. Tabak, Ph.D. | 648-719 |
| 10 | Expert Reply Report of David I. Tabak, Ph.D. | 720-793 |
| 11 | Excerpt of the February 28, 2024, deposition transcript of Jonathan Barnett, Qualcomm's rebuttal expert | 794-808 |
| 12 | Excerpt of the February 20, 2024, deposition transcript of Jonah Berger, Qualcomm's rebuttal expert | 809-831 |
| 13 | Excerpt of the March 7, 2024, deposition transcript of Gustav Brismark, Qualcomm's rebuttal expert | 832-846 |
| 14 | Excerpt of the February 23, 2024, deposition transcript of John Coates, Qualcomm's expert | 847-865 |
| 15 | Excerpt of the February 15, 2024, deposition transcript of Kenneth M. Lehn, Qualcomm's rebuttal expert | 866-883 |
| 16 | Excerpt of the February 16, 2024, deposition transcript of Celeste C. Saravia, Ph.D., Qualcomm's rebuttal expert | 884-901 |
| 17 | Excerpt of the English translation of the November 13, 2015, Korea Fair Trade Commission's Case Examiner's Report, produced by Defendants in this Action, marked as Exhibit 887 in the deposition of Celeste Saravia | 902-911 |
| 18 | Article by Colm Kearney & Sha Liu titled, "Textual sentiment in finance: A survey of methods and models" (2014), marked as Exhibit 901 in the deposition of Jonah Berger, Ph.D. | 912-926 |
| 19 | Expert Report of Professor Jonah Berger, Exhibit 1 to Memorandum in Opposition to Notice of Motion and Motion to Stay Case pending Appeal 118, dated February 6, 2023, filed in *Yuga Labs, Inc. v. Ripps et al.*, Case No. 2:22-cv-04355 (C.D. Cal.), marked as Exhibit 907 in the deposition of Jonah Berger, Ph.D. | 927-933 |

| | | |
|---|---|---|
| 20 | Amicus Brief on Behalf of the Federal Trade Commission, dated July 3, 2023, filed in *Applied Medical Resources Corporation v. Medtronic, Inc.*, Case No. 8:23-cv-00268 (C.D. Cal.), marked as Exhibit 918 in the deposition of Jonathan Barnett | 934-958 |
| 21 | Federal Trade Commission & U.S. Department of Justice June 23, 2014, Workshop Transcript titled "Conditional Pricing Practices: Economic Analysis & Policy Implications," marked as Exhibit 919 in the deposition of Jonathan Barnett | 959-990 |
| 22 | Article by Jonathan Barnett titled, "Antitrust Mercantilism: The Strategic Devaluation of Intellectual Property Rights in Wireless Markets," marked as Exhibit 929 in the deposition of Jonathan Barnett | 991-1044 |
| 23 | Brief of Amici Curiae Law & Economics Scholars in Support of Appellee & Affirmance, filed in *FTC v. Qualcomm Inc.*, Civ. No. 19-16122 (9th Cir. Jun. 3, 2019), marked as Exhibit 930 in the deposition of Jonathan Barnett | 1045-1090 |
| 24 | Federal Trade Commission March 29, 2021, Press Release titled, "Statement by Acting Chairwoman Rebecca Kelly Slaughter on Agency's Decision not to Petition Supreme Court for Review of Qualcomm Case," marked as Exhibit 932 in the deposition of Jonathan Barnett | 1091-1093 |
| 25 | Excerpt of the February 28, 2017, trial transcript of Gustav Brismark, in *TCL Communications Holdings, Ltd. v. Telefonaktienbolaget LM Ericsson*, Case No. 8:14-cv-0034 (C.D. Cal.) | 1094-1096 |
| 26 | Expert Report of Alex Gauna, MBA, dated May 9, 2022, filed in *In Re Apple Inc. Securities Litigation*, Case No. 4:19-cv-02003 (N.D. Cal.) | 1097-1164 |
| 27 | Expert Report of Kenneth M. Lehn, dated May 9, 2012, filed in *SEC v. Perry*, Case No. 2:11-cv-01309 (C.D. Cal.) | 1165-1252 |
| 28 | Order Granting Plaintiff Securities & Exchange Commission's Motion *in Limine* No. 1 to Exclude Certain Portions of the Expected Expert Testimony of Kenneth M. Lehn, dated July 12, 2012, filed in *SEC v. Perry*, Case No. 2:11-cv-01309 (C.D. Cal.) | 1253-1255 |
| 29 | Minute (In Chambers) Order Regarding Trial Procedures and Pretrial Filings, dated October 24, 2018, filed in | 1256-1261 |

| | | |
|---|---|---|
| | *HsingChing Hsu v. Puma Biotechnology, Inc. et al.*, Case No. 8:15-cv-00865 (C.D. Cal.) | |
| 30 | Remarks of J. Thomas Rosch Commissioner, Federal Trade Commission before the American Bar Association Section of Antitrust Law Fall Forum, dated November 8, 2012, titled "Three Questions About Part Three: Administrative Proceedings at the FTC" | 1262-1279 |