KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - #84065
rvannest@keker.com
EUGENE M. PAIGE - #202849
epaige@keker.com
LAURIE CARR MIMS - #241584
lmims@keker.com
CODY S. HARRIS - #255302
charris@keker.com
MARIA F. BUXTON - #318563
mbuxton@keker.com
DANIEL B. TWOMEY - #341488
dtwomey@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

CRAVATH SWAINE & MOORE LLP
ANTONY L. RYAN (*pro hac vice*)
aryan@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
825 8th Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Attorneys for Defendants
QUALCOMM INCORPORATED, DEREK A. ABERLE, STEVEN R. ALTMAN, WILLIAM F. DAVIDSON, PAUL E. JACOBS, STEVEN M. MOLLENKOPF, AND DONALD J. ROSENBERG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION

Case No. 3:17-cv-00121-JO-MSB

**DECLARATION OF DANIEL B. TWOMEY IN SUPPORT OF DEFENDANTS' MOTIONS**

Date: June 12, 2024
Time: 9:30 a.m.
Dept: Courtroom 4C
Judge: Hon. Jinsook Ohta

I, Daniel B. Twomey, declare and state that:

1. I am an attorney licensed to practice law in the State of California, an associate of Keker, Van Nest & Peters LLP, and counsel for Defendant Qualcomm Incorporated ("Qualcomm") in the above-captioned action. I submit this declaration in support of the Defendants' opening motions, specifically, Defendants' Motion for Summary Judgment, the Individual Defendants' Motion for Summary Judgment, Defendants' Motion for Decertification, Defendants' Motion to Exclude Opinions of Dr. David I. Tabak, Defendants' Motion to Exclude Opinions of Dr. Timothy Simcoe, and Defendants' Motion to Exclude Opinions of Dr. Sang-Seung Yi. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently and under oath.

2. Pursuant to the Court's Civil Chambers Rule II.A, the parties in the above-captioned matter met and conferred by telephone on Thursday, March 21, 2024, but were unable to resolve any of the above-mentioned motions. The parties agreed, however, to submit omnibus declarations for their respective motions, to avoid needless duplication of exhibits and reduce the amount of material that is being provided to the Court.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the September 12, 2023 Expert Report of Dr. Timothy Simcoe, filed under seal.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the March 4, 2024 deposition of Dr. Sang-Seung Yi, filed under seal.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the letter from Sal Graziano to this Court submitted on October 18, 2022.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the chart that Plaintiffs submitted to this Court on October 18, 2022.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the February 2, 2024 Expert Reply Report of Dr. Timothy Simcoe, filed under seal.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the March 7, 2024 deposition of Dr. Timothy Simcoe, filed under seal.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the February 2, 2020 article by Dr. Timothy Simcoe and Erik Hovenkamp, *Tying and Exclusion in FRAND Licensing: Evaluating Qualcomm*, published in the Antitrust Source Journal, bearing bates stamp, QUALCOMM-SIMCOE-0007929.

10. Attached here to as **Exhibit 8** is a true and correct copy of the September 12, 2023 Expert Report of Dr. David Tabak with excerpted exhibits.

11. Attached here to as **Exhibit 9** is a true and correct copy of excerpts from the February 29, 2024 Deposition of Dr. David Tabak.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the March 3, 2015 Official Translation of China's NDRC Administrative Sanction Decision against Qualcomm Incorporated, bearing bates stamp, Q2017MDL1_02902107.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the publicly filed complaint in *Melbourne Mun. Firefighters Pension Trust Fund v. Jacobs*, No. 10872-VCP (D. Ch.), dated April 8, 2015.

14. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the slides from Dr. Sang-Seung Yi's May 4, 2015 Presentation at the "Conference on 'Patent Abuse by SEP Holders'" at the Sogang University Law Institute, titled "Responsibilities of FRAND-encumbered SEP owners under competition law," which Plaintiffs' produced at LP_0008043.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the Maeil Business Newspaper article, *Korea's FTC Slaps Record Fine of $852 Million on Qualcomm for Violating Antitrust Laws*, published on December 28, 2016, bearing bates stamp, Q121SEC00950030.

16. Attached hereto as **Exhibit 14** is a true and correct copy of Qualcomm Incorporated's Form 10-K, filed with the SEC on November 4, 2014.

17. Attached hereto as **Exhibit 15** is a true and correct copy of the Reuters Article, *Jana Partners Pressing Qualcomm to Spin of Chip Business*, published on April 13, 2015, bearing bates stamp Q121SEC00950028.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a European Commission Press Release, *Antitrust: Commission opens two formal investigations against chipset supplier Qualcomm*, dated July 16, 2015, bearing bates stamp Q121SEC00950003.

19. Attached hereto as **Exhibit 17** is a true and correct copy of the Nomura Report, *EC Probe Not a Big Deal*, dated July 16, 2015, bearing bates stamp Q121SEC00946162.

20. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of a Qualcomm Earnings Call Transcript, dated July 22, 2015, bearing bates stamp Q12100949025.

21. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts of Qualcomm Incorporated's Form 10-K, filed with the SEC on November 5, 2015.

22. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of a Qualcomm Incorporated's Form 10-Q for the Second Quarter, filed with the SEC on July 22, 2015.

23. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts of the Evercore ESI Report, *China Now Likely Baked in But Other Concerns Starting to Emerge*, dated November 5, 2014, bearing bates stamp Q121SEC00946074.

24. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of the Atlantic Equities Report, *Qualcomm Accelerating Mix Shift – D'Grade to Neutral*, dated November 5, 2014, bearing bates stamp Q121SEC00946024.

25. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts of the BMO Report, *Chip Margin Leverage Fades, But China Doesn't Get Worse, Reiterate Outperform*, dated November 6, 2014, bearing bates stamp Q121SEC00946089.

26. Attached hereto as **Exhibit 24** is a true and correct copy of the Business Times article, *Qualcomm Beset by Probes in US, Europe, China,* dated November 6, 2014, bearing bates stamp Q121SEC00950046.

27. Attached hereto as **Exhibit 25** is a true and correct copy of the Bloomberg Intelligence Report, *Europe Probe of Qualcomm Unlikely to Result in Significant Fines*, dated November 20, 2014, bearing bates stamp Q121SEC00944710.

28. Attached hereto as **Exhibit 26** is a true and correct copy of the Wall Street Journal article, *Qualcomm May Face Antitrust Probe in South Korea*, dated February 12, 2015.

29. Attached hereto as **Exhibit 27** is a true and correct copy of the Dow Jones Newswire Release, *Qualcomm's Profit Driver is Under Pressure*, dated April 13, 2015, bearing bates stamp Q121SEC00950068.

30. Attached hereto as **Exhibit 28** is a true and copy of excerpts of a Qualcomm Quarterly Report (Form 10-Q), filed with the SEC on April 22, 2015.

31. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts of the Raymond James Report, *More Trouble in Chip Business, Cost-Cutting Plan Waits a Quarter*, dated April 23, 2015, bearing bates stamp Q121SEC00946234.

32. Attached hereto as **Exhibit 30** is a true and correct copy of the Bloomberg Intelligence Report, *Qualcomm One Step Closer to a Fine as EC Pricing Probe Ramps Up*, dated July 21, 2015, bearing bates stamp Q121SEC00944711.

33. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts from the Judgment of the Seoul High Court in *Qualcomm v. KFTC*, 2017 Nu 48, dated December 4, 2019.

34. Attached hereto as **Exhibit 32** is a true and correct copy of the Expert Rebuttal Report of Dr. Kenneth Lehn, dated December 11, 2023.

35. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts of Qualcomm Incorporated's Form 10-K, filed with the SEC on November 2, 2011.

36. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts of Qualcomm Incorporated's Form 10-K, filed with the SEC on November 7, 2012.

37. Attached hereto as **Exhibit 35** is a true and correct copy of excerpts of a Qualcomm Incorporated's Form 10-K, filed with the SEC on November 6, 2013.

38. Attached hereto as **Exhibit 36** is a true and correct copy of a Financial Times Article, *Qualcomm Faces European Competition Probe Over Claims of "predatory pricing"*, dated July 17, 2015.

39. Attached hereto as **Exhibit 37** is a true and correct copy of the Expert Reply Report of Sang-Seung Yi, dated February 2, 2024, filed under seal.

40. Attached hereto as **Exhibit 38** is a true and correct copy of excerpts from a, *Qualcomm Inc. flash report* from Topeka Capital Markets, dated July 16, 2015, bearing bates stamp Q121SEC00950024.

41. Attached hereto as **Exhibit 39** is a true and correct copy of the Telecoms.com article, *Qualcomm faces investigation into its European business practices*, dated July 16, 2015, bearing bates stamp Q121SEC00950054.

42. Attached hereto as **Exhibit 40** is a true and correct copy of the Deutsche Press-Agentur article, *EU Competition Watchdog Probes Mobile Phone Parts Supplier Qualcomm*, dated July 16, 2015, bearing bates stamp Q121SEC00950015.

43. Attached hereto as **Exhibit 41** is a chart listing the publicly available materials before the Corrective Disclosures, dated March 29, 2024.

44. Attached hereto as **Exhibit 42** is a true and correct copy of a chart detailing all statements placed in contention, the "Contested Statements Chart" or "CSC" dated March 29, 2024.

45. Attached hereto as **Exhibit 43** is a true and correct copy of Qualcomm Incorporated's Form 10-K, filed with the SEC on November 2, 2016.

46. Attached hereto as **Exhibit 44** is a true and correct copy of Qualcomm Incorporated's Form 10-Q for Second Quarter, 2012 filed with the SEC on April 18, 2012.

47. Attached hereto as **Exhibit 45** is a true and correct copy of Qualcomm Incorporated's Form 10-Q for Third Quarter, 2012 filed with the SEC on July 18, 2012.

48. Attached hereto as **Exhibit 46** is a true and correct copy of Qualcomm Incorporated's Form 10-Q for First Quarter, 2013 filed with the SEC on January 30, 2013.

49. Attached hereto as **Exhibit 47** is a true and correct copy of Qualcomm Incorporated's Form 10-Q for Second Quarter, 2013 filed with the SEC on April 24, 2013.

50. Attached hereto as **Exhibit 48** is a true and correct copy of Qualcomm Incorporated's Form 10-Q for Third Quarter, 2013 filed with the SEC on July 24, 2013.

51. Attached hereto as **Exhibit 49** is a true and correct copy of Qualcomm Incorporated's Form 10-Q for First Quarter, 2014 filed with the SEC on January 29, 2014.

52. Attached hereto as **Exhibit 50** is a true and correct copy of Qualcomm Incorporated's Form 10-Q for Second Quarter, 2014 filed with the SEC on April 23, 2014.

53. Attached hereto as **Exhibit 51** is a true and correct copy of Qualcomm Incorporated's Form 10-Q for Third Quarter, 2014 filed with the SEC on July 23, 2014.

54. Attached hereto as **Exhibit 52** is a true and correct copy of Qualcomm Incorporated's Form 10-Q for First Quarter, 2015 filed with the SEC on January 28, 2015.

55. Attached hereto as **Exhibit 53** is a true and correct copy of Qualcomm Incorporated's Form 10-Q for First Quarter, 2016 filed with the SEC on January 27, 2016.

56. Attached hereto as **Exhibit 54** is a true and correct copy of Qualcomm Incorporated's Form 10-Q for Second Quarter, 2016 filed with the SEC on April 20, 2016.

57. Attached hereto as **Exhibit 55** is a true and correct copy of Qualcomm Incorporated's Form 10-Q for Third Quarter, 2016 filed with the SEC on July 20, 2019.

58. **Exhibit 56** was intentionally reserved.

59. Attached hereto as **Exhibit 57** is a true and correct copy of the Expert Rebuttal Report of Gustav Brismark dated December 11, 2023.

60. Attached hereto as **Exhibit 58** is a true and correct copy of the transcript from the videotaped deposition testimony of Magnus Felke dated September 21, 2022.

61. Attached hereto as **Exhibit 59** is a true and correct copy of the transcript from the videotaped deposition testimony of Derek K. Aberle, dated September 30, 2022.

62. Attached hereto as **Exhibit 60** is a true and correct copy of the transcript from the videotaped deposition testimony of Andrew Mintzer dated February 6, 2024.

63. Attached hereto as **Exhibit 61** is a true and correct copy of the transcript from the videotaped deposition testimony of Steven M. Mollenkopf, dated September 13, 2022.

64. Attached hereto as **Exhibit 62** is a true and correct copy of the Expert Report of Professor John Coates dated September 12, 2023.

65. Attached hereto as **Exhibit 63** is a true and correct copy of the transcript from the videotaped deposition testimony of John Coates dated February 23, 2024.

66. Attached hereto as **Exhibit 64** is a true and correct copy of the transcript from the videotaped deposition testimony of Joel Seligman dated March 13, 2024.

67. Attached hereto as **Exhibit 65** is a true and correct copy of the transcript from the videotaped deposition testimony of Paul E. Jacobs, dated September 9, 2022.

68. Attached hereto as **Exhibit 66** is a true and correct copy of the transcript from the videotaped deposition testimony of Donald J. Rosenberg, dated October 12, 2022.

69. Attached hereto as **Exhibit 67** is a compilation of the Individual Defendants' Qualcomm Stock Sales gathered from Qualcomm SEC Form 4s from 2012-2017.

70. Attached hereto as **Exhibit 68** is a compilation of the Individual Defendants' Frequency of trading in Qualcomm Stock gathered from Qualcomm SEC Form 4s from 2012-2017.

71. Attached hereto as **Exhibit 69** is a true and correct copy of the deposition testimony of William F. Davidson, dated September 29, 2022.

72. Attached hereto as **Exhibit 70** is a true and correct copy of the Qualcomm, Inc. Restated Certificate of Incorporation, as attached Exhibit 3.1 to Qualcomm Incorporated's Form 10-K, filed with the SEC on November 6, 2013.

73. Attached hereto as **Exhibit 71** is a true and correct copy of the Qualcomm, Inc. Amended and Restated Bylaws, attached as Exhibit 3.4 to Qualcomm Incorporated's Form 10-K, filed with the SEC on November 6, 2013.

74. Attached hereto as **Exhibit 72** is a true and correct copy of a Qualcomm, Inc.'s Revised Disclosure Policy, revised November 2014, bearing bates stamp Q121SEC00937619.

75. Attached hereto as **Exhibit 73** is a true and correct copy of the transcript from the videotaped deposition testimony of Steven R. Altman, dated September 7, 2022.

76. Attached hereto as **Exhibit 74** is a true and correct copy of a Raymond James Report, *China Resolution a Positive, But Little Near Term Financial Impact*, dated February 13, 2015, bearing bates stamp Q12100946083.

77. Attached hereto as **Exhibit 75** is a true and correct copy of a Bank of America Report, *Worst Case Scenario is Likely Better than Feared*, dated January 23, 2017 bearing bates stamp Q121SEC00946556.

78. Attached hereto as **Exhibit 76** is a true and correct copy of a Bank of America Report, *Issues on Multiple Fronts*, dated November 6, 2014 bearing bates stamp Q121SEC00946174.

79. Attached hereto as **Exhibit 77** is a true and correct copy of a Charter Equity, *Several Negative Catalysts Remain to Play Out*, dated April 23, 2015 bearing bates stamp Q121SEC00946441.

80. Attached hereto as **Exhibit 78** is a true and correct copy of the February 2, 2024 Expert Reply Report of Dr. David I. Tabak.

81. Attached hereto as **Exhibit 79** is a true and correct copy of excerpts from the February 15, 2024 Deposition of Dr. Kenneth Lehn.

82. Attached hereto as **Exhibit 80** is a true and correct copy of the December 11, 2023 Expert Rebuttal Report of Dr. Jonah Berger.

83. Attached hereto as **Exhibit 81** is a true and correct copy of excerpts from the February 20, 2024 Deposition of Dr. Jonah Berger.

84. Attached hereto as **Exhibit 82** is a true and correct copy of the NERA Working Paper, *Making Assessments About Materiality Less Subjective Through the Use of Content Analysis*, authored by Dr. David I. Tabak.

85. Attached hereto as **Exhibit 83** is a true and correct copy of the Bernstein Report, *Quick Take – QCOM: Korea Kicks Qualcomm While They're Down*, dated November 18, 2015, bearing bates stamp Q121SEC00946421.

86. Attached hereto as **Exhibit 84** is a true and correct copy of the Morningstar Report, *South Korea's Investigation is Troubling But We Still See Qualcomm Pulling Through*, dated November 18, 2015, bearing bates stamp Q121SEC00946479.

87. Attached hereto as **Exhibit 85** is a true and correct copy of the Bernstein Report, *Qualcomm (QCOM): The FTC Files Suit – a Knife in the Heart, or Just a Paper Cut*, dated January 18, 2017, bearing bates stamp Q121SEC00946341.

88. Attached hereto as **Exhibit 86** is a true and correct copy of the Citi Report, *Putting QCOM on Catalyst Watch*, dated January 25, 2017, bearing bates stamp Q121SEC00946008.

89. Attached hereto as **Exhibit 87** is a true and correct copy of the Bernstein Report, *Qualcomm, Apple: The March to War?*, dated January 23, 2017, bearing bates stamp Q121SEC00946404.

90. Attached hereto as **Exhibit 88** is a true and correct copy of excerpts from the December 11, 2023 Expert Rebuttal Report of Jonathan Barnett.

91. Attached hereto as **Exhibit 89** is a true and correct copy of the Dissenting Statement of Commissioner Maureen K. Ohlhausen in the Matter of Qualcomm, Inc. (File No. 141-0199)).

92. Attached hereto as **Exhibit 90** is a true and correct copy of the revised September 12, 2023 Expert Report of Dr. Sang-Seung Yi, filed under seal.

93. Attached hereto as **Exhibit 91** is a true and correct copy of the original September 12, 2023 Expert Report of Dr. Sang-Seung Yi, filed under seal.

94. Attached hereto as **Exhibit 92** is a true and correct copy of an email from Rebecca Boon, counsel for Plaintiffs, to counsel for Defendants, dated September 27, 2023.

95. Attached hereto as **Exhibit 93** is a true and correct copy of a letter from Rebecca Boon, counsel for Plaintiffs, to M. Brent Byars, counsel for Defendant Qualcomm, dated October 26, 2023.

96. Attached hereto as **Exhibit 94** is a true and correct copy of a letter from M. Brent Byars, counsel for Defendant Qualcomm, to Rebecca Boon, counsel for Plaintiffs, dated October 20, 2023.

97. Attached hereto as **Exhibit 95** is a true and correct copy of Lead Plaintiffs' Responses and Objections to Defendants' Second Set of Requests for Production of Documents, dated November 3, 2023, filed under seal.

98. Attached hereto as **Exhibit 96** is a true and correct copy of a Certified Translation of the KFTC 2015 Examiner's Report, dated November 15, 2015, bearing bates stamp QUALCOMM-YI-0002322, filed under seal.

99. Attached hereto as **Exhibit 97** is a true and correct copy of Dr. Sang-Seung Yi's Responses and Objections to Defendants' Rule 45 Subpoena, dated March 18, 2024, filed under seal, filed under seal.

100. Attached hereto as **Exhibit 98** is a true and correct copy of excerpts from the September 26, 2022 deposition of Dr. Timothy Simcoe.

101. Attached hereto as **Exhibit 99** is a true and correct copy of the Deutsche Bank Report, *Notes from China*, dated January 18, 2011, bearing bates stamp Q121SEC00946448.

102. Attached hereto as **Exhibit 100** is a true and correct copy of the Qualcomm Press Release titled, *Qualcomm and China's National Development and*

*Reform Commission Reach Resolution*, dated February 9, 2015, bearing bates stamp Q121SEC00950034.

103. Attached hereto as **Exhibit 101** is a true and correct copy of the Deutsche Bank Report, *Special: China – Smartphones and the Cloud*, dated January 24 2012, bearing bates stamp Q121SEC00945997.

104. Attached hereto as **Exhibit 102** is the Arete Report, *Qualcomm vs. MediaTek: Bare-Knuckle Boxing!*, dated March 26, 2012, bearing bates stamp Q121SEC00946399.

105. Attached hereto as **Exhibit 103** is a true and correct copy of the Bloomberg First World Article, *Qualcomm Discloses FTC, EC Investigations,* dated November 5, 2014, bearing bates stamp Q121SEC00950053.

106. Attached hereto as **Exhibit 104** is a true and correct copy of the Bank of America Report, *Qualcomm – A Deep Dive Into Royalties, Semis, and Cash,* dated September 9, 2014, bearing bates stamp Q121SEC00946297.

107. Attached hereto as **Exhibit 105** is a true and correct copy of the Bloomberg Article, *Breaking up Qualcomm May Be Hard to Do,* dated April 13, 2015, bearing bates stamp Q121SEC00950011.

108. Attached hereto as **Exhibit 106** is the Goldman Sachs Article, *Buy – Qualcomm Inc. (QCOM) – Significant EPS upside and de-risked revenues*, dated August 24, 2014, bearing bates stamp Q121SEC00100980.

109. Attached hereto as **Exhibit 107** is a true and correct copy of the J.P. Morgan Report, *QCOM, RIMM, and MMI,* dated January 11, 2011, bearing bates stamp Q121SEC00946276.

110. Attached hereto as **Exhibit 108** is a true and correct copy of the FBR Capital Markets Report, *Big Upside and Conservative Guidance*, dated January 27, 2011, bearing bates stamp Q121SEC00946052.

111. Attached hereto as **Exhibit 109** is a true and correct copy of the FBN Securities Report, *Qualcomm, Inc. Another Beat & Raise*, dated January 27, 2011, bearing bates stamp Q121SEC00946258.

112. Attached hereto as **Exhibit 110** is a true and correct copy of the Kaufman Brothers Report, *Reinstating Coverage of QCOM with a BUY*, dated April 4, 2011, bearing bates stamp Q121SEC00946427.

113. Attached hereto as **Exhibit 111** is the Susquehanna Financial Group Report, *Qualcomm Inc.: Death, Taxes, and 3G*, dated June 29, 2011, bearing bates stamp Q2014FTC03492724.

114. Attached hereto as **Exhibit 112** is a true and correct copy of the Morningstar Report, *Qualcomm Rides Apple's Coattails*, dated February 1, 2012, bearing bates stamp Q121SEC00673506.

115. Attached hereto as **Exhibit 113** is a true and correct copy of the M2 Presswire Release, *China's National Development and Reform commission Notifies Qualcomm of Investigation*, dated November 25, 2013, bearing bates stamp Q121SEC00950013.

116. Attached hereto as **Exhibit 114** is a true and correct copy of the Raymond James Report, *Let the LTE Negotiations Being; China Fires Across Qualcomm's Bow*, dated November 25, 2013, bearing bates stamp Q121SEC00946201.

117. Attached hereto as **Exhibit 115** is a true and correct copy of the RCR Wireless News article, *Qualcomm under scrutiny in South Korea*, dated February 13, 2015.

118. Attached hereto as **Exhibit 116** is the true and correct transcript of the Q1 2016 Qualcomm Inc. Earnings Call, dated January 27, 2016, bearing bates stamp Q121SEC00178233.

119. Attached hereto as **Exhibit 117** is a true and correct copy of excerpts from the February 25, 2013 GSM Association Mobile World Congress, bearing Bates stamp Q121SEC00125598.

120. Attached hereto as **Exhibit 118** is a true and correct copy of excerpts from the November 27, 2012 Credit Suisse Technology Conference, bearing Bates stamp Q121SEC00359497.

121. Attached hereto as **Exhibit 119** is a true and correct copy of presentation material excerpts from the July 5, 2016 International Conference, *The Meaning of FRAND Commitments From A Competition Law Perspective*, bearing bates stamp QNDCAL03159498.

122. Attached hereto as **Exhibit 120** is a true and correct copy of excerpts from a Qualcomm Earnings Call Transcript, dated April 22, 2015 bearing bates stamp Q121SEC00949007.

Executed this 29th day of March, 2024, at San Francisco, California. I declare under penalty of perjury that the foregoing is true and correct.

*s/Daniel B. Twomey*
Daniel B. Twomey

# TABLE OF EXHIBITS

| Exhibit No. | Title | Page |
|---|---|---|
| 1 | Expert Report of Timothy Simcoe, Ph.D. | 00000001-156 |
| 2 | March 2, 2024 Deposition of Sang-Seung Yi | 00000157 |
| 3 | October 18, 2022 Graziano Letter to Ohta regarding Class Certification Hearing | 00000158-160 |
| 4 | October 18, 2022 Chart regarding misrepresentations and corrective | 00000161-174 |
| 5 | Expert Reply Report of Dr. Timothy Simcoe | 00000175-224 |
| 6 | Excerpts from the March 7, 2024 Deposition of Dr. Timothy Simcoe | 00000225 |
| 7 | Simcoe article, *Tying and Exclusion in FRAND Licensing: Evaluating Qualcomm* | 00000226-272 |
| 8 | Expert Report of Dr. David Tabak with excerpted exhibits | 00000273-371 |
| 9 | February 29, 2024 Deposition of David I. Tabak, Ph.D. | 00000372-441 |
| 10 | China's NDRC publicizes full text of Qualcomm decision (English version) | 00000442-451 |
| 11 | *Melbourne Municipal Firefighters' Pension Trust Fund v. Jacobs* Complaint | 00000452-577 |
| 12 | Excerpts of the slides from May 2015 Yi Presentation | 00000578-669 |
| 13 | Maeil Business Newspapers article, *Korea's FTC Slaps Record Fine of $852 Million on Qualcomm for Violating Antitrust Laws* | 00000670-672 |
| 14 | Qualcomm 10-K, filed with the SEC on November 4, 2014 | 00000673-710 |
| 15 | Reuters article, *Jana Partners Pressing Qualcomm to Spin of Chip Business* | 00000711-713 |
| 16 | European Commission Press Release, *Antitrust: Commission opens two formal investigations against chipset supplier Qualcomm* | 00000714-716 |

| Exhibit No. | Title | Page |
|---|---|---|
| 17 | Nomura Report, *EC Probe Not a Big Deal* | 00000717-722 |
| 18 | Excerpts of a Qualcomm Earnings Call Transcript, dated July 22, 2015 | 00000723-743 |
| 19 | Qualcomm Nov. 2015 10-K | 00000744-763 |
| 20 | Qualcomm July 2015 10-Q | 00000764-776 |
| 21 | Excerpts of Evercore ESI Report, *China Now Likely Baked in But Other Concerns Starting to Emerge* | 00000777-786 |
| 22 | Excerpts of the Atlantic Equities Report, *Qualcomm Accelerating Mix Shift – D'Grade to Neutral* | 00000787-795 |
| 23 | Excerpts of BMO Report, *Chip Margin Leverage Fades, But China Doesn't Get Worse, Reiterate Outperform* | 00000796-809 |
| 24 | Business Times article, *Qualcomm Beset by Probes in US, Europe, China* | 00000810-812 |
| 25 | Bloomberg Intelligence Report, *Europe Probe of Qualcomm Unlikely to Result in Significant Fines* | 00000813-814 |
| 26 | Wall Street Journal article, *Qualcomm May Face Antitrust Probe in South Korea* | 00000815-818 |
| 27 | Dow Jones Newswire Release, *Qualcomm's Profit Driver is Under Pressure* | 00000819-822 |
| 28 | Excerpts of 2015 Qualcomm 10-Q | 00000823-835 |
| 29 | Excerpts of the Raymond James Report, *More Trouble in Chip Business, Cost-Cutting Plan Waits a Quarter* | 00000836-848 |
| 30 | Bloomberg Intelligence Report, *Qualcomm One Step Closer to a Fine as EC Pricing Probe Ramps Up* | 00000849-853 |
| 31 | Excerpts from the Judgment of the Seoul High Court in *Qualcomm v. KFTC*, 2017 Nu 48 | 00000854-1103 |
| 32 | Expert Rebuttal Report of Dr. Kenneth Lehn | 00001104-1207 |
| 33 | November 2, 2011 - Qualcomm 10-K | 00001208-1353 |

| Exhibit No. | Title | Page |
|---|---|---|
| 34 | November 7, 2012 - Qualcomm 10-K | 00001354-1371 |
| 35 | November 6, 2013 - Qualcomm 10-K | 00001372-1393 |
| 36 | Financial Times Article, *Qualcomm Faces European Competition Probe Over Claims of "predatory pricing"* | 00001394-1396 |
| 37 | Expert Reply Report of Sang-Seung Yi, Ph.D. | 00001397 |
| 38 | Excerpts from a, *Qualcomm Inc. flash report* from Topeka Capital Markets | 00001398 |
| 39 | Telecoms.com article, *Qualcomm faces investigation into its European business practices* | 00001403-1406 |
| 40 | Telecoms.com article, *Qualcomm faces investigation into its European business practices* | 00001407-1408 |
| 41 | Chart listing the publicly available materials before the Corrective Disclosures | 00001409-1432 |
| 42 | Chart detailing all statements placed in contention, the "Contested Statements Chart" or "CSC" | 00001433-1447 |
| 43 | Qualcomm Incorporated's Form 10-K, filed with the SEC on November 2, 2016 | 00001448-1465 |
| 44 | Qualcomm Incorporated's Form 10-Q for Second Quarter, 2012 | 00001466-1477 |
| 45 | Qualcomm Incorporated's Form 10-Q for Third Quarter, 2012 | 00001478-1491 |
| 46 | Qualcomm Incorporated's Form 10-Q for First Quarter, 2013 | 00001492-1504 |
| 47 | Qualcomm Incorporated's Form 10-Q for Second Quarter, 2013 | 00001505-1516 |
| 48 | Qualcomm Incorporated's Form 10-Q for Third Quarter, 2013 | 00001517-1530 |
| 49 | Qualcomm Incorporated's Form 10-Q for First Quarter, 2014 | 00001531-1544 |
| 50 | Qualcomm Incorporated's Form 10-Q for Second Quarter, 2014 | 00001545-1555 |
| 51 | Qualcomm Incorporated's Form 10-Q for Third Quarter, 2014 | 00001556-1566 |

| Exhibit No. | Title | Page |
|---|---|---|
| 52 | Qualcomm Incorporated's Form 10-Q for First Quarter, 2015 | 00001567-1579 |
| 53 | Qualcomm Incorporated's Form 10-Q for First Quarter, 2016 | 00001580-1591 |
| 54 | Qualcomm Incorporated's Form 10-Q for Second Quarter, 2016 | 00001592-1606 |
| 55 | Qualcomm Incorporated's Form 10-Q for Third Quarter, 2016 | 00001607-1620 |
| 56 | RESERVED | 00001621 |
| 57 | Expert Rebuttal Report of Gustav Brismark | 00001622-1636 |
| 58 | Transcript from the videotaped deposition testimony of Magnus Felke, dated September 21, 2022 | 00001637-1642 |
| 59 | Transcript from the videotaped deposition testimony of Derek K. Aberle, dated September 30, 2022 | 00001643 |
| 60 | Transcript from the videotaped deposition testimony of Andrew Mintzer, dated February 6, 2024 | 00001644 |
| 61 | Transcript from the videotaped deposition testimony of Steven M. Mollenkopf, dated September 13, 2022 | 00001645 |
| 62 | Expert Report of Professor John Coates | 00001646-1717 |
| 63 | Transcript from the videotaped deposition testimony of John Coates, dated February 23, 2024 | 00001718-1738 |
| 64 | Transcript from the videotaped deposition testimony of Joel Seligman, dated March 13, 2024 | 00001739-1750 |
| 65 | Transcript from the videotaped deposition testimony of Paul E. Jacobs, dated September 9, 2022 | 00001751-1758 |
| 66 | Transcript from the videotaped deposition testimony of Donald J. Rosenberg, dated October 12, 2022 | 00001759-1765 |
| 67 | Compilation of the Individual Defendants' Qualcomm Stock Sales gathered from Qualcomm SEC Form 4s from 2012-2017 | 00001766-1774 |

| Exhibit No. | Title | Page |
|---|---|---|
| 68 | Compilation of the Individual Defendants' Frequency of trading in Qualcomm Stock gathered from Qualcomm SEC Form 4s from 2012-2017 | 00001775-1780 |
| 69 | Deposition testimony of William F. Davidson, dated September 29, 2022 | 00001781-1791 |
| 70 | Qualcomm, Inc. Restated Certificate of Incorporation, as attached Exhibit 3.1 to Qualcomm Incorporated's Form 10-K | 00001792-1805 |
| 71 | Qualcomm, Inc. Amended and Restated Bylaws, attached as Exhibit 3.4 to Qualcomm Incorporated's Form 10-K | 00001806-1840 |
| 72 | Qualcomm, Inc.'s Revised Disclosure Policy | 00001841 |
| 73 | Transcript from the videotaped deposition testimony of Steven R. Altman, dated September 7, 2022 | 00001842-1848 |
| 74 | Raymond James Report, *China Resolution a Positive, But Little Near Term Financial Impact* | 00001849-1855 |
| 75 | Bank of America Report, *Worst Case Scenario is Likely Better than Feared* | 00001856-1870 |
| 76 | Bank of America Report, *Issues on Multiple Fronts* | 00001871-1884 |
| 77 | Charter Equity, *Several Negative Catalysts Remain to Play Out* | 00001885-1892 |
| 78 | Expert Reply Report of Dr. David I. Tabak | 00001893-2002 |
| 79 | Excerpts from the Deposition of Dr. Kenneth Lehn | 00002003-2007 |
| 80 | Expert Rebuttal Report of Dr. Jonah Berger | 00002008-2071 |
| 81 | Excerpts from the Deposition of Dr. Jonah Berger | 00002072-2077 |
| 82 | NERA Working Paper, *Making Assessments About Materiality Less Subjective Through the Use of Content Analysis*, authored by Dr. David I. Tabak | 00002078-2092 |
| 83 | Bernstein Report, *Quick Take – QCOM: Korea Kicks Qualcomm While They're Down* | 00002093-2099 |
| 84 | Morningstar Report, *South Korea's Investigation is Troubling But We Still See Qualcomm Pulling Through* | 00002100-2109 |
| 85 | Bernstein Report, *Qualcomm (QCOM): The FTC* | 00002110- |

| Exhibit No. | Title | Page |
|---|---|---|
| | *Files Suit – a Knife in the Heart, or Just a Paper Cut* | 2123 |
| 86 | Citi Report, *Putting QCOM on Catalyst Watch* | 00002124-2140 |
| 87 | Bernstein Report, *Qualcomm, Apple: The March to War?* | 00002141-2158 |
| 88 | Excerpts from the Expert Rebuttal Report of Jonathan Barnett | 00002159-2185 |
| 89 | Dissenting Statement of Commissioner Maureen K. Ohlhausen in the Matter of Qualcomm, Inc. | 00002186-2188 |
| 90 | Revised Expert Report of Dr. Sang-Seung Yi | 00002189-2218 |
| 91 | Original Expert Report of Dr. Sang-Seung Yi | 00002219-2248 |
| 92 | Email from Rebecca Boon, counsel for Plaintiffs, to counsel for Defendants, dated Sept. 27, 2023 | 00002249-2251 |
| 93 | Letter from Rebecca Boon, counsel for Plaintiffs, to M. Brent Byars, counsel for Defendant Qualcomm, dated October 26, 2023 | 00002252-2255 |
| 94 | Letter from M. Brent Byars, counsel for Defendant Qualcomm, to Rebecca Boon, counsel for Plaintiffs, dated October 20, 2023 | 00002256-2259 |
| 95 | Lead Plaintiffs' Responses and Objections to Defendants' Second Set of Requests for Production of Documents | 00002260 |
| 96 | Certified Translation of the KFTC 2015 Examiner's Report | 00002261 |
| 97 | Dr. Sang-Seung Yi's Responses and Objections to Defendants' Rule 45 Subpoena | 00002262 |
| 98 | Excerpts from the September 26, 2022 deposition of Dr. Timothy Simcoe | 00002263-2270 |
| 99 | Deutsche Bank Report, *Notes from China* | 00002271-2281 |
| 100 | Qualcomm Press Release titled, *Qualcomm and China's National Development and Reform Commission Reach Resolution* | 00002282-2292 |
| 101 | Deutsche Bank Report, *Special: China – Smartphones and the Cloud* | 00002293-2304 |
| 102 | *Qualcomm vs. MediaTek: Bare-Knuckle Boxing!* | 00002305- |

| Exhibit No. | Title | Page |
|---|---|---|
| | | 2310 |
| 103 | Bloomberg First World Article, *Qualcomm Discloses FTC, EC Investigations* | 00002311-2312 |
| 104 | Bank of America Report, *Qualcomm – A Deep Dive Into Royalties, Semis, and Cash* | 00002313-2336 |
| 105 | Bloomberg Article, *Breaking up Qualcomm May Be Hard to Do* | 00002337-2339 |
| 106 | *Buy – Qualcomm Inc. (QCOM) – Significant EPS upside and de-risked revenues* | 00002340-2361 |
| 107 | J.P. Morgan Report, *QCOM, RIMM, and MMI* | 00002362-2374 |
| 108 | FBR Capital Markets Report, *Big Upside and Conservative Guidance* | 00002375-2397 |
| 109 | FBN Securities Report, *Qualcomm, Inc. Another Beat & Raise* | 00002398-2407 |
| 110 | Kaufman Brothers Report, *Reinstating Coverage of QCOM with a BUY* | 00002408-2422 |
| 111 | Susquehanna Financial Group Report, *Qualcomm Inc.: Death, Taxes, and 3G* | 00002423-2442 |
| 112 | Morningstar Report, *Qualcomm Rides Apple's Coattails* | 00002443-2463 |
| 113 | M2 Presswire Release, *China's National Development and Reform commission Notifies Qualcomm of Investigation* | 00002464-2466 |
| 114 | Raymond James Report, *Let the LTE Negotiations Being; China Fires Across Qualcomm's Bow* | 00002467-2473 |
| 115 | RCR Wireless News article, *Qualcomm under scrutiny in South Korea* | 00002474-2476 |
| 116 | Transcript of the Q1 2016 Qualcomm Inc. Earnings Call, dated January 27, 2016 | 00002477-2486 |
| 117 | Excerpts from the February 25, 2013 GSM Association Mobile World Congress | 00002487-2490 |
| 118 | Excerpts from the November 27, 2012 Credit Suisse Technology Conference | 00002491-2494 |
| 119 | Presentation material excerpts from the July 5, 2016 International Conference, *The Meaning of FRAND Commitments From A Competition Law* | 00002495-2520 |

| **Exhibit No.** | **Title** | **Page** |
|---|---|---|
| | *Perspective* | |
| 120 | Aprill 22, 2015 Earnings Call Transcripts | 00002521-2529 |