KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST #84065
rvannest@keker.com
EUGENE M. PAIGE #202849
epaige@keker.com
LAURIE CARR MIMS #241584
lmims@keker.com
CODY S. HARRIS #255302
charris@keker.com
MARIA F. BUXTON #318563
mbuxton@keker.com
DANIEL TWOMEY #341488
dtwomey@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

CRAVATH, SWAINE & MOORE LLP
ANTONY L. RYAN (*pro hac vice*)
aryan@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
Two Manhattan West
375 9th Avenue
New York, NY  10001-1696
Telephone:  (212) 474-1000
Facsimile:   (212) 474-3700

Attorneys for Defendant
QUALCOMM INCORPORATED, DEREK A. ABERLE, STEVEN R. ALTMAN, WILLIAM F. DAVIDSON, PAUL E. JACOBS, STEVEN M. MOLLENKOPF, AND DONALD J. ROSENBERG

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No. 3:17-CV-00121-JO-MSB<br><br>**DECLARATION OF MARIA F. BUXTON IN SUPPORT OF DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' DAUBERT MOTIONS**<br><br>Date:     June 12, 2024<br>Time:    9:30 a.m.<br>Dept:    Courtroom 4C<br>Judge:  Hon. Jinsook Ohta |

I, Maria F. Buxton, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court. I am an associate with the law firm of Keker, Van Nest & Peters LLP, attorneys of record for Defendants Qualcomm Incorporated ("Qualcomm"). I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions and Expert Testimony of Jonathan Barnett; Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions and Expert Testimony of Dr. Jonah Berger; Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions and Expert Testimony of Gustav Brismark; Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions and Expert Testimony of John Coates; Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions and Expert Testimony of Dr. Kenneth M. Lehn; and Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions and Expert Testimony of Dr. Celeste Saravia (collectively, "Defendants' Oppositions to Plaintiffs' *Daubert* Motions").

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the February 29, 2024 Deposition of Dr. David Tabak.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the February 15, 2024 Deposition of Dr. Kenneth Lehn.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the April 17, 2024 Status Hearing before Judge Jinsook Ohta on the Motion to Quash filed by third-parties Jeffrey Williams and Bruce Watrous, Jr.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the February 28, 2024 Deposition of Jonathan Barnett.

7. Attached here to as **Exhibit 5** is a true and correct copy of excerpts from the March 7, 2024 Deposition of Dr. Timothy Simcoe.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the March 7, 2024 Deposition of Gustav Brismark.

9. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the March 4, 2024 Deposition of Dr. Sang-Seung Yi.

10. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the February 20, 2024 Deposition of Dr. Jonah Berger.

11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the February 16, 2024 Deposition of Dr. Celeste Saravia.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the December 11, 2024 Rebuttal Expert Report of Joel Seligman.

13. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the February 23, 2024 Deposition of John Coates.

14. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the March 13, 2024 Deposition of Joel Seligman.

Executed in San Francisco, California on May 6, 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*s/Maria F. Buxton*
MARIA F. BUXTON

## TABLE OF EXHIBITS

| Exhibit No. | Title | Page |
|---|---|---|
| 1 | February 29, 2024 Deposition of Dr. David Tabak | 001-025 |
| 2 | February 15, 2024 Deposition of Dr. Kenneth Lehn | 026-034 |
| 3 | April 17, 2024 Status Hearing before Judge Jinsook Ohta on the Motion to Quash filed by third-parties Jeffrey Williams and Bruce Watrous, Jr. | 035-038 |
| 4 | February 28, 2024 Deposition of Jonathan Barnett | 039-044 |
| 5 | March 7, 2024 Deposition of Dr. Timothy Simcoe | 045-073 |
| 6 | March 7, 2024 Deposition of Gustav Brismark | 074-088 |
| 7 | March 4, 2024 Deposition of Dr. Sang-Seung Yi | 089-094 |
| 8 | February 20, 2024 Deposition of Dr. Jonah Berger | 095-103 |
| 9 | February 16, 2024 Deposition of Dr. Celeste Saravia | 104-126 |
| 10 | Expert Report of Joel Seligman | 127-152 |
| 11 | February 23, 2024 Deposition of John Coates | 153-165 |
| 12 | March 13, 2024 Deposition of Joel Seligman | 166-178 |