# PX 31

QUALCOMM

EXHIBIT 681
PENGAD 800-631-6989
10/12/22

Press Release

# Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report

NOV 17, 2015 | SAN DIEGO

Qualcomm products mentioned within this press release are offered by Qualcomm Technologies, Inc. and/or its subsidiaries.

Qualcomm Incorporated today confirmed that it has recently received the Korea Fair Trade Commission's staff-generated Case Examiner's Report (ER), which commences a process that affords Qualcomm the ability to respond to allegations and defend itself. The ER alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law. The ER proposes remedies including modifications to certain business practices and monetary penalties.

The allegations and conclusions contained in the ER are not supported by the facts and are a serious misapplication of law. Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive. Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device.

We intend to vigorously defend ourselves at the Commission hearings and remain hopeful that the Commission will reject the conclusions of the Examiner's Report. We expect the process to tak[e] some time. Until then, we intend to continue to invest in leading technologies that drive the indu[str]y forward and share those innovations through its licensing program.

About Qualcomm | Careers | Offices | Contact Us | Support

QUALCOMM®

Site Map   Language   More Sites

Terms of Use | Privacy | Cookies | Site Map

©2017 Qualcomm Technologies, Inc. and/or its affiliated companies.

Nothing in these materials is an offer to sell any of the components or devices referenced herein.
References to "Qualcomm"; may mean Qualcomm Incorporated, or subsidiaries or business units within the Qualcomm corporate structure, as applicable.
Materials that are as of a specific date, including but not limited to press releases, presentations, blog posts and webcasts, may have been superseded by subsequent events or disclosures.
Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a wholly-owned subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses. Qualcomm products referenced on this page are products of Qualcomm Technologies, Inc. and/or its subsidiaries.

# PX 32

**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No. 3:17-cv-00121-JO-MSB |
|---|---|

# EXPERT REPORT OF DAVID I. TABAK, PH.D.

## I. SCOPE OF ANALYSIS AND SUMMARY OF FINDINGS

1. This report concerns a securities class action brought on behalf of lead plaintiffs and "all persons or entities who purchased or otherwise acquired the publicly traded common stock of Qualcomm Incorporated ('Qualcomm' or the 'Company') during the period from February 1, 2012 through January 20, 2017, inclusive (the 'Class Period'), and were damaged thereby[.]"[1]

2. On May 15, 2022, I submitted a report on class certification in this matter ("Tabak Class Cert Report"). On July 22, 2022, several experts for Defendants submitted reports on class certification, and on August 22, 2022, I submitted a reply report on class certification. On September 28, 2022, Defendants submitted a sur-reply on class certification that included a sur-reply report. On March 30, 2023, the Court granted in part and denied in part Plaintiffs' Motion for Class Certification in the Order Granting In Part and Denying In Part Plaintiffs' Motion for Class Certification ("Class Cert Order"). It is my understanding that the Class Cert Order granted certification with respect to the

[1] Consolidated Class Action Complaint for Violation of the Federal Securities Laws dated July 3, 2017 ("Complaint"), p. 1.

bundling misrepresentations but denied certification with respect to allegations related to device-level licensing practice or refusal to license chips to chipmakers."[2]

3. Counsel for Lead Plaintiffs in this matter have asked me (1) to examine whether Qualcomm's common stock traded in an efficient market during the Class Period, and (2) to opine on loss causation and damages, assuming that liability for the bundling allegations is proven. As discussed below, the analyses demonstrate that Qualcomm's common stock traded in an efficient market. As further discussed below, I find that loss causation for the bundling allegations exists and that inflation per share based on those allegations may range from $10.07 to $18.86 if one assumes that disaggregation is not necessary, or may exist at lower ranges depending on the specific approach taken to disaggregation if disaggregation is necessary. Details of these analyses are provided in this report.

## II. Qualifications And Remuneration

4. I received Bachelor's degrees in Physics and in Economics from the Massachusetts Institute of Technology and a Master's degree and a Ph.D. in Economics from Harvard University. I have appeared as an expert in federal district courts; state trial courts; bankruptcy court; and in arbitration forums, including the National Association of Securities Dealers, the International Chamber of Commerce International Court of Arbitration, and the American Arbitration Association. I have published in my fields of expertise on subjects such as market efficiency, loss causation, statistics, and the analysis of stock price movements.

---

[2] See, for example, Class Cert Order, p. 30 (certifying a class with respect to the claims regarding the bundling misrepresentations) and p. 28 (declining to certify a class with respect to the claims regarding "device-level licensing practice or refusal to license chips to chipmakers").

5. National Economic Research Associates ("NERA") was established in 1961 and now employs approximately 500 people in over twenty offices worldwide. NERA provides consulting for economic matters to parties for their internal use, to parties in litigation, and to governmental and regulatory authorities. I have worked at NERA for over twenty years and am a senior managing director in NERA's securities and finance practice. My work entails providing analyses for parties in litigation and consulting for parties in non-litigation settings. I have served as a speaker at events providing CLE credits for attorneys and at academic conferences on areas related to securities litigation. I have provided reports and/or testimony for plaintiffs and defendants in numerous securities class actions.

6. My curriculum vitae, which sets forth in further detail my publications and prior testimony experience, is attached to this report as Exhibit 1.

7. NERA is being compensated on a non-contingent basis for out-of-pocket costs and at our usual rates for time. My billing rate is $1,150 per hour. I have been assisted by a number of individuals at NERA working at my direction who are billing at their standard rates.

## III. Materials Considered

8. Materials considered for the purposes of this report are listed in Exhibit 2.

## IV. The Theory of Market Efficiency[3]

9. In the 1960s, economists Paul Samuelson and Eugene Fama each advanced theories that developed into the modern theory of market efficiency, known as the

[3] The material in the market-efficiency sections of this report is taken from the Tabak Class Cert Report.

"Efficient Market Hypothesis."[4] Professors Samuelson and Fama recognized that if market participants are rational, a security cannot have an expected change in price.[5] For example, suppose that the market expected a stock price to be $15 tomorrow. The stock could not trade at $10 today, because there would be little reason for anyone to sell at $10 today given that there would be buyers more than happy to pay $11 today for a stock that they could sell at $15 tomorrow. Similarly, no rational investor would purchase a stock at $16 today if it was believed that the price would be $15 tomorrow. This process would result in an equilibrium where the price today would be nearly $15. Any changes in stock prices would be due to *unexpected* information or randomness, leading to the theory that stock prices follow a "random walk."

10. In particular, there are three forms of the Efficient Market Hypothesis, known as weak-form efficiency, semi-strong-form efficiency, and strong-form efficiency. Weak-form efficiency posits that the price of a stock rapidly incorporates all information contained in prior stock prices. Semi-strong-form efficiency posits that the price of a stock rapidly incorporates all publicly available information. Strong-form efficiency posits that the price of a stock rapidly incorporates all public and private information.[6] When discussing the "Efficient Market Hypothesis" with regard to publicly traded securities such as Qualcomm's, financial economists are generally referring to the semi-strong form of market efficiency. I will follow the same convention here.

---

[4] See, for example, the *New Palgrave Dictionary of Economics*, 2008 edition, entry on Efficient Markets Hypothesis, available online at https://rd.springer.com/referenceworkentry/10.1057/978-1-349-95121-5_42-2.

[5] While later refinements of the theory examined whether certain types of stock price movements are possible because of factors such as the risk entailed in trying to profit from those expected movements (e.g., there is a risk-return tradeoff and sometimes there may be expected profits, on average, to compensate for higher risk), the general outlines of the theory discussed above are still correct. Throughout the discussion, I abstract away from any such issues.

[6] This is a standard taxonomy of Efficient Market Hypothesis theories, discussed, for example in Eugene Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 1970. (See, for example, p. 388.)

11. One of the implications of the Efficient Market Hypothesis is that the market begins to incorporate unexpected news quickly into security prices. Therefore, if the market learns of material, new, unexpected positive (negative) information about an issuer, then the price of the issuer's common stock will rise (fall) if the market is efficient. Of course, even efficient markets may take time to fully absorb new material information, but they should begin the process of reacting to news as soon as it is available.[7] Testing for market efficiency can be challenging, as it may often be difficult to determine whether the news that reached the market at a particular time is material or even whether it is positive or negative news relative to market expectations.[8]

12. To assess whether a market is efficient, financial economists and the courts have developed various tests. These tests can broadly be divided into direct tests of whether a market exhibits or violates the conditions of market efficiency (e.g., whether the price of a security actually responds to material, new, unexpected information) and indirect tests of the conditions that one expects would be present in an efficient market (e.g., substantial analyst coverage of the issuer, which suggests that market participants are interested in understanding and responding to news). It is my understanding that these tests are used holistically to make inferences about whether a market is efficient and that it is not necessary for each test to offer support of efficiency. For instance, the Court of Appeals for the Second Circuit recently explained that market efficiency may be demonstrated where the indirect tests support that conclusion, even if the direct tests do

---

[7] Under the Efficient Market Hypothesis, a market may initially underestimate or overestimate the effects of news. However, these two effects should roughly balance each other. Consequently, in an efficient market, initial price movements should reflect, on average, an unbiased estimate of the effects of the new information (i.e., later price movements are roughly equally likely to be positive or negative).

[8] See, for example, *In re Teva Securities Litigation*, No. 3:17-cv-558 (SRU), 2021 WL 872156 (D. Conn. Mar. 9, 2021), discussing how it can be difficult to determine the direction of even relatively simple news such as earnings announcements (at *28-29) and explaining that one should not expect material news stories to always be associated with statistically significant price movements (at *26).

not, stating, "The *Cammer* and *Krogman* factors are simply tools to help district courts analyze market efficiency in determining whether the *Basic* presumption of reliance applies in class certification decision–making. But they are no more than tools in arriving at that conclusion, and certain factors will be more helpful than others in assessing particular securities and particular markets for efficiency."[9] In the following sections, I discuss the results of these tests for Qualcomm's common stock.

## V. TESTS OF MARKET EFFICIENCY FOR QUALCOMM'S COMMON STOCK

13. One widely adopted legal case providing for tests of market efficiency is *Cammer v. Bloom*.[10] This decision discussed five factors that support a finding of market efficiency, commonly referred to as the "*Cammer* factors":

(1) **Trading volume:** an "average weekly trading of two percent or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; one percent would justify a substantial presumption";

(2) **Analyst coverage:** "a significant number of securities analysts followed and reported on a company's stock during the class period";

(3) **Market makers and arbitrageurs:** the "stock had numerous market makers. The existence of market makers and arbitrageurs" would aid in market efficiency;[11]

(4) **SEC Form S-3 eligibility:** "the Company was entitled to file an S-3 Registration Statement in connection with public offerings"; and

---

[9] *Waggoner v. Barclays PLC*, 875 F.3d 79, 98 (2d Cir. 2017), *cert. denied*, 138 S. Ct. 1702, (2018).

[10] *Cammer v. Bloom*, 711 F. Supp. 1264, 1286-87 (D.N.J. 1989).

[11] A "market maker" is a market participant that provides liquidity by actively quoting two-sided markets in a security, providing both bids and asks, and attempting to profit from the bid-ask spread. As discussed below, "arbitrageurs" are investors who attempt to profit from any possible mispricing of a security.

(5) **Price response to news:** "empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price."[12]

14. In addition to these factors, the Third Circuit in *DVI Securities Litigation* stated that (6) "the listing of a security on a major exchange such as the NYSE or the NASDAQ weighs in favor of a finding of market efficiency."[13] Furthermore, three additional factors that may be relevant, as discussed in *Krogman v. Sterritt* and other cases, are measures of a company's: (7) market capitalization, (8) bid-ask spread, and (9) float.[14]

15. Academics and courts have also looked at whether there was autocorrelation (also known as serial correlation) in the returns of a security, i.e., whether rather than behaving randomly, a movement in the price of a security was more likely to be followed by another movement in the same direction (positive autocorrelation) or by a movement in the opposite direction (negative autocorrelation).[15] In lay terms, autocorrelation exists if an observer can use a prior return to improve their prediction of today's return in a statistically significant manner. The absence of autocorrelation provides evidence in favor of market efficiency by ruling out a class of potential forms of inefficiency.

16. I will discuss each of these factors in more detail as they are presented below, and then present my conclusions based on the totality of the information obtained by examining each of these factors.

---

[12] This factor is typically addressed through the use of a statistical analysis known as an "event study," as discussed below.

[13] *In re DVI, Inc. Securities Litigation*, 639 F.3d 623, 634 (3d Cir. 2011) ("*DVI II*").

[14] *Krogman, Inc. v. Sterritt,* 202 F.R.D. 467, 478 (N.D. Tex. 2001).

[15] See, e.g., *In re DVI, Inc. Securities Litigation*, 249 F.R.D. 196, 213 (E.D. Pa. 2008) ("*DVI I*"). Autocorrelation can also be measured based on the size of the price movements and not just their direction.

***(1) Trading Volume***

17. The first *Cammer* factor is the average weekly trading volume as a percent of shares outstanding. As noted on page 1286 of the *Cammer* decision, "[t]he reason the existence of an actively traded market, as evidenced by a large weekly volume of stock trades, suggests there is an efficient market is because it implies significant investor interest in the company." Exhibit 3 shows the weekly volume of trading in Qualcomm's common stock as reported by Bloomberg L.P., a recognized data vendor, and the last reported number of shares outstanding for each day, obtained from SEC filings. The volume figures in Exhibit 3 are adjusted to remove trades created by estimated market-maker participation.[16] I next calculate the mean and median percentage of shares outstanding traded in each week during the Class Period. The mean is simply the arithmetic average of the weekly percentages of trading volume for each full week in the Class Period.[17] The median is the midpoint of the weeks if arranged by the percentage of shares traded relative to shares outstanding, so that half of the weeks have the same percentage as or a larger percentage than the median week and half have the same percentage as or a smaller percentage than the median week.

18. Over the Class Period, the average market-maker-adjusted weekly trading volume (i.e. reported volume reduced by 54.76%) of Qualcomm's common stock is 1.51 percent of the shares outstanding and the median figure is 1.41 percent, corresponding to an average of 24.6 million and a median of 23.1 million shares traded weekly. Had I not adjusted for market-maker participation, the figures would be more than twice as large. As previously noted, the *Cammer* court stated that an "average weekly trading of two

---

[16] A market maker sometimes serves as the counterparty to investor orders. For example, one investor may sell shares to the market maker at $20 and later the market maker sells those shares to another investor at $21. Both trades would be reported, but there really was only one transfer of shares between actual investors. Support for this type of adjustment is found in *Unger v. Amedisys Inc.*, 401 F.3d 316, 324 (5th Cir. 2005).

[17] Including any partial week at the beginning or end of the Class Period would have minimal effects on the results.

percent or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; one percent would justify a substantial presumption[.]" Thus, the volume figures for Qualcomm's stock support a "substantial presumption" in favor of market efficiency for the stock under *Cammer* and would support a "strong presumption" had I not adjusted for market-maker participation (an adjustment typically not made by experts for plaintiffs).

***(2) Analyst Coverage***

19. In discussing the relevance of analyst coverage, the *Cammer* court stated on page 1286 that "[t]he existence of such analysts would imply, for example, the [auditor] reports [on the issuer] were closely reviewed by investment professionals, who would in turn make buy/sell recommendations to client investors." (Closing footnote omitted.) That is, analysts seek out, review, and disseminate information about a company and make it easier for market participants to understand and react, or choose not to react, to that information, thus facilitating the process that leads to market efficiency.

20. While analysts provide coverage that is meant to inform investors about a company, different analysts provide varying levels of coverage that may have differential impacts in determining whether that coverage should be considered to be a material factor in aiding market efficiency. For example, some analysts may provide limited analysis or merely repeat what a company has said, while others may provide informative analyses of a company's current and future expected revenues.

21. There are many ways to focus an examination on analysts that are providing at least some substantial coverage. One such way is to identify the number of analysts included in the Institutional Brokers' Estimate System ("I/B/E/S") consensus earnings estimate for a given company. Exhibit 4 shows the number of analysts included in the I/B/E/S earnings estimate for the upcoming quarter for Qualcomm for each month in the Class Period. As can be seen in the exhibit, the average and median number of analysts that had provided such estimates were 29 and 30, respectively, each month. (Note that these are estimates for the upcoming quarter and need not have been provided in the month indicated.)

22. The *Cammer* court found market efficiency where the security at issue (the common stock of Coated Sales, Inc.) was the subject of "[a]t least 15 research reports … from July 1987 through June 1988" (fn. 30, p. 1283) a 12-month period. Here, by contrast, there was an average of at least 29 analysts issuing one or more reports each quarter.[18] Thus, this factor weighs in favor of a finding of market efficiency. Even the month with the lowest figure had nine analyst estimates, well above the situation found in *Cammer*, where there was an average of just over one analyst report per month.

***(3) Market Makers and Arbitrageurs***

23. As discussed in *Cammer*, "[t]he existence of market makers and arbitrageurs would ensure completion of the market mechanism; these individuals would react swiftly to company news and reported financial results by buying or selling stock and driving it to a changed price level."[19] Qualcomm's stock traded on the NASDAQ stock exchange, which is widely regarded as one of the most open, developed, and efficient exchanges in the world. There were 402 market makers who traded Qualcomm's stock on the NASDAQ stock exchange.[20]

24. Arbitrageurs are investors who attempt to profit from any possible mispricing of a security. There are two types of arbitrageurs that we can examine: those who take a "long" (or positive) position in the stock (profiting from an increase in price) and those that take a "short" (or negative) position (profiting from a decrease in price). While there

---

[18] If one looked at the raw number of analyst reports (without removing those that may not have provided an earnings estimate but discussed topics other than earnings), a search on the Thomson Reuters database for Qualcomm analyst reports yields hundreds of reports over the Class Period. While in *Cammer*, one might have examined each of the "[a]t least 15" analyst reports in that case to judge their quality, here such a review is not necessary for the more than one thousand reports given that the issuing firms included prominent investment houses including Barclays, Credit Suisse, Citi, Deutsche Bank, JP Morgan, Morgan Stanley, Oppenheimer, RBC Capital, UBS, and Wells Fargo.

[19] *Cammer*, 711 F. Supp. at 1286-87.

[20] Bloomberg L.P.

are no data on the identities of arbitrageurs in particular securities or their holdings of those securities, one would expect many of the arbitrageurs who are active enough to move the market to be found among the largest market participants. We can therefore use information about institutional holdings, which are reported quarterly, as a proxy for arbitrageurs that take a long position. Though not all institutions are arbitrageurs, many of the major arbitrageurs who take a long position large enough to affect the price of a stock would be institutional investors, as non-institutional investors generally do not have the capital to take a long-term position of the same magnitude.

25. Over 1,500 institutions are known to have collectively held over 1.3 billion shares of Qualcomm, or 81.8 percent of the shares outstanding as of December 31, 2011, the last calendar quarter-end before the start of the Class Period, as seen in Exhibit 5. This figure did not remain constant. As of March 31, 2012, the following quarter, institutions held 84.0 percent of the shares outstanding. As of June 30, 2016, institutional holdings fell to a quarterly low (within the Class Period) of 1.2 billion shares, or 79.8 percent of the shares outstanding. The directions of the changes in institutional holdings are not important; what is important is that there was a potential for change, with institutions buying or selling in response to factors including news about Qualcomm and changes in its stock price.

26. As alluded to above, if an institution did not trade any shares during the Class Period, it may not be adding to market efficiency, since it would be providing neither upward pressure through buy orders nor downward pressure through sell orders. However, an examination of the data underlying Exhibit 5 shows that most institutions did change their positions, with numerous examples of a single reporting institution changing its holdings up or down by more than one million shares over the course of a single quarter. Moreover, during the Class Period, of the institutions with a non-zero holding of shares at the end of a quarter, on average, 84.0 percent reported a different holding figure at the end of the next quarter. These observations show that as a group, institutions were not passive investors, but changed their positions, a hallmark of arbitrage activity. Even among the institutions that did not change their positions, there

may be some that actively evaluated news about Qualcomm and changes in its share price and were comfortable maintaining their prior position. The fact that on average more than eight out of ten institutions holding Qualcomm shares changed their position is evidence that a substantial number of large investors were following the company.

27. With regard to arbitrageurs who held a short position in Qualcomm shares, I obtained data on the aggregate short position, which is reported twice a month by Bloomberg L.P., and shown in Exhibit 6. The average aggregate short position over the Class Period was 1.27 percent of Qualcomm's shares outstanding. The minimum monthly short position over the Class Period as a percentage of shares outstanding was 0.74 percent, while the largest was 4.23 percent, nearly six times as large. This difference is important because it allows us to infer that those who wanted to create or increase a short position were generally not prevented from doing so. If, in contrast, the aggregate short position were always approximately the same, one would have to consider whether the shares available for shorting were always used or close to used, thereby preventing investors who wanted to take a short position in response to new information from doing so.[21]

28. Overall, I find that both institutions and short sellers actively changed their holdings over the Class Period, an indication of their attention to the price of Qualcomm's shares.[22] Institutional holdings varied from 76.6 percent to 84.0 percent of shares outstanding over the quarter-ends encompassing the Class Period, with 84.0

---

[21] To short a share of Qualcomm stock, the investor who wants to take the short position must, through their broker, find a share held by another investor to borrow. The investor going short delivers this share to the counterparty (the purchaser) in the short transaction and is required to later return a share to the investor from whom he or she borrowed the share. When there are not enough shares available for borrowing, investors may not be able to establish or expand their short positions, and therefore would not be able to contribute to arbitrage and market efficiency by varying the size of their short positions.

[22] Some changes in institutional holdings may be due to other factors, such as a decision to sell shares for liquidity purposes. Still, the substantial number of changes is evidence of active monitoring of Qualcomm by many institutions.

percent of institutions with a positive holding in one quarter reporting a different amount of holdings in the next. The maximum aggregate short position was nearly six times the minimum. This supports the conclusion that investors were able to, and did, take and change positions in Qualcomm's stock to reflect their views, the core mechanism by which financial markets are driven to efficiency. The activity of these arbitrageurs, as well as the 402 market makers trading Qualcomm's stock on the NASDAQ exchange, supports a finding of efficiency for Qualcomm's common stock.

***(4) S-3 Registration Statement***

29. Another *Cammer* factor is the ability of an issuer to register new shares through a Form S-3 registration statement rather than using a Form S-1 or Form S-2, both of which require more disclosure than a Form S-3. The SEC allows qualifying companies to register shares using the less burdensome Form S-3 based on the assumption that news about such companies is already publicly available to market participants and therefore does not need to be included in the registration statement. At the time of the *Cammer* opinion, an issuer had to have a float (i.e., shares outstanding that are not held by insiders) with a market value of at least $150 million to use a Form S-3. That requirement was later reduced to $75 million. Exhibit 7 shows the market capitalization and float of Qualcomm's common stock during the Class Period. The market capitalization of Qualcomm's common stock exceeded $64 billion (i.e., more than 800 times the $75 million requirement) throughout the Class Period, as did its float.

30. A second requirement to be able to file a Form S-3 registration statement is that the issuer be current in its SEC filings. Qualcomm was not delinquent in its SEC filings during the Class Period. As it satisfied the two requirements, Qualcomm was eligible to file a Form S-3, thereby satisfying this *Cammer* factor and supporting a finding of market efficiency.

***(5) Price Response to News***

31. Whether a stock price responds to material, new, unexpected information is often considered the most direct and important of the *Cammer* factors. The *Cammer* court

noted on pages 1291-1292 that "one of the most convincing ways to demonstrate efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price."[23]

32. Accordingly, I performed statistical analyses, based on tests known as "event studies," the standard means of quantifying stock price responses to news, to examine this factor. An event study is a statistical test that first measures the movement in the price of a stock or other security by removing the influence of general market and/or industry effects. The remaining movement is then compared to a "control period" of similar market-adjusted price movements to see if it is unusual (i.e., statistically significant). If so, then one may be able to make the inference that the news was the cause of the unusual stock price movement.[24] In general, we expect that the price of a stock will increase in response to unexpectedly positive news and fall in response to unexpectedly negative news.

33. To test the general proposition of whether a stock price responds to news, it is necessary to examine the stock price responses to two different groups of dates: those with news and those without news.[25] That is, one conducts event studies on the different

---

[23] As discussed above, courts have often held that this factor is not a necessary factor when the other *Cammer* factors weigh in favor of market efficiency and that particular forms of proof of this factor are not necessary. See, for example, *Waggoner* at 96-97 ("We conclude that direct evidence of price impact under *Cammer* 5 is not always necessary to establish market efficiency and invoke the *Basic* presumption[.]"). See also *In re Petrobras Securities,* 862 F.3d 250, 277-278 (2d Cir. 2017), holding that requiring "direct evidence of market efficiency … consist[ing] of empirical data showing that the price of the relevant securities predictably moved up in response to good news and down in response to bad news … attempt[s] to relabel a *sufficient* condition as a *necessary* one." (Emphases in original.)

[24] The event studies I employ here are consistent with my own published work (David Tabak and Frederick Dunbar, in *Litigation Services Handbook, The Role of the Financial Expert* (3d ed. 2001)).

[25] Ideally, one wants to define news as material, new, unexpected information. Other news may be consistent with prior expectations and should not be expected to cause a change in a stock's price.

news and non-news days, and then compares the results of those two analyses. This is the same idea behind a medical study that has a control group and a treatment group. Here, the control group (i.e., the group not receiving treatment) consists of the "non-news days" while the treatment group consists of the "news days." Establishing two such groups is necessary because even if the market for a stock were not efficient, there would generally still be some news days that were randomly associated with stock price movements. Selecting a few examples of such instances and claiming to have thereby found an association between news and stock price movements would be clearly incorrect.[26] Conversely, even in an efficient market, one would not expect every news day to be associated with a stock price movement;[27] again, selecting a few examples and declaring the absence of an association between news and price movement is just as clearly incorrect.

34. Another relevant consideration in this analysis is to recognize that we typically cannot use the news and price movement at the end of a class period in an analysis of

---

[26] For example, if such a methodology were valid, one could identify several people with blue eyes who are right-handed and then claim to have "found" an association between blue eyes and right-handedness. One could also, under the same methodology, identify several left-handed blue-eyed people and also claim to have "found" an association between blue eyes and left-handedness. A description of the method of analysis I use here is found in Paul Ferrillo, Frederick Dunbar, and David Tabak, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs in Fraud-on-the-Market Cases," 78 *St. John's L. Rev.* 81, 120-21 (2004). This methodology was recently cited as a basis for a test of market efficiency in a peer-reviewed article (Miguel O. Villanueva and Steven Feinstein, "Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer/Krogman* Factors," *Review of Quantitative Finance and Accounting* (2021): 57:203-234) and was extensively debated, and accepted by the court, in a case in which I served as an expert for plaintiffs, *In re Teva Securities Litigation*, No. 3:17-cv-558 (SRU) , 2021 WL 872156, at *27 (D. Conn. Mar. 9, 2021), with that court finding that "[n]umerous courts have accepted the FDT Test (or a similar comparative test) as a sound statistical method" and listing eight such cases.

[27] See, for example, Boudoukh, Jacob, Ronen Feldman, Shimon Kogan, and Matthew Richardson, "Information, Trading, and Volatility: Evidence from Firm-Specific News," *The Review of Financial Studies* 32.3 (2019): 992-1033, p. 1004.

market efficiency. This is because most class periods are chosen to end with a news event corresponding with a large stock price decline. Defining our analysis period to include such a date would result in an improper bias toward finding an association between news and stock price movements.[28] Thus, I end the analysis on January 19, 2017, the last trading day before the price movement associated with the end of the Class Period.

35. As noted above, the test of a stock price's response to news depends on classifying days into news days and non-news days. If not performed carefully, this classification may be somewhat subjective. Thus, one generally wishes to use an objective measure of news, or at least one where any subjective decisions have been made by others who are not part of the analysis of market efficiency.[29] My standard procedure is to undertake analyses that minimize any possible subjectivity on my part as to which "news days" were selected for examination by first defining news days as days with Qualcomm earnings announcements. Many experts limit their analysis to the study of earnings announcements, and I believe that such an analysis is sufficient to demonstrate (if the results are in favor) market efficiency.

---

[28] One would also want to exclude the first day of a class period if it were chosen because of news causing a large increase in the stock price. Here, there does not seem to be evidence that the initial day of the Class Period was chosen because of a stock price increase, but rather was chosen because of the alleged misrepresentations on that day. Assuming that the class period is continuous, then only the first and last dates could present an issue, as they define the range of dates to be considered in the analysis. Intermediate disclosure dates, like all other dates in the Class Period, would still be included in the analysis whether they were deemed to be partial disclosures or not once the initial and end dates of the Class Period have been determined.

[29] See, for example, *In re Countrywide Financial Corporation Securities Litigation*, 273 F.R.D. 586, 618 (C.D. Cal. 2009) ("It should be obvious, even to those without a background in statistics or econometrics, that the events for study should be selected using criteria that are as objective as possible. Further, those criteria should be determined before looking at the result to be studied (here, stock returns). Relatedly, unless the expert uses articulable objective criteria, it is difficult to evaluate the probative value of expert evidence without evaluating also the expert's own credibility."). See also *Teva*, at *33.

36. Because news about a company can arrive on days other than earnings-announcement dates, defining news days as days with earnings announcements represents an overly restrictive definition of "news days," and results in comparing (1) a set of particular news days with (2) a mixed set composed of both non-news days and days that would (but for the restrictive definition) be considered news days. Because the second set of days has a mix of types of days, this will tend to make it harder for a comparison of (1) and (2) to show that Qualcomm's stock price responded to news.[30] Therefore, because such an analysis is biased against finding market efficiency, a negative result would not necessarily discredit a finding that a stock's price reacts in a statistically significantly different fashion on earnings-announcement versus non-earnings-announcement days.

37. Although an analysis of earnings-announcement days is often considered sufficient to demonstrate market efficiency (if the evidence supports that conclusion), I performed another analysis with five broader sets of news days, in which I define news days as days with stories published by the *Dow Jones Newswires*. First, I limited news stories to those that have references relevant to "Qualcomm Incorporated" as a company (a "Company Search" is an option in Factiva that picks up stories characterized by

[30] To see this, imagine that Qualcomm's stock price moved by ten percent on news days and by zero on non-news days. If we had perfectly identified news days and non-news days, we would be comparing a set of days with an average price movement of ten percent to another set of days with an average price movement of zero. Because the second set of days includes some news days, we may wind up comparing a set of days with an average stock price movement of ten percent (some of the news days) to some positive figure such as five percent (if half of the second set consisted of news days). Thus, rather than a difference of ten percentage points, the difference would be only five percentage points, making it harder to prove that there is a meaningful difference between the two figures. One should note that under some circumstances (e.g., if non-earnings news has a very small impact on prices), grouping those with non-news days may make the average price impact of the remaining news stories on news days greater, which could aid in reaching a correct finding that a stock responds to earnings news.

Factiva as related to Qualcomm).[31] Second, I considered only those stories from this group that occurred outside of trading hours on the Nasdaq stock exchange (i.e., before 9:30 a.m. and at or after 4 p.m. Eastern time), to reduce concerns that large intraday price movements during trading hours may be leading to news stories being published on those days.[32] Third, I ran the news search for mentions of "Qualcomm" in the headline or lead paragraph of the news article (a "Text Search"), including both stories during and outside of market hours.[33] Fourth, as I did with the second set of news stories, I limited this third set of stories to those that occurred outside of Nasdaq exchange trading hours. Finally, I looked at the last set of news days (i.e., stories published outside of market hours based on the "Text Search" of Qualcomm) and took the ten percent of days with the highest number of such news stories, as that would be a proxy for more material news.[34] (I do

[31] If a news story came out before 4 p.m. Eastern time (i.e., before the close of trading), that day was characterized as a news day. If the story occurred at or after 4 p.m. Eastern time but before midnight, or occurred on a non-trading day, then the following trading day was characterized as a news day. If a news story was merely commenting on trading behavior, such as Qualcomm's stock order imbalance, or Qualcomm's stock-price movement, it would be excluded.

[32] This is mostly a theoretical concern. See Boudoukh, Jacob, Ronen Feldman, Shimon Kogan, and Matthew Richardson, "Information, Trading, and Volatility: Evidence from Firm-Specific News," The Review of Financial Studies 32.3 (2019): 992-1033), p. 1004. ("[W]e observe very little evidence of extreme price changes on news days when we cannot identify a specific event tied to the news: only 0.5% more than the expected fraction of our defined 'extreme' days. Ex ante, one might have imagined that large price moves would have generated 'news' stories, but this result shows no mechanical relation between news and firm volatility.")

[33] References to "Qualcomm Incorporated" would be picked up by the search term "Qualcomm" as that search term is a sequential portion of the full name of the Qualcomm Incorporated.

[34] The academic field of "content analysis" suggests that more material news will be reported more (e.g., by additional news sources or by repetitions of the same news in the same or different sources). Thus, the number of news stories on a day is a proxy for the materiality of news. This concept has been used in the analysis of price response to news, with, for example, a peer-reviewed article that looked at price response to news across different countries, stating, "Panel A in Figure 2 shows that most developed markets are to the left with a greater fraction of return volatility 'explained' by news days
(continued)

not include results for the top 10% of news days from the second set, as the "Text Search" provided fewer results than the "Company Search," and thus 10% of that category would be a more restrictive set of news dates.)

38. Exhibit 8a compares (A) the percentage of news days within the Class Period that are associated with statistically significant market-adjusted stock price movements with (B) the percentage of days in the control period of non-news days that are associated with statistically significant market-adjusted stock price movements. The first row in Exhibit 8a was run using the definition of news days as days with Qualcomm earnings announcements. The second row was run with news days defined as those that Factiva tagged as relevant to Qualcomm (i.e., a "Company Search"), with the third row being the subset of those outside of Nasdaq trading hours.[35] The fourth row is based on text searches in lead paragraphs and headlines for "Qualcomm" (i.e., a "Text Search"), with the fifth row being the subset of those outside of Nasdaq trading hours.[36] Finally, the sixth row shows the top 10% of news days from the fifth row.

39. As seen in the first row of Exhibit 8a ("Earnings Dates"), in the Class Period, when I limit the definition of news days to earnings announcements and examine the common stock, 75.0% of the news days are associated with a statistically significant stock price movement, while only 4.8% of the non-news days are associated with a

---

and article counts on those news days." (Griffin, John M., Nicholas H. Hirschey, and Patrick J. Kelly, "How Important Is the Financial Media in Global Markets?" *The Review of Financial Studies* 24.12 (2011): 3941-3992, p. 3964.)

[35] Twelve days where the only news about Qualcomm was reporting on Qualcomm order imbalances at the open or close were excluded from this news category as those represent days where the news was in response to Qualcomm trading activity (or attempted trading activity), not Qualcomm stock prices responding to news. Exhibit 8d (Company Search) provides a list of those days.

[36] 54 days where the only news about Qualcomm was reporting on Qualcomm order imbalances at the open or close were excluded from this news category as those represent days where the news was in response to Qualcomm trading activity (or attempted trading activity), not Qualcomm stock prices responding to news. Exhibit 8d (Text Search) provides a list of those days.

statistically significant stock price movement. Thus, statistically significant returns were more than 15 times as likely to be observed on earnings-announcement days as on other days. The difference between these two percentages is statistically significant at the commonly used 5% level and the stricter 1% level.[37] The standard level of statistical significance for tests in financial economics is the five-percent level, meaning that there is only a five percent chance that a result as strong as or stronger than the one observed in the data would appear if the market did not react to news. This means that we consider results to be statistically significant if they have a false-positive error rate (i.e., a finding of a reaction to news when no such reaction exists) of five percent or less.

40. In the second row of Exhibit 8a ("All New Stories" in the Company Search category), where news days are defined as stories published in the *Dow Jones Newswires* that Factiva tags as relevant to Qualcomm, we see that in the Class Period, 7.4% of the news days are associated with a statistically significant stock price movement in the stock, while 3.2% of the non-news days are associated with a statistically significant price movement. The difference in these results is statistically significant at both the standard five-percent level and the stricter one-percent level.[38] When this category is limited to

[37] The test is run by comparing the proportions of the news and non-news days with statistically significant returns. A test of proportions implicitly assumes equal variances under the null hypothesis, an update in methodology that I have used in prior cases relative to that used in a publication I co-authored in 2004 (Paul Ferrillo, Frederick Dunbar, and David Tabak, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs in Fraud-on-the-Market Cases," 78 *St. John's L. Rev.* 81 (2004).)

[38] It is worth noting that there is no meaningful benchmark for the percent of news days that should be associated with a statistically significant return. As the definition of news days becomes looser (i.e., less likely to be material new information), then the expected percent of such days associated with a statistically significant return should fall. That is, many news stories may not contain material new information because the news is expected or is not material to Qualcomm. For example, new product introductions or improvements may be partially or fully expected or may not be large in financial terms relative to the size of the company. In addition, the results presented are based on the five-percent significance level. The use of a more or less stringent significance level would result in fewer or more price movements, respectively, passing the test of
(continued)

those stories outside of market hours, shown in the third row of Exhibit 8a, 7.8% of the news days are associated with a statistically significant return, as are 3.5% of the non-news days. The difference in these results is statistically significant at both the standard five-percent level and the stricter one-percent level.

41. For the fourth through sixth rows of Exhibit 8a, I identified news stories based on a Text Search. The fourth row identifies as news days any day with an identified news story, while the fifth row identifies as a news day only days where a news story was published outside of market hours. In both cases, the difference in the percentage of news days associated with a statistically significant return and non-news days associated with a statistically significant return was itself statistically significant at both the five-percent and one-percent significance levels. As one additional test of market efficiency, I defined as relevant news days only the top 10% of days in the fifth row, where the days were sorted by the number of news stories identified in the Text Search that were published outside of market hours.[39] This again results in a difference in the percentage of news days and non-news days associated with a statistically significant return itself being significant at both the five-percent and one-percent significance levels.

42. Next, I reran the analyses by running the market model not over the one year before the Class Period but six separate times, over calendar years 2011 through 2016, to create the predicted returns for dates in calendar years 2012 through 2017 (e.g., the

---

statistical significance. Given the variability of both the definition of news and of statistical significance, there is no reason to expect any particular percentage of news days to be associated with statistically significant returns. In other words, what matters is the comparison of statistically significant price movements on news versus non-news days, not the absolute proportion of statistically significant price movements in either group.

[39] In other words, for each of the 570 news days in the fifth row, I identified the number of news stories picked up in the Text Search that were published outside of market hours. I then sorted the 570 days by that number and selected the top 10% of those days. Because multiple days had the same number of news stories, this resulted in 56 days being counted as in the top 10% rather than 57 days.

predicted return for a date in 2017 was determined by the market model run over calendar year 2016). This set of analyses allows the parameters of the market model to update over time to account for changing relationships between Qualcomm's stock and the index as well as for company-specific volatility in Qualcomm's stock price. The results, shown in Exhibits 8a-calendar and 8b-calendar, are qualitatively the same as the original results—only one of the measures of statistical significance changes (i.e., all results are still statistically significant at the five-percent significance level, with five of the six still being statistically significant at the more stringent one-percent significance level).

43. The market model (i.e., the statistical analysis that I employed as part of my event study to control for the effect of general market factors on Qualcomm's stock) used the S&P North American Technology Sector Index as a proxy for the relevant industry and market effects and is presented in Exhibit 8b. As set forth in Exhibit 8b, the R-squared, a measure of how well movements in the chosen index relate to movements in Qualcomm's stock price was 74.14%, or 0.7414, higher than the values that I have typically observed in similar analyses.[40]

44. The tests of stock price response to news, the *Cammer* factor that most directly tests market efficiency, provide strong evidence that Qualcomm's stock price responded to material new information. All six tests provide evidence in favor of efficiency, with Qualcomm's stock price passing each by demonstrating statistically significant results. I obtain similar results when changing the estimation period for the market model, providing a robustness check on the analyses. In summary, there is very strong evidence

---

[40] As Qualcomm was a member of the S&P North American Technology Sector Index, that index was reconstituted to show returns as if Qualcomm was not a member.

To the extent that a different market model would provide a better explanation of Qualcomm's stock price movements in the absence of news (i.e., if Qualcomm's stock price movements were more correlated with an index or indices used in a different market model), then my analysis has understated the results of this test of market efficiency. That is, because a better model would result in data with less noise, the differences in returns on news days and non-news days would likely be sharper and more easily identifiable through statistical analysis.

that Qualcomm's stock price responded to new information during the Class Period, as it demonstrated evidence of such a response with definitions of news that did not strongly address materiality and then demonstrated even stronger evidence of such a response when the news was filtered to be more likely to be material.

***(6) Trading on a Major Securities Market***

45. The court in *DVI II*, citing prior case law, stated on page 634, "Securities markets like the NYSE and the NASDAQ are 'open and developed,' ... and are therefore 'well suited for application of the fraud on the market theory,'…. Accordingly, the listing of a security on a major exchange such as the NYSE or the NASDAQ weighs in favor of a finding of market efficiency." That is, major securities markets, such as the Nasdaq, have mechanisms in place to ensure conditions such as the rapid dissemination of price and volume information that allow investors to trade easily and with reliable information about recent trading. Market participants are then better able to spot any potential deviations of the stock price from an efficient value and move to quickly eliminate any such inefficiencies. Qualcomm's stock traded on the Nasdaq exchange during the Class Period and therefore satisfies this criterion, supporting a finding of market efficiency.

***(7) Market Capitalization***

46. A large market capitalization is another factor that courts have found to weigh in favor of finding an efficient market for common stock. As noted previously, Exhibit 7 shows Qualcomm's market capitalization over the Class Period. Qualcomm's market capitalization over the Class Period was always at least $64 billion. The $64 billion figure exceeded the market capitalization of more than 98% of the members of the Russell 3000 Index which itself is composed of 3,000 of the largest stocks traded in the United States.[41]

[41] Members of the Russell 3000 Index determined as of January 31, 2012, the day before the start of the Class Period.

47. The large capitalization means that there would have been opportunities for investors to make large profits if there were any apparent mispricing, thus providing an incentive for investors to carefully analyze news and information about Qualcomm. This conclusion supports a finding of market efficiency for Qualcomm's common stock.

***(8) Bid-Ask Spread***

48. A narrow bid-ask spread can provide evidence regarding market efficiency because the spread provides information about the cost of arbitrage. A narrow spread supports a finding of market efficiency because it means that those costs are lower. Market makers typically work to keep a market functioning by being continuously willing to buy at a certain price (the bid) and to sell at another price (the ask). Market makers make a profit by keeping the bid price below the ask. For example, if the bid is $20.00, the ask may be $20.50. If a market maker receives one market order to buy and one to sell, it buys at $20.00 from the seller and sells at $20.50 to the purchaser. The market maker's gross profit of $0.50 is reduced by the costs of maintaining an inventory of securities (in case there are more buyers than sellers) and the other costs of running a market-making operation. While the market maker earns $0.50 in this transaction, an arbitrageur who thinks that a stock is undervalued would pay $0.50 on their round-trip transaction, hoping that between the purchase and sale times the stock rises by more than this amount. Thus, the spread between the bid and ask represents the cost of arbitrage, and thus equals a degree of mispricing that arbitrageurs may not seek to exploit because doing so will be unprofitable after taking into account the arbitrageur's transaction costs.[42]

49. Exhibit 9 shows the daily bid-ask spread for Qualcomm's stock for each trading day in the Class Period. The bid-ask spread averaged 0.02% of the same-day's closing price over the Class Period. In dollar terms, the bid-ask spread typically was only $0.01

---

[42] In reality, arbitrageurs may be able to trade "between the quotes" and not pay the full bid-ask spread. However, it is still generally true that the larger the bid-ask spread, the larger are the expected costs of arbitrage activities.

(the smallest possible amount for a security with bids and asks in levels denominated to the penny[43]) and only eight times (out of over 1200 trading days in the class period) exceeded $0.03 (rounded to two decimal places when necessary). This low figure indicates that, on average, it would be profitable (in expectation) for investors to trade in Qualcomm stock if they felt that it was mispriced by as little as 0.02%. This low level of the bid-ask spread supports a finding that arbitrageurs would have an incentive to trade on any perceived mispricing, and therefore would have an incentive to undertake the activities that lead to a stock trading in an efficient market, supporting a finding of market efficiency.

***(9) Float***

50. Courts have considered the size of an issuer's float (i.e., the shares outstanding not held by insiders) as another indicator of efficiency for the issuer's common stock. A larger float suggests greater liquidity for shares, making it easier to purchase and sell shares in the market. Exhibit 7 shows the float in Qualcomm's stock, or the shares not held by insiders. Courts have often found that a float representing a large percentage of the shares outstanding is an indicator of efficiency.[44] This would be true because investors are only able to trade shares that are in the float. Thus, investors' ability to profit from any apparent mispricing, and their incentives to examine a company's stock price and news about the company, will be related to the number of shares that they can attempt to trade in order to make potential profits. Over the Class Period, Qualcomm's float averaged over 99% of the shares outstanding, indicating a high level of float that strongly supports a finding of efficiency.

---

[43] Qualcomm's closing bids and asks were nearly always at exact cent amounts (i.e., did not contain fractions of a cent) during the Class Period.

[44] See, for example, *Krogman* 202 F.R.D. 467, p. 474.

***(10) Autocorrelation***

51. A final test of market efficiency is whether there is autocorrelation in Qualcomm's stock prices, or whether there is a predictable statistical pattern of positive and negative changes in those prices.[45] For example, if a price rises on Monday, then if the market were able to predict that the stock was more likely to move in the same direction (i.e., rise) than move in the opposite direction on Tuesday, there would be evidence of positive autocorrelation. Similarly, if the market were able to predict that on Tuesday the stock price would move in the opposite direction of its movement on Monday, there would be evidence of negative autocorrelation. Evidence of autocorrelation would be an indicator counter to market efficiency and would invite the question of how severe that violation of market efficiency would be. In particular, persistent autocorrelation beyond transaction costs would represent a potential failure of investors to exploit profit opportunities in the stock, suggesting that investors may not be properly analyzing the company's stock price movements.

52. In Exhibit 10a, I show the measure of first-degree, or one-day, autocorrelation in Qualcomm's stock for the Class Period, and, per my standard practice, for each partial or full year within the Class Period. When first-degree autocorrelation is present, then the size and direction of the price movement of a security on one day can be statistically estimated (though, of course, not precisely, but with some degree of uncertainty) in advance based on the size and direction of the security's price movement on the prior trading day. As can be seen, there is no statistically significant degree of autocorrelation at the standard 5% level in the stock over the Class Period or in any individual year (or portion of year for 2012 and 2017) in the Class Period.

---

[45] Autocorrelation, also known as serial correlation, is discussed as a test of potential market efficiency in Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 1970. ("More of the literature has, however, been concerned with tests of serial covariances of returns." p. 391.)

53. A second way to examine autocorrelation that it is my regular practice to employ is by means of what is called a "runs test."[46] To see how such a test works, imagine flipping a coin N times. We would expect that if the coin were unbiased it would sometimes come up heads and sometimes tails; sometimes there may be a single head followed by tails, and sometimes there may be a string of heads in a row. Suppose first that in running this experiment the coin switched back and forth between heads and tails on every flip. Then the number of runs in the N flips would also be N, as every single flip would start a new run of heads or tails. This would be a form of negative autocorrelation because a result in one direction would indicate that we should expect the next result to be in the other direction. Now suppose instead that the first N/2 flips were heads and the second N/2 flips were tails. In this case, we have only two runs, one of heads and one of tails. This would be a form of positive autocorrelation, because with one exception right in the middle, one could always predict a flip of the coin by assuming that it would be the same as the last flip. Probability theory allows us to show that a fair coin would have approximately N/2 runs. Probability theory also lets us determine how many runs represent a statistically significant deviation from this expected number of runs.

54. This theory has been applied to stock price movements by examining the number of runs of increases or decreases in the stock price during some time period.[47] If the

---

[46] See, for example, footnote 15 of Prof. Fama's 1970 paper. ("For the daily price changes, the actual number of runs of price changes of the same sign is less than the expected number for 26 out of 30 stocks. Moreover, of the eight stocks for which the actual number of runs is more than two standard errors less than the expected number [i.e., is statistically significant at the five-percent level], five of the same stocks have positive daily, first order serial correlations in Table 1 that are more than twice their standard errors [i.e., are statistically significant at the five-percent level]. But in both cases the statistical 'significance' of the results is largely a reflection of the large sample sizes.")

[47] The analysis is actually run comparing the number of runs of returns, or percentage price changes, above and below the median return. Because stock prices tend to have a median return of around zero, for present purposes one can imagine looking at runs of positive and negative returns.

number of runs is sufficiently small, there is evidence of positive autocorrelation while if the number of runs is sufficiently large, there is evidence of negative autocorrelation. The number of runs needed to result in a statistically significant deviation from the results of an unpredictable outcome can be determined by the use of probability and statistical theory. One of the benefits of a runs test is that a single event will not have an outsized effect on the results.

55. The results of the runs test similarly point very strongly toward a lack of autocorrelation, which weighs in favor of a finding of efficiency. As shown in Exhibit 10b, there is no statistically significant autocorrelation over the Class Period. There is also no statistically significant autocorrelation at the 5% level in any year (or portion of a year) within the Class Period except for 2017, when there are only 12 trading days because the Class Period ended in January of that year. Of the six full or partial years within the Class Period, the runs test would show positive autocorrelation in three and negative autocorrelation in three (again, with only the 12 trading days in 2017 yielding a statistically significant finding). The different results in the subperiods within the Class Period indicate a lack of any sustained form of autocorrelation, further supporting the view that the 2017 results from just 12 trading days are not meaningful.

56. Thus, using two types of tests of autocorrelation (i.e., runs tests and tests based on magnitudes of stock price returns), the results point toward an efficient market.

***(11) Summary***

57. The above analyses indicate that Qualcomm's common stock traded in an efficient market. The market for Qualcomm's common stock shows clear evidence of efficiency under all five *Cammer* tests. It also does extremely well on the *Krogman* tests. Adding my tests for autocorrelation, I find additional evidence supportive of a finding of market efficiency. Viewed as a whole, the evidence strongly supports a finding of market efficiency for Qualcomm's common stock during the Class Period.

## VI. Loss Causation and Damages

58. In this section, I examine loss causation and calculate inflation per share and damages under two different assumptions. While I assume that liability will be found in each damages scenario, in the first, I assume that the finder of fact determines that Qualcomm's bundling and other practices challenged by the KFTC, EC, Taiwan FTC, FTC, and/or Apple were part of an interwoven course of conduct. As discussed below, under this scenario, the entirety of the negative price reactions associated with the alleged corrective disclosures are attributable to Qualcomm's bundling. As such, in this scenario, one need not disaggregate the effects of news related to Qualcomm's bundling-related practices from news of other, interrelated allegations.

59. In the second scenario, I assume that the finder of fact determines that the news related to Qualcomm's bundling and other challenged practices were not part of an interwoven course of conduct. In this scenario, I disaggregate the effects of the two sets of news (i.e., news related to the bundling practices and news related to the other challenged practices) via a methodology known as "content analysis." As discussed below, I provide both a best estimate of the disaggregation as well as a conservative estimate (i.e., an estimate that makes assumptions that will understate the amount of inflation in Qualcomm's stock price).

60. Finally, should the finder of fact find that Scenario I applies to some alleged corrective disclosure(s) and Scenario II applies to another or to others, they can select the relevant inflation figure for each alleged corrective disclosure to build an inflation series over the Class Period that is a combination of Scenarios I and II.

### A. *Loss Causation*

61. I have been asked by counsel for Plaintiffs to consider whether the economic evidence supports a finding of loss causation as I understand that concept from the Ninth Circuit's decision in *Mineworkers' Pension Scheme v. First Solar Inc.*, 881 F.3d 750 (9th Cir. 2018). To be clear, I am not offering any legal opinion on that decision, but merely applying my understanding of it to the facts of this case as they relate to my two damages analyses. *First Solar* states on page 753:

> To prove loss causation, plaintiffs need only show a "causal connection" between the fraud and the loss, *Nuveen*, 730 F.3d at 1119; *Daou*, 411 F.3d at 1025, by tracing the loss back to "the very facts about which the defendant lied," *Nuveen*, 730 F.3d at 1120. "Disclosure of the fraud is not a sine qua non of loss causation, which may be shown even where the alleged fraud is not necessarily revealed prior to the economic loss."

62. Should the finder of fact determine that Qualcomm's bundling and other challenged practices were part of an interwoven course of conduct (i.e., Scenario I of my damages analyses), then there is a causal connection between the disclosures at issue of the regulatory actions and Apple lawsuit and the very facts about which Qualcomm is alleged to have lied (i.e., the bundling allegations). In contrast, should the finder of fact determine that the bundling and other challenged practices were not part of an interwoven course of conduct (i.e., Scenario II of my damages analysis), then there is a causal connection between the disclosure of the *portions* of these regulatory actions and the Apple lawsuit *related to bunding* and the very facts about which Qualcomm is alleged to have lied.

63. It is my understanding that these conclusions would be consistent with *First Solar*, in which the Ninth Circuit explained one of its previous rulings finding loss causation: "In *Lloyd*, the plaintiffs pleaded loss causation by alleging that defendant CVB's fraudulent conduct led to a subpoena, and that when the market learned of the subpoena, the stock price dropped as a market reaction."[48] In the current case, it is my understanding that Plaintiffs are alleging that Qualcomm's allegedly fraudulent conduct led to certain regulatory actions and the Apple lawsuit, and that when the market learned of these actions, Qualcomm's stock price dropped as a market reaction. However, as noted above, I divide this up into two scenarios, one in which the bundling practices are not separable from any of the other challenged practices that led to the regulatory actions and the Apple lawsuit (Scenario I) and one in which the bundling practices may be considered separate from the other issues raised by the regulatory actions and the Apple lawsuit (Scenario II).

[48] *First Solar* at *753.

### *B. Scenario I: Bundling and Other Practices as Part of an Interwoven Course of Conduct*

64. Under my first scenario for calculating damages, I assume that the finder of fact will determine that Qualcomm's bundling and other challenged practices were part of an interwoven course of conduct that led to the regulatory actions and the Apple lawsuit.

65. If the finder of fact agrees with the assumptions above, then any reductions in Qualcomm's stock price associated with the corrective disclosures regarding the regulatory actions and the Apple lawsuit are ultimately tied back to Qualcomm's bundling. I examine that in Exhibits 11a and 11b (with a summary of the relevant market models shown in Exhibit 11c), by comparing Qualcomm's stock-price reaction on each of the four alleged corrective-disclosure dates to those of twenty-four other companies that Defendants' expert Bruce G. Bernstein stated "continue to license their 3G and 4G SEPs at the device level and use the device price as the royalty base[.]"[49]

66. As seen in Exhibits 11a and 11b, there were very few instances of the other device-level licensing companies experiencing statistically significantly negative declines across the four alleged corrective-disclosure dates. The possible explanations for this are either that (1) any new information released on those dates was Qualcomm-specific and had no implications for the licensing industry generally and/or (2) Qualcomm has supernormal profits in licensing and any industry-related licensing news had an effect on Qualcomm but not on other device-level licensors. Turning to the first of these two potential explanations, it is my understanding that the Class Cert Order has already held that news about Qualcomm's licensing practices had already been in the market before the alleged corrective-disclosure dates. Thus, any new information was either about Qualcomm's undisclosed bundling practices or about decisions by regulators or Apple to take specific actions against Qualcomm. However, to the extent that regulators were attacking Qualcomm's device-level marketing practices, such actions would be expected

[49] Expert Declaration of Bruce G. Bernstein dated July 22, 2022, footnote 7, quoting and taking the list of companies from *Licensing Practices That Drive The Cellular Communications Industry*.

to also have implications for other device-level licensors. Thus, such actions would not fall under explanation (1) above. Similarly, while Apple filed a lawsuit specifically against Qualcomm, the implications for that lawsuit also dealt with Qualcomm's bundling practices or else would ultimately be expected to have implications for all device-level licensors. Thus, under explanation (1), all of the new information relates directly to Qualcomm's bundling practices and is a potential source of damages.

67. Under explanation (2) above, the regulatory actions and Apple lawsuit did have implications for all device-level licensors, but those implications were relatively immaterial, as demonstrated by the price reactions shown in Exhibits 11a and 11b. As noted above, it is my understanding that Plaintiffs will attempt to demonstrate that Qualcomm was different (i.e., more financially exposed to the potential loss of the ability to license at the device level at the rates it did) because of its bundling practices. Thus, under explanation (2), the cause of Qualcomm's stock-price decline (if Plaintiffs' argument is accepted) ultimately relates back to bundling. Moreover, under Plaintiffs' argument, the reason for the regulatory and Apple actions is also dependent on how Qualcomm's bundling and other challenged practices were part of a combined strategy and course of action. In fact, had that not been the case, meaning that if bundling did not allow Qualcomm to achieve supercompetitive profits, there would be a much-reduced, if any, reason for regulators and Apple to challenge Qualcomm's licensing practices as well as a much-reduced, if any, reason to challenge Qualcomm specifically on its device-level licensing industry practices.

68. It is my understanding that if the reason for the news relates to the bundling allegations and the cause of the stock-price decline following the news relates to the bundling allegations, then there is no need to disaggregate the stock-price declines. In that case, if the finder of fact agrees with the arguments put forth by Plaintiffs, this subsection provides the complete damages analysis; if not, then this subsection provides the undisaggregated inflation figures and the following subsection provides the relevant disaggregation analysis.

69. In the Tabak Class Cert Report, I presented market models, which are statistical analyses of the relationship, in this case, between Qualcomm's stock-price movements and those of an industry index in Exhibits 8b and 8b-calendar of that report and discussed in ¶43 of this report and presented again as Exhibits 8b and 8b-calendar of this report. Defendants did not challenge these market models or the event-study results based on those market models in the class-certification stage of this litigation. For my damages analysis, I will use the results of the event studies on the alleged corrective-disclosure dates from those market models for my damages analysis.[50]

70. Exhibits 12a and 12b show the results of the event studies for the four alleged corrective-disclosure dates using the market models from Exhibits 8b and 8b-calendar from the Tabak Class Cert Report, respectively. Exhibit 12c then shows the smaller price decline (i.e., the smaller in absolute magnitude) from the two event studies for each of those four dates, with these figures serving as the starting point for my inflation and damages analyses. By taking the smaller of the two price reactions (rather than, for example, the average) I provide a degree of conservatism that limits potential damages.

71. Next, I consider the fact that two of the announcements on the alleged corrective-disclosure dates were made during market hours. In Exhibit 13, I show, for each of those two alleged corrective-disclosure dates, the time of the first relevant announcement, the percentage of Qualcomm's close-to-close price change from the prior trading day to the announcement day that occurred after the first announcement, and the percentage of the Technology Select Sector SPDR Fund's change calculated in the same manner. I then calculate (a) Qualcomm's market-adjusted return from Exhibit 12c times the Qualcomm percentage less (b) the market adjustment in the event study (i.e., Qualcomm's market-adjusted price reaction less Qualcomm's raw price reaction) times the Technology Select Sector SPDR Fund's percentage to determine the intraday-adjusted Qualcomm price

[50] I reserve the right to respond to any challenges or alternatives that Defendants may bring to the market models and resultant event studies should they do so, including by introducing new market models and event studies.

decline for each of the two alleged corrective disclosure dates on the trading day including the alleged corrective disclosure. If this is greater in absolute magnitude than the total Qualcomm price decline for that day, I conservatively limit the figure to the close-to-close Qualcomm log price decline. If the price reaction continues for an additional day, I then add that additional day's price decline to the first-day figure. The results of these calculations, including the intraday-adjusted price reactions, are shown in Exhibit 13.

72. Finally, there were two European Commission Statements of Objections released on the December 8, 2015 disclosure date. While one of the EC investigations is alleged to relate to the bundling practices at issue in this matter, the other was described by analysts at Bernstein, in part quoting from Qualcomm's press release as alleging that Qualcomm "'… sold chipsets below cost with the aim of forcing its competitor Icera out of the market…' (note that Icera was subsequently purchased by Nvidia, who has since effectively shuttered it)."[51] As the conduct at issue in the second EC Statement of Objections concerned a practice that the EC stated occurred between 2009 and 2011, and thus would not affect ongoing operations, its effects can be estimated as any one-time penalties that Qualcomm might be expected to pay.[52] An upper bound on those penalties can be found in a December 8, 2015, Morgan Stanley analyst report that stated, "We think the likely outcomes of the EC investigation are relatively benign to Qualcomm, likely limited to a fine (up to 10% of its annual revenue) and potential ongoing monitoring of Qualcomm's chip pricing policies."[53] Exhibit 14 calculates the value of an

---

[51] "Quick Take - Qualcomm: EU Provides Details, Taiwan Joins the Party - Some Quick Thoughts," *Bernstein*, December 8, 2015.

[52] "Antitrust: Commission sends two Statements of Objections on exclusivity payments and predatory pricing to Qualcomm," *European Commission* (press release), December 8, 2015. ("The second Statement of Objections takes the preliminary view that between 2009 and 2011 Qualcomm engaged in 'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market.")

[53] "Latest Regulatory Investigations Look Benign," *Morgan Stanley*, December 8, 2015.

estimated fine of 10% of Qualcomm's annual revenue, using fiscal year 2015 revenue of $25.281 billion.[54] In fact, the actual fine imposed in 2019 was only $271.6 million, well under $2.528 billion (i.e., 10% of $25.281 billion, representing the upper bound of a fine of "up to 10% of annual revenue"). Even using this upper bound of $2.5281 billion, the after-tax effect on Qualcomm is only $1.36 per share. Subtracting this from the $2.92 price reaction shown in Exhibit 12c yields a (minimum) allegation-related component of $1.55 per share (with the apparent difference in the figures due to rounding).

73. Exhibit 15 then shows inflation per share over the different periods of the Class Period that are delineated by the start of the Class Period and each of the four alleged corrective-disclosure dates.

### *C. Scenario II: Bundling and Other Practices as Separate Issues*

74. This subsection covers the scenario in which the finder of fact does not accept Plaintiffs' argument that Qualcomm's bundling and other challenged practices were part of an interwoven course of conduct, as described above. In such a scenario, one would want to disaggregate the portion of the price reaction due to bundling issues from the portion due to other challenged issues. The starting point for this is the undisaggregated figures in Exhibit 15.

75. The disaggregation technique I apply here is known as "content analysis." Content analysis is a methodology used to study the importance placed on different texts such as news stories. In particular, the "*frequency* with which a symbol, idea, reference, or topic occurs in a stream of messages is taken to indicate the *importance of, attention*

---

[54] As the analyst report describes what it believes the "outcomes of the EC investigation are a fine" it is not clear whether the "estimated fine of 10% of Qualcomm's annual revenue" refers to two outcomes (and two fines) for two investigations or the combined outcome (and combined fine) of one combined investigation, in which case that full amount would not be attributable to the non-allegation-related investigation. To be conservative, I treat this as referring to two separate fines and thus may overestimate the effect of the confounding, non-allegation-related news and underestimate inflation and damages.

*to*, or *emphasis on* that symbol, idea, reference, or topic in the messages.”[55] At a minimum, this implies that terms that are cited more frequently than others have greater importance. A stronger conclusion is that the importance of a term is directly proportional to the frequency with which it appears in the data. This latter assumption may be considered to give a best estimate of the value of a term.

76. The academic literature has shown acceptance and support of this interpretation of the results of content analysis, with such acceptance and support, particularly of the proportionality conclusion, increasing over time.[56] For example, Kearney, Colm, and Sha Liu, “Textual sentiment in finance: A survey of methods and models,” *International Review of Financial Analysis* 33 (2014): 171-185 (“Kearney 2014”), which examines sentiment in time series, says that in “studies using the dictionary-based approach with the *GI* [a custom dictionary tool] or custom word lists and proportional weighting, the most common measure is the percentage of the number of words in a given sentiment category to the total number of words in the text[.]”[57] Here, because we are comparing

---

[55] Klaus Krippendorf, *Content Analysis: An Introduction to Its Methodology*, 2nd edition, 2004, p. 59. (Emphases in original.)

[56] There is also legal support for using content analysis for disaggregation purposes. See, for example, *Bricklayers and Trowel Trades v. Credit Suisse LLC*, 752 F.3d 82, 95 (1st Cir. 2014), noting that an expert “had tools at his disposal, such as intra-day trading analysis, to guide his analysis of confounding information.[12]” and footnote 12: stating that the expert “could also have used content analysis. *See, e.g., David Tabak, Making Assessments About Materiality Less Subjective Through the Use of Content Analysis* (2007), *available at* http://www.nera.com/67_5197.htm; Esther Bruegger & Frederick C. Dunbar, *Estimating Financial Fraud Damages with Response Coefficients,* 35 J. Corp. L. 11, 25 (2009) (‘“[C]ontent analysis” is now part of the tool kit for determining which among a number of simultaneous news events had effects on the stock price.’).”

[57] Kearney 2014, p. 176. Italics in original. For another recent review recognizing and endorsing word counts, see Lewis, Craig, and Steven Young, “Fad or future? Automated analysis of financial text and its implications for corporate reporting,” *Accounting and Business Research* 49.5 (2019): 587-615. (“The application of dictionary-based textual analysis is straightforward. Consider, for example, the assessment of a document’s tone. One first counts the number of positive or negative words based on a specific dictionary and then typically scales the counts to create word proportions.” (p. 598) and “[T]he
(continued)

"custom word lists" on the same date (four times), dividing both the bundling- and "other"-related counts by the same number of words in the text for each date would not affect the results.

77. For the actual analysis, Kearney 2014 states, "The most common approach has been to employ the linear regression model on time series data comprising general market-level sentiment and stock index performance."[58] Because I am not comparing changes in the value of sentiment or bundling- and other-related terms over time, I can simplify the "linear regression model" to simply associating the linear ratio of the bundling- and other -related terms (i.e., comparing ratio of the total counts of each) to the disaggregate Qualcomm's stock performance on each of the four alleged corrective-disclosure dates.

78. Kearney 2014 states, "The qualitative information that has been analyzed by textual sentiment researchers in finance comes predominantly from three sources: public corporate disclosures/filings, media articles and internet messages."[59] I choose to perform my content analyses of media articles because an analysis of corporate disclosures/filings is useful when studying many firms and not as useful when studying four individual firm-specific announcements separately, while Kearney (2014) points out that "because the online media tends to be open and unregulated, internet-expressed sentiment is likely to be noisier than corporation-expressed or media-expressed sentiment. It is also likely to contain little new information that is incremental to published public news. A large proportion of internet messages are written and posted by noise traders or uninformed investors who might be susceptible to particular opinions and sentiments, and their 'information' is likely to be less accurate or reliable."[60]

---

majority of mainstream financial reporting research uses simple content analysis techniques such as word counts[.]" (p. 604).)

[58] Kearney 2014, p. 177.

[59] Kearney 2014, p. 172.

[60] Kearney 2014, p. 174.

79. Within the set of media articles, Kearney 2014 notes that "news stories predominantly reflect hindsight rather than foresight. They are usually written about what has happened or what is scheduled to happen rather than what might happen in the future. In contrast, corporate disclosures such as the MD&A sections of 10-Ks, the transcripts of conference earnings calls, and analyst reports tend to contain more forward-looking statements. Sentiment in these narratives has more potential predictability on future outcomes such as firm performance and stock prices or returns."[61] Because I am concerned with analyzing how Qualcomm's stock price has reacted to news that has just happened rather than examining "potential predictability on future outcomes such as firm performance and stock prices or returns[,]" I analyze new stories rather than the other media sources described above.

80. In particular, I obtained a list of news stories that Factiva, a data vendor, has tagged as related to Qualcomm for each of the four alleged corrective-disclosure dates, in each case beginning with the date of the news announcement and continuing through the end date of the event window that I use to measure Qualcomm's stock-price reaction.

81. To create a custom word list, I reviewed the stories and identified words and word combinations that appeared to relate to both the bundling and the other challenged practices. Exhibit 17 shows three sets of words and word combinations: (1) those that appear to relate exclusively to bundling, (2) those that appear to relate exclusively to the other challenged practices, and (3) those that may be ambiguous. Exhibit 16 shows the raw counts of those words and word choices (i.e., counts where the occurrences have not yet been manually reviewed for relevance) for each of the four alleged corrective-disclosure dates. To the extent that one believes that there are other words or word combinations that should be added to the lists, they can extend the analysis to show results for any alternative set of words and word combinations.[62] Exhibit 16 lists ten

---

[61] Kearney 2014, p. 174.

[62] The words and word combinations are sorted from high to low in each of the three categories. The final entries for both the bundling and licensing categories each have a total of two entries across the four dates, suggesting that unless an important word or (continued)

entries for the bundling category, thirteen entries for the "other" category, and five entries for the ambiguous category.

82. My staff and I then manually reviewed each of the entries in Exhibit 16 in the actual news stories and color-coded them via highlighting as to whether they were correct references to the claimed practice (green), denials of the claimed practice or to the practice being an industry practices (red), old news such as references to previous regulatory actions related to a practice (blue), or ambiguous as to bundling or "other" (yellow). Appendices 1 through 4 to this report show the color-coded stories for each of the four disclosure days. Exhibit 17 then provides the counts for each of the non-zero color-coded categorization for each term in Exhibit 16.

83. Finally, Exhibit 18 provides four alternatives for parsing. My preferred parsing is in the first block, which considers the green (correct hits) and red (denials or references to industry practices as a form of countering allegations) counts for bundling divided by the total green and red counts for bundling and other practices. This follows the assumption that Qualcomm would not be making a denial of an allegation unless there was concern about that allegation. This parsing yields the following four percentages for the share of price movements on each of the four alleged corrective-disclosure dates: (1) November 17, 2015: 25.53%; (2) December 8, 2015: 35.80%; (3) January 17, 2021: 74.00%; and (4) January 20, 2017: 92.31%.

84. Next, I consider a parsing in which we consider just the green (correct hits) counts for each of the four alleged corrective-disclosure dates, which yields percentages as follows: (1) November 17, 2015: 35.29%; (2) December 8, 2015: 35.80%; (3) January 17, 2021: 78.72%; and (4) January 20, 2017: 91.71%.

85. One can assume that for the first two parsing analyses, the ambiguous terms were divided proportionally to the other terms considered, thereby not changing any of the percentages. This is, in fact, conservative, as the most common ambiguous term,

---

word combination was missed, adding additional, marginal entries (i.e., those that do not appear as frequently as those in the list) will not have a substantial effect on the counts.

monopol* (meaning words beginning with "monopol") almost certainly referred to Qualcomm's monopolization or near-monopolization of chips, which would matter only to the bundling allegations. I next consider two highly conservative analyses in which all of the ambiguous terms are treated as not being allegation-related. In other words, I include those counts in the denominators of the fractions (or percentages) calculated above but not in the numerators. Using both the green and red terms in the numerators, the four percentages become: (1) November 17, 2015: 20.00%; (2) December 8, 2015: 32.98%; (3) January 17, 2021: 41.11%; and (4) January 20, 2017: 72.87%. Using just the green terms in the numerators, the four percentages become: (1) November 17, 2015: 27.91%; (2) December 8, 2015: 32.98%; (3) January 17, 2021: 42.53%; and (4) January 20, 2017: 71.24%.

86. Exhibit 19 applies each of these four sets of percentages to the price reactions in Exhibit 13 (as modified by Exhibit 14 for the December 8, 2015 disclosure), and Exhibit 20 shows the four resultant inflation series.

## VII. POTENTIAL ADJUSTMENTS FOR PROCEEDINGS

87. Defendants have claimed that there is a "requirement to disentangle the stock price decline from the initiation of regulatory and litigation proceedings from the supposed disclosure within those proceedings of new factual information about Qualcomm's business practices."[63] It is my understanding that Plaintiffs will argue that this adjustment is not required as a matter of law. I take no position on any matters of law. I note, however, that to the extent that Defendants are attempting to distinguish the facts underlying the regulatory actions and Apple litigation from those actions and litigation themselves, it is my understanding that the Second Circuit recently accepted a district court's reliance on an argument that "an enforcement action is never going to get

[63] Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Class Certification, dated July 22, 2022, p. 35.

filed unless the misbehavior or alleged misbehavior occurred in the first place . . . [t]hat's why you can't separate them[.]"[64]

88. While I do not offer a legal opinion, the regulatory actions and Apple litigation depended on the underlying conduct occurring and either the actions and/or the litigation are legally considered inseparable from the underlying conduct in a manner that requires no disaggregation, or else if a disaggregation is required, that could be done by limiting the impact of the actions and litigation via the formula described below in this section.[65] As discussed below, Defendants have previously agreed with my formula, meaning that the only disagreement is what inputs to provide to calculate the results of that formula.

89. The relevant formula depends on two variables: $p_c$, the probability a fully informed market (i.e., one with complete information) would have assigned to the regulatory and legal actions, and $p_m$, the probability that the market actually assigned to the regulatory and legal actions. Specifically the price reaction would be scaled down by a factor of $(p_c - p_m)/(100\% - p_m)$, or the ratio of what the effect of disclosure would have been $(p_c - p_m)$ to the effect of what actually occurred $(100\% - p_m)$. For example, suppose that the market view of the likelihood of a regulatory action, $p_m$, was 10% but the fully informed view of the action, $p_c$, was 70%. If the regulatory action occurs, both views then update to 100%. The price response in the market is to the change from 10% to 100%, or 90 percentage points. In contrast, had the market been fully informed earlier, it would only have changed its view from 10% to 70%, or 60 percentage points. Thus, of the 90 percentage-point change in the market's view, only 60/90, or 66.67% of the change, is due to the market not previously being fully informed and 30/90, or 33.33% of the change, is due to the realization of the regulatory action. This 66.67% was, in fact,

---

[64] *Ark. Tchr. Ret. Sys. v. Goldman Sachs Grp., Inc*, --- F.4th ----, 2023 WL 5112157, at *13 (2d Cir. 2023).

[65] By applying the percentage in that formula to the entire price decline on a corrective disclosure, it also reduces any "direct" effect of the disclosure of the underlying conduct, even though that is not necessary. Thus, application of the formula is conservative in that when it reduces inflation, it does so by more than is necessary.

calculated per the formula $(p_c - p_m)/(100\% - p_m)$, or (70% - 10%)/(100% - 10%), or 60/90, or 66.67%.

90. This formula is identical to the analysis laid out by Defendants in pp. 20-21 of their Petition for Permission to Appeal, Pursuant to Rule 23(f) from an Order Granting Class Certification dated April 3, 2023.[66]

91. It is my understanding that if such an adjustment is required, Plaintiffs will argue that had the public been informed of the allegedly undisclosed bundling practices (including the payments to Apple and the related terms), there would have been an understanding that regulatory and legal actions of an overall magnitude similar to those that actually occurred would have been highly likely.[67] If one treats $p_c$ as 100%, the factor $(p_c - p_m)/(100\% - p_m)$ would equal $(100\% - p_m)/(100\% - p_m)$, or one, meaning that no adjustment would have to be made, even if such an adjustment is required at all. Instead, if one treats $p_c$ as some number less than 100%, and if such an adjustment is required, the inflation figures in Exhibits 13 and 14 for each of the four price declines can be adjusted by the factor $(p_c - p_m)/(100\% - p_m)$, where the probabilities may be specific to

---

[66] Counsel for Defendants initially misstated the way that such a formula would work in my deposition, and Defendants' new formulation of the formula corresponds to the answers I gave in my deposition. See Deposition of David Tabak, Ph.D., dated September 23, 2022, 172:16-175:21.

[67] This does not mean that the market would have anticipated the exact form of those regulatory or legal actions, much less the exact timing of them. In fact, the market could have believed that there would have been additional regulatory or legal actions that were not actually undertaken. The argument that Plaintiffs intend to make, per my understanding, is that had the allegedly undisclosed information regarding the bundling practices been made public, the public expectation would have been for regulatory and legal actions generally similar in potential impact on Qualcomm to those regulatory and legal actions announced over the course of the Class Period. In theory, to the extent that there was a probability of even more severe regulatory actions, the number used for $p_m$ could exceed 100%. However, as it is my understanding that damages are limited to losses actually suffered, to the extent that one employed this formula, I would limit $p_m$ to 100%.

each of the four disclosures. The finder of fact can then use the evidence presented to make its own determinations of $p_c$ and $p_m$ for each of the four disclosures.

92. The data in Exhibits 21a-e are relevant to a determination of $p_m$ in the formula above. Exhibits 21a-e are charts that show on a daily basis the number of news stories obtained from Factiva, a data vendor, that are tagged as relating to Qualcomm (with the tagging decision having previously been made by Factiva) and that also mention the KFTC (Exhibit 21a), the European Commission (Exhibit 21b), the Taiwan Fair Trade Commission, (Exhibit 21c), the FTC (Exhibit 21d), or Apple (Exhibit 21e). As can be seen, except for mentions of Apple after the FTC filing, in no chart is there a substantial degree of public news reflecting material concerns about a regulatory action until after the action is announced. This provides evidence that there was not a substantial public concern about such regulatory actions before they actually occurred. Thus, for the three disclosure dates involving regulatory actions, there is evidence that $p_m$ was close to if not effectively zero. For the Apple lawsuit, while there were news stories about Qualcomm that mentioned Apple after the January 17, 2017 FTC investigation but before the January 20, 2017 Apple lawsuit was announced (Exhibit 21e), these stories discussed how Apple featured in the FTC filing. Notably, I have not seen any evidence in these stories that the authors believed that Apple was likely to file a lawsuit against Qualcomm. Thus, $p_m$ for the Apple lawsuit can also be considered to be close to if not effectively zero. To the extent that the finder of fact disagrees with these conclusions, it can incorporate its own values of $p_m$ for any or all of the alleged corrective-disclosure dates into the analysis.

I reserve the right to modify or extend my opinion in light of any new information, including submissions by any experts for Defendants, that becomes available to me.

David I. Tabak
September 12, 2023

NERA
ECONOMIC CONSULTING

**David I. Tabak**
Senior Managing Director
National Economic Research Associates, Inc.
1166 Avenue of the Americas
New York, New York 10036
+1 212 345 2176
david.tabak@nera.com
www.nera.com.

# EXHIBIT 1
# DAVID I. TABAK
## SENIOR MANAGING DIRECTOR

Dr. Tabak earned his Ph.D. and M.A. degrees in Economics from Harvard University and his B.S. in Economics and B.S. in Physics from the Massachusetts Institute of Technology. While at Harvard, Dr. Tabak participated in teaching courses in micro- and macroeconomics and American economic policy at the undergraduate and graduate levels and in the creation of an undergraduate textbook and accompanying software package.

Dr. Tabak has appeared as an expert in state, federal, Delaware Chancery, and bankruptcy courts, and before arbitration panels, including the National Association of Securities Dealers, the American Arbitration Association, the International Dispute Resolution Centre, and the International Chamber of Commerce International Court of Arbitration. He has published in his areas of expertise in forums such as *St. John's Law Review* and *Shannon Pratt's Business Valuation Update*, and has published peer-reviewed articles in *Litigation Economics Review* and the *Journal of Forensic Economics*. Dr. Tabak is also the author of book chapters and has served as a member of *BV Q&A Update's* expert author panel and as a referee for peer-reviewed journals. His publications have covered topics such as commercial disputes, economic analysis of market efficiency, valuation discounts for lack of marketability, and the application of statistics in litigation analyses. Dr. Tabak has been an invited presenter at the Securities and Exchange Commission and has spoken at forums that provide continuing legal education credits or continuing professional education credits for accountants and valuation professionals.

Dr. Tabak has been retained as an expert to address issues including allegations of valuations, contract disputes, commercial damages, and disputes between brokers and customers. His non-litigation work has included developing a risk-scoring model for a reinsurance company, assisting financial institutions in new product development, analysis of potential insider trading for a financial institution, and interpretation of statistical analyses of treatment effectiveness for a program for at-risk youth.

## Education

**Harvard University**
Ph.D., Economics, 1996
M.A., Economics, 1992

**Massachusetts Institute of Technology**
B.S., Economics, 1990
B.S., Physics, 1990

## Professional Experience

**NERA Economic Consulting**

2005- Senior *Managing Director (f/k/a Managing Director, f/k/a Senior Vice President)*
Provide written and oral testimony. Conduct and supervise economic analyses, with a focus on securities litigation and valuation cases.

2001-2005 *Vice President*

1998-2001 *Senior Consultant*

1996-1998 *Senior Analyst*

**Harvard University**

1991-1996 *Teaching Fellow in Economics*
Participated in teaching various courses from introductory principles of economics to graduate macroeconomics. Ran coursewide tutorial program for the largest class at Harvard for two academic years, with a staff of over fifty part-time employees.

**Worth Publishers**

1991, 1993 *Research Assistant/Independent Contractor*
Worked on data collection, software analysis, and creation of a problem bank for an educational economics software package.

**National Bureau of Economic Research**

1991 *Research Assistant*
Performed data collection and econometric analysis for a project on comparisons of international growth rates.

## Honors and Professional Activities

Member, American Economic Association, 1993-present

Referee, *Journal of Forensic Economics*, 2005, 2006, 2008, 2009, 2011, 2012, 2015

Referee, *Litigation Economics Review*, 2002, 2003, 2004

William M. Mercer Securities Corporation, Registered Representative, Series 7 and 63, 2000 - 2002

Marsh & McLennan Securities Corporation, Registered Representative, Series 7 and 63, 1998 - 2000

Adjunct Member, Committee on International Trade, Association of the Bar of the City of New York, 1998 – 2001

Harvard University Scholarship, 1990-1992

Derek Bok Teaching Award, 1993, 1994, 1995, and 1996

Allyn Young Teaching Award, 1996

## Expert Reports and Testimony

Deposition Testimony before the United States District Court for the District of New Jersey in *In re Celgene Securities Litigation*, November 9, 2022.

Expert Reply Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Celgene Securities Litigation*, October 12, 2022.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Qualcomm Incorporated Securities Litigation*, September 23, 2022.

Reply Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Qualcomm Incorporated Securities Litigation*, August 22, 2022.

Reply Expert Report of David I. Tabak, Ph.D. before the Northern District of Illinois in *In re Kraft Heinz Securities Litigation*, July 19, 2022.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Grupo Televisa Securities Litigation*, July 8, 2022.

Deposition Testimony before the Southern District of New York in *Sjunde AP-Fonden* et al. *v. General Electric Company* et al., July 1, 2022.

Reply Expert Report of David I. Tabak, Ph.D. before the Southern District of New York in *Sjunde AP-Fonden* et al. *v. General Electric Company* et al., June 9, 2022.

Expert Rebuttal Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Grupo Televisa Securities Litigation*, May 25, 2022.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Qualcomm Incorporated Securities Litigation*, May 19, 2022.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Celgene Securities Litigation*, May 11, 2022.

Deposition Testimony before the Northern District of Illinois in *In re Kraft Heinz Securities Litigation*, May 5, 2022.

Supplement to Expert Report of David I. Tabak, Ph.D. before the Southern District of New York in *Sjunde AP-Fonden* et al. *v. General Electric Company* et al., April 29, 2022.

Expert Report of David I. Tabak, Ph.D. before the Northern District of Illinois in *In re Kraft Heinz Securities Litigation*, March 28, 2022.

Expert Report of David I. Tabak, Ph.D. before the Southern District of New York in *Sjunde AP-Fonden* et al. *v. General Electric Company* et al., March 11, 2022.

Testimony before the American Arbitration Association Commercial Panel in *Honeywell International, Inc. v. Rheem Sales Company, Inc.,* January 13, 2022.

Updated Expert Report of David. I Tabak, Ph.D. before the American Arbitration Association Commercial Panel in *Honeywell International, Inc. v. Rheem Sales Company, Inc.,* January 12, 2022.

Updated Expert Report of David. I Tabak, Ph.D. before the American Arbitration Association Commercial Panel in *Honeywell International, Inc. v. Rheem Sales Company, Inc.,* January 8, 2022.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Arizona in *David G. Lowthorp v. Mesa Air Group Incorporated, et al.*, January 3, 2022.

Deposition Testimony before the United States District Court for the Northern District of California in *In re Oracle Securities Litigation*, November 23, 2021.

Deposition Testimonh before the American Arbitration Association Commercial Panel in *Honeywell International, Inc. v. Rheem Sales Company, Inc.,* October 28, 2021.

Expert Report of David. I Tabak, Ph.D. before the American Arbitration Association Commercial Panel in *Honeywell International, Inc. v. Rheem Sales Company, Inc.,* October 15, 2021.

Expert Report of David. I Tabak, Ph.D. before the United States District Court for the Northern District of California in *In re Oracle Securities Litigation*, October 6, 2021.

Reply Report of David I. Tabak, Ph.D. (on damages) before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, September 20, 2021.

Rebuttal Report of David I. Tabak, Ph.D. (on negative causation) before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, September 20, 2021.

Deposition Testimony before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, September 1, 2021.

Reply Expert Report of David I. Tabak, Ph.D. before the Southern District of New York in *Sjunde AP-Fonden v. General Electric Company*, August 16, 2021.

Rebuttal Report of David I. Tabak, Ph.D. before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, August 4, 2021.

Testimony before the Court of Chancery of the State of Delaware in *In re CVR Refining, LP Unitholder Litigation*, July 27, 2021.

Deposition Testimony before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, June 22, 2021.

Deposition Testimony before the Court of Chancery of the State of Delaware in *In re CVR Refining, LP Unitholder Litigation*, June 17, 2021.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, May 28, 2021.

Expert Reports of David I. Tabak, Ph.D. before the Southern District of New York in *Sjunde AP-Fonden v. General Electric Company*, May 21, 2021. (Two reports submitted simultaneously.)

Expert Report of David I. Tabak , Ph.D. before the Court of Chancery of the State of Delaware in *In re CVR Refining, LP Unitholder Litigation*, March 16, 2021.

Deposition Testimony before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, December 14, 2020.

Rebuttal Expert Report before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, December 2, 2020.

Deposition Testimony before the United States District Court for the Eastern District of Virginia, Alexandria Division, in *In re Willis Towers Watson Proxy Litigation*, August 7, 2020.

Rebuttal Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia, Alexandria Division, in *In re Willis Towers Watson Proxy Litigation*, August 5, 2020.

Rebuttal Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Celgene Securities Litigation*, July 30, 2020.

Deposition Testimony before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, July 28, 2020.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, June 18, 2020.

Deposition Testimony before the United States District Court for the District of New Jersey in *In re Celgene Securities Litigation*, June 11, 2020.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia, Alexandria Division, in *In re Willis Towers Watson Proxy Litigation*, June 9, 2020.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Grupo Televisa Securities Litigation*, May 13, 2020.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Celgene Securities Litigation*, April 30, 2020.

Deposition Testimony before the United States Bankruptcy Court for the District of Delaware in *In re: Paragon Offshore PLC, Debtor* and *Paragon Litigation Trust v. Noble Corporation PLC, et al.*, April 28, 2020.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Grupo Televisa Securities Litigation*, April 25, 2020.

Deposition Testimony before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., January 17, 2020.

Expert Report of David I. Tabak, Ph.D. in the United States Bankruptcy Court for the District of Delaware in *In re: Paragon Offshore PLC, Debtor* and *Paragon Litigation Trust v. Noble Corporation PLC, et al.*, January 15, 2020.

Affidavit of David I. Tabak before the United States District Court for the Northern District of Illinois, Eastern Division in *In re Akorn, Inc. Data Integrity Securities Litigation*, October 18, 2019.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., September 23, 2019.

Supplemental Rebuttal Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Vale S.A. Securities Litigation*, August 21, 2019.

Deposition Testimony before the United States District Court for the Northern District of Georgia in *In re HD Supply Holdings, Inc. Securities Litigation*, July 11, 2019.

Expert Report of David I. Tabak before the United States District Court for the Northern District of Illinois, Eastern Division in *In re Akorn, Inc. Data Integrity Securities Litigation*, June 25, 2019.

Expert Report of David I. Tabak before the United States District Court for the Northern District of Georgia in *In re HD Supply Holdings, Inc. Securities Litigation*, June 17, 2019.

Expert Affidavit of David I. Tabak before the United States District Court for the Northern District of Illinois in *George Hedick Jr. v. The Kraft Heinz Company, et al.* and in *Iron Workers District Council (Philadelphia and vicinity) Retirement and Pension Plan v. The Kraft Heinz Company, et al.*, May 15, 2019.

Rebuttal Expert Report of David I. Tabak before the United States District Court for the Central District of California in *Trevor Mild v. PPG Industries et al.*, April 8, 2019.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, March 29, 2019.

Deposition Testimony before the United States District Court for the Central District of California in *Trevor Mild v. PPG Industries et al.*, March 27, 2019.

Deposition Testimony before the United States District Court for the District of Puerto Rico in *The Financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico et al.*, March 20, 2019.

Expert Report of David I. Tabak before the United States District Court for the Central District of California in *Trevor Mild v. PPG Industries et al.*, March 8, 2019.

Rebuttal Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, March 7, 2019.

Expert Declaration of David I. Tabak before the United States District Court for the District of Puerto Rico in *The Financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico et al.*, February 25, 2019.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, February 11, 2019.

Testimony before JAMS Arbitration in *John Mariani, Jr.* et al. *v. James Mariani* et al., June 12, 2018.

Testimony before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., June 4-5, 2018.

Deposition Testimony before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., May 14, 2018.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, April 6, 2018.

Deposition Testimony before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., March 23, 2018.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, March 9, 2018.

Expert Report of David I. Tabak, Ph.D. before JAMS Arbitration in *John Mariani, Jr.* et al. *v. James Mariani* et al., February 21, 2018.

Expert Report of David I. Tabak, Ph.D. before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., February 16, 2018.

Rebuttal Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Vale S.A. Securities Litigation*, November 17, 2017.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Vale S.A. Securities Litigation*, October 26, 2017.

Report of David I. Tabak, PhD in *Babscay Pty Ltd v. Slater & Gordon Limited*, Federal Court Proceeding VID 659 / 2017, Australia, October 26, 2017.

Deposition Testimony before the Supreme Court of the State of New York, County of Westchester, in *Paraco Gas Corporation v. Ferrellgas, L.P.*, September 28, 2017.

Rebuttal Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, County of Westchester, in *Paraco Gas Corporation v. Ferrellgas, L.P.*, September 20, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Vale S.A. Securities Litigation*, September 14, 2017.

Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, County of Westchester, in *Paraco Gas Corporation v. Ferrellgas, L.P.*, August 24, 2017.

Supplement to Reply Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., August 9, 2017.

Deposition Testimony before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., August 1, 2017.

Reply Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., June 15, 2017.

Sur-Reply Expert report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., May 31, 2017.

Reply Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., May 26, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of South Carolina in *Edna Selan Epstein* et al. *vs. World Acceptance Corporation* et al., May 8, 2017.

Deposition Testimony before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., April 21, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., April 13, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., March 23, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of South Carolina in *Edna Selan Epstein* et al. *vs. World Acceptance Corporation* et al., March 16, 2017.

Supplement to Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Northern District of California in *In re Rocket Fuel, Inc. Securities Litigation*, February 21, 2017.

Deposition Testimony before the United States District Court for the Middle District of Florida, Jackson Division in *In re Rayonier Inc. Securities Litigation*, February 8, 2017.

Expert Rebuttal Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Salix Pharmaceuticals*, January 17, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Middle District of Florida, Jackson Division in *In re Rayonier Inc. Securities Litigation*, December 12, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., December 9, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Northern District of California in *In re Rocket Fuel, Inc. Securities Litigation*, December 8, 2016.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Salix Pharmaceuticals*, November 3, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Salix Pharmaceuticals*, October 7, 2016.

Rebuttal Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, May 6, 2016.

Deposition Testimony before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, February 11, 2016.

Deposition Testimony before the United States District Court for the Eastern District of Virginia in *In re Genworth Securities Litigation*, February 9, 2016.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia in *In re Genworth Securities Litigation*, February 3, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, January 29, 2016.

Expert Report of David Tabak, Ph.D. before the Securities and Exchange Commission in *In the Matter of Arthur F. Jacob, CPA and Innovative Business Solutions, LLC,* January 29, 2016.

Deposition Testimony before the United States District Court for the Eastern District of New York in *In re Symbol Technologies, Inc. Securities Litigation*, January 28, 2016.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, December 23, 2015.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia in *In re Symbol Technologies, Inc. Securities Litigation*, December 11, 2015.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia in *In re Genworth Securities Litigation*, December 2, 2015.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, November 16, 2015.

Expert Report of David I. Tabak, Ph.D. in the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, November 12, 2015.

Deposition Testimony before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, September 2, 2015.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Bridgepoint Securities Litigation*, July 20, 2015.

Rebuttal Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Bridgepoint Securities Litigation*, June 15, 2015.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Bridgepoint Securities Litigation*, June 1, 2015.

Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, March 30, 2015.

Declaration of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *George Byrun et al. v. Salix Pharmaceuticals et al.*, 30 January 2015.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, January 13, 2015.

Expert Report of David Tabak before the Securities and Exchange Commission in the matter of *Airtouch Communications, Inc., Hideyuki Kanakubo, and Jerome Kaiser, CPA*, December 16, 2014.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Puda Coal Securities et al. Litigation*, November 13, 2014.

Deposition Testimony before the United States District Court for the Southern District of Ohio, Western Division (at Dayton) in *Antioch Litigation Trust, W. Timothy Miller, Trustee,* against *McDermott Will & Emery LLP*, July 2, 2014.

Testimony before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, June 16, 2014.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of Ohio, Western Division (at Dayton) in *Antioch Litigation Trust, W. Timothy Miller, Trustee,* against *McDermott Will & Emery LLP*, June 11, 2014.

Supplemental Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, June 3, 2014.

Deposition before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, March 31, 2014.

Cross Examination in the Matter of the Companies' Creditors Arrangement Act and in the Matter of a Plan of Compromise or arrangement of Nortel Networks Corporation et al. before the Ontario Superior Court of Justice (Commercial List), March 19, 2014.

Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. *against AriZona Beverages USA LLC et al.*, March 11, 2014.

Report of David I. Tabak in the Matter of the Companies' Creditors Arrangement Act and in the Matter of a Plan of Compromise or arrangement of Nortel Networks Corporation *et al.* before the Ontario Superior Court of Justice (Commercial List), February 28, 2014.

Deposition Testimony before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, November 8, 2013.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, September 4, 2013.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, July 12, 2013.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, June 27, 2013.

Deposition Testimony before the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, May 10, 2013.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, April 11, 2013.

Declaration of David I. Tabak, Ph.D. in the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, March 21, 2013.

Reply Declaration of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, November 8, 2012.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Bank of America Corp. Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation*, November 6, 2012.

Deposition Testimony before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, July 12, 2012.

Testimony before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, May 3, 2012.

Written Direct Testimony of David Tabak, Ph.D. before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, April 17, 2012.

Declaration of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, April 10, 2012.

Rebuttal Report before the Supreme Court of Victoria at Melbourne in *Pathway Investments Pty Ltd and Doystoy Pty Ltd vs. National Australia Bank Limited*, January 30, 2012.

Expert Report before the Supreme Court of Victoria at Melbourne in *Pathway Investments Pty Ltd and Doystoy Pty Ltd vs. National Australia Bank Limited*, December 5, 2011. (Affidavits testifying to the report executed on December 9, 2011 and December 20, 2011.)

Deposition Testimony before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, August 1, 2011.

Expert Report of David Tabak, Ph.D. before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, July 8, 2011.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, February 3, 2011.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, January 11, 2011.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *Securities and Exchange Commission v. Alfred S. Teo, et al.*, November 4, 2010.

Declaration of David Tabak, Ph.D. before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, October 29, 2010.

Deposition Testimony before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, October 7, 2010.

Expert Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, September 16, 2010.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, August 30, 2010.

Rebuttal Declaration of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *Maureen Bakke,* et al. *vs. Novatel Wireless,* et al., April 25, 2010.

Declaration of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *Maureen Bakke,* et al. *vs. Novatel Wireless,* et al., March 12, 2010.

Testimony before the International Dispute Resolution Centre *in the matter of an arbitration and in the matter of the Arbitration Acts 1950-1979 between Motorola, Inc. and Ace Bermuda Insurance, Ltd*., November 6, 2009.

Expert Rebuttal Report of David Tabak, Ph.D., before the International Dispute Resolution Centre *in the matter of an arbitration and in the matter of the Arbitration Acts 1950-1979 between Motorola, Inc. and Ace Bermuda Insurance, Ltd*., October 19, 2009.

Expert Report of David Tabak, Ph.D., before the United States District Court for the Central District of California in *Donald Johnson v. James D. Aljian, Kirk Kerkorian, and Tracinda Corporation*, September 17, 2009.

Expert Report of David Tabak, Ph.D., before the International Dispute Resolution Centre *in the matter of an arbitration and in the matter of the Arbitration Acts 1950-1979 between Motorola, Inc. and Ace Bermuda Insurance, Ltd*., September 10, 2009.

Rebuttal Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Georgia in *In re NetBank Securities Litigation*, July 16, 2009.

Declaration of David Tabak before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, July 13, 2009.

Rebuttal Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, June 26, 2009.

Deposition Testimony before the District Court for the Northern District of Georgia in *In re NetBank Securities Litigation*, June 16, 2009.

Declaration and Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Georgia in *In re NetBank Securities Litigation*, May 29, 2009.

Deposition Testimony before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, May 6, 2009.

Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, April 15, 2009.

Deposition Testimony before the Supreme Court of the State of New York, County of New York, in *Herbert Feinberg against Jerome S. Boros; Robinson, Silverman, Pearce, Aronsohn & Berman and Bryan Cave*, February 17, 2009.

Declaration of David Tabak, Ph.D., before the United States District Court for the Central District of California in *Donald Johnson v. James D. Aljian, Kirk Kerkorian, and Tracinda Corporation*, January 5, 2009.

Expert Report of David Tabak, Ph.D., before the Supreme Court of the State of New York, County of New York, in *Herbert Feinberg against Jerome S. Boros; Robinson, Silverman, Pearce, Aronsohn & Berman and Bryan Cave*, December 15, 2008.

Declaration of David Tabak, Ph.D., before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, November 7, 2008.

Deposition Testimony before the District Court for the Southern District of New York in *In Re American International Group Inc. Securities Litigation,* October 31, 2008.

Declaration of David Tabak, Ph.D., before the District Court for the Southern District of New York in *In Re American International Group Inc. Securities Litigation,* September 23, 2008.

Cross-Examination before the Superior Court of Justice, Ontario, in *Peter McCann v. CP Ships Limited, Raymond Miles, Frank Halliwell, and Ian Weber*, June 23, 2008.

Surrebuttal Report of David Tabak before the New York Stock Exchange in *Ronald G. Pettengill, et al. v. Robertson Stephens, Inc. et al.*, January 11, 2008.

Affidavit of David I. Tabak before the Superior Court of Justice, Ontario, in *Peter McCann v. CP Ships Limited, Raymond Miles, Frank Halliwell, and Ian Weber*, December 19, 2007.

Rebuttal Report of David Tabak before the New York Stock Exchange in *Ronald G. Pettengill, et al. v. Robertson Stephens, Inc. et al.*, December 19, 2007.

Report of David Tabak before the New York Stock Exchange in *Ronald G. Pettengill, et al. v. Robertson Stephens, Inc. et al.*, December 3, 2007.

Deposition Testimony before the District Court for the Northern District of Georgia in *Carpenters Health & Welfare Fund, et al. vs. The Coca-Cola Company*, August 23, 2007.

Deposition Testimony before the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada in *Holmes Lundt et al. v. Fenwick & West, LLP and Robert A. Freedman*, June 13, 2007.

Expert Report of David Tabak before the District Court for the Northern District of Georgia in *Carpenters Health & Welfare Fund,* et al. *vs. The Coca-Cola Company*, May 30, 2007.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Omnicom Group Inc. Securities Litigation*, April 27, 2007.

Expert Report of David Tabak before the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada in *Holmes Lundt et al. v. Fenwick & West, LLP and Robert A. Freedman*, April 4, 2007. (Amended report, June 25, 2007.)

Rebuttal Report of David Tabak before the United States District Court for the Southern District of New York in *In re Omnicom Group Inc. Securities Litigation*, January 18, 2007.

Expert Report of David Tabak before the United States District Court for the Southern District of New York in *In re Omnicom Group Inc. Securities Litigation*, December 18, 2006.

Deposition Testimony before the United States District Court for the District of Colorado in *Genesis Insurance Company v. Daniel D. Crowley, Arlin M. Adams, National Union Fire Insurance Company of Pittsburgh PA*, November 9, 2006.

Deposition Testimony before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, October 13, 2006.

Affidavit of David I. Tabak before the United States District Court for the District of Colorado in *In re Rhythms Securities Litigation*, October 11, 2006.

Rebuttal Report before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, October 4, 2006.

Expert Report before the United States District Court for the District of Colorado in *Genesis Insurance Company v. Daniel D. Crowley, Arlin M. Adams, National Union Fire Insurance Company of Pittsburgh PA*, October 4, 2006.

Deposition Testimony before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, September 15, 2006.

Expert Report before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, August 25, 2006.

Deposition Testimony before the United States District Court for the District of Colorado in *In re Rhythms Securities Litigation*, July 20, 2006.

Deposition Testimony before the United States District Court for the Southern District of Texas in *In re Enron Corporation Securities Litigation*, May 25, 2006.

Affidavit before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, April 14, 2006.

Deposition Testimony before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, March 24, 2006.

Rebuttal Expert Report of David Tabak before the United States District Court for the Southern District of Texas in *In re Enron Corporation Securities Litigation*, March 17, 2006.

Rebuttal Expert Report of David Tabak before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, March 9, 2006.

Expert Report of David Tabak before the United States District Court for the District of Colorado in *In re Rhythms Securities Litigation*, February 13, 2006.

Expert Report of David Tabak before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, February 1, 2006.

Rebuttal Report of David Tabak, Ph.D. before the American Arbitration Association in *Warren N. Lieberfarb v. Warner Home Video Inc.*, November 30, 2005.

Deposition Testimony before the American Arbitration Association in *Warren N. Lieberfarb v. Warner Home Video Inc.*, November 9, 2005.

Expert Report of David Tabak, Ph.D. before the American Arbitration Association in *Warren N. Lieberfarb v. Warner Home Video Inc.*, October 3, 2005.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Eastern District of Pennsylvania in *Sean Fitzpatrick v. Michael Queen, Thomas McGreal, Joseph W. Luter, IV, Michael H. Cole, Smithfield Foods, Inc., Showcase Foods, Inc., and Pennexx Foods, Inc.*, March 25, 2005.

Deposition Testimony before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, February 24, 2005.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, February 18, 2005.

Affidavit of David Tabak, Ph.D. and Stephanie Plancich, Ph.D. before the United States District Court for the Northern District of Illinois, Eastern Division in *Doug Sutton and Prescott Nottingham v. Robert F. Bernard, Robert T. Clarkson, and Bert B. Young*, January 11, 2005.

Deposition Testimony before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, January 5, 2005.

Expert Report of David I. Tabak before the United States District Court for the Eastern District of New York in *Phoenician Trading Partners, L.P. v. Blue Water Fund Ltd., et al.*, January 3, 2005.

Affidavit of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, December 14, 2004.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, December 10, 2004.

Deposition Testimony before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, October 4, 2004.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, September 22, 2004.

Deposition Testimony before the United States District Court for the Northern District of Illinois, Eastern Division in *Richard C. Snyder, et al. v. Thomas and Betts Corporation*, September 9, 2004.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Illinois, Eastern Division in *Richard C. Snyder, et al. v. Thomas and Betts Corporation*, August 20, 2004.

Further Additional Statement of David Tabak before the New York Stock Exchange in *Robert Belau et al. v. FleetBoston Financial Corporation et al.*, July 30, 2004.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, June 30, 2004.

Testimony before the United States Bankruptcy Court for the District of Delaware in *In Re Coram Healthcare Corp. and Coram, Inc.*, April 7, 2004.

Deposition Testimony before the United States Bankruptcy Court for the District of Delaware in *In Re Coram Healthcare Corp. and Coram, Inc.*, April 2, 2004.

Expert Report of David Tabak before the United States Bankruptcy Court for the District of Delaware in *In Re Coram Healthcare Corp. and Coram, Inc.*, March 31, 2004.

Statement of David Tabak, Ph.D. before the United States District Court for the Southern District of New York in *United States of America v. Morris Weissman*, February 10, 2004.

Additional Statement of David Tabak before the New York Stock Exchange in *Robert Belau et al. v. FleetBoston Financial Corporation et al.*, December 17, 2003.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of Ohio Eastern District (at Columbus) in *Barry F. Bovee, et al. v. Coopers & Lybrand, et al.*, December 16, 2003.

Deposition Testimony before the United States District Court for the District of South Carolina in *In Re Safety-Kleen Stockholders Litigation* and in *In Re Safety-Kleen Rollins Shareholders Litigation*, October 23, 2003.

Statement of David Tabak before the New York Stock Exchange in *Robert Belau et al. v. FleetBoston Financial Corporation et al.*, October 1, 2003.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of South Carolina in *In Re Safety-Kleen Stockholders Litigation*, August 28, 2003.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of South Carolina in *In Re Safety-Kleen Rollins Shareholders Litigation*, August 28, 2003.

Testimony before the NASD in *Ralph Rubenstein, JANT Foundation, et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.,* June 19, 2003.

Affidavit of David Tabak, Ph.D. and Ramzi Zein, Ph.D. in Support of Norwegian Cruise Line's Opposition to Proposed Rule before the Federal Maritime Commission, May 30, 2003.

Testimony before the Circuit Court of Maryland for Baltimore City in *Carnegie International Corporation, et al. vs. Grant Thornton, LLP., et al.*, March 11 and 12, 2003.

Declaration of David I. Tabak in Support of Defendant's Motion in Opposition to Appointment of Additional Lead Plaintiffs and Class Certification before the United States District Court for the District of Columbia in *In Re Baan Company Securities Litigation*, June 21, 2002.

Affidavit before the United States District Court for the District of Rhode Island in *George Kinney et al. v. Metro Global Media, Inc., et al.* May 15, 2002.

Testimony before the American Arbitration Association in *Beth Kaplan v. Rite Aid Corporation; Rite Aid Corporation v. Beth Kaplan and Bruce Sholk*, May 2-3, 2002.

Expert Report of David I. Tabak before the United States District Court for the District of Idaho in *Pippin v. ICF Kaiser International, et. Al, Wood v. Edwards et al.*, February 11, 2002.

Deposition Testimony before the United States District Court for the District of Columbia in *In Re Baan Company Securities Litigation*, February 7, 2002.

Deposition Testimony before the United States District Court for the Eastern District of Pennsylvania in *In Re Equimed Securities, Inc. Litigation*, January 17, 2002.

Affidavit before the United States District Court for the District of Columbia in *In Re Baan Company Securities Litigation*, January 10, 2002.

Expert Report of David I. Tabak before the United States District Court for the Eastern District of Pennsylvania in *In Re Equimed Inc. Securities Litigation*, December 28, 2001.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *Castle Creek Technology Partners LLC against Cellpoint Inc.*, December 13, 2001.

Deposition Testimony before the United States District Court for the Southern District of New York in *Morgens, Waterfall, Vintiadis & Co., Inc. et al. against Donaldson, Lufkin & Jenrette Securities Corporation et al.*, October 11, 2001.

Deposition Testimony before the Circuit Court of Maryland for Baltimore City in *Carnegie International Corporation, et al. vs. Grant Thornton, LLP., et al.*, September 25, 2001.

Expert Report of David I. Tabak, Ph.D. before the Circuit Court of Maryland for Baltimore City in *Carnegie International Corporation, et al. vs. Grant Thornton, LLP., et al.*, September 17, 2001.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *Morgens, Waterfall, Vintiadis & Co., Inc. et al. against Donaldson, Lufkin & Jenrette Securities Corporation et al.*, September 6, 2001.

Testimony before the United States District Court for the Eastern District of New York in *United States of America against Harry Shuster*, July 30, 2001.

Declaration before the United States District Court for the Eastern District of New York in *United States of America against Roy Ageloff, et al.*, July 23, 2001.

Testimony before the National Association of Securities Dealers in *In the Matter of the Arbitration Between Michael A. Brownlee, M.D. against Marc Keller, Schroder & Co., Inc. and Sanfrey Securities, Inc.*, May 29, 2001.

Opinion Letter before the United States District Court for the Eastern District of New York in *United States of America against Roy Ageloff, et al.*, May 24, 2001.

Testimony before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, May 22, 2001.

Testimony before the Supreme Court of the State of New York, County of New York in *Robert Klein against 5B Technologies Corporation f/k/a Paramount Financial Corporation and Deltaforce Personnel Services, Inc.*, May 17, 2001.

Expert Report of David I. Tabak, Ph.D. before the National Association of Securities Dealers in *In the Matter of the Arbitration Between Michael A. Brownlee, M.D. against Marc Keller, Schroder & Co., Inc. and Sanfrey Securities, Inc.*, April 25, 2001.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Central District of California in *In Re Imperial Credit Industries, Inc. Securities Litigation*, April 5, 2001.

Affidavit before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, February 8, 2001.

Deposition Testimony before the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida in *U.S. Diagnostic, Inc. and Diversified Therapy Corporation vs. Bachner, Tally, Polevoy & Misher, LLP and Michael Karsch*, January 19, 2001.

Expert Report of David I. Tabak before the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida in *U.S. Diagnostic, Inc. and Diversified Therapy Corporation vs. Bachner, Tally, Polevoy & Misher, LLP and Michael Karsch*, January 11, 2001.

Supplemental Expert Report of David I. Tabak before the State of Minnesota, County of Hennepin District Court, Fourth Judicial District in *Irving P. Knelman v. Investment Advisers, Inc.*, September 13, 2000.

Expert Report of David I. Tabak before the United States District Court for the Eastern District of New York in *Martin R. Lautman v. The Loewen Group Inc., et al.*, September 6, 2000.

Supplemental Affidavit of David I. Tabak before the Circuit Court of Franklin County, Alabama in *James Taff, individually and on behalf of all others similarly situated, vs. CareMark Rx, Inc and PNC Bank, Kentucky Inc.,* May 25, 2000.

Affidavit of David I. Tabak and Christoph Muelbert before the Circuit Court of Franklin County, Alabama in *James Taff, individually and on behalf of all others similarly situated, vs. CareMark Rx, Inc and PNC Bank, Kentucky Inc.,* May 23, 2000.

Expert Report of David I. Tabak before the State of Minnesota, County of Hennepin District Court, Fourth Judicial District in *Irving P. Knelman v. Investment Advisers, Inc.*, April 28, 2000.

Testimony before the American Arbitration Association in *Roderick Covlin against C.S. Block New York, LLC, Dr. Sharaif Amanat, Omar Amanat*, March 30, 2000.

Expert Report of David I. Tabak before the National Association of Securities Dealers Office of Dispute Resolution in *Brooks, Houghton & Company, Inc. Private Corporate Advisors, Inc., and Brooks, Houghton Securities, Inc. against BIG Entertainment, Inc.*, March 17, 2000.

Declaration of David I. Tabak before the United States District Court for the Southern District of New York in *GST Telecommunications, Inc., GST USA, Inc., and GST Telecom Inc. v. Stephen Irwin, David Adler, and Olshan Grundman Frome & Rosenzweig LLP,* February 21, 2000.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *The Klass Report LLC and Christopher M. Klass against Telemation, Inc.*, December 15, 1999.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *GST Telecommunications, Inc., GST USA, Inc., and GST Telecom Inc. v. Stephen Irwin, David Adler, and Olshan Grundman Frome & Rosenzweig LLP,* November 26, 1999.

Expert Report of David I. Tabak, Ph.D. before the National Association of Securities Dealers in *A.R. DiGima, Inc. vs. A.G. Edwards & Sons, Inc. and Eugene Damico*, November 5, 1999.

Deposition Testimony before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, October 22, 1999.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, September 16, 1999.

Expert Report of Frederick C. Dunbar and David I. Tabak before the United States District Court for the Northern District of Alabama, Southern Division in *MedPartners, Inc. v. Dun & Bradstreet, Inc*, July 28, 1999.

Testimony before the International Chamber of Commerce International Court of Arbitration in *Hanbo Engineering and Construction Co., Ltd. and Hanbo Corporation v. CE Casecnan Water and Energy Company, Inc.*, April 13, 1998.

Expert Witness Statement of David I. Tabak before the International Chamber of Commerce, International Court of Arbitration in *Hanbo Engineering and Construction Co., Ltd. and Hanbo Corporation v. CE Casecnan Water and Energy Company, Inc.*, March 13, 1998.

## Publications

"*p*-Hacking and Event Studies in Securities Litigation," *NERA Working Paper*, April 12, 2023.

"How COVID-19 Impact Analysis May Shape MAE Disputes," (with Edward Flores), *Law360*, June 29, 2020.

COVID-19-related NERA webpages: (1) "S&P 500 Index: Daily Price Movements" (with Edward Flores), May 1, 2020 with updates; (2) "COVID-19, MAEs, and Preliminary Evidence of Disproportionate Impacts Within Industries" (with Edward Flores), June 9, 2020; (3) "How COVID-19 Impact Analysis May Shape MAE Disputes") (with Edward Flores) reprint of article on Law360, June 29, 2020.

"Economic and Financial Analyses in Australian Securities Litigation in the Wake of *TPT Patrol Pty Limited as trustee for Amies Superannuation Fund v Myer Holdings Limited*," (with William S. Taylor), NERA Working Paper, January 2020.

"Testing Securities Market Efficiency With Cammer Factors," *Law360.com*, February 5, 2019.

"Securities Class Actions Appear to Be Largely 'Price-Maintenance' and Omissions Cases," *NERA Working Paper*, April 10, 2017.

"Further Insight into 'What Should We Expect When Testing for Price Response to News in Securities Litigation?'," *Oxford Business Law Blog*, September 27, 2016.

"Gauging Share-Price Response to News in Securities Litigation," *The CLS Blue Sky Blog, Columbia Law School's Blog on Corporations and the Capital Markets*, September 8, 2016.

"What Should We Expect When Testing for Price Response to News in Securities Litigation?" *NERA Working Paper*, August 11, 2016.

"Should Solvency Tests Give the Same Answer?" *NERA Working Paper*, July 28, 2015

"Implications for Market Efficiency and Damages Analysis of Plaintiff Interpretations of *Halliburton II's* Statement that 'market efficiency is a matter of degree,'" *Loyola University Chicago Law Journal*, Spring 2015.

"The Solvency Two-Step," Guest Post on the Weil Bankruptcy Blog. March 2013.

"Do Courts Count *Cammer* Factors?" NERA Working Paper, republished in the Harvard Law School Forum on Corporate Governance and Financial Regulation. Also published in modified form as "Counting Cammer Factors – A Review of Case Law" at Law360.com, August 2012.

"Settlement reasonableness from negotiations to coverage disputes," *Litigation and Dispute Resolution 2012 Global Reference* Guide. A prior version of this was published as a NERA Working Paper, February 2012.

"Guesstimating Loss for Sentencing," published in Law360.com, February 2012. (Originally published with the title "Estimating Loss For Sentencing Purposes." Retitled by Law360.com after initial publication on its website.)

"Economic Analysis of Loss in the United States Sentencing Commission's Proposed Methodologies," NERA Working Paper, February 2012.

"Guideline Companies in Valuation: A Careful View of the Market Approach," *Journal of Business Valuation*, 2011 Volume 1. (A previous version appeared as a NERA working paper entitled "Guideline Companies in Valuation: The Economist's View of the Market Approach" in October 2008.)

"The Matrixx of Materiality and Statistical Significance in Securities Fraud Cases," (co-authored with Frederick Lee of Boies, Schiller & Flexner) NERA Working Paper, December 2010.

"Materiality and Statistical Significance Explained" (co-authored with Frederick Lee of Boies, Schiller & Flexner), published in Law360.com, December 2010.

"Satisfying Fiduciary Duty Under ERISA," *Employment Law Strategist*, June 2010.

"Use and Misuse of Event Studies to Examine Market Efficiency," NERA Working Paper, April 2010. (A previous version appeared in September 2009, and a condensed version appeared as a Guest Column, "On the Misuse of Event Studies to Examine Market Efficiency," in May 2010 on www.securitiesdocket.com.)

"Comment: 'A Closer Look at Correction for False Discovery Bias When Making Multiple Comparisons," *Journal of Forensic Economics*, December 2009.

Book Review of *Business Valuation: In Integrated Theory (Second Edition)* in *Valuation Strategies,* November/December 2008.

Guest Author/Respondent, *BVUpdate*, published by Business Valuation Resources, LLC, *Special Report:* What Will the Wall Street Meltdown Mean to the BV Profession? (with Raymund Wong), November 2008.

"Inflation and Damages in a Post-*Dura* World," NERA Working Paper, September 2007.

"Multiple Comparisons and the Known or Potential Error Rate," *Journal of Forensic Economics,"* Volume XIX, Number 2, published March 2007.

"Making Assessments About Materiality Less Subjective Through The Use of Content Analysis," NERA Working Paper, March 2007.

"Risk Disclosures and Damages Measurement in Securities Fraud Cases," published in the *Securities Reform Act Litigation Reporter*, April 2006. (Previously published as a NERA Working Paper.)

Guest Author/Respondent, *BV Q&A Update*, published by Business Valuation Resources, LLC., January, March, June, and July 2004; February, May, August, and September 2005.

"Loss Causation and Damages in Shareholder Class Actions: When it Takes Two Steps to Tango," in *Securities Litigation & Enforcement Institute 2004,* published by the Practising Law Institute. (Previously published as a NERA Working Paper.)

"The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs in Fraud-On-The-Market Cases" (with Paul A. Ferrillo and Frederick C. Dunbar), *St. John's Law Review,* Winter 2004. (Previously published as a working paper by NERA and Weil, Gotshal & Manges, LLP.)

"Determination of the Appropriate Event Window Length in Individual Stock Event Studies" (with Dmitry Krivin, Robert Patton, and Erica Rose), NERA Working Paper, November 4, 2003.

"Inflation Methodologies in Securities Fraud Cases: Theory and Practice" (with Chudozie Okongwu), published in *Securities Litigation & Enforcement Institute 2003,* by the Practising Law Institute. (Previously published as a NERA Working Paper.)

"Hedging and the Estimation of Marketability Discounts," in *Shannon Pratt's Business Valuation Update*, published by Business Valuation Resources, LLC, August 2003. (Also reprinted in *BVR's Guide to Discounts for Lack of Marketability*, 2007.)

"Shareholders' Suit against Corporation," in *Litigation Support Report Writing: Accounting, Finance, and Economic Issues*, edited by Jack P. Friedman and Roman L. Weil, published by John Wiley & Sons, Inc., 2003.

"A CAPM-Based Approach to Calculating Illiquidity Discounts," NERA Working Paper, November 2002.

"A Proposed Methodology to Measure Damages for Option Traders Alleging Securities Fraud" (with Svetlana Starykh and Marc Shotland), *Litigation Economics Review*, Vol. 5, No. 2, Winter 2001 (printed July 2002).

"Intraday Trading Rates in Shareholder Class Actions," *NERA Securities and Finance Insights*, June 2002.

"Materiality and Magnitude: Event Studies in the Courtroom" (with Frederick C. Dunbar), *Litigation Services Handbook: The Role of the Financial Expert, Third Edition, 2001*, edited by Roman L. Weil, Michael J. Wagner and Peter B. Frank, published by John Wiley & Sons, Inc. (Previous versions appeared in the 2000 Supplement to the *Litigation Services Handbook* and as a NERA Working Paper.)

"Are Investors Signalling You About Your Y2K Risk?" (with Vinita M. Juneja and Denise N. Martin), *Y2K Marketwatch*, December 1999.

"What Does the Market Think About Your Y2K Exposure?" (with Vinita M. Juneja and Denise N. Martin), *Viewpoint*, Issue No. 2, November 1999.

"Economic Analysis and Identification of Class Conflicts in Securities Fraud Litigation," NERA Working Paper, June 1998.

**Exhibit 2**

**Qualcomm Incorporated**

**Materials Considered**

***Academic Literature***

Boudoukh, Jacob, Ronen Feldman, Shimon Kogan, and Matthew Richardson, "Information, Trading, and Volatility: Evidence from Firm-Specific News," *The Review of Financial Studies* 32.3 (2019): 992-1033.

David Tabak and Frederick Dunbar, Chapter 19 of *Litigation Services Handbook, The Role of the Financial Expert* (3d ed. 2001).

Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance,* 1970.

Fernando Avalos and Marcia Kramer Mayer, "Dealer Participation on the New York Stock Exchange and Nasdaq," *NERA Working Paper,* May 2002.

Griffin, John M., Nicholas H. Hirschey, and Patrick J. Kelly, "How Important Is the Financial Media in Global Markets?" *The Review of Financial Studies* 24.12 (2011): 3941-3992.

Kearney, Colm, and Sha Liu, "Textual sentiment in finance: A survey of methods and models," *International Review of Financial Analysis* 33 (2014).

Klaus Krippendorf, *Content Analysis: An Introduction to Its Methodology*, 2nd edition, 2004, p. 59.

Lewis, Craig, and Steven Young, "Fad or future? Automated analysis of financial text and its implications for corporate reporting," *Accounting and Business Research* 49.5 (2019): 587-615.

Miguel O. Villanueva and Steven Feinstein, "Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer/Krogman* Factors," *Review of Quantitative Finance and Accounting* (2021): 57:203-234.

Paul Ferrillo, Frederick Dunbar, and David Tabak, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs in Fraud-on-the-Market Cases," 78 *St. John's L. Rev.* 81, 120-21 (2004).

***Analyst Reports***

"Latest Regulatory Investigations Look Benign," *Morgan Stanley,* December 8, 2015.

"Quick Take – Qualcomm: EU Provides Details, Taiwan Joins the Party – Some Quick Thoughs," *Bernstein*, December 8, 2015.

**Exhibit 2**
**Qualcomm Incorporated**
**Materials Considered**

***Case Law***

*Ark. Tchr. Ret. Sys. v. Goldman Sachs Grp., Inc*, --- F.4th ----, 2023 WL 5112157 (2d Cir. 2023).

*Basic Inc. v. Levinson,* 485 U.S. 224, 108 S. Ct. 978, 99 L. Ed. 2d 194 (1988).

*Bricklayers and Trowel Trades v. Credit Suisse LLC*, 752 F.3d 82, 95 (1st Cir. 2014).

*Cammer v. Bloom,* 711 F. Supp. 1264 (D.N.J. 1989).

*In re Countrywide Financial Corporation Securities Litigation,* 273 F.R.D. 586 (C.D. Cal. 2009).

*In re DVI, Inc. Securities Litigation,* 249 F.R.D. 196 (E.D. Pa. 2008).

*In re DVI, Inc. Securities Litigation,* 639 F.3d 623 (3d Cir. 2011).

*In re Petrobras Securities,* 862 F.3d 250 (2d Cir. 2017).

*In re Teva Securities Litigation*, No. 3:17-cv-558 (SRU), 2021 WL 872156 (D. Conn. Mar. 9, 2021).

*Krogman, Inc. v. Sterritt,* 202 F.R.D. 467 (N.D. Tex. 2001).

*Mineworkers' Pension Scheme v. First Solar Inc.*, 881 F.3d 750 (9th Cir. 2018).

Private Securities Litigation Reform Act of 1995, Pub. L. 104-67, 109 Stat. 737, codified as amended in 15 U.S.C §78j.

*Unger v. Amedisys Inc.,* 401 F.3d 316 (5th Cir. 2005).

*Waggoner v. Barclays PLC*, 875 F.3d 79 (2d Cir. 2017), *cert. denied*, 138 S. Ct. 1702, (2018).

***Data***

Licensor peer closing price data obtained from Bloomberg L.P.

Market makers on the NASDAQ Exchange data obtained from Bloomberg L.P.

Technology Select Sector SPDR Fund closing price data obtained from Bloomberg L.P.

Qualcomm Incorporated common stock closing price, bid price, ask price, trading volume, dividend, market capitalization, and short interest data obtained from Bloomberg L.P.

**Exhibit 2**

**Qualcomm Incorporated**

**Materials Considered**

***Data (cont.)***

Qualcomm Incorporated common stock shares outstanding and insider holdings data obtained from SEC Filings.

Qualcomm Incorporated earnings report dates and number of analyst estimates obtained from Institutional Brokers' Estimate System (I/B/E/S) via FactSet Research Systems Inc.

Qualcomm Incorporated and Technology Select Sector SPDR Fund intraday price data obtained from TICK Data, LLC.

Qualcomm Incorporated quarterly institutional holdings for common stock obtained from FactSet Research Systems Inc.

Russell 3000 members list and market capitalization data obtained from Bloomberg L.P.

S&P North American Technology Sector Index data obtained from Bloomberg L.P.

***Depositions***

Deposition of David Tabak, Ph.D. dated September 23, 2022.

***Expert Reports***

Expert Declaration of Bruce G. Bernstein dated July 22, 2022.

***News Articles***

"Antitrust: Commission sends two Statements of Objections on exclusivity payments and predatory pricing to Qualcomm," *European Commission* (press release), December 8, 2015.

See pages 5-132 for a list of news stories obtained from Factiva Dow Jones used in Exhibits 8a, 8a-calendar, 8d (Company Search), and 8d (Text Search).

See appendices 1-12 for a list of news stories obtained from Factiva Dow Jones used in Exhibits 16-18.

***Pleadings in This Matter***

Consolidated Class Action Complaint for Violation of the Federal Securities Laws dated July 3, 2017.

Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Class Certification dated July 22, 2022.

**Exhibit 2**

**Qualcomm Incorporated**

**Materials Considered**

***Pleadings in This Matter (cont.)***

Order Denying Defendants' Motion to Dismiss [Doc. No. 59].

Petition for Permission to Appeal Pursuant to Rule 23(f) from an Order Granting Class Certification dated April 3, 2023.

***SEC Filings***

Qualcomm's FY2015 Form 10-K released on November 4, 2015.

***Other Materials***

*New Palgrave Dictionary of Economics*, 2008 edition, entry on Efficient Markets Hypothesis, available online at: https://rd.springer.com/referenceworkentry/10.1057/978-1-349-95121-5_42-2.

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 1/31/2012 | 4:44 PM | 2/1/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 2/1/2012 | 6:22 AM | 2/1/2012 | US Stock Futures Higher After Upbeat European Economic Data | Dow Jones News Service |
| 2/1/2012 | 7:14 AM | 2/1/2012 | WSJ BLOG/MarketBeat: Morning MarketBeat: A January To Remember | Dow Jones News Service |
| 2/1/2012 | 9:28 AM | 2/1/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 324654 | Dow Jones News Service |
| 2/1/2012 | 4:00 PM | 2/2/2012 | Qualcomm 1Q Rev $4.68B | Dow Jones News Service |
| 2/1/2012 | 4:27 PM | 2/2/2012 | WSJ: Qualcomm CEO: 'We Are Growing Faster Than Overall Market' | Dow Jones News Service |
| 2/1/2012 | 4:28 PM | 2/2/2012 | WSJ: Qualcomm CEO: 400 Devices Being Built With Snapdragon Chip | Dow Jones News Service |
| 2/1/2012 | 4:29 PM | 2/2/2012 | WSJ: Qualcomm CEO Says Its Market Share Is Increasing | Dow Jones News Service |
| 2/1/2012 | 4:31 PM | 2/2/2012 | Qualcomm 1Q Profit Up 20%; Full-Year Views Lifted | Dow Jones News Service |
| 2/1/2012 | 4:41 PM | 2/2/2012 | DJ US HOT STOCKS: Qualcomm , Chipotle Active In Late Trading | Dow Jones Institutional News |
| 2/1/2012 | 4:41 PM | 2/2/2012 | US HOT STOCKS: Qualcomm , Chipotle Active In Late Trading | Dow Jones News Service |
| 2/1/2012 | 4:46 PM | 2/2/2012 | Qualcomm 1Q Profit Up 20%; Full-Year Views Lifted | Dow Jones Business News |
| 2/1/2012 | 4:47 PM | 2/2/2012 | DJ US HOT STOCKS: QCOM | Dow Jones Chinese Financial Wire |
| 2/1/2012 | 4:51 PM | 2/2/2012 | UPDATE: Qualcomm 1Q Profit Up 20%; Full-Year Views Lifted | Dow Jones News Service |
| 2/1/2012 | 5:06 PM | 2/2/2012 | UPDATE: Qualcomm 1Q Profit Up 20%; Full-Year Views Lifted | Dow Jones Business News |
| 2/1/2012 | 5:49 PM | 2/2/2012 | WSJ: Qualcomm Discloses Probe Into Compliance With Foreign Corrupt Practices Act | Dow Jones News Service |
| 2/1/2012 | 5:57 PM | 2/2/2012 | WSJ UPDATE: Qualcomm Posts Upbeat Quarter, Discloses DOJ Probe | Dow Jones News Service |
| 2/1/2012 | 6:13 PM | 2/2/2012 | DJ Qualcomm 1Q Profit Up 20%; Full-Year Views Lifted | Dow Jones Chinese Financial Wire |
| 2/1/2012 | 6:42 PM | 2/2/2012 | 2nd UPDATE: Qualcomm Reports Record 1Q Results; Lifts Views | Dow Jones News Service |
| 2/1/2012 | 6:57 PM | 2/2/2012 | 2nd UPDATE: Qualcomm Reports Record 1Q Results; Lifts Views | Dow Jones Business News |
| 2/1/2012 | 9:00 PM | 2/2/2012 | Qualcomm Recommends Rejection Of Below-Market Mini-Tender Offer By TRC Cap Corp | Dow Jones News Service |
| 2/2/2012 | 6:14 AM | 2/2/2012 | US Stock Futures Slightly Lower Ahead Of Jobless Data, Bernanke | Dow Jones News Service |
| 2/2/2012 | 6:55 AM | 2/2/2012 | WSJ BLOG/MarketBeat: Morning MarketBeat: Stocks Break Out Of Rut | Dow Jones News Service |
| 2/2/2012 | 9:28 AM | 2/2/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 586195 | Dow Jones News Service |
| 2/2/2012 | 2:11 PM | 2/2/2012 | UPDATE: Pacific Rubiales Lists Depositary Receipts In Brazil | Dow Jones News Service |
| 2/2/2012 | 2:26 PM | 2/2/2012 | UPDATE: Pacific Rubiales Lists Depositary Receipts In Brazil | Dow Jones Business News |
| 2/2/2012 | 3:31 PM | 2/2/2012 | WSJ BLOG/MarketBeat: Will Facebook Be Overvalued? Does The Donald Have Bad Hair? | Dow Jones News Service |
| 2/2/2012 | 4:52 PM | 2/3/2012 | WSJ: AMD Hints Future Chips Might Offer ARM Technology | Dow Jones News Service |
| 2/3/2012 | 2:00 AM | 2/3/2012 | UPDATE: MediaTek 4th-Quarter Net Down 24%; Pricing Pressure Lingers | Dow Jones International News |
| 2/3/2012 | 2:15 AM | 2/3/2012 | UPDATE: MediaTek 4th-Quarter Net Down 24%; Pricing Pressure Lingers | Dow Jones Business News |
| 2/3/2012 | 9:28 AM | 2/3/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 370512 | Dow Jones News Service |
| 2/6/2012 | 7:13 AM | 2/6/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Feb. 3 -2- | Dow Jones Institutional News |
| 2/6/2012 | 7:14 AM | 2/6/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Feb. 3 | Dow Jones Institutional News |
| 2/6/2012 | 8:44 AM | 2/6/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 2/7/2012 | 8:44 AM | 2/7/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 2/7/2012 | 4:44 PM | 2/8/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 2/8/2012 | 8:44 AM | 2/8/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 2/8/2012 | 4:44 PM | 2/9/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 2/9/2012 | 2:17 PM | 2/9/2012 | Microsoft Gives Details On Windows 8 Running On ARM-Based Chips | Dow Jones News Service |
| 2/9/2012 | 2:32 PM | 2/9/2012 | Microsoft Gives Details On Windows 8 Running On ARM-Based Chips | Dow Jones Business News |
| 2/9/2012 | 4:44 PM | 2/10/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 2/10/2012 | 3:34 PM | 2/10/2012 | Apple Sues Motorola Mobility Over Qualcomm Patent License -Reuters | Dow Jones International News |
| 2/10/2012 | 3:58 PM | 2/10/2012 | Apple Sues Motorola In California | Dow Jones News Service |
| 2/10/2012 | 4:03 PM | 2/13/2012 | *DJ Apple Alleges Motorola Has Breached Promises Over Standards Patents | Dow Jones Chinese Financial Wire |
| 2/10/2012 | 6:41 PM | 2/13/2012 | UPDATE: Apple Sues Motorola Over Licensing Wireless Patents | Dow Jones News Service |
| 2/10/2012 | 7:43 PM | 2/13/2012 | 2nd UPDATE: Apple Sues Motorola Over Licensing Wireless Patents | Dow Jones News Service |
| 2/10/2012 | 7:58 PM | 2/13/2012 | 2nd UPDATE: Apple Sues Motorola Over Licensing Wireless Patents | Dow Jones Business News |
| 2/10/2012 | 8:14 PM | 2/13/2012 | WSJ BLOG/Digits: Whoa, A Lot Of Words From Microsoft on 'WOA' PCs | Dow Jones News Service |
| 2/12/2012 | 8:00 PM | 2/13/2012 | DJ Apple Sues Motorola Over Licensing Wireless Patents | Dow Jones Chinese Financial Wire |
| 2/13/2012 | 6:29 AM | 2/13/2012 | US Stock Futures Higher, Buoyed By Greece | Dow Jones News Service |
| 2/13/2012 | 6:44 AM | 2/13/2012 | US Stock Futures Higher, Buoyed By Greece | Dow Jones Business News |
| 2/13/2012 | 6:45 AM | 2/13/2012 | WSJ BLOG/MarketBeat: Morning MarketBeat: Dow Transports Wave Warning Flag | Dow Jones News Service |
| 2/13/2012 | 6:48 AM | 2/13/2012 | DJ Indian Tribunal Gives Qualcomm Time To Settle JV's License Fee Dispute | Dow Jones Institutional News |
| 2/13/2012 | 6:48 AM | 2/13/2012 | Indian Tribunal Gives Qualcomm Time To Settle JV's License Fee Dispute | Dow Jones Global Equities News |
| 2/13/2012 | 7:03 AM | 2/13/2012 | Indian Tribunal Gives Qualcomm Time To Settle JV's License Fee Dispute | Dow Jones Global News Select |
| 2/13/2012 | 7:03 AM | 2/13/2012 | Indian Tribunal Gives Qualcomm Time To Settle JV's License Fee Dispute | Dow Jones Institutional News |
| 2/13/2012 | 7:14 AM | 2/13/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Feb. 10 | Dow Jones Institutional News |
| 2/13/2012 | 7:14 AM | 2/13/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Feb. 10 -2- | Dow Jones Institutional News |
| 2/13/2012 | 10:43 AM | 2/13/2012 | WSJ BLOG/Venture Capital Dispatch: The Daily Start-Up: Marin Software Nabs $30M To Manage Online Ads | Dow Jones News Service |
| 2/15/2012 | 8:00 AM | 2/15/2012 | ParkerVision Announces Markman Hearing In Patent Infringement Lawsuit Against Qualcomm | Dow Jones News Service |
| 2/15/2012 | 8:44 AM | 2/15/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 2/15/2012 | 10:24 AM | 2/15/2012 | DJ Zweig-DiMenna Associates 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2012 | 10:25 AM | 2/15/2012 | DJ Millennium Mgmt 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2012 | 11:28 AM | 2/15/2012 | DJ Adage Capital Advisors 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2012 | 11:33 AM | 2/15/2012 | DJ Viking Global Investors LP 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2012 | 11:44 AM | 2/15/2012 | =DJ Caxton Associates LP 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2012 | 11:45 AM | 2/15/2012 | DJ The Vanguard Grp 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2012 | 11:46 AM | 2/15/2012 | DJ Maverick Capital Ltd. 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2012 | 11:58 AM | 2/15/2012 | DJ Soros Fund Mgmt 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2012 | 12:06 PM | 2/15/2012 | DJ S.A.C. Capital Advisors LP 4Q 13F: Largest Eliminations | Dow Jones Institutional News |
| 2/15/2012 | 1:48 PM | 2/15/2012 | =DJ OZ Mgmt 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2012 | 1:48 PM | 2/15/2012 | DJ Lone Pine Capital 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2012 | 1:49 PM | 2/15/2012 | =DJ Kingdon Capital Mgmt 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2012 | 2:18 PM | 2/15/2012 | DJ Farallon Capital Mgmt 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2012 | 2:19 PM | 2/15/2012 | DJ Omega Advisors 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2012 | 6:02 PM | 2/16/2012 | WSJ: Nvidia Still Waiting For Smartphone-Chip Payoff | Dow Jones News Service |
| 2/15/2012 | 7:39 PM | 2/16/2012 | WSJ UPDATE: Nvidia Still Waiting For Smartphone-Chip Payoff | Dow Jones News Service |
| 2/16/2012 | 9:46 PM | 2/17/2012 | Qualcomm President: Continuing With Technology M&As | Dow Jones International News |
| 2/16/2012 | 10:16 PM | 2/17/2012 | Qualcomm President: Continuing With Technology M&As | Dow Jones Business News |
| 2/16/2012 | 11:01 PM | 2/17/2012 | DJ Qualcomm President: Continuing With Technology M&As | Dow Jones Chinese Financial Wire |
| 2/17/2012 | 3:18 AM | 2/17/2012 | INTERVIEW: Qualcomm President: Continuing With Technology M&As | Dow Jones Global Equities News |
| 2/17/2012 | 8:44 AM | 2/17/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 2/17/2012 | 9:28 AM | 2/17/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 176255 | Dow Jones News Service |
| 2/17/2012 | 12:09 PM | 2/17/2012 | US STOCKS VIEW: Nasdaq Nears 3000 On Wings Of Apple, Microsoft | Dow Jones News Service |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 2/20/2012 | 4:22 AM | 2/21/2012 | ZTE: ZTE To Buy At Least US$5B Worth Of Chipsets From Qualcomm, Broadcom | Dow Jones International News |
| 2/20/2012 | 4:54 AM | 2/21/2012 | ZTE To Buy At Least US$5 Billion Worth Of Chipsets From Qualcomm, Broadcom | Dow Jones Business News |
| 2/20/2012 | 5:21 AM | 2/21/2012 | DJ ZTE To Buy At Least US$5B Worth Of Chipsets From Qualcomm, Broadcom | Dow Jones Chinese Financial Wire |
| 2/20/2012 | 7:14 AM | 2/21/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Feb. 17 -2- | Dow Jones Institutional News |
| 2/20/2012 | 7:15 AM | 2/21/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Feb. 17 | Dow Jones Institutional News |
| 2/21/2012 | 7:30 AM | 2/21/2012 | Qualcomm Announces Fifth Generation Embedded Data Connectivity Reference Platform | Dow Jones News Service |
| 2/21/2012 | 7:30 AM | 2/21/2012 | Qualcomm Life Announces Formation Of Advisory Council, New Customer Collaborations And Investment In AirStrip Technologies | Dow Jones News Service |
| 2/21/2012 | 9:28 AM | 2/21/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 61099 | Dow Jones News Service |
| 2/21/2012 | 12:00 PM | 2/21/2012 | CANADA TIP SHEET: RIM Failed Sanders' 7-Step Research Process | Dow Jones News Service |
| 2/22/2012 | 11:38 AM | 2/22/2012 | Qualcomm: Happy Hunting | Dow Jones Top News & Commentary |
| 2/23/2012 | 7:30 AM | 2/23/2012 | Qualcomm Life And Orange Business Services Announce Collaboration To Accelerate Growth Of Wireless Health Services In Europe | Dow Jones News Service |
| 2/23/2012 | 8:44 AM | 2/23/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 2/23/2012 | 3:15 PM | 2/23/2012 | WSJ BLOG/Venture Capital Dispatch: Foundation Capital Tapping Its Own 'Social Network' To Find Start-Ups | Dow Jones News Service |
| 2/24/2012 | 1:55 AM | 2/24/2012 | India Tribunal Directs Telecom Department To Issue Internet License To Qualcomm | Dow Jones International News |
| 2/24/2012 | 2:34 AM | 2/24/2012 | India Tribunal Asks Telecom Department To Issue Internet License To Qualcomm | Dow Jones Business News |
| 2/24/2012 | 5:27 AM | 2/24/2012 | DJ UPDATE: Qualcomm Set To Get Internet License In India | Dow Jones Institutional News |
| 2/24/2012 | 5:27 AM | 2/24/2012 | UPDATE: Qualcomm Set To Get Internet License In India | Dow Jones Global Equities News |
| 2/24/2012 | 5:42 AM | 2/24/2012 | UPDATE: Qualcomm Set To Get Internet License In India | Dow Jones Global News Select |
| 2/24/2012 | 5:42 AM | 2/24/2012 | UPDATE: Qualcomm Set To Get Internet License In India | Dow Jones Institutional News |
| 2/24/2012 | 9:28 AM | 2/24/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 91888 | Dow Jones News Service |
| 2/27/2012 | 7:14 AM | 2/27/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Feb. 24 | Dow Jones Institutional News |
| 2/27/2012 | 9:28 AM | 2/27/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 57600 | Dow Jones News Service |
| 2/27/2012 | 7:51 PM | 2/28/2012 | Callaway Hires Adams Golf CEO Brewer As New President, CEO | Dow Jones News Service |
| 2/27/2012 | 8:06 PM | 2/28/2012 | Callaway Hires Adams Golf CEO Brewer As New President, CEO | Dow Jones Business News |
| 2/28/2012 | 3:00 PM | 2/28/2012 | TIP SHEET: Manager Sees Emerging Markets With 10% More Upside | Dow Jones News Service |
| 2/29/2012 | 8:44 AM | 2/29/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 2/29/2012 | 2:26 PM | 2/29/2012 | Microsoft Launches Test Version Of Windows 8 | Dow Jones News Service |
| 2/29/2012 | 3:16 PM | 2/29/2012 | 2nd UPDATE: Microsoft Launches Test Version Of Windows 8 | Dow Jones News Service |
| 3/1/2012 | 8:44 AM | 3/1/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 3/5/2012 | 7:14 AM | 3/5/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended March 2 -2- | Dow Jones Institutional News |
| 3/5/2012 | 7:15 AM | 3/5/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended March 2 | Dow Jones Institutional News |
| 3/6/2012 | 7:24 AM | 3/6/2012 | Corporate China Scores High On Innovation | Dow Jones Top News & Commentary |
| 3/6/2012 | 7:30 AM | 3/6/2012 | *DJ Qualcomm Increases Quarterly Dividend By 16 Percent And Announces New $4.0 Billion Stock Repurchase Program >QCOM | Dow Jones Institutional News |
| 3/6/2012 | 7:30 AM | 3/6/2012 | Qualcomm Increases Quarterly Dividend By 16 Percent And Announces New $4.0 Billion Stock Repurchase Program | Dow Jones News Service |
| 3/6/2012 | 8:15 AM | 3/6/2012 | Qualcomm Approved For New $4B Buyback Program, 16% Dividend Increase | Dow Jones News Service |
| 3/6/2012 | 8:30 AM | 3/6/2012 | Qualcomm Approved For New $4 Billion Buyback Program, 16% Dividend Increase | Dow Jones Business News |
| 3/6/2012 | 8:44 AM | 3/6/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 3/8/2012 | 8:44 AM | 3/8/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 3/9/2012 | 9:28 AM | 3/9/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 57875 | Dow Jones News Service |
| 3/9/2012 | 7:22 PM | 3/12/2012 | AMD Lifted By Optimism Under New CEO | Dow Jones News Service |
| 3/9/2012 | 7:37 PM | 3/12/2012 | AMD Lifted By Optimism Under New CEO | Dow Jones Business News |
| 3/12/2012 | 7:14 AM | 3/12/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended March 9 | Dow Jones Institutional News |
| 3/12/2012 | 7:14 AM | 3/12/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended March 9 -2- | Dow Jones Institutional News |
| 3/12/2012 | 7:49 PM | 3/13/2012 | WSJ: Disney Takes On Proxy Adviser ISS | Dow Jones News Service |
| 3/12/2012 | 8:15 PM | 3/13/2012 | WSJ UPDATE: Disney Takes On Proxy Adviser ISS | Dow Jones News Service |
| 3/13/2012 | 4:44 PM | 3/14/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 3/15/2012 | 8:44 AM | 3/15/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 3/15/2012 | 1:25 PM | 3/15/2012 | New Apple IPad Contains Chips From Broadcom And Texas Instruments | Dow Jones News Service |
| 3/15/2012 | 5:36 PM | 3/16/2012 | WSJ BLOG/Digits: iPad Components Uncovered As Firm Tears Into Device | Dow Jones News Service |
| 3/15/2012 | 7:43 PM | 3/16/2012 | WSJ BLOG/Digits: Breaking Down the iPad's Components | Dow Jones News Service |
| 3/15/2012 | 8:08 PM | 3/16/2012 | WSJ BLOG/Korea Real Time: In New iPad: Samsung Display and Processor | Dow Jones International News |
| 3/15/2012 | 10:41 PM | 3/16/2012 | WSJ BLOG/Digits: Breaking Down the iPad's Components | Dow Jones Chinese Financial Wire |
| 3/16/2012 | 9:28 AM | 3/16/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 136262 | Dow Jones News Service |
| 3/16/2012 | 1:40 PM | 3/16/2012 | TECH VIEW: Wall Street Reconsiders Apple Price Targets | Dow Jones News Service |
| 3/16/2012 | 5:07 PM | 3/19/2012 | WSJ BLOG/Digits: Breaking Down the iPad's Components | Dow Jones News Service |
| 3/16/2012 | 10:11 PM | 3/19/2012 | WSJ BLOG/Digits: Breaking Down the iPad's Components | Dow Jones News Service |
| 3/18/2012 | 8:11 PM | 3/19/2012 | TSMC: 'Higher Probability' In Raising 2012 Capex Than Not Raising | Dow Jones International News |
| 3/18/2012 | 8:43 PM | 3/19/2012 | TSMC: May Raise 2012 Capex On 'Very Strong' Demand For 28-nm Chips | Dow Jones Business News |
| 3/19/2012 | 7:14 AM | 3/19/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended March 16 -2- | Dow Jones Institutional News |
| 3/19/2012 | 7:15 AM | 3/19/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended March 16 | Dow Jones Institutional News |
| 3/20/2012 | 9:28 AM | 3/20/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 79202 | Dow Jones News Service |
| 3/20/2012 | 3:17 PM | 3/20/2012 | Anritsu Enter Into Licensing Agreement With Qualcomm | Dow Jones News Service |
| 3/21/2012 | 1:00 PM | 3/21/2012 | TECHNICALLY SPEAKING: Consumer Discretionary's Turn To Pause? | Dow Jones News Service |
| 3/21/2012 | 4:44 PM | 3/22/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 3/22/2012 | 3:52 PM | 3/22/2012 | Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 57702 | Dow Jones News Service |
| 3/26/2012 | 7:13 AM | 3/26/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended March 23 | Dow Jones Institutional News |
| 3/26/2012 | 7:13 AM | 3/26/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended March 23 -2- | Dow Jones Institutional News |
| 3/26/2012 | 9:28 AM | 3/26/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 79494 | Dow Jones News Service |
| 3/26/2012 | 3:00 PM | 3/26/2012 | TIP SHEET: Pullbacks Seen As Prime Time To Play Cyclicals | Dow Jones News Service |
| 3/27/2012 | 9:28 AM | 3/27/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 62149 | Dow Jones News Service |
| 3/28/2012 | 9:28 AM | 3/28/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 111434 | Dow Jones News Service |
| 3/28/2012 | 4:44 PM | 3/29/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 3/29/2012 | 8:44 AM | 3/29/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 4/2/2012 | 7:14 AM | 4/2/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended March 30 | Dow Jones Institutional News |
| 4/2/2012 | 7:14 AM | 4/2/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended March 30 -2- | Dow Jones Institutional News |
| 4/2/2012 | 1:19 PM | 4/2/2012 | WSJ BLOG/Digits: Samsung Hires Hint at New Chip Focus | Dow Jones News Service |
| 4/2/2012 | 8:46 PM | 4/3/2012 | WSJ BLOG/Korea Real Time: Samsung Hires Hint at New Chip Focus | Dow Jones International News |
| 4/3/2012 | 9:28 AM | 4/3/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 74274 | Dow Jones News Service |
| 4/3/2012 | 3:00 PM | 4/3/2012 | TIP SHEET: Fund Seeks Big Growth At Cheap Prices | Dow Jones News Service |
| 4/4/2012 | 4:44 PM | 4/5/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 4/8/2012 | 10:07 PM | 4/9/2012 | TSMC: Phase 5 Of Tainan Fab 14 To Use 20 Nanometer Technology | Dow Jones International News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 4/8/2012 | 10:54 PM | 4/9/2012 | TSMC: To Revise Upward Full-Year Capex | Dow Jones International News |
| 4/9/2012 | 12:00 AM | 4/9/2012 | TSMC Chairman: To Revise Upward 2012 Capex On Better-Than-Expected Demand | Dow Jones Business News |
| 4/9/2012 | 7:14 AM | 4/9/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended April 6 | Dow Jones Institutional News |
| 4/9/2012 | 7:14 AM | 4/9/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended April 6 -2- | Dow Jones Institutional News |
| 4/10/2012 | 1:51 PM | 4/10/2012 | EARNINGS PREVIEW: US Semiconductor Companies See Demand Rising | Dow Jones News Service |
| 4/10/2012 | 2:06 PM | 4/10/2012 | EARNINGS PREVIEW: US Semiconductor Companies See Demand Rising | Dow Jones Business News |
| 4/10/2012 | 3:00 PM | 4/10/2012 | TIP SHEET: Oppenheimer Fund Likes US Cos With Global Footprint | Dow Jones News Service |
| 4/11/2012 | 5:33 AM | 4/11/2012 | *DJ Bharti Airtel Awaiting Clarity On 4G Bandwidth Auction To Decide On Acquisitions - Source | Dow Jones Institutional News |
| 4/11/2012 | 5:33 AM | 4/11/2012 | Bharti Airtel Awaiting Clarity On 4G Bandwidth Auction To Decide On Acquisitions - Source | Dow Jones Global Equities News |
| 4/11/2012 | 3:46 PM | 4/11/2012 | IHS iSuppli: Nokia Held Down New Smartphone Costs | Dow Jones News Service |
| 4/11/2012 | 4:01 PM | 4/12/2012 | IHS iSuppli: Nokia Held Down New Smartphone Costs | Dow Jones Business News |
| 4/13/2012 | 2:30 PM | 4/13/2012 | US EQUITIES WEEK AHEAD: Earnings Due From Banking, Tech Giants | Dow Jones News Service |
| 4/13/2012 | 2:45 PM | 4/13/2012 | US EQUITIES WEEK AHEAD: Earnings Due From Banking, Tech Giants | Dow Jones Business News |
| 4/16/2012 | 7:13 AM | 4/16/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended April 13 | Dow Jones Institutional News |
| 4/16/2012 | 7:13 AM | 4/16/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended April 13 -2- | Dow Jones Institutional News |
| 4/16/2012 | 8:44 AM | 4/16/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 4/16/2012 | 9:28 AM | 4/16/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 76574 | Dow Jones News Service |
| 4/16/2012 | 5:28 PM | 4/17/2012 | WSJ BLOG/Digits: New Windows for ARM Chips May Get Its Own Name | Dow Jones News Service |
| 4/16/2012 | 7:40 PM | 4/17/2012 | WSJ BLOG/Digits: New Windows for ARM Chips May Get Its Own Name | Dow Jones News Service |
| 4/17/2012 | 1:13 AM | 4/17/2012 | WSJ BLOG/Venture Capital Dispatch: THE FOUNDERS: Cherry CEO Aims To Clean Up With Car-Wash Service | Dow Jones News Service |
| 4/17/2012 | 7:22 AM | 4/17/2012 | Qualcomm Started At Outperform By Raymond James | Dow Jones International News |
| 4/17/2012 | 9:02 AM | 4/17/2012 | Global Chip Rev Up 1.8% To $306.8B In 2011 - Gartner | Dow Jones News Service |
| 4/17/2012 | 10:17 AM | 4/17/2012 | DJ Global Chip Rev Up 1.8% To $306.8B In 2011 - Gartner | Dow Jones Chinese Financial Wire |
| 4/17/2012 | 5:20 PM | 4/18/2012 | WSJ BLOG/MarketBeat: Tomorrow's Tape: Yummy Earnings | Dow Jones News Service |
| 4/18/2012 | 9:12 AM | 4/18/2012 | WSJ BLOG/MarketBeat: Morning MarketBeat: Big Stock Moves Becoming New Norm, Again | Dow Jones News Service |
| 4/18/2012 | 3:24 PM | 4/18/2012 | OPTIONS REPORT: Qualcomm Investors Wary After Intel Report | Dow Jones News Service |
| 4/18/2012 | 4:00 PM | 4/19/2012 | Qualcomm 2Q Rev $4.94B | Dow Jones News Service |
| 4/18/2012 | 4:21 PM | 4/19/2012 | Qualcomm 2Q Net Soars On Revenue Growth; Downbeat 3Q EPS View | Dow Jones News Service |
| 4/18/2012 | 4:32 PM | 4/19/2012 | Qualcomm CEO: Not Able To Meet Supply Demands Of All Customers | Dow Jones News Service |
| 4/18/2012 | 4:36 PM | 4/19/2012 | Qualcomm 2Q Net Soars On Revenue Growth; Downbeat 3Q EPS View | Dow Jones Business News |
| 4/18/2012 | 4:58 PM | 4/19/2012 | WSJ BLOG/MarketBeat: EBay, Yum, Qualcomm Report Mixed Earnings Results | Dow Jones News Service |
| 4/18/2012 | 5:25 PM | 4/19/2012 | DJ Qualcomm 2Q Net Soars On Revenue Growth; Downbeat 3Q EPS View | Dow Jones Chinese Financial Wire |
| 4/18/2012 | 5:40 PM | 4/19/2012 | WSJ BLOG/MarketBeat: EBay, Yum, Qualcomm Report Mixed Earnings Results | Dow Jones News Service |
| 4/18/2012 | 5:53 PM | 4/19/2012 | WSJ: Qualcomm Struggling To Meet Chip Demand | Dow Jones News Service |
| 4/18/2012 | 6:43 PM | 4/19/2012 | UPDATE: Qualcomm Says Supply Constraints Will Hurt Results | Dow Jones Business News |
| 4/19/2012 | 9:28 AM | 4/19/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 146646 | Dow Jones News Service |
| 4/19/2012 | 10:33 AM | 4/19/2012 | DJ US HOT STOCKS: EBay, Qualcomm , Morgan Stanley , Human Genome | Dow Jones Institutional News |
| 4/19/2012 | 10:33 AM | 4/19/2012 | US HOT STOCKS: EBay , Qualcomm , Morgan Stanley , Human Genome | Dow Jones News Service |
| 4/19/2012 | 10:43 AM | 4/19/2012 | DJ US HOT STOCKS: QCOM | Dow Jones Chinese Financial Wire |
| 4/19/2012 | 11:17 AM | 4/19/2012 | DJ MARKET TALK: Qualcomm Capacity Shortage Won't Bite Apple -BofA | Dow Jones Institutional News |
| 4/19/2012 | 11:17 AM | 4/19/2012 | MARKET TALK: Qualcomm Capacity Shortage Won't Bite Apple -BofA | Dow Jones News Service |
| 4/19/2012 | 1:10 PM | 4/19/2012 | DJ MARKET TALK: High Apple Demand To Blame For Qualcomm 's Issues? | Dow Jones Institutional News |
| 4/19/2012 | 1:10 PM | 4/19/2012 | MARKET TALK: High Apple Demand To Blame For Qualcomm 's Issues? | Dow Jones News Service |
| 4/19/2012 | 1:14 PM | 4/19/2012 | DJ US HOT STOCKS: eBay , Qualcomm , Human Genome Sciences , Cypress Semi | Dow Jones Institutional News |
| 4/19/2012 | 1:14 PM | 4/19/2012 | US HOT STOCKS: eBay , Qualcomm , Human Genome Sciences , Cypress Semi | Dow Jones News Service |
| 4/20/2012 | 9:28 AM | 4/20/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 96702 | Dow Jones News Service |
| 4/20/2012 | 3:37 PM | 4/20/2012 | WSJ BLOG/MarketBeat: Apple Shares Down 10%; It's a Correction | Dow Jones News Service |
| 4/20/2012 | 3:37 PM | 4/20/2012 | WSJ BLOG/MarketBeat: Apple Shares Down 10%; It's a Correction | Dow Jones News Service |
| 4/23/2012 | 2:59 AM | 4/23/2012 | Imagination Technologies Group Licenses Ensigma UCC IP To Qualcomm | Dow Jones International News |
| 4/23/2012 | 3:14 AM | 4/23/2012 | Imagination Technologies Group Licenses Ensigma UCC IP To Qualcomm | Dow Jones Business News |
| 4/23/2012 | 3:17 AM | 4/23/2012 | UK MARKET TALK ROUNDUP: BROKERS COMMENTS | Dow Jones International News |
| 4/23/2012 | 7:29 AM | 4/23/2012 | PRICE TARGET CHANGES: FRIEDMAN, BILLINGS & RAMSEY | Dow Jones News Service |
| 4/23/2012 | 8:48 AM | 4/23/2012 | WSJ BLOG/MarketBeat: Apple Shares Down 10%; It's a Correction | Dow Jones News Service |
| 4/24/2012 | 9:28 AM | 4/24/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 94971 | Dow Jones News Service |
| 4/24/2012 | 6:08 PM | 4/25/2012 | WSJ BLOG/Digits: Live Blog: Apple's 2Q Earnings Call | Dow Jones News Service |
| 4/24/2012 | 6:29 PM | 4/25/2012 | WSJ BLOG/Digits: Live Blog: Apple's 2Q Earnings Call | Dow Jones News Service |
| 4/26/2012 | 5:28 AM | 4/26/2012 | UPDATE: TSMC Hiking 2012 Capex 42% After 1Q Net Down 7.7% | Dow Jones International News |
| 4/26/2012 | 7:55 AM | 4/26/2012 | UPDATE: ZTE To Sign Pact With Ebay To Improve U.S. Distribution Channels | Dow Jones International News |
| 4/26/2012 | 9:17 AM | 4/26/2012 | Qualcomm Raised To Strong Buy From Buy By S&P Capital IQ | Dow Jones International News |
| 4/26/2012 | 4:44 PM | 4/27/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 4/30/2012 | 9:00 AM | 4/30/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended April 27 -2- | Dow Jones Institutional News |
| 4/30/2012 | 9:01 AM | 4/30/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended April 27 | Dow Jones Institutional News |
| 4/30/2012 | 4:44 PM | 5/1/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 5/1/2012 | 3:00 AM | 5/1/2012 | PRESS RELEASE: CSR Strengthens Its Audio Platform with High Fidelity Class-D Amplifier Technology | Dow Jones Institutional News |
| 5/1/2012 | 6:45 AM | 5/1/2012 | Qualcomm Raised To Outperform From Neutral By Macquarie | Dow Jones International News |
| 5/4/2012 | 9:28 AM | 5/4/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 68399 | Dow Jones News Service |
| 5/7/2012 | 7:14 AM | 5/7/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended May 4 | Dow Jones Institutional News |
| 5/7/2012 | 7:14 AM | 5/7/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended May 4 -2- | Dow Jones Institutional News |
| 5/7/2012 | 8:44 AM | 5/7/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 5/8/2012 | 10:50 AM | 5/8/2012 | Clearwire Expands Deals Possibilities With Qualcomm Contract | Dow Jones News Service |
| 5/8/2012 | 11:39 AM | 5/8/2012 | WSJ BLOG/Digits: CTIA: Clearwire's Qualcomm Deal May Lead to Carrier Contracts | Dow Jones News Service |
| 5/8/2012 | 11:59 AM | 5/8/2012 | UPDATE: Clearwire Says Qualcomm Pact To Help With Wholesale Deals | Dow Jones News Service |
| 5/8/2012 | 5:19 PM | 5/9/2012 | Broadcom CEO Sees Consolidation Ahead In Mobile-Chip Sector | Dow Jones News Service |
| 5/8/2012 | 5:34 PM | 5/9/2012 | Broadcom CEO Sees Consolidation Ahead In Mobile-Chip Sector | Dow Jones Business News |
| 5/9/2012 | 10:55 AM | 5/9/2012 | Sprint In Talks With Clearwire About Network Sharing | Dow Jones International News |
| 5/9/2012 | 12:13 PM | 5/9/2012 | WSJ BLOG/Digits: CTIA: Clearwire's Qualcomm Deal May Lead to Carrier Contracts | Dow Jones News Service |
| 5/10/2012 | 10:44 AM | 5/10/2012 | Audience Opens Up 11.8% Post-IPO | Dow Jones News Service |
| 5/10/2012 | 12:57 PM | 5/10/2012 | WSJ: Intel CEO Sees 'Inflection Point' Due To Manufacturing Advantages | Dow Jones News Service |
| 5/10/2012 | 2:43 PM | 5/10/2012 | WSJ UPDATE: Intel CEO Sees 'Inflection Point' Due To Manufacturing Advantages | Dow Jones News Service |
| 5/11/2012 | 9:29 AM | 5/11/2012 | ALL THINGS DIGITAL:Viddy Raises $30M In Series B Financing Round | Dow Jones International News |
| 5/11/2012 | 2:34 PM | 5/11/2012 | Carriers May Get Tougher With Smartphones | Dow Jones News Service |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 5/11/2012 | 2:49 PM | 5/11/2012 | Carriers May Get Tougher With Smartphones | Dow Jones Business News |
| 5/16/2012 | 12:22 PM | 5/16/2012 | DJ Zweig-DiMenna Associates 1Q: Hldgs As Of Mar 31 | Dow Jones Institutional News |
| 5/16/2012 | 12:22 PM | 5/16/2012 | DJ Zweig-DiMenna Associates 1Q: Hldgs As Of Mar 31 | Dow Jones Institutional News |
| 5/16/2012 | 2:36 PM | 5/16/2012 | DJ Viking Global Investors LP 1Q: Hldgs As Of Mar 31 | Dow Jones Institutional News |
| 5/16/2012 | 2:54 PM | 5/16/2012 | DJ Chilton Investment Co. 1Q: Hldgs As Of Mar 31 | Dow Jones Institutional News |
| 5/16/2012 | 2:55 PM | 5/16/2012 | DJ Caxton Associates LP 1Q: Hldgs As Of Mar 31 | Dow Jones Institutional News |
| 5/16/2012 | 3:11 PM | 5/16/2012 | DJ The Vanguard Grp 1Q: Hldgs As Of Mar 31 | Dow Jones Institutional News |
| 5/16/2012 | 3:51 PM | 5/16/2012 | DJ Highfields Capital Mgmt LP 1Q: Hldgs As Of Mar 31 | Dow Jones Institutional News |
| 5/16/2012 | 3:51 PM | 5/16/2012 | DJ Lone Pine Capital 1Q: Hldgs As Of Mar 31 | Dow Jones Institutional News |
| 5/16/2012 | 3:51 PM | 5/16/2012 | DJ Maverick Capital Ltd. 1Q: Hldgs As Of Mar 31 | Dow Jones Institutional News |
| 5/16/2012 | 3:52 PM | 5/16/2012 | DJ OZ Mgmt 1Q: Hldgs As Of Mar 31 | Dow Jones Institutional News |
| 5/16/2012 | 3:55 PM | 5/16/2012 | DJ S.A.C. Capital Advisors LP 1Q: Hldgs As Of Mar 31 | Dow Jones Institutional News |
| 5/16/2012 | 4:11 PM | 5/17/2012 | DJ Kingdon Capital Mgmt 1Q: Hldgs As Of Mar 31 | Dow Jones Institutional News |
| 5/16/2012 | 4:28 PM | 5/17/2012 | DJ GAMCO Investors 1Q: Hldgs As Of Mar 31 | Dow Jones Institutional News |
| 5/16/2012 | 6:18 PM | 5/17/2012 | WSJ BLOG/Digits: Intel's Latest Online Journalism Targets A Younger Crowd | Dow Jones News Service |
| 5/17/2012 | 9:28 AM | 5/17/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 59787 | Dow Jones News Service |
| 5/17/2012 | 1:42 PM | 5/17/2012 | ARM CEO: To Capture Bigger Share Of PCs Than Intel Will Gain In Phones | Dow Jones News Service |
| 5/17/2012 | 1:57 PM | 5/17/2012 | ARM CEO: To Capture Bigger Share Of PCs Than Intel Will Gain In Phones | Dow Jones Business News |
| 5/17/2012 | 9:00 PM | 5/18/2012 | Qualcomm Announces Leadership Change In Japan | Dow Jones News Service |
| 5/18/2012 | 9:28 AM | 5/18/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 179858 | Dow Jones News Service |
| 5/21/2012 | 7:14 AM | 5/21/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended May 18 | Dow Jones Institutional News |
| 5/21/2012 | 7:14 AM | 5/21/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended May 18 -2- | Dow Jones Institutional News |
| 5/21/2012 | 9:28 AM | 5/21/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 137101 | Dow Jones News Service |
| 5/21/2012 | 1:55 PM | 5/21/2012 | Apple Shares Up On Bullish iPhone Reports | Dow Jones News Service |
| 5/21/2012 | 3:14 PM | 5/21/2012 | WSJ BLOG/MarketBeat: Apple Shares Regain Some Luster | Dow Jones News Service |
| 5/23/2012 | 7:30 AM | 5/23/2012 | Qualcomm Life Announces Members Of New Advisory Council | Dow Jones News Service |
| 5/24/2012 | 5:47 AM | 5/24/2012 | Bharti Airtel: To Buy 49% In Qualcomm India Broadband Wireless Access Units | Dow Jones International News |
| 5/24/2012 | 6:33 AM | 5/24/2012 | Bharti Airtel To Buy 49% Of Qualcomm's India Broadband Wireless Access Units | Dow Jones Business News |
| 5/24/2012 | 9:33 AM | 5/24/2012 | UPDATE: Bharti To Buy 49% Of Qualcomm's India Broadband Business For $165 Mln | Dow Jones International News |
| 5/24/2012 | 9:48 AM | 5/24/2012 | UPDATE: Bharti To Buy 49% Of Qualcomm's India Broadband Business For $165 Million | Dow Jones Business News |
| 5/24/2012 | 11:31 PM | 5/25/2012 | WSJ BLOG/India Real Time: Top India Stories From WSJ: Gupta Jurors Hear Wiretaps | Dow Jones International News |
| 6/5/2012 | 2:55 AM | 6/5/2012 | ARM Aiming For 5%-10% Share In Global Server Chip Market By 2016 - COO | Dow Jones International News |
| 6/5/2012 | 8:43 AM | 6/5/2012 | UPDATE: Intel, ARM Battle Escalates Ahead Of Windows 8 Launch | Dow Jones Asian Equities Report |
| 6/5/2012 | 8:43 AM | 6/5/2012 | UPDATE: Intel, ARM Battle Escalates Ahead Of Windows 8 Launch | Dow Jones Emerging Markets Report |
| 6/5/2012 | 8:43 AM | 6/5/2012 | UPDATE: Intel, ARM Battle Escalates Ahead Of Windows 8 Launch | Dow Jones International News |
| 6/5/2012 | 8:58 AM | 6/5/2012 | UPDATE: Intel, ARM Battle Escalates Ahead Of Windows 8 Launch | Dow Jones Business News |
| 6/5/2012 | 4:44 PM | 6/6/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 6/5/2012 | 7:48 PM | 6/6/2012 | WSJ BLOG/Digits: Qualcomm Talks Up New Wi-Fi at Taiwan Trade Show | Dow Jones News Service |
| 6/6/2012 | 3:38 AM | 6/6/2012 | WSJ Intel, ARM Battle Escalates Ahead Of Windows 8 Launch | Dow Jones Chinese Financial Wire |
| 6/6/2012 | 3:38 AM | 6/6/2012 | WSJ Intel, ARM Battle Escalates Ahead Of Windows 8 Launch | Dow Jones Chinese Financial Wire |
| 6/11/2012 | 7:12 AM | 6/11/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended June 8 | Dow Jones Institutional News |
| 6/11/2012 | 9:28 AM | 6/11/2012 | Applications Given Early Antitrust Clearance | Dow Jones Corporate Filings Alert |
| 6/11/2012 | 9:28 AM | 6/11/2012 | DJ Applications Given Early Antitrust Clearance | Dow Jones Institutional News |
| 6/11/2012 | 9:43 AM | 6/11/2012 | Applications Given Early Antitrust Clearance | Dow Jones Global News Select |
| 6/11/2012 | 9:43 AM | 6/11/2012 | Applications Given Early Antitrust Clearance | Dow Jones Institutional News |
| 6/13/2012 | 8:02 AM | 6/13/2012 | WSJ BLOG/Digits: AMD and ARM Team Up, Signaling Chip Market Changes | Dow Jones News Service |
| 6/14/2012 | 8:44 AM | 6/14/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 6/14/2012 | 9:28 AM | 6/14/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 86847 | Dow Jones News Service |
| 6/15/2012 | 9:28 AM | 6/15/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 367029 | Dow Jones News Service |
| 6/15/2012 | 4:44 PM | 6/18/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 6/18/2012 | 7:13 AM | 6/18/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended June 15 | Dow Jones Institutional News |
| 6/18/2012 | 7:30 AM | 6/18/2012 | Qualcomm Acquires Summit Microelectronics | Dow Jones News Service |
| 6/18/2012 | 4:30 PM | 6/19/2012 | Qualcomm And The Fraunhofer IAO Announce L2Pro mLearning Platform In Germany And The United Kingdom To Support Small And Medium Enterprises Bring Innovations To Market | Dow Jones News Service |
| 6/19/2012 | 7:58 PM | 6/20/2012 | WSJ UPDATE: Beneath Microsoft's Surface | Dow Jones News Service |
| 6/20/2012 | 2:15 PM | 6/20/2012 | WSJ LIVE BLOG/All Things D: What We Just Learned About Windows Phone 8 | Dow Jones News Service |
| 6/26/2012 | 3:00 PM | 6/26/2012 | TIP SHEET: Nationwide Flies Under Radar But Invests Big | Dow Jones News Service |
| 6/26/2012 | 3:15 PM | 6/26/2012 | TIP SHEET: Nationwide Flies Under Radar But Invests Big | Dow Jones Business News |
| 6/27/2012 | 7:01 AM | 6/27/2012 | WSJ BLOG/Digits: Qualcomm Talks Up Augmented Reality in the Cloud | Dow Jones News Service |
| 6/27/2012 | 7:30 AM | 6/27/2012 | Qualcomm And Akamai Collaborate To Optimize Mobile Page Loads And Improve Mobile User Experience | Dow Jones News Service |
| 6/27/2012 | 7:30 AM | 6/27/2012 | Qualcomm Announces New Leadership Within Semiconductor Business | Dow Jones News Service |
| 6/27/2012 | 7:30 AM | 6/27/2012 | Qualcomm Announces The Expansion Of The Hexagon DSP Access Program | Dow Jones News Service |
| 6/27/2012 | 4:24 PM | 6/28/2012 | Qualcomm Started At Buy By Cantor Fitzgerald | Dow Jones International News |
| 6/28/2012 | 7:30 AM | 6/28/2012 | Qualcomm Announces Plans To Implement A New Corporate Structure | Dow Jones News Service |
| 6/28/2012 | 7:59 AM | 6/28/2012 | Qualcomm To Form Unit In Effort To Shelter Patents | Dow Jones News Service |
| 6/28/2012 | 8:14 AM | 6/28/2012 | Qualcomm To Form Unit In Effort To Shelter Patents | Dow Jones Business News |
| 6/28/2012 | 9:43 AM | 6/28/2012 | UPDATE: Qualcomm To Form Unit In Effort To Shelter Patents | Dow Jones News Service |
| 6/28/2012 | 9:58 AM | 6/28/2012 | UPDATE: Qualcomm To Form Unit In Effort To Shelter Patents | Dow Jones Business News |
| 6/28/2012 | 10:15 AM | 6/28/2012 | Qualcomm to Form Unit to Shelter Patents | Dow Jones Business News |
| 6/29/2012 | 9:28 AM | 6/29/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 65891 | Dow Jones News Service |
| 6/29/2012 | 4:44 PM | 7/2/2012 | WSJ: Hewlett-Packard Won't Jump on New Chips for Tablets Soon | Dow Jones News Service |
| 6/29/2012 | 6:00 PM | 7/2/2012 | WSJ: H-P Won't Jump on New Chips for Tablets Soon | Dow Jones Chinese Financial Wire |
| 7/2/2012 | 11:26 AM | 7/2/2012 | Mozilla Preps Mobile Platform With Initial Devices, Carriers | Dow Jones News Service |
| 7/2/2012 | 11:41 AM | 7/2/2012 | Mozilla Preps Mobile Platform With Initial Devices, Carriers | Dow Jones Business News |
| 7/2/2012 | 2:04 PM | 7/2/2012 | WSJ BLOG/Digits: Mozilla Preps Mobile Platform With Initial Devices, Carriers | Dow Jones News Service |
| 7/6/2012 | 8:44 AM | 7/6/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 7/9/2012 | 7:12 AM | 7/9/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended July 6 | Dow Jones Institutional News |
| 7/9/2012 | 9:20 AM | 7/9/2012 | ALL THINGS D:Samsung Joins Field for Fall Windows Tablet Race:Report | Dow Jones News Service |
| 7/10/2012 | 1:01 PM | 7/10/2012 | WSJ: Applied Materials Surprised by Magnitude of Sales Slowdown | Dow Jones News Service |
| 7/10/2012 | 1:44 PM | 7/10/2012 | WSJ BLOG/MarketBeat: AMD's Outlook: Little Bit Macro, More Micro | Dow Jones News Service |
| 7/10/2012 | 8:00 PM | 7/11/2012 | Qualcomm Elects Dr. Susan Hockfield To Bd Of Directors | Dow Jones News Service |
| 7/11/2012 | 9:30 AM | 7/11/2012 | EARNINGS PREVIEW:US Chip Makers Face Wavering Appetite,Changing Tastes | Dow Jones News Service |
| 7/11/2012 | 9:44 AM | 7/11/2012 | EARNINGS PREVIEW:US Chip Makers Face Wavering Appetite,Changing Tastes | Dow Jones Business News |
| 7/13/2012 | 7:28 AM | 7/13/2012 | WSJ BLOG/Tech Europe: Huawei's Handset Progress Could Squeeze Big Players | Dow Jones International News |

PX32

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 7/13/2012 | 8:34 AM | 7/13/2012 | WSJ BLOG/Tech Europe: Huawei's Handset Progress Could Squeeze Big Players | Dow Jones International News |
| 7/13/2012 | 8:47 AM | 7/13/2012 | WSJ BLOG/Tech Europe: Huawei's Handset Progress Could Squeeze Big Players | Dow Jones International News |
| 7/13/2012 | 4:44 PM | 7/16/2012 | WSJ BLOG/MarketBeat: Next Week's Tape: Earnings, Housing, and Bernanke, Too | Dow Jones Institutional News |
| 7/13/2012 | 4:44 PM | 7/16/2012 | WSJ BLOG/MarketBeat: Next Week's Tape: Earnings, Housing, and Bernanke, Too | Dow Jones News Service |
| 7/16/2012 | 7:47 AM | 7/16/2012 | Qualcomm Raised To Hold From Sell By Societe Generale | Dow Jones International News |
| 7/16/2012 | 6:24 PM | 7/17/2012 | Nvidia To Provide 4G LTE Chip For Asus Windows RT Tablet | Dow Jones News Service |
| 7/16/2012 | 6:39 PM | 7/17/2012 | Nvidia To Provide 4G LTE Chip For Asus Windows RT Tablet | Dow Jones Business News |
| 7/16/2012 | 9:00 PM | 7/17/2012 | News Highlights: Top Equities Stories of the Day | Dow Jones International News |
| 7/17/2012 | 5:13 AM | 7/17/2012 | UPDATE: Samsung Electronics Acquires UK Chip Design Firm CSR plc For $310 Mln | Dow Jones International News |
| 7/17/2012 | 9:28 AM | 7/17/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 63699 | Dow Jones News Service |
| 7/17/2012 | 5:19 PM | 7/18/2012 | WSJ BLOG/MarketBeat: Tomorrow's Tape: Bernanke Goes Back up the Hill | Dow Jones Institutional News |
| 7/17/2012 | 5:19 PM | 7/18/2012 | WSJ BLOG/MarketBeat: Tomorrow's Tape: Bernanke Goes Back up the Hill | Dow Jones News Service |
| 7/18/2012 | 6:10 AM | 7/18/2012 | WSJ BLOG/MarketBeat: Morning MarketBeat: Investors Still Betting On QE3 | Dow Jones Institutional News |
| 7/18/2012 | 6:10 AM | 7/18/2012 | WSJ BLOG/MarketBeat: Morning MarketBeat: Investors Still Betting On QE3 | Dow Jones News Service |
| 7/18/2012 | 4:00 PM | 7/19/2012 | *DJ Qualcomm 3Q Adj EPS 85c QCOM | Dow Jones Chinese Financial Wire |
| 7/18/2012 | 4:00 PM | 7/19/2012 | *DJ Qualcomm 3Q EPS 69c QCOM | Dow Jones Chinese Financial Wire |
| 7/18/2012 | 4:00 PM | 7/19/2012 | *DJ Qualcomm 3Q Net $1.21B QCOM | Dow Jones Chinese Financial Wire |
| 7/18/2012 | 4:00 PM | 7/19/2012 | *DJ Qualcomm 3Q Rev $4.63B QCOM | Dow Jones Chinese Financial Wire |
| 7/18/2012 | 4:00 PM | 7/19/2012 | Qualcomm 3Q MSM Units Shipped 141M | Dow Jones News Service |
| 7/18/2012 | 4:05 PM | 7/19/2012 | *DJ Shares of Qualcomm Fall 4.9% After Hours | Dow Jones Chinese Financial Wire |
| 7/18/2012 | 4:17 PM | 7/19/2012 | Qualcomm 3Q Net Up 17% On Strong Demand; Moderates View | Dow Jones News Service |
| 7/18/2012 | 4:32 PM | 7/19/2012 | Qualcomm 3Q Net Up 17% On Strong Demand; Moderates View | Dow Jones Business News |
| 7/18/2012 | 4:39 PM | 7/19/2012 | WSJ: Qualcomm CEO Says It Is 'On Track' To Easing Supply Shortage | Dow Jones News Service |
| 7/18/2012 | 4:41 PM | 7/19/2012 | WSJ: Qualcomm CEO: Not Planning To Add Manufacturing Capability | Dow Jones News Service |
| 7/18/2012 | 4:42 PM | 7/19/2012 | WSJ: Qualcomm CEO Cites 'Intense Discussions' To Avoid Future Chip Shortages | Dow Jones News Service |
| 7/18/2012 | 4:55 PM | 7/19/2012 | WSJ: Qualcomm CEO: Shortage Limits 'Potential Revenue Upside' This Fiscal Year | Dow Jones News Service |
| 7/18/2012 | 5:04 PM | 7/19/2012 | WSJ: Qualcomm Cites Hiring 'Benefits' In China As Focus Of Probes | Dow Jones News Service |
| 7/18/2012 | 5:05 PM | 7/19/2012 | Qualcomm Net Up 17% on Strong Demand | Dow Jones Business News |
| 7/18/2012 | 5:35 PM | 7/19/2012 | DJ Qualcomm 3Q Net Up 17% On Strong Demand; Moderates View | Dow Jones Chinese Financial Wire |
| 7/18/2012 | 6:00 PM | 7/19/2012 | WSJ UPDATE: CEO Says Qualcomm Is 'On Track' to Easing Supply Shortage | Dow Jones News Service |
| 7/19/2012 | 6:21 AM | 7/19/2012 | WSJ BLOG/MarketBeat: Morning MarketBeat: Tech's Rebound Poised to Continue | Dow Jones News Service |
| 7/19/2012 | 6:31 AM | 7/19/2012 | WSJ BLOG/MarketBeat: Morning MarketBeat: Tech's Rebound Poised to Continue | Dow Jones News Service |
| 7/19/2012 | 6:35 PM | 7/20/2012 | WSJ BLOG/Corruption Currents: Qualcomm Opens Internal FCPA Probe | Dow Jones News Service |
| 7/20/2012 | 9:28 AM | 7/20/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 264551 | Dow Jones News Service |
| 7/24/2012 | 5:00 AM | 7/24/2012 | Qualcomm And Delta Motorsport Announce Integration Of Wireless Electric Vehicle Charging Into Delta E-4 Coupe Electric Vehicles For London Trial | Dow Jones News Service |
| 7/24/2012 | 5:00 AM | 7/24/2012 | Qualcomm And Renault Announce Memorandum Of Understanding On Wireless Electric Vehicle Charging Technology | Dow Jones News Service |
| 7/24/2012 | 7:30 AM | 7/24/2012 | DJ UK SMALLCAP ROUNDUP: CSR Revenue Beats Expectations, Cautious on 3Q | Dow Jones Institutional News |
| 7/24/2012 | 7:30 AM | 7/24/2012 | UK SMALLCAP ROUNDUP: CSR Revenue Beats Expectations, Cautious on 3Q | Dow Jones Global Equities News |
| 7/24/2012 | 8:44 AM | 7/24/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 7/24/2012 | 11:00 AM | 7/24/2012 | UK SMALLCAP ROUNDUP: Tarsus Group Keen to Exit Europe for Emerging Markets | Dow Jones Global Equities News |
| 7/24/2012 | 6:25 PM | 7/25/2012 | 2nd UPDATE: Broadcom Reports Record 2nd-Quarter Revenue on Smartphone Chips | Dow Jones News Service |
| 7/24/2012 | 6:40 PM | 7/25/2012 | 2nd UPDATE: Broadcom Reports Record 2nd-Quarter Revenue on Smartphone Chips | Dow Jones Business News |
| 7/24/2012 | 11:43 PM | 7/25/2012 | WSJ BLOG/India Real Time: Airtel's Early Foray Into 4G | Dow Jones Global Equities News |
| 7/25/2012 | 3:50 AM | 7/25/2012 | UPDATE: ARM Outperforms On Strong Demand For Its Microchips | Dow Jones Global Equities News |
| 7/25/2012 | 11:55 AM | 7/25/2012 | 2nd UPDATE: ARM Outperforms On Strong Demand For Its Microchips | Dow Jones Global Equities News |
| 7/25/2012 | 4:44 PM | 7/26/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 7/26/2012 | 9:28 AM | 7/26/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 106216 | Dow Jones News Service |
| 7/27/2012 | 5:35 PM | 7/30/2012 | ALL THINGS D: Tech Firms Battle to Keep Secrets as Apple-Samsung Nears Trial | Dow Jones News Service |
| 7/30/2012 | 7:12 AM | 7/30/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended July 27 | Dow Jones Institutional News |
| 7/31/2012 | 8:44 AM | 7/31/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 7/31/2012 | 9:28 AM | 7/31/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 63745 | Dow Jones News Service |
| 7/31/2012 | 11:39 AM | 7/31/2012 | UPDATE: Cirrus Logic Shares Soar on Big Hopes for Apple Devices | Dow Jones News Service |
| 7/31/2012 | 11:54 AM | 7/31/2012 | UPDATE: Cirrus Logic Shares Soar on Big Hopes for Apple Devices | Dow Jones Business News |
| 8/3/2012 | 9:28 AM | 8/3/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 83095 | Dow Jones News Service |
| 8/3/2012 | 12:42 PM | 8/3/2012 | Chip Makers Target Low-End Phone Market As Key Growth Area | Dow Jones News Service |
| 8/3/2012 | 12:57 PM | 8/3/2012 | Chip Makers Target Low-End Phone Market As Key Growth Area | Dow Jones Business News |
| 8/6/2012 | 7:13 AM | 8/6/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Aug. 3 | Dow Jones Institutional News |
| 8/6/2012 | 7:30 AM | 8/6/2012 | Qualcomm Names Anand Chandrasekher Chief Marketing Officer | Dow Jones News Service |
| 8/6/2012 | 1:29 PM | 8/6/2012 | WSJ BLOG/Digits: Former Intel Marketer Joins Old Foes At Qualcomm | Dow Jones News Service |
| 8/10/2012 | 9:28 AM | 8/10/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 54666 | Dow Jones News Service |
| 8/13/2012 | 7:13 AM | 8/13/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Aug. 10 | Dow Jones Institutional News |
| 8/13/2012 | 7:20 PM | 8/14/2012 | Qualcomm Working With Dell, Samsung on Windows RT Devices -Sources | Dow Jones News Service |
| 8/13/2012 | 7:23 PM | 8/14/2012 | *DJ Qualcomm Working With Dell, Samsung on Windows RT Devices -Sources | Dow Jones Chinese Financial Wire |
| 8/13/2012 | 9:15 PM | 8/14/2012 | Qualcomm, Dell, Samsung Work on Windows RT Devices | Dow Jones Global News Select |
| 8/13/2012 | 10:06 PM | 8/14/2012 | Toshiba: Decided Not to Introduce Windows RT-Based Devices | Dow Jones Global Equities News |
| 8/13/2012 | 10:55 PM | 8/14/2012 | Toshiba Scraps Plans for Windows RT Devices | Dow Jones Global News Select |
| 8/13/2012 | 11:12 PM | 8/14/2012 | DJ Qualcomm Working With Dell, Samsung on Windows RT Devices - Sources | Dow Jones Chinese Financial Wire |
| 8/15/2012 | 8:44 AM | 8/15/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 8/15/2012 | 9:24 AM | 8/15/2012 | DJ Zweig-DiMenna Associates 2Q 13F: Hldgs As Of Jun 30 | Dow Jones Institutional News |
| 8/15/2012 | 9:34 AM | 8/15/2012 | Qualcomm Started At Overweight By Evercore Partners | Dow Jones Global Equities News |
| 8/15/2012 | 10:12 AM | 8/15/2012 | DJ Viking Global Investors LP 2Q 13F: Hldgs As Of Jun 30 | Dow Jones Institutional News |
| 8/15/2012 | 10:22 AM | 8/15/2012 | DJ Chilton Investment Co. 2Q 13F: Hldgs As Of Jun 30 | Dow Jones Institutional News |
| 8/15/2012 | 10:24 AM | 8/15/2012 | DJ Caxton Associates LP 2Q 13F: Hldgs As Of Jun 30 | Dow Jones Institutional News |
| 8/15/2012 | 10:30 AM | 8/15/2012 | DJ Maverick Capital Ltd. 2Q 13F: Hldgs As Of Jun 30 | Dow Jones Institutional News |
| 8/15/2012 | 10:35 AM | 8/15/2012 | DJ Lone Pine Capital 2Q 13F: Hldgs As Of Jun 30 | Dow Jones Institutional News |
| 8/15/2012 | 10:37 AM | 8/15/2012 | DJ OZ Mgmt 2Q 13F: Hldgs As Of Jun 30 | Dow Jones Institutional News |
| 8/15/2012 | 10:50 AM | 8/15/2012 | DJ Kingdon Capital Mgmt 2Q 13F: Hldgs As Of Jun 30 | Dow Jones Institutional News |
| 8/15/2012 | 11:05 AM | 8/15/2012 | DJ Farallon Capital Mgmt 2Q 13F: Hldgs As Of Jun 30 | Dow Jones Institutional News |
| 8/16/2012 | 8:44 AM | 8/16/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 8/17/2012 | 9:28 AM | 8/17/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 226618 | Dow Jones News Service |
| 8/20/2012 | 7:13 AM | 8/20/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Aug. 17 | Dow Jones Institutional News |
| 8/20/2012 | 9:28 AM | 8/20/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 88259 | Dow Jones News Service |
| 8/20/2012 | 4:44 PM | 8/21/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 8/21/2012 | 5:35 PM | 8/22/2012 | Qualcomm to Open Tablet Research Facility in Sao Paulo | Dow Jones News Service |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 8/21/2012 | 5:50 PM | 8/22/2012 | Qualcomm to Open Tablet Research Facility in Sao Paulo | Dow Jones Global News Select |
| 8/22/2012 | 10:42 AM | 8/22/2012 | WSJ: Broadcom Seeks Links to China's Smartphone Market | Dow Jones News Service |
| 8/23/2012 | 4:30 PM | 8/24/2012 | Qualcomm Acquires Small Cell Pioneer DesignArt Networks | Dow Jones News Service |
| 8/23/2012 | 5:27 PM | 8/24/2012 | Qualcomm Buys DesignArt Networks, Increasing its Mobile Offerings | Dow Jones News Service |
| 8/23/2012 | 5:42 PM | 8/24/2012 | Qualcomm Buys DesignArt Networks, Increasing its Mobile Offerings | Dow Jones Global News Select |
| 8/24/2012 | 10:49 AM | 8/24/2012 | ParkerVision To Amend Claims Of Indirect Infringement Against Qualcomm Following Court Ruling | Dow Jones News Service |
| 8/27/2012 | 7:12 AM | 8/27/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Aug. 24 | Dow Jones Institutional News |
| 8/28/2012 | 4:48 PM | 8/29/2012 | WSJ BLOG/Digits: AMD Talks Up 'Surround Computing' Trend | Dow Jones News Service |
| 8/29/2012 | 1:35 PM | 8/29/2012 | Sources Say Taiwan Semiconductor Rejected Separate Investment Approaches From Apple, Qualcomm -Bloomberg | Dow Jones News Service |
| 8/30/2012 | 7:26 AM | 8/30/2012 | Chips May Constrain Smartphone Launches | Dow Jones News Service |
| 8/30/2012 | 10:01 AM | 8/30/2012 | Chris Borroni-Bird, Former GM Electric Networked Vehicle Executive, Joins Qualcomm -Bloomberg | Dow Jones News Service |
| 8/31/2012 | 8:44 AM | 8/31/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 9/3/2012 | 2:47 AM | 9/4/2012 | UK MARKET TALK ROUNDUP: BROKERS COMMENTS | Dow Jones Global Equities News |
| 9/3/2012 | 7:13 AM | 9/4/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Aug. 31 | Dow Jones Institutional News |
| 9/4/2012 | 9:00 AM | 9/4/2012 | FOCUS: Timing Is Key For Investing In Apple's Chip Suppliers | Dow Jones News Service |
| 9/5/2012 | 10:09 AM | 9/5/2012 | Nokia's Elop: Stabilized Mobile Phone Business in Past Quarter | Dow Jones News Service |
| 9/5/2012 | 11:13 AM | 9/5/2012 | Nokia Introduces Two Models of Windows Phone 8 Devices | Dow Jones Global News Select |
| 9/5/2012 | 11:33 AM | 9/5/2012 | UPDATE: Nokia Introduces Two Models of Windows Phone 8 Devices | Dow Jones News Service |
| 9/5/2012 | 11:45 AM | 9/5/2012 | Nokia Unveils Two Smartphone Models | Dow Jones Global News Select |
| 9/5/2012 | 11:48 AM | 9/5/2012 | UPDATE: Nokia Introduces Two Models of Windows Phone 8 Devices | Dow Jones Global News Select |
| 9/5/2012 | 12:04 PM | 9/5/2012 | WSJ 2nd UPDATE: Nokia Launches New Windows Phones, Hopes For Turnaround | Dow Jones News Service |
| 9/5/2012 | 12:32 PM | 9/5/2012 | 2nd UPDATE: Nokia Introduces Two Models of Windows Phone 8 Devices | Dow Jones News Service |
| 9/5/2012 | 12:47 PM | 9/5/2012 | 2nd UPDATE: Nokia Introduces Two Models of Windows Phone 8 Devices | Dow Jones Global News Select |
| 9/5/2012 | 1:18 PM | 9/5/2012 | DJ Nokia Introduces Two Models of Windows Phone 8 Devices | Dow Jones Chinese Financial Wire |
| 9/6/2012 | 4:44 PM | 9/7/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 9/10/2012 | 7:12 AM | 9/10/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Sep. 7 | Dow Jones Institutional News |
| 9/12/2012 | 7:30 AM | 9/12/2012 | Qualcomm:Wireless Security System Project's Phase Two Begins In San Salvador's Metropolitan Area | Dow Jones News Service |
| 9/13/2012 | 4:44 PM | 9/14/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 9/14/2012 | 7:30 AM | 9/14/2012 | Qualcomm Says Gobi Modem Implemented In Softbank 102Z | Dow Jones News Service |
| 9/14/2012 | 3:52 PM | 9/14/2012 | Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 52394 | Dow Jones News Service |
| 9/17/2012 | 12:00 AM | 9/17/2012 | WSJ: Investor Bankrolls Big Romney Campaign | Dow Jones Global Equities News |
| 9/17/2012 | 7:12 AM | 9/17/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Sep. 14 | Dow Jones Institutional News |
| 9/17/2012 | 8:44 AM | 9/17/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 9/19/2012 | 8:44 AM | 9/19/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 9/19/2012 | 3:40 PM | 9/19/2012 | UPDATE: HTC Unveils Two Windows-Enabled Smartphones | Dow Jones News Service |
| 9/19/2012 | 3:55 PM | 9/19/2012 | UPDATE: HTC Unveils Two Windows-Enabled Smartphones | Dow Jones Global News Select |
| 9/20/2012 | 3:00 PM | 9/20/2012 | TIP SHEET:Tollkeeper Fund Prospers by Targeting Recurring Revenue | Dow Jones News Service |
| 9/21/2012 | 3:52 PM | 9/21/2012 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 67327 | Dow Jones News Service |
| 9/21/2012 | 3:55 PM | 9/21/2012 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs N/A | Dow Jones News Service |
| 9/21/2012 | 5:39 PM | 9/24/2012 | WSJ BLOG/All Things D: Apple's iPhone 5 Is Pried Open, Its Profitable Secrets Burst Out | Dow Jones News Service |
| 9/21/2012 | 5:46 PM | 9/24/2012 | WSJ BLOG/All Things D: Apple's iPhone 5 Is Pried Open, Its Profitable Secrets Burst Out | Dow Jones News Service |
| 9/21/2012 | 5:49 PM | 9/24/2012 | WSJ BLOG/All Things D: Apple's iPhone 5 Is Pried Open, Its Profitable Secrets Burst Out | Dow Jones News Service |
| 9/21/2012 | 7:05 PM | 9/24/2012 | WSJ BLOG/All Things D: Apple's iPhone 5 Is Pried Open, Its Profitable Secrets Burst Out | Dow Jones News Service |
| 9/21/2012 | 7:07 PM | 9/24/2012 | WSJ BLOG/All Things D: Apple's iPhone 5 Is Pried Open, Its Profitable Secrets Burst Out | Dow Jones News Service |
| 9/21/2012 | 7:08 PM | 9/24/2012 | WSJ BLOG/All Things D: Apple's iPhone 5 Is Pried Open, Its Profitable Secrets Burst Out | Dow Jones News Service |
| 9/21/2012 | 7:09 PM | 9/24/2012 | WSJ BLOG/All Things D: Apple's iPhone 5 Is Pried Open, Its Profitable Secrets Burst Out | Dow Jones News Service |
| 9/21/2012 | 7:10 PM | 9/24/2012 | WSJ BLOG/All Things D: Apple's iPhone 5 Is Pried Open, Its Profitable Secrets Burst Out | Dow Jones News Service |
| 9/21/2012 | 7:14 PM | 9/24/2012 | WSJ BLOG/All Things D: Apple's iPhone 5 Is Pried Open, Its Profitable Secrets Burst Out | Dow Jones News Service |
| 9/21/2012 | 7:47 PM | 9/24/2012 | WSJ BLOG/All Things D: Apple's iPhone 5 Is Pried Open, Its Profitable Secrets Burst Out | Dow Jones News Service |
| 9/24/2012 | 1:19 AM | 9/24/2012 | WSJ(9/24) IPhone 5 Costs Stay In Check | Dow Jones Chinese Financial Wire |
| 9/24/2012 | 7:12 AM | 9/24/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Sep. 21 | Dow Jones Institutional News |
| 9/24/2012 | 10:41 AM | 9/24/2012 | WSJ BLOG/China Real Time: Inside the iPhone 5: Will Apple Go (China) Mobile? | Dow Jones Global Equities News |
| 9/24/2012 | 12:52 PM | 9/24/2012 | WSJ BLOG/China Real Time: Inside the iPhone 5: Will Apple Go (China) Mobile? | Dow Jones Global Equities News |
| 9/25/2012 | 6:46 PM | 9/26/2012 | Barron's Blog/Tech Trader Daily: ARMH: TI's Shift From Mobile Still Leaves Plenty of Customers, Says Benchmark | Dow Jones Global Equities News |
| 9/26/2012 | 7:15 PM | 9/27/2012 | WSJ BLOG/All Things D: Intel Counters Report of CEO Comments on Windows 8 Bugs | Dow Jones News Service |
| 9/28/2012 | 7:17 AM | 9/28/2012 | *DJ Qualcomm Started At Buy By Brean Murray Carret QCOM | Dow Jones Chinese Financial Wire |
| 9/28/2012 | 7:17 AM | 9/28/2012 | Qualcomm Started At Buy By Brean Murray Carret | Dow Jones Global Equities News |
| 9/28/2012 | 10:20 AM | 9/28/2012 | Barron's Blog/Tech Trader Daily: This Morning: An Upgrade for RIM, Apple Apologizes, MU's Half-Full Glass | Dow Jones Global Equities News |
| 9/28/2012 | 10:30 AM | 9/28/2012 | Barron's Blog/Tech Trader Daily: This Morning: An Upgrade for RIM, Apple Apologizes, CSCO's Got Mo | Dow Jones Global Equities News |
| 9/28/2012 | 4:01 PM | 10/1/2012 | Barron's Blog/Tech Trader Daily: Apple Squeezes Chip Cos, Says Piper, But Could Be a Silver Lining Yet | Dow Jones Global Equities News |
| 9/28/2012 | 4:02 PM | 10/1/2012 | Barron's Blog/Tech Trader Daily: Apple Squeezes Chip Cos, Says Piper; May Be a Silver Lining Yet | Dow Jones Global Equities News |
| 10/1/2012 | 7:30 AM | 10/1/2012 | Qualcomm Implements New Corporate Structure | Dow Jones News Service |
| 10/1/2012 | 11:56 AM | 10/1/2012 | Barron's Blog/Tech Trader Daily: SYNA: Pac Crest Says Hold, MediaTek, Apple Limit Opportunity | Dow Jones Global Equities News |
| 10/1/2012 | 4:35 PM | 10/2/2012 | Barron's Blog/Tech Trader Daily: NVDA, INTC Can Advance in 'Apps' Chips, Says Wells | Dow Jones Global Equities News |
| 10/2/2012 | 12:55 PM | 10/2/2012 | WSJ BLOG/All Things D: D: Mobile Adds Intel's Bell and TelefÃ³nica's Domingo | Dow Jones News Service |
| 10/2/2012 | 1:43 PM | 10/2/2012 | WSJ BLOG/All Things D: D: Mobile Adds Intel's Bell and TelefÃ³nica's Domingo | Dow Jones News Service |
| 10/2/2012 | 4:56 PM | 10/3/2012 | Google Buy Facial Recognition Start-up Viewdle | Dow Jones Top News & Commentary |
| 10/3/2012 | 8:00 AM | 10/3/2012 | WSJ BLOG/All Things D: Coalition of Tech Companies Aims to License LTE-Related Patents | Dow Jones News Service |
| 10/3/2012 | 9:28 AM | 10/3/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 75391 | Dow Jones News Service |
| 10/3/2012 | 3:53 PM | 10/3/2012 | Barron's Blog/Tech Trader Daily: AAPL: iPhone 5's Amazing 93% Margin on NAND, Per RBC | Dow Jones Global Equities News |
| 10/3/2012 | 4:44 PM | 10/4/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 10/3/2012 | 5:13 PM | 10/4/2012 | Barron's Blog/Tech Trader Daily: Intel's Process Lead Will Make Strides in Mobile, Says Stifel | Dow Jones Global Equities News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 10/3/2012 | 5:22 PM | 10/4/2012 | Barron's Blog/Tech Trader Daily: AAPL: iPhone 5's Amazing 93% Margin on NAND, Per RBC | Dow Jones Global Equities News |
| 10/8/2012 | 1:10 AM | 10/8/2012 | Morning News Roundup | Dow Jones Global Equities News |
| 10/8/2012 | 1:10 AM | 10/8/2012 | WSJ BLOG/Deal Journal India: Morning News Roundup | Dow Jones Global Equities News |
| 10/8/2012 | 1:14 AM | 10/8/2012 | Morning News Roundup | Dow Jones Global Equities News |
| 10/8/2012 | 1:14 AM | 10/8/2012 | WSJ BLOG/Deal Journal India: Morning News Roundup | Dow Jones Global Equities News |
| 10/8/2012 | 7:13 AM | 10/8/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Oct. 5 | Dow Jones Institutional News |
| 10/8/2012 | 1:22 PM | 10/8/2012 | Barron's Blog/Tech Trader Daily: AAPL: Bold Gambit with New 'A6' CPU, Says Microprocessor Report | Dow Jones Global Equities News |
| 10/8/2012 | 1:37 PM | 10/8/2012 | Barron's Blog/Tech Trader Daily: AAPL: Bold Gambit with New 'A6' CPU, Says Microprocessor Report | Dow Jones Global Equities News |
| 10/8/2012 | 2:17 PM | 10/8/2012 | Barron's Blog/Tech Trader Daily: QCOM: Avian Cuts to Hold on Rising Competition, Unbundling | Dow Jones Global Equities News |
| 10/9/2012 | 9:15 AM | 10/9/2012 | ST-Ericsson To Review Strategic Options | Dow Jones Top News & Commentary |
| 10/9/2012 | 1:30 PM | 10/9/2012 | EARNINGS PREVIEW: Shifting Terrain for U.S. Chipmakers | Dow Jones News Service |
| 10/9/2012 | 1:45 PM | 10/9/2012 | EARNINGS PREVIEW: Shifting Terrain for U.S. Chipmakers | Dow Jones Global News Select |
| 10/9/2012 | 8:51 PM | 10/10/2012 | Shifting Terrain for U.S. Chipmakers | Dow Jones Top Global Market Stories |
| 10/10/2012 | 5:11 AM | 10/10/2012 | Liberum Capital On STMicro | Dow Jones Top News & Commentary |
| 10/10/2012 | 7:36 AM | 10/10/2012 | Shifting Terrain for U.S. Chipmakers | Dow Jones Top North American Equities Stories |
| 10/10/2012 | 10:47 AM | 10/10/2012 | Barron's Blog/Tech Trader Daily: This Morning: Qualcomm's Got Competition, Survey Props AAPL, Dumps RIMM | Dow Jones Global Equities News |
| 10/10/2012 | 10:49 AM | 10/10/2012 | Barron's Blog/Tech Trader Daily: This Morning: QCOM's Got Competition, Survey Props AAPL, Dumps RIMM | Dow Jones Global Equities News |
| 10/10/2012 | 10:50 AM | 10/10/2012 | Barron's Blog/Tech Trader Daily: This Morning: QCOM's Got Competition, Survey Props AAPL, Dumps RIMM | Dow Jones Global Equities News |
| 10/10/2012 | 10:52 AM | 10/10/2012 | Barron's Blog/Tech Trader Daily: This Morning: QCOM's Got Competition, Survey Props AAPL, Dumps RIMM | Dow Jones Global Equities News |
| 10/10/2012 | 12:22 PM | 10/10/2012 | Barron's Blog/Tech Trader Daily: This Morning: QCOM's Got Competition, Survey Props AAPL, Dumps RIMM | Dow Jones Global Equities News |
| 10/10/2012 | 12:50 PM | 10/10/2012 | Barron's Blog/Tech Trader Daily: This Morning: QCOM's Got Competition, Survey Props AAPL, Dumps RIMM | Dow Jones Global Equities News |
| 10/10/2012 | 12:54 PM | 10/10/2012 | Barron's Blog/Tech Trader Daily: This Morning: QCOM's Got Competition, Survey Props AAPL, Dumps RIMM | Dow Jones Global Equities News |
| 10/11/2012 | 12:27 PM | 10/11/2012 | Barron's Blog/Tech Trader Daily: NVDA, QCOM to Ride Tablet Market With TI Exit, Says Raymond James | Dow Jones Global Equities News |
| 10/11/2012 | 12:28 PM | 10/11/2012 | Barron's Blog/Tech Trader Daily: NVDA, QCOM to Ride Tablet Market With TI Exit, Says Raymond James | Dow Jones Global Equities News |
| 10/11/2012 | 8:56 PM | 10/12/2012 | WSJ: Microsoft, Allies Prepare Windows 8 Marketing Blitz | Dow Jones News Service |
| 10/11/2012 | 9:04 PM | 10/12/2012 | Microsoft, Allies Prepare Windows 8 Marketing Blitz | Dow Jones Top News & Commentary |
| 10/11/2012 | 9:16 PM | 10/12/2012 | Microsoft, Allies Prepare Windows 8 Marketing Blitz | Dow Jones Top Global Market Stories |
| 10/11/2012 | 10:56 PM | 10/12/2012 | WSJ: Microsoft, Allies Prepare Windows 8 Marketing Blitz | Dow Jones Chinese Financial Wire |
| 10/12/2012 | 3:16 PM | 10/12/2012 | Microsoft, Allies Prepare Windows 8 Marketing Blitz | Dow Jones Top North American Equities Stories |
| 10/12/2012 | 4:20 PM | 10/15/2012 | Barron's Blog/Tech Trader Daily: Samsung: Bernstein Cheers Semi, Phone Dominance; Margins Worth Watching | Dow Jones Global Equities News |
| 10/13/2012 | 7:06 PM | 10/15/2012 | WSJ BLOG/All Things D: Who Would Buy AMD? A Tough Question With No Easy Answers, | Dow Jones News Service |
| 10/13/2012 | 7:37 PM | 10/15/2012 | WSJ BLOG/All Things D: Who Would Buy AMD? A Tough Question With No Easy Answers. | Dow Jones News Service |
| 10/15/2012 | 7:12 AM | 10/15/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Oct. 12 | Dow Jones Institutional News |
| 10/15/2012 | 9:58 AM | 10/15/2012 | Barron's Blog/Tech Trader Daily: This Morning: Is Clearwire In Sprint-Softbank Somewhere? AZMN CPUs? | Dow Jones Global Equities News |
| 10/15/2012 | 4:50 PM | 10/16/2012 | Barron's Blog/Tech Trader Daily: MCHP Warns Q3 Rev Falls Short on Global Economic Woes | Dow Jones Global Equities News |
| 10/15/2012 | 4:59 PM | 10/16/2012 | Leap Wireless Left Out of the Telecom Consolidation, For Now | Dow Jones News Service |
| 10/16/2012 | 5:21 AM | 10/16/2012 | MARKET TALK: Liberum Ups Imagination Technologies To Hold | Dow Jones Global Equities News |
| 10/16/2012 | 5:21 AM | 10/16/2012 | UK MARKET TALK ROUNDUP: SHARES GAINING | Dow Jones Global Equities News |
| 10/16/2012 | 6:56 AM | 10/16/2012 | Leap Wireless Left Out of the Telecom Consolidation, For Now | Dow Jones Top Global Market Stories |
| 10/16/2012 | 8:44 AM | 10/16/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 10/16/2012 | 2:01 PM | 10/16/2012 | Leap Wireless Left Out of the Telecom Consolidation, For Now | Dow Jones Top North American Equities Stories |
| 10/16/2012 | 2:45 PM | 10/16/2012 | Barron's Blog/Tech Trader Daily: QCOM CEO Jacobs to Head CES 2013 | Dow Jones Global Equities News |
| 10/16/2012 | 4:24 PM | 10/17/2012 | Barron's Blog/Tech Trader Daily: INTC Q3 Beats Estimates, Q4 Rev View Light, Reduces Capex View | Dow Jones Global Equities News |
| 10/16/2012 | 4:47 PM | 10/17/2012 | Barron's Blog/Tech Trader Daily: MSFT, AAPL: Barclays Reflects on Dueling Tablet Prospects | Dow Jones Global Equities News |
| 10/18/2012 | 6:16 AM | 10/18/2012 | WSJ BLOG/All Things D: Viral Video: Will Qualcomm's Jacobs Bring "Born Mobile" Baby to CES? | Dow Jones News Service |
| 10/18/2012 | 9:25 AM | 10/18/2012 | WSJ BLOG/All Things D: Viral Video: Will Qualcomm's Jacobs Bring "Born Mobile" Baby to CES? | Dow Jones News Service |
| 10/21/2012 | 7:44 PM | 10/22/2012 | Microsoft Mobile Strategy Ripples Through Industry | Dow Jones Top News & Commentary |
| 10/22/2012 | 7:12 AM | 10/22/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Oct. 19 | Dow Jones Institutional News |
| 10/22/2012 | 12:45 PM | 10/22/2012 | Barron's Blog/Tech Trader Daily: BRCM: Wedbush Cuts Target, Estimates; Q4 View to Disappoint | Dow Jones Global Equities News |
| 10/24/2012 | 12:38 PM | 10/24/2012 | WSJ BLOG/All Things D: Exclusive: Intel CEO Paul Otellini on Windows 8, the Tablet Market and Competing With ARM | Dow Jones News Service |
| 10/24/2012 | 6:10 PM | 10/25/2012 | WSJ BLOG/All Things D: Qualcomm CEO: ARM-Based Chips Make for Visibly Better Windows PCs | Dow Jones News Service |
| 10/25/2012 | 5:27 AM | 10/25/2012 | UPDATE: TSMC Posts Record Profit but Cautious About 4th Quarter | Dow Jones Global Equities News |
| 10/25/2012 | 5:42 AM | 10/25/2012 | UPDATE: TSMC Posts Record Profit but Cautious About 4th Quarter | Dow Jones Global News Select |
| 10/25/2012 | 9:00 AM | 10/25/2012 | WSJ BLOG/All Things D: Why Acer Is Holding Off on Windows RT for Now | Dow Jones News Service |
| 10/25/2012 | 12:16 PM | 10/25/2012 | WSJ BLOG/All Things D: Live -- Windows 8's Big Day | Dow Jones News Service |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 10/25/2012 | 12:22 PM | 10/25/2012 | WSJ BLOG/All Things D: Windows 8's Big Day | Dow Jones News Service |
| 10/25/2012 | 12:29 PM | 10/25/2012 | WSJ BLOG/All Things D: Windows 8's Big Day | Dow Jones News Service |
| 10/25/2012 | 12:32 PM | 10/25/2012 | WSJ BLOG/All Things D: Windows 8's Big Day | Dow Jones News Service |
| 10/25/2012 | 12:41 PM | 10/25/2012 | Microsoft Shows Off Windows 8 Software, Surface Tablet | Dow Jones Top North American Equities Stories |
| 10/25/2012 | 3:06 PM | 10/25/2012 | Microsoft Shows Off Windows 8 Software, Surface Tablet | Dow Jones Top Global Market Stories |
| 10/25/2012 | 3:25 PM | 10/25/2012 | Microsoft Shows Off Windows 8 | Dow Jones Global News Select |
| 10/25/2012 | 5:00 PM | 10/26/2012 | WSJ: Microsoft's Windows 8 Test: Courting Consumers | Dow Jones News Service |
| 10/25/2012 | 6:21 PM | 10/26/2012 | Barron's Blog/Tech Trader Daily: MSFT Takes Over Marine Pier for Win 8 | Dow Jones Global Equities News |
| 10/25/2012 | 10:28 PM | 10/26/2012 | WSJ: Microsoft's Windows 8 Test: Courting Consumers | Dow Jones Chinese Financial Wire |
| 10/25/2012 | 11:06 PM | 10/26/2012 | WSJ: Microsoft's Windows 8 Test: Courting Consumers | Dow Jones Chinese Financial Wire |
| 10/26/2012 | 12:03 AM | 10/26/2012 | WSJ(10/26) Asia Firms Predict Profit Pain | Dow Jones Newswires Chinese (English) |
| 10/26/2012 | 3:12 PM | 10/26/2012 | TIP SHEET: What's Good for the Soul May Be Good for the Wallet | Dow Jones News Service |
| 10/27/2012 | 12:06 AM | 10/31/2012 | Barron's(10/29) Picks From The Pros | Dow Jones Institutional News |
| 10/29/2012 | 11:49 AM | 10/31/2012 | Barron's Blog/Tech Trader Daily: This Morning: Getting Ready for CAVM, CRUS, Handicapping QCOM, JDSU | Dow Jones Global Equities News |
| 10/29/2012 | 12:14 PM | 10/31/2012 | Barron's Blog/Tech Trader Daily: This Morning: Getting Ready for CAVM, CRUS, Handicapping QCOM, JDSU | Dow Jones Global Equities News |
| 10/29/2012 | 12:29 PM | 10/31/2012 | Barron's Blog/Tech Trader Daily: This Morning: Getting Ready for CAVM, CRUS, Handicapping QCOM, JDSU | Dow Jones Global Equities News |
| 10/30/2012 | 12:20 PM | 10/31/2012 | ARM Launches New Designs For Super-Fast, Low Energy Chips | Dow Jones Global Equities News |
| 10/30/2012 | 12:34 PM | 10/31/2012 | ARM Unveils New Designs For Super-Fast, Low Energy Chips | Dow Jones Global News Select |
| 11/2/2012 | 4:44 PM | 11/5/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 11/5/2012 | 7:12 AM | 11/5/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Nov. 2 | Dow Jones Institutional News |
| 11/5/2012 | 8:45 AM | 11/5/2012 | MARKET TALK: Qualcomm Royalty Revenue Drives Nomura Upgrade | Dow Jones News Service |
| 11/5/2012 | 4:44 PM | 11/6/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 11/6/2012 | 8:06 AM | 11/6/2012 | WSJ BLOG/All Things D: Will Apple Switch the Mac to ARM? Why Rumors Do, and Don't, Ring True. | Dow Jones News Service |
| 11/6/2012 | 11:55 AM | 11/6/2012 | WSJ BLOG/All Things D: Will Apple Switch the Mac to ARM? Why Rumors Do, and Don't, Ring True. | Dow Jones News Service |
| 11/6/2012 | 12:51 PM | 11/6/2012 | WSJ BLOG/All Things D: Will Apple Switch the Mac to ARM? Why Rumors Do, and Don't, Ring True. | Dow Jones News Service |
| 11/7/2012 | 5:55 AM | 11/7/2012 | DJ Analyst Estimates for U.S. Earnings Wednesday | Dow Jones Institutional News |
| 11/7/2012 | 4:00 PM | 11/8/2012 | Qualcomm 4Q Adj EPS 89c | Dow Jones News Service |
| 11/7/2012 | 4:03 PM | 11/8/2012 | Barron's Blog/Tech Trader Daily: QCOM FYQ4 Rev, EPS Beat | Dow Jones Global Equities News |
| 11/7/2012 | 4:05 PM | 11/8/2012 | Barron's Blog/Tech Trader Daily: QCOM Jumps 7%: FYQ4 Rev, EPS Beat | Dow Jones Global Equities News |
| 11/7/2012 | 4:06 PM | 11/8/2012 | Barron's Blog/Tech Trader Daily: QCOM Jumps 7%: FYQ4 Rev, EPS Beat | Dow Jones Global Equities News |
| 11/7/2012 | 4:10 PM | 11/8/2012 | Barron's Blog/Tech Trader Daily: QCOM Jumps 7%: FYQ4 Beats, Q1, Year Views Top Consensus | Dow Jones Global Equities News |
| 11/7/2012 | 4:12 PM | 11/8/2012 | Barron's Blog/Tech Trader Daily: QCOM Jumps 7%: FYQ4 Beats, Q1; Year Views Top Consensus | Dow Jones Global Equities News |
| 11/7/2012 | 4:13 PM | 11/8/2012 | Barron's Blog/Tech Trader Daily: QCOM Jumps 7%: FYQ4 Beats, Q1; Year Views Top Consensus | Dow Jones Global Equities News |
| 11/7/2012 | 4:16 PM | 11/8/2012 | MARKET TALK: Qualcomm F4Q Profit Shines; 2013 Forecast Sunny | Dow Jones News Service |
| 11/7/2012 | 4:16 PM | 11/8/2012 | MARKET TALK: Qualcomm F4Q Profit Shines; 2013 Forecast Sunny | Dow Jones News Service |
| 11/7/2012 | 4:18 PM | 11/8/2012 | Barron's Blog/Tech Trader Daily: QCOM Jumps 7%: FYQ4 Beats, Q1; Year Views Top Consensus | Dow Jones Global Equities News |
| 11/7/2012 | 4:20 PM | 11/8/2012 | Barron's Blog/Tech Trader Daily: QCOM Jumps 7%: FYQ4 Beats, Q1; Year Views Top Consensus | Dow Jones Global Equities News |
| 11/7/2012 | 4:21 PM | 11/8/2012 | Qualcomm 4th-Quarter Net Up 20% on Smartphone Demand | Dow Jones News Service |
| 11/7/2012 | 4:21 PM | 11/8/2012 | Qualcomm Sees Smartphone Demand Driving Strong 2013 | Dow Jones Top News & Commentary |
| 11/7/2012 | 4:31 PM | 11/8/2012 | Qualcomm Sees Smartphone Demand Driving Strong 2013 | Dow Jones Top Global Market Stories |
| 11/7/2012 | 4:31 PM | 11/8/2012 | Qualcomm Sees Smartphone Demand Driving Strong 2013 | Dow Jones Top North American Equities Stories |
| 11/7/2012 | 4:36 PM | 11/8/2012 | Qualcomm 4th-Quarter Net Up 20% on Smartphone Demand | Dow Jones Global News Select |
| 11/7/2012 | 4:39 PM | 11/8/2012 | Barron's Blog/Tech Trader Daily: QCOM Jumps 7%: FYQ4 Beats; Q1, Year Views Top Consensus | Dow Jones Global Equities News |
| 11/7/2012 | 4:45 PM | 11/8/2012 | Qualcomm Sees Smartphone Demand Driving Strong 2013 | Dow Jones Global News Select |
| 11/7/2012 | 6:03 PM | 11/8/2012 | Barron's Blog/Tech Trader Daily: Semis: UBS Cheers Inventory Reduction; Raymond James | Dow Jones Global Equities News |
| 11/7/2012 | 6:05 PM | 11/8/2012 | Barron's Blog/Tech Trader Daily: Semis: UBS Cheers Inventory Reduction; Raymond James Cheers AT&T Spend | Dow Jones Global Equities News |
| 11/7/2012 | 6:29 PM | 11/8/2012 | US HOT STOCKS: Universal Display, Qualcomm, Bloomin' Brands Active in Late Trading | Dow Jones News Service |
| 11/7/2012 | 6:56 PM | 11/8/2012 | DJ US HOT STOCKS: QCOM | Dow Jones Chinese Financial Wire |
| 11/7/2012 | 7:08 PM | 11/8/2012 | DJ Qualcomm 4th-Quarter Net Up 20% on Smartphone Demand | Dow Jones Chinese Financial Wire |
| 11/7/2012 | 8:00 PM | 11/8/2012 | News Highlights: Top Equities Stories of the Day | Dow Jones Global Equities News |
| 11/7/2012 | 10:00 PM | 11/8/2012 | News Highlights: Top Equities Stories of the Day | Dow Jones Global Equities News |
| 11/8/2012 | 10:22 AM | 11/8/2012 | Barron's Blog/Tech Trader Daily: This Morning: PANL Plunges, QCOM Rising, Oppenheimer to Apple's Defense | Dow Jones Global Equities News |
| 11/8/2012 | 10:25 AM | 11/8/2012 | Barron's Blog/Tech Trader Daily: This Morning: PANL Plunges, QCOM Rising, Oppenheimer to Apple's Defense | Dow Jones Global Equities News |
| 11/8/2012 | 11:03 AM | 11/8/2012 | U.S. HOT STOCKS: Qualcomm, JPMorgan, AMC Networks, Monster Beverage -1- | Dow Jones News Service |
| 11/8/2012 | 11:12 AM | 11/8/2012 | DJ US HOT STOCKS: QCOM | Dow Jones Chinese Financial Wire |
| 11/8/2012 | 11:33 AM | 11/8/2012 | Barron's Blog/Tech Trader Daily: QCOM: Huge Spending, Rising Prices, iPhone Lift Outlook | Dow Jones Global Equities News |
| 11/8/2012 | 11:44 AM | 11/8/2012 | Barron's Blog/Tech Trader Daily: QCOM: Huge Spending, Rising Prices, iPhone Lift Outlook | Dow Jones Global Equities News |
| 11/8/2012 | 1:26 PM | 11/8/2012 | US HOT STOCKS: Qualcomm, AMC Networks, Monster Worldwide | Dow Jones News Service |
| 11/8/2012 | 5:26 PM | 11/9/2012 | Barron's Blog/Tech Trader Daily: AAPL iPhone 5 Supply Coming into Balance, Says BTIG | Dow Jones Global Equities News |
| 11/8/2012 | 6:02 PM | 11/9/2012 | US HOT STOCKS: Kayak, Groupon, Zipcar Active in Late Trading | Dow Jones News Service |
| 11/8/2012 | 6:55 PM | 11/9/2012 | Barron's Blog/Tech Trader Daily: AAPL iPhone 5 Supply Coming into Balance, Says BTIG | Dow Jones Global Equities News |
| 11/9/2012 | 12:16 AM | 11/9/2012 | Qualcomm Sees Smartphone Demand Driving Strong 2013 | Dow Jones Top North American Equities Stories |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 11/12/2012 | 7:13 AM | 11/12/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Nov. 9 | Dow Jones Institutional News |
| 11/13/2012 | 10:54 AM | 11/13/2012 | Tech CEOs Send Letter To President, Congress On Fiscal Cliff | Dow Jones News Service |
| 11/13/2012 | 11:31 AM | 11/13/2012 | WSJ BLOG/All Things D: HTC, Verizon Unveil Droid DNA | Dow Jones News Service |
| 11/13/2012 | 11:36 AM | 11/13/2012 | WSJ BLOG/All Things D: HTC, Verizon Unveil Droid DNA | Dow Jones News Service |
| 11/13/2012 | 11:38 AM | 11/13/2012 | WSJ BLOG/All Things D: HTC, Verizon Unveil Droid DNA | Dow Jones News Service |
| 11/13/2012 | 11:40 AM | 11/13/2012 | WSJ BLOG/All Things D: HTC, Verizon Unveil Droid DNA | Dow Jones News Service |
| 11/13/2012 | 11:44 AM | 11/13/2012 | WSJ BLOG/All Things D: HTC, Verizon Unveil Droid DNA | Dow Jones News Service |
| 11/13/2012 | 11:48 AM | 11/13/2012 | WSJ BLOG/All Things D: HTC, Verizon Unveil Droid DNA | Dow Jones News Service |
| 11/13/2012 | 12:19 PM | 11/13/2012 | WSJ BLOG/All Things D: HTC, Verizon Unveil Droid DNA | Dow Jones News Service |
| 11/13/2012 | 7:07 PM | 11/14/2012 | Sharp +11% At Y168 After Reports Of Tie-Ups With Intel, Qualcomm | Dow Jones Global Equities News |
| 11/13/2012 | 7:40 PM | 11/14/2012 | MARKET TALK: Sharp +9.2%; Intel, Qualcomm Tie-Up Reports | Dow Jones Global Equities News |
| 11/13/2012 | 7:51 PM | 11/14/2012 | Sharp in Talks for Up to Y40B Investment by Intel | Dow Jones Top News & Commentary |
| 11/13/2012 | 7:56 PM | 11/14/2012 | Sharp Said in Talks for Investment by Intel | Dow Jones Top Global Market Stories |
| 11/14/2012 | 6:06 AM | 11/14/2012 | Sharp Said in Talks for Investment by Intel | Dow Jones Top North American Equities Stories |
| 11/14/2012 | 8:44 AM | 11/14/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 11/15/2012 | 7:30 AM | 11/15/2012 | Qualcomm Atheros And Cisco Announce Indoor Location Technology Collaboration | Dow Jones News Service |
| 11/15/2012 | 8:44 AM | 11/15/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 11/15/2012 | 9:28 AM | 11/15/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 69723 | Dow Jones News Service |
| 11/15/2012 | 9:47 AM | 11/15/2012 | DJ Zweig-DiMenna Associates 3Q 13F: Largest Eliminations | Dow Jones Institutional News |
| 11/15/2012 | 9:48 AM | 11/15/2012 | DJ Zweig-DiMenna Associates 3Q 13F: Hldgs As Of Sep 30 | Dow Jones Institutional News |
| 11/15/2012 | 10:12 AM | 11/15/2012 | Barron's Blog/Tech Trader Daily: This Morning: Ballmer Speaks, AAPL Support at $520 | Dow Jones Global Equities News |
| 11/15/2012 | 10:16 AM | 11/15/2012 | Barron's Blog/Tech Trader Daily: This Morning: Ballmer Speaks, AAPL Support at $520 | Dow Jones Global Equities News |
| 11/15/2012 | 10:52 AM | 11/15/2012 | DJ Viking Global Investors LP 3Q 13F: Hldgs As Of Sep 30 | Dow Jones Institutional News |
| 11/15/2012 | 10:53 AM | 11/15/2012 | DJ D. E. Shaw & Co 3Q 13F: Hldgs As Of Sep 30 | Dow Jones Institutional News |
| 11/15/2012 | 10:55 AM | 11/15/2012 | DJ OZ Mgmt 3Q 13F: Hldgs As Of Sep 30 | Dow Jones Institutional News |
| 11/15/2012 | 10:57 AM | 11/15/2012 | DJ Maverick Capital Ltd. 3Q 13F: Hldgs As Of Sep 30 | Dow Jones Institutional News |
| 11/15/2012 | 10:59 AM | 11/15/2012 | DJ Soros Fund Mgmt 3Q 13F: Hldgs As Of Sep 30 | Dow Jones Institutional News |
| 11/15/2012 | 11:04 AM | 11/15/2012 | DJ Farallon Capital Mgmt 3Q 13F: Hldgs As Of Sep 30 | Dow Jones Institutional News |
| 11/15/2012 | 11:06 AM | 11/15/2012 | DJ Omega Advisors 3Q 13F: Hldgs As Of Sep 30 | Dow Jones Institutional News |
| 11/15/2012 | 12:59 PM | 11/15/2012 | Barron's Blog/Tech Trader Daily: QCOM: Citi Sees Benefits of Smartphone Explosion in China, Emerging Markets | Dow Jones Global Equities News |
| 11/16/2012 | 7:30 AM | 11/16/2012 | Qualcomm Acquires Assets Of Digital Positioning Technology Co. EPOS | Dow Jones News Service |
| 11/16/2012 | 9:28 AM | 11/16/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 198166 | Dow Jones News Service |
| 11/16/2012 | 12:23 PM | 11/16/2012 | Barron's Blog/Tech Trader Daily: AAPL: China Mobile Unlikely to Be iPhone Catalyst in '13, Says Jefferies | Dow Jones Global Equities News |
| 11/16/2012 | 12:28 PM | 11/16/2012 | Barron's Blog/Tech Trader Daily: AAPL: China Mobile Unlikely to Be iPhone Catalyst in '13, Says Jefferies | Dow Jones Global Equities News |
| 11/16/2012 | 12:45 PM | 11/16/2012 | Barron's Blog/Tech Trader Daily: AAPL: China Mobile Unlikely to Be iPhone Catalyst in '13, Says Jefferies | Dow Jones Global Equities News |
| 11/16/2012 | 4:23 PM | 11/19/2012 | FCC Close To Granting Dish Spectrum Waiver | Dow Jones Top News & Commentary |
| 11/16/2012 | 4:23 PM | 11/19/2012 | FCC Close To Granting Dish Spectrum Waiver - Sources | Dow Jones Top News & Commentary |
| 11/16/2012 | 4:23 PM | 11/19/2012 | WSJ: FCC Close To Granting Dish Spectrum Rule Change - Sources | Dow Jones News Service |
| 11/16/2012 | 4:24 PM | 11/19/2012 | Barron's Blog/Tech Trader Daily: AAPL, GOOG Grab Profits in 'Disruptive Mobility,' Says Barclays; Beware 'Capital Strike' | Dow Jones Global Equities News |
| 11/16/2012 | 4:44 PM | 11/19/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 11/16/2012 | 4:46 PM | 11/19/2012 | FCC Close to Granting Dish Spectrum Rule Change -Sources | Dow Jones Top Global Market Stories |
| 11/16/2012 | 4:56 PM | 11/19/2012 | FCC Close to Granting Dish Spectrum Rule Change -Sources | Dow Jones Top North American Equities Stories |
| 11/19/2012 | 7:13 AM | 11/19/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Nov. 16 | Dow Jones Institutional News |
| 11/19/2012 | 9:10 AM | 11/19/2012 | More Trouble At Ericsson | Dow Jones Top News & Commentary |
| 11/19/2012 | 9:28 AM | 11/19/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 80146 | Dow Jones News Service |
| 11/19/2012 | 10:03 AM | 11/19/2012 | WSJ UPDATE: Intel Announces Surprise Plan for CEO Otellini to Step Down | Dow Jones News Service |
| 11/19/2012 | 10:20 AM | 11/19/2012 | Intel President, CEO Otellini to Retire in May | Dow Jones Top News & Commentary |
| 11/19/2012 | 2:49 PM | 11/19/2012 | Barron's Blog/Tech Trader Daily: RMBS Surges 12%: JP Morgan Ups to Buy, Risks Priced in | Dow Jones Global Equities News |
| 11/19/2012 | 3:05 PM | 11/19/2012 | Barron's Blog/Tech Trader Daily: RMBS Surges 12%: JP Morgan Ups to Buy, Risks Priced in | Dow Jones Global Equities News |
| 11/19/2012 | 4:51 PM | 11/20/2012 | HEARD ON THE STREET: Intel Says Goodbye to Mr. Chips | Dow Jones News Service |
| 11/19/2012 | 5:27 PM | 11/20/2012 | Barron's Blog/Tech Trader Daily: AAPL's iPhone Remains Mature Market Phenomenon, Says Raymond James | Dow Jones Global Equities News |
| 11/19/2012 | 5:40 PM | 11/20/2012 | Barron's Blog/Tech Trader Daily: AAPL's iPhone Remains Mature Market Phenomenon, Says Raymond James | Dow Jones Global Equities News |
| 11/19/2012 | 5:45 PM | 11/20/2012 | Barron's Blog/Tech Trader Daily: AAPL's iPhone Remains Mature Market Phenomenon, Says Raymond James | Dow Jones Global Equities News |
| 11/20/2012 | 7:41 AM | 11/20/2012 | Intel Says Goodbye to Mr. Chips | Dow Jones Top Global Market Stories |
| 11/20/2012 | 8:44 AM | 11/20/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 11/20/2012 | 9:21 AM | 11/20/2012 | Intel Says Goodbye to Mr. Chips | Dow Jones Top North American Equities Stories |
| 11/21/2012 | 9:28 AM | 11/21/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 129236 | Dow Jones News Service |
| 11/23/2012 | 12:01 PM | 11/23/2012 | Barron's Blog/Tech Trader Daily: Nokia Jumps 6%: Danske Sees Better Supply, Demand for Lumia | Dow Jones Global Equities News |
| 11/23/2012 | 12:01 PM | 11/23/2012 | Barron's Blog/Tech Trader Daily: Nokia Jumps 6%: Danske Sees Better Supply, Demand for Lumia | Dow Jones Global Equities News |
| 11/23/2012 | 12:06 PM | 11/23/2012 | Barron's Blog/Tech Trader Daily: Nokia Jumps 6%: Danske Sees Better Supply, Demand for Lumia | Dow Jones Global Equities News |
| 11/23/2012 | 12:10 PM | 11/23/2012 | Barron's Blog/Tech Trader Daily: Nokia Jumps 6%: Danske Ups to Buy on Better Supply, Demand for Lumia | Dow Jones Global Equities News |
| 11/23/2012 | 12:12 PM | 11/23/2012 | Barron's Blog/Tech Trader Daily: Nokia Jumps 6%: Danske Ups to Buy on Better Supply, Demand for Lumia | Dow Jones Global Equities News |
| 11/23/2012 | 3:29 PM | 11/23/2012 | Barron's Blog/Tech Trader Daily: Intel: EMC's Gelsinger or Moto's Jha Would be Decent CEO Picks, Says Argus | Dow Jones Global Equities News |
| 11/26/2012 | 7:13 AM | 11/26/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Nov. 23 | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 11/26/2012 | 9:28 AM | 11/26/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 81960 | Dow Jones News Service |
| 11/27/2012 | 6:25 AM | 11/27/2012 | Ericcson Files Patent Claim Against Samsung | Dow Jones Top News & Commentary |
| 11/27/2012 | 8:17 AM | 11/27/2012 | MARKET TALK: Swedbank Welcomes Ericsson Move On Patent Portfolio | Dow Jones Global Equities News |
| 11/27/2012 | 8:44 AM | 11/27/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 11/27/2012 | 4:44 PM | 11/28/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 11/29/2012 | 12:16 AM | 11/29/2012 | Sharp in Talks With Dell for Capital Investment of up to Y20 Bln - Sources | Dow Jones News Service |
| 11/29/2012 | 12:17 AM | 11/29/2012 | Sharp Holds Talks With Dell, Others in Search of Capital - Sources | Dow Jones Global Equities News |
| 11/29/2012 | 12:23 AM | 11/29/2012 | Sharp Holds Talks With Dell, Others for Funding | Dow Jones Top News & Commentary |
| 11/29/2012 | 12:26 AM | 11/29/2012 | Sharp Holds Talks With Dell, Others for Funding | Dow Jones Top Global Market Stories |
| 11/29/2012 | 12:45 AM | 11/29/2012 | Sharp Holds Talks With Dell, Others for Funding | Dow Jones Global News Select |
| 11/29/2012 | 5:27 AM | 11/29/2012 | WSJ BLOG/Digits: Sharp's Trump Card : IGZO Screen Technology | Dow Jones News Service |
| 11/29/2012 | 6:41 AM | 11/29/2012 | Sharp Holds Talks With Dell, Others for Funding | Dow Jones Top North American Equities Stories |
| 11/29/2012 | 10:03 AM | 11/29/2012 | Barron's Blog/Tech Trader Daily: This Morning: Sharp Woos Suitors, Russia Rejects iPad Patent, iTunes 11 Looms, BKS Falls | Dow Jones Global Equities News |
| 11/30/2012 | 8:44 AM | 11/30/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 11/30/2012 | 9:59 AM | 11/30/2012 | WSJ BLOG/Venture Capital Dispatch: Qualcomm Invests in Macheen to Enable More Internet Devices | Dow Jones News Service |
| 12/2/2012 | 9:01 PM | 12/3/2012 | WSJ(12/3) Investing In Funds: A Monthly Analysis: Technology Stocks With Dividends? Yes, But Be Wary | Dow Jones Institutional News |
| 12/3/2012 | 7:13 AM | 12/3/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Nov. 30 | Dow Jones Institutional News |
| 12/3/2012 | 12:26 PM | 12/3/2012 | Sharp, Qualcomm to Co-Develop Next-Gen LCD Panel -Nikkei | Dow Jones Top Global Market Stories |
| 12/3/2012 | 12:31 PM | 12/3/2012 | Sharp, Qualcomm to Co-Develop Next-Gen LCD Panel -Nikkei | Dow Jones Top North American Equities Stories |
| 12/3/2012 | 12:45 PM | 12/3/2012 | Sharp, Qualcomm to Co-Develop Next-Gen LCD Panel | Dow Jones Global News Select |
| 12/3/2012 | 4:47 PM | 12/4/2012 | Barron's Blog/Tech Trader Daily: BRCM Analyst Day May Bring Forecast Increase; 802.11ac in Focus | Dow Jones Global Equities News |
| 12/3/2012 | 6:12 PM | 12/4/2012 | Barron's Blog/Tech Trader Daily: BRCM Analyst Day May Bring Forecast Increase; 802.11ac in Focus | Dow Jones Global Equities News |
| 12/3/2012 | 6:13 PM | 12/4/2012 | Barron's Blog/Tech Trader Daily: BRCM Analyst Day May Bring Forecast Increase; 802.11ac in Focus | Dow Jones Global Equities News |
| 12/3/2012 | 6:17 PM | 12/4/2012 | Barron's Blog/Tech Trader Daily: BRCM Analyst Day May Bring Forecast Increase; 802.11ac in Focus | Dow Jones Global Equities News |
| 12/3/2012 | 6:40 PM | 12/4/2012 | MARKET TALK: Sharp Likely To Struggle Despite Qualcomm Report | Dow Jones Global Equities News |
| 12/3/2012 | 7:39 PM | 12/4/2012 | MARKET TALK: Sharp Up 2.3%; Qualcomm Deal Report; Outlook Shaky | Dow Jones Global Equities News |
| 12/3/2012 | 11:54 PM | 12/4/2012 | Morning News Roundup | Dow Jones Global Equities News |
| 12/3/2012 | 11:54 PM | 12/4/2012 | WSJ BLOG/Deal Journal India: Morning News Roundup | Dow Jones Global Equities News |
| 12/4/2012 | 2:19 AM | 12/4/2012 | DJ FX CHAT: Sharp CDS Tighten To 58% Upfront; Qualcomm Report | Dow Jones Institutional News |
| 12/4/2012 | 2:19 AM | 12/4/2012 | DJ MARKET TALK: Sharp CDS Tighten To 58% Upfront; Qualcomm Report | Dow Jones Institutional News |
| 12/4/2012 | 2:19 AM | 12/4/2012 | MARKET TALK: Sharp CDS Tighten To 58% Upfront; Qualcomm Report | Dow Jones Global Equities News |
| 12/4/2012 | 3:00 AM | 12/4/2012 | Sharp: To Issue New Shares To Qualcomm | Dow Jones Global Equities News |
| 12/4/2012 | 3:37 AM | 12/4/2012 | Qualcomm to Invest up to $120M in Sharp | Dow Jones Top News & Commentary |
| 12/4/2012 | 3:44 AM | 12/4/2012 | DJ Sharp: To Issue New Shares To Qualcomm | Dow Jones Chinese Financial Wire |
| 12/4/2012 | 3:58 AM | 12/4/2012 | Hon Hai: Mulling Buying Sharp's TV Factories in Japan, Abroad | Dow Jones Global Equities News |
| 12/4/2012 | 4:15 AM | 12/4/2012 | Qualcomm to Invest Up to $120 Million in Sharp | Dow Jones Global News Select |
| 12/4/2012 | 4:18 AM | 12/4/2012 | Global News: Sharp to Issue New Shares to Qualcomm | Dow Jones Global Equities News |
| 12/4/2012 | 4:18 AM | 12/4/2012 | WSJ BLOG/Deal Journal India: Global News: Sharp to Issue New Shares to Qualcomm | Dow Jones Global Equities News |
| 12/4/2012 | 4:53 AM | 12/4/2012 | UPDATE: Qualcomm Agrees To Invest Up To $120M In Sharp | Dow Jones Global Equities News |
| 12/4/2012 | 5:12 AM | 12/4/2012 | DJ Hon Hai Weighing Two Options of Investing in Sharp -Official | Dow Jones Chinese Financial Wire |
| 12/4/2012 | 9:11 AM | 12/4/2012 | 2nd UPDATE: Qualcomm Agrees to Invest Up to $120M in Sharp | Dow Jones Global Equities News |
| 12/4/2012 | 9:11 AM | 12/4/2012 | Qualcomm Agrees to Invest Up to $120M in Sharp | Dow Jones Top News & Commentary |
| 12/4/2012 | 9:29 AM | 12/4/2012 | MARKET TALK: Goldman Sachs Raises ARM Holdings Price Target | Dow Jones Global Equities News |
| 12/4/2012 | 9:29 AM | 12/4/2012 | UK MARKET TALK ROUNDUP: BROKERS COMMENTS | Dow Jones Global Equities News |
| 12/4/2012 | 9:32 AM | 12/4/2012 | Barron's Blog/Tech Trader Daily: This Morning: QCOM Deeper in Display Hobby, Tablet Labors of MSFT, INTC | Dow Jones Global Equities News |
| 12/4/2012 | 9:43 AM | 12/4/2012 | Barron's Blog/Tech Trader Daily: This Morning: QCOM Deeper in Display Hobby, Tablet Labors of MSFT, INTC | Dow Jones Global Equities News |
| 12/4/2012 | 9:45 AM | 12/4/2012 | Barron's Blog/Tech Trader Daily: This Morning: QCOM Deeper in Display Hobby, Tablet Labors of MSFT, INTC | Dow Jones Global Equities News |
| 12/4/2012 | 9:46 AM | 12/4/2012 | Barron's Blog/Tech Trader Daily: This Morning: QCOM Deeper in Display Hobby, Tablet Labors of MSFT, INTC | Dow Jones Global Equities News |
| 12/4/2012 | 10:23 AM | 12/4/2012 | Barron's Blog/Tech Trader Daily: This Morning: QCOM Deeper in Display Hobby, Tablet Labors of MSFT, INTC | Dow Jones Global Equities News |
| 12/4/2012 | 11:00 AM | 12/4/2012 | Barron's Blog/Tech Trader Daily: This Morning: QCOM Deeper in Display Hobby, Tablet Labors of MSFT, INTC | Dow Jones Global Equities News |
| 12/4/2012 | 12:08 PM | 12/4/2012 | Barron's Blog/Tech Trader Daily: This Morning: QCOM Deeper in Display Hobby, Tablet Labors of MSFT, INTC | Dow Jones Global Equities News |
| 12/4/2012 | 1:48 PM | 12/4/2012 | WSJ BLOG/Digits: Qualcomm Climbs Chip Ranks as Sector Sags | Dow Jones News Service |
| 12/4/2012 | 2:01 PM | 12/4/2012 | WSJ BLOG/All Things D: Sharp to Get Much-Needed Investment From Qualcomm | Dow Jones News Service |
| 12/4/2012 | 8:52 PM | 12/5/2012 | WSJ BLOG/Japan Real Time: Top Japan Stories From WSJ: Election Kick Off, Sharp Investment, Detroit's Unsold Cars | Dow Jones Global Equities News |
| 12/4/2012 | 10:16 PM | 12/5/2012 | Qualcomm Tosses Financial Lifeline to Sharp | Dow Jones Top Global Market Stories |
| 12/5/2012 | 12:33 AM | 12/5/2012 | Global News: Qualcomm to Invest in Sharp | Dow Jones Global Equities News |
| 12/5/2012 | 12:33 AM | 12/5/2012 | WSJ BLOG/Deal Journal India: Global News: Qualcomm to Invest in Sharp | Dow Jones Global Equities News |
| 12/5/2012 | 9:28 AM | 12/5/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 138301 | Dow Jones News Service |
| 12/5/2012 | 10:54 AM | 12/5/2012 | Barron's Blog/Tech Trader Daily: Intel: Raymond James Cuts to Sell; 'Gross Margin Nightmare' Possible | Dow Jones Global Equities News |
| 12/5/2012 | 9:12 PM | 12/6/2012 | MARKET TALK: Sharp +6.1%; Hon Hai, Qualcomm Deals Seen Still On | Dow Jones Global Equities News |
| 12/6/2012 | 9:27 AM | 12/6/2012 | WSJ BLOG/All Things D: Intel's Otellini Says Company Will Probably Tap Insider To Succeed Him | Dow Jones News Service |
| 12/6/2012 | 11:45 AM | 12/6/2012 | WSJ BLOG/All Things D: Intel's Otellini Says Company Will Probably Tap Insider To Succeed Him | Dow Jones News Service |
| 12/7/2012 | 5:57 AM | 12/7/2012 | Japan CDS Index Snaps Recent Tightening; Swaps on Sharp Tighten After Qualcomm Deal | Dow Jones Global Equities News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 12/7/2012 | 7:44 AM | 12/7/2012 | WSJ BLOG/All Things D: CarryAlongs Dominate Enterprise Struggles and Hacktivists Rule in 2013 | Dow Jones News Service |
| 12/7/2012 | 1:08 PM | 12/7/2012 | WSJ BLOG/All Things D: CarryAlongs Dominate Enterprise Struggles and Hacktivists Rule in 2013 | Dow Jones News Service |
| 12/7/2012 | 1:18 PM | 12/7/2012 | WSJ BLOG/All Things D: Carryalongs Dominate Enterprise Struggles and Hacktivists Rule in 2013 | Dow Jones News Service |
| 12/7/2012 | 6:09 PM | 12/10/2012 | MARKET TALK: Apple Almost Single-handedly Pulls Nasdaq Into Red | Dow Jones News Service |
| 12/10/2012 | 1:34 AM | 12/10/2012 | WSJ BLOG/Digits: Q&A: Qualcomm's Display Ambitions | Dow Jones News Service |
| 12/10/2012 | 5:10 AM | 12/10/2012 | WSJ BLOG/Deal Journal: Q&A: Qualcomm's Display Ambitions | Dow Jones News Service |
| 12/10/2012 | 7:13 AM | 12/10/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Dec. 7 | Dow Jones Institutional News |
| 12/10/2012 | 7:48 AM | 12/10/2012 | 3 Japan Banks Consider Providing Sharp With Y40 Bln In Loans -Kyodo | Dow Jones News Service |
| 12/10/2012 | 8:44 AM | 12/10/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 12/11/2012 | 6:43 AM | 12/11/2012 | Nvidia: A Takeover Target? | Dow Jones Top News & Commentary |
| 12/11/2012 | 9:00 PM | 12/12/2012 | WSJ BLOG/All Things D: Taiwan's MediaTek Enters the Quad-Core Chip Race | Dow Jones News Service |
| 12/12/2012 | 10:52 AM | 12/12/2012 | WSJ BLOG/All Things D: Apple, Samsung, RIM Push Congress For More Wireless Spectrum | Dow Jones News Service |
| 12/12/2012 | 12:16 PM | 12/12/2012 | Qualcomm CEO Foresees Home Base Stations | Dow Jones Top Global Market Stories |
| 12/12/2012 | 1:43 PM | 12/12/2012 | Barron's Blog/Tech Trader Daily: Intel's Medfield Has no Edge on QCOM 'Snapdragon,' Says Nomura | Dow Jones Global Equities News |
| 12/12/2012 | 5:46 PM | 12/13/2012 | Qualcomm CEO Foresees Home Base Stations | Dow Jones Top North American Equities Stories |
| 12/13/2012 | 9:28 AM | 12/13/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 86617 | Dow Jones News Service |
| 12/13/2012 | 1:53 PM | 12/13/2012 | Barron's Blog/Tech Trader Daily: AVGO, RFMD Among Top Goldman, Barclays Wireless Picks | Dow Jones Global Equities News |
| 12/13/2012 | 4:44 PM | 12/14/2012 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 12/14/2012 | 12:51 AM | 12/14/2012 | TSMC Chairman: See Revenue up 19% This Year | Dow Jones Global Equities News |
| 12/14/2012 | 12:55 AM | 12/14/2012 | WSJ BLOG/Deal Journal: Sharp Shares Stage Massive Rally on Yen, Apple TV | Dow Jones News Service |
| 12/14/2012 | 2:29 AM | 12/14/2012 | TSMC Plans Record US$9B Capital Spending in 2013 | Dow Jones Top News & Commentary |
| 12/14/2012 | 4:07 AM | 12/14/2012 | WSJ BLOG/Digits: How Much Would You Pay for a TV? | Dow Jones News Service |
| 12/14/2012 | 8:44 AM | 12/14/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 12/14/2012 | 9:28 AM | 12/14/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 91407 | Dow Jones News Service |
| 12/14/2012 | 10:52 AM | 12/14/2012 | Barron's Blog/Tech Trader Daily: This Morning: Adobe Rising, Apple Cut, RIMM Pondered | Dow Jones Global Equities News |
| 12/14/2012 | 11:17 AM | 12/14/2012 | Barron's Blog/Tech Trader Daily: This Morning: Adobe Rising, Apple Cut, RIMM Pondered | Dow Jones Global Equities News |
| 12/14/2012 | 11:17 AM | 12/14/2012 | Barron's Blog/Tech Trader Daily: This Morning: Adobe Rising, Apple Cut, RIMM Pondered | Dow Jones Global Equities News |
| 12/14/2012 | 12:19 PM | 12/14/2012 | WSJ BLOG/MarketBeat: Apple Suppliers Hit By Order Cuts, Analyst Says | Dow Jones News Service |
| 12/14/2012 | 12:37 PM | 12/14/2012 | WSJ BLOG/MarketBeat: Apple Suppliers Hit By Order Cuts, Analyst Says | Dow Jones News Service |
| 12/14/2012 | 12:42 PM | 12/14/2012 | WSJ BLOG/Digits: Consumer Show Chief Sees Another Blowout | Dow Jones News Service |
| 12/14/2012 | 1:24 PM | 12/14/2012 | Barron's Blog/Tech Trader Daily: AAPL Fallout Hits JBL, CRUS; Bernstein Defends QCOM | Dow Jones Global Equities News |
| 12/14/2012 | 1:34 PM | 12/14/2012 | U.S. HOT STOCKS: Best Buy, Apple, U.S. Steel, Adobe, AVG | Dow Jones News Service |
| 12/14/2012 | 6:10 PM | 12/17/2012 | U.S. HOT STOCKS: NRG Energy Active in Late Trading | Dow Jones News Service |
| 12/16/2012 | 11:09 PM | 12/17/2012 | Barron's(12/17) Outlook 2013 | Dow Jones Chinese Financial Wire |
| 12/16/2012 | 11:12 PM | 12/17/2012 | Barron's(12/17) Outlook 2013 -2- | Dow Jones Chinese Financial Wire |
| 12/17/2012 | 12:40 AM | 12/17/2012 | Barron's(12/17) Outlook 2013 -3- | Dow Jones Chinese Financial Wire |
| 12/17/2012 | 1:15 AM | 12/17/2012 | Barron's(12/17) Outlook 2013 -4- | Dow Jones Chinese Financial Wire |
| 12/17/2012 | 1:22 AM | 12/17/2012 | Barron's(12/17) Outlook 2013 | Dow Jones Chinese Financial Wire |
| 12/17/2012 | 6:59 AM | 12/17/2012 | MARKET TALK: Time May Be Now to Buy Cellphone-Chip Stocks | Dow Jones News Service |
| 12/17/2012 | 7:13 AM | 12/17/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Dec. 14 | Dow Jones Institutional News |
| 12/17/2012 | 9:01 AM | 12/17/2012 | WSJ BLOG/All Things D: Giving Mobile TV Another Go with Dyle | Dow Jones News Service |
| 12/17/2012 | 9:10 AM | 12/17/2012 | WSJ BLOG/All Things D: Giving Mobile TV Another Go With Dyle | Dow Jones News Service |
| 12/17/2012 | 9:28 AM | 12/17/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 53865 | Dow Jones News Service |
| 12/17/2012 | 12:46 PM | 12/17/2012 | Barron's Blog/Tech Trader Daily: BRCM, QCOM Defended by MKM, Susquehanna Amidst AAPL Fallout | Dow Jones Global Equities News |
| 12/17/2012 | 1:03 PM | 12/17/2012 | Barron's Blog/Tech Trader Daily: BRCM, QCOM Defended by MKM, Susquehanna Amidst AAPL Fallout | Dow Jones Global Equities News |
| 12/18/2012 | 12:46 PM | 12/18/2012 | WSJ BLOG/Tech Europe: Samsung Apple Action May Not Be Quite So Selfless | Dow Jones Global Equities News |
| 12/19/2012 | 8:44 AM | 12/19/2012 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 12/19/2012 | 9:28 AM | 12/19/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 64209 | Dow Jones News Service |
| 12/20/2012 | 9:28 AM | 12/20/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 79098 | Dow Jones News Service |
| 12/20/2012 | 11:40 AM | 12/20/2012 | Barron's Blog/Tech Trader Daily: Apple: FYQ2 iPhone Sales to Miss Consensus, Says Susquehanna | Dow Jones Global Equities News |
| 12/20/2012 | 11:41 AM | 12/20/2012 | Barron's Blog/Tech Trader Daily: Apple: FYQ2 iPhone Sales to Miss Consensus, Says Susquehanna | Dow Jones Global Equities News |
| 12/20/2012 | 11:20 PM | 12/21/2012 | HTC Plans to Make Windows Tablets: Sources - Bloomberg News | Dow Jones Global Equities News |
| 12/20/2012 | 11:26 PM | 12/21/2012 | Report HTC Plans to Make Windows Tablets | Dow Jones Top Global Market Stories |
| 12/20/2012 | 11:32 PM | 12/21/2012 | HTC Plans to Make Windows Tablets | Dow Jones Top News & Commentary |
| 12/20/2012 | 11:35 PM | 12/21/2012 | HTC Plans to Make Windows Tablets: Sources - Bloomberg News | Dow Jones Global News Select |
| 12/20/2012 | 11:41 PM | 12/21/2012 | DJ HTC Plans to Make Windows Tablets: Sources - Bloomberg News | Dow Jones Chinese Financial Wire |
| 12/20/2012 | 11:45 PM | 12/21/2012 | HTC Reportedly Plans to Make Windows Tablets | Dow Jones Global News Select |
| 12/21/2012 | 4:50 AM | 12/21/2012 | WSJ BLOG/Digits: Will TSMC Add Apple as its Client? | Dow Jones News Service |
| 12/21/2012 | 4:59 AM | 12/21/2012 | WSJ BLOG/Digits: Will TSMC Add Apple as its Client? | Dow Jones News Service |
| 12/21/2012 | 6:31 AM | 12/21/2012 | Report HTC Plans to Make Windows Tablets | Dow Jones Top North American Equities Stories |
| 12/21/2012 | 9:28 AM | 12/21/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 374358 | Dow Jones News Service |
| 12/21/2012 | 3:52 PM | 12/21/2012 | Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 121289 | Dow Jones News Service |
| 12/21/2012 | 3:55 PM | 12/21/2012 | Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 91804 | Dow Jones News Service |
| 12/24/2012 | 7:13 AM | 12/24/2012 | =DJ CFA Telecommunications:Insider Review For Week Ended Dec. 21 | Dow Jones Institutional News |
| 12/26/2012 | 3:48 PM | 12/26/2012 | Barron's Blog/Tech Trader Daily: MRVL Drops 11% as Jury Says $1.2B in Damages Owed Carnegie Mellon | Dow Jones Global Equities News |
| 12/27/2012 | 1:03 AM | 12/27/2012 | Sharp: Payments from Qualcomm for First Round of New Shares Completed | Dow Jones Global Equities News |
| 12/27/2012 | 7:27 PM | 12/28/2012 | U.S.-China Audit Spat May Spill Over | Dow Jones Top News & Commentary |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 12/28/2012 | 9:16 AM | 12/28/2012 | U.S.-China Audit Spat May Spill Over | Dow Jones Top North American Equities Stories |
| 12/28/2012 | 4:16 PM | 12/31/2012 | U.S.-China Audit Spat May Spill Over | Dow Jones Top Global Market Stories |
| 12/28/2012 | 7:38 PM | 12/31/2012 | Barron's Blog/Tech Trader Daily: RIM 'Z10' Looks 'More Comprable' to Smartphone Leaders, Says Raymond James | Dow Jones Global Equities News |
| 12/31/2012 | 1:10 PM | 12/31/2012 | Barron's Blog/Tech Trader Daily: PANL: News of 'Flexible' OLEDs at CES Should be a Positive, Says JMP | Dow Jones Global Equities News |
| 12/31/2012 | 2:44 PM | 12/31/2012 | Barron's Blog/Tech Trader Daily: Chips: A Year of Cheap Phones and Tremendous Competition, Says MicroDesign Research | Dow Jones Global Equities News |
| 12/31/2012 | 2:47 PM | 12/31/2012 | Barron's Blog/Tech Trader Daily: Chips: A Year of Cheap Phones and Tremendous Competition, Says Linley Group | Dow Jones Global Equities News |
| 12/31/2012 | 5:50 PM | 1/2/2013 | Barron's Blog/Tech Trader Daily: Chips: A Year of Cheap Phones and Tremendous Competition, Says Linley Group | Dow Jones Global Equities News |
| 1/1/2013 | 4:29 AM | 1/2/2013 | WSJ: Sharp Mulling Y100 Bln Share Issue - Report | Dow Jones Global Equities News |
| 1/1/2013 | 9:23 PM | 1/2/2013 | Barron's Blog/Tech Trader Daily: PANL: News of 'Flexible' OLEDs at CES Should be a Positive, Says JMP | Dow Jones Global Equities News |
| 1/1/2013 | 9:23 PM | 1/2/2013 | Barron's Blog/Tech Trader Daily: PANL: News of 'Flexible' OLEDs at CES Should be a Positive, Says JMP | Dow Jones Global Equities News |
| 1/2/2013 | 9:28 AM | 1/2/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 116363 | Dow Jones News Service |
| 1/2/2013 | 1:07 PM | 1/2/2013 | WSJ BLOG/Deal Journal: Leon Cooperman: We've Been Buying Freeport-McMoRan, But Selling Apple | Dow Jones News Service |
| 1/3/2013 | 9:25 AM | 1/3/2013 | NY State Comptroller DiNapoli Seeks Disclosure Of Political Spending At Qualcomm | Dow Jones News Service |
| 1/3/2013 | 10:20 AM | 1/3/2013 | N.Y. State Retirement Fund Sues Qualcomm for Political Spending Info | Dow Jones News Service |
| 1/3/2013 | 10:35 AM | 1/3/2013 | N.Y. State Retirement Fund Sues Qualcomm for Political Spending Info | Dow Jones Global News Select |
| 1/3/2013 | 10:41 AM | 1/3/2013 | Pension Fund Sues Qualcomm | Dow Jones Top North American Equities Stories |
| 1/3/2013 | 11:53 AM | 1/3/2013 | WSJ BLOG/Law: NY Pension Fund Wants Qualcomm To Open Up On Political Spending | Dow Jones News Service |
| 1/3/2013 | 12:22 PM | 1/3/2013 | Barron's Blog/Tech Trader Daily: TSM: Citi Sees Advantage in New Chip Era; AAPL to Be 10% Customer | Dow Jones Global Equities News |
| 1/3/2013 | 12:27 PM | 1/3/2013 | Barron's Blog/Tech Trader Daily: TSM: Citi Sees Advantage in New Chip Era; AAPL to Be 10% Customer | Dow Jones Global Equities News |
| 1/3/2013 | 2:47 PM | 1/3/2013 | WSJ BLOG/All Things D: New York Pension Fund Sues Qualcomm Over Political Spending Records | Dow Jones News Service |
| 1/3/2013 | 5:18 PM | 1/4/2013 | WSJ UPDATE: Pension Fund Sues Qualcomm for Access to Political-Giving Records | Dow Jones News Service |
| 1/3/2013 | 7:36 PM | 1/4/2013 | WSJ 2nd UPDATE: Pension Fund Sues Qualcomm for Access to Political-Giving Records | Dow Jones News Service |
| 1/3/2013 | 7:51 PM | 1/4/2013 | Qualcomm Sued Over Political-Giving Records | Dow Jones Top News & Commentary |
| 1/3/2013 | 8:00 PM | 1/4/2013 | News Highlights: Top Equities Stories of the Day | Dow Jones Global Equities News |
| 1/3/2013 | 8:25 PM | 1/4/2013 | WSJ 3rd UPDATE: Qualcomm Sued Over Political-Giving Records | Dow Jones News Service |
| 1/3/2013 | 8:41 PM | 1/4/2013 | Qualcomm Sued Over Political-Giving Records | Dow Jones Top Global Market Stories |
| 1/3/2013 | 8:55 PM | 1/4/2013 | Qualcomm Sued Over Political-Giving Records | Dow Jones Global News Select |
| 1/3/2013 | 9:33 PM | 1/4/2013 | WSJ Qualcomm Sued Over Political-Giving Records | Dow Jones Chinese Financial Wire |
| 1/3/2013 | 10:00 PM | 1/4/2013 | News Highlights: Top Equities Stories of the Day | Dow Jones Global Equities News |
| 1/4/2013 | 3:25 AM | 1/4/2013 | News Highlights: Top Equities Stories Of The Day | Dow Jones Global Equities News |
| 1/4/2013 | 6:31 AM | 1/4/2013 | Qualcomm Sued Over Political-Giving Records | Dow Jones Top North American Equities Stories |
| 1/4/2013 | 8:44 AM | 1/4/2013 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 1/4/2013 | 9:28 AM | 1/4/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 71555 | Dow Jones News Service |
| 1/4/2013 | 9:54 AM | 1/4/2013 | MARKET TALK: Sharp's Qualcomm Lifeline Looks a Bit Thin | Dow Jones News Service |
| 1/4/2013 | 4:44 PM | 1/7/2013 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 1/7/2013 | 12:28 AM | 1/7/2013 | Barron's Blog/Tech Trader Daily: Nvidia CES Special Event: Unveils 'Nvidia Grid', Tegra 4, 'i500' Modem | Dow Jones Global Equities News |
| 1/7/2013 | 12:30 AM | 1/7/2013 | Barron's Blog/Tech Trader Daily: Nvidia CES Special Event: Unveils 'Nvidia Grid', Tegra 4, 'i500' Modem | Dow Jones Global Equities News |
| 1/7/2013 | 12:32 AM | 1/7/2013 | Barron's Blog/Tech Trader Daily: Nvidia CES Special Event: Unveils 'Nvidia Grid', Tegra 4, 'i500' Modem | Dow Jones Global Equities News |
| 1/7/2013 | 12:36 AM | 1/7/2013 | Barron's Blog/Tech Trader Daily: Nvidia CES Special Event: Unveils 'Nvidia Grid', Tegra 4, 'i500' Modem, 'Shield' Gaming Console | Dow Jones Global Equities News |
| 1/7/2013 | 12:42 AM | 1/7/2013 | Barron's Blog/Tech Trader Daily: Nvidia CES Special Event: Unveils 'Nvidia Grid', Tegra 4, 'i500' Modem, 'Shield' Gaming Console | Dow Jones Global Equities News |
| 1/7/2013 | 12:45 AM | 1/7/2013 | Barron's Blog/Tech Trader Daily: Nvidia Unveils 'Nvidia Grid', Tegra 4, 'i500' Modem, 'Shield' Gaming Console | Dow Jones Global Equities News |
| 1/7/2013 | 12:56 AM | 1/7/2013 | Barron's Blog/Tech Trader Daily: Nvidia Unveils 'Nvidia Grid', Tegra 4, 'i500' Modem, 'Shield' Gaming Console | Dow Jones Global Equities News |
| 1/7/2013 | 1:00 AM | 1/7/2013 | Barron's Blog/Tech Trader Daily: Nvidia Unveils 'Nvidia Grid', Tegra 4, 'i500' Modem, 'Shield' Gaming Console | Dow Jones Global Equities News |
| 1/7/2013 | 1:06 AM | 1/7/2013 | Barron's Blog/Tech Trader Daily: Nvidia Unveils 'Nvidia Grid', Tegra 4, 'i500' Modem, 'Shield' Gaming Console | Dow Jones Global Equities News |
| 1/7/2013 | 1:12 AM | 1/7/2013 | Barron's Blog/Tech Trader Daily: Nvidia Unveils 'Nvidia Grid', Tegra 4, 'i500' Modem, 'Shield' Gaming Console | Dow Jones Global Equities News |
| 1/7/2013 | 7:13 AM | 1/7/2013 | =DJ CFA Telecommunications:Insider Review For Week Ended Jan. 4 | Dow Jones Institutional News |
| 1/7/2013 | 8:29 AM | 1/7/2013 | Intel's Partnership With Google Could Be Big, Seeking Alpha Says | Dow Jones Top News & Commentary |
| 1/7/2013 | 9:55 AM | 1/7/2013 | *DJ Qualcomm Inc Raised to Focus Stock From Sector Outperform by Scotia QCOM | Dow Jones Chinese Financial Wire |
| 1/7/2013 | 9:55 AM | 1/7/2013 | Qualcomm Inc Raised to Focus Stock From Sector Outperform by Scotia | Dow Jones News Service |
| 1/7/2013 | 10:01 AM | 1/7/2013 | WSJ BLOG/All Things D: BlueStacks Brings Android to Lenovo PCs | Dow Jones News Service |
| 1/7/2013 | 10:51 AM | 1/7/2013 | What to Watch from Key Players at CES Monday | Dow Jones Top North American Equities Stories |
| 1/7/2013 | 11:33 AM | 1/7/2013 | Barron's Blog/Tech Trader Daily: LG Electronics at CES: Dominant in Front-Load Laundry; Vacuum Cleaner with Built-in Cameras | Dow Jones Global Equities News |
| 1/7/2013 | 11:34 AM | 1/7/2013 | Barron's Blog/Tech Trader Daily: LG Electronics at CES: OLED TV Goes on Sale in U.S. for $12K | Dow Jones Global Equities News |
| 1/7/2013 | 11:36 AM | 1/7/2013 | Barron's Blog/Tech Trader Daily: LG Electronics at CES: OLED TV Goes on Sale in U.S. for $12K | Dow Jones Global Equities News |
| 1/7/2013 | 11:37 AM | 1/7/2013 | Barron's Blog/Tech Trader Daily: LG Electronics at CES: OLED TV Goes on Sale in U.S. for $12K; Plans 7 Models of Google TV This Year | Dow Jones Global Equities News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date | Time | Effective Date | Headline | News Source |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| 1/7/2013 | 3:04 PM | 1/7/2013 | *DJ Sharp Exec: No Current Talks With Intel For Capital Injection | Dow Jones Institutional News |
| 1/7/2013 | 3:04 PM | 1/7/2013 | Sharp Exec: No Current Talks With Intel For Capital Injection | Dow Jones News Service |
| 1/7/2013 | 3:07 PM | 1/7/2013 | DJ Sharp Exec: Capital-Raising Not Limited to New Shares or Convertible Bonds | Dow Jones Newswires Chinese (English) |
| 1/7/2013 | 3:56 PM | 1/7/2013 | Sharp Says Not Talking With Intel on Capital Injection | Dow Jones Top Global Market Stories |
| 1/7/2013 | 3:56 PM | 1/7/2013 | Sharp Says Not Talking With Intel on Capital Injection | Dow Jones Top North American Equities Stories |
| 1/7/2013 | 4:15 PM | 1/8/2013 | Sharp Says No Current Talks With Intel | Dow Jones Global News Select |
| 1/7/2013 | 4:15 PM | 1/8/2013 | Sharp Says No Current Talks With Intel | Dow Jones Institutional News |
| 1/7/2013 | 5:21 PM | 1/8/2013 | WSJ BLOG/Digits: Sharp Says No Current Talks With Intel | Dow Jones News Service |
| 1/7/2013 | 6:07 PM | 1/8/2013 | DJ Sharp Says No Current Talks With Intel for Capital Injection | Dow Jones Chinese Financial Wire |
| 1/7/2013 | 9:28 PM | 1/8/2013 | Barron's Blog/Tech Trader Daily: Qualcomm's Paul Jacobs at CES Kickoff Keynote | Dow Jones Global Equities News |
| 1/7/2013 | 9:31 PM | 1/8/2013 | Barron's Blog/Tech Trader Daily: Qualcomm's Paul Jacobs at CES Kickoff Keynote | Dow Jones Global Equities News |
| 1/7/2013 | 9:31 PM | 1/8/2013 | Sharp Says No Talks With Intel on Capital Injection | Dow Jones Top News & Commentary |
| 1/7/2013 | 9:35 PM | 1/8/2013 | WSJ BLOG/Digits: Qualcomm Raises Bar in Mobile Chips, As Does Nvidia Raises Bar in Mobile Chips, As Does | Dow Jones News Service |
| 1/7/2013 | 9:53 PM | 1/8/2013 | Barron's Blog/Tech Trader Daily: Qualcomm's Paul Jacobs at CES Keynote; Ballmer Makes Surprise Appearance | Dow Jones Global Equities News |
| 1/7/2013 | 10:36 PM | 1/8/2013 | Barron's Blog/Tech Trader Daily: Qualcomm CES Keynote: Ballmer Makes Surprise Appearance; Debut of Snapdragon 800; Big Bird | Dow Jones Global Equities News |
| 1/7/2013 | 10:40 PM | 1/8/2013 | Barron's Blog/Tech Trader Daily: Qualcomm CES Keynote: Steve Ballmer Surprise Appearance; Snapdragon 800; Big Bird; Desmond Tutu | Dow Jones Global Equities News |
| 1/7/2013 | 10:51 PM | 1/8/2013 | What to Watch from Key Players at CES Monday | Dow Jones Top Global Market Stories |
| 1/7/2013 | 11:18 PM | 1/8/2013 | WSJ BLOG/Digits: Microsoft's Ballmer Makes Cameo at Qualcomm Opening Keynote | Dow Jones News Service |
| 1/8/2013 | 4:29 AM | 1/8/2013 | WSJ BLOG/Digits: Sharp Says No Current Talks With Intel | Dow Jones News Service |
| 1/8/2013 | 6:15 AM | 1/8/2013 | WSJ BLOG/MarketBeat: Morning MarketBeat: No Fanfare for This Dismal Earnings Season | Dow Jones News Service |
| 1/8/2013 | 6:47 AM | 1/8/2013 | What to Watch from Key Players at CES Monday | Dow Jones Top Energy Stories |
| 1/8/2013 | 1:43 PM | 1/8/2013 | WSJ BLOG/All Things D: Ballmer's CES Keynote, Courtesy of Qualcomm (Video) | Dow Jones News Service |
| 1/8/2013 | 2:00 PM | 1/8/2013 | WSJ BLOG/All Things D: Ballmer's CES Keynote, Courtesy of Qualcomm (Video) | Dow Jones News Service |
| 1/8/2013 | 4:08 PM | 1/9/2013 | WSJ BLOG/Digits: CES: A Flashy Dinosaur in an App-Driven World | Dow Jones News Service |
| 1/8/2013 | 7:38 PM | 1/9/2013 | ZTE Seeks to Bring Its First High-End Smartphone to U.S. | Dow Jones News Service |
| 1/8/2013 | 7:41 PM | 1/9/2013 | *DJ ZTE CEO, in Interview, Says Phone Should Arrive 'Pretty Soon' | Dow Jones Chinese Financial Wire |
| 1/8/2013 | 7:56 PM | 1/9/2013 | *DJ ZTE Seeks to Bring Its First High-End Smartphone to U.S. | Dow Jones Chinese Financial Wire |
| 1/8/2013 | 8:06 PM | 1/9/2013 | ZTE Seeks to Bring Its First High-End Smartphone to U.S. | Dow Jones Global News Select |
| 1/8/2013 | 8:14 PM | 1/9/2013 | ZTE Seeks to Bring High-End Smartphone to U.S. | Dow Jones Top News & Commentary |
| 1/8/2013 | 8:16 PM | 1/9/2013 | ZTE Seeks to Bring High-End Smartphone to U.S. | Dow Jones Top Global Market Stories |
| 1/8/2013 | 8:35 PM | 1/9/2013 | ZTE Seeks to Bring High-End Smartphone to U.S. | Dow Jones Global News Select |
| 1/8/2013 | 8:35 PM | 1/9/2013 | ZTE Seeks to Bring High-End Smartphone to U.S. | Dow Jones Institutional News |
| 1/8/2013 | 9:23 PM | 1/9/2013 | DJ ZTE Seeks to Bring Its First High-End Smartphone to U.S. | Dow Jones Chinese Financial Wire |
| 1/8/2013 | 9:23 PM | 1/9/2013 | DJ ZTE Seeks to Bring Its First High-End Smartphone to U.S. | Dow Jones Newswires Chinese (English) |
| 1/8/2013 | 11:06 PM | 1/9/2013 | DJ ZTE Seeks to Bring Its First High-End Smartphone to U.S. | Dow Jones Newswires Chinese (English) |
| 1/9/2013 | 7:21 AM | 1/9/2013 | ZTE Seeks to Bring High-End Smartphone to U.S. | Dow Jones Top North American Equities Stories |
| 1/9/2013 | 9:28 AM | 1/9/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 78054 | Dow Jones News Service |
| 1/9/2013 | 1:11 PM | 1/9/2013 | Barron's Blog/Tech Trader Daily: Intel: Wells Sees New Life in Processor Roadmap, Canaccord Wonders If It's Enough | Dow Jones Global Equities News |
| 1/9/2013 | 3:28 PM | 1/9/2013 | WSJ BLOG/Digits: How Much Would You Pay for a TV? | Dow Jones News Service |
| 1/10/2013 | 8:00 AM | 1/10/2013 | WSJ BLOG/All Things D: At CES, Chipmakers Push All In On Mobile | Dow Jones News Service |
| 1/10/2013 | 9:28 AM | 1/10/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 188922 | Dow Jones News Service |
| 1/10/2013 | 9:56 AM | 1/10/2013 | WSJ BLOG/Venture Capital Dispatch: The Daily Startup: Streetline Aims to Help Cities Automate Street Parking | Dow Jones Institutional News |
| 1/10/2013 | 9:56 AM | 1/10/2013 | WSJ BLOG/Venture Capital Dispatch: The Daily Startup: Streetline Aims to Help Cities Automate Street Parking | Dow Jones News Service |
| 1/10/2013 | 10:21 AM | 1/10/2013 | WSJ BLOG/All Things D: At CES, Chipmakers Push All In On Mobile | Dow Jones News Service |
| 1/10/2013 | 11:01 AM | 1/10/2013 | WSJ BLOG/All Things D: Streetline Gets $25M to Solve Parking | Dow Jones News Service |
| 1/10/2013 | 11:02 AM | 1/10/2013 | WSJ BLOG/All Things D: Streetline Gets $25M to Solve Parking | Dow Jones News Service |
| 1/10/2013 | 11:32 AM | 1/10/2013 | WSJ BLOG/All Things D: Streetline Gets $25M to Solve Parking | Dow Jones News Service |
| 1/10/2013 | 3:52 PM | 1/10/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 130341 | Dow Jones News Service |
| 1/10/2013 | 3:55 PM | 1/10/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 127053 | Dow Jones News Service |
| 1/10/2013 | 3:55 PM | 1/10/2013 | REPORTER'S NOTEBOOK: Consumer Electronics Show Lacks Spark | Dow Jones News Service |
| 1/11/2013 | 9:26 PM | 1/14/2013 | Barron's Blog/Tech Trader Daily: ARM CEO East Says Phooey to the 'Transistor Cliff' | Dow Jones Global Equities News |
| 1/14/2013 | 9:28 AM | 1/14/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 61654 | Dow Jones News Service |
| 1/14/2013 | 9:35 AM | 1/14/2013 | Apple Shares Dip Below $500 on Supply Adjustments Report | Dow Jones News Service |
| 1/14/2013 | 9:35 AM | 1/14/2013 | Apple Shares Dip Below $500 on Supply Report | Dow Jones Top News & Commentary |
| 1/14/2013 | 10:06 AM | 1/14/2013 | Demand Worries Briefly Push Apple Stock Below $500 | Dow Jones Top Global Market Stories |
| 1/14/2013 | 10:06 AM | 1/14/2013 | Demand Worries Briefly Push Apple Stock Below $500 | Dow Jones Top North American Equities Stories |
| 1/14/2013 | 10:09 AM | 1/14/2013 | WSJ BLOG/MarketBeat: Look Out Below: Apple Shares Dip Below $500 | Dow Jones News Service |
| 1/14/2013 | 10:12 AM | 1/14/2013 | Apple Briefly Falls Below $500 After Cutting Orders For IPhone Parts | Dow Jones Global News Select |
| 1/14/2013 | 10:24 AM | 1/14/2013 | DJ Apple Briefly Falls Below $500 After Cutting Orders For IPhone Parts | Dow Jones Chinese Financial Wire |
| 1/14/2013 | 10:25 AM | 1/14/2013 | Demand Worries Briefly Push Apple Stock Below $500 | Dow Jones Global News Select |
| 1/14/2013 | 10:48 AM | 1/14/2013 | US HOT STOCKS: Apple, Harry Winston, HHGregg, Aviat, Covance, Aviat, | Dow Jones News Service |
| 1/14/2013 | 11:10 AM | 1/14/2013 | UPDATE: Apple Falls Below $500 a Share After Cutting Orders for IPhone Parts | Dow Jones News Service |
| 1/14/2013 | 11:25 AM | 1/14/2013 | UPDATE: Apple Falls Below $500 a Share After Cutting Orders for IPhone Parts | Dow Jones Global News Select |
| 1/14/2013 | 12:53 PM | 1/14/2013 | WSJ BLOG/MarketBeat: Look Out Below: Apple Shares Dip Below $500 | Dow Jones News Service |
| 1/14/2013 | 1:01 PM | 1/14/2013 | WSJ BLOG/MarketBeat: Look Out Below: Apple Shares Dip Below $500 | Dow Jones News Service |
| 1/14/2013 | 1:26 PM | 1/14/2013 | U.S. HOT STOCKS: Apple, Harry Winston, HHGregg, Research In Motion, Sears, Ixia, Flowers Foods, | Dow Jones News Service |
| 1/14/2013 | 4:44 PM | 1/15/2013 | 2nd UPDATE: Demand Worries Briefly Push Apple Stock Below $500 | Dow Jones News Service |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 1/14/2013 | 4:59 PM | 1/15/2013 | 2nd UPDATE: Demand Worries Briefly Push Apple Stock Below $500 | Dow Jones Global News Select |
| 1/14/2013 | 5:52 PM | 1/15/2013 | U.S. HOT STOCKS: Multi-Fineline, Gordmans, Lululemon Active in Late Trading | Dow Jones News Service |
| 1/15/2013 | 9:19 AM | 1/15/2013 | Barron's Blog/Tech Trader Daily: This Morning: Dell Targets Up on Deal Talk, SAP Sags, AAPL Bulls and Bears | Dow Jones Global Equities News |
| 1/15/2013 | 9:29 AM | 1/15/2013 | Barron's Blog/Tech Trader Daily: This Morning: Dell Targets Up on Deal Talk, SAP Sags, AAPL Bulls and Bears | Dow Jones Global Equities News |
| 1/15/2013 | 9:32 AM | 1/15/2013 | Barron's Blog/Tech Trader Daily: This Morning: Dell Targets Up on Deal Talk, SAP Sags, AAPL Bulls and Bears | Dow Jones Global Equities News |
| 1/15/2013 | 9:54 AM | 1/15/2013 | Barron's Blog/Tech Trader Daily: This Morning: Dell Targets Up on Deal Talk, SAP Sags, AAPL Bulls and Bears | Dow Jones Global Equities News |
| 1/15/2013 | 9:55 AM | 1/15/2013 | Barron's Blog/Tech Trader Daily: This Morning: Dell Targets Up on Deal Talk, SAP Sags, AAPL Bulls and Bears | Dow Jones Global Equities News |
| 1/15/2013 | 9:59 AM | 1/15/2013 | Barron's Blog/Tech Trader Daily: This Morning: Dell Targets Up on Deal Talk, SAP Sags, AAPL Bulls and Bears | Dow Jones Global Equities News |
| 1/15/2013 | 10:39 AM | 1/15/2013 | Barron's Blog/Tech Trader Daily: CRUS Sags: AAPL Worries Already Baked in, Says Sterne Agee | Dow Jones Global Equities News |
| 1/15/2013 | 11:00 AM | 1/15/2013 | Barron's Blog/Tech Trader Daily: LG Display: Macquarie Cuts to Hold on AAPL Worries; iPad, iPhone Yield to 'Phablets'? | Dow Jones Global Equities News |
| 1/15/2013 | 11:05 AM | 1/15/2013 | Barron's Blog/Tech Trader Daily: LG Display: Macquarie Cuts to Hold on AAPL Worries; iPad, iPhone Yield to 'Phablets'? | Dow Jones Global Equities News |
| 1/15/2013 | 11:39 AM | 1/15/2013 | Barron's Blog/Tech Trader Daily: CRUS Sags: AAPL Worries Already Baked in, Says Sterne Agee | Dow Jones Global Equities News |
| 1/15/2013 | 4:30 PM | 1/16/2013 | Barron's Blog/Tech Trader Daily: SWKS, AVGO, QCOM Best Port in Rough Telco Climate, Says Lazard | Dow Jones Global Equities News |
| 1/16/2013 | 4:49 PM | 1/17/2013 | Qualcomm CEO Paul Jacobs 2012 Pay Valued At $20.7M | Dow Jones News Service |
| 1/16/2013 | 5:49 PM | 1/17/2013 | Qualcom CEO's Pay Slips with Smaller Bonus | Dow Jones Global News Select |
| 1/17/2013 | 12:45 AM | 1/17/2013 | TSMC 4Q Profit Rises 32%, Warns of Weaker 1Q | Dow Jones Top News & Commentary |
| 1/17/2013 | 5:00 AM | 1/17/2013 | WSJ BLOG/Deal Journal: Sharp Could Look to China's Lenovo for Aid | Dow Jones News Service |
| 1/17/2013 | 5:19 AM | 1/17/2013 | UPDATE: TSMC Fourth-Quarter Net Rises 32%; Sees Drop In First-Quarter Revenue | Dow Jones Global Equities News |
| 1/17/2013 | 5:34 AM | 1/17/2013 | UPDATE: TSMC Fourth-Quarter Net Rises 32%; Sees Drop In First-Quarter Revenue | Dow Jones Global News Select |
| 1/17/2013 | 8:44 AM | 1/17/2013 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 1/17/2013 | 6:46 PM | 1/18/2013 | Barron's Blog/Tech Trader Daily: Intel Q4 Conference Call: 'Leading Edge Fabs Our Single Greatest Asset' | Dow Jones Global Equities News |
| 1/17/2013 | 6:51 PM | 1/18/2013 | Barron's Blog/Tech Trader Daily: Intel Q4 Conference Call: 'Leading Edge Fabs Our Single Greatest Asset' | Dow Jones Global Equities News |
| 1/17/2013 | 6:52 PM | 1/18/2013 | Barron's Blog/Tech Trader Daily: Intel Q4 Conference Call: 'Leading Edge Fabs Our Single Greatest Asset' | Dow Jones Global Equities News |
| 1/17/2013 | 6:54 PM | 1/18/2013 | Barron's Blog/Tech Trader Daily: Intel Q4 Conference Call: 'Leading Edge Fabs Our Single Greatest Asset' | Dow Jones Global Equities News |
| 1/17/2013 | 6:55 PM | 1/18/2013 | Barron's Blog/Tech Trader Daily: Intel Q4 Conference Call: 'Leading Edge Fabs Our Single Greatest Asset' | Dow Jones Global Equities News |
| 1/17/2013 | 6:58 PM | 1/18/2013 | Barron's Blog/Tech Trader Daily: Intel Q4 Conference Call: 'Branch Predicting a Level of Excitement' | Dow Jones Global Equities News |
| 1/17/2013 | 7:09 PM | 1/18/2013 | Barron's Blog/Tech Trader Daily: Intel Q4 Conference Call: 'Branch Predicting' a Level of Excitement | Dow Jones Global Equities News |
| 1/18/2013 | 9:28 AM | 1/18/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 54707 | Dow Jones News Service |
| 1/21/2013 | 7:12 AM | 1/22/2013 | =DJ CFA Telecommunications:Insider Review For Week Ended Jan. 18 | Dow Jones Institutional News |
| 1/22/2013 | 8:31 AM | 1/22/2013 | All Things Digital: Mozilla Looks to Entice Developers with Firefox OS Phones | Dow Jones News Service |
| 1/22/2013 | 9:30 AM | 1/22/2013 | All Things Digital: Mozilla Looks to Entice Developers With Firefox OS Phones | Dow Jones News Service |
| 1/24/2013 | 9:28 AM | 1/24/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 87498 | Dow Jones News Service |
| 1/24/2013 | 10:11 AM | 1/24/2013 | Apple Shares Fall as Slowing Growth Boosts Investor Worries | Dow Jones Top News & Commentary |
| 1/24/2013 | 10:11 AM | 1/24/2013 | Apple Shares Fall As Slowing Growth Builds On Investor Concerns | Dow Jones News Service |
| 1/24/2013 | 10:26 AM | 1/24/2013 | Apple Shares Fall As Slowing Growth Builds On Investor Concerns | Dow Jones Global News Select |
| 1/24/2013 | 5:08 PM | 1/25/2013 | UPDATE: Apple Shares Fall 12% As Slowing Growth Fuels Concerns | Dow Jones News Service |
| 1/24/2013 | 5:23 PM | 1/25/2013 | UPDATE: Apple Shares Fall 12% As Slowing Growth Fuels Concerns | Dow Jones Global News Select |
| 1/25/2013 | 9:28 AM | 1/25/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 125862 | Dow Jones News Service |
| 1/25/2013 | 10:34 AM | 1/25/2013 | Barron's Blog: This Morning: MSFT Rising, Pesky AAPL Headlines, KLAC Surges | Dow Jones Global Equities News |
| 1/25/2013 | 10:58 AM | 1/25/2013 | Barron's Blog: This Morning: MSFT Rising, Pesky AAPL Headlines, KLAC Surges | Dow Jones Global Equities News |
| 1/25/2013 | 3:14 PM | 1/25/2013 | WEEK AHEAD: Earnings Reporting to Continue with Tech, Energy | Dow Jones News Service |
| 1/25/2013 | 3:29 PM | 1/25/2013 | WEEK AHEAD: Earnings Reporting to Continue with Tech, Energy | Dow Jones Global News Select |
| 1/25/2013 | 6:51 PM | 1/28/2013 | WSJ BLOG: Next Week's Tape: Truckload of Data Stuck in Low Gear | Dow Jones News Service |
| 1/25/2013 | 6:55 PM | 1/28/2013 | WSJ BLOG: Next Week's Tape: Jobs Report Caps Heavy Dose of Data | Dow Jones News Service |
| 1/27/2013 | 7:07 PM | 1/28/2013 | Earnings Reporting to Continue with Tech, Energy | Dow Jones Top Global Market Stories |
| 1/28/2013 | 6:51 AM | 1/28/2013 | Earnings Reporting to Continue with Tech, Energy | Dow Jones Top North American Equities Stories |
| 1/28/2013 | 9:25 AM | 1/28/2013 | MIT On Intel | Dow Jones Top News & Commentary |
| 1/28/2013 | 1:30 PM | 1/28/2013 | Barron's Blog: QCOM, BRCM on Tap: Prospects Undiminished by Apple Results | Dow Jones Global Equities News |
| 1/28/2013 | 6:30 PM | 1/29/2013 | Barron's Blog: PWAV Files Formal Bankruptcy Notice after 70% Share Drop | Dow Jones Global Equities News |
| 1/29/2013 | 10:34 AM | 1/29/2013 | Barron's Blog: PWAV Files Formal Bankruptcy Notice after 70% Share Drop | Dow Jones Global Equities News |
| 1/29/2013 | 5:48 PM | 1/30/2013 | WSJ BLOG: Tomorrow's Tape: GDP, FOMC, and Dow 14000? | Dow Jones News Service |
| 1/30/2013 | 6:19 AM | 1/30/2013 | WSJ BLOG: Morning MarketBeat: Fed Seen Keeping Stimulus Spigots Wide Open | Dow Jones Institutional News |
| 1/30/2013 | 6:19 AM | 1/30/2013 | WSJ BLOG: Morning MarketBeat: Fed Seen Keeping Stimulus Spigots Wide Open | Dow Jones News Service |
| 1/30/2013 | 9:08 AM | 1/30/2013 | WSJ BLOG: Morning MarketBeat: Fed Seen Keeping Stimulus Spigots Wide Open | Dow Jones Institutional News |
| 1/30/2013 | 9:08 AM | 1/30/2013 | WSJ BLOG: Morning MarketBeat: Fed Seen Keeping Stimulus Spigots Wide Open | Dow Jones News Service |
| 1/30/2013 | 9:28 AM | 1/30/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 142908 | Dow Jones News Service |
| 1/30/2013 | 3:37 PM | 1/30/2013 | Barron's Blog: BRCM: Q4 'Choppiness' From AAPL, Says Bulls, Not Fatal | Dow Jones Global Equities News |
| 1/30/2013 | 4:00 PM | 1/31/2013 | Qualcomm 1Q Rev $6.02B | Dow Jones News Service |
| 1/30/2013 | 4:02 PM | 1/31/2013 | Barron's Blog: Qualcomm FYQ1 Rev, EPS Beat | Dow Jones Global Equities News |
| 1/30/2013 | 4:10 PM | 1/31/2013 | Barron's Blog: Qualcomm FYQ1 Rev, EPS Beat; Q2, Year View Beat | Dow Jones Global Equities News |
| 1/30/2013 | 4:10 PM | 1/31/2013 | Barron's Blog: Qualcomm Up 6%: FYQ1 Rev, EPS Beat; Q2, Year View Beat | Dow Jones Global Equities News |
| 1/30/2013 | 4:22 PM | 1/31/2013 | Qualcomm 1st-Quarter Net Up 36% on Strong Smartphone Demand | Dow Jones News Service |
| 1/30/2013 | 4:22 PM | 1/31/2013 | Qualcomm Net Up 36% on Strong Smartphone Demand | Dow Jones Top News & Commentary |
| 1/30/2013 | 4:24 PM | 1/31/2013 | Barron's Blog: Qualcomm Up 6%: FYQ1 Rev, EPS Beat; Q2, Year View Beat | Dow Jones Global Equities News |
| 1/30/2013 | 4:25 PM | 1/31/2013 | MARKET TALK: Qualcomm Chip Demand Shows No Signs of Petering Out | Dow Jones News Service |
| 1/30/2013 | 4:25 PM | 1/31/2013 | MARKET TALK: Qualcomm Chip Demand Shows No Signs of Petering Out | Dow Jones News Service |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 1/30/2013 | 4:37 PM | 1/31/2013 | Qualcomm 1st-Quarter Net Up 36% on Strong Smartphone Demand | Dow Jones Global News Select |
| 1/30/2013 | 4:41 PM | 1/31/2013 | Qualcomm Buoyed by End of Phone-Chip Shortage | Dow Jones Top North American Equities Stories |
| 1/30/2013 | 4:46 PM | 1/31/2013 | Qualcomm Buoyed by End of Phone-Chip Shortage | Dow Jones Top Global Market Stories |
| 1/30/2013 | 5:00 PM | 1/31/2013 | Barron's Blog: Qualcomm Up 6%: FYQ1 Rev, EPS Beat; Q2, Year View Beat | Dow Jones Global Equities News |
| 1/30/2013 | 5:00 PM | 1/31/2013 | Bill Keitel To Retire As Qualcomm Chief Financial Officer, George Davis To Replace | Dow Jones News Service |
| 1/30/2013 | 5:01 PM | 1/31/2013 | MARKET TALK: Solid Smartphone Prices a Boon to Qualcomm | Dow Jones News Service |
| 1/30/2013 | 5:01 PM | 1/31/2013 | MARKET TALK: Solid Smartphone Prices a Boon to Qualcomm | Dow Jones News Service |
| 1/30/2013 | 5:03 PM | 1/31/2013 | Barron's Blog: Qualcomm Up 6%: FYQ1 Rev, EPS Beat; Q2, Year View Beat | Dow Jones Global Equities News |
| 1/30/2013 | 5:05 PM | 1/31/2013 | Qualcomm Net Up on Smartphone Demand | Dow Jones Global News Select |
| 1/30/2013 | 5:11 PM | 1/31/2013 | Barron's Blog: QCOM Up 6%: FYQ1 Beats; Raises Year View; CFO Keitel Retiring | Dow Jones Global Equities News |
| 1/30/2013 | 5:25 PM | 1/31/2013 | All Things Digital: Qualcomm Q1 Net Up 36 Percent on Strong Smartphone Demand | Dow Jones News Service |
| 1/30/2013 | 5:31 PM | 1/31/2013 | Barron's Blog: Skyworks Up 10% on FYQ1 Revenue Beat, Higher Q2 Rev View | Dow Jones Global Equities News |
| 1/30/2013 | 5:31 PM | 1/31/2013 | Barron's Blog: Skyworks Up 10% on FYQ1 Revenue Beat, Higher Q2 Rev View | Dow Jones Global Equities News |
| 1/30/2013 | 5:56 PM | 1/31/2013 | UPDATE: Qualcomm 1st-Quarter Net Grows 36%; Davis Named New CFO | Dow Jones News Service |
| 1/30/2013 | 6:04 PM | 1/31/2013 | 2nd UPDATE: Qualcomm Buoyed by End of Phone-Chip Shortage | Dow Jones News Service |
| 1/30/2013 | 6:04 PM | 1/31/2013 | DJ 2nd UPDATE: Qualcomm Buoyed by End of Phone-Chip Shortage | Dow Jones Institutional News |
| 1/30/2013 | 6:11 PM | 1/31/2013 | UPDATE: Qualcomm 1st-Quarter Net Grows 36%; Davis Named New CFO | Dow Jones Global News Select |
| 1/30/2013 | 6:19 PM | 1/31/2013 | 2nd UPDATE: Qualcomm Buoyed by End of Phone-Chip Shortage | Dow Jones Global News Select |
| 1/30/2013 | 6:19 PM | 1/31/2013 | 2nd UPDATE: Qualcomm Buoyed by End of Phone-Chip Shortage | Dow Jones Institutional News |
| 1/30/2013 | 6:22 PM | 1/31/2013 | DJ Qualcomm 1st-Quarter Net Up 36% on Strong Smartphone Demand | Dow Jones Chinese Financial Wire |
| 1/30/2013 | 6:22 PM | 1/31/2013 | DJ US HOT STOCKS: Fortinet, Fusion-io, Qualcomm Active in Late Trading | Dow Jones Institutional News |
| 1/30/2013 | 6:22 PM | 1/31/2013 | US HOT STOCKS: Fortinet, Fusion-io, Qualcomm Active in Late Trading | Dow Jones News Service |
| 1/30/2013 | 6:30 PM | 1/31/2013 | DJ US HOT STOCKS: QCOM | Dow Jones Chinese Financial Wire |
| 1/31/2013 | 9:28 AM | 1/31/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 723641 | Dow Jones News Service |
| 1/31/2013 | 11:41 AM | 1/31/2013 | Seeking Alpha Reckons Apple Needs To Acquire Baseband Vendor | Dow Jones Top News & Commentary |
| 2/1/2013 | 1:38 AM | 2/1/2013 | Sharp 3Q Net Profit Falls From Year-Earlier | Dow Jones Top News & Commentary |
| 2/1/2013 | 2:48 AM | 2/1/2013 | UPDATE: Sharp, Panasonic Earnings Recover Modestly in Oct-Dec | Dow Jones Global Equities News |
| 2/1/2013 | 2:56 AM | 2/1/2013 | Sharp and Panasonic Earnings Offer Signs of Modest Recovery | Dow Jones Top Global Market Stories |
| 2/1/2013 | 3:15 AM | 2/1/2013 | Sharp and Panasonic Earnings Offer Signs of Modest Recovery | Dow Jones Global News Select |
| 2/1/2013 | 7:17 AM | 2/1/2013 | 2nd UPDATE: Sharp, Panasonic Earnings Recover Modestly in Oct-Dec | Dow Jones Global Equities News |
| 2/1/2013 | 9:28 AM | 2/1/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 112294 | Dow Jones News Service |
| 2/1/2013 | 12:01 PM | 2/1/2013 | Barron's Blog: CLWR Still Mulling DISH Offer; Sprint Talks 'Not Faring Well,' Says BTIG | Dow Jones Global Equities News |
| 2/1/2013 | 2:03 PM | 2/1/2013 | All Things Digital: Google Shares Hit Another All-Time High | Dow Jones News Service |
| 2/1/2013 | 2:24 PM | 2/1/2013 | All Things Digital: Google Shares Hit Another All-Time High | Dow Jones News Service |
| 2/3/2013 | 7:25 PM | 2/4/2013 | Sharp, Panasonic Earnings Recover Modestly in 3Q | Dow Jones Top News & Commentary |
| 2/3/2013 | 7:46 PM | 2/4/2013 | Sharp, Panasonic 3Q Earnings Recover Modestly | Dow Jones Top Global Market Stories |
| 2/3/2013 | 8:05 PM | 2/4/2013 | Sharp, Panasonic 3Q Earnings Recover Modestly | Dow Jones Global News Select |
| 2/4/2013 | 6:36 AM | 2/4/2013 | Sharp, Panasonic 3Q Earnings Recover Modestly | Dow Jones Top North American Equities Stories |
| 2/4/2013 | 7:30 AM | 2/4/2013 | Court Awards Qualcomm $12.4M In Attorneys' Fees Against Gabriel Technologies | Dow Jones News Service |
| 2/4/2013 | 8:06 AM | 2/4/2013 | Qualcomm: Court Orders Gabriel Technologies to Pay $12.4 Million Attorneys' Fees | Dow Jones News Service |
| 2/4/2013 | 8:21 AM | 2/4/2013 | Qualcomm: Court Orders Gabriel Technologies to Pay $12.4 Million Attorneys' Fees | Dow Jones Global News Select |
| 2/4/2013 | 8:21 AM | 2/4/2013 | Qualcomm: Gabriel TechTold to Pay $12.4M Attorneys' Fees | Dow Jones Top News & Commentary |
| 2/4/2013 | 5:04 PM | 2/5/2013 | All Things Digital: Samsung Sets Up Shop on Sand Hill Road, Launches $1.1 Billion in Venture Funds | Dow Jones News Service |
| 2/4/2013 | 5:39 PM | 2/5/2013 | All Things Digital: Samsung Opens Office on Sand Hill Road, Launches $1.1B in Venture Fund | Dow Jones News Service |
| 2/4/2013 | 7:10 PM | 2/5/2013 | WSJ BLOG: Obama Courts CEOs, Labor Leaders on Immigration | Dow Jones News Service |
| 2/4/2013 | 7:56 PM | 2/5/2013 | All Things Digital: Samsung Opens Office on Sand Hill Road, Launches $1.1B in Venture Fund | Dow Jones News Service |
| 2/4/2013 | 8:06 PM | 2/5/2013 | Obama to Court Business, Labor on Immigration | Dow Jones Top Global Market Stories |
| 2/5/2013 | 5:51 AM | 2/5/2013 | Obama to Court Business, Labor on Immigration | Dow Jones Top North American Equities Stories |
| 2/5/2013 | 10:08 AM | 2/5/2013 | German Court Weighs if Smartphone Chips Violate Power-Saving Patent | Dow Jones Global Equities News |
| 2/5/2013 | 10:23 AM | 2/5/2013 | German Court Weighs if Smartphone Chips Violate Power-Saving Patent | Dow Jones Global News Select |
| 2/5/2013 | 7:55 PM | 2/6/2013 | DJ German Court Weighs if Smartphone Chips Violate Power-Saving Patent | Dow Jones Chinese Financial Wire |
| 2/6/2013 | 8:35 AM | 2/6/2013 | Why Qualcomm Picked Taiwan Over U.S. for Its New Plant | Dow Jones News Service |
| 2/6/2013 | 8:44 AM | 2/6/2013 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 2/6/2013 | 8:50 AM | 2/6/2013 | Why Qualcomm Picked Taiwan Over U.S. for Its New Plant | Dow Jones Global News Select |
| 2/6/2013 | 4:44 PM | 2/7/2013 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 2/7/2013 | 9:01 AM | 2/7/2013 | All Things Digital: Samsung ATIV Odyssey, Nokia Lumia 822 review | Dow Jones News Service |
| 2/8/2013 | 9:28 AM | 2/8/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 89589 | Dow Jones News Service |
| 2/8/2013 | 3:52 PM | 2/8/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 76383 | Dow Jones News Service |
| 2/8/2013 | 3:55 PM | 2/8/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 50290 | Dow Jones News Service |
| 2/11/2013 | 7:13 AM | 2/11/2013 | =DJ CFA Telecommunications:Insider Review For Week Ended Feb. 8 | Dow Jones Institutional News |
| 2/11/2013 | 8:15 AM | 2/11/2013 | How Patient Investors Can Profit from U.S. Immigration Reform | Dow Jones News Service |
| 2/11/2013 | 8:30 AM | 2/11/2013 | How Patient Investors Can Profit from U.S. Immigration Reform | Dow Jones Global News Select |
| 2/11/2013 | 3:41 PM | 2/11/2013 | How Patient Investors Can Profit from U.S. Immigration Reform | Dow Jones Top North American Equities Stories |
| 2/12/2013 | 7:03 AM | 2/12/2013 | Qualcomm Cut to Neutral From Overweight by JPMorgan | Dow Jones Global Equities News |
| 2/12/2013 | 8:00 AM | 2/12/2013 | All Things Digital: Broadcom Readying Its First LTE Chip | Dow Jones News Service |
| 2/12/2013 | 8:46 AM | 2/12/2013 | MARKET TALK: Qualcomm Smartphone Horizon in Sight, Says J.P. Morgan | Dow Jones News Service |
| 2/12/2013 | 8:46 AM | 2/12/2013 | MARKET TALK: Qualcomm Smartphone Horizon in Sight, Says J.P. Morgan | Dow Jones News Service |
| 2/13/2013 | 4:44 PM | 2/14/2013 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 2/14/2013 | 11:20 AM | 2/14/2013 | DJ Omega Advisors 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/14/2013 | 11:56 AM | 2/14/2013 | Barron's Blog: This Morning: Mulling Cisco's Tone, Dell Courts Shareholders | Dow Jones Global Equities News |
| 2/14/2013 | 12:42 PM | 2/14/2013 | DJ GAMCO Asset Mgmt Inc. 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/14/2013 | 12:47 PM | 2/14/2013 | DJ The Vanguard Grp 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2013 | 6:51 AM | 2/15/2013 | DJ Omega Advisors 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2013 | 7:25 AM | 2/15/2013 | DJ D. E. Shaw & Co 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2013 | 7:25 AM | 2/15/2013 | DJ Viking Global Investors LP 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 2/15/2013 | 7:28 AM | 2/15/2013 | DJ Chilton Investment Co. 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2013 | 7:29 AM | 2/15/2013 | DJ The Vanguard Grp 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2013 | 7:30 AM | 2/15/2013 | DJ Maverick Capital Ltd. 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2013 | 7:46 AM | 2/15/2013 | DJ Farallon Capital Mgmt 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2013 | 7:47 AM | 2/15/2013 | DJ Farallon Capital Mgmt 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2013 | 7:48 AM | 2/15/2013 | DJ GAMCO Asset Mgmt Inc. 4Q 13F: Hldgs As Of Dec 31 | Dow Jones Institutional News |
| 2/15/2013 | 9:28 AM | 2/15/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 73641 | Dow Jones News Service |
| 2/18/2013 | 7:13 AM | 2/19/2013 | =DJ CFA Telecommunications:Insider Review For Week Ended Feb. 15 | Dow Jones Institutional News |
| 2/18/2013 | 8:05 AM | 2/19/2013 | WSJ BLOG: Fastback Readies Radio Devices to Ease Mobile Data Bottleneck | Dow Jones News Service |
| 2/19/2013 | 9:00 AM | 2/19/2013 | All Things Digital: Nvidia Readies Its First Chip With LTE Built In | Dow Jones News Service |
| 2/19/2013 | 9:28 AM | 2/19/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 78721 | Dow Jones News Service |
| 2/19/2013 | 3:52 PM | 2/19/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 60345 | Dow Jones News Service |
| 2/19/2013 | 6:13 PM | 2/20/2013 | Barron's Blog: HTC's 'One': Looks iPhonesque, Says Raymond James; Sufficient Lead on Samsung? | Dow Jones Global Equities News |
| 2/19/2013 | 10:22 PM | 2/20/2013 | Barron's Blog: QCOM: Bernstein Sees Upside as China 3G Hits 'Inflection Point' | Dow Jones Global Equities News |
| 2/20/2013 | 12:00 PM | 2/20/2013 | All Things Digital: Qualcomm's New Snapdragon Processor Packs Two More Surprises | Dow Jones News Service |
| 2/20/2013 | 3:22 PM | 2/20/2013 | Barron's Blog: QCOM: Samsung, Apple Competition Should Keep Growth Intact, Says Susquehanna | Dow Jones Global Equities News |
| 2/20/2013 | 4:44 PM | 2/21/2013 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 2/21/2013 | 8:47 AM | 2/21/2013 | ParkerVision Receives Favorable Markman Order In Patent Infringement Action Against Qualcomm | Dow Jones News Service |
| 2/21/2013 | 9:00 AM | 2/21/2013 | All Things Digital: Via Licensing Adds Two More to LTE Patent Pool, Big Names Missing | Dow Jones News Service |
| 2/21/2013 | 9:16 AM | 2/21/2013 | ParkerVision Says Court Adopted Most of Its Terms in Markman Hearing | Dow Jones News Service |
| 2/21/2013 | 9:16 AM | 2/21/2013 | ParkerVision Says Court Adopted Most of Terms in Hearing | Dow Jones Top News & Commentary |
| 2/21/2013 | 9:31 AM | 2/21/2013 | ParkerVision Says Court Adopted Most of Its Terms in Markman Hearing | Dow Jones Global News Select |
| 2/21/2013 | 10:00 AM | 2/21/2013 | MARKET TALK: ParkerVision Rides High After Win at Hearing | Dow Jones News Service |
| 2/21/2013 | 11:47 AM | 2/21/2013 | UPDATE: ParkerVision Says Court Adopted Most of Its Terms in Markman Hearing | Dow Jones News Service |
| 2/21/2013 | 12:02 PM | 2/21/2013 | UPDATE: ParkerVision Says Court Adopted Most of Its Terms in Markman Hearing | Dow Jones Global News Select |
| 2/21/2013 | 1:16 PM | 2/21/2013 | US HOT STOCKS: ParkerVision, PGT, Repros Therapeutics, Swift Energy -2- | Dow Jones News Service |
| 2/21/2013 | 1:31 PM | 2/21/2013 | WSJ BLOG: Qualcomm Aims at New Mobile-chip Segment, Roiling Rivals | Dow Jones News Service |
| 2/21/2013 | 1:43 PM | 2/21/2013 | Barron's Blog: RFMD, SWKS Drop on QCOM News; Raymond James Downgrades, Longbow Defends | Dow Jones Global Equities News |
| 2/21/2013 | 3:05 PM | 2/21/2013 | 2nd UPDATE: ParkerVision: Court Adopted Most of Its Terms in Markman Hearing | Dow Jones News Service |
| 2/21/2013 | 3:20 PM | 2/21/2013 | 2nd UPDATE: ParkerVision: Court Adopted Most of Its Terms in Markman Hearing | Dow Jones Global News Select |
| 2/21/2013 | 3:55 PM | 2/21/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 63469 | Dow Jones News Service |
| 2/21/2013 | 4:42 PM | 2/22/2013 | All Things Digital: Qualcomm Aims at New Mobile-Chip Segment, Roiling Rivals | Dow Jones News Service |
| 2/21/2013 | 6:13 PM | 2/22/2013 | DJ U.S. HOT STOCKS: Hewlett-Packard, Aruba, WebMD, AVG | Dow Jones Institutional News |
| 2/21/2013 | 6:13 PM | 2/22/2013 | U.S. HOT STOCKS: Hewlett-Packard, Aruba, WebMD, AVG | Dow Jones News Service |
| 2/22/2013 | 6:49 AM | 2/22/2013 | NY Comptroller DiNapoli: Qualcomm Implements Political Spending Disclosure Policy | Dow Jones News Service |
| 2/22/2013 | 7:51 AM | 2/22/2013 | N.Y. Comptroller: Qualcomm to Post Political Donations Online | Dow Jones News Service |
| 2/22/2013 | 7:51 AM | 2/22/2013 | N.Y. Comptroller: Qualcomm to Post Political Donations Online | Dow Jones Top News & Commentary |
| 2/22/2013 | 8:06 AM | 2/22/2013 | N.Y. Comptroller: Qualcomm to Post Political Donations Online | Dow Jones Global News Select |
| 2/22/2013 | 8:44 AM | 2/22/2013 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 2/22/2013 | 9:00 AM | 2/22/2013 | All Things Digital: What to Expect When You Are Expecting a Lot of News Out of Barcelona | Dow Jones News Service |
| 2/22/2013 | 1:58 PM | 2/22/2013 | All Things Digital: What to Expect When You Are Expecting a Lot of News Out of Barcelona | Dow Jones News Service |
| 2/22/2013 | 4:18 PM | 2/25/2013 | UPDATE: Qualcomm Settles Disclosure Suit With New York | Dow Jones News Service |
| 2/22/2013 | 4:40 PM | 2/25/2013 | Qualcomm Settles Disclosure Suit With New York | Dow Jones Top North American Equities Stories |
| 2/22/2013 | 5:07 PM | 2/25/2013 | All Things Digital: Qualcomm Settles Disclosure Suit With New York | Dow Jones News Service |
| 2/24/2013 | 11:08 AM | 2/25/2013 | All Things Digital: Live: Mozilla Shows off its Firefox OS Work in Barcelona | Dow Jones News Service |
| 2/24/2013 | 1:28 PM | 2/25/2013 | WSJ BLOG: Mozilla Shows Support for Mobile Operating System | Dow Jones News Service |
| 2/24/2013 | 1:56 PM | 2/25/2013 | All Things Digital: Live: Mozilla Adds Sprint To List of Mobile Carriers Supporting Firefox OS | Dow Jones News Service |
| 2/24/2013 | 2:29 PM | 2/25/2013 | All Things Digital: Meet Mozilla's Host of New Mobile Partners | Dow Jones News Service |
| 2/24/2013 | 2:35 PM | 2/25/2013 | Barcelona Hosts Mobile World Congress Tech Event | Dow Jones News Service |
| 2/24/2013 | 2:35 PM | 2/25/2013 | DJ Barcelona Hosts Mobile World Congress Tech Event | Dow Jones Institutional News |
| 2/24/2013 | 3:39 PM | 2/25/2013 | All Things Digital: Meet Mozilla's Host of New Mobile Partners | Dow Jones News Service |
| 2/24/2013 | 8:38 PM | 2/25/2013 | Barcelona Hosts Mobile World Congress | Dow Jones Top News & Commentary |
| 2/25/2013 | 12:02 AM | 2/25/2013 | All Things Digital: Intel Still Nibbling Around the Edges in Mobile | Dow Jones News Service |
| 2/25/2013 | 12:05 AM | 2/25/2013 | WSJ BLOG: Intel Mobile Moves Include Refocus on Android Tablets | Dow Jones News Service |
| 2/25/2013 | 12:57 AM | 2/25/2013 | Qualcomm Settles Disclosure Suit With New York | Dow Jones Top News & Commentary |
| 2/25/2013 | 4:09 AM | 2/25/2013 | Telit Communications Launches New 4G LTE Product | Dow Jones Global Equities News |
| 2/25/2013 | 4:24 AM | 2/25/2013 | Telit Communications Launches New 4G LTE Product | Dow Jones Global News Select |
| 2/25/2013 | 6:53 AM | 2/25/2013 | Barron's Blog: Qualcomm CEO Jacobs Talks Up 'Internet of Everything' at Mobile Congress | Dow Jones Global Equities News |
| 2/25/2013 | 7:13 AM | 2/25/2013 | =DJ CFA Telecommunications:Insider Review For Week Ended Feb. 22 | Dow Jones Institutional News |
| 2/25/2013 | 11:51 AM | 2/25/2013 | All Things Digital: Intel Still Nibbling Around the Edges in Mobile | Dow Jones News Service |
| 2/26/2013 | 3:03 AM | 2/26/2013 | WSJ BLOG: China's ZTE, Huawei Step Up Smartphone Specs | Dow Jones News Service |
| 2/26/2013 | 4:29 AM | 2/26/2013 | WSJ BLOG: China's ZTE, Huawei Step Up Smartphone Specs | Dow Jones Global Equities News |
| 2/26/2013 | 9:28 AM | 2/26/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 80182 | Dow Jones News Service |
| 2/26/2013 | 9:42 AM | 2/26/2013 | Applied Materials Names Halliday as New Finance Chief | Dow Jones News Service |
| 2/26/2013 | 9:42 AM | 2/26/2013 | Applied Materials Names Halliday as New Finance Chief | Dow Jones Top News & Commentary |
| 2/26/2013 | 9:57 AM | 2/26/2013 | Applied Materials Names Halliday as New Finance Chief | Dow Jones Global News Select |
| 2/26/2013 | 5:24 PM | 2/27/2013 | U.S. HOT STOCKS: Priceline.com, First Solar Active After Hours | Dow Jones News Service |
| 2/27/2013 | 11:29 AM | 2/27/2013 | All Things Digital: Tech's Heavy Hitters Come Out in Support of Gay Marriage | Dow Jones News Service |
| 2/27/2013 | 11:41 AM | 2/27/2013 | All Things Digital: Tech's Heavy Hitters Come Out in Support of Gay Marriage | Dow Jones News Service |
| 2/27/2013 | 11:42 AM | 2/27/2013 | All Things Digital: Tech's Heavy Hitters Come Out in Support of Gay Marriage | Dow Jones News Service |
| 2/27/2013 | 12:35 PM | 2/27/2013 | All Things Digital: Tech's Heavy Hitters Come Out in Support of Gay Marriage | Dow Jones News Service |
| 2/28/2013 | 2:33 PM | 2/28/2013 | All Things Digital: For Apple, Fighting DOMA and Prop. 8 Is More Than Business as Usual | Dow Jones News Service |
| 3/4/2013 | 7:00 AM | 3/4/2013 | WebMD And Qualcomm Life Launch Strategic mHealth Collaboration | Dow Jones News Service |
| 3/4/2013 | 7:13 AM | 3/4/2013 | =DJ CFA Telecommunications:Insider Review For Week Ended March 1 | Dow Jones Institutional News |
| 3/4/2013 | 8:44 AM | 3/4/2013 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 3/4/2013 | 6:50 PM | 3/5/2013 | Barron's Blog: JNPR, CSCO, NEC Steal Show at Mobile World; Devices Were a Yawner | Dow Jones Global Equities News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 3/4/2013 | 6:54 PM | 3/5/2013 | Barron's Blog: JNPR, CSCO, NEC Steal Show at Mobile World; Devices Were a Yawner | Dow Jones Global Equities News |
| 3/5/2013 | 7:30 AM | 3/5/2013 | *DJ Qualcomm Increases Quarterly Dividend By 40 Percent And Announces New $5.0 Billion Stock Repurchase Program >QCOM | Dow Jones Institutional News |
| 3/5/2013 | 7:30 AM | 3/5/2013 | PRESS RELEASE: Qualcomm Increases Quarterly Dividend by 40 Percent and Announces New $5.0 Billion Stock Repurchase Program | Dow Jones Institutional News |
| 3/5/2013 | 7:30 AM | 3/5/2013 | Qualcomm Increases Quarterly Dividend By 40 Percent And Announces New $5.0 Billion Stock Repurchase Program | Dow Jones News Service |
| 3/5/2013 | 7:43 AM | 3/5/2013 | MARKET TALK: Qualcomm's Buybacks Haven't Been Consistent | Dow Jones News Service |
| 3/5/2013 | 7:43 AM | 3/5/2013 | MARKET TALK: Qualcomm's Buybacks Haven't Been Consistent | Dow Jones News Service |
| 3/5/2013 | 8:22 AM | 3/5/2013 | DJ Qualcomm Raises Dividend; Boosts Stock Buyback Program >QCOM | Dow Jones Institutional News |
| 3/5/2013 | 8:22 AM | 3/5/2013 | Qualcomm Raises Dividend; Boosts Stock Buyback | Dow Jones Top News & Commentary |
| 3/5/2013 | 8:22 AM | 3/5/2013 | Qualcomm Raises Dividend; Boosts Stock Buyback Program | Dow Jones News Service |
| 3/5/2013 | 8:37 AM | 3/5/2013 | Qualcomm Raises Dividend; Boosts Stock Buyback Program | Dow Jones Global News Select |
| 3/5/2013 | 8:37 AM | 3/5/2013 | Qualcomm Raises Dividend; Boosts Stock Buyback Program | Dow Jones Institutional News |
| 3/5/2013 | 8:41 AM | 3/5/2013 | DJ Qualcomm Raises Dividend; Boosts Stock Buyback Program QCOM | Dow Jones Chinese Financial Wire |
| 3/5/2013 | 9:28 AM | 3/5/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 51410 | Dow Jones News Service |
| 3/5/2013 | 11:06 AM | 3/5/2013 | MARKET TALK: Qualcomm Buyback, Dividend Not as Big as Seems | Dow Jones News Service |
| 3/5/2013 | 11:06 AM | 3/5/2013 | MARKET TALK: Qualcomm Buyback, Dividend Not as Big as Seems | Dow Jones News Service |
| 3/5/2013 | 11:15 AM | 3/5/2013 | WSJ BLOG: Departing Qualcomm CFO Recalls Chip Maker's Milestones | Dow Jones News Service |
| 3/5/2013 | 5:16 PM | 3/6/2013 | Qualcomm Mulling Alternatives for Truck-Tracking Unit | Dow Jones News Service |
| 3/5/2013 | 5:34 PM | 3/6/2013 | DJ Qualcomm Mulling Alternatives for Truck-Tracking Unit - CEO | Dow Jones Institutional News |
| 3/5/2013 | 5:34 PM | 3/6/2013 | Qualcomm Mulling Alternatives for Truck-Tracking Unit - CEO | Dow Jones News Service |
| 3/5/2013 | 8:47 PM | 3/6/2013 | Samsung Invests $111 Mln in Sharp | Dow Jones Top News & Commentary |
| 3/5/2013 | 11:36 PM | 3/6/2013 | WSJ BLOG: Sharp Jumps on Potential Samsung Investment | Dow Jones News Service |
| 3/6/2013 | 7:30 AM | 3/6/2013 | Qualcomm Unit Names Laurie Yoler Senior Vice Pres Of Business Development | Dow Jones News Service |
| 3/6/2013 | 7:33 AM | 3/6/2013 | Qualcomm Cut to Buy From Conviction Buy by Goldman Sachs | Dow Jones Global Equities News |
| 3/6/2013 | 8:08 AM | 3/6/2013 | WSJ BLOG: Sony Launches Xperia Z in India | Dow Jones Global Equities News |
| 3/6/2013 | 8:30 AM | 3/6/2013 | ITT Exelis Reaches Patent Settlement Agreements With Verizon, Qualcomm, LG And Kyocera | Dow Jones News Service |
| 3/6/2013 | 8:44 AM | 3/6/2013 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 3/6/2013 | 9:28 AM | 3/6/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 55017 | Dow Jones News Service |
| 3/6/2013 | 11:11 AM | 3/6/2013 | Barron's Blog: This Morning: Trifecta of Apple Gloom, VOD-VZ Still Swirling | Dow Jones Global Equities News |
| 3/7/2013 | 8:44 AM | 3/7/2013 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 3/7/2013 | 10:01 AM | 3/7/2013 | WSJ BLOG: The Daily Startup: 3D-Scanner Maker Matterport Aims 'to Scan the Entire Planet' | Dow Jones News Service |
| 3/7/2013 | 3:52 PM | 3/7/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 60348 | Dow Jones News Service |
| 3/7/2013 | 4:44 PM | 3/8/2013 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 3/8/2013 | 5:37 AM | 3/8/2013 | Sharp Mulls Selling New Shares To Raise Y100B -Kyodo | Dow Jones Global Equities News |
| 3/8/2013 | 6:04 AM | 3/8/2013 | DJ Sharp Mulls Selling New Shares To Raise Y100B - Kyodo | Dow Jones Chinese Financial Wire |
| 3/8/2013 | 7:00 AM | 3/8/2013 | Sharp Mulls Selling New Shares To Raise Y100B -Kyodo | Dow Jones Top North American Equities Stories |
| 3/8/2013 | 7:25 AM | 3/8/2013 | Sharp Mulls Selling New Shares To Raise Y100B -Kyodo | Dow Jones Top Global Market Stories |
| 3/8/2013 | 7:45 AM | 3/8/2013 | Sharp Mulls Selling New Shares to Raise Y100 Billion | Dow Jones Global News Select |
| 3/8/2013 | 2:32 PM | 3/8/2013 | All Things Digital: After FloTV Debacle, Qualcomm Finding New Use for Broadcast Know-How | Dow Jones News Service |
| 3/8/2013 | 2:38 PM | 3/8/2013 | All Things Digital: After FloTV Debacle, Qualcomm Finding New Use for Broadcast Know-How | Dow Jones News Service |
| 3/8/2013 | 2:40 PM | 3/8/2013 | All Things Digital: After FloTV Debacle, Qualcomm Finding New Use for Broadcast Know-How | Dow Jones News Service |
| 3/8/2013 | 4:05 PM | 3/11/2013 | All Things Digital: After FloTV Debacle, Qualcomm Finding New Use for Broadcast Know-How | Dow Jones News Service |
| 3/11/2013 | 7:13 AM | 3/11/2013 | =DJ CFA Telecommunications:Insider Review For Week Ended March 8 | Dow Jones Institutional News |
| 3/11/2013 | 9:01 AM | 3/11/2013 | All Things Digital: Kyocera Torque: Not Exactly Elegant, but Can Handle All Your Drops and Dunks | Dow Jones News Service |
| 3/11/2013 | 9:44 AM | 3/11/2013 | All Things Digital: Kyocera Torque Camera Review | Dow Jones News Service |
| 3/11/2013 | 1:01 PM | 3/11/2013 | All Things Digital: Kyocera Torque Camera Review | Dow Jones News Service |
| 3/11/2013 | 1:41 PM | 3/11/2013 | WSJ BLOG: CORPORATE SPEAK: Nokia Looks to Invest in Growth Markets | Dow Jones News Service |
| 3/13/2013 | 8:44 AM | 3/13/2013 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 3/13/2013 | 9:28 AM | 3/13/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 54936 | Dow Jones News Service |
| 3/13/2013 | 1:05 PM | 3/13/2013 | 4Q Global Semiconductor Inventories Down 5% on Quarter | Dow Jones Top News & Commentary |
| 3/13/2013 | 1:05 PM | 3/13/2013 | Fourth-Quarter Global Semiconductor Inventories Down 5% from Prior Quarter | Dow Jones News Service |
| 3/13/2013 | 1:20 PM | 3/13/2013 | Fourth-Quarter Global Semiconductor Inventories Down 5% from Prior Quarter | Dow Jones Global News Select |
| 3/14/2013 | 6:52 AM | 3/14/2013 | All Things Digital: ITC Postpones iPhone Ban Decision | Dow Jones News Service |
| 3/14/2013 | 6:52 AM | 3/14/2013 | DJ All Things Digital: ITC Postpones iPhone Ban Decision | Dow Jones Institutional News |
| 3/14/2013 | 7:10 AM | 3/14/2013 | BYD Unit Makes H-P Tablet as Chinese Suppliers Gain Ground | Dow Jones Asian Equities Report |
| 3/14/2013 | 7:10 AM | 3/14/2013 | BYD Unit Makes H-P Tablet as Chinese Suppliers Gain Ground | Dow Jones Global Equities News |
| 3/14/2013 | 7:24 AM | 3/14/2013 | BYD Unit Makes H-P Tablet as Chinese Suppliers Gain Ground | Dow Jones Global News Select |
| 3/14/2013 | 7:59 AM | 3/14/2013 | DJ BYD Unit Makes H-P Tablet as Chinese Suppliers Gain Ground | Dow Jones Chinese Financial Wire |
| 3/14/2013 | 8:44 AM | 3/14/2013 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 3/14/2013 | 12:45 PM | 3/14/2013 | BYD Unit Makes H-P Tablet as Chinese Suppliers Gain Ground | Dow Jones Top North American Equities Stories |
| 3/14/2013 | 3:52 PM | 3/14/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 50174 | Dow Jones News Service |
| 3/14/2013 | 7:05 PM | 3/15/2013 | BYD Unit Makes H-P Tablet as Chinese Suppliers Gain Ground | Dow Jones Top Global Market Stories |
| 3/14/2013 | 7:30 PM | 3/15/2013 | All Things Digital: Samsung Galaxy S4: Bigger Display and Bolder Software -- But Is It Better Enough? | Dow Jones News Service |
| 3/14/2013 | 7:49 PM | 3/15/2013 | WSJ BLOG: How Samsung's Galaxy S 4 Compares With Apple's iPhone 5 | Dow Jones News Service |
| 3/15/2013 | 9:28 AM | 3/15/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 412843 | Dow Jones News Service |
| 3/15/2013 | 3:52 PM | 3/15/2013 | Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 106305 | Dow Jones News Service |
| 3/15/2013 | 3:55 PM | 3/15/2013 | Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 95298 | Dow Jones News Service |
| 3/15/2013 | 6:50 PM | 3/18/2013 | Barron's Blog: QCOM, RFMD, BRCM, SWKS: Pondering Galaxy S4 Gains | Dow Jones Global Equities News |
| 3/15/2013 | 6:52 PM | 3/18/2013 | Barron's Blog: QCOM, RFMD, BRCM, SWKS: Pondering Galaxy S4 Gains | Dow Jones Global Equities News |
| 3/17/2013 | 7:05 PM | 3/18/2013 | Sharp: Will Postpone New Share Issuance as Talks with Qualcomm on Investment Conditions Ongoing | Dow Jones Global Equities News |
| 3/17/2013 | 7:37 PM | 3/18/2013 | Sharp's 2nd Capital Injection From Qualcomm Delayed | Dow Jones Top News & Commentary |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 3/17/2013 | 7:43 PM | 3/18/2013 | Qualcomm Delays New Share Issuance to Sharp | Dow Jones Top Global Market Stories |
| 3/17/2013 | 8:05 PM | 3/18/2013 | Qualcomm to Postpone New Share Issuance to Sharp | Dow Jones Global News Select |
| 3/17/2013 | 8:28 PM | 3/18/2013 | DJ Sharp: Will Postpone New Share Issuance as Talks with Qualcomm on Investment Conditions | Dow Jones Chinese Financial Wire |
| 3/17/2013 | 9:00 PM | 3/18/2013 | News Highlights: Top Equities Stories of the Day | Dow Jones Global Equities News |
| 3/17/2013 | 11:00 PM | 3/18/2013 | News Highlights: Top Equities Stories of the Day | Dow Jones Global Equities News |
| 3/17/2013 | 11:37 PM | 3/18/2013 | UPDATE: Sharp's 2nd Capital Injection From Qualcomm Delayed | Dow Jones Global Equities News |
| 3/18/2013 | 1:59 AM | 3/18/2013 | News Highlights: Top Equities Stories of the Day | Dow Jones Global Equities News |
| 3/18/2013 | 2:13 AM | 3/18/2013 | WSJ BLOG: Global: Sharp Deal With Qualcomm Misses Deadline | Dow Jones Global Equities News |
| 3/18/2013 | 4:11 AM | 3/18/2013 | News Highlights: Top Equities Stories Of The Day | Dow Jones Global Equities News |
| 3/18/2013 | 6:13 AM | 3/18/2013 | Qualcomm Delays New Share Issuance to Sharp | Dow Jones Top North American Equities Stories |
| 3/18/2013 | 7:13 AM | 3/18/2013 | =DJ CFA Telecommunications:Insider Review For Week Ended March 15 | Dow Jones Institutional News |
| 3/18/2013 | 3:52 PM | 3/18/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 61656 | Dow Jones News Service |
| 3/18/2013 | 3:55 PM | 3/18/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 59956 | Dow Jones News Service |
| 3/20/2013 | 5:21 AM | 3/20/2013 | WSJ BLOG: Israeli App iOnRoad Wins Global Qualcomm Prize | Dow Jones Global Equities News |
| 3/20/2013 | 8:44 AM | 3/20/2013 | =DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 3/20/2013 | 9:28 AM | 3/20/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 92473 | Dow Jones News Service |
| 3/20/2013 | 10:30 AM | 3/20/2013 | IQE Unfazed by Challenge of Silicon Technology | Dow Jones Global Equities News |
| 3/21/2013 | 2:21 AM | 3/21/2013 | WSJ BLOG: MediaTek, MStar Now One Green Light Away From Merger | Dow Jones News Service |
| 3/22/2013 | 4:14 AM | 3/22/2013 | Sharp: Qualcomm Payment For New Sharp Share Issue Due June 28 | Dow Jones Global Equities News |
| 3/22/2013 | 7:04 AM | 3/22/2013 | Qualcomm Payment for New Sharp Share Issue Due June 28 | Dow Jones Top North American Equities Stories |
| 3/22/2013 | 7:14 AM | 3/22/2013 | Qualcomm Payment for New Sharp Share Issue Due June 28 | Dow Jones Top Global Market Stories |
| 3/22/2013 | 7:35 AM | 3/22/2013 | Qualcomm Payment for New Sharp Share Issue Due June 28 | Dow Jones Global News Select |
| 3/22/2013 | 7:35 AM | 3/22/2013 | Qualcomm Payment for New Sharp Share Issue Due June 28 | Dow Jones Top News & Commentary |
| 3/22/2013 | 11:47 AM | 3/22/2013 | WSJ BLOG: How the BlackBerry Z10 Launching Today Compares With Samsung's Galaxy S 4 | Dow Jones News Service |
| 3/24/2013 | 7:31 PM | 3/25/2013 | Apple Buys Indoor GPS Specialist in Map War | Dow Jones Top News & Commentary |
| 3/24/2013 | 8:06 PM | 3/25/2013 | HTC Says Phone Launch Delayed by Parts Shortage | Dow Jones Top News & Commentary |
| 3/24/2013 | 11:42 PM | 3/25/2013 | HTC: Shortage of Camera Parts Has Delayed New Phone Launch | Dow Jones Global Equities News |
| 3/25/2013 | 7:13 AM | 3/25/2013 | =DJ CFA Telecommunications:Insider Review For Week Ended March 22 | Dow Jones Institutional News |
| 3/25/2013 | 7:16 PM | 3/26/2013 | At Sharp, Capital Sources Dwindle | Dow Jones Top News & Commentary |
| 3/26/2013 | 3:32 AM | 3/26/2013 | Sharp: No Payment Expected From Hon Hai | Dow Jones Global Equities News |
| 3/26/2013 | 4:12 AM | 3/26/2013 | DJ Sharp: No Payment Expected From Hon Hai | Dow Jones Chinese Financial Wire |
| 3/26/2013 | 6:06 AM | 3/26/2013 | UPDATE: Sharp To Look for Other Funds After Hon Hai Deadline Passes | Dow Jones Global Equities News |
| 3/26/2013 | 6:35 AM | 3/26/2013 | DJ UPDATE: Sharp To Look for Other Funds After Hon Hai Deadline Passes | Dow Jones Chinese Financial Wire |
| 3/26/2013 | 4:44 PM | 3/27/2013 | =DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 3/26/2013 | 9:05 PM | 3/27/2013 | Hon Hai, Sharp in Talks Over New Investment Price | Dow Jones Top News & Commentary |
| 3/28/2013 | 2:02 AM | 3/28/2013 | Sharp: Payment for New Shares From Samsung Completed | Dow Jones Global Equities News |
| 3/28/2013 | 2:36 PM | 3/28/2013 | ParkerVision: Court Denies Qualcomm's Motion to Dismiss Claims of Indirect Infringement | Dow Jones News Service |
| 3/28/2013 | 3:00 PM | 3/28/2013 | TIP SHEET: Chase Investment Fund Seeks Long View for Returns | Dow Jones News Service |
| 3/29/2013 | 12:29 PM | 4/1/2013 | WSJ BLOG: Moving Beyond Mobile, Motorola Solutions Venture Capital Digs Deeper for Deals | Dow Jones News Service |
| 4/2/2013 | 8:31 AM | 4/2/2013 | DJ Qualcomm Raised to Strong Buy From Outperform by Raymond James >QCOM | Dow Jones Nachrichten auf Deutsch |
| 4/2/2013 | 8:32 AM | 4/2/2013 | DJ<br>Qualcomm Raised to Strong Buy From Outperform by Raymond James >QCOM | Dow Jones Chinese Newswires English Content |
| 4/2/2013 | 8:32 AM | 4/2/2013 | DJ Qualcomm Raised to Strong Buy From Outperform by Raymond James >QCOM | Dow Jones Chinese Newswires English Content |
| 4/2/2013 | 9:30 AM | 4/2/2013 | PRESS RELEASE: Qualcomm Incorporated (NASDAQ: QCOM) Second Quarter Fiscal 2013 Earnings Release and Conference Call | Dow Jones Newswires |
| 4/2/2013 | 5:55 PM | 4/3/2013 | DJ Officer ALTMAN Sells 75,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/2/2013 | 5:55 PM | 4/3/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/2/2013 | 5:55 PM | 4/3/2013 | DJ VP JOHNSON Sells 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/3/2013 | 6:04 AM | 4/3/2013 | *DJ Qualcomm Inc Started at Outperform by Northland Securities | Dow Jones Newswires |
| 4/3/2013 | 6:04 AM | 4/3/2013 | DJ Qualcomm Inc Started at Outperform by Northland Securities | Dow Jones Nachrichten auf Deutsch |
| 4/3/2013 | 6:04 AM | 4/3/2013 | Qualcomm Inc Started at Outperform by Northland Securities | Dow Jones Global Equities News |
| 4/3/2013 | 6:05 AM | 4/3/2013 | DJ Qualcomm Inc Started at Outperform by Northland Securities | Dow Jones Chinese Newswires English Content |
| 4/3/2013 | 6:05 AM | 4/3/2013 | DJ Qualcomm Inc Started at Outperform by Northland Securities | Dow Jones Chinese Newswires English Content |
| 4/3/2013 | 9:14 AM | 4/3/2013 | DJ Global Tech Sector Raised To Overweight From Neutral By UBS | Dow Jones Nachrichten auf Deutsch |
| 4/3/2013 | 9:15 AM | 4/3/2013 | DJ Global Tech Sector Raised To Overweight From Neutral By UBS | Dow Jones Chinese Newswires English Content |
| 4/3/2013 | 9:15 AM | 4/3/2013 | DJ Global Tech Sector Raised To Overweight From Neutral By UBS | Dow Jones Chinese Newswires English Content |
| 4/4/2013 | 7:30 AM | 4/4/2013 | *DJ Qualcomm, MLBAM Announce Technology Collaboration | Dow Jones Newswires |
| 4/4/2013 | 3:05 PM | 4/4/2013 | PRESS RELEASE: Qualcomm Technologies, Inc. Extends Collaboration with Facebook to Enhance Performance of Facebook Home and Facebook for Android on All Qualcomm Snapdragon-Powered Devices | Dow Jones Newswires |
| 4/4/2013 | 5:18 PM | 4/5/2013 | DJ VP ABERLE Sells 10,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/4/2013 | 10:49 PM | 4/5/2013 | DJ VP ABERLE Registers 10,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/8/2013 | 8:57 PM | 4/9/2013 | DJ Chmn JACOBS Sells 22,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/8/2013 | 8:57 PM | 4/9/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/9/2013 | 9:00 AM | 4/9/2013 | PRESS RELEASE: Qualcomm Declares Quarterly Cash Dividend | Dow Jones Newswires |
| 4/9/2013 | 1:00 PM | 4/9/2013 | N.Y. Comptroller: Southwest, 4 Other Companies to Disclose Political Spending | Dow Jones Global News Select |
| 4/10/2013 | 8:04 PM | 4/11/2013 | DJ Chmn JACOBS Sells 30,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/12/2013 | 2:55 PM | 4/12/2013 | DJ Pres MOLLENKOPF Sells 9,750 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/12/2013 | 5:25 PM | 4/15/2013 | DJ Dir CRUICKSHANK Acquires 2,806 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/16/2013 | 5:38 PM | 4/17/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/16/2013 | 5:38 PM | 4/17/2013 | DJ VP ROSENBERG Sells 50,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/16/2013 | 10:36 PM | 4/17/2013 | DJ Pres MOLLENKOPF Registers 9,750 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/17/2013 | 10:12 AM | 4/17/2013 | DJ REALWIRE/Bitbar Secures $3 Million Financing Round to Advance ItsMobile Application Testing Platform | Dow Jones Nachrichten auf Deutsch |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 4/17/2013 | 10:12 AM | 4/17/2013 | DJ REALWIRE/Bitbar Secures $3 Million Financing Round to Advance ItsMobile Application Testing Platform | Dow Jones Newswires |
| 4/18/2013 | 3:30 AM | 4/18/2013 | UPDATE: TSMC Raises Capital Expenditure, Gives Rosy Second-Quarter Outlook | Dow Jones Global Equities News |
| 4/18/2013 | 3:45 AM | 4/18/2013 | UPDATE: TSMC Raises Capital Expenditure, Gives Rosy Second-Quarter Outlook | Dow Jones Global News Select |
| 4/19/2013 | 5:02 AM | 4/19/2013 | Gesture Recognition: The Next Big Deal | Dow Jones Top News & Commentary |
| 4/19/2013 | 9:35 AM | 4/19/2013 | DJ Gesture Recognition: The Next Big Deal | Dow Jones Institutional News |
| 4/19/2013 | 9:50 AM | 4/19/2013 | DJ Gesture Recognition: The Next Big Deal | Dow Jones Institutional News |
| 4/19/2013 | 9:50 AM | 4/19/2013 | Gesture Recognition: The Next Big Deal | Dow Jones Global Equities News |
| 4/22/2013 | 1:34 AM | 4/22/2013 | DJ<br>TIP SHEET: Green Century Balanced Fund Seeks Stable, Low-Carbon Returns | Dow Jones Chinese Newswires English Content |
| 4/22/2013 | 4:49 PM | 4/23/2013 | Texas Instruments Continues 1st-Quarter Makeover | Dow Jones Top News & Commentary |
| 4/22/2013 | 5:05 PM | 4/23/2013 | Texas Instruments Continues 1st-Quarter Makeover | Dow Jones Top Global Market Stories |
| 4/22/2013 | 5:05 PM | 4/23/2013 | Texas Instruments Continues 1st-Quarter Makeover | Dow Jones Top North American Equities Stories |
| 4/22/2013 | 5:25 PM | 4/23/2013 | Texas Instruments Continues 1st-Quarter Makeover | Dow Jones Global News Select |
| 4/22/2013 | 7:15 PM | 4/23/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/22/2013 | 9:30 PM | 4/23/2013 | Texas Instruments Continues Shift | Dow Jones Top News & Commentary |
| 4/22/2013 | 9:35 PM | 4/23/2013 | Texas Instruments Continues Shift | Dow Jones Top Global Market Stories |
| 4/22/2013 | 9:44 PM | 4/23/2013 | DJ A Boost For Cornell's Tech Campus On Roosevelt Island | Dow Jones Newswires |
| 4/23/2013 | 12:35 PM | 4/23/2013 | Texas Instruments Continues Shift | Dow Jones Top North American Equities Stories |
| 4/23/2013 | 10:22 PM | 4/24/2013 | DJ VP ROSENBERG Registers 50,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/24/2013 | 4:00 PM | 4/25/2013 | *DJ Qualcomm 2Q Rev $6.12B >QCOM | Dow Jones Newswires |
| 4/24/2013 | 4:00 PM | 4/25/2013 | DJ Qualcomm 2Q Adj EPS $1.17 >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:00 PM | 4/25/2013 | DJ Qualcomm 2Q EPS $1.06 >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:00 PM | 4/25/2013 | DJ Qualcomm 2Q Net $1.87B >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:00 PM | 4/25/2013 | DJ Qualcomm 2Q Rev $6.12B >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:00 PM | 4/25/2013 | DJ Qualcomm 2Q Rev $6.12B >QCOM | Dow Jones Nachrichten auf Deutsch |
| 4/24/2013 | 4:04 PM | 4/25/2013 | DJ<br>Qualcomm 2Q Net $1.87B >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:04 PM | 4/25/2013 | DJ Qualcomm 2Q Net $1.87B >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:05 PM | 4/25/2013 | DJ<br>Qualcomm 2Q EPS $1.06 >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:05 PM | 4/25/2013 | DJ<br>Qualcomm 2Q Rev $6.12B >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:05 PM | 4/25/2013 | DJ<br>Qualcomm 2Q Rev $6.12B >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:05 PM | 4/25/2013 | DJ Qualcomm 2Q EPS $1.06 >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:06 PM | 4/25/2013 | Barron's Blog: QCOM FYQ2 Rev Beats; Q3 EPS View Light, Raises Year Rev View | Dow Jones Global Equities News |
| 4/24/2013 | 4:06 PM | 4/25/2013 | Barron's Blog: QCOM FYQ2 Rev Beats; Q3 EPS View Light, Raises Year Rev View | Dow Jones Global Equities News |
| 4/24/2013 | 4:06 PM | 4/25/2013 | DJ<br>Qualcomm 2Q Adj EPS $1.17 >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:06 PM | 4/25/2013 | DJ Qualcomm 2Q Adj EPS $1.17 >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:11 PM | 4/25/2013 | DJ Qualcomm Files 8K - Operations And Financial Condition >QCOM | Dow Jones Newswires |
| 4/24/2013 | 4:15 PM | 4/25/2013 | DJ<br>Qualcomm Shares Down 5% After 2Q Report | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:17 PM | 4/25/2013 | *DJ Qualcomm CEO Sees 31% Revenue Growth in Current Quarter | Dow Jones Newswires |
| 4/24/2013 | 4:17 PM | 4/25/2013 | Barron's Blog: QCOM FYQ2 Rev Beats; Q3 EPS View Light, Raises Year Rev View | Dow Jones Global Equities News |
| 4/24/2013 | 4:17 PM | 4/25/2013 | DJ<br>Qualcomm CEO Sees 31% Revenue Growth in Current Quarter | Dow Jones Nachrichten auf Deutsch |
| 4/24/2013 | 4:18 PM | 4/25/2013 | *DJ Qualcomm CEO Sees 31% Revenue Growth in Current Quarter | Dow Jones Newswires |
| 4/24/2013 | 4:18 PM | 4/25/2013 | DJ Qualcomm 2nd-Quarter Profit Down 16% on Discontinued Operations | Dow Jones Newswires |
| 4/24/2013 | 4:18 PM | 4/25/2013 | DJ Qualcomm CEO Sees 31% Revenue Growth in Current Quarter | Dow Jones Nachrichten auf Deutsch |
| 4/24/2013 | 4:18 PM | 4/25/2013 | Qualcomm 2nd-Quarter Profit Down 16% on Discontinued Operations | Dow Jones News Service |
| 4/24/2013 | 4:18 PM | 4/25/2013 | Qualcomm Profit Down 16% on Discontinued Operations | Dow Jones Top News & Commentary |
| 4/24/2013 | 4:30 PM | 4/25/2013 | Qualcomm Continues to Ride Mobile Chip Demand | Dow Jones Top North American Equities Stories |
| 4/24/2013 | 4:33 PM | 4/25/2013 | Qualcomm 2nd-Quarter Profit Down 16% on Discontinued Operations | Dow Jones Global News Select |
| 4/24/2013 | 4:33 PM | 4/25/2013 | Qualcomm 2nd-Quarter Profit Down 16% on Discontinued Operations | Dow Jones Newswires |
| 4/24/2013 | 4:35 PM | 4/25/2013 | Qualcomm Continues to Ride Mobile Chip Demand | Dow Jones Top Global Market Stories |
| 4/24/2013 | 4:55 PM | 4/25/2013 | Qualcomm Continues to Ride Mobile Chip Demand | Dow Jones Global News Select |
| 4/24/2013 | 4:55 PM | 4/25/2013 | Qualcomm Continues to Ride Mobile Chip Demand | Dow Jones Newswires |
| 4/24/2013 | 5:26 PM | 4/25/2013 | DJ Qualcomm Continues to Ride Mobile Chip Demand | Dow Jones Institutional News |
| 4/24/2013 | 5:26 PM | 4/25/2013 | Qualcomm Continues to Ride Mobile Chip Demand | Dow Jones News Service |
| 4/24/2013 | 5:26 PM | 4/25/2013 | Qualcomm Continues to Ride Mobile Chip Demand | Dow Jones Top News & Commentary |
| 4/24/2013 | 5:42 PM | 4/25/2013 | DJ<br>Qualcomm 2nd-Quarter Profit Down 16% on Discontinued Operations | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 5:42 PM | 4/25/2013 | DJ Qualcomm 2nd-Quarter Profit Down 16% on Discontinued Operations | Dow Jones Chinese Financial Wire |
| 4/24/2013 | 5:58 PM | 4/25/2013 | All Things Digital: Qualcomm Revenue Rises 24 Percent | Dow Jones News Service |
| 4/24/2013 | 5:58 PM | 4/25/2013 | DJ All Things Digital: Qualcomm Revenue Rises 24 Percent | Dow Jones Newswires |
| 4/29/2013 | 6:28 PM | 4/30/2013 | DJ Officer ALTMAN Sells 200,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/30/2013 | 6:38 PM | 5/1/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/3/2013 | 10:24 AM | 5/3/2013 | DJ Chmn JACOBS Sells 9,662 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/3/2013 | 10:24 AM | 5/3/2013 | DJ Officer ALTMAN Sells 50,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/3/2013 | 10:24 AM | 5/3/2013 | DJ VP JOHNSON Sells 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/6/2013 | 3:51 PM | 5/6/2013 | DJ VP ABERLE Sells 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date | Time | Effective Date | Headline | News Source |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| 5/6/2013 | 4:05 PM | 5/7/2013 | All Things Digital: Exclusive: Jon Rubinstein Joins Board of Qualcomm, as Mobile Chipmaker Ups Its Silicon Valley Cred | Dow Jones News Service |
| 5/6/2013 | 4:05 PM | 5/7/2013 | DJ All Things Digital: Exclusive: Jon Rubinstein Joins Board of Qualcomm, as Mobile Chipmaker Ups Its Silicon Valley Cred | Dow Jones Newswires |
| 5/6/2013 | 4:12 PM | 5/7/2013 | All Things Digital: Exclusive: Jon Rubinstein Joins Board of Qualcomm, as Mobile Chipmaker Ups Its Silicon Valley Cred | Dow Jones News Service |
| 5/6/2013 | 4:12 PM | 5/7/2013 | DJ All Things Digital: Exclusive: Jon Rubinstein Joins Board of Qualcomm, as Mobile Chipmaker Ups Its Silicon Valley Cred | Dow Jones Newswires |
| 5/6/2013 | 4:30 PM | 5/7/2013 | *DJ Qualcomm Elects Jonathan Rubinstein To Bd Of Directors | Dow Jones Newswires |
| 5/6/2013 | 4:42 PM | 5/7/2013 | Barron's Blog: He's Back! Ex-Palm, Apple, HPQ Vet Jon Rubinstein Joins Board of Qualcomm | Dow Jones Global Equities News |
| 5/6/2013 | 4:42 PM | 5/7/2013 | Barron's Blog: He's Back! Ex-Palm, Apple, HPQ Vet Jon Rubinstein Joins Board of Qualcomm | Dow Jones Newswires |
| 5/6/2013 | 4:44 PM | 5/7/2013 | All Things Digital: Exclusive: Jon Rubinstein Joins Board of Qualcomm, as Mobile Chipmaker Ups Its Silicon Valley Cred | Dow Jones News Service |
| 5/6/2013 | 4:44 PM | 5/7/2013 | Barron's Blog: He's Back! Ex-Palm, Apple, HPQ Vet Jon Rubinstein Joins Board of Qualcomm | Dow Jones Global Equities News |
| 5/6/2013 | 4:44 PM | 5/7/2013 | Barron's Blog: He's Back! Ex-Palm, Apple, HPQ Vet Jon Rubinstein Joins Board of Qualcomm | Dow Jones Newswires |
| 5/6/2013 | 4:44 PM | 5/7/2013 | DJ All Things Digital: Exclusive: Jon Rubinstein Joins Board of Qualcomm, as Mobile Chipmaker Ups Its Silicon Valley Cred | Dow Jones Newswires |
| 5/6/2013 | 4:45 PM | 5/7/2013 | Barron's Blog: He's Back! Ex-Palm, Apple, HPQ Vet Jon Rubinstein Joins Board of Qualcomm | Dow Jones Global Equities News |
| 5/6/2013 | 4:45 PM | 5/7/2013 | Barron's Blog: He's Back! Ex-Palm, Apple, HPQ Vet Jon Rubinstein Joins Board of Qualcomm | Dow Jones Newswires |
| 5/6/2013 | 4:47 PM | 5/7/2013 | All Things Digital: Jon Rubinstein Joins Board of Qualcomm, as Mobile Chipmaker Ups Its Silicon Valley Cred | Dow Jones News Service |
| 5/6/2013 | 4:47 PM | 5/7/2013 | DJ All Things Digital: Jon Rubinstein Joins Board of Qualcomm, as Mobile Chipmaker Ups Its Silicon Valley Cred | Dow Jones Newswires |
| 5/6/2013 | 4:48 PM | 5/7/2013 | Barron's Blog: He's Back! Ex-Palm, Apple, HPQ Vet Jon Rubinstein Joins Board of Qualcomm | Dow Jones Global Equities News |
| 5/6/2013 | 4:48 PM | 5/7/2013 | Barron's Blog: He's Back! Ex-Palm, Apple, HPQ Vet Jon Rubinstein Joins Board of Qualcomm | Dow Jones Newswires |
| 5/6/2013 | 10:23 PM | 5/7/2013 | DJ VP ABERLE Registers 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/7/2013 | 4:29 PM | 5/8/2013 | DJ Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Newswires |
| 5/8/2013 | 7:03 AM | 5/8/2013 | Wireless Music Streaming Demand Boosts CSR's 1Q Revenue | Dow Jones Global Equities News |
| 5/8/2013 | 6:21 PM | 5/9/2013 | DJ FCC Likely to Consider Using Satellite Airwaves for In-Flight Internet | Dow Jones Newswires |
| 5/8/2013 | 6:21 PM | 5/9/2013 | Satellite Airwaves Eyed for In-Flight Internet | Dow Jones Top News & Commentary |
| 5/8/2013 | 6:30 PM | 5/9/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/8/2013 | 6:36 PM | 5/9/2013 | DJ FCC Likely to Consider Using Satellite Airwaves for In-Flight Internet | Dow Jones Newswires |
| 5/8/2013 | 6:36 PM | 5/9/2013 | FCC Likely to Consider Using Satellite Airwaves for In-Flight Internet | Dow Jones Global Equities News |
| 5/8/2013 | 6:36 PM | 5/9/2013 | FCC Likely to Consider Using Satellite Airwaves for In-Flight Internet | Dow Jones Global News Select |
| 5/8/2013 | 6:36 PM | 5/9/2013 | FCC Likely to Consider Using Satellite Airwaves for In-Flight Internet | Dow Jones Newswires |
| 5/8/2013 | 6:51 PM | 5/9/2013 | FCC Likely to Consider Using Satellite Airwaves for In-Flight Internet | Dow Jones Global News Select |
| 5/8/2013 | 6:51 PM | 5/9/2013 | FCC Likely to Consider Using Satellite Airwaves for In-Flight Internet | Dow Jones Newswires |
| 5/10/2013 | 11:02 PM | 5/13/2013 | DJ VP JOHNSON Registers 24,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/13/2013 | 4:20 PM | 5/14/2013 | DJ Officer/Dir ALTMAN Sells 25,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/13/2013 | 4:20 PM | 5/14/2013 | DJ VP ABERLE Sells 3,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/14/2013 | 2:04 AM | 5/14/2013 | DJ<br>Sharp Last FY Net Loss Worst Ever | Dow Jones Chinese Newswires English Content |
| 5/14/2013 | 2:04 AM | 5/14/2013 | DJ<br>Sharp: Appoint Executive VP Kozo Takahashi as New Pres | Dow Jones Chinese Newswires English Content |
| 5/14/2013 | 2:04 AM | 5/14/2013 | DJ Sharp: Appoint Current Pres Takashi Okuda as Chairman | Dow Jones Chinese Newswires English Content |
| 5/14/2013 | 2:05 AM | 5/14/2013 | DJ Sharp: 4Q Net Loss Y121.0 Bln | Dow Jones Chinese Newswires English Content |
| 5/14/2013 | 2:07 AM | 5/14/2013 | DJ<br>Sharp: Booked Y47.4B One-Off Loss For Asset Writeoffs | Dow Jones Chinese Newswires English Content |
| 5/14/2013 | 5:20 PM | 5/15/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/14/2013 | 5:21 PM | 5/15/2013 | DJ Pres MOLLENKOPF Sells 26,520 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/15/2013 | 8:44 AM | 5/15/2013 | DJ CFA Substantial Insider Sales: Morning Report | Dow Jones Institutional News |
| 5/15/2013 | 10:37 PM | 5/16/2013 | DJ Pres MOLLENKOPF Registers 26,520 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/15/2013 | 10:59 PM | 5/16/2013 | DJ VP ABERLE Registers 3,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/16/2013 | 5:28 PM | 5/17/2013 | DJ VP ROSENBERG Sells 50,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/16/2013 | 5:30 PM | 5/17/2013 | DJ Chmn JACOBS Sells 27,244 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/17/2013 | 10:56 AM | 5/17/2013 | DJ Sharp to Receive Remaining Qualcomm Payment by June -Kyodo | Dow Jones Newswires |
| 5/17/2013 | 10:56 AM | 5/17/2013 | Sharp to Receive Remaining Qualcomm Payment by June | Dow Jones Top News & Commentary |
| 5/17/2013 | 10:56 AM | 5/17/2013 | Sharp to Receive Remaining Qualcomm Payment by June -Kyodo | Dow Jones News Service |
| 5/17/2013 | 10:44 PM | 5/20/2013 | DJ Holder JACOBS PAUL E & STACY TRUST Registers 400,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/17/2013 | 10:50 PM | 5/20/2013 | DJ Holder ALTMAN FAMILY TRUST Registers 400,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/17/2013 | 10:59 PM | 5/20/2013 | DJ VP AMON Registers 30,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/17/2013 | 10:59 PM | 5/20/2013 | DJ VP RENDUCHINTALA Registers 30,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/20/2013 | 3:24 PM | 5/20/2013 | DJ VP GILBERT Sells 66,788 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/21/2013 | 10:34 PM | 5/22/2013 | Samsung Electronics to Buy New Shares of Unlisted Pantech for KRW53 Bln | Dow Jones Global Equities News |
| 5/21/2013 | 10:46 PM | 5/22/2013 | DJ Holder JACOBS PAUL E ANNUITY TR # 19 Registers 10,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/21/2013 | 10:48 PM | 5/22/2013 | DJ Holder JACOBS STACY R ANNUITY TR # 19 Registers 10,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/21/2013 | 11:43 PM | 5/22/2013 | Samsung to Buy 10% in Handset Maker Pantech | Dow Jones Top News & Commentary |
| 5/22/2013 | 4:16 AM | 5/22/2013 | DJ QUALCOMM Inc, Inst Holders, 1Q 2013 (QCOM) | Dow Jones Newswires |
| 5/22/2013 | 4:35 AM | 5/22/2013 | UPDATE: Samsung Steps Up Investment In Rivals, Buys 10% Stake in Pantech | Dow Jones Global Equities News |
| 5/22/2013 | 4:50 AM | 5/22/2013 | UPDATE: Samsung Steps Up Investment In Rivals, Buys 10% Stake in Pantech | Dow Jones Global News Select |
| 5/22/2013 | 6:30 AM | 5/22/2013 | Samsung Steps Up Investment In Rivals, Buys 10% Stake in Pantech | Dow Jones Top Global Market Stories |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 5/22/2013 | 6:30 AM | 5/22/2013 | Samsung Steps Up Investment In Rivals, Buys 10% Stake in Pantech | Dow Jones Top North American Equities Stories |
| 5/22/2013 | 6:45 AM | 5/22/2013 | Samsung Steps Up Investment in Rivals | Dow Jones Global News Select |
| 5/22/2013 | 6:45 AM | 5/22/2013 | Samsung Steps Up Investment in Rivals | Dow Jones Top News & Commentary |
| 5/22/2013 | 6:21 PM | 5/23/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/22/2013 | 6:29 PM | 5/23/2013 | Samsung Buys Stake in Local Handset Firm | Dow Jones Top News & Commentary |
| 5/22/2013 | 6:45 PM | 5/23/2013 | DJ VP AMON Acquires 11,221 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/22/2013 | 6:45 PM | 5/23/2013 | DJ VP RENDUCHINTALA Acquires 11,221 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/22/2013 | 6:46 PM | 5/23/2013 | DJ VP THOMPSON Acquires 11,412 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/22/2013 | 8:40 PM | 5/23/2013 | Samsung Buys Stake in Local Handset Firm | Dow Jones Top Global Market Stories |
| 5/23/2013 | 6:30 AM | 5/23/2013 | Samsung Buys Stake in Local Handset Firm | Dow Jones Top North American Equities Stories |
| 5/23/2013 | 8:46 PM | 5/24/2013 | DJ VP AMON Sells 11,219 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/23/2013 | 8:47 PM | 5/24/2013 | DJ VP RENDUCHINTALA Sells 11,219 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/23/2013 | 10:39 PM | 5/24/2013 | DJ VP ROSENBERG Registers 50,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/24/2013 | 4:08 PM | 5/28/2013 | DJ VP AMON Sells 5,080 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/24/2013 | 4:08 PM | 5/28/2013 | DJ VP RENDUCHINTALA Sells 7,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/29/2013 | 8:16 PM | 5/30/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/3/2013 | 6:27 AM | 6/3/2013 | WSJ Blog:Samsung 10.1 Galaxy Tab to Run Intel Chips | Dow Jones News Service |
| 6/3/2013 | 6:27 AM | 6/3/2013 | WSJ Blog:Samsung 10.1 Galaxy Tab to Run Intel Chips | Dow Jones Newswires |
| 6/3/2013 | 7:00 PM | 6/4/2013 | PRESS RELEASE: Qualcomm Expands its Qualcomm Reference Design Offering to Include a Reference Design for High-Performance Tablets | Dow Jones Newswires |
| 6/3/2013 | 7:00 PM | 6/4/2013 | PRESS RELEASE: Qualcomm Integrates Multimode 3G/4G LTE into Qualcomm Snapdragon 400 Processors with Quad-Core CPUs for High-Volume Smartphones in Emerging Regions | Dow Jones Newswires |
| 6/3/2013 | 7:00 PM | 6/4/2013 | PRESS RELEASE: Qualcomm Works with Microsoft to Offer Snapdragon 800 processors for Windows RT 8.1 | Dow Jones Newswires |
| 6/3/2013 | 7:02 PM | 6/4/2013 | PRESS RELEASE: Qualcomm Gives 802.11ac a Boost | Dow Jones Newswires |
| 6/3/2013 | 7:02 PM | 6/4/2013 | PRESS RELEASE: Qualcomm Introduces Multi-mode 3G, 4G, Wi-Fi Small Cell Solutions for Next-Generation Pico, Metro and Enterprise Applications | Dow Jones Newswires |
| 6/4/2013 | 10:44 AM | 6/4/2013 | DJ VP THOMPSON Sells 9,791 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/4/2013 | 10:44 PM | 6/5/2013 | DJ VP THOMPSON Registers 9,791 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/5/2013 | 3:08 PM | 6/5/2013 | DJ Officer ALTMAN Sells 50,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/5/2013 | 3:08 PM | 6/5/2013 | DJ VP ABERLE Sells 4,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/5/2013 | 3:08 PM | 6/5/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/5/2013 | 3:09 PM | 6/5/2013 | DJ VP JOHNSON Sells 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/5/2013 | 10:35 PM | 6/6/2013 | DJ VP ABERLE Registers 4,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/7/2013 | 8:07 AM | 6/7/2013 | DJ<br>Qualcomm Started at Hold by Topeka Capital >QCOM | Dow Jones Chinese Newswires English Content |
| 6/7/2013 | 8:07 AM | 6/7/2013 | DJ Qualcomm Started at Hold by Topeka Capital >QCOM | Dow Jones Chinese Newswires English Content |
| 6/7/2013 | 8:07 AM | 6/7/2013 | DJ Qualcomm Started at Hold by Topeka Capital >QCOM | Dow Jones Nachrichten auf Deutsch |
| 6/10/2013 | 4:40 PM | 6/11/2013 | DJ Texas Instruments Narrows 2nd-Quarter View at Midpoint | Dow Jones Newswires |
| 6/10/2013 | 4:40 PM | 6/11/2013 | Texas Instruments Narrows 2nd-Quarter View at Midpoint | Dow Jones News Service |
| 6/10/2013 | 4:55 PM | 6/11/2013 | Texas Instruments Narrows 2nd-Quarter View at Midpoint | Dow Jones Global News Select |
| 6/10/2013 | 4:55 PM | 6/11/2013 | Texas Instruments Narrows 2nd-Quarter View at Midpoint | Dow Jones Newswires |
| 6/10/2013 | 4:55 PM | 6/11/2013 | Texas Instruments Narrows 2nd-Quarter View at Midpoint | Dow Jones Top North American Equities Stories |
| 6/10/2013 | 5:00 PM | 6/11/2013 | Texas Instruments Narrows 2nd-Quarter View at Midpoint | Dow Jones Top Global Market Stories |
| 6/10/2013 | 5:25 PM | 6/11/2013 | Texas Instruments Narrows 2nd-Quarter View | Dow Jones Global News Select |
| 6/10/2013 | 5:25 PM | 6/11/2013 | Texas Instruments Narrows 2nd-Quarter View | Dow Jones Newswires |
| 6/12/2013 | 3:35 PM | 6/12/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/12/2013 | 4:07 PM | 6/13/2013 | DJ Pres MOLLENKOPF Sells 8,583 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/12/2013 | 10:57 PM | 6/13/2013 | DJ VP GROB Registers 75,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/13/2013 | 7:31 AM | 6/13/2013 | All Things D:Social Gifting Startup Wrapp Raises $15 Million | Dow Jones News Service |
| 6/13/2013 | 7:31 AM | 6/13/2013 | DJ All Things D:Social Gifting Startup Wrapp Raises $15 Million | Dow Jones Institutional News |
| 6/13/2013 | 9:33 AM | 6/13/2013 | WSJ Blog:The Daily Startup: Social Gifter Wrapp Bundles Up New Funding | Dow Jones Institutional News |
| 6/13/2013 | 9:33 AM | 6/13/2013 | WSJ Blog:The Daily Startup: Social Gifter Wrapp Bundles Up New Funding | Dow Jones News Service |
| 6/13/2013 | 10:30 PM | 6/14/2013 | DJ Pres MOLLENKOPF Registers 8,583 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/18/2013 | 2:35 PM | 6/18/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/18/2013 | 2:35 PM | 6/18/2013 | DJ VP ROSENBERG Sells 55,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/19/2013 | 9:00 PM | 6/20/2013 | PRESS RELEASE: Qualcomm Expands Qualcomm Snapdragon 200 Processor Tier | Dow Jones Newswires |
| 6/19/2013 | 10:00 PM | 6/20/2013 | PRESS RELEASE: LG, Qualcomm Expand Successful Collaboration With Next G Series Smartphone | Dow Jones Newswires |
| 6/20/2013 | 2:00 AM | 6/20/2013 | PRESS RELEASE: Youku Tudou and Qualcomm Collaborate to Provide High Quality Video on its Mobile Platform | Dow Jones Newswires |
| 6/24/2013 | 1:14 AM | 6/24/2013 | DJ Sharp: Qualcomm Completes Payment For Second Round Of New Share Issue | Dow Jones Newswires |
| 6/24/2013 | 1:14 AM | 6/24/2013 | Sharp: Qualcomm Completes Payment For Second Round Of New Share Issue | Dow Jones Global Equities News |
| 6/24/2013 | 1:35 AM | 6/24/2013 | Qualcomm Pays Up for Round 2 of Sharp's New Shares | Dow Jones Top News & Commentary |
| 6/24/2013 | 9:00 AM | 6/24/2013 | *DJ Live Nation Entertainment Appoints Qualcomm's Peggy Johnson Bd Of Directors >LYV | Dow Jones Newswires |
| 6/25/2013 | 2:47 PM | 6/25/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/26/2013 | 7:30 AM | 6/26/2013 | PRESS RELEASE: Qualcomm Snapdragon 800 Processors Power World's First LTE-Advanced Smartphone | Dow Jones Newswires |
| 7/2/2013 | 2:56 PM | 7/2/2013 | DJ Officer ALTMAN Sells 50,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/2/2013 | 2:56 PM | 7/2/2013 | DJ VP JOHNSON Sells 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/2/2013 | 2:57 PM | 7/2/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/3/2013 | 2:07 PM | 7/3/2013 | DJ VP ABERLE Sells 2,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/3/2013 | 10:29 PM | 7/5/2013 | DJ VP ROSENBERG Registers 55,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/4/2013 | 1:37 AM | 7/5/2013 | *DJ Bharti Buys Another 2% of Qualcomm Broadband Venture | Dow Jones Institutional News |
| 7/4/2013 | 1:37 AM | 7/5/2013 | Bharti Buys Another 2% of Qualcomm Broadband Venture | Dow Jones Asian Equities Report |
| 7/4/2013 | 1:37 AM | 7/5/2013 | Bharti Buys Another 2% of Qualcomm Broadband Venture | Dow Jones Emerging Markets Report |
| 7/4/2013 | 2:45 AM | 7/5/2013 | Bharti Now Majority Shareholder in Qualcomm 's Indian Broadband Units | Dow Jones Global Equities News |
| 7/4/2013 | 2:45 AM | 7/5/2013 | Bharti Now Majority Shareholder in Qualcomm 's Indian Broadband Units | Dow Jones News Service |
| 7/5/2013 | 10:22 PM | 7/8/2013 | DJ VP ABERLE Registers 2,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 7/8/2013 | 9:13 AM | 7/8/2013 | DJ MARKET TALK: Cool Commentary About Intel, Qualcomm | Dow Jones Newswires |
| 7/8/2013 | 9:13 AM | 7/8/2013 | DJ MARKET TALK: Cool Commentary About Intel, Qualcomm | Dow Jones Newswires |
| 7/8/2013 | 9:13 AM | 7/8/2013 | MARKET TALK: Cool Commentary About Intel, Qualcomm | Dow Jones News Service |
| 7/8/2013 | 9:13 AM | 7/8/2013 | MARKET TALK: Cool Commentary About Intel, Qualcomm | Dow Jones News Service |
| 7/8/2013 | 9:30 AM | 7/8/2013 | PRESS RELEASE: Qualcomm Incorporated (NASDAQ: QCOM) Third Quarter Fiscal 2013 Earnings Release and Conference Call | Dow Jones Newswires |
| 7/8/2013 | 6:39 PM | 7/9/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/10/2013 | 7:10 PM | 7/11/2013 | DJ VP GROB Acquires 4,396 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/12/2013 | 2:37 PM | 7/12/2013 | DJ Pres MOLLENKOPF Sells 8,250 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/15/2013 | 9:28 AM | 7/15/2013 | DJ<br>Qualcomm Cut to Neutral From Buy by Lazard Capital >QCOM | Dow Jones Nachrichten auf Deutsch |
| 7/15/2013 | 9:28 AM | 7/15/2013 | DJ Qualcomm Cut to Neutral From Buy by Lazard Capital >QCOM | Dow Jones Chinese Newswires English Content |
| 7/15/2013 | 9:28 AM | 7/15/2013 | DJ Qualcomm Cut to Neutral From Buy by Lazard Capital >QCOM | Dow Jones Chinese Newswires English Content |
| 7/15/2013 | 12:10 PM | 7/15/2013 | DJ MARKET TALK: Qualcomm Now Down for Year Amid Smartphone Worries | Dow Jones Newswires |
| 7/15/2013 | 12:10 PM | 7/15/2013 | DJ MARKET TALK: Qualcomm Now Down for Year Amid Smartphone Worries | Dow Jones Newswires |
| 7/15/2013 | 12:10 PM | 7/15/2013 | MARKET TALK: Qualcomm Now Down for Year Amid Smartphone Worries | Dow Jones News Service |
| 7/15/2013 | 12:10 PM | 7/15/2013 | MARKET TALK: Qualcomm Now Down for Year Amid Smartphone Worries | Dow Jones News Service |
| 7/15/2013 | 6:29 PM | 7/16/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/15/2013 | 10:17 PM | 7/16/2013 | DJ Pres MOLLENKOPF Registers 8,250 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/17/2013 | 9:00 AM | 7/17/2013 | PRESS RELEASE: Qualcomm Declares Quarterly Cash Dividend | Dow Jones Newswires |
| 7/18/2013 | 1:48 PM | 7/18/2013 | DJ VP ABERLE Sells 2,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/19/2013 | 10:12 PM | 7/22/2013 | DJ VP ABERLE Registers 2,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/22/2013 | 4:52 PM | 7/23/2013 | DJ Texas Instruments 2nd-Quarter Net Up 48% on One-Time Gain | Dow Jones Newswires |
| 7/22/2013 | 4:52 PM | 7/23/2013 | Texas Instruments 2nd-Quarter Net Up 48% on One-Time Gain | Dow Jones News Service |
| 7/22/2013 | 4:52 PM | 7/23/2013 | Texas Instruments Net Up 48% on One-Time Gain | Dow Jones Top News & Commentary |
| 7/22/2013 | 5:07 PM | 7/23/2013 | Texas Instruments 2nd-Quarter Net Up 48% on One-Time Gain | Dow Jones Global News Select |
| 7/22/2013 | 5:07 PM | 7/23/2013 | Texas Instruments 2nd-Quarter Net Up 48% on One-Time Gain | Dow Jones Newswires |
| 7/22/2013 | 6:06 PM | 7/23/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/24/2013 | 4:00 PM | 7/25/2013 | *DJ Qualcomm 3Q Rev $6.24B >QCOM | Dow Jones Newswires |
| 7/24/2013 | 4:00 PM | 7/25/2013 | DJ é«˜é€šå…¬å¸ç¬¬ä¸‰è´¢å£æ”¶å…¥62.4äº¿ç¾Žå…ƒ >QCOM | Dow Jones Chinese Newswires English Content |
| 7/24/2013 | 4:00 PM | 7/25/2013 | DJ é«˜é€šå…¬å¸ç¬¬ä¸‰è²¡å£æ”¶å…¥62.4å„„ç¾Žå…ƒ >QCOM | Dow Jones Chinese Newswires English Content |
| 7/24/2013 | 4:00 PM | 7/25/2013 | DJ Qualcomm 3Q Rev $6.24B >QCOM | Dow Jones Chinese Newswires English Content |
| 7/24/2013 | 4:02 PM | 7/25/2013 | Barron's Blog:Qualcomm FYQ3 Revenue, EPS In-Line | Dow Jones Global Equities News |
| 7/24/2013 | 4:04 PM | 7/25/2013 | Barron's Blog:Qualcomm FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Global Equities News |
| 7/24/2013 | 4:04 PM | 7/25/2013 | Barron's Blog:Qualcomm FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Newswires |
| 7/24/2013 | 4:04 PM | 7/25/2013 | DJ Qualcomm Files 8K - Operations And Financial Condition >QCOM | Dow Jones Institutional News |
| 7/24/2013 | 4:19 PM | 7/25/2013 | DJ Qualcomm 3rd-Quarter Net Jumps 31% on Mobile Chip Demand | Dow Jones Newswires |
| 7/24/2013 | 4:19 PM | 7/25/2013 | Qualcomm 3rd-Quarter Net Jumps 31% on Mobile Chip Demand | Dow Jones News Service |
| 7/24/2013 | 4:23 PM | 7/25/2013 | Qualcomm Net Jumps 31% on Mobile Chip Demand | Dow Jones Top News & Commentary |
| 7/24/2013 | 4:24 PM | 7/25/2013 | Qualcomm 3rd-Quarter Net Jumps 31% on Mobile Chip Demand | Dow Jones Top Global Market Stories |
| 7/24/2013 | 4:24 PM | 7/25/2013 | Qualcomm 3rd-Quarter Net Jumps 31% on Mobile Chip Demand | Dow Jones Top North American Equities Stories |
| 7/24/2013 | 4:26 PM | 7/25/2013 | Barron's Blog:Qualcomm FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Global Equities News |
| 7/24/2013 | 4:26 PM | 7/25/2013 | Barron's Blog:Qualcomm FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Newswires |
| 7/24/2013 | 4:30 PM | 7/25/2013 | Barron's Blog:Qualcomm Up 3%: FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Global Equities News |
| 7/24/2013 | 4:30 PM | 7/25/2013 | Barron's Blog:Qualcomm Up 3%: FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Newswires |
| 7/24/2013 | 4:34 PM | 7/25/2013 | Qualcomm 3rd-Quarter Net Jumps 31% on Mobile Chip Demand | Dow Jones Global News Select |
| 7/24/2013 | 4:34 PM | 7/25/2013 | Qualcomm 3rd-Quarter Net Jumps 31% on Mobile Chip Demand | Dow Jones Newswires |
| 7/24/2013 | 4:35 PM | 7/25/2013 | Barron's Blog:Qualcomm Up 3%: FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Global Equities News |
| 7/24/2013 | 4:35 PM | 7/25/2013 | Barron's Blog:Qualcomm Up 3%: FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Newswires |
| 7/24/2013 | 4:36 PM | 7/25/2013 | Barron's Blog:Qualcomm Up 3%: FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Global Equities News |
| 7/24/2013 | 4:36 PM | 7/25/2013 | Barron's Blog:Qualcomm Up 3%: FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Newswires |
| 7/24/2013 | 4:45 PM | 7/25/2013 | Qualcomm Net Jumps 31% on Mobile Chip Demand | Dow Jones Global News Select |
| 7/24/2013 | 4:45 PM | 7/25/2013 | Qualcomm Net Jumps 31% on Mobile Chip Demand | Dow Jones Newswires |
| 7/24/2013 | 5:53 PM | 7/25/2013 | All Things D:Qualcomm 3rd-Quarter Net Jumps 31 Percent On Mobile Chip Demand | Dow Jones News Service |
| 7/24/2013 | 5:53 PM | 7/25/2013 | DJ All Things D:Qualcomm 3rd-Quarter Net Jumps 31 Percent On Mobile Chip Demand | Dow Jones Newswires |
| 7/24/2013 | 6:02 PM | 7/25/2013 | DJ UPDATE: Qualcomm 3rd-Quarter Net Jumps 31% on Mobile-Chip Demand | Dow Jones Newswires |
| 7/24/2013 | 6:02 PM | 7/25/2013 | UPDATE: Qualcomm 3rd-Quarter Net Jumps 31% on Mobile-Chip Demand | Dow Jones News Service |
| 7/24/2013 | 6:21 PM | 7/25/2013 | DJ é«˜é€šç¬¬ä¸‰è´¢å£å‡€åˆ©æ¶¦å¢žé•¿31%ï¼Œå› æ‰‹æœºèŠ¯ç‰‡éœ€æ±‚å¼ºåŠ²>QCOM | Dow Jones Chinese Newswires English Content |
| 7/24/2013 | 6:21 PM | 7/25/2013 | DJ é«˜é€šç¬¬ä¸‰è²¡å£æ·¨åˆ©æ½¤å¢žé•·31%ï¼Œå› æ‰‹æ©ŸèŠ¯ç‰‡éœ€æ±‚å¼·å‹>QCOM | Dow Jones Chinese Newswires English Content |
| 7/24/2013 | 6:21 PM | 7/25/2013 | DJ Qualcomm 3rd-Quarter Net Jumps 31% on Mobile Chip Demand | Dow Jones Chinese Financial Wire |
| 7/24/2013 | 6:21 PM | 7/25/2013 | DJ Qualcomm 3rd-Quarter Net Jumps 31% on Mobile Chip Demand | Dow Jones Chinese Newswires English Content |
| 7/25/2013 | 6:11 AM | 7/25/2013 | DJ ç†±é–€è‚¡é å‘Šï¹•é«˜é€šå…¬å¸ç¬¬ä¸‰è²¡æ”¿å£åº¦åˆ©æ½¤å¢žé•·31% >QCOM | Dow Jones Chinese Newswires English Content |
| 7/25/2013 | 6:11 AM | 7/25/2013 | DJ çƒé—¨è‚¡é¢„å‘Šï¼šé«˜é€šå…¬å¸ç¬¬ä¸‰è´¢æ”¿å£åº¦åˆ©æ¶¦å¢žé•¿31% >QCOM | Dow Jones Chinese Newswires English Content |
| 7/25/2013 | 8:00 AM | 7/25/2013 | All Things D:Fueled by Rise of LTE, Qualcomm Says 500 Phones In the Works Using its Chips | Dow Jones News Service |
| 7/25/2013 | 8:00 AM | 7/25/2013 | DJ All Things D:Fueled by Rise of LTE, Qualcomm Says 500 Phones In the Works Using its Chips | Dow Jones Newswires |
| 7/25/2013 | 9:02 AM | 7/25/2013 | DJ èŠ±æ——é›†å›¢å°†é«˜é€šå…¬å¸è¯„çº§ä»Žä¹°è¿›ä¸‹è°ƒè‡³ä¸æ€§>QCOM | Dow Jones Chinese Newswires English Content |
| 7/25/2013 | 9:02 AM | 7/25/2013 | DJ èŠ±æ——é›†åœ˜å°‡é«˜é€šå…¬å¸è©•ç´šå¾žè²·é€²ä¸‹èª¿è‡³ä¸æ€§>QCOM | Dow Jones Chinese Newswires English Content |
| 7/25/2013 | 9:02 AM | 7/25/2013 | DJ Qualcomm Cut to Neutral From Buy by Citigroup >QCOM | Dow Jones Chinese Newswires English Content |
| 7/29/2013 | 7:01 PM | 7/30/2013 | DJ VP ABERLE Sells 2,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 7/29/2013 | 7:02 PM | 7/30/2013 | DJ Officer ALTMAN Sells 25,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/29/2013 | 7:03 PM | 7/30/2013 | DJ VP LEDERER Sells 31,338 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/29/2013 | 7:30 PM | 7/30/2013 | PRESS RELEASE: Alcatel-Lucent and Qualcomm Technologies plan to develop next-generation of small cells for ultra-broadband wireless access | Dow Jones Newswires |
| 7/29/2013 | 8:23 PM | 7/30/2013 | PRESS RELEASE: Alcatel-Lucent and Qualcomm Technologies plan to develop next-generation of small cells for ultra-broadband wireless access | Dow Jones Newswires |
| 7/30/2013 | 12:51 AM | 7/30/2013 | DJ Alcatel: RN T2 -EUR885 (-EUR254 mlns) | Dow Jones fil d'information en franÃ§ais |
| 7/30/2013 | 2:40 AM | 7/30/2013 | Alcatel-Lucent 2Q Loss Widens; Qualcomm Takes Small Stake | Dow Jones Global Equities News |
| 7/30/2013 | 2:40 AM | 7/30/2013 | DJ Alcatel-Lucent 2Q Loss Widens; Qualcomm Takes Small Stake | Dow Jones Institutional News |
| 7/30/2013 | 2:55 AM | 7/30/2013 | Alcatel-Lucent 2Q Loss Widens; Qualcomm Takes Small Stake | Dow Jones Global News Select |
| 7/30/2013 | 2:55 AM | 7/30/2013 | Alcatel-Lucent 2Q Loss Widens; Qualcomm Takes Small Stake | Dow Jones Institutional News |
| 7/30/2013 | 3:19 AM | 7/30/2013 | DJ Alcatel-Lucent 2Q Loss Widens; Qualcomm Takes Small Stake | Dow Jones Chinese Financial Wire |
| 7/30/2013 | 3:19 AM | 7/30/2013 | DJ Alcatel-Lucent 2Q Loss Widens; Qualcomm Takes Small Stake | Dow Jones Newswires Chinese (English) |
| 7/30/2013 | 4:15 AM | 7/30/2013 | DJ Alcatel-Lucent 2Q Loss Widens; Qualcomm Takes Small Stake | Dow Jones Newswires Chinese (English) |
| 7/30/2013 | 4:32 AM | 7/30/2013 | DJ UPDATE: Alcatel-Lucent rÃ©duit sa consommation de trÃ©sorerie; Qualcomm prend une participation | Dow Jones fil d'information en franÃ§ais |
| 7/30/2013 | 12:35 PM | 7/30/2013 | DJ UPDATE: Alcatel-Lucent Seeks Tech Investors | Dow Jones Institutional News |
| 7/30/2013 | 12:35 PM | 7/30/2013 | UPDATE: Alcatel-Lucent Seeks Tech Investors | Dow Jones News Service |
| 7/30/2013 | 7:33 PM | 7/31/2013 | DJ Alcatel Seeks Research Funds | Dow Jones Newswires |
| 7/30/2013 | 9:03 PM | 7/31/2013 | Alcatel Seeks Research Funds | Dow Jones Top News & Commentary |
| 7/30/2013 | 9:28 PM | 7/31/2013 | Alcatel Seeks Research Funds | Dow Jones Top Global Market Stories |
| 7/30/2013 | 10:36 PM | 7/31/2013 | DJ VP ABERLE Registers 2,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/30/2013 | 10:45 PM | 7/31/2013 | DJ VP LEDERER Registers 31,338 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/31/2013 | 1:04 PM | 7/31/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/31/2013 | 7:07 PM | 8/1/2013 | DJ Dir STERN Sells 40,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/1/2013 | 6:01 AM | 8/1/2013 | *DJ Nokia: HERE delivers precise indoor location content to Qualcomm | Dow Jones Newswires |
| 8/1/2013 | 6:09 AM | 8/1/2013 | PRESS RELEASE: Nokia: HERE delivers precise indoor location content to Qualcomm | Dow Jones Newswires |
| 8/2/2013 | 12:19 PM | 8/2/2013 | DJ Officer ALTMAN Sells 75,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/2/2013 | 12:19 PM | 8/2/2013 | DJ VP JOHNSON Sells 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/2/2013 | 4:44 PM | 8/5/2013 | DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 8/2/2013 | 7:35 PM | 8/5/2013 | DJ Dir STERN Sells 40,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/5/2013 | 2:48 AM | 8/5/2013 | DJ Qualcomm Cut to Neutral From Overweight by Piper Jaffray | Dow Jones Nachrichten auf Deutsch |
| 8/5/2013 | 2:49 AM | 8/5/2013 | DJ Qualcomm Cut to Neutral From Overweight by Piper Jaffray | Dow Jones Chinese Newswires English Content |
| 8/5/2013 | 2:49 AM | 8/5/2013 | DJ Qualcomm Cut to Neutral From Overweight by Piper Jaffray | Dow Jones Nachrichten auf Deutsch |
| 8/5/2013 | 12:48 PM | 8/5/2013 | DJ VP ABERLE Sells 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/5/2013 | 4:43 PM | 8/6/2013 | PRESS RELEASE: D&B Appoints Anastassia Lauterbach to Its Board of Directors | Dow Jones Newswires |
| 8/5/2013 | 6:30 PM | 8/6/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/6/2013 | 1:56 PM | 8/6/2013 | Barron's Blog:Qualcomm: Little Risk to Patents from ITC Apple Ban Reversal, Says Bernstein | Dow Jones Global Equities News |
| 8/6/2013 | 1:56 PM | 8/6/2013 | Barron's Blog:Qualcomm: Little Risk to Patents from ITC Apple Ban Reversal, Says Bernstein | Dow Jones Newswires |
| 8/6/2013 | 5:03 PM | 8/7/2013 | PRESS RELEASE: Wabash National Corporation Named One of the Country's Top 50 Manufacturers by IndustryWeek Magazine | Dow Jones Newswires |
| 8/7/2013 | 11:57 AM | 8/7/2013 | DJ Dir CRUICKSHANK Sells 1,254 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/7/2013 | 11:57 AM | 8/7/2013 | DJ Dir SCOWCROFT Sells 20,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/7/2013 | 10:52 PM | 8/8/2013 | DJ VP JOHNSON Registers 18,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/7/2013 | 11:07 PM | 8/8/2013 | DJ Dir STERN Registers 80,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/7/2013 | 11:14 PM | 8/8/2013 | DJ VP ABERLE Registers 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/8/2013 | 10:27 PM | 8/9/2013 | DJ Dir CRUICKSHANK Registers 1,254 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/12/2013 | 6:19 PM | 8/13/2013 | DJ VP LEDERER Surrenders 1,699 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/12/2013 | 6:20 PM | 8/13/2013 | DJ Pres MOLLENKOPF Surrenders 4,530 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/13/2013 | 1:37 PM | 8/13/2013 | All Things D:FitBit Raises $43M for Health Tracking | Dow Jones News Service |
| 8/13/2013 | 1:37 PM | 8/13/2013 | DJ All Things D:FitBit Raises $43M for Health Tracking | Dow Jones Institutional News |
| 8/13/2013 | 1:44 PM | 8/13/2013 | All Things D:Fitbit Raises $43M for Health Tracking | Dow Jones News Service |
| 8/13/2013 | 1:44 PM | 8/13/2013 | DJ All Things D:Fitbit Raises $43M for Health Tracking | Dow Jones Institutional News |
| 8/13/2013 | 1:48 PM | 8/13/2013 | All Things D:Fitbit Raises $43M for Health Tracking | Dow Jones News Service |
| 8/13/2013 | 1:48 PM | 8/13/2013 | DJ All Things D:Fitbit Raises $43M for Health Tracking | Dow Jones Institutional News |
| 8/14/2013 | 2:43 PM | 8/14/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/14/2013 | 2:44 PM | 8/14/2013 | DJ Pres MOLLENKOPF Sells 8,251 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/14/2013 | 11:17 PM | 8/15/2013 | DJ Pres MOLLENKOPF Registers 8,251 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/14/2013 | 11:32 PM | 8/15/2013 | DJ Dir SCOWCROFT Registers 20,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/20/2013 | 7:59 PM | 8/21/2013 | DJ VP AMON Surrenders 2,818 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/20/2013 | 7:59 PM | 8/21/2013 | DJ VP RENDUCHINTALA Acquires 2,583 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/20/2013 | 8:00 PM | 8/21/2013 | DJ VP THOMPSON Acquires 1,936 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/20/2013 | 10:58 PM | 8/21/2013 | PRESS RELEASE: Technology leaders launch partnership to make internet access available to all | Dow Jones Newswires |
| 8/21/2013 | 12:21 AM | 8/21/2013 | UPDATE: Facebook CEO Announces Internet Access Project | Dow Jones Global Equities News |
| 8/21/2013 | 6:33 AM | 8/21/2013 | Facebook CEO Announces Internet Access Project | Dow Jones Top North American Equities Stories |
| 8/21/2013 | 6:48 AM | 8/21/2013 | Facebook CEO Announces Internet Access Project | Dow Jones Top Global Market Stories |
| 8/21/2013 | 3:56 PM | 8/21/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/22/2013 | 4:16 AM | 8/22/2013 | DJ QUALCOMM Inc, Inst Holders, 2Q 2013 (QCOM) | Dow Jones Institutional News |
| 8/23/2013 | 7:30 AM | 8/23/2013 | *DJ Qualcomm Signs Definitive Agreement To Sell Its North And Latin Amer Transportation And Logistics Business To Vista Equity Partners | Dow Jones Newswires |
| 8/23/2013 | 7:30 AM | 8/23/2013 | DJ Qualcomm Signs Definitive Agreement To Sell Its North And Latin Amer Transportation And Logistics Business To Vista Equity Partners | Dow Jones Nachrichten auf Deutsch |
| 8/23/2013 | 7:32 AM | 8/23/2013 | DJ Qualcomm To Sell Omnitracs Unit For $800M Cash >QCOM | Dow Jones Chinese Newswires English Content |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 8/23/2013 | 7:32 AM | 8/23/2013 | DJ<br>Qualcomm To Sell Omnitracs Unit For $800M Cash >QCOM | Dow Jones Chinese Newswires English Content |
| 8/23/2013 | 7:32 AM | 8/23/2013 | DJ<br>Qualcomm To Sell Omnitracs Unit To Vista Equity Partners >QCOM | Dow Jones Chinese Newswires English Content |
| 8/23/2013 | 7:32 AM | 8/23/2013 | DJ Qualcomm To Sell Omnitracs Unit To Vista Equity Partners >QCOM | Dow Jones Chinese Newswires English Content |
| 8/23/2013 | 7:33 AM | 8/23/2013 | DJ<br>Qualcomm Sees Closing Unit Sale In 1Q Of Fiscal 2014 >QCOM | Dow Jones Chinese Newswires English Content |
| 8/23/2013 | 7:33 AM | 8/23/2013 | DJ Qualcomm Sees Closing Unit Sale In 1Q Of Fiscal 2014 >QCOM | Dow Jones Chinese Newswires English Content |
| 8/23/2013 | 7:43 AM | 8/23/2013 | DJ MARKET TALK: Qualcomm Saying Goodbye to One of Its Original Ops | Dow Jones Newswires |
| 8/23/2013 | 7:43 AM | 8/23/2013 | DJ MARKET TALK: Qualcomm Saying Goodbye to One of Its Original Ops | Dow Jones Newswires |
| 8/23/2013 | 7:43 AM | 8/23/2013 | MARKET TALK: Qualcomm Saying Goodbye to One of Its Original Ops | Dow Jones News Service |
| 8/23/2013 | 7:43 AM | 8/23/2013 | MARKET TALK: Qualcomm Saying Goodbye to One of Its Original Ops | Dow Jones News Service |
| 8/23/2013 | 7:50 AM | 8/23/2013 | DJ Qualcomm Agrees to Sell Omnitracs for $800 Million in Cash | Dow Jones Newswires |
| 8/23/2013 | 7:50 AM | 8/23/2013 | Qualcomm Agrees to Sell Omnitracs for $800 Million in Cash | Dow Jones News Service |
| 8/23/2013 | 8:03 AM | 8/23/2013 | Qualcomm Agrees to Sell Omnitracs for $800 Million in Cash | Dow Jones Top Global Market Stories |
| 8/23/2013 | 8:03 AM | 8/23/2013 | Qualcomm Agrees to Sell Omnitracs for $800 Million in Cash | Dow Jones Top North American Equities Stories |
| 8/23/2013 | 8:05 AM | 8/23/2013 | Qualcomm Agrees to Sell Omnitracs for $800 Million in Cash | Dow Jones Global News Select |
| 8/23/2013 | 8:05 AM | 8/23/2013 | Qualcomm Agrees to Sell Omnitracs for $800 Million in Cash | Dow Jones Newswires |
| 8/23/2013 | 8:25 AM | 8/23/2013 | Qualcomm to Sell Omnitracs for $800 Million | Dow Jones Global News Select |
| 8/23/2013 | 8:25 AM | 8/23/2013 | Qualcomm to Sell Omnitracs for $800 Million | Dow Jones Newswires |
| 8/27/2013 | 10:10 AM | 8/27/2013 | DJ VP AMON Sells 2,582 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/27/2013 | 10:10 AM | 8/27/2013 | DJ VP RENDUCHINTALA Sells 2,582 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/27/2013 | 10:57 PM | 8/28/2013 | DJ VP RENDUCHINTALA Registers 2,582 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/27/2013 | 10:58 PM | 8/28/2013 | DJ VP AMON Registers 2,582 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/28/2013 | 9:00 AM | 8/28/2013 | PRESS RELEASE: QuickLogic to Present Display Bridging and Programmable Connectivity Solutions at Qualcomm's Uplinq 2013 Conference | Dow Jones Newswires |
| 8/28/2013 | 12:27 PM | 8/28/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/4/2013 | 1:47 PM | 9/4/2013 | All Things D:It Turns Out Qualcomm Is Making a Smartwatch, Too | Dow Jones News Service |
| 9/4/2013 | 1:47 PM | 9/4/2013 | DJ All Things D:It Turns Out Qualcomm Is Making a Smartwatch, Too | Dow Jones Newswires |
| 9/4/2013 | 1:50 PM | 9/4/2013 | *DJ Qualcomm Toq Comes With Mirasol Color Display | Dow Jones Newswires |
| 9/4/2013 | 1:50 PM | 9/4/2013 | Qualcomm Joins Smartwatch Fray With 'Toq' | Dow Jones Top News & Commentary |
| 9/4/2013 | 1:50 PM | 9/4/2013 | Qualcomm Toq Comes With Mirasol Color Display | Dow Jones News Service |
| 9/4/2013 | 1:52 PM | 9/4/2013 | All Things D:It Turns Out Qualcomm Is Making a Smartwatch, Too | Dow Jones News Service |
| 9/4/2013 | 1:52 PM | 9/4/2013 | DJ All Things D:It Turns Out Qualcomm Is Making a Smartwatch, Too | Dow Jones Newswires |
| 9/4/2013 | 2:15 PM | 9/4/2013 | PRESS RELEASE: Qualcomm Launches the Qualcomm Toq Smartwatch Featuring Mirasol Display | Dow Jones Newswires |
| 9/4/2013 | 2:22 PM | 9/4/2013 | WSJ Blog:Qualcomm Makes Surprise Entry to 'Smartwatch' Fray | Dow Jones News Service |
| 9/4/2013 | 2:22 PM | 9/4/2013 | WSJ Blog:Qualcomm Makes Surprise Entry to 'Smartwatch' Fray | Dow Jones Newswires |
| 9/4/2013 | 2:54 PM | 9/4/2013 | Qualcomm Joins Smartwatch Fray With 'Toq' | Dow Jones Top North American Equities Stories |
| 9/4/2013 | 3:23 PM | 9/4/2013 | Samsung Unveils Galaxy Gear Smartwatch | Dow Jones Top News & Commentary |
| 9/4/2013 | 3:29 PM | 9/4/2013 | Samsung Unveils Galaxy Gear Smartwatch | Dow Jones Top North American Equities Stories |
| 9/4/2013 | 3:44 PM | 9/4/2013 | Qualcomm Joins Smartwatch Fray With 'Toq' | Dow Jones Top Global Market Stories |
| 9/4/2013 | 3:44 PM | 9/4/2013 | Samsung Unveils Galaxy Gear Smartwatch | Dow Jones Top Global Market Stories |
| 9/4/2013 | 4:33 PM | 9/5/2013 | WSJ Blog:Qualcomm Makes Surprise Entry to 'Smartwatch' Fray | Dow Jones News Service |
| 9/4/2013 | 4:33 PM | 9/5/2013 | WSJ Blog:Qualcomm Makes Surprise Entry to 'Smartwatch' Fray | Dow Jones Newswires |
| 9/4/2013 | 4:50 PM | 9/5/2013 | DJ VP ABERLE Sells 4,500 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/4/2013 | 4:50 PM | 9/5/2013 | DJ VP JOHNSON Sells 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/4/2013 | 7:50 PM | 9/5/2013 | DJ Officer ALTMAN Sells 75,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/4/2013 | 7:50 PM | 9/5/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/5/2013 | 4:27 AM | 9/5/2013 | DJ<br>HEARD ON THE STREET: Are Traditional Watches in Trouble? | Dow Jones Chinese Newswires English Content |
| 9/5/2013 | 1:57 PM | 9/5/2013 | PRESS RELEASE: MAX-D HD Audio Technology Debuts At Qualcomm's Uplinq(TM) 2013 Wireless Ecosystem Conference | Dow Jones Newswires |
| 9/5/2013 | 3:41 PM | 9/5/2013 | WSJ Blog:Qualcomm's Toq: It's About the Display | Dow Jones News Service |
| 9/5/2013 | 3:41 PM | 9/5/2013 | WSJ Blog:Qualcomm's Toq: It's About the Display | Dow Jones Newswires |
| 9/5/2013 | 10:41 PM | 9/6/2013 | DJ VP ABERLE Registers 4,500 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/6/2013 | 5:59 AM | 9/6/2013 | PRESS RELEASE: Qualcomm Unveils Low-Power Wi-Fi Platform for Major Home Appliances and Consumer Electronics | Dow Jones Newswires |
| 9/6/2013 | 1:49 PM | 9/6/2013 | DJ Chmn JACOBS Sells 22,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/6/2013 | 1:50 PM | 9/6/2013 | DJ VP THOMPSON Sells 5,721 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/9/2013 | 6:21 AM | 9/9/2013 | PRESS RELEASE: Qualcomm Becomes Founding Technology Partner of FIA Formula E Championship | Dow Jones Newswires |
| 9/9/2013 | 3:30 PM | 9/9/2013 | DJ VP LEDERER Sells 1,556 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/9/2013 | 10:22 PM | 9/10/2013 | DJ VP THOMPSON Registers 5,721 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/10/2013 | 5:05 PM | 9/11/2013 | Texas Instruments Narrows 3rd-Quarter Outlook at Midpoint | Dow Jones Global News Select |
| 9/10/2013 | 10:40 PM | 9/11/2013 | DJ Holder ALTMAN FAMILY TRUST Registers 200,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/11/2013 | 2:22 PM | 9/11/2013 | DJ Chmn JACOBS Sells 30,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/11/2013 | 2:22 PM | 9/11/2013 | DJ Officer ALTMAN Sells 25,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/11/2013 | 2:22 PM | 9/11/2013 | DJ VP GROB Sells 7,800 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/11/2013 | 2:23 PM | 9/11/2013 | DJ VP RENDUCHINTALA Sells 12,500 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/11/2013 | 2:23 PM | 9/11/2013 | DJ VP SULLIVAN Sells 114,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/11/2013 | 4:15 PM | 9/12/2013 | *DJ Qualcomm Announces New $5.0 Billion Stock Repurchase Program >QCOM | Dow Jones Newswires |
| 9/11/2013 | 4:15 PM | 9/12/2013 | DJ Qualcomm Announces New $5.0 Billion Stock Repurchase Program >QCOM | Dow Jones Nachrichten auf Deutsch |
| 9/11/2013 | 4:35 PM | 9/12/2013 | DJ Qualcomm Unveils New $5 Billion Stock-Buyback Program | Dow Jones Newswires |
| 9/11/2013 | 4:35 PM | 9/12/2013 | Qualcomm Unveils New $5 Billion Stock-Buyback Program | Dow Jones News Service |
| 9/11/2013 | 4:35 PM | 9/12/2013 | Qualcomm Unveils New $5 Billion Stock-Buyback Program | Dow Jones Top News & Commentary |
| 9/11/2013 | 4:50 PM | 9/12/2013 | Qualcomm Unveils New $5 Billion Stock-Buyback Program | Dow Jones Global News Select |
| 9/11/2013 | 4:50 PM | 9/12/2013 | Qualcomm Unveils New $5 Billion Stock-Buyback Program | Dow Jones Newswires |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 9/11/2013 | 8:55 PM | 9/12/2013 | News Highlights: Top Equities Stories of the Day | Dow Jones Global Equities News |
| 9/12/2013 | 1:18 AM | 9/12/2013 | Sharp to Raise up to Y150B in Public Share Offering - Sources | Dow Jones Global Equities News |
| 9/12/2013 | 2:23 AM | 9/12/2013 | DJ<br>Sharp to Raise up to Y150B in Public Share Offering - Sources | Dow Jones Chinese Newswires English Content |
| 9/12/2013 | 3:13 AM | 9/12/2013 | DJ Sharp to Raise up to Y150B in Public Share Offering - Sources | Dow Jones Chinese Newswires English Content |
| 9/12/2013 | 3:30 AM | 9/12/2013 | PRESS RELEASE: Technicolor Collaborates with Qualcomm Technologies to Bring New Television Experiences to the Living Room | Dow Jones Newswires |
| 9/12/2013 | 3:41 AM | 9/12/2013 | PRESS RELEASE: TECHNICOLOR Collaborates with Qualcomm Technologies to Bring New Television Experiences to the Living Room | Dow Jones Newswires |
| 9/12/2013 | 4:34 AM | 9/12/2013 | UPDATE: Sharp to Raise up to Y150B in Public Share Offering - Sources | Dow Jones Global Equities News |
| 9/12/2013 | 4:36 AM | 9/12/2013 | Sharp to Raise up to Y150B in Public Share Offering | Dow Jones Top News & Commentary |
| 9/12/2013 | 6:42 AM | 9/12/2013 | Sharp to Raise up to Y150B in Public Share Offering -- Sources | Dow Jones Top North American Equities Stories |
| 9/12/2013 | 6:52 AM | 9/12/2013 | Sharp to Raise up to Y150B in Public Share Offering -- Sources | Dow Jones Top Global Market Stories |
| 9/12/2013 | 7:05 AM | 9/12/2013 | Sharp to Raise up to $1.5 Billion in Public Share Offering | Dow Jones Global News Select |
| 9/12/2013 | 2:08 PM | 9/12/2013 | DJ Pres MOLLENKOPF Sells 28,041 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/12/2013 | 10:23 PM | 9/13/2013 | DJ VP RENDUCHINTALA Registers 12,500 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/12/2013 | 10:33 PM | 9/13/2013 | DJ Holder JACOBS PAUL E & STACY TRUST Registers 400,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/12/2013 | 10:34 PM | 9/13/2013 | DJ Holder SULLIVAN FAMILY TRUST Registers 114,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/12/2013 | 10:36 PM | 9/13/2013 | DJ VP GROB Registers 100,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/12/2013 | 10:41 PM | 9/13/2013 | DJ VP LEDERER Registers 1,556 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/13/2013 | 10:32 PM | 9/16/2013 | DJ Pres MOLLENKOPF Registers 28,041 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/16/2013 | 8:05 AM | 9/16/2013 | Press Release: ParkerVision Files Joint Pretrial Statement and Trial Brief on Issues of Law in Qualcomm Litigation | Dow Jones Newswires |
| 9/16/2013 | 8:34 AM | 9/16/2013 | DJ ParkerVision Seeks Damages of $500 Million in Patent Infringement Case | Dow Jones Newswires |
| 9/16/2013 | 8:34 AM | 9/16/2013 | ParkerVision Seeks Damages in Patent Infringement Case | Dow Jones Top News & Commentary |
| 9/16/2013 | 8:34 AM | 9/16/2013 | ParkerVision Seeks Damages of $500 Million in Patent Infringement Case | Dow Jones News Service |
| 9/16/2013 | 8:49 AM | 9/16/2013 | ParkerVision Seeks Damages of $500 Million in Patent Infringement Case | Dow Jones Global News Select |
| 9/16/2013 | 8:49 AM | 9/16/2013 | ParkerVision Seeks Damages of $500 Million in Patent Infringement Case | Dow Jones Newswires |
| 9/17/2013 | 12:48 PM | 9/17/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/17/2013 | 1:08 PM | 9/17/2013 | Press Release: Intertek Invited to Speak at Qualcomm's QWISE Connect Partner Event | Dow Jones Newswires |
| 9/17/2013 | 4:44 PM | 9/18/2013 | DJ CFA Substantial Insider Sales: Afternoon Report | Dow Jones Institutional News |
| 9/23/2013 | 12:18 PM | 9/23/2013 | DJ VP LEDERER Sells 6,667 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/23/2013 | 3:26 PM | 9/23/2013 | Press Release: SEC CHARGES FORMER QUALCOMM EXECUTIVE AND HIS FINANCIAL ADVISOR WITH INSIDER TRADING THROUGH SECRET OFFSHORE ACCOUNTS | Dow Jones Institutional News |
| 9/23/2013 | 3:53 PM | 9/23/2013 | DJ SEC Charges Former Qualcomm Executive With Insider Trading | Dow Jones Newswires |
| 9/23/2013 | 3:53 PM | 9/23/2013 | SEC Charges Ex-Qualcomm Executive With Insider Trading | Dow Jones Top News & Commentary |
| 9/23/2013 | 3:53 PM | 9/23/2013 | SEC Charges Former Qualcomm Executive With Insider Trading | Dow Jones News Service |
| 9/23/2013 | 4:02 PM | 9/24/2013 | SEC Charges Former Qualcomm Executive With Insider Trading | Dow Jones Top North American Financial Services Stories |
| 9/23/2013 | 4:08 PM | 9/24/2013 | SEC Charges Former Qualcomm Executive With Insider Trading | Dow Jones Global News Select |
| 9/23/2013 | 4:08 PM | 9/24/2013 | SEC Charges Former Qualcomm Executive With Insider Trading | Dow Jones Institutional News |
| 9/24/2013 | 8:41 AM | 9/24/2013 | Press Release: Coca-Cola Launches Global EKOCENTER Partnership to Deliver Safe Drinking Water and Basic Necessities to Rural Communities | Dow Jones Newswires |
| 9/24/2013 | 2:34 PM | 9/24/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/24/2013 | 2:35 PM | 9/24/2013 | DJ VP RENDUCHINTALA Sells 12,500 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/24/2013 | 9:39 PM | 9/25/2013 | DJ<br>Teardown Shows iPhone 5S Costs at Least $199 to Build, $173 for the 5C -- All Things D | Dow Jones Chinese Newswires English Content |
| 9/24/2013 | 10:47 PM | 9/25/2013 | DJ VP LEDERER Registers 6,667 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/25/2013 | 2:46 AM | 9/25/2013 | DJ<br>Teardown Shows iPhone 5S Costs at Least $199 to Build, $173 for the 5C -- All Things D | Dow Jones Chinese Newswires English Content |
| 9/25/2013 | 10:21 PM | 9/26/2013 | DJ VP RENDUCHINTALA Registers 12,500 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/27/2013 | 6:35 PM | 9/30/2013 | DJ VP AMON Sells 7,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/30/2013 | 10:31 PM | 10/1/2013 | DJ VP AMON Registers 14,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/1/2013 | 2:46 PM | 10/1/2013 | DJ Qualcomm Now Has a Foot in All the Wireless Charging Camps -- All Things D | Dow Jones Newswires |
| 10/1/2013 | 2:46 PM | 10/1/2013 | Qualcomm Now Has a Foot in All the Wireless Charging Camps -- All Things D | Dow Jones News Service |
| 10/1/2013 | 5:25 PM | 10/2/2013 | DJ VP ROSENBERG Gifts 1,500 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/2/2013 | 12:16 AM | 10/2/2013 | *DJ HTC One Among Models Subject to Design Change - Sources | Dow Jones Newswires |
| 10/2/2013 | 12:17 AM | 10/2/2013 | *DJ HTC One Among Models Subject to Design Change - Sources | Dow Jones Newswires |
| 10/2/2013 | 12:17 AM | 10/2/2013 | HTC One Among Models Subject to Design Change - Sources | Dow Jones News Service |
| 10/2/2013 | 12:18 AM | 10/2/2013 | HTC Works on Redesigning Smartphone Chip to Avert U.S. Ban - Sources | Dow Jones Asian Equities Report |
| 10/2/2013 | 12:18 AM | 10/2/2013 | HTC Works on Redesigning Smartphone Chip to Avert U.S. Ban - Sources | Dow Jones Commodities Service |
| 10/2/2013 | 12:18 AM | 10/2/2013 | HTC Works on Redesigning Smartphone Chip to Avert U.S. Ban - Sources | Dow Jones Global Equities News |
| 10/2/2013 | 12:18 AM | 10/2/2013 | HTC Works on Redesigning Smartphone Chip to Avert U.S. Ban - Sources | Dow Jones Global FX & Fixed Income News |
| 10/2/2013 | 12:19 AM | 10/2/2013 | DJ<br>HTC One Among Models Subject to Design Change - Sources | Dow Jones Chinese Newswires English Content |
| 10/2/2013 | 12:27 AM | 10/2/2013 | HTC to Redesign Smartphone Chip to Avert U.S. Ban | Dow Jones Top Global Market Stories |
| 10/2/2013 | 12:37 AM | 10/2/2013 | DJ HTC Working With Qualcomm on Smartphone Chip Redesign to Avert U.S. Ban - Sources | Dow Jones Chinese Newswires English Content |
| 10/2/2013 | 12:38 AM | 10/2/2013 | DJ<br>HTC Studies Smartphone Chip Redesign After Nokia's Preliminary Win in Patent Case - Sources | Dow Jones Chinese Newswires English Content |
| 10/2/2013 | 1:31 AM | 10/2/2013 | DJ HTC Works on Redesigning Smartphone Chip to Avert U.S. Ban - Sources | Dow Jones Chinese Financial Wire |
| 10/2/2013 | 1:31 AM | 10/2/2013 | DJ HTC Works on Redesigning Smartphone Chip to Avert U.S. Ban - Sources | Dow Jones Chinese Newswires English Content |
| 10/2/2013 | 2:02 AM | 10/2/2013 | DJ News Highlights: Top Equities Stories of the Day | Dow Jones Newswires |
| 10/2/2013 | 2:02 AM | 10/2/2013 | News Highlights: Top Equities Stories of the Day | Dow Jones Global Equities News |
| 10/2/2013 | 6:32 AM | 10/2/2013 | HTC to Redesign Smartphone Chip to Avert U.S. Ban | Dow Jones Top North American Equities Stories |
| 10/2/2013 | 8:30 AM | 10/2/2013 | DJ HTC, Qualcomm Work on Redesigning Smartphone Chip -- All Things D | Dow Jones Newswires |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 10/2/2013 | 8:30 AM | 10/2/2013 | HTC, Qualcomm Work on Redesigning Smartphone Chip -- All Things D | Dow Jones News Service |
| 10/2/2013 | 11:41 AM | 10/2/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/2/2013 | 11:52 AM | 10/2/2013 | Press Release: Qualcomm Edges Broadcom to ABI Research's GNSS IC Vendor Competitive Assessment; CSR, and Mediatek Battle for Third | Dow Jones Newswires |
| 10/2/2013 | 10:16 PM | 10/3/2013 | DJ Lenovo Drops Intel for Qualcomm in Latest K-Series Phone -- All Things D | Dow Jones Chinese Newswires English Content |
| 10/3/2013 | 2:57 PM | 10/3/2013 | DJ VP ABERLE Sells 3,750 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/3/2013 | 2:58 PM | 10/3/2013 | DJ Chmn JACOBS Sells 22,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/3/2013 | 2:58 PM | 10/3/2013 | DJ Officer ALTMAN Sells 58,559 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/3/2013 | 2:59 PM | 10/3/2013 | DJ VP JOHNSON Sells 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/4/2013 | 10:22 PM | 10/7/2013 | DJ VP ABERLE Registers 3,750 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/7/2013 | 7:30 AM | 10/7/2013 | *DJ Qualcomm Elects Randt To Bd Of Directors | Dow Jones Newswires |
| 10/7/2013 | 8:02 AM | 10/7/2013 | Press Release: ParkerVision Announces Start of Qualcomm Patent Infringement Trial | Dow Jones Newswires |
| 10/7/2013 | 9:04 AM | 10/7/2013 | DJ Qualcomm Cut to Neutral From Buy by BofA-Merrill Lynch >QCOM | Dow Jones Nachrichten auf Deutsch |
| 10/7/2013 | 9:05 AM | 10/7/2013 | DJ Qualcomm Cut to Neutral From Buy by BofA-Merrill Lynch >QCOM | Dow Jones Chinese Newswires English Content |
| 10/7/2013 | 9:05 AM | 10/7/2013 | DJ Qualcomm Cut to Neutral From Buy by BofA-Merrill Lynch >QCOM | Dow Jones Chinese Newswires English Content |
| 10/7/2013 | 12:22 PM | 10/7/2013 | DJ Qualcomm Facing 'Significant Deceleration' -- Market Talk | Dow Jones Newswires |
| 10/7/2013 | 12:22 PM | 10/7/2013 | DJ Qualcomm Facing 'Significant Deceleration' -- Market Talk | Dow Jones Newswires |
| 10/7/2013 | 12:22 PM | 10/7/2013 | Qualcomm Facing 'Significant Deceleration' -- Market Talk | Dow Jones News Service |
| 10/7/2013 | 12:22 PM | 10/7/2013 | Qualcomm Facing 'Significant Deceleration' -- Market Talk | Dow Jones News Service |
| 10/8/2013 | 8:00 AM | 10/8/2013 | DJ Enterproid Lands Another $12 Million, Led By Google Ventures, to Help Manage Corporate Mobile Devices -- All Things D | Dow Jones Institutional News |
| 10/8/2013 | 8:00 AM | 10/8/2013 | Enterproid Lands Another $12 Million, Led By Google Ventures, to Help Manage Corporate Mobile Devices -- All Things D | Dow Jones News Service |
| 10/8/2013 | 2:40 PM | 10/8/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/8/2013 | 2:41 PM | 10/8/2013 | DJ Officer ALTMAN Sells 9,083 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/8/2013 | 4:57 PM | 10/9/2013 | DJ Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Newswires |
| 10/9/2013 | 1:30 AM | 10/9/2013 | TSMC September Revenue NT$55.38 Bln | Dow Jones Global Equities News |
| 10/9/2013 | 1:52 AM | 10/9/2013 | TSMC September Revenue at Record NT$55.38 Billion, up 28% on Year | Dow Jones Global News Select |
| 10/10/2013 | 8:55 AM | 10/10/2013 | Press Release: InvenSense(TM) Appoints Adam Tachner as New General Counsel | Dow Jones Newswires |
| 10/10/2013 | 11:09 AM | 10/10/2013 | DJ Lookout Gets $55M More for Mobile Security -- All Things D | Dow Jones Institutional News |
| 10/10/2013 | 11:09 AM | 10/10/2013 | Lookout Gets $55M More for Mobile Security -- All Things D | Dow Jones News Service |
| 10/14/2013 | 3:58 AM | 10/14/2013 | DJ Facebook Acquires Israeli Mobile Data Management Startup Onavo -- All Things D | Dow Jones Chinese Newswires English Content |
| 10/14/2013 | 4:03 AM | 10/14/2013 | DJ Facebook Acquires Israeli Mobile Data Management Startup Onavo -- All Things D | Dow Jones Chinese Newswires English Content |
| 10/14/2013 | 2:56 PM | 10/14/2013 | *DJ S&P Assigns Omnitracs Preliminary 'B' Rating, Stable Outlook | Dow Jones Newswires |
| 10/15/2013 | 12:18 PM | 10/15/2013 | DJ Qualcomm Started at Buy by Stifel Nicolaus >QCOM | Dow Jones Nachrichten auf Deutsch |
| 10/15/2013 | 12:19 PM | 10/15/2013 | DJ Qualcomm Started at Buy by Stifel Nicolaus >QCOM | Dow Jones Chinese Newswires English Content |
| 10/15/2013 | 12:19 PM | 10/15/2013 | DJ Qualcomm Started at Buy by Stifel Nicolaus >QCOM | Dow Jones Chinese Newswires English Content |
| 10/16/2013 | 9:30 AM | 10/16/2013 | Press Release: Qualcomm Incorporated (NASDAQ: QCOM) Fourth Quarter and Fiscal 2013 Earnings Release and Conference Call | Dow Jones Newswires |
| 10/16/2013 | 6:15 PM | 10/17/2013 | *Steve Altman, Qualcomm Vice Chairman, To Retire >QCOM | Dow Jones Newswires |
| 10/16/2013 | 6:29 PM | 10/17/2013 | Qualcomm Vice Chairman Steve Altman to Retire in Early 2014 | Dow Jones News Service |
| 10/16/2013 | 6:29 PM | 10/17/2013 | Qualcomm Vice Chairman Steve Altman to Retire in Early 2014 | Dow Jones Newswires |
| 10/16/2013 | 6:44 PM | 10/17/2013 | Qualcomm Vice Chairman Steve Altman to Retire in Early 2014 | Dow Jones Global News Select |
| 10/16/2013 | 6:44 PM | 10/17/2013 | Qualcomm Vice Chairman Steve Altman to Retire in Early 2014 | Dow Jones Newswires |
| 10/16/2013 | 9:09 PM | 10/17/2013 | Qualcomm's Patent-Licensing Pioneer to Retire -- WSJ Blog | Dow Jones Institutional News |
| 10/17/2013 | 12:23 PM | 10/17/2013 | ParkerVision Halted: Jury Finds Qualcomm Infringed Wireless Patents -- Barron's Blog | Dow Jones Institutional News |
| 10/17/2013 | 12:26 PM | 10/17/2013 | Press Release: Jury Finds Qualcomm Guilty of Infringement of ParkerVision Patents | Dow Jones Institutional News |
| 10/17/2013 | 12:28 PM | 10/17/2013 | ParkerVision Halted: Jury Finds Qualcomm Infringed Wireless Patents -- Barron's Blog | Dow Jones Institutional News |
| 10/17/2013 | 12:29 PM | 10/17/2013 | *ParkerVision: Jury Finds Qualcomm Guilty Of Infringement Of ParkerVision Patents | Dow Jones Institutional News |
| 10/17/2013 | 12:29 PM | 10/17/2013 | Parkervision Files 8K - Other Events >PRKR | Dow Jones Institutional News |
| 10/17/2013 | 12:31 PM | 10/17/2013 | ParkerVision Halted: Jury Finds Qualcomm Infringed Wireless Patents -- Barron's Blog | Dow Jones Institutional News |
| 10/17/2013 | 12:39 PM | 10/17/2013 | ParkerVision Halted: Jury Finds Qualcomm Infringed Wireless Patents -- Barron's Blog | Dow Jones Institutional News |
| 10/17/2013 | 12:43 PM | 10/17/2013 | ParkerVision Halted: Jury Finds Qualcomm Infringed Wireless Patents -- Barron's Blog | Dow Jones Institutional News |
| 10/17/2013 | 12:47 PM | 10/17/2013 | ParkerVision Halted: Jury Finds Qualcomm Infringed Wireless Patents -- Barron's Blog | Dow Jones Institutional News |
| 10/17/2013 | 1:02 PM | 10/17/2013 | ParkerVision Halted, Soars 73%: Jury Finds Qualcomm Infringed Wireless Patents -- Barron's Blog | Dow Jones Institutional News |
| 10/17/2013 | 3:08 PM | 10/17/2013 | ParkerVision Shares Soar on Qualcomm Patent-Infringement Verdict | Dow Jones Institutional News |
| 10/17/2013 | 3:08 PM | 10/17/2013 | ParkerVision Shares Soar on Qualcomm Patent-Infringement Verdict | Dow Jones Top News & Commentary |
| 10/17/2013 | 3:23 PM | 10/17/2013 | ParkerVision Shares Soar on Qualcomm Patent-Infringement Verdict | Dow Jones Institutional News |
| 10/17/2013 | 7:30 PM | 10/18/2013 | ParkerVision Shares Soar on Qualcomm Patent-Infringement Verdict | Dow Jones Top North American Equities Stories |
| 10/18/2013 | 4:12 AM | 10/18/2013 | *Bharti Airtel Buys Partner Qualcomm's Stake in India Broadband Unit | Dow Jones Institutional News |
| 10/18/2013 | 9:11 AM | 10/18/2013 | Press Release: Power Integrations First to Demonstrate Qualcomm Quick Charge 2.0 Smartphone Charger Reference Design | Dow Jones Institutional News |
| 10/21/2013 | 4:50 PM | 10/22/2013 | Texas Instruments 3rd-Quarter Net Falls 20% as Revenue Dips | Dow Jones Top News & Commentary |
| 10/21/2013 | 5:00 PM | 10/22/2013 | Texas Instruments 3rd-Quarter Net Falls 20% as Revenue Dips | Dow Jones Top Global Market Stories |
| 10/21/2013 | 5:00 PM | 10/22/2013 | Texas Instruments 3rd-Quarter Net Falls 20% as Revenue Dips | Dow Jones Top North American Equities Stories |
| 10/22/2013 | 2:27 AM | 10/22/2013 | ARM Holdings Flags Record Order Book | Dow Jones Top News & Commentary |
| 10/22/2013 | 3:25 AM | 10/22/2013 | ARM Holdings Flags Record Order Book | Dow Jones Top Global Market Stories |
| 10/23/2013 | 6:12 PM | 10/24/2013 | Press Release: ParkerVision Common Stock to Resume Trading on Thursday Morning | Dow Jones Institutional News |
| 10/24/2013 | 9:01 AM | 10/24/2013 | Press Release: Qualcomm Declares Quarterly Cash Dividend | Dow Jones Institutional News |
| 10/24/2013 | 2:42 PM | 10/24/2013 | Press Release: Jury Awards ParkerVision $173 Million in Damages in Patent Infringement Case Against Qualcomm | Dow Jones Institutional News |
| 10/24/2013 | 3:00 PM | 10/24/2013 | ParkerVision Shares Fall as Patent Jury Award Disappoints | Dow Jones Institutional News |
| 10/24/2013 | 3:00 PM | 10/24/2013 | ParkerVision Shares Fall as Patent Jury Award Disappoints | Dow Jones Top News & Commentary |
| 10/24/2013 | 3:15 PM | 10/24/2013 | ParkerVision Shares Fall as Patent Jury Award Disappoints | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 10/24/2013 | 3:29 PM | 10/24/2013 | ParkerVision Shares Fall as Patent Jury Award Disappoints -- Update | Dow Jones Institutional News |
| 10/24/2013 | 3:59 PM | 10/24/2013 | Parkervision Files 8K - Other Events >PRKR | Dow Jones Institutional News |
| 10/24/2013 | 3:59 PM | 10/24/2013 | Parkervision Files 8K - Other Events >PRKR | Dow Jones Institutional News |
| 10/24/2013 | 4:01 PM | 10/25/2013 | ParkerVision Plunges 60% on Much-Lower-Than-Expected Qualcomm Damages Award -- Barron's Blog | Dow Jones Institutional News |
| 10/31/2013 | 2:25 PM | 10/31/2013 | Press Release: Qualcomm Snapdragon Processors Continue to Drive the Smartphone Space with Nexus Devices from Google | Dow Jones Institutional News |
| 11/1/2013 | 4:44 PM | 11/4/2013 | *Qualcomm in Talks To Join Cerberus and Blackberry Co-Founders on Possible Blackberry Bid, Sources Say | Dow Jones Institutional News |
| 11/1/2013 | 4:44 PM | 11/4/2013 | Qualcomm in Talks To Join Cerberus and Blackberry Co-Founders on Possible Blackberry Bid, Sources Say | Dow Jones Newswires German |
| 11/1/2013 | 4:47 PM | 11/4/2013 | Qualcomm in Talks To Join Cerberus and Blackberry Co-Founders on Possible Blackberry Bid, Sources Say | Dow Jones Newswires Chinese (English) |
| 11/1/2013 | 4:47 PM | 11/4/2013 | Qualcomm in Talks To Join Cerberus and Blackberry Co-Founders on Possible Blackberry Bid, Sources Say | Dow Jones Newswires Chinese (English) |
| 11/1/2013 | 5:09 PM | 11/4/2013 | Qualcomm in Talks to Join Cerberus and BlackBerry Co-Founders on Possible BlackBerry Bi | Dow Jones Newswires Chinese (English) |
| 11/1/2013 | 5:36 PM | 11/4/2013 | U.S. Hot Stocks: BlackBerry, Morgans Hotel Active in Late Trading | Dow Jones Institutional News |
| 11/4/2013 | 8:27 AM | 11/4/2013 | Blackberry Abandons Sale Plan, Replaces CEO Thorsten Heins -CNBC | Dow Jones Newswires Chinese (English) |
| 11/6/2013 | 1:38 AM | 11/6/2013 | IPad Air Has Spendier Display, Costs Less to Make Than Earlier Models -- All Things D | Dow Jones Newswires Chinese (English) |
| 11/6/2013 | 4:00 PM | 11/7/2013 | Qualcomm 4Q Rev $6.48B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/6/2013 | 4:00 PM | 11/7/2013 | Qualcomm 4Q Rev $6.48B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/6/2013 | 4:00 PM | 11/7/2013 | Qualcomm 4Q Rev $6.48B >QCOM | Dow Jones Newswires German |
| 11/6/2013 | 4:01 PM | 11/7/2013 | Press Release: DexCom Announces Appointment of Steve Altman as Board Member | Dow Jones Institutional News |
| 11/6/2013 | 4:23 PM | 11/7/2013 | Qualcomm CEO Sees Slowing Fiscal 2014 Growth | Dow Jones Newswires Chinese (English) |
| 11/6/2013 | 4:24 PM | 11/7/2013 | Qualcomm CEO Sees Reduced Fiscal 2014 Spending | Dow Jones Newswires Chinese (English) |
| 11/6/2013 | 4:25 PM | 11/7/2013 | Qualcomm 4th-Quarter Net Rises 18% As Revenue Climbs | Dow Jones Institutional News |
| 11/6/2013 | 4:40 PM | 11/7/2013 | Qualcomm 4th-Quarter Net Rises 18% As Revenue Climbs | Dow Jones Institutional News |
| 11/6/2013 | 4:40 PM | 11/7/2013 | Qualcomm 4th-Quarter Net Rises 18% As Revenue Climbs | Dow Jones Newswires Chinese (English) |
| 11/6/2013 | 4:41 PM | 11/7/2013 | DJ Qualcomm 4th-Quarter Net Rises 18% As Revenue Climbs | Dow Jones Top News & Commentary |
| 11/6/2013 | 5:51 PM | 11/7/2013 | Mobile Chip Giant Qualcomm Sees Slower Growth Ahead | Dow Jones Institutional News |
| 11/6/2013 | 7:53 PM | 11/7/2013 | Qualcomm Sees Sales Gains Slowing | Dow Jones Institutional News |
| 11/8/2013 | 12:53 AM | 11/8/2013 | TSMC October Revenue at NT$51.80 Billion, up 3.6% on Year | Dow Jones Institutional News |
| 11/8/2013 | 5:23 AM | 11/8/2013 | Nokia Patent Portfolio Has Large Potential, Says JPMorgan--Market Talk | Dow Jones Institutional News |
| 11/9/2013 | 3:59 AM | 11/11/2013 | The Trader: Dow Hits A Record, Up 1%, In A Volatile Week | Dow Jones Newswires Chinese (English) |
| 11/13/2013 | 8:33 AM | 11/13/2013 | Qualcomm Raised to Conviction Buy From Buy by Goldman Sachs >QCOM | Dow Jones Newswires Chinese (English) |
| 11/13/2013 | 8:33 AM | 11/13/2013 | Qualcomm Raised to Conviction Buy From Buy by Goldman Sachs >QCOM | Dow Jones Newswires Chinese (English) |
| 11/13/2013 | 8:33 AM | 11/13/2013 | Qualcomm Raised to Conviction Buy From Buy by Goldman Sachs >QCOM | Dow Jones Newswires German |
| 11/13/2013 | 11:43 AM | 11/13/2013 | Goldman Sees No Reason to Quit on Qualcomm -- Market Talk | Dow Jones Institutional News |
| 11/13/2013 | 11:43 AM | 11/13/2013 | Goldman Sees No Reason to Quit on Qualcomm -- Market Talk | Dow Jones Institutional News |
| 11/18/2013 | 7:30 AM | 11/18/2013 | Press Release: Qualcomm Announces Availability of Qualcomm Toq Smartwatch | Dow Jones Institutional News |
| 11/18/2013 | 11:28 AM | 11/18/2013 | Press Release: Qualcomm Announces Availability of Qualcomm Toq Smartwatch | Dow Jones Institutional News |
| 11/19/2013 | 9:30 AM | 11/19/2013 | Press Release: Qualcomm to Host Analyst Meeting | Dow Jones Institutional News |
| 11/20/2013 | 7:30 AM | 11/20/2013 | Press Release: Qualcomm Brings Leading Mobile DNA to Internet Processors to Enable Advanced Network Platforms | Dow Jones Institutional News |
| 11/20/2013 | 7:30 AM | 11/20/2013 | Press Release: Qualcomm Technologies Announces Fourth-Generation 3G/LTE Multimode Modem and RF Transceiver Chip | Dow Jones Institutional News |
| 11/20/2013 | 7:30 AM | 11/20/2013 | Press Release: Qualcomm Technologies Announces Next Generation Qualcomm Snapdragon 805 "Ultra HD" Processor | Dow Jones Institutional News |
| 11/21/2013 | 6:04 AM | 11/21/2013 | REALWIRE/ip.access Collaborates with Qualcomm to Deliver NextGeneration Small Cell Product Line | Dow Jones Institutional News |
| 11/21/2013 | 6:04 AM | 11/21/2013 | REALWIRE/ip.access Collaborates with Qualcomm to Deliver NextGeneration Small Cell Product Line | Dow Jones Newswires German |
| 11/21/2013 | 10:46 AM | 11/21/2013 | Qualcomm Cut to Outperform From Strong Buy by Raymond James >QCOM | Dow Jones Newswires German |
| 11/21/2013 | 10:49 AM | 11/21/2013 | Qualcomm Cut to Outperform From Strong Buy by Raymond James >QCOM | Dow Jones Newswires Chinese (English) |
| 11/21/2013 | 10:49 AM | 11/21/2013 | Qualcomm Cut to Outperform From Strong Buy by Raymond James >QCOM | Dow Jones Newswires Chinese (English) |
| 11/21/2013 | 1:41 PM | 11/21/2013 | Qualcomm Is Still a Smart Bet--Heard on the Street | Dow Jones Institutional News |
| 11/21/2013 | 6:00 PM | 11/22/2013 | Press Release: Qualcomm Collaborates with Samsung to be First to Employ China's BeiDou Satellite Network to Enhance Location-Based Mobil... | Dow Jones Institutional News |
| 11/21/2013 | 7:01 PM | 11/22/2013 | Qualcomm Is Still A Smart Bet -- Heard On The Street | Dow Jones Institutional News |
| 11/22/2013 | 4:00 AM | 11/22/2013 | DJ QUALCOMM Incorporated, Inst Holders, 3Q 2013 (QCOM) | Dow Jones Institutional News |
| 11/22/2013 | 6:48 AM | 11/22/2013 | Qualcomm Is Still a Smart Bet | Dow Jones Top North American Equities Stories |
| 11/22/2013 | 3:33 PM | 11/22/2013 | Qualcomm Is Still a Smart Bet | Dow Jones Top Global Market Stories |
| 11/22/2013 | 5:05 PM | 11/25/2013 | *Qualcomm CEO Says NSA Fallout Impacting China Business | Dow Jones Institutional News |
| 11/22/2013 | 10:40 PM | 11/25/2013 | Qualcomm CEO Says NSA Fallout Impacting China Business | Dow Jones Newswires Chinese (English) |
| 11/23/2013 | 12:04 AM | 11/25/2013 | A Technology Giant Ages Gracefully -- Barron's | Dow Jones Institutional News |
| 11/25/2013 | 7:30 AM | 11/25/2013 | *China's National Development And Reform Commission Notifies Qualcomm Of Investigation | Dow Jones Institutional News |
| 11/25/2013 | 7:32 AM | 11/25/2013 | China's National Development And Reform Commission Notifies Qualcomm Of Investigation | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 11/25/2013 | 7:34 AM | 11/25/2013 | Qualcomm Faces China Probe Relating To Anti-Monopoly Law >QCOM | Dow Jones Newswires Chinese (English) |
| 11/25/2013 | 7:35 AM | 11/25/2013 | Qualcomm: Advised That Substance Of Investigation Is Confidential >QCOM | Dow Jones Newswires Chinese (English) |
| 11/25/2013 | 7:35 AM | 11/25/2013 | Qualcomm: Not Aware Of Any Charge Has Violated Anti-Monopoly Law | Dow Jones Newswires Chinese (English) |
| 11/25/2013 | 8:17 AM | 11/25/2013 | Qualcomm Faces China Probe Tied to Anti-Monopoly Law | Dow Jones Institutional News |
| 11/25/2013 | 8:17 AM | 11/25/2013 | Qualcomm Faces China Probe Tied to Anti-Monopoly Law | Dow Jones Top News & Commentary |
| 11/25/2013 | 8:32 AM | 11/25/2013 | Qualcomm Faces China Probe Tied to Anti-Monopoly Law | Dow Jones Institutional News |
| 11/25/2013 | 8:49 AM | 11/25/2013 | Qualcomm Faces China Probe Tied to Anti-Monopoly Law | Dow Jones Newswires Chinese (English) |
| 11/25/2013 | 12:12 PM | 11/25/2013 | Qualcomm Discloses Chinese Antitrust Probe | Dow Jones Institutional News |
| 11/25/2013 | 12:23 PM | 11/25/2013 | Qualcomm Faces Probe in China | Dow Jones Top Global Market Stories |
| 11/25/2013 | 12:43 PM | 11/25/2013 | Qualcomm Faces Probe in China | Dow Jones Top North American Equities Stories |
| 11/25/2013 | 2:04 PM | 11/25/2013 | Qualcomm Faces Probe in China -- Update | Dow Jones Institutional News |
| 11/25/2013 | 4:30 PM | 11/26/2013 | *Qualcomm Finalizes Sale Of Omnitracs, Inc. To Vista Equity Partners | Dow Jones Institutional News |
| 11/25/2013 | 4:30 PM | 11/26/2013 | Qualcomm Finalizes Sale Of Omnitracs, Inc. To Vista Equity Partners | Dow Jones Newswires German |
| 11/25/2013 | 6:34 PM | 11/26/2013 | Qualcomm Faces China Probe Tied to Anti-Monopoly Law | Dow Jones Newswires Chinese (English) |
| 11/25/2013 | 7:34 PM | 11/26/2013 | China Opens Monopoly Probe Into Chip Maker Qualcomm | Dow Jones Institutional News |
| 11/25/2013 | 8:00 PM | 11/26/2013 | News Highlights: Top Equities Stories of the Day | Dow Jones Institutional News |
| 11/25/2013 | 9:00 PM | 11/26/2013 | Qualcomm Faces Probe in China -- Update | Dow Jones Newswires Chinese (English) |
| 11/25/2013 | 9:08 PM | 11/26/2013 | Qualcomm Faces Probe in China -- Update -2- | Dow Jones Newswires Chinese (English) |
| 11/25/2013 | 10:00 PM | 11/26/2013 | News Highlights: Top Equities Stories of the Day | Dow Jones Institutional News |
| 11/26/2013 | 1:00 AM | 11/26/2013 | News Highlights: Top Equities Stories of the Day | Dow Jones Institutional News |
| 11/26/2013 | 8:38 PM | 11/27/2013 | Surging Nasdaq Pierces 4000 | Dow Jones Newswires Chinese (English) |
| 11/26/2013 | 8:53 PM | 11/27/2013 | Surging Nasdaq Pierces 4000 -2- | Dow Jones Newswires Chinese (English) |
| 11/26/2013 | 9:26 PM | 11/27/2013 | Surging Nasdaq Pierces 4000 -3- | Dow Jones Newswires Chinese (English) |
| 11/26/2013 | 9:27 PM | 11/27/2013 | Surging Nasdaq Pierces 4000 | Dow Jones Newswires Chinese (English) |
| 12/9/2013 | 7:30 AM | 12/9/2013 | Press Release: Qualcomm Announces Availability of its Gimbal Proximity Beacons to Enable Customer Engagement Based on Micro Location | Dow Jones Institutional News |
| 12/9/2013 | 7:30 AM | 12/9/2013 | Press Release: Qualcomm Announces Next-Generation Mobile Health Solutions for Preventative, Transitional and Complex Care Management | Dow Jones Institutional News |
| 12/9/2013 | 4:00 PM | 12/10/2013 | Press Release: Qualcomm Technologies Introduces Snapdragon 410 Chipset with Integrated 4G LTE World Mode for High-Volume Smartphones | Dow Jones Institutional News |
| 12/9/2013 | 5:41 PM | 12/10/2013 | *S&P Assigns Omnitracs 'B' Rtg, Stbl Otlk On Qualcomm Spin-Off | Dow Jones Institutional News |
| 12/10/2013 | 1:03 AM | 12/10/2013 | TSMC's November Revenue Up 0.1% on Year | Dow Jones Top Global Market Stories |
| 12/11/2013 | 7:02 AM | 12/11/2013 | Qualcomm, After Kerfuffle, Makes 64-bit Move -- WSJ Blog | Dow Jones Newswires Korean (English) |
| 12/11/2013 | 9:10 AM | 12/11/2013 | Hertz Started at Buy by Deutsche Bank >HTZ | Dow Jones Newswires German |
| 12/12/2013 | 5:26 PM | 12/13/2013 | *Sources: List of Potential CEO Prospects Includes Qualcomm Operating Chief Mollenkopf -Bloomberg | Dow Jones Institutional News |
| 12/12/2013 | 5:38 PM | 12/13/2013 | Sources: List of Potential CEO Prospects Includes Qualcomm Operating Chief Mollenkopf -Bloomberg | Dow Jones Newswires Chinese (English) |
| 12/12/2013 | 5:50 PM | 12/13/2013 | Sources: List of Potential CEO Prospects Includes Qualcomm Operating Chief Mollenkopf -Bloomberg | Dow Jones Institutional News |
| 12/13/2013 | 7:30 AM | 12/13/2013 | *Qualcomm Names Steve Mollenkopf CEO And President >QCOM | Dow Jones Institutional News |
| 12/13/2013 | 7:39 AM | 12/13/2013 | With Promotion, Qualcomm Moves to Keep Mollenkopf -- Market Talk | Dow Jones Institutional News |
| 12/13/2013 | 7:39 AM | 12/13/2013 | With Promotion, Qualcomm Moves to Keep Mollenkopf -- Market Talk | Dow Jones Institutional News |
| 12/13/2013 | 8:03 AM | 12/13/2013 | Qualcomm Names Mollenkopf as Incoming CEO | Dow Jones Institutional News |
| 12/13/2013 | 8:13 AM | 12/13/2013 | Qualcomm Names Mollenkopf as Incoming CEO | Dow Jones Top Global Market Stories |
| 12/13/2013 | 8:13 AM | 12/13/2013 | Qualcomm Names Mollenkopf as Incoming CEO | Dow Jones Top North American Equities Stories |
| 12/13/2013 | 8:15 AM | 12/13/2013 | Qualcomm Names Mollenkopf as Incoming CEO | Dow Jones Newswires Chinese (English) |
| 12/13/2013 | 8:24 AM | 12/13/2013 | Qualcomm Names Mollenkopf as Incoming CEO | Dow Jones Top News & Commentary |
| 12/13/2013 | 8:24 AM | 12/13/2013 | Qualcomm Names Mollenkopf as Incoming CEO -- Update | Dow Jones Institutional News |
| 12/13/2013 | 11:16 AM | 12/13/2013 | Qualcomm Names Mollenkopf as Incoming CEO -- 2nd Update | Dow Jones Institutional News |
| 12/13/2013 | 2:23 PM | 12/13/2013 | Qualcomm Names Mollenkopf as Incoming CEO -- Update | Dow Jones Institutional News |
| 12/13/2013 | 2:25 PM | 12/13/2013 | Qualcomm Names Mollenkopf as Incoming CEO | Dow Jones Top News & Commentary |
| 12/13/2013 | 7:16 PM | 12/16/2013 | Qualcomm Names New Chief | Dow Jones Institutional News |
| 12/18/2013 | 11:07 AM | 12/18/2013 | Press Release: GSA Announces Appointment of Steve Mollenkopf as Chairman of the GSA Board of Directors | Dow Jones Institutional News |
| 12/18/2013 | 5:01 PM | 12/19/2013 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 12/19/2013 | 9:28 AM | 12/19/2013 | China to Spend $5 Billion on Microchip Industry | Dow Jones Newswires Chinese (English) |
| 12/19/2013 | 10:37 AM | 12/19/2013 | China to Spend $5 Billion on Microchip Industry -2- | Dow Jones Newswires Chinese (English) |
| 12/31/2013 | 4:52 AM | 12/31/2013 | Symantec Sees Growth Opportunities in China -- WSJ Blog | Dow Jones Newswires Chinese (English) |
| 1/3/2014 | 12:51 PM | 1/3/2014 | Press Release: Anritsu Demonstrates LTE-A Category 6 Peak Data Rates of 300 Mbps | Dow Jones Institutional News |
| 1/6/2014 | 1:19 AM | 1/6/2014 | 'Internet of Things' in Reach | Dow Jones Newswires Chinese (English) |
| 1/6/2014 | 4:50 AM | 1/6/2014 | 'Internet of Things' in Reach | Dow Jones Newswires Chinese (English) |
| 1/6/2014 | 5:43 PM | 1/7/2014 | Globalfoundries Names Former Motorola Executive As CEO | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 1/6/2014 | 7:28 PM | 1/7/2014 | Smartwatches Pop Up All Over CES | Dow Jones Institutional News |
| 1/6/2014 | 7:43 PM | 1/7/2014 | Globalfoundries Names Ex-Motorola Executive as CEO | Dow Jones Top Global Market Stories |
| 1/6/2014 | 7:57 PM | 1/7/2014 | Wearable Gadgets Flood CES | Dow Jones Institutional News |
| 1/7/2014 | 2:19 AM | 1/7/2014 | Smartwatches Pop Up All Over CES | Dow Jones Newswires Chinese (English) |
| 1/7/2014 | 2:20 AM | 1/7/2014 | Smartwatches Pop Up All Over CES | Dow Jones Newswires Chinese (English) |
| 1/7/2014 | 6:28 AM | 1/7/2014 | Globalfoundries Names Ex-Motorola Executive as CEO | Dow Jones Top North American Equities Stories |
| 1/7/2014 | 9:32 AM | 1/7/2014 | Press Release: QNX and Qualcomm Announce First In-car Infotainment System Powered by Snapdragon Automotive Solutions | Dow Jones Institutional News |
| 1/7/2014 | 10:00 AM | 1/7/2014 | Press Release: Toshiba Set to Introduce UFS Ver2.0 Solution in 2Q 2014 | Dow Jones Institutional News |
| 1/7/2014 | 8:23 PM | 1/8/2014 | Wearable Gadgets Flood CES | Dow Jones Top Global Market Stories |
| 1/8/2014 | 7:08 AM | 1/8/2014 | Wearable Gadgets Flood CES | Dow Jones Top North American Equities Stories |
| 1/13/2014 | 9:30 AM | 1/13/2014 | Press Release: Qualcomm Incorporated (NASDAQ: QCOM) First Quarter Fiscal 2014 Earnings Release and Conference Call | Dow Jones Institutional News |
| 1/14/2014 | 9:08 AM | 1/14/2014 | Qualcomm Cut to Mkt Perform From Outperform by Raymond James >QCOM | Dow Jones Newswires German |
| 1/16/2014 | 8:03 PM | 1/17/2014 | The Rise of China's Innovation Machine | Dow Jones Newswires Chinese (English) |
| 1/16/2014 | 9:45 PM | 1/17/2014 | The Rise of China's Innovation Machine -2- | Dow Jones Newswires Chinese (English) |
| 1/16/2014 | 9:50 PM | 1/17/2014 | The Rise of China's Innovation Machine -3- | Dow Jones Newswires Chinese (English) |
| 1/16/2014 | 10:15 PM | 1/17/2014 | The Rise of China's Innovation Machine -2- | Dow Jones Newswires Chinese (English) |
| 1/16/2014 | 10:27 PM | 1/17/2014 | The Rise of China's Innovation Machine -4- | Dow Jones Newswires Chinese (English) |
| 1/20/2014 | 2:27 AM | 1/21/2014 | Press Release: Dialog Semiconductor Plc.: Dialog Semiconductor Collaborates With Qualcomm Technologies For Higher Efficiency Rapid Smartphone Charging | Dow Jones Institutional News |
| 1/20/2014 | 8:05 AM | 1/21/2014 | Press Release: Fon Closes $14 Million Round | Dow Jones Institutional News |
| 1/21/2014 | 5:34 PM | 1/22/2014 | Texas Instruments Profit Jumps | Dow Jones Newswires Chinese (English) |
| 1/22/2014 | 9:01 AM | 1/22/2014 | Press Release: Qualcomm Declares Quarterly Cash Dividend | Dow Jones Institutional News |
| 1/23/2014 | 8:00 AM | 1/23/2014 | Press Release: Teardown of Qualcomm Toq Smartwatch Finds Cypress TrueTouch Capacitive Touchscreen Controller | Dow Jones Institutional News |
| 1/23/2014 | 4:30 PM | 1/24/2014 | *Qualcomm Acquires Palm, IPAQ And Bitfone Patent Portfolio From HP | Dow Jones Institutional News |
| 1/23/2014 | 4:31 PM | 1/24/2014 | Qualcomm: Purchase Price Not Disclosed >QCOM | Dow Jones Newswires German |
| 1/23/2014 | 5:15 PM | 1/24/2014 | Qualcomm Acquires Mobile Technology Patents From H-P | Dow Jones Institutional News |
| 1/23/2014 | 5:16 PM | 1/24/2014 | Qualcomm Acquires Mobile Technology Patents From H-P | Dow Jones Top News & Commentary |
| 1/23/2014 | 5:30 PM | 1/24/2014 | Qualcomm Acquires Mobile Technology Patents From H-P | Dow Jones Institutional News |
| 1/23/2014 | 5:45 PM | 1/24/2014 | Qualcomm Acquires Palm, IPAQ And Bitfone Patent Portfolio From HP | Dow Jones Newswires Chinese (English) |
| 1/29/2014 | 4:00 PM | 1/30/2014 | *Qualcomm 1Q Rev $6.62B >QCOM | Dow Jones Institutional News |
| 1/29/2014 | 4:00 PM | 1/30/2014 | Qualcomm 1Q Rev $6.62B >QCOM | Dow Jones Newswires Chinese (English) |
| 1/29/2014 | 4:00 PM | 1/30/2014 | Qualcomm 1Q Rev $6.62B >QCOM | Dow Jones Newswires German |
| 1/29/2014 | 4:03 PM | 1/30/2014 | Qualcomm Posts Higher Revenue | Dow Jones Institutional News |
| 1/29/2014 | 4:03 PM | 1/30/2014 | Qualcomm Posts Higher Revenue | Dow Jones Top News & Commentary |
| 1/29/2014 | 4:09 PM | 1/30/2014 | Qualcomm's Revenue Rises | Dow Jones Top North American Equities Stories |
| 1/29/2014 | 4:14 PM | 1/30/2014 | Qualcomm's Revenue Rises | Dow Jones Top Global Market Stories |
| 1/29/2014 | 4:17 PM | 1/30/2014 | Qualcomm Posts Higher Revenue | Dow Jones Newswires Chinese (English) |
| 1/29/2014 | 4:27 PM | 1/30/2014 | Qualcomm's Revenue Rises -- Update | Dow Jones Institutional News |
| 1/29/2014 | 4:38 PM | 1/30/2014 | Qualcomm's Revenue Rises | Dow Jones Top News & Commentary |
| 1/29/2014 | 5:37 PM | 1/30/2014 | Qualcomm's Revenue Rises -- 2nd Update | Dow Jones Institutional News |
| 1/29/2014 | 5:52 PM | 1/30/2014 | Qualcomm's Revenue Rises -- 2nd Update | Dow Jones Institutional News |
| 1/29/2014 | 7:42 PM | 1/30/2014 | Qualcomm's Revenue Rises | Dow Jones Institutional News |
| 1/29/2014 | 8:00 PM | 1/30/2014 | News Highlights: Top Equities Stories of the Day | Dow Jones Institutional News |
| 1/31/2014 | 5:00 AM | 1/31/2014 | *Ericsson and Qualcomm Technologies demo first LTE CAT6 Carrier Aggregation interoperability for Telstra | Dow Jones Institutional News |
| 1/31/2014 | 5:03 AM | 1/31/2014 | Press Release: Ericsson and Qualcomm Technologies demo first LTE CAT6 Carrier Aggregation interoperability for Telstra | Dow Jones Institutional News |
| 2/4/2014 | 3:32 AM | 2/4/2014 | ARM Holdings Swings to Loss | Dow Jones Top Global Market Stories |
| 2/6/2014 | 2:28 PM | 2/6/2014 | Press Release: Technicolor Brings Qeo Technology to AllSeen Alliance to Complement Qualcomm's AllJoyn and Further Unify the Internet of Everything Ecosystem | Dow Jones Institutional News |
| 2/7/2014 | 11:56 AM | 2/7/2014 | Camera Maker GoPro Files for Confidential IPO | Dow Jones Top News & Commentary |
| 2/7/2014 | 12:02 PM | 2/7/2014 | Camera Maker GoPro Files for Confidential IPO | Dow Jones Top Global Market Stories |
| 2/7/2014 | 12:02 PM | 2/7/2014 | Camera Maker GoPro Files for Confidential IPO | Dow Jones Top North American Equities Stories |
| 2/11/2014 | 11:03 AM | 2/11/2014 | REALWIRE/Hot Topics announces EY and Aimia as sponsors and theline-up for its 4th Barcelona event | Dow Jones Institutional News |
| 2/12/2014 | 9:03 AM | 2/12/2014 | Press Release: Welltok Raises $22 Million in Series C Funding, Including IBM Investment to Fuel Watson-Powered Health App | Dow Jones Institutional News |
| 2/18/2014 | 10:30 PM | 2/19/2014 | *China Confirms Antimonopoly Investigation Into Qualcomm, InterDigital | Dow Jones Institutional News |
| 2/18/2014 | 10:47 PM | 2/19/2014 | China Confirms Probe of Qualcomm, InterDigital | Dow Jones Top Global Market Stories |
| 2/18/2014 | 11:01 PM | 2/19/2014 | China Confirms Probes of Qualcomm, InterDigital -- Update | Dow Jones Institutional News |
| 2/19/2014 | 1:01 AM | 2/19/2014 | News Highlights: Top Equities Stories of the Day | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 2/19/2014 | 2:04 AM | 2/19/2014 | China Confirms Probes of Qualcomm, InterDigital -- Update | Dow Jones Newswires Chinese (English) |
| 2/19/2014 | 6:32 AM | 2/19/2014 | China Confirms Probe of Qualcomm, InterDigital | Dow Jones Top North American Equities Stories |
| 2/21/2014 | 2:39 PM | 2/21/2014 | Magisto Backed by Russia's Mail.Ru in Strategic Round -- WSJ Blog | Dow Jones Institutional News |
| 2/21/2014 | 2:39 PM | 2/21/2014 | Magisto Backed by Russia's Mail.Ru in Strategic Round -- WSJ Blog | Dow Jones Institutional News |
| 2/22/2014 | 4:04 AM | 2/24/2014 | DJ QUALCOMM Incorporated, Inst Holders, 4Q 2013 (QCOM) | Dow Jones Institutional News |
| 2/23/2014 | 4:45 PM | 2/24/2014 | Chip Makers Vie to Power Faster Mobile Networks | Dow Jones Institutional News |
| 2/23/2014 | 7:30 PM | 2/24/2014 | Chip Makers Vie To Power Faster Mobile Networks | Dow Jones Institutional News |
| 2/24/2014 | 12:01 AM | 2/24/2014 | Press Release: AT&T Delivers the Future of the Connected Car With Qualcomm, Red Bend and QuickPlay | Dow Jones Institutional News |
| 2/24/2014 | 2:00 AM | 2/24/2014 | Chip Makers Vie To Power Faster Mobile Networks | Dow Jones Institutional News |
| 2/24/2014 | 2:00 AM | 2/24/2014 | Press Release: Qualcomm Announces World's First Commercial 20 nm LTE Advanced Chipset for Automotive | Dow Jones Institutional News |
| 2/24/2014 | 2:00 AM | 2/24/2014 | Press Release: Qualcomm Launches First Chips with Integrated CMOS Power Amplifier and Antenna Switch for 3G/4G LTE multiband Mobile Devices | Dow Jones Institutional News |
| 2/24/2014 | 2:00 AM | 2/24/2014 | Press Release: Qualcomm Technologies Announces World's First Commercial 64-bit Octa-Core Chipset with Integrated 5 Mode Global LTE | Dow Jones Institutional News |
| 2/24/2014 | 4:26 AM | 2/24/2014 | Chip Makers Vie to Power Faster Mobile Networks | Dow Jones Newswires Chinese (English) |
| 2/24/2014 | 5:59 AM | 2/24/2014 | Press Release: Qualcomm Demonstrates LTE Advanced Category 6 with Ericsson at Mobile World Congress | Dow Jones Institutional News |
| 2/24/2014 | 2:12 PM | 2/24/2014 | Chip Makers Vie To Power Faster Mobile Networks | Dow Jones Top Global Market Stories |
| 2/24/2014 | 3:43 PM | 2/24/2014 | Chip Makers Step Up Race to Soup Up Smartphones -- WSJ Blog | Dow Jones Institutional News |
| 2/24/2014 | 3:43 PM | 2/24/2014 | Chip Makers Step Up Race to Soup Up Smartphones -- WSJ Blog | Dow Jones Institutional News |
| 2/27/2014 | 4:30 PM | 2/28/2014 | Press Release: Qualcomm Dismisses Remaining Counterclaims Against ParkerVision | Dow Jones Institutional News |
| 2/27/2014 | 5:19 PM | 2/28/2014 | ParkerVision: Qualcomm Dismisses Counterclaims in Patent Dispute | Dow Jones Institutional News |
| 2/27/2014 | 5:34 PM | 2/28/2014 | ParkerVision: Qualcomm Dismisses Counterclaims in Patent Dispute | Dow Jones Institutional News |
| 2/27/2014 | 7:55 PM | 2/28/2014 | China's Xi Presides Over Internet Security Committee -- Update | Dow Jones Newswires Chinese (English) |
| 2/27/2014 | 8:08 PM | 2/28/2014 | China's Xi Presides Over Internet Security Committee -- Update -2- | Dow Jones Newswires Chinese (English) |
| 2/27/2014 | 8:54 PM | 2/28/2014 | China's Xi Presides Over Internet Security Committee -- Update | Dow Jones Newswires Chinese (English) |
| 2/28/2014 | 10:51 AM | 2/28/2014 | DJ QUALCOMM Incorporated, Inst Holders, 4Q 2013 (QCOM) | Dow Jones Institutional News |
| 3/2/2014 | 7:00 PM | 3/3/2014 | Press Release: THine Licenses Qualcomm Technologies Its V-by-One(R) HS Technology | Dow Jones Institutional News |
| 3/4/2014 | 7:30 AM | 3/4/2014 | *Qualcomm Increases Quarterly Dividend By 20 Percent And Share Repurchase Authorization By $5.0 Billion >QCOM | Dow Jones Institutional News |
| 3/4/2014 | 7:30 AM | 3/4/2014 | Qualcomm Increases Quarterly Dividend By 20 Percent And Share Repurchase Authorization By $5.0 Billion >QCOM | Dow Jones Newswires German |
| 3/4/2014 | 7:56 AM | 3/4/2014 | Qualcomm Increases Buyback Program by $5 Billion | Dow Jones Institutional News |
| 3/4/2014 | 8:11 AM | 3/4/2014 | Qualcomm Increases Buyback Program by $5 Billion | Dow Jones Institutional News |
| 3/4/2014 | 10:54 AM | 3/4/2014 | Qualcomm Adds $5 Billion to Buyback Program -- Update | Dow Jones Institutional News |
| 3/4/2014 | 11:02 AM | 3/4/2014 | Qualcomm Adds $5 Billion to Buyback Program | Dow Jones Top Global Market Stories |
| 3/4/2014 | 11:02 AM | 3/4/2014 | Qualcomm Adds $5 Billion to Buyback Program | Dow Jones Top North American Equities Stories |
| 3/4/2014 | 3:35 PM | 3/4/2014 | Qualcomm Adds $5 Billion to Buyback Program | Dow Jones Top News & Commentary |
| 3/4/2014 | 3:35 PM | 3/4/2014 | Qualcomm Adds $5 Billion to Buyback Program -- 2nd Update | Dow Jones Institutional News |
| 3/4/2014 | 8:09 PM | 3/5/2014 | Qualcomm Boosts Buyback, Raises Its Dividend By 20% | Dow Jones Institutional News |
| 3/4/2014 | 8:17 PM | 3/5/2014 | Qualcomm Boosts Buyback, Raises Dividend By 20% | Dow Jones Top Global Market Stories |
| 3/4/2014 | 11:07 PM | 3/5/2014 | Facebook Eyes Drone Maker | Dow Jones Top Global Market Stories |
| 3/5/2014 | 6:42 AM | 3/5/2014 | Facebook Eyes Drone Maker | Dow Jones Top North American Equities Stories |
| 3/5/2014 | 6:42 AM | 3/5/2014 | Qualcomm Boosts Buyback, Raises Dividend By 20% | Dow Jones Top North American Equities Stories |
| 3/6/2014 | 7:30 AM | 3/6/2014 | Press Release: Qualcomm to Provide iBeacon Hardware to Work with the "MLB.com At The Ballpark" App | Dow Jones Institutional News |
| 3/6/2014 | 7:30 AM | 3/6/2014 | Press Release: Tunstall Healthcare and Qualcomm Collaborate for Global Deployment of Innovative Connected Care Services | Dow Jones Institutional News |
| 3/10/2014 | 4:15 PM | 3/11/2014 | Press Release: Derek Aberle Named Qualcomm President | Dow Jones Institutional News |
| 3/10/2014 | 4:22 PM | 3/11/2014 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 3/10/2014 | 4:43 PM | 3/11/2014 | Qualcomm Names Aberle President | Dow Jones Institutional News |
| 3/10/2014 | 4:43 PM | 3/11/2014 | Qualcomm Names Aberle President | Dow Jones Top News & Commentary |
| 3/10/2014 | 5:01 PM | 3/11/2014 | Qualcomm Names Aberle President | Dow Jones Top North American Equities Stories |
| 3/12/2014 | 1:54 PM | 3/12/2014 | CFO DAVIS Acquires 17,672 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 3/20/2014 | 6:06 AM | 3/20/2014 | Broadcom CEO: To Sell Chips Supporting All Chinese Telecom Carriers By Mid-2014 | Dow Jones Newswires German |
| 3/20/2014 | 6:09 AM | 3/20/2014 | Broadcom CEO: To Sell Chips Supporting All Chinese Telecom Carriers By Mid-2014 | Dow Jones Newswires Chinese (English) |
| 3/20/2014 | 6:10 AM | 3/20/2014 | Broadcom CEO: Competition to Sell Chips in China's Smartphone Market 'Fairly Fierce' | Dow Jones Newswires Chinese (English) |
| 3/20/2014 | 6:11 AM | 3/20/2014 | Broadcom CEO: Despite 'Softening' in China Smartphone Demand Market 'Still Good' | Dow Jones Newswires Chinese (English) |
| 3/20/2014 | 8:40 AM | 3/20/2014 | Broadcom Aims to Sell Chips Supporting All Chinese Telecom Carriers | Dow Jones Newswires Chinese (English) |
| 3/20/2014 | 8:42 AM | 3/20/2014 | Broadcom Aims to Sell Chips Supporting All Chinese Telecom Carriers -2- | Dow Jones Newswires Chinese (English) |
| 3/20/2014 | 8:44 AM | 3/20/2014 | Broadcom Aims to Sell Chips Supporting All Chinese Telecom Carriers | Dow Jones Newswires Chinese (English) |
| 3/27/2014 | 10:59 AM | 3/27/2014 | China to Boost Cybersecurity | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 3/27/2014 | 11:29 AM | 3/27/2014 | China to Boost Cybersecurity -2- | Dow Jones Newswires Chinese (English) |
| 3/28/2014 | 7:00 AM | 3/28/2014 | *Tessera Technologies Ends Litigation Against Qualcomm | Dow Jones Institutional News |
| 3/28/2014 | 7:16 AM | 3/28/2014 | Press Release: Tessera Technologies Ends Litigation Against Qualcomm | Dow Jones Institutional News |
| 3/28/2014 | 7:49 AM | 3/28/2014 | Tessera Ends Long-Running Litigation Against Qualcomm | Dow Jones Institutional News |
| 3/28/2014 | 7:49 AM | 3/28/2014 | Tessera Ends Long-Running Litigation Against Qualcomm | Dow Jones Top News & Commentary |
| 3/31/2014 | 8:46 AM | 3/31/2014 | Parallax Capital Partners and StepStone Group to Acquire DivX | Dow Jones Newswires German |
| 3/31/2014 | 9:00 AM | 3/31/2014 | Press Release: Intrinsyc Announces Availability of Mobile Development Platform Based on a Qualcomm(R) Snapdragon(TM) 805 Ultra HD Processor | Dow Jones Institutional News |
| 4/3/2014 | 7:30 AM | 4/3/2014 | Press Release: Qualcomm Innovates to Optimize Spectrum Usage with Revolutionary MU-MIMO for Wi-Fi | Dow Jones Institutional News |
| 4/7/2014 | 7:30 AM | 4/7/2014 | Press Release: Qualcomm Announces "The Ultimate Connected Computing" Next-Generation Snapdragon 810 and 808 Processors | Dow Jones Institutional News |
| 4/7/2014 | 10:28 AM | 4/7/2014 | Qualcomm Boosts High End of Mobile Chip Line | Dow Jones Institutional News |
| 4/7/2014 | 10:28 AM | 4/7/2014 | Qualcomm Boosts High End of Mobile Chip Line | Dow Jones Top News & Commentary |
| 4/7/2014 | 10:35 AM | 4/7/2014 | Qualcomm Boosts High End of Mobile Chip Line | Dow Jones Top North American Equities Stories |
| 4/7/2014 | 10:40 AM | 4/7/2014 | Qualcomm Boosts High End of Mobile Chip Line | Dow Jones Top Global Market Stories |
| 4/8/2014 | 9:00 AM | 4/8/2014 | Press Release: Qualcomm Declares Quarterly Cash Dividend | Dow Jones Institutional News |
| 4/8/2014 | 9:30 AM | 4/8/2014 | Press Release: Qualcomm Incorporated (NASDAQ: QCOM) Second Quarter Fiscal 2014 Earnings Release and Conference Call | Dow Jones Institutional News |
| 4/10/2014 | 5:48 PM | 4/11/2014 | *Qualcomm Started at Strong Buy by ISI Group >QCOM | Dow Jones Institutional News |
| 4/10/2014 | 5:48 PM | 4/11/2014 | Qualcomm Started at Strong Buy by ISI Group >QCOM | Dow Jones Newswires German |
| 4/15/2014 | 12:49 PM | 4/15/2014 | Broadcom, Qualcomm Battle Data Clog in Living Room -- WSJ Blog | Dow Jones Institutional News |
| 4/23/2014 | 3:36 AM | 4/23/2014 | ARM Holdings Posts Higher First-Quarter Profit | Dow Jones Top News & Commentary |
| 4/23/2014 | 4:01 PM | 4/24/2014 | *Qualcomm 2Q Rev $6.37B >QCOM | Dow Jones Institutional News |
| 4/23/2014 | 4:01 PM | 4/24/2014 | Qualcomm 2Q Rev $6.37B >QCOM | Dow Jones Newswires Chinese (English) |
| 4/23/2014 | 4:01 PM | 4/24/2014 | Qualcomm 2Q Rev $6.37B >QCOM | Dow Jones Newswires German |
| 4/23/2014 | 4:19 PM | 4/24/2014 | Qualcomm 2nd-Quarter Profit Rises 5% | Dow Jones Institutional News |
| 4/23/2014 | 4:21 PM | 4/24/2014 | Qualcomm 2nd-Quarter Profit Rises 5% | Dow Jones Top News & Commentary |
| 4/23/2014 | 4:25 PM | 4/24/2014 | Qualcomm 2nd-Quarter Profit Rises 5% | Dow Jones Top Global Market Stories |
| 4/23/2014 | 4:30 PM | 4/24/2014 | Qualcomm 2nd-Quarter Profit Rises 5% | Dow Jones Top North American Equities Stories |
| 4/23/2014 | 4:47 PM | 4/24/2014 | *Qualcomm Discloses Possible SEC Action From Bribery Probe | Dow Jones Institutional News |
| 4/23/2014 | 4:49 PM | 4/24/2014 | Qualcomm Says Bribery Probe Concerns Chinese Companies or Agencies | Dow Jones Newswires Chinese (English) |
| 4/23/2014 | 4:50 PM | 4/24/2014 | Qualcomm Contends It Has Not Violated Bribery Laws | Dow Jones Newswires Chinese (English) |
| 4/23/2014 | 5:28 PM | 4/24/2014 | Qualcomm Discloses Possible SEC Action From Bribery Probe | Dow Jones Top News & Commentary |
| 4/23/2014 | 5:30 PM | 4/24/2014 | Qualcomm Discloses Possible SEC Action From Bribery Probe | Dow Jones Top Global Market Stories |
| 4/23/2014 | 5:30 PM | 4/24/2014 | Qualcomm Discloses Possible SEC Action From Bribery Probe | Dow Jones Top North American Equities Stories |
| 4/23/2014 | 6:41 PM | 4/24/2014 | Qualcomm 2nd-Quarter Profit Rises 5% | Dow Jones Newswires Chinese (English) |
| 4/23/2014 | 7:03 PM | 4/24/2014 | Qualcomm 2nd-Quarter Profit Rises 5% | Dow Jones Newswires Chinese (English) |
| 4/23/2014 | 7:39 PM | 4/24/2014 | Qualcomm Profit Rises, But China Is An Issue | Dow Jones Institutional News |
| 4/23/2014 | 7:51 PM | 4/24/2014 | Qualcomm 2nd-Quarter Profit Rises 5% | Dow Jones Institutional News |
| 4/23/2014 | 8:06 PM | 4/24/2014 | Qualcomm 2nd-Quarter Profit Rises 5% | Dow Jones Institutional News |
| 4/23/2014 | 8:14 PM | 4/24/2014 | Qualcomm Discloses Possible SEC Action From Bribery Probe | Dow Jones Newswires Chinese (English) |
| 4/24/2014 | 8:45 PM | 4/25/2014 | Press Release: Harwood Feffer LLP Announces Investigation of Qualcomm Incorporated | Dow Jones Institutional News |
| 4/30/2014 | 6:00 PM | 5/1/2014 | Press Release: Qualcomm Establishes Retail Solutions Subsidiary as Standalone Company -- Gimbal, Inc. | Dow Jones Institutional News |
| 5/1/2014 | 4:59 PM | 5/2/2014 | *ParkerVision Files Second Patent Infringement Suit Against Qualcomm | Dow Jones Institutional News |
| 5/1/2014 | 4:59 PM | 5/2/2014 | Press Release: ParkerVision Files Second Patent Infringement Suit Against Qualcomm | Dow Jones Institutional News |
| 5/1/2014 | 5:16 PM | 5/2/2014 | Parkervision Files 8K - Other Events >PRKR | Dow Jones Institutional News |
| 5/1/2014 | 5:16 PM | 5/2/2014 | Parkervision Files 8K - Regulation FD >PRKR | Dow Jones Institutional News |
| 5/2/2014 | 7:30 AM | 5/2/2014 | *Court Issues Bench Rulings In ParkerVision's Ongoing Litigation Against Qualcomm | Dow Jones Institutional News |
| 5/2/2014 | 7:36 AM | 5/2/2014 | Press Release: Court Issues Bench Rulings in ParkerVision's Ongoing Litigation Against Qualcomm | Dow Jones Institutional News |
| 5/5/2014 | 7:30 AM | 5/5/2014 | *Qualcomm Elects Harish Manwani To Bd Of Directors | Dow Jones Institutional News |
| 5/5/2014 | 2:19 PM | 5/5/2014 | AMD Broadens Efforts to Exploit ARM Chip Technology | Dow Jones Top News & Commentary |
| 5/5/2014 | 2:24 PM | 5/5/2014 | AMD Broadens Efforts to Exploit ARM Chip Technology | Dow Jones Top North American Equities Stories |
| 5/5/2014 | 2:39 PM | 5/5/2014 | AMD Broadens Efforts to Exploit ARM Chip Technology | Dow Jones Top Global Market Stories |
| 5/5/2014 | 6:39 PM | 5/6/2014 | Another U.S. Banker Departing Barclays | Dow Jones Top Global Market Stories |
| 5/8/2014 | 4:03 PM | 5/9/2014 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 5/8/2014 | 4:07 PM | 5/9/2014 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 5/8/2014 | 7:38 PM | 5/9/2014 | *Qualcomm, Brazilian Partners To Jointly Verify If Manufacturing Technology It Developed Is Viable for Industrial Production of Cellphone Components | Dow Jones Institutional News |
| 5/8/2014 | 8:02 PM | 5/9/2014 | Qualcomm Will Use Brazil as a Platform To Launch New Technology | Dow Jones Institutional News |
| 5/8/2014 | 8:17 PM | 5/9/2014 | Qualcomm Will Use Brazil as a Platform To Launch New Technology | Dow Jones Institutional News |
| 5/13/2014 | 2:09 PM | 5/13/2014 | Feds Charge Qualcomm Managers With Insider Trading | Dow Jones Top News & Commentary |
| 5/13/2014 | 2:19 PM | 5/13/2014 | Feds Charge Qualcomm Managers With Insider Trading | Dow Jones Top North American Equities Stories |
| 5/13/2014 | 2:24 PM | 5/13/2014 | Feds Charge Qualcomm Managers With Insider Trading | Dow Jones Top Global Market Stories |
| 5/14/2014 | 5:52 PM | 5/15/2014 | Cars to Offer 4G Service, Become Mobile WiFi Hotspots | Dow Jones Top News & Commentary |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 5/15/2014 | 9:31 AM | 5/15/2014 | Press Release: Critical Alerts For Citigroup, Linn Energy, MannKind, Canadian Solar, and Qualcomm Released By InvestorsObserver | Dow Jones Institutional News |
| 5/20/2014 | 9:00 AM | 5/20/2014 | Press Release: Qualcomm Adds 3D Reconstruction to Qualcomm(R) Vuforia(TM) Mobile Vision Platform With New Smart Terrain(TM) Feature | Dow Jones Institutional News |
| 5/20/2014 | 9:09 AM | 5/20/2014 | U.S. Tech Firms Could Feel Backlash in China | Dow Jones Top News & Commentary |
| 5/20/2014 | 10:07 AM | 5/20/2014 | U.S. Tech Firms Could Feel Backlash in China After Hacking Indictments | Dow Jones Newswires Chinese (English) |
| 5/20/2014 | 10:30 AM | 5/20/2014 | U.S. Tech Firms Could Feel Backlash in China After Hacking Indictments-2- | Dow Jones Newswires Chinese (English) |
| 5/20/2014 | 10:32 AM | 5/20/2014 | U.S. Tech Firms Could Feel Backlash in China After Hacking Indictments-3- | Dow Jones Newswires Chinese (English) |
| 5/20/2014 | 10:33 AM | 5/20/2014 | U.S. Tech Firms Could Feel Backlash in China After Hacking Indictments-4- | Dow Jones Newswires Chinese (English) |
| 5/20/2014 | 10:50 AM | 5/20/2014 | U.S. Tech Firms Could Feel Backlash in China After Hacking Indictments-5- | Dow Jones Newswires Chinese (English) |
| 5/22/2014 | 2:00 AM | 5/22/2014 | Press Release: Leading Technology Companies Form Open Source Foundation 'prpl' Supporting 'Datacenter to Device' Portability | Dow Jones Institutional News |
| 5/22/2014 | 4:03 AM | 5/22/2014 | DJ QUALCOMM Incorporated, Inst Holders, 1Q 2014 (QCOM) | Dow Jones Institutional News |
| 6/2/2014 | 9:23 AM | 6/2/2014 | Qualcomm, Others Seen Aided By Broadcom's Plan -- Market Talk | Dow Jones Institutional News |
| 6/2/2014 | 9:23 AM | 6/2/2014 | Qualcomm, Others Seen Aided By Broadcom's Plan -- Market Talk | Dow Jones Institutional News |
| 6/10/2014 | 4:30 PM | 6/11/2014 | Press Release: MediSafe Wins Fourth Annual Qualcomm QPrize(TM) Venture Investment Competition | Dow Jones Institutional News |
| 6/11/2014 | 5:51 AM | 6/11/2014 | Press Release: Qualcomm Introduces High-Performance, Cost-Effective Small Cell System-on-Chip for SMB and Neighborhood Access Points for Exp... | Dow Jones Institutional News |
| 6/11/2014 | 7:00 AM | 6/11/2014 | Press Release: Qualcomm Licenses Rambus CryptoManager(TM) Key and Feature Management Security Solution | Dow Jones Institutional News |
| 6/11/2014 | 7:00 AM | 6/11/2014 | Press Release: Rambus Signs Comprehensive License Agreement With Qualcomm | Dow Jones Institutional News |
| 6/11/2014 | 7:18 AM | 6/11/2014 | Rambus Files 8K - Other Events >RMBS | Dow Jones Institutional News |
| 6/11/2014 | 7:32 AM | 6/11/2014 | Rambus In Licensing Pact With Qualcomm | Dow Jones Institutional News |
| 6/11/2014 | 4:35 PM | 6/12/2014 | Press Release: Qualcomm, CH2M HILL and The City of Cincinnati Collaborate on Integrated Water Communications Solutions, A Step in Delivering Smart Cities | Dow Jones Institutional News |
| 6/12/2014 | 6:20 AM | 6/12/2014 | Rambus In Licensing Pact With Qualcomm | Dow Jones Top North American Equities Stories |
| 6/17/2014 | 9:39 AM | 6/17/2014 | Security Software Maker Cyber-Ark Plotting Possible 2014 U.S. IPO - Sources | Dow Jones Newswires German |
| 6/17/2014 | 10:04 AM | 6/17/2014 | Security Software Maker Cyber-Ark Plotting Possible 2014 U.S. IPO | Dow Jones Top North American Equities Stories |
| 6/17/2014 | 10:19 AM | 6/17/2014 | Security Software Maker Cyber-Ark Plotting Possible 2014 U.S. IPO | Dow Jones Top Global Market Stories |
| 6/18/2014 | 8:42 AM | 6/18/2014 | *Qualcomm Started at Equalweight by Morgan Stanley >QCOM | Dow Jones Institutional News |
| 6/18/2014 | 8:42 AM | 6/18/2014 | Qualcomm Started at Equalweight by Morgan Stanley >QCOM | Dow Jones Newswires German |
| 6/18/2014 | 8:43 AM | 6/18/2014 | Qualcomm Started at Equalweight by Morgan Stanley >QCOM | Dow Jones Newswires Chinese (English) |
| 6/18/2014 | 9:30 PM | 6/19/2014 | Press Release: Qualcomm Powers World's First Commercial LTE Advanced Category 6 Smartphone | Dow Jones Institutional News |
| 6/23/2014 | 10:13 AM | 6/23/2014 | *ParkerVision: Received District Court Rulings In Ongoing Litigation Against Qualcomm | Dow Jones Institutional News |
| 6/23/2014 | 10:14 AM | 6/23/2014 | Press Release: ParkerVision Received District Court Rulings in Ongoing Litigation Against Qualcomm | Dow Jones Institutional News |
| 6/23/2014 | 11:42 AM | 6/23/2014 | Parkervision Files 8K - Other Events >PRKR | Dow Jones Institutional News |
| 6/23/2014 | 2:16 PM | 6/23/2014 | Judge Overturns Verdict Against Qualcomm in ParkerVision Dispute | Dow Jones Institutional News |
| 6/30/2014 | 3:39 AM | 6/30/2014 | Next for Chip Makers: Tax and Drugs and M&A | Dow Jones Top Global Market Stories |
| 6/30/2014 | 6:39 AM | 6/30/2014 | Next for Chip Makers: Tax and Drugs and M&A | Dow Jones Top North American Equities Stories |
| 6/30/2014 | 7:30 AM | 6/30/2014 | Press Release: MapR Closes $110 Million Financing Led by Google Capital | Dow Jones Institutional News |
| 6/30/2014 | 9:26 AM | 6/30/2014 | The Daily Startup: Hadoop Fight Heats Up With MapR's $110M Funding -- WSJ Blog | Dow Jones Institutional News |
| 7/1/2014 | 9:30 AM | 7/1/2014 | Press Release: Qualcomm Incorporated (NASDAQ: QCOM) Third Quarter Fiscal 2014 Earnings Release and Conference Call | Dow Jones Institutional News |
| 7/1/2014 | 3:00 PM | 7/1/2014 | *Sonics Announces Patent Non-Assert Agreement With Qualcomm | Dow Jones Institutional News |
| 7/2/2014 | 6:30 PM | 7/3/2014 | Press Release: Qualcomm Bolsters Wi-Fi Leadership with 60 GHz Wireless for Mobile, Computing and Networking | Dow Jones Institutional News |
| 7/2/2014 | 6:31 PM | 7/3/2014 | *Qualcomm Bets on 'WiGig' Technology With Deal for Wilocity | Dow Jones Institutional News |
| 7/2/2014 | 6:49 PM | 7/3/2014 | Qualcomm Bets on 'WiGig' Technology With Deal for Wilocity | Dow Jones Institutional News |
| 7/2/2014 | 6:49 PM | 7/3/2014 | Qualcomm Bets on 'WiGig' With Deal for Wilocity | Dow Jones Top News & Commentary |
| 7/2/2014 | 6:53 PM | 7/3/2014 | Qualcomm Bets on 'WiGig' Technology With Deal for Wilocity | Dow Jones Newswires Chinese (English) |
| 7/2/2014 | 6:54 PM | 7/3/2014 | Qualcomm Bets on "WiGig" Technology With Deal for Wilocity | Dow Jones Top Global Market Stories |
| 7/2/2014 | 7:17 PM | 7/3/2014 | Qualcomm Bets on 'WiGig' Technology With Deal for Wilocity | Dow Jones Newswires Chinese (English) |
| 7/3/2014 | 4:32 AM | 7/3/2014 | *SMIC, Qualcomm Collaborate on 28nm Wafer Production in China | Dow Jones Institutional News |
| 7/3/2014 | 4:34 AM | 7/3/2014 | SMIC, Qualcomm Collaborate on 28nm Wafer Production in China | Dow Jones Newswires Chinese (English) |
| 7/8/2014 | 7:30 AM | 7/8/2014 | Press Release: Qualcomm Announces First Large-Scale Commercial VoLTE Launch in Japan | Dow Jones Institutional News |
| 7/8/2014 | 8:07 AM | 7/8/2014 | Press Release: RetailNext Secures $30 Million in Growth Equity Financing | Dow Jones Institutional News |
| 7/12/2014 | 12:09 AM | 7/14/2014 | CEO Spotlight: Behind The Scenes In Wireless -- Barron's | Dow Jones Institutional News |
| 7/16/2014 | 11:50 PM | 7/17/2014 | TSMC Falls 4.6%, May Lose Market Share to Samsung -- Market Talk | Dow Jones Institutional News |
| 7/18/2014 | 7:32 AM | 7/18/2014 | Press Release: Workspot Secures $6.5M in Series A Funding From Helion Ventures, Translink Capital and Qualcomm | Dow Jones Institutional News |
| 7/18/2014 | 9:00 AM | 7/18/2014 | Press Release: Qualcomm Declares Quarterly Cash Dividend | Dow Jones Institutional News |
| 7/19/2014 | 12:04 AM | 7/21/2014 | Asian Trader: Cashing In The Chips On TSMC -- Barron's | Dow Jones Institutional News |
| 7/21/2014 | 9:08 AM | 7/21/2014 | Press Release: Intrinsyc Appoints Technology Veteran to Chief Technology Officer and VP of Manufacturing | Dow Jones Institutional News |
| 7/21/2014 | 3:48 PM | 7/21/2014 | *Former Senior Qualcomm Exec Pleads Guily to Insider Trading, DOJ Says | Dow Jones Institutional News |
| 7/21/2014 | 4:25 PM | 7/22/2014 | Former Qualcomm Executive Pleads Guilty in Insider Trading Scheme | Dow Jones Top News & Commentary |
| 7/21/2014 | 5:02 PM | 7/22/2014 | Texas Instruments Revenue Increases 8%, Gross Margin Rises | Dow Jones Top News & Commentary |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 7/21/2014 | 7:12 PM | 7/22/2014 | Former Qualcomm Executive Pleads Guilty in Insider Trading Scheme -- Update | Dow Jones Institutional News |
| 7/21/2014 | 10:18 PM | 7/22/2014 | Former Qualcomm Executive Pleads Guilty in Insider Trading Scheme | Dow Jones Top Global Market Stories |
| 7/22/2014 | 6:18 AM | 7/22/2014 | Former Qualcomm Executive Pleads Guilty in Insider Trading Scheme | Dow Jones Top North American Equities Stories |
| 7/22/2014 | 8:00 AM | 7/22/2014 | Press Release: I.D. Systems Appoints Former Qualcomm VP, Norman Ellis, as Chief Operating Officer | Dow Jones Institutional News |
| 7/23/2014 | 8:45 AM | 7/23/2014 | *Qualcomm Raised to Outperform From Mkt Perform by Northland Securities >QCOM | Dow Jones Institutional News |
| 7/23/2014 | 8:45 AM | 7/23/2014 | Qualcomm Raised to Outperform From Mkt Perform by Northland Securities >QCOM | Dow Jones Newswires German |
| 7/23/2014 | 8:46 AM | 7/23/2014 | Qualcomm Raised to Outperform From Mkt Perform by Northland Securities >QCOM | Dow Jones Newswires Chinese (English) |
| 7/23/2014 | 4:01 PM | 7/24/2014 | *Qualcomm 3Q Rev $6.81B >QCOM | Dow Jones Institutional News |
| 7/23/2014 | 4:01 PM | 7/24/2014 | Qualcomm 3Q Rev $6.81B >QCOM | Dow Jones Newswires Chinese (English) |
| 7/23/2014 | 4:01 PM | 7/24/2014 | Qualcomm 3Q Rev $6.81B >QCOM | Dow Jones Newswires German |
| 7/23/2014 | 4:34 PM | 7/24/2014 | Qualcomm Profit Rises, Company Notes 'Challenges' in China | Dow Jones Institutional News |
| 7/23/2014 | 4:43 PM | 7/24/2014 | Qualcomm Profit Rises, Company Notes 'Challenges' in China | Dow Jones Top Global Market Stories |
| 7/23/2014 | 4:43 PM | 7/24/2014 | Qualcomm Profit Rises, Company Notes 'Challenges' in China | Dow Jones Top North American Equities Stories |
| 7/23/2014 | 6:04 PM | 7/24/2014 | Qualcomm Profit Rises, Company Notes 'Challenges' in China--Update | Dow Jones Institutional News |
| 7/23/2014 | 6:34 PM | 7/24/2014 | Qualcomm Profit Rises, Company Notes 'Challenges' in China | Dow Jones Newswires Chinese (English) |
| 7/23/2014 | 8:02 PM | 7/24/2014 | Qualcomm Profit Rises, Company Notes 'Challenges' in China--2nd Update | Dow Jones Institutional News |
| 7/24/2014 | 2:00 AM | 7/24/2014 | News Highlights: Top Equities Stories of the Day | Dow Jones Institutional News |
| 7/24/2014 | 2:23 AM | 7/24/2014 | *Qualcomm Commits Up To $150 Million To Strategic Venture Fund In China | Dow Jones Institutional News |
| 7/24/2014 | 7:43 AM | 7/24/2014 | *Qualcomm Cut to Neutral From Positive by Susquehanna >QCOM | Dow Jones Institutional News |
| 7/24/2014 | 7:43 AM | 7/24/2014 | Qualcomm Cut to Neutral From Positive by Susquehanna >QCOM | Dow Jones Newswires German |
| 7/24/2014 | 7:44 AM | 7/24/2014 | Qualcomm Cut to Neutral From Positive by Susquehanna >QCOM | Dow Jones Newswires Chinese (English) |
| 7/24/2014 | 2:15 PM | 7/24/2014 | Broader License Concerns Loom for Qualcomm? -- Market Talk | Dow Jones Institutional News |
| 7/24/2014 | 2:15 PM | 7/24/2014 | Broader License Concerns Loom for Qualcomm? -- Market Talk | Dow Jones Institutional News |
| 7/24/2014 | 2:50 PM | 7/24/2014 | Qualcomm's China Hang-Ups -- Heard on the Street | Dow Jones Institutional News |
| 7/24/2014 | 7:52 PM | 7/25/2014 | Qualcomm Forms Venture Fund -- Market Talk | Dow Jones Institutional News |
| 7/24/2014 | 7:53 PM | 7/25/2014 | Qualcomm Forms Venture Fund -- Market Talk | Dow Jones Institutional News |
| 7/24/2014 | 8:27 PM | 7/25/2014 | Overcoming Qualcomm's China Hang-Ups -- Heard On The Street | Dow Jones Institutional News |
| 7/25/2014 | 6:28 AM | 7/25/2014 | Qualcomm's China Hang-Ups | Dow Jones Top North American Equities Stories |
| 7/25/2014 | 9:27 AM | 7/25/2014 | The Daily Startup: Qualcomm to Invest $150M in China Startups -- WSJ Blog | Dow Jones Institutional News |
| 7/25/2014 | 3:23 PM | 7/25/2014 | Qualcomm's China Hang-Ups | Dow Jones Top Global Market Stories |
| 7/29/2014 | 2:21 PM | 7/29/2014 | Microsoft, the 'Guardian Warriors' and China's Cybersecurity Fears -- WSJ Blog | Dow Jones Institutional News |
| 7/29/2014 | 10:01 PM | 7/30/2014 | Microsoft, the 'Guardian Warriors' and China's Cybersecurity Fears -- WS | Dow Jones Newswires Chinese (English) |
| 7/29/2014 | 10:02 PM | 7/30/2014 | Microsoft, the 'Guardian Warriors' and China's Cybersecurity Fears -- WS | Dow Jones Newswires Chinese (English) |
| 7/29/2014 | 10:02 PM | 7/30/2014 | Microsoft, the 'Guardian Warriors' and China's Cybersecurity Fears -- WS | Dow Jones Newswires Chinese (English) |
| 7/30/2014 | 7:30 AM | 7/30/2014 | *Qualcomm Further Enhances Commitment To 24/7 Mobile Learning With Acquisition Of Silicon Valley-Based Learning Technology Company EmpoweredU >QCOM | Dow Jones Institutional News |
| 7/30/2014 | 7:30 AM | 7/30/2014 | Qualcomm Further Enhances Commitment To 24/7 Mobile Learning With Acquisition Of Silicon Valley-Based Learning Technology Company EmpoweredU >QCOM | Dow Jones Newswires German |
| 7/31/2014 | 2:08 PM | 7/31/2014 | Smartphones Become Next Frontier in Cybersecurity | Dow Jones Top North American Equities Stories |
| 7/31/2014 | 3:17 PM | 7/31/2014 | Qualcomm Bulls Leaving the Ring -- Market Talk | Dow Jones Institutional News |
| 7/31/2014 | 4:20 PM | 8/1/2014 | Qualcomm Bulls Leaving the Ring -- WSJ Blog | Dow Jones Institutional News |
| 7/31/2014 | 10:33 PM | 8/1/2014 | Smartphones Become Next Frontier in Cybersecurity | Dow Jones Top Global Market Stories |
| 7/31/2014 | 10:57 PM | 8/1/2014 | Smartphones Become Next Frontier in Cybersecurity | Dow Jones Newswires Chinese (English) |
| 7/31/2014 | 10:58 PM | 8/1/2014 | Smartphones Become Next Frontier in Cybersecurity -2- | Dow Jones Newswires Chinese (English) |
| 7/31/2014 | 11:07 PM | 8/1/2014 | U.S. Firms Wary About China's Free-Market Claims | Dow Jones Newswires Chinese (English) |
| 7/31/2014 | 11:08 PM | 8/1/2014 | U.S. Firms Wary About China's Free-Market Claims -2- | Dow Jones Newswires Chinese (English) |
| 7/31/2014 | 11:10 PM | 8/1/2014 | U.S. Firms Wary About China's Free-Market Claims -3- | Dow Jones Newswires Chinese (English) |
| 8/4/2014 | 8:21 AM | 8/4/2014 | China Using Antimonopoly Law to Pressure Foreign Businesses | Dow Jones Institutional News |
| 8/4/2014 | 8:21 AM | 8/4/2014 | China Using Antimonopoly Law to Pressure Foreign Firms | Dow Jones Top News & Commentary |
| 8/4/2014 | 9:55 AM | 8/4/2014 | China Using Antimonopoly Law to Pressure Foreign Businesses | Dow Jones Newswires Chinese (English) |
| 8/4/2014 | 9:57 AM | 8/4/2014 | China Using Antimonopoly Law to Pressure Foreign Businesses -2- | Dow Jones Newswires Chinese (English) |
| 8/4/2014 | 9:57 AM | 8/4/2014 | China Using Antimonopoly Law to Pressure Foreign Businesses -3- | Dow Jones Newswires Chinese (English) |
| 8/4/2014 | 9:57 AM | 8/4/2014 | China Using Antimonopoly Law to Pressure Foreign Businesses -4- | Dow Jones Newswires Chinese (English) |
| 8/5/2014 | 3:03 AM | 8/5/2014 | China Using Antimonopoly Law to Pressure Foreign Businesses | Dow Jones Top Global Market Stories |
| 8/5/2014 | 6:43 AM | 8/5/2014 | China Using Antimonopoly Law to Pressure Foreign Businesses | Dow Jones Top North American Equities Stories |
| 8/5/2014 | 2:59 PM | 8/5/2014 | Nadella Taps Qualcomm's Peggy Johnson for Senior Executive Role -- WSJ Blog | Dow Jones Institutional News |
| 8/6/2014 | 8:30 AM | 8/6/2014 | Press Release: Iconic Watch Brand Timex Introduces Innovative Smartwatch | Dow Jones Institutional News |
| 8/6/2014 | 10:42 AM | 8/6/2014 | Beijing Tightens Grip On US Tech Firms: Gainers And Losers -- Barron's Blog | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 8/7/2014 | 11:14 PM | 8/8/2014 | IBM Unveils Chip Simulating Brain Functions | Dow Jones Newswires Chinese (English) |
| 8/8/2014 | 3:13 AM | 8/8/2014 | IBM Unveils Chip Simulating Brain Functions | Dow Jones Top Global Market Stories |
| 8/8/2014 | 6:33 AM | 8/8/2014 | IBM Unveils Chip Simulating Brain Functions | Dow Jones Top North American Equities Stories |
| 8/12/2014 | 4:43 AM | 8/12/2014 | Korea's Pantech Files for Court Receivership -- Update | Dow Jones Institutional News |
| 8/12/2014 | 7:30 AM | 8/12/2014 | Press Release: Qualcomm announces new connected health collaborations at Connect 2014 | Dow Jones Institutional News |
| 8/12/2014 | 9:00 AM | 8/12/2014 | *360fly Closes $17.8M In Series B Round Funding With Qualcomm As Latest Investor | Dow Jones Institutional News |
| 8/13/2014 | 8:18 AM | 8/13/2014 | EU Urges China to Ease Pressure on Foreign Firms | Dow Jones Top News & Commentary |
| 8/13/2014 | 11:43 PM | 8/14/2014 | EU Urges China to Ease Pressure on Foreign Firms -- Update | Dow Jones Newswires Chinese (English) |
| 8/14/2014 | 1:12 AM | 8/14/2014 | EU Urges China to Ease Pressure on Foreign Firms | Dow Jones Top Global Market Stories |
| 8/14/2014 | 6:37 AM | 8/14/2014 | EU Urges China to Ease Pressure on Foreign Firms | Dow Jones Top North American Equities Stories |
| 8/14/2014 | 9:12 AM | 8/14/2014 | Antitrust Adviser's Relationship to Qualcomm Comes Under Scrutiny | Dow Jones Institutional News |
| 8/14/2014 | 9:26 AM | 8/14/2014 | Antitrust Adviser's Relationship to Qualcomm Comes Under Scrutiny | Dow Jones Top North American Equities Stories |
| 8/14/2014 | 9:27 AM | 8/14/2014 | Antitrust Adviser's Relationship to Qualcomm Comes Under Scrutiny | Dow Jones Top Global Market Stories |
| 8/14/2014 | 10:18 AM | 8/14/2014 | Antitrust Adviser's Relationship to Qualcomm Comes Under Scrutiny | Dow Jones Newswires Chinese (English) |
| 8/14/2014 | 10:19 AM | 8/14/2014 | Antitrust Adviser's Relationship to Qualcomm Comes Under Scrutiny -2- | Dow Jones Newswires Chinese (English) |
| 8/14/2014 | 10:22 AM | 8/14/2014 | Antitrust Adviser's Relationship to Qualcomm Comes Under Scrutiny -3- | Dow Jones Newswires Chinese (English) |
| 8/14/2014 | 3:44 PM | 8/14/2014 | Antitrust Adviser's Relationship to Qualcomm Comes Under Scrutiny - Update | Dow Jones Institutional News |
| 8/14/2014 | 3:44 PM | 8/14/2014 | Qualcomm Case Sparks Debate in China | Dow Jones Top News & Commentary |
| 8/14/2014 | 9:59 PM | 8/15/2014 | Antitrust Adviser's Relationship to Qualcomm Comes Under Scrutiny - Update | Dow Jones Newswires Chinese (English) |
| 8/18/2014 | 1:07 AM | 8/18/2014 | Foreign Direct Investment Into China Falls to Lowest Monthly Level in 2 Years -- Update | Dow Jones Newswires Chinese (English) |
| 8/18/2014 | 1:07 AM | 8/18/2014 | Foreign Direct Investment Into China Falls to Lowest Monthly Level in 2 Years -- Update | Dow Jones Newswires Chinese (English) |
| 8/18/2014 | 1:08 AM | 8/18/2014 | Foreign Direct Investment Into China Falls to Lowest Monthly Level in 2 Years -- Update | Dow Jones Newswires Chinese (English) |
| 8/21/2014 | 8:50 PM | 8/22/2014 | Press Release: ParkerVision Names Samsung as Additional Defendant in Patent Infringement Suit | Dow Jones Institutional News |
| 8/22/2014 | 7:05 AM | 8/22/2014 | China Says Qualcomm Is Willing to Resolve Dispute | Dow Jones Institutional News |
| 8/22/2014 | 7:05 AM | 8/22/2014 | China Says Qualcomm Is Willing to Resolve Dispute | Dow Jones Top News & Commentary |
| 8/22/2014 | 7:22 AM | 8/22/2014 | China Says Qualcomm Is Willing to Resolve Dispute | Dow Jones Top Global Market Stories |
| 8/22/2014 | 7:32 AM | 8/22/2014 | China Says Qualcomm Is Willing to Resolve Dispute | Dow Jones Top North American Equities Stories |
| 8/22/2014 | 8:00 AM | 8/22/2014 | China Says Qualcomm Is Willing to Resolve Dispute | Dow Jones Newswires Chinese (English) |
| 8/22/2014 | 8:01 AM | 8/22/2014 | Parkervision Files 8K - Other Events >PRKR | Dow Jones Institutional News |
| 8/22/2014 | 8:01 AM | 8/22/2014 | Parkervision Files 8K - Regulation FD >PRKR | Dow Jones Institutional News |
| 8/23/2014 | 4:07 AM | 8/25/2014 | DJ QUALCOMM Incorporated, Inst Holders, 2Q 2014 (QCOM) | Dow Jones Institutional News |
| 8/27/2014 | 11:26 AM | 8/27/2014 | *Finalist Teams Selected For $10M Qualcomm Tricorder XPRIZE | Dow Jones Institutional News |
| 8/28/2014 | 4:33 PM | 8/29/2014 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 9/1/2014 | 8:23 PM | 9/2/2014 | OSI's Troubles Reflect Broader Perils for Business in China | Dow Jones Newswires Chinese (English) |
| 9/1/2014 | 8:24 PM | 9/2/2014 | OSI's Troubles Reflect Broader Perils for Business in China | Dow Jones Newswires Chinese (English) |
| 9/1/2014 | 8:25 PM | 9/2/2014 | OSI's Troubles Reflect Broader Perils for Business in China -3- | Dow Jones Newswires Chinese (English) |
| 9/1/2014 | 8:25 PM | 9/2/2014 | OSI's Troubles Reflect Broader Perils for Business in China -4- | Dow Jones Newswires Chinese (English) |
| 9/1/2014 | 8:26 PM | 9/2/2014 | OSI's Troubles Reflect Broader Perils for Business in China -5- | Dow Jones Newswires Chinese (English) |
| 9/1/2014 | 11:09 PM | 9/2/2014 | U.S. Firms Feel Less Welcome in China--Survey | Dow Jones Newswires Chinese (English) |
| 9/1/2014 | 11:10 PM | 9/2/2014 | U.S. Firms Feel Less Welcome in China--Survey -2- | Dow Jones Newswires Chinese (English) |
| 9/2/2014 | 12:02 AM | 9/2/2014 | U.S. Firms Feel Less Welcome in China | Dow Jones Top Global Market Stories |
| 9/2/2014 | 6:27 AM | 9/2/2014 | U.S. Firms Feel Less Welcome in China | Dow Jones Top North American Equities Stories |
| 9/2/2014 | 8:41 AM | 9/2/2014 | Omnitracs Agrees to Acquire XRS Corp. for $178 Million | Dow Jones Institutional News |
| 9/2/2014 | 8:41 AM | 9/2/2014 | Omnitracs Agrees to Acquire XRS for $178 Million | Dow Jones Top News & Commentary |
| 9/2/2014 | 1:17 PM | 9/2/2014 | OSI's Case Shows Broader Perils for Business in China | Dow Jones Top North American Equities Stories |
| 9/2/2014 | 3:17 PM | 9/2/2014 | OSI's Case Shows Broader Perils for Business in China | Dow Jones Top Global Market Stories |
| 9/2/2014 | 7:57 PM | 9/3/2014 | Omnitracs Agrees to Acquire XRS Corp. for $178 Million | Dow Jones Top North American Equities Stories |
| 9/4/2014 | 1:00 AM | 9/4/2014 | Press Release: Qualcomm Broadens Support for Developers of Devices and Applications for the Internet of Everything | Dow Jones Institutional News |
| 9/4/2014 | 1:00 AM | 9/4/2014 | Press Release: Qualcomm Expands AllPlay Smart Media Platform Reach, Working with Hardware and Service Companies to Launch New AllPlay-powe... | Dow Jones Institutional News |
| 9/4/2014 | 4:05 PM | 9/5/2014 | Press Release: NVIDIA Files Complaints Against Samsung and Qualcomm for Infringing Its GPU Patents | Dow Jones Institutional News |
| 9/4/2014 | 4:57 PM | 9/5/2014 | Nvidia Sues Samsung and Qualcomm Alleging Patent Infringement | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 9/4/2014 | 5:02 PM | 9/5/2014 | Nvidia Sues Samsung and Qualcomm | Dow Jones Top Global Market Stories |
| 9/4/2014 | 5:02 PM | 9/5/2014 | Nvidia Sues Samsung and Qualcomm | Dow Jones Top North American Equities Stories |
| 9/4/2014 | 7:12 PM | 9/5/2014 | Nvidia Files Complaints Against Samsung and Qualcomm For Infringing Its GPU Patents | Dow Jones Newswires Chinese (English) |
| 9/4/2014 | 7:50 PM | 9/5/2014 | Nvidia Sues Samsung and Qualcomm -- Update | Dow Jones Institutional News |
| 9/4/2014 | 8:17 PM | 9/5/2014 | Nvidia Sues Samsung and Qualcomm | Dow Jones Top Global Market Stories |
| 9/4/2014 | 8:37 PM | 9/5/2014 | Nvidia Sues Samsung and Qualcomm Alleging Patent Infringement | Dow Jones Newswires Chinese (English) |
| 9/4/2014 | 9:08 PM | 9/5/2014 | News Highlights: Top Equities Stories of the Day | Dow Jones Institutional News |
| 9/5/2014 | 6:27 AM | 9/5/2014 | Nvidia Sues Samsung and Qualcomm | Dow Jones Top North American Equities Stories |
| 9/9/2014 | 4:00 PM | 9/10/2014 | Press Release: Qualcomm Extends the Benefits of LTE and Carrier Aggregation to Entry-Level Smartphones and Tablets | Dow Jones Institutional News |
| 9/10/2014 | 6:10 AM | 9/10/2014 | *China, Qualcomm "Should Make Money Together" -- China Internet Regulator | Dow Jones Institutional News |
| 9/10/2014 | 6:52 AM | 9/10/2014 | China Regulator to Qualcomm: 'We Should Make Money Together' | Dow Jones Top News & Commentary |
| 9/10/2014 | 6:57 AM | 9/10/2014 | China, Qualcomm "Should Make Money Together" -- China Internet Regulator | Dow Jones Newswires Chinese (English) |
| 9/10/2014 | 6:59 AM | 9/10/2014 | Foreign Companies In China Should "Protect And Safeguard" Consumers, National Interest -- China Internet Regulator | Dow Jones Newswires Chinese (English) |
| 9/10/2014 | 8:01 AM | 9/10/2014 | China Official Wants Qualcomm to Work with Country -- Market Talk | Dow Jones Institutional News |
| 9/10/2014 | 8:01 AM | 9/10/2014 | China Official Wants Qualcomm to Work with Country -- Market Talk | Dow Jones Institutional News |
| 9/10/2014 | 8:18 AM | 9/10/2014 | China's Top Internet Regulator to Qualcomm: 'We Should Make Money Together' | Dow Jones Top Global Market Stories |
| 9/10/2014 | 8:18 AM | 9/10/2014 | China's Top Internet Regulator to Qualcomm: 'We Should Make Money Together' | Dow Jones Top North American Equities Stories |
| 9/10/2014 | 9:11 AM | 9/10/2014 | China's Top Internet Regulator to Qualcomm: 'We Should Make Money Together&am | Dow Jones Newswires Chinese (English) |
| 9/10/2014 | 9:11 AM | 9/10/2014 | China's Top Internet Regulator to Qualcomm: 'We Should Make Money Together&am | Dow Jones Newswires Chinese (English) |
| 9/10/2014 | 9:12 AM | 9/10/2014 | China's Top Internet Regulator to Qualcomm: 'We Should Make Money Together&am | Dow Jones Newswires Chinese (English) |
| 9/11/2014 | 7:41 AM | 9/11/2014 | China Denies Using Antimonopoly Law to Target Foreign Companies | Dow Jones Top News & Commentary |
| 9/11/2014 | 8:18 AM | 9/11/2014 | China Fines Foreign Auto Makers | Dow Jones Top Global Market Stories |
| 9/11/2014 | 8:00 PM | 9/12/2014 | China Denies Using Antimonopoly Law to Target Foreign Companies | Dow Jones Newswires Chinese (English) |
| 9/11/2014 | 8:01 PM | 9/12/2014 | China Denies Using Antimonopoly Law to Target Foreign Companies -3- | Dow Jones Newswires Chinese (English) |
| 9/13/2014 | 12:09 AM | 9/15/2014 | Asian Trader: Qualcomm Out, MediaTek In -- Barron's | Dow Jones Institutional News |
| 9/14/2014 | 3:08 PM | 9/15/2014 | Micron Sets Sights On Autos, Wearables | Dow Jones Institutional News |
| 9/16/2014 | 5:46 AM | 9/16/2014 | Fall in China FDI Not Linked to Antitrust Probes - Commerce Ministry | Dow Jones Institutional News |
| 9/16/2014 | 9:38 AM | 9/16/2014 | China Foreign Direct Investment at Four-Year Low -- Update | Dow Jones Newswires Chinese (English) |
| 9/16/2014 | 9:42 AM | 9/16/2014 | China Foreign Direct Investment at Four-Year Low -- Update -2- | Dow Jones Newswires Chinese (English) |
| 9/16/2014 | 9:43 AM | 9/16/2014 | China Foreign Direct Investment at Four-Year Low -- Update -3- | Dow Jones Newswires Chinese (English) |
| 9/16/2014 | 6:20 PM | 9/17/2014 | Former Qualcomm Exec Named Head of Google Fiber | Dow Jones Institutional News |
| 9/16/2014 | 9:01 PM | 9/17/2014 | And Now China FDI Takes a Breather | Dow Jones Newswires Chinese (English) |
| 9/16/2014 | 9:02 PM | 9/17/2014 | And Now China FDI Takes a Breather -2- | Dow Jones Newswires Chinese (English) |
| 9/16/2014 | 9:03 PM | 9/17/2014 | And Now China FDI Takes a Breather -3- | Dow Jones Newswires Chinese (English) |
| 9/18/2014 | 1:00 PM | 9/18/2014 | Press Release: Qualcomm Announces General Availability for Mobile Industry's First LTE Broadcast SDK | Dow Jones Institutional News |
| 9/18/2014 | 1:00 PM | 9/18/2014 | Press Release: Qualcomm Announces Vuforia for Digital Eyewear, Powering the Next Generation of Augmented Reality Experiences | Dow Jones Institutional News |
| 9/18/2014 | 5:23 PM | 9/19/2014 | Texas Instruments Boosts Dividend 13% | Dow Jones Top News & Commentary |
| 9/18/2014 | 5:38 PM | 9/19/2014 | Texas Instruments Boosts Dividend 13% | Dow Jones Top Global Market Stories |
| 9/18/2014 | 5:38 PM | 9/19/2014 | Texas Instruments Boosts Dividend 13% | Dow Jones Top North American Equities Stories |
| 9/21/2014 | 4:45 PM | 9/22/2014 | China Keeps Qualcomm on Hold--Heard on the Street | Dow Jones Institutional News |
| 9/22/2014 | 1:36 AM | 9/22/2014 | China Keeps Qualcomm on Hold--Heard on the Street | Dow Jones Newswires Chinese (English) |
| 9/22/2014 | 1:37 AM | 9/22/2014 | China Keeps Qualcomm on Hold--Heard on the Street -2- | Dow Jones Newswires Chinese (English) |
| 9/23/2014 | 2:54 AM | 9/23/2014 | Mediatek: A Competitive Qualcomm, 4G Chipset Price Dips -- Barron's Blog | Dow Jones Institutional News |
| 9/23/2014 | 8:00 AM | 9/23/2014 | Press Release: Industry Veteran Dan Rabinovitsj Joins Ruckus Wireless as Chief Operating Officer | Dow Jones Institutional News |
| 9/23/2014 | 10:15 PM | 9/24/2014 | Qualcomm: China's Anti-Trust Issue Overplayed, Says Nomura -- Barron's Blog | Dow Jones Institutional News |
| 9/25/2014 | 9:59 PM | 9/26/2014 | SMIC: A Big Boost If Intel Buys Spreadtrum, Says Nomura -- Barron's Blog | Dow Jones Institutional News |
| 9/26/2014 | 12:35 AM | 9/26/2014 | UPUDATE SMIC: A Big Boost If Intel Buys Spreadtrum, Says Nomura -- Barron's Blog | Dow Jones Institutional News |
| 9/26/2014 | 12:35 AM | 9/26/2014 | UPUDATE SMIC: A Big Boost If Intel Buys Spreadtrum, Says Nomura -- Barron's Blog | Dow Jones Institutional News |
| 9/30/2014 | 2:24 PM | 9/30/2014 | CFO DAVIS Acquires 5,551 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 10/3/2014 | 11:02 AM | 10/3/2014 | Google Working on Large-Scale Video Displays | Dow Jones Top News & Commentary |
| 10/7/2014 | 4:00 AM | 10/7/2014 | *Ericsson, Singtel and Qualcomm earn FDD/TDD Carrier Aggregation First | Dow Jones Institutional News |
| 10/13/2014 | 11:00 AM | 10/13/2014 | Press Release: Ventev Introduces Qualcomm Quick Charge 2.0 Certified Mobile Chargers | Dow Jones Institutional News |
| 10/14/2014 | 9:51 AM | 10/14/2014 | Israeli VC Fund Plans International Tech Investments | Dow Jones Institutional News |
| 10/15/2014 | 2:21 AM | 10/15/2014 | *CSR PlcQualcomm Reached Pact With The Bd Of Csr Plc | Dow Jones Institutional News |
| 10/15/2014 | 2:23 AM | 10/15/2014 | Qualcomm: Acquisition Values CSR at GBP1.56B | Dow Jones Newswires German |
| 10/15/2014 | 2:30 AM | 10/15/2014 | *Qualcomm To Acquire CSR >QCOM | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 10/15/2014 | 2:30 AM | 10/15/2014 | Qualcomm To Acquire CSR >QCOM | Dow Jones Newswires German |
| 10/15/2014 | 3:03 AM | 10/15/2014 | Qualcomm Pounces On U.K. Chip Maker in $2.5 Billion Deal | Dow Jones Top Global Market Stories |
| 10/15/2014 | 3:07 AM | 10/15/2014 | *CSR Shares Up 33% After Qualcomm Takeover | Dow Jones Institutional News |
| 10/15/2014 | 3:10 AM | 10/15/2014 | Qualcomm Pounces On U.K. Chip Maker | Dow Jones Institutional News |
| 10/15/2014 | 3:25 AM | 10/15/2014 | Qualcomm Pounces On U.K. Chip Maker | Dow Jones Institutional News |
| 10/15/2014 | 3:29 AM | 10/15/2014 | Numis- CSR, Qualcomm Deal Fair and Probably Final -- Market Talk | Dow Jones Institutional News |
| 10/15/2014 | 3:34 AM | 10/15/2014 | CSR a Good Fit for Qualcomm-Jefferies -- Market Talk | Dow Jones Institutional News |
| 10/15/2014 | 3:36 AM | 10/15/2014 | CSR Shares Soar on Qualcomm Offer -- Market Talk | Dow Jones Institutional News |
| 10/15/2014 | 3:36 AM | 10/15/2014 | UK Market Talk Roundup: Shares Gaining | Dow Jones Institutional News |
| 10/15/2014 | 4:21 AM | 10/15/2014 | Qualcomm Pounces On U.K. Chip Maker in $2.5 Billion Deal | Dow Jones Newswires Chinese (English) |
| 10/15/2014 | 5:02 AM | 10/15/2014 | Liberum Analysts Question Qualcomm, CSR Overlap -- Market Talk | Dow Jones Institutional News |
| 10/15/2014 | 5:45 AM | 10/15/2014 | Qualcomm Pounces On U.K. Chip Maker in $2.5 Billion Deal -- Update | Dow Jones Institutional News |
| 10/15/2014 | 6:10 AM | 10/15/2014 | Qualcomm Files 8K - Entry Into Definitive Agreement >QCOM | Dow Jones Institutional News |
| 10/15/2014 | 6:10 AM | 10/15/2014 | Qualcomm Files 8K - Regulation FD >QCOM | Dow Jones Institutional News |
| 10/15/2014 | 6:23 AM | 10/15/2014 | Qualcomm Pounces On U.K. Chip Maker in $2.5 Billion Deal | Dow Jones Top North American Equities Stories |
| 10/15/2014 | 7:30 AM | 10/15/2014 | Press Release: Qualcomm Announces Qualcomm Robotics Accelerator, Powered by Techstars | Dow Jones Institutional News |
| 10/15/2014 | 12:40 PM | 10/15/2014 | Will Qualcomm's CSR Deal Hurt Broadcom? -- Market Talk | Dow Jones Institutional News |
| 10/15/2014 | 12:40 PM | 10/15/2014 | Will Qualcomm's CSR Deal Hurt Broadcom? -- Market Talk | Dow Jones Institutional News |
| 10/16/2014 | 3:07 AM | 10/16/2014 | TSMC Posts Record Profit | Dow Jones Newswires Chinese (English) |
| 10/16/2014 | 9:00 AM | 10/16/2014 | Press Release: Qualcomm Declares Quarterly Cash Dividend | Dow Jones Institutional News |
| 10/16/2014 | 9:30 AM | 10/16/2014 | Press Release: Qualcomm Incorporated (NASDAQ: QCOM) Fourth Quarter and Fiscal 2014 Earnings Release and Conference Call | Dow Jones Institutional News |
| 10/17/2014 | 10:38 AM | 10/17/2014 | South Korea's Pantech Files for Bankruptcy in the U.S. | Dow Jones Top North American Equities Stories |
| 10/17/2014 | 10:39 AM | 10/17/2014 | South Korea's Pantech Files for Bankruptcy in the U.S. | Dow Jones Top Global Market Stories |
| 10/17/2014 | 2:23 PM | 10/17/2014 | South Korea's Pantech Files for Bankruptcy in the U.S. | Dow Jones Top News & Commentary |
| 10/20/2014 | 4:57 PM | 10/21/2014 | Texas Instruments Outlook Tops Analysts' Views | Dow Jones Top News & Commentary |
| 10/21/2014 | 1:59 AM | 10/21/2014 | Press Release: Qualcomm Drives 802.11ac 2.0 Ecosystem to Bring Faster Wi-Fi Connectivity to Home Networks, Mobile Devices and Consumer Electronics | Dow Jones Institutional News |
| 10/22/2014 | 2:00 AM | 10/22/2014 | Press Release: DSP Group Delivers HD Voice and Home Automation Utilizing Qualcomm Internet Processor | Dow Jones Institutional News |
| 10/24/2014 | 2:03 AM | 10/24/2014 | TSMC to Make LG's Smartphone Microprocessor | Dow Jones Top Global Market Stories |
| 10/24/2014 | 3:09 AM | 10/24/2014 | TSMC Chips In to Make LG's Own 'Nuclun' Smartphone Microprocessor | Dow Jones Newswires Chinese (English) |
| 10/24/2014 | 3:10 AM | 10/24/2014 | TSMC Chips In to Make LG's Own 'Nuclun' Smartphone Microprocessor -2- | Dow Jones Newswires Chinese (English) |
| 10/24/2014 | 5:06 AM | 10/24/2014 | China Law Reform Leaves Investors Hanging -- Heard on the Street | Dow Jones Newswires Chinese (English) |
| 10/24/2014 | 5:06 AM | 10/24/2014 | China Law Reform Leaves Investors Hanging -- Heard on the Street -2- | Dow Jones Newswires Chinese (English) |
| 10/24/2014 | 4:03 PM | 10/27/2014 | China Law Reform Leaves Investors Hanging | Dow Jones Top Global Market Stories |
| 10/27/2014 | 9:06 AM | 10/27/2014 | Press Release: InvenSense Announces Addition Of Two New Members To Its Board Of Directors | Dow Jones Institutional News |
| 10/27/2014 | 4:00 PM | 10/28/2014 | Press Release: Dan Rabinovitsj Appointed to QuickLogic's Board of Directors | Dow Jones Institutional News |
| 10/28/2014 | 3:41 PM | 10/28/2014 | TSMC Adds LG To Customer Base | Dow Jones Top News & Commentary |
| 11/5/2014 | 2:44 PM | 11/5/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 2:59 PM | 11/5/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 3:14 PM | 11/5/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 3:29 PM | 11/5/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 3:44 PM | 11/5/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 3:59 PM | 11/5/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 4:01 PM | 11/6/2014 | *Qualcomm 4Q Rev $6.69B >QCOM | Dow Jones Institutional News |
| 11/5/2014 | 4:01 PM | 11/6/2014 | Qualcomm 4Q Rev $6.69B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/5/2014 | 4:01 PM | 11/6/2014 | Qualcomm 4Q Rev $6.69B >QCOM | Dow Jones Newswires German |
| 11/5/2014 | 4:14 PM | 11/6/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 4:29 PM | 11/6/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 4:30 PM | 11/6/2014 | *Qualcomm Discloses FTC Probe Of Business Practices | Dow Jones Institutional News |
| 11/5/2014 | 4:32 PM | 11/6/2014 | *Qualcomm Says FTC Probe Relates to Patent Licensing Practices | Dow Jones Institutional News |
| 11/5/2014 | 4:32 PM | 11/6/2014 | *Qualcomm Says Results Were Hurt by Challenges It Faces in China >QCOM | Dow Jones Institutional News |
| 11/5/2014 | 4:44 PM | 11/6/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 4:52 PM | 11/6/2014 | Qualcomm Profit Rises But China Still Presents Challenges | Dow Jones Institutional News |
| 11/5/2014 | 4:52 PM | 11/6/2014 | Qualcomm Profit Rises But China Still Presents Challenges | Dow Jones Top News & Commentary |
| 11/5/2014 | 4:59 PM | 11/6/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 4:59 PM | 11/6/2014 | Qualcomm Reports Profit Jump But Continued China Woes | Dow Jones Top North American Equities Stories |
| 11/5/2014 | 5:04 PM | 11/6/2014 | Qualcomm Reports Profit Jump But Continued China Woes | Dow Jones Top Global Market Stories |
| 11/5/2014 | 5:11 PM | 11/6/2014 | Qualcomm Reports Profit Jump But Continued China Woes--Update | Dow Jones Institutional News |
| 11/5/2014 | 5:14 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 5:15 PM | 11/6/2014 | Qualcomm Reports Profit Jump But Continued China Woes--Update | Dow Jones Institutional News |
| 11/5/2014 | 5:18 PM | 11/6/2014 | Qualcomm Discloses FTC Probe of Business Practices | Dow Jones Institutional News |
| 11/5/2014 | 5:19 PM | 11/6/2014 | Qualcomm Discloses FTC Probe of Business Practices | Dow Jones Top News & Commentary |
| 11/5/2014 | 5:24 PM | 11/6/2014 | Qualcomm Discloses FTC Investigation | Dow Jones Top Global Market Stories |
| 11/5/2014 | 5:29 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 5:29 PM | 11/6/2014 | Qualcomm Discloses FTC Investigation | Dow Jones Top North American Equities Stories |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 11/5/2014 | 5:30 PM | 11/6/2014 | Qualcomm Discloses FTC Investigation | Dow Jones Institutional News |
| 11/5/2014 | 5:30 PM | 11/6/2014 | Qualcomm Reports Profit Jump But Continued China Woes--Update | Dow Jones Institutional News |
| 11/5/2014 | 5:33 PM | 11/6/2014 | Qualcomm Discloses FTC Probe of Business Practices | Dow Jones Institutional News |
| 11/5/2014 | 5:44 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 5:45 PM | 11/6/2014 | Qualcomm Discloses FTC Investigation | Dow Jones Institutional News |
| 11/5/2014 | 5:59 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 6:14 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 6:29 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 6:44 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 6:50 PM | 11/6/2014 | Qualcomm Profit Rises But China Still Presents Challenges | Dow Jones Newswires Chinese (English) |
| 11/5/2014 | 6:59 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 7:14 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 7:29 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 7:44 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 7:59 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 8:14 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 8:15 PM | 11/6/2014 | Qualcomm Discloses FTC Investigation-3rd Update | Dow Jones Institutional News |
| 11/5/2014 | 8:29 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 8:44 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 8:59 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 9:09 PM | 11/6/2014 | Qualcomm Discloses FTC Investigation | Dow Jones Newswires Chinese (English) |
| 11/5/2014 | 9:09 PM | 11/6/2014 | Qualcomm Discloses FTC Investigation -2- | Dow Jones Newswires Chinese (English) |
| 11/5/2014 | 9:14 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 9:29 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 9:44 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 9:59 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 10:14 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 10:29 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 10:44 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 10:46 PM | 11/6/2014 | MediaTek Dips On Qualcomm Gloomy Talk -- Barron's Blog | Dow Jones Institutional News |
| 11/5/2014 | 10:59 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 11:14 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 11:29 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 11:44 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 11:59 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 12:14 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 12:29 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 12:44 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 12:59 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 1:14 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 1:29 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 1:44 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 1:59 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 2:14 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 2:29 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 2:44 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 2:59 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 3:14 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 3:29 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 3:44 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 3:59 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 4:14 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 4:29 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 4:44 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 4:59 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 5:14 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 5:29 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 5:44 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 5:59 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 6:14 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 6:29 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 7:12 AM | 11/6/2014 | Jiangsu Changjiang Makes Offer for STATS ChipPAC | Dow Jones Top News & Commentary |
| 11/6/2014 | 12:14 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 12:29 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 12:44 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 12:59 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 1:14 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 1:29 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 1:44 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 1:59 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 2:14 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 2:29 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 2:32 PM | 11/6/2014 | Chipping Away at Qualcomm -- Heard on the Street | Dow Jones Institutional News |
| 11/6/2014 | 2:44 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 2:59 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 3:14 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 3:29 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 3:44 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 3:59 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 4:14 PM | 11/7/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 4:29 PM | 11/7/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 4:44 PM | 11/7/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 4:59 PM | 11/7/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 11/6/2014 | 5:04 PM | 11/7/2014 | Nvidia's Third-Quarter Profit Rises 45% | Dow Jones Top News & Commentary |
| 11/6/2014 | 7:44 PM | 11/7/2014 | Jiangsu Changjiang Makes $780 Million Offer for STATS ChipPAC -- Update | Dow Jones Newswires Chinese (English) |
| 11/6/2014 | 7:44 PM | 11/7/2014 | Jiangsu Changjiang Makes $780 Million Offer for STATS ChipPAC -- Update -2- | Dow Jones Newswires Chinese (English) |
| 11/7/2014 | 1:24 AM | 11/7/2014 | Chipping Away at Qualcomm | Dow Jones Top Global Market Stories |
| 11/7/2014 | 6:29 AM | 11/7/2014 | Chipping Away at Qualcomm | Dow Jones Top North American Equities Stories |
| 11/7/2014 | 7:38 AM | 11/7/2014 | Qualcomm Hurt by Loose Chinese Licensing -- Barron's | Dow Jones Institutional News |
| 11/10/2014 | 3:00 AM | 11/10/2014 | Press Release: Qualcomm and The George Institute for Global Health Establish the China Center for mHealth Innovation | Dow Jones Institutional News |
| 11/11/2014 | 9:19 PM | 11/12/2014 | Global Tech Firms Stand to Gain From Tariff Drop | Dow Jones Newswires Chinese (English) |
| 11/11/2014 | 9:20 PM | 11/12/2014 | Global Tech Firms Stand to Gain From Tariff Drop -2- | Dow Jones Newswires Chinese (English) |
| 11/11/2014 | 9:21 PM | 11/12/2014 | Global Tech Firms Stand to Gain From Tariff Drop -3- | Dow Jones Newswires Chinese (English) |
| 11/11/2014 | 9:22 PM | 11/12/2014 | Global Tech Firms Stand to Gain From Tariff Drop -4- | Dow Jones Newswires Chinese (English) |
| 11/11/2014 | 9:22 PM | 11/12/2014 | Global Tech Firms Stand to Gain From Tariff Drop -5- | Dow Jones Newswires Chinese (English) |
| 11/11/2014 | 9:23 PM | 11/12/2014 | Global Tech Firms Stand to Gain From Tariff Drop -6- | Dow Jones Newswires Chinese (English) |
| 11/12/2014 | 2:36 AM | 11/12/2014 | CSR 3Q Revenue Declines, Sees 4Q in Line with Expectations | Dow Jones Institutional News |
| 11/12/2014 | 2:51 AM | 11/12/2014 | CSR 3Q Revenue Declines, Sees 4Q in Line with Expectations | Dow Jones Institutional News |
| 11/12/2014 | 12:58 PM | 11/12/2014 | CEO MOLLENKOPF Acquires 16,765 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 11/14/2014 | 5:00 AM | 11/14/2014 | UTStarcom Appoints New Independent Director to the Board | GlobeNewswire |
| 11/17/2014 | 2:32 AM | 11/17/2014 | Microchip Technology Ends Offer Talks With CSR; No Plans to Make Bid | Dow Jones Institutional News |
| 11/17/2014 | 2:47 AM | 11/17/2014 | Microchip Technology Ends Offer Talks With CSR; No Plans to Make Bid | Dow Jones Institutional News |
| 11/18/2014 | 9:30 AM | 11/18/2014 | Press Release: Qualcomm to Host Analyst Meeting | Dow Jones Institutional News |
| 11/18/2014 | 3:20 PM | 11/18/2014 | Press Release: Qualcomm and Ericsson Complete First Inter-company LTE Category 9 Carrier Aggregation Interoperability Testing | Dow Jones Institutional News |
| 11/19/2014 | 7:30 AM | 11/19/2014 | Press Release: Qualcomm Announces Fifth-Generation LTE Multimode Modem for Download Speeds of Up to 450 Mbps and Next-Generation Envelop... | Dow Jones Institutional News |
| 11/19/2014 | 7:30 AM | 11/19/2014 | Press Release: Qualcomm Commits $500,000 in Scholarship Funds to Leading Chinese Universities | Dow Jones Institutional News |
| 11/19/2014 | 8:27 AM | 11/19/2014 | Nvidia Discloses Patent-Infringement Lawsuit From Samsung | Dow Jones Newswires Chinese (English) |
| 11/19/2014 | 10:00 AM | 11/19/2014 | Press Release: Qualcomm Incorporated (Nasdaq: QCOM) to Ring The Nasdaq Stock Market Opening Bell | Dow Jones Institutional News |
| 11/19/2014 | 10:00 AM | 11/19/2014 | Qualcomm Incorporated (Nasdaq: QCOM) to Ring The Nasdaq Stock Market Opening Bell | GlobeNewswire |
| 11/19/2014 | 10:00 AM | 11/19/2014 | Qualcomm Incorporated (Nasdaq: QCOM) to Ring The Nasdaq Stock Market Opening Bell | GlobeNewswire |
| 11/19/2014 | 11:10 AM | 11/19/2014 | *Qualcomm Discloses Plans to Sell Chips for Servers | Dow Jones Institutional News |
| 11/19/2014 | 12:01 PM | 11/19/2014 | Qualcomm Discloses Plans to Sell Chips for Servers | Dow Jones Institutional News |
| 11/19/2014 | 12:01 PM | 11/19/2014 | Qualcomm Discloses Plans to Sell Chips for Servers | Dow Jones Top News & Commentary |
| 11/19/2014 | 2:23 PM | 11/19/2014 | Qualcomm Discloses Plans to Sell Chips for Servers -- Update | Dow Jones Institutional News |
| 11/19/2014 | 2:34 PM | 11/19/2014 | Qualcomm Discloses Plans to Sell Chips for Servers | Dow Jones Top Global Market Stories |
| 11/19/2014 | 2:34 PM | 11/19/2014 | Qualcomm Discloses Plans to Sell Chips for Servers | Dow Jones Top North American Equities Stories |
| 11/19/2014 | 2:38 PM | 11/19/2014 | Qualcomm Discloses Plans to Sell Chips for Servers -- Update | Dow Jones Institutional News |
| 11/19/2014 | 2:40 PM | 11/19/2014 | Qualcomm Discloses Plans to Sell Chips for Servers | Dow Jones Institutional News |
| 11/19/2014 | 2:55 PM | 11/19/2014 | Qualcomm Discloses Plans to Sell Chips for Servers | Dow Jones Institutional News |
| 11/19/2014 | 9:07 PM | 11/20/2014 | Qualcomm Discloses Plans to Sell Chips for Servers | Dow Jones Newswires Chinese (English) |
| 11/20/2014 | 4:23 AM | 11/20/2014 | *China Premier Li: Qualcomm "Opportunities Will Be Greater Than Challenges" | Dow Jones Institutional News |
| 11/20/2014 | 4:25 AM | 11/20/2014 | China Premier Li: Qualcomm "Opportunities Will Be Greater Than Challenges" | Dow Jones Newswires Chinese (English) |
| 11/20/2014 | 4:27 AM | 11/20/2014 | China Premier Li Praises Qualcomm Support of Earlier China Telecom Push | Dow Jones Newswires Chinese (English) |
| 11/20/2014 | 4:28 AM | 11/20/2014 | Qualcomm Comments Come As Co. Faces China Antimonopoly Investigation | Dow Jones Newswires Chinese (English) |
| 11/20/2014 | 5:34 AM | 11/20/2014 | Chinese Premier Plays Down Qualcomm's Woes | Dow Jones Top News & Commentary |
| 11/20/2014 | 5:42 AM | 11/20/2014 | Chinese Premier Plays Down Qualcomm's Woes | Dow Jones Institutional News |
| 11/20/2014 | 6:03 AM | 11/20/2014 | Chinese Premier Plays Down Qualcomm's Woes | Dow Jones Newswires Chinese (English) |
| 11/20/2014 | 6:39 AM | 11/20/2014 | Chinese Premier Plays Down Qualcomm's Woes | Dow Jones Top North American Equities Stories |
| 11/20/2014 | 8:04 AM | 11/20/2014 | Chinese Premier Plays Down Qualcomm's Woes | Dow Jones Top Global Market Stories |
| 11/20/2014 | 8:10 AM | 11/20/2014 | Chinese Premier Plays Down Qualcomm's Woes | Dow Jones Institutional News |
| 11/20/2014 | 8:25 AM | 11/20/2014 | Chinese Premier Plays Down Qualcomm's Woes | Dow Jones Institutional News |
| 11/20/2014 | 9:00 AM | 11/20/2014 | Press Release: Intrinsyc Announces Development Platforms Featuring New High-Performance 64-bit Qualcomm(R) Snapdragon(TM) 810 Ultra HD Processor | Dow Jones Institutional News |
| 11/20/2014 | 3:55 PM | 11/20/2014 | Foreign Web Firms Get Warmer China Welcome | Dow Jones Institutional News |
| 11/20/2014 | 7:46 PM | 11/21/2014 | Foreign Web Firms Get Warmer China Welcome | Dow Jones Newswires Chinese (English) |
| 11/21/2014 | 6:16 PM | 11/24/2014 | CEO MOLLENKOPF Acquires 13,324 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 11/22/2014 | 12:08 AM | 11/24/2014 | Tech Trader: Investors Prefer Safety To Innovation At Qualcomm And Intel -- Barron's | Dow Jones Institutional News |
| 12/2/2014 | 7:24 AM | 12/2/2014 | China Tax Authorities to Watch Multinationals | Dow Jones Top Global Market Stories |
| 12/2/2014 | 12:03 PM | 12/2/2014 | Qualcomm Loses Exec Known for Software, Wearables | Dow Jones Institutional News |
| 12/2/2014 | 12:03 PM | 12/2/2014 | Qualcomm Loses Exec Known for Software, Wearables | Dow Jones Top News & Commentary |
| 12/2/2014 | 12:09 PM | 12/2/2014 | Qualcomm Loses Exec Known for Software, Wearables | Dow Jones Top North American Equities Stories |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 12/2/2014 | 12:14 PM | 12/2/2014 | Qualcomm Loses Exec Known for Software, Wearables | Dow Jones Top Global Market Stories |
| 12/2/2014 | 4:29 PM | 12/3/2014 | CEO MOLLENKOPF Acquires 32,220 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 12/2/2014 | 5:39 PM | 12/3/2014 | Microchip Technology Bookings, Billings Improved Since Oct. 30 | Dow Jones Top News & Commentary |
| 12/3/2014 | 7:30 AM | 12/3/2014 | Press Release: Qualcomm Delivers 802.11ac Wi-Fi with MU-MIMO and Advanced Network Processing to Address Enterprise BYOD and Other Network Challenges | Dow Jones Institutional News |
| 12/3/2014 | 9:17 PM | 12/4/2014 | How Qualcomm's China Problems Could Hit Xiaomi | Dow Jones Institutional News |
| 12/4/2014 | 12:34 AM | 12/4/2014 | How Qualcomm's China Problems Could Hit Xiaomi | Dow Jones Newswires Chinese (English) |
| 12/4/2014 | 4:55 PM | 12/5/2014 | Press Release: Silicon Image Launches New Subsidiary to Focus on Internet of Everything Services, Qualcomm Participates with Strategic Investment | Dow Jones Institutional News |
| 12/4/2014 | 6:07 PM | 12/5/2014 | Qualcomm Takes 7% Stake in Silicon Image's New Unit | Dow Jones Institutional News |
| 12/4/2014 | 8:39 PM | 12/5/2014 | Qualcomm Takes 7% Stake in Silicon Image's New Unit | Dow Jones Top Global Market Stories |
| 12/4/2014 | 8:40 PM | 12/5/2014 | Qualcomm Takes Stake in Silicon Image Unit | Dow Jones Institutional News |
| 12/4/2014 | 8:55 PM | 12/5/2014 | Qualcomm Takes Stake in Silicon Image Unit | Dow Jones Institutional News |
| 12/5/2014 | 6:29 AM | 12/5/2014 | Qualcomm Takes 7% Stake in Silicon Image's New Unit | Dow Jones Top North American Equities Stories |
| 12/7/2014 | 7:19 PM | 12/8/2014 | Qualcomm Takes 7% Stake in Silicon Image's New Unit | Dow Jones Top North American Equities Stories |
| 12/8/2014 | 7:30 AM | 12/8/2014 | Press Release: Qualcomm announces collaboration with vitaphone e-health solutions to power high-tech, high-touch telehealth and remote monitoring services | Dow Jones Institutional News |
| 12/9/2014 | 1:56 PM | 12/9/2014 | Intel Steps Up Its Push Into Internet of Things | Dow Jones Top News & Commentary |
| 12/9/2014 | 5:51 PM | 12/10/2014 | Intel Steps Up Its Push Into Internet of Things | Dow Jones Newswires Chinese (English) |
| 12/10/2014 | 12:02 AM | 12/10/2014 | Departed Qualcomm Exec Lands at Helium Systems | Dow Jones Institutional News |
| 12/10/2014 | 5:11 PM | 12/11/2014 | *Qualcomm Cuts 600 Workers in Belt-Tightening | Dow Jones Institutional News |
| 12/10/2014 | 5:12 PM | 12/11/2014 | Qualcomm Cuts 600 Workers in Belt-Tightening | Dow Jones Newswires Chinese (English) |
| 12/10/2014 | 5:25 PM | 12/11/2014 | Qualcomm Cuts 600 Workers in Belt Tightening | Dow Jones Newswires Chinese (English) |
| 12/10/2014 | 5:29 PM | 12/11/2014 | Qualcomm Cuts 600 Workers in Belt Tightening | Dow Jones Top Global Market Stories |
| 12/10/2014 | 5:29 PM | 12/11/2014 | Qualcomm Cuts 600 Workers in Belt Tightening | Dow Jones Top North American Equities Stories |
| 12/11/2014 | 7:30 AM | 12/11/2014 | Press Release: Qualcomm Expands LTE Capabilities in Snapdragon 810 to add Category 9 Carrier Aggregation | Dow Jones Institutional News |
| 12/12/2014 | 1:34 AM | 12/12/2014 | *Qualcomm Commits to Investing $40 Million Into Four Chinese Companies, China Walden Venture Investments Fund | Dow Jones Institutional News |
| 12/15/2014 | 4:11 PM | 12/16/2014 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 12/15/2014 | 4:15 PM | 12/16/2014 | *Qualcomm Director Sir Donald Cruickshank Won't Stand for Re-Election in 2016 | Dow Jones Institutional News |
| 12/16/2014 | 9:24 AM | 12/16/2014 | No Impact to Huawei From China Antitrust Probe into Qualcomm-Exec | Dow Jones Newswires Chinese (English) |
| 12/16/2014 | 9:48 AM | 12/16/2014 | Huawei Aiming to Ship More Than 100 Million Smartphones in 2015 | Dow Jones Institutional News |
| 12/16/2014 | 1:19 PM | 12/16/2014 | CEO MOLLENKOPF Acquires 40,059 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 12/16/2014 | 2:51 PM | 12/16/2014 | Huawei Aiming to Ship More Than 100 Million Smartphones in 2015 | Dow Jones Newswires Chinese (English) |
| 12/18/2014 | 3:30 AM | 12/18/2014 | Press Release: SMIC Successfully Produces Qualcomm Snapdragon 410 processor in 28nm Process | Dow Jones Institutional News |
| 12/18/2014 | 3:50 AM | 12/18/2014 | Intel's Mobile Milestone: Two Chips in Lenovo Smartphone | Dow Jones Newswires Chinese (English) |
| 12/18/2014 | 4:37 PM | 12/19/2014 | Press Release: PTAB Issues Mixed Decision on IPR Petitions for Three ParkerVision Patents | Dow Jones Institutional News |
| 12/18/2014 | 4:37 PM | 12/19/2014 | PTAB Issues Mixed Decision on IPR Petitions for Three ParkerVision Patents | GlobeNewswire |
| 12/22/2014 | 1:29 AM | 12/22/2014 | India to Lead Growth of Chinese Smartphones Says CLSA -- Market Talk | Dow Jones Newswires Chinese (English) |
| 12/22/2014 | 3:55 AM | 12/22/2014 | Press Release: Qualcomm, EE and Huawei Successfully Complete LTE Category 9 Carrier Aggregation Interoperability Testing | Dow Jones Institutional News |
| 12/23/2014 | 2:15 AM | 12/23/2014 | China Wants Qualcomm To Lower Patent Fees: Bloomberg -- Barron's Blog | Dow Jones Institutional News |
| 12/26/2014 | 4:35 AM | 12/26/2014 | China Regulator Says Qualcomm Case Could Be Resolved Soon | Dow Jones Institutional News |
| 12/26/2014 | 4:50 AM | 12/26/2014 | China Regulator Says Qualcomm Case Could Be Resolved Soon | Dow Jones Institutional News |
| 12/26/2014 | 5:06 AM | 12/26/2014 | China Regulator Says Qualcomm Case Could Be Resolved Soon | Dow Jones Newswires Chinese (English) |
| 1/5/2015 | 12:01 PM | 1/5/2015 | Press Release: Evolution Of LG's Curved Smartphone Unveiled At CES 2015 | Dow Jones Institutional News |
| 1/5/2015 | 2:18 PM | 1/5/2015 | Press Release: AT&T Digital Life Announces Plans To Integrate Products And Services From Lutron Electronics, Samsung, Qualcomm And LG Electronics | Dow Jones Institutional News |
| 1/5/2015 | 3:54 PM | 1/5/2015 | Qualcomm Offers No Update at CES About China Probe -- Market Talk | Dow Jones Institutional News |
| 1/5/2015 | 3:54 PM | 1/5/2015 | Qualcomm Offers No Update at CES About China Probe -- Market Talk | Dow Jones Institutional News |
| 1/5/2015 | 4:00 PM | 1/6/2015 | *Qualcomm Announces New Connected Health Collaboration With Walgreens | Dow Jones Institutional News |
| 1/5/2015 | 4:00 PM | 1/6/2015 | Press Release: Qualcomm and LIFX Collaborate to Deliver Turnkey, Wi-Fi Based Smart Lighting Platform with AllJoyn Lighting Service Framework | Dow Jones Institutional News |
| 1/5/2015 | 4:00 PM | 1/6/2015 | Press Release: Qualcomm Announces New Hardware and Streaming Audio Service Launches From Around the Globe as AllPlay Smart Media Platform Expansion Continues | Dow Jones Institutional News |
| 1/5/2015 | 4:03 PM | 1/6/2015 | Press Release: Qualcomm announces strategic collaboration with Novartis to optimize global clinical trials | Dow Jones Institutional News |
| 1/5/2015 | 4:03 PM | 1/6/2015 | Press Release: Qualcomm Extends Mobile Computing and Connectivity Product Leadership from the Home to the Road at CES 2015 | Dow Jones Institutional News |
| 1/5/2015 | 4:03 PM | 1/6/2015 | Press Release: Qualcomm Sees Significant Traction in 802.11ac Wi-Fi with MU-MIMO for Home and Enterprise Networks | Dow Jones Institutional News |
| 1/6/2015 | 8:30 AM | 1/6/2015 | Entropic Jump Starts Whole Home Wi-Fi Using MoCA 2.0 Backbone | GlobeNewswire |
| 1/6/2015 | 8:30 AM | 1/6/2015 | Press Release: Entropic Jump Starts Whole Home Wi-Fi Using MoCA 2.0 Backbone | Dow Jones Institutional News |
| 1/7/2015 | 11:02 PM | 1/8/2015 | TSMC: JP Morgan Sees Little Downside From Qualcomm's Snapdragon Delay -- Barron's Blog | Dow Jones Institutional News |
| 1/8/2015 | 1:26 PM | 1/8/2015 | Patent Trial and Appeal Board Denies IPR Petition Aimed at ParkerVision '342 Patent | GlobeNewswire |
| 1/11/2015 | 9:16 PM | 1/12/2015 | TSMC: Key Customer Risk, Maybank Says Sell -- Barron's Blog | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 1/11/2015 | 9:56 PM | 1/12/2015 | DJ | Dow Jones Newswires Chinese (English) |
| 1/11/2015 | 9:57 PM | 1/12/2015 | DJ | Dow Jones Newswires Chinese (English) |
| 1/11/2015 | 10:13 PM | 1/12/2015 | Credit Suisse Downgrades TSMC as Competition Heats Up -- Market Talk | Dow Jones Newswires Chinese (English) |
| 1/12/2015 | 9:30 AM | 1/12/2015 | Press Release: Qualcomm Incorporated (NASDAQ: QCOM) First Quarter Fiscal 2015 Earnings Release and Conference Call | Dow Jones Institutional News |
| 1/14/2015 | 9:00 AM | 1/14/2015 | Press Release: Qualcomm Declares Quarterly Cash Dividend | Dow Jones Institutional News |
| 1/14/2015 | 11:40 AM | 1/14/2015 | Gartner Sees Chip Sales Rising 5.4% In 2015 To $358 Billion | Dow Jones Newswires Chinese (English) |
| 1/14/2015 | 6:33 PM | 1/15/2015 | *OneWeb Secures Funding From Virgin, Qualcomm for Planned Internet Service | Dow Jones Institutional News |
| 1/14/2015 | 6:44 PM | 1/15/2015 | Greg Wyler's OneWeb Satellite-Internet Company Secures Funding | Dow Jones Top Global Market Stories |
| 1/14/2015 | 6:48 PM | 1/15/2015 | Greg Wyler's OneWeb Satellite-Internet Company Secures Funding -- Update | Dow Jones Institutional News |
| 1/15/2015 | 9:02 AM | 1/15/2015 | Internet of Things Spurs Rival Consortia | Dow Jones Institutional News |
| 1/19/2015 | 7:58 PM | 1/20/2015 | Google Nears $1 Billion Investment in SpaceX | Dow Jones Newswires Chinese (English) |
| 1/19/2015 | 8:14 PM | 1/20/2015 | Google Nears $1 Billion Investment in SpaceX | Dow Jones Top Global Market Stories |
| 1/20/2015 | 3:08 AM | 1/20/2015 | DJ QUALCOMM Incorporated, Inst Holders, 4Q 2014 (QCOM) | Dow Jones Institutional News |
| 1/20/2015 | 6:49 AM | 1/20/2015 | Google Nears $1 Billion Investment in SpaceX | Dow Jones Top North American Equities Stories |
| 1/21/2015 | 8:11 AM | 1/21/2015 | *Samsung Said to Drop Qualcomm Chip From Next Galaxy Phone -Bloomberg | Dow Jones Institutional News |
| 1/21/2015 | 8:12 AM | 1/21/2015 | Samsung Said to Drop Qualcomm Chip From Next Galaxy Phone -Bloomberg | Dow Jones Newswires Chinese (English) |
| 1/21/2015 | 8:21 AM | 1/21/2015 | Samsung Said to Drop Qualcomm Chip From Next Galaxy Phone -Bloomberg | Dow Jones Institutional News |
| 1/21/2015 | 8:36 AM | 1/21/2015 | Samsung Said to Drop Qualcomm Chip From Next Galaxy Phone -Bloomberg | Dow Jones Institutional News |
| 1/21/2015 | 1:26 PM | 1/21/2015 | Qualcomm: More Than Just a Galaxy Question -- Heard on the Street | Dow Jones Institutional News |
| 1/21/2015 | 8:02 PM | 1/22/2015 | Qualcomm Faces Galaxy Question -- Heard On The Street | Dow Jones Institutional News |
| 1/22/2015 | 12:44 AM | 1/22/2015 | Qualcomm: More Than Just a Galaxy Question | Dow Jones Top Global Market Stories |
| 1/22/2015 | 6:39 AM | 1/22/2015 | Qualcomm: More Than Just a Galaxy Question | Dow Jones Top North American Equities Stories |
| 1/22/2015 | 2:10 PM | 1/22/2015 | Qualcomm Contends With Overheating Chip Reports | Dow Jones Institutional News |
| 1/22/2015 | 2:10 PM | 1/22/2015 | Qualcomm Contends With Overheating Chip Reports | Dow Jones Top News & Commentary |
| 1/22/2015 | 2:24 PM | 1/22/2015 | Qualcomm Contends With Overheating Chip Reports | Dow Jones Top Global Market Stories |
| 1/22/2015 | 2:25 PM | 1/22/2015 | Qualcomm Contends With Overheating Chip Reports | Dow Jones Institutional News |
| 1/22/2015 | 2:29 PM | 1/22/2015 | Qualcomm Contends With Overheating Chip Reports | Dow Jones Top North American Equities Stories |
| 1/22/2015 | 2:30 PM | 1/22/2015 | Qualcomm Deals With Overheating Chip Reports | Dow Jones Institutional News |
| 1/22/2015 | 2:45 PM | 1/22/2015 | Qualcomm Deals With Overheating Chip Reports | Dow Jones Institutional News |
| 1/22/2015 | 6:46 PM | 1/23/2015 | Qualcomm Contends With Overheating Chip Reports | Dow Jones Top North American Equities Stories |
| 1/22/2015 | 6:48 PM | 1/23/2015 | *Qualcomm Grants More Stock to Retain Top Executives | Dow Jones Institutional News |
| 1/22/2015 | 6:48 PM | 1/23/2015 | Qualcomm: More Than Just a Galaxy Question | Dow Jones Top North American Equities Stories |
| 1/22/2015 | 6:49 PM | 1/23/2015 | Qualcomm Contends With Overheating Chip Reports | Dow Jones Top Global Market Stories |
| 1/22/2015 | 6:50 PM | 1/23/2015 | Qualcomm: More Than Just a Galaxy Question | Dow Jones Top Global Market Stories |
| 1/22/2015 | 7:31 PM | 1/23/2015 | Qualcomm Grants More Stock to Retain Top Executives | Dow Jones Top Global Market Stories |
| 1/22/2015 | 7:40 PM | 1/23/2015 | Google's Wireless Effort Is Led by a Geek's Geek | Dow Jones Institutional News |
| 1/23/2015 | 6:41 AM | 1/23/2015 | Qualcomm Grants More Stock to Retain Top Executives | Dow Jones Top North American Equities Stories |
| 1/23/2015 | 7:22 AM | 1/23/2015 | Qualcomm Contends With Overheating Chip Reports | Dow Jones Newswires Korean (English) |
| 1/27/2015 | 4:02 PM | 1/28/2015 | China's Chip Makers Explained | Dow Jones Institutional News |
| 1/27/2015 | 8:50 PM | 1/28/2015 | China Looks to Prop Up Domestic Chip Makers | Dow Jones Newswires Chinese (English) |
| 1/27/2015 | 8:51 PM | 1/28/2015 | China's Chip Makers Explained | Dow Jones Newswires Chinese (English) |
| 1/28/2015 | 4:02 AM | 1/28/2015 | Samsung Will Beat Back Xiaomi in 2015, Says Jefferies -- Barron's Blog | Dow Jones Newswires Korean (English) |
| 1/28/2015 | 4:01 PM | 1/29/2015 | *Qualcomm 1Q EPS $1.17 >QCOM | Dow Jones Institutional News |
| 1/28/2015 | 4:01 PM | 1/29/2015 | Qualcomm 1Q EPS $1.17 >QCOM | Dow Jones Newswires Chinese (English) |
| 1/28/2015 | 4:01 PM | 1/29/2015 | Qualcomm 1Q EPS $1.17 >QCOM | Dow Jones Newswires German |
| 1/28/2015 | 4:34 PM | 1/29/2015 | Qualcomm Gets Over One Hurdle in China -- Market Talk | Dow Jones Institutional News |
| 1/28/2015 | 4:34 PM | 1/29/2015 | Qualcomm Gets Over One Hurdle in China -- Market Talk | Dow Jones Institutional News |
| 1/28/2015 | 4:36 PM | 1/29/2015 | General Dynamics Tax Rate Benefits From R&D Credit -- Market Talk | Dow Jones Institutional News |
| 1/28/2015 | 4:39 PM | 1/29/2015 | Cullen/Frost Details Energy Loan Exposure -- Market Talk | Dow Jones Institutional News |
| 1/28/2015 | 5:06 PM | 1/29/2015 | Qualcomm Shows Unexpected Growth but Still Cuts Outlook | Dow Jones Institutional News |
| 1/28/2015 | 5:06 PM | 1/29/2015 | Qualcomm Shows Unexpected Growth, Cuts Outlook | Dow Jones Top News & Commentary |
| 1/28/2015 | 5:09 PM | 1/29/2015 | Qualcomm Shows Unexpected Growth but Still Cuts Outlook | Dow Jones Top Global Market Stories |
| 1/28/2015 | 5:09 PM | 1/29/2015 | Qualcomm Shows Unexpected Growth but Still Cuts Outlook | Dow Jones Top North American Equities Stories |
| 1/28/2015 | 5:21 PM | 1/29/2015 | Qualcomm Shows Unexpected Growth but Still Cuts Outlook | Dow Jones Institutional News |
| 1/28/2015 | 5:47 PM | 1/29/2015 | Qualcomm Shows Unexpected Growth but Still Cuts Outlook | Dow Jones Newswires Chinese (English) |
| 1/28/2015 | 6:41 PM | 1/29/2015 | Qualcomm Shows Unexpected Growth but Still Cuts Outlook -- Update | Dow Jones Institutional News |
| 1/28/2015 | 6:56 PM | 1/29/2015 | Qualcomm Shows Unexpected Growth but Still Cuts Outlook -- Update | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date | Time | Effective Date | Headline | News Source |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| 1/28/2015 | 8:26 PM | 1/29/2015 | UMC Q4 Beat On 28nm; TSMC's Client Qualcomm Loses Samsung Business -- Barron's Blog | Dow Jones Institutional News |
| 1/29/2015 | 2:00 AM | 1/29/2015 | Press Release: Roche and Qualcomm Collaborate to Innovate Remote Patient Monitoring | Dow Jones Institutional News |
| 1/29/2015 | 12:51 PM | 1/29/2015 | *Qualcomm Cut to Neutral From Buy by UBS >QCOM | Dow Jones Institutional News |
| 1/29/2015 | 12:51 PM | 1/29/2015 | Qualcomm Cut to Neutral From Buy by UBS >QCOM | Dow Jones Newswires German |
| 1/29/2015 | 12:52 PM | 1/29/2015 | Qualcomm Cut to Neutral From Buy by UBS >QCOM | Dow Jones Newswires Chinese (English) |
| 2/1/2015 | 7:37 PM | 2/2/2015 | Samsung's Own Chips Are Factor In Blow To Qualcomm | Dow Jones Institutional News |
| 2/1/2015 | 7:52 PM | 2/2/2015 | Samsung's Own Chips Are Factor In Blow To Qualcomm | Dow Jones Institutional News |
| 2/1/2015 | 9:43 PM | 2/2/2015 | Samsung's Own Chips Were Factor in Blow to Qualcomm | Dow Jones Institutional News |
| 2/1/2015 | 9:58 PM | 2/2/2015 | Samsung's Own Chips Were Factor in Blow to Qualcomm | Dow Jones Institutional News |
| 2/1/2015 | 10:19 PM | 2/2/2015 | Samsung's Own Chips Were Factor in Blow to Qualcomm | Dow Jones Top Global Market Stories |
| 2/2/2015 | 12:59 AM | 2/2/2015 | Samsung's Own Chips Were Factor in Blow to Qualcomm | Dow Jones Newswires Chinese (English) |
| 2/2/2015 | 6:39 AM | 2/2/2015 | Samsung's Own Chips Were Factor in Blow to Qualcomm | Dow Jones Top Energy Stories |
| 2/2/2015 | 7:30 AM | 2/2/2015 | Press Release: Qualcomm Snapdragon 810 Processor Powers Premium Tier Mobile Experiences of 2015 | Dow Jones Institutional News |
| 2/2/2015 | 11:44 AM | 2/2/2015 | Samsung's Own Chips Were Factor in Blow to Qualcomm | Dow Jones Top North American Equities Stories |
| 2/4/2015 | 7:34 AM | 2/4/2015 | Press Release: Zoom Raises $30M in Series C Funding Led by Emergence Capital | Dow Jones Institutional News |
| 2/8/2015 | 7:49 PM | 2/9/2015 | Patent Holders Fear Weaker Tech Role | Dow Jones Institutional News |
| 2/8/2015 | 8:14 PM | 2/9/2015 | Patent Holders Fear Weaker Technology-Standards Role | Dow Jones Institutional News |
| 2/8/2015 | 10:32 PM | 2/9/2015 | Qualcomm's Loss Is MediaTek's Gain, UBS Ups To Buy -- Barron's Blog | Dow Jones Institutional News |
| 2/9/2015 | 4:01 PM | 2/10/2015 | Press Release: Qualcomm and China's National Development and Reform Commission Reach Resolution | Dow Jones Institutional News |
| 2/9/2015 | 4:01 PM | 2/10/2015 | Qualcomm And China's National Development And Reform Commission Reach Resolution | Dow Jones Newswires German |
| 2/9/2015 | 4:03 PM | 2/10/2015 | Qualcomm And China's National Development And Reform Commission Reach Resolution | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 4:07 PM | 2/10/2015 | Qualcomm: NDRC Accepts Qualcomm's Rectification Plan >QCOM | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 4:12 PM | 2/10/2015 | Qualcomm: Resolution Relates to Investigation of Qualcomm Under China's Anti-Mono | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 4:13 PM | 2/10/2015 | Qualcomm Files 8K - Regulation FD >QCOM | Dow Jones Institutional News |
| 2/9/2015 | 4:14 PM | 2/10/2015 | Qualcomm Won't Pursue Further Legal Proceedings Contesting Findings >QCOM | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 4:15 PM | 2/10/2015 | Qualcomm to Modify Certain Business Practices in China >QCOM | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 4:16 PM | 2/10/2015 | Qualcomm 'Disappointed' With Results of Investigation >QCOM | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 4:17 PM | 2/10/2015 | Qualcomm: NDRC Imposes $975 Million Fine on Qualcomm >QCOM | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 4:42 PM | 2/10/2015 | Qualcomm Agrees To Pay $975 Million To Settle China Probe | Dow Jones Institutional News |
| 2/9/2015 | 4:43 PM | 2/10/2015 | Qualcomm Agrees To Pay $975 Million To Settle China Probe | Dow Jones Top News & Commentary |
| 2/9/2015 | 4:47 PM | 2/10/2015 | Qualcomm Investors See Reason to Smile About China Deal -- Market Talk | Dow Jones Institutional News |
| 2/9/2015 | 4:47 PM | 2/10/2015 | Qualcomm Investors See Reason to Smile About China Deal -- Market Talk | Dow Jones Institutional News |
| 2/9/2015 | 4:53 PM | 2/10/2015 | Aeropostale Loss Not as Bad as Projected -- Market Talk | Dow Jones Institutional News |
| 2/9/2015 | 4:54 PM | 2/10/2015 | Qualcomm's Fine Signals China's Toughened Stance | Dow Jones Top Global Market Stories |
| 2/9/2015 | 4:56 PM | 2/10/2015 | Ansell's Organic Growth Unconvincing, JPMorgan Says -- Market Talk | Dow Jones Institutional News |
| 2/9/2015 | 4:57 PM | 2/10/2015 | Qualcomm Agrees To Pay $975 Million To Settle China Probe | Dow Jones Institutional News |
| 2/9/2015 | 5:09 PM | 2/10/2015 | Qualcomm's Fine Signals China's Toughened Stance | Dow Jones Top North American Equities Stories |
| 2/9/2015 | 5:10 PM | 2/10/2015 | Qualcomm Agrees To Pay $975 Million To Settle China Probe--Update | Dow Jones Institutional News |
| 2/9/2015 | 5:25 PM | 2/10/2015 | Qualcomm Agrees To Pay $975 Million To Settle China Probe--Update | Dow Jones Institutional News |
| 2/9/2015 | 5:47 PM | 2/10/2015 | Qualcomm Agrees To Pay $975 Million To Settle China Probe | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 6:55 PM | 2/10/2015 | Meet the Qualcomm Lawyers | Dow Jones Institutional News |
| 2/9/2015 | 8:00 PM | 2/10/2015 | News Highlights: Top Equities Stories of the Day | Dow Jones Institutional News |
| 2/9/2015 | 8:35 PM | 2/10/2015 | Qualcomm's Fine Signals China's Toughened Stance | Dow Jones Institutional News |
| 2/9/2015 | 8:36 PM | 2/10/2015 | No Good Fortune Here: Qualcomm Faces 8% Fine on China Sales -- Market Talk | Dow Jones Institutional News |
| 2/9/2015 | 8:56 PM | 2/10/2015 | No Good Fortune Here: Qualcomm Faces 8% Fine on China Sales -- Market Talk | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 9:29 PM | 2/10/2015 | Qualcomm Settlement Could Be a 'China Only' Affair -- Market Talk | Dow Jones Institutional News |
| 2/9/2015 | 9:52 PM | 2/10/2015 | Qualcomm Pays Big As It Settles Antimonopoly Case | Dow Jones Institutional News |
| 2/9/2015 | 10:01 PM | 2/10/2015 | News Highlights: Top Equities Stories of the Day | Dow Jones Institutional News |
| 2/9/2015 | 10:08 PM | 2/10/2015 | Qualcomm Settlement Could Be a 'China Only' Affair -- Market Talk | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 10:29 PM | 2/10/2015 | Qualcomm's Fine Signals China's Toughened Stance | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 11:51 PM | 2/10/2015 | *ZTE Welcomes NDRC-Qualcomm Settlement -- Statement | Dow Jones Institutional News |
| 2/9/2015 | 11:52 PM | 2/10/2015 | ZTE Welcomes NDRC-Qualcomm Settlement -- Statement | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 11:53 PM | 2/10/2015 | Qualcomm Settlement Will Have "Significant Influence" on Global Tech Development -- ZTE Statement | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 11:54 PM | 2/10/2015 | ZTE Reaffirms Will Spend 10% of Revenue on R&D | Dow Jones Newswires Chinese (English) |
| 2/10/2015 | 12:33 AM | 2/10/2015 | Qualcomm Pays Big As It Settles Antimonopoly Case | Dow Jones Newswires Chinese (English) |
| 2/10/2015 | 1:14 AM | 2/10/2015 | ZTE Says It Welcomes NDRC-Qualcomm Settlement | Dow Jones Newswires Chinese (English) |
| 2/10/2015 | 2:15 AM | 2/10/2015 | Qualcomm Slapped With $975m Record China Fine | Dow Jones Institutional News |
| 2/10/2015 | 2:20 AM | 2/10/2015 | Qualcomm Pays Big As It Settles Antimonopoly Case | Dow Jones Newswires Chinese (English) |
| 2/10/2015 | 6:00 AM | 2/10/2015 | Qualcomm to Pay $975 Million Antitrust Fine to China | Dow Jones Newswires Korean (English) |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 2/10/2015 | 7:50 AM | 2/10/2015 | Qualcomm Spared Some of Worst Penalities by Chinese Authorities -- Update | Dow Jones Institutional News |
| 2/10/2015 | 8:05 AM | 2/10/2015 | Qualcomm Spared Some of Worst Penalities by Chinese Authorities -- Update | Dow Jones Institutional News |
| 2/10/2015 | 9:09 AM | 2/10/2015 | Qualcomm's Fine Signals China's Toughened Stance | Dow Jones Top Energy Stories |
| 2/10/2015 | 9:12 AM | 2/10/2015 | AM Roundup: Supreme Court Clears the Way for Gay Marriage in Alabama | Dow Jones Institutional News |
| 2/10/2015 | 12:35 PM | 2/10/2015 | Qualcomm's Chinese Slap Could Leave a Mark--Heard on the Street | Dow Jones Institutional News |
| 2/10/2015 | 12:49 PM | 2/10/2015 | Qualcomm's Chinese Slap Could Leave a Mark | Dow Jones Top Energy Stories |
| 2/10/2015 | 1:04 PM | 2/10/2015 | Qualcomm's Chinese Slap Could Leave a Mark | Dow Jones Top Global Market Stories |
| 2/10/2015 | 8:03 PM | 2/11/2015 | Qualcomm's China Slap May Leave A Mark -- Heard On The Street | Dow Jones Institutional News |
| 2/11/2015 | 6:29 AM | 2/11/2015 | Qualcomm's Chinese Slap Could Leave a Mark | Dow Jones Top North American Equities Stories |
| 2/11/2015 | 7:52 AM | 2/11/2015 | U.S. Firms in China See Rising Anti-foreign Sentiment -- 2nd Update | Dow Jones Newswires Chinese (English) |
| 2/11/2015 | 9:23 PM | 2/12/2015 | *South Korea's Fair Trade Commission Says It Is Reviewing Probe Into Qualcomm | Dow Jones Institutional News |
| 2/11/2015 | 9:27 PM | 2/12/2015 | South Korea's Fair Trade Commission Says It Is Reviewing Probe Into Qualcomm | Dow Jones Newswires Chinese (English) |
| 2/11/2015 | 10:24 PM | 2/12/2015 | South Korea's Fair Trade Commission Says It Is Reviewing Probe Into Qualcomm | Dow Jones Newswires Chinese (English) |
| 2/11/2015 | 11:36 PM | 2/12/2015 | South Korea's Fair Trade Commission Considering Qualcomm Probe--Update | Dow Jones Institutional News |
| 2/12/2015 | 12:09 AM | 2/12/2015 | South Korea's Antitrust Agency Considering Qualcomm Probe | Dow Jones Top Global Market Stories |
| 2/12/2015 | 7:29 AM | 2/12/2015 | South Korea's Antitrust Agency Considering Qualcomm Probe | Dow Jones Top North American Equities Stories |
| 2/12/2015 | 3:04 PM | 2/12/2015 | South Korea's Fair Trade Commission Considering Qualcomm Probe | Dow Jones Top News & Commentary |
| 2/12/2015 | 3:04 PM | 2/12/2015 | South Korea's Fair Trade Commission Considering Qualcomm Probe-- 2nd Update | Dow Jones Institutional News |
| 2/18/2015 | 7:30 AM | 2/18/2015 | Press Release: Qualcomm Introduces Next Generation Snapdragon 600 and 400 Tier Processors for High Performance, High-Volume Smartphones with Advanced LTE | Dow Jones Institutional News |
| 2/18/2015 | 10:45 AM | 2/18/2015 | New Qualcomm Chips Bode Well for ARM Holdings -- Market Talk | Dow Jones Institutional News |
| 2/18/2015 | 11:35 AM | 2/18/2015 | Qualcomm Adds More 'Snap' to Chip Branding -- Market Talk | Dow Jones Institutional News |
| 2/18/2015 | 11:35 AM | 2/18/2015 | Qualcomm Adds More 'Snap' to Chip Branding -- Market Talk | Dow Jones Institutional News |
| 2/18/2015 | 11:37 AM | 2/18/2015 | US Liquor Sales Surge -- Market Talk | Dow Jones Institutional News |
| 2/18/2015 | 11:39 AM | 2/18/2015 | Job-Changers Triple Wage Growth Vs Workers Who Stay -- Market Talk | Dow Jones Institutional News |
| 2/18/2015 | 5:05 PM | 2/19/2015 | Qualcomm Files 8K - Direct Or Off-Balance Sheet Financial Obligation >QCOM | Dow Jones Institutional News |
| 2/18/2015 | 5:05 PM | 2/19/2015 | Qualcomm Files 8K - Entry Into Definitive Agreement >QCOM | Dow Jones Institutional News |
| 2/26/2015 | 9:30 AM | 2/26/2015 | *Ericsson and Qualcomm Deliver LTE Category 11 Smartphone Experience in Live Demonstration with Telstra | Dow Jones Institutional News |
| 2/26/2015 | 3:03 PM | 2/26/2015 | Press Release: Arrow Offers Embedded Computing Based on Qualcomm Snapdragon Processors | Dow Jones Institutional News |
| 2/26/2015 | 6:48 PM | 2/27/2015 | Qualcomm, Allies Push for New Wireless Standard | Dow Jones Institutional News |
| 3/1/2015 | 10:30 AM | 3/2/2015 | Press Release: Ericsson joins top global players to drive LTE Broadcast at Mobile World Congress 2015 | Dow Jones Institutional News |
| 3/1/2015 | 12:30 PM | 3/2/2015 | For Samsung Profit Picture, Focus on What's Inside Samsung's New Smartphone -- Mobile World Market Talk | Dow Jones Institutional News |
| 3/1/2015 | 12:30 PM | 3/2/2015 | For Samsung Profit Picture, Focus on What's Inside Samsung's New Smartphone -- Mobile World Market Talk | Dow Jones Institutional News |
| 3/2/2015 | 2:00 AM | 3/2/2015 | Press Release: Alcatel-Lucent announces the world's first deployment of its Enterprise Small Cell technology | Dow Jones Institutional News |
| 3/2/2015 | 3:30 AM | 3/2/2015 | Press Release: Qualcomm Drives Future of Automotive Connectivity with New 4G LTE Modems | Dow Jones Institutional News |
| 3/2/2015 | 6:27 AM | 3/2/2015 | Samsung Advances 'Bad Situation' -- Mobile World Market Talk | Dow Jones Institutional News |
| 3/2/2015 | 6:27 AM | 3/2/2015 | Samsung Advances 'Bad Situation' -- Mobile World Market Talk | Dow Jones Institutional News |
| 3/2/2015 | 6:40 AM | 3/2/2015 | PacWest to Bulk Up in Venture-Capital Space -- Market Talk | Dow Jones Institutional News |
| 3/2/2015 | 6:49 AM | 3/2/2015 | US Seen as Pragmatic on Net Neutrality -- Mobile World Market Talk | Dow Jones Institutional News |
| 3/2/2015 | 9:02 AM | 3/2/2015 | Chip Makers Push New Senses for Smartphones--Mobile World | Dow Jones Institutional News |
| 3/2/2015 | 11:09 AM | 3/2/2015 | Chip Makers Push New Senses for Smartphones | Dow Jones Top Energy Stories |
| 3/2/2015 | 11:09 AM | 3/2/2015 | Chip Makers Push New Senses for Smartphones | Dow Jones Top Global Market Stories |
| 3/2/2015 | 11:09 AM | 3/2/2015 | Chip Makers Push New Senses for Smartphones | Dow Jones Top North American Equities Stories |
| 3/2/2015 | 3:29 PM | 3/2/2015 | Freescale Is NXP's Ticket to Ride | Dow Jones Top Energy Stories |
| 3/2/2015 | 3:39 PM | 3/2/2015 | Freescale Is NXP's Ticket to Ride | Dow Jones Top Global Market Stories |
| 3/3/2015 | 6:34 AM | 3/3/2015 | China Names New Head of Antitrust Regulatory Arm | Dow Jones Institutional News |
| 3/3/2015 | 6:44 AM | 3/3/2015 | Freescale Is NXP's Ticket to Ride | Dow Jones Top North American Equities Stories |
| 3/3/2015 | 6:49 AM | 3/3/2015 | China Names New Head of Antitrust Regulatory Arm | Dow Jones Institutional News |
| 3/3/2015 | 9:13 AM | 3/3/2015 | Samsung Bets on Its Chips in Galaxy S6 | Dow Jones Institutional News |
| 3/3/2015 | 9:28 AM | 3/3/2015 | Samsung Bets on Its Chips in Galaxy S6 | Dow Jones Institutional News |
| 3/3/2015 | 9:29 AM | 3/3/2015 | Samsung Bets on Its Chips in Galaxy S6 | Dow Jones Top Energy Stories |
| 3/3/2015 | 9:39 AM | 3/3/2015 | Samsung Bets on Its Chips in Galaxy S6 | Dow Jones Top Global Market Stories |
| 3/3/2015 | 8:26 PM | 3/4/2015 | Samsung Bets on Its Chips in Galaxy S6 | Dow Jones Newswires Chinese (English) |
| 3/4/2015 | 6:34 AM | 3/4/2015 | Samsung Bets on Its Chips in Galaxy S6 | Dow Jones Top North American Equities Stories |
| 3/4/2015 | 7:10 AM | 3/4/2015 | Hurdles for Samsung's Homegrown Exynos Chips | Dow Jones Institutional News |
| 3/5/2015 | 2:42 AM | 3/5/2015 | CSR Swings to 4Q Pretax Profit >CSR.LN | Dow Jones Institutional News |
| 3/5/2015 | 2:57 AM | 3/5/2015 | CSR Swings to 4Q Pretax Profit | Dow Jones Institutional News |
| 3/8/2015 | 9:42 PM | 3/9/2015 | TSMC Has Peaked, Pacific Crest Downs To Sell -- Barron's Blog | Dow Jones Institutional News |
| 3/9/2015 | 4:01 PM | 3/10/2015 | Press Release: Qualcomm Announces Major Increase in Capital Return Program | Dow Jones Institutional News |
| 3/9/2015 | 4:01 PM | 3/10/2015 | Qualcomm Announces Major Increase In Cap Return Program >QCOM | Dow Jones Newswires German |
| 3/9/2015 | 4:25 PM | 3/10/2015 | Qualcomm to Buy Back Shares, Increase Dividend | Dow Jones Institutional News |
| 3/9/2015 | 4:34 PM | 3/10/2015 | Qualcomm to Buy Back Shares, Increase Dividend | Dow Jones Top Global Market Stories |
| 3/9/2015 | 4:34 PM | 3/10/2015 | Qualcomm to Buy Back Shares, Increase Dividend | Dow Jones Top North American Equities Stories |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 3/9/2015 | 4:40 PM | 3/10/2015 | Qualcomm to Buy Back Shares, Increase Dividend | Dow Jones Institutional News |
| 3/9/2015 | 4:42 PM | 3/10/2015 | Qualcomm to Buy Back Shares, Increase Dividend -- Update | Dow Jones Institutional News |
| 3/9/2015 | 4:43 PM | 3/10/2015 | Qualcomm Latest to Jump on Buyback Bandwagon -- Market Talk | Dow Jones Institutional News |
| 3/9/2015 | 4:43 PM | 3/10/2015 | Qualcomm Latest to Jump on Buyback Bandwagon -- Market Talk | Dow Jones Institutional News |
| 3/9/2015 | 4:52 PM | 3/10/2015 | Qualcomm to Buy Back Shares, Increase Dividend | Dow Jones Newswires Chinese (English) |
| 3/9/2015 | 4:57 PM | 3/10/2015 | Qualcomm to Buy Back Shares, Increase Dividend -- Update | Dow Jones Institutional News |
| 3/9/2015 | 5:08 PM | 3/10/2015 | Qualcomm to Buy Back Shares, Increase Dividend -- 2nd Update | Dow Jones Institutional News |
| 3/9/2015 | 5:23 PM | 3/10/2015 | Qualcomm to Buy Back Shares, Increase Dividend -- 2nd Update | Dow Jones Institutional News |
| 3/9/2015 | 5:25 PM | 3/10/2015 | The Wall Street Journal: Qualcomm to buy back shares, increase dividend | Dow Jones Commentary |
| 3/9/2015 | 9:01 PM | 3/10/2015 | News Highlights: Top Equities Stories of the Day | Dow Jones Institutional News |
| 3/10/2015 | 6:04 AM | 3/10/2015 | Qualcomm Files 8K - Direct Or Off-Balance Sheet Financial Obligation >QCOM | Dow Jones Institutional News |
| 3/10/2015 | 9:29 AM | 3/10/2015 | Secretive Bitcoin Startup 21 Reveals Record Funds, Hints At Mass Consumer Play | Dow Jones Top Energy Stories |
| 3/10/2015 | 9:29 AM | 3/10/2015 | Secretive Bitcoin Startup 21 Reveals Record Funds, Hints At Mass Consumer Play | Dow Jones Top North American Financial Services Stories |
| 3/10/2015 | 9:39 AM | 3/10/2015 | Secretive Bitcoin Startup 21 Reveals Record Funds, Hints At Mass Consumer Play | Dow Jones Top Global Market Stories |
| 3/10/2015 | 3:24 PM | 3/10/2015 | Secretive Bitcoin Startup 21 Reveals Record Funds, Hints At Mass Consumer Play | Dow Jones Top North American Equities Stories |
| 3/11/2015 | 4:53 AM | 3/11/2015 | China Looks to Raise Competitiveness in Semiconductor Chips | Dow Jones Newswires Chinese (English) |
| 3/11/2015 | 9:58 AM | 3/11/2015 | Moody's Assigns A1 Issuer Rating And Prime-1 Short Term Rating To Qualcomm Incorporated; Outlook Stable | Dow Jones Institutional News |
| 3/11/2015 | 11:22 AM | 3/11/2015 | *S&P Rates Qualcomm Inc. 'A+'; Otlk Stbl; CP Rated 'A-1+' | Dow Jones Institutional News |
| 3/12/2015 | 7:30 AM | 3/12/2015 | Press Release: Qualcomm Announces New Development Board Based on Snapdragon 410 Processor | Dow Jones Institutional News |
| 3/17/2015 | 4:05 PM | 3/18/2015 | CFO DAVIS Acquires 93 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 3/17/2015 | 4:06 PM | 3/18/2015 | CEO MOLLENKOPF Acquires 299 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 3/18/2015 | 7:30 AM | 3/18/2015 | Press Release: Qualcomm Announces Support of Windows 10 for the DragonBoard 410c Development Platform and Mobile Device Reference Designs | Dow Jones Institutional News |
| 3/18/2015 | 7:31 AM | 3/18/2015 | Qualcomm Announces Support Of Windows 10 | Dow Jones Newswires Chinese (English) |
| 3/19/2015 | 11:40 AM | 3/19/2015 | Bernstein Sees Risk to Qualcomm from Apple-Ericsson Dispute -- Market Talk | Dow Jones Institutional News |
| 3/19/2015 | 11:40 AM | 3/19/2015 | Bernstein Sees Risk to Qualcomm from Apple-Ericsson Dispute -- Market Talk | Dow Jones Institutional News |
| 3/19/2015 | 11:53 AM | 3/19/2015 | US Airline Investors Skittish as 1Q Reports Loom -- Market Talk | Dow Jones Institutional News |
| 3/19/2015 | 11:55 AM | 3/19/2015 | ACA Spawns 90 Companies in Health Transformation Sector -- Market Talk | Dow Jones Institutional News |
| 3/19/2015 | 1:41 PM | 3/19/2015 | Bernstein Sees Risk to Qualcomm from Apple-Ericsson Dispute -- Market Talk | Dow Jones Newswires Chinese (English) |
| 3/19/2015 | 9:56 PM | 3/20/2015 | TSMC, Samsung: The Latest Twist At Apple, Qualcomm -- Barron's Blog | Dow Jones Institutional News |
| 3/23/2015 | 8:29 PM | 3/24/2015 | Android Startup Raises More Funding | Dow Jones Top Global Market Stories |
| 3/25/2015 | 7:30 AM | 3/25/2015 | Press Release: AMC Health and Qualcomm Collaborate to Enhance Connectivity and Virtual Care Coordination for Chronic Care Patients | Dow Jones Institutional News |
| 3/27/2015 | 5:10 AM | 3/27/2015 | TSMC: Where's The Growth? HSBC Downs To Hold -- Barron's Blog | Dow Jones Newswires Korean (English) |
| 3/30/2015 | 3:14 PM | 3/30/2015 | CFO DAVIS Acquires 18,390 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 3/31/2015 | 5:07 AM | 3/31/2015 | Indian Mobile App Distributor Raises $16 Million -- Market Talk | Dow Jones Institutional News |
| 3/31/2015 | 5:07 AM | 3/31/2015 | Indian Mobile App Distributor Raises $16 Million -- Market Talk | Dow Jones Institutional News |
| 3/31/2015 | 8:06 AM | 3/31/2015 | Qualcomm Threat to IQE Hasn't Materialised, Says Edison -- Market Talk | Dow Jones Institutional News |
| 4/2/2015 | 5:17 PM | 4/6/2015 | Press Release: Qualcomm Ventures Doubles Investment Prize Funding and Launches Fifth Annual QPrize Competition | Dow Jones Institutional News |
| 4/3/2015 | 1:14 AM | 4/6/2015 | Samsung Poised to Supply Chips for Apple's Next iPhone | Dow Jones Institutional News |
| 4/3/2015 | 3:05 AM | 4/6/2015 | Samsung Poised to Supply Chips for Apple's Next iPhone | Dow Jones Newswires Chinese (English) |
| 4/3/2015 | 10:57 AM | 4/6/2015 | Another Key Qualcomm Chip Out at Samsung -- Market Talk | Dow Jones Institutional News |
| 4/3/2015 | 10:57 AM | 4/6/2015 | Another Key Qualcomm Chip Out at Samsung -- Market Talk | Dow Jones Institutional News |
| 4/3/2015 | 6:37 PM | 4/6/2015 | Samsung's Chip Choice Is a Mixed Verdict for Qualcomm | Dow Jones Institutional News |
| 4/6/2015 | 8:37 AM | 4/6/2015 | *Qualcomm Cut to Mkt Perform From Outperform by FBR Capital Markets | Dow Jones Institutional News |
| 4/6/2015 | 8:37 AM | 4/6/2015 | Qualcomm Cut to Mkt Perform From Outperform by FBR Capital Markets | Dow Jones Newswires German |
| 4/6/2015 | 8:38 AM | 4/6/2015 | Qualcomm Cut to Mkt Perform From Outperform by FBR Capital Markets | Dow Jones Newswires Chinese (English) |
| 4/6/2015 | 8:59 AM | 4/6/2015 | MW Qualcomm's stock falls after rating, price target cut at FBR | Dow Jones Institutional News |
| 4/6/2015 | 9:30 AM | 4/6/2015 | Press Release: Qualcomm Incorporated (NASDAQ: QCOM) Second Quarter Fiscal 2015 Earnings Release and Conference Call | Dow Jones Institutional News |
| 4/7/2015 | 11:26 AM | 4/7/2015 | Qualcomm at the Galaxy's Edge -- Heard on the Street | Dow Jones Institutional News |
| 4/7/2015 | 11:44 AM | 4/7/2015 | Qualcomm at the Galaxy's Edge | Dow Jones Top Energy Stories |
| 4/7/2015 | 11:49 AM | 4/7/2015 | Qualcomm at the Galaxy's Edge | Dow Jones Top Global Market Stories |
| 4/7/2015 | 1:59 PM | 4/7/2015 | Qualcomm at the Galaxy's Edge | Dow Jones Top North American Equities Stories |
| 4/7/2015 | 7:50 PM | 4/8/2015 | Qualcomm At Edge Of The Galaxy -- Heard On The Street | Dow Jones Institutional News |
| 4/8/2015 | 7:30 AM | 4/8/2015 | *Qualcomm Announces Launch Of HealthyCircles Mobile | Dow Jones Institutional News |
| 4/8/2015 | 9:00 AM | 4/8/2015 | Press Release: Qualcomm Announces Quarterly Cash Dividend | Dow Jones Institutional News |
| 4/8/2015 | 9:36 PM | 4/9/2015 | Taiwan Shares Up, TSMC Gain on Technology Migration -- Market Talk | Dow Jones Institutional News |
| 4/8/2015 | 9:53 PM | 4/9/2015 | Taiwan Shares Up, TSMC Gain on Technology Migration -- Market Talk | Dow Jones Newswires Chinese (English) |
| 4/9/2015 | 7:30 AM | 4/9/2015 | Press Release: Qualcomm Appoints Michelle Sterling to Executive Vice President of Human Resources | Dow Jones Institutional News |
| 4/9/2015 | 9:40 PM | 4/10/2015 | Smartphone Hardware Innovation Has Hit A Wall: Bernstein -- Barron's Blog | Dow Jones Institutional News |
| 4/13/2015 | 12:09 AM | 4/13/2015 | Activist Buys Big Stake in Qualcomm | Dow Jones Institutional News |
| 4/13/2015 | 12:24 AM | 4/13/2015 | Activist Buys Big Stake in Qualcomm | Dow Jones Institutional News |
| 4/13/2015 | 12:49 AM | 4/13/2015 | Activist Buys Big Stake in Qualcomm | Dow Jones Top Global Market Stories |
| 4/13/2015 | 1:23 AM | 4/13/2015 | Activist Buys Big Stake in Qualcomm | Dow Jones Newswires Chinese (English) |
| 4/13/2015 | 4:42 AM | 4/13/2015 | News Highlights: Top M&A Stories Of The Day | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 4/13/2015 | 6:29 AM | 4/13/2015 | Activist Buys Big Stake in Qualcomm | Dow Jones Top North American Equities Stories |
| 4/13/2015 | 7:30 AM | 4/13/2015 | (PMZN) Cerner and Qualcomm Collaborate to Advance Remote Home Health Monitoring | GlobeNewswire |
| 4/13/2015 | 7:30 AM | 4/13/2015 | Press Release: Cerner and Qualcomm Collaborate to Advance Remote Home Health Monitoring | Dow Jones Institutional News |
| 4/13/2015 | 7:30 AM | 4/13/2015 | Press Release: Cerner and Qualcomm Collaborate to Advance Remote Home Health Monitoring | Dow Jones Institutional News |
| 4/13/2015 | 9:30 AM | 4/13/2015 | With Qualcomm, Jana Lays Down Its Biggest Bet -- Market Talk | Dow Jones Institutional News |
| 4/13/2015 | 9:30 AM | 4/13/2015 | With Qualcomm, Jana Lays Down Its Biggest Bet -- Market Talk | Dow Jones Institutional News |
| 4/13/2015 | 12:35 PM | 4/13/2015 | Qualcomm Pressure Comes Amid Chip M&A Boom -- Market Talk | Dow Jones Institutional News |
| 4/13/2015 | 12:35 PM | 4/13/2015 | Qualcomm Pressure Comes Amid Chip M&A Boom -- Market Talk | Dow Jones Institutional News |
| 4/13/2015 | 12:50 PM | 4/13/2015 | *Qualcomm Responds To Statements Made By JANA Partners LLC Responds To Statements Made By | Dow Jones Institutional News |
| 4/13/2015 | 12:53 PM | 4/13/2015 | Qualcomm Responds To Statements Made By JANA Partners LLC Responds To Statements Made By | Dow Jones Newswires Chinese (English) |
| 4/13/2015 | 12:53 PM | 4/13/2015 | Qualcomm: 'Welcomes Input From Our Stockholders' | Dow Jones Newswires Chinese (English) |
| 4/13/2015 | 12:54 PM | 4/13/2015 | Qualcomm: 'Committed To The Ongoing Return Of Capital To Stockholders' | Dow Jones Newswires Chinese (English) |
| 4/13/2015 | 12:54 PM | 4/13/2015 | Qualcomm: 'Our Business Continues To Generate Strong Operating Cash Flows' | Dow Jones Newswires Chinese (English) |
| 4/13/2015 | 2:05 PM | 4/13/2015 | Qualcomm Responds to Activist Investor | Dow Jones Institutional News |
| 4/13/2015 | 2:05 PM | 4/13/2015 | Qualcomm Responds to Activist Investor | Dow Jones Top News & Commentary |
| 4/13/2015 | 2:24 PM | 4/13/2015 | Qualcomm Responds to Activist Investor | Dow Jones Institutional News |
| 4/13/2015 | 3:00 PM | 4/13/2015 | Qualcomm's Bargaining Chips -- Heard on the Street | Dow Jones Institutional News |
| 4/13/2015 | 3:09 PM | 4/13/2015 | Qualcomm's Bargaining Chips | Dow Jones Top Energy Stories |
| 4/13/2015 | 3:19 PM | 4/13/2015 | Qualcomm's Bargaining Chips | Dow Jones Top Global Market Stories |
| 4/13/2015 | 4:17 PM | 4/14/2015 | Breaking Up Qualcomm May Be Hard to Do | Dow Jones Institutional News |
| 4/13/2015 | 4:24 PM | 4/14/2015 | Breaking Up Qualcomm May Be Hard to Do | Dow Jones Top Global Market Stories |
| 4/13/2015 | 4:24 PM | 4/14/2015 | Breaking Up Qualcomm May Be Hard to Do | Dow Jones Top North American Equities Stories |
| 4/13/2015 | 4:32 PM | 4/14/2015 | Breaking Up Qualcomm May Be Hard to Do | Dow Jones Institutional News |
| 4/13/2015 | 7:14 PM | 4/14/2015 | Qualcomm's Profit Driver Is Under Pressure | Dow Jones Institutional News |
| 4/13/2015 | 7:29 PM | 4/14/2015 | Qualcomm's Profit Driver Is Under Pressure | Dow Jones Institutional News |
| 4/13/2015 | 9:18 PM | 4/14/2015 | Breaking Up Qualcomm May Be Hard to Do | Dow Jones Newswires Chinese (English) |
| 4/14/2015 | 5:08 AM | 4/14/2015 | Breaking Up Qualcomm May Be Hard to Do | Dow Jones Newswires Korean (English) |
| 4/14/2015 | 10:34 AM | 4/14/2015 | Qualcomm's Bargaining Chips | Dow Jones Top North American Equities Stories |
| 4/16/2015 | 6:49 AM | 4/16/2015 | TSMC Dims Outlook | Dow Jones Top Global Market Stories |
| 4/20/2015 | 3:06 AM | 4/20/2015 | DJ QUALCOMM Incorporated, Inst Holders, 1Q 2015 (QCOM) | Dow Jones Institutional News |
| 4/20/2015 | 3:32 PM | 4/20/2015 | Qualcomm's Interest in the Microsoft-Motorola Case -- Market Talk | Dow Jones Institutional News |
| 4/20/2015 | 3:32 PM | 4/20/2015 | Qualcomm's Interest in the Microsoft-Motorola Case -- Market Talk | Dow Jones Institutional News |
| 4/20/2015 | 3:35 PM | 4/20/2015 | Fuel Shippers Seek More Pipeline Transparency -- Market Talk | Dow Jones Institutional News |
| 4/20/2015 | 3:43 PM | 4/20/2015 | Morgan Stanley Sees Big M&A Backlog -- Market Talk | Dow Jones Institutional News |
| 4/22/2015 | 4:01 PM | 4/23/2015 | *Qualcomm 2Q EPS 63c >QCOM | Dow Jones Institutional News |
| 4/22/2015 | 4:01 PM | 4/23/2015 | Qualcomm 2Q EPS 63c >QCOM | Dow Jones Newswires Chinese (English) |
| 4/22/2015 | 4:34 PM | 4/23/2015 | Qualcomm Cuts Outlook but Sees China Bounce -- Market Talk | Dow Jones Institutional News |
| 4/22/2015 | 4:34 PM | 4/23/2015 | Qualcomm Cuts Outlook but Sees China Bounce -- Market Talk | Dow Jones Institutional News |
| 4/22/2015 | 4:40 PM | 4/23/2015 | PayPal Overtakes EBay's Marketplace in Sales -- Market Talk | Dow Jones Institutional News |
| 4/22/2015 | 4:47 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China | Dow Jones Institutional News |
| 4/22/2015 | 4:54 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China | Dow Jones Top Global Market Stories |
| 4/22/2015 | 4:54 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China | Dow Jones Top North American Equities Stories |
| 4/22/2015 | 4:55 PM | 4/23/2015 | Qualcomm Keeps Buying Shares as Activist Looms -- Market Talk | Dow Jones Institutional News |
| 4/22/2015 | 4:55 PM | 4/23/2015 | Qualcomm Keeps Buying Shares as Activist Looms -- Market Talk | Dow Jones Institutional News |
| 4/22/2015 | 5:00 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China--1st Update | Dow Jones Institutional News |
| 4/22/2015 | 5:02 PM | 4/23/2015 | *Qualcomm Records NDRC Fine of Approximately $975M as a Charge in 2Q | Dow Jones Institutional News |
| 4/22/2015 | 5:02 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China | Dow Jones Institutional News |
| 4/22/2015 | 5:06 PM | 4/23/2015 | Mattel Plugging Frozen Hole with Super Heroes -- Market Talk | Dow Jones Institutional News |
| 4/22/2015 | 5:07 PM | 4/23/2015 | Qualcomm Sees Profit Decline 29% on Antitrust Fine in China | Dow Jones Top News & Commentary |
| 4/22/2015 | 5:15 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China | Dow Jones Institutional News |
| 4/22/2015 | 5:15 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China--1st Update | Dow Jones Institutional News |
| 4/22/2015 | 5:19 PM | 4/23/2015 | Qualcomm Sees Profit Decline 29% on Antitrust Fine in China | Dow Jones Newswires Chinese (English) |
| 4/22/2015 | 5:30 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China--2nd Update | Dow Jones Institutional News |
| 4/22/2015 | 5:45 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China--2nd Update | Dow Jones Institutional News |
| 4/22/2015 | 5:47 PM | 4/23/2015 | Correction to Qualcomm Earnings Story | Dow Jones Institutional News |
| 4/22/2015 | 5:54 PM | 4/23/2015 | Qualcomm Sees Profit Decline 29% on Antitrust Fine in China | Dow Jones Newswires Chinese (English) |
| 4/22/2015 | 6:15 PM | 4/23/2015 | Qualcomm Keeps Buying Shares as Activist Looms -- Market Talk | Dow Jones Newswires Chinese (English) |
| 4/22/2015 | 6:32 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China--3rd Update | Dow Jones Institutional News |
| 4/22/2015 | 6:47 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China--3rd Update | Dow Jones Institutional News |
| 4/23/2015 | 3:26 AM | 4/23/2015 | *Qualcomm Cut to Neutral From Outperform by Exane BNP Paribas Cut to Neutral From Outperform by | Dow Jones Institutional News |
| 4/23/2015 | 3:27 AM | 4/23/2015 | Qualcomm Cut to Neutral From Outperform by Exane BNP Paribas Cut to Neutral From Outperform by | Dow Jones Newswires Chinese (English) |
| 4/23/2015 | 5:09 AM | 4/23/2015 | Qualcomm Profit Drops 46% on Antitrust Fine in China | Dow Jones Newswires Korean (English) |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 4/23/2015 | 7:18 AM | 4/23/2015 | The Morning Ledger: Tech Gains Push Nasdaq Higher | Dow Jones Institutional News |
| 4/23/2015 | 12:17 PM | 4/23/2015 | *S&PBulletin: Qualcomm Rtgs, Otlk Same On Q1 Results, Rvsd Gdnc | Dow Jones Institutional News |
| 4/23/2015 | 10:30 PM | 4/24/2015 | TSMC: Qualcomm Chipset Pressures, What If There's No 2H Recovery? -- Barron's Blog | Dow Jones Institutional News |
| 4/24/2015 | 5:09 PM | 4/27/2015 | The New Nasdaq Record, Set By a New Nasdaq | Dow Jones Top Energy Stories |
| 4/24/2015 | 5:09 PM | 4/27/2015 | The New Nasdaq Record, Set By a New Nasdaq | Dow Jones Top Global Market Stories |
| 4/25/2015 | 12:08 AM | 4/27/2015 | A Recharge For Qualcomm -- Barron's | Dow Jones Institutional News |
| 4/26/2015 | 7:12 PM | 4/27/2015 | Qualcomm Launches Unit to Help Chinese Smartphone Makers Sell Overseas | Dow Jones Institutional News |
| 4/26/2015 | 8:46 PM | 4/27/2015 | Qualcomm Launches Unit to Help Chinese Smartphone Makers Sell Overseas | Dow Jones Newswires Chinese (English) |
| 4/26/2015 | 9:54 PM | 4/27/2015 | Qualcomm Unit to Help Chinese Smartphone Makers Sell Overseas | Dow Jones Top Global Market Stories |
| 4/27/2015 | 6:30 AM | 4/27/2015 | Qualcomm Unit to Help Chinese Smartphone Makers Sell Overseas | Dow Jones Top Energy Stories |
| 4/27/2015 | 6:49 AM | 4/27/2015 | The New Nasdaq Record, Set By a New Nasdaq | Dow Jones Top North American Equities Stories |
| 4/27/2015 | 9:09 AM | 4/27/2015 | Qualcomm Unit to Help Chinese Smartphone Makers Sell Overseas | Dow Jones Top North American Equities Stories |
| 4/28/2015 | 12:00 AM | 4/28/2015 | Press Release: Qualcomm Drives LTE Advanced Carrier Aggregation Momentum in China with Snapdragon Processors | Dow Jones Institutional News |
| 4/28/2015 | 12:00 PM | 4/28/2015 | Press Release: Qualcomm Snapdragon 808 Processor with X10 LTE Powers New LG G4 Smartphone | Dow Jones Institutional News |
| 4/28/2015 | 2:19 PM | 4/28/2015 | Qualcomm's $950M Seems to Have Arrived At TSMC -- Market Talk | Dow Jones Institutional News |
| 4/28/2015 | 2:19 PM | 4/28/2015 | Qualcomm's $950M Seems to Have Arrived At TSMC -- Market Talk | Dow Jones Institutional News |
| 4/28/2015 | 2:33 PM | 4/28/2015 | Qualcomm's $950M Seems to Have Arrived At TSMC -- Market Talk | Dow Jones Newswires Chinese (English) |
| 4/30/2015 | 4:30 PM | 5/1/2015 | James P. Lederer Elected to Entegris' Board | GlobeNewswire |
| 4/30/2015 | 4:30 PM | 5/1/2015 | Press Release: James P. Lederer Elected to Entegris' Board | Dow Jones Institutional News |
| 5/3/2015 | 9:52 PM | 5/4/2015 | MediaTek Bull Bernstein Downgrades On Dollar Headwinds -- Barron's Blog | Dow Jones Institutional News |
| 5/4/2015 | 10:03 AM | 5/4/2015 | Press Release: Acuity Brands, Inc. Introduces ByteLight Services For Retailers | Dow Jones Institutional News |
| 5/4/2015 | 1:02 PM | 5/4/2015 | Jana: Qualcomm Can Be Next Walgreen Investment -- Market Talk | Dow Jones Institutional News |
| 5/4/2015 | 1:02 PM | 5/4/2015 | Jana: Qualcomm Can Be Next Walgreen Investment -- Market Talk | Dow Jones Institutional News |
| 5/4/2015 | 2:20 PM | 5/4/2015 | Live from Sohn: Jana Defends Activism, Qualcomm -- Barron's Blog | Dow Jones Institutional News |
| 5/5/2015 | 4:44 AM | 5/5/2015 | Xiaomi's Long List of Suppliers for Its Mi 4i Smartphone-- Market Talk | Dow Jones Institutional News |
| 5/5/2015 | 5:06 AM | 5/5/2015 | Xiaomi's Long List of Suppliers for Its Mi 4i Smartphone-- Market Talk | Dow Jones Newswires Chinese (English) |
| 5/5/2015 | 6:06 AM | 5/5/2015 | Xiaomi's Long List of Suppliers for Its Mi 4i Smartphone-- Market Talk | Dow Jones Newswires Chinese (English) |
| 5/5/2015 | 8:43 AM | 5/5/2015 | The Morning Download: Apple, GE Developing Mood Lights That Change Color, Track Customers | Dow Jones Institutional News |
| 5/5/2015 | 12:00 PM | 5/5/2015 | NXP and Qualcomm Collaborate to Accelerate Adoption of NFC and Security in Mobile, Wearable and Internet of Things Devices | GlobeNewswire |
| 5/5/2015 | 12:00 PM | 5/5/2015 | Press Release: NXP and Qualcomm Collaborate to Accelerate Adoption of NFC and Security in Mobile, Wearable and Internet of Things Devices | Dow Jones Institutional News |
| 5/5/2015 | 5:00 PM | 5/6/2015 | Nvidia to Wind Down Icera Modem Operations | Dow Jones Institutional News |
| 5/5/2015 | 5:15 PM | 5/6/2015 | Nvidia to Wind Down Icera Modem Operations | Dow Jones Institutional News |
| 5/5/2015 | 8:23 PM | 5/6/2015 | CFO DAVIS Acquires 8,486 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 5/6/2015 | 5:00 AM | 5/6/2015 | Press Release: Cubic Telecom Secures EUR18 Million Co-Investment from Audi and Qualcomm Inc. | Dow Jones Institutional News |
| 5/7/2015 | 5:35 PM | 5/8/2015 | Nvidia Sees Revenue Below Wall Street View, Boosts Dividend | Dow Jones Top News & Commentary |
| 5/7/2015 | 5:44 PM | 5/8/2015 | Nvidia Sees Revenue Below Wall Street View, Boosts Dividend | Dow Jones Top Global Market Stories |
| 5/7/2015 | 5:44 PM | 5/8/2015 | Nvidia Sees Revenue Below Wall Street View, Boosts Dividend | Dow Jones Top North American Equities Stories |
| 5/7/2015 | 6:20 PM | 5/8/2015 | Nvidia Sees Revenue Below Wall Street View, Boosts Dividend | Dow Jones Newswires Chinese (English) |
| 5/10/2015 | 11:14 PM | 5/11/2015 | Legacy of the 64-Bit Smartphone Chip -- Market Talk | Dow Jones Institutional News |
| 5/10/2015 | 11:28 PM | 5/11/2015 | Apple, Qualcomm Bow to Samsung's Superior Chip Technology -- Market Talk | Dow Jones Institutional News |
| 5/11/2015 | 12:33 AM | 5/11/2015 | Apple, Qualcomm Bow to Samsung's Superior Chip Technology -- Market Talk | Dow Jones Newswires Chinese (English) |
| 5/11/2015 | 12:45 AM | 5/11/2015 | Legacy of the 64-Bit Smartphone Chip -- Market Talk | Dow Jones Newswires Chinese (English) |
| 5/12/2015 | 1:55 PM | 5/12/2015 | Samsung Unveils New 'Internet of Things' Push | Dow Jones Top Energy Stories |
| 5/12/2015 | 2:00 PM | 5/12/2015 | Samsung Unveils New 'Internet of Things' Push | Dow Jones Top Global Market Stories |
| 5/13/2015 | 7:05 AM | 5/13/2015 | Samsung Unveils New 'Internet of Things' Push | Dow Jones Top North American Equities Stories |
| 5/13/2015 | 7:30 AM | 5/13/2015 | Press Release: EdX and Qualcomm to build the next generation mobile learning experience | Dow Jones Institutional News |
| 5/13/2015 | 9:20 AM | 5/13/2015 | *S&P Affrms Qualcomm 'A+' Rtg; Otlk Stbl; Sr Unscd Nts Rtd 'A+' | Dow Jones Institutional News |
| 5/13/2015 | 9:23 AM | 5/13/2015 | Moody's Assigns A1 Senior Unsecured Rating To Qualcomm's Proposed Offering; Outlook Stable | Dow Jones Institutional News |
| 5/13/2015 | 9:23 AM | 5/13/2015 | S&P Affrms Qualcomm 'A+' Rtg; Otlk Stbl; Sr Unscd Nts Rtd 'A+' | Dow Jones Newswires Chinese (English) |
| 5/13/2015 | 9:26 AM | 5/13/2015 | S&P: Qualcomm's Stable Outlook Reflects View Company Will Remain in a Minimal Fincl Leverage Position | Dow Jones Newswires Chinese (English) |
| 5/14/2015 | 11:00 AM | 5/14/2015 | Press Release: Qualcomm Expands Industry Collaboration to Grow the Internet of Everything | Dow Jones Institutional News |
| 5/14/2015 | 1:00 PM | 5/14/2015 | Press Release: Qualcomm Adds New Cloud Solutions Providers for the Internet of Everything | Dow Jones Institutional News |
| 5/14/2015 | 1:00 PM | 5/14/2015 | Press Release: Qualcomm Bolsters AllPlay Smart Media Platform with New Features for Streaming Music Wirelessly Throughout the Home | Dow Jones Institutional News |
| 5/14/2015 | 1:00 PM | 5/14/2015 | Press Release: Qualcomm Expands Intelligent Connectivity Solutions for the Internet of Everything | Dow Jones Institutional News |
| 5/14/2015 | 4:05 PM | 5/15/2015 | Qualcomm Wants to Push Chips Further Into Internet of Things | Dow Jones Institutional News |
| 5/14/2015 | 4:05 PM | 5/15/2015 | Qualcomm Wants to Push Chips Further Into Internet of Things | Dow Jones Institutional News |
| 5/14/2015 | 4:12 PM | 5/15/2015 | Qualcomm Wants to Push Chips Further Into Internet of Things | Dow Jones Top News & Commentary |
| 5/14/2015 | 4:20 PM | 5/15/2015 | Qualcomm Wants to Push Chips Further Into Internet of Things | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 5/14/2015 | 11:05 PM | 5/15/2015 | Qualcomm Wants to Push Chips Further Into Internet of Things | Dow Jones Newswires Chinese (English) |
| 5/15/2015 | 6:05 AM | 5/15/2015 | Qualcomm Files 8K - Other Events >QCOM | Dow Jones Institutional News |
| 5/15/2015 | 6:25 AM | 5/15/2015 | *Qualcomm to Issue $10B of Notes Under Shelf Registration | Dow Jones Institutional News |
| 5/15/2015 | 7:06 AM | 5/15/2015 | Qualcomm to Issue $10 Billion in Notes | Dow Jones Institutional News |
| 5/15/2015 | 7:15 AM | 5/15/2015 | Qualcomm to Issue $10 Billion in Notes | Dow Jones Top North American Equities Stories |
| 5/15/2015 | 7:16 AM | 5/15/2015 | Qualcomm to Issue $10 Billion in Notes | Dow Jones Top Global Market Stories |
| 5/15/2015 | 7:20 AM | 5/15/2015 | Qualcomm to Issue $10 Billion in Notes | Dow Jones Institutional News |
| 5/15/2015 | 7:21 AM | 5/15/2015 | Qualcomm to Issue $10 Billion in Notes | Dow Jones Institutional News |
| 5/15/2015 | 7:34 AM | 5/15/2015 | Qualcomm to Issue $10 Billion in Notes | Dow Jones Newswires Chinese (English) |
| 5/15/2015 | 7:35 AM | 5/15/2015 | Qualcomm to Issue $10 Billion in Notes | Dow Jones Institutional News |
| 5/15/2015 | 8:35 AM | 5/15/2015 | The Morning Download: Hardware Advances Bring Deep Learning, Real-Time Analytics Closer to Enterprise | Dow Jones Institutional News |
| 5/15/2015 | 1:47 PM | 5/15/2015 | Jana Remains Active on Qualcomm and Hertz; Cuts Valeant; Exits AIG -- Barron's Blog | Dow Jones Institutional News |
| 5/18/2015 | 2:15 PM | 5/18/2015 | Bitcoin Startup 21 Unveils Product Plan: Embeddable Chips for Smartphones | Dow Jones Top Energy Stories |
| 5/20/2015 | 3:40 AM | 5/20/2015 | CSR Outlook, Trading In Line | Dow Jones Institutional News |
| 5/20/2015 | 3:55 AM | 5/20/2015 | CSR Outlook, Trading In Line | Dow Jones Institutional News |
| 5/20/2015 | 2:05 PM | 5/20/2015 | FactSet: Hedge Funds Buy Qualcomm, Dump Actavis -- Market Talk | Dow Jones Institutional News |
| 5/20/2015 | 2:05 PM | 5/20/2015 | FactSet: Hedge Funds Buy Qualcomm, Dump Actavis -- Market Talk | Dow Jones Institutional News |
| 5/21/2015 | 6:02 AM | 5/21/2015 | Qualcomm Files 8K - Entry Into Definitive Agreement >QCOM | Dow Jones Institutional News |
| 5/21/2015 | 7:30 AM | 5/21/2015 | *Qualcomm Initiates $5.0 Billion Accelerated Share Repurchase >QCOM | Dow Jones Institutional News |
| 5/21/2015 | 7:48 AM | 5/21/2015 | Qualcomm Files 8K - Entry Into Definitive Agreement >QCOM | Dow Jones Institutional News |
| 5/21/2015 | 8:22 AM | 5/21/2015 | Qualcomm Launches $5 Billion Accelerated Share Buyback | Dow Jones Institutional News |
| 5/21/2015 | 8:35 AM | 5/21/2015 | Qualcomm Launches Accelerated Share Buyback | Dow Jones Top Global Market Stories |
| 5/21/2015 | 8:35 AM | 5/21/2015 | Qualcomm Launches Accelerated Share Buyback | Dow Jones Top North American Equities Stories |
| 5/21/2015 | 8:37 AM | 5/21/2015 | Qualcomm Launches $5 Billion Accelerated Share Buyback | Dow Jones Institutional News |
| 5/21/2015 | 8:40 AM | 5/21/2015 | Qualcomm Launches Accelerated Buyback | Dow Jones Institutional News |
| 5/21/2015 | 8:45 AM | 5/21/2015 | Qualcomm Launches $5 Billion Accelerated Share Buyback | Dow Jones Newswires Chinese (English) |
| 5/21/2015 | 8:55 AM | 5/21/2015 | Qualcomm Launches Accelerated Buyback | Dow Jones Institutional News |
| 5/21/2015 | 10:01 AM | 5/21/2015 | Press Release: Bitbar Technologies Raises a New Funding Round to Expand Its Offerings to All Mobile Developers | Dow Jones Institutional News |
| 5/21/2015 | 10:36 AM | 5/21/2015 | Qualcomm Launches $5 Billion Accelerated Share Buyback--Update | Dow Jones Institutional News |
| 5/21/2015 | 10:51 AM | 5/21/2015 | Qualcomm Launches $5 Billion Accelerated Share Buyback--Update | Dow Jones Institutional News |
| 5/23/2015 | 1:00 PM | 5/26/2015 | Press Release: Daimler and Qualcomm Announce Strategic Collaboration on Connected Car Technologies | Dow Jones Institutional News |
| 5/25/2015 | 10:10 PM | 5/26/2015 | Press Release: Qualcomm Announces NTT DOCOMO as First Operator to Adopt New Qualcomm Snapdragon Sense ID Biometrics Platform | Dow Jones Institutional News |
| 5/26/2015 | 7:48 PM | 5/27/2015 | Silicon Valley Grits Teeth Over Activist Investors | Dow Jones Institutional News |
| 5/26/2015 | 9:30 PM | 5/27/2015 | Tech Firms Seek Ways to Fend Off Activist Investors | Dow Jones Top Energy Stories |
| 5/27/2015 | 2:10 PM | 5/27/2015 | Broadcom Is Latest Target of Chip Rival | Dow Jones Top Global Market Stories |
| 5/27/2015 | 2:10 PM | 5/27/2015 | Broadcom Is Latest Target of Chip Rival | Dow Jones Top North American Equities Stories |
| 5/27/2015 | 9:11 PM | 5/28/2015 | Qualcomm (QCOM) Presents at Cowen and Company Annual Technology, Media & Telecom Conference (Transcript) >QCOM | Dow Jones Institutional News |
| 5/28/2015 | 12:03 AM | 5/28/2015 | MediaTek Closes The Gap With Qualcomm: HSBC Raises To Buy -- Barron's Blog | Dow Jones Institutional News |
| 5/28/2015 | 7:15 AM | 5/28/2015 | Avago Agrees to Buy Broadcom for $37 Billion | Dow Jones Top North American Equities Stories |
| 5/28/2015 | 7:20 AM | 5/28/2015 | Avago Agrees to Buy Broadcom for $37 Billion | Dow Jones Top Global Market Stories |
| 5/28/2015 | 7:30 AM | 5/28/2015 | Press Release: Qualcomm Announces 10 Companies Selected to Participate in the Qualcomm Robotics Accelerator, Powered by Techstars | Dow Jones Institutional News |
| 5/28/2015 | 10:20 PM | 5/29/2015 | Broadcom-Avago: The 'Numbers Guy' Behind Tech History's Largest Deal | Dow Jones Top Energy Stories |
| 5/29/2015 | 4:03 PM | 6/1/2015 | Press Release: Qualcomm Powers Next Generation Project Tango Development Platform | Dow Jones Institutional News |
| 5/31/2015 | 8:35 PM | 6/1/2015 | Behind the Wave of Semiconductor Deals: Margin Pressures | Dow Jones Top Energy Stories |
| 6/1/2015 | 10:00 PM | 6/2/2015 | Press Release: Qualcomm and Leading Tablet Solutions Provider Allwinner Technology to Collaborate in Growth of 4G LTE Tablets Powered by Qualcomm Snapdragon Processors | Dow Jones Institutional News |
| 6/1/2015 | 10:00 PM | 6/2/2015 | Press Release: Qualcomm Expands 802.11ac MU-MIMO Product Portfolio for Wi-Fi Access Points and Routers, Builds Momentum with Significant Customer Adoption | Dow Jones Institutional News |
| 6/1/2015 | 10:00 PM | 6/2/2015 | Press Release: Qualcomm Unveils Industry's First Hybrid Wireless Extender Utilizing HomePlug AV2 MIMO and 802.11ac Wi-Fi | Dow Jones Institutional News |
| 6/2/2015 | 6:41 PM | 6/3/2015 | Qualcomm Incorporated's CEO Steve Mollenkopf at Bank of America Merrill Lynch 2015 Global Technology Conference >QCOM | Dow Jones Institutional News |
| 6/3/2015 | 3:05 AM | 6/3/2015 | Path to the Cloud Paved With Many JVs -- Market Talk | Dow Jones Institutional News |
| 6/3/2015 | 11:00 AM | 6/3/2015 | Press Release: Mantis Vision Raises $9.7 Million in an Investment Round Lead by Formation 8 to Accelerate MV4D(TM) 3D Core Technology... | Dow Jones Institutional News |
| 6/6/2015 | 12:01 AM | 6/8/2015 | Research Reports: How Analysts Size Up Companies -- Barron's | Dow Jones Institutional News |
| 6/10/2015 | 8:10 AM | 6/10/2015 | Press Release: Qualcomm Appoints Frank Meng as Chairman of Qualcomm China | Dow Jones Institutional News |
| 6/10/2015 | 8:11 AM | 6/10/2015 | Qualcomm Appoints Frank Meng As Chmn Of Qualcomm China | Dow Jones Newswires Chinese (English) |
| 6/10/2015 | 8:12 AM | 6/10/2015 | Qualcomm Sr VP, President of Greater China Xiang Wang to Leave >QCOM | Dow Jones Newswires Chinese (English) |
| 6/11/2015 | 5:45 PM | 6/12/2015 | Activist Funds Put Executive Pay Formulas Under Microscope | Dow Jones Top Energy Stories |
| 6/15/2015 | 3:16 AM | 6/15/2015 | Why MediaTek Will Beat Qualcomm -- Barron's Blog | Dow Jones Institutional News |
| 6/17/2015 | 4:02 AM | 6/17/2015 | Press Release: China Mobile Partners ZTE and Qualcomm on 3-Carrier Aggregation Trial | Dow Jones Institutional News |
| 6/18/2015 | 9:00 AM | 6/18/2015 | Press Release: Intrinsyc Announces Open-Q(TM) 410 System on Module and Development Kit Powered by the Qualcomm(R) Snapdragon(TM) 410 Processor | Dow Jones Institutional News |
| 6/22/2015 | 1:25 AM | 6/22/2015 | CFO Network Members and Guests | Dow Jones Top Energy Stories |
| 6/22/2015 | 3:49 PM | 6/22/2015 | ITC Staff Backs Qualcomm, Samsung in Nvidia Case -- Market Talk | Dow Jones Institutional News |
| 6/22/2015 | 3:49 PM | 6/22/2015 | ITC Staff Backs Qualcomm, Samsung in Nvidia Case -- Market Talk | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 6/23/2015 | 9:11 AM | 6/23/2015 | Press Release: SMIC, Huawei, imec, and Qualcomm in Joint Investment on SMIC's New Research and Development Company | Dow Jones Institutional News |
| 6/23/2015 | 9:14 AM | 6/23/2015 | SMIC, Huawei, Imec, And Qualcomm In Joint Investment On SMIC's New Research And Development Co | Dow Jones Newswires Chinese (English) |
| 6/23/2015 | 10:35 PM | 6/24/2015 | Qualcomm Forms Venture With Chinese Firm | Dow Jones Institutional News |
| 6/23/2015 | 10:45 PM | 6/24/2015 | Qualcomm Forms Venture With Chinese Firm | Dow Jones Top Global Market Stories |
| 6/23/2015 | 10:45 PM | 6/24/2015 | Qualcomm Forms Venture With Chinese Firm | Dow Jones Top North American Equities Stories |
| 6/23/2015 | 10:50 PM | 6/24/2015 | Qualcomm Forms Venture With Chinese Firm | Dow Jones Institutional News |
| 6/23/2015 | 10:50 PM | 6/24/2015 | Qualcomm Forms Venture With Chinese Firm | Dow Jones Institutional News |
| 6/23/2015 | 11:03 PM | 6/24/2015 | Qualcomm Forms Venture With Chinese Firm | Dow Jones Newswires Chinese (English) |
| 6/23/2015 | 11:05 PM | 6/24/2015 | Qualcomm Forms Venture With Chinese Firm | Dow Jones Institutional News |
| 6/23/2015 | 11:05 PM | 6/24/2015 | Qualcomm Forms Venture With Chinese Firm | Dow Jones Top News & Commentary |
| 6/23/2015 | 11:39 PM | 6/24/2015 | EQS-News: SMIC, Huawei, imec, and Qualcomm in Joint Investment on SMIC's New Research and Development Company | Dow Jones Newswires German |
| 6/25/2015 | 5:27 AM | 6/25/2015 | EQS-News: SMIC Receives '2014 Foundry Supplier of the Year' Award from Qualcomm | Dow Jones Newswires German |
| 6/25/2015 | 11:15 AM | 6/25/2015 | Press Release: Arrow Electronics Introduces Open Source Board with New Freescale i.MX 7 Microprocessor | Dow Jones Institutional News |
| 6/25/2015 | 12:03 PM | 6/25/2015 | Totalplay Joins OneWeb to Provide Global Broadband Services | GlobeNewswire |
| 6/30/2015 | 12:33 PM | 6/30/2015 | Xiaomi Smartphone Launch in Brazil is First Outside Asia | Dow Jones Top News & Commentary |
| 6/30/2015 | 11:53 PM | 7/1/2015 | Shou Zi Chew Joins Xiaomi as CFO | Dow Jones Top Energy Stories |
| 7/1/2015 | 4:25 AM | 7/1/2015 | Shou Zi Chew Joins Xiaomi as CFO | Dow Jones Top North American Equities Stories |
| 7/1/2015 | 4:40 AM | 7/1/2015 | Shou Zi Chew Joins Xiaomi as CFO | Dow Jones Top Global Market Stories |
| 7/6/2015 | 9:30 AM | 7/6/2015 | Press Release: Qualcomm Incorporated (NASDAQ: QCOM) Third Quarter Fiscal 2015 Earnings Release and Conference Call | Dow Jones Institutional News |
| 7/7/2015 | 9:00 AM | 7/7/2015 | Press Release: Qualcomm Announces Quarterly Cash Dividend | Dow Jones Institutional News |
| 7/8/2015 | 4:08 AM | 7/8/2015 | Slow Smartphone Growth to Weaken UK's ARM -- Market Talk | Dow Jones Institutional News |
| 7/8/2015 | 4:08 AM | 7/8/2015 | UK Market Talk Roundup: Shares Losing | Dow Jones Institutional News |
| 7/15/2015 | 8:30 AM | 7/15/2015 | SaskTel to Offer Global 4G and 4G LTE MiFi 6630 by Novatel Wireless in Saskatchewan Canada | GlobeNewswire |
| 7/16/2015 | 3:10 AM | 7/16/2015 | *EU Opens 2 Formal Investigations Against Qualcomm | Dow Jones Institutional News |
| 7/16/2015 | 3:10 AM | 7/16/2015 | EU Opens 2 Formal Investigations Against Qualcomm | Dow Jones Newswires Chinese (English) |
| 7/16/2015 | 3:11 AM | 7/16/2015 | EU: Probes Will Examine Possible Predatory Pricing by Qualcomm | Dow Jones Newswires Chinese (English) |
| 7/16/2015 | 3:12 AM | 7/16/2015 | EU: Probes Will Assess if Qualcomm Offered Financial Incentives Based on Exclusivity | Dow Jones Newswires Chinese (English) |
| 7/16/2015 | 3:19 AM | 7/16/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Institutional News |
| 7/16/2015 | 3:19 AM | 7/16/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Top News & Commentary |
| 7/16/2015 | 3:25 AM | 7/16/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Top Global Market Stories |
| 7/16/2015 | 3:25 AM | 7/16/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Top North American Equities Stories |
| 7/16/2015 | 3:30 AM | 7/16/2015 | EU Launches Qualcomm Antitrust Probes | Dow Jones Institutional News |
| 7/16/2015 | 3:34 AM | 7/16/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Institutional News |
| 7/16/2015 | 3:39 AM | 7/16/2015 | Press Release: Qualcomm Statement on European Competition Authority Announcement | Dow Jones Institutional News |
| 7/16/2015 | 3:40 AM | 7/16/2015 | Qualcomm Statement On European Competition Authority Announcement | Dow Jones Newswires Chinese (English) |
| 7/16/2015 | 3:42 AM | 7/16/2015 | Qualcomm Will Continue to Cooperate With the Commission | Dow Jones Newswires Chinese (English) |
| 7/16/2015 | 3:42 AM | 7/16/2015 | Qualcomm: European Commission Move Represents Neither Expression by the Commission on | Dow Jones Newswires Chinese (English) |
| 7/16/2015 | 3:45 AM | 7/16/2015 | EU Launches Qualcomm Antitrust Probes | Dow Jones Institutional News |
| 7/16/2015 | 4:00 AM | 7/16/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Newswires Chinese (English) |
| 7/16/2015 | 5:17 AM | 7/16/2015 | EU Launches Qualcomm Antitrust Probes -- Update | Dow Jones Institutional News |
| 7/16/2015 | 5:32 AM | 7/16/2015 | EU Launches Qualcomm Antitrust Probes -- Update | Dow Jones Institutional News |
| 7/16/2015 | 7:07 AM | 7/16/2015 | EU Launches Qualcomm Antitrust Probes | Dow Jones Top News & Commentary |
| 7/16/2015 | 7:07 AM | 7/16/2015 | EU Launches Qualcomm Antitrust Probes -- 2nd Update | Dow Jones Institutional News |
| 7/16/2015 | 7:22 AM | 7/16/2015 | EU Launches Qualcomm Antitrust Probes -- 2nd Update | Dow Jones Institutional News |
| 7/16/2015 | 11:30 AM | 7/16/2015 | Taiwan Semiconductor Manufacturing Earnings Growth Slows | Dow Jones Top Global Market Stories |
| 7/16/2015 | 11:30 AM | 7/16/2015 | Taiwan Semiconductor Manufacturing Earnings Growth Slows | Dow Jones Top North American Equities Stories |
| 7/16/2015 | 4:15 PM | 7/17/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Institutional News |
| 7/16/2015 | 4:25 PM | 7/17/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Top North American Equities Stories |
| 7/16/2015 | 4:26 PM | 7/17/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Top Global Market Stories |
| 7/16/2015 | 4:30 PM | 7/17/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Institutional News |
| 7/16/2015 | 4:30 PM | 7/17/2015 | EU Launches Antitrust Probes Into Qualcomm | Dow Jones Institutional News |
| 7/16/2015 | 4:45 PM | 7/17/2015 | EU Launches Antitrust Probes Into Qualcomm | Dow Jones Institutional News |
| 7/20/2015 | 3:04 AM | 7/20/2015 | DJ QUALCOMM Incorporated, Inst Holders, 2Q 2015 (QCOM) | Dow Jones Institutional News |
| 7/20/2015 | 12:24 PM | 7/20/2015 | Will Qualcomm Tighten Its Belt Further? -- Market Talk | Dow Jones Institutional News |
| 7/20/2015 | 12:24 PM | 7/20/2015 | Will Qualcomm Tighten Its Belt Further? -- Market Talk | Dow Jones Institutional News |
| 7/20/2015 | 6:53 PM | 7/21/2015 | *Qualcomm Expected to Conduct Sweeping Strategic Review, Sources Say | Dow Jones Institutional News |
| 7/20/2015 | 6:54 PM | 7/21/2015 | Qualcomm Expected to Conduct Sweeping Strategic Review, Sources Say | Dow Jones Newswires Chinese (English) |
| 7/20/2015 | 6:55 PM | 7/21/2015 | Qualcomm May Consider Breakup, Returning More Cash to Investors, Sources Say | Dow Jones Newswires Chinese (English) |
| 7/20/2015 | 6:57 PM | 7/21/2015 | Qualcomm May Reshuffle Board, Give Hedge Fund Jana Say In Adding Directors, Sources Say | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 7/20/2015 | 7:20 PM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup -- Update | Dow Jones Institutional News |
| 7/20/2015 | 7:26 PM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup | Dow Jones Institutional News |
| 7/20/2015 | 7:35 PM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup -- Update | Dow Jones Institutional News |
| 7/20/2015 | 7:44 PM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup | Dow Jones Newswires Chinese (English) |
| 7/20/2015 | 8:10 PM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup | Dow Jones Institutional News |
| 7/20/2015 | 8:10 PM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup | Dow Jones Top North American Equities Stories |
| 7/20/2015 | 8:11 PM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup | Dow Jones Top Global Market Stories |
| 7/20/2015 | 8:25 PM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup | Dow Jones Institutional News |
| 7/20/2015 | 8:25 PM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup | Dow Jones Top News & Commentary |
| 7/21/2015 | 8:19 AM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup | Dow Jones Newswires Korean (English) |
| 7/21/2015 | 8:37 AM | 7/21/2015 | A.M. Funds Roundup: Jana's Push May Bear Fruit at Qualcomm; How Do Bond ETFs Work? -- Barron's Blog | Dow Jones Institutional News |
| 7/22/2015 | 12:31 AM | 7/22/2015 | Movers & Shakers: Coca-Cola, Boeing, Qualcomm earnings in focus | Dow Jones Commentary |
| 7/22/2015 | 8:25 AM | 7/22/2015 | ARM Profit Rises But Revenue Misses Forecast | Dow Jones Top North American Equities Stories |
| 7/22/2015 | 8:31 AM | 7/22/2015 | ARM Profit Rises But Revenue Misses Forecast | Dow Jones Top Global Market Stories |
| 7/22/2015 | 3:39 PM | 7/22/2015 | Qualcomm May Reveal Structural Changes With Results--Earnings Preview | Dow Jones Institutional News |
| 7/22/2015 | 3:52 PM | 7/22/2015 | Qualcomm May Reveal Structural Changes With Results--Earnings Preview | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 4:01 PM | 7/23/2015 | *Qualcomm 3Q EPS 73c >QCOM | Dow Jones Institutional News |
| 7/22/2015 | 4:01 PM | 7/23/2015 | Press Release: Qualcomm Announces Strategic Realignment Plan | Dow Jones Institutional News |
| 7/22/2015 | 4:01 PM | 7/23/2015 | Qualcomm 3Q EPS 73c >QCOM | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 4:02 PM | 7/23/2015 | Qualcomm Conducting Review of Corporate Structure | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 4:03 PM | 7/23/2015 | Qualcomm Reaffirms Intent to Return Significant Capital to Stockholders >QCOM | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 4:03 PM | 7/23/2015 | Qualcomm to Cut About $1.4 Billion in Spending >QCOM | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 4:04 PM | 7/23/2015 | Qualcomm to Cut Headcount and Temporary Work Force >QCOM | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 4:05 PM | 7/23/2015 | Qualcomm Enters Into Cooperation Agreement With JANA Partners Enters Into Cooperation Agreement With | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 4:06 PM | 7/23/2015 | Qualcomm Sees Strategic Review of Corporate Structure Completed by End of Calendar Year >QCOM | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 4:06 PM | 7/23/2015 | Qualcomm Wants to Eliminate About $1.4 Billion in Spending | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 4:13 PM | 7/23/2015 | Qualcomm Plans Changes to Company Structure | Dow Jones Institutional News |
| 7/22/2015 | 4:14 PM | 7/23/2015 | Qualcomm Weighs Changes to Company Structure | Dow Jones Top News & Commentary |
| 7/22/2015 | 4:15 PM | 7/23/2015 | Qualcomm to Cut 15% of Workforce, Weigh Split | Dow Jones Top Global Market Stories |
| 7/22/2015 | 4:15 PM | 7/23/2015 | Qualcomm to Cut 15% of Workforce, Weigh Split | Dow Jones Top North American Equities Stories |
| 7/22/2015 | 4:20 PM | 7/23/2015 | Qualcomm Could Add to Banner Year for Chip M&A -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 4:20 PM | 7/23/2015 | Qualcomm Could Add to Banner Year for Chip M&A -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 4:20 PM | 7/23/2015 | Qualcomm to Cut 15% of Workforce | Dow Jones Institutional News |
| 7/22/2015 | 4:22 PM | 7/23/2015 | Qualcomm Weighs Changes to Company Structure -- Update | Dow Jones Institutional News |
| 7/22/2015 | 4:28 PM | 7/23/2015 | Qualcomm Plans Changes to Company Structure | Dow Jones Institutional News |
| 7/22/2015 | 4:35 PM | 7/23/2015 | Qualcomm to Cut 15% of Workforce | Dow Jones Institutional News |
| 7/22/2015 | 4:37 PM | 7/23/2015 | Qualcomm Weighs Changes to Company Structure -- Update | Dow Jones Institutional News |
| 7/22/2015 | 4:41 PM | 7/23/2015 | Qualcomm Weighs Changes to Company Structure -- 2nd Update | Dow Jones Institutional News |
| 7/22/2015 | 4:44 PM | 7/23/2015 | Qualcomm's Quarterly Chip Projection Looks Light -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 4:44 PM | 7/23/2015 | Qualcomm's Quarterly Chip Projection Looks Light -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 4:47 PM | 7/23/2015 | Qualcomm to Revamp Executive Pay Practices -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 4:47 PM | 7/23/2015 | Qualcomm to Revamp Executive Pay Practices -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 4:50 PM | 7/23/2015 | Caesars Judge Used Local Precedent in Key Ruling -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 4:51 PM | 7/23/2015 | Abbott CEO Backs Mylan's Plan to Remain Independent -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 4:56 PM | 7/23/2015 | Qualcomm Weighs Changes to Company Structure -- 2nd Update | Dow Jones Institutional News |
| 7/22/2015 | 4:56 PM | 7/23/2015 | Qualcomm's Plan Looks Awfully Familiar -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 4:56 PM | 7/23/2015 | Qualcomm's Plan Looks Awfully Familiar -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 5:02 PM | 7/23/2015 | Holes Remain in the Volcker Rule -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 5:03 PM | 7/23/2015 | Qualcomm Weighs Changes to Company Structure -- 2nd Update | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 5:05 PM | 7/23/2015 | Qualcomm Weighs Changes to Company Structure -- 3rd Update | Dow Jones Institutional News |
| 7/22/2015 | 5:10 PM | 7/23/2015 | Head of Programming at MTV Exits -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 5:20 PM | 7/23/2015 | Qualcomm Weighs Changes to Company Structure -- 3rd Update | Dow Jones Institutional News |
| 7/22/2015 | 5:54 PM | 7/23/2015 | Qualcomm Cuts Equity Compensation as Part of Restructuring | Dow Jones Institutional News |
| 7/22/2015 | 6:01 PM | 7/23/2015 | Movers & Shakers: Qualcomm shares slip after weak outlook | Dow Jones Commentary |
| 7/22/2015 | 8:13 PM | 7/23/2015 | QUALCOMMSteven M. Mollenkopf on Q3 2015 Results -- Earnings Call Transcript >QCOM | Dow Jones Institutional News |
| 7/22/2015 | 8:22 PM | 7/23/2015 | QUALCOMMSteven M. Mollenkopf on Q3 2015 Results -- Earnings Call Transcript >QCOM | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 10:38 PM | 7/23/2015 | TSMC Could Beat Samsung at 10-Nanometer Chip Game: Citi -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 11:05 PM | 7/23/2015 | TSMC Could Beat Samsung at 10-Nanometer Chip Game: Citi -- Market Talk | Dow Jones Newswires Chinese (English) |
| 7/23/2015 | 8:11 AM | 7/23/2015 | Qualcomm to Cut 15% of Workforce, Weigh Split | Dow Jones Newswires Korean (English) |
| 7/23/2015 | 11:57 AM | 7/23/2015 | Qualcomm Grapples With China Phone Inventories -- Market Talk | Dow Jones Institutional News |
| 7/23/2015 | 11:57 AM | 7/23/2015 | Qualcomm Grapples With China Phone Inventories -- Market Talk | Dow Jones Institutional News |
| 7/23/2015 | 11:58 AM | 7/23/2015 | NatGas Traders Not Fooled by Tricky EIA Data -- Market Talk | Dow Jones Institutional News |
| 7/23/2015 | 11:58 AM | 7/23/2015 | With FMC Tech at 5-Year Low, Bear Calls Bottom -- Market Talk | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 7/23/2015 | 12:35 PM | 7/23/2015 | Qualcomm Grapples With China Phone Inventories -- Market Talk | Dow Jones Newswires Chinese (English) |
| 7/23/2015 | 1:18 PM | 7/23/2015 | Qualcomm May Have No Way Out -- Market Talk | Dow Jones Institutional News |
| 7/23/2015 | 1:18 PM | 7/23/2015 | Qualcomm May Have No Way Out -- Market Talk | Dow Jones Institutional News |
| 7/23/2015 | 1:26 PM | 7/23/2015 | Qualcomm's Bills Are Coming Due -- Heard on the Street | Dow Jones Institutional News |
| 7/23/2015 | 1:40 PM | 7/23/2015 | Qualcomm's Bills Are Coming Due | Dow Jones Top Energy Stories |
| 7/23/2015 | 3:17 PM | 7/23/2015 | *S&P Revises Qualcomm Outlook To Negative On Strategic Review | Dow Jones Institutional News |
| 7/23/2015 | 3:59 PM | 7/23/2015 | And Now Qualcomm's Credit Outlook Is Lower, Too -- Barron's Blog | Dow Jones Institutional News |
| 7/23/2015 | 9:49 PM | 7/24/2015 | Why TSMC Is Oversold -- Barron's Blog | Dow Jones Institutional News |
| 7/27/2015 | 1:30 AM | 7/27/2015 | Press Release: Qualcomm Appoints Sunil Lalvani as Vice President and President of Qualcomm India | Dow Jones Institutional News |
| 7/27/2015 | 2:21 AM | 7/27/2015 | The Only Six Stocks That Matter | Dow Jones Top Energy Stories |
| 7/27/2015 | 8:11 PM | 7/28/2015 | Firms Weigh Linking Bonuses to Currency Swings | Dow Jones Top Energy Stories |
| 7/28/2015 | 12:41 AM | 7/28/2015 | Samsung Looks to Bigger Galaxy in Search for Smartphone Star | Dow Jones Top Energy Stories |
| 7/28/2015 | 2:10 AM | 7/28/2015 | Samsung Looks to Bigger Galaxy in Search for Smartphone Star | Dow Jones Top North American Equities Stories |
| 7/28/2015 | 2:11 AM | 7/28/2015 | Samsung Looks to Bigger Galaxy in Search for Smartphone Star | Dow Jones Top Global Market Stories |
| 7/28/2015 | 7:30 AM | 7/28/2015 | Press Release: Qualcomm Becomes First Company to Enable Wireless Charging for Mobile Devices with Metal Cases | Dow Jones Institutional News |
| 7/29/2015 | 7:30 AM | 7/29/2015 | Press Release: Qualcomm and BRUSA Sign Commercial Wireless Electric Vehicle Charging License Agreement | Dow Jones Institutional News |
| 7/29/2015 | 12:02 PM | 7/29/2015 | CEO MOLLENKOPF Buys 15,815 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 7/29/2015 | 12:02 PM | 7/29/2015 | CFO DAVIS Buys 8,100 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 7/31/2015 | 10:34 AM | 7/31/2015 | U.S. Court of Appeals Issues Decision in ParkerVision v. Qualcomm | GlobeNewswire |
| 7/31/2015 | 10:35 AM | 7/31/2015 | *U.S. Court Of Appeals Issues Decision In ParkerVision V. Qualcomm V. | Dow Jones Institutional News |
| 7/31/2015 | 10:59 AM | 7/31/2015 | Press Release: U.S. Court of Appeals Issues Decision in ParkerVision v. Qualcomm | Dow Jones Institutional News |
| 8/1/2015 | 12:08 AM | 8/3/2015 | Follow-Up -- A Return Visit To Earlier Stories: A Reboot For Qualcomm -- Barron's | Dow Jones Institutional News |
| 8/2/2015 | 9:45 PM | 8/3/2015 | Wrestling With Qualcomm Is Expensive: MediaTek's Profit Tanks -- Barron's Blog | Dow Jones Institutional News |
| 8/6/2015 | 7:30 AM | 8/6/2015 | *Qualcomm To Acquire XDSL And G.Fast Networking Technology Provider Ikanos >QCOM IKAN | Dow Jones Institutional News |
| 8/6/2015 | 8:07 AM | 8/6/2015 | U.S. Job Cuts Soar in July -- Challenger | Dow Jones Top News & Commentary |
| 8/6/2015 | 8:35 AM | 8/6/2015 | Activist Ackman Takes $5.5 Billion Stake in Snacks Giant Mondelez | Dow Jones Top North American Equities Stories |
| 8/6/2015 | 8:36 AM | 8/6/2015 | Activist Ackman Takes $5.5 Billion Stake in Snacks Giant Mondelez | Dow Jones Top Global Market Stories |
| 8/6/2015 | 8:40 AM | 8/6/2015 | Activist Ackman Takes $5.5 Billion Stake in Snacks Giant Mondelez | Dow Jones Institutional News |
| 8/6/2015 | 8:55 AM | 8/6/2015 | Activist Ackman Takes $5.5 Billion Stake in Snacks Giant Mondelez | Dow Jones Institutional News |
| 8/6/2015 | 9:41 AM | 8/6/2015 | Qualcomm Agrees to Buy Chip Maker Ikanos For $47 Million | Dow Jones Institutional News |
| 8/6/2015 | 9:47 AM | 8/6/2015 | Qualcomm Agrees to Buy Chip Maker Ikanos For $47 Million | Dow Jones Newswires Chinese (English) |
| 8/6/2015 | 9:56 AM | 8/6/2015 | Qualcomm Agrees to Buy Chip Maker Ikanos For $47 Million | Dow Jones Institutional News |
| 8/6/2015 | 12:11 PM | 8/6/2015 | Qualcomm Bets on Faster Links to the Home -- Market Talk | Dow Jones Institutional News |
| 8/6/2015 | 12:11 PM | 8/6/2015 | Qualcomm Bets on Faster Links to the Home -- Market Talk | Dow Jones Institutional News |
| 8/6/2015 | 12:15 PM | 8/6/2015 | Barrick Still Focused on Juicing Copper Assets -- Market Talk | Dow Jones Institutional News |
| 8/6/2015 | 5:11 PM | 8/7/2015 | Nvidia Bucks Personal-Computer Slowdown | Dow Jones Top Global Market Stories |
| 8/6/2015 | 5:11 PM | 8/7/2015 | Nvidia Bucks Personal-Computer Slowdown | Dow Jones Top North American Equities Stories |
| 8/6/2015 | 5:14 PM | 8/7/2015 | Nvidia Revenue Tops Company Estimate; Share Rise After Hours -- Update | Dow Jones Institutional News |
| 8/6/2015 | 5:20 PM | 8/7/2015 | Nvidia Bucks Personal-Computer Slowdown | Dow Jones Institutional News |
| 8/6/2015 | 5:35 PM | 8/7/2015 | Nvidia Bucks Personal-Computer Slowdown | Dow Jones Institutional News |
| 8/6/2015 | 8:37 PM | 8/7/2015 | Nvidia Bucks Personal-Computer Slowdown -- 2nd Update | Dow Jones Institutional News |
| 8/7/2015 | 10:40 AM | 8/7/2015 | Press Release: Ryan & Maniskas, LLP Announces Investigation of Ikanos Communications, Inc. | Dow Jones Institutional News |
| 8/10/2015 | 2:49 AM | 8/10/2015 | EQS-News: SMIC's 28nm Chips Power Mainstream Smartphones Marking a New Era for Advanced Chip Manufacturing in China | Dow Jones Newswires German |
| 8/10/2015 | 2:38 PM | 8/10/2015 | Goldman Says These 20 Stocks Are Most Exposed to China | Dow Jones Newswires Chinese (English) |
| 8/10/2015 | 9:56 PM | 8/11/2015 | For Germany, a Profit From Greek Drama? | Dow Jones Top Energy Stories |
| 8/12/2015 | 11:00 AM | 8/12/2015 | Press Release: FIDO Alliance Announces 62 Authentication Products Are Now FIDO(R) Certified | Dow Jones Institutional News |
| 8/12/2015 | 11:00 AM | 8/12/2015 | Press Release: Usher(TM) Achieves FIDO Alliance Certification for its Innovative Enterprise Mobile Security Solution | Dow Jones Institutional News |
| 8/13/2015 | 9:00 AM | 8/13/2015 | *Qualcomm Completes $2.4 Billion Acquisition Of CSR >QCOM | Dow Jones Institutional News |
| 8/13/2015 | 2:04 PM | 8/13/2015 | Will the Next IPhone Include Intel Modem Chips? -- Market Talk | Dow Jones Institutional News |
| 8/13/2015 | 5:08 PM | 8/14/2015 | *News On CSR PLC (CSRE) Now Under QCOM | Dow Jones Institutional News |
| 8/17/2015 | 5:08 PM | 8/18/2015 | *DJ Symbol for CSR PLC (CSR.LN) Now QCOM | Dow Jones Institutional News |
| 8/25/2015 | 10:00 AM | 8/25/2015 | Press Release: Qualcomm Announces the Launch of the New Official Qualcomm Safety Car for Season Two of the FIA Formula E Championship | Dow Jones Institutional News |
| 8/25/2015 | 11:56 AM | 8/25/2015 | Atmel Shares Soar After Strategic Review Acknowledgment | Dow Jones Top Global Market Stories |
| 8/25/2015 | 12:06 PM | 8/25/2015 | Atmel Shares Soar After Strategic Review Acknowledgment | Dow Jones Top North American Equities Stories |
| 8/25/2015 | 7:47 PM | 8/26/2015 | Ex-Merrill Lynch Broker Ordered to Pay $1.4 Million in Restitution for Insider-Trading Scheme -- Broker's World | Dow Jones Institutional News |
| 8/25/2015 | 8:02 PM | 8/26/2015 | Ex-Merrill Lynch Broker Ordered to Pay $1.4 Million in Restitution for Insider-Trading Scheme -- Broker's World | Dow Jones Institutional News |
| 8/25/2015 | 8:36 PM | 8/26/2015 | Ex-Merrill Broker Ordered to Pay Restitution for Insider Trading | Dow Jones Top Energy Stories |
| 8/25/2015 | 8:36 PM | 8/26/2015 | Ex-Merrill Lynch Broker Ordered to Pay Restitution for Insider Trading | Dow Jones Top Energy Stories |
| 8/25/2015 | 9:21 PM | 8/26/2015 | Ex-Merrill Broker Ordered to Pay Restitution for Insider Trading | Dow Jones Top Energy Stories |
| 8/26/2015 | 2:30 AM | 8/26/2015 | Press Release: Qualcomm Agrees to Sell UK L-Band Spectrum to Vodafone and H3G | Dow Jones Institutional News |
| 8/26/2015 | 7:26 AM | 8/26/2015 | Ex-Merrill Broker Ordered to Pay Restitution for Insider Trading | Dow Jones Top North American Financial Services Stories |
| 8/26/2015 | 7:26 AM | 8/26/2015 | Ex-Merrill Lynch Broker Ordered to Pay Restitution for Insider Trading | Dow Jones Top North American Financial Services Stories |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 8/26/2015 | 10:26 AM | 8/26/2015 | Ex-Merrill Broker Ordered to Pay Restitution for Insider Trading | Dow Jones Top North American Financial Services Stories |
| 8/26/2015 | 10:56 AM | 8/26/2015 | Ex-Merrill Broker Ordered to Pay Restitution for Insider Trading | Dow Jones Top North American Financial Services Stories |
| 8/26/2015 | 11:56 AM | 8/26/2015 | Ex-Merrill Broker Ordered to Pay Restitution for Insider Trading | Dow Jones Top North American Financial Services Stories |
| 8/31/2015 | 7:30 AM | 8/31/2015 | Press Release: Qualcomm Announces Breakthrough Mobile Anti-Malware Technology Utilizing Cognitive Computing | Dow Jones Institutional News |
| 9/1/2015 | 2:00 AM | 9/1/2015 | PRESS RELEASE: Dialog Semiconductor Plc.: Dialog Semiconductor's Rapid Charge(TM) Technology Adopted in LeTV's Market-First USB Typ... | Dow Jones Newswires German |
| 9/1/2015 | 8:22 AM | 9/1/2015 | ParkerVision Comments on Inter Partes Review Petitions Filed by Qualcomm | GlobeNewswire |
| 9/1/2015 | 8:22 AM | 9/1/2015 | Press Release: ParkerVision Comments on Inter Partes Review Petitions Filed by Qualcomm | Dow Jones Institutional News |
| 9/2/2015 | 1:01 AM | 9/2/2015 | Press Release: Nokia Networks showcases Asia's first TDD-FDD 3 carrier aggregation with commercial chipset | Dow Jones Institutional News |
| 9/2/2015 | 1:04 AM | 9/2/2015 | Nokia Networks showcases Asia's first TDD-FDD 3 carrier aggregation with commercial chipset | GlobeNewswire |
| 9/2/2015 | 5:41 AM | 9/2/2015 | U.S. Tech Firms Make Pilgrimage to Brussels | Dow Jones Top Energy Stories |
| 9/10/2015 | 7:30 AM | 9/10/2015 | Press Release: Qualcomm Announces Reference Platform with High-end Performance Capabilities to Advance Consumer Drones | Dow Jones Institutional News |
| 9/13/2015 | 8:06 PM | 9/14/2015 | U.S. Tech Companies Cozy Up to China | Dow Jones Top Energy Stories |
| 9/14/2015 | 7:30 AM | 9/14/2015 | *Qualcomm Acquires Capsule Technologie >QCOM | Dow Jones Institutional News |
| 9/14/2015 | 7:30 AM | 9/14/2015 | Qualcomm Acquires Capsule Technologie >QCOM | Dow Jones Newswires Chinese (English) |
| 9/14/2015 | 8:04 AM | 9/14/2015 | Qualcomm Buys Medical Data Management Company | Dow Jones Institutional News |
| 9/14/2015 | 8:19 AM | 9/14/2015 | Qualcomm Buys Medical Data Management Company | Dow Jones Institutional News |
| 9/14/2015 | 8:25 AM | 9/14/2015 | Qualcomm Buys Medical Data Management Company | Dow Jones Newswires Chinese (English) |
| 9/14/2015 | 9:00 PM | 9/15/2015 | Press Release: Qualcomm Announces New Milestone in Snapdragon 410 and 210 Shipments | Dow Jones Institutional News |
| 9/14/2015 | 9:26 PM | 9/15/2015 | Some Companies Balk at Disclosing Details of Political Giving | Dow Jones Top Energy Stories |
| 9/14/2015 | 10:00 PM | 9/15/2015 | Press Release: Qualcomm Announces Addition of Two New Processors to Snapdragon Mid-Range Lineup | Dow Jones Institutional News |
| 9/14/2015 | 10:00 PM | 9/15/2015 | Press Release: Qualcomm Announces Breakthrough Connectivity Features in the Snapdragon 820 Processor | Dow Jones Institutional News |
| 9/14/2015 | 10:00 PM | 9/15/2015 | Press Release: Qualcomm Collaborates with America Movil on Global Pass Program | Dow Jones Institutional News |
| 9/14/2015 | 10:00 PM | 9/15/2015 | Press Release: Qualcomm Introduces Next-Generation Fast Charging Technology with Quick Charge 3.0 | Dow Jones Institutional News |
| 9/15/2015 | 6:51 PM | 9/16/2015 | *Qualcomm Extends Tender Offer Period To Acquire Ikanos Communications, Inc. >QCOM | Dow Jones Institutional News |
| 9/15/2015 | 6:53 PM | 9/16/2015 | Qualcomm Extends Tender Offer Period To Acquire Ikanos Communications, Inc. >QCOM | Dow Jones Newswires Chinese (English) |
| 9/15/2015 | 10:11 PM | 9/16/2015 | Press Release: Qualcomm Extends Tender Offer Period to Acquire Ikanos Communications, Inc. | Dow Jones Newswires Chinese (English) |
| 9/16/2015 | 6:29 AM | 9/16/2015 | Press Release: SMIC, CICIIF and Qualcomm Intend to Invest into SJsemi | Dow Jones Institutional News |
| 9/16/2015 | 7:17 AM | 9/16/2015 | Press Release: SMIC, CICIIF and Qualcomm Intend to Invest into SJsemi | Dow Jones Newswires Chinese (English) |
| 9/17/2015 | 3:41 AM | 9/17/2015 | EQS-News: SMIC, CICIIF and Qualcomm Intend to Invest into SJsemi | Dow Jones Newswires German |
| 9/17/2015 | 9:12 PM | 9/18/2015 | Qualcomm's (QCOM) Presents at Deutsche Bank Technology Brokers Conference (Transcript) >QCOM | Dow Jones Institutional News |
| 9/18/2015 | 10:47 AM | 9/18/2015 | Qualcomm cutting 1,314 jobs in San Diego -- report | Dow Jones Newswires Chinese (English) |
| 9/21/2015 | 2:12 PM | 9/21/2015 | The New Bond Market: Debt Investors Wary as Offerings Fuel Buybacks | Dow Jones Institutional News |
| 9/21/2015 | 2:19 PM | 9/21/2015 | Press Release: ON Semiconductor Demonstrates New Qualcomm Quick Charge 3.0 Compliant Charger | Dow Jones Institutional News |
| 9/21/2015 | 2:21 PM | 9/21/2015 | The New Bond Market: Debt Investors Wary as Offerings Fuel Buybacks | Dow Jones Top Energy Stories |
| 9/21/2015 | 2:21 PM | 9/21/2015 | The New Bond Market: Debt Investors Wary as Offerings Fuel Buybacks | Dow Jones Top North American Financial Services Stories |
| 9/21/2015 | 6:10 PM | 9/22/2015 | The New Bond Market: Debt Investors Wary as Offerings Fuel Buybacks -- Update | Dow Jones Institutional News |
| 9/21/2015 | 6:25 PM | 9/22/2015 | The New Bond Market: Debt Investors Wary as Offerings Fuel Buybacks -- Update | Dow Jones Institutional News |
| 9/22/2015 | 9:00 AM | 9/22/2015 | Press Release: Intrinsyc Will Distribute Qualcomm(R) Snapdragon Flight(TM) Development Board for Drones and Robotics | Dow Jones Institutional News |
| 9/24/2015 | 9:21 AM | 9/24/2015 | LogMeIn IoT Exec to Join Experts From Splunk, Cisco and Qualcomm to Share Insights on How to Build Connected Products | GlobeNewswire |
| 9/24/2015 | 2:56 PM | 9/24/2015 | Facebook's Free Internet Access Program in Developing Countries Provokes Backlash | Dow Jones Top Energy Stories |
| 9/27/2015 | 12:00 AM | 9/28/2015 | Press Release: Qualcomm Commits Up To $150 Million to Strategic Venture Fund in India | Dow Jones Institutional News |
| 10/5/2015 | 8:00 AM | 10/5/2015 | *ParkerVision Petition For Panel Rehearing Denied | Dow Jones Institutional News |
| 10/5/2015 | 8:00 AM | 10/5/2015 | ParkerVision Petition for Panel Rehearing Denied | GlobeNewswire |
| 10/7/2015 | 4:36 PM | 10/8/2015 | Press Release: Qualcomm Announces LTE Advanced for Windows 10 Notebooks, 2-in-1 and Tablets | Dow Jones Institutional News |
| 10/8/2015 | 3:30 PM | 10/8/2015 | Press Release: Qualcomm and Mellanox Collaborate to Enable Advanced, Cost-Effective Data Center Platforms for Servers and Storage | Dow Jones Institutional News |
| 10/8/2015 | 3:30 PM | 10/8/2015 | Press Release: Qualcomm and Xilinx Collaborate to Deliver Industry-Leading Heterogeneous Computing Solutions for Data Centers with New Levels of Efficiency and Performance | Dow Jones Institutional News |
| 10/8/2015 | 3:30 PM | 10/8/2015 | Press Release: Qualcomm Makes Significant Advancements with its Server Ecosystem | Dow Jones Institutional News |
| 10/9/2015 | 9:00 AM | 10/9/2015 | Press Release: Qualcomm Announces Quarterly Cash Dividend | Dow Jones Institutional News |
| 10/12/2015 | 8:15 AM | 10/12/2015 | Press Release: PTC to Acquire Augmented Reality Leader Vuforia from Qualcomm | Dow Jones Institutional News |
| 10/12/2015 | 8:15 AM | 10/12/2015 | Press Release: Qualcomm Signs Definitive Agreement to Sell Vuforia Business to PTC | Dow Jones Institutional News |
| 10/12/2015 | 8:17 AM | 10/12/2015 | PTC to Acquire Vuforia From Qualcomm for $65M>PTC | Dow Jones Newswires Chinese (English) |
| 10/12/2015 | 8:17 AM | 10/12/2015 | Qualcomm Signs Definitive Agreement To Sell Vuforia Business To PTC | Dow Jones Newswires Chinese (English) |
| 10/12/2015 | 9:22 AM | 10/12/2015 | PTC to Buy Vuforia business from Qualcomm | Dow Jones Institutional News |
| 10/12/2015 | 9:22 AM | 10/12/2015 | PTC to Buy Vuforia Business From Qualcomm | Dow Jones Top News & Commentary |
| 10/12/2015 | 9:37 AM | 10/12/2015 | PTC to Buy Vuforia business from Qualcomm | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date | Time | Effective Date | Headline | News Source |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| 10/12/2015 | 9:48 AM | 10/12/2015 | PTC to Buy Vuforia business from Qualcomm | Dow Jones Newswires Chinese (English) |
| 10/12/2015 | 1:13 PM | 10/12/2015 | Qualcomm Not Getting Out of Augmented Reality -- Market Talk | Dow Jones Institutional News |
| 10/12/2015 | 1:13 PM | 10/12/2015 | Qualcomm Not Getting Out of Augmented Reality -- Market Talk | Dow Jones Institutional News |
| 10/16/2015 | 6:01 AM | 10/16/2015 | IBM Allows Chinese Government to Review Source Code | Dow Jones Top North American Equities Stories |
| 10/16/2015 | 6:11 AM | 10/16/2015 | IBM Allows Chinese Government to Review Source Code | Dow Jones Top Global Market Stories |
| 10/19/2015 | 9:30 AM | 10/19/2015 | Press Release: Qualcomm Schedules Fourth Quarter and Fiscal 2015 Earnings Release and Conference Call | Dow Jones Institutional News |
| 10/20/2015 | 3:00 AM | 10/20/2015 | Press Release: Qualcomm Expands Home Gateway Options for Carriers | Dow Jones Institutional News |
| 10/20/2015 | 3:00 AM | 10/20/2015 | Press Release: Qualcomm Introduces Industry's First Wave 2 802.11ac Wi-Fi System-on-Chip for Routers, Gateways and Access Points | Dow Jones Institutional News |
| 10/20/2015 | 3:04 AM | 10/20/2015 | DJ QUALCOMM Incorporated, Inst Holders, 3Q 2015 (QCOM) | Dow Jones Institutional News |
| 10/20/2015 | 5:02 PM | 10/21/2015 | Cisco, Qualcomm CEOs Chat About China and 'Things' | Dow Jones Institutional News |
| 10/20/2015 | 5:02 PM | 10/21/2015 | Cisco, Qualcomm CEOs Chat About China and 'Things' | Dow Jones Institutional News |
| 10/20/2015 | 5:17 PM | 10/21/2015 | Cisco, Qualcomm CEOs Chat About China and 'Things' | Dow Jones Institutional News |
| 10/20/2015 | 10:21 PM | 10/21/2015 | Magic Leap Aims to Build Operating System for Augmented Reality | Dow Jones Top Energy Stories |
| 10/20/2015 | 10:31 PM | 10/21/2015 | Cisco, Qualcomm CEOs Chat About China and 'Things' | Dow Jones Newswires Chinese (English) |
| 10/21/2015 | 7:30 AM | 10/21/2015 | Press Release: Qualcomm's Capsule Receives FDA Clearance of SmartLinx Vitals Plus(TM) | Dow Jones Institutional News |
| 10/26/2015 | 3:21 PM | 10/26/2015 | Press Release: MasterCard Launches New Program That Can Turn Any Consumer Gadget, Accessory or Wearable into a Payment Device | Dow Jones Institutional News |
| 10/26/2015 | 10:00 PM | 10/27/2015 | Press Release: Qualcomm Announces IP Camera Reference Platform with High-end Processing, Imaging and Analytics Capabilities to Advance Security Cameras | Dow Jones Institutional News |
| 10/26/2015 | 10:00 PM | 10/27/2015 | Press Release: Qualcomm Announces New Modem Solutions Designed to Support Reliable, Global Connectivity to the Internet of Things | Dow Jones Institutional News |
| 10/29/2015 | 7:30 AM | 10/29/2015 | Press Release: Qualcomm Appoints Brian Modoff as Executive Vice President of Strategy and M&A | Dow Jones Institutional News |
| 11/2/2015 | 4:30 PM | 11/3/2015 | Press Release: Qualcomm and ZTE Sign New 3G/4G License, Strengthening Long-Term Partnership | Dow Jones Institutional News |
| 11/2/2015 | 10:07 PM | 11/3/2015 | Press Release: Qualcomm and ZTE Sign New 3G/4G License, Strengthening Long-Term Partnershi | Dow Jones Newswires Chinese (English) |
| 11/3/2015 | 9:41 AM | 11/3/2015 | *PTC Completes Acquisition Of Vuforia >PTC | Dow Jones Institutional News |
| 11/3/2015 | 5:04 PM | 11/4/2015 | Intel Shifts Tactics With Internet of Things Chips | Dow Jones Top News & Commentary |
| 11/3/2015 | 5:28 PM | 11/4/2015 | Intel Shifts Tactics With Internet of Things Chips | Dow Jones Top Energy Stories |
| 11/4/2015 | 9:53 AM | 11/4/2015 | Alphabet's Google to Try Again With Low-Cost Smartphone for India | Dow Jones Top North American Equities Stories |
| 11/4/2015 | 10:03 AM | 11/4/2015 | Alphabet's Google to Try Again With Low-Cost Smartphone for India | Dow Jones Top Global Market Stories |
| 11/4/2015 | 11:30 AM | 11/4/2015 | Press Release: Arrow Electronics Announces Its DragonBoard 410c Now Works with Microsoft Azure IoT Suite | Dow Jones Institutional News |
| 11/4/2015 | 4:02 PM | 11/5/2015 | Press Release: Qualcomm Earnings Release Available on Company's Investor Relations Website | Dow Jones Institutional News |
| 11/4/2015 | 4:02 PM | 11/5/2015 | Qualcomm 4Q Rev $5.5B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/4/2015 | 4:03 PM | 11/5/2015 | Qualcomm 4Q EPS 67c >QCOM | Dow Jones Newswires Chinese (English) |
| 11/4/2015 | 4:03 PM | 11/5/2015 | Qualcomm 4Q Net $1.1B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/4/2015 | 4:03 PM | 11/5/2015 | Qualcomm 4Q Rev $5.5B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/4/2015 | 4:37 PM | 11/5/2015 | Qualcomm CEO Says China Licenses Will Come -- Market Talk | Dow Jones Institutional News |
| 11/4/2015 | 4:37 PM | 11/5/2015 | Qualcomm CEO Says China Licenses Will Come -- Market Talk | Dow Jones Institutional News |
| 11/4/2015 | 4:37 PM | 11/5/2015 | Qualcomm Profit Falls 44% | Dow Jones Institutional News |
| 11/4/2015 | 4:43 PM | 11/5/2015 | Qualcomm Profit Falls 44% | Dow Jones Top Global Market Stories |
| 11/4/2015 | 4:43 PM | 11/5/2015 | Qualcomm Profit Falls 44% | Dow Jones Top North American Equities Stories |
| 11/4/2015 | 4:52 PM | 11/5/2015 | Qualcomm Profit Falls 44% | Dow Jones Institutional News |
| 11/4/2015 | 4:52 PM | 11/5/2015 | Qualcomm Profit Falls 44% | Dow Jones Top News & Commentary |
| 11/4/2015 | 5:00 PM | 11/5/2015 | Qualcomm Profit Falls 44% | Dow Jones Institutional News |
| 11/4/2015 | 5:15 PM | 11/5/2015 | Qualcomm Profit Falls 44% | Dow Jones Institutional News |
| 11/4/2015 | 5:31 PM | 11/5/2015 | Qualcomm Profit Falls 44% | Dow Jones Newswires Chinese (English) |
| 11/4/2015 | 6:24 PM | 11/5/2015 | Qualcomm Profit Falls 44% -- Update | Dow Jones Institutional News |
| 11/4/2015 | 6:39 PM | 11/5/2015 | Qualcomm Profit Falls 44% -- Update | Dow Jones Institutional News |
| 11/4/2015 | 8:41 PM | 11/5/2015 | QUALCOMMSteven M. Mollenkopf on Q4 2015 Results -- Earnings Call Transcript >QCOM | Dow Jones Institutional News |
| 11/5/2015 | 12:16 PM | 11/5/2015 | Qualcomm Stake Spells Pain for Activist Jana -- Market Talk | Dow Jones Institutional News |
| 11/5/2015 | 12:16 PM | 11/5/2015 | Qualcomm Stake Spells Pain for Activist Jana -- Market Talk | Dow Jones Institutional News |
| 11/5/2015 | 12:22 PM | 11/5/2015 | Qualcomm sinks to 52-week low on weak outlook | Dow Jones Newswires Chinese (English) |
| 11/5/2015 | 12:38 PM | 11/5/2015 | China Holds Qualcomm's Hopes and Fears -- Market Talk | Dow Jones Institutional News |
| 11/5/2015 | 12:38 PM | 11/5/2015 | China Holds Qualcomm's Hopes and Fears -- Market Talk | Dow Jones Institutional News |
| 11/5/2015 | 1:12 PM | 11/5/2015 | Jana Down $200 Million on Paper After Qualcomm Tumbles 14% | Dow Jones Institutional News |
| 11/5/2015 | 1:43 PM | 11/5/2015 | Jana Down $200 Million on Paper After Qualcomm Tumbles 14% | Dow Jones Top Energy Stories |
| 11/5/2015 | 2:21 PM | 11/5/2015 | Why Qualcomm Is Down But Not Out -- Heard on the Street | Dow Jones Institutional News |
| 11/5/2015 | 2:33 PM | 11/5/2015 | Why Qualcomm Is Down But Not Out | Dow Jones Top Energy Stories |
| 11/5/2015 | 3:03 PM | 11/5/2015 | Jana Down $200 Million on Paper After Qualcomm Tumbles 14% | Dow Jones Newswires Chinese (English) |
| 11/5/2015 | 4:31 PM | 11/6/2015 | *Qualcomm And Huizhou TCL Mobile Communication Co., Ltd. Sign 3G/4G Chinese Patent License Agreement | Dow Jones Institutional News |
| 11/5/2015 | 4:35 PM | 11/6/2015 | Qualcomm And Huizhou TCL Mobile Communication Co., Ltd. Sign 3G/4G Chinese Patent Lice | Dow Jones Newswires Chinese (English) |
| 11/6/2015 | 2:32 AM | 11/6/2015 | Qualcomm Is Down But Not Out -- Heard On The Street | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 11/6/2015 | 6:21 PM | 11/9/2015 | Qualcomm's China Struggles Continue | Dow Jones Institutional News |
| 11/6/2015 | 6:36 PM | 11/9/2015 | Qualcomm's China Struggles Continue | Dow Jones Institutional News |
| 11/8/2015 | 9:28 PM | 11/9/2015 | Qualcomm 's China Struggles Continue | Dow Jones Newswires Chinese (English) |
| 11/9/2015 | 3:03 AM | 11/9/2015 | Qualcomm's China Struggles Continue as It Fails to Reach Patent Deals | Dow Jones Newswires Korean (English) |
| 11/9/2015 | 9:20 AM | 11/9/2015 | *Qualcomm Cut to Neutral From Buy by Nomura >QCOM | Dow Jones Institutional News |
| 11/9/2015 | 9:21 AM | 11/9/2015 | Qualcomm Cut to Neutral From Buy by Nomura >QCOM | Dow Jones Newswires Chinese (English) |
| 11/12/2015 | 12:29 AM | 11/12/2015 | Samsung's New 'Exynos' Chip Strengthens Processor Prowess -- Market Talk | Dow Jones Institutional News |
| 11/12/2015 | 1:33 AM | 11/12/2015 | Samsung's New 'Exynos' Chip Strengthens Processor Prowess -- Market Talk | Dow Jones Newswires Chinese (English) |
| 11/17/2015 | 1:33 PM | 11/17/2015 | Review: A Single Gadget to End Your Charging Headaches | Dow Jones Top Energy Stories |
| 11/17/2015 | 8:36 PM | 11/18/2015 | *Qualcomm Discloses South Korea Antitrust Charges | Dow Jones Institutional News |
| 11/17/2015 | 8:38 PM | 11/18/2015 | Qualcomm Discloses South Korea Antitrust Charges | Dow Jones Newswires Chinese (English) |
| 11/17/2015 | 8:41 PM | 11/18/2015 | Qualcomm Says Suggested Penalties Include Monetary Damages | Dow Jones Newswires Chinese (English) |
| 11/17/2015 | 8:42 PM | 11/18/2015 | Qualcomm Vows to Vigorously Defend Itself in South Korea | Dow Jones Newswires Chinese (English) |
| 11/17/2015 | 9:02 PM | 11/18/2015 | MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog | Dow Jones Institutional News |
| 11/17/2015 | 11:16 PM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations | Dow Jones Institutional News |
| 11/17/2015 | 11:31 PM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations | Dow Jones Institutional News |
| 11/18/2015 | 12:09 AM | 11/18/2015 | MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog | Dow Jones Institutional News |
| 11/18/2015 | 12:23 AM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations | Dow Jones Newswires Chinese (English) |
| 11/18/2015 | 2:56 AM | 11/18/2015 | *World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm and | Dow Jones Institutional News |
| 11/18/2015 | 2:56 AM | 11/18/2015 | Press Release: World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm | Dow Jones Institutional News |
| 11/18/2015 | 3:42 AM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations | Dow Jones Top News & Commentary |
| 11/18/2015 | 5:52 AM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update | Dow Jones Institutional News |
| 11/18/2015 | 6:07 AM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update | Dow Jones Institutional News |
| 11/18/2015 | 11:13 AM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations | Dow Jones Top Global Market Stories |
| 11/18/2015 | 11:13 AM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations | Dow Jones Top North American Equities Stories |
| 11/18/2015 | 11:20 AM | 11/18/2015 | Qualcomm Discloses South Korea Antitrust Charges | Dow Jones Institutional News |
| 11/18/2015 | 11:35 AM | 11/18/2015 | Qualcomm Discloses South Korea Antitrust Charges | Dow Jones Institutional News |
| 11/18/2015 | 11:38 AM | 11/18/2015 | Qualcomm's Licensing Formula Targeted -- Market Talk | Dow Jones Institutional News |
| 11/18/2015 | 11:38 AM | 11/18/2015 | Qualcomm's Licensing Formula Targeted -- Market Talk | Dow Jones Institutional News |
| 11/18/2015 | 1:00 PM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update | Dow Jones Institutional News |
| 11/18/2015 | 1:10 PM | 11/18/2015 | Qualcomm sinks to 52-week low after allegations of antitrust violations in Korea | Dow Jones Newswires Chinese (English) |
| 11/18/2015 | 1:15 PM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update | Dow Jones Institutional News |
| 11/18/2015 | 2:13 PM | 11/18/2015 | Chip-Industry Merger Bash: Why This Party Isn't Over | Dow Jones Top Energy Stories |
| 11/19/2015 | 9:15 AM | 11/19/2015 | Press Release: Qualcomm Names Cristiano Amon President of QCT | Dow Jones Institutional News |
| 11/19/2015 | 12:10 PM | 11/19/2015 | Senior Qualcomm Exec Leaves in Reshuffle -- Market Talk | Dow Jones Institutional News |
| 11/19/2015 | 12:10 PM | 11/19/2015 | Senior Qualcomm Exec Leaves in Reshuffle -- Market Talk | Dow Jones Institutional News |
| 11/19/2015 | 12:15 PM | 11/19/2015 | FCC's Wheeler Appears to Bless T-Mobile Offering -- Market Talk | Dow Jones Institutional News |
| 11/19/2015 | 12:19 PM | 11/19/2015 | Fed, House Moving in Opposite Monetary Directions -- Market Talk | Dow Jones Institutional News |
| 11/19/2015 | 7:53 PM | 11/20/2015 | China Aims to Build Its Own Secure Smartphones | Dow Jones Top Energy Stories |
| 11/19/2015 | 10:12 PM | 11/20/2015 | China Aims to Build Its Own Secure Smartphones | Dow Jones Newswires Chinese (English) |
| 11/20/2015 | 4:10 PM | 11/23/2015 | Intel Selects Qualcomm Executive for New Senior Job | Dow Jones Institutional News |
| 11/20/2015 | 4:10 PM | 11/23/2015 | Intel Selects Qualcomm Executive for New Senior Job | Dow Jones Top News & Commentary |
| 11/20/2015 | 4:13 PM | 11/23/2015 | Intel Selects Qualcomm Executive for New Senior Job | Dow Jones Top North American Equities Stories |
| 11/20/2015 | 4:18 PM | 11/23/2015 | Intel Selects Qualcomm Executive for New Senior Job | Dow Jones Top Global Market Stories |
| 11/20/2015 | 4:20 PM | 11/23/2015 | Intel Selects Qualcomm Executive for New Senior Job | Dow Jones Institutional News |
| 11/20/2015 | 4:25 PM | 11/23/2015 | Intel Selects Qualcomm Executive for New Senior Job | Dow Jones Institutional News |
| 11/20/2015 | 4:35 PM | 11/23/2015 | Intel Selects Qualcomm Executive for New Senior Job | Dow Jones Institutional News |
| 11/20/2015 | 4:50 PM | 11/23/2015 | Intel Selects Qualcomm Executive for New Senior Job | Dow Jones Newswires Chinese (English) |
| 11/21/2015 | 2:44 AM | 11/23/2015 | Intel Taps Rival For Chip Talent | Dow Jones Institutional News |
| 11/21/2015 | 2:47 AM | 11/23/2015 | Intel Taps Rival For Chip Talent | Dow Jones Institutional News |
| 11/23/2015 | 11:35 PM | 11/24/2015 | Semiconductor Race Will Keep Spurring Investment: Bernstein -- Market Talk | Dow Jones Newswires Chinese (English) |
| 11/24/2015 | 4:08 PM | 11/25/2015 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 11/30/2015 | 8:00 AM | 11/30/2015 | Press Release: Renesas Electronics America, Micrium and Medium One Simplify Embedded Design for Wi-Fi Based IoT Applications with New Wi-Fi... | Dow Jones Institutional News |
| 12/1/2015 | 4:12 PM | 12/2/2015 | INVESTOR ALERT: Levi & Korsinsky, LLP Notifies Shareholders of Qualcomm Incorporated of Class Action Lawsuit and a Lead Plaintiff Deadline of January 29, 2016 -- QCOM | GlobeNewswire |
| 12/1/2015 | 4:12 PM | 12/2/2015 | Press Release: INVESTOR ALERT: Levi & Korsinsky, LLP Notifies Shareholders of Qualcomm Incorporated of Class Action Lawsuit and a Lead Plaintiff Deadline of January 29, 2016 -- QCOM | Dow Jones Institutional News |
| 12/1/2015 | 6:24 PM | 12/2/2015 | QUALCOMM's (QCOM) Management Presents at Credit Suisse 19th Annual Technology, Media & Telecom Brokers Conference (Transcript) >QCOM | Dow Jones Institutional News |
| 12/2/2015 | 7:30 AM | 12/2/2015 | Press Release: Qualcomm and Xiaomi Sign 3G/4G License Agreement | Dow Jones Institutional News |
| 12/2/2015 | 7:31 AM | 12/2/2015 | Qualcomm And Xiaomi Sign 3G/4G License Agreement | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 12/2/2015 | 7:34 AM | 12/2/2015 | Qualcomm: Granted Xiaomi Royalty-Bearing Patent License To Develop, Manufacture And Sell 3G And 4G Complete Devices >QCOM | Dow Jones Newswires Chinese (English) |
| 12/2/2015 | 10:29 AM | 12/2/2015 | Qualcomm Shares Rally On Xiaomi Licensing Deal -- Market Talk | Dow Jones Institutional News |
| 12/2/2015 | 10:29 AM | 12/2/2015 | Qualcomm Shares Rally On Xiaomi Licensing Deal -- Market Talk | Dow Jones Institutional News |
| 12/2/2015 | 10:44 AM | 12/2/2015 | Qualcomm Shares Rally On Xiaomi Licensing Deal -- Market Talk | Dow Jones Newswires Chinese (English) |
| 12/2/2015 | 11:23 AM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi | Dow Jones Institutional News |
| 12/2/2015 | 11:28 AM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi | Dow Jones Top Global Market Stories |
| 12/2/2015 | 11:28 AM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi | Dow Jones Top North American Equities Stories |
| 12/2/2015 | 11:38 AM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi | Dow Jones Institutional News |
| 12/2/2015 | 11:40 AM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi | Dow Jones Institutional News |
| 12/2/2015 | 11:55 AM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi | Dow Jones Institutional News |
| 12/2/2015 | 11:55 AM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi | Dow Jones Top News & Commentary |
| 12/2/2015 | 2:12 PM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi | Dow Jones Newswires Chinese (English) |
| 12/2/2015 | 2:50 PM | 12/2/2015 | Qualcomm's Xiaomi Deal: It's an Easy Call -- Heard on the Street | Dow Jones Institutional News |
| 12/2/2015 | 3:04 PM | 12/2/2015 | Qualcomm's Xiaomi Deal: It's an Easy Call | Dow Jones Top Energy Stories |
| 12/2/2015 | 3:14 PM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi--Update | Dow Jones Institutional News |
| 12/2/2015 | 3:29 PM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi--Update | Dow Jones Institutional News |
| 12/3/2015 | 2:11 AM | 12/3/2015 | Qualcomm's Xiaomi Deal: It's an Easy Call -- Heard on the Street | Dow Jones Newswires Chinese (English) |
| 12/3/2015 | 2:38 AM | 12/3/2015 | Qualcomm Signs Licensing Deal With Xiaomi | Dow Jones Institutional News |
| 12/3/2015 | 2:40 AM | 12/3/2015 | Qualcomm's Xiaomi Deal An Easy Call -- Heard On The Street | Dow Jones Institutional News |
| 12/3/2015 | 2:58 PM | 12/3/2015 | Avago Sends a Clear Signal | Dow Jones Top Energy Stories |
| 12/3/2015 | 8:24 PM | 12/4/2015 | Brower Piven Encourages Investors Who Have Losses in Excess of $100,000 From Investment in Qualcomm Incorporated to Contact Brower Piven Before the Lead Plaintiff Deadline in Class Action Lawsuit -- QCOM | GlobeNewswire |
| 12/3/2015 | 8:24 PM | 12/4/2015 | Press Release: Brower Piven Encourages Investors Who Have Losses in Excess of $100,000 From Investment in Qualcomm Incorporated to Contact Brower Piven Before the Lead Plaintiff Deadline in Class Action Lawsuit -- QCOM | Dow Jones Institutional News |
| 12/7/2015 | 9:40 AM | 12/7/2015 | Marvell Results Disappoint | Dow Jones Top News & Commentary |
| 12/8/2015 | 5:46 AM | 12/8/2015 | *EU Issues Qualcomm With Two Sets of Formal Charges | Dow Jones Institutional News |
| 12/8/2015 | 5:48 AM | 12/8/2015 | EU Issues Qualcomm With Two Sets of Formal Charges | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 5:52 AM | 12/8/2015 | EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 5:53 AM | 12/8/2015 | EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 5:54 AM | 12/8/2015 | EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 6:14 AM | 12/8/2015 | *Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says | Dow Jones Institutional News |
| 12/8/2015 | 6:15 AM | 12/8/2015 | Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 6:15 AM | 12/8/2015 | Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 6:16 AM | 12/8/2015 | Qualcomm: Our Sales Practices Have Always Complied with European Competition Law | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 6:16 AM | 12/8/2015 | Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 6:17 AM | 12/8/2015 | Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 6:19 AM | 12/8/2015 | Press Release: Qualcomm Comments on Regulatory Matters | Dow Jones Institutional News |
| 12/8/2015 | 6:23 AM | 12/8/2015 | EU Slaps Qualcomm With Antitrust Charges | Dow Jones Top North American Equities Stories |
| 12/8/2015 | 6:24 AM | 12/8/2015 | EU Imposes Formal Antitrust Charges on Qualcomm | Dow Jones Institutional News |
| 12/8/2015 | 6:28 AM | 12/8/2015 | EU Slaps Qualcomm With Antitrust Charges | Dow Jones Top Global Market Stories |
| 12/8/2015 | 6:40 AM | 12/8/2015 | EU Slaps Qualcomm With Antitrust Charges | Dow Jones Institutional News |
| 12/8/2015 | 6:55 AM | 12/8/2015 | EU Slaps Qualcomm With Antitrust Charges | Dow Jones Institutional News |
| 12/8/2015 | 7:06 AM | 12/8/2015 | EU Imposes Formal Antitrust Charges on Qualcomm | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 7:55 AM | 12/8/2015 | EU Slaps Qualcomm with Antitrust Charges --Update | Dow Jones Institutional News |
| 12/8/2015 | 8:10 AM | 12/8/2015 | EU Slaps Qualcomm with Antitrust Charges --Update | Dow Jones Institutional News |
| 12/8/2015 | 8:16 AM | 12/8/2015 | News Highlights: Equities Stories Of The Day | Dow Jones Institutional News |
| 12/8/2015 | 2:53 PM | 12/8/2015 | EU Slaps Qualcomm with Antitrust Charges -- 2nd Update | Dow Jones Institutional News |
| 12/8/2015 | 3:08 PM | 12/8/2015 | EU Slaps Qualcomm with Antitrust Charges -- 2nd Update | Dow Jones Institutional News |
| 12/9/2015 | 2:37 AM | 12/9/2015 | EU Slaps Qualcomm With Antitrust Charges | Dow Jones Institutional News |
| 12/9/2015 | 11:04 PM | 12/10/2015 | HK Bourse: Announcement From Semiconductor Manufacturing International Corp. | Dow Jones Institutional News |
| 12/11/2015 | 4:14 PM | 12/14/2015 | Qualcomm Files 8K - Changes To Articles >QCOM | Dow Jones Institutional News |
| 12/11/2015 | 4:16 PM | 12/14/2015 | *Qualcomm Board Amends Bylaws to Implement Proxy Access | Dow Jones Institutional News |
| 12/11/2015 | 4:18 PM | 12/14/2015 | Qualcomm Board Amends Bylaws to Implement Proxy Access | Dow Jones Newswires Chinese (English) |
| 12/11/2015 | 5:29 PM | 12/14/2015 | Qualcomm Adopts Proxy-Access Policy -- Market Talk | Dow Jones Institutional News |
| 12/11/2015 | 5:29 PM | 12/14/2015 | Qualcomm Adopts Proxy-Access Policy -- Market Talk | Dow Jones Institutional News |
| 12/14/2015 | 6:27 PM | 12/15/2015 | Nvidia Loses ITC Case Against Samsung, Qualcomm -- Market Talk | Dow Jones Institutional News |
| 12/14/2015 | 6:27 PM | 12/15/2015 | Nvidia Loses ITC Case Against Samsung, Qualcomm -- Market Talk | Dow Jones Institutional News |
| 12/15/2015 | 7:30 AM | 12/15/2015 | *Qualcomm Won't Break Up Company Despite Legal Scrutiny, Pressure From Activist Investor | Dow Jones Institutional News |
| 12/15/2015 | 7:30 AM | 12/15/2015 | Press Release: Qualcomm Completes Review of Corporate and Financial Structure | Dow Jones Institutional News |
| 12/15/2015 | 7:31 AM | 12/15/2015 | Qualcomm Won't Break Up Company Despite Legal Scrutiny, Pressure From Activist Investor | Dow Jones Newswires Chinese (English) |
| 12/15/2015 | 7:32 AM | 12/15/2015 | Qualcomm: Internal Review Found Against Splitting Chip Business From Patent-Licensing Unit | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 12/15/2015 | 7:33 AM | 12/15/2015 | Activist Investor Jana Partners Had Pressed Qualcomm to Consider Breakup >QCOM | Dow Jones Newswires Chinese (English) |
| 12/15/2015 | 7:33 AM | 12/15/2015 | Qualcomm Decides to Keep Current Structure | Dow Jones Institutional News |
| 12/15/2015 | 7:33 AM | 12/15/2015 | Qualcomm Decides to Keep Current Structure | Dow Jones Top News & Commentary |
| 12/15/2015 | 7:33 AM | 12/15/2015 | Qualcomm Raises Fiscal 1Q EPS Guidance >QCOM | Dow Jones Newswires Chinese (English) |
| 12/15/2015 | 7:33 AM | 12/15/2015 | Qualcomm: Current Corporate Structure Most Beneficial to Shareholders >QCOM | Dow Jones Newswires Chinese (English) |
| 12/15/2015 | 7:34 AM | 12/15/2015 | Qualcomm Files 8K - Regulation FD >QCOM | Dow Jones Institutional News |
| 12/15/2015 | 7:34 AM | 12/15/2015 | Qualcomm Sees 1Q EPS, Adj EPS at or Modestly Above High End of Prior Views | Dow Jones Newswires Chinese (English) |
| 12/15/2015 | 7:35 AM | 12/15/2015 | Qualcomm Had Seen 1Q EPS 80c-90c >QCOM | Dow Jones Newswires Chinese (English) |
| 12/15/2015 | 7:43 AM | 12/15/2015 | Qualcomm Decides Against Breakup | Dow Jones Top North American Equities Stories |
| 12/15/2015 | 7:44 AM | 12/15/2015 | Qualcomm Decides Against Breakup | Dow Jones Top Global Market Stories |
| 12/15/2015 | 7:48 AM | 12/15/2015 | Qualcomm Decides to Keep Current Structure | Dow Jones Institutional News |
| 12/15/2015 | 7:50 AM | 12/15/2015 | Qualcomm Decides Against Breakup | Dow Jones Institutional News |
| 12/15/2015 | 8:05 AM | 12/15/2015 | Qualcomm Decides Against Breakup | Dow Jones Institutional News |
| 12/15/2015 | 8:09 AM | 12/15/2015 | The Wall Street Journal: Qualcomm rebuffs activist, antitrust calls for a breakup | Dow Jones Commentary |
| 12/15/2015 | 8:10 AM | 12/15/2015 | Qualcomm Decides to Keep Current Structure | Dow Jones Newswires Chinese (English) |
| 12/15/2015 | 8:19 AM | 12/15/2015 | Qualcomm Decides Against Breakup--Update | Dow Jones Institutional News |
| 12/15/2015 | 8:34 AM | 12/15/2015 | Qualcomm Decides Against Breakup--Update | Dow Jones Institutional News |
| 12/15/2015 | 9:00 AM | 12/15/2015 | Press Release: Intrinsyc Announces Development Platforms Featuring New High-Performance Qualcomm Snapdragon 820 Processor | Dow Jones Institutional News |
| 12/15/2015 | 10:50 AM | 12/15/2015 | Qualcomm Decision Sits Fine with Jana -- Market Talk | Dow Jones Institutional News |
| 12/15/2015 | 10:50 AM | 12/15/2015 | Qualcomm Decision Sits Fine with Jana -- Market Talk | Dow Jones Institutional News |
| 12/15/2015 | 2:22 PM | 12/15/2015 | Qualcomm's Split Decision: Now Comes the Hard Part -- Heard on the Street | Dow Jones Institutional News |
| 12/15/2015 | 2:28 PM | 12/15/2015 | Qualcomm's Split Decision: Now Comes the Hard Part | Dow Jones Top Energy Stories |
| 12/15/2015 | 4:02 PM | 12/16/2015 | ParkerVision Files Complaint With the International Trade Commission | GlobeNewswire |
| 12/15/2015 | 11:45 PM | 12/16/2015 | Qualcomm's Split Decision: Now Comes the Hard Part -- Heard on the Street | Dow Jones Newswires Chinese (English) |
| 12/16/2015 | 2:36 AM | 12/16/2015 | Qualcomm Board Rejects Split Of Chip, Patent Units | Dow Jones Institutional News |
| 12/16/2015 | 2:37 AM | 12/16/2015 | Qualcomm Makes The Right Call -- Heard On The Street | Dow Jones Institutional News |
| 12/16/2015 | 12:10 PM | 12/16/2015 | *S&P Revises Qualcomm 'A+' Rtg Otlk To Stable From Negative | Dow Jones Institutional News |
| 12/16/2015 | 1:06 PM | 12/16/2015 | S&P Revises Qualcomm 'A+' Rtg Otlk To Stable From Negative | Dow Jones Newswires Chinese (English) |
| 12/16/2015 | 1:07 PM | 12/16/2015 | S&P: Qualcomm Outlook Revision Reflects Company's Decision Not to Separate | Dow Jones Newswires Chinese (English) |
| 12/23/2015 | 8:30 PM | 12/24/2015 | SHAREHOLDER ALERT: Brower Piven Encourages Investors Who Have Losses in Excess of $100,000 From Investment in Qualcomm Incorporated to Contact Brower Piven Before the Lead Plaintiff Deadline in Class Action Lawsuit -- QCOM | GlobeNewswire |
| 12/27/2015 | 11:35 PM | 12/28/2015 | China Fines Eight Shipping Firms for Price Fixing | Dow Jones Top News & Commentary |
| 12/28/2015 | 7:30 AM | 12/28/2015 | Press Release: Qualcomm and QiKu Sign 3G/4G Chinese Patent License Agreement | Dow Jones Institutional News |
| 12/28/2015 | 7:32 AM | 12/28/2015 | Qualcomm And QiKu Sign 3G/4G Chinese Patent License Agreement | Dow Jones Newswires Chinese (English) |
| 12/28/2015 | 4:31 PM | 12/29/2015 | Intel Completes Acquisition of Altera | Dow Jones Top News & Commentary |
| 12/29/2015 | 7:30 AM | 12/29/2015 | Press Release: Qualcomm and Haier Sign 3G/4G Chinese Patent License Agreement | Dow Jones Institutional News |
| 12/29/2015 | 7:30 AM | 12/29/2015 | Press Release: Qualcomm and Tianyu Sign 3G/4G Chinese Patent License Agreement | Dow Jones Institutional News |
| 12/29/2015 | 7:31 AM | 12/29/2015 | Qualcomm And Haier Sign 3G/4G Chinese Patent License Agreement | Dow Jones Newswires Chinese (English) |
| 12/29/2015 | 7:32 AM | 12/29/2015 | Qualcomm And Tianyu Sign 3G/4G Chinese Patent License Agreement | Dow Jones Newswires Chinese (English) |
| 12/29/2015 | 8:50 AM | 12/29/2015 | Qualcomm Reaches License Deals With China's Tianyu and Haier | Dow Jones Institutional News |
| 12/29/2015 | 8:50 AM | 12/29/2015 | Qualcomm Reaches License Deals With China's Tianyu and Haier | Dow Jones Top News & Commentary |
| 12/29/2015 | 9:05 AM | 12/29/2015 | Qualcomm Reaches License Deals With China's Tianyu and Haier | Dow Jones Institutional News |
| 12/29/2015 | 9:28 AM | 12/29/2015 | Qualcomm Reaches License Deals With China's Tianyu and Haier | Dow Jones Newswires Chinese (English) |
| 12/29/2015 | 10:50 AM | 12/29/2015 | Qualcomm Reaches License Deals With China's Tianyu and Haier | Dow Jones Institutional News |
| 12/29/2015 | 11:05 AM | 12/29/2015 | Qualcomm Reaches License Deals With China's Tianyu and Haier | Dow Jones Institutional News |
| 12/29/2015 | 4:49 PM | 12/30/2015 | Qualcomm Reaches License Deals With China's Tianyu and Haier -- Update | Dow Jones Institutional News |
| 12/29/2015 | 5:04 PM | 12/30/2015 | Qualcomm Reaches License Deals With China's Tianyu and Haier -- Update | Dow Jones Institutional News |
| 1/3/2016 | 10:30 PM | 1/4/2016 | Press Release: Lenovo Unveils Pioneering Modular ThinkPad X1 Tablet | Dow Jones Institutional News |
| 1/5/2016 | 1:59 AM | 1/5/2016 | New York City to Replace Pay Phones With Free Wi-Fi | Dow Jones Newswires Chinese (English) |
| 1/5/2016 | 3:30 PM | 1/5/2016 | Press Release: Qualcomm 802.11ad Products to Lead the Way for Multi-band Wi-Fi Ecosystem | Dow Jones Institutional News |
| 1/5/2016 | 3:30 PM | 1/5/2016 | Press Release: Qualcomm Announces Addition of Cost-Optimized Snapdragon X5 LTE Modem (9x07) to Extend its Offerings that Cover a Range o... | Dow Jones Institutional News |
| 1/5/2016 | 3:30 PM | 1/5/2016 | Press Release: Qualcomm Announces Smart Home Reference Platform Utilizing Powerful Computing, Voice Recognition, Audio, Display, ... | Dow Jones Institutional News |
| 1/5/2016 | 3:30 PM | 1/5/2016 | Press Release: Qualcomm aptX HD Delivers High Resolution Audio over Bluetooth | Dow Jones Institutional News |
| 1/5/2016 | 3:30 PM | 1/5/2016 | Press Release: Qualcomm expands collaboration with Novartis for connected COPD therapy | Dow Jones Institutional News |
| 1/5/2016 | 3:30 PM | 1/5/2016 | Press Release: Qualcomm Launches Bluetooth Smart SoC Optimized for the Always-on World | Dow Jones Institutional News |
| 1/5/2016 | 3:30 PM | 1/5/2016 | Press Release: Qualcomm Launches Wi-Fi SON (Self Organizing Network) Solutions to Simplify Wi-Fi Networking and Optimize User Experience | Dow Jones Institutional News |
| 1/5/2016 | 3:30 PM | 1/5/2016 | Press Release: Tencent and ZEROTECH Unveil Commercial Drone Based on Qualcomm Snapdragon Flight Platform | Dow Jones Institutional News |
| 1/5/2016 | 3:31 PM | 1/5/2016 | Press Release: Audi 2017 Vehicles to Integrate Qualcomm Snapdragon 602A Infotainment Processor | Dow Jones Institutional News |
| 1/5/2016 | 3:31 PM | 1/5/2016 | Press Release: Qualcomm Announces Breakthrough Automotive Processor with Integrated LTE Modem and Machine Intelligence to Further its Lead... | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 1/5/2016 | 3:31 PM | 1/5/2016 | Press Release: Qualcomm Expands Investment in Automotive Technology to Deliver Integration, Scalability and Value Across All Industry Tiers | Dow Jones Institutional News |
| 1/5/2016 | 4:16 PM | 1/6/2016 | Qualcomm Grabs Some Business From Nvidia Customer Audi -- Market Talk | Dow Jones Institutional News |
| 1/5/2016 | 4:16 PM | 1/6/2016 | Qualcomm Grabs Some Business From Nvidia Customer Audi -- Market Talk | Dow Jones Institutional News |
| 1/5/2016 | 5:01 PM | 1/6/2016 | *Novartis Pharmaceuticals collaborates with Qualcomm in digital innovation with the Breezhaler(TM) inhaler device to treat COPD | Dow Jones Institutional News |
| 1/5/2016 | 5:01 PM | 1/6/2016 | Novartis Pharmaceuticals collaborates with Qualcomm in digital innovation with the Breezhaler(TM) inhaler device to treat COPD | Dow Jones Newswires German |
| 1/5/2016 | 5:01 PM | 1/6/2016 | Press Release: Novartis Pharmaceuticals collaborates with Qualcomm in digital innovation with the Breezhaler(TM) inhaler device to treat COPD | Dow Jones Institutional News |
| 1/5/2016 | 5:01 PM | 1/6/2016 | Press Release: Novartis Pharmaceuticals collaborates with Qualcomm in digital innovation with the Breezhaler(TM) inhaler device to treat COPD | Dow Jones Newswires German |
| 1/5/2016 | 7:26 PM | 1/6/2016 | Qualcomm Pushes Snapdragon Chip Beyond Phones | Dow Jones Institutional News |
| 1/6/2016 | 12:48 AM | 1/6/2016 | Qualcomm Pushes Snapdragon Chip Beyond Phones | Dow Jones Newswires Chinese (English) |
| 1/6/2016 | 8:20 AM | 1/6/2016 | Press Release: Lattice's Flexible Charging Controller Supports Qualcomm Quick Charge | Dow Jones Institutional News |
| 1/7/2016 | 10:35 PM | 1/8/2016 | Google Tangoes with Lenovo to Bring 3-D Mapping to Smartphones | Dow Jones Institutional News |
| 1/8/2016 | 2:48 AM | 1/8/2016 | Google Tangoes with Lenovo to Bring 3-D Mapping to Smartphones | Dow Jones Newswires Chinese (English) |
| 1/8/2016 | 11:47 AM | 1/8/2016 | EQUITY ALERT: Rosen Law Firm Announces Filing of Securities Class Action Lawsuit Against Qualcomm Incorporated -- QCOM | GlobeNewswire |
| 1/8/2016 | 11:47 AM | 1/8/2016 | Press Release: EQUITY ALERT: Rosen Law Firm Announces Filing of Securities Class Action Lawsuit Against Qualcomm Incorporated -- QCOM | Dow Jones Institutional News |
| 1/10/2016 | 8:12 PM | 1/11/2016 | Qualcomm Asks U.S. Court for Documents in Korean Probe | Dow Jones Institutional News |
| 1/10/2016 | 8:27 PM | 1/11/2016 | Qualcomm Asks U.S. Court for Documents in Korean Probe | Dow Jones Institutional News |
| 1/10/2016 | 8:50 PM | 1/11/2016 | Qualcomm Asks U.S. Court for Documents in Korean Probe | Dow Jones Institutional News |
| 1/10/2016 | 9:05 PM | 1/11/2016 | Qualcomm Asks U.S. Court for Documents in Korean Probe | Dow Jones Institutional News |
| 1/10/2016 | 10:16 PM | 1/11/2016 | Qualcomm Asks U.S. Court for Documents in Korean Probe | Dow Jones Newswires Chinese (English) |
| 1/11/2016 | 2:45 AM | 1/11/2016 | Qualcomm Seeks Records In Korea Probe | Dow Jones Institutional News |
| 1/12/2016 | 9:00 AM | 1/12/2016 | Press Release: Qualcomm Announces Quarterly Cash Dividend | Dow Jones Institutional News |
| 1/13/2016 | 1:00 AM | 1/13/2016 | Press Release: Qualcomm and TDK Form Joint Venture to Provide Industry-Leading RF Front-End Solutions for Mobile Devices | Dow Jones Institutional News |
| 1/13/2016 | 1:07 AM | 1/13/2016 | Qualcomm, TDK Forming Wireless-Components Joint Venture | Dow Jones Institutional News |
| 1/13/2016 | 1:19 AM | 1/13/2016 | Press Release: Qualcomm and TDK Form Joint Venture to Provide Industry-Leading RF Front-End Solutions for Mobile Devices | Dow Jones Institutional News |
| 1/13/2016 | 2:24 AM | 1/13/2016 | Qualcomm, TDK Forming Wireless-Components Joint Venture | Dow Jones Newswires Chinese (English) |
| 1/13/2016 | 2:43 AM | 1/13/2016 | Digits | Dow Jones Institutional News |
| 1/13/2016 | 4:58 AM | 1/13/2016 | TDK Seeks to Reduce Smartphone Dependence -- Market Talk | Dow Jones Institutional News |
| 1/13/2016 | 6:05 AM | 1/13/2016 | Qualcomm Files 8K - Entry Into Definitive Agreement >QCOM | Dow Jones Institutional News |
| 1/13/2016 | 6:05 AM | 1/13/2016 | Qualcomm Files 8K - Regulation FD >QCOM | Dow Jones Institutional News |
| 1/13/2016 | 7:49 AM | 1/13/2016 | Qualcomm's stock climbs after Susquehanna turns positive | Dow Jones Newswires Chinese (English) |
| 1/13/2016 | 8:40 AM | 1/13/2016 | *Qualcomm Raised to Positive From Neutral by Susquehanna >QCOM | Dow Jones Institutional News |
| 1/13/2016 | 8:41 AM | 1/13/2016 | Qualcomm Raised to Positive From Neutral by Susquehanna >QCOM | Dow Jones Newswires Chinese (English) |
| 1/13/2016 | 9:30 AM | 1/13/2016 | Press Release: Qualcomm Schedules First Quarter Fiscal 2016 Earnings Release and Conference Call | Dow Jones Institutional News |
| 1/13/2016 | 10:50 AM | 1/13/2016 | Seeing Clearer Future for Qualcomm -- Market Talk | Dow Jones Institutional News |
| 1/13/2016 | 10:50 AM | 1/13/2016 | Seeing Clearer Future for Qualcomm -- Market Talk | Dow Jones Institutional News |
| 1/13/2016 | 12:13 PM | 1/13/2016 | Qualcomm Picked TDK Over Buying Qorvo, Skyworks -- Market Talk | Dow Jones Institutional News |
| 1/13/2016 | 12:13 PM | 1/13/2016 | Qualcomm Picked TDK Over Buying Qorvo, Skyworks -- Market Talk | Dow Jones Institutional News |
| 1/13/2016 | 2:43 PM | 1/13/2016 | Qualcomm: Why a Different Sort of Deal Adds Up -- Heard on the Street | Dow Jones Institutional News |
| 1/13/2016 | 5:36 PM | 1/14/2016 | *S&PBulletin: Joint Venture Doesn't Affect Qualcomm Rtgs | Dow Jones Institutional News |
| 1/14/2016 | 12:35 AM | 1/14/2016 | *S&PBulletin: TDK Rtgs Unaffected By Transfer Of Key Business | Dow Jones Institutional News |
| 1/14/2016 | 2:38 AM | 1/14/2016 | Qualcomm Chooses To Walk Down A Different Deal Path -- Heard On The Street | Dow Jones Institutional News |
| 1/14/2016 | 4:15 PM | 1/15/2016 | Press Release: Qualcomm Appoints Jeffrey W. Henderson to its Board of Directors | Dow Jones Institutional News |
| 1/14/2016 | 4:24 PM | 1/15/2016 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 1/15/2016 | 3:14 AM | 1/15/2016 | 'Frenemies' Samsung and Qualcomm Come up With New Chip Deal -- Market Talk | Dow Jones Institutional News |
| 1/15/2016 | 3:45 AM | 1/15/2016 | 'Frenemies' Samsung and Qualcomm Come up With New Chip Deal -- Market Talk | Dow Jones Newswires Chinese (English) |
| 1/17/2016 | 2:01 AM | 1/19/2016 | Press Release: Qualcomm and Guizhou Province Sign Strategic Cooperation Agreement and Form Joint Venture to Design and Sell World-Class Server Chipsets in China | Dow Jones Institutional News |
| 1/17/2016 | 2:02 AM | 1/19/2016 | *Qualcomm Inc. to Establish Joint Venture with China's Guizhou Province to Develop Chips for Server Systems | Dow Jones Institutional News |
| 1/17/2016 | 2:19 AM | 1/19/2016 | Qualcomm, Chinese Province Set Up Server-Chip Venture | Dow Jones Institutional News |
| 1/17/2016 | 2:34 AM | 1/19/2016 | Qualcomm, Chinese Province Set Up Server-Chip Venture | Dow Jones Institutional News |
| 1/17/2016 | 7:30 PM | 1/19/2016 | Qualcomm, Chinese Province Set Up Server-Chip Venture | Dow Jones Institutional News |
| 1/17/2016 | 7:45 PM | 1/19/2016 | Qualcomm, Chinese Province Set Up Server-Chip Venture | Dow Jones Institutional News |
| 1/18/2016 | 12:47 AM | 1/19/2016 | Qualcomm, Chinese Province Set Up Server-Chip Venture | Dow Jones Newswires Chinese (English) |
| 1/19/2016 | 4:29 AM | 1/19/2016 | Partner Gets Qualcomm's Shareholder Equity Wrong by $42B -- Market Talk | Dow Jones Institutional News |
| 1/19/2016 | 8:00 AM | 1/19/2016 | ITC Institutes Investigation Against Apple, LG, Samsung and Qualcomm | GlobeNewswire |
| 1/19/2016 | 8:00 AM | 1/19/2016 | Press Release: ITC Institutes Investigation Against Apple, LG, Samsung and Qualcomm | Dow Jones Institutional News |
| 1/20/2016 | 3:09 AM | 1/20/2016 | DJ QUALCOMM Incorporated, Inst Holders, 4Q 2015 (QCOM) | Dow Jones Institutional News |
| 1/21/2016 | 4:27 PM | 1/22/2016 | *Qualcomm CEO Steve Mollenkopf 2015 Total Compensation $10.4M | Dow Jones Institutional News |
| 1/21/2016 | 6:02 PM | 1/22/2016 | Qualcomm CEO's Total Compensation Valued at $10.4 Million | Dow Jones Institutional News |
| 1/21/2016 | 6:17 PM | 1/22/2016 | Qualcomm CEO's Total Compensation Valued at $10.4 Million | Dow Jones Institutional News |
| 1/22/2016 | 2:57 PM | 1/22/2016 | EQUITY NOTICE: Rosen Law Firm Reminds Qualcomm Incorporated Investors of Important January 29, 2016 Deadline in Class Action -- QCOM | GlobeNewswire |
| 1/22/2016 | 2:57 PM | 1/22/2016 | Press Release: EQUITY NOTICE: Rosen Law Firm Reminds Qualcomm Incorporated Investors of Important January 29, 2016 Deadline in Class Action... | Dow Jones Institutional News |
| 1/25/2016 | 12:26 PM | 1/25/2016 | Qualcomm Seen a Victim of iPhone Slowdown -- Market Talk | Dow Jones Institutional News |
| 1/25/2016 | 12:26 PM | 1/25/2016 | Qualcomm Seen a Victim of iPhone Slowdown -- Market Talk | Dow Jones Institutional News |
| 1/25/2016 | 12:34 PM | 1/25/2016 | Slow Replanting Seen Hitting Sugarcane Yields -- Market Talk | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 1/25/2016 | 12:38 PM | 1/25/2016 | Bearish Corn Wager Shrink From Record -- Market Talk | Dow Jones Institutional News |
| 1/25/2016 | 1:07 PM | 1/25/2016 | Press Release: UPCOMING DEADLINE ALERT: Brower Piven Encourages Investors Who Have Losses in Excess of $100,000 From Investment in Qualcomm Incorporated to Contact Brower Piven Before the Lead Plaintiff Deadline in Class Action Lawsuit -- QCOM | Dow Jones Institutional News |
| 1/25/2016 | 1:07 PM | 1/25/2016 | UPCOMING DEADLINE ALERT: Brower Piven Encourages Investors Who Have Losses in Excess of $100,000 From Investment in Qualcomm Incorporated to Contact Brower Piven Before the Lead Plaintiff Deadline in Class Action Lawsuit -- QCOM | GlobeNewswire |
| 1/25/2016 | 2:32 PM | 1/25/2016 | Qualcomm Seen a Victim of iPhone Slowdown -- Market Talk | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 4:05 PM | 1/28/2016 | *Qualcomm 1Q Rev $5.8B >QCOM | Dow Jones Institutional News |
| 1/27/2016 | 4:05 PM | 1/28/2016 | Press Release: Qualcomm Earnings Release Available on Company's Investor Relations Website | Dow Jones Institutional News |
| 1/27/2016 | 4:05 PM | 1/28/2016 | Qualcomm 1Q Rev $5.8B >QCOM | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 4:06 PM | 1/28/2016 | Qualcomm 1Q Adj EPS 97c >QCOM | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 4:06 PM | 1/28/2016 | Qualcomm 1Q EPS 99c >QCOM | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 4:06 PM | 1/28/2016 | Qualcomm 1Q Net $1.5B >QCOM | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 4:06 PM | 1/28/2016 | Qualcomm 1Q Rev $5.8B >QCOM | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 4:09 PM | 1/28/2016 | Qualcomm Sees 2Q Rev $4.9B-$5.7B >QCOM | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 4:10 PM | 1/28/2016 | Qualcomm Sees 2Q Adj EPS 90c-Adj EPS $1 >QCOM | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 4:10 PM | 1/28/2016 | Qualcomm Sees 2Q EPS 69c-EPS 79c >QCOM | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 4:29 PM | 1/28/2016 | Qualcomm Profit Falls 24% | Dow Jones Institutional News |
| 1/27/2016 | 4:34 PM | 1/28/2016 | Qualcomm Bottom-Line Hit By Smartphone Slowdown -- Market Talk | Dow Jones Institutional News |
| 1/27/2016 | 4:34 PM | 1/28/2016 | Qualcomm Bottom-Line Hit By Smartphone Slowdown -- Market Talk | Dow Jones Institutional News |
| 1/27/2016 | 4:44 PM | 1/28/2016 | Qualcomm Profit Falls 24% | Dow Jones Institutional News |
| 1/27/2016 | 4:50 PM | 1/28/2016 | Qualcomm Posts 24% Profit Drop | Dow Jones Institutional News |
| 1/27/2016 | 4:52 PM | 1/28/2016 | Qualcomm Profit Falls 24% | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 5:05 PM | 1/28/2016 | Qualcomm Posts 24% Profit Drop | Dow Jones Institutional News |
| 1/27/2016 | 6:47 PM | 1/28/2016 | Qualcomm Posts 24% Profit Drop -- Update | Dow Jones Institutional News |
| 1/27/2016 | 7:02 PM | 1/28/2016 | Qualcomm Posts 24% Profit Drop -- Update | Dow Jones Institutional News |
| 1/27/2016 | 10:15 PM | 1/28/2016 | Qualcomm's CEO Steve Mollenkopf on Q1 2016 Results -- Earnings Call Transcript >QCOM | Dow Jones Institutional News |
| 1/27/2016 | 10:18 PM | 1/28/2016 | Qualcomm's CEO Steve Mollenkopf on Q1 2016 Results -- Earnings Call Transcript >QCOM | Dow Jones Newswires Chinese (English) |
| 1/28/2016 | 2:36 AM | 1/28/2016 | Qualcomm Earnings Fall 24% | Dow Jones Institutional News |
| 1/28/2016 | 2:47 AM | 1/28/2016 | Qualcomm Earnings Fall 24% | Dow Jones Institutional News |
| 1/28/2016 | 9:00 AM | 1/28/2016 | Press Release: Intrinsyc Announces Open-Q(TM) 600 Single Board Computer Powered by the Qualcomm(R) Snapdragon(TM) 600 Processor | Dow Jones Institutional News |
| 1/28/2016 | 12:24 PM | 1/28/2016 | LG Dispute Adds to Qualcomm's Woes -- Market Talk | Dow Jones Institutional News |
| 1/28/2016 | 12:24 PM | 1/28/2016 | LG Dispute Adds to Qualcomm's Woes -- Market Talk | Dow Jones Institutional News |
| 1/28/2016 | 1:05 PM | 1/28/2016 | LG Dispute Adds to Qualcomm's Woes -- Market Talk | Dow Jones Newswires Chinese (English) |
| 1/28/2016 | 5:09 PM | 1/29/2016 | Press Release: UPDATE - Intrinsyc Announces Open-Q(TM) 600 Single Board Computer Featuring the Qualcomm(R) Snapdragon(TM) 600 Processor | Dow Jones Institutional News |
| 2/1/2016 | 8:58 PM | 2/2/2016 | MediaTek's Profit Margins Tumble As Qualcomm, Spreadtrum Competition Heats Up -- Barron's Blog | Dow Jones Institutional News |
| 2/2/2016 | 4:00 AM | 2/2/2016 | Mixed-Reality Firm Taps Fresh Funds | Dow Jones Newswires Chinese (English) |
| 2/3/2016 | 5:00 AM | 2/3/2016 | Press Release: World's first LTE Licensed-Assisted Access over-the-air trial | Dow Jones Institutional News |
| 2/3/2016 | 3:46 PM | 2/3/2016 | Google Talking to Qualcomm But No Chip Deal - Market Talk | Dow Jones Institutional News |
| 2/3/2016 | 3:46 PM | 2/3/2016 | Google Talking to Qualcomm But No Chip Deal - Market Talk | Dow Jones Institutional News |
| 2/3/2016 | 6:26 PM | 2/4/2016 | Google Talking to Qualcomm But No Chip Deal - Market Talk | Dow Jones Newswires Chinese (English) |
| 2/10/2016 | 9:01 AM | 2/10/2016 | Press Release: Qualcomm Incorporated to Host Analyst Meeting | Dow Jones Institutional News |
| 2/11/2016 | 7:30 AM | 2/11/2016 | Qualcomm Announces First Gigabit Cellular Chip | Dow Jones Institutional News |
| 2/11/2016 | 7:31 AM | 2/11/2016 | Press Release: Qualcomm Announces Three New Snapdragon Processors that Bring Advanced Modem, Imaging and Sensors to Mainstream Devices | Dow Jones Institutional News |
| 2/11/2016 | 7:40 AM | 2/11/2016 | Qualcomm Announces First Gigabit Cellular Chip | Dow Jones Institutional News |
| 2/11/2016 | 7:44 AM | 2/11/2016 | Qualcomm Announces First Gigabit Cellular Chip | Dow Jones Institutional News |
| 2/11/2016 | 7:55 AM | 2/11/2016 | Qualcomm Announces First Gigabit Cellular Chip | Dow Jones Institutional News |
| 2/11/2016 | 8:31 AM | 2/11/2016 | Qualcomm Announces First Gigabit Cellular Chip | Dow Jones Newswires Chinese (English) |
| 2/11/2016 | 3:17 PM | 2/11/2016 | Declines Slow Down in US Drilling-Rig Activity -- Market Talk | Dow Jones Institutional News |
| 2/11/2016 | 3:17 PM | 2/11/2016 | Google a No-Show At Qualcomm Analyst Meeting -- Market Talk | Dow Jones Institutional News |
| 2/11/2016 | 3:17 PM | 2/11/2016 | Google a No-Show At Qualcomm Analyst Meeting -- Market Talk | Dow Jones Institutional News |
| 2/11/2016 | 3:22 PM | 2/11/2016 | Long-Time Huntsman Bull Now Sees Dead Money -- Market Talk | Dow Jones Institutional News |
| 2/12/2016 | 2:41 AM | 2/12/2016 | Qualcomm Boosts Chip For Mobile | Dow Jones Institutional News |
| 2/12/2016 | 4:20 PM | 2/16/2016 | Intel to Pay $25 Million to Former Qualcomm Executive | Dow Jones Institutional News |
| 2/12/2016 | 4:30 PM | 2/16/2016 | Intel to Pay $25 Million to Former Qualcomm Exec | Dow Jones Institutional News |
| 2/12/2016 | 4:35 PM | 2/16/2016 | Intel to Pay $25 Million to Former Qualcomm Executive | Dow Jones Institutional News |
| 2/12/2016 | 4:45 PM | 2/16/2016 | Intel to Pay $25 Million to Former Qualcomm Executive | Dow Jones Institutional News |
| 2/15/2016 | 2:58 AM | 2/16/2016 | Intel to Pay $25 Million to Former Qualcomm Executive | Dow Jones Newswires Chinese (English) |
| 2/16/2016 | 4:13 PM | 2/17/2016 | Jana Getting Out of Qualcomm -- Market Talk | Dow Jones Institutional News |
| 2/16/2016 | 4:13 PM | 2/17/2016 | Jana Getting Out of Qualcomm -- Market Talk | Dow Jones Institutional News |
| 2/16/2016 | 6:08 PM | 2/17/2016 | Jana Getting Out of Qualcomm -- Market Talk | Dow Jones Newswires Chinese (English) |
| 2/17/2016 | 7:30 AM | 2/17/2016 | Press Release: Qualcomm Announces Vulkan API Support on the Adreno 530 GPU | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 2/17/2016 | 7:30 AM | 2/17/2016 | Press Release: Qualcomm Technologies Announces Next-Generation Qualcomm(R) RF360(TM) Front-End Solutions for Sleeker and More Efficient Mobile Devices | Dow Jones Institutional News |
| 2/17/2016 | 7:30 AM | 2/17/2016 | Press Release: Samsung and Qualcomm to Deliver Industry-Leading Small Cells Supporting LTE in Unlicensed Spectrum | Dow Jones Institutional News |
| 2/18/2016 | 3:00 AM | 2/18/2016 | Press Release: Qualcomm and SpiderCloud Wireless Announce Development of Small Cells System for Enterprises and Venues Supporting LTE in Unlicensed Spectrum | Dow Jones Institutional News |
| 2/18/2016 | 5:00 PM | 2/19/2016 | *Qualcomm Signs New Patent Agreement With Lenovo | Dow Jones Institutional News |
| 2/18/2016 | 5:00 PM | 2/19/2016 | Press Release: Qualcomm and Lenovo Sign 3G/4G China Patent License Agreement | Dow Jones Institutional News |
| 2/18/2016 | 5:01 PM | 2/19/2016 | Qualcomm Signs New Patent Agreement With Lenovo | Dow Jones Newswires Chinese (English) |
| 2/18/2016 | 5:02 PM | 2/19/2016 | Qualcomm Says Top Five China Handset Makers Now Licensed | Dow Jones Newswires Chinese (English) |
| 2/18/2016 | 5:02 PM | 2/19/2016 | Qualcomm-Lenovo Deal Covers Both 3G and 4G Phones | Dow Jones Newswires Chinese (English) |
| 2/18/2016 | 5:06 PM | 2/19/2016 | Qualcomm Signs New Patent Agreement With Lenovo | Dow Jones Institutional News |
| 2/18/2016 | 5:07 PM | 2/19/2016 | Technology Vendors Jump on 5G Bandwagon | Dow Jones Institutional News |
| 2/18/2016 | 5:21 PM | 2/19/2016 | Qualcomm Signs New Patent Agreement With Lenovo | Dow Jones Institutional News |
| 2/18/2016 | 5:22 PM | 2/19/2016 | Technology Vendors Jump on 5G Bandwagon | Dow Jones Institutional News |
| 2/18/2016 | 5:50 PM | 2/19/2016 | Qualcomm Signs New Patent Agreement With Lenovo | Dow Jones Institutional News |
| 2/18/2016 | 5:55 PM | 2/19/2016 | Qualcomm Signs New Patent Agreement With Lenovo | Dow Jones Newswires Chinese (English) |
| 2/18/2016 | 6:05 PM | 2/19/2016 | Qualcomm Signs New Patent Agreement With Lenovo | Dow Jones Institutional News |
| 2/21/2016 | 4:21 PM | 2/22/2016 | How Qualcomm Is Dialing Up a New Vision -- Heard on the Street | Dow Jones Institutional News |
| 2/22/2016 | 1:14 AM | 2/22/2016 | How Qualcomm Is Dialing Up a New Vision -- Heard on the Street | Dow Jones Newswires Chinese (English) |
| 2/22/2016 | 2:00 AM | 2/22/2016 | Press Release: Qualcomm Snapdragon 820 Processor Powers Next Generation Samsung Galaxy S7 and S7 edge | Dow Jones Institutional News |
| 2/22/2016 | 2:04 AM | 2/22/2016 | Qualcomm Snapdragon 820 Processor Powers Next Generation Samsung Galaxy S7 and S7 Edge | Dow Jones Newswires Chinese (English) |
| 2/22/2016 | 2:38 AM | 2/22/2016 | How Qualcomm Dials Up A New Vision -- Heard On The Street | Dow Jones Institutional News |
| 2/22/2016 | 5:56 AM | 2/22/2016 | Press Release: NXP and Qualcomm Expand Collaboration to Enable Mobile Transit in Snapdragon-Based Phones | Dow Jones Institutional News |
| 2/23/2016 | 2:00 AM | 2/23/2016 | Press Release: Qualcomm and Ericsson collaborate on 5G to enable timely commercial roll out | Dow Jones Institutional News |
| 3/1/2016 | 12:02 AM | 3/1/2016 | *Qualcomm, UnitedHealthCare Collaborate on Connected Health Programs | Dow Jones Institutional News |
| 3/1/2016 | 9:00 AM | 3/1/2016 | *UnitedHealthcare And Qualcomm Collaborate To Launch New Wellness Program That Links Fincl Incentives With The Use Of Wearable Devices | Dow Jones Institutional News |
| 3/1/2016 | 1:45 PM | 3/1/2016 | *Qualcomm Enters Into Settlement With U.S. SEC With Respect To Its Foreign Corrupt Practices Act Investigation | Dow Jones Institutional News |
| 3/1/2016 | 1:46 PM | 3/1/2016 | Qualcomm Enters Into Settlement With U.S. SEC With Respect To Its Foreign Corrupt Practices Act Investigation | Dow Jones Newswires Chinese (English) |
| 3/1/2016 | 1:47 PM | 3/1/2016 | Qualcomm Has Agreed To Pay A Civil Penalty Of $7.5 M To Resolve This Matter >QCOM | Dow Jones Newswires Chinese (English) |
| 3/1/2016 | 1:47 PM | 3/1/2016 | Qualcomm: Settlement Agreement Without Admitting Or Denying The SEC's Findings >QCOM | Dow Jones Newswires Chinese (English) |
| 3/1/2016 | 2:14 PM | 3/1/2016 | Qualcomm Settles FCPA Probe Over China Hiring | Dow Jones Institutional News |
| 3/1/2016 | 2:21 PM | 3/1/2016 | Qualcomm Settles FCPA Probe on China Hiring -- Market Talk | Dow Jones Institutional News |
| 3/1/2016 | 2:21 PM | 3/1/2016 | Qualcomm Settles FCPA Probe on China Hiring -- Market Talk | Dow Jones Institutional News |
| 3/1/2016 | 2:40 PM | 3/1/2016 | Qualcomm Settles FCPA Probe Over China Hiring | Dow Jones Newswires Chinese (English) |
| 3/7/2016 | 1:25 AM | 3/7/2016 | TSMC: Qualcomm Is Coming Back, JPMorgan Raises Target -- Barron's Blog | Dow Jones Institutional News |
| 3/8/2016 | 7:30 AM | 3/8/2016 | *Qualcomm Increases Quarterly Dividend By 10 Percent >QCOM | Dow Jones Institutional News |
| 3/8/2016 | 7:31 AM | 3/8/2016 | Qualcomm Increases Quarterly Dividend By 10 Percent >QCOM | Dow Jones Newswires Chinese (English) |
| 3/8/2016 | 7:33 AM | 3/8/2016 | Qualcomm Raises Dividend to 53c Vs. 48c >QCOM | Dow Jones Newswires Chinese (English) |
| 3/8/2016 | 7:34 AM | 3/8/2016 | Qualcomm Increases Quarterly Dividend By 10 Percent >QCOM | Dow Jones Newswires Chinese (English) |
| 3/9/2016 | 9:00 AM | 3/9/2016 | Press Release: PTAB Denies Qualcomm Petitions for IPR on ParkerVision '372 Patent | Dow Jones Institutional News |
| 3/9/2016 | 9:00 AM | 3/9/2016 | PTAB Denies Qualcomm Petitions for IPR on ParkerVision '372 Patent | GlobeNewswire |
| 3/9/2016 | 10:14 PM | 3/10/2016 | Qualcomm's (QCOM) CEO Steven Mollenkopf Hosts 2016 Annual Meeting of Stockholders (Transcript) >QCOM | Dow Jones Institutional News |
| 3/11/2016 | 8:00 AM | 3/11/2016 | Legal Professionals Call for Amicus Briefs in Support of ParkerVision Supreme Court Petition | GlobeNewswire |
| 3/11/2016 | 11:04 AM | 3/11/2016 | Will New iPhones Let Intel Inside? -- Heard on the Street | Dow Jones Institutional News |
| 3/12/2016 | 2:34 AM | 3/14/2016 | Qualcomm's New IPhone Chip Angst -- Heard On The Street | Dow Jones Institutional News |
| 3/14/2016 | 3:30 AM | 3/14/2016 | Press Release: Qualcomm and Acuity Brands Collaborate to Commercially Deploy Qualcomm Lumicast Technology for Precise Indoor Location Services in More Than 100 Retail Locations | Dow Jones Institutional News |
| 3/14/2016 | 7:30 AM | 3/14/2016 | Press Release: Qualcomm Announces Introduction of Snapdragon Virtual Reality Software Development Kit | Dow Jones Institutional News |
| 3/14/2016 | 12:14 PM | 3/14/2016 | Will New iPhones Let Intel Inside? | Dow Jones Institutional News |
| 3/15/2016 | 2:33 AM | 3/15/2016 | Corrections & Amplifications | Dow Jones Institutional News |
| 3/15/2016 | 3:21 AM | 3/15/2016 | Will New iPhones Let Intel Inside? | Dow Jones Newswires Chinese (English) |
| 3/17/2016 | 7:30 AM | 3/17/2016 | Press Release: Qualcomm Appoints Mary Gendron as Senior Vice President and Chief Information Officer | Dow Jones Institutional News |
| 3/17/2016 | 5:25 PM | 3/18/2016 | Qualcomm Names New CIO | Dow Jones Institutional News |
| 3/18/2016 | 2:35 AM | 3/18/2016 | Qualcomm Names New CIO | Dow Jones Newswires Chinese (English) |
| 3/21/2016 | 12:22 AM | 3/21/2016 | MediaTek: Where Is The New Product Line? Morgan Stanley Moves To Sell -- Barron's Blog | Dow Jones Institutional News |
| 3/22/2016 | 3:00 AM | 3/22/2016 | PRESS RELEASE: Dialog Semiconductor Plc.: Dialog Semiconductor's Qualcomm(R) Quick Charge(TM) 3.0 Chipset Extends Company's Leadership ... | Dow Jones Newswires German |
| 3/22/2016 | 3:51 AM | 3/22/2016 | Press Release: Dialog Semiconductor's Qualcomm(R) Quick Charge(TM) 3.0 Chipset Extends Company's Leadership in Mobile Adapter Rapid Charging... | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 3/28/2016 | 4:01 PM | 3/29/2016 | Press Release: Supreme Court Denies ParkerVision Petition for Review | Dow Jones Institutional News |
| 3/28/2016 | 4:01 PM | 3/29/2016 | Supreme Court Denies ParkerVision Petition for Review | GlobeNewswire |
| 3/28/2016 | 5:33 PM | 3/29/2016 | Supreme Court Denies ParkerVision Petition to Review Qualcomm Decision | Dow Jones Institutional News |
| 3/28/2016 | 5:48 PM | 3/29/2016 | Supreme Court Denies ParkerVision Petition to Review Qualcomm Decision | Dow Jones Institutional News |
| 3/28/2016 | 5:49 PM | 3/29/2016 | Supreme Court Denies ParkerVision Petition to Review Qualcomm Decision | Dow Jones Newswires Chinese (English) |
| 3/29/2016 | 1:21 AM | 3/29/2016 | Testing to Start for Computer With Chips Inspired by the Human Brain | Dow Jones Newswires Chinese (English) |
| 4/1/2016 | 7:30 AM | 4/1/2016 | Press Release: Qualcomm and Ricardo Sign Commercial Wireless Electric Vehicle Charging License Agreement | Dow Jones Institutional News |
| 4/1/2016 | 8:43 PM | 4/4/2016 | Intel Mobile Chip Chief to Depart | Dow Jones Institutional News |
| 4/1/2016 | 8:58 PM | 4/4/2016 | Intel Mobile Chip Chief to Depart | Dow Jones Institutional News |
| 4/3/2016 | 10:07 PM | 4/4/2016 | Intel Mobile Chip Chief to Depart | Dow Jones Newswires Chinese (English) |
| 4/4/2016 | 11:00 AM | 4/4/2016 | Press Release: Keysight Technologies Demonstrates Gigabit LTE-A Download Speeds with UXM, Qualcomm Snapdragon X16 LTE Modem | Dow Jones Institutional News |
| 4/5/2016 | 9:30 AM | 4/5/2016 | Press Release: Qualcomm Schedules Second Quarter Fiscal 2016 Earnings Release and Conference Call | Dow Jones Institutional News |
| 4/6/2016 | 7:30 AM | 4/6/2016 | Press Release: Qualcomm Signs 3G/4G Chinese Patent License Agreement with EWPE | Dow Jones Institutional News |
| 4/6/2016 | 7:37 AM | 4/6/2016 | Qualcomm Signs 3G/4G Chinese Patent License Agreement With EWPE | Dow Jones Newswires Chinese (English) |
| 4/8/2016 | 9:00 AM | 4/8/2016 | Press Release: Qualcomm Announces Quarterly Cash Dividend | Dow Jones Institutional News |
| 4/13/2016 | 7:30 AM | 4/13/2016 | Press Release: Qualcomm Quick Charge Technology Powers Growing Number of Mobile Experiences | Dow Jones Institutional News |
| 4/18/2016 | 7:30 AM | 4/18/2016 | Press Release: Qualcomm Signs 3G/4G Chinese Patent License Agreement with Yulong | Dow Jones Institutional News |
| 4/19/2016 | 3:32 AM | 4/19/2016 | The Chips Are Down for Intel -- Ahead of the Tape | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 3:10 AM | 4/20/2016 | DJ QUALCOMM Incorporated, Inst Holders, 1Q 2016 (QCOM) | Dow Jones Institutional News |
| 4/20/2016 | 4:01 PM | 4/21/2016 | *Qualcomm 2Q Rev $5.6B >QCOM | Dow Jones Institutional News |
| 4/20/2016 | 4:01 PM | 4/21/2016 | Press Release: Qualcomm and LG Electronics Resolve Arbitration Dispute Over Licensing Terms | Dow Jones Institutional News |
| 4/20/2016 | 4:01 PM | 4/21/2016 | Press Release: Qualcomm Earnings Release Available on Company's Investor Relations Website | Dow Jones Institutional News |
| 4/20/2016 | 4:01 PM | 4/21/2016 | Press Release: Qualcomm Signs 3G/4G Chinese Patent License Agreement with Hisense | Dow Jones Institutional News |
| 4/20/2016 | 4:01 PM | 4/21/2016 | Qualcomm 2Q Rev $5.6B >QCOM | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:02 PM | 4/21/2016 | Qualcomm 2Q Adj EPS $1.04 >QCOM | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:02 PM | 4/21/2016 | Qualcomm 2Q EPS 78c >QCOM | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:02 PM | 4/21/2016 | Qualcomm 2Q Net $1.2B >QCOM | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:02 PM | 4/21/2016 | Qualcomm 2Q Rev $5.6B >QCOM | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:03 PM | 4/21/2016 | Qualcomm Signs 3G/4G Chinese Patent License Agreement With Hisense | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:04 PM | 4/21/2016 | Qualcomm Signs 3G/4G Chinese Patent License Agreement With Hisense | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:06 PM | 4/21/2016 | Qualcomm 2Q Total Reported Device Sales $70.1 Billion>QCOM | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:06 PM | 4/21/2016 | Qualcomm Sees 3Q EPS 68c-EPS 78c >QCOM | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:06 PM | 4/21/2016 | Qualcomm Sees 3Q Rev $5.2B-$6B >QCOM | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:07 PM | 4/21/2016 | Qualcomm Sees 3Q Adj EPS 90c-Adj EPS $1 >QCOM | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:53 PM | 4/21/2016 | Qualcomm Profit Rises 11%, Dispute With LG Resolved | Dow Jones Institutional News |
| 4/20/2016 | 5:08 PM | 4/21/2016 | Qualcomm Profit Rises 11%, Dispute With LG Resolved | Dow Jones Institutional News |
| 4/20/2016 | 5:10 PM | 4/21/2016 | Qualcomm Profit Rises 11%, Dispute With LG Resolved | Dow Jones Institutional News |
| 4/20/2016 | 5:25 PM | 4/21/2016 | Qualcomm Profit Rises 11%, Dispute With LG Resolved | Dow Jones Institutional News |
| 4/20/2016 | 5:34 PM | 4/21/2016 | Qualcomm Tops 2Q Consensus, But 3Q EPS View Below Street -- Market Talk | Dow Jones Institutional News |
| 4/20/2016 | 5:34 PM | 4/21/2016 | Qualcomm Tops 2Q Consensus, But 3Q EPS View Below Street -- Market Talk | Dow Jones Institutional News |
| 4/20/2016 | 5:37 PM | 4/21/2016 | Qualcomm Profit Rises 11%, Dispute With LG Resolved | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 7:11 PM | 4/21/2016 | Qualcomm Profit Rises 11%, Dispute With LG Resolved--Update | Dow Jones Institutional News |
| 4/20/2016 | 7:26 PM | 4/21/2016 | Qualcomm Profit Rises 11%, Dispute With LG Resolved--Update | Dow Jones Institutional News |
| 4/20/2016 | 8:28 PM | 4/21/2016 | QUALCOMM Steven M. Mollenkopf on Q2 2016 Results -- Earnings Call Transcript >QCOM | Dow Jones Institutional News |
| 4/20/2016 | 8:30 PM | 4/21/2016 | QUALCOMM Steven M. Mollenkopf on Q2 2016 Results -- Earnings Call Transcript >QCOM | Dow Jones Newswires Chinese (English) |
| 4/21/2016 | 10:43 PM | 4/22/2016 | Apple suffers another iPhone blow | Dow Jones Newswires Chinese (English) |
| 4/23/2016 | 12:08 AM | 4/25/2016 | Tech Trader: A Niche For Nerds That May Help Sony's Bottom Line -- Barron's | Dow Jones Institutional News |
| 4/29/2016 | 11:05 AM | 4/29/2016 | Klein Gilhousen, a Qualcomm Founder, Developed Mobile Technology and Fostered Philanthropy: 1942-2016 | Dow Jones Institutional News |
| 4/29/2016 | 11:10 AM | 4/29/2016 | Klein Gilhousen of Qualcomm Developed Mobile Technology | Dow Jones Institutional News |
| 4/29/2016 | 11:25 AM | 4/29/2016 | Klein Gilhousen of Qualcomm Developed Mobile Technology | Dow Jones Institutional News |
| 5/2/2016 | 7:30 AM | 5/2/2016 | Press Release: Qualcomm Helps Make Your Mobile Devices Smarter With New Snapdragon Machine Learning Software Development Kit | Dow Jones Institutional News |
| 5/2/2016 | 6:08 PM | 5/3/2016 | Press Release: CommScope to Provide Sprint with Small Cells for In-building Wireless | Dow Jones Institutional News |
| 5/4/2016 | 4:21 PM | 5/5/2016 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 5/4/2016 | 4:23 PM | 5/5/2016 | *Qualcomm: Jonathan Rubinstein Resigns From Board to Focus on New Role as co-CEO of Bridgewater Associates LP>QCOM | Dow Jones Institutional News |
| 5/18/2016 | 3:00 PM | 5/18/2016 | Press Release: The Power of Android OS Brought to the Car Using Qualcomm Snapdragon Automotive Processors | Dow Jones Institutional News |
| 5/21/2016 | 10:44 PM | 5/23/2016 | Internet of Things Market Predicted to Surge as Companies Secure Patents -- Market Talk | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 5/21/2016 | 10:44 PM | 5/23/2016 | Internet of Things Market Predicted to Surge as Companies Secure Patents -- Market Talk | Dow Jones Institutional News |
| 5/23/2016 | 2:18 AM | 5/23/2016 | Internet of Things Market Predicted to Surge as Companies Secure Patents -- Market Talk | Dow Jones Newswires Chinese (English) |
| 5/23/2016 | 7:00 AM | 5/23/2016 | Press Release: Technology Leaders Join Forces to Bring an Open Acceleration Framework to Data Centers and Other Markets | Dow Jones Institutional News |
| 5/24/2016 | 2:58 PM | 5/24/2016 | QUALCOMM's (QCOM) CEO Steve Mollenkopf Presents at 44th JPMorgan Annual Technology, Media & Telecom Brokers Conference (Transcript) >QCOM | Dow Jones Institutional News |
| 5/25/2016 | 7:30 AM | 5/25/2016 | Press Release: Medtronic and Qualcomm Collaborate to Aim to Improve Care and Health Outcomes for People with Type 2 Diabetes | Dow Jones Institutional News |
| 5/27/2016 | 8:10 AM | 5/27/2016 | *Qualcomm President: Will Make China-Customized Chips in 2H 2017 Through Chinese Venture | Dow Jones Institutional News |
| 5/27/2016 | 8:12 AM | 5/27/2016 | Qualcomm President: Will Make China-Customized Chips in 2H 2017 Through Chinese Ventur | Dow Jones Newswires Chinese (English) |
| 5/27/2016 | 8:25 AM | 5/27/2016 | Qualcomm Will Make China-Customized Chips Through Chinese Venture | Dow Jones Institutional News |
| 5/27/2016 | 8:25 AM | 5/27/2016 | Qualcomm Will Make China-Customized Chips Through Chinese Venture | Dow Jones Newswires Chinese (English) |
| 5/27/2016 | 8:30 AM | 5/27/2016 | Qualcomm Will Make China-Customized Chips Through Chinese Venture | Dow Jones Institutional News |
| 5/27/2016 | 8:45 AM | 5/27/2016 | Qualcomm Will Make China-Customized Chips Through Chinese Venture | Dow Jones Institutional News |
| 5/28/2016 | 2:33 AM | 5/31/2016 | Qualcomm Bets On Server Chips For China Growth -- WSJ | Dow Jones Institutional News |
| 5/28/2016 | 2:48 AM | 5/31/2016 | Qualcomm Bets On Server Chips For China Growth -- WSJ | Dow Jones Institutional News |
| 5/30/2016 | 9:00 PM | 5/31/2016 | Press Release: Qualcomm Brings High End Wi-Fi Performance to the Mainstream With New 802.11ac Tri-Radio Platforms for Home Networks | Dow Jones Institutional News |
| 5/30/2016 | 9:00 PM | 5/31/2016 | Press Release: Qualcomm Delivers New GigaDSL Offerings to Help Broadband Operators Seamlessly Transition to Gigabit Services | Dow Jones Institutional News |
| 6/10/2016 | 3:05 PM | 6/10/2016 | Qualcomm: iPhone Slippage Baked In | Dow Jones Institutional News |
| 6/10/2016 | 3:41 PM | 6/10/2016 | Qualcomm: iPhone Slippage Baked In | Dow Jones Newswires Chinese (English) |
| 6/16/2016 | 4:42 AM | 6/16/2016 | DGAP-Regulatory: MegaFon: The Future. 5G. Operator sets speed record for mobile internet | Dow Jones Newswires German |
| 6/16/2016 | 5:18 AM | 6/16/2016 | DGAP-Regulatory: CORRECTION: MegaFon: The Future. 5G. Operator sets speed record for mobile internet | Dow Jones Newswires German |
| 6/16/2016 | 8:00 AM | 6/16/2016 | Press Release: ASUS & Verizon Announce the ZenPad(TM) Z8 Tablet | Dow Jones Institutional News |
| 6/20/2016 | 9:00 AM | 6/20/2016 | Press Release: STMicroelectronics Collaborates with Qualcomm on Sensors for Smart Mobile Devices | Dow Jones Institutional News |
| 6/20/2016 | 9:03 AM | 6/20/2016 | Press Release: STMicroelectronics Collaborates with Qualcomm on Sensors for Smart Mobile Devices | Dow Jones Institutional News |
| 6/20/2016 | 9:03 AM | 6/20/2016 | STMicroelectronics Collaborates with Qualcomm on Sensors for Smart Mobile Devices | GlobeNewswire |
| 6/21/2016 | 7:30 AM | 6/21/2016 | Press Release: Qualcomm Announces Broad Support for Galileo Across Snapdragon Processor and Modem Portfolios | Dow Jones Institutional News |
| 6/21/2016 | 11:00 AM | 6/21/2016 | Press Release: Amkor Technology Receives Qualcomm Technologies' 2015 Supplier of the Year Award | Dow Jones Institutional News |
| 6/21/2016 | 10:23 PM | 6/22/2016 | Press Release: SMIC Commences Successful Mass Production of Qualcomm(R) Snapdragon(TM) 425 Processor in Beijing | Dow Jones Institutional News |
| 6/24/2016 | 12:29 AM | 6/24/2016 | Press Release: Qualcomm Files Complaint Against Meizu In China | Dow Jones Institutional News |
| 6/24/2016 | 12:34 AM | 6/24/2016 | Qualcomm Files Complaint Against Meizu in China | Dow Jones Newswires Chinese (English) |
| 6/24/2016 | 7:50 AM | 6/24/2016 | Qualcomm Sues Alibaba-Backed Smartphone Maker | Dow Jones Institutional News |
| 6/24/2016 | 8:05 AM | 6/24/2016 | Qualcomm Sues Alibaba-Backed Smartphone Maker | Dow Jones Institutional News |
| 6/24/2016 | 8:28 AM | 6/24/2016 | News Highlights: Top Equities Stories Of The Day | Dow Jones Institutional News |
| 6/24/2016 | 9:57 AM | 6/24/2016 | Qualcomm Sues Alibaba-Backed Smartphone Maker -- Update | Dow Jones Institutional News |
| 6/24/2016 | 10:12 AM | 6/24/2016 | Qualcomm Sues Alibaba-Backed Smartphone Maker -- Update | Dow Jones Institutional News |
| 6/25/2016 | 2:33 AM | 6/27/2016 | Qualcomm Sues Alibaba-Backed Firm Over Patent -- WSJ | Dow Jones Institutional News |
| 6/25/2016 | 2:48 AM | 6/27/2016 | Qualcomm Sues Alibaba-Backed Firm Over Patent -- WSJ | Dow Jones Institutional News |
| 6/26/2016 | 8:00 PM | 6/27/2016 | Press Release: Qualcomm announces 5G NR sub-6 GHz prototype system and trial platform | Dow Jones Institutional News |
| 6/26/2016 | 10:46 PM | 6/27/2016 | Qualcomm Sues Alibaba-Backed Smartphone Maker -- Update | Dow Jones Newswires Chinese (English) |
| 6/30/2016 | 7:30 AM | 6/30/2016 | Press Release: Qualcomm Files Patent Infringement Complaints against Meizu in China | Dow Jones Institutional News |
| 6/30/2016 | 7:31 AM | 6/30/2016 | Qualcomm Files Patent Infringement Complaints Against Meizu In China | Dow Jones Newswires Chinese (English) |
| 6/30/2016 | 7:32 AM | 6/30/2016 | Qualcomm: Complaints Related to Patents Covering Smartphone Technologies | Dow Jones Newswires Chinese (English) |
| 6/30/2016 | 11:49 AM | 6/30/2016 | Qualcomm Steps Up Attack on China's Meizu -- Market Talk | Dow Jones Institutional News |
| 6/30/2016 | 11:49 AM | 6/30/2016 | Qualcomm Steps Up Attack on China's Meizu -- Market Talk | Dow Jones Institutional News |
| 6/30/2016 | 11:51 AM | 6/30/2016 | Zynga Studio Releases First Game Since Acquisition -- Market Talk | Dow Jones Institutional News |
| 6/30/2016 | 11:57 AM | 6/30/2016 | Deutsche Bank Trims S&P 500 Views -- Brexit Market Talk | Dow Jones Institutional News |
| 6/30/2016 | 1:37 PM | 6/30/2016 | Qualcomm Steps Up Attack on China's Meizu -- Market Talk | Dow Jones Newswires Chinese (English) |
| 7/5/2016 | 5:28 AM | 7/5/2016 | REALWIRE/Small Cell Forum's nFAPI will make virtualized HetNet areality | Dow Jones Institutional News |
| 7/5/2016 | 5:28 AM | 7/5/2016 | REALWIRE/Small Cell Forum's nFAPI will make virtualized HetNet areality | Dow Jones Newswires German |
| 7/7/2016 | 9:30 AM | 7/7/2016 | Press Release: Qualcomm Schedules Third Quarter Fiscal 2016 Earnings Release and Conference Call | Dow Jones Institutional News |
| 7/12/2016 | 9:00 AM | 7/12/2016 | Press Release: Qualcomm Announces Quarterly Cash Dividend | Dow Jones Institutional News |
| 7/13/2016 | 9:00 AM | 7/13/2016 | Press Release: Qualcomm Announces Revised Time for Third Quarter Fiscal 2016 Earnings Call | Dow Jones Institutional News |
| 7/13/2016 | 1:33 PM | 7/13/2016 | Intel, Qualcomm Shuffle Conference Calls -- Market Talk | Dow Jones Institutional News |
| 7/13/2016 | 1:33 PM | 7/13/2016 | Intel, Qualcomm Shuffle Conference Calls -- Market Talk | Dow Jones Institutional News |
| 7/13/2016 | 10:25 PM | 7/14/2016 | Intel, Qualcomm Shuffle Conference Calls -- Market Talk | Dow Jones Newswires Chinese (English) |
| 7/15/2016 | 9:32 AM | 7/15/2016 | *Qualcomm Cut to Underperform From Mkt Perform by BMO >QCOM | Dow Jones Institutional News |
| 7/15/2016 | 9:32 AM | 7/15/2016 | Qualcomm Cut to Underperform From Mkt Perform by BMO >QCOM | Dow Jones Newswires Chinese (English) |
| 7/15/2016 | 10:16 AM | 7/15/2016 | Qualcomm's Forecast May Underwhelm -- Market Talk | Dow Jones Institutional News |
| 7/15/2016 | 4:03 PM | 7/18/2016 | Qualcomm Files 8K - Changes To Articles >QCOM | Dow Jones Institutional News |
| 7/17/2016 | 11:20 PM | 7/18/2016 | SoftBank's to Benefit From ARM's Smartphone-Processor Dominance With Acquisit | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 7/18/2016 | 12:46 AM | 7/18/2016 | Softbank Betting on Rebound in Pound Sterling via ARM Acquisition: BGC -- Market Talk | Dow Jones Newswires Chinese (English) |
| 7/18/2016 | 5:51 AM | 7/18/2016 | Imagination Shares Jump As Softbank Buys ARM -- Market Talk | Dow Jones Institutional News |
| 7/19/2016 | 2:33 PM | 7/19/2016 | IBM Stops 3-Year Stock Streak; Qualcomm Up Next -- Market Talk | Dow Jones Institutional News |
| 7/19/2016 | 2:33 PM | 7/19/2016 | IBM Stops 3-Year Stock Streak; Qualcomm Up Next -- Market Talk | Dow Jones Institutional News |
| 7/19/2016 | 11:58 PM | 7/20/2016 | SoftBank Bets on Internet of Things With ARM Deal>ARMH | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 3:03 AM | 7/20/2016 | DJ QUALCOMM Incorporated, Inst Holders, 2Q 2016 (QCOM) | Dow Jones Institutional News |
| 7/20/2016 | 9:05 AM | 7/20/2016 | Patent Claims, Cost-Cutting in Focus at Qualcomm -- Earnings Preview | Dow Jones Institutional News |
| 7/20/2016 | 9:28 AM | 7/20/2016 | Patent Claims, Cost-Cutting in Focus at Qualcomm -- Earnings Preview | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:05 PM | 7/21/2016 | *Qualcomm 3Q Net $1.44B >QCOM | Dow Jones Institutional News |
| 7/20/2016 | 4:05 PM | 7/21/2016 | Qualcomm 3Q Net $1.44B >QCOM | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:06 PM | 7/21/2016 | Qualcomm 3Q Adj EPS 99c >QCOM | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:06 PM | 7/21/2016 | Qualcomm 3Q EPS 97c >QCOM | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:06 PM | 7/21/2016 | Qualcomm 3Q Net $1.44B >QCOM | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:06 PM | 7/21/2016 | Qualcomm 3Q Rev $6.04B >QCOM | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:07 PM | 7/21/2016 | Press Release: Qualcomm Earnings Release Available on Company's Investor Relations Website | Dow Jones Institutional News |
| 7/20/2016 | 4:08 PM | 7/21/2016 | *Qualcomm 3Q Operating Cash Flow $1.8 Billion | Dow Jones Institutional News |
| 7/20/2016 | 4:09 PM | 7/21/2016 | Qualcomm 3Q Adj EPS $1.16 >QCOM | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:12 PM | 7/21/2016 | Qualcomm 3Q Operating Income $1.6 Billion | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:12 PM | 7/21/2016 | Qualcomm Sees 4Q EPS 84c-EPS 94c | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:12 PM | 7/21/2016 | Qualcomm Sees 4Q Rev $5.4B-$6.2B | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:13 PM | 7/21/2016 | Qualcomm Sees 4Q Adj EPS $1.05-Adj EPS $1.15 | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:14 PM | 7/21/2016 | Qualcomm Sees 4Q MSM Chip Shipments 195 Million - 215 Million | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:30 PM | 7/21/2016 | Intel Profit Drops, Hurt by Restructuring Costs | Dow Jones Institutional News |
| 7/20/2016 | 4:43 PM | 7/21/2016 | Qualcomm's China Business Begins a Rebound -- Market Talk | Dow Jones Institutional News |
| 7/20/2016 | 4:43 PM | 7/21/2016 | Qualcomm's China Business Begins a Rebound -- Market Talk | Dow Jones Institutional News |
| 7/20/2016 | 4:45 PM | 7/21/2016 | Intel Profit Drops, Hurt by Restructuring Costs | Dow Jones Institutional News |
| 7/20/2016 | 4:51 PM | 7/21/2016 | EBay Surges on 2Q Results, FY16 Outlook -- Market Talk | Dow Jones Institutional News |
| 7/20/2016 | 4:54 PM | 7/21/2016 | Halliburton In 'Bathtub'-Shaped Recovery -- Market Talk | Dow Jones Institutional News |
| 7/20/2016 | 5:13 PM | 7/21/2016 | Qualcomm Chip Shipments Power Quarterly Results | Dow Jones Institutional News |
| 7/20/2016 | 5:14 PM | 7/21/2016 | Qualcomm's China Business Begins a Rebound -- Market Talk | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 5:20 PM | 7/21/2016 | Qualcomm Chip Shipments Power Quarterly Results | Dow Jones Institutional News |
| 7/20/2016 | 5:28 PM | 7/21/2016 | Qualcomm Chip Shipments Power Quarterly Results | Dow Jones Institutional News |
| 7/20/2016 | 5:35 PM | 7/21/2016 | Qualcomm Chip Shipments Power Quarterly Results | Dow Jones Institutional News |
| 7/20/2016 | 5:55 PM | 7/21/2016 | Qualcomm Chip Shipments Power Quarterly Results | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 6:35 PM | 7/21/2016 | Intel Profit Drops, Hurt by Restructuring Costs -- Update | Dow Jones Institutional News |
| 7/20/2016 | 6:50 PM | 7/21/2016 | Intel Profit Drops, Hurt by Restructuring Costs -- Update | Dow Jones Institutional News |
| 7/20/2016 | 11:05 PM | 7/21/2016 | QUALCOMM's CEO Steve Mollenkopf on Q3 2016 Results -- Earnings Call Transcript >QCOM | Dow Jones Institutional News |
| 7/21/2016 | 2:33 AM | 7/21/2016 | Cost Cuts Hit Intel; China Aids Chip Rival -- WSJ | Dow Jones Institutional News |
| 7/21/2016 | 2:48 AM | 7/21/2016 | Cost Cuts Hit Intel; China Aids Chip Rival -- WSJ | Dow Jones Institutional News |
| 7/21/2016 | 8:21 AM | 7/21/2016 | For Once, Qualcomm Won't Open Lower -- Market Talk | Dow Jones Institutional News |
| 7/21/2016 | 8:21 AM | 7/21/2016 | For Once, Qualcomm Won't Open Lower -- Market Talk | Dow Jones Institutional News |
| 7/21/2016 | 10:00 AM | 7/21/2016 | Qualcomm stock surges 7% after results and target increases | Dow Jones Newswires Chinese (English) |
| 7/21/2016 | 6:04 PM | 7/22/2016 | Advanced Micro Devices Swings to a Profit | Dow Jones Newswires Chinese (English) |
| 7/26/2016 | 6:22 PM | 7/27/2016 | Qualcomm to Pay $19.5 Million to Settle Claims of Bias Against Women | Dow Jones Institutional News |
| 7/26/2016 | 6:37 PM | 7/27/2016 | Qualcomm to Pay $19.5 Million to Settle Claims of Bias Against Women | Dow Jones Institutional News |
| 7/26/2016 | 6:40 PM | 7/27/2016 | Qualcomm to Pay to Settle Claims of Bias Against Women | Dow Jones Institutional News |
| 7/26/2016 | 6:55 PM | 7/27/2016 | Qualcomm to Pay to Settle Claims of Bias Against Women | Dow Jones Institutional News |
| 7/26/2016 | 8:30 PM | 7/27/2016 | Qualcomm to Pay to Settle Claims of Bias Against Women | Dow Jones Newswires Chinese (English) |
| 7/27/2016 | 7:30 AM | 7/27/2016 | Press Release: Qualcomm and Lear Corporation Sign Commercial Wireless Electric Vehicle Charging License Agreement | Dow Jones Institutional News |
| 7/28/2016 | 12:00 AM | 7/28/2016 | Press Release: SJSemi and Qualcomm Jointly Announce Mass Production of 14nm Wafer Bumping Technology | Dow Jones Institutional News |
| 7/28/2016 | 2:00 AM | 7/28/2016 | Precise Biometrics: Precise Biometrics enters into agreement with Qualcomm Technologies, Inc. for the licensing of Precise BioMatch Mobile | Dow Jones Institutional News |
| 7/28/2016 | 3:00 PM | 7/28/2016 | Qualcomm CEO Sees Major Progress in China | Dow Jones Institutional News |
| 7/28/2016 | 3:15 PM | 7/28/2016 | Qualcomm CEO Sees Major Progress in China | Dow Jones Institutional News |
| 7/29/2016 | 2:09 AM | 7/29/2016 | Qualcomm CEO Sees Major Progress in China | Dow Jones Newswires Chinese (English) |
| 7/29/2016 | 8:30 AM | 7/29/2016 | I.D. Systems Appoints Former Qualcomm Division President Chris Wolfe as New Chief Product Officer | GlobeNewswire |
| 7/29/2016 | 8:30 AM | 7/29/2016 | Press Release: I.D. Systems Appoints Former Qualcomm Division President Chris Wolfe as New Chief Product Officer | Dow Jones Institutional News |
| 7/31/2016 | 9:00 PM | 8/1/2016 | Press Release: Qualcomm Signs 3G/4G China Patent License Agreement with OPPO | Dow Jones Institutional News |
| 7/31/2016 | 9:07 PM | 8/1/2016 | Qualcomm Signs 3G/4G China Patent License Agreement With OPPO | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 8/1/2016 | 2:53 AM | 8/1/2016 | Press Release: Qualcomm Signs 3G/4G China Patent License Agreement with OPPO | Dow Jones Newswires Chinese (English) |
| 8/3/2016 | 7:30 AM | 8/3/2016 | Press Release: Qualcomm Powers Next Generation Samsung Galaxy Note7 | Dow Jones Institutional News |
| 8/4/2016 | 1:08 AM | 8/4/2016 | Press Release: Alcatel-Lucent Reports Q2 2016 revenues and H1 2016 results | Dow Jones Institutional News |
| 8/4/2016 | 9:00 PM | 8/5/2016 | Press Release: Qualcomm and Baidu Announce Commercialization of IZat Integrated Hardware Location Platform to Lead the Way for Smartphone ... | Dow Jones Institutional News |
| 8/4/2016 | 11:01 PM | 8/5/2016 | Press Release: Qualcomm and Baidu Announce Commercialization of IZat Integrated Hardware L | Dow Jones Newswires Chinese (English) |
| 8/7/2016 | 9:00 PM | 8/8/2016 | Press Release: Qualcomm Signs 3G/4G China Patent License Agreement with vivo | Dow Jones Institutional News |
| 8/16/2016 | 2:00 AM | 8/16/2016 | Precise Biometrics: NEW LICENSE AGREEMENTS CREATE ADDITIONAL GROWTH OPPORTUNITIES | Dow Jones Institutional News |
| 8/27/2016 | 6:01 AM | 8/29/2016 | THE 10 BEST DIVIDEND STOCKS YIELDING TO REALITY -- Barron's | Dow Jones Institutional News |
| 8/29/2016 | 5:13 AM | 8/29/2016 | The 10 Best Dividend Stocks Yielding to Reality -- Barron's | Dow Jones Newswires Chinese (English) |
| 8/31/2016 | 7:30 AM | 8/31/2016 | Press Release: NETGEAR Selects Qualcomm to Collaborate on World's First Tri-Band Distributed Wi-Fi System | Dow Jones Institutional News |
| 8/31/2016 | 7:30 AM | 8/31/2016 | Press Release: Philips and Qualcomm announce strategic collaboration to advance personalized connected health care | Dow Jones Institutional News |
| 9/1/2016 | 10:30 AM | 9/1/2016 | Press Release: Qualcomm Unveils Snapdragon Virtual Reality Reference Platform for Immersive User Experiences on Standalone Head Mounted Displays | Dow Jones Institutional News |
| 9/6/2016 | 7:00 AM | 9/6/2016 | *Verizon And Qualcomm Double Down On The Internet Of Things | Dow Jones Institutional News |
| 9/6/2016 | 7:30 AM | 9/6/2016 | Press Release: Qualcomm and AT&T to Trial Drones on Cellular Network to Accelerate Wide-Scale Deployment | Dow Jones Institutional News |
| 9/6/2016 | 7:30 AM | 9/6/2016 | Press Release: Qualcomm and Virginia Tech open Thinkabit Lab in National Capital Region to bring hands-on STEM learning to students and training to teachers | Dow Jones Institutional News |
| 9/8/2016 | 10:42 AM | 9/8/2016 | Press Release: Qualcomm Collaborates with Current, Powered by GE to Gain Further Intelligence and Efficiencies via Lighting Infrastruct... | Dow Jones Institutional News |
| 9/9/2016 | 9:00 AM | 9/9/2016 | ParkerVision Receives Preliminary Ruling from German Court | GlobeNewswire |
| 9/9/2016 | 11:49 AM | 9/9/2016 | Intel, Qualcomm Split Modem Chip Sales for Apple's iPhone 7 - Sources | Dow Jones Newswires Chinese (English) |
| 9/9/2016 | 11:51 AM | 9/9/2016 | Intel Supplying Wireless Chips for Some Apple iPhones | Dow Jones Institutional News |
| 9/9/2016 | 11:57 AM | 9/9/2016 | Intel Supplying Wireless Chips for Some Apple iPhones -- Update | Dow Jones Institutional News |
| 9/9/2016 | 12:00 PM | 9/9/2016 | Intel Supplying Wireless Chips for Some Apple iPhones | Dow Jones Institutional News |
| 9/9/2016 | 12:06 PM | 9/9/2016 | Intel Supplying Wireless Chips for Some Apple iPhones | Dow Jones Institutional News |
| 9/9/2016 | 12:11 PM | 9/9/2016 | Intel Supplying Wireless Chips for Some Apple iPhones -- 2nd Update | Dow Jones Institutional News |
| 9/9/2016 | 12:12 PM | 9/9/2016 | Intel Supplying Wireless Chips for Some Apple iPhones -- Update | Dow Jones Institutional News |
| 9/9/2016 | 12:15 PM | 9/9/2016 | Intel Supplying Wireless Chips for Some Apple iPhones | Dow Jones Institutional News |
| 9/9/2016 | 12:26 PM | 9/9/2016 | Intel Supplying Wireless Chips for Some Apple iPhones -- 2nd Update | Dow Jones Institutional News |
| 9/9/2016 | 12:42 PM | 9/9/2016 | Intel Supplying Wireless Chips for Some Apple iPhones | Dow Jones Newswires Chinese (English) |
| 9/12/2016 | 7:31 AM | 9/12/2016 | Press Release: Qualcomm Opens Qualcomm Communication Technologies in Shanghai for Semiconductor Test Manufacturing | Dow Jones Institutional News |
| 9/12/2016 | 9:15 AM | 9/12/2016 | Press Release: Qualcomm Opens Qualcomm Communication Technologies in Shanghai for Semiconductor Test Manufacturing | Dow Jones Institutional News |
| 9/14/2016 | 12:46 PM | 9/14/2016 | Qualcomm Follows Ericsson's Lead in Joint Patent Licensing | Dow Jones Institutional News |
| 9/14/2016 | 1:01 PM | 9/14/2016 | Qualcomm Follows Ericsson's Lead in Joint Patent Licensing | Dow Jones Institutional News |
| 9/14/2016 | 1:10 PM | 9/14/2016 | Qualcomm Follows Ericsson's Lead in Joint Patent Licensing | Dow Jones Institutional News |
| 9/14/2016 | 1:25 PM | 9/14/2016 | Qualcomm Follows Ericsson's Lead in Joint Patent Licensing | Dow Jones Institutional News |
| 9/14/2016 | 1:41 PM | 9/14/2016 | Qualcomm Follows Ericsson's Lead in Joint Patent Licensing | Dow Jones Newswires Chinese (English) |
| 9/15/2016 | 2:33 AM | 9/15/2016 | Qualcomm Follows Ericsson's Lead in Joint Licensing -- WSJ | Dow Jones Institutional News |
| 9/25/2016 | 9:05 PM | 9/26/2016 | Apple to Battle EU Regulator Without Usual Lobbying Army | Dow Jones Newswires Chinese (English) |
| 9/28/2016 | 2:30 AM | 9/28/2016 | Precise Biometrics: Precise BioMatch Mobile deployed in new smartphone from a Chinese OEM | Dow Jones Institutional News |
| 9/28/2016 | 7:30 AM | 9/28/2016 | Press Release: Qualcomm Snapdragon 600E and 410E Designed for Embedded Computing, Internet of Things Applications Now Widely Available | Dow Jones Institutional News |
| 9/28/2016 | 8:24 PM | 9/29/2016 | Press Release: Qualcomm and SK Telecom Announce First Enhanced Licensed Assisted Access (eLAA) Over-the-Air Trial | Dow Jones Institutional News |
| 9/29/2016 | 1:10 PM | 9/29/2016 | *Qualcomm is in Talks to Acquire NXP Semiconductors -- Sources | Dow Jones Institutional News |
| 9/29/2016 | 1:11 PM | 9/29/2016 | Qualcomm is in Talks to Acquire NXP Semiconductors -- Sources | Dow Jones Newswires Chinese (English) |
| 9/29/2016 | 1:37 PM | 9/29/2016 | Qualcomm in Talks to Acquire NXP Semiconductors | Dow Jones Newswires Chinese (English) |
| 9/29/2016 | 1:39 PM | 9/29/2016 | Qualcomm in Talks to Acquire NXP Semiconductors | Dow Jones Institutional News |
| 9/29/2016 | 2:06 PM | 9/29/2016 | Qualcomm Finds Use for Offshore Cash -- Market Talk | Dow Jones Institutional News |
| 9/29/2016 | 2:06 PM | 9/29/2016 | Qualcomm Finds Use for Offshore Cash -- Market Talk | Dow Jones Institutional News |
| 9/29/2016 | 2:08 PM | 9/29/2016 | Qualcomm Eyes Dutch Chip Company NXP for Its Auto Expertise | Dow Jones Institutional News |
| 9/29/2016 | 2:14 PM | 9/29/2016 | Qualcomm in Talks to Acquire NXP Semiconductors -- Update | Dow Jones Institutional News |
| 9/29/2016 | 2:23 PM | 9/29/2016 | Qualcomm Eyes Dutch Chip Company NXP for Its Auto Expertise | Dow Jones Institutional News |
| 9/29/2016 | 2:29 PM | 9/29/2016 | Qualcomm in Talks to Acquire NXP Semiconductors -- Update | Dow Jones Institutional News |
| 9/29/2016 | 2:30 PM | 9/29/2016 | Qualcomm in Talks to Acquire NXP Semiconductors | Dow Jones Institutional News |
| 9/29/2016 | 2:45 PM | 9/29/2016 | Qualcomm in Talks to Acquire NXP Semiconductors | Dow Jones Institutional News |
| 9/29/2016 | 2:46 PM | 9/29/2016 | Qualcomm Eyes Dutch Chip Company NXP for Its Auto Expertise | Dow Jones Newswires Chinese (English) |
| 9/29/2016 | 4:34 PM | 9/30/2016 | NXP Can Help Qualcomm Shift Its Gears -- Heard on the Street | Dow Jones Institutional News |
| 9/29/2016 | 6:32 PM | 9/30/2016 | NXP Would Take Qualcomm Out of Its Comfort Zone -- Market Talk | Dow Jones Institutional News |
| 9/29/2016 | 6:32 PM | 9/30/2016 | NXP Would Take Qualcomm Out of Its Comfort Zone -- Market Talk | Dow Jones Institutional News |
| 9/30/2016 | 2:32 AM | 9/30/2016 | Chip Giant Pursues $30 Billion Takeover -- WSJ | Dow Jones Institutional News |
| 9/30/2016 | 2:32 AM | 9/30/2016 | Heard on the Street: NXP Would Upgrade Qualcomm -- WSJ | Dow Jones Institutional News |
| 9/30/2016 | 2:33 AM | 9/30/2016 | NXP's Auto Systems Appeal to Qualcomm as It Eyes $30 Billion Deal -- WSJ | Dow Jones Institutional News |
| 9/30/2016 | 2:47 AM | 9/30/2016 | Chip Giant Pursues $30 Billion Takeover -- WSJ | Dow Jones Institutional News |
| 9/30/2016 | 2:48 AM | 9/30/2016 | NXP's Auto Systems Appeal to Qualcomm as It Eyes $30 Billion Deal -- WSJ | Dow Jones Institutional News |
| 9/30/2016 | 3:32 PM | 9/30/2016 | With NXP Deal, Qualcomm Would Add New Businesses and New Risks | Dow Jones Institutional News |
| 9/30/2016 | 3:47 PM | 9/30/2016 | With NXP Deal, Qualcomm Would Add New Businesses and New Risks | Dow Jones Institutional News |
| 10/1/2016 | 2:32 AM | 10/3/2016 | Chip Deal Would Shift Qualcomm -- WSJ | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 10/1/2016 | 2:47 AM | 10/3/2016 | Chip Deal Would Shift Qualcomm -- WSJ | Dow Jones Institutional News |
| 10/3/2016 | 6:26 AM | 10/3/2016 | *Qualcomm Target Raised to $70 From $59 by RBC >QCOM | Dow Jones Institutional News |
| 10/3/2016 | 6:27 AM | 10/3/2016 | Qualcomm Target Raised to $70 From $59 by RBC >QCOM | Dow Jones Newswires Chinese (English) |
| 10/6/2016 | 9:00 AM | 10/6/2016 | Press Release: Qualcomm Announces Quarterly Cash Dividend | Dow Jones Institutional News |
| 10/10/2016 | 7:30 AM | 10/10/2016 | Press Release: Qualcomm Appoints Ann M. Livermore to its Board of Directors | Dow Jones Institutional News |
| 10/11/2016 | 4:11 PM | 10/12/2016 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 10/11/2016 | 4:11 PM | 10/12/2016 | Qualcomm Files 8K - Other Events >QCOM | Dow Jones Institutional News |
| 10/14/2016 | 5:00 PM | 10/17/2016 | Press Release: Qualcomm Files Actions Against Meizu in the United States, Germany and France | Dow Jones Institutional News |
| 10/14/2016 | 5:01 PM | 10/17/2016 | Qualcomm Files Actions Against Meizu In The United States, Germany And France | Dow Jones Newswires Chinese (English) |
| 10/17/2016 | 7:30 AM | 10/17/2016 | Press Release: Qualcomm Makes World's First MulteFire Over-the-Air Connection | Dow Jones Institutional News |
| 10/17/2016 | 9:30 AM | 10/17/2016 | Press Release: Qualcomm Schedules Fourth Quarter and Fiscal 2016 Earnings Release and Conference Call | Dow Jones Institutional News |
| 10/17/2016 | 9:30 PM | 10/18/2016 | Press Release: Qualcomm Announces Broad Ecosystem Adoption of its LTE Category M1/NB-1 Modem Designed to Support Reliable, Optimized ... | Dow Jones Institutional News |
| 10/17/2016 | 9:30 PM | 10/18/2016 | Press Release: Qualcomm Announces Introduction of New Snapdragon 600 and 400-Tier Processors Supporting Enhanced Experiences and ... | Dow Jones Institutional News |
| 10/17/2016 | 9:30 PM | 10/18/2016 | Press Release: Qualcomm Brings Deep Learning, Ultra HD and Edge Compute to Support Powerful New Connected Smart Cameras | Dow Jones Institutional News |
| 10/17/2016 | 9:30 PM | 10/18/2016 | Press Release: Qualcomm Showcases 5G Leadership by Announcing its First 5G Modem Solution | Dow Jones Institutional News |
| 10/17/2016 | 9:30 PM | 10/18/2016 | Press Release: Qualcomm, Telstra, Ericsson and NETGEAR Announce World's First Gigabit Class LTE Mobile Device and Gigabit-Ready Network | Dow Jones Institutional News |
| 10/18/2016 | 1:04 PM | 10/18/2016 | Qualcomm Promises 5G Modem Chip for 2018 | Dow Jones Institutional News |
| 10/18/2016 | 1:19 PM | 10/18/2016 | Qualcomm Promises 5G Modem Chip for 2018 | Dow Jones Institutional News |
| 10/18/2016 | 1:20 PM | 10/18/2016 | Qualcomm Promises 5G Modem Chip for 2018 | Dow Jones Institutional News |
| 10/18/2016 | 1:35 PM | 10/18/2016 | Qualcomm Promises 5G Modem Chip for 2018 | Dow Jones Institutional News |
| 10/18/2016 | 1:35 PM | 10/18/2016 | Qualcomm Promises 5G Modem Chip for 2018 | Dow Jones Newswires Chinese (English) |
| 10/19/2016 | 2:33 AM | 10/19/2016 | Qualcomm Plans to Deliver Its 5G Chip in 2018 -- WSJ | Dow Jones Institutional News |
| 10/19/2016 | 7:30 AM | 10/19/2016 | Press Release: Qualcomm Appoints Alex Rogers as EVP and President of QTL | Dow Jones Institutional News |
| 10/20/2016 | 3:00 AM | 10/20/2016 | newsbox.ch/ u-blox announces plans to support Verizon's new LTE Cat M1 network for IoT by end of 2016 | Dow Jones Institutional News |
| 10/20/2016 | 4:04 AM | 10/20/2016 | DJ QUALCOMM Incorporated, Inst Holders, 3Q 2016 (QCOM) | Dow Jones Institutional News |
| 10/21/2016 | 3:22 AM | 10/21/2016 | DJ QUALCOMM Incorporated, Inst Holders, 3Q 2016 (QCOM) | Dow Jones Institutional News |
| 10/26/2016 | 9:47 PM | 10/27/2016 | NXP Semiconductors Profit Drops Sharply | Dow Jones Institutional News |
| 10/26/2016 | 10:00 PM | 10/27/2016 | NXP Semiconductors Profit Drops Sharply | Dow Jones Institutional News |
| 10/26/2016 | 10:02 PM | 10/27/2016 | NXP Semiconductors Profit Drops Sharply | Dow Jones Institutional News |
| 10/26/2016 | 10:15 PM | 10/27/2016 | NXP Semiconductors Profit Drops Sharply | Dow Jones Institutional News |
| 10/26/2016 | 10:44 PM | 10/27/2016 | NXP Semiconductors Profit Drops Sharply | Dow Jones Newswires Chinese (English) |
| 10/27/2016 | 6:30 AM | 10/27/2016 | *Qualcomm To Acquire NXP >QCOM NXPI | Dow Jones Institutional News |
| 10/27/2016 | 6:33 AM | 10/27/2016 | Qualcomm to Buye NXP For $110 A Share Cash >QCOM NXPI | Dow Jones Newswires Chinese (English) |
| 10/27/2016 | 6:34 AM | 10/27/2016 | Qualcomm: Combined Company to Have Annual Revenue Topping $30B >QCOM | Dow Jones Newswires Chinese (English) |
| 10/27/2016 | 6:34 AM | 10/27/2016 | Qualcomm: NXP Deal Represents Total Enterprise Value of About $47B >QCOM | Dow Jones Newswires Chinese (English) |
| 10/27/2016 | 6:44 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors | Dow Jones Institutional News |
| 10/27/2016 | 6:59 AM | 10/27/2016 | Qualcomm Lands Its Diversification Play -- Market Talk | Dow Jones Institutional News |
| 10/27/2016 | 6:59 AM | 10/27/2016 | Qualcomm Lands Its Diversification Play -- Market Talk | Dow Jones Institutional News |
| 10/27/2016 | 6:59 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors | Dow Jones Institutional News |
| 10/27/2016 | 7:07 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors | Dow Jones Newswires Chinese (English) |
| 10/27/2016 | 7:23 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--Update | Dow Jones Institutional News |
| 10/27/2016 | 7:38 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--Update | Dow Jones Institutional News |
| 10/27/2016 | 7:40 AM | 10/27/2016 | Qualcomm to Buy NXP for $39 Billion in Biggest Chip Deal | Dow Jones Institutional News |
| 10/27/2016 | 7:55 AM | 10/27/2016 | Qualcomm to Buy NXP for $39 Billion in Biggest Chip Deal | Dow Jones Institutional News |
| 10/27/2016 | 8:14 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--Update | Dow Jones Newswires Chinese (English) |
| 10/27/2016 | 8:18 AM | 10/27/2016 | News Highlights: Equities Stories Of The Day | Dow Jones Institutional News |
| 10/27/2016 | 8:20 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--2nd Update | Dow Jones Institutional News |
| 10/27/2016 | 8:32 AM | 10/27/2016 | *S&PGR Puts Qualcomm 'A+' Rtgs On Watch Neg | Dow Jones Institutional News |
| 10/27/2016 | 8:33 AM | 10/27/2016 | News Highlights: Equities Stories Of The Day | Dow Jones Institutional News |
| 10/27/2016 | 8:35 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--2nd Update | Dow Jones Institutional News |
| 10/27/2016 | 8:35 AM | 10/27/2016 | S&PGR Puts Qualcomm 'A+' Rtgs on Watch, Negative | Dow Jones Newswires Chinese (English) |
| 10/27/2016 | 8:47 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--3rd Update | Dow Jones Institutional News |
| 10/27/2016 | 9:02 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--3rd Update | Dow Jones Institutional News |
| 10/27/2016 | 9:42 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--4th Update | Dow Jones Institutional News |
| 10/27/2016 | 9:46 AM | 10/27/2016 | Moody's Places Qualcomm Senior Unsecured Rating Under Review For Downgrade | Dow Jones Institutional News |
| 10/27/2016 | 9:57 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--4th Update | Dow Jones Institutional News |
| 10/27/2016 | 10:02 AM | 10/27/2016 | News Highlights: Top Equities Stories Of The Day | Dow Jones Institutional News |
| 10/27/2016 | 10:02 AM | 10/27/2016 | News Highlights: Top Global Markets News of the Day | Dow Jones Institutional News |
| 10/27/2016 | 10:17 AM | 10/27/2016 | News Highlights: Top Equities Stories Of The Day | Dow Jones Institutional News |
| 10/27/2016 | 10:17 AM | 10/27/2016 | News Highlights: Top Global Markets News of the Day | Dow Jones Institutional News |
| 10/27/2016 | 11:28 AM | 10/27/2016 | Qualcomm's NXP Ride Worth a Big Toll -- Heard on the Street | Dow Jones Institutional News |
| 10/27/2016 | 12:37 PM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--5th Update | Dow Jones Institutional News |
| 10/27/2016 | 12:52 PM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--5th Update | Dow Jones Institutional News |
| 10/27/2016 | 1:00 PM | 10/27/2016 | News Highlights: Top Equities Stories Of The Day | Dow Jones Institutional News |
| 10/27/2016 | 1:00 PM | 10/27/2016 | News Highlights: Top Global Markets News of the Day | Dow Jones Institutional News |
| 10/27/2016 | 1:15 PM | 10/27/2016 | News Highlights: Top Equities Stories Of The Day | Dow Jones Institutional News |
| 10/27/2016 | 1:15 PM | 10/27/2016 | News Highlights: Top Global Markets News of the Day | Dow Jones Institutional News |
| 10/27/2016 | 3:59 PM | 10/27/2016 | NXP Deal Adds to Qualcomm CEO's Tumultuous Tenure | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 10/27/2016 | 4:14 PM | 10/28/2016 | NXP Deal Adds to Qualcomm CEO's Tumultuous Tenure | Dow Jones Institutional News |
| 10/27/2016 | 4:51 PM | 10/28/2016 | Tech Down As Apple Disappoints - Tech Roundup | Dow Jones Institutional News |
| 10/27/2016 | 5:05 PM | 10/28/2016 | Qualcomm Files 8K - Entry Into Definitive Agreement >QCOM | Dow Jones Institutional News |
| 10/27/2016 | 5:05 PM | 10/28/2016 | Qualcomm Files 8K - Regulation FD >QCOM | Dow Jones Institutional News |
| 10/27/2016 | 5:46 PM | 10/28/2016 | Qualcomm Creating Subsidiary to Avoid NXP Tax Hit | Dow Jones Institutional News |
| 10/27/2016 | 5:54 PM | 10/28/2016 | Big Breakup Fees if Qualcomm-NXP Falls Apart -- Market Talk | Dow Jones Institutional News |
| 10/27/2016 | 5:54 PM | 10/28/2016 | Big Breakup Fees if Qualcomm-NXP Falls Apart -- Market Talk | Dow Jones Institutional News |
| 10/27/2016 | 6:13 PM | 10/28/2016 | Qualcomm Uses Subsidiary to Avoid NXP Tax Hit -- Market Talk | Dow Jones Institutional News |
| 10/27/2016 | 6:13 PM | 10/28/2016 | Qualcomm Uses Subsidiary to Avoid NXP Tax Hit -- Market Talk | Dow Jones Institutional News |
| 10/27/2016 | 6:17 PM | 10/28/2016 | Chip Makers Cut Deals as Cars Get Smarter | Dow Jones Institutional News |
| 10/27/2016 | 6:21 PM | 10/28/2016 | AMC-Carmike Merger Likely to Knock Regal Down to No. 2 -- Market Talk | Dow Jones Institutional News |
| 10/27/2016 | 6:24 PM | 10/28/2016 | McKesson Cuts 2017 Outlook -- Market Talk | Dow Jones Institutional News |
| 10/27/2016 | 6:32 PM | 10/28/2016 | Chip Makers Cut Deals as Cars Get Smarter | Dow Jones Institutional News |
| 10/27/2016 | 6:35 PM | 10/28/2016 | Qualcomm Creating Subsidiary to Avoid NXP Tax Hit | Dow Jones Newswires Chinese (English) |
| 10/27/2016 | 6:37 PM | 10/28/2016 | Qualcomm to Buy NXP Semiconductors--6th Update | Dow Jones Institutional News |
| 10/27/2016 | 6:52 PM | 10/28/2016 | Qualcomm to Buy NXP Semiconductors--5th Update | Dow Jones Institutional News |
| 10/27/2016 | 8:35 PM | 10/28/2016 | Merger Deals Set Monthly Record, Even as Election Looms | Dow Jones Institutional News |
| 10/27/2016 | 8:50 PM | 10/28/2016 | Qualcomm to Buy NXP Semiconductors--5th Update | Dow Jones Newswires Chinese (English) |
| 10/28/2016 | 1:50 AM | 10/28/2016 | Chip Makers Cut Deals as Cars Get Smarter | Dow Jones Newswires Chinese (English) |
| 10/28/2016 | 2:32 AM | 10/28/2016 | Heard on the Street: NXP Worth Price to Qualcomm -- WSJ | Dow Jones Institutional News |
| 10/28/2016 | 2:33 AM | 10/28/2016 | Qualcomm Chief Executive Calmly Wades Into Merger Maelstrom -- WSJ | Dow Jones Institutional News |
| 10/28/2016 | 2:33 AM | 10/28/2016 | Qualcomm Makes $39 Billion Bet on Car Tech -- WSJ | Dow Jones Institutional News |
| 10/28/2016 | 2:44 AM | 10/28/2016 | Merger Deals Set Monthly Record, Even as Election Looms | Dow Jones Newswires Chinese (English) |
| 10/28/2016 | 2:48 AM | 10/28/2016 | Qualcomm Chief Executive Calmly Wades Into Merger Maelstrom -- WSJ | Dow Jones Institutional News |
| 10/28/2016 | 2:48 AM | 10/28/2016 | Qualcomm Makes $39 Billion Bet on Car Tech -- WSJ | Dow Jones Institutional News |
| 10/28/2016 | 4:55 AM | 10/28/2016 | *S&PGR Puts NXP Semiconductors Ratings On CreditWatch Pos | Dow Jones Institutional News |
| 10/28/2016 | 7:30 AM | 10/28/2016 | Press Release: Qualcomm and Lumen Sign Commercial Wireless Electric Vehicle Charging License Agreement | Dow Jones Institutional News |
| 10/28/2016 | 7:54 AM | 10/28/2016 | Qualcomm Raised to Outperform From Market Perform by BMO Capital | Dow Jones Institutional News |
| 10/28/2016 | 7:56 AM | 10/28/2016 | Qualcomm Raised to Outperform From Market Perform by BMO Capital | Dow Jones Newswires Chinese (English) |
| 10/28/2016 | 1:23 PM | 10/28/2016 | Merger Deals Set Monthly Record, Even as Election Looms | Dow Jones Institutional News |
| 10/31/2016 | 6:04 AM | 10/31/2016 | Qualcomm Raised to Buy From Neutral by Nomura | Dow Jones Institutional News |
| 10/31/2016 | 6:52 AM | 10/31/2016 | Qualcomm Raised to Buy From Neutral by Nomura | Dow Jones Institutional News |
| 10/31/2016 | 7:05 AM | 10/31/2016 | Qualcomm Raised to Buy From Neutral by Nomura | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 11:06 AM | 11/2/2016 | *Fitch: Qualcomm/NXP Deal Underscores Semiconductor Merger Trend | Dow Jones Institutional News |
| 11/2/2016 | 12:36 PM | 11/2/2016 | Qualcomm Revenue Expected to Rise -- Earnings Preview | Dow Jones Institutional News |
| 11/2/2016 | 2:14 PM | 11/2/2016 | Qualcomm Revenue Expected to Rise -- Earnings Preview | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:01 PM | 11/3/2016 | *Qualcomm 4Q EPS $1.07 >QCOM | Dow Jones Institutional News |
| 11/2/2016 | 4:01 PM | 11/3/2016 | Qualcomm 4Q EPS $1.07 >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:02 PM | 11/3/2016 | *Qualcomm 4Q Rev $6.2B >QCOM | Dow Jones Institutional News |
| 11/2/2016 | 4:02 PM | 11/3/2016 | Qualcomm 4Q EPS $1.07 >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:02 PM | 11/3/2016 | Qualcomm 4Q Net $1.6B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:02 PM | 11/3/2016 | Qualcomm 4Q Rev $6.18B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:03 PM | 11/3/2016 | Press Release: Qualcomm Earnings Release Available on Company's Investor Relations Website | Dow Jones Institutional News |
| 11/2/2016 | 4:03 PM | 11/3/2016 | Qualcomm 4Q Adj EPS $1.28 >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:03 PM | 11/3/2016 | Qualcomm 4Q EPS $1.07 >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:03 PM | 11/3/2016 | Qualcomm 4Q Net $1.6B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:03 PM | 11/3/2016 | Qualcomm 4Q Rev $6.2B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:06 PM | 11/3/2016 | Qualcomm Sees 1Q EPS 91c-EPS $1.01 >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:06 PM | 11/3/2016 | Qualcomm Sees 1Q Rev $5.7B-$6.5B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:07 PM | 11/3/2016 | Qualcomm Sees 1Q Adj EPS $1.12-Adj EPS $1.22 >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:12 PM | 11/3/2016 | Qualcomm 4Q Total Reported Device Sales $74.2 Billion | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:14 PM | 11/3/2016 | Qualcomm Sees NXP Deal Closing by End of 2017 >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:27 PM | 11/3/2016 | China Delivers in Two Ways for Qualcomm -- Market Talk | Dow Jones Institutional News |
| 11/2/2016 | 4:27 PM | 11/3/2016 | China Delivers in Two Ways for Qualcomm -- Market Talk | Dow Jones Institutional News |
| 11/2/2016 | 4:47 PM | 11/3/2016 | Qualcomm Tops Estimates on Strong Shipments and New Licences | Dow Jones Institutional News |
| 11/2/2016 | 5:00 PM | 11/3/2016 | Qualcomm Tops Estimates on Strong Shipments and New Licences | Dow Jones Institutional News |
| 11/2/2016 | 5:15 PM | 11/3/2016 | Qualcomm Tops Estimates on Strong Shipments and New Licences | Dow Jones Institutional News |
| 11/2/2016 | 5:29 PM | 11/3/2016 | Qualcomm Tops Estimates on Strong Shipments and New Licences | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 6:09 PM | 11/3/2016 | Qualcomm Tops Estimates on Strong Shipments and New Licences -- Update | Dow Jones Institutional News |
| 11/2/2016 | 8:40 PM | 11/3/2016 | QUALCOMM Q4 2016 Results -- Earnings Call Transcript >QCOM | Dow Jones Institutional News |
| 11/8/2016 | 7:30 AM | 11/8/2016 | Press Release: Qualcomm and Preh Sign Commercial Wireless Electric Vehicle Charging License Agreement | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 11/8/2016 | 7:39 AM | 11/8/2016 | Qualcomm and Preh Sign Comml Wireless Electric Vehicle Charging License Agreement | Dow Jones Newswires Chinese (English) |
| 11/9/2016 | 5:21 PM | 11/10/2016 | Qualcomm Files 8K - Direct Or Off-Balance Sheet Financial Obligation >QCOM | Dow Jones Institutional News |
| 11/9/2016 | 5:21 PM | 11/10/2016 | Qualcomm Files 8K - Entry Into Definitive Agreement >QCOM | Dow Jones Institutional News |
| 11/10/2016 | 5:05 AM | 11/10/2016 | Qualcomm Cut to Equal-Weight From Overweight by Morgan Stanley | Dow Jones Institutional News |
| 11/10/2016 | 5:09 AM | 11/10/2016 | Qualcomm Cut to Equal-Weight From Overweight by Morgan Stanley | Dow Jones Newswires Chinese (English) |
| 11/10/2016 | 5:09 AM | 11/10/2016 | Qualcomm Maintained With a $65.00/Share Price Target by Morgan Stanley Maintained With a $65.00/Share Price Target by | Dow Jones Newswires Chinese (English) |
| 11/10/2016 | 5:10 AM | 11/10/2016 | Qualcomm Cut to Equal-Weight From Overweight by Morgan Stanley | Dow Jones Newswires Chinese (English) |
| 11/11/2016 | 3:01 AM | 11/11/2016 | PRESS RELEASE: YDreams Global Launches New Project for Qualcomm | Dow Jones Institutional News |
| 11/11/2016 | 3:01 AM | 11/11/2016 | PRESS RELEASE: YDreams Global Launches New Project for Qualcomm | Dow Jones Newswires German |
| 11/14/2016 | 7:30 AM | 11/14/2016 | Press Release: Qualcomm Announces 5G NR Spectrum Sharing Prototype System | Dow Jones Institutional News |
| 11/14/2016 | 4:18 PM | 11/15/2016 | *S&PGR Rates Qualcomm's Sr Unsec Term Ln & Revolv Fac 'A+' | Dow Jones Institutional News |
| 11/15/2016 | 7:57 AM | 11/15/2016 | Press Release: Qualcomm and Tencent Announce Joint Innovation Center in China | Dow Jones Institutional News |
| 11/15/2016 | 7:59 AM | 11/15/2016 | Qualcomm and Tencent Announce Joint Innovation Center in China | Dow Jones Newswires Chinese (English) |
| 11/15/2016 | 7:26 PM | 11/16/2016 | Intel Courts Autonomous Car Makers | Dow Jones Newswires Chinese (English) |
| 11/17/2016 | 7:30 AM | 11/17/2016 | Press Release: New Qualcomm Quick Charge 4 Delivers up to 20% Faster Charging, Improved Efficiency | Dow Jones Institutional News |
| 11/17/2016 | 7:30 AM | 11/17/2016 | Press Release: Qualcomm and Samsung Collaborate on 10nm Process Technology For the Latest Snapdragon 835 Mobile Processor | Dow Jones Institutional News |
| 11/17/2016 | 7:30 AM | 11/17/2016 | Press Release: Qualcomm Announces Launch of Bounty Program, offering up to $15,000 USD for the Discovery of Vulnerabilities | Dow Jones Institutional News |
| 11/17/2016 | 8:18 AM | 11/17/2016 | Qualcomm Continues Samsung's Components Success -- Market Talk | Dow Jones Institutional News |
| 11/17/2016 | 8:18 AM | 11/17/2016 | Qualcomm Continues Samsung's Components Success -- Market Talk | Dow Jones Institutional News |
| 11/18/2016 | 2:02 AM | 11/18/2016 | Qualcomm Continues Samsung's Components Success -- Market Talk | Dow Jones Newswires Chinese (English) |
| 11/18/2016 | 7:30 AM | 11/18/2016 | Press Release: Qualcomm Commences Cash Tender Offer for All Outstanding Shares of NXP | Dow Jones Institutional News |
| 11/18/2016 | 7:33 AM | 11/18/2016 | Qualcomm Commences Cash Tender Offer for All Outstanding Shrs of NXP | Dow Jones Newswires Chinese (English) |
| 11/18/2016 | 7:36 AM | 11/18/2016 | Qualcomm Begins $110/Share Tender Offer for NXP >QCOM NXPI | Dow Jones Newswires Chinese (English) |
| 11/29/2016 | 5:28 PM | 11/30/2016 | Qualcomm Files 8K - Direct Or Off-Balance Sheet Financial Obligation >QCOM | Dow Jones Institutional News |
| 11/29/2016 | 5:28 PM | 11/30/2016 | Qualcomm Files 8K - Entry Into Definitive Agreement >QCOM | Dow Jones Institutional News |
| 11/29/2016 | 5:53 PM | 11/30/2016 | Qualcomm's (QCOM) Management Presents at 20th Annual Credit Suisse Technology, Media, and Telecom Conference (Transcript) >QCOM | Dow Jones Institutional News |
| 11/30/2016 | 7:30 AM | 11/30/2016 | *Qualcomm Announces Intent to Support New Amazon Web Services Greengrass Platform | Dow Jones Institutional News |
| 11/30/2016 | 12:31 PM | 11/30/2016 | AttackIQ Secures $8.8 Million to Help Organizations Validate Security Defenses | GlobeNewswire |
| 12/7/2016 | 7:30 AM | 12/7/2016 | *Qualcomm Unveils Chip to Attack Intel Server Stronghold | Dow Jones Institutional News |
| 12/7/2016 | 7:30 AM | 12/7/2016 | Press Release: Qualcomm Begins Commercial Sampling of World's First 10nm Server Processor and Reshapes the Future of Datacenter Computing | Dow Jones Institutional News |
| 12/7/2016 | 7:30 AM | 12/7/2016 | Qualcomm Unveils Chip to Attack Intel Server Stronghold | Dow Jones Newswires Chinese (English) |
| 12/7/2016 | 7:44 AM | 12/7/2016 | Qualcomm Unveils Chip to Attack Intel Server Stronghold | Dow Jones Institutional News |
| 12/7/2016 | 7:50 AM | 12/7/2016 | Qualcomm Unveils Chip to Attack Intel Server Stronghold | Dow Jones Institutional News |
| 12/7/2016 | 8:05 AM | 12/7/2016 | Qualcomm Unveils Chip to Attack Intel Server Stronghold | Dow Jones Institutional News |
| 12/7/2016 | 8:15 AM | 12/7/2016 | Qualcomm Unveils Chip to Attack Intel Server Stronghold | Dow Jones Newswires Chinese (English) |
| 12/7/2016 | 5:56 PM | 12/8/2016 | Qualcomm's (QCOM) Management Presents at Barclays Global Technology Conference (Transcript) >QCOM | Dow Jones Institutional News |
| 12/7/2016 | 10:00 PM | 12/8/2016 | Microsoft and Qualcomm Team Up on Tablets | Dow Jones Institutional News |
| 12/7/2016 | 10:14 PM | 12/8/2016 | Microsoft and Qualcomm Team Up on Tablets | Dow Jones Institutional News |
| 12/8/2016 | 12:20 AM | 12/8/2016 | Microsoft and Qualcomm Team Up on Tablets | Dow Jones Newswires Chinese (English) |
| 12/8/2016 | 2:32 AM | 12/8/2016 | Qualcomm Takes Aim At Intel -- WSJ | Dow Jones Institutional News |
| 12/8/2016 | 2:47 AM | 12/8/2016 | Qualcomm Takes Aim At Intel -- WSJ | Dow Jones Institutional News |
| 12/8/2016 | 3:00 AM | 12/8/2016 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 12/8/2016 | 3:15 AM | 12/8/2016 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 12/8/2016 | 3:30 AM | 12/8/2016 | Microsoft and Qualcomm Team Up on Tablets | Dow Jones Institutional News |
| 12/8/2016 | 3:45 AM | 12/8/2016 | Microsoft and Qualcomm Team Up on Tablets | Dow Jones Institutional News |
| 12/8/2016 | 5:40 AM | 12/8/2016 | Press Release: Qualcomm Collaborates with Microsoft to Support Windows 10 Computing Devices on Next Generation Qualcomm Snapdragon Processors | Dow Jones Institutional News |
| 12/8/2016 | 5:41 AM | 12/8/2016 | Press Release: Microsoft empowers new development opportunities in mixed reality, gaming and cellular PCs | Dow Jones Institutional News |
| 12/8/2016 | 8:41 AM | 12/8/2016 | The Morning Download: Microsoft Chip Pact with Qualcomm Expands Efforts in Mobile | Dow Jones Institutional News |
| 12/8/2016 | 4:12 PM | 12/9/2016 | ID Systems Files 8K - Changes Exec Mgmt >IDSY | Dow Jones Institutional News |
| 12/13/2016 | 12:30 PM | 12/13/2016 | Press Release: Qualcomm Intends to Collaborate with Google on Android Things OS to Facilitate Rapid, Scalable, Security-Focused IoT Development | Dow Jones Institutional News |
| 12/13/2016 | 12:35 PM | 12/13/2016 | Qualcomm to Collaborate With Google on Android Things OS to Facilitate Rapid, Scalable, Security-Focused IoT Development | Dow Jones Newswires Chinese (English) |
| 12/13/2016 | 12:35 PM | 12/13/2016 | Qualcomm: Android Things Is in Developer Preview >QCOM | Dow Jones Newswires Chinese (English) |
| 12/13/2016 | 12:37 PM | 12/13/2016 | Qualcomm: Android Things Anticipated to Be Released More Broadly Next Yr on Snapdragon Processors >QCOM | Dow Jones Newswires Chinese (English) |
| 12/14/2016 | 7:21 AM | 12/14/2016 | Qualcomm Cut to Neutral From Overweight by JP Morgan | Dow Jones Institutional News |
| 12/14/2016 | 7:22 AM | 12/14/2016 | Qualcomm Cut to Neutral From Overweight by JP Morgan | Dow Jones Newswires Chinese (English) |
| 12/14/2016 | 7:23 AM | 12/14/2016 | Qualcomm Price Target Announced at $70.00/Share by JP Morgan | Dow Jones Newswires Chinese (English) |
| 12/19/2016 | 7:00 PM | 12/20/2016 | Press Release: Qualcomm, Ericsson and SK Telecom announce collaboration on 5G NR trials to accelerate wide-scale 5G deployments | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 12/21/2016 | 6:41 AM | 12/21/2016 | Qualcomm Initiated at Positive by Susquehanna | Dow Jones Institutional News |
| 12/21/2016 | 6:43 AM | 12/21/2016 | Qualcomm Initiated at Positive by Susquehanna | Dow Jones Newswires Chinese (English) |
| 12/21/2016 | 7:17 AM | 12/21/2016 | Qualcomm Initiated at Neutral by Citigroup Initiated at Neutral by | Dow Jones Institutional News |
| 12/21/2016 | 7:18 AM | 12/21/2016 | Qualcomm Initiated at Neutral by Citigroup Initiated at Neutral by | Dow Jones Newswires Chinese (English) |
| 12/26/2016 | 9:00 PM | 12/27/2016 | Press Release: Qualcomm Signs 3G/4G China Patent License Agreement with Gionee | Dow Jones Institutional News |
| 12/26/2016 | 9:01 PM | 12/27/2016 | Qualcomm Signs 3G/4G China Patent License Agreement With Gionee | Dow Jones Newswires Chinese (English) |
| 12/27/2016 | 12:05 AM | 12/27/2016 | Press Release: Qualcomm Signs 3G/4G China Patent License Agreement with Gionee | Dow Jones Newswires Chinese (English) |
| 12/27/2016 | 10:00 PM | 12/28/2016 | *Qualcomm Fined $852.9 Million in South Korea for Alleged Antitrust Violations | Dow Jones Institutional News |
| 12/27/2016 | 10:01 PM | 12/28/2016 | Qualcomm Fined $852.9 Million in South Korea for Alleged Antitrust Violations | Dow Jones Newswires Chinese (English) |
| 12/27/2016 | 10:03 PM | 12/28/2016 | Qualcomm Says It Will Fight Korean Antitrust Regulator's Decision | Dow Jones Newswires Chinese (English) |
| 12/27/2016 | 10:23 PM | 12/28/2016 | *Qualcomm Responds to Announcement by Korea Fair Trade Commission | Dow Jones Institutional News |
| 12/27/2016 | 10:24 PM | 12/28/2016 | Qualcomm Responds to Announcement by Korea Fair Trade Commission | Dow Jones Newswires Chinese (English) |
| 12/27/2016 | 10:26 PM | 12/28/2016 | Qualcomm: Decision Not Effective Until Final Written Decision Is Issued | Dow Jones Newswires Chinese (English) |
| 12/27/2016 | 10:27 PM | 12/28/2016 | Qualcomm Fined $852.9 Million in South Korea for Alleged Antitrust Violations | Dow Jones Institutional News |
| 12/27/2016 | 10:30 PM | 12/28/2016 | Qualcomm to Defend Itself and Seek Immediate Stay When Final Decision Is Issued | Dow Jones Newswires Chinese (English) |
| 12/27/2016 | 10:40 PM | 12/28/2016 | South Korea to Fine Qualcomm, Alleging Antitrust Violations | Dow Jones Institutional News |
| 12/27/2016 | 10:42 PM | 12/28/2016 | Qualcomm Fined $852.9 Million in South Korea for Alleged Antitrust Violations | Dow Jones Institutional News |
| 12/27/2016 | 10:55 PM | 12/28/2016 | South Korea to Fine Qualcomm, Alleging Antitrust Violations | Dow Jones Institutional News |
| 12/27/2016 | 11:00 PM | 12/28/2016 | Qualcomm Fined $852.9 Million in South Korea for Alleged Antitrust Violations | Dow Jones Newswires Chinese (English) |
| 12/27/2016 | 11:15 PM | 12/28/2016 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 12/27/2016 | 11:20 PM | 12/28/2016 | South Korea Fines Qualcomm For Alleged Antitrust Violations -- Barron's Blog | Dow Jones Institutional News |
| 12/27/2016 | 11:32 PM | 12/28/2016 | South Korea Fines Qualcomm for Alleged Antitrust Violations -- Update | Dow Jones Institutional News |
| 12/27/2016 | 11:47 PM | 12/28/2016 | South Korea Fines Qualcomm for Alleged Antitrust Violations -- Update | Dow Jones Institutional News |
| 12/28/2016 | 1:06 AM | 12/28/2016 | South Korea Fines Qualcomm for Alleged Antitrust Violations -- Update | Dow Jones Newswires Chinese (English) |
| 12/28/2016 | 2:32 AM | 12/28/2016 | Qualcomm Is Fined In South Korea -- WSJ | Dow Jones Institutional News |
| 12/28/2016 | 2:47 AM | 12/28/2016 | Qualcomm Is Fined In South Korea -- WSJ | Dow Jones Institutional News |
| 12/28/2016 | 4:17 AM | 12/28/2016 | South Korea to Fine Qualcomm, Alleging Antitrust Violations -- 2nd Update | Dow Jones Institutional News |
| 12/28/2016 | 4:32 AM | 12/28/2016 | South Korea to Fine Qualcomm, Alleging Antitrust Violations -- 2nd Update | Dow Jones Institutional News |
| 12/28/2016 | 4:32 AM | 12/28/2016 | South Korea to Fine Qualcomm, Alleging Antitrust Violations -- 3rd Update | Dow Jones Institutional News |
| 12/28/2016 | 4:47 AM | 12/28/2016 | South Korea to Fine Qualcomm, Alleging Antitrust Violations -- 3rd Update | Dow Jones Institutional News |
| 12/28/2016 | 6:04 AM | 12/28/2016 | Qualcomm Responds to Announcement by Korea Fair Trade Commission | Dow Jones Newswires Chinese (English) |
| 12/28/2016 | 6:07 AM | 12/28/2016 | Qualcomm: Korea Fair Trade Commission Decision 'Unprecedented and Insupportable' >QCOM | Dow Jones Newswires Chinese (English) |
| 12/28/2016 | 6:12 AM | 12/28/2016 | Upon Receipt of KFTC Order, Qualcomm Will File for Immediate Stay of Corrective Order, Appeal KFTC's Decision >QCOM | Dow Jones Newswires Chinese (English) |
| 12/28/2016 | 9:00 AM | 12/28/2016 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 12/28/2016 | 9:15 AM | 12/28/2016 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 12/28/2016 | 1:05 PM | 12/28/2016 | Qualcomm: The Company Governments Love to Hate -- Heard on the Street | Dow Jones Institutional News |
| 12/28/2016 | 8:55 PM | 12/29/2016 | Qualcomm: The Company Governments Love to Hate -- Heard on the Street | Dow Jones Newswires Chinese (English) |
| 12/29/2016 | 2:33 AM | 12/29/2016 | Heard on the Street: A Chip Maker Governments Love to Hate -- WSJ | Dow Jones Institutional News |
| 12/30/2016 | 12:30 AM | 12/30/2016 | Press Release: Qualcomm and Meizu Sign 3G/4G Global Patent License Agreement | Dow Jones Institutional News |
| 12/30/2016 | 1:28 AM | 12/30/2016 | Qualcomm and China's Meizu Sign 3G/4G Global Patent License Agreement | Dow Jones Newswires Chinese (English) |
| 12/30/2016 | 1:29 AM | 12/30/2016 | Qualcomm, Meizu Agreement Resolves All Patent Disputes Between Companies >QCOM | Dow Jones Newswires Chinese (English) |
| 12/30/2016 | 1:32 AM | 12/30/2016 | Qualcomm-Meizu Agreement Resolves All Patent Disputes Between Companies in China, Germ | Dow Jones Newswires Chinese (English) |
| 12/30/2016 | 1:33 AM | 12/30/2016 | Qualcomm and China's Meizu Sign 3G/4G Global Patent License Agreement | Dow Jones Newswires Chinese (English) |
| 12/30/2016 | 1:33 AM | 12/30/2016 | Qualcomm, Meizu Agreement Resolves All Patent Disputes Between Companies >QCOM | Dow Jones Newswires Chinese (English) |
| 12/30/2016 | 2:55 AM | 12/30/2016 | Press Release: Qualcomm and Meizu Sign 3G/4G Global Patent License Agreement | Dow Jones Newswires Chinese (English) |
| 12/30/2016 | 3:00 AM | 12/30/2016 | Qualcomm, Chinese Smartphone Maker Meizu Settle Patent Dispute | Dow Jones Institutional News |
| 12/30/2016 | 3:15 AM | 12/30/2016 | Qualcomm, Chinese Smartphone Maker Meizu Settle Patent Dispute | Dow Jones Institutional News |
| 12/30/2016 | 3:20 AM | 12/30/2016 | Qualcomm Settles Patent Dispute With Chinaâ€™s Meizu | Dow Jones Institutional News |
| 12/30/2016 | 3:35 AM | 12/30/2016 | Qualcomm Settles Patent Dispute With Chinaâ€™s Meizu | Dow Jones Institutional News |
| 12/30/2016 | 4:17 AM | 12/30/2016 | Qualcomm, Chinese Smartphone Maker Meizu Settle Patent Dispute | Dow Jones Newswires Chinese (English) |
| 12/30/2016 | 5:00 AM | 12/30/2016 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 12/30/2016 | 5:15 AM | 12/30/2016 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 12/30/2016 | 7:00 AM | 12/30/2016 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 12/30/2016 | 7:15 AM | 12/30/2016 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 12/30/2016 | 4:59 PM | 1/3/2017 | Press Release: Intrinsyc Technologies Introduces Next Generation System on Module based on Qualcomm Snapdragon 820 Processor | Dow Jones Institutional News |
| 12/31/2016 | 2:33 AM | 1/3/2017 | Qualcomm Adds China Patent Pact -- WSJ | Dow Jones Institutional News |
| 12/31/2016 | 2:48 AM | 1/3/2017 | Qualcomm Adds China Patent Pact -- WSJ | Dow Jones Institutional News |
| 1/3/2017 | 9:58 AM | 1/3/2017 | *Qualcomm to Invest in SoftBank's Giant New Technology Fund -- Sources | Dow Jones Institutional News |
| 1/3/2017 | 9:59 AM | 1/3/2017 | Qualcomm to Invest in SoftBank's Giant New Technology Fund -- Sources | Dow Jones Newswires Chinese (English) |
| 1/3/2017 | 10:00 AM | 1/3/2017 | Qualcomm Joins Apple in Backing $100-Billion SoftBank Investment Fund -- Sources | Dow Jones Newswires Chinese (English) |
| 1/3/2017 | 10:10 AM | 1/3/2017 | Qualcomm to Invest in SoftBankâ€™s Technology Fund | Dow Jones Institutional News |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 1/3/2017 | 10:25 AM | 1/3/2017 | Qualcomm to Invest in SoftBankâ€™s Technology Fund | Dow Jones Institutional News |
| 1/3/2017 | 10:31 AM | 1/3/2017 | Qualcomm to Invest in SoftBank's New Technology Fund | Dow Jones Newswires Chinese (English) |
| 1/3/2017 | 11:00 AM | 1/3/2017 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 1/3/2017 | 11:00 AM | 1/3/2017 | News Highlights: Top Financial Services News of the Day | Dow Jones Institutional News |
| 1/3/2017 | 11:15 AM | 1/3/2017 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 1/3/2017 | 11:15 AM | 1/3/2017 | News Highlights: Top Financial Services News of the Day | Dow Jones Institutional News |
| 1/3/2017 | 12:33 PM | 1/3/2017 | Apple, Qualcomm Plan to Invest in SoftBank Fund -- Market Talk | Dow Jones Institutional News |
| 1/3/2017 | 12:33 PM | 1/3/2017 | Apple, Qualcomm Plan to Invest in SoftBank Fund -- Market Talk | Dow Jones Institutional News |
| 1/3/2017 | 5:00 PM | 1/4/2017 | *Qualcomm Cutting-Edge Automotive Solutions Power Next Generation Infotainment for Volkswagen Vehicles | Dow Jones Institutional News |
| 1/3/2017 | 5:00 PM | 1/4/2017 | Press Release: Qualcomm, Ericsson and AT&T announce collaboration on 5G New Radio trials intended to accelerate wide-scale 5G deployments | Dow Jones Institutional News |
| 1/3/2017 | 5:00 PM | 1/4/2017 | Qualcomm Looks Beyond Smartphones With New Chip | Dow Jones Institutional News |
| 1/3/2017 | 5:04 PM | 1/4/2017 | Press Release: Consortium of Leading Automotive and Telecom Companies Host 3GPP Release 14 Cellular-V2X Technology Field Trial in Germany | Dow Jones Institutional News |
| 1/3/2017 | 5:04 PM | 1/4/2017 | Press Release: Qualcomm and ODG Announce the First Augmented Reality Smartglasses Powered by the New Snapdragon 835 Processor | Dow Jones Institutional News |
| 1/3/2017 | 5:04 PM | 1/4/2017 | Press Release: Qualcomm Announces Gigabit Class LTE for Next Generation Connected Vehicles | Dow Jones Institutional News |
| 1/3/2017 | 5:04 PM | 1/4/2017 | Press Release: Qualcomm Brings Active Noise Cancelling Technology into Ultra-Small Earbuds and Headphones | Dow Jones Institutional News |
| 1/3/2017 | 5:04 PM | 1/4/2017 | Press Release: Qualcomm Snapdragon 835 Mobile Platform to Power Next-Generation Immersive Experiences | Dow Jones Institutional News |
| 1/3/2017 | 5:04 PM | 1/4/2017 | Press Release: Qualcomm Technologies Announces Enhancements to the Qualcomm Network with New IoT Connectivity Platform and Expanded Wi-Fi SON Features | Dow Jones Institutional News |
| 1/3/2017 | 5:04 PM | 1/4/2017 | Press Release: Qualcomm TrueWireless Stereo Technology Drives Innovation in Bluetooth Stereo Headset and Hearables Categories | Dow Jones Institutional News |
| 1/3/2017 | 5:04 PM | 1/4/2017 | Press Release: Verizon and Qualcomm Unveil Next Chapter of Growth for the Internet of Things | Dow Jones Institutional News |
| 1/3/2017 | 5:06 PM | 1/4/2017 | Qualcomm, Ericsson and AT&T Announce Collaboration on 5G New Radio Trials Intended to Accelerate Wide-Scale 5G Deployments | Dow Jones Newswires Chinese (English) |
| 1/3/2017 | 5:07 PM | 1/4/2017 | Qualcomm Cutting-Edge Automotive Solutions Power Next Generation Infotainment for Volkswagen Vehicles | Dow Jones Newswires Chinese (English) |
| 1/3/2017 | 5:14 PM | 1/4/2017 | Qualcomm Looks Beyond Smartphones With New Chip | Dow Jones Institutional News |
| 1/3/2017 | 6:21 PM | 1/4/2017 | Qualcomm Looks Beyond Smartphones With New Chip -- Update | Dow Jones Institutional News |
| 1/3/2017 | 6:36 PM | 1/4/2017 | Qualcomm Looks Beyond Smartphones With New Chip -- Update | Dow Jones Institutional News |
| 1/3/2017 | 7:04 PM | 1/4/2017 | Telecoms Rally -- Telecoms Roundup | Dow Jones Institutional News |
| 1/3/2017 | 8:00 PM | 1/4/2017 | Alarm.com to Develop Drone Applications for Smart Home and Business Security | GlobeNewswire |
| 1/3/2017 | 8:00 PM | 1/4/2017 | Press Release: Alarm.com to Develop Drone Applications for Smart Home and Business Security | Dow Jones Institutional News |
| 1/3/2017 | 8:26 PM | 1/4/2017 | Qualcomm Looks Beyond Smartphones With New Chip | Dow Jones Newswires Chinese (English) |
| 1/3/2017 | 8:38 PM | 1/4/2017 | Qualcomm Joins Apple To Invest In SoftBank's $100 Billion Tech Fund: WSJ -- Barron's Blog | Dow Jones Institutional News |
| 1/3/2017 | 8:40 PM | 1/4/2017 | Qualcomm Looks Beyond Smartphones With New Chip | Dow Jones Institutional News |
| 1/3/2017 | 8:55 PM | 1/4/2017 | Qualcomm Looks Beyond Smartphones With New Chip | Dow Jones Institutional News |
| 1/3/2017 | 9:00 PM | 1/4/2017 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 1/3/2017 | 9:15 PM | 1/4/2017 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 1/4/2017 | 2:32 AM | 1/4/2017 | Qualcomm Adds Chip For Connected Devices -- WSJ | Dow Jones Institutional News |
| 1/4/2017 | 2:32 AM | 1/4/2017 | SoftBank's Fund Hits Its $100 Billion Goal -- WSJ | Dow Jones Institutional News |
| 1/4/2017 | 9:23 AM | 1/4/2017 | Press Release: Mattel's nabi(R) Brand Introduces First-Ever Connected Kids Room Platform In Tandem With Microsoft And Qualcomm - Aristotle(TM) | Dow Jones Institutional News |
| 1/4/2017 | 1:10 PM | 1/4/2017 | Apple Confirms Its $1 Billion Investment in SoftBank Fund | Dow Jones Institutional News |
| 1/4/2017 | 1:21 PM | 1/4/2017 | Apple Confirms $1 Billion Investment in SoftBank Vision Fund | Dow Jones Newswires Chinese (English) |
| 1/4/2017 | 1:25 PM | 1/4/2017 | Apple Confirms Its $1 Billion Investment in SoftBank Fund | Dow Jones Institutional News |
| 1/4/2017 | 5:20 PM | 1/5/2017 | Apple Confirms $1 Billion Investment in SoftBank Fund -- 2nd Update | Dow Jones Institutional News |
| 1/4/2017 | 6:27 PM | 1/5/2017 | Intel Announces 5G Modem Chip | Dow Jones Institutional News |
| 1/4/2017 | 6:40 PM | 1/5/2017 | Intel Announces 5G Modem Chip | Dow Jones Institutional News |
| 1/4/2017 | 6:42 PM | 1/5/2017 | Intel Announces 5G Modem Chip | Dow Jones Institutional News |
| 1/4/2017 | 6:55 PM | 1/5/2017 | Intel Announces 5G Modem Chip | Dow Jones Institutional News |
| 1/4/2017 | 7:37 PM | 1/5/2017 | Intel Announces 5G Modem Chip | Dow Jones Newswires Chinese (English) |
| 1/4/2017 | 9:02 PM | 1/5/2017 | Apple Confirms $1 Billion Investment in SoftBank Fund -- 2nd Update | Dow Jones Newswires Chinese (English) |
| 1/5/2017 | 12:14 AM | 1/5/2017 | Apple Confirms $1 Billion Investment in SoftBank Fund -- 3rd Update | Dow Jones Institutional News |
| 1/5/2017 | 11:52 AM | 1/5/2017 | Meeami Technologies, together with Qualcomm Technologies and XMOS, Enable Enhanced Voice Recognition for Amazon Alexa Voice Services (AVS... | GlobeNewswire |
| 1/6/2017 | 9:00 AM | 1/6/2017 | Press Release: Telit to roll out LTE Category M1 module in the U.S. with Verizon and Qualcomm | Dow Jones Institutional News |
| 1/10/2017 | 9:30 AM | 1/10/2017 | Press Release: Qualcomm Schedules First Quarter Fiscal 2017 Earnings Release and Conference Call | Dow Jones Institutional News |
| 1/10/2017 | 11:00 PM | 1/11/2017 | Press Release: Qualcomm Appoints Larry Paulson as Vice President and President of Qualcomm India | Dow Jones Institutional News |
| 1/11/2017 | 10:45 PM | 1/12/2017 | The Next Big Thing in Smartphones? The Software | Dow Jones Newswires Chinese (English) |
| 1/12/2017 | 9:00 AM | 1/12/2017 | Press Release: Qualcomm Announces Quarterly Cash Dividend | Dow Jones Institutional News |
| 1/12/2017 | 11:10 AM | 1/12/2017 | Press Release: Macronix Memory Incorporated in New Qualcomm Technologies' LTE IoT Chipset Reference Design | Dow Jones Institutional News |
| 1/17/2017 | 5:41 AM | 1/17/2017 | Press Release: Landmark Study on Impact of 5G Mobile Technology Released | Dow Jones Institutional News |
| 1/17/2017 | 5:41 AM | 1/17/2017 | Press Release: Qualcomm announces expansion of its Design in India Program | Dow Jones Institutional News |
| 1/17/2017 | 4:03 PM | 1/18/2017 | *Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm | Dow Jones Institutional News |
| 1/17/2017 | 4:03 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm Files Antitrust Lawsuit Against | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Company Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 1/17/2017 | 4:04 PM | 1/18/2017 | FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 4:04 PM | 1/18/2017 | FTC Seeks Court Order Barring Qualcomm Tactics | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 5:00 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm | Dow Jones Institutional News |
| 1/17/2017 | 5:02 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 5:03 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm | Dow Jones Institutional News |
| 1/17/2017 | 5:50 PM | 1/18/2017 | *Qualcomm Responds to Complaint From U.S. FTC | Dow Jones Institutional News |
| 1/17/2017 | 5:51 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update | Dow Jones Institutional News |
| 1/17/2017 | 5:53 PM | 1/18/2017 | Qualcomm Responds to Complaint From U.S. FTC | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 5:55 PM | 1/18/2017 | Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 5:56 PM | 1/18/2017 | Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 5:57 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update | Dow Jones Institutional News |
| 1/17/2017 | 5:59 PM | 1/18/2017 | Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 6:02 PM | 1/18/2017 | Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 6:04 PM | 1/18/2017 | Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration' | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 6:05 PM | 1/18/2017 | Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 6:06 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update | Dow Jones Institutional News |
| 1/17/2017 | 6:12 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update | Dow Jones Institutional News |
| 1/17/2017 | 7:11 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 3rd Update | Dow Jones Institutional News |
| 1/17/2017 | 7:26 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 3rd Update | Dow Jones Institutional News |
| 1/18/2017 | 2:33 AM | 1/18/2017 | FTC Files Lawsuit Against Qualcomm -- WSJ | Dow Jones Institutional News |
| 1/18/2017 | 2:48 AM | 1/18/2017 | FTC Files Lawsuit Against Qualcomm -- WSJ | Dow Jones Institutional News |
| 1/18/2017 | 2:35 PM | 1/18/2017 | Qualcomm Awaits a New Kind of Trump Bump | Dow Jones Institutional News |
| 1/19/2017 | 4:26 AM | 1/19/2017 | DJ QUALCOMM Incorporated, Inst Holders, 4Q 2016 (QCOM) | Dow Jones Institutional News |
| 1/19/2017 | 10:07 AM | 1/19/2017 | FTC's Qualcomm Suit Exposes Tensions in Smartphone Industry | Dow Jones Institutional News |
| 1/19/2017 | 10:10 AM | 1/19/2017 | FTCâ€™s Qualcomm Suit Exposes Tensions in Smartphone Industry | Dow Jones Institutional News |
| 1/19/2017 | 10:22 AM | 1/19/2017 | FTC's Qualcomm Suit Exposes Tensions in Smartphone Industry | Dow Jones Institutional News |
| 1/19/2017 | 11:10 AM | 1/19/2017 | How to Place Your Chips on Electric Cars -- Heard on the Street | Dow Jones Institutional News |
| 1/19/2017 | 4:59 PM | 1/20/2017 | *Qualcomm CEO Mollenkopf 2016 Total Compensation $11.1 Million | Dow Jones Institutional News |

**Notes and Sources:**
[1] On days when news came out after 4:00PM or when there was news on a non-trading day, the next trading day was considered the effective date.

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 2/1/2012 | 9:28 AM | 2/1/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 324654 | Dow Jones News Service |
| 2/1/2012 | 4:00 PM | 2/2/2012 | Qualcomm 1Q Rev $4.68B | Dow Jones News Service |
| 2/1/2012 | 4:27 PM | 2/2/2012 | WSJ: Qualcomm CEO: 'We Are Growing Faster Than Overall Market' | Dow Jones News Service |
| 2/1/2012 | 4:28 PM | 2/2/2012 | WSJ: Qualcomm CEO: 400 Devices Being Built With Snapdragon Chip | Dow Jones News Service |
| 2/1/2012 | 4:29 PM | 2/2/2012 | WSJ: Qualcomm CEO Says Its Market Share Is Increasing | Dow Jones News Service |
| 2/1/2012 | 4:31 PM | 2/2/2012 | Qualcomm 1Q Profit Up 20%; Full-Year Views Lifted | Dow Jones News Service |
| 2/1/2012 | 4:41 PM | 2/2/2012 | DJ US HOT STOCKS: Qualcomm , Chipotle Active In Late Trading | Dow Jones Institutional News |
| 2/1/2012 | 4:41 PM | 2/2/2012 | US HOT STOCKS: Qualcomm , Chipotle Active In Late Trading | Dow Jones News Service |
| 2/1/2012 | 4:46 PM | 2/2/2012 | Qualcomm 1Q Profit Up 20%; Full-Year Views Lifted | Dow Jones Business News |
| 2/1/2012 | 4:47 PM | 2/2/2012 | DJ US HOT STOCKS: QCOM | Dow Jones Chinese Financial Wire |
| 2/1/2012 | 4:51 PM | 2/2/2012 | UPDATE: Qualcomm 1Q Profit Up 20%; Full-Year Views Lifted | Dow Jones News Service |
| 2/1/2012 | 5:06 PM | 2/2/2012 | UPDATE: Qualcomm 1Q Profit Up 20%; Full-Year Views Lifted | Dow Jones Business News |
| 2/1/2012 | 5:49 PM | 2/2/2012 | WSJ: Qualcomm Discloses Probe Into Compliance With Foreign Corrupt Practices Act | Dow Jones News Service |
| 2/1/2012 | 5:57 PM | 2/2/2012 | WSJ UPDATE: Qualcomm Posts Upbeat Quarter, Discloses DOJ Probe | Dow Jones News Service |
| 2/1/2012 | 6:13 PM | 2/2/2012 | DJ Qualcomm 1Q Profit Up 20%; Full-Year Views Lifted | Dow Jones Chinese Financial Wire |
| 2/1/2012 | 6:42 PM | 2/2/2012 | 2nd UPDATE: Qualcomm Reports Record 1Q Results; Lifts Views | Dow Jones News Service |
| 2/1/2012 | 6:57 PM | 2/2/2012 | 2nd UPDATE: Qualcomm Reports Record 1Q Results; Lifts Views | Dow Jones Business News |
| 2/1/2012 | 9:00 PM | 2/2/2012 | Qualcomm Recommends Rejection Of Below-Market Mini-Tender Offer By TRC Cap Corp | Dow Jones News Service |
| 2/2/2012 | 9:28 AM | 2/2/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 586195 | Dow Jones News Service |
| 2/2/2012 | 12:01 PM | 2/2/2012 | Tech Stocks: Qualcomm, EA, Zynga lead tech gains | Dow Jones Commentary |
| 2/2/2012 | 5:01 PM | 2/3/2012 | Tech Stocks: Zynga, Qualcomm, EA, lead tech gains | Dow Jones Commentary |
| 2/3/2012 | 9:28 AM | 2/3/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 370512 | Dow Jones News Service |
| 2/10/2012 | 3:34 PM | 2/10/2012 | Apple Sues Motorola Mobility Over Qualcomm Patent License -Reuters | Dow Jones International News |
| 2/10/2012 | 3:58 PM | 2/10/2012 | Apple Sues Motorola In California | Dow Jones News Service |
| 2/12/2012 | 8:00 PM | 2/13/2012 | DJ Apple Sues Motorola Over Licensing Wireless Patents | Dow Jones Chinese Financial Wire |
| 2/13/2012 | 6:48 AM | 2/13/2012 | DJ Indian Tribunal Gives Qualcomm Time To Settle JV's License Fee Dispute | Dow Jones Institutional News |
| 2/13/2012 | 6:48 AM | 2/13/2012 | Indian Tribunal Gives Qualcomm Time To Settle JV's License Fee Dispute | Dow Jones Global Equities News |
| 2/13/2012 | 7:03 AM | 2/13/2012 | Indian Tribunal Gives Qualcomm Time To Settle JV's License Fee Dispute | Dow Jones Global News Select |
| 2/13/2012 | 7:03 AM | 2/13/2012 | Indian Tribunal Gives Qualcomm Time To Settle JV's License Fee Dispute | Dow Jones Institutional News |
| 2/15/2012 | 8:00 AM | 2/15/2012 | ParkerVision Announces Markman Hearing In Patent Infringement Lawsuit Against Qualcomm | Dow Jones News Service |
| 2/16/2012 | 9:46 PM | 2/17/2012 | Qualcomm President: Continuing With Technology M&As | Dow Jones International News |
| 2/16/2012 | 10:16 PM | 2/17/2012 | Qualcomm President: Continuing With Technology M&As | Dow Jones Business News |
| 2/16/2012 | 11:01 PM | 2/17/2012 | DJ Qualcomm President: Continuing With Technology M&As | Dow Jones Chinese Financial Wire |
| 2/17/2012 | 3:18 AM | 2/17/2012 | INTERVIEW: Qualcomm President: Continuing With Technology M&As | Dow Jones Global Equities News |
| 2/17/2012 | 9:28 AM | 2/17/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 176255 | Dow Jones News Service |
| 2/20/2012 | 4:22 AM | 2/21/2012 | ZTE: ZTE To Buy At Least US$5B Worth Of Chipsets From Qualcomm, Broadcom | Dow Jones International News |
| 2/20/2012 | 4:54 AM | 2/21/2012 | ZTE To Buy At Least US$5 Billion Worth Of Chipsets From Qualcomm, Broadcom | Dow Jones Business News |
| 2/20/2012 | 5:21 AM | 2/21/2012 | DJ ZTE To Buy At Least US$5B Worth Of Chipsets From Qualcomm, Broadcom | Dow Jones Chinese Financial Wire |
| 2/21/2012 | 7:30 AM | 2/21/2012 | Qualcomm Announces Fifth Generation Embedded Data Connectivity Reference Platform | Dow Jones News Service |
| 2/21/2012 | 7:30 AM | 2/21/2012 | Qualcomm Life Announces Formation Of Advisory Council, New Customer Collaborations And Investment In AirStrip Technologies | Dow Jones News Service |
| 2/21/2012 | 9:28 AM | 2/21/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 61099 | Dow Jones News Service |
| 2/22/2012 | 11:38 AM | 2/22/2012 | Qualcomm: Happy Hunting | Dow Jones Top News & Commentary |
| 2/23/2012 | 7:30 AM | 2/23/2012 | Qualcomm Life And Orange Business Services Announce Collaboration To Accelerate Growth Of Wireless Health Services In Europe | Dow Jones News Service |
| 2/24/2012 | 1:55 AM | 2/24/2012 | India Tribunal Directs Telecom Department To Issue Internet License To Qualcomm | Dow Jones International News |
| 2/24/2012 | 2:34 AM | 2/24/2012 | India Tribunal Asks Telecom Department To Issue Internet License To Qualcomm | Dow Jones Business News |
| 2/24/2012 | 5:27 AM | 2/24/2012 | DJ UPDATE: Qualcomm Set To Get Internet License In India | Dow Jones Institutional News |
| 2/24/2012 | 5:27 AM | 2/24/2012 | UPDATE: Qualcomm Set To Get Internet License In India | Dow Jones Global Equities News |
| 2/24/2012 | 5:42 AM | 2/24/2012 | UPDATE: Qualcomm Set To Get Internet License In India | Dow Jones Global News Select |
| 2/24/2012 | 5:42 AM | 2/24/2012 | UPDATE: Qualcomm Set To Get Internet License In India | Dow Jones Institutional News |
| 2/24/2012 | 9:28 AM | 2/24/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 91888 | Dow Jones News Service |
| 2/27/2012 | 9:28 AM | 2/27/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 57600 | Dow Jones News Service |
| 3/6/2012 | 7:30 AM | 3/6/2012 | *DJ Qualcomm Increases Quarterly Dividend By 16 Percent And Announces New $4.0 Billion Stock Repurchase Program >QCOM | Dow Jones Institutional News |
| 3/6/2012 | 7:30 AM | 3/6/2012 | Qualcomm Increases Quarterly Dividend By 16 Percent And Announces New $4.0 Billion Stock Repurchase Program | Dow Jones News Service |
| 3/6/2012 | 8:15 AM | 3/6/2012 | Qualcomm Approved For New $4B Buyback Program, 16% Dividend Increase | Dow Jones News Service |
| 3/6/2012 | 8:30 AM | 3/6/2012 | Qualcomm Approved For New $4 Billion Buyback Program, 16% Dividend Increase | Dow Jones Business News |
| 3/9/2012 | 9:28 AM | 3/9/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 57875 | Dow Jones News Service |
| 3/15/2012 | 1:25 PM | 3/15/2012 | New Apple IPad Contains Chips From Broadcom And Texas Instruments | Dow Jones News Service |
| 3/15/2012 | 10:41 PM | 3/16/2012 | WSJ BLOG/Digits: Breaking Down the iPad's Components | Dow Jones Chinese Financial Wire |
| 3/16/2012 | 9:28 AM | 3/16/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 136262 | Dow Jones News Service |
| 3/20/2012 | 9:28 AM | 3/20/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 79202 | Dow Jones News Service |
| 3/20/2012 | 3:17 PM | 3/20/2012 | Anritsu Enter Into Licensing Agreement With Qualcomm | Dow Jones News Service |
| 3/22/2012 | 3:52 PM | 3/22/2012 | Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 57702 | Dow Jones News Service |
| 3/26/2012 | 9:28 AM | 3/26/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 79494 | Dow Jones News Service |
| 3/27/2012 | 9:28 AM | 3/27/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 62149 | Dow Jones News Service |
| 3/28/2012 | 9:28 AM | 3/28/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 111434 | Dow Jones News Service |
| 4/3/2012 | 9:28 AM | 4/3/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 74274 | Dow Jones News Service |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 4/11/2012 | 5:33 AM | 4/11/2012 | *DJ Bharti Airtel Awaiting Clarity On 4G Bandwidth Auction To Decide On Acquisitions - Source | Dow Jones Institutional News |
| 4/11/2012 | 5:33 AM | 4/11/2012 | Bharti Airtel Awaiting Clarity On 4G Bandwidth Auction To Decide On Acquisitions - Source | Dow Jones Global Equities News |
| 4/16/2012 | 9:28 AM | 4/16/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 76574 | Dow Jones News Service |
| 4/17/2012 | 7:22 AM | 4/17/2012 | Qualcomm Started At Outperform By Raymond James | Dow Jones International News |
| 4/18/2012 | 3:21 PM | 4/18/2012 | After Hours: EBay shares up, Qualcomm declines after hours | Dow Jones Commentary |
| 4/18/2012 | 3:24 PM | 4/18/2012 | OPTIONS REPORT: Qualcomm Investors Wary After Intel Report | Dow Jones News Service |
| 4/18/2012 | 4:00 PM | 4/19/2012 | Qualcomm 2Q Rev $4.94B | Dow Jones News Service |
| 4/18/2012 | 4:21 PM | 4/19/2012 | Qualcomm 2Q Net Soars On Revenue Growth; Downbeat 3Q EPS View | Dow Jones News Service |
| 4/18/2012 | 4:32 PM | 4/19/2012 | Qualcomm CEO: Not Able To Meet Supply Demands Of All Customers | Dow Jones News Service |
| 4/18/2012 | 4:36 PM | 4/19/2012 | Qualcomm 2Q Net Soars On Revenue Growth; Downbeat 3Q EPS View | Dow Jones Business News |
| 4/18/2012 | 4:58 PM | 4/19/2012 | WSJ BLOG/MarketBeat: EBay, Yum, Qualcomm Report Mixed Earnings Results | Dow Jones News Service |
| 4/18/2012 | 5:25 PM | 4/19/2012 | DJ Qualcomm 2Q Net Soars On Revenue Growth; Downbeat 3Q EPS View | Dow Jones Chinese Financial Wire |
| 4/18/2012 | 5:40 PM | 4/19/2012 | WSJ BLOG/MarketBeat: EBay, Yum, Qualcomm Report Mixed Earnings Results | Dow Jones News Service |
| 4/18/2012 | 5:53 PM | 4/19/2012 | WSJ: Qualcomm Struggling To Meet Chip Demand | Dow Jones News Service |
| 4/18/2012 | 6:43 PM | 4/19/2012 | UPDATE: Qualcomm Says Supply Constraints Will Hurt Results | Dow Jones Business News |
| 4/19/2012 | 9:28 AM | 4/19/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 146646 | Dow Jones News Service |
| 4/19/2012 | 10:33 AM | 4/19/2012 | DJ US HOT STOCKS: EBay, Qualcomm , Morgan Stanley , Human Genome | Dow Jones Institutional News |
| 4/19/2012 | 10:33 AM | 4/19/2012 | US HOT STOCKS: EBay , Qualcomm , Morgan Stanley , Human Genome | Dow Jones News Service |
| 4/19/2012 | 10:43 AM | 4/19/2012 | DJ US HOT STOCKS: QCOM | Dow Jones Chinese Financial Wire |
| 4/19/2012 | 11:17 AM | 4/19/2012 | DJ MARKET TALK: Qualcomm Capacity Shortage Won't Bite Apple -BofA | Dow Jones Institutional News |
| 4/19/2012 | 11:17 AM | 4/19/2012 | MARKET TALK: Qualcomm Capacity Shortage Won't Bite Apple -BofA | Dow Jones News Service |
| 4/19/2012 | 11:22 AM | 4/19/2012 | Tech Stocks: EBay soars, but EMC, Qualcomm slip | Dow Jones Commentary |
| 4/19/2012 | 1:10 PM | 4/19/2012 | DJ MARKET TALK: High Apple Demand To Blame For Qualcomm 's Issues? | Dow Jones Institutional News |
| 4/19/2012 | 1:10 PM | 4/19/2012 | MARKET TALK: High Apple Demand To Blame For Qualcomm 's Issues? | Dow Jones News Service |
| 4/19/2012 | 1:14 PM | 4/19/2012 | DJ US HOT STOCKS: eBay , Qualcomm , Human Genome Sciences , Cypress Semi | Dow Jones Institutional News |
| 4/19/2012 | 1:14 PM | 4/19/2012 | US HOT STOCKS: eBay , Qualcomm , Human Genome Sciences , Cypress Semi | Dow Jones News Service |
| 4/20/2012 | 9:28 AM | 4/20/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 96702 | Dow Jones News Service |
| 4/23/2012 | 2:59 AM | 4/23/2012 | Imagination Technologies Group Licenses Ensigma UCC IP To Qualcomm | Dow Jones International News |
| 4/23/2012 | 3:14 AM | 4/23/2012 | Imagination Technologies Group Licenses Ensigma UCC IP To Qualcomm | Dow Jones Business News |
| 4/23/2012 | 3:17 AM | 4/23/2012 | UK MARKET TALK ROUNDUP: BROKERS COMMENTS | Dow Jones International News |
| 4/23/2012 | 7:29 AM | 4/23/2012 | PRICE TARGET CHANGES: FRIEDMAN, BILLINGS & RAMSEY | Dow Jones News Service |
| 4/23/2012 | 8:34 PM | 4/24/2012 | DJ MARKET TALK: China Mobile May Stabilize; JPM Keeps Neutral Call | Dow Jones Chinese Financial Wire |
| 4/24/2012 | 9:28 AM | 4/24/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 94971 | Dow Jones News Service |
| 4/25/2012 | 11:29 AM | 4/25/2012 | DJ US HOT STOCKS: AAPL | Dow Jones Chinese Financial Wire |
| 4/26/2012 | 9:17 AM | 4/26/2012 | Qualcomm Raised To Strong Buy From Buy By S&P Capital IQ | Dow Jones International News |
| 5/1/2012 | 6:45 AM | 5/1/2012 | Qualcomm Raised To Outperform From Neutral By Macquarie | Dow Jones International News |
| 5/4/2012 | 9:28 AM | 5/4/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 68399 | Dow Jones News Service |
| 5/8/2012 | 10:50 AM | 5/8/2012 | Clearwire Expands Deals Possibilities With Qualcomm Contract | Dow Jones News Service |
| 5/8/2012 | 11:39 AM | 5/8/2012 | WSJ BLOG/Digits: CTIA: Clearwire's Qualcomm Deal May Lead to Carrier Contracts | Dow Jones News Service |
| 5/8/2012 | 11:59 AM | 5/8/2012 | UPDATE: Clearwire Says Qualcomm Pact To Help With Wholesale Deals | Dow Jones News Service |
| 5/9/2012 | 12:13 PM | 5/9/2012 | WSJ BLOG/Digits: CTIA: Clearwire's Qualcomm Deal May Lead to Carrier Contracts | Dow Jones News Service |
| 5/17/2012 | 9:28 AM | 5/17/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 59787 | Dow Jones News Service |
| 5/17/2012 | 9:00 PM | 5/18/2012 | Qualcomm Announces Leadership Change In Japan | Dow Jones News Service |
| 5/18/2012 | 9:28 AM | 5/18/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 179858 | Dow Jones News Service |
| 5/21/2012 | 9:28 AM | 5/21/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 137101 | Dow Jones News Service |
| 5/23/2012 | 7:30 AM | 5/23/2012 | Qualcomm Life Announces Members Of New Advisory Council | Dow Jones News Service |
| 5/24/2012 | 5:47 AM | 5/24/2012 | Bharti Airtel: To Buy 49% In Qualcomm India Broadband Wireless Access Units | Dow Jones International News |
| 5/24/2012 | 6:33 AM | 5/24/2012 | Bharti Airtel To Buy 49% Of Qualcomm's India Broadband Wireless Access Units | Dow Jones Business News |
| 5/24/2012 | 9:33 AM | 5/24/2012 | UPDATE: Bharti To Buy 49% Of Qualcomm's India Broadband Business For $165 Mln | Dow Jones International News |
| 5/24/2012 | 9:48 AM | 5/24/2012 | UPDATE: Bharti To Buy 49% Of Qualcomm's India Broadband Business For $165 Million | Dow Jones Business News |
| 6/5/2012 | 7:48 PM | 6/6/2012 | WSJ BLOG/Digits: Qualcomm Talks Up New Wi-Fi at Taiwan Trade Show | Dow Jones News Service |
| 6/14/2012 | 9:28 AM | 6/14/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 86847 | Dow Jones News Service |
| 6/15/2012 | 9:28 AM | 6/15/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 367029 | Dow Jones News Service |
| 6/18/2012 | 7:30 AM | 6/18/2012 | Qualcomm Acquires Summit Microelectronics | Dow Jones News Service |
| 6/18/2012 | 4:30 PM | 6/19/2012 | Qualcomm And The Fraunhofer IAO Announce L2Pro mLearning Platform In Germany And The United Kingdom To Support Small And Medium Enterprises Bring Innovations To Market | Dow Jones News Service |
| 6/27/2012 | 7:01 AM | 6/27/2012 | WSJ BLOG/Digits: Qualcomm Talks Up Augmented Reality in the Cloud | Dow Jones News Service |
| 6/27/2012 | 7:30 AM | 6/27/2012 | Qualcomm And Akamai Collaborate To Optimize Mobile Page Loads And Improve Mobile User Experience | Dow Jones News Service |
| 6/27/2012 | 7:30 AM | 6/27/2012 | Qualcomm Announces New Leadership Within Semiconductor Business | Dow Jones News Service |
| 6/27/2012 | 7:30 AM | 6/27/2012 | Qualcomm Announces The Expansion Of The Hexagon DSP Access Program | Dow Jones News Service |
| 6/27/2012 | 4:24 PM | 6/28/2012 | Qualcomm Started At Buy By Cantor Fitzgerald | Dow Jones International News |
| 6/28/2012 | 7:30 AM | 6/28/2012 | Qualcomm Announces Plans To Implement A New Corporate Structure | Dow Jones News Service |
| 6/28/2012 | 7:59 AM | 6/28/2012 | Qualcomm To Form Unit In Effort To Shelter Patents | Dow Jones News Service |
| 6/28/2012 | 8:14 AM | 6/28/2012 | Qualcomm To Form Unit In Effort To Shelter Patents | Dow Jones Business News |
| 6/28/2012 | 9:43 AM | 6/28/2012 | UPDATE: Qualcomm To Form Unit In Effort To Shelter Patents | Dow Jones News Service |
| 6/28/2012 | 9:58 AM | 6/28/2012 | UPDATE: Qualcomm To Form Unit In Effort To Shelter Patents | Dow Jones Business News |
| 6/28/2012 | 10:15 AM | 6/28/2012 | Qualcomm to Form Unit to Shelter Patents | Dow Jones Business News |
| 6/29/2012 | 9:28 AM | 6/29/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 65891 | Dow Jones News Service |
| 7/10/2012 | 8:00 PM | 7/11/2012 | Qualcomm Elects Dr. Susan Hockfield To Bd Of Directors | Dow Jones News Service |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 7/16/2012 | 7:47 AM | 7/16/2012 | Qualcomm Raised To Hold From Sell By Societe Generale | Dow Jones International News |
| 7/17/2012 | 9:28 AM | 7/17/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 63699 | Dow Jones News Service |
| 7/17/2012 | 11:58 PM | 7/18/2012 | DJ MARKET TALK: Nomura Cuts Kinsus To Neutral; Target NT$85 | Dow Jones Chinese Financial Wire |
| 7/18/2012 | 4:00 PM | 7/19/2012 | *DJ Qualcomm 3Q Adj EPS 85c QCOM | Dow Jones Chinese Financial Wire |
| 7/18/2012 | 4:00 PM | 7/19/2012 | *DJ Qualcomm 3Q EPS 69c QCOM | Dow Jones Chinese Financial Wire |
| 7/18/2012 | 4:00 PM | 7/19/2012 | *DJ Qualcomm 3Q Net $1.21B QCOM | Dow Jones Chinese Financial Wire |
| 7/18/2012 | 4:00 PM | 7/19/2012 | *DJ Qualcomm 3Q Rev $4.63B QCOM | Dow Jones Chinese Financial Wire |
| 7/18/2012 | 4:00 PM | 7/19/2012 | Qualcomm 3Q MSM Units Shipped 141M | Dow Jones News Service |
| 7/18/2012 | 4:05 PM | 7/19/2012 | *DJ Shares of Qualcomm Fall 4.9% After Hours | Dow Jones Chinese Financial Wire |
| 7/18/2012 | 4:17 PM | 7/19/2012 | Qualcomm 3Q Net Up 17% On Strong Demand; Moderates View | Dow Jones News Service |
| 7/18/2012 | 4:32 PM | 7/19/2012 | Qualcomm 3Q Net Up 17% On Strong Demand; Moderates View | Dow Jones Business News |
| 7/18/2012 | 4:39 PM | 7/19/2012 | WSJ: Qualcomm CEO Says It Is 'On Track' To Easing Supply Shortage | Dow Jones News Service |
| 7/18/2012 | 4:41 PM | 7/19/2012 | WSJ: Qualcomm CEO: Not Planning To Add Manufacturing Capability | Dow Jones News Service |
| 7/18/2012 | 4:42 PM | 7/19/2012 | WSJ: Qualcomm CEO Cites 'Intense Discussions' To Avoid Future Chip Shortages | Dow Jones News Service |
| 7/18/2012 | 4:55 PM | 7/19/2012 | WSJ: Qualcomm CEO: Shortage Limits 'Potential Revenue Upside' This Fiscal Year | Dow Jones News Service |
| 7/18/2012 | 5:04 PM | 7/19/2012 | WSJ: Qualcomm Cites Hiring 'Benefits' In China As Focus Of Probes | Dow Jones News Service |
| 7/18/2012 | 5:05 PM | 7/19/2012 | Qualcomm Net Up 17% on Strong Demand | Dow Jones Business News |
| 7/18/2012 | 5:35 PM | 7/19/2012 | DJ Qualcomm 3Q Net Up 17% On Strong Demand; Moderates View | Dow Jones Chinese Financial Wire |
| 7/18/2012 | 6:00 PM | 7/19/2012 | WSJ UPDATE: CEO Says Qualcomm Is 'On Track' to Easing Supply Shortage | Dow Jones News Service |
| 7/19/2012 | 11:00 AM | 7/19/2012 | News Highlights: Top Economic Stories of the Day | Dow Jones International News |
| 7/19/2012 | 11:11 AM | 7/19/2012 | Tech Stocks: EBay, IBM, Qualcomm fuel broad tech gains | Dow Jones Commentary |
| 7/19/2012 | 12:00 PM | 7/19/2012 | News Highlights: Top Economic Stories of the Day | Dow Jones International News |
| 7/19/2012 | 4:11 PM | 7/20/2012 | Tech Stocks: EBay, IBM, Qualcomm fuel broad tech gains | Dow Jones Commentary |
| 7/19/2012 | 5:56 PM | 7/20/2012 | Tech Stocks: Gains from eBay, IBM, Qualcomm lift tech stocks | Dow Jones Commentary |
| 7/19/2012 | 6:35 PM | 7/20/2012 | WSJ BLOG/Corruption Currents: Qualcomm Opens Internal FCPA Probe | Dow Jones News Service |
| 7/20/2012 | 9:28 AM | 7/20/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 264551 | Dow Jones News Service |
| 7/24/2012 | 5:00 AM | 7/24/2012 | Qualcomm And Delta Motorsport Announce Integration Of Wireless Electric Vehicle Charging Into Delta E-4 Coupe Electric Vehicles For London Trial | Dow Jones News Service |
| 7/24/2012 | 5:00 AM | 7/24/2012 | Qualcomm And Renault Announce Memorandum Of Understanding On Wireless Electric Vehicle Charging Technology | Dow Jones News Service |
| 7/26/2012 | 9:28 AM | 7/26/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 106216 | Dow Jones News Service |
| 7/31/2012 | 9:28 AM | 7/31/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 63745 | Dow Jones News Service |
| 8/3/2012 | 9:28 AM | 8/3/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 83095 | Dow Jones News Service |
| 8/3/2012 | 12:57 PM | 8/3/2012 | Chip Makers Target Low-End Phone Market As Key Growth Area | Dow Jones Business News |
| 8/6/2012 | 7:30 AM | 8/6/2012 | Qualcomm Names Anand Chandrasekher Chief Marketing Officer | Dow Jones News Service |
| 8/6/2012 | 1:29 PM | 8/6/2012 | WSJ BLOG/Digits: Former Intel Marketer Joins Old Foes At Qualcomm | Dow Jones News Service |
| 8/10/2012 | 9:28 AM | 8/10/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 54666 | Dow Jones News Service |
| 8/13/2012 | 4:17 PM | 8/14/2012 | ALL THINGS D: Microsoft's Sinofsky on Windows RT Collaboration | Dow Jones News Service |
| 8/13/2012 | 7:20 PM | 8/14/2012 | Qualcomm Working With Dell, Samsung on Windows RT Devices -Sources | Dow Jones News Service |
| 8/13/2012 | 7:23 PM | 8/14/2012 | *DJ Qualcomm Working With Dell, Samsung on Windows RT Devices -Sources | Dow Jones Chinese Financial Wire |
| 8/13/2012 | 9:15 PM | 8/14/2012 | Qualcomm, Dell, Samsung Work on Windows RT Devices | Dow Jones Global News Select |
| 8/13/2012 | 11:12 PM | 8/14/2012 | DJ Qualcomm Working With Dell, Samsung on Windows RT Devices - Sources | Dow Jones Chinese Financial Wire |
| 8/15/2012 | 9:34 AM | 8/15/2012 | Qualcomm Started At Overweight By Evercore Partners | Dow Jones Global Equities News |
| 8/17/2012 | 9:28 AM | 8/17/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 226618 | Dow Jones News Service |
| 8/20/2012 | 9:28 AM | 8/20/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 88259 | Dow Jones News Service |
| 8/21/2012 | 5:35 PM | 8/22/2012 | Qualcomm to Open Tablet Research Facility in Sao Paulo | Dow Jones News Service |
| 8/21/2012 | 5:50 PM | 8/22/2012 | Qualcomm to Open Tablet Research Facility in Sao Paulo | Dow Jones Global News Select |
| 8/23/2012 | 4:30 PM | 8/24/2012 | Qualcomm Acquires Small Cell Pioneer DesignArt Networks | Dow Jones News Service |
| 8/23/2012 | 5:27 PM | 8/24/2012 | Qualcomm Buys DesignArt Networks, Increasing its Mobile Offerings | Dow Jones News Service |
| 8/23/2012 | 5:42 PM | 8/24/2012 | Qualcomm Buys DesignArt Networks, Increasing its Mobile Offerings | Dow Jones Global News Select |
| 8/24/2012 | 10:49 AM | 8/24/2012 | ParkerVision To Amend Claims Of Indirect Infringement Against Qualcomm Following Court Ruling | Dow Jones News Service |
| 8/29/2012 | 1:35 PM | 8/29/2012 | Sources Say Taiwan Semiconductor Rejected Separate Investment Approaches From Apple, Qualcomm -Bloomberg | Dow Jones News Service |
| 8/30/2012 | 7:26 AM | 8/30/2012 | Chips May Constrain Smartphone Launches | Dow Jones News Service |
| 8/30/2012 | 10:01 AM | 8/30/2012 | Chris Borroni-Bird, Former GM Electric Networked Vehicle Executive, Joins Qualcomm -Bloomberg | Dow Jones News Service |
| 9/3/2012 | 2:47 AM | 9/4/2012 | UK MARKET TALK ROUNDUP: BROKERS COMMENTS | Dow Jones Global Equities News |
| 9/12/2012 | 7:30 AM | 9/12/2012 | Qualcomm:Wireless Security System Project's Phase Two Begins In San Salvador's Metropolitan Area | Dow Jones News Service |
| 9/14/2012 | 7:30 AM | 9/14/2012 | Qualcomm Says Gobi Modem Implemented In Softbank 102Z | Dow Jones News Service |
| 9/14/2012 | 3:52 PM | 9/14/2012 | Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 52394 | Dow Jones News Service |
| 9/21/2012 | 3:52 PM | 9/21/2012 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 67327 | Dow Jones News Service |
| 9/21/2012 | 3:55 PM | 9/21/2012 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs N/A | Dow Jones News Service |
| 9/24/2012 | 12:52 PM | 9/24/2012 | WSJ BLOG/China Real Time: Inside the iPhone 5: Will Apple Go (China) Mobile? | Dow Jones Global Equities News |
| 9/28/2012 | 7:17 AM | 9/28/2012 | *DJ Qualcomm Started At Buy By Brean Murray Carret QCOM | Dow Jones Chinese Financial Wire |
| 9/28/2012 | 7:17 AM | 9/28/2012 | Qualcomm Started At Buy By Brean Murray Carret | Dow Jones Global Equities News |
| 10/1/2012 | 7:30 AM | 10/1/2012 | Qualcomm Implements New Corporate Structure | Dow Jones News Service |
| 10/3/2012 | 9:28 AM | 10/3/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 75391 | Dow Jones News Service |
| 10/9/2012 | 1:30 PM | 10/9/2012 | EARNINGS PREVIEW: Shifting Terrain for U.S. Chipmakers | Dow Jones News Service |
| 10/9/2012 | 1:45 PM | 10/9/2012 | EARNINGS PREVIEW: Shifting Terrain for U.S. Chipmakers | Dow Jones Global News Select |
| 10/9/2012 | 8:51 PM | 10/10/2012 | Shifting Terrain for U.S. Chipmakers | Dow Jones Top Global Market Stories |
| 10/10/2012 | 2:11 AM | 10/10/2012 | Qualcomm Raised To Outperform From Neutral By Exane BNP Paribas | Dow Jones Global Equities News |
| 10/10/2012 | 7:30 AM | 10/10/2012 | Qualcomm And Semp Toshiba Sign 3G/4G License Agreement | Dow Jones News Service |
| 10/10/2012 | 7:36 AM | 10/10/2012 | Shifting Terrain for U.S. Chipmakers | Dow Jones Top North American Equities Stories |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 10/10/2012 | 9:10 AM | 10/10/2012 | Qualcomm Cut to Neutral From Buy by D.A. Davidson | Dow Jones Global Equities News |
| 10/10/2012 | 10:47 AM | 10/10/2012 | Barron's Blog/Tech Trader Daily: This Morning: Qualcomm's Got Competition, Survey Props AAPL, Dumps RIMM | Dow Jones Global Equities News |
| 10/11/2012 | 9:28 AM | 10/11/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 50092 | Dow Jones News Service |
| 10/16/2012 | 5:21 AM | 10/16/2012 | MARKET TALK: Liberum Ups Imagination Technologies To Hold | Dow Jones Global Equities News |
| 10/16/2012 | 5:21 AM | 10/16/2012 | UK MARKET TALK ROUNDUP: SHARES GAINING | Dow Jones Global Equities News |
| 10/17/2012 | 9:28 AM | 10/17/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 93400 | Dow Jones News Service |
| 10/18/2012 | 6:16 AM | 10/18/2012 | WSJ BLOG/All Things D: Viral Video: Will Qualcomm's Jacobs Bring "Born Mobile" Baby to CES? | Dow Jones News Service |
| 10/18/2012 | 9:25 AM | 10/18/2012 | WSJ BLOG/All Things D: Viral Video: Will Qualcomm's Jacobs Bring "Born Mobile" Baby to CES? | Dow Jones News Service |
| 10/24/2012 | 6:10 PM | 10/25/2012 | WSJ BLOG/All Things D: Qualcomm CEO: ARM-Based Chips Make for Visibly Better Windows PCs | Dow Jones News Service |
| 10/26/2012 | 9:28 AM | 10/26/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 55275 | Dow Jones News Service |
| 10/29/2012 | 6:31 AM | 10/31/2012 | IDT Selected To Develop Integrated Receiver Chip Based On Qualcomm's Wireless Power Technology | Dow Jones News Service |
| 11/5/2012 | 4:38 AM | 11/5/2012 | QUALCOMM Inc Raised To Buy From Neutral By Nomura | Dow Jones Global Equities News |
| 11/5/2012 | 8:45 AM | 11/5/2012 | MARKET TALK: Qualcomm Royalty Revenue Drives Nomura Upgrade | Dow Jones News Service |
| 11/7/2012 | 2:41 PM | 11/7/2012 | After Hours: Qualcomm shines in after-hours trading | Dow Jones Commentary |
| 11/7/2012 | 4:00 PM | 11/8/2012 | Qualcomm 4Q Adj EPS 89c | Dow Jones News Service |
| 11/7/2012 | 4:16 PM | 11/8/2012 | MARKET TALK: Qualcomm F4Q Profit Shines; 2013 Forecast Sunny | Dow Jones News Service |
| 11/7/2012 | 4:16 PM | 11/8/2012 | MARKET TALK: Qualcomm F4Q Profit Shines; 2013 Forecast Sunny | Dow Jones News Service |
| 11/7/2012 | 4:19 PM | 11/8/2012 | Qualcomm CEO: 4Q Results Reflected Supply Constraints | Dow Jones News Service |
| 11/7/2012 | 4:20 PM | 11/8/2012 | Qualcomm CEO Sees Supply Constraints Over by End of F1Q | Dow Jones News Service |
| 11/7/2012 | 4:21 PM | 11/8/2012 | Qualcomm 4th-Quarter Net Up 20% on Smartphone Demand | Dow Jones News Service |
| 11/7/2012 | 4:21 PM | 11/8/2012 | Qualcomm Sees Smartphone Demand Driving Strong 2013 | Dow Jones Top News & Commentary |
| 11/7/2012 | 4:31 PM | 11/8/2012 | Qualcomm Sees Smartphone Demand Driving Strong 2013 | Dow Jones Top Global Market Stories |
| 11/7/2012 | 4:31 PM | 11/8/2012 | Qualcomm Sees Smartphone Demand Driving Strong 2013 | Dow Jones Top North American Equities Stories |
| 11/7/2012 | 4:36 PM | 11/8/2012 | Qualcomm 4th-Quarter Net Up 20% on Smartphone Demand | Dow Jones Global News Select |
| 11/7/2012 | 4:45 PM | 11/8/2012 | Qualcomm Sees Smartphone Demand Driving Strong 2013 | Dow Jones Global News Select |
| 11/7/2012 | 6:29 PM | 11/8/2012 | US HOT STOCKS: Universal Display, Qualcomm, Bloomin' Brands Active in Late Trading | Dow Jones News Service |
| 11/7/2012 | 6:56 PM | 11/8/2012 | DJ US HOT STOCKS: QCOM | Dow Jones Chinese Financial Wire |
| 11/7/2012 | 7:08 PM | 11/8/2012 | DJ Qualcomm 4th-Quarter Net Up 20% on Smartphone Demand | Dow Jones Chinese Financial Wire |
| 11/8/2012 | 9:28 AM | 11/8/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 92642 | Dow Jones News Service |
| 11/8/2012 | 10:56 AM | 11/8/2012 | Tech Stocks: Apple falls again as Qualcomm, Juniper gain | Dow Jones Commentary |
| 11/8/2012 | 11:03 AM | 11/8/2012 | U.S. HOT STOCKS: Qualcomm, JPMorgan, AMC Networks, Monster Beverage -1- | Dow Jones News Service |
| 11/8/2012 | 11:12 AM | 11/8/2012 | DJ US HOT STOCKS: QCOM | Dow Jones Chinese Financial Wire |
| 11/8/2012 | 1:26 PM | 11/8/2012 | US HOT STOCKS: Qualcomm, AMC Networks, Monster Worldwide | Dow Jones News Service |
| 11/8/2012 | 5:26 PM | 11/9/2012 | Tech Stocks: Apple falls again as Qualcomm gains | Dow Jones Commentary |
| 11/9/2012 | 12:16 AM | 11/9/2012 | Qualcomm Sees Smartphone Demand Driving Strong 2013 | Dow Jones Top North American Equities Stories |
| 11/13/2012 | 7:07 PM | 11/14/2012 | Sharp +11% At Y168 After Reports Of Tie-Ups With Intel, Qualcomm | Dow Jones Global Equities News |
| 11/13/2012 | 7:40 PM | 11/14/2012 | MARKET TALK: Sharp +9.2%; Intel, Qualcomm Tie-Up Reports | Dow Jones Global Equities News |
| 11/13/2012 | 7:51 PM | 11/14/2012 | Sharp in Talks for Up to Y40B Investment by Intel | Dow Jones Top News & Commentary |
| 11/13/2012 | 7:56 PM | 11/14/2012 | Sharp Said in Talks for Investment by Intel | Dow Jones Top Global Market Stories |
| 11/14/2012 | 6:06 AM | 11/14/2012 | Sharp Said in Talks for Investment by Intel | Dow Jones Top North American Equities Stories |
| 11/15/2012 | 7:30 AM | 11/15/2012 | Qualcomm Atheros And Cisco Announce Indoor Location Technology Collaboration | Dow Jones News Service |
| 11/15/2012 | 9:28 AM | 11/15/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 69723 | Dow Jones News Service |
| 11/16/2012 | 7:30 AM | 11/16/2012 | Qualcomm Acquires Assets Of Digital Positioning Technology Co. EPOS | Dow Jones News Service |
| 11/16/2012 | 9:28 AM | 11/16/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 198166 | Dow Jones News Service |
| 11/19/2012 | 9:28 AM | 11/19/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 80146 | Dow Jones News Service |
| 11/21/2012 | 9:28 AM | 11/21/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 129236 | Dow Jones News Service |
| 11/26/2012 | 9:28 AM | 11/26/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 81960 | Dow Jones News Service |
| 11/27/2012 | 8:17 AM | 11/27/2012 | MARKET TALK: Swedbank Welcomes Ericsson Move On Patent Portfolio | Dow Jones Global Equities News |
| 11/29/2012 | 12:22 AM | 11/29/2012 | Sharp up 3.7% After News of Talks With Dell, Intel, Qualcomm | Dow Jones Global Equities News |
| 11/29/2012 | 12:38 AM | 11/29/2012 | MARKET TALK: Sharp +3.7% After News Of Talks With Dell, Others | Dow Jones Global Equities News |
| 11/29/2012 | 5:27 AM | 11/29/2012 | WSJ BLOG/Digits: Sharp's Trump Card : IGZO Screen Technology | Dow Jones News Service |
| 11/30/2012 | 9:59 AM | 11/30/2012 | WSJ BLOG/Venture Capital Dispatch: Qualcomm Invests in Macheen to Enable More Internet Devices | Dow Jones News Service |
| 12/3/2012 | 12:26 PM | 12/3/2012 | Sharp, Qualcomm to Co-Develop Next-Gen LCD Panel -Nikkei | Dow Jones Top Global Market Stories |
| 12/3/2012 | 12:31 PM | 12/3/2012 | Sharp, Qualcomm to Co-Develop Next-Gen LCD Panel -Nikkei | Dow Jones Top North American Equities Stories |
| 12/3/2012 | 12:45 PM | 12/3/2012 | Sharp, Qualcomm to Co-Develop Next-Gen LCD Panel | Dow Jones Global News Select |
| 12/3/2012 | 6:40 PM | 12/4/2012 | MARKET TALK: Sharp Likely To Struggle Despite Qualcomm Report | Dow Jones Global Equities News |
| 12/3/2012 | 7:36 PM | 12/4/2012 | MARKET TALK: Nikkei Off 0.4% On Profit-Taking; Market Lacks Cues | Dow Jones Global Equities News |
| 12/3/2012 | 7:39 PM | 12/4/2012 | MARKET TALK: Sharp Up 2.3%; Qualcomm Deal Report; Outlook Shaky | Dow Jones Global Equities News |
| 12/3/2012 | 9:50 PM | 12/4/2012 | MARKET TALK: Nikkei Down 0.4%; US Cue, Slightly Stronger Yen | Dow Jones Global Equities News |
| 12/4/2012 | 2:19 AM | 12/4/2012 | DJ FX CHAT: Sharp CDS Tighten To 58% Upfront; Qualcomm Report | Dow Jones Institutional News |
| 12/4/2012 | 2:19 AM | 12/4/2012 | DJ MARKET TALK: Sharp CDS Tighten To 58% Upfront; Qualcomm Report | Dow Jones Institutional News |
| 12/4/2012 | 2:19 AM | 12/4/2012 | MARKET TALK: Sharp CDS Tighten To 58% Upfront; Qualcomm Report | Dow Jones Global Equities News |
| 12/4/2012 | 3:00 AM | 12/4/2012 | Sharp: To Issue New Shares To Qualcomm | Dow Jones Global Equities News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 12/4/2012 | 3:37 AM | 12/4/2012 | Qualcomm to Invest up to $120M in Sharp | Dow Jones Top News & Commentary |
| 12/4/2012 | 3:44 AM | 12/4/2012 | DJ Sharp: To Issue New Shares To Qualcomm | Dow Jones Chinese Financial Wire |
| 12/4/2012 | 3:56 AM | 12/4/2012 | Qualcomm Agrees To Invest Up To $120M In Sharp | Dow Jones Top Global Market Stories |
| 12/4/2012 | 4:15 AM | 12/4/2012 | Qualcomm to Invest Up to $120 Million in Sharp | Dow Jones Global News Select |
| 12/4/2012 | 4:18 AM | 12/4/2012 | Global News: Sharp to Issue New Shares to Qualcomm | Dow Jones Global Equities News |
| 12/4/2012 | 4:18 AM | 12/4/2012 | WSJ BLOG/Deal Journal India: Global News: Sharp to Issue New Shares to Qualcomm | Dow Jones Global Equities News |
| 12/4/2012 | 4:53 AM | 12/4/2012 | UPDATE: Qualcomm Agrees To Invest Up To $120M In Sharp | Dow Jones Global Equities News |
| 12/4/2012 | 5:12 AM | 12/4/2012 | DJ Hon Hai Weighing Two Options of Investing in Sharp -Official | Dow Jones Chinese Financial Wire |
| 12/4/2012 | 6:26 AM | 12/4/2012 | Qualcomm Agrees To Invest Up To $120M In Sharp | Dow Jones Top North American Equities Stories |
| 12/4/2012 | 9:11 AM | 12/4/2012 | 2nd UPDATE: Qualcomm Agrees to Invest Up to $120M in Sharp | Dow Jones Global Equities News |
| 12/4/2012 | 9:11 AM | 12/4/2012 | Qualcomm Agrees to Invest Up to $120M in Sharp | Dow Jones Top News & Commentary |
| 12/4/2012 | 9:29 AM | 12/4/2012 | MARKET TALK: Goldman Sachs Raises ARM Holdings Price Target | Dow Jones Global Equities News |
| 12/4/2012 | 9:29 AM | 12/4/2012 | UK MARKET TALK ROUNDUP: BROKERS COMMENTS | Dow Jones Global Equities News |
| 12/4/2012 | 1:48 PM | 12/4/2012 | WSJ BLOG/Digits: Qualcomm Climbs Chip Ranks as Sector Sags | Dow Jones News Service |
| 12/4/2012 | 2:01 PM | 12/4/2012 | WSJ BLOG/All Things D: Sharp to Get Much-Needed Investment From Qualcomm | Dow Jones News Service |
| 12/4/2012 | 10:16 PM | 12/5/2012 | Qualcomm Tosses Financial Lifeline to Sharp | Dow Jones Top Global Market Stories |
| 12/5/2012 | 12:33 AM | 12/5/2012 | Global News: Qualcomm to Invest in Sharp | Dow Jones Global Equities News |
| 12/5/2012 | 12:33 AM | 12/5/2012 | WSJ BLOG/Deal Journal India: Global News: Qualcomm to Invest in Sharp | Dow Jones Global Equities News |
| 12/5/2012 | 9:28 AM | 12/5/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 138301 | Dow Jones News Service |
| 12/5/2012 | 9:12 PM | 12/6/2012 | MARKET TALK: Sharp +6.1%; Hon Hai, Qualcomm Deals Seen Still On | Dow Jones Global Equities News |
| 12/6/2012 | 9:40 PM | 12/7/2012 | MARKET TALK: Sharp +11% As Shorts Cover; Hon Hai Still In Talks | Dow Jones Global Equities News |
| 12/7/2012 | 5:57 AM | 12/7/2012 | Japan CDS Index Snaps Recent Tightening; Swaps on Sharp Tighten After Qualcomm Deal | Dow Jones Global Equities News |
| 12/7/2012 | 6:09 PM | 12/10/2012 | MARKET TALK: Apple Almost Single-handedly Pulls Nasdaq Into Red | Dow Jones News Service |
| 12/10/2012 | 1:34 AM | 12/10/2012 | WSJ BLOG/Digits: Q&A: Qualcomm's Display Ambitions | Dow Jones News Service |
| 12/10/2012 | 5:10 AM | 12/10/2012 | WSJ BLOG/Deal Journal: Q&A: Qualcomm's Display Ambitions | Dow Jones News Service |
| 12/12/2012 | 12:16 PM | 12/12/2012 | Qualcomm CEO Foresees Home Base Stations | Dow Jones Top Global Market Stories |
| 12/12/2012 | 5:46 PM | 12/13/2012 | Qualcomm CEO Foresees Home Base Stations | Dow Jones Top North American Equities Stories |
| 12/13/2012 | 9:28 AM | 12/13/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 86617 | Dow Jones News Service |
| 12/14/2012 | 9:28 AM | 12/14/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 91407 | Dow Jones News Service |
| 12/17/2012 | 6:59 AM | 12/17/2012 | MARKET TALK: Time May Be Now to Buy Cellphone-Chip Stocks | Dow Jones News Service |
| 12/17/2012 | 9:28 AM | 12/17/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 53865 | Dow Jones News Service |
| 12/19/2012 | 9:28 AM | 12/19/2012 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 64209 | Dow Jones News Service |
| 12/20/2012 | 9:28 AM | 12/20/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 79098 | Dow Jones News Service |
| 12/21/2012 | 9:28 AM | 12/21/2012 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 374358 | Dow Jones News Service |
| 12/21/2012 | 3:52 PM | 12/21/2012 | Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 121289 | Dow Jones News Service |
| 12/21/2012 | 3:55 PM | 12/21/2012 | Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 91804 | Dow Jones News Service |
| 12/27/2012 | 1:03 AM | 12/27/2012 | Sharp: Payments from Qualcomm for First Round of New Shares Completed | Dow Jones Global Equities News |
| 1/2/2013 | 9:28 AM | 1/2/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 116363 | Dow Jones News Service |
| 1/3/2013 | 9:25 AM | 1/3/2013 | NY State Comptroller DiNapoli Seeks Disclosure Of Political Spending At Qualcomm | Dow Jones News Service |
| 1/3/2013 | 10:20 AM | 1/3/2013 | N.Y. State Retirement Fund Sues Qualcomm for Political Spending Info | Dow Jones News Service |
| 1/3/2013 | 10:35 AM | 1/3/2013 | N.Y. State Retirement Fund Sues Qualcomm for Political Spending Info | Dow Jones Global News Select |
| 1/3/2013 | 10:41 AM | 1/3/2013 | Pension Fund Sues Qualcomm | Dow Jones Top North American Equities Stories |
| 1/3/2013 | 11:53 AM | 1/3/2013 | WSJ BLOG/Law: NY Pension Fund Wants Qualcomm To Open Up On Political Spending | Dow Jones News Service |
| 1/3/2013 | 2:47 PM | 1/3/2013 | WSJ BLOG/All Things D: New York Pension Fund Sues Qualcomm Over Political Spending Records | Dow Jones News Service |
| 1/3/2013 | 5:18 PM | 1/4/2013 | WSJ UPDATE: Pension Fund Sues Qualcomm for Access to Political-Giving Records | Dow Jones News Service |
| 1/3/2013 | 7:36 PM | 1/4/2013 | WSJ 2nd UPDATE: Pension Fund Sues Qualcomm for Access to Political-Giving Records | Dow Jones News Service |
| 1/3/2013 | 7:51 PM | 1/4/2013 | Qualcomm Sued Over Political-Giving Records | Dow Jones Top News & Commentary |
| 1/3/2013 | 8:25 PM | 1/4/2013 | WSJ 3rd UPDATE: Qualcomm Sued Over Political-Giving Records | Dow Jones News Service |
| 1/3/2013 | 8:41 PM | 1/4/2013 | Qualcomm Sued Over Political-Giving Records | Dow Jones Top Global Market Stories |
| 1/3/2013 | 8:55 PM | 1/4/2013 | Qualcomm Sued Over Political-Giving Records | Dow Jones Global News Select |
| 1/3/2013 | 9:33 PM | 1/4/2013 | WSJ Qualcomm Sued Over Political-Giving Records | Dow Jones Chinese Financial Wire |
| 1/3/2013 | 10:00 PM | 1/4/2013 | MARKET TALK: Sharp Falls After Public Offer Report | Dow Jones Global Equities News |
| 1/4/2013 | 3:25 AM | 1/4/2013 | News Highlights: Top Equities Stories Of The Day | Dow Jones Global Equities News |
| 1/4/2013 | 6:31 AM | 1/4/2013 | Qualcomm Sued Over Political-Giving Records | Dow Jones Top North American Equities Stories |
| 1/4/2013 | 9:28 AM | 1/4/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 71555 | Dow Jones News Service |
| 1/4/2013 | 9:54 AM | 1/4/2013 | MARKET TALK: Sharp's Qualcomm Lifeline Looks a Bit Thin | Dow Jones News Service |
| 1/4/2013 | 5:42 PM | 1/7/2013 | Stocks to Watch: Stocks to watch at CES: Intel, Qualcomm | Dow Jones Commentary |
| 1/7/2013 | 2:12 AM | 1/7/2013 | Stocks to Watch: Stocks to watch at CES: Nvidia, Qualcomm | Dow Jones Commentary |
| 1/7/2013 | 9:55 AM | 1/7/2013 | *DJ Qualcomm Inc Raised to Focus Stock From Sector Outperform by Scotia QCOM | Dow Jones Chinese Financial Wire |
| 1/7/2013 | 9:55 AM | 1/7/2013 | Qualcomm Inc Raised to Focus Stock From Sector Outperform by Scotia | Dow Jones News Service |
| 1/7/2013 | 10:27 AM | 1/7/2013 | Stocks to Watch: Stocks to watch at CES: Nvidia, Qualcomm | Dow Jones Commentary |
| 1/7/2013 | 3:04 PM | 1/7/2013 | *DJ Sharp Exec: No Current Talks With Intel For Capital Injection | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 1/7/2013 | 3:04 PM | 1/7/2013 | Sharp Exec: No Current Talks With Intel For Capital Injection | Dow Jones News Service |
| 1/7/2013 | 3:56 PM | 1/7/2013 | Sharp Says Not Talking With Intel on Capital Injection | Dow Jones Top Global Market Stories |
| 1/7/2013 | 3:56 PM | 1/7/2013 | Sharp Says Not Talking With Intel on Capital Injection | Dow Jones Top North American Equities Stories |
| 1/7/2013 | 4:15 PM | 1/8/2013 | Sharp Says No Current Talks With Intel | Dow Jones Global News Select |
| 1/7/2013 | 4:15 PM | 1/8/2013 | Sharp Says No Current Talks With Intel | Dow Jones Institutional News |
| 1/7/2013 | 6:07 PM | 1/8/2013 | DJ Sharp Says No Current Talks With Intel for Capital Injection | Dow Jones Chinese Financial Wire |
| 1/7/2013 | 9:28 PM | 1/8/2013 | Barron's Blog/Tech Trader Daily: Qualcomm's Paul Jacobs at CES Kickoff Keynote | Dow Jones Global Equities News |
| 1/7/2013 | 9:31 PM | 1/8/2013 | Barron's Blog/Tech Trader Daily: Qualcomm's Paul Jacobs at CES Kickoff Keynote | Dow Jones Global Equities News |
| 1/7/2013 | 9:31 PM | 1/8/2013 | Sharp Says No Talks With Intel on Capital Injection | Dow Jones Top News & Commentary |
| 1/7/2013 | 9:35 PM | 1/8/2013 | WSJ BLOG/Digits: Qualcomm Raises Bar in Mobile Chips, As Does Nvidia Raises Bar in Mobile Chips, As Does | Dow Jones News Service |
| 1/7/2013 | 9:53 PM | 1/8/2013 | Barron's Blog/Tech Trader Daily: Qualcomm's Paul Jacobs at CES Keynote; Ballmer Makes Surprise Appearance | Dow Jones Global Equities News |
| 1/7/2013 | 10:36 PM | 1/8/2013 | Barron's Blog/Tech Trader Daily: Qualcomm CES Keynote: Ballmer Makes Surprise Appearance; Debut of Snapdragon 800; Big Bird | Dow Jones Global Equities News |
| 1/7/2013 | 10:40 PM | 1/8/2013 | Barron's Blog/Tech Trader Daily: Qualcomm CES Keynote: Steve Ballmer Surprise Appearance; Snapdragon 800; Big Bird; Desmond Tutu | Dow Jones Global Equities News |
| 1/7/2013 | 11:18 PM | 1/8/2013 | WSJ BLOG/Digits: Microsoft's Ballmer Makes Cameo at Qualcomm Opening Keynote | Dow Jones News Service |
| 1/8/2013 | 1:43 PM | 1/8/2013 | WSJ BLOG/All Things D: Ballmer's CES Keynote, Courtesy of Qualcomm (Video) | Dow Jones News Service |
| 1/8/2013 | 2:00 PM | 1/8/2013 | WSJ BLOG/All Things D: Ballmer's CES Keynote, Courtesy of Qualcomm (Video) | Dow Jones News Service |
| 1/9/2013 | 9:28 AM | 1/9/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 78054 | Dow Jones News Service |
| 1/10/2013 | 9:28 AM | 1/10/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 188922 | Dow Jones News Service |
| 1/10/2013 | 3:52 PM | 1/10/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 130341 | Dow Jones News Service |
| 1/10/2013 | 3:55 PM | 1/10/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 127053 | Dow Jones News Service |
| 1/14/2013 | 9:28 AM | 1/14/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 61654 | Dow Jones News Service |
| 1/14/2013 | 11:00 AM | 1/14/2013 | DJ US HOT STOCKS: AAPL | Dow Jones Chinese Financial Wire |
| 1/14/2013 | 1:42 PM | 1/14/2013 | DJ US HOT STOCKS: AAPL | Dow Jones Chinese Financial Wire |
| 1/16/2013 | 4:49 PM | 1/17/2013 | Qualcomm CEO Paul Jacobs 2012 Pay Valued At $20.7M | Dow Jones News Service |
| 1/16/2013 | 5:49 PM | 1/17/2013 | Qualcom CEO's Pay Slips with Smaller Bonus | Dow Jones Global News Select |
| 1/17/2013 | 12:45 AM | 1/17/2013 | TSMC 4Q Profit Rises 32%, Warns of Weaker 1Q | Dow Jones Top News & Commentary |
| 1/18/2013 | 9:28 AM | 1/18/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 54707 | Dow Jones News Service |
| 1/24/2013 | 9:28 AM | 1/24/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 87498 | Dow Jones News Service |
| 1/25/2013 | 9:28 AM | 1/25/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 125862 | Dow Jones News Service |
| 1/27/2013 | 9:32 PM | 1/28/2013 | MARKET TALK: Bernstein Raises TSMC Target To NT$106 | Dow Jones Global Equities News |
| 1/29/2013 | 10:06 PM | 1/30/2013 | NORDIC MORNING BRIEFING: 4Q Earnings Reports Ramp Up | Dow Jones Emerging Markets Report |
| 1/29/2013 | 10:06 PM | 1/30/2013 | NORDIC MORNING BRIEFING: 4Q Earnings Reports Ramp Up | Dow Jones Energy Service |
| 1/29/2013 | 10:06 PM | 1/30/2013 | NORDIC MORNING BRIEFING: 4Q Earnings Reports Ramp Up | Dow Jones Global Equities News |
| 1/29/2013 | 10:06 PM | 1/30/2013 | NORDIC MORNING BRIEFING: 4Q Earnings Reports Ramp Up | Dow Jones Global FX & Fixed Income News |
| 1/30/2013 | 9:28 AM | 1/30/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 142908 | Dow Jones News Service |
| 1/30/2013 | 4:00 PM | 1/31/2013 | Qualcomm 1Q Rev $6.02B | Dow Jones News Service |
| 1/30/2013 | 4:02 PM | 1/31/2013 | Barron's Blog: Qualcomm FYQ1 Rev, EPS Beat | Dow Jones Global Equities News |
| 1/30/2013 | 4:10 PM | 1/31/2013 | Barron's Blog: Qualcomm FYQ1 Rev, EPS Beat; Q2, Year View Beat | Dow Jones Global Equities News |
| 1/30/2013 | 4:10 PM | 1/31/2013 | Barron's Blog: Qualcomm Up 6%: FYQ1 Rev, EPS Beat; Q2, Year View Beat | Dow Jones Global Equities News |
| 1/30/2013 | 4:22 PM | 1/31/2013 | Qualcomm 1st-Quarter Net Up 36% on Strong Smartphone Demand | Dow Jones News Service |
| 1/30/2013 | 4:22 PM | 1/31/2013 | Qualcomm Net Up 36% on Strong Smartphone Demand | Dow Jones Top News & Commentary |
| 1/30/2013 | 4:24 PM | 1/31/2013 | Barron's Blog: Qualcomm Up 6%: FYQ1 Rev, EPS Beat; Q2, Year View Beat | Dow Jones Global Equities News |
| 1/30/2013 | 4:25 PM | 1/31/2013 | MARKET TALK: Qualcomm Chip Demand Shows No Signs of Petering Out | Dow Jones News Service |
| 1/30/2013 | 4:25 PM | 1/31/2013 | MARKET TALK: Qualcomm Chip Demand Shows No Signs of Petering Out | Dow Jones News Service |
| 1/30/2013 | 4:28 PM | 1/31/2013 | MARKET TALK: Early Action Shows Facebook May Have to Wait for New Highs | Dow Jones News Service |
| 1/30/2013 | 4:37 PM | 1/31/2013 | Qualcomm 1st-Quarter Net Up 36% on Strong Smartphone Demand | Dow Jones Global News Select |
| 1/30/2013 | 4:41 PM | 1/31/2013 | Qualcomm Buoyed by End of Phone-Chip Shortage | Dow Jones Top North American Equities Stories |
| 1/30/2013 | 4:46 PM | 1/31/2013 | Qualcomm Buoyed by End of Phone-Chip Shortage | Dow Jones Top Global Market Stories |
| 1/30/2013 | 5:00 PM | 1/31/2013 | Barron's Blog: Qualcomm Up 6%: FYQ1 Rev, EPS Beat; Q2, Year View Beat | Dow Jones Global Equities News |
| 1/30/2013 | 5:00 PM | 1/31/2013 | Bill Keitel To Retire As Qualcomm Chief Financial Officer, George Davis To Replace | Dow Jones News Service |
| 1/30/2013 | 5:01 PM | 1/31/2013 | MARKET TALK: Solid Smartphone Prices a Boon to Qualcomm | Dow Jones News Service |
| 1/30/2013 | 5:01 PM | 1/31/2013 | MARKET TALK: Solid Smartphone Prices a Boon to Qualcomm | Dow Jones News Service |
| 1/30/2013 | 5:03 PM | 1/31/2013 | Barron's Blog: Qualcomm Up 6%: FYQ1 Rev, EPS Beat; Q2, Year View Beat | Dow Jones Global Equities News |
| 1/30/2013 | 5:05 PM | 1/31/2013 | Qualcomm Net Up on Smartphone Demand | Dow Jones Global News Select |
| 1/30/2013 | 5:25 PM | 1/31/2013 | All Things Digital: Qualcomm Q1 Net Up 36 Percent on Strong Smartphone Demand | Dow Jones News Service |
| 1/30/2013 | 5:56 PM | 1/31/2013 | UPDATE: Qualcomm 1st-Quarter Net Grows 36%; Davis Named New CFO | Dow Jones News Service |
| 1/30/2013 | 6:04 PM | 1/31/2013 | 2nd UPDATE: Qualcomm Buoyed by End of Phone-Chip Shortage | Dow Jones News Service |
| 1/30/2013 | 6:04 PM | 1/31/2013 | DJ 2nd UPDATE: Qualcomm Buoyed by End of Phone-Chip Shortage | Dow Jones Institutional News |
| 1/30/2013 | 6:11 PM | 1/31/2013 | UPDATE: Qualcomm 1st-Quarter Net Grows 36%; Davis Named New CFO | Dow Jones Global News Select |
| 1/30/2013 | 6:19 PM | 1/31/2013 | 2nd UPDATE: Qualcomm Buoyed by End of Phone-Chip Shortage | Dow Jones Global News Select |
| 1/30/2013 | 6:19 PM | 1/31/2013 | 2nd UPDATE: Qualcomm Buoyed by End of Phone-Chip Shortage | Dow Jones Institutional News |
| 1/30/2013 | 6:22 PM | 1/31/2013 | DJ Qualcomm 1st-Quarter Net Up 36% on Strong Smartphone Demand | Dow Jones Chinese Financial Wire |
| 1/30/2013 | 6:22 PM | 1/31/2013 | DJ US HOT STOCKS: Fortinet, Fusion-io, Qualcomm Active in Late Trading | Dow Jones Institutional News |
| 1/30/2013 | 6:22 PM | 1/31/2013 | US HOT STOCKS: Fortinet, Fusion-io, Qualcomm Active in Late Trading | Dow Jones News Service |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 1/30/2013 | 6:30 PM | 1/31/2013 | DJ US HOT STOCKS: QCOM | Dow Jones Chinese Financial Wire |
| 1/31/2013 | 9:28 AM | 1/31/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 723641 | Dow Jones News Service |
| 1/31/2013 | 10:42 AM | 1/31/2013 | Tech Stocks: Facebook, BlackBerry fall; Qualcomm jumps | Dow Jones Commentary |
| 2/1/2013 | 9:28 AM | 2/1/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 112294 | Dow Jones News Service |
| 2/4/2013 | 7:30 AM | 2/4/2013 | Court Awards Qualcomm $12.4M In Attorneys' Fees Against Gabriel Technologies | Dow Jones News Service |
| 2/4/2013 | 8:06 AM | 2/4/2013 | Qualcomm: Court Orders Gabriel Technologies to Pay $12.4 Million Attorneys' Fees | Dow Jones News Service |
| 2/4/2013 | 8:21 AM | 2/4/2013 | Qualcomm: Court Orders Gabriel Technologies to Pay $12.4 Million Attorneys' Fees | Dow Jones Global News Select |
| 2/4/2013 | 8:21 AM | 2/4/2013 | Qualcomm: Gabriel TechTold to Pay $12.4M Attorneys' Fees | Dow Jones Top News & Commentary |
| 2/5/2013 | 4:33 AM | 2/5/2013 | Head-Turning Spectrum Deals Scarce | Dow Jones Top News & Commentary |
| 2/5/2013 | 10:08 AM | 2/5/2013 | German Court Weighs if Smartphone Chips Violate Power-Saving Patent | Dow Jones Global Equities News |
| 2/5/2013 | 10:23 AM | 2/5/2013 | German Court Weighs if Smartphone Chips Violate Power-Saving Patent | Dow Jones Global News Select |
| 2/5/2013 | 7:55 PM | 2/6/2013 | DJ German Court Weighs if Smartphone Chips Violate Power-Saving Patent | Dow Jones Chinese Financial Wire |
| 2/6/2013 | 8:35 AM | 2/6/2013 | Why Qualcomm Picked Taiwan Over U.S. for Its New Plant | Dow Jones News Service |
| 2/6/2013 | 8:50 AM | 2/6/2013 | Why Qualcomm Picked Taiwan Over U.S. for Its New Plant | Dow Jones Global News Select |
| 2/8/2013 | 9:28 AM | 2/8/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 89589 | Dow Jones News Service |
| 2/8/2013 | 3:52 PM | 2/8/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 76383 | Dow Jones News Service |
| 2/8/2013 | 3:55 PM | 2/8/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 50290 | Dow Jones News Service |
| 2/12/2013 | 7:03 AM | 2/12/2013 | Qualcomm Cut to Neutral From Overweight by JPMorgan | Dow Jones Global Equities News |
| 2/12/2013 | 8:46 AM | 2/12/2013 | MARKET TALK: Qualcomm Smartphone Horizon in Sight, Says J.P. Morgan | Dow Jones News Service |
| 2/12/2013 | 8:46 AM | 2/12/2013 | MARKET TALK: Qualcomm Smartphone Horizon in Sight, Says J.P. Morgan | Dow Jones News Service |
| 2/15/2013 | 9:28 AM | 2/15/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 73641 | Dow Jones News Service |
| 2/18/2013 | 1:21 AM | 2/19/2013 | DJ The Coming Smartphone Slowdown | Dow Jones Chinese Financial Wire |
| 2/19/2013 | 9:28 AM | 2/19/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 78721 | Dow Jones News Service |
| 2/19/2013 | 3:52 PM | 2/19/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 60345 | Dow Jones News Service |
| 2/20/2013 | 12:00 PM | 2/20/2013 | All Things Digital: Qualcomm's New Snapdragon Processor Packs Two More Surprises | Dow Jones News Service |
| 2/21/2013 | 8:47 AM | 2/21/2013 | ParkerVision Receives Favorable Markman Order In Patent Infringement Action Against Qualcomm | Dow Jones News Service |
| 2/21/2013 | 9:16 AM | 2/21/2013 | ParkerVision Says Court Adopted Most of Its Terms in Markman Hearing | Dow Jones News Service |
| 2/21/2013 | 9:16 AM | 2/21/2013 | ParkerVision Says Court Adopted Most of Terms in Hearing | Dow Jones Top News & Commentary |
| 2/21/2013 | 9:31 AM | 2/21/2013 | ParkerVision Says Court Adopted Most of Its Terms in Markman Hearing | Dow Jones Global News Select |
| 2/21/2013 | 10:00 AM | 2/21/2013 | MARKET TALK: ParkerVision Rides High After Win at Hearing | Dow Jones News Service |
| 2/21/2013 | 10:00 AM | 2/21/2013 | MARKET TALK: ParkerVision Rides High After Win at Hearing | Dow Jones News Service |
| 2/21/2013 | 11:47 AM | 2/21/2013 | UPDATE: ParkerVision Says Court Adopted Most of Its Terms in Markman Hearing | Dow Jones News Service |
| 2/21/2013 | 12:02 PM | 2/21/2013 | UPDATE: ParkerVision Says Court Adopted Most of Its Terms in Markman Hearing | Dow Jones Global News Select |
| 2/21/2013 | 1:16 PM | 2/21/2013 | US HOT STOCKS: ParkerVision, PGT, Repros Therapeutics, Swift Energy -2- | Dow Jones News Service |
| 2/21/2013 | 1:31 PM | 2/21/2013 | WSJ BLOG: Qualcomm Aims at New Mobile-chip Segment, Roiling Rivals | Dow Jones News Service |
| 2/21/2013 | 3:05 PM | 2/21/2013 | 2nd UPDATE: ParkerVision: Court Adopted Most of Its Terms in Markman Hearing | Dow Jones News Service |
| 2/21/2013 | 3:20 PM | 2/21/2013 | 2nd UPDATE: ParkerVision: Court Adopted Most of Its Terms in Markman Hearing | Dow Jones Global News Select |
| 2/21/2013 | 3:55 PM | 2/21/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 63469 | Dow Jones News Service |
| 2/21/2013 | 4:42 PM | 2/22/2013 | All Things Digital: Qualcomm Aims at New Mobile-Chip Segment, Roiling Rivals | Dow Jones News Service |
| 2/22/2013 | 6:49 AM | 2/22/2013 | NY Comptroller DiNapoli: Qualcomm Implements Political Spending Disclosure Policy | Dow Jones News Service |
| 2/22/2013 | 7:51 AM | 2/22/2013 | N.Y. Comptroller: Qualcomm to Post Political Donations Online | Dow Jones News Service |
| 2/22/2013 | 7:51 AM | 2/22/2013 | N.Y. Comptroller: Qualcomm to Post Political Donations Online | Dow Jones Top News & Commentary |
| 2/22/2013 | 8:06 AM | 2/22/2013 | N.Y. Comptroller: Qualcomm to Post Political Donations Online | Dow Jones Global News Select |
| 2/22/2013 | 4:18 PM | 2/25/2013 | UPDATE: Qualcomm Settles Disclosure Suit With New York | Dow Jones News Service |
| 2/22/2013 | 4:40 PM | 2/25/2013 | Qualcomm Settles Disclosure Suit With New York | Dow Jones Top North American Equities Stories |
| 2/22/2013 | 5:07 PM | 2/25/2013 | All Things Digital: Qualcomm Settles Disclosure Suit With New York | Dow Jones News Service |
| 2/25/2013 | 12:57 AM | 2/25/2013 | Qualcomm Settles Disclosure Suit With New York | Dow Jones Top News & Commentary |
| 2/25/2013 | 6:53 AM | 2/25/2013 | Barron's Blog: Qualcomm CEO Jacobs Talks Up 'Internet of Everything' at Mobile Congress | Dow Jones Global Equities News |
| 2/26/2013 | 9:28 AM | 2/26/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 80182 | Dow Jones News Service |
| 2/26/2013 | 9:42 AM | 2/26/2013 | Applied Materials Names Halliday as New Finance Chief | Dow Jones News Service |
| 2/26/2013 | 9:42 AM | 2/26/2013 | Applied Materials Names Halliday as New Finance Chief | Dow Jones Top News & Commentary |
| 2/26/2013 | 9:51 AM | 2/26/2013 | DJ Applied Materials Names Halliday as New Finance Chief | Dow Jones Chinese Financial Wire |
| 2/26/2013 | 9:57 AM | 2/26/2013 | Applied Materials Names Halliday as New Finance Chief | Dow Jones Global News Select |
| 3/4/2013 | 7:00 AM | 3/4/2013 | WebMD And Qualcomm Life Launch Strategic mHealth Collaboration | Dow Jones News Service |
| 3/5/2013 | 7:30 AM | 3/5/2013 | *DJ Qualcomm Increases Quarterly Dividend By 40 Percent And Announces New $5.0 Billion Stock Repurchase Program >QCOM | Dow Jones Institutional News |
| 3/5/2013 | 7:30 AM | 3/5/2013 | PRESS RELEASE: Qualcomm Increases Quarterly Dividend by 40 Percent and Announces New $5.0 Billion Stock Repurchase Program | Dow Jones Institutional News |
| 3/5/2013 | 7:30 AM | 3/5/2013 | Qualcomm Increases Quarterly Dividend By 40 Percent And Announces New $5.0 Billion Stock Repurchase Program | Dow Jones News Service |
| 3/5/2013 | 7:43 AM | 3/5/2013 | MARKET TALK: Qualcomm's Buybacks Haven't Been Consistent | Dow Jones News Service |
| 3/5/2013 | 7:43 AM | 3/5/2013 | MARKET TALK: Qualcomm's Buybacks Haven't Been Consistent | Dow Jones News Service |
| 3/5/2013 | 8:22 AM | 3/5/2013 | DJ Qualcomm Raises Dividend; Boosts Stock Buyback Program >QCOM | Dow Jones Institutional News |
| 3/5/2013 | 8:22 AM | 3/5/2013 | Qualcomm Raises Dividend; Boosts Stock Buyback | Dow Jones Top News & Commentary |
| 3/5/2013 | 8:22 AM | 3/5/2013 | Qualcomm Raises Dividend; Boosts Stock Buyback Program | Dow Jones News Service |
| 3/5/2013 | 8:37 AM | 3/5/2013 | Qualcomm Raises Dividend; Boosts Stock Buyback Program | Dow Jones Global News Select |
| 3/5/2013 | 8:37 AM | 3/5/2013 | Qualcomm Raises Dividend; Boosts Stock Buyback Program | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 3/5/2013 | 8:41 AM | 3/5/2013 | DJ Qualcomm Raises Dividend; Boosts Stock Buyback Program QCOM | Dow Jones Chinese Financial Wire |
| 3/5/2013 | 9:28 AM | 3/5/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 51410 | Dow Jones News Service |
| 3/5/2013 | 10:40 AM | 3/5/2013 | Tech Stocks: Apple, Qualcomm lead strong tech gains | Dow Jones Commentary |
| 3/5/2013 | 11:06 AM | 3/5/2013 | MARKET TALK: Qualcomm Buyback, Dividend Not as Big as Seems | Dow Jones News Service |
| 3/5/2013 | 11:06 AM | 3/5/2013 | MARKET TALK: Qualcomm Buyback, Dividend Not as Big as Seems | Dow Jones News Service |
| 3/5/2013 | 11:15 AM | 3/5/2013 | WSJ BLOG: Departing Qualcomm CFO Recalls Chip Maker's Milestones | Dow Jones News Service |
| 3/5/2013 | 5:16 PM | 3/6/2013 | Qualcomm Mulling Alternatives for Truck-Tracking Unit | Dow Jones News Service |
| 3/5/2013 | 5:34 PM | 3/6/2013 | DJ Qualcomm Mulling Alternatives for Truck-Tracking Unit - CEO | Dow Jones Institutional News |
| 3/5/2013 | 5:34 PM | 3/6/2013 | Qualcomm Mulling Alternatives for Truck-Tracking Unit - CEO | Dow Jones News Service |
| 3/6/2013 | 7:30 AM | 3/6/2013 | Qualcomm Unit Names Laurie Yoler Senior Vice Pres Of Business Development | Dow Jones News Service |
| 3/6/2013 | 7:33 AM | 3/6/2013 | Qualcomm Cut to Buy From Conviction Buy by Goldman Sachs | Dow Jones Global Equities News |
| 3/6/2013 | 8:30 AM | 3/6/2013 | ITT Exelis Reaches Patent Settlement Agreements With Verizon, Qualcomm, LG And Kyocera | Dow Jones News Service |
| 3/6/2013 | 9:28 AM | 3/6/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 55017 | Dow Jones News Service |
| 3/7/2013 | 3:52 PM | 3/7/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 60348 | Dow Jones News Service |
| 3/8/2013 | 2:32 PM | 3/8/2013 | All Things Digital: After FloTV Debacle, Qualcomm Finding New Use for Broadcast Know-How | Dow Jones News Service |
| 3/8/2013 | 2:38 PM | 3/8/2013 | All Things Digital: After FloTV Debacle, Qualcomm Finding New Use for Broadcast Know-How | Dow Jones News Service |
| 3/8/2013 | 2:40 PM | 3/8/2013 | All Things Digital: After FloTV Debacle, Qualcomm Finding New Use for Broadcast Know-How | Dow Jones News Service |
| 3/8/2013 | 4:05 PM | 3/11/2013 | All Things Digital: After FloTV Debacle, Qualcomm Finding New Use for Broadcast Know-How | Dow Jones News Service |
| 3/13/2013 | 9:28 AM | 3/13/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 54936 | Dow Jones News Service |
| 3/14/2013 | 3:52 PM | 3/14/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 50174 | Dow Jones News Service |
| 3/15/2013 | 9:28 AM | 3/15/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 412843 | Dow Jones News Service |
| 3/15/2013 | 3:52 PM | 3/15/2013 | Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 106305 | Dow Jones News Service |
| 3/15/2013 | 3:55 PM | 3/15/2013 | Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 95298 | Dow Jones News Service |
| 3/17/2013 | 7:05 PM | 3/18/2013 | Sharp: Will Postpone New Share Issuance as Talks with Qualcomm on Investment Conditions Ongoing | Dow Jones Global Equities News |
| 3/17/2013 | 7:37 PM | 3/18/2013 | Sharp's 2nd Capital Injection From Qualcomm Delayed | Dow Jones Top News & Commentary |
| 3/17/2013 | 7:43 PM | 3/18/2013 | Qualcomm Delays New Share Issuance to Sharp | Dow Jones Top Global Market Stories |
| 3/17/2013 | 8:05 PM | 3/18/2013 | Qualcomm to Postpone New Share Issuance to Sharp | Dow Jones Global News Select |
| 3/17/2013 | 8:28 PM | 3/18/2013 | DJ Sharp: Will Postpone New Share Issuance as Talks with Qualcomm on Investment Conditions | Dow Jones Chinese Financial Wire |
| 3/17/2013 | 9:00 PM | 3/18/2013 | News Highlights: Top Equities Stories of the Day | Dow Jones Global Equities News |
| 3/17/2013 | 11:00 PM | 3/18/2013 | News Highlights: Top Equities Stories of the Day | Dow Jones Global Equities News |
| 3/17/2013 | 11:37 PM | 3/18/2013 | UPDATE: Sharp's 2nd Capital Injection From Qualcomm Delayed | Dow Jones Global Equities News |
| 3/18/2013 | 2:13 AM | 3/18/2013 | WSJ BLOG: Global: Sharp Deal With Qualcomm Misses Deadline | Dow Jones Global Equities News |
| 3/18/2013 | 4:11 AM | 3/18/2013 | News Highlights: Top Equities Stories Of The Day | Dow Jones Global Equities News |
| 3/18/2013 | 6:13 AM | 3/18/2013 | Qualcomm Delays New Share Issuance to Sharp | Dow Jones Top North American Equities Stories |
| 3/18/2013 | 3:52 PM | 3/18/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 61656 | Dow Jones News Service |
| 3/18/2013 | 3:55 PM | 3/18/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 59956 | Dow Jones News Service |
| 3/20/2013 | 5:21 AM | 3/20/2013 | WSJ BLOG: Israeli App iOnRoad Wins Global Qualcomm Prize | Dow Jones Global Equities News |
| 3/20/2013 | 9:28 AM | 3/20/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 92473 | Dow Jones News Service |
| 3/22/2013 | 4:14 AM | 3/22/2013 | Sharp: Qualcomm Payment For New Sharp Share Issue Due June 28 | Dow Jones Global Equities News |
| 3/22/2013 | 7:04 AM | 3/22/2013 | Qualcomm Payment for New Sharp Share Issue Due June 28 | Dow Jones Top North American Equities Stories |
| 3/22/2013 | 7:14 AM | 3/22/2013 | Qualcomm Payment for New Sharp Share Issue Due June 28 | Dow Jones Top Global Market Stories |
| 3/22/2013 | 7:35 AM | 3/22/2013 | Qualcomm Payment for New Sharp Share Issue Due June 28 | Dow Jones Global News Select |
| 3/22/2013 | 7:35 AM | 3/22/2013 | Qualcomm Payment for New Sharp Share Issue Due June 28 | Dow Jones Top News & Commentary |
| 3/28/2013 | 2:36 PM | 3/28/2013 | ParkerVision: Court Denies Qualcomm's Motion to Dismiss Claims of Indirect Infringement | Dow Jones News Service |
| 4/1/2013 | 3:52 PM | 4/1/2013 | *DJ Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 65083 | Dow Jones Newswires |
| 4/1/2013 | 3:52 PM | 4/1/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 65083 | Dow Jones News Service |
| 4/1/2013 | 3:55 PM | 4/1/2013 | *DJ Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 62483 | Dow Jones Newswires |
| 4/1/2013 | 3:55 PM | 4/1/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 62483 | Dow Jones News Service |
| 4/2/2013 | 8:31 AM | 4/2/2013 | *DJ Qualcomm Raised to Strong Buy From Outperform by Raymond James >QCOM | Dow Jones Newswires |
| 4/2/2013 | 8:31 AM | 4/2/2013 | DJ Qualcomm Raised to Strong Buy From Outperform by Raymond James >QCOM | Dow Jones Nachrichten auf Deutsch |
| 4/2/2013 | 8:31 AM | 4/2/2013 | Qualcomm Raised to Strong Buy From Outperform by Raymond James | Dow Jones Global Equities News |
| 4/2/2013 | 8:32 AM | 4/2/2013 | *DJ Qualcomm Raised to Strong Buy From Outperform by Raymond James QCOM | Dow Jones Chinese Financial Wire |
| 4/2/2013 | 8:32 AM | 4/2/2013 | DJ Qualcomm Raised to Strong Buy From Outperform by Raymond James >QCOM | Dow Jones Chinese Newswires English Content |
| 4/2/2013 | 8:32 AM | 4/2/2013 | DJ Qualcomm Raised to Strong Buy From Outperform by Raymond James >QCOM | Dow Jones Chinese Newswires English Content |
| 4/2/2013 | 9:30 AM | 4/2/2013 | PRESS RELEASE: Qualcomm Incorporated (NASDAQ: QCOM) Second Quarter Fiscal 2013 Earnings Release and Conference Call | Dow Jones Newswires |
| 4/2/2013 | 3:52 PM | 4/2/2013 | *DJ Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 62673 | Dow Jones Newswires |
| 4/2/2013 | 3:52 PM | 4/2/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 62673 | Dow Jones News Service |
| 4/2/2013 | 3:55 PM | 4/2/2013 | *DJ Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 50555 | Dow Jones Newswires |
| 4/2/2013 | 3:55 PM | 4/2/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 50555 | Dow Jones News Service |
| 4/2/2013 | 5:55 PM | 4/3/2013 | DJ Officer ALTMAN Sells 75,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/2/2013 | 5:55 PM | 4/3/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 4/2/2013 | 5:55 PM | 4/3/2013 | DJ VP JOHNSON Sells 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/3/2013 | 6:04 AM | 4/3/2013 | *DJ Qualcomm Inc Started at Outperform by Northland Securities | Dow Jones Newswires |
| 4/3/2013 | 6:04 AM | 4/3/2013 | DJ Qualcomm Inc Started at Outperform by Northland Securities | Dow Jones Nachrichten auf Deutsch |
| 4/3/2013 | 6:04 AM | 4/3/2013 | Qualcomm Inc Started at Outperform by Northland Securities | Dow Jones Global Equities News |
| 4/3/2013 | 6:05 AM | 4/3/2013 | DJ Qualcomm Inc Started at Outperform by Northland Securities | Dow Jones Chinese Newswires English Content |
| 4/3/2013 | 6:05 AM | 4/3/2013 | DJ Qualcomm Inc Started at Outperform by Northland Securities | Dow Jones Chinese Newswires English Content |
| 4/4/2013 | 7:30 AM | 4/4/2013 | *DJ Qualcomm, MLBAM Announce Technology Collaboration | Dow Jones Newswires |
| 4/4/2013 | 7:30 AM | 4/4/2013 | Qualcomm, MLBAM Announce Technology Collaboration | Dow Jones News Service |
| 4/4/2013 | 3:05 PM | 4/4/2013 | PRESS RELEASE: Qualcomm Technologies, Inc. Extends Collaboration with Facebook to Enhance Performance of Facebook Home and Facebook for Android on All Qualcomm Snapdragon-Powered Devices | Dow Jones Newswires |
| 4/4/2013 | 5:18 PM | 4/5/2013 | DJ VP ABERLE Sells 10,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/4/2013 | 10:49 PM | 4/5/2013 | DJ VP ABERLE Registers 10,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/7/2013 | 11:10 PM | 4/8/2013 | DJ MARKET TALK: Barclays Raises TSMC Target To NT$128 From NT$114 | Dow Jones Newswires |
| 4/7/2013 | 11:10 PM | 4/8/2013 | MARKET TALK: Barclays Raises TSMC Target To NT$128 From NT$114 | Dow Jones Global Equities News |
| 4/7/2013 | 11:23 PM | 4/8/2013 | DJ MARKET TALK: Barclays Raises TSMC Target To NT$128 From NT$114 | Dow Jones Chinese Financial Wire |
| 4/7/2013 | 11:23 PM | 4/8/2013 | DJ MARKET TALK: Barclays Raises TSMC Target To NT$128 From NT$114 | Dow Jones Chinese Newswires English Content |
| 4/8/2013 | 8:57 PM | 4/9/2013 | DJ Chmn JACOBS Sells 22,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/8/2013 | 8:57 PM | 4/9/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/9/2013 | 9:00 AM | 4/9/2013 | PRESS RELEASE: Qualcomm Declares Quarterly Cash Dividend | Dow Jones Newswires |
| 4/10/2013 | 8:04 PM | 4/11/2013 | DJ Chmn JACOBS Sells 30,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/12/2013 | 9:28 AM | 4/12/2013 | *DJ Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 185833 | Dow Jones Newswires |
| 4/12/2013 | 9:28 AM | 4/12/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 185833 | Dow Jones News Service |
| 4/12/2013 | 2:55 PM | 4/12/2013 | DJ Pres MOLLENKOPF Sells 9,750 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/12/2013 | 3:52 PM | 4/12/2013 | *DJ Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 93017 | Dow Jones Newswires |
| 4/12/2013 | 3:52 PM | 4/12/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 93017 | Dow Jones News Service |
| 4/12/2013 | 3:55 PM | 4/12/2013 | *DJ Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 64634 | Dow Jones Newswires |
| 4/12/2013 | 3:55 PM | 4/12/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 64634 | Dow Jones News Service |
| 4/12/2013 | 5:25 PM | 4/15/2013 | DJ Dir CRUICKSHANK Acquires 2,806 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/15/2013 | 3:52 PM | 4/15/2013 | *DJ Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 56648 | Dow Jones Newswires |
| 4/15/2013 | 3:52 PM | 4/15/2013 | Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 56648 | Dow Jones News Service |
| 4/16/2013 | 5:38 PM | 4/17/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/16/2013 | 5:38 PM | 4/17/2013 | DJ VP ROSENBERG Sells 50,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/16/2013 | 10:36 PM | 4/17/2013 | DJ Pres MOLLENKOPF Registers 9,750 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/19/2013 | 5:02 AM | 4/19/2013 | Gesture Recognition: The Next Big Deal | Dow Jones Top News & Commentary |
| 4/19/2013 | 9:28 AM | 4/19/2013 | *DJ Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 138470 | Dow Jones Newswires |
| 4/19/2013 | 9:28 AM | 4/19/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 138470 | Dow Jones News Service |
| 4/19/2013 | 9:35 AM | 4/19/2013 | DJ Gesture Recognition: The Next Big Deal | Dow Jones Institutional News |
| 4/19/2013 | 9:50 AM | 4/19/2013 | DJ Gesture Recognition: The Next Big Deal | Dow Jones Institutional News |
| 4/19/2013 | 9:50 AM | 4/19/2013 | Gesture Recognition: The Next Big Deal | Dow Jones Global Equities News |
| 4/22/2013 | 8:59 AM | 4/22/2013 | DJ CHART Qualcomm: caution | Dow Jones Newswires |
| 4/22/2013 | 9:28 AM | 4/22/2013 | *DJ Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 54031 | Dow Jones Newswires |
| 4/22/2013 | 9:28 AM | 4/22/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 54031 | Dow Jones News Service |
| 4/22/2013 | 7:15 PM | 4/23/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/22/2013 | 9:44 PM | 4/23/2013 | DJ A Boost For Cornell's Tech Campus On Roosevelt Island | Dow Jones Newswires |
| 4/23/2013 | 10:22 PM | 4/24/2013 | DJ VP ROSENBERG Registers 50,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/24/2013 | 4:00 PM | 4/25/2013 | *DJ Qualcomm 2Q Rev $6.12B >QCOM | Dow Jones Newswires |
| 4/24/2013 | 4:00 PM | 4/25/2013 | DJ Qualcomm 2Q Adj EPS $1.17 >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:00 PM | 4/25/2013 | DJ Qualcomm 2Q EPS $1.06 >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:00 PM | 4/25/2013 | DJ Qualcomm 2Q Net $1.87B >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:00 PM | 4/25/2013 | DJ Qualcomm 2Q Rev $6.12B >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:00 PM | 4/25/2013 | DJ Qualcomm 2Q Rev $6.12B >QCOM | Dow Jones Nachrichten auf Deutsch |
| 4/24/2013 | 4:00 PM | 4/25/2013 | Qualcomm 2Q Rev $6.12B | Dow Jones News Service |
| 4/24/2013 | 4:04 PM | 4/25/2013 | *DJ Qualcomm 2Q Net $1.87B QCOM | Dow Jones Chinese Financial Wire |
| 4/24/2013 | 4:04 PM | 4/25/2013 | *DJ Qualcomm 2Q Rev $6.12B QCOM | Dow Jones Chinese Financial Wire |
| 4/24/2013 | 4:04 PM | 4/25/2013 | DJ<br>Qualcomm 2Q Net $1.87B >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:04 PM | 4/25/2013 | DJ Qualcomm 2Q Net $1.87B >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:05 PM | 4/25/2013 | *DJ Qualcomm 2Q Adj EPS $1.17 QCOM | Dow Jones Chinese Financial Wire |
| 4/24/2013 | 4:05 PM | 4/25/2013 | *DJ Qualcomm 2Q EPS $1.06 QCOM | Dow Jones Chinese Financial Wire |
| 4/24/2013 | 4:05 PM | 4/25/2013 | DJ<br>Qualcomm 2Q EPS $1.06 >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:05 PM | 4/25/2013 | DJ<br>Qualcomm 2Q Rev $6.12B >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:05 PM | 4/25/2013 | DJ<br>Qualcomm 2Q Rev $6.12B >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:05 PM | 4/25/2013 | DJ Qualcomm 2Q EPS $1.06 >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:06 PM | 4/25/2013 | DJ<br>Qualcomm 2Q Adj EPS $1.17 >QCOM | Dow Jones Chinese Newswires English Content |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 4/24/2013 | 4:06 PM | 4/25/2013 | DJ Qualcomm 2Q Adj EPS $1.17 >QCOM | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:11 PM | 4/25/2013 | DJ Qualcomm Files 8K - Operations And Financial Condition >QCOM | Dow Jones Newswires |
| 4/24/2013 | 4:14 PM | 4/25/2013 | *DJ Qualcomm Shares Down 5% After 2Q Report | Dow Jones Newswires |
| 4/24/2013 | 4:14 PM | 4/25/2013 | Qualcomm Shares Down 5% After 2Q Report | Dow Jones News Service |
| 4/24/2013 | 4:15 PM | 4/25/2013 | *DJ Qualcomm Shares Down 5% After 2Q Report | Dow Jones Chinese Financial Wire |
| 4/24/2013 | 4:15 PM | 4/25/2013 | DJ<br>Qualcomm Shares Down 5% After 2Q Report | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 4:17 PM | 4/25/2013 | *DJ Qualcomm CEO Sees 31% Revenue Growth in Current Quarter | Dow Jones Newswires |
| 4/24/2013 | 4:17 PM | 4/25/2013 | DJ<br>Qualcomm CEO Sees 31% Revenue Growth in Current Quarter | Dow Jones Nachrichten auf Deutsch |
| 4/24/2013 | 4:18 PM | 4/25/2013 | *DJ Qualcomm CEO Sees 31% Revenue Growth in Current Quarter | Dow Jones Newswires |
| 4/24/2013 | 4:18 PM | 4/25/2013 | DJ Qualcomm 2nd-Quarter Profit Down 16% on Discontinued Operations | Dow Jones Newswires |
| 4/24/2013 | 4:18 PM | 4/25/2013 | DJ Qualcomm CEO Sees 31% Revenue Growth in Current Quarter | Dow Jones Nachrichten auf Deutsch |
| 4/24/2013 | 4:18 PM | 4/25/2013 | Qualcomm 2nd-Quarter Profit Down 16% on Discontinued Operations | Dow Jones News Service |
| 4/24/2013 | 4:18 PM | 4/25/2013 | Qualcomm CEO Sees 31% Revenue Growth in Current Quarter | Dow Jones News Service |
| 4/24/2013 | 4:18 PM | 4/25/2013 | Qualcomm Profit Down 16% on Discontinued Operations | Dow Jones Top News & Commentary |
| 4/24/2013 | 4:30 PM | 4/25/2013 | Qualcomm Continues to Ride Mobile Chip Demand | Dow Jones Top North American Equities Stories |
| 4/24/2013 | 4:33 PM | 4/25/2013 | Qualcomm 2nd-Quarter Profit Down 16% on Discontinued Operations | Dow Jones Global News Select |
| 4/24/2013 | 4:33 PM | 4/25/2013 | Qualcomm 2nd-Quarter Profit Down 16% on Discontinued Operations | Dow Jones Newswires |
| 4/24/2013 | 4:35 PM | 4/25/2013 | Qualcomm Continues to Ride Mobile Chip Demand | Dow Jones Top Global Market Stories |
| 4/24/2013 | 4:55 PM | 4/25/2013 | Qualcomm Continues to Ride Mobile Chip Demand | Dow Jones Global News Select |
| 4/24/2013 | 4:55 PM | 4/25/2013 | Qualcomm Continues to Ride Mobile Chip Demand | Dow Jones Newswires |
| 4/24/2013 | 5:26 PM | 4/25/2013 | DJ Qualcomm Continues to Ride Mobile Chip Demand | Dow Jones Institutional News |
| 4/24/2013 | 5:26 PM | 4/25/2013 | Qualcomm Continues to Ride Mobile Chip Demand | Dow Jones News Service |
| 4/24/2013 | 5:26 PM | 4/25/2013 | Qualcomm Continues to Ride Mobile Chip Demand | Dow Jones Top News & Commentary |
| 4/24/2013 | 5:42 PM | 4/25/2013 | DJ<br>Qualcomm 2nd-Quarter Profit Down 16% on Discontinued Operations | Dow Jones Chinese Newswires English Content |
| 4/24/2013 | 5:42 PM | 4/25/2013 | DJ Qualcomm 2nd-Quarter Profit Down 16% on Discontinued Operations | Dow Jones Chinese Financial Wire |
| 4/24/2013 | 5:58 PM | 4/25/2013 | All Things Digital: Qualcomm Revenue Rises 24 Percent | Dow Jones News Service |
| 4/24/2013 | 5:58 PM | 4/25/2013 | DJ All Things Digital: Qualcomm Revenue Rises 24 Percent | Dow Jones Newswires |
| 4/25/2013 | 9:28 AM | 4/25/2013 | *DJ Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 162800 | Dow Jones Newswires |
| 4/25/2013 | 9:28 AM | 4/25/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 162800 | Dow Jones News Service |
| 4/25/2013 | 3:52 PM | 4/25/2013 | *DJ Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 63848 | Dow Jones Newswires |
| 4/25/2013 | 3:52 PM | 4/25/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 63848 | Dow Jones News Service |
| 4/25/2013 | 3:55 PM | 4/25/2013 | *DJ Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 65922 | Dow Jones Newswires |
| 4/25/2013 | 3:55 PM | 4/25/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 65922 | Dow Jones News Service |
| 4/26/2013 | 9:28 AM | 4/26/2013 | *DJ Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 85970 | Dow Jones Newswires |
| 4/26/2013 | 9:28 AM | 4/26/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 85970 | Dow Jones News Service |
| 4/29/2013 | 3:52 PM | 4/29/2013 | *DJ Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 67650 | Dow Jones Newswires |
| 4/29/2013 | 3:52 PM | 4/29/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 67650 | Dow Jones News Service |
| 4/29/2013 | 6:28 PM | 4/30/2013 | DJ Officer ALTMAN Sells 200,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 4/30/2013 | 6:38 PM | 5/1/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/3/2013 | 9:28 AM | 5/3/2013 | *DJ Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 68693 | Dow Jones Newswires |
| 5/3/2013 | 9:28 AM | 5/3/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 68693 | Dow Jones News Service |
| 5/3/2013 | 10:24 AM | 5/3/2013 | DJ Chmn JACOBS Sells 9,662 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/3/2013 | 10:24 AM | 5/3/2013 | DJ Officer ALTMAN Sells 50,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/3/2013 | 10:24 AM | 5/3/2013 | DJ VP JOHNSON Sells 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/3/2013 | 3:52 PM | 5/3/2013 | *DJ Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 53080 | Dow Jones Newswires |
| 5/3/2013 | 3:52 PM | 5/3/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 53080 | Dow Jones News Service |
| 5/6/2013 | 4:30 AM | 5/6/2013 | DJ CHART Qualcomm: caution | Dow Jones Newswires |
| 5/6/2013 | 3:51 PM | 5/6/2013 | DJ VP ABERLE Sells 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/6/2013 | 4:05 PM | 5/7/2013 | All Things Digital: Exclusive: Jon Rubinstein Joins Board of Qualcomm, as Mobile Chipmaker Ups Its Silicon Valley Cred | Dow Jones News Service |
| 5/6/2013 | 4:05 PM | 5/7/2013 | DJ All Things Digital: Exclusive: Jon Rubinstein Joins Board of Qualcomm, as Mobile Chipmaker Ups Its Silicon Valley Cred | Dow Jones Newswires |
| 5/6/2013 | 4:12 PM | 5/7/2013 | All Things Digital: Exclusive: Jon Rubinstein Joins Board of Qualcomm, as Mobile Chipmaker Ups Its Silicon Valley Cred | Dow Jones News Service |
| 5/6/2013 | 4:12 PM | 5/7/2013 | DJ All Things Digital: Exclusive: Jon Rubinstein Joins Board of Qualcomm, as Mobile Chipmaker Ups Its Silicon Valley Cred | Dow Jones Newswires |
| 5/6/2013 | 4:30 PM | 5/7/2013 | *DJ Qualcomm Elects Jonathan Rubinstein To Bd Of Directors | Dow Jones Newswires |
| 5/6/2013 | 4:30 PM | 5/7/2013 | Qualcomm Elects Jonathan Rubinstein To Bd Of Directors | Dow Jones News Service |
| 5/6/2013 | 4:42 PM | 5/7/2013 | Barron's Blog: He's Back! Ex-Palm, Apple, HPQ Vet Jon Rubinstein Joins Board of Qualcomm | Dow Jones Global Equities News |
| 5/6/2013 | 4:42 PM | 5/7/2013 | Barron's Blog: He's Back! Ex-Palm, Apple, HPQ Vet Jon Rubinstein Joins Board of Qualcomm | Dow Jones Newswires |
| 5/6/2013 | 4:44 PM | 5/7/2013 | All Things Digital: Exclusive: Jon Rubinstein Joins Board of Qualcomm, as Mobile Chipmaker Ups Its Silicon Valley Cred | Dow Jones News Service |
| 5/6/2013 | 4:44 PM | 5/7/2013 | Barron's Blog: He's Back! Ex-Palm, Apple, HPQ Vet Jon Rubinstein Joins Board of Qualcomm | Dow Jones Global Equities News |
| 5/6/2013 | 4:44 PM | 5/7/2013 | Barron's Blog: He's Back! Ex-Palm, Apple, HPQ Vet Jon Rubinstein Joins Board of Qualcomm | Dow Jones Newswires |
| 5/6/2013 | 4:44 PM | 5/7/2013 | DJ All Things Digital: Exclusive: Jon Rubinstein Joins Board of Qualcomm, as Mobile Chipmaker Ups Its Silicon Valley Cred | Dow Jones Newswires |
| 5/6/2013 | 4:45 PM | 5/7/2013 | Barron's Blog: He's Back! Ex-Palm, Apple, HPQ Vet Jon Rubinstein Joins Board of Qualcomm | Dow Jones Global Equities News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 5/6/2013 | 4:45 PM | 5/7/2013 | Barron's Blog: He's Back! Ex-Palm, Apple, HPQ Vet Jon Rubinstein Joins Board of Qualcomm | Dow Jones Newswires |
| 5/6/2013 | 4:47 PM | 5/7/2013 | All Things Digital: Jon Rubinstein Joins Board of Qualcomm, as Mobile Chipmaker Ups Its Silicon Valley Cred | Dow Jones News Service |
| 5/6/2013 | 4:47 PM | 5/7/2013 | DJ All Things Digital: Jon Rubinstein Joins Board of Qualcomm, as Mobile Chipmaker Ups Its Silicon Valley Cred | Dow Jones Newswires |
| 5/6/2013 | 4:48 PM | 5/7/2013 | Barron's Blog: He's Back! Ex-Palm, Apple, HPQ Vet Jon Rubinstein Joins Board of Qualcomm | Dow Jones Global Equities News |
| 5/6/2013 | 4:48 PM | 5/7/2013 | Barron's Blog: He's Back! Ex-Palm, Apple, HPQ Vet Jon Rubinstein Joins Board of Qualcomm | Dow Jones Newswires |
| 5/6/2013 | 10:23 PM | 5/7/2013 | DJ VP ABERLE Registers 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/7/2013 | 4:29 PM | 5/8/2013 | DJ Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Newswires |
| 5/8/2013 | 6:30 PM | 5/9/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/9/2013 | 3:52 PM | 5/9/2013 | *DJ Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 57344 | Dow Jones Newswires |
| 5/9/2013 | 3:52 PM | 5/9/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 57344 | Dow Jones News Service |
| 5/10/2013 | 3:52 PM | 5/10/2013 | *DJ Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 72148 | Dow Jones Newswires |
| 5/10/2013 | 3:52 PM | 5/10/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 72148 | Dow Jones News Service |
| 5/10/2013 | 3:55 PM | 5/10/2013 | *DJ Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 54735 | Dow Jones Newswires |
| 5/10/2013 | 3:55 PM | 5/10/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 54735 | Dow Jones News Service |
| 5/10/2013 | 11:02 PM | 5/13/2013 | DJ VP JOHNSON Registers 24,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/13/2013 | 4:20 PM | 5/14/2013 | DJ Officer/Dir ALTMAN Sells 25,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/13/2013 | 4:20 PM | 5/14/2013 | DJ VP ABERLE Sells 3,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/14/2013 | 5:20 PM | 5/15/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/14/2013 | 5:21 PM | 5/15/2013 | DJ Pres MOLLENKOPF Sells 26,520 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/15/2013 | 10:37 PM | 5/16/2013 | DJ Pres MOLLENKOPF Registers 26,520 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/15/2013 | 10:59 PM | 5/16/2013 | DJ VP ABERLE Registers 3,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/16/2013 | 9:28 AM | 5/16/2013 | *DJ Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 61395 | Dow Jones Newswires |
| 5/16/2013 | 9:28 AM | 5/16/2013 | Qualcomm (QCOM) Mkt On Open Sell Imbalance: Shrs 61395 | Dow Jones News Service |
| 5/16/2013 | 5:28 PM | 5/17/2013 | DJ VP ROSENBERG Sells 50,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/16/2013 | 5:30 PM | 5/17/2013 | DJ Chmn JACOBS Sells 27,244 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/17/2013 | 9:28 AM | 5/17/2013 | *DJ Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 119136 | Dow Jones Newswires |
| 5/17/2013 | 9:28 AM | 5/17/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 119136 | Dow Jones News Service |
| 5/17/2013 | 10:56 AM | 5/17/2013 | DJ Sharp to Receive Remaining Qualcomm Payment by June -Kyodo | Dow Jones Newswires |
| 5/17/2013 | 10:56 AM | 5/17/2013 | Sharp to Receive Remaining Qualcomm Payment by June | Dow Jones Top News & Commentary |
| 5/17/2013 | 10:56 AM | 5/17/2013 | Sharp to Receive Remaining Qualcomm Payment by June -Kyodo | Dow Jones News Service |
| 5/17/2013 | 10:44 PM | 5/20/2013 | DJ Holder JACOBS PAUL E & STACY TRUST Registers 400,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/17/2013 | 10:50 PM | 5/20/2013 | DJ Holder ALTMAN FAMILY TRUST Registers 400,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/17/2013 | 10:59 PM | 5/20/2013 | DJ VP AMON Registers 30,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/17/2013 | 10:59 PM | 5/20/2013 | DJ VP RENDUCHINTALA Registers 30,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/20/2013 | 3:24 PM | 5/20/2013 | DJ VP GILBERT Sells 66,788 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/21/2013 | 10:46 PM | 5/22/2013 | DJ Holder JACOBS PAUL E ANNUITY TR # 19 Registers 10,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/21/2013 | 10:48 PM | 5/22/2013 | DJ Holder JACOBS STACY R ANNUITY TR # 19 Registers 10,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/21/2013 | 11:43 PM | 5/22/2013 | Samsung to Buy 10% in Handset Maker Pantech | Dow Jones Top News & Commentary |
| 5/22/2013 | 4:16 AM | 5/22/2013 | DJ QUALCOMM Inc, Inst Holders, 1Q 2013 (QCOM) | Dow Jones Newswires |
| 5/22/2013 | 4:35 AM | 5/22/2013 | UPDATE: Samsung Steps Up Investment In Rivals, Buys 10% Stake in Pantech | Dow Jones Global Equities News |
| 5/22/2013 | 6:30 AM | 5/22/2013 | Samsung Steps Up Investment In Rivals, Buys 10% Stake in Pantech | Dow Jones Top Global Market Stories |
| 5/22/2013 | 6:30 AM | 5/22/2013 | Samsung Steps Up Investment In Rivals, Buys 10% Stake in Pantech | Dow Jones Top North American Equities Stories |
| 5/22/2013 | 6:45 AM | 5/22/2013 | Samsung Steps Up Investment in Rivals | Dow Jones Global News Select |
| 5/22/2013 | 6:45 AM | 5/22/2013 | Samsung Steps Up Investment in Rivals | Dow Jones Newswires |
| 5/22/2013 | 6:45 AM | 5/22/2013 | Samsung Steps Up Investment in Rivals | Dow Jones Top News & Commentary |
| 5/22/2013 | 6:21 PM | 5/23/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/22/2013 | 6:45 PM | 5/23/2013 | DJ VP AMON Acquires 11,221 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/22/2013 | 6:45 PM | 5/23/2013 | DJ VP RENDUCHINTALA Acquires 11,221 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/22/2013 | 6:46 PM | 5/23/2013 | DJ VP THOMPSON Acquires 11,412 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/23/2013 | 8:46 PM | 5/24/2013 | DJ VP AMON Sells 11,219 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/23/2013 | 8:47 PM | 5/24/2013 | DJ VP RENDUCHINTALA Sells 11,219 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/23/2013 | 10:39 PM | 5/24/2013 | DJ VP ROSENBERG Registers 50,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/24/2013 | 4:08 PM | 5/28/2013 | DJ VP AMON Sells 5,080 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/24/2013 | 4:08 PM | 5/28/2013 | DJ VP RENDUCHINTALA Sells 7,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/29/2013 | 8:16 PM | 5/30/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 5/30/2013 | 11:01 AM | 5/30/2013 | DJ CHART Qualcomm: caution | Dow Jones Newswires |
| 5/31/2013 | 3:52 PM | 5/31/2013 | *DJ Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 56434 | Dow Jones Newswires |
| 5/31/2013 | 3:52 PM | 5/31/2013 | Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 56434 | Dow Jones News Service |
| 6/2/2013 | 1:09 PM | 6/3/2013 | All Things D:Anand Chandrasekher on How Qualcomm is a Triathlete and Intel is Lance Armstrong | Dow Jones News Service |
| 6/2/2013 | 1:09 PM | 6/3/2013 | DJ All Things D:Anand Chandrasekher on How Qualcomm is a Triathlete and Intel is Lance Armstrong | Dow Jones Newswires |
| 6/2/2013 | 5:44 PM | 6/3/2013 | All Things D:Anand Chandrasekher on How Qualcomm Is a Triathlete and Intel Is Lance Armstrong | Dow Jones News Service |
| 6/2/2013 | 5:44 PM | 6/3/2013 | DJ All Things D:Anand Chandrasekher on How Qualcomm Is a Triathlete and Intel Is Lance Armstrong | Dow Jones Newswires |
| 6/3/2013 | 7:00 PM | 6/4/2013 | PRESS RELEASE: Qualcomm Expands its Qualcomm Reference Design Offering to Include a Reference Design for High-Performance Tablets | Dow Jones Newswires |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 6/3/2013 | 7:00 PM | 6/4/2013 | PRESS RELEASE: Qualcomm Integrates Multimode 3G/4G LTE into Qualcomm Snapdragon 400 Processors with Quad-Core CPUs for High-Volume Smartphones in Emerging Regions | Dow Jones Newswires |
| 6/3/2013 | 7:00 PM | 6/4/2013 | PRESS RELEASE: Qualcomm Works with Microsoft to Offer Snapdragon 800 processors for Windows RT 8.1 | Dow Jones Newswires |
| 6/3/2013 | 7:02 PM | 6/4/2013 | PRESS RELEASE: Qualcomm Gives 802.11ac a Boost | Dow Jones Newswires |
| 6/3/2013 | 7:02 PM | 6/4/2013 | PRESS RELEASE: Qualcomm Introduces Multi-mode 3G, 4G, Wi-Fi Small Cell Solutions for Next-Generation Pico, Metro and Enterprise Applications | Dow Jones Newswires |
| 6/4/2013 | 10:44 AM | 6/4/2013 | DJ VP THOMPSON Sells 9,791 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/4/2013 | 10:44 PM | 6/5/2013 | DJ VP THOMPSON Registers 9,791 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/5/2013 | 7:53 AM | 6/5/2013 | DJ CHART Qualcomm ST: the downside prevails as long as 65.8 is resistance | Dow Jones Newswires |
| 6/5/2013 | 3:08 PM | 6/5/2013 | DJ Officer ALTMAN Sells 50,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/5/2013 | 3:08 PM | 6/5/2013 | DJ VP ABERLE Sells 4,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/5/2013 | 3:08 PM | 6/5/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/5/2013 | 3:09 PM | 6/5/2013 | DJ VP JOHNSON Sells 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/5/2013 | 10:35 PM | 6/6/2013 | DJ VP ABERLE Registers 4,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/7/2013 | 7:21 AM | 6/7/2013 | DJ CHART Qualcomm ST: the downside prevails as long as 65 is resistance | Dow Jones Newswires |
| 6/7/2013 | 8:07 AM | 6/7/2013 | *DJ Qualcomm Started at Hold by Topeka Capital >QCOM | Dow Jones Newswires |
| 6/7/2013 | 8:07 AM | 6/7/2013 | DJ<br>Qualcomm Started at Hold by Topeka Capital >QCOM | Dow Jones Chinese Newswires English Content |
| 6/7/2013 | 8:07 AM | 6/7/2013 | DJ Qualcomm Started at Hold by Topeka Capital >QCOM | Dow Jones Chinese Newswires English Content |
| 6/7/2013 | 8:07 AM | 6/7/2013 | DJ Qualcomm Started at Hold by Topeka Capital >QCOM | Dow Jones Nachrichten auf Deutsch |
| 6/7/2013 | 8:07 AM | 6/7/2013 | Qualcomm Started at Hold by Topeka Capital | Dow Jones Global Equities News |
| 6/7/2013 | 3:52 PM | 6/7/2013 | *DJ Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 122376 | Dow Jones Newswires |
| 6/7/2013 | 3:52 PM | 6/7/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 122376 | Dow Jones News Service |
| 6/7/2013 | 3:55 PM | 6/7/2013 | *DJ Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 107919 | Dow Jones Newswires |
| 6/7/2013 | 3:55 PM | 6/7/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 107919 | Dow Jones News Service |
| 6/12/2013 | 3:35 PM | 6/12/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/12/2013 | 4:07 PM | 6/13/2013 | DJ Pres MOLLENKOPF Sells 8,583 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/12/2013 | 10:57 PM | 6/13/2013 | DJ VP GROB Registers 75,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/13/2013 | 10:30 PM | 6/14/2013 | DJ Pres MOLLENKOPF Registers 8,583 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/14/2013 | 7:14 AM | 6/14/2013 | DJ CHART Qualcomm ST: the downside prevails as long as 63.2 is resistance | Dow Jones Newswires |
| 6/18/2013 | 2:35 PM | 6/18/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/18/2013 | 2:35 PM | 6/18/2013 | DJ VP ROSENBERG Sells 55,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/19/2013 | 7:42 AM | 6/19/2013 | DJ CHART Qualcomm ST: the downside prevails as long as 63.9 is resistance | Dow Jones Newswires |
| 6/19/2013 | 9:00 PM | 6/20/2013 | PRESS RELEASE: Qualcomm Expands Qualcomm Snapdragon 200 Processor Tier | Dow Jones Newswires |
| 6/19/2013 | 10:00 PM | 6/20/2013 | PRESS RELEASE: LG, Qualcomm Expand Successful Collaboration With Next G Series Smartphone | Dow Jones Newswires |
| 6/20/2013 | 2:00 AM | 6/20/2013 | PRESS RELEASE: Youku Tudou and Qualcomm Collaborate to Provide High Quality Video on its Mobile Platform | Dow Jones Newswires |
| 6/20/2013 | 7:26 AM | 6/20/2013 | DJ CHART Qualcomm ST: the downside prevails as long as 63.9 is resistance | Dow Jones Newswires |
| 6/21/2013 | 3:52 PM | 6/21/2013 | *DJ Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 62834 | Dow Jones Newswires |
| 6/21/2013 | 3:52 PM | 6/21/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 62834 | Dow Jones News Service |
| 6/21/2013 | 3:55 PM | 6/21/2013 | *DJ Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 75134 | Dow Jones Newswires |
| 6/21/2013 | 3:55 PM | 6/21/2013 | Qualcomm (QCOM) Mkt On Close Buy Imbalance: Shrs 75134 | Dow Jones News Service |
| 6/24/2013 | 1:14 AM | 6/24/2013 | DJ Sharp: Qualcomm Completes Payment For Second Round Of New Share Issue | Dow Jones Newswires |
| 6/24/2013 | 1:14 AM | 6/24/2013 | Sharp: Qualcomm Completes Payment For Second Round Of New Share Issue | Dow Jones Global Equities News |
| 6/24/2013 | 1:35 AM | 6/24/2013 | Qualcomm Pays Up for Round 2 of Sharp's New Shares | Dow Jones Top News & Commentary |
| 6/24/2013 | 9:00 AM | 6/24/2013 | *DJ Live Nation Entertainment Appoints Qualcomm's Peggy Johnson Bd Of Directors >LYV | Dow Jones Newswires |
| 6/24/2013 | 9:00 AM | 6/24/2013 | Live Nation Entertainment Appoints Qualcomm's Peggy Johnson Bd Of Directors | Dow Jones News Service |
| 6/24/2013 | 10:00 AM | 6/24/2013 | DJ CHART Qualcomm ST: the RSI is oversold | Dow Jones Newswires |
| 6/25/2013 | 12:51 PM | 6/25/2013 | DJ CHART Qualcomm ST: gap | Dow Jones Newswires |
| 6/25/2013 | 2:47 PM | 6/25/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 6/26/2013 | 7:30 AM | 6/26/2013 | PRESS RELEASE: Qualcomm Snapdragon 800 Processors Power World's First LTE-Advanced Smartphone | Dow Jones Newswires |
| 6/26/2013 | 9:28 AM | 6/26/2013 | *DJ Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 104046 | Dow Jones Newswires |
| 6/26/2013 | 9:28 AM | 6/26/2013 | Qualcomm (QCOM) Mkt On Open Buy Imbalance: Shrs 104046 | Dow Jones News Service |
| 6/27/2013 | 9:00 AM | 6/27/2013 | PRESS RELEASE: Intrinsyc Announces New Development Kit Featuring the Qualcomm(R) Snapdragon(TM) 800 APQ8074 Processor | Dow Jones Newswires |
| 6/28/2013 | 3:52 PM | 6/28/2013 | *DJ Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 147627 | Dow Jones Newswires |
| 6/28/2013 | 3:52 PM | 6/28/2013 | Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 147627 | Dow Jones News Service |
| 6/28/2013 | 3:55 PM | 6/28/2013 | *DJ Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 93842 | Dow Jones Newswires |
| 6/28/2013 | 3:55 PM | 6/28/2013 | Qualcomm (QCOM) Mkt On Close Sell Imbalance: Shrs 93842 | Dow Jones News Service |
| 7/2/2013 | 2:56 PM | 7/2/2013 | DJ Officer ALTMAN Sells 50,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/2/2013 | 2:56 PM | 7/2/2013 | DJ VP JOHNSON Sells 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/2/2013 | 2:57 PM | 7/2/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/3/2013 | 10:33 AM | 7/3/2013 | DJ CHART Qualcomm ST: short term rebound towards 64.1 | Dow Jones Newswires |
| 7/3/2013 | 2:07 PM | 7/3/2013 | DJ VP ABERLE Sells 2,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/3/2013 | 10:29 PM | 7/5/2013 | DJ VP ROSENBERG Registers 55,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/4/2013 | 1:37 AM | 7/5/2013 | *DJ Bharti Buys Another 2% of Qualcomm Broadband Venture | Dow Jones Institutional News |
| 7/4/2013 | 1:37 AM | 7/5/2013 | Bharti Buys Another 2% of Qualcomm Broadband Venture | Dow Jones Asian Equities Report |
| 7/4/2013 | 1:37 AM | 7/5/2013 | Bharti Buys Another 2% of Qualcomm Broadband Venture | Dow Jones Emerging Markets Report |
| 7/4/2013 | 2:45 AM | 7/5/2013 | Bharti Now Majority Shareholder in Qualcomm 's Indian Broadband Units | Dow Jones Global Equities News |
| 7/4/2013 | 2:45 AM | 7/5/2013 | Bharti Now Majority Shareholder in Qualcomm 's Indian Broadband Units | Dow Jones News Service |
| 7/5/2013 | 10:22 PM | 7/8/2013 | DJ VP ABERLE Registers 2,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/8/2013 | 9:13 AM | 7/8/2013 | DJ MARKET TALK: Cool Commentary About Intel, Qualcomm | Dow Jones Newswires |
| 7/8/2013 | 9:13 AM | 7/8/2013 | DJ MARKET TALK: Cool Commentary About Intel, Qualcomm | Dow Jones Newswires |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 7/8/2013 | 9:13 AM | 7/8/2013 | MARKET TALK: Cool Commentary About Intel, Qualcomm | Dow Jones News Service |
| 7/8/2013 | 9:13 AM | 7/8/2013 | MARKET TALK: Cool Commentary About Intel, Qualcomm | Dow Jones News Service |
| 7/8/2013 | 9:30 AM | 7/8/2013 | PRESS RELEASE: Qualcomm Incorporated (NASDAQ: QCOM) Third Quarter Fiscal 2013 Earnings Release and Conference Call | Dow Jones Newswires |
| 7/8/2013 | 6:39 PM | 7/9/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/10/2013 | 10:01 AM | 7/10/2013 | DJ CHART Qualcomm ST: the downside prevails as long as 61 is resistance | Dow Jones Newswires |
| 7/10/2013 | 7:10 PM | 7/11/2013 | DJ VP GROB Acquires 4,396 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/12/2013 | 12:36 PM | 7/12/2013 | DJ CHART Qualcomm ST: short term rebound | Dow Jones Newswires |
| 7/12/2013 | 2:37 PM | 7/12/2013 | DJ Pres MOLLENKOPF Sells 8,250 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/15/2013 | 9:28 AM | 7/15/2013 | *DJ Qualcomm Cut to Neutral From Buy by Lazard Capital >QCOM | Dow Jones Newswires |
| 7/15/2013 | 9:28 AM | 7/15/2013 | DJ Qualcomm Cut to Neutral From Buy by Lazard Capital >QCOM | Dow Jones Nachrichten auf Deutsch |
| 7/15/2013 | 9:28 AM | 7/15/2013 | DJ Qualcomm Cut to Neutral From Buy by Lazard Capital >QCOM | Dow Jones Chinese Newswires English Content |
| 7/15/2013 | 9:28 AM | 7/15/2013 | DJ Qualcomm Cut to Neutral From Buy by Lazard Capital >QCOM | Dow Jones Chinese Newswires English Content |
| 7/15/2013 | 9:28 AM | 7/15/2013 | Qualcomm Cut to Neutral From Buy by Lazard Capital | Dow Jones Global Equities News |
| 7/15/2013 | 12:10 PM | 7/15/2013 | DJ MARKET TALK: Qualcomm Now Down for Year Amid Smartphone Worries | Dow Jones Newswires |
| 7/15/2013 | 12:10 PM | 7/15/2013 | DJ MARKET TALK: Qualcomm Now Down for Year Amid Smartphone Worries | Dow Jones Newswires |
| 7/15/2013 | 12:10 PM | 7/15/2013 | MARKET TALK: Qualcomm Now Down for Year Amid Smartphone Worries | Dow Jones News Service |
| 7/15/2013 | 12:10 PM | 7/15/2013 | MARKET TALK: Qualcomm Now Down for Year Amid Smartphone Worries | Dow Jones News Service |
| 7/15/2013 | 6:29 PM | 7/16/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/15/2013 | 10:17 PM | 7/16/2013 | DJ Pres MOLLENKOPF Registers 8,250 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/16/2013 | 2:09 PM | 7/16/2013 | Barron's Blog:Apple, Qualcomm: Look Past Churning PC Market, Says Credit Suisse | Dow Jones Global Equities News |
| 7/16/2013 | 2:09 PM | 7/16/2013 | Barron's Blog:Apple, Qualcomm: Look Past Churning PC Market, Says Credit Suisse | Dow Jones Newswires |
| 7/16/2013 | 2:43 PM | 7/16/2013 | Barron's Blog:Apple, Qualcomm: Look Past Churning PC Market, Says Credit Suisse | Dow Jones Global Equities News |
| 7/16/2013 | 2:43 PM | 7/16/2013 | Barron's Blog:Apple, Qualcomm: Look Past Churning PC Market, Says Credit Suisse | Dow Jones Newswires |
| 7/17/2013 | 9:00 AM | 7/17/2013 | PRESS RELEASE: Qualcomm Declares Quarterly Cash Dividend | Dow Jones Newswires |
| 7/18/2013 | 10:49 AM | 7/18/2013 | Telecom Report: Nokia downgraded; Verizon, Qualcomm fall | Dow Jones Commentary |
| 7/18/2013 | 1:48 PM | 7/18/2013 | DJ VP ABERLE Sells 2,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/19/2013 | 10:12 PM | 7/22/2013 | DJ VP ABERLE Registers 2,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/22/2013 | 6:05 AM | 7/22/2013 | DJ CHART Qualcomm ST: short term rebound | Dow Jones Newswires |
| 7/22/2013 | 4:52 PM | 7/23/2013 | Texas Instruments Net Up 48% on One-Time Gain | Dow Jones Top News & Commentary |
| 7/22/2013 | 5:01 PM | 7/23/2013 | DJ Texas Instruments 2nd-Quarter Net Up 48% on One-Time Gain | Dow Jones Chinese Financial Wire |
| 7/22/2013 | 5:01 PM | 7/23/2013 | DJ Texas Instruments 2nd-Quarter Net Up 48% on One-Time Gain | Dow Jones Chinese Newswires English Content |
| 7/22/2013 | 6:06 PM | 7/23/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/24/2013 | 6:07 AM | 7/24/2013 | DJ CHART NEWS WATCH Qualcomm ST: short term rebound | Dow Jones Newswires |
| 7/24/2013 | 4:00 PM | 7/25/2013 | *DJ Qualcomm 3Q Rev $6.24B >QCOM | Dow Jones Newswires |
| 7/24/2013 | 4:00 PM | 7/25/2013 | DJ Qualcomm 3Q Rev $6.24B >QCOM | Dow Jones Chinese Newswires English Content |
| 7/24/2013 | 4:00 PM | 7/25/2013 | Qualcomm 3Q Rev $6.24B | Dow Jones News Service |
| 7/24/2013 | 4:02 PM | 7/25/2013 | Barron's Blog:Qualcomm FYQ3 Revenue, EPS In-Line | Dow Jones Global Equities News |
| 7/24/2013 | 4:02 PM | 7/25/2013 | Barron's Blog:Qualcomm FYQ3 Revenue, EPS In-Line | Dow Jones Newswires |
| 7/24/2013 | 4:04 PM | 7/25/2013 | Barron's Blog:Qualcomm FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Global Equities News |
| 7/24/2013 | 4:04 PM | 7/25/2013 | Barron's Blog:Qualcomm FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Newswires |
| 7/24/2013 | 4:04 PM | 7/25/2013 | DJ Qualcomm Files 8K - Operations And Financial Condition >QCOM | Dow Jones Institutional News |
| 7/24/2013 | 4:06 PM | 7/25/2013 | Barron's Blog:Qualcomm FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Global Equities News |
| 7/24/2013 | 4:06 PM | 7/25/2013 | Barron's Blog:Qualcomm FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Newswires |
| 7/24/2013 | 4:19 PM | 7/25/2013 | DJ Qualcomm 3rd-Quarter Net Jumps 31% on Mobile Chip Demand | Dow Jones Newswires |
| 7/24/2013 | 4:19 PM | 7/25/2013 | Qualcomm 3rd-Quarter Net Jumps 31% on Mobile Chip Demand | Dow Jones News Service |
| 7/24/2013 | 4:23 PM | 7/25/2013 | Qualcomm Net Jumps 31% on Mobile Chip Demand | Dow Jones Top News & Commentary |
| 7/24/2013 | 4:24 PM | 7/25/2013 | Qualcomm 3rd-Quarter Net Jumps 31% on Mobile Chip Demand | Dow Jones Top Global Market Stories |
| 7/24/2013 | 4:24 PM | 7/25/2013 | Qualcomm 3rd-Quarter Net Jumps 31% on Mobile Chip Demand | Dow Jones Top North American Equities Stories |
| 7/24/2013 | 4:26 PM | 7/25/2013 | Barron's Blog:Qualcomm FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Global Equities News |
| 7/24/2013 | 4:26 PM | 7/25/2013 | Barron's Blog:Qualcomm FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Newswires |
| 7/24/2013 | 4:30 PM | 7/25/2013 | Barron's Blog:Qualcomm Up 3%: FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Global Equities News |
| 7/24/2013 | 4:30 PM | 7/25/2013 | Barron's Blog:Qualcomm Up 3%: FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Newswires |
| 7/24/2013 | 4:34 PM | 7/25/2013 | Qualcomm 3rd-Quarter Net Jumps 31% on Mobile Chip Demand | Dow Jones Global News Select |
| 7/24/2013 | 4:34 PM | 7/25/2013 | Qualcomm 3rd-Quarter Net Jumps 31% on Mobile Chip Demand | Dow Jones Newswires |
| 7/24/2013 | 4:35 PM | 7/25/2013 | Barron's Blog:Qualcomm Up 3%: FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Global Equities News |
| 7/24/2013 | 4:35 PM | 7/25/2013 | Barron's Blog:Qualcomm Up 3%: FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Newswires |
| 7/24/2013 | 4:36 PM | 7/25/2013 | Barron's Blog:Qualcomm Up 3%: FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Global Equities News |
| 7/24/2013 | 4:36 PM | 7/25/2013 | Barron's Blog:Qualcomm Up 3%: FYQ3 Revenue, EPS In-Line, Raises Year View | Dow Jones Newswires |
| 7/24/2013 | 4:45 PM | 7/25/2013 | Qualcomm Net Jumps 31% on Mobile Chip Demand | Dow Jones Global News Select |
| 7/24/2013 | 4:45 PM | 7/25/2013 | Qualcomm Net Jumps 31% on Mobile Chip Demand | Dow Jones Newswires |
| 7/24/2013 | 5:53 PM | 7/25/2013 | All Things D:Qualcomm 3rd-Quarter Net Jumps 31 Percent On Mobile Chip Demand | Dow Jones News Service |
| 7/24/2013 | 5:53 PM | 7/25/2013 | DJ All Things D:Qualcomm 3rd-Quarter Net Jumps 31 Percent On Mobile Chip Demand | Dow Jones Newswires |
| 7/24/2013 | 6:02 PM | 7/25/2013 | DJ UPDATE: Qualcomm 3rd-Quarter Net Jumps 31% on Mobile-Chip Demand | Dow Jones Newswires |
| 7/24/2013 | 6:02 PM | 7/25/2013 | UPDATE: Qualcomm 3rd-Quarter Net Jumps 31% on Mobile-Chip Demand | Dow Jones News Service |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 7/24/2013 | 6:21 PM | 7/25/2013 | DJ é«˜é€šç¬¬ä¸‰è´¢å£å‡€åˆ©æ¶¦å¢žé•¿31%ï¼Œå› æ‰‹æœºèŠ¯ç‰‡éœ€æ±‚å¼ºåŠ²>QCOM | Dow Jones Chinese Newswires English Content |
| 7/24/2013 | 6:21 PM | 7/25/2013 | DJ é«˜é€šç¬¬ä¸‰è²¡å£æ·¨åˆ©æ½¤å¢žé•·31%ï¼Œå› æ‰‹æ©ŸèŠ¯ç‰‡éœ€æ±‚å¼·å‹>QCOM | Dow Jones Chinese Newswires English Content |
| 7/24/2013 | 6:21 PM | 7/25/2013 | DJ Qualcomm 3rd-Quarter Net Jumps 31% on Mobile Chip Demand | Dow Jones Chinese Financial Wire |
| 7/24/2013 | 6:21 PM | 7/25/2013 | DJ Qualcomm 3rd-Quarter Net Jumps 31% on Mobile Chip Demand | Dow Jones Chinese Newswires English Content |
| 7/25/2013 | 6:05 AM | 7/25/2013 | DJ CHART Qualcomm ST: short term rebound | Dow Jones Newswires |
| 7/25/2013 | 6:11 AM | 7/25/2013 | DJ ç†±é–€è‚¡é å‘Šï¹•é«˜é€šå…¬å¸ç¬¬ä¸‰è²¡æ”¿å£åº¦åˆ©æ½¤å¢žé•·31% >QCOM | Dow Jones Chinese Newswires English Content |
| 7/25/2013 | 6:11 AM | 7/25/2013 | DJ çƒé—¨è‚¡é¢„å‘Šï¼šé«˜é€šå…¬å¸ç¬¬ä¸‰è´¢æ”¿å£åº¦åˆ©æ¶¦å¢žé•¿31% >QCOM | Dow Jones Chinese Newswires English Content |
| 7/25/2013 | 8:00 AM | 7/25/2013 | All Things D:Fueled by Rise of LTE, Qualcomm Says 500 Phones In the Works Using its Chips | Dow Jones News Service |
| 7/25/2013 | 8:00 AM | 7/25/2013 | DJ All Things D:Fueled by Rise of LTE, Qualcomm Says 500 Phones In the Works Using its Chips | Dow Jones Newswires |
| 7/25/2013 | 9:00 AM | 7/25/2013 | *DJ Qualcomm Cut to Neutral From Buy by Citigroup >QCOM | Dow Jones Newswires |
| 7/25/2013 | 9:00 AM | 7/25/2013 | Qualcomm Cut to Neutral From Buy by Citigroup | Dow Jones Global Equities News |
| 7/25/2013 | 9:02 AM | 7/25/2013 | DJ Qualcomm Cut to Neutral From Buy by Citigroup >QCOM | Dow Jones Chinese Newswires English Content |
| 7/29/2013 | 7:01 PM | 7/30/2013 | DJ VP ABERLE Sells 2,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/29/2013 | 7:02 PM | 7/30/2013 | DJ Officer ALTMAN Sells 25,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/29/2013 | 7:03 PM | 7/30/2013 | DJ VP LEDERER Sells 31,338 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/29/2013 | 7:30 PM | 7/30/2013 | PRESS RELEASE: Alcatel-Lucent and Qualcomm Technologies plan to develop next-generation of small cells for ultra-broadband wireless access | Dow Jones Newswires |
| 7/29/2013 | 8:23 PM | 7/30/2013 | PRESS RELEASE: Alcatel-Lucent and Qualcomm Technologies plan to develop next-generation of small cells for ultra-broadband wireless access | Dow Jones Newswires |
| 7/30/2013 | 1:35 AM | 7/30/2013 | DJ Alcatel-Lucent CEO: Qualcomm Has Taken Small Stake in Alcatel-Lucent | Dow Jones Nachrichten auf Deutsch |
| 7/30/2013 | 1:35 AM | 7/30/2013 | DJ Alcatel-Lucent CEO: Qualcomm Has Taken Small Stake in Alcatel-Lucent Has Taken Small Stake in | Dow Jones Chinese Newswires English Content |
| 7/30/2013 | 1:35 AM | 7/30/2013 | DJ Alcatel-Lucent CEO: Qualcomm Stake Is Less than 5% | Dow Jones Chinese Newswires English Content |
| 7/30/2013 | 1:35 AM | 7/30/2013 | DJ Alcatel-Lucent CEO: Qualcomm Stake Is Less than 5% | Dow Jones Nachrichten auf Deutsch |
| 7/30/2013 | 2:40 AM | 7/30/2013 | Alcatel-Lucent 2Q Loss Widens; Qualcomm Takes Small Stake | Dow Jones Global Equities News |
| 7/30/2013 | 2:40 AM | 7/30/2013 | DJ Alcatel-Lucent 2Q Loss Widens; Qualcomm Takes Small Stake | Dow Jones Institutional News |
| 7/30/2013 | 2:55 AM | 7/30/2013 | Alcatel-Lucent 2Q Loss Widens; Qualcomm Takes Small Stake | Dow Jones Global News Select |
| 7/30/2013 | 2:55 AM | 7/30/2013 | Alcatel-Lucent 2Q Loss Widens; Qualcomm Takes Small Stake | Dow Jones Institutional News |
| 7/30/2013 | 3:19 AM | 7/30/2013 | DJ Alcatel-Lucent 2Q Loss Widens; Qualcomm Takes Small Stake | Dow Jones Chinese Financial Wire |
| 7/30/2013 | 3:19 AM | 7/30/2013 | DJ Alcatel-Lucent 2Q Loss Widens; Qualcomm Takes Small Stake | Dow Jones Newswires Chinese (English) |
| 7/30/2013 | 4:15 AM | 7/30/2013 | DJ Alcatel-Lucent 2Q Loss Widens; Qualcomm Takes Small Stake | Dow Jones Newswires Chinese (English) |
| 7/30/2013 | 4:32 AM | 7/30/2013 | DJ UPDATE: Alcatel-Lucent rÃ©duit sa consommation de trÃ©sorerie; Qualcomm prend une participation | Dow Jones fil d'information en franÃ§ais |
| 7/30/2013 | 8:41 AM | 7/30/2013 | DJ CHART Qualcomm ST: the upside prevails as long as 62.2 is support | Dow Jones Institutional News |
| 7/30/2013 | 12:35 PM | 7/30/2013 | DJ UPDATE: Alcatel-Lucent Seeks Tech Investors | Dow Jones Institutional News |
| 7/30/2013 | 12:35 PM | 7/30/2013 | UPDATE: Alcatel-Lucent Seeks Tech Investors | Dow Jones News Service |
| 7/30/2013 | 7:33 PM | 7/31/2013 | DJ Alcatel Seeks Research Funds | Dow Jones Newswires |
| 7/30/2013 | 9:03 PM | 7/31/2013 | Alcatel Seeks Research Funds | Dow Jones Top News & Commentary |
| 7/30/2013 | 9:28 PM | 7/31/2013 | Alcatel Seeks Research Funds | Dow Jones Top Global Market Stories |
| 7/30/2013 | 10:36 PM | 7/31/2013 | DJ VP ABERLE Registers 2,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/30/2013 | 10:45 PM | 7/31/2013 | DJ VP LEDERER Registers 31,338 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/31/2013 | 1:04 PM | 7/31/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 7/31/2013 | 7:07 PM | 8/1/2013 | DJ Dir STERN Sells 40,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/1/2013 | 6:01 AM | 8/1/2013 | *DJ Nokia: HERE delivers precise indoor location content to Qualcomm | Dow Jones Newswires |
| 8/1/2013 | 6:09 AM | 8/1/2013 | PRESS RELEASE: Nokia: HERE delivers precise indoor location content to Qualcomm | Dow Jones Newswires |
| 8/1/2013 | 8:17 AM | 8/1/2013 | DJ CHART Qualcomm ST: the upside prevails as long as 62.5 is support | Dow Jones Institutional News |
| 8/2/2013 | 12:19 PM | 8/2/2013 | DJ Officer ALTMAN Sells 75,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/2/2013 | 12:19 PM | 8/2/2013 | DJ VP JOHNSON Sells 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/2/2013 | 7:35 PM | 8/5/2013 | DJ Dir STERN Sells 40,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/5/2013 | 2:48 AM | 8/5/2013 | *DJ Qualcomm Cut to Neutral From Overweight by Piper Jaffray | Dow Jones Newswires |
| 8/5/2013 | 2:48 AM | 8/5/2013 | DJ Qualcomm Cut to Neutral From Overweight by Piper Jaffray | Dow Jones Nachrichten auf Deutsch |
| 8/5/2013 | 2:48 AM | 8/5/2013 | Qualcomm Cut to Neutral From Overweight by Piper Jaffray | Dow Jones Global Equities News |
| 8/5/2013 | 2:49 AM | 8/5/2013 | DJ Qualcomm Cut to Neutral From Overweight by Piper Jaffray | Dow Jones Chinese Newswires English Content |
| 8/5/2013 | 2:49 AM | 8/5/2013 | DJ Qualcomm Cut to Neutral From Overweight by Piper Jaffray | Dow Jones Nachrichten auf Deutsch |
| 8/5/2013 | 6:50 AM | 8/5/2013 | DJ MARKET TALK: Piper Joins Those Cooling on Smartphones | Dow Jones Newswires |
| 8/5/2013 | 6:50 AM | 8/5/2013 | MARKET TALK: Piper Joins Those Cooling on Smartphones | Dow Jones News Service |
| 8/5/2013 | 12:48 PM | 8/5/2013 | DJ VP ABERLE Sells 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/5/2013 | 12:55 PM | 8/5/2013 | DJ CHART Qualcomm ST: the upside prevails as long as 63.4 is support | Dow Jones Institutional News |
| 8/5/2013 | 12:56 PM | 8/5/2013 | DJ CHART Qualcomm ST: the upside prevails as long as 63.4 is support | Dow Jones Institutional News |
| 8/5/2013 | 6:30 PM | 8/6/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/6/2013 | 1:56 PM | 8/6/2013 | Barron's Blog:Qualcomm: Little Risk to Patents from ITC Apple Ban Reversal, Says Bernstein | Dow Jones Global Equities News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 8/6/2013 | 1:56 PM | 8/6/2013 | Barron's Blog:Qualcomm: Little Risk to Patents from ITC Apple Ban Reversal, Says Bernstein | Dow Jones Newswires |
| 8/7/2013 | 11:57 AM | 8/7/2013 | DJ Dir CRUICKSHANK Sells 1,254 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/7/2013 | 11:57 AM | 8/7/2013 | DJ Dir SCOWCROFT Sells 20,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/7/2013 | 10:52 PM | 8/8/2013 | DJ VP JOHNSON Registers 18,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/7/2013 | 11:07 PM | 8/8/2013 | DJ Dir STERN Registers 80,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/7/2013 | 11:14 PM | 8/8/2013 | DJ VP ABERLE Registers 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/8/2013 | 10:27 PM | 8/9/2013 | DJ Dir CRUICKSHANK Registers 1,254 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/12/2013 | 6:00 AM | 8/12/2013 | PRESS RELEASE: Boingo Wireless Appoints Mike Finley to Board of Directors | Dow Jones Newswires |
| 8/12/2013 | 11:09 AM | 8/12/2013 | DJ CHART Qualcomm ST: the upside prevails as long as 64 is support | Dow Jones Institutional News |
| 8/12/2013 | 6:19 PM | 8/13/2013 | DJ VP LEDERER Surrenders 1,699 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/12/2013 | 6:20 PM | 8/13/2013 | DJ Pres MOLLENKOPF Surrenders 4,530 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/14/2013 | 2:43 PM | 8/14/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/14/2013 | 2:44 PM | 8/14/2013 | DJ Pres MOLLENKOPF Sells 8,251 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/14/2013 | 11:17 PM | 8/15/2013 | DJ Pres MOLLENKOPF Registers 8,251 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/14/2013 | 11:32 PM | 8/15/2013 | DJ Dir SCOWCROFT Registers 20,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/19/2013 | 9:58 AM | 8/19/2013 | DJ CHART Qualcomm ST: the upside prevails as long as 65 is support | Dow Jones Institutional News |
| 8/20/2013 | 7:59 PM | 8/21/2013 | DJ VP AMON Surrenders 2,818 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/20/2013 | 7:59 PM | 8/21/2013 | DJ VP RENDUCHINTALA Acquires 2,583 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/20/2013 | 8:00 PM | 8/21/2013 | DJ VP THOMPSON Acquires 1,936 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/20/2013 | 10:58 PM | 8/21/2013 | PRESS RELEASE: Technology leaders launch partnership to make internet access available to all | Dow Jones Newswires |
| 8/20/2013 | 11:06 PM | 8/21/2013 | *DJ Facebook CEO Announces Internet Access Project | Dow Jones Newswires |
| 8/21/2013 | 3:56 PM | 8/21/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/22/2013 | 4:16 AM | 8/22/2013 | DJ QUALCOMM Inc, Inst Holders, 2Q 2013 (QCOM) | Dow Jones Institutional News |
| 8/22/2013 | 12:19 PM | 8/22/2013 | *DJ Qualcomm (QCOM) Halt: | Dow Jones Newswires |
| 8/22/2013 | 12:23 PM | 8/22/2013 | *DJ Qualcomm (QCOM) Halt: | Dow Jones Newswires |
| 8/22/2013 | 2:01 PM | 8/22/2013 | *DJ Qualcomm (QCOM) Halt: | Dow Jones Newswires |
| 8/22/2013 | 3:10 PM | 8/22/2013 | *DJ Qualcomm (QCOM) Resumed Trading | Dow Jones Newswires |
| 8/22/2013 | 3:25 PM | 8/22/2013 | *DJ Qualcomm (QCOM) Resumed Trading | Dow Jones Newswires |
| 8/23/2013 | 7:30 AM | 8/23/2013 | *DJ Qualcomm Signs Definitive Agreement To Sell Its North And Latin Amer Transportation And Logistics Business To Vista Equity Partners | Dow Jones Newswires |
| 8/23/2013 | 7:30 AM | 8/23/2013 | DJ<br>Qualcomm Signs Definitive Agreement To Sell Its North And Latin Amer Transportation And Logistics Business To Vista Equity Partners | Dow Jones Nachrichten auf Deutsch |
| 8/23/2013 | 7:30 AM | 8/23/2013 | Qualcomm Signs Definitive Agreement To Sell Its North And Latin Amer Transportation And Logistics Business To Vista Equity Partners | Dow Jones News Service |
| 8/23/2013 | 7:32 AM | 8/23/2013 | DJ<br>Qualcomm To Sell Omnitracs Unit For $800M Cash >QCOM | Dow Jones Chinese Newswires English Content |
| 8/23/2013 | 7:32 AM | 8/23/2013 | DJ<br>Qualcomm To Sell Omnitracs Unit For $800M Cash >QCOM | Dow Jones Chinese Newswires English Content |
| 8/23/2013 | 7:32 AM | 8/23/2013 | DJ<br>Qualcomm To Sell Omnitracs Unit To Vista Equity Partners >QCOM | Dow Jones Chinese Newswires English Content |
| 8/23/2013 | 7:32 AM | 8/23/2013 | DJ Qualcomm To Sell Omnitracs Unit To Vista Equity Partners >QCOM | Dow Jones Chinese Newswires English Content |
| 8/23/2013 | 7:33 AM | 8/23/2013 | DJ<br>Qualcomm Sees Closing Unit Sale In 1Q Of Fiscal 2014 >QCOM | Dow Jones Chinese Newswires English Content |
| 8/23/2013 | 7:33 AM | 8/23/2013 | DJ Qualcomm Sees Closing Unit Sale In 1Q Of Fiscal 2014 >QCOM | Dow Jones Chinese Newswires English Content |
| 8/23/2013 | 7:43 AM | 8/23/2013 | DJ MARKET TALK: Qualcomm Saying Goodbye to One of Its Original Ops | Dow Jones Newswires |
| 8/23/2013 | 7:43 AM | 8/23/2013 | DJ MARKET TALK: Qualcomm Saying Goodbye to One of Its Original Ops | Dow Jones Newswires |
| 8/23/2013 | 7:43 AM | 8/23/2013 | MARKET TALK: Qualcomm Saying Goodbye to One of Its Original Ops | Dow Jones News Service |
| 8/23/2013 | 7:43 AM | 8/23/2013 | MARKET TALK: Qualcomm Saying Goodbye to One of Its Original Ops | Dow Jones News Service |
| 8/23/2013 | 7:50 AM | 8/23/2013 | DJ Qualcomm Agrees to Sell Omnitracs for $800 Million in Cash | Dow Jones Newswires |
| 8/23/2013 | 7:50 AM | 8/23/2013 | Qualcomm Agrees to Sell Omnitracs for $800 Million in Cash | Dow Jones News Service |
| 8/23/2013 | 8:03 AM | 8/23/2013 | Qualcomm Agrees to Sell Omnitracs for $800 Million in Cash | Dow Jones Top Global Market Stories |
| 8/23/2013 | 8:03 AM | 8/23/2013 | Qualcomm Agrees to Sell Omnitracs for $800 Million in Cash | Dow Jones Top North American Equities Stories |
| 8/23/2013 | 8:05 AM | 8/23/2013 | Qualcomm Agrees to Sell Omnitracs for $800 Million in Cash | Dow Jones Global News Select |
| 8/23/2013 | 8:05 AM | 8/23/2013 | Qualcomm Agrees to Sell Omnitracs for $800 Million in Cash | Dow Jones Newswires |
| 8/23/2013 | 8:25 AM | 8/23/2013 | Qualcomm to Sell Omnitracs for $800 Million | Dow Jones Global News Select |
| 8/23/2013 | 8:25 AM | 8/23/2013 | Qualcomm to Sell Omnitracs for $800 Million | Dow Jones Newswires |
| 8/26/2013 | 10:11 AM | 8/26/2013 | WSJ Blog:The Morning Leverage: Vista Equity Puts Its Chips On Qualcomm Unit | Dow Jones News Service |
| 8/26/2013 | 10:11 AM | 8/26/2013 | WSJ Blog:The Morning Leverage: Vista Equity Puts Its Chips On Qualcomm Unit | Dow Jones Newswires |
| 8/26/2013 | 10:28 AM | 8/26/2013 | DJ CHART Qualcomm ST: as long as 65.1 is support look for 71 | Dow Jones Institutional News |
| 8/27/2013 | 10:10 AM | 8/27/2013 | DJ VP AMON Sells 2,582 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/27/2013 | 10:10 AM | 8/27/2013 | DJ VP RENDUCHINTALA Sells 2,582 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/27/2013 | 10:57 PM | 8/28/2013 | DJ VP RENDUCHINTALA Registers 2,582 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/27/2013 | 10:58 PM | 8/28/2013 | DJ VP AMON Registers 2,582 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 8/28/2013 | 9:00 AM | 8/28/2013 | PRESS RELEASE: QuickLogic to Present Display Bridging and Programmable Connectivity Solutions at Qualcomm's Uplinq 2013 Conference | Dow Jones Newswires |
| 8/28/2013 | 12:27 PM | 8/28/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/2/2013 | 10:01 AM | 9/3/2013 | DJ CHART Qualcomm ST: target 62.3 | Dow Jones Institutional News |
| 9/4/2013 | 9:11 AM | 9/4/2013 | DJ MARKET TALK: Broadcom in Better Place With Renesas Deal -Piper | Dow Jones Newswires |
| 9/4/2013 | 9:11 AM | 9/4/2013 | DJ MARKET TALK: Broadcom in Better Place With Renesas Deal -Piper | Dow Jones Newswires |
| 9/4/2013 | 9:11 AM | 9/4/2013 | MARKET TALK: Broadcom in Better Place With Renesas Deal -Piper | Dow Jones News Service |
| 9/4/2013 | 9:11 AM | 9/4/2013 | MARKET TALK: Broadcom in Better Place With Renesas Deal -Piper | Dow Jones News Service |
| 9/4/2013 | 1:43 PM | 9/4/2013 | *DJ Qualcomm Joins Smartwatch Fray With 'Toq' | Dow Jones Newswires |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 9/4/2013 | 1:43 PM | 9/4/2013 | Qualcomm Joins Smartwatch Fray With 'Toq' | Dow Jones News Service |
| 9/4/2013 | 1:47 PM | 9/4/2013 | All Things D:It Turns Out Qualcomm Is Making a Smartwatch, Too | Dow Jones News Service |
| 9/4/2013 | 1:47 PM | 9/4/2013 | DJ All Things D:It Turns Out Qualcomm Is Making a Smartwatch, Too | Dow Jones Newswires |
| 9/4/2013 | 1:50 PM | 9/4/2013 | *DJ Qualcomm Toq Comes With Mirasol Color Display | Dow Jones Newswires |
| 9/4/2013 | 1:50 PM | 9/4/2013 | Qualcomm Joins Smartwatch Fray With 'Toq' | Dow Jones Top News & Commentary |
| 9/4/2013 | 1:50 PM | 9/4/2013 | Qualcomm Toq Comes With Mirasol Color Display | Dow Jones News Service |
| 9/4/2013 | 1:52 PM | 9/4/2013 | All Things D:It Turns Out Qualcomm Is Making a Smartwatch, Too | Dow Jones News Service |
| 9/4/2013 | 1:52 PM | 9/4/2013 | DJ All Things D:It Turns Out Qualcomm Is Making a Smartwatch, Too | Dow Jones Newswires |
| 9/4/2013 | 2:15 PM | 9/4/2013 | PRESS RELEASE: Qualcomm Launches the Qualcomm Toq Smartwatch Featuring Mirasol Display | Dow Jones Newswires |
| 9/4/2013 | 2:22 PM | 9/4/2013 | WSJ Blog:Qualcomm Makes Surprise Entry to 'Smartwatch' Fray | Dow Jones News Service |
| 9/4/2013 | 2:22 PM | 9/4/2013 | WSJ Blog:Qualcomm Makes Surprise Entry to 'Smartwatch' Fray | Dow Jones Newswires |
| 9/4/2013 | 2:54 PM | 9/4/2013 | Qualcomm Joins Smartwatch Fray With 'Toq' | Dow Jones Top North American Equities Stories |
| 9/4/2013 | 3:44 PM | 9/4/2013 | Qualcomm Joins Smartwatch Fray With 'Toq' | Dow Jones Top Global Market Stories |
| 9/4/2013 | 4:33 PM | 9/5/2013 | WSJ Blog:Qualcomm Makes Surprise Entry to 'Smartwatch' Fray | Dow Jones News Service |
| 9/4/2013 | 4:33 PM | 9/5/2013 | WSJ Blog:Qualcomm Makes Surprise Entry to 'Smartwatch' Fray | Dow Jones Newswires |
| 9/4/2013 | 4:50 PM | 9/5/2013 | DJ VP ABERLE Sells 4,500 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/4/2013 | 4:50 PM | 9/5/2013 | DJ VP JOHNSON Sells 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/4/2013 | 7:50 PM | 9/5/2013 | DJ Officer ALTMAN Sells 75,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/4/2013 | 7:50 PM | 9/5/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/5/2013 | 6:55 AM | 9/5/2013 | DJ CHART Qualcomm ST: as long as 65.5 is support look for 70.3 | Dow Jones Institutional News |
| 9/5/2013 | 1:57 PM | 9/5/2013 | PRESS RELEASE: MAX-D HD Audio Technology Debuts At Qualcomm's Uplinq(TM) 2013 Wireless Ecosystem Conference | Dow Jones Newswires |
| 9/5/2013 | 3:41 PM | 9/5/2013 | WSJ Blog:Qualcomm's Toq: It's About the Display | Dow Jones News Service |
| 9/5/2013 | 3:41 PM | 9/5/2013 | WSJ Blog:Qualcomm's Toq: It's About the Display | Dow Jones Newswires |
| 9/5/2013 | 10:41 PM | 9/6/2013 | DJ VP ABERLE Registers 4,500 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/6/2013 | 5:59 AM | 9/6/2013 | PRESS RELEASE: Qualcomm Unveils Low-Power Wi-Fi Platform for Major Home Appliances and Consumer Electronics | Dow Jones Newswires |
| 9/6/2013 | 1:49 PM | 9/6/2013 | DJ Chmn JACOBS Sells 22,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/6/2013 | 1:50 PM | 9/6/2013 | DJ VP THOMPSON Sells 5,721 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/9/2013 | 6:21 AM | 9/9/2013 | PRESS RELEASE: Qualcomm Becomes Founding Technology Partner of FIA Formula E Championship | Dow Jones Newswires |
| 9/9/2013 | 3:30 PM | 9/9/2013 | DJ VP LEDERER Sells 1,556 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/9/2013 | 10:22 PM | 9/10/2013 | DJ VP THOMPSON Registers 5,721 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/10/2013 | 6:43 AM | 9/10/2013 | DJ CHART Qualcomm ST: the RSI is overbought | Dow Jones Institutional News |
| 9/10/2013 | 10:40 PM | 9/11/2013 | DJ Holder ALTMAN FAMILY TRUST Registers 200,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/11/2013 | 10:57 AM | 9/11/2013 | DJ US HOT STOCKS: Apple, Harvest Natural, Coldwater Creek | Dow Jones Newswires |
| 9/11/2013 | 10:57 AM | 9/11/2013 | US HOT STOCKS: Apple, Harvest Natural, Coldwater Creek | Dow Jones News Service |
| 9/11/2013 | 1:10 PM | 9/11/2013 | DJ U.S. HOT STOCKS: Apple, Harvest Natural, Coldwater Creek | Dow Jones Newswires |
| 9/11/2013 | 1:10 PM | 9/11/2013 | U.S. HOT STOCKS: Apple, Harvest Natural, Coldwater Creek | Dow Jones News Service |
| 9/11/2013 | 2:22 PM | 9/11/2013 | DJ Chmn JACOBS Sells 30,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/11/2013 | 2:22 PM | 9/11/2013 | DJ Officer ALTMAN Sells 25,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/11/2013 | 2:22 PM | 9/11/2013 | DJ VP GROB Sells 7,800 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/11/2013 | 2:23 PM | 9/11/2013 | DJ VP RENDUCHINTALA Sells 12,500 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/11/2013 | 2:23 PM | 9/11/2013 | DJ VP SULLIVAN Sells 114,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/11/2013 | 4:15 PM | 9/12/2013 | *DJ Qualcomm Announces New $5.0 Billion Stock Repurchase Program >QCOM | Dow Jones Newswires |
| 9/11/2013 | 4:15 PM | 9/12/2013 | DJ Qualcomm Announces New $5.0 Billion Stock Repurchase Program >QCOM | Dow Jones Nachrichten auf Deutsch |
| 9/11/2013 | 4:15 PM | 9/12/2013 | Qualcomm Announces New $5.0 Billion Stock Repurchase Program | Dow Jones News Service |
| 9/11/2013 | 4:35 PM | 9/12/2013 | DJ Qualcomm Unveils New $5 Billion Stock-Buyback Program | Dow Jones Newswires |
| 9/11/2013 | 4:35 PM | 9/12/2013 | Qualcomm Unveils New $5 Billion Stock-Buyback Program | Dow Jones News Service |
| 9/11/2013 | 4:35 PM | 9/12/2013 | Qualcomm Unveils New $5 Billion Stock-Buyback Program | Dow Jones Top News & Commentary |
| 9/11/2013 | 4:50 PM | 9/12/2013 | Qualcomm Unveils New $5 Billion Stock-Buyback Program | Dow Jones Global News Select |
| 9/11/2013 | 4:50 PM | 9/12/2013 | Qualcomm Unveils New $5 Billion Stock-Buyback Program | Dow Jones Newswires |
| 9/12/2013 | 3:30 AM | 9/12/2013 | PRESS RELEASE: Technicolor Collaborates with Qualcomm Technologies to Bring New Television Experiences to the Living Room | Dow Jones Newswires |
| 9/12/2013 | 3:41 AM | 9/12/2013 | PRESS RELEASE: TECHNICOLOR Collaborates with Qualcomm Technologies to Bring New Television Experiences to the Living Room | Dow Jones Newswires |
| 9/12/2013 | 6:04 AM | 9/12/2013 | DJ CHART Qualcomm ST: gap | Dow Jones Institutional News |
| 9/12/2013 | 2:08 PM | 9/12/2013 | DJ Pres MOLLENKOPF Sells 28,041 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/12/2013 | 10:23 PM | 9/13/2013 | DJ VP RENDUCHINTALA Registers 12,500 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/12/2013 | 10:33 PM | 9/13/2013 | DJ Holder JACOBS PAUL E & STACY TRUST Registers 400,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/12/2013 | 10:34 PM | 9/13/2013 | DJ Holder SULLIVAN FAMILY TRUST Registers 114,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/12/2013 | 10:36 PM | 9/13/2013 | DJ VP GROB Registers 100,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/12/2013 | 10:41 PM | 9/13/2013 | DJ VP LEDERER Registers 1,556 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/13/2013 | 10:32 PM | 9/16/2013 | DJ Pres MOLLENKOPF Registers 28,041 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/16/2013 | 8:00 AM | 9/16/2013 | *DJ ParkerVision Files Joint Pretrial Statement And Trial Brief On Issues Of Law In Qualcomm Litigation | Dow Jones Newswires |
| 9/16/2013 | 8:00 AM | 9/16/2013 | ParkerVision Files Joint Pretrial Statement And Trial Brief On Issues Of Law In Qualcomm Litigation | Dow Jones News Service |
| 9/16/2013 | 8:05 AM | 9/16/2013 | Press Release: ParkerVision Files Joint Pretrial Statement and Trial Brief on Issues of Law in Qualcomm Litigation | Dow Jones Newswires |
| 9/16/2013 | 8:34 AM | 9/16/2013 | DJ ParkerVision Seeks Damages of $500 Million in Patent Infringement Case | Dow Jones Newswires |
| 9/16/2013 | 8:34 AM | 9/16/2013 | ParkerVision Seeks Damages in Patent Infringement Case | Dow Jones Top News & Commentary |
| 9/16/2013 | 8:34 AM | 9/16/2013 | ParkerVision Seeks Damages of $500 Million in Patent Infringement Case | Dow Jones News Service |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 9/16/2013 | 8:49 AM | 9/16/2013 | ParkerVision Seeks Damages of $500 Million in Patent Infringement Case | Dow Jones Global News Select |
| 9/16/2013 | 8:49 AM | 9/16/2013 | ParkerVision Seeks Damages of $500 Million in Patent Infringement Case | Dow Jones Newswires |
| 9/17/2013 | 12:48 PM | 9/17/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/17/2013 | 1:08 PM | 9/17/2013 | Press Release: Intertek Invited to Speak at Qualcomm's QWISE Connect Partner Event | Dow Jones Newswires |
| 9/19/2013 | 12:41 PM | 9/19/2013 | DJ CHART Qualcomm ST: the upside prevails as long as 68 is support | Dow Jones Institutional News |
| 9/23/2013 | 6:05 AM | 9/23/2013 | DJ CHART Qualcomm ST: the upside prevails as long as 67.6 is support | Dow Jones Institutional News |
| 9/23/2013 | 12:18 PM | 9/23/2013 | DJ VP LEDERER Sells 6,667 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/23/2013 | 3:22 PM | 9/23/2013 | *DJ SEC Charges Former Qualcomm Executive and His Financial Advisor With Insider Trading | Dow Jones Institutional News |
| 9/23/2013 | 3:22 PM | 9/23/2013 | SEC Charges Former Qualcomm Executive and His Financial Advisor With Insider Trading | Dow Jones News Service |
| 9/23/2013 | 3:26 PM | 9/23/2013 | Press Release: SEC CHARGES FORMER QUALCOMM EXECUTIVE AND HIS FINANCIAL ADVISOR WITH INSIDER TRADING THROUGH SECRET OFFSHORE ACCOUNTS | Dow Jones Institutional News |
| 9/23/2013 | 3:53 PM | 9/23/2013 | DJ SEC Charges Former Qualcomm Executive With Insider Trading | Dow Jones Newswires |
| 9/23/2013 | 3:53 PM | 9/23/2013 | SEC Charges Ex-Qualcomm Executive With Insider Trading | Dow Jones Top News & Commentary |
| 9/23/2013 | 3:53 PM | 9/23/2013 | SEC Charges Former Qualcomm Executive With Insider Trading | Dow Jones News Service |
| 9/23/2013 | 4:01 PM | 9/24/2013 | SEC Charges Ex-Qualcomm Executive With Insider Trading | Dow Jones Top News & Commentary |
| 9/23/2013 | 4:02 PM | 9/24/2013 | SEC Charges Former Qualcomm Executive With Insider Trading | Dow Jones Top North American Financial Services Stories |
| 9/23/2013 | 4:08 PM | 9/24/2013 | SEC Charges Former Qualcomm Executive With Insider Trading | Dow Jones Global News Select |
| 9/23/2013 | 4:08 PM | 9/24/2013 | SEC Charges Former Qualcomm Executive With Insider Trading | Dow Jones Institutional News |
| 9/24/2013 | 6:05 AM | 9/24/2013 | DJ CHART Qualcomm ST: as long as 67.5 is support look for 73.5 | Dow Jones Institutional News |
| 9/24/2013 | 8:41 AM | 9/24/2013 | Press Release: Coca-Cola Launches Global EKOCENTER Partnership to Deliver Safe Drinking Water and Basic Necessities to Rural Communities | Dow Jones Newswires |
| 9/24/2013 | 2:34 PM | 9/24/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/24/2013 | 2:35 PM | 9/24/2013 | DJ VP RENDUCHINTALA Sells 12,500 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/24/2013 | 10:47 PM | 9/25/2013 | DJ VP LEDERER Registers 6,667 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/25/2013 | 8:43 AM | 9/25/2013 | DJ CHART Qualcomm ST: as long as 66.8 is support look for 72.1 | Dow Jones Institutional News |
| 9/25/2013 | 10:21 PM | 9/26/2013 | DJ VP RENDUCHINTALA Registers 12,500 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/27/2013 | 6:35 PM | 9/30/2013 | DJ VP AMON Sells 7,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 9/30/2013 | 10:31 PM | 10/1/2013 | DJ VP AMON Registers 14,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/1/2013 | 2:46 PM | 10/1/2013 | DJ Qualcomm Now Has a Foot in All the Wireless Charging Camps -- All Things D | Dow Jones Newswires |
| 10/1/2013 | 2:46 PM | 10/1/2013 | Qualcomm Now Has a Foot in All the Wireless Charging Camps -- All Things D | Dow Jones News Service |
| 10/1/2013 | 5:25 PM | 10/2/2013 | DJ VP ROSENBERG Gifts 1,500 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/2/2013 | 12:16 AM | 10/2/2013 | *DJ HTC One Among Models Subject to Design Change - Sources | Dow Jones Newswires |
| 10/2/2013 | 12:17 AM | 10/2/2013 | HTC One Among Models Subject to Design Change - Sources | Dow Jones News Service |
| 10/2/2013 | 12:18 AM | 10/2/2013 | HTC Works on Redesigning Smartphone Chip to Avert U.S. Ban - Sources | Dow Jones Asian Equities Report |
| 10/2/2013 | 12:18 AM | 10/2/2013 | HTC Works on Redesigning Smartphone Chip to Avert U.S. Ban - Sources | Dow Jones Commodities Service |
| 10/2/2013 | 12:18 AM | 10/2/2013 | HTC Works on Redesigning Smartphone Chip to Avert U.S. Ban - Sources | Dow Jones Global Equities News |
| 10/2/2013 | 12:18 AM | 10/2/2013 | HTC Works on Redesigning Smartphone Chip to Avert U.S. Ban - Sources | Dow Jones Global FX & Fixed Income News |
| 10/2/2013 | 12:27 AM | 10/2/2013 | HTC to Redesign Smartphone Chip to Avert U.S. Ban | Dow Jones Top Global Market Stories |
| 10/2/2013 | 12:37 AM | 10/2/2013 | DJ HTC Working With Qualcomm on Smartphone Chip Redesign to Avert U.S. Ban - Sources | Dow Jones Chinese Newswires English Content |
| 10/2/2013 | 1:31 AM | 10/2/2013 | DJ HTC Works on Redesigning Smartphone Chip to Avert U.S. Ban - Sources | Dow Jones Chinese Financial Wire |
| 10/2/2013 | 1:31 AM | 10/2/2013 | DJ HTC Works on Redesigning Smartphone Chip to Avert U.S. Ban - Sources | Dow Jones Chinese Newswires English Content |
| 10/2/2013 | 6:04 AM | 10/2/2013 | DJ CHART Qualcomm ST: target 63.8 | Dow Jones Institutional News |
| 10/2/2013 | 6:32 AM | 10/2/2013 | HTC to Redesign Smartphone Chip to Avert U.S. Ban | Dow Jones Top North American Equities Stories |
| 10/2/2013 | 8:30 AM | 10/2/2013 | DJ HTC, Qualcomm Work on Redesigning Smartphone Chip -- All Things D | Dow Jones Newswires |
| 10/2/2013 | 8:30 AM | 10/2/2013 | HTC, Qualcomm Work on Redesigning Smartphone Chip -- All Things D | Dow Jones News Service |
| 10/2/2013 | 11:41 AM | 10/2/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/2/2013 | 11:52 AM | 10/2/2013 | Press Release: Qualcomm Edges Broadcom to ABI Research's GNSS IC Vendor Competitive Assessment; CSR, and Mediatek Battle for Third | Dow Jones Newswires |
| 10/2/2013 | 5:38 PM | 10/3/2013 | DJ Lenovo Drops Intel for Qualcomm in Latest K-Series Phone -- All Things D | Dow Jones Newswires |
| 10/2/2013 | 5:38 PM | 10/3/2013 | Lenovo Drops Intel for Qualcomm in Latest K-Series Phone -- All Things D | Dow Jones News Service |
| 10/2/2013 | 5:55 PM | 10/3/2013 | DJ Lenovo Drops Intel for Qualcomm in Latest K-Series Phone -- All Things D | Dow Jones Newswires |
| 10/2/2013 | 5:55 PM | 10/3/2013 | Lenovo Drops Intel for Qualcomm in Latest K-Series Phone -- All Things D | Dow Jones News Service |
| 10/2/2013 | 10:16 PM | 10/3/2013 | DJ<br>Lenovo Drops Intel for Qualcomm in Latest K-Series Phone -- All Things D | Dow Jones Chinese Newswires English Content |
| 10/3/2013 | 7:20 AM | 10/3/2013 | DJ CHART Qualcomm ST: target 63.6 | Dow Jones Institutional News |
| 10/3/2013 | 2:55 PM | 10/3/2013 | Ceva Challenges Seen Lasting Well into 2014 -- Market Talk | Dow Jones News Service |
| 10/3/2013 | 2:55 PM | 10/3/2013 | DJ Ceva Challenges Seen Lasting Well into 2014 -- Market Talk | Dow Jones Newswires |
| 10/3/2013 | 2:57 PM | 10/3/2013 | DJ VP ABERLE Sells 3,750 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/3/2013 | 2:58 PM | 10/3/2013 | DJ Chmn JACOBS Sells 22,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/3/2013 | 2:58 PM | 10/3/2013 | DJ Officer ALTMAN Sells 58,559 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/3/2013 | 2:59 PM | 10/3/2013 | DJ VP JOHNSON Sells 6,000 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/4/2013 | 10:22 PM | 10/7/2013 | DJ VP ABERLE Registers 3,750 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/7/2013 | 7:30 AM | 10/7/2013 | *DJ Qualcomm Elects Randt To Bd Of Directors | Dow Jones Newswires |
| 10/7/2013 | 7:30 AM | 10/7/2013 | Qualcomm Elects Randt To Bd Of Directors | Dow Jones News Service |
| 10/7/2013 | 8:02 AM | 10/7/2013 | Press Release: ParkerVision Announces Start of Qualcomm Patent Infringement Trial | Dow Jones Newswires |
| 10/7/2013 | 9:04 AM | 10/7/2013 | *DJ Qualcomm Cut to Neutral From Buy by BofA-Merrill Lynch >QCOM | Dow Jones Newswires |
| 10/7/2013 | 9:04 AM | 10/7/2013 | DJ Qualcomm Cut to Neutral From Buy by BofA-Merrill Lynch >QCOM | Dow Jones Nachrichten auf Deutsch |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 10/7/2013 | 9:04 AM | 10/7/2013 | Qualcomm Cut to Neutral From Buy by BofA-Merrill Lynch | Dow Jones Global Equities News |
| 10/7/2013 | 9:05 AM | 10/7/2013 | DJ Qualcomm Cut to Neutral From Buy by BofA-Merrill Lynch >QCOM | Dow Jones Chinese Newswires English Content |
| 10/7/2013 | 9:05 AM | 10/7/2013 | DJ Qualcomm Cut to Neutral From Buy by BofA-Merrill Lynch >QCOM | Dow Jones Chinese Newswires English Content |
| 10/7/2013 | 12:22 PM | 10/7/2013 | DJ Qualcomm Facing 'Significant Deceleration' -- Market Talk | Dow Jones Newswires |
| 10/7/2013 | 12:22 PM | 10/7/2013 | DJ Qualcomm Facing 'Significant Deceleration' -- Market Talk | Dow Jones Newswires |
| 10/7/2013 | 12:22 PM | 10/7/2013 | Qualcomm Facing 'Significant Deceleration' -- Market Talk | Dow Jones News Service |
| 10/7/2013 | 12:22 PM | 10/7/2013 | Qualcomm Facing 'Significant Deceleration' -- Market Talk | Dow Jones News Service |
| 10/8/2013 | 2:40 PM | 10/8/2013 | DJ VP GROB Sells 5,300 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/8/2013 | 2:41 PM | 10/8/2013 | DJ Officer ALTMAN Sells 9,083 Of QUALCOMM INC >QCOM | Dow Jones Newswires |
| 10/8/2013 | 4:57 PM | 10/9/2013 | DJ Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Newswires |
| 10/9/2013 | 6:04 AM | 10/9/2013 | DJ CHART Qualcomm ST: the RSI is oversold | Dow Jones Institutional News |
| 10/15/2013 | 12:18 PM | 10/15/2013 | *DJ Qualcomm Started at Buy by Stifel Nicolaus >QCOM | Dow Jones Newswires |
| 10/15/2013 | 12:18 PM | 10/15/2013 | DJ Qualcomm Started at Buy by Stifel Nicolaus >QCOM | Dow Jones Nachrichten auf Deutsch |
| 10/15/2013 | 12:18 PM | 10/15/2013 | Qualcomm Started at Buy by Stifel Nicolaus | Dow Jones Global Equities News |
| 10/15/2013 | 12:19 PM | 10/15/2013 | DJ Qualcomm Started at Buy by Stifel Nicolaus >QCOM | Dow Jones Chinese Newswires English Content |
| 10/15/2013 | 12:19 PM | 10/15/2013 | DJ Qualcomm Started at Buy by Stifel Nicolaus >QCOM | Dow Jones Chinese Newswires English Content |
| 10/16/2013 | 9:30 AM | 10/16/2013 | Press Release: Qualcomm Incorporated (NASDAQ: QCOM) Fourth Quarter and Fiscal 2013 Earnings Release and Conference Call | Dow Jones Newswires |
| 10/16/2013 | 6:15 PM | 10/17/2013 | *Steve Altman, Qualcomm Vice Chairman, To Retire >QCOM | Dow Jones Newswires |
| 10/16/2013 | 6:15 PM | 10/17/2013 | Steve Altman, Qualcomm Vice Chairman, To Retire | Dow Jones News Service |
| 10/16/2013 | 6:29 PM | 10/17/2013 | Qualcomm Vice Chairman Steve Altman to Retire in Early 2014 | Dow Jones News Service |
| 10/16/2013 | 6:29 PM | 10/17/2013 | Qualcomm Vice Chairman Steve Altman to Retire in Early 2014 | Dow Jones Newswires |
| 10/16/2013 | 6:44 PM | 10/17/2013 | Qualcomm Vice Chairman Steve Altman to Retire in Early 2014 | Dow Jones Global News Select |
| 10/16/2013 | 6:44 PM | 10/17/2013 | Qualcomm Vice Chairman Steve Altman to Retire in Early 2014 | Dow Jones Newswires |
| 10/16/2013 | 9:09 PM | 10/17/2013 | Qualcomm's Patent-Licensing Pioneer to Retire -- WSJ Blog | Dow Jones Institutional News |
| 10/16/2013 | 10:17 PM | 10/17/2013 | CHART Qualcomm ST: rise towards 72.9 | Dow Jones Institutional News |
| 10/17/2013 | 12:23 PM | 10/17/2013 | ParkerVision Halted: Jury Finds Qualcomm Infringed Wireless Patents -- Barron's Blog | Dow Jones Institutional News |
| 10/17/2013 | 12:26 PM | 10/17/2013 | Press Release: Jury Finds Qualcomm Guilty of Infringement of ParkerVision Patents | Dow Jones Institutional News |
| 10/17/2013 | 12:28 PM | 10/17/2013 | ParkerVision Halted: Jury Finds Qualcomm Infringed Wireless Patents -- Barron's Blog | Dow Jones Institutional News |
| 10/17/2013 | 12:29 PM | 10/17/2013 | *ParkerVision: Jury Finds Qualcomm Guilty Of Infringement Of ParkerVision Patents | Dow Jones Institutional News |
| 10/17/2013 | 12:29 PM | 10/17/2013 | Parkervision Files 8K - Other Events >PRKR | Dow Jones Institutional News |
| 10/17/2013 | 12:31 PM | 10/17/2013 | ParkerVision Halted: Jury Finds Qualcomm Infringed Wireless Patents -- Barron's Blog | Dow Jones Institutional News |
| 10/17/2013 | 12:39 PM | 10/17/2013 | ParkerVision Halted: Jury Finds Qualcomm Infringed Wireless Patents -- Barron's Blog | Dow Jones Institutional News |
| 10/17/2013 | 12:43 PM | 10/17/2013 | ParkerVision Halted: Jury Finds Qualcomm Infringed Wireless Patents -- Barron's Blog | Dow Jones Institutional News |
| 10/17/2013 | 12:47 PM | 10/17/2013 | ParkerVision Halted: Jury Finds Qualcomm Infringed Wireless Patents -- Barron's Blog | Dow Jones Institutional News |
| 10/17/2013 | 1:02 PM | 10/17/2013 | ParkerVision Halted, Soars 73%: Jury Finds Qualcomm Infringed Wireless Patents -- Barron's Blog | Dow Jones Institutional News |
| 10/17/2013 | 3:08 PM | 10/17/2013 | ParkerVision Shares Soar on Qualcomm Patent-Infringement Verdict | Dow Jones Institutional News |
| 10/17/2013 | 3:08 PM | 10/17/2013 | ParkerVision Shares Soar on Qualcomm Patent-Infringement Verdict | Dow Jones Top News & Commentary |
| 10/17/2013 | 3:23 PM | 10/17/2013 | ParkerVision Shares Soar on Qualcomm Patent-Infringement Verdict | Dow Jones Institutional News |
| 10/17/2013 | 7:30 PM | 10/18/2013 | ParkerVision Shares Soar on Qualcomm Patent-Infringement Verdict | Dow Jones Top North American Equities Stories |
| 10/18/2013 | 4:12 AM | 10/18/2013 | *Bharti Airtel Buys Partner Qualcomm's Stake in India Broadband Unit | Dow Jones Institutional News |
| 10/18/2013 | 9:11 AM | 10/18/2013 | Press Release: Power Integrations First to Demonstrate Qualcomm Quick Charge 2.0 Smartphone Charger Reference Design | Dow Jones Institutional News |
| 10/18/2013 | 10:11 PM | 10/21/2013 | Top India Stories From WSJ: Former NSEL CEO in Police Custody, Qualcomm Exits Broadband Venture, Amit Chaudhuri on Books About Place -- WSJ Blog | Dow Jones Institutional News |
| 10/23/2013 | 9:37 AM | 10/23/2013 | Broadcom's Wireless Business in a Pickle -- Market Talk | Dow Jones Institutional News |
| 10/23/2013 | 9:37 AM | 10/23/2013 | Broadcom's Wireless Business in a Pickle -- Market Talk | Dow Jones Institutional News |
| 10/23/2013 | 6:12 PM | 10/24/2013 | Press Release: ParkerVision Common Stock to Resume Trading on Thursday Morning | Dow Jones Institutional News |
| 10/24/2013 | 9:01 AM | 10/24/2013 | Press Release: Qualcomm Declares Quarterly Cash Dividend | Dow Jones Institutional News |
| 10/24/2013 | 2:42 PM | 10/24/2013 | Press Release: Jury Awards ParkerVision $173 Million in Damages in Patent Infringement Case Against Qualcomm | Dow Jones Institutional News |
| 10/24/2013 | 3:00 PM | 10/24/2013 | ParkerVision Shares Fall as Patent Jury Award Disappoints | Dow Jones Institutional News |
| 10/24/2013 | 3:00 PM | 10/24/2013 | ParkerVision Shares Fall as Patent Jury Award Disappoints | Dow Jones Top News & Commentary |
| 10/24/2013 | 3:15 PM | 10/24/2013 | ParkerVision Shares Fall as Patent Jury Award Disappoints | Dow Jones Institutional News |
| 10/24/2013 | 3:29 PM | 10/24/2013 | ParkerVision Shares Fall as Patent Jury Award Disappoints -- Update | Dow Jones Institutional News |
| 10/24/2013 | 3:59 PM | 10/24/2013 | Parkervision Files 8K - Other Events >PRKR | Dow Jones Institutional News |
| 10/24/2013 | 3:59 PM | 10/24/2013 | Parkervision Files 8K - Other Events >PRKR | Dow Jones Institutional News |
| 10/24/2013 | 4:01 PM | 10/25/2013 | ParkerVision Plunges 60% on Much-Lower-Than-Expected Qualcomm Damages Award -- Barron's Blog | Dow Jones Institutional News |
| 10/25/2013 | 1:32 PM | 10/25/2013 | CHART Qualcomm ST: as long as 65.5 is support look for 71.7 | Dow Jones Institutional News |
| 10/31/2013 | 2:25 PM | 10/31/2013 | Press Release: Qualcomm Snapdragon Processors Continue to Drive the Smartphone Space with Nexus Devices from Google | Dow Jones Institutional News |
| 11/1/2013 | 4:44 PM | 11/4/2013 | *Qualcomm in Talks To Join Cerberus and Blackberry Co-Founders on Possible Blackberry Bid, Sources Say | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 11/1/2013 | 4:44 PM | 11/4/2013 | Qualcomm in Talks To Join Cerberus and Blackberry Co-Founders on Possible Blackberry Bid, Sources Say | Dow Jones Newswires German |
| 11/1/2013 | 4:47 PM | 11/4/2013 | Qualcomm in Talks To Join Cerberus and Blackberry Co-Founders on Possible Blackberry Bid, Sources Say | Dow Jones Newswires Chinese (English) |
| 11/1/2013 | 4:47 PM | 11/4/2013 | Qualcomm in Talks To Join Cerberus and Blackberry Co-Founders on Possible Blackberry Bid, Sources Say | Dow Jones Newswires Chinese (English) |
| 11/1/2013 | 5:09 PM | 11/4/2013 | Qualcomm in Talks to Join Cerberus and BlackBerry Co-Founders on Possible BlackBerry Bi | Dow Jones Newswires Chinese (English) |
| 11/1/2013 | 5:36 PM | 11/4/2013 | U.S. Hot Stocks: BlackBerry, Morgans Hotel Active in Late Trading | Dow Jones Institutional News |
| 11/6/2013 | 3:15 PM | 11/6/2013 | Strong IPhone 5s Demand Supports QCOM's Prospects -- Market Talk | Dow Jones Institutional News |
| 11/6/2013 | 3:15 PM | 11/6/2013 | Strong IPhone 5s Demand Supports QCOM's Prospects -- Market Talk | Dow Jones Institutional News |
| 11/6/2013 | 4:00 PM | 11/7/2013 | *Qualcomm 4Q Rev $6.48B >QCOM | Dow Jones Institutional News |
| 11/6/2013 | 4:00 PM | 11/7/2013 | Qualcomm 4Q Rev $6.48B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/6/2013 | 4:00 PM | 11/7/2013 | Qualcomm 4Q Rev $6.48B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/6/2013 | 4:00 PM | 11/7/2013 | Qualcomm 4Q Rev $6.48B >QCOM | Dow Jones Newswires German |
| 11/6/2013 | 4:20 PM | 11/7/2013 | *Qualcomm CEO Sees Slowing Fiscal 2014 Growth | Dow Jones Institutional News |
| 11/6/2013 | 4:23 PM | 11/7/2013 | Qualcomm CEO Sees Slowing Fiscal 2014 Growth | Dow Jones Newswires Chinese (English) |
| 11/6/2013 | 4:24 PM | 11/7/2013 | Qualcomm CEO Sees Reduced Fiscal 2014 Spending | Dow Jones Newswires Chinese (English) |
| 11/6/2013 | 4:25 PM | 11/7/2013 | Qualcomm 4th-Quarter Net Rises 18% As Revenue Climbs | Dow Jones Institutional News |
| 11/6/2013 | 4:40 PM | 11/7/2013 | Qualcomm 4th-Quarter Net Rises 18% As Revenue Climbs | Dow Jones Institutional News |
| 11/6/2013 | 4:40 PM | 11/7/2013 | Qualcomm 4th-Quarter Net Rises 18% As Revenue Climbs | Dow Jones Newswires Chinese (English) |
| 11/6/2013 | 4:41 PM | 11/7/2013 | DJ Qualcomm 4th-Quarter Net Rises 18% As Revenue Climbs | Dow Jones Top News & Commentary |
| 11/6/2013 | 4:51 PM | 11/7/2013 | Some Stocks Punished for Outlooks Seen as Tepid -- Market Talk | Dow Jones Institutional News |
| 11/6/2013 | 4:51 PM | 11/7/2013 | Some Stocks Punished for Outlooks Seen as Tepid -- Market Talk | Dow Jones Institutional News |
| 11/6/2013 | 5:51 PM | 11/7/2013 | Mobile Chip Giant Qualcomm Sees Slower Growth Ahead | Dow Jones Institutional News |
| 11/6/2013 | 7:53 PM | 11/7/2013 | Qualcomm Sees Sales Gains Slowing | Dow Jones Institutional News |
| 11/8/2013 | 5:23 AM | 11/8/2013 | Nokia Patent Portfolio Has Large Potential, Says JPMorgan--Market Talk | Dow Jones Institutional News |
| 11/13/2013 | 8:33 AM | 11/13/2013 | *Qualcomm Raised to Conviction Buy From Buy by Goldman Sachs >QCOM | Dow Jones Institutional News |
| 11/13/2013 | 8:33 AM | 11/13/2013 | Qualcomm Raised to Conviction Buy From Buy by Goldman Sachs >QCOM | Dow Jones Newswires Chinese (English) |
| 11/13/2013 | 8:33 AM | 11/13/2013 | Qualcomm Raised to Conviction Buy From Buy by Goldman Sachs >QCOM | Dow Jones Newswires Chinese (English) |
| 11/13/2013 | 8:33 AM | 11/13/2013 | Qualcomm Raised to Conviction Buy From Buy by Goldman Sachs >QCOM | Dow Jones Newswires German |
| 11/13/2013 | 11:43 AM | 11/13/2013 | Goldman Sees No Reason to Quit on Qualcomm -- Market Talk | Dow Jones Institutional News |
| 11/13/2013 | 11:43 AM | 11/13/2013 | Goldman Sees No Reason to Quit on Qualcomm -- Market Talk | Dow Jones Institutional News |
| 11/18/2013 | 7:30 AM | 11/18/2013 | Press Release: Qualcomm Announces Availability of Qualcomm Toq Smartwatch | Dow Jones Institutional News |
| 11/18/2013 | 11:28 AM | 11/18/2013 | Press Release: Qualcomm Announces Availability of Qualcomm Toq Smartwatch | Dow Jones Institutional News |
| 11/19/2013 | 9:30 AM | 11/19/2013 | Press Release: Qualcomm to Host Analyst Meeting | Dow Jones Institutional News |
| 11/20/2013 | 7:30 AM | 11/20/2013 | Press Release: Qualcomm Brings Leading Mobile DNA to Internet Processors to Enable Advanced Network Platforms | Dow Jones Institutional News |
| 11/20/2013 | 7:30 AM | 11/20/2013 | Press Release: Qualcomm Technologies Announces Fourth-Generation 3G/LTE Multimode Modem and RF Transceiver Chip | Dow Jones Institutional News |
| 11/20/2013 | 7:30 AM | 11/20/2013 | Press Release: Qualcomm Technologies Announces Next Generation Qualcomm Snapdragon 805 "Ultra HD" Processor | Dow Jones Institutional News |
| 11/21/2013 | 6:04 AM | 11/21/2013 | REALWIRE/ip.access Collaborates with Qualcomm to Deliver NextGeneration Small Cell Product Line | Dow Jones Institutional News |
| 11/21/2013 | 6:04 AM | 11/21/2013 | REALWIRE/ip.access Collaborates with Qualcomm to Deliver NextGeneration Small Cell Product Line | Dow Jones Newswires German |
| 11/21/2013 | 10:46 AM | 11/21/2013 | *Qualcomm Cut to Outperform From Strong Buy by Raymond James >QCOM | Dow Jones Institutional News |
| 11/21/2013 | 10:46 AM | 11/21/2013 | Qualcomm Cut to Outperform From Strong Buy by Raymond James >QCOM | Dow Jones Newswires German |
| 11/21/2013 | 10:49 AM | 11/21/2013 | Qualcomm Cut to Outperform From Strong Buy by Raymond James >QCOM | Dow Jones Newswires Chinese (English) |
| 11/21/2013 | 10:49 AM | 11/21/2013 | Qualcomm Cut to Outperform From Strong Buy by Raymond James >QCOM | Dow Jones Newswires Chinese (English) |
| 11/21/2013 | 1:41 PM | 11/21/2013 | Qualcomm Is Still a Smart Bet--Heard on the Street | Dow Jones Institutional News |
| 11/21/2013 | 6:00 PM | 11/22/2013 | Press Release: Qualcomm Collaborates with Samsung to be First to Employ China's BeiDou Satellite Network to Enhance Location-Based Mobil... | Dow Jones Institutional News |
| 11/21/2013 | 7:01 PM | 11/22/2013 | Qualcomm Is Still A Smart Bet -- Heard On The Street | Dow Jones Institutional News |
| 11/22/2013 | 4:00 AM | 11/22/2013 | DJ QUALCOMM Incorporated, Inst Holders, 3Q 2013 (QCOM) | Dow Jones Institutional News |
| 11/22/2013 | 6:48 AM | 11/22/2013 | Qualcomm Is Still a Smart Bet | Dow Jones Top North American Equities Stories |
| 11/22/2013 | 3:33 PM | 11/22/2013 | Qualcomm Is Still a Smart Bet | Dow Jones Top Global Market Stories |
| 11/22/2013 | 5:05 PM | 11/25/2013 | *Qualcomm CEO Says NSA Fallout Impacting China Business | Dow Jones Institutional News |
| 11/22/2013 | 10:40 PM | 11/25/2013 | Qualcomm CEO Says NSA Fallout Impacting China Business | Dow Jones Newswires Chinese (English) |
| 11/23/2013 | 12:04 AM | 11/25/2013 | A Technology Giant Ages Gracefully -- Barron's | Dow Jones Institutional News |
| 11/25/2013 | 7:30 AM | 11/25/2013 | *China's National Development And Reform Commission Notifies Qualcomm Of Investigation | Dow Jones Institutional News |
| 11/25/2013 | 7:32 AM | 11/25/2013 | China's National Development And Reform Commission Notifies Qualcomm Of Investigation | Dow Jones Newswires Chinese (English) |
| 11/25/2013 | 7:34 AM | 11/25/2013 | Qualcomm Faces China Probe Relating To Anti-Monopoly Law >QCOM | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 11/25/2013 | 7:35 AM | 11/25/2013 | Qualcomm: Advised That Substance Of Investigation Is Confidential >QCOM | Dow Jones Newswires Chinese (English) |
| 11/25/2013 | 7:35 AM | 11/25/2013 | Qualcomm: Not Aware Of Any Charge Has Violated Anti-Monopoly Law | Dow Jones Newswires Chinese (English) |
| 11/25/2013 | 8:17 AM | 11/25/2013 | Qualcomm Faces China Probe Tied to Anti-Monopoly Law | Dow Jones Institutional News |
| 11/25/2013 | 8:17 AM | 11/25/2013 | Qualcomm Faces China Probe Tied to Anti-Monopoly Law | Dow Jones Top News & Commentary |
| 11/25/2013 | 8:32 AM | 11/25/2013 | Qualcomm Faces China Probe Tied to Anti-Monopoly Law | Dow Jones Institutional News |
| 11/25/2013 | 8:49 AM | 11/25/2013 | Qualcomm Faces China Probe Tied to Anti-Monopoly Law | Dow Jones Newswires Chinese (English) |
| 11/25/2013 | 12:12 PM | 11/25/2013 | Qualcomm Discloses Chinese Antitrust Probe | Dow Jones Institutional News |
| 11/25/2013 | 12:23 PM | 11/25/2013 | Qualcomm Faces Probe in China | Dow Jones Top Global Market Stories |
| 11/25/2013 | 12:43 PM | 11/25/2013 | Qualcomm Faces Probe in China | Dow Jones Top North American Equities Stories |
| 11/25/2013 | 2:04 PM | 11/25/2013 | Qualcomm Faces Probe in China -- Update | Dow Jones Institutional News |
| 11/25/2013 | 4:30 PM | 11/26/2013 | *Qualcomm Finalizes Sale Of Omnitracs, Inc. To Vista Equity Partners | Dow Jones Institutional News |
| 11/25/2013 | 4:30 PM | 11/26/2013 | Qualcomm Finalizes Sale Of Omnitracs, Inc. To Vista Equity Partners | Dow Jones Newswires German |
| 11/25/2013 | 6:34 PM | 11/26/2013 | Qualcomm Faces China Probe Tied to Anti-Monopoly Law | Dow Jones Newswires Chinese (English) |
| 11/25/2013 | 7:34 PM | 11/26/2013 | China Opens Monopoly Probe Into Chip Maker Qualcomm | Dow Jones Institutional News |
| 11/25/2013 | 9:00 PM | 11/26/2013 | Qualcomm Faces Probe in China -- Update | Dow Jones Newswires Chinese (English) |
| 11/25/2013 | 9:08 PM | 11/26/2013 | Qualcomm Faces Probe in China -- Update -2- | Dow Jones Newswires Chinese (English) |
| 11/25/2013 | 10:00 PM | 11/26/2013 | News Highlights: Top Equities Stories of the Day | Dow Jones Institutional News |
| 11/26/2013 | 1:00 AM | 11/26/2013 | News Highlights: Top Equities Stories of the Day | Dow Jones Institutional News |
| 12/9/2013 | 7:30 AM | 12/9/2013 | Press Release: Qualcomm Announces Availability of its Gimbal Proximity Beacons to Enable Customer Engagement Based on Micro Location | Dow Jones Institutional News |
| 12/9/2013 | 7:30 AM | 12/9/2013 | Press Release: Qualcomm Announces Next-Generation Mobile Health Solutions for Preventative, Transitional and Complex Care Management | Dow Jones Institutional News |
| 12/9/2013 | 4:00 PM | 12/10/2013 | Press Release: Qualcomm Technologies Introduces Snapdragon 410 Chipset with Integrated 4G LTE World Mode for High-Volume Smartphones | Dow Jones Institutional News |
| 12/9/2013 | 5:41 PM | 12/10/2013 | *S&P Assigns Omnitracs 'B' Rtg, Stbl Otlk On Qualcomm Spin-Off | Dow Jones Institutional News |
| 12/11/2013 | 7:02 AM | 12/11/2013 | Qualcomm, After Kerfuffle, Makes 64-bit Move -- WSJ Blog | Dow Jones Newswires Korean (English) |
| 12/11/2013 | 12:32 PM | 12/11/2013 | Canada News Highlights: Canada Post to Eliminate Home Mail Delivery | Dow Jones Institutional News |
| 12/12/2013 | 5:26 PM | 12/13/2013 | *Sources: List of Potential CEO Prospects Includes Qualcomm Operating Chief Mollenkopf - Bloomberg | Dow Jones Institutional News |
| 12/12/2013 | 5:38 PM | 12/13/2013 | Sources: List of Potential CEO Prospects Includes Qualcomm Operating Chief Mollenkopf - Bloomberg | Dow Jones Newswires Chinese (English) |
| 12/12/2013 | 5:50 PM | 12/13/2013 | Sources: List of Potential CEO Prospects Includes Qualcomm Operating Chief Mollenkopf - Bloomberg | Dow Jones Institutional News |
| 12/13/2013 | 7:30 AM | 12/13/2013 | *Qualcomm Names Steve Mollenkopf CEO And President >QCOM | Dow Jones Institutional News |
| 12/13/2013 | 7:39 AM | 12/13/2013 | With Promotion, Qualcomm Moves to Keep Mollenkopf -- Market Talk | Dow Jones Institutional News |
| 12/13/2013 | 7:39 AM | 12/13/2013 | With Promotion, Qualcomm Moves to Keep Mollenkopf -- Market Talk | Dow Jones Institutional News |
| 12/13/2013 | 8:03 AM | 12/13/2013 | Qualcomm Names Mollenkopf as Incoming CEO | Dow Jones Institutional News |
| 12/13/2013 | 8:13 AM | 12/13/2013 | Qualcomm Names Mollenkopf as Incoming CEO | Dow Jones Top Global Market Stories |
| 12/13/2013 | 8:13 AM | 12/13/2013 | Qualcomm Names Mollenkopf as Incoming CEO | Dow Jones Top North American Equities Stories |
| 12/13/2013 | 8:15 AM | 12/13/2013 | Qualcomm Names Mollenkopf as Incoming CEO | Dow Jones Newswires Chinese (English) |
| 12/13/2013 | 8:24 AM | 12/13/2013 | Qualcomm Names Mollenkopf as Incoming CEO | Dow Jones Top News & Commentary |
| 12/13/2013 | 8:24 AM | 12/13/2013 | Qualcomm Names Mollenkopf as Incoming CEO -- Update | Dow Jones Institutional News |
| 12/13/2013 | 11:16 AM | 12/13/2013 | Qualcomm Names Mollenkopf as Incoming CEO -- 2nd Update | Dow Jones Institutional News |
| 12/13/2013 | 2:23 PM | 12/13/2013 | Qualcomm Names Mollenkopf as Incoming CEO -- Update | Dow Jones Institutional News |
| 12/13/2013 | 2:25 PM | 12/13/2013 | Qualcomm Names Mollenkopf as Incoming CEO | Dow Jones Top News & Commentary |
| 12/13/2013 | 7:16 PM | 12/16/2013 | Qualcomm Names New Chief | Dow Jones Institutional News |
| 12/16/2013 | 2:58 PM | 12/16/2013 | It's Been Quite the Busy Day for Corner Offices -- Market Talk | Dow Jones Institutional News |
| 12/16/2013 | 2:58 PM | 12/16/2013 | It's Been Quite the Busy Day for Corner Offices -- Market Talk | Dow Jones Institutional News |
| 12/18/2013 | 5:01 PM | 12/19/2013 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 1/3/2014 | 12:51 PM | 1/3/2014 | Press Release: Anritsu Demonstrates LTE-A Category 6 Peak Data Rates of 300 Mbps | Dow Jones Institutional News |
| 1/6/2014 | 5:43 PM | 1/7/2014 | Globalfoundries Names Former Motorola Executive As CEO | Dow Jones Institutional News |
| 1/6/2014 | 7:28 PM | 1/7/2014 | Smartwatches Pop Up All Over CES | Dow Jones Institutional News |
| 1/7/2014 | 2:19 AM | 1/7/2014 | Smartwatches Pop Up All Over CES | Dow Jones Newswires Chinese (English) |
| 1/7/2014 | 2:20 AM | 1/7/2014 | Smartwatches Pop Up All Over CES | Dow Jones Newswires Chinese (English) |
| 1/7/2014 | 9:32 AM | 1/7/2014 | Press Release: QNX and Qualcomm Announce First In-car Infotainment System Powered by Snapdragon Automotive Solutions | Dow Jones Institutional News |
| 1/7/2014 | 10:00 AM | 1/7/2014 | Press Release: Toshiba Set to Introduce UFS Ver2.0 Solution in 2Q 2014 | Dow Jones Institutional News |
| 1/7/2014 | 8:23 PM | 1/8/2014 | Wearable Gadgets Flood CES | Dow Jones Top Global Market Stories |
| 1/8/2014 | 7:08 AM | 1/8/2014 | Wearable Gadgets Flood CES | Dow Jones Top North American Equities Stories |
| 1/8/2014 | 4:47 PM | 1/9/2014 | Microsoft's Tough Time Finding Driver -- Heard on the Street | Dow Jones Institutional News |
| 1/8/2014 | 10:25 PM | 1/9/2014 | Microsoft's Tough Time Finding Driver -- Heard on the Street | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 1/9/2014 | 12:18 AM | 1/9/2014 | Microsoft's Tough Time Finding Driver | Dow Jones Top Global Market Stories |
| 1/9/2014 | 8:13 AM | 1/9/2014 | Microsoft's Tough Time Finding Driver | Dow Jones Top North American Equities Stories |
| 1/9/2014 | 11:24 AM | 1/9/2014 | Brighter 2014 Seen for Chips, But Nvidia May Lag -- Market Talk | Dow Jones Institutional News |
| 1/9/2014 | 11:24 AM | 1/9/2014 | Brighter 2014 Seen for Chips, But Nvidia May Lag -- Market Talk | Dow Jones Institutional News |
| 1/13/2014 | 9:30 AM | 1/13/2014 | Press Release: Qualcomm Incorporated (NASDAQ: QCOM) First Quarter Fiscal 2014 Earnings Release and Conference Call | Dow Jones Institutional News |
| 1/14/2014 | 9:08 AM | 1/14/2014 | *Qualcomm Cut to Mkt Perform From Outperform by Raymond James >QCOM | Dow Jones Institutional News |
| 1/14/2014 | 9:08 AM | 1/14/2014 | Qualcomm Cut to Mkt Perform From Outperform by Raymond James >QCOM | Dow Jones Newswires German |
| 1/20/2014 | 2:27 AM | 1/21/2014 | Press Release: Dialog Semiconductor Plc.: Dialog Semiconductor Collaborates With Qualcomm Technologies For Higher Efficiency Rapid Smartphone Charging | Dow Jones Institutional News |
| 1/20/2014 | 8:05 AM | 1/21/2014 | Press Release: Fon Closes $14 Million Round | Dow Jones Institutional News |
| 1/21/2014 | 10:36 PM | 1/22/2014 | MediaTek +2.1%, Barclays Tips Gains in China 4G Market Share -- Market Talk | Dow Jones Institutional News |
| 1/22/2014 | 9:01 AM | 1/22/2014 | Press Release: Qualcomm Declares Quarterly Cash Dividend | Dow Jones Institutional News |
| 1/23/2014 | 8:00 AM | 1/23/2014 | Press Release: Teardown of Qualcomm Toq Smartwatch Finds Cypress TrueTouch Capacitive Touchscreen Controller | Dow Jones Institutional News |
| 1/23/2014 | 4:30 PM | 1/24/2014 | *Qualcomm Acquires Palm, IPAQ And Bitfone Patent Portfolio From HP | Dow Jones Institutional News |
| 1/23/2014 | 4:31 PM | 1/24/2014 | Qualcomm: Purchase Price Not Disclosed >QCOM | Dow Jones Newswires German |
| 1/23/2014 | 5:15 PM | 1/24/2014 | Qualcomm Acquires Mobile Technology Patents From H-P | Dow Jones Institutional News |
| 1/23/2014 | 5:16 PM | 1/24/2014 | Qualcomm Acquires Mobile Technology Patents From H-P | Dow Jones Top News & Commentary |
| 1/23/2014 | 5:30 PM | 1/24/2014 | Qualcomm Acquires Mobile Technology Patents From H-P | Dow Jones Institutional News |
| 1/23/2014 | 5:45 PM | 1/24/2014 | Qualcomm Acquires Palm, IPAQ And Bitfone Patent Portfolio From HP | Dow Jones Newswires Chinese (English) |
| 1/28/2014 | 10:03 PM | 1/29/2014 | Nordic Morning Briefing: Focus on Nordea, Scania Earnings | Dow Jones Institutional News |
| 1/29/2014 | 6:01 AM | 1/29/2014 | Morning MoneyBeat: Turkey Soothes Jittery Investors -- WSJ Blog | Dow Jones Institutional News |
| 1/29/2014 | 6:15 AM | 1/29/2014 | Morning MoneyBeat: Turkey Soothes Jittery Investors -- WSJ Blog | Dow Jones Institutional News |
| 1/29/2014 | 4:00 PM | 1/30/2014 | *Qualcomm 1Q Rev $6.62B >QCOM | Dow Jones Institutional News |
| 1/29/2014 | 4:00 PM | 1/30/2014 | Qualcomm 1Q Rev $6.62B >QCOM | Dow Jones Newswires Chinese (English) |
| 1/29/2014 | 4:00 PM | 1/30/2014 | Qualcomm 1Q Rev $6.62B >QCOM | Dow Jones Newswires German |
| 1/29/2014 | 4:03 PM | 1/30/2014 | Qualcomm Posts Higher Revenue | Dow Jones Institutional News |
| 1/29/2014 | 4:03 PM | 1/30/2014 | Qualcomm Posts Higher Revenue | Dow Jones Top News & Commentary |
| 1/29/2014 | 4:09 PM | 1/30/2014 | Qualcomm's Revenue Rises | Dow Jones Top North American Equities Stories |
| 1/29/2014 | 4:14 PM | 1/30/2014 | Qualcomm's Revenue Rises | Dow Jones Top Global Market Stories |
| 1/29/2014 | 4:17 PM | 1/30/2014 | Qualcomm Posts Higher Revenue | Dow Jones Newswires Chinese (English) |
| 1/29/2014 | 4:27 PM | 1/30/2014 | Qualcomm's Revenue Rises -- Update | Dow Jones Institutional News |
| 1/29/2014 | 4:38 PM | 1/30/2014 | Qualcomm's Revenue Rises | Dow Jones Top News & Commentary |
| 1/29/2014 | 5:37 PM | 1/30/2014 | Qualcomm's Revenue Rises -- 2nd Update | Dow Jones Institutional News |
| 1/29/2014 | 5:52 PM | 1/30/2014 | Qualcomm's Revenue Rises -- 2nd Update | Dow Jones Institutional News |
| 1/29/2014 | 7:42 PM | 1/30/2014 | Qualcomm's Revenue Rises | Dow Jones Institutional News |
| 1/31/2014 | 5:00 AM | 1/31/2014 | *Ericsson and Qualcomm Technologies demo first LTE CAT6 Carrier Aggregation interoperability for Telstra | Dow Jones Institutional News |
| 1/31/2014 | 5:03 AM | 1/31/2014 | Press Release: Ericsson and Qualcomm Technologies demo first LTE CAT6 Carrier Aggregation interoperability for Telstra | Dow Jones Institutional News |
| 2/6/2014 | 2:28 PM | 2/6/2014 | Press Release: Technicolor Brings Qeo Technology to AllSeen Alliance to Complement Qualcomm's AllJoyn and Further Unify the Internet of Everything Ecosystem | Dow Jones Institutional News |
| 2/18/2014 | 8:58 PM | 2/19/2014 | China NDRC: Investigation On IDC & Qualcomm For Price Manipulation | Dow Jones Newswires Chinese (English) |
| 2/18/2014 | 9:58 PM | 2/19/2014 | China NDRC: Investigation On InterDigital & Qualcomm For Price Manipulation | Dow Jones Newswires Chinese (English) |
| 2/18/2014 | 10:01 PM | 2/19/2014 | China NDRC: Investigation On InterDigital & Qualcomm For Price Manipulation | Dow Jones Newswires Chinese (English) |
| 2/18/2014 | 10:06 PM | 2/19/2014 | China NDRC: Investigation On InterDigital & Qualcomm For Price Manipulation | Dow Jones Newswires Chinese (English) |
| 2/18/2014 | 10:30 PM | 2/19/2014 | *China Confirms Antimonopoly Investigation Into Qualcomm, InterDigital | Dow Jones Institutional News |
| 2/18/2014 | 10:47 PM | 2/19/2014 | China Confirms Probe of Qualcomm, InterDigital | Dow Jones Top Global Market Stories |
| 2/18/2014 | 11:01 PM | 2/19/2014 | China Confirms Probes of Qualcomm, InterDigital -- Update | Dow Jones Institutional News |
| 2/19/2014 | 1:01 AM | 2/19/2014 | News Highlights: Top Equities Stories of the Day | Dow Jones Institutional News |
| 2/19/2014 | 2:04 AM | 2/19/2014 | China Confirms Probes of Qualcomm, InterDigital -- Update | Dow Jones Newswires Chinese (English) |
| 2/19/2014 | 6:32 AM | 2/19/2014 | China Confirms Probe of Qualcomm, InterDigital | Dow Jones Top North American Equities Stories |
| 2/21/2014 | 2:39 PM | 2/21/2014 | Magisto Backed by Russia's Mail.Ru in Strategic Round -- WSJ Blog | Dow Jones Institutional News |
| 2/21/2014 | 2:39 PM | 2/21/2014 | Magisto Backed by Russia's Mail.Ru in Strategic Round -- WSJ Blog | Dow Jones Institutional News |
| 2/22/2014 | 4:04 AM | 2/24/2014 | DJ QUALCOMM Incorporated, Inst Holders, 4Q 2013 (QCOM) | Dow Jones Institutional News |
| 2/23/2014 | 4:45 PM | 2/24/2014 | Chip Makers Vie to Power Faster Mobile Networks | Dow Jones Institutional News |
| 2/23/2014 | 7:30 PM | 2/24/2014 | Chip Makers Vie To Power Faster Mobile Networks | Dow Jones Institutional News |
| 2/24/2014 | 12:01 AM | 2/24/2014 | Press Release: AT&T Delivers the Future of the Connected Car With Qualcomm, Red Bend and QuickPlay | Dow Jones Institutional News |
| 2/24/2014 | 2:00 AM | 2/24/2014 | Chip Makers Vie To Power Faster Mobile Networks | Dow Jones Institutional News |
| 2/24/2014 | 2:00 AM | 2/24/2014 | Press Release: Qualcomm Announces World's First Commercial 20 nm LTE Advanced Chipset for Automotive | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 2/24/2014 | 2:00 AM | 2/24/2014 | Press Release: Qualcomm Launches First Chips with Integrated CMOS Power Amplifier and Antenna Switch for 3G/4G LTE multiband Mobile Devices | Dow Jones Institutional News |
| 2/24/2014 | 2:00 AM | 2/24/2014 | Press Release: Qualcomm Technologies Announces World's First Commercial 64-bit Octa-Core Chipset with Integrated 5 Mode Global LTE | Dow Jones Institutional News |
| 2/24/2014 | 3:04 AM | 2/24/2014 | Nokia X Has Dual Core 1Ghz Qualcomm Snapdragon Processor | Dow Jones Newswires Chinese (English) |
| 2/24/2014 | 4:26 AM | 2/24/2014 | Chip Makers Vie to Power Faster Mobile Networks | Dow Jones Newswires Chinese (English) |
| 2/24/2014 | 5:59 AM | 2/24/2014 | Press Release: Qualcomm Demonstrates LTE Advanced Category 6 with Ericsson at Mobile World Congress | Dow Jones Institutional News |
| 2/24/2014 | 7:37 AM | 2/24/2014 | $3B Merger in Mobile-Chip Space -- Market Talk | Dow Jones Institutional News |
| 2/24/2014 | 7:37 AM | 2/24/2014 | $3B Merger in Mobile-Chip Space -- Market Talk | Dow Jones Institutional News |
| 2/24/2014 | 2:12 PM | 2/24/2014 | Chip Makers Vie To Power Faster Mobile Networks | Dow Jones Top Global Market Stories |
| 2/24/2014 | 3:43 PM | 2/24/2014 | Chip Makers Step Up Race to Soup Up Smartphones -- WSJ Blog | Dow Jones Institutional News |
| 2/24/2014 | 3:43 PM | 2/24/2014 | Chip Makers Step Up Race to Soup Up Smartphones -- WSJ Blog | Dow Jones Institutional News |
| 2/27/2014 | 4:30 PM | 2/28/2014 | *Qualcomm Dismisses Remaining Counterclaims Against ParkerVision | Dow Jones Institutional News |
| 2/27/2014 | 4:30 PM | 2/28/2014 | Press Release: Qualcomm Dismisses Remaining Counterclaims Against ParkerVision | Dow Jones Institutional News |
| 2/27/2014 | 5:19 PM | 2/28/2014 | ParkerVision: Qualcomm Dismisses Counterclaims in Patent Dispute | Dow Jones Institutional News |
| 2/27/2014 | 5:34 PM | 2/28/2014 | ParkerVision: Qualcomm Dismisses Counterclaims in Patent Dispute | Dow Jones Institutional News |
| 2/28/2014 | 10:51 AM | 2/28/2014 | DJ QUALCOMM Incorporated, Inst Holders, 4Q 2013 (QCOM) | Dow Jones Institutional News |
| 3/2/2014 | 7:00 PM | 3/3/2014 | Press Release: THine Licenses Qualcomm Technologies Its V-by-One(R) HS Technology | Dow Jones Institutional News |
| 3/4/2014 | 7:00 AM | 3/4/2014 | Synacor's Michael Bishara to Participate in Multi-Screen Video Panel at 2014 Media Summit Produced by Digital Hollywood, March 4-5, New York | GlobeNewswire |
| 3/4/2014 | 7:30 AM | 3/4/2014 | *Qualcomm Increases Quarterly Dividend By 20 Percent And Share Repurchase Authorization By $5.0 Billion >QCOM | Dow Jones Institutional News |
| 3/4/2014 | 7:30 AM | 3/4/2014 | Qualcomm Increases Quarterly Dividend By 20 Percent And Share Repurchase Authorization By $5.0 Billion >QCOM | Dow Jones Newswires German |
| 3/4/2014 | 7:56 AM | 3/4/2014 | Qualcomm Increases Buyback Program by $5 Billion | Dow Jones Institutional News |
| 3/4/2014 | 8:11 AM | 3/4/2014 | Qualcomm Increases Buyback Program by $5 Billion | Dow Jones Institutional News |
| 3/4/2014 | 10:54 AM | 3/4/2014 | Qualcomm Adds $5 Billion to Buyback Program -- Update | Dow Jones Institutional News |
| 3/4/2014 | 11:02 AM | 3/4/2014 | Qualcomm Adds $5 Billion to Buyback Program | Dow Jones Top Global Market Stories |
| 3/4/2014 | 11:02 AM | 3/4/2014 | Qualcomm Adds $5 Billion to Buyback Program | Dow Jones Top North American Equities Stories |
| 3/4/2014 | 3:35 PM | 3/4/2014 | Qualcomm Adds $5 Billion to Buyback Program | Dow Jones Top News & Commentary |
| 3/4/2014 | 3:35 PM | 3/4/2014 | Qualcomm Adds $5 Billion to Buyback Program -- 2nd Update | Dow Jones Institutional News |
| 3/4/2014 | 4:38 PM | 3/5/2014 | *Qualcomm Names Steve Mollenkopf CEO and Dr. Paul E. Jacobs Executive Chmn of Board | Dow Jones Institutional News |
| 3/4/2014 | 8:09 PM | 3/5/2014 | Qualcomm Boosts Buyback, Raises Its Dividend By 20% | Dow Jones Institutional News |
| 3/4/2014 | 8:17 PM | 3/5/2014 | Qualcomm Boosts Buyback, Raises Dividend By 20% | Dow Jones Top Global Market Stories |
| 3/5/2014 | 6:42 AM | 3/5/2014 | Qualcomm Boosts Buyback, Raises Dividend By 20% | Dow Jones Top North American Equities Stories |
| 3/6/2014 | 7:30 AM | 3/6/2014 | Press Release: Qualcomm to Provide iBeacon Hardware to Work with the "MLB.com At The Ballpark" App | Dow Jones Institutional News |
| 3/6/2014 | 7:30 AM | 3/6/2014 | Press Release: Tunstall Healthcare and Qualcomm Collaborate for Global Deployment of Innovative Connected Care Services | Dow Jones Institutional News |
| 3/10/2014 | 6:32 AM | 3/10/2014 | Research Firm: New CEO Needed at Apple -- Market Talk | Dow Jones Institutional News |
| 3/10/2014 | 6:32 AM | 3/10/2014 | Research Firm: New CEO Needed at Apple -- Market Talk | Dow Jones Institutional News |
| 3/10/2014 | 4:15 PM | 3/11/2014 | Press Release: Derek Aberle Named Qualcomm President | Dow Jones Institutional News |
| 3/10/2014 | 4:22 PM | 3/11/2014 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 3/10/2014 | 4:43 PM | 3/11/2014 | Qualcomm Names Aberle President | Dow Jones Institutional News |
| 3/10/2014 | 4:43 PM | 3/11/2014 | Qualcomm Names Aberle President | Dow Jones Top News & Commentary |
| 3/10/2014 | 5:01 PM | 3/11/2014 | Qualcomm Names Aberle President | Dow Jones Top North American Equities Stories |
| 3/12/2014 | 1:54 PM | 3/12/2014 | CFO DAVIS Acquires 17,672 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 3/17/2014 | 4:14 AM | 3/17/2014 | Buy Mediatek on Weakness from China Mobile News: Nomura -- Market Talk | Dow Jones Institutional News |
| 3/28/2014 | 7:00 AM | 3/28/2014 | *Tessera Technologies Ends Litigation Against Qualcomm | Dow Jones Institutional News |
| 3/28/2014 | 7:16 AM | 3/28/2014 | Press Release: Tessera Technologies Ends Litigation Against Qualcomm | Dow Jones Institutional News |
| 3/28/2014 | 7:49 AM | 3/28/2014 | Tessera Ends Long-Running Litigation Against Qualcomm | Dow Jones Institutional News |
| 3/28/2014 | 7:49 AM | 3/28/2014 | Tessera Ends Long-Running Litigation Against Qualcomm | Dow Jones Top News & Commentary |
| 3/31/2014 | 9:00 AM | 3/31/2014 | Press Release: Intrinsyc Announces Availability of Mobile Development Platform Based on a Qualcomm(R) Snapdragon(TM) 805 Ultra HD Processor | Dow Jones Institutional News |
| 4/3/2014 | 7:30 AM | 4/3/2014 | Press Release: Qualcomm Innovates to Optimize Spectrum Usage with Revolutionary MU-MIMO for Wi-Fi | Dow Jones Institutional News |
| 4/3/2014 | 10:39 AM | 4/3/2014 | Amazon's Fire TV Also Takes On Sony, Nintendo, Microsoft -- WSJ Blog | Dow Jones Institutional News |
| 4/7/2014 | 7:30 AM | 4/7/2014 | Press Release: Qualcomm Announces "The Ultimate Connected Computing" Next-Generation Snapdragon 810 and 808 Processors | Dow Jones Institutional News |
| 4/7/2014 | 10:28 AM | 4/7/2014 | Qualcomm Boosts High End of Mobile Chip Line | Dow Jones Institutional News |
| 4/7/2014 | 10:28 AM | 4/7/2014 | Qualcomm Boosts High End of Mobile Chip Line | Dow Jones Top News & Commentary |
| 4/7/2014 | 10:35 AM | 4/7/2014 | Qualcomm Boosts High End of Mobile Chip Line | Dow Jones Top North American Equities Stories |
| 4/7/2014 | 10:40 AM | 4/7/2014 | Qualcomm Boosts High End of Mobile Chip Line | Dow Jones Top Global Market Stories |
| 4/8/2014 | 9:00 AM | 4/8/2014 | Press Release: Qualcomm Declares Quarterly Cash Dividend | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 4/8/2014 | 9:30 AM | 4/8/2014 | Press Release: Qualcomm Incorporated (NASDAQ: QCOM) Second Quarter Fiscal 2014 Earnings Release and Conference Call | Dow Jones Institutional News |
| 4/8/2014 | 10:02 AM | 4/8/2014 | Wearable Chip Maker Emerges in India With Big Backers -- WSJ Blog | Dow Jones Institutional News |
| 4/10/2014 | 5:48 PM | 4/11/2014 | *Qualcomm Started at Strong Buy by ISI Group >QCOM | Dow Jones Institutional News |
| 4/10/2014 | 5:48 PM | 4/11/2014 | Qualcomm Started at Strong Buy by ISI Group >QCOM | Dow Jones Newswires German |
| 4/14/2014 | 3:53 AM | 4/14/2014 | Indian Handset Maker Micromax Eyes Stake In Pantech -- WSJ Blog | Dow Jones Institutional News |
| 4/15/2014 | 12:49 PM | 4/15/2014 | Broadcom, Qualcomm Battle Data Clog in Living Room -- WSJ Blog | Dow Jones Institutional News |
| 4/23/2014 | 4:01 PM | 4/24/2014 | *Qualcomm 2Q Rev $6.37B >QCOM | Dow Jones Institutional News |
| 4/23/2014 | 4:01 PM | 4/24/2014 | Qualcomm 2Q Rev $6.37B >QCOM | Dow Jones Newswires Chinese (English) |
| 4/23/2014 | 4:01 PM | 4/24/2014 | Qualcomm 2Q Rev $6.37B >QCOM | Dow Jones Newswires German |
| 4/23/2014 | 4:19 PM | 4/24/2014 | Qualcomm 2nd-Quarter Profit Rises 5% | Dow Jones Institutional News |
| 4/23/2014 | 4:21 PM | 4/24/2014 | Qualcomm 2nd-Quarter Profit Rises 5% | Dow Jones Top News & Commentary |
| 4/23/2014 | 4:25 PM | 4/24/2014 | Qualcomm 2nd-Quarter Profit Rises 5% | Dow Jones Top Global Market Stories |
| 4/23/2014 | 4:30 PM | 4/24/2014 | Qualcomm 2nd-Quarter Profit Rises 5% | Dow Jones Top North American Equities Stories |
| 4/23/2014 | 4:47 PM | 4/24/2014 | *Qualcomm Discloses Possible SEC Action From Bribery Probe | Dow Jones Institutional News |
| 4/23/2014 | 4:49 PM | 4/24/2014 | Qualcomm Says Bribery Probe Concerns Chinese Companies or Agencies | Dow Jones Newswires Chinese (English) |
| 4/23/2014 | 4:50 PM | 4/24/2014 | Qualcomm Contends It Has Not Violated Bribery Laws | Dow Jones Newswires Chinese (English) |
| 4/23/2014 | 5:28 PM | 4/24/2014 | Qualcomm Discloses Possible SEC Action From Bribery Probe | Dow Jones Top News & Commentary |
| 4/23/2014 | 5:30 PM | 4/24/2014 | Qualcomm Discloses Possible SEC Action From Bribery Probe | Dow Jones Top Global Market Stories |
| 4/23/2014 | 5:30 PM | 4/24/2014 | Qualcomm Discloses Possible SEC Action From Bribery Probe | Dow Jones Top North American Equities Stories |
| 4/23/2014 | 6:41 PM | 4/24/2014 | Qualcomm 2nd-Quarter Profit Rises 5% | Dow Jones Newswires Chinese (English) |
| 4/23/2014 | 7:03 PM | 4/24/2014 | Qualcomm 2nd-Quarter Profit Rises 5% | Dow Jones Newswires Chinese (English) |
| 4/23/2014 | 7:39 PM | 4/24/2014 | Qualcomm Profit Rises, But China Is An Issue | Dow Jones Institutional News |
| 4/23/2014 | 7:51 PM | 4/24/2014 | Qualcomm 2nd-Quarter Profit Rises 5% | Dow Jones Institutional News |
| 4/23/2014 | 8:06 PM | 4/24/2014 | Qualcomm 2nd-Quarter Profit Rises 5% | Dow Jones Institutional News |
| 4/23/2014 | 8:14 PM | 4/24/2014 | Qualcomm Discloses Possible SEC Action From Bribery Probe | Dow Jones Newswires Chinese (English) |
| 4/24/2014 | 8:45 PM | 4/25/2014 | Press Release: Harwood Feffer LLP Announces Investigation of Qualcomm Incorporated | Dow Jones Institutional News |
| 4/30/2014 | 6:00 PM | 5/1/2014 | Press Release: Qualcomm Establishes Retail Solutions Subsidiary as Standalone Company -- Gimbal, Inc. | Dow Jones Institutional News |
| 5/1/2014 | 4:59 PM | 5/2/2014 | *ParkerVision Files Second Patent Infringement Suit Against Qualcomm | Dow Jones Institutional News |
| 5/1/2014 | 4:59 PM | 5/2/2014 | Press Release: ParkerVision Files Second Patent Infringement Suit Against Qualcomm | Dow Jones Institutional News |
| 5/1/2014 | 5:16 PM | 5/2/2014 | Parkervision Files 8K - Other Events >PRKR | Dow Jones Institutional News |
| 5/1/2014 | 5:16 PM | 5/2/2014 | Parkervision Files 8K - Regulation FD >PRKR | Dow Jones Institutional News |
| 5/2/2014 | 7:30 AM | 5/2/2014 | *Court Issues Bench Rulings In ParkerVision's Ongoing Litigation Against Qualcomm | Dow Jones Institutional News |
| 5/2/2014 | 7:36 AM | 5/2/2014 | Press Release: Court Issues Bench Rulings in ParkerVision's Ongoing Litigation Against Qualcomm | Dow Jones Institutional News |
| 5/5/2014 | 7:30 AM | 5/5/2014 | *Qualcomm Elects Harish Manwani To Bd Of Directors | Dow Jones Institutional News |
| 5/8/2014 | 4:03 PM | 5/9/2014 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 5/8/2014 | 4:07 PM | 5/9/2014 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 5/8/2014 | 7:38 PM | 5/9/2014 | *Qualcomm, Brazilian Partners To Jointly Verify If Manufacturing Technology It Developed Is Viable for Industrial Production of Cellphone Components | Dow Jones Institutional News |
| 5/8/2014 | 8:02 PM | 5/9/2014 | Qualcomm Will Use Brazil as a Platform To Launch New Technology | Dow Jones Institutional News |
| 5/8/2014 | 8:17 PM | 5/9/2014 | Qualcomm Will Use Brazil as a Platform To Launch New Technology | Dow Jones Institutional News |
| 5/13/2014 | 9:46 AM | 5/13/2014 | Entry-Level Moto E Phone Has Sharp Screen and Water-Resistant Body -- WSJ Blog | Dow Jones Institutional News |
| 5/13/2014 | 2:09 PM | 5/13/2014 | Feds Charge Qualcomm Managers With Insider Trading | Dow Jones Top News & Commentary |
| 5/13/2014 | 2:19 PM | 5/13/2014 | Feds Charge Qualcomm Managers With Insider Trading | Dow Jones Top North American Equities Stories |
| 5/13/2014 | 2:24 PM | 5/13/2014 | Feds Charge Qualcomm Managers With Insider Trading | Dow Jones Top Global Market Stories |
| 5/15/2014 | 9:31 AM | 5/15/2014 | Press Release: Critical Alerts For Citigroup, Linn Energy, MannKind, Canadian Solar, and Qualcomm Released By InvestorsObserver | Dow Jones Institutional News |
| 5/20/2014 | 9:00 AM | 5/20/2014 | Press Release: Qualcomm Adds 3D Reconstruction to Qualcomm(R) Vuforia(TM) Mobile Vision Platform With New Smart Terrain(TM) Feature | Dow Jones Institutional News |
| 5/20/2014 | 12:34 PM | 5/20/2014 | Microsoft's New Tablet Good News for Intel -- Market Talk | Dow Jones Institutional News |
| 5/22/2014 | 4:03 AM | 5/22/2014 | DJ QUALCOMM Incorporated, Inst Holders, 1Q 2014 (QCOM) | Dow Jones Institutional News |
| 6/2/2014 | 9:23 AM | 6/2/2014 | Qualcomm, Others Seen Aided By Broadcom's Plan -- Market Talk | Dow Jones Institutional News |
| 6/2/2014 | 9:23 AM | 6/2/2014 | Qualcomm, Others Seen Aided By Broadcom's Plan -- Market Talk | Dow Jones Institutional News |
| 6/10/2014 | 4:30 PM | 6/11/2014 | Press Release: MediSafe Wins Fourth Annual Qualcomm QPrize(TM) Venture Investment Competition | Dow Jones Institutional News |
| 6/11/2014 | 5:51 AM | 6/11/2014 | Press Release: Qualcomm Introduces High-Performance, Cost-Effective Small Cell System-on-Chip for SMB and Neighborhood Access Points for Exp... | Dow Jones Institutional News |
| 6/11/2014 | 7:00 AM | 6/11/2014 | Press Release: Qualcomm Licenses Rambus CryptoManager(TM) Key and Feature Management Security Solution | Dow Jones Institutional News |
| 6/11/2014 | 7:00 AM | 6/11/2014 | Press Release: Rambus Signs Comprehensive License Agreement With Qualcomm | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 6/11/2014 | 7:18 AM | 6/11/2014 | Rambus Files 8K - Other Events >RMBS | Dow Jones Institutional News |
| 6/11/2014 | 7:32 AM | 6/11/2014 | Rambus In Licensing Pact With Qualcomm | Dow Jones Institutional News |
| 6/11/2014 | 4:35 PM | 6/12/2014 | Press Release: Qualcomm, CH2M HILL and The City of Cincinnati Collaborate on Integrated Water Communications Solutions, A Step in Delivering Smart Cities | Dow Jones Institutional News |
| 6/12/2014 | 6:20 AM | 6/12/2014 | Rambus In Licensing Pact With Qualcomm | Dow Jones Top North American Equities Stories |
| 6/13/2014 | 10:45 AM | 6/13/2014 | *Parkervision: Petitions For Review Of 3 Patents Were Filed >PRKR | Dow Jones Institutional News |
| 6/18/2014 | 8:42 AM | 6/18/2014 | *Qualcomm Started at Equalweight by Morgan Stanley >QCOM | Dow Jones Institutional News |
| 6/18/2014 | 8:42 AM | 6/18/2014 | Qualcomm Started at Equalweight by Morgan Stanley >QCOM | Dow Jones Newswires German |
| 6/18/2014 | 8:43 AM | 6/18/2014 | Qualcomm Started at Equalweight by Morgan Stanley >QCOM | Dow Jones Newswires Chinese (English) |
| 6/18/2014 | 9:30 PM | 6/19/2014 | Press Release: Qualcomm Powers World's First Commercial LTE Advanced Category 6 Smartphone | Dow Jones Institutional News |
| 6/23/2014 | 10:13 AM | 6/23/2014 | *ParkerVision: Received District Court Rulings In Ongoing Litigation Against Qualcomm | Dow Jones Institutional News |
| 6/23/2014 | 10:14 AM | 6/23/2014 | Press Release: ParkerVision Received District Court Rulings in Ongoing Litigation Against Qualcomm | Dow Jones Institutional News |
| 6/23/2014 | 11:42 AM | 6/23/2014 | Parkervision Files 8K - Other Events >PRKR | Dow Jones Institutional News |
| 6/23/2014 | 2:16 PM | 6/23/2014 | Judge Overturns Verdict Against Qualcomm in ParkerVision Dispute | Dow Jones Institutional News |
| 6/26/2014 | 8:00 AM | 6/26/2014 | *ParkerVision Appeals District Court Decision | Dow Jones Institutional News |
| 6/30/2014 | 9:26 AM | 6/30/2014 | The Daily Startup: Hadoop Fight Heats Up With MapR's $110M Funding -- WSJ Blog | Dow Jones Institutional News |
| 7/1/2014 | 9:30 AM | 7/1/2014 | Press Release: Qualcomm Incorporated (NASDAQ: QCOM) Third Quarter Fiscal 2014 Earnings Release and Conference Call | Dow Jones Institutional News |
| 7/1/2014 | 3:00 PM | 7/1/2014 | *Sonics Announces Patent Non-Assert Agreement With Qualcomm | Dow Jones Institutional News |
| 7/1/2014 | 11:30 PM | 7/2/2014 | Xiaomi's Strategy Shows Worrying Trend for MediaTek: Nomura -- Market Talk | Dow Jones Institutional News |
| 7/2/2014 | 6:30 PM | 7/3/2014 | Press Release: Qualcomm Bolsters Wi-Fi Leadership with 60 GHz Wireless for Mobile, Computing and Networking | Dow Jones Institutional News |
| 7/2/2014 | 6:31 PM | 7/3/2014 | *Qualcomm Bets on 'WiGig' Technology With Deal for Wilocity | Dow Jones Institutional News |
| 7/2/2014 | 6:49 PM | 7/3/2014 | Qualcomm Bets on 'WiGig' Technology With Deal for Wilocity | Dow Jones Institutional News |
| 7/2/2014 | 6:49 PM | 7/3/2014 | Qualcomm Bets on 'WiGig' With Deal for Wilocity | Dow Jones Top News & Commentary |
| 7/2/2014 | 6:53 PM | 7/3/2014 | Qualcomm Bets on 'WiGig' Technology With Deal for Wilocity | Dow Jones Newswires Chinese (English) |
| 7/2/2014 | 6:54 PM | 7/3/2014 | Qualcomm Bets on "WiGig" Technology With Deal for Wilocity | Dow Jones Top Global Market Stories |
| 7/2/2014 | 7:17 PM | 7/3/2014 | Qualcomm Bets on 'WiGig' Technology With Deal for Wilocity | Dow Jones Newswires Chinese (English) |
| 7/3/2014 | 4:32 AM | 7/3/2014 | *SMIC, Qualcomm Collaborate on 28nm Wafer Production in China | Dow Jones Institutional News |
| 7/3/2014 | 4:34 AM | 7/3/2014 | SMIC, Qualcomm Collaborate on 28nm Wafer Production in China | Dow Jones Newswires Chinese (English) |
| 7/8/2014 | 7:30 AM | 7/8/2014 | Press Release: Qualcomm Announces First Large-Scale Commercial VoLTE Launch in Japan | Dow Jones Institutional News |
| 7/12/2014 | 12:09 AM | 7/14/2014 | CEO Spotlight: Behind The Scenes In Wireless -- Barron's | Dow Jones Institutional News |
| 7/16/2014 | 11:20 PM | 7/17/2014 | CS Cuts TSMC Target to NT$145 on Market Share Concerns -- Market Talk | Dow Jones Institutional News |
| 7/16/2014 | 11:50 PM | 7/17/2014 | TSMC Falls 4.6%, May Lose Market Share to Samsung -- Market Talk | Dow Jones Institutional News |
| 7/18/2014 | 7:32 AM | 7/18/2014 | Press Release: Workspot Secures $6.5M in Series A Funding From Helion Ventures, Translink Capital and Qualcomm | Dow Jones Institutional News |
| 7/18/2014 | 9:00 AM | 7/18/2014 | Press Release: Qualcomm Declares Quarterly Cash Dividend | Dow Jones Institutional News |
| 7/19/2014 | 12:04 AM | 7/21/2014 | Asian Trader: Cashing In The Chips On TSMC -- Barron's | Dow Jones Institutional News |
| 7/21/2014 | 9:00 AM | 7/21/2014 | Press Release: Intrinsyc Appoints Technology Veteran to Chief Technology Officer and VP of Manufacturing | Dow Jones Institutional News |
| 7/21/2014 | 9:08 AM | 7/21/2014 | Press Release: Intrinsyc Appoints Technology Veteran to Chief Technology Officer and VP of Manufacturing | Dow Jones Institutional News |
| 7/21/2014 | 3:48 PM | 7/21/2014 | *Former Senior Qualcomm Exec Pleads Guily to Insider Trading, DOJ Says | Dow Jones Institutional News |
| 7/21/2014 | 4:25 PM | 7/22/2014 | Former Qualcomm Executive Pleads Guilty in Insider Trading Scheme | Dow Jones Top News & Commentary |
| 7/21/2014 | 7:12 PM | 7/22/2014 | Former Qualcomm Executive Pleads Guilty in Insider Trading Scheme -- Update | Dow Jones Institutional News |
| 7/21/2014 | 10:18 PM | 7/22/2014 | Former Qualcomm Executive Pleads Guilty in Insider Trading Scheme | Dow Jones Top Global Market Stories |
| 7/22/2014 | 2:23 AM | 7/22/2014 | TSMC Shares Have Priced in 'Ultrabear' Case: BofA-ML -- Market Talk | Dow Jones Institutional News |
| 7/22/2014 | 6:18 AM | 7/22/2014 | Former Qualcomm Executive Pleads Guilty in Insider Trading Scheme | Dow Jones Top North American Equities Stories |
| 7/22/2014 | 6:27 AM | 7/22/2014 | Still a Game of Certainty Versus Promise at ARM -- Market Talk | Dow Jones Institutional News |
| 7/22/2014 | 6:27 AM | 7/22/2014 | Still a Game of Certainty Versus Promise at ARM -- Market Talk | Dow Jones Institutional News |
| 7/22/2014 | 8:00 AM | 7/22/2014 | Press Release: I.D. Systems Appoints Former Qualcomm VP, Norman Ellis, as Chief Operating Officer | Dow Jones Institutional News |
| 7/22/2014 | 9:29 AM | 7/22/2014 | ARM Needs New Legs -- WSJ Blog | Dow Jones Institutional News |
| 7/22/2014 | 10:02 PM | 7/23/2014 | Nordic Morning Briefing: Company Earnings Push to the Forefront | Dow Jones Institutional News |
| 7/23/2014 | 8:45 AM | 7/23/2014 | *Qualcomm Raised to Outperform From Mkt Perform by Northland Securities >QCOM | Dow Jones Institutional News |
| 7/23/2014 | 8:45 AM | 7/23/2014 | Qualcomm Raised to Outperform From Mkt Perform by Northland Securities >QCOM | Dow Jones Newswires German |
| 7/23/2014 | 8:46 AM | 7/23/2014 | Qualcomm Raised to Outperform From Mkt Perform by Northland Securities >QCOM | Dow Jones Newswires Chinese (English) |
| 7/23/2014 | 4:01 PM | 7/24/2014 | *Qualcomm 3Q Rev $6.81B >QCOM | Dow Jones Institutional News |
| 7/23/2014 | 4:01 PM | 7/24/2014 | Qualcomm 3Q Rev $6.81B >QCOM | Dow Jones Newswires Chinese (English) |
| 7/23/2014 | 4:01 PM | 7/24/2014 | Qualcomm 3Q Rev $6.81B >QCOM | Dow Jones Newswires German |
| 7/23/2014 | 4:34 PM | 7/24/2014 | Qualcomm Profit Rises, Company Notes 'Challenges' in China | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 7/23/2014 | 4:43 PM | 7/24/2014 | Qualcomm Profit Rises, Company Notes 'Challenges' in China | Dow Jones Top Global Market Stories |
| 7/23/2014 | 4:43 PM | 7/24/2014 | Qualcomm Profit Rises, Company Notes 'Challenges' in China | Dow Jones Top North American Equities Stories |
| 7/23/2014 | 6:04 PM | 7/24/2014 | Qualcomm Profit Rises, Company Notes 'Challenges' in China--Update | Dow Jones Institutional News |
| 7/23/2014 | 6:34 PM | 7/24/2014 | Qualcomm Profit Rises, Company Notes 'Challenges' in China | Dow Jones Newswires Chinese (English) |
| 7/23/2014 | 8:02 PM | 7/24/2014 | Qualcomm Profit Rises, Company Notes 'Challenges' in China--2nd Update | Dow Jones Institutional News |
| 7/24/2014 | 2:23 AM | 7/24/2014 | *Qualcomm Commits Up To $150 Million To Strategic Venture Fund In China | Dow Jones Institutional News |
| 7/24/2014 | 7:43 AM | 7/24/2014 | *Qualcomm Cut to Neutral From Positive by Susquehanna >QCOM | Dow Jones Institutional News |
| 7/24/2014 | 7:43 AM | 7/24/2014 | Qualcomm Cut to Neutral From Positive by Susquehanna >QCOM | Dow Jones Newswires German |
| 7/24/2014 | 7:44 AM | 7/24/2014 | Qualcomm Cut to Neutral From Positive by Susquehanna >QCOM | Dow Jones Newswires Chinese (English) |
| 7/24/2014 | 2:15 PM | 7/24/2014 | Broader License Concerns Loom for Qualcomm? -- Market Talk | Dow Jones Institutional News |
| 7/24/2014 | 2:15 PM | 7/24/2014 | Broader License Concerns Loom for Qualcomm? -- Market Talk | Dow Jones Institutional News |
| 7/24/2014 | 2:50 PM | 7/24/2014 | Qualcomm's China Hang-Ups -- Heard on the Street | Dow Jones Institutional News |
| 7/24/2014 | 7:52 PM | 7/25/2014 | Qualcomm Forms Venture Fund -- Market Talk | Dow Jones Institutional News |
| 7/24/2014 | 7:53 PM | 7/25/2014 | Qualcomm Forms Venture Fund -- Market Talk | Dow Jones Institutional News |
| 7/24/2014 | 8:27 PM | 7/25/2014 | Overcoming Qualcomm's China Hang-Ups -- Heard On The Street | Dow Jones Institutional News |
| 7/25/2014 | 6:28 AM | 7/25/2014 | Qualcomm's China Hang-Ups | Dow Jones Top North American Equities Stories |
| 7/25/2014 | 9:27 AM | 7/25/2014 | The Daily Startup: Qualcomm to Invest $150M in China Startups -- WSJ Blog | Dow Jones Institutional News |
| 7/25/2014 | 3:23 PM | 7/25/2014 | Qualcomm's China Hang-Ups | Dow Jones Top Global Market Stories |
| 7/27/2014 | 11:08 PM | 7/28/2014 | Market Overreacts to TSMC's Potential Market-Share Loss--Goldman -- Market Talk | Dow Jones Institutional News |
| 7/29/2014 | 2:21 PM | 7/29/2014 | Microsoft, the 'Guardian Warriors' and China's Cybersecurity Fears -- WSJ Blog | Dow Jones Institutional News |
| 7/29/2014 | 10:01 PM | 7/30/2014 | Microsoft, the 'Guardian Warriors' and China's Cybersecurity Fears -- WS | Dow Jones Newswires Chinese (English) |
| 7/29/2014 | 10:02 PM | 7/30/2014 | Microsoft, the 'Guardian Warriors' and China's Cybersecurity Fears -- WS | Dow Jones Newswires Chinese (English) |
| 7/29/2014 | 10:02 PM | 7/30/2014 | Microsoft, the 'Guardian Warriors' and China's Cybersecurity Fears -- WS | Dow Jones Newswires Chinese (English) |
| 7/30/2014 | 7:30 AM | 7/30/2014 | *Qualcomm Further Enhances Commitment To 24/7 Mobile Learning With Acquisition Of Silicon Valley-Based Learning Technology Company EmpoweredU >QCOM | Dow Jones Institutional News |
| 7/30/2014 | 7:30 AM | 7/30/2014 | Qualcomm Further Enhances Commitment To 24/7 Mobile Learning With Acquisition Of Silicon Valley-Based Learning Technology Company EmpoweredU >QCOM | Dow Jones Newswires German |
| 7/31/2014 | 3:17 PM | 7/31/2014 | Qualcomm Bulls Leaving the Ring -- Market Talk | Dow Jones Institutional News |
| 7/31/2014 | 4:20 PM | 8/1/2014 | Qualcomm Bulls Leaving the Ring -- WSJ Blog | Dow Jones Institutional News |
| 8/1/2014 | 6:24 AM | 8/1/2014 | MediaTek: Up 2014 Guidance, Bright Spot Amid Semi Sell-Off? -- Barron's Blog | Dow Jones Institutional News |
| 8/4/2014 | 8:21 AM | 8/4/2014 | China Using Antimonopoly Law to Pressure Foreign Businesses | Dow Jones Institutional News |
| 8/4/2014 | 8:21 AM | 8/4/2014 | China Using Antimonopoly Law to Pressure Foreign Firms | Dow Jones Top News & Commentary |
| 8/4/2014 | 9:55 AM | 8/4/2014 | China Using Antimonopoly Law to Pressure Foreign Businesses | Dow Jones Newswires Chinese (English) |
| 8/4/2014 | 9:57 AM | 8/4/2014 | China Using Antimonopoly Law to Pressure Foreign Businesses -2- | Dow Jones Newswires Chinese (English) |
| 8/4/2014 | 9:57 AM | 8/4/2014 | China Using Antimonopoly Law to Pressure Foreign Businesses -3- | Dow Jones Newswires Chinese (English) |
| 8/4/2014 | 9:57 AM | 8/4/2014 | China Using Antimonopoly Law to Pressure Foreign Businesses -4- | Dow Jones Newswires Chinese (English) |
| 8/5/2014 | 3:03 AM | 8/5/2014 | China Using Antimonopoly Law to Pressure Foreign Businesses | Dow Jones Top Global Market Stories |
| 8/5/2014 | 6:43 AM | 8/5/2014 | China Using Antimonopoly Law to Pressure Foreign Businesses | Dow Jones Top North American Equities Stories |
| 8/5/2014 | 1:49 PM | 8/5/2014 | Microsoft Adds Outsider to High-Level Ranks -- Market Talk | Dow Jones Institutional News |
| 8/5/2014 | 1:49 PM | 8/5/2014 | Microsoft Adds Outsider to High-Level Ranks -- Market Talk | Dow Jones Institutional News |
| 8/5/2014 | 2:59 PM | 8/5/2014 | Nadella Taps Qualcomm's Peggy Johnson for Senior Executive Role -- WSJ Blog | Dow Jones Institutional News |
| 8/5/2014 | 9:29 PM | 8/6/2014 | Timex's First Ironman Smartwatch Doesn't Need a Smartphone -- WSJ Blog | Dow Jones Institutional News |
| 8/5/2014 | 9:30 PM | 8/6/2014 | Timex's First Ironman Smartwatch Doesn't Need a Smartphone -- WSJ Blog | Dow Jones Institutional News |
| 8/6/2014 | 8:30 AM | 8/6/2014 | Press Release: Iconic Watch Brand Timex Introduces Innovative Smartwatch | Dow Jones Institutional News |
| 8/6/2014 | 10:42 AM | 8/6/2014 | Beijing Tightens Grip On US Tech Firms: Gainers And Losers -- Barron's Blog | Dow Jones Institutional News |
| 8/8/2014 | 3:03 AM | 8/8/2014 | TSMC May Not Rise Much Despite Record Revenues: SinoPac -- Market Talk | Dow Jones Institutional News |
| 8/12/2014 | 4:43 AM | 8/12/2014 | Korea's Pantech Files for Court Receivership -- Update | Dow Jones Institutional News |
| 8/12/2014 | 7:30 AM | 8/12/2014 | Press Release: Qualcomm announces new connected health collaborations at Connect 2014 | Dow Jones Institutional News |
| 8/12/2014 | 9:00 AM | 8/12/2014 | *360fly Closes $17.8M In Series B Round Funding With Qualcomm As Latest Investor | Dow Jones Institutional News |
| 8/14/2014 | 9:12 AM | 8/14/2014 | Antitrust Adviser's Relationship to Qualcomm Comes Under Scrutiny | Dow Jones Institutional News |
| 8/14/2014 | 9:26 AM | 8/14/2014 | Antitrust Adviser's Relationship to Qualcomm Comes Under Scrutiny | Dow Jones Top North American Equities Stories |
| 8/14/2014 | 9:27 AM | 8/14/2014 | Antitrust Adviser's Relationship to Qualcomm Comes Under Scrutiny | Dow Jones Top Global Market Stories |
| 8/14/2014 | 10:18 AM | 8/14/2014 | Antitrust Adviser's Relationship to Qualcomm Comes Under Scrutiny | Dow Jones Newswires Chinese (English) |
| 8/14/2014 | 10:19 AM | 8/14/2014 | Antitrust Adviser's Relationship to Qualcomm Comes Under Scrutiny -2- | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 8/14/2014 | 10:22 AM | 8/14/2014 | Antitrust Adviser's Relationship to Qualcomm Comes Under Scrutiny -3- | Dow Jones Newswires Chinese (English) |
| 8/14/2014 | 3:44 PM | 8/14/2014 | Antitrust Adviser's Relationship to Qualcomm Comes Under Scrutiny - Update | Dow Jones Institutional News |
| 8/14/2014 | 3:44 PM | 8/14/2014 | Qualcomm Case Sparks Debate in China | Dow Jones Top News & Commentary |
| 8/14/2014 | 9:59 PM | 8/15/2014 | Antitrust Adviser's Relationship to Qualcomm Comes Under Scrutiny - Update | Dow Jones Newswires Chinese (English) |
| 8/19/2014 | 11:10 PM | 8/20/2014 | Is It Worth Signing an Investment Treaty With China? -- Market Talk | Dow Jones Institutional News |
| 8/19/2014 | 11:30 PM | 8/20/2014 | Is It Worth Signing an Investment Treaty With China? -- Market Talk | Dow Jones Newswires Chinese (English) |
| 8/20/2014 | 12:30 AM | 8/20/2014 | Is It Worth Signing an Investment Treaty With China? -- Market Talk | Dow Jones Newswires Chinese (English) |
| 8/21/2014 | 8:50 PM | 8/22/2014 | Press Release: ParkerVision Names Samsung as Additional Defendant in Patent Infringement Suit | Dow Jones Institutional News |
| 8/22/2014 | 7:05 AM | 8/22/2014 | China Says Qualcomm Is Willing to Resolve Dispute | Dow Jones Institutional News |
| 8/22/2014 | 7:05 AM | 8/22/2014 | China Says Qualcomm Is Willing to Resolve Dispute | Dow Jones Top News & Commentary |
| 8/22/2014 | 7:22 AM | 8/22/2014 | China Says Qualcomm Is Willing to Resolve Dispute | Dow Jones Top Global Market Stories |
| 8/22/2014 | 7:32 AM | 8/22/2014 | China Says Qualcomm Is Willing to Resolve Dispute | Dow Jones Top North American Equities Stories |
| 8/22/2014 | 8:00 AM | 8/22/2014 | China Says Qualcomm Is Willing to Resolve Dispute | Dow Jones Newswires Chinese (English) |
| 8/22/2014 | 8:01 AM | 8/22/2014 | Parkervision Files 8K - Regulation FD >PRKR | Dow Jones Institutional News |
| 8/23/2014 | 4:07 AM | 8/25/2014 | DJ QUALCOMM Incorporated, Inst Holders, 2Q 2014 (QCOM) | Dow Jones Institutional News |
| 8/27/2014 | 11:26 AM | 8/27/2014 | *Finalist Teams Selected For $10M Qualcomm Tricorder XPRIZE | Dow Jones Institutional News |
| 8/28/2014 | 4:33 PM | 8/29/2014 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 9/1/2014 | 1:09 AM | 9/2/2014 | Samsung Shares May Get Help From Chip Strength -- Market Talk | Dow Jones Institutional News |
| 9/2/2014 | 8:16 AM | 9/2/2014 | XRS Shareholders Get a Lifeline -- Market Talk | Dow Jones Institutional News |
| 9/2/2014 | 8:16 AM | 9/2/2014 | XRS Shareholders Get a Lifeline -- Market Talk | Dow Jones Institutional News |
| 9/2/2014 | 8:41 AM | 9/2/2014 | Omnitracs Agrees to Acquire XRS Corp. for $178 Million | Dow Jones Institutional News |
| 9/2/2014 | 8:41 AM | 9/2/2014 | Omnitracs Agrees to Acquire XRS for $178 Million | Dow Jones Top News & Commentary |
| 9/2/2014 | 7:57 PM | 9/3/2014 | Omnitracs Agrees to Acquire XRS Corp. for $178 Million | Dow Jones Top North American Equities Stories |
| 9/4/2014 | 1:00 AM | 9/4/2014 | Press Release: Qualcomm Broadens Support for Developers of Devices and Applications for the Internet of Everything | Dow Jones Institutional News |
| 9/4/2014 | 1:00 AM | 9/4/2014 | Press Release: Qualcomm Expands AllPlay Smart Media Platform Reach, Working with Hardware and Service Companies to Launch New AllPlay-powe... | Dow Jones Institutional News |
| 9/4/2014 | 4:05 PM | 9/5/2014 | Press Release: NVIDIA Files Complaints Against Samsung and Qualcomm for Infringing Its GPU Patents | Dow Jones Institutional News |
| 9/4/2014 | 4:57 PM | 9/5/2014 | Nvidia Sues Samsung and Qualcomm Alleging Patent Infringement | Dow Jones Institutional News |
| 9/4/2014 | 5:02 PM | 9/5/2014 | Nvidia Sues Samsung and Qualcomm | Dow Jones Top Global Market Stories |
| 9/4/2014 | 5:02 PM | 9/5/2014 | Nvidia Sues Samsung and Qualcomm | Dow Jones Top North American Equities Stories |
| 9/4/2014 | 5:03 PM | 9/5/2014 | Money May Be Factor in Nvidia's Patent Suit -- Market Talk | Dow Jones Institutional News |
| 9/4/2014 | 5:03 PM | 9/5/2014 | Money May Be Factor in Nvidia's Patent Suit -- Market Talk | Dow Jones Institutional News |
| 9/4/2014 | 7:12 PM | 9/5/2014 | Nvidia Files Complaints Against Samsung and Qualcomm For Infringing Its GPU Patents | Dow Jones Newswires Chinese (English) |
| 9/4/2014 | 7:50 PM | 9/5/2014 | Nvidia Sues Samsung and Qualcomm -- Update | Dow Jones Institutional News |
| 9/4/2014 | 8:17 PM | 9/5/2014 | Nvidia Sues Samsung and Qualcomm | Dow Jones Top Global Market Stories |
| 9/4/2014 | 8:37 PM | 9/5/2014 | Nvidia Sues Samsung and Qualcomm Alleging Patent Infringement | Dow Jones Newswires Chinese (English) |
| 9/5/2014 | 6:27 AM | 9/5/2014 | Nvidia Sues Samsung and Qualcomm | Dow Jones Top North American Equities Stories |
| 9/9/2014 | 4:00 PM | 9/10/2014 | Press Release: Qualcomm Extends the Benefits of LTE and Carrier Aggregation to Entry-Level Smartphones and Tablets | Dow Jones Institutional News |
| 9/10/2014 | 6:10 AM | 9/10/2014 | *China, Qualcomm "Should Make Money Together" -- China Internet Regulator | Dow Jones Institutional News |
| 9/10/2014 | 6:52 AM | 9/10/2014 | China Regulator to Qualcomm: 'We Should Make Money Together' | Dow Jones Top News & Commentary |
| 9/10/2014 | 6:57 AM | 9/10/2014 | China, Qualcomm "Should Make Money Together" -- China Internet Regulator | Dow Jones Newswires Chinese (English) |
| 9/10/2014 | 8:01 AM | 9/10/2014 | China Official Wants Qualcomm to Work with Country -- Market Talk | Dow Jones Institutional News |
| 9/10/2014 | 8:01 AM | 9/10/2014 | China Official Wants Qualcomm to Work with Country -- Market Talk | Dow Jones Institutional News |
| 9/10/2014 | 8:18 AM | 9/10/2014 | China's Top Internet Regulator to Qualcomm: 'We Should Make Money Together' | Dow Jones Top Global Market Stories |
| 9/10/2014 | 8:18 AM | 9/10/2014 | China's Top Internet Regulator to Qualcomm: 'We Should Make Money Together' | Dow Jones Top North American Equities Stories |
| 9/10/2014 | 9:11 AM | 9/10/2014 | China's Top Internet Regulator to Qualcomm: 'We Should Make Money Together&am | Dow Jones Newswires Chinese (English) |
| 9/10/2014 | 9:11 AM | 9/10/2014 | China's Top Internet Regulator to Qualcomm: 'We Should Make Money Together&am | Dow Jones Newswires Chinese (English) |
| 9/10/2014 | 9:12 AM | 9/10/2014 | China's Top Internet Regulator to Qualcomm: 'We Should Make Money Together&am | Dow Jones Newswires Chinese (English) |
| 9/13/2014 | 12:09 AM | 9/15/2014 | Asian Trader: Qualcomm Out, MediaTek In -- Barron's | Dow Jones Institutional News |
| 9/16/2014 | 6:20 PM | 9/17/2014 | Former Qualcomm Exec Named Head of Google Fiber | Dow Jones Institutional News |
| 9/18/2014 | 1:00 PM | 9/18/2014 | Press Release: Qualcomm Announces General Availability for Mobile Industry's First LTE Broadcast SDK | Dow Jones Institutional News |
| 9/18/2014 | 1:00 PM | 9/18/2014 | Press Release: Qualcomm Announces Vuforia for Digital Eyewear, Powering the Next Generation of Augmented Reality Experiences | Dow Jones Institutional News |
| 9/21/2014 | 4:45 PM | 9/22/2014 | China Keeps Qualcomm on Hold--Heard on the Street | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 9/22/2014 | 1:36 AM | 9/22/2014 | China Keeps Qualcomm on Hold--Heard on the Street | Dow Jones Newswires Chinese (English) |
| 9/22/2014 | 1:37 AM | 9/22/2014 | China Keeps Qualcomm on Hold--Heard on the Street -2- | Dow Jones Newswires Chinese (English) |
| 9/23/2014 | 1:16 AM | 9/23/2014 | Deutsche Downgrades Mediatek on Intensifying Competition -- Market Talk | Dow Jones Institutional News |
| 9/23/2014 | 1:52 AM | 9/23/2014 | Deutsche Downgrades Mediatek on Intensifying Competition -- Market Talk | Dow Jones Newswires Chinese (English) |
| 9/23/2014 | 2:54 AM | 9/23/2014 | Mediatek: A Competitive Qualcomm, 4G Chipset Price Dips -- Barron's Blog | Dow Jones Institutional News |
| 9/23/2014 | 8:00 AM | 9/23/2014 | Press Release: Industry Veteran Dan Rabinovitsj Joins Ruckus Wireless as Chief Operating Officer | Dow Jones Institutional News |
| 9/23/2014 | 10:15 PM | 9/24/2014 | Qualcomm: China's Anti-Trust Issue Overplayed, Says Nomura -- Barron's Blog | Dow Jones Institutional News |
| 9/25/2014 | 9:59 PM | 9/26/2014 | SMIC: A Big Boost If Intel Buys Spreadtrum, Says Nomura -- Barron's Blog | Dow Jones Institutional News |
| 9/26/2014 | 12:35 AM | 9/26/2014 | UPUDATE SMIC: A Big Boost If Intel Buys Spreadtrum, Says Nomura -- Barron's Blog | Dow Jones Institutional News |
| 9/26/2014 | 12:35 AM | 9/26/2014 | UPUDATE SMIC: A Big Boost If Intel Buys Spreadtrum, Says Nomura -- Barron's Blog | Dow Jones Institutional News |
| 9/30/2014 | 2:24 PM | 9/30/2014 | CFO DAVIS Acquires 5,551 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 10/7/2014 | 4:00 AM | 10/7/2014 | *Ericsson, Singtel and Qualcomm earn FDD/TDD Carrier Aggregation First | Dow Jones Institutional News |
| 10/13/2014 | 11:00 AM | 10/13/2014 | Press Release: Ventev Introduces Qualcomm Quick Charge 2.0 Certified Mobile Chargers | Dow Jones Institutional News |
| 10/14/2014 | 9:51 AM | 10/14/2014 | Israeli VC Fund Plans International Tech Investments | Dow Jones Institutional News |
| 10/15/2014 | 2:21 AM | 10/15/2014 | *CSR PlcQualcomm Reached Pact With The Bd Of Csr Plc | Dow Jones Institutional News |
| 10/15/2014 | 2:23 AM | 10/15/2014 | Qualcomm: Acquisition Values CSR at GBP1.56B | Dow Jones Newswires German |
| 10/15/2014 | 2:30 AM | 10/15/2014 | *Qualcomm To Acquire CSR >QCOM | Dow Jones Institutional News |
| 10/15/2014 | 2:30 AM | 10/15/2014 | Qualcomm To Acquire CSR >QCOM | Dow Jones Newswires German |
| 10/15/2014 | 3:03 AM | 10/15/2014 | Qualcomm Pounces On U.K. Chip Maker in $2.5 Billion Deal | Dow Jones Top Global Market Stories |
| 10/15/2014 | 3:07 AM | 10/15/2014 | *CSR Shares Up 33% After Qualcomm Takeover | Dow Jones Institutional News |
| 10/15/2014 | 3:10 AM | 10/15/2014 | Qualcomm Pounces On U.K. Chip Maker | Dow Jones Institutional News |
| 10/15/2014 | 3:25 AM | 10/15/2014 | Qualcomm Pounces On U.K. Chip Maker | Dow Jones Institutional News |
| 10/15/2014 | 3:29 AM | 10/15/2014 | Numis- CSR, Qualcomm Deal Fair and Probably Final -- Market Talk | Dow Jones Institutional News |
| 10/15/2014 | 3:34 AM | 10/15/2014 | CSR a Good Fit for Qualcomm-Jefferies -- Market Talk | Dow Jones Institutional News |
| 10/15/2014 | 3:36 AM | 10/15/2014 | CSR Shares Soar on Qualcomm Offer -- Market Talk | Dow Jones Institutional News |
| 10/15/2014 | 3:36 AM | 10/15/2014 | UK Market Talk Roundup: Shares Gaining | Dow Jones Institutional News |
| 10/15/2014 | 4:21 AM | 10/15/2014 | Qualcomm Pounces On U.K. Chip Maker in $2.5 Billion Deal | Dow Jones Newswires Chinese (English) |
| 10/15/2014 | 5:02 AM | 10/15/2014 | Liberum Analysts Question Qualcomm, CSR Overlap -- Market Talk | Dow Jones Institutional News |
| 10/15/2014 | 5:45 AM | 10/15/2014 | Qualcomm Pounces On U.K. Chip Maker in $2.5 Billion Deal -- Update | Dow Jones Institutional News |
| 10/15/2014 | 5:53 AM | 10/15/2014 | TSMC Likely to Post a Blowout 3Q on Apple Orders: Poll -- Market Talk | Dow Jones Institutional News |
| 10/15/2014 | 6:10 AM | 10/15/2014 | Qualcomm Files 8K - Entry Into Definitive Agreement >QCOM | Dow Jones Institutional News |
| 10/15/2014 | 6:10 AM | 10/15/2014 | Qualcomm Files 8K - Regulation FD >QCOM | Dow Jones Institutional News |
| 10/15/2014 | 6:17 AM | 10/15/2014 | TSMC Likely to Post a Blowout 3Q on Apple Orders: Poll -- Market Talk | Dow Jones Newswires Chinese (English) |
| 10/15/2014 | 6:23 AM | 10/15/2014 | Qualcomm Pounces On U.K. Chip Maker in $2.5 Billion Deal | Dow Jones Top North American Equities Stories |
| 10/15/2014 | 7:30 AM | 10/15/2014 | Press Release: Qualcomm Announces Qualcomm Robotics Accelerator, Powered by Techstars | Dow Jones Institutional News |
| 10/15/2014 | 12:40 PM | 10/15/2014 | Will Qualcomm's CSR Deal Hurt Broadcom? -- Market Talk | Dow Jones Institutional News |
| 10/15/2014 | 12:40 PM | 10/15/2014 | Will Qualcomm's CSR Deal Hurt Broadcom? -- Market Talk | Dow Jones Institutional News |
| 10/15/2014 | 1:16 PM | 10/15/2014 | New Nexus Gadgets Show Google's Big Android Tent -- Market Talk | Dow Jones Institutional News |
| 10/15/2014 | 1:16 PM | 10/15/2014 | New Nexus Gadgets Show Google's Big Android Tent -- Market Talk | Dow Jones Institutional News |
| 10/16/2014 | 5:02 AM | 10/16/2014 | TSMC: Q3 Profit, Q4 Rev Guidance Beat; Disagree With Microchip -- Barron's Blog | Dow Jones Institutional News |
| 10/16/2014 | 9:00 AM | 10/16/2014 | Press Release: Qualcomm Declares Quarterly Cash Dividend | Dow Jones Institutional News |
| 10/16/2014 | 9:30 AM | 10/16/2014 | Press Release: Qualcomm Incorporated (NASDAQ: QCOM) Fourth Quarter and Fiscal 2014 Earnings Release and Conference Call | Dow Jones Institutional News |
| 10/17/2014 | 7:48 AM | 10/17/2014 | Barclays Raises CSR From Underweight To Overweight - -- Market Talk | Dow Jones Institutional News |
| 10/17/2014 | 7:48 AM | 10/17/2014 | UK Market Talk Roundup: Shares Gaining | Dow Jones Institutional News |
| 10/20/2014 | 5:00 AM | 10/20/2014 | Market Awaits ARM Holdings Revenue Growth -- Market Talk | Dow Jones Institutional News |
| 10/20/2014 | 5:00 AM | 10/20/2014 | UK Market Talk Roundup: Shares Losing | Dow Jones Institutional News |
| 10/21/2014 | 1:59 AM | 10/21/2014 | Press Release: Qualcomm Drives 802.11ac 2.0 Ecosystem to Bring Faster Wi-Fi Connectivity to Home Networks, Mobile Devices and Consumer Electronics | Dow Jones Institutional News |
| 10/21/2014 | 2:58 AM | 10/21/2014 | Big Data Sensor Networks Coming to a City Near You -- Market Talk | Dow Jones Institutional News |
| 10/22/2014 | 2:00 AM | 10/22/2014 | Press Release: DSP Group Delivers HD Voice and Home Automation Utilizing Qualcomm Internet Processor | Dow Jones Institutional News |
| 10/22/2014 | 10:10 AM | 10/22/2014 | Chip Makers Bulk Up for Autos -- Market Talk | Dow Jones Institutional News |
| 10/22/2014 | 10:10 AM | 10/22/2014 | Chip Makers Bulk Up for Autos -- Market Talk | Dow Jones Institutional News |
| 10/24/2014 | 1:51 AM | 10/24/2014 | TSMC Chips In to Make LG's Own 'Nuclun' Smartphone Microprocessor | Dow Jones Institutional News |
| 10/24/2014 | 2:03 AM | 10/24/2014 | TSMC to Make LG's Smartphone Microprocessor | Dow Jones Top Global Market Stories |
| 10/24/2014 | 2:10 AM | 10/24/2014 | TSMC to Make LG's Smartphone Microprocessor | Dow Jones Institutional News |
| 10/24/2014 | 2:25 AM | 10/24/2014 | TSMC to Make LG's Smartphone Microprocessor | Dow Jones Institutional News |
| 10/24/2014 | 3:09 AM | 10/24/2014 | TSMC Chips In to Make LG's Own 'Nuclun' Smartphone Microprocessor | Dow Jones Newswires Chinese (English) |
| 10/24/2014 | 3:10 AM | 10/24/2014 | TSMC Chips In to Make LG's Own 'Nuclun' Smartphone Microprocessor -2- | Dow Jones Newswires Chinese (English) |
| 10/28/2014 | 3:41 PM | 10/28/2014 | TSMC Adds LG To Customer Base | Dow Jones Top News & Commentary |
| 10/29/2014 | 6:28 AM | 10/29/2014 | TSMC Adds LG to Customer Base | Dow Jones Top Global Market Stories |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 11/5/2014 | 7:00 AM | 11/5/2014 | Today's Top 5 Stock Picks: Global Firms, Value Prices -- Barron's Blog | Dow Jones Institutional News |
| 11/5/2014 | 2:44 PM | 11/5/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 2:59 PM | 11/5/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 3:14 PM | 11/5/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 3:29 PM | 11/5/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 3:44 PM | 11/5/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 3:59 PM | 11/5/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 4:01 PM | 11/6/2014 | *Qualcomm 4Q Rev $6.69B >QCOM | Dow Jones Institutional News |
| 11/5/2014 | 4:01 PM | 11/6/2014 | Qualcomm 4Q Rev $6.69B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/5/2014 | 4:01 PM | 11/6/2014 | Qualcomm 4Q Rev $6.69B >QCOM | Dow Jones Newswires German |
| 11/5/2014 | 4:14 PM | 11/6/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 4:29 PM | 11/6/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 4:30 PM | 11/6/2014 | *Qualcomm Discloses FTC Probe Of Business Practices | Dow Jones Institutional News |
| 11/5/2014 | 4:32 PM | 11/6/2014 | *Qualcomm Says FTC Probe Relates to Patent Licensing Practices | Dow Jones Institutional News |
| 11/5/2014 | 4:32 PM | 11/6/2014 | *Qualcomm Says Results Were Hurt by Challenges It Faces in China >QCOM | Dow Jones Institutional News |
| 11/5/2014 | 4:44 PM | 11/6/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 4:52 PM | 11/6/2014 | Qualcomm Profit Rises But China Still Presents Challenges | Dow Jones Institutional News |
| 11/5/2014 | 4:52 PM | 11/6/2014 | Qualcomm Profit Rises But China Still Presents Challenges | Dow Jones Top News & Commentary |
| 11/5/2014 | 4:59 PM | 11/6/2014 | Movers & Shakers: Tesla, Qualcomm set to report earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 4:59 PM | 11/6/2014 | Qualcomm Reports Profit Jump But Continued China Woes | Dow Jones Top North American Equities Stories |
| 11/5/2014 | 5:04 PM | 11/6/2014 | Qualcomm Reports Profit Jump But Continued China Woes | Dow Jones Top Global Market Stories |
| 11/5/2014 | 5:11 PM | 11/6/2014 | Qualcomm Reports Profit Jump But Continued China Woes--Update | Dow Jones Institutional News |
| 11/5/2014 | 5:14 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 5:15 PM | 11/6/2014 | Qualcomm Reports Profit Jump But Continued China Woes--Update | Dow Jones Institutional News |
| 11/5/2014 | 5:18 PM | 11/6/2014 | Qualcomm Discloses FTC Probe of Business Practices | Dow Jones Institutional News |
| 11/5/2014 | 5:19 PM | 11/6/2014 | Qualcomm Discloses FTC Probe of Business Practices | Dow Jones Top News & Commentary |
| 11/5/2014 | 5:24 PM | 11/6/2014 | Qualcomm Discloses FTC Investigation | Dow Jones Top Global Market Stories |
| 11/5/2014 | 5:29 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 5:29 PM | 11/6/2014 | Qualcomm Discloses FTC Investigation | Dow Jones Top North American Equities Stories |
| 11/5/2014 | 5:30 PM | 11/6/2014 | Qualcomm Discloses FTC Investigation | Dow Jones Institutional News |
| 11/5/2014 | 5:30 PM | 11/6/2014 | Qualcomm Reports Profit Jump But Continued China Woes--Update | Dow Jones Institutional News |
| 11/5/2014 | 5:33 PM | 11/6/2014 | Qualcomm Discloses FTC Probe of Business Practices | Dow Jones Institutional News |
| 11/5/2014 | 5:44 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 5:45 PM | 11/6/2014 | Qualcomm Discloses FTC Investigation | Dow Jones Institutional News |
| 11/5/2014 | 5:59 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 6:14 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 6:29 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 6:44 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 6:50 PM | 11/6/2014 | Qualcomm Profit Rises But China Still Presents Challenges | Dow Jones Newswires Chinese (English) |
| 11/5/2014 | 6:59 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 7:14 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 7:29 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 7:44 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 7:59 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 8:14 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 8:15 PM | 11/6/2014 | Qualcomm Discloses FTC Investigation-3rd Update | Dow Jones Institutional News |
| 11/5/2014 | 8:29 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 8:44 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 8:59 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 9:09 PM | 11/6/2014 | Qualcomm Discloses FTC Investigation | Dow Jones Newswires Chinese (English) |
| 11/5/2014 | 9:09 PM | 11/6/2014 | Qualcomm Discloses FTC Investigation -2- | Dow Jones Newswires Chinese (English) |
| 11/5/2014 | 9:14 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 9:29 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 9:44 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 9:59 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 10:14 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 10:29 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 10:44 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 10:46 PM | 11/6/2014 | MediaTek Dips On Qualcomm Gloomy Talk -- Barron's Blog | Dow Jones Institutional News |
| 11/5/2014 | 10:59 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 11:14 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 11:29 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 11:44 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/5/2014 | 11:59 PM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 12:14 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 12:29 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 12:44 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 12:59 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 1:14 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 1:29 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 1:44 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 11/6/2014 | 1:59 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 2:14 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 2:29 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 2:44 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 2:59 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 3:14 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 3:29 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 3:44 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 3:59 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 4:14 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 4:29 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 4:44 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 4:59 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 5:14 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 5:29 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 5:44 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 5:59 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 6:14 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 6:18 AM | 11/6/2014 | MediaTek: Q3 Sales Also Miss, Market Moves To 4G Faster Than Its Lineup -- Barron's Blog | Dow Jones Institutional News |
| 11/6/2014 | 6:29 AM | 11/6/2014 | Movers & Shakers: Tesla shares rally, Qualcomm's skid on earnings after hours | Dow Jones Commentary |
| 11/6/2014 | 12:14 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 12:29 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 12:44 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 12:59 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 1:14 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 1:29 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 1:44 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 1:59 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 2:14 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 2:29 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 2:32 PM | 11/6/2014 | Chipping Away at Qualcomm -- Heard on the Street | Dow Jones Institutional News |
| 11/6/2014 | 2:44 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 2:59 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 3:14 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 3:29 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 3:44 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 3:59 PM | 11/6/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 4:14 PM | 11/7/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 4:29 PM | 11/7/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 4:44 PM | 11/7/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/6/2014 | 4:59 PM | 11/7/2014 | Tech Stocks: Qualcomm, AOL losses lead mixed tech action | Dow Jones Commentary |
| 11/7/2014 | 1:24 AM | 11/7/2014 | Chipping Away at Qualcomm | Dow Jones Top Global Market Stories |
| 11/7/2014 | 6:29 AM | 11/7/2014 | Chipping Away at Qualcomm | Dow Jones Top North American Equities Stories |
| 11/7/2014 | 7:38 AM | 11/7/2014 | Qualcomm Hurt by Loose Chinese Licensing -- Barron's | Dow Jones Institutional News |
| 11/10/2014 | 3:00 AM | 11/10/2014 | Press Release: Qualcomm and The George Institute for Global Health Establish the China Center for mHealth Innovation | Dow Jones Institutional News |
| 11/10/2014 | 3:13 PM | 11/10/2014 | Nadella Shaping Microsoft Management Team -- Market Talk | Dow Jones Institutional News |
| 11/10/2014 | 3:13 PM | 11/10/2014 | Nadella Shaping Microsoft Management Team -- Market Talk | Dow Jones Institutional News |
| 11/12/2014 | 2:36 AM | 11/12/2014 | CSR 3Q Revenue Declines, Sees 4Q in Line with Expectations | Dow Jones Institutional News |
| 11/12/2014 | 2:51 AM | 11/12/2014 | CSR 3Q Revenue Declines, Sees 4Q in Line with Expectations | Dow Jones Institutional News |
| 11/12/2014 | 12:58 PM | 11/12/2014 | CEO MOLLENKOPF Acquires 16,765 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 11/18/2014 | 9:30 AM | 11/18/2014 | Press Release: Qualcomm to Host Analyst Meeting | Dow Jones Institutional News |
| 11/18/2014 | 3:20 PM | 11/18/2014 | Press Release: Qualcomm and Ericsson Complete First Inter-company LTE Category 9 Carrier Aggregation Interoperability Testing | Dow Jones Institutional News |
| 11/19/2014 | 7:30 AM | 11/19/2014 | Press Release: Qualcomm Announces Fifth-Generation LTE Multimode Modem for Download Speeds of Up to 450 Mbps and Next-Generation Envelop... | Dow Jones Institutional News |
| 11/19/2014 | 7:30 AM | 11/19/2014 | Press Release: Qualcomm Commits $500,000 in Scholarship Funds to Leading Chinese Universities | Dow Jones Institutional News |
| 11/19/2014 | 10:00 AM | 11/19/2014 | Press Release: Qualcomm Incorporated (Nasdaq: QCOM) to Ring The Nasdaq Stock Market Opening Bell | Dow Jones Institutional News |
| 11/19/2014 | 10:00 AM | 11/19/2014 | Qualcomm Incorporated (Nasdaq: QCOM) to Ring The Nasdaq Stock Market Opening Bell | GlobeNewswire |
| 11/19/2014 | 10:00 AM | 11/19/2014 | Qualcomm Incorporated (Nasdaq: QCOM) to Ring The Nasdaq Stock Market Opening Bell | GlobeNewswire |
| 11/19/2014 | 11:10 AM | 11/19/2014 | *Qualcomm Discloses Plans to Sell Chips for Servers | Dow Jones Institutional News |
| 11/19/2014 | 12:01 PM | 11/19/2014 | Qualcomm Discloses Plans to Sell Chips for Servers | Dow Jones Institutional News |
| 11/19/2014 | 12:01 PM | 11/19/2014 | Qualcomm Discloses Plans to Sell Chips for Servers | Dow Jones Top News & Commentary |
| 11/19/2014 | 2:23 PM | 11/19/2014 | Qualcomm Discloses Plans to Sell Chips for Servers -- Update | Dow Jones Institutional News |
| 11/19/2014 | 2:34 PM | 11/19/2014 | Qualcomm Discloses Plans to Sell Chips for Servers | Dow Jones Top Global Market Stories |
| 11/19/2014 | 2:34 PM | 11/19/2014 | Qualcomm Discloses Plans to Sell Chips for Servers | Dow Jones Top North American Equities Stories |
| 11/19/2014 | 2:38 PM | 11/19/2014 | Qualcomm Discloses Plans to Sell Chips for Servers -- Update | Dow Jones Institutional News |
| 11/19/2014 | 2:40 PM | 11/19/2014 | Qualcomm Discloses Plans to Sell Chips for Servers | Dow Jones Institutional News |
| 11/19/2014 | 2:55 PM | 11/19/2014 | Qualcomm Discloses Plans to Sell Chips for Servers | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 11/19/2014 | 4:39 PM | 11/20/2014 | Tech Shares Fall on Concern Over Overseas Economic Weakness -- Technical Stock Roundup | Dow Jones Institutional News |
| 11/19/2014 | 9:07 PM | 11/20/2014 | Qualcomm Discloses Plans to Sell Chips for Servers | Dow Jones Newswires Chinese (English) |
| 11/20/2014 | 4:23 AM | 11/20/2014 | *China Premier Li: Qualcomm "Opportunities Will Be Greater Than Challenges" | Dow Jones Institutional News |
| 11/20/2014 | 4:25 AM | 11/20/2014 | China Premier Li: Qualcomm "Opportunities Will Be Greater Than Challenges" | Dow Jones Newswires Chinese (English) |
| 11/20/2014 | 4:27 AM | 11/20/2014 | China Premier Li Praises Qualcomm Support of Earlier China Telecom Push | Dow Jones Newswires Chinese (English) |
| 11/20/2014 | 4:28 AM | 11/20/2014 | Qualcomm Comments Come As Co. Faces China Antimonopoly Investigation | Dow Jones Newswires Chinese (English) |
| 11/20/2014 | 5:34 AM | 11/20/2014 | Chinese Premier Plays Down Qualcomm's Woes | Dow Jones Top News & Commentary |
| 11/20/2014 | 5:42 AM | 11/20/2014 | Chinese Premier Plays Down Qualcomm's Woes | Dow Jones Institutional News |
| 11/20/2014 | 6:03 AM | 11/20/2014 | Chinese Premier Plays Down Qualcomm's Woes | Dow Jones Newswires Chinese (English) |
| 11/20/2014 | 6:39 AM | 11/20/2014 | Chinese Premier Plays Down Qualcomm's Woes | Dow Jones Top North American Equities Stories |
| 11/20/2014 | 8:04 AM | 11/20/2014 | Chinese Premier Plays Down Qualcomm's Woes | Dow Jones Top Global Market Stories |
| 11/20/2014 | 8:10 AM | 11/20/2014 | Chinese Premier Plays Down Qualcomm's Woes | Dow Jones Institutional News |
| 11/20/2014 | 8:25 AM | 11/20/2014 | Chinese Premier Plays Down Qualcomm's Woes | Dow Jones Institutional News |
| 11/20/2014 | 9:00 AM | 11/20/2014 | Press Release: Intrinsyc Announces Development Platforms Featuring New High-Performance 64-bit Qualcomm(R) Snapdragon(TM) 810 Ultra HD Processor | Dow Jones Institutional News |
| 11/21/2014 | 6:16 PM | 11/24/2014 | CEO MOLLENKOPF Acquires 13,324 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 11/22/2014 | 12:08 AM | 11/24/2014 | Tech Trader: Investors Prefer Safety To Innovation At Qualcomm And Intel -- Barron's | Dow Jones Institutional News |
| 12/2/2014 | 12:03 PM | 12/2/2014 | Qualcomm Loses Exec Known for Software, Wearables | Dow Jones Institutional News |
| 12/2/2014 | 12:03 PM | 12/2/2014 | Qualcomm Loses Exec Known for Software, Wearables | Dow Jones Top News & Commentary |
| 12/2/2014 | 12:09 PM | 12/2/2014 | Qualcomm Loses Exec Known for Software, Wearables | Dow Jones Top North American Equities Stories |
| 12/2/2014 | 12:14 PM | 12/2/2014 | Qualcomm Loses Exec Known for Software, Wearables | Dow Jones Top Global Market Stories |
| 12/2/2014 | 4:29 PM | 12/3/2014 | CEO MOLLENKOPF Acquires 32,220 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 12/3/2014 | 7:30 AM | 12/3/2014 | Press Release: Qualcomm Delivers 802.11ac Wi-Fi with MU-MIMO and Advanced Network Processing to Address Enterprise BYOD and Other Network Challenges | Dow Jones Institutional News |
| 12/3/2014 | 9:17 PM | 12/4/2014 | How Qualcomm's China Problems Could Hit Xiaomi | Dow Jones Institutional News |
| 12/4/2014 | 12:34 AM | 12/4/2014 | How Qualcomm's China Problems Could Hit Xiaomi | Dow Jones Newswires Chinese (English) |
| 12/4/2014 | 4:55 PM | 12/5/2014 | Press Release: Silicon Image Launches New Subsidiary to Focus on Internet of Everything Services, Qualcomm Participates with Strategic Investment | Dow Jones Institutional News |
| 12/4/2014 | 6:07 PM | 12/5/2014 | Qualcomm Takes 7% Stake in Silicon Image's New Unit | Dow Jones Institutional News |
| 12/4/2014 | 8:39 PM | 12/5/2014 | Qualcomm Takes 7% Stake in Silicon Image's New Unit | Dow Jones Top Global Market Stories |
| 12/4/2014 | 8:40 PM | 12/5/2014 | Qualcomm Takes Stake in Silicon Image Unit | Dow Jones Institutional News |
| 12/4/2014 | 8:55 PM | 12/5/2014 | Qualcomm Takes Stake in Silicon Image Unit | Dow Jones Institutional News |
| 12/5/2014 | 6:29 AM | 12/5/2014 | Qualcomm Takes 7% Stake in Silicon Image's New Unit | Dow Jones Top North American Equities Stories |
| 12/7/2014 | 7:19 PM | 12/8/2014 | Qualcomm Takes 7% Stake in Silicon Image's New Unit | Dow Jones Top North American Equities Stories |
| 12/8/2014 | 7:30 AM | 12/8/2014 | Press Release: Qualcomm announces collaboration with vitaphone e-health solutions to power high-tech, high-touch telehealth and remote monitoring services | Dow Jones Institutional News |
| 12/10/2014 | 12:02 AM | 12/10/2014 | Departed Qualcomm Exec Lands at Helium Systems | Dow Jones Institutional News |
| 12/10/2014 | 5:11 PM | 12/11/2014 | *Qualcomm Cuts 600 Workers in Belt-Tightening | Dow Jones Institutional News |
| 12/10/2014 | 5:12 PM | 12/11/2014 | Qualcomm Cuts 600 Workers in Belt-Tightening | Dow Jones Newswires Chinese (English) |
| 12/10/2014 | 5:25 PM | 12/11/2014 | Qualcomm Cuts 600 Workers in Belt Tightening | Dow Jones Newswires Chinese (English) |
| 12/10/2014 | 5:29 PM | 12/11/2014 | Qualcomm Cuts 600 Workers in Belt Tightening | Dow Jones Top Global Market Stories |
| 12/10/2014 | 5:29 PM | 12/11/2014 | Qualcomm Cuts 600 Workers in Belt Tightening | Dow Jones Top North American Equities Stories |
| 12/11/2014 | 7:30 AM | 12/11/2014 | Press Release: Qualcomm Expands LTE Capabilities in Snapdragon 810 to add Category 9 Carrier Aggregation | Dow Jones Institutional News |
| 12/12/2014 | 1:34 AM | 12/12/2014 | *Qualcomm Commits to Investing $40 Million Into Four Chinese Companies, China Walden Venture Investments Fund | Dow Jones Institutional News |
| 12/15/2014 | 4:11 PM | 12/16/2014 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 12/15/2014 | 4:15 PM | 12/16/2014 | *Qualcomm Director Sir Donald Cruickshank Won't Stand for Re-Election in 2016 | Dow Jones Institutional News |
| 12/16/2014 | 9:21 AM | 12/16/2014 | *Huawei Near 2014 Target for Global Smartphone Sales of 80M-Exec | Dow Jones Institutional News |
| 12/16/2014 | 9:21 AM | 12/16/2014 | *Huawei Near 2014 Target for Global Smartphone Sales of 80M-Exec | Dow Jones Institutional News |
| 12/16/2014 | 9:24 AM | 12/16/2014 | No Impact to Huawei From China Antitrust Probe into Qualcomm-Exec | Dow Jones Newswires Chinese (English) |
| 12/16/2014 | 1:19 PM | 12/16/2014 | CEO MOLLENKOPF Acquires 40,059 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 12/18/2014 | 3:30 AM | 12/18/2014 | Press Release: SMIC Successfully Produces Qualcomm Snapdragon 410 processor in 28nm Process | Dow Jones Institutional News |
| 12/18/2014 | 6:07 AM | 12/18/2014 | Silicon Image Warns of 2015 Revenue Drop -- Market Talk | Dow Jones Institutional News |
| 12/18/2014 | 6:07 AM | 12/18/2014 | Silicon Image Warns of 2015 Revenue Drop -- Market Talk | Dow Jones Institutional News |
| 12/19/2014 | 2:39 AM | 12/19/2014 | New U.S. Tech Consortium Could Boost Myanmar Development -- Market Talk | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 12/19/2014 | 2:39 AM | 12/19/2014 | New U.S. Tech Consortium Could Boost Myanmar Development -- Market Talk | Dow Jones Institutional News |
| 12/22/2014 | 12:57 AM | 12/22/2014 | India to Lead Growth of Chinese Smartphones Says CLSA -- Market Talk | Dow Jones Institutional News |
| 12/22/2014 | 1:29 AM | 12/22/2014 | India to Lead Growth of Chinese Smartphones Says CLSA -- Market Talk | Dow Jones Newswires Chinese (English) |
| 12/22/2014 | 3:55 AM | 12/22/2014 | Press Release: Qualcomm, EE and Huawei Successfully Complete LTE Category 9 Carrier Aggregation Interoperability Testing | Dow Jones Institutional News |
| 12/23/2014 | 2:15 AM | 12/23/2014 | China Wants Qualcomm To Lower Patent Fees: Bloomberg -- Barron's Blog | Dow Jones Institutional News |
| 12/26/2014 | 4:35 AM | 12/26/2014 | China Regulator Says Qualcomm Case Could Be Resolved Soon | Dow Jones Institutional News |
| 12/26/2014 | 4:50 AM | 12/26/2014 | China Regulator Says Qualcomm Case Could Be Resolved Soon | Dow Jones Institutional News |
| 12/26/2014 | 5:06 AM | 12/26/2014 | China Regulator Says Qualcomm Case Could Be Resolved Soon | Dow Jones Newswires Chinese (English) |
| 1/5/2015 | 2:18 PM | 1/5/2015 | Press Release: AT&T Digital Life Announces Plans To Integrate Products And Services From Lutron Electronics, Samsung, Qualcomm And LG Electronics | Dow Jones Institutional News |
| 1/5/2015 | 3:54 PM | 1/5/2015 | Qualcomm Offers No Update at CES About China Probe -- Market Talk | Dow Jones Institutional News |
| 1/5/2015 | 3:54 PM | 1/5/2015 | Qualcomm Offers No Update at CES About China Probe -- Market Talk | Dow Jones Institutional News |
| 1/5/2015 | 4:00 PM | 1/6/2015 | *Qualcomm Announces New Connected Health Collaboration With Walgreens | Dow Jones Institutional News |
| 1/5/2015 | 4:00 PM | 1/6/2015 | Press Release: Qualcomm and LIFX Collaborate to Deliver Turnkey, Wi-Fi Based Smart Lighting Platform with AllJoyn Lighting Service Framework | Dow Jones Institutional News |
| 1/5/2015 | 4:00 PM | 1/6/2015 | Press Release: Qualcomm Announces New Hardware and Streaming Audio Service Launches From Around the Globe as AllPlay Smart Media Platform Expansion Continues | Dow Jones Institutional News |
| 1/5/2015 | 4:03 PM | 1/6/2015 | Press Release: Qualcomm announces strategic collaboration with Novartis to optimize global clinical trials | Dow Jones Institutional News |
| 1/5/2015 | 4:03 PM | 1/6/2015 | Press Release: Qualcomm Extends Mobile Computing and Connectivity Product Leadership from the Home to the Road at CES 2015 | Dow Jones Institutional News |
| 1/5/2015 | 4:03 PM | 1/6/2015 | Press Release: Qualcomm Sees Significant Traction in 802.11ac Wi-Fi with MU-MIMO for Home and Enterprise Networks | Dow Jones Institutional News |
| 1/6/2015 | 5:06 AM | 1/6/2015 | Memory Market Boosts 2014 Semiconductor Sales -- Market Talk | Dow Jones Institutional News |
| 1/6/2015 | 5:23 AM | 1/6/2015 | Memory Market Boosts 2014 Semiconductor Sales -- Market Talk | Dow Jones Newswires Chinese (English) |
| 1/6/2015 | 5:23 AM | 1/6/2015 | Memory Market Boosts 2014 Semiconductor Sales -- Market Talk | Dow Jones Newswires Chinese (English) |
| 1/6/2015 | 6:23 AM | 1/6/2015 | Memory Market Boosts 2014 Semiconductor Sales -- Market Talk | Dow Jones Newswires Chinese (English) |
| 1/7/2015 | 11:02 PM | 1/8/2015 | TSMC: JP Morgan Sees Little Downside From Qualcomm's Snapdragon Delay -- Barron's Blog | Dow Jones Institutional News |
| 1/8/2015 | 7:01 AM | 1/8/2015 | Internet of Things M&A Surged Last Year -- Market Talk | Dow Jones Institutional News |
| 1/8/2015 | 7:01 AM | 1/8/2015 | Internet of Things M&A Surged Last Year -- Market Talk | Dow Jones Institutional News |
| 1/8/2015 | 7:22 AM | 1/8/2015 | Internet of Things M&A Surged Last Year -- Market Talk | Dow Jones Newswires Chinese (English) |
| 1/8/2015 | 1:26 PM | 1/8/2015 | Patent Trial and Appeal Board Denies IPR Petition Aimed at ParkerVision '342 Patent | GlobeNewswire |
| 1/8/2015 | 10:52 PM | 1/9/2015 | TSMC Underperforms Broader Market as Competition Intensifies -- Market Talk | Dow Jones Institutional News |
| 1/8/2015 | 11:22 PM | 1/9/2015 | TSMC Underperforms Broader Market as Competition Intensifies -- Market Talk | Dow Jones Newswires Chinese (English) |
| 1/11/2015 | 9:16 PM | 1/12/2015 | TSMC: Key Customer Risk, Maybank Says Sell -- Barron's Blog | Dow Jones Institutional News |
| 1/11/2015 | 9:54 PM | 1/12/2015 | Credit Suisse Downgrades TSMC as Competition Heats Up -- Market Talk | Dow Jones Institutional News |
| 1/11/2015 | 10:13 PM | 1/12/2015 | Credit Suisse Downgrades TSMC as Competition Heats Up -- Market Talk | Dow Jones Newswires Chinese (English) |
| 1/12/2015 | 8:55 AM | 1/12/2015 | IFI CLAIMS Announces 2014 Top U.S. Patent Recipients | GlobeNewswire |
| 1/12/2015 | 9:30 AM | 1/12/2015 | Press Release: Qualcomm Incorporated (NASDAQ: QCOM) First Quarter Fiscal 2015 Earnings Release and Conference Call | Dow Jones Institutional News |
| 1/13/2015 | 10:51 PM | 1/14/2015 | TSMC Entering a Slower, Uncertain 2015: Poll -- Market Talk | Dow Jones Institutional News |
| 1/13/2015 | 11:22 PM | 1/14/2015 | TSMC Entering a Slower, Uncertain 2015: Poll -- Market Talk | Dow Jones Newswires Chinese (English) |
| 1/14/2015 | 9:00 AM | 1/14/2015 | Press Release: Qualcomm Declares Quarterly Cash Dividend | Dow Jones Institutional News |
| 1/14/2015 | 6:33 PM | 1/15/2015 | *OneWeb Secures Funding From Virgin, Qualcomm for Planned Internet Service | Dow Jones Institutional News |
| 1/14/2015 | 6:44 PM | 1/15/2015 | Greg Wyler's OneWeb Satellite-Internet Company Secures Funding | Dow Jones Top Global Market Stories |
| 1/14/2015 | 6:48 PM | 1/15/2015 | Greg Wyler's OneWeb Satellite-Internet Company Secures Funding -- Update | Dow Jones Institutional News |
| 1/16/2015 | 12:25 PM | 1/16/2015 | Mobile Technologies Generate $3.3 Trillion Rev Worldwide -- Market Talk | Dow Jones Institutional News |
| 1/20/2015 | 3:08 AM | 1/20/2015 | DJ QUALCOMM Incorporated, Inst Holders, 4Q 2014 (QCOM) | Dow Jones Institutional News |
| 1/21/2015 | 8:11 AM | 1/21/2015 | *Samsung Said to Drop Qualcomm Chip From Next Galaxy Phone -Bloomberg | Dow Jones Institutional News |
| 1/21/2015 | 8:12 AM | 1/21/2015 | Samsung Said to Drop Qualcomm Chip From Next Galaxy Phone -Bloomberg | Dow Jones Newswires Chinese (English) |
| 1/21/2015 | 8:21 AM | 1/21/2015 | Samsung Said to Drop Qualcomm Chip From Next Galaxy Phone -Bloomberg | Dow Jones Institutional News |
| 1/21/2015 | 8:36 AM | 1/21/2015 | Samsung Said to Drop Qualcomm Chip From Next Galaxy Phone -Bloomberg | Dow Jones Institutional News |
| 1/21/2015 | 1:26 PM | 1/21/2015 | Qualcomm: More Than Just a Galaxy Question -- Heard on the Street | Dow Jones Institutional News |
| 1/21/2015 | 8:02 PM | 1/22/2015 | Qualcomm Faces Galaxy Question -- Heard On The Street | Dow Jones Institutional News |
| 1/22/2015 | 12:44 AM | 1/22/2015 | Qualcomm: More Than Just a Galaxy Question | Dow Jones Top Global Market Stories |
| 1/22/2015 | 6:39 AM | 1/22/2015 | Qualcomm: More Than Just a Galaxy Question | Dow Jones Top North American Equities Stories |
| 1/22/2015 | 2:10 PM | 1/22/2015 | Qualcomm Contends With Overheating Chip Reports | Dow Jones Institutional News |
| 1/22/2015 | 2:10 PM | 1/22/2015 | Qualcomm Contends With Overheating Chip Reports | Dow Jones Top News & Commentary |
| 1/22/2015 | 2:24 PM | 1/22/2015 | Qualcomm Contends With Overheating Chip Reports | Dow Jones Top Global Market Stories |
| 1/22/2015 | 2:25 PM | 1/22/2015 | Qualcomm Contends With Overheating Chip Reports | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 1/22/2015 | 2:29 PM | 1/22/2015 | Qualcomm Contends With Overheating Chip Reports | Dow Jones Top North American Equities Stories |
| 1/22/2015 | 2:30 PM | 1/22/2015 | Qualcomm Deals With Overheating Chip Reports | Dow Jones Institutional News |
| 1/22/2015 | 2:45 PM | 1/22/2015 | Qualcomm Deals With Overheating Chip Reports | Dow Jones Institutional News |
| 1/22/2015 | 6:46 PM | 1/23/2015 | Qualcomm Contends With Overheating Chip Reports | Dow Jones Top North American Equities Stories |
| 1/22/2015 | 6:48 PM | 1/23/2015 | *Qualcomm Grants More Stock to Retain Top Executives | Dow Jones Institutional News |
| 1/22/2015 | 6:48 PM | 1/23/2015 | Qualcomm: More Than Just a Galaxy Question | Dow Jones Top North American Equities Stories |
| 1/22/2015 | 6:49 PM | 1/23/2015 | Qualcomm Contends With Overheating Chip Reports | Dow Jones Top Global Market Stories |
| 1/22/2015 | 6:50 PM | 1/23/2015 | Qualcomm: More Than Just a Galaxy Question | Dow Jones Top Global Market Stories |
| 1/22/2015 | 7:31 PM | 1/23/2015 | Qualcomm Grants More Stock to Retain Top Executives | Dow Jones Top Global Market Stories |
| 1/23/2015 | 6:41 AM | 1/23/2015 | Qualcomm Grants More Stock to Retain Top Executives | Dow Jones Top North American Equities Stories |
| 1/23/2015 | 7:22 AM | 1/23/2015 | Qualcomm Contends With Overheating Chip Reports | Dow Jones Newswires Korean (English) |
| 1/27/2015 | 2:03 PM | 1/27/2015 | China Looking for Homegrown Smartphone Chips -- Market Talk | Dow Jones Institutional News |
| 1/27/2015 | 2:29 PM | 1/27/2015 | China Looking for Homegrown Smartphone Chips -- Market Talk | Dow Jones Newswires Chinese (English) |
| 1/27/2015 | 4:02 PM | 1/28/2015 | China's Chip Makers Explained | Dow Jones Institutional News |
| 1/27/2015 | 8:51 PM | 1/28/2015 | China's Chip Makers Explained | Dow Jones Newswires Chinese (English) |
| 1/28/2015 | 4:01 PM | 1/29/2015 | *Qualcomm 1Q EPS $1.17 >QCOM | Dow Jones Institutional News |
| 1/28/2015 | 4:01 PM | 1/29/2015 | Qualcomm 1Q EPS $1.17 >QCOM | Dow Jones Newswires Chinese (English) |
| 1/28/2015 | 4:01 PM | 1/29/2015 | Qualcomm 1Q EPS $1.17 >QCOM | Dow Jones Newswires German |
| 1/28/2015 | 4:34 PM | 1/29/2015 | Qualcomm Gets Over One Hurdle in China -- Market Talk | Dow Jones Institutional News |
| 1/28/2015 | 4:34 PM | 1/29/2015 | Qualcomm Gets Over One Hurdle in China -- Market Talk | Dow Jones Institutional News |
| 1/28/2015 | 5:06 PM | 1/29/2015 | Qualcomm Shows Unexpected Growth but Still Cuts Outlook | Dow Jones Institutional News |
| 1/28/2015 | 5:06 PM | 1/29/2015 | Qualcomm Shows Unexpected Growth, Cuts Outlook | Dow Jones Top News & Commentary |
| 1/28/2015 | 5:09 PM | 1/29/2015 | Qualcomm Shows Unexpected Growth but Still Cuts Outlook | Dow Jones Top Global Market Stories |
| 1/28/2015 | 5:09 PM | 1/29/2015 | Qualcomm Shows Unexpected Growth but Still Cuts Outlook | Dow Jones Top North American Equities Stories |
| 1/28/2015 | 5:21 PM | 1/29/2015 | Qualcomm Shows Unexpected Growth but Still Cuts Outlook | Dow Jones Institutional News |
| 1/28/2015 | 5:47 PM | 1/29/2015 | Qualcomm Shows Unexpected Growth but Still Cuts Outlook | Dow Jones Newswires Chinese (English) |
| 1/28/2015 | 6:41 PM | 1/29/2015 | Qualcomm Shows Unexpected Growth but Still Cuts Outlook -- Update | Dow Jones Institutional News |
| 1/28/2015 | 6:56 PM | 1/29/2015 | Qualcomm Shows Unexpected Growth but Still Cuts Outlook -- Update | Dow Jones Institutional News |
| 1/28/2015 | 8:26 PM | 1/29/2015 | UMC Q4 Beat On 28nm; TSMC's Client Qualcomm Loses Samsung Business -- Barron's Blog | Dow Jones Institutional News |
| 1/29/2015 | 2:00 AM | 1/29/2015 | Press Release: Roche and Qualcomm Collaborate to Innovate Remote Patient Monitoring | Dow Jones Institutional News |
| 1/29/2015 | 7:02 AM | 1/29/2015 | Doggy Fitness Tracker Whistle Raises $15 Million, Acquires Tagg | Dow Jones Institutional News |
| 1/29/2015 | 12:51 PM | 1/29/2015 | *Qualcomm Cut to Neutral From Buy by UBS >QCOM | Dow Jones Institutional News |
| 1/29/2015 | 12:51 PM | 1/29/2015 | Qualcomm Cut to Neutral From Buy by UBS >QCOM | Dow Jones Newswires German |
| 1/29/2015 | 12:52 PM | 1/29/2015 | Qualcomm Cut to Neutral From Buy by UBS >QCOM | Dow Jones Newswires Chinese (English) |
| 1/29/2015 | 9:05 PM | 1/30/2015 | Taiwan Shares Slide--Even the Govt Backed Funds Are Selling -- Market Talk | Dow Jones Institutional News |
| 1/29/2015 | 9:15 PM | 1/30/2015 | Taiwan Shares Slide--Even the Govt Backed Funds Are Selling -- Market Talk | Dow Jones Newswires Chinese (English) |
| 2/1/2015 | 7:37 PM | 2/2/2015 | Samsung's Own Chips Are Factor In Blow To Qualcomm | Dow Jones Institutional News |
| 2/1/2015 | 7:52 PM | 2/2/2015 | Samsung's Own Chips Are Factor In Blow To Qualcomm | Dow Jones Institutional News |
| 2/1/2015 | 9:43 PM | 2/2/2015 | Samsung's Own Chips Were Factor in Blow to Qualcomm | Dow Jones Institutional News |
| 2/1/2015 | 9:58 PM | 2/2/2015 | Samsung's Own Chips Were Factor in Blow to Qualcomm | Dow Jones Institutional News |
| 2/1/2015 | 10:19 PM | 2/2/2015 | Samsung's Own Chips Were Factor in Blow to Qualcomm | Dow Jones Top Global Market Stories |
| 2/2/2015 | 12:59 AM | 2/2/2015 | Samsung's Own Chips Were Factor in Blow to Qualcomm | Dow Jones Newswires Chinese (English) |
| 2/2/2015 | 6:39 AM | 2/2/2015 | Samsung's Own Chips Were Factor in Blow to Qualcomm | Dow Jones Top Energy Stories |
| 2/2/2015 | 7:30 AM | 2/2/2015 | Press Release: Qualcomm Snapdragon 810 Processor Powers Premium Tier Mobile Experiences of 2015 | Dow Jones Institutional News |
| 2/2/2015 | 11:44 AM | 2/2/2015 | Samsung's Own Chips Were Factor in Blow to Qualcomm | Dow Jones Top North American Equities Stories |
| 2/8/2015 | 8:14 PM | 2/9/2015 | Patent Holders Fear Weaker Technology-Standards Role | Dow Jones Institutional News |
| 2/8/2015 | 10:32 PM | 2/9/2015 | Qualcomm's Loss Is MediaTek's Gain, UBS Ups To Buy -- Barron's Blog | Dow Jones Institutional News |
| 2/9/2015 | 4:01 PM | 2/10/2015 | Press Release: Qualcomm and China's National Development and Reform Commission Reach Resolution | Dow Jones Institutional News |
| 2/9/2015 | 4:01 PM | 2/10/2015 | Qualcomm And China's National Development And Reform Commission Reach Resolution | Dow Jones Newswires German |
| 2/9/2015 | 4:03 PM | 2/10/2015 | Qualcomm And China's National Development And Reform Commission Reach Resolution | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 4:07 PM | 2/10/2015 | Qualcomm: NDRC Accepts Qualcomm's Rectification Plan >QCOM | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 4:12 PM | 2/10/2015 | Qualcomm: Resolution Relates to Investigation of Qualcomm Under China's Anti-Mono | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 2/9/2015 | 4:13 PM | 2/10/2015 | Qualcomm Files 8K - Regulation FD >QCOM | Dow Jones Institutional News |
| 2/9/2015 | 4:14 PM | 2/10/2015 | Qualcomm Won't Pursue Further Legal Proceedings Contesting Findings >QCOM | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 4:15 PM | 2/10/2015 | Qualcomm to Modify Certain Business Practices in China >QCOM | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 4:16 PM | 2/10/2015 | Qualcomm 'Disappointed' With Results of Investigation >QCOM | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 4:17 PM | 2/10/2015 | Qualcomm: NDRC Imposes $975 Million Fine on Qualcomm >QCOM | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 4:42 PM | 2/10/2015 | Qualcomm Agrees To Pay $975 Million To Settle China Probe | Dow Jones Institutional News |
| 2/9/2015 | 4:43 PM | 2/10/2015 | Qualcomm Agrees To Pay $975 Million To Settle China Probe | Dow Jones Top News & Commentary |
| 2/9/2015 | 4:47 PM | 2/10/2015 | Qualcomm Investors See Reason to Smile About China Deal -- Market Talk | Dow Jones Institutional News |
| 2/9/2015 | 4:47 PM | 2/10/2015 | Qualcomm Investors See Reason to Smile About China Deal -- Market Talk | Dow Jones Institutional News |
| 2/9/2015 | 4:54 PM | 2/10/2015 | Qualcomm's Fine Signals China's Toughened Stance | Dow Jones Top Global Market Stories |
| 2/9/2015 | 4:57 PM | 2/10/2015 | Qualcomm Agrees To Pay $975 Million To Settle China Probe | Dow Jones Institutional News |
| 2/9/2015 | 5:09 PM | 2/10/2015 | Qualcomm's Fine Signals China's Toughened Stance | Dow Jones Top North American Equities Stories |
| 2/9/2015 | 5:10 PM | 2/10/2015 | Qualcomm Agrees To Pay $975 Million To Settle China Probe--Update | Dow Jones Institutional News |
| 2/9/2015 | 5:25 PM | 2/10/2015 | Qualcomm Agrees To Pay $975 Million To Settle China Probe--Update | Dow Jones Institutional News |
| 2/9/2015 | 5:47 PM | 2/10/2015 | Qualcomm Agrees To Pay $975 Million To Settle China Probe | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 6:55 PM | 2/10/2015 | Meet the Qualcomm Lawyers | Dow Jones Institutional News |
| 2/9/2015 | 8:00 PM | 2/10/2015 | News Highlights: Top Equities Stories of the Day | Dow Jones Institutional News |
| 2/9/2015 | 8:35 PM | 2/10/2015 | Qualcomm's Fine Signals China's Toughened Stance | Dow Jones Institutional News |
| 2/9/2015 | 8:36 PM | 2/10/2015 | No Good Fortune Here: Qualcomm Faces 8% Fine on China Sales -- Market Talk | Dow Jones Institutional News |
| 2/9/2015 | 8:56 PM | 2/10/2015 | No Good Fortune Here: Qualcomm Faces 8% Fine on China Sales -- Market Talk | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 9:29 PM | 2/10/2015 | Qualcomm Settlement Could Be a 'China Only' Affair -- Market Talk | Dow Jones Institutional News |
| 2/9/2015 | 9:52 PM | 2/10/2015 | Qualcomm Pays Big As It Settles Antimonopoly Case | Dow Jones Institutional News |
| 2/9/2015 | 10:01 PM | 2/10/2015 | News Highlights: Top Equities Stories of the Day | Dow Jones Institutional News |
| 2/9/2015 | 10:08 PM | 2/10/2015 | Qualcomm Settlement Could Be a 'China Only' Affair -- Market Talk | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 10:29 PM | 2/10/2015 | Qualcomm's Fine Signals China's Toughened Stance | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 11:51 PM | 2/10/2015 | *ZTE Welcomes NDRC-Qualcomm Settlement -- Statement | Dow Jones Institutional News |
| 2/9/2015 | 11:52 PM | 2/10/2015 | ZTE Welcomes NDRC-Qualcomm Settlement -- Statement | Dow Jones Newswires Chinese (English) |
| 2/9/2015 | 11:53 PM | 2/10/2015 | Qualcomm Settlement Will Have "Significant Influence" on Global Tech Development -- ZTE Statement | Dow Jones Newswires Chinese (English) |
| 2/10/2015 | 12:33 AM | 2/10/2015 | Qualcomm Pays Big As It Settles Antimonopoly Case | Dow Jones Newswires Chinese (English) |
| 2/10/2015 | 1:14 AM | 2/10/2015 | ZTE Says It Welcomes NDRC-Qualcomm Settlement | Dow Jones Newswires Chinese (English) |
| 2/10/2015 | 2:15 AM | 2/10/2015 | Qualcomm Slapped With $975m Record China Fine | Dow Jones Institutional News |
| 2/10/2015 | 2:20 AM | 2/10/2015 | Qualcomm Pays Big As It Settles Antimonopoly Case | Dow Jones Newswires Chinese (English) |
| 2/10/2015 | 6:00 AM | 2/10/2015 | Qualcomm to Pay $975 Million Antitrust Fine to China | Dow Jones Newswires Korean (English) |
| 2/10/2015 | 7:50 AM | 2/10/2015 | Qualcomm Spared Some of Worst Penalities by Chinese Authorities -- Update | Dow Jones Institutional News |
| 2/10/2015 | 8:05 AM | 2/10/2015 | Qualcomm Spared Some of Worst Penalities by Chinese Authorities -- Update | Dow Jones Institutional News |
| 2/10/2015 | 9:09 AM | 2/10/2015 | Qualcomm's Fine Signals China's Toughened Stance | Dow Jones Top Energy Stories |
| 2/10/2015 | 12:35 PM | 2/10/2015 | Qualcomm's Chinese Slap Could Leave a Mark--Heard on the Street | Dow Jones Institutional News |
| 2/10/2015 | 12:49 PM | 2/10/2015 | Qualcomm's Chinese Slap Could Leave a Mark | Dow Jones Top Energy Stories |
| 2/10/2015 | 1:04 PM | 2/10/2015 | Qualcomm's Chinese Slap Could Leave a Mark | Dow Jones Top Global Market Stories |
| 2/10/2015 | 8:03 PM | 2/11/2015 | Qualcomm's China Slap May Leave A Mark -- Heard On The Street | Dow Jones Institutional News |
| 2/11/2015 | 6:29 AM | 2/11/2015 | Qualcomm's Chinese Slap Could Leave a Mark | Dow Jones Top North American Equities Stories |
| 2/11/2015 | 9:23 PM | 2/12/2015 | *South Korea's Fair Trade Commission Says It Is Reviewing Probe Into Qualcomm | Dow Jones Institutional News |
| 2/11/2015 | 9:27 PM | 2/12/2015 | South Korea's Fair Trade Commission Says It Is Reviewing Probe Into Qualcomm | Dow Jones Newswires Chinese (English) |
| 2/11/2015 | 10:24 PM | 2/12/2015 | South Korea's Fair Trade Commission Says It Is Reviewing Probe Into Qualcomm | Dow Jones Newswires Chinese (English) |
| 2/11/2015 | 11:36 PM | 2/12/2015 | South Korea's Fair Trade Commission Considering Qualcomm Probe--Update | Dow Jones Institutional News |
| 2/12/2015 | 12:09 AM | 2/12/2015 | South Korea's Antitrust Agency Considering Qualcomm Probe | Dow Jones Top Global Market Stories |
| 2/12/2015 | 7:29 AM | 2/12/2015 | South Korea's Antitrust Agency Considering Qualcomm Probe | Dow Jones Top North American Equities Stories |
| 2/12/2015 | 3:04 PM | 2/12/2015 | South Korea's Fair Trade Commission Considering Qualcomm Probe | Dow Jones Top News & Commentary |
| 2/12/2015 | 3:04 PM | 2/12/2015 | South Korea's Fair Trade Commission Considering Qualcomm Probe-- 2nd Update | Dow Jones Institutional News |
| 2/16/2015 | 4:04 AM | 2/17/2015 | Was that Elvis in the Fresh Food Dept -- or China's Commerce Minister? | Dow Jones Institutional News |
| 2/18/2015 | 7:30 AM | 2/18/2015 | Press Release: Qualcomm Introduces Next Generation Snapdragon 600 and 400 Tier Processors for High Performance, High-Volume Smartphones with Advanced LTE | Dow Jones Institutional News |
| 2/18/2015 | 10:45 AM | 2/18/2015 | New Qualcomm Chips Bode Well for ARM Holdings -- Market Talk | Dow Jones Institutional News |
| 2/18/2015 | 10:45 AM | 2/18/2015 | UK Market Talk Roundup: Shares Gaining | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 2/18/2015 | 11:35 AM | 2/18/2015 | Qualcomm Adds More 'Snap' to Chip Branding -- Market Talk | Dow Jones Institutional News |
| 2/18/2015 | 11:35 AM | 2/18/2015 | Qualcomm Adds More 'Snap' to Chip Branding -- Market Talk | Dow Jones Institutional News |
| 2/18/2015 | 5:05 PM | 2/19/2015 | Qualcomm Files 8K - Direct Or Off-Balance Sheet Financial Obligation >QCOM | Dow Jones Institutional News |
| 2/18/2015 | 5:05 PM | 2/19/2015 | Qualcomm Files 8K - Entry Into Definitive Agreement >QCOM | Dow Jones Institutional News |
| 2/26/2015 | 9:30 AM | 2/26/2015 | *Ericsson and Qualcomm Deliver LTE Category 11 Smartphone Experience in Live Demonstration with Telstra | Dow Jones Institutional News |
| 2/26/2015 | 3:03 PM | 2/26/2015 | Press Release: Arrow Offers Embedded Computing Based on Qualcomm Snapdragon Processors | Dow Jones Institutional News |
| 2/26/2015 | 6:48 PM | 2/27/2015 | Qualcomm, Allies Push for New Wireless Standard | Dow Jones Institutional News |
| 3/1/2015 | 12:30 PM | 3/2/2015 | For Samsung Profit Picture, Focus on What's Inside Samsung's New Smartphone -- Mobile World Market Talk | Dow Jones Institutional News |
| 3/1/2015 | 12:30 PM | 3/2/2015 | For Samsung Profit Picture, Focus on What's Inside Samsung's New Smartphone -- Mobile World Market Talk | Dow Jones Institutional News |
| 3/2/2015 | 2:00 AM | 3/2/2015 | Press Release: Alcatel-Lucent announces the world's first deployment of its Enterprise Small Cell technology | Dow Jones Institutional News |
| 3/2/2015 | 3:30 AM | 3/2/2015 | Press Release: Qualcomm Drives Future of Automotive Connectivity with New 4G LTE Modems | Dow Jones Institutional News |
| 3/2/2015 | 6:27 AM | 3/2/2015 | Samsung Advances 'Bad Situation' -- Mobile World Market Talk | Dow Jones Institutional News |
| 3/2/2015 | 6:27 AM | 3/2/2015 | Samsung Advances 'Bad Situation' -- Mobile World Market Talk | Dow Jones Institutional News |
| 3/2/2015 | 9:02 AM | 3/2/2015 | Chip Makers Push New Senses for Smartphones--Mobile World | Dow Jones Institutional News |
| 3/2/2015 | 11:09 AM | 3/2/2015 | Chip Makers Push New Senses for Smartphones | Dow Jones Top Energy Stories |
| 3/2/2015 | 11:09 AM | 3/2/2015 | Chip Makers Push New Senses for Smartphones | Dow Jones Top Global Market Stories |
| 3/2/2015 | 11:09 AM | 3/2/2015 | Chip Makers Push New Senses for Smartphones | Dow Jones Top North American Equities Stories |
| 3/2/2015 | 12:42 PM | 3/2/2015 | Honeywell, Startup Target General Aviation -- Market Talk | Dow Jones Institutional News |
| 3/2/2015 | 12:42 PM | 3/2/2015 | Honeywell, Startup Target General Aviation -- Market Talk | Dow Jones Institutional News |
| 3/3/2015 | 6:49 AM | 3/3/2015 | China Names New Head of Antitrust Regulatory Arm | Dow Jones Institutional News |
| 3/4/2015 | 7:10 AM | 3/4/2015 | Hurdles for Samsung's Homegrown Exynos Chips | Dow Jones Institutional News |
| 3/5/2015 | 2:42 AM | 3/5/2015 | CSR Swings to 4Q Pretax Profit >CSR.LN | Dow Jones Institutional News |
| 3/5/2015 | 2:57 AM | 3/5/2015 | CSR Swings to 4Q Pretax Profit | Dow Jones Institutional News |
| 3/9/2015 | 8:22 AM | 3/9/2015 | Tougher Days Seen for Taiwan Semiconductor -- Market Talk | Dow Jones Institutional News |
| 3/9/2015 | 8:22 AM | 3/9/2015 | Tougher Days Seen for Taiwan Semiconductor -- Market Talk | Dow Jones Institutional News |
| 3/9/2015 | 4:01 PM | 3/10/2015 | Press Release: Qualcomm Announces Major Increase in Capital Return Program | Dow Jones Institutional News |
| 3/9/2015 | 4:01 PM | 3/10/2015 | Qualcomm Announces Major Increase In Cap Return Program >QCOM | Dow Jones Newswires German |
| 3/9/2015 | 4:25 PM | 3/10/2015 | Qualcomm to Buy Back Shares, Increase Dividend | Dow Jones Institutional News |
| 3/9/2015 | 4:34 PM | 3/10/2015 | Qualcomm to Buy Back Shares, Increase Dividend | Dow Jones Top Global Market Stories |
| 3/9/2015 | 4:34 PM | 3/10/2015 | Qualcomm to Buy Back Shares, Increase Dividend | Dow Jones Top North American Equities Stories |
| 3/9/2015 | 4:40 PM | 3/10/2015 | Qualcomm to Buy Back Shares, Increase Dividend | Dow Jones Institutional News |
| 3/9/2015 | 4:42 PM | 3/10/2015 | Qualcomm to Buy Back Shares, Increase Dividend -- Update | Dow Jones Institutional News |
| 3/9/2015 | 4:43 PM | 3/10/2015 | Qualcomm Latest to Jump on Buyback Bandwagon -- Market Talk | Dow Jones Institutional News |
| 3/9/2015 | 4:43 PM | 3/10/2015 | Qualcomm Latest to Jump on Buyback Bandwagon -- Market Talk | Dow Jones Institutional News |
| 3/9/2015 | 4:52 PM | 3/10/2015 | Qualcomm to Buy Back Shares, Increase Dividend | Dow Jones Newswires Chinese (English) |
| 3/9/2015 | 4:57 PM | 3/10/2015 | Qualcomm to Buy Back Shares, Increase Dividend -- Update | Dow Jones Institutional News |
| 3/9/2015 | 5:08 PM | 3/10/2015 | Qualcomm to Buy Back Shares, Increase Dividend -- 2nd Update | Dow Jones Institutional News |
| 3/9/2015 | 5:23 PM | 3/10/2015 | Qualcomm to Buy Back Shares, Increase Dividend -- 2nd Update | Dow Jones Institutional News |
| 3/9/2015 | 5:25 PM | 3/10/2015 | The Wall Street Journal: Qualcomm to buy back shares, increase dividend | Dow Jones Commentary |
| 3/10/2015 | 6:04 AM | 3/10/2015 | Qualcomm Files 8K - Direct Or Off-Balance Sheet Financial Obligation >QCOM | Dow Jones Institutional News |
| 3/11/2015 | 4:11 AM | 3/11/2015 | China Looks to Raise Competitiveness in Semiconductor Chips | Dow Jones Institutional News |
| 3/11/2015 | 4:26 AM | 3/11/2015 | China Looks to Raise Competitiveness in Semiconductor Chips | Dow Jones Institutional News |
| 3/11/2015 | 4:53 AM | 3/11/2015 | China Looks to Raise Competitiveness in Semiconductor Chips | Dow Jones Newswires Chinese (English) |
| 3/11/2015 | 9:58 AM | 3/11/2015 | Moody's Assigns A1 Issuer Rating And Prime-1 Short Term Rating To Qualcomm Incorporated; Outlook Stable | Dow Jones Institutional News |
| 3/11/2015 | 11:22 AM | 3/11/2015 | *S&P Rates Qualcomm Inc. 'A+'; Otlk Stbl; CP Rated 'A-1+' | Dow Jones Institutional News |
| 3/12/2015 | 7:30 AM | 3/12/2015 | Press Release: Qualcomm Announces New Development Board Based on Snapdragon 410 Processor | Dow Jones Institutional News |
| 3/17/2015 | 4:05 PM | 3/18/2015 | CFO DAVIS Acquires 93 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 3/17/2015 | 4:06 PM | 3/18/2015 | CEO MOLLENKOPF Acquires 299 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 3/18/2015 | 7:30 AM | 3/18/2015 | Press Release: Qualcomm Announces Support of Windows 10 for the DragonBoard 410c Development Platform and Mobile Device Reference Designs | Dow Jones Institutional News |
| 3/18/2015 | 7:31 AM | 3/18/2015 | Qualcomm Announces Support Of Windows 10 | Dow Jones Newswires Chinese (English) |
| 3/19/2015 | 4:42 AM | 3/19/2015 | Israeli Medical Equipment Companies Likely in Demand in 2015 -- Market Talk | Dow Jones Institutional News |
| 3/19/2015 | 11:40 AM | 3/19/2015 | Bernstein Sees Risk to Qualcomm from Apple-Ericsson Dispute -- Market Talk | Dow Jones Institutional News |
| 3/19/2015 | 11:40 AM | 3/19/2015 | Bernstein Sees Risk to Qualcomm from Apple-Ericsson Dispute -- Market Talk | Dow Jones Institutional News |
| 3/19/2015 | 1:41 PM | 3/19/2015 | Bernstein Sees Risk to Qualcomm from Apple-Ericsson Dispute -- Market Talk | Dow Jones Newswires Chinese (English) |
| 3/19/2015 | 4:02 PM | 3/20/2015 | Nvidia Steps on the Gas -- Heard on the Street | Dow Jones Institutional News |
| 3/19/2015 | 4:34 PM | 3/20/2015 | Nvidia Steps on the Gas | Dow Jones Top Energy Stories |
| 3/19/2015 | 4:39 PM | 3/20/2015 | Nvidia Steps on the Gas | Dow Jones Top Global Market Stories |
| 3/19/2015 | 9:56 PM | 3/20/2015 | TSMC, Samsung: The Latest Twist At Apple, Qualcomm -- Barron's Blog | Dow Jones Institutional News |
| 3/20/2015 | 6:34 AM | 3/20/2015 | Nvidia Steps on the Gas | Dow Jones Top North American Equities Stories |
| 3/24/2015 | 6:32 AM | 3/24/2015 | Twitter's New Venture-Capital Arm Quietly Opens for Business | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 3/25/2015 | 7:30 AM | 3/25/2015 | Press Release: AMC Health and Qualcomm Collaborate to Enhance Connectivity and Virtual Care Coordination for Chronic Care Patients | Dow Jones Institutional News |
| 3/25/2015 | 1:39 PM | 3/25/2015 | New Ventures Apply Digital Technology to Pharma -- Market Talk | Dow Jones Institutional News |
| 3/25/2015 | 1:39 PM | 3/25/2015 | New Ventures Apply Digital Technology to Pharma -- Market Talk | Dow Jones Institutional News |
| 3/30/2015 | 3:14 PM | 3/30/2015 | CFO DAVIS Acquires 18,390 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 3/31/2015 | 5:07 AM | 3/31/2015 | Indian Mobile App Distributor Raises $16 Million -- Market Talk | Dow Jones Institutional News |
| 3/31/2015 | 5:07 AM | 3/31/2015 | Indian Mobile App Distributor Raises $16 Million -- Market Talk | Dow Jones Institutional News |
| 3/31/2015 | 8:06 AM | 3/31/2015 | Qualcomm Threat to IQE Hasn't Materialised, Says Edison -- Market Talk | Dow Jones Institutional News |
| 4/2/2015 | 5:17 PM | 4/6/2015 | Press Release: Qualcomm Ventures Doubles Investment Prize Funding and Launches Fifth Annual QPrize Competition | Dow Jones Institutional News |
| 4/3/2015 | 1:14 AM | 4/6/2015 | Samsung Poised to Supply Chips for Apple's Next iPhone | Dow Jones Institutional News |
| 4/3/2015 | 3:05 AM | 4/6/2015 | Samsung Poised to Supply Chips for Apple's Next iPhone | Dow Jones Newswires Chinese (English) |
| 4/3/2015 | 4:23 AM | 4/6/2015 | Samsung's Foundry Business Ready to Win Major Contracts -- Market Talk | Dow Jones Institutional News |
| 4/3/2015 | 10:57 AM | 4/6/2015 | Another Key Qualcomm Chip Out at Samsung -- Market Talk | Dow Jones Institutional News |
| 4/3/2015 | 10:57 AM | 4/6/2015 | Another Key Qualcomm Chip Out at Samsung -- Market Talk | Dow Jones Institutional News |
| 4/3/2015 | 6:37 PM | 4/6/2015 | Samsung's Chip Choice Is a Mixed Verdict for Qualcomm | Dow Jones Institutional News |
| 4/6/2015 | 8:37 AM | 4/6/2015 | *Qualcomm Cut to Mkt Perform From Outperform by FBR Capital Markets | Dow Jones Institutional News |
| 4/6/2015 | 8:37 AM | 4/6/2015 | Qualcomm Cut to Mkt Perform From Outperform by FBR Capital Markets | Dow Jones Newswires German |
| 4/6/2015 | 8:38 AM | 4/6/2015 | Qualcomm Cut to Mkt Perform From Outperform by FBR Capital Markets | Dow Jones Newswires Chinese (English) |
| 4/6/2015 | 8:59 AM | 4/6/2015 | MW Qualcomm's stock falls after rating, price target cut at FBR | Dow Jones Institutional News |
| 4/6/2015 | 9:30 AM | 4/6/2015 | Press Release: Qualcomm Incorporated (NASDAQ: QCOM) Second Quarter Fiscal 2015 Earnings Release and Conference Call | Dow Jones Institutional News |
| 4/7/2015 | 11:26 AM | 4/7/2015 | Qualcomm at the Galaxy's Edge -- Heard on the Street | Dow Jones Institutional News |
| 4/7/2015 | 11:44 AM | 4/7/2015 | Qualcomm at the Galaxy's Edge | Dow Jones Top Energy Stories |
| 4/7/2015 | 11:49 AM | 4/7/2015 | Qualcomm at the Galaxy's Edge | Dow Jones Top Global Market Stories |
| 4/7/2015 | 1:59 PM | 4/7/2015 | Qualcomm at the Galaxy's Edge | Dow Jones Top North American Equities Stories |
| 4/7/2015 | 7:50 PM | 4/8/2015 | Qualcomm At Edge Of The Galaxy -- Heard On The Street | Dow Jones Institutional News |
| 4/8/2015 | 7:30 AM | 4/8/2015 | *Qualcomm Announces Launch Of HealthyCircles Mobile | Dow Jones Institutional News |
| 4/8/2015 | 9:00 AM | 4/8/2015 | Press Release: Qualcomm Announces Quarterly Cash Dividend | Dow Jones Institutional News |
| 4/8/2015 | 9:36 PM | 4/9/2015 | Taiwan Shares Up, TSMC Gain on Technology Migration -- Market Talk | Dow Jones Institutional News |
| 4/8/2015 | 9:53 PM | 4/9/2015 | Taiwan Shares Up, TSMC Gain on Technology Migration -- Market Talk | Dow Jones Newswires Chinese (English) |
| 4/9/2015 | 7:30 AM | 4/9/2015 | Press Release: Qualcomm Appoints Michelle Sterling to Executive Vice President of Human Resources | Dow Jones Institutional News |
| 4/13/2015 | 12:09 AM | 4/13/2015 | Activist Buys Big Stake in Qualcomm | Dow Jones Institutional News |
| 4/13/2015 | 12:21 AM | 4/13/2015 | What's News, Business & Finance | Dow Jones Institutional News |
| 4/13/2015 | 12:24 AM | 4/13/2015 | Activist Buys Big Stake in Qualcomm | Dow Jones Institutional News |
| 4/13/2015 | 12:49 AM | 4/13/2015 | Activist Buys Big Stake in Qualcomm | Dow Jones Top Global Market Stories |
| 4/13/2015 | 1:23 AM | 4/13/2015 | Activist Buys Big Stake in Qualcomm | Dow Jones Newswires Chinese (English) |
| 4/13/2015 | 3:05 AM | 4/13/2015 | Liberum Reiterates Sell on ARM -- Market Talk | Dow Jones Institutional News |
| 4/13/2015 | 4:42 AM | 4/13/2015 | News Highlights: Top M&A Stories Of The Day | Dow Jones Institutional News |
| 4/13/2015 | 6:29 AM | 4/13/2015 | Activist Buys Big Stake in Qualcomm | Dow Jones Top North American Equities Stories |
| 4/13/2015 | 7:30 AM | 4/13/2015 | (PMZN) Cerner and Qualcomm Collaborate to Advance Remote Home Health Monitoring | GlobeNewswire |
| 4/13/2015 | 7:30 AM | 4/13/2015 | Press Release: Cerner and Qualcomm Collaborate to Advance Remote Home Health Monitoring | Dow Jones Institutional News |
| 4/13/2015 | 7:30 AM | 4/13/2015 | Press Release: Cerner and Qualcomm Collaborate to Advance Remote Home Health Monitoring | Dow Jones Institutional News |
| 4/13/2015 | 9:30 AM | 4/13/2015 | With Qualcomm, Jana Lays Down Its Biggest Bet -- Market Talk | Dow Jones Institutional News |
| 4/13/2015 | 9:30 AM | 4/13/2015 | With Qualcomm, Jana Lays Down Its Biggest Bet -- Market Talk | Dow Jones Institutional News |
| 4/13/2015 | 12:35 PM | 4/13/2015 | Qualcomm Pressure Comes Amid Chip M&A Boom -- Market Talk | Dow Jones Institutional News |
| 4/13/2015 | 12:35 PM | 4/13/2015 | Qualcomm Pressure Comes Amid Chip M&A Boom -- Market Talk | Dow Jones Institutional News |
| 4/13/2015 | 12:50 PM | 4/13/2015 | *Qualcomm Responds To Statements Made By JANA Partners LLC Responds To Statements Made By | Dow Jones Institutional News |
| 4/13/2015 | 12:53 PM | 4/13/2015 | Qualcomm Responds To Statements Made By JANA Partners LLC Responds To Statements Made By | Dow Jones Newswires Chinese (English) |
| 4/13/2015 | 12:53 PM | 4/13/2015 | Qualcomm: 'Welcomes Input From Our Stockholders' | Dow Jones Newswires Chinese (English) |
| 4/13/2015 | 12:54 PM | 4/13/2015 | Qualcomm: 'Committed To The Ongoing Return Of Capital To Stockholders' | Dow Jones Newswires Chinese (English) |
| 4/13/2015 | 12:54 PM | 4/13/2015 | Qualcomm: 'Our Business Continues To Generate Strong Operating Cash Flows' | Dow Jones Newswires Chinese (English) |
| 4/13/2015 | 2:05 PM | 4/13/2015 | Qualcomm Responds to Activist Investor | Dow Jones Institutional News |
| 4/13/2015 | 2:05 PM | 4/13/2015 | Qualcomm Responds to Activist Investor | Dow Jones Top News & Commentary |
| 4/13/2015 | 2:24 PM | 4/13/2015 | Qualcomm Responds to Activist Investor | Dow Jones Institutional News |
| 4/13/2015 | 3:00 PM | 4/13/2015 | Qualcomm's Bargaining Chips -- Heard on the Street | Dow Jones Institutional News |
| 4/13/2015 | 3:09 PM | 4/13/2015 | Qualcomm's Bargaining Chips | Dow Jones Top Energy Stories |
| 4/13/2015 | 3:19 PM | 4/13/2015 | Qualcomm's Bargaining Chips | Dow Jones Top Global Market Stories |
| 4/13/2015 | 4:17 PM | 4/14/2015 | Breaking Up Qualcomm May Be Hard to Do | Dow Jones Institutional News |
| 4/13/2015 | 4:24 PM | 4/14/2015 | Breaking Up Qualcomm May Be Hard to Do | Dow Jones Top Global Market Stories |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 4/13/2015 | 4:24 PM | 4/14/2015 | Breaking Up Qualcomm May Be Hard to Do | Dow Jones Top North American Equities Stories |
| 4/13/2015 | 4:32 PM | 4/14/2015 | Breaking Up Qualcomm May Be Hard to Do | Dow Jones Institutional News |
| 4/13/2015 | 7:14 PM | 4/14/2015 | Qualcomm's Profit Driver Is Under Pressure | Dow Jones Institutional News |
| 4/13/2015 | 7:29 PM | 4/14/2015 | Qualcomm's Profit Driver Is Under Pressure | Dow Jones Institutional News |
| 4/13/2015 | 9:18 PM | 4/14/2015 | Breaking Up Qualcomm May Be Hard to Do | Dow Jones Newswires Chinese (English) |
| 4/14/2015 | 5:08 AM | 4/14/2015 | Breaking Up Qualcomm May Be Hard to Do | Dow Jones Newswires Korean (English) |
| 4/14/2015 | 10:34 AM | 4/14/2015 | Qualcomm's Bargaining Chips | Dow Jones Top North American Equities Stories |
| 4/16/2015 | 2:47 AM | 4/16/2015 | TSMC's Dominance Weakened, but Not Lost -- Market Talk | Dow Jones Institutional News |
| 4/20/2015 | 3:06 AM | 4/20/2015 | DJ QUALCOMM Incorporated, Inst Holders, 1Q 2015 (QCOM) | Dow Jones Institutional News |
| 4/20/2015 | 3:32 PM | 4/20/2015 | Qualcomm's Interest in the Microsoft-Motorola Case -- Market Talk | Dow Jones Institutional News |
| 4/20/2015 | 3:32 PM | 4/20/2015 | Qualcomm's Interest in the Microsoft-Motorola Case -- Market Talk | Dow Jones Institutional News |
| 4/22/2015 | 4:01 PM | 4/23/2015 | *Qualcomm 2Q EPS 63c >QCOM | Dow Jones Institutional News |
| 4/22/2015 | 4:01 PM | 4/23/2015 | Qualcomm 2Q EPS 63c >QCOM | Dow Jones Newswires Chinese (English) |
| 4/22/2015 | 4:34 PM | 4/23/2015 | Qualcomm Cuts Outlook but Sees China Bounce -- Market Talk | Dow Jones Institutional News |
| 4/22/2015 | 4:34 PM | 4/23/2015 | Qualcomm Cuts Outlook but Sees China Bounce -- Market Talk | Dow Jones Institutional News |
| 4/22/2015 | 4:47 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China | Dow Jones Institutional News |
| 4/22/2015 | 4:54 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China | Dow Jones Top Global Market Stories |
| 4/22/2015 | 4:54 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China | Dow Jones Top North American Equities Stories |
| 4/22/2015 | 4:55 PM | 4/23/2015 | Qualcomm Keeps Buying Shares as Activist Looms -- Market Talk | Dow Jones Institutional News |
| 4/22/2015 | 4:55 PM | 4/23/2015 | Qualcomm Keeps Buying Shares as Activist Looms -- Market Talk | Dow Jones Institutional News |
| 4/22/2015 | 5:00 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China--1st Update | Dow Jones Institutional News |
| 4/22/2015 | 5:02 PM | 4/23/2015 | *Qualcomm Records NDRC Fine of Approximately $975M as a Charge in 2Q | Dow Jones Institutional News |
| 4/22/2015 | 5:02 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China | Dow Jones Institutional News |
| 4/22/2015 | 5:07 PM | 4/23/2015 | Qualcomm Sees Profit Decline 29% on Antitrust Fine in China | Dow Jones Top News & Commentary |
| 4/22/2015 | 5:15 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China | Dow Jones Institutional News |
| 4/22/2015 | 5:15 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China--1st Update | Dow Jones Institutional News |
| 4/22/2015 | 5:19 PM | 4/23/2015 | Qualcomm Sees Profit Decline 29% on Antitrust Fine in China | Dow Jones Newswires Chinese (English) |
| 4/22/2015 | 5:30 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China--2nd Update | Dow Jones Institutional News |
| 4/22/2015 | 5:45 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China--2nd Update | Dow Jones Institutional News |
| 4/22/2015 | 5:47 PM | 4/23/2015 | Correction to Qualcomm Earnings Story | Dow Jones Institutional News |
| 4/22/2015 | 5:54 PM | 4/23/2015 | Qualcomm Sees Profit Decline 29% on Antitrust Fine in China | Dow Jones Newswires Chinese (English) |
| 4/22/2015 | 6:15 PM | 4/23/2015 | Qualcomm Keeps Buying Shares as Activist Looms -- Market Talk | Dow Jones Newswires Chinese (English) |
| 4/22/2015 | 6:32 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China--3rd Update | Dow Jones Institutional News |
| 4/22/2015 | 6:47 PM | 4/23/2015 | Qualcomm Sees Profit Decline 46% on Antitrust Fine in China--3rd Update | Dow Jones Institutional News |
| 4/23/2015 | 3:26 AM | 4/23/2015 | *Qualcomm Cut to Neutral From Outperform by Exane BNP Paribas Cut to Neutral From Outperform by | Dow Jones Institutional News |
| 4/23/2015 | 3:27 AM | 4/23/2015 | Qualcomm Cut to Neutral From Outperform by Exane BNP Paribas Cut to Neutral From Outperform by | Dow Jones Newswires Chinese (English) |
| 4/23/2015 | 4:01 AM | 4/23/2015 | Analyst Ratings Changes as of 0800 GMT | Dow Jones Institutional News |
| 4/23/2015 | 5:09 AM | 4/23/2015 | Qualcomm Profit Drops 46% on Antitrust Fine in China | Dow Jones Newswires Korean (English) |
| 4/23/2015 | 12:17 PM | 4/23/2015 | *S&PBulletin: Qualcomm Rtgs, Otlk Same On Q1 Results, Rvsd Gdnc | Dow Jones Institutional News |
| 4/23/2015 | 10:30 PM | 4/24/2015 | TSMC: Qualcomm Chipset Pressures, What If There's No 2H Recovery? -- Barron's Blog | Dow Jones Institutional News |
| 4/25/2015 | 12:08 AM | 4/27/2015 | A Recharge For Qualcomm -- Barron's | Dow Jones Institutional News |
| 4/26/2015 | 7:12 PM | 4/27/2015 | Qualcomm Launches Unit to Help Chinese Smartphone Makers Sell Overseas | Dow Jones Institutional News |
| 4/26/2015 | 8:46 PM | 4/27/2015 | Qualcomm Launches Unit to Help Chinese Smartphone Makers Sell Overseas | Dow Jones Newswires Chinese (English) |
| 4/26/2015 | 9:54 PM | 4/27/2015 | Qualcomm Unit to Help Chinese Smartphone Makers Sell Overseas | Dow Jones Top Global Market Stories |
| 4/27/2015 | 6:30 AM | 4/27/2015 | Qualcomm Unit to Help Chinese Smartphone Makers Sell Overseas | Dow Jones Top Energy Stories |
| 4/27/2015 | 9:09 AM | 4/27/2015 | Qualcomm Unit to Help Chinese Smartphone Makers Sell Overseas | Dow Jones Top North American Equities Stories |
| 4/28/2015 | 12:00 AM | 4/28/2015 | Press Release: Qualcomm Drives LTE Advanced Carrier Aggregation Momentum in China with Snapdragon Processors | Dow Jones Institutional News |
| 4/28/2015 | 12:00 PM | 4/28/2015 | Press Release: Qualcomm Snapdragon 808 Processor with X10 LTE Powers New LG G4 Smartphone | Dow Jones Institutional News |
| 4/28/2015 | 2:19 PM | 4/28/2015 | Qualcomm's $950M Seems to Have Arrived At TSMC -- Market Talk | Dow Jones Institutional News |
| 4/28/2015 | 2:19 PM | 4/28/2015 | Qualcomm's $950M Seems to Have Arrived At TSMC -- Market Talk | Dow Jones Institutional News |
| 4/28/2015 | 2:33 PM | 4/28/2015 | Qualcomm's $950M Seems to Have Arrived At TSMC -- Market Talk | Dow Jones Newswires Chinese (English) |
| 4/30/2015 | 4:30 PM | 5/1/2015 | James P. Lederer Elected to Entegris' Board | GlobeNewswire |
| 4/30/2015 | 4:30 PM | 5/1/2015 | Press Release: James P. Lederer Elected to Entegris' Board | Dow Jones Institutional News |
| 5/4/2015 | 1:02 PM | 5/4/2015 | Jana: Qualcomm Can Be Next Walgreen Investment -- Market Talk | Dow Jones Institutional News |
| 5/4/2015 | 1:02 PM | 5/4/2015 | Jana: Qualcomm Can Be Next Walgreen Investment -- Market Talk | Dow Jones Institutional News |
| 5/4/2015 | 2:20 PM | 5/4/2015 | Live from Sohn: Jana Defends Activism, Qualcomm -- Barron's Blog | Dow Jones Institutional News |
| 5/5/2015 | 4:44 AM | 5/5/2015 | Xiaomi's Long List of Suppliers for Its Mi 4i Smartphone-- Market Talk | Dow Jones Institutional News |
| 5/5/2015 | 5:06 AM | 5/5/2015 | Xiaomi's Long List of Suppliers for Its Mi 4i Smartphone-- Market Talk | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 5/5/2015 | 6:06 AM | 5/5/2015 | Xiaomi's Long List of Suppliers for Its Mi 4i Smartphone-- Market Talk | Dow Jones Newswires Chinese (English) |
| 5/5/2015 | 8:43 AM | 5/5/2015 | The Morning Download: Apple, GE Developing Mood Lights That Change Color, Track Customers | Dow Jones Institutional News |
| 5/5/2015 | 12:00 PM | 5/5/2015 | NXP and Qualcomm Collaborate to Accelerate Adoption of NFC and Security in Mobile, Wearable and Internet of Things Devices | GlobeNewswire |
| 5/5/2015 | 12:00 PM | 5/5/2015 | Press Release: NXP and Qualcomm Collaborate to Accelerate Adoption of NFC and Security in Mobile, Wearable and Internet of Things Devices | Dow Jones Institutional News |
| 5/5/2015 | 5:00 PM | 5/6/2015 | Nvidia to Wind Down Icera Modem Operations | Dow Jones Institutional News |
| 5/5/2015 | 5:15 PM | 5/6/2015 | Nvidia to Wind Down Icera Modem Operations | Dow Jones Institutional News |
| 5/5/2015 | 8:23 PM | 5/6/2015 | CFO DAVIS Acquires 8,486 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 5/6/2015 | 5:00 AM | 5/6/2015 | Press Release: Cubic Telecom Secures EUR18 Million Co-Investment from Audi and Qualcomm Inc. | Dow Jones Institutional News |
| 5/7/2015 | 12:13 AM | 5/7/2015 | It's Not Just a Chip Plant, It's a Symbol of Korea's Relevance -- Market Talk | Dow Jones Institutional News |
| 5/7/2015 | 4:52 PM | 5/8/2015 | Nvidia's Ill-fated Wireless Move Prompts Charge -- Market Talk | Dow Jones Institutional News |
| 5/7/2015 | 4:52 PM | 5/8/2015 | Nvidia's Ill-fated Wireless Move Prompts Charge -- Market Talk | Dow Jones Institutional News |
| 5/10/2015 | 11:14 PM | 5/11/2015 | Legacy of the 64-Bit Smartphone Chip -- Market Talk | Dow Jones Institutional News |
| 5/10/2015 | 11:28 PM | 5/11/2015 | Apple, Qualcomm Bow to Samsung's Superior Chip Technology -- Market Talk | Dow Jones Institutional News |
| 5/11/2015 | 12:33 AM | 5/11/2015 | Apple, Qualcomm Bow to Samsung's Superior Chip Technology -- Market Talk | Dow Jones Newswires Chinese (English) |
| 5/11/2015 | 12:45 AM | 5/11/2015 | Legacy of the 64-Bit Smartphone Chip -- Market Talk | Dow Jones Newswires Chinese (English) |
| 5/11/2015 | 1:22 PM | 5/11/2015 | Nvidia Patent Suits Looming Large Amid Slowdown -- Market Talk | Dow Jones Institutional News |
| 5/11/2015 | 1:22 PM | 5/11/2015 | Nvidia Patent Suits Looming Large Amid Slowdown -- Market Talk | Dow Jones Institutional News |
| 5/11/2015 | 8:41 PM | 5/12/2015 | Samsung's Bet on Next-Generation Chip Manufacturing Could Be Paying Off -- Market Talk | Dow Jones Institutional News |
| 5/11/2015 | 8:41 PM | 5/12/2015 | Samsung's Bet on Next-Generation Chip Manufacturing Could Be Paying Off -- Market Talk | Dow Jones Institutional News |
| 5/13/2015 | 7:30 AM | 5/13/2015 | Press Release: EdX and Qualcomm to build the next generation mobile learning experience | Dow Jones Institutional News |
| 5/13/2015 | 9:20 AM | 5/13/2015 | *S&P Affrms Qualcomm 'A+' Rtg; Otlk Stbl; Sr Unscd Nts Rtd 'A+' | Dow Jones Institutional News |
| 5/13/2015 | 9:23 AM | 5/13/2015 | Moody's Assigns A1 Senior Unsecured Rating To Qualcomm's Proposed Offering; Outlook Stable | Dow Jones Institutional News |
| 5/13/2015 | 9:23 AM | 5/13/2015 | S&P Affrms Qualcomm 'A+' Rtg; Otlk Stbl; Sr Unscd Nts Rtd 'A+' | Dow Jones Newswires Chinese (English) |
| 5/13/2015 | 9:26 AM | 5/13/2015 | S&P: Qualcomm's Stable Outlook Reflects View Company Will Remain in a Minimal Fincl Leverage Position | Dow Jones Newswires Chinese (English) |
| 5/13/2015 | 10:19 AM | 5/13/2015 | Companies Rush Back Into US Bond Market -- Market Talk | Dow Jones Institutional News |
| 5/13/2015 | 10:19 AM | 5/13/2015 | Companies Rush Back Into US Bond Market -- Market Talk | Dow Jones Institutional News |
| 5/14/2015 | 11:00 AM | 5/14/2015 | Press Release: Qualcomm Expands Industry Collaboration to Grow the Internet of Everything | Dow Jones Institutional News |
| 5/14/2015 | 1:00 PM | 5/14/2015 | Press Release: Qualcomm Adds New Cloud Solutions Providers for the Internet of Everything | Dow Jones Institutional News |
| 5/14/2015 | 1:00 PM | 5/14/2015 | Press Release: Qualcomm Bolsters AllPlay Smart Media Platform with New Features for Streaming Music Wirelessly Throughout the Home | Dow Jones Institutional News |
| 5/14/2015 | 1:00 PM | 5/14/2015 | Press Release: Qualcomm Expands Intelligent Connectivity Solutions for the Internet of Everything | Dow Jones Institutional News |
| 5/14/2015 | 4:05 PM | 5/15/2015 | Qualcomm Wants to Push Chips Further Into Internet of Things | Dow Jones Institutional News |
| 5/14/2015 | 4:05 PM | 5/15/2015 | Qualcomm Wants to Push Chips Further Into Internet of Things | Dow Jones Institutional News |
| 5/14/2015 | 4:12 PM | 5/15/2015 | Qualcomm Wants to Push Chips Further Into Internet of Things | Dow Jones Top News & Commentary |
| 5/14/2015 | 4:20 PM | 5/15/2015 | Qualcomm Wants to Push Chips Further Into Internet of Things | Dow Jones Institutional News |
| 5/14/2015 | 11:05 PM | 5/15/2015 | Qualcomm Wants to Push Chips Further Into Internet of Things | Dow Jones Newswires Chinese (English) |
| 5/15/2015 | 6:05 AM | 5/15/2015 | Qualcomm Files 8K - Other Events >QCOM | Dow Jones Institutional News |
| 5/15/2015 | 6:25 AM | 5/15/2015 | *Qualcomm to Issue $10B of Notes Under Shelf Registration | Dow Jones Institutional News |
| 5/15/2015 | 7:06 AM | 5/15/2015 | Qualcomm to Issue $10 Billion in Notes | Dow Jones Institutional News |
| 5/15/2015 | 7:15 AM | 5/15/2015 | Qualcomm to Issue $10 Billion in Notes | Dow Jones Top North American Equities Stories |
| 5/15/2015 | 7:16 AM | 5/15/2015 | Qualcomm to Issue $10 Billion in Notes | Dow Jones Top Global Market Stories |
| 5/15/2015 | 7:20 AM | 5/15/2015 | Qualcomm to Issue $10 Billion in Notes | Dow Jones Institutional News |
| 5/15/2015 | 7:21 AM | 5/15/2015 | Qualcomm to Issue $10 Billion in Notes | Dow Jones Institutional News |
| 5/15/2015 | 7:34 AM | 5/15/2015 | Qualcomm to Issue $10 Billion in Notes | Dow Jones Newswires Chinese (English) |
| 5/15/2015 | 7:35 AM | 5/15/2015 | Qualcomm to Issue $10 Billion in Notes | Dow Jones Institutional News |
| 5/15/2015 | 8:35 AM | 5/15/2015 | The Morning Download: Hardware Advances Bring Deep Learning, Real-Time Analytics Closer to Enterprise | Dow Jones Institutional News |
| 5/15/2015 | 1:47 PM | 5/15/2015 | Jana Remains Active on Qualcomm and Hertz; Cuts Valeant; Exits AIG -- Barron's Blog | Dow Jones Institutional News |
| 5/20/2015 | 3:40 AM | 5/20/2015 | CSR Outlook, Trading In Line | Dow Jones Institutional News |
| 5/20/2015 | 3:55 AM | 5/20/2015 | CSR Outlook, Trading In Line | Dow Jones Institutional News |
| 5/20/2015 | 2:05 PM | 5/20/2015 | FactSet: Hedge Funds Buy Qualcomm, Dump Actavis -- Market Talk | Dow Jones Institutional News |
| 5/20/2015 | 2:05 PM | 5/20/2015 | FactSet: Hedge Funds Buy Qualcomm, Dump Actavis -- Market Talk | Dow Jones Institutional News |
| 5/20/2015 | 2:06 PM | 5/20/2015 | Some Fed Officials Sweating Over Strong Dollar -- Market Talk | Dow Jones Institutional News |
| 5/21/2015 | 6:02 AM | 5/21/2015 | Qualcomm Files 8K - Entry Into Definitive Agreement >QCOM | Dow Jones Institutional News |
| 5/21/2015 | 7:30 AM | 5/21/2015 | *Qualcomm Initiates $5.0 Billion Accelerated Share Repurchase >QCOM | Dow Jones Institutional News |
| 5/21/2015 | 7:48 AM | 5/21/2015 | Qualcomm Files 8K - Entry Into Definitive Agreement >QCOM | Dow Jones Institutional News |
| 5/21/2015 | 8:22 AM | 5/21/2015 | Qualcomm Launches $5 Billion Accelerated Share Buyback | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 5/21/2015 | 8:35 AM | 5/21/2015 | Qualcomm Launches Accelerated Share Buyback | Dow Jones Top Global Market Stories |
| 5/21/2015 | 8:35 AM | 5/21/2015 | Qualcomm Launches Accelerated Share Buyback | Dow Jones Top North American Equities Stories |
| 5/21/2015 | 8:37 AM | 5/21/2015 | Qualcomm Launches $5 Billion Accelerated Share Buyback | Dow Jones Institutional News |
| 5/21/2015 | 8:40 AM | 5/21/2015 | Qualcomm Launches Accelerated Buyback | Dow Jones Institutional News |
| 5/21/2015 | 8:45 AM | 5/21/2015 | Qualcomm Launches $5 Billion Accelerated Share Buyback | Dow Jones Newswires Chinese (English) |
| 5/21/2015 | 8:55 AM | 5/21/2015 | Qualcomm Launches Accelerated Buyback | Dow Jones Institutional News |
| 5/21/2015 | 10:36 AM | 5/21/2015 | Qualcomm Launches $5 Billion Accelerated Share Buyback--Update | Dow Jones Institutional News |
| 5/21/2015 | 10:51 AM | 5/21/2015 | Qualcomm Launches $5 Billion Accelerated Share Buyback--Update | Dow Jones Institutional News |
| 5/23/2015 | 1:00 PM | 5/26/2015 | Press Release: Daimler and Qualcomm Announce Strategic Collaboration on Connected Car Technologies | Dow Jones Institutional News |
| 5/25/2015 | 10:10 PM | 5/26/2015 | Press Release: Qualcomm Announces NTT DOCOMO as First Operator to Adopt New Qualcomm Snapdragon Sense ID Biometrics Platform | Dow Jones Institutional News |
| 5/26/2015 | 9:30 PM | 5/27/2015 | Tech Firms Seek Ways to Fend Off Activist Investors | Dow Jones Top Energy Stories |
| 5/27/2015 | 9:11 PM | 5/28/2015 | Qualcomm (QCOM) Presents at Cowen and Company Annual Technology, Media & Telecom Conference (Transcript) >QCOM | Dow Jones Institutional News |
| 5/28/2015 | 12:03 AM | 5/28/2015 | MediaTek Closes The Gap With Qualcomm: HSBC Raises To Buy -- Barron's Blog | Dow Jones Institutional News |
| 5/28/2015 | 7:30 AM | 5/28/2015 | Press Release: Qualcomm Announces 10 Companies Selected to Participate in the Qualcomm Robotics Accelerator, Powered by Techstars | Dow Jones Institutional News |
| 5/28/2015 | 11:00 AM | 5/28/2015 | Imagination to Deliver Keynote "Securing the Future: Connecting Mobile, IoT and the Cloud" at COMPUTEX Forum | GlobeNewswire |
| 5/29/2015 | 4:03 PM | 6/1/2015 | Press Release: Qualcomm Powers Next Generation Project Tango Development Platform | Dow Jones Institutional News |
| 6/1/2015 | 10:00 PM | 6/2/2015 | Press Release: Qualcomm and Leading Tablet Solutions Provider Allwinner Technology to Collaborate in Growth of 4G LTE Tablets Powered by Qualcomm Snapdragon Processors | Dow Jones Institutional News |
| 6/1/2015 | 10:00 PM | 6/2/2015 | Press Release: Qualcomm Expands 802.11ac MU-MIMO Product Portfolio for Wi-Fi Access Points and Routers, Builds Momentum with Significant Customer Adoption | Dow Jones Institutional News |
| 6/1/2015 | 10:00 PM | 6/2/2015 | Press Release: Qualcomm Unveils Industry's First Hybrid Wireless Extender Utilizing HomePlug AV2 MIMO and 802.11ac Wi-Fi | Dow Jones Institutional News |
| 6/2/2015 | 6:41 PM | 6/3/2015 | Qualcomm Incorporated's CEO Steve Mollenkopf at Bank of America Merrill Lynch 2015 Global Technology Conference >QCOM | Dow Jones Institutional News |
| 6/3/2015 | 2:48 AM | 6/3/2015 | MediaTek Secures Clients by Investing in Them -- Market Talk | Dow Jones Institutional News |
| 6/3/2015 | 3:05 AM | 6/3/2015 | Path to the Cloud Paved With Many JVs -- Market Talk | Dow Jones Institutional News |
| 6/3/2015 | 3:15 AM | 6/3/2015 | MediaTek Secures Clients by Investing in Them -- Market Talk | Dow Jones Newswires Chinese (English) |
| 6/4/2015 | 2:16 AM | 6/4/2015 | Tablet Makers Ask: Is a Wifi-Only Tablet Still a Tablet? -- Market Talk | Dow Jones Institutional News |
| 6/10/2015 | 8:10 AM | 6/10/2015 | Press Release: Qualcomm Appoints Frank Meng as Chairman of Qualcomm China | Dow Jones Institutional News |
| 6/10/2015 | 8:11 AM | 6/10/2015 | Qualcomm Appoints Frank Meng As Chmn Of Qualcomm China | Dow Jones Newswires Chinese (English) |
| 6/10/2015 | 8:12 AM | 6/10/2015 | Qualcomm Sr VP, President of Greater China Xiang Wang to Leave >QCOM | Dow Jones Newswires Chinese (English) |
| 6/15/2015 | 3:16 AM | 6/15/2015 | Why MediaTek Will Beat Qualcomm -- Barron's Blog | Dow Jones Institutional News |
| 6/15/2015 | 9:24 AM | 6/15/2015 | ParkerVision Enters Into Full Contingent Funding Arrangement for Ongoing Patent Infringement | GlobeNewswire |
| 6/15/2015 | 9:26 AM | 6/15/2015 | Press Release: ParkerVision Enters Into Full Contingent Funding Arrangement for Ongoing Patent Infringement | Dow Jones Institutional News |
| 6/17/2015 | 4:02 AM | 6/17/2015 | Press Release: China Mobile Partners ZTE and Qualcomm on 3-Carrier Aggregation Trial | Dow Jones Institutional News |
| 6/18/2015 | 9:00 AM | 6/18/2015 | Press Release: Intrinsyc Announces Open-Q(TM) 410 System on Module and Development Kit Powered by the Qualcomm(R) Snapdragon(TM) 410 Processor | Dow Jones Institutional News |
| 6/22/2015 | 3:49 PM | 6/22/2015 | ITC Staff Backs Qualcomm, Samsung in Nvidia Case -- Market Talk | Dow Jones Institutional News |
| 6/22/2015 | 3:49 PM | 6/22/2015 | ITC Staff Backs Qualcomm, Samsung in Nvidia Case -- Market Talk | Dow Jones Institutional News |
| 6/23/2015 | 9:11 AM | 6/23/2015 | Press Release: SMIC, Huawei, imec, and Qualcomm in Joint Investment on SMIC's New Research and Development Company | Dow Jones Institutional News |
| 6/23/2015 | 9:14 AM | 6/23/2015 | SMIC, Huawei, Imec, And Qualcomm In Joint Investment On SMIC's New Research And Development Co | Dow Jones Newswires Chinese (English) |
| 6/23/2015 | 10:35 PM | 6/24/2015 | Qualcomm Forms Venture With Chinese Firm | Dow Jones Institutional News |
| 6/23/2015 | 10:45 PM | 6/24/2015 | Qualcomm Forms Venture With Chinese Firm | Dow Jones Top Global Market Stories |
| 6/23/2015 | 10:45 PM | 6/24/2015 | Qualcomm Forms Venture With Chinese Firm | Dow Jones Top North American Equities Stories |
| 6/23/2015 | 10:50 PM | 6/24/2015 | Qualcomm Forms Venture With Chinese Firm | Dow Jones Institutional News |
| 6/23/2015 | 10:50 PM | 6/24/2015 | Qualcomm Forms Venture With Chinese Firm | Dow Jones Institutional News |
| 6/23/2015 | 11:03 PM | 6/24/2015 | Qualcomm Forms Venture With Chinese Firm | Dow Jones Newswires Chinese (English) |
| 6/23/2015 | 11:05 PM | 6/24/2015 | Qualcomm Forms Venture With Chinese Firm | Dow Jones Institutional News |
| 6/23/2015 | 11:05 PM | 6/24/2015 | Qualcomm Forms Venture With Chinese Firm | Dow Jones Top News & Commentary |
| 6/23/2015 | 11:39 PM | 6/24/2015 | EQS-News: SMIC, Huawei, imec, and Qualcomm in Joint Investment on SMIC's New Research and Development Company | Dow Jones Newswires German |
| 6/25/2015 | 5:27 AM | 6/25/2015 | EQS-News: SMIC Receives '2014 Foundry Supplier of the Year' Award from Qualcomm | Dow Jones Newswires German |
| 7/6/2015 | 9:30 AM | 7/6/2015 | Press Release: Qualcomm Incorporated (NASDAQ: QCOM) Third Quarter Fiscal 2015 Earnings Release and Conference Call | Dow Jones Institutional News |
| 7/7/2015 | 9:00 AM | 7/7/2015 | Press Release: Qualcomm Announces Quarterly Cash Dividend | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 7/8/2015 | 4:08 AM | 7/8/2015 | Slow Smartphone Growth to Weaken UK's ARM -- Market Talk | Dow Jones Institutional News |
| 7/8/2015 | 4:08 AM | 7/8/2015 | UK Market Talk Roundup: Shares Losing | Dow Jones Institutional News |
| 7/13/2015 | 12:07 PM | 7/13/2015 | More Data on the Rise of Shareholder Activism -- Market Talk | Dow Jones Institutional News |
| 7/13/2015 | 12:07 PM | 7/13/2015 | More Data on the Rise of Shareholder Activism -- Market Talk | Dow Jones Institutional News |
| 7/16/2015 | 3:10 AM | 7/16/2015 | *EU Opens 2 Formal Investigations Against Qualcomm | Dow Jones Institutional News |
| 7/16/2015 | 3:10 AM | 7/16/2015 | EU Opens 2 Formal Investigations Against Qualcomm | Dow Jones Newswires Chinese (English) |
| 7/16/2015 | 3:11 AM | 7/16/2015 | EU: Probes Will Examine Possible Predatory Pricing by Qualcomm | Dow Jones Newswires Chinese (English) |
| 7/16/2015 | 3:12 AM | 7/16/2015 | EU: Probes Will Assess if Qualcomm Offered Financial Incentives Based on Exclusivity | Dow Jones Newswires Chinese (English) |
| 7/16/2015 | 3:19 AM | 7/16/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Institutional News |
| 7/16/2015 | 3:19 AM | 7/16/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Top News & Commentary |
| 7/16/2015 | 3:25 AM | 7/16/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Top Global Market Stories |
| 7/16/2015 | 3:25 AM | 7/16/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Top North American Equities Stories |
| 7/16/2015 | 3:30 AM | 7/16/2015 | EU Launches Qualcomm Antitrust Probes | Dow Jones Institutional News |
| 7/16/2015 | 3:34 AM | 7/16/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Institutional News |
| 7/16/2015 | 3:39 AM | 7/16/2015 | Press Release: Qualcomm Statement on European Competition Authority Announcement | Dow Jones Institutional News |
| 7/16/2015 | 3:40 AM | 7/16/2015 | Qualcomm Statement On European Competition Authority Announcement | Dow Jones Newswires Chinese (English) |
| 7/16/2015 | 3:42 AM | 7/16/2015 | Qualcomm Will Continue to Cooperate With the Commission | Dow Jones Newswires Chinese (English) |
| 7/16/2015 | 3:42 AM | 7/16/2015 | Qualcomm: European Commission Move Represents Neither Expression by the Commission on | Dow Jones Newswires Chinese (English) |
| 7/16/2015 | 3:45 AM | 7/16/2015 | EU Launches Qualcomm Antitrust Probes | Dow Jones Institutional News |
| 7/16/2015 | 4:00 AM | 7/16/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Newswires Chinese (English) |
| 7/16/2015 | 5:17 AM | 7/16/2015 | EU Launches Qualcomm Antitrust Probes -- Update | Dow Jones Institutional News |
| 7/16/2015 | 5:32 AM | 7/16/2015 | EU Launches Qualcomm Antitrust Probes -- Update | Dow Jones Institutional News |
| 7/16/2015 | 7:07 AM | 7/16/2015 | EU Launches Qualcomm Antitrust Probes | Dow Jones Top News & Commentary |
| 7/16/2015 | 7:07 AM | 7/16/2015 | EU Launches Qualcomm Antitrust Probes -- 2nd Update | Dow Jones Institutional News |
| 7/16/2015 | 7:22 AM | 7/16/2015 | EU Launches Qualcomm Antitrust Probes -- 2nd Update | Dow Jones Institutional News |
| 7/16/2015 | 4:15 PM | 7/17/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Institutional News |
| 7/16/2015 | 4:25 PM | 7/17/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Top North American Equities Stories |
| 7/16/2015 | 4:26 PM | 7/17/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Top Global Market Stories |
| 7/16/2015 | 4:30 PM | 7/17/2015 | EU Launches Antitrust Investigations Into Qualcomm | Dow Jones Institutional News |
| 7/16/2015 | 4:30 PM | 7/17/2015 | EU Launches Antitrust Probes Into Qualcomm | Dow Jones Institutional News |
| 7/16/2015 | 4:45 PM | 7/17/2015 | EU Launches Antitrust Probes Into Qualcomm | Dow Jones Institutional News |
| 7/20/2015 | 3:04 AM | 7/20/2015 | DJ QUALCOMM Incorporated, Inst Holders, 2Q 2015 (QCOM) | Dow Jones Institutional News |
| 7/20/2015 | 12:24 PM | 7/20/2015 | Will Qualcomm Tighten Its Belt Further? -- Market Talk | Dow Jones Institutional News |
| 7/20/2015 | 12:24 PM | 7/20/2015 | Will Qualcomm Tighten Its Belt Further? -- Market Talk | Dow Jones Institutional News |
| 7/20/2015 | 6:53 PM | 7/21/2015 | *Qualcomm Expected to Conduct Sweeping Strategic Review, Sources Say | Dow Jones Institutional News |
| 7/20/2015 | 6:54 PM | 7/21/2015 | Qualcomm Expected to Conduct Sweeping Strategic Review, Sources Say | Dow Jones Newswires Chinese (English) |
| 7/20/2015 | 6:55 PM | 7/21/2015 | Qualcomm May Consider Breakup, Returning More Cash to Investors, Sources Say | Dow Jones Newswires Chinese (English) |
| 7/20/2015 | 6:57 PM | 7/21/2015 | Qualcomm May Reshuffle Board, Give Hedge Fund Jana Say In Adding Directors, Sources Say | Dow Jones Newswires Chinese (English) |
| 7/20/2015 | 7:20 PM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup -- Update | Dow Jones Institutional News |
| 7/20/2015 | 7:26 PM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup | Dow Jones Institutional News |
| 7/20/2015 | 7:35 PM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup -- Update | Dow Jones Institutional News |
| 7/20/2015 | 7:44 PM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup | Dow Jones Newswires Chinese (English) |
| 7/20/2015 | 8:10 PM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup | Dow Jones Institutional News |
| 7/20/2015 | 8:10 PM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup | Dow Jones Top North American Equities Stories |
| 7/20/2015 | 8:11 PM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup | Dow Jones Top Global Market Stories |
| 7/20/2015 | 8:25 PM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup | Dow Jones Institutional News |
| 7/20/2015 | 8:25 PM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup | Dow Jones Top News & Commentary |
| 7/21/2015 | 8:19 AM | 7/21/2015 | Qualcomm to Conduct Strategic Review, May Consider Breakup | Dow Jones Newswires Korean (English) |
| 7/21/2015 | 8:37 AM | 7/21/2015 | A.M. Funds Roundup: Jana's Push May Bear Fruit at Qualcomm; How Do Bond ETFs Work? -- Barron's Blog | Dow Jones Institutional News |
| 7/22/2015 | 12:31 AM | 7/22/2015 | Movers & Shakers: Coca-Cola, Boeing, Qualcomm earnings in focus | Dow Jones Commentary |
| 7/22/2015 | 3:39 PM | 7/22/2015 | Qualcomm May Reveal Structural Changes With Results--Earnings Preview | Dow Jones Institutional News |
| 7/22/2015 | 3:52 PM | 7/22/2015 | Qualcomm May Reveal Structural Changes With Results--Earnings Preview | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 4:01 PM | 7/23/2015 | *Qualcomm 3Q EPS 73c >QCOM | Dow Jones Institutional News |
| 7/22/2015 | 4:01 PM | 7/23/2015 | Press Release: Qualcomm Announces Strategic Realignment Plan | Dow Jones Institutional News |
| 7/22/2015 | 4:01 PM | 7/23/2015 | Qualcomm 3Q EPS 73c >QCOM | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 4:02 PM | 7/23/2015 | Qualcomm Conducting Review of Corporate Structure | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 7/22/2015 | 4:03 PM | 7/23/2015 | Qualcomm Reaffirms Intent to Return Significant Capital to Stockholders >QCOM | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 4:03 PM | 7/23/2015 | Qualcomm to Cut About $1.4 Billion in Spending >QCOM | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 4:04 PM | 7/23/2015 | Qualcomm to Cut Headcount and Temporary Work Force >QCOM | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 4:05 PM | 7/23/2015 | Qualcomm Enters Into Cooperation Agreement With JANA Partners Enters Into Cooperation Agreement With | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 4:06 PM | 7/23/2015 | Qualcomm Sees Strategic Review of Corporate Structure Completed by End of Calendar Year >QCOM | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 4:06 PM | 7/23/2015 | Qualcomm Wants to Eliminate About $1.4 Billion in Spending | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 4:13 PM | 7/23/2015 | Qualcomm Plans Changes to Company Structure | Dow Jones Institutional News |
| 7/22/2015 | 4:14 PM | 7/23/2015 | Qualcomm Weighs Changes to Company Structure | Dow Jones Top News & Commentary |
| 7/22/2015 | 4:15 PM | 7/23/2015 | Qualcomm to Cut 15% of Workforce, Weigh Split | Dow Jones Top Global Market Stories |
| 7/22/2015 | 4:15 PM | 7/23/2015 | Qualcomm to Cut 15% of Workforce, Weigh Split | Dow Jones Top North American Equities Stories |
| 7/22/2015 | 4:20 PM | 7/23/2015 | Qualcomm Could Add to Banner Year for Chip M&A -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 4:20 PM | 7/23/2015 | Qualcomm Could Add to Banner Year for Chip M&A -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 4:20 PM | 7/23/2015 | Qualcomm to Cut 15% of Workforce | Dow Jones Institutional News |
| 7/22/2015 | 4:22 PM | 7/23/2015 | Qualcomm Weighs Changes to Company Structure -- Update | Dow Jones Institutional News |
| 7/22/2015 | 4:28 PM | 7/23/2015 | Qualcomm Plans Changes to Company Structure | Dow Jones Institutional News |
| 7/22/2015 | 4:35 PM | 7/23/2015 | Qualcomm to Cut 15% of Workforce | Dow Jones Institutional News |
| 7/22/2015 | 4:37 PM | 7/23/2015 | Qualcomm Weighs Changes to Company Structure -- Update | Dow Jones Institutional News |
| 7/22/2015 | 4:41 PM | 7/23/2015 | Qualcomm Weighs Changes to Company Structure -- 2nd Update | Dow Jones Institutional News |
| 7/22/2015 | 4:44 PM | 7/23/2015 | Qualcomm's Quarterly Chip Projection Looks Light -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 4:44 PM | 7/23/2015 | Qualcomm's Quarterly Chip Projection Looks Light -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 4:47 PM | 7/23/2015 | Qualcomm to Revamp Executive Pay Practices -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 4:47 PM | 7/23/2015 | Qualcomm to Revamp Executive Pay Practices -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 4:56 PM | 7/23/2015 | Qualcomm Weighs Changes to Company Structure -- 2nd Update | Dow Jones Institutional News |
| 7/22/2015 | 4:56 PM | 7/23/2015 | Qualcomm's Plan Looks Awfully Familiar -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 4:56 PM | 7/23/2015 | Qualcomm's Plan Looks Awfully Familiar -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 5:03 PM | 7/23/2015 | Qualcomm Weighs Changes to Company Structure -- 2nd Update | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 5:05 PM | 7/23/2015 | Qualcomm Weighs Changes to Company Structure -- 3rd Update | Dow Jones Institutional News |
| 7/22/2015 | 5:20 PM | 7/23/2015 | Qualcomm Weighs Changes to Company Structure -- 3rd Update | Dow Jones Institutional News |
| 7/22/2015 | 5:54 PM | 7/23/2015 | Qualcomm Cuts Equity Compensation as Part of Restructuring | Dow Jones Institutional News |
| 7/22/2015 | 6:01 PM | 7/23/2015 | Movers & Shakers: Qualcomm shares slip after weak outlook | Dow Jones Commentary |
| 7/22/2015 | 8:13 PM | 7/23/2015 | QUALCOMMSteven M. Mollenkopf on Q3 2015 Results -- Earnings Call Transcript >QCOM | Dow Jones Institutional News |
| 7/22/2015 | 8:22 PM | 7/23/2015 | QUALCOMMSteven M. Mollenkopf on Q3 2015 Results -- Earnings Call Transcript >QCOM | Dow Jones Newswires Chinese (English) |
| 7/22/2015 | 10:38 PM | 7/23/2015 | TSMC Could Beat Samsung at 10-Nanometer Chip Game: Citi -- Market Talk | Dow Jones Institutional News |
| 7/22/2015 | 11:05 PM | 7/23/2015 | TSMC Could Beat Samsung at 10-Nanometer Chip Game: Citi -- Market Talk | Dow Jones Newswires Chinese (English) |
| 7/23/2015 | 2:16 AM | 7/23/2015 | Apple, Global Semiconductor Weakness Wallop Taiwan Stocks -- Market Talk | Dow Jones Institutional News |
| 7/23/2015 | 2:31 AM | 7/23/2015 | Apple, Global Semiconductor Weakness Wallop Taiwan Stocks -- Market Talk | Dow Jones Newswires Chinese (English) |
| 7/23/2015 | 8:11 AM | 7/23/2015 | Qualcomm to Cut 15% of Workforce, Weigh Split | Dow Jones Newswires Korean (English) |
| 7/23/2015 | 11:57 AM | 7/23/2015 | Qualcomm Grapples With China Phone Inventories -- Market Talk | Dow Jones Institutional News |
| 7/23/2015 | 11:57 AM | 7/23/2015 | Qualcomm Grapples With China Phone Inventories -- Market Talk | Dow Jones Institutional News |
| 7/23/2015 | 12:35 PM | 7/23/2015 | Qualcomm Grapples With China Phone Inventories -- Market Talk | Dow Jones Newswires Chinese (English) |
| 7/23/2015 | 1:18 PM | 7/23/2015 | Qualcomm May Have No Way Out -- Market Talk | Dow Jones Institutional News |
| 7/23/2015 | 1:18 PM | 7/23/2015 | Qualcomm May Have No Way Out -- Market Talk | Dow Jones Institutional News |
| 7/23/2015 | 1:26 PM | 7/23/2015 | Qualcomm's Bills Are Coming Due -- Heard on the Street | Dow Jones Institutional News |
| 7/23/2015 | 1:40 PM | 7/23/2015 | Qualcomm's Bills Are Coming Due | Dow Jones Top Energy Stories |
| 7/23/2015 | 3:17 PM | 7/23/2015 | *S&P Revises Qualcomm Outlook To Negative On Strategic Review | Dow Jones Institutional News |
| 7/23/2015 | 3:59 PM | 7/23/2015 | And Now Qualcomm's Credit Outlook Is Lower, Too -- Barron's Blog | Dow Jones Institutional News |
| 7/23/2015 | 9:49 PM | 7/24/2015 | Why TSMC Is Oversold -- Barron's Blog | Dow Jones Institutional News |
| 7/27/2015 | 1:30 AM | 7/27/2015 | Press Release: Qualcomm Appoints Sunil Lalvani as Vice President and President of Qualcomm India | Dow Jones Institutional News |
| 7/28/2015 | 7:30 AM | 7/28/2015 | Press Release: Qualcomm Becomes First Company to Enable Wireless Charging for Mobile Devices with Metal Cases | Dow Jones Institutional News |
| 7/29/2015 | 7:30 AM | 7/29/2015 | Press Release: Qualcomm and BRUSA Sign Commercial Wireless Electric Vehicle Charging License Agreement | Dow Jones Institutional News |
| 7/29/2015 | 12:02 PM | 7/29/2015 | CEO MOLLENKOPF Buys 15,815 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 7/29/2015 | 12:02 PM | 7/29/2015 | CFO DAVIS Buys 8,100 Of QUALCOMM INC >QCOM | Dow Jones Institutional News |
| 7/29/2015 | 10:36 PM | 7/30/2015 | Samsung Stays Upbeat on Chip Business -- Market Talk | Dow Jones Institutional News |
| 7/31/2015 | 10:34 AM | 7/31/2015 | U.S. Court of Appeals Issues Decision in ParkerVision v. Qualcomm | GlobeNewswire |
| 7/31/2015 | 10:35 AM | 7/31/2015 | *U.S. Court Of Appeals Issues Decision In ParkerVision V. Qualcomm V. | Dow Jones Institutional News |
| 7/31/2015 | 10:59 AM | 7/31/2015 | Press Release: U.S. Court of Appeals Issues Decision in ParkerVision v. Qualcomm | Dow Jones Institutional News |
| 8/1/2015 | 12:08 AM | 8/3/2015 | Follow-Up -- A Return Visit To Earlier Stories: A Reboot For Qualcomm -- Barron's | Dow Jones Institutional News |
| 8/2/2015 | 9:45 PM | 8/3/2015 | Wrestling With Qualcomm Is Expensive: MediaTek's Profit Tanks -- Barron's Blog | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 8/6/2015 | 7:30 AM | 8/6/2015 | *Qualcomm To Acquire XDSL And G.Fast Networking Technology Provider Ikanos >QCOM IKAN | Dow Jones Institutional News |
| 8/6/2015 | 9:41 AM | 8/6/2015 | Qualcomm Agrees to Buy Chip Maker Ikanos For $47 Million | Dow Jones Institutional News |
| 8/6/2015 | 9:47 AM | 8/6/2015 | Qualcomm Agrees to Buy Chip Maker Ikanos For $47 Million | Dow Jones Newswires Chinese (English) |
| 8/6/2015 | 9:56 AM | 8/6/2015 | Qualcomm Agrees to Buy Chip Maker Ikanos For $47 Million | Dow Jones Institutional News |
| 8/6/2015 | 12:11 PM | 8/6/2015 | Qualcomm Bets on Faster Links to the Home -- Market Talk | Dow Jones Institutional News |
| 8/6/2015 | 12:11 PM | 8/6/2015 | Qualcomm Bets on Faster Links to the Home -- Market Talk | Dow Jones Institutional News |
| 8/13/2015 | 9:00 AM | 8/13/2015 | *Qualcomm Completes $2.4 Billion Acquisition Of CSR >QCOM | Dow Jones Institutional News |
| 8/13/2015 | 2:04 PM | 8/13/2015 | Will the Next IPhone Include Intel Modem Chips? -- Market Talk | Dow Jones Institutional News |
| 8/13/2015 | 2:04 PM | 8/13/2015 | Will the Next IPhone Include Intel Modem Chips? -- Market Talk | Dow Jones Institutional News |
| 8/13/2015 | 2:24 PM | 8/13/2015 | Cord-cutting Hitting its Stride in 2015 -- Market Talk | Dow Jones Institutional News |
| 8/25/2015 | 9:52 AM | 8/25/2015 | Atmel Shares Surge on Acknowledgement of Review -- Market Talk | Dow Jones Institutional News |
| 8/25/2015 | 9:52 AM | 8/25/2015 | Atmel Shares Surge on Acknowledgement of Review -- Market Talk | Dow Jones Institutional News |
| 8/25/2015 | 10:00 AM | 8/25/2015 | Press Release: Qualcomm Announces the Launch of the New Official Qualcomm Safety Car for Season Two of the FIA Formula E Championship | Dow Jones Institutional News |
| 8/25/2015 | 7:47 PM | 8/26/2015 | Ex-Merrill Lynch Broker Ordered to Pay $1.4 Million in Restitution for Insider-Trading Scheme -- Broker's World | Dow Jones Institutional News |
| 8/25/2015 | 8:02 PM | 8/26/2015 | Ex-Merrill Lynch Broker Ordered to Pay $1.4 Million in Restitution for Insider-Trading Scheme -- Broker's World | Dow Jones Institutional News |
| 8/25/2015 | 8:36 PM | 8/26/2015 | Ex-Merrill Broker Ordered to Pay Restitution for Insider Trading | Dow Jones Top Energy Stories |
| 8/25/2015 | 8:36 PM | 8/26/2015 | Ex-Merrill Lynch Broker Ordered to Pay Restitution for Insider Trading | Dow Jones Top Energy Stories |
| 8/25/2015 | 9:21 PM | 8/26/2015 | Ex-Merrill Broker Ordered to Pay Restitution for Insider Trading | Dow Jones Top Energy Stories |
| 8/26/2015 | 2:30 AM | 8/26/2015 | Press Release: Qualcomm Agrees to Sell UK L-Band Spectrum to Vodafone and H3G | Dow Jones Institutional News |
| 8/26/2015 | 7:26 AM | 8/26/2015 | Ex-Merrill Broker Ordered to Pay Restitution for Insider Trading | Dow Jones Top North American Financial Services Stories |
| 8/26/2015 | 7:26 AM | 8/26/2015 | Ex-Merrill Lynch Broker Ordered to Pay Restitution for Insider Trading | Dow Jones Top North American Financial Services Stories |
| 8/26/2015 | 10:26 AM | 8/26/2015 | Ex-Merrill Broker Ordered to Pay Restitution for Insider Trading | Dow Jones Top North American Financial Services Stories |
| 8/26/2015 | 10:56 AM | 8/26/2015 | Ex-Merrill Broker Ordered to Pay Restitution for Insider Trading | Dow Jones Top North American Financial Services Stories |
| 8/26/2015 | 11:56 AM | 8/26/2015 | Ex-Merrill Broker Ordered to Pay Restitution for Insider Trading | Dow Jones Top North American Financial Services Stories |
| 8/31/2015 | 7:30 AM | 8/31/2015 | Press Release: Qualcomm Announces Breakthrough Mobile Anti-Malware Technology Utilizing Cognitive Computing | Dow Jones Institutional News |
| 9/1/2015 | 8:22 AM | 9/1/2015 | ParkerVision Comments on Inter Partes Review Petitions Filed by Qualcomm | GlobeNewswire |
| 9/1/2015 | 8:22 AM | 9/1/2015 | Press Release: ParkerVision Comments on Inter Partes Review Petitions Filed by Qualcomm | Dow Jones Institutional News |
| 9/2/2015 | 1:04 AM | 9/2/2015 | Nokia Networks showcases Asia's first TDD-FDD 3 carrier aggregation with commercial chipset | GlobeNewswire |
| 9/2/2015 | 1:04 AM | 9/2/2015 | Press Release: Nokia Networks showcases Asia's first TDD-FDD 3 carrier aggregation with commercial chipset | Dow Jones Institutional News |
| 9/10/2015 | 7:30 AM | 9/10/2015 | Press Release: Qualcomm Announces Reference Platform with High-end Performance Capabilities to Advance Consumer Drones | Dow Jones Institutional News |
| 9/14/2015 | 7:30 AM | 9/14/2015 | *Qualcomm Acquires Capsule Technologie >QCOM | Dow Jones Institutional News |
| 9/14/2015 | 7:30 AM | 9/14/2015 | Qualcomm Acquires Capsule Technologie >QCOM | Dow Jones Newswires Chinese (English) |
| 9/14/2015 | 8:04 AM | 9/14/2015 | Qualcomm Buys Medical Data Management Company | Dow Jones Institutional News |
| 9/14/2015 | 8:19 AM | 9/14/2015 | Qualcomm Buys Medical Data Management Company | Dow Jones Institutional News |
| 9/14/2015 | 8:25 AM | 9/14/2015 | Qualcomm Buys Medical Data Management Company | Dow Jones Newswires Chinese (English) |
| 9/14/2015 | 8:30 AM | 9/14/2015 | InterDigital to Demonstrate M2M Developments at First ETSI and TTA Sponsored oneM2M Interop Event | GlobeNewswire |
| 9/14/2015 | 8:30 AM | 9/14/2015 | Press Release: InterDigital to Demonstrate M2M Developments at First ETSI and TTA Sponsored oneM2M Interop Event | Dow Jones Institutional News |
| 9/14/2015 | 9:00 PM | 9/15/2015 | Press Release: Qualcomm Announces New Milestone in Snapdragon 410 and 210 Shipments | Dow Jones Institutional News |
| 9/14/2015 | 10:00 PM | 9/15/2015 | Press Release: Qualcomm Announces Addition of Two New Processors to Snapdragon Mid-Range Lineup | Dow Jones Institutional News |
| 9/14/2015 | 10:00 PM | 9/15/2015 | Press Release: Qualcomm Announces Breakthrough Connectivity Features in the Snapdragon 820 Processor | Dow Jones Institutional News |
| 9/14/2015 | 10:00 PM | 9/15/2015 | Press Release: Qualcomm Collaborates with America Movil on Global Pass Program | Dow Jones Institutional News |
| 9/14/2015 | 10:00 PM | 9/15/2015 | Press Release: Qualcomm Introduces Next-Generation Fast Charging Technology with Quick Charge 3.0 | Dow Jones Institutional News |
| 9/15/2015 | 6:51 PM | 9/16/2015 | *Qualcomm Extends Tender Offer Period To Acquire Ikanos Communications, Inc. >QCOM | Dow Jones Institutional News |
| 9/15/2015 | 6:53 PM | 9/16/2015 | Qualcomm Extends Tender Offer Period To Acquire Ikanos Communications, Inc. >QCOM | Dow Jones Newswires Chinese (English) |
| 9/15/2015 | 10:11 PM | 9/16/2015 | Press Release: Qualcomm Extends Tender Offer Period to Acquire Ikanos Communications, Inc. | Dow Jones Newswires Chinese (English) |
| 9/16/2015 | 6:29 AM | 9/16/2015 | Press Release: SMIC, CICIIF and Qualcomm Intend to Invest into SJsemi | Dow Jones Institutional News |
| 9/16/2015 | 7:17 AM | 9/16/2015 | Press Release: SMIC, CICIIF and Qualcomm Intend to Invest into SJsemi | Dow Jones Newswires Chinese (English) |
| 9/17/2015 | 3:41 AM | 9/17/2015 | EQS-News: SMIC, CICIIF and Qualcomm Intend to Invest into SJsemi | Dow Jones Newswires German |
| 9/17/2015 | 9:12 PM | 9/18/2015 | Qualcomm's (QCOM) Presents at Deutsche Bank Technology Brokers Conference (Transcript) >QCOM | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 9/18/2015 | 10:47 AM | 9/18/2015 | Qualcomm cutting 1,314 jobs in San Diego -- report | Dow Jones Newswires Chinese (English) |
| 9/21/2015 | 2:12 PM | 9/21/2015 | The New Bond Market: Debt Investors Wary as Offerings Fuel Buybacks | Dow Jones Institutional News |
| 9/21/2015 | 2:19 PM | 9/21/2015 | Press Release: ON Semiconductor Demonstrates New Qualcomm Quick Charge 3.0 Compliant Charger | Dow Jones Institutional News |
| 9/21/2015 | 2:21 PM | 9/21/2015 | The New Bond Market: Debt Investors Wary as Offerings Fuel Buybacks | Dow Jones Top Energy Stories |
| 9/21/2015 | 2:21 PM | 9/21/2015 | The New Bond Market: Debt Investors Wary as Offerings Fuel Buybacks | Dow Jones Top North American Financial Services Stories |
| 9/21/2015 | 6:10 PM | 9/22/2015 | The New Bond Market: Debt Investors Wary as Offerings Fuel Buybacks -- Update | Dow Jones Institutional News |
| 9/21/2015 | 6:25 PM | 9/22/2015 | The New Bond Market: Debt Investors Wary as Offerings Fuel Buybacks -- Update | Dow Jones Institutional News |
| 9/22/2015 | 9:00 AM | 9/22/2015 | Press Release: Intrinsyc Will Distribute Qualcomm(R) Snapdragon Flight(TM) Development Board for Drones and Robotics | Dow Jones Institutional News |
| 9/24/2015 | 9:21 AM | 9/24/2015 | LogMeIn IoT Exec to Join Experts From Splunk, Cisco and Qualcomm to Share Insights on How to Build Connected Products | GlobeNewswire |
| 9/27/2015 | 12:00 AM | 9/28/2015 | Press Release: Qualcomm Commits Up To $150 Million to Strategic Venture Fund in India | Dow Jones Institutional News |
| 9/27/2015 | 1:49 AM | 9/28/2015 | Narendra Modi Meets Silicon Valley Luminaries, Promises to Light Up India With the Internet | Dow Jones Institutional News |
| 10/5/2015 | 8:00 AM | 10/5/2015 | *ParkerVision Petition For Panel Rehearing Denied | Dow Jones Institutional News |
| 10/5/2015 | 8:00 AM | 10/5/2015 | ParkerVision Petition for Panel Rehearing Denied | GlobeNewswire |
| 10/7/2015 | 4:36 PM | 10/8/2015 | Press Release: Qualcomm Announces LTE Advanced for Windows 10 Notebooks, 2-in-1 and Tablets | Dow Jones Institutional News |
| 10/8/2015 | 3:30 PM | 10/8/2015 | Press Release: Qualcomm and Mellanox Collaborate to Enable Advanced, Cost-Effective Data Center Platforms for Servers and Storage | Dow Jones Institutional News |
| 10/8/2015 | 3:30 PM | 10/8/2015 | Press Release: Qualcomm and Xilinx Collaborate to Deliver Industry-Leading Heterogeneous Computing Solutions for Data Centers with New Levels of Efficiency and Performance | Dow Jones Institutional News |
| 10/8/2015 | 3:30 PM | 10/8/2015 | Press Release: Qualcomm Makes Significant Advancements with its Server Ecosystem | Dow Jones Institutional News |
| 10/9/2015 | 9:00 AM | 10/9/2015 | Press Release: Qualcomm Announces Quarterly Cash Dividend | Dow Jones Institutional News |
| 10/12/2015 | 8:15 AM | 10/12/2015 | Press Release: PTC to Acquire Augmented Reality Leader Vuforia from Qualcomm | Dow Jones Institutional News |
| 10/12/2015 | 8:15 AM | 10/12/2015 | Press Release: Qualcomm Signs Definitive Agreement to Sell Vuforia Business to PTC | Dow Jones Institutional News |
| 10/12/2015 | 8:17 AM | 10/12/2015 | PTC to Acquire Vuforia From Qualcomm for $65M>PTC | Dow Jones Newswires Chinese (English) |
| 10/12/2015 | 8:17 AM | 10/12/2015 | Qualcomm Signs Definitive Agreement To Sell Vuforia Business To PTC | Dow Jones Newswires Chinese (English) |
| 10/12/2015 | 9:22 AM | 10/12/2015 | PTC to Buy Vuforia business from Qualcomm | Dow Jones Institutional News |
| 10/12/2015 | 9:22 AM | 10/12/2015 | PTC to Buy Vuforia Business From Qualcomm | Dow Jones Top News & Commentary |
| 10/12/2015 | 9:37 AM | 10/12/2015 | PTC to Buy Vuforia business from Qualcomm | Dow Jones Institutional News |
| 10/12/2015 | 9:48 AM | 10/12/2015 | PTC to Buy Vuforia business from Qualcomm | Dow Jones Newswires Chinese (English) |
| 10/12/2015 | 1:13 PM | 10/12/2015 | Qualcomm Not Getting Out of Augmented Reality -- Market Talk | Dow Jones Institutional News |
| 10/12/2015 | 1:13 PM | 10/12/2015 | Qualcomm Not Getting Out of Augmented Reality -- Market Talk | Dow Jones Institutional News |
| 10/12/2015 | 4:14 PM | 10/13/2015 | Tech Up On EMC Deal -- Information Technology Roundup | Dow Jones Institutional News |
| 10/19/2015 | 9:30 AM | 10/19/2015 | Press Release: Qualcomm Schedules Fourth Quarter and Fiscal 2015 Earnings Release and Conference Call | Dow Jones Institutional News |
| 10/20/2015 | 3:00 AM | 10/20/2015 | Press Release: Qualcomm Expands Home Gateway Options for Carriers | Dow Jones Institutional News |
| 10/20/2015 | 3:00 AM | 10/20/2015 | Press Release: Qualcomm Introduces Industry's First Wave 2 802.11ac Wi-Fi System-on-Chip for Routers, Gateways and Access Points | Dow Jones Institutional News |
| 10/20/2015 | 3:04 AM | 10/20/2015 | DJ QUALCOMM Incorporated, Inst Holders, 3Q 2015 (QCOM) | Dow Jones Institutional News |
| 10/20/2015 | 5:02 PM | 10/21/2015 | Cisco, Qualcomm CEOs Chat About China and 'Things' | Dow Jones Institutional News |
| 10/20/2015 | 5:02 PM | 10/21/2015 | Cisco, Qualcomm CEOs Chat About China and 'Things' | Dow Jones Institutional News |
| 10/20/2015 | 5:17 PM | 10/21/2015 | Cisco, Qualcomm CEOs Chat About China and 'Things' | Dow Jones Institutional News |
| 10/20/2015 | 10:31 PM | 10/21/2015 | Cisco, Qualcomm CEOs Chat About China and 'Things' | Dow Jones Newswires Chinese (English) |
| 10/21/2015 | 7:30 AM | 10/21/2015 | Press Release: Qualcomm's Capsule Receives FDA Clearance of SmartLinx Vitals Plus(TM) | Dow Jones Institutional News |
| 10/26/2015 | 3:21 PM | 10/26/2015 | Press Release: MasterCard Launches New Program That Can Turn Any Consumer Gadget, Accessory or Wearable into a Payment Device | Dow Jones Institutional News |
| 10/26/2015 | 10:00 PM | 10/27/2015 | Press Release: Qualcomm Announces IP Camera Reference Platform with High-end Processing, Imaging and Analytics Capabilities to Advance Security Cameras | Dow Jones Institutional News |
| 10/26/2015 | 10:00 PM | 10/27/2015 | Press Release: Qualcomm Announces New Modem Solutions Designed to Support Reliable, Global Connectivity to the Internet of Things | Dow Jones Institutional News |
| 10/29/2015 | 7:30 AM | 10/29/2015 | Press Release: Qualcomm Appoints Brian Modoff as Executive Vice President of Strategy and M&A | Dow Jones Institutional News |
| 10/30/2015 | 3:15 PM | 10/30/2015 | 20 Stocks For Higher Rates -- Barron's Blog | Dow Jones Institutional News |
| 11/2/2015 | 4:30 PM | 11/3/2015 | Press Release: Qualcomm and ZTE Sign New 3G/4G License, Strengthening Long-Term Partnership | Dow Jones Institutional News |
| 11/2/2015 | 10:07 PM | 11/3/2015 | Press Release: Qualcomm and ZTE Sign New 3G/4G License, Strengthening Long-Term Partnershi | Dow Jones Newswires Chinese (English) |
| 11/4/2015 | 4:02 PM | 11/5/2015 | Press Release: Qualcomm Earnings Release Available on Company's Investor Relations Website | Dow Jones Institutional News |
| 11/4/2015 | 4:02 PM | 11/5/2015 | Qualcomm 4Q Rev $5.5B >QCOM | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 11/4/2015 | 4:03 PM | 11/5/2015 | Qualcomm 4Q EPS 67c >QCOM | Dow Jones Newswires Chinese (English) |
| 11/4/2015 | 4:03 PM | 11/5/2015 | Qualcomm 4Q Net $1.1B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/4/2015 | 4:03 PM | 11/5/2015 | Qualcomm 4Q Rev $5.5B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/4/2015 | 4:37 PM | 11/5/2015 | Qualcomm CEO Says China Licenses Will Come -- Market Talk | Dow Jones Institutional News |
| 11/4/2015 | 4:37 PM | 11/5/2015 | Qualcomm CEO Says China Licenses Will Come -- Market Talk | Dow Jones Institutional News |
| 11/4/2015 | 4:37 PM | 11/5/2015 | Qualcomm Profit Falls 44% | Dow Jones Institutional News |
| 11/4/2015 | 4:43 PM | 11/5/2015 | Qualcomm Profit Falls 44% | Dow Jones Top Global Market Stories |
| 11/4/2015 | 4:43 PM | 11/5/2015 | Qualcomm Profit Falls 44% | Dow Jones Top North American Equities Stories |
| 11/4/2015 | 4:52 PM | 11/5/2015 | Qualcomm Profit Falls 44% | Dow Jones Institutional News |
| 11/4/2015 | 4:52 PM | 11/5/2015 | Qualcomm Profit Falls 44% | Dow Jones Top News & Commentary |
| 11/4/2015 | 5:00 PM | 11/5/2015 | Qualcomm Profit Falls 44% | Dow Jones Institutional News |
| 11/4/2015 | 5:15 PM | 11/5/2015 | Qualcomm Profit Falls 44% | Dow Jones Institutional News |
| 11/4/2015 | 5:31 PM | 11/5/2015 | Qualcomm Profit Falls 44% | Dow Jones Newswires Chinese (English) |
| 11/4/2015 | 6:24 PM | 11/5/2015 | Qualcomm Profit Falls 44% -- Update | Dow Jones Institutional News |
| 11/4/2015 | 6:39 PM | 11/5/2015 | Qualcomm Profit Falls 44% -- Update | Dow Jones Institutional News |
| 11/4/2015 | 8:41 PM | 11/5/2015 | QUALCOMMSteven M. Mollenkopf on Q4 2015 Results -- Earnings Call Transcript >QCOM | Dow Jones Institutional News |
| 11/5/2015 | 12:16 PM | 11/5/2015 | Qualcomm Stake Spells Pain for Activist Jana -- Market Talk | Dow Jones Institutional News |
| 11/5/2015 | 12:16 PM | 11/5/2015 | Qualcomm Stake Spells Pain for Activist Jana -- Market Talk | Dow Jones Institutional News |
| 11/5/2015 | 12:22 PM | 11/5/2015 | Qualcomm sinks to 52-week low on weak outlook | Dow Jones Newswires Chinese (English) |
| 11/5/2015 | 12:38 PM | 11/5/2015 | China Holds Qualcomm's Hopes and Fears -- Market Talk | Dow Jones Institutional News |
| 11/5/2015 | 12:38 PM | 11/5/2015 | China Holds Qualcomm's Hopes and Fears -- Market Talk | Dow Jones Institutional News |
| 11/5/2015 | 1:12 PM | 11/5/2015 | Jana Down $200 Million on Paper After Qualcomm Tumbles 14% | Dow Jones Institutional News |
| 11/5/2015 | 1:43 PM | 11/5/2015 | Jana Down $200 Million on Paper After Qualcomm Tumbles 14% | Dow Jones Top Energy Stories |
| 11/5/2015 | 2:21 PM | 11/5/2015 | Why Qualcomm Is Down But Not Out -- Heard on the Street | Dow Jones Institutional News |
| 11/5/2015 | 2:33 PM | 11/5/2015 | Why Qualcomm Is Down But Not Out | Dow Jones Top Energy Stories |
| 11/5/2015 | 3:03 PM | 11/5/2015 | Jana Down $200 Million on Paper After Qualcomm Tumbles 14% | Dow Jones Newswires Chinese (English) |
| 11/5/2015 | 4:31 PM | 11/6/2015 | *Qualcomm And Huizhou TCL Mobile Communication Co., Ltd. Sign 3G/4G Chinese Patent License Agreement | Dow Jones Institutional News |
| 11/5/2015 | 4:35 PM | 11/6/2015 | Qualcomm And Huizhou TCL Mobile Communication Co., Ltd. Sign 3G/4G Chinese Patent Lice | Dow Jones Newswires Chinese (English) |
| 11/6/2015 | 2:32 AM | 11/6/2015 | Qualcomm Is Down But Not Out -- Heard On The Street | Dow Jones Institutional News |
| 11/6/2015 | 6:21 PM | 11/9/2015 | Qualcomm's China Struggles Continue | Dow Jones Institutional News |
| 11/6/2015 | 6:36 PM | 11/9/2015 | Qualcomm's China Struggles Continue | Dow Jones Institutional News |
| 11/8/2015 | 9:28 PM | 11/9/2015 | Qualcomm 's China Struggles Continue | Dow Jones Newswires Chinese (English) |
| 11/9/2015 | 3:03 AM | 11/9/2015 | Qualcomm's China Struggles Continue as It Fails to Reach Patent Deals | Dow Jones Newswires Korean (English) |
| 11/9/2015 | 9:20 AM | 11/9/2015 | *Qualcomm Cut to Neutral From Buy by Nomura >QCOM | Dow Jones Institutional News |
| 11/9/2015 | 9:21 AM | 11/9/2015 | Qualcomm Cut to Neutral From Buy by Nomura >QCOM | Dow Jones Newswires Chinese (English) |
| 11/12/2015 | 12:29 AM | 11/12/2015 | Samsung's New 'Exynos' Chip Strengthens Processor Prowess -- Market Talk | Dow Jones Institutional News |
| 11/12/2015 | 1:33 AM | 11/12/2015 | Samsung's New 'Exynos' Chip Strengthens Processor Prowess -- Market Talk | Dow Jones Newswires Chinese (English) |
| 11/17/2015 | 8:36 PM | 11/18/2015 | *Qualcomm Discloses South Korea Antitrust Charges | Dow Jones Institutional News |
| 11/17/2015 | 8:38 PM | 11/18/2015 | Qualcomm Discloses South Korea Antitrust Charges | Dow Jones Newswires Chinese (English) |
| 11/17/2015 | 8:41 PM | 11/18/2015 | Qualcomm Says Suggested Penalties Include Monetary Damages | Dow Jones Newswires Chinese (English) |
| 11/17/2015 | 8:42 PM | 11/18/2015 | Qualcomm Vows to Vigorously Defend Itself in South Korea | Dow Jones Newswires Chinese (English) |
| 11/17/2015 | 9:02 PM | 11/18/2015 | MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog | Dow Jones Institutional News |
| 11/17/2015 | 11:16 PM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations | Dow Jones Institutional News |
| 11/17/2015 | 11:31 PM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations | Dow Jones Institutional News |
| 11/18/2015 | 12:09 AM | 11/18/2015 | MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog | Dow Jones Institutional News |
| 11/18/2015 | 12:23 AM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations | Dow Jones Newswires Chinese (English) |
| 11/18/2015 | 2:56 AM | 11/18/2015 | *World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm and | Dow Jones Institutional News |
| 11/18/2015 | 2:56 AM | 11/18/2015 | Press Release: World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm | Dow Jones Institutional News |
| 11/18/2015 | 3:42 AM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations | Dow Jones Top News & Commentary |
| 11/18/2015 | 5:52 AM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update | Dow Jones Institutional News |
| 11/18/2015 | 6:07 AM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update | Dow Jones Institutional News |
| 11/18/2015 | 11:13 AM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations | Dow Jones Top Global Market Stories |
| 11/18/2015 | 11:13 AM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations | Dow Jones Top North American Equities Stories |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 11/18/2015 | 11:20 AM | 11/18/2015 | Qualcomm Discloses South Korea Antitrust Charges | Dow Jones Institutional News |
| 11/18/2015 | 11:35 AM | 11/18/2015 | Qualcomm Discloses South Korea Antitrust Charges | Dow Jones Institutional News |
| 11/18/2015 | 11:38 AM | 11/18/2015 | Qualcomm's Licensing Formula Targeted -- Market Talk | Dow Jones Institutional News |
| 11/18/2015 | 11:38 AM | 11/18/2015 | Qualcomm's Licensing Formula Targeted -- Market Talk | Dow Jones Institutional News |
| 11/18/2015 | 1:00 PM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update | Dow Jones Institutional News |
| 11/18/2015 | 1:10 PM | 11/18/2015 | Qualcomm sinks to 52-week low after allegations of antitrust violations in Korea | Dow Jones Newswires Chinese (English) |
| 11/18/2015 | 1:15 PM | 11/18/2015 | Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update | Dow Jones Institutional News |
| 11/19/2015 | 9:15 AM | 11/19/2015 | Press Release: Qualcomm Names Cristiano Amon President of QCT | Dow Jones Institutional News |
| 11/19/2015 | 12:10 PM | 11/19/2015 | Senior Qualcomm Exec Leaves in Reshuffle -- Market Talk | Dow Jones Institutional News |
| 11/19/2015 | 12:10 PM | 11/19/2015 | Senior Qualcomm Exec Leaves in Reshuffle -- Market Talk | Dow Jones Institutional News |
| 11/20/2015 | 4:10 PM | 11/23/2015 | Intel Selects Qualcomm Executive for New Senior Job | Dow Jones Institutional News |
| 11/20/2015 | 4:10 PM | 11/23/2015 | Intel Selects Qualcomm Executive for New Senior Job | Dow Jones Top News & Commentary |
| 11/20/2015 | 4:13 PM | 11/23/2015 | Intel Selects Qualcomm Executive for New Senior Job | Dow Jones Top North American Equities Stories |
| 11/20/2015 | 4:18 PM | 11/23/2015 | Intel Selects Qualcomm Executive for New Senior Job | Dow Jones Top Global Market Stories |
| 11/20/2015 | 4:20 PM | 11/23/2015 | Intel Selects Qualcomm Executive for New Senior Job | Dow Jones Institutional News |
| 11/20/2015 | 4:25 PM | 11/23/2015 | Intel Selects Qualcomm Executive for New Senior Job | Dow Jones Institutional News |
| 11/20/2015 | 4:35 PM | 11/23/2015 | Intel Selects Qualcomm Executive for New Senior Job | Dow Jones Institutional News |
| 11/20/2015 | 4:50 PM | 11/23/2015 | Intel Selects Qualcomm Executive for New Senior Job | Dow Jones Newswires Chinese (English) |
| 11/21/2015 | 2:44 AM | 11/23/2015 | Intel Taps Rival For Chip Talent | Dow Jones Institutional News |
| 11/21/2015 | 2:47 AM | 11/23/2015 | Intel Taps Rival For Chip Talent | Dow Jones Institutional News |
| 11/23/2015 | 10:49 PM | 11/24/2015 | Semiconductor Race Will Keep Spurring Investment: Bernstein -- Market Talk | Dow Jones Institutional News |
| 11/23/2015 | 11:35 PM | 11/24/2015 | Semiconductor Race Will Keep Spurring Investment: Bernstein -- Market Talk | Dow Jones Newswires Chinese (English) |
| 11/24/2015 | 4:08 PM | 11/25/2015 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 11/27/2015 | 2:32 AM | 11/27/2015 | Private Properties -- Mansion | Dow Jones Institutional News |
| 11/30/2015 | 8:00 AM | 11/30/2015 | Press Release: Renesas Electronics America, Micrium and Medium One Simplify Embedded Design for Wi-Fi Based IoT Applications with New Wi-Fi... | Dow Jones Institutional News |
| 12/1/2015 | 4:12 PM | 12/2/2015 | INVESTOR ALERT: Levi & Korsinsky, LLP Notifies Shareholders of Qualcomm Incorporated of Class Action Lawsuit and a Lead Plaintiff Deadline of January 29, 2016 -- QCOM | GlobeNewswire |
| 12/1/2015 | 4:12 PM | 12/2/2015 | Press Release: INVESTOR ALERT: Levi & Korsinsky, LLP Notifies Shareholders of Qualcomm Incorporated of Class Action Lawsuit and a Lead Plaintiff Deadline of January 29, 2016 -- QCOM | Dow Jones Institutional News |
| 12/1/2015 | 6:24 PM | 12/2/2015 | QUALCOMM's (QCOM) Management Presents at Credit Suisse 19th Annual Technology, Media & Telecom Brokers Conference (Transcript) >QCOM | Dow Jones Institutional News |
| 12/2/2015 | 7:30 AM | 12/2/2015 | Press Release: Qualcomm and Xiaomi Sign 3G/4G License Agreement | Dow Jones Institutional News |
| 12/2/2015 | 7:31 AM | 12/2/2015 | Qualcomm And Xiaomi Sign 3G/4G License Agreement | Dow Jones Newswires Chinese (English) |
| 12/2/2015 | 7:34 AM | 12/2/2015 | Qualcomm: Granted Xiaomi Royalty-Bearing Patent License To Develop, Manufacture And Sell 3G And 4G Complete Devices >QCOM | Dow Jones Newswires Chinese (English) |
| 12/2/2015 | 10:29 AM | 12/2/2015 | Qualcomm Shares Rally On Xiaomi Licensing Deal -- Market Talk | Dow Jones Institutional News |
| 12/2/2015 | 10:29 AM | 12/2/2015 | Qualcomm Shares Rally On Xiaomi Licensing Deal -- Market Talk | Dow Jones Institutional News |
| 12/2/2015 | 10:44 AM | 12/2/2015 | Qualcomm Shares Rally On Xiaomi Licensing Deal -- Market Talk | Dow Jones Newswires Chinese (English) |
| 12/2/2015 | 11:23 AM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi | Dow Jones Institutional News |
| 12/2/2015 | 11:28 AM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi | Dow Jones Top Global Market Stories |
| 12/2/2015 | 11:28 AM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi | Dow Jones Top North American Equities Stories |
| 12/2/2015 | 11:38 AM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi | Dow Jones Institutional News |
| 12/2/2015 | 11:40 AM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi | Dow Jones Institutional News |
| 12/2/2015 | 11:55 AM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi | Dow Jones Institutional News |
| 12/2/2015 | 11:55 AM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi | Dow Jones Top News & Commentary |
| 12/2/2015 | 2:12 PM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi | Dow Jones Newswires Chinese (English) |
| 12/2/2015 | 2:50 PM | 12/2/2015 | Qualcomm's Xiaomi Deal: It's an Easy Call -- Heard on the Street | Dow Jones Institutional News |
| 12/2/2015 | 3:04 PM | 12/2/2015 | Qualcomm's Xiaomi Deal: It's an Easy Call | Dow Jones Top Energy Stories |
| 12/2/2015 | 3:14 PM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi--Update | Dow Jones Institutional News |
| 12/2/2015 | 3:29 PM | 12/2/2015 | Qualcomm Inks License Deal With China's Xiaomi--Update | Dow Jones Institutional News |
| 12/2/2015 | 4:43 PM | 12/3/2015 | Telecoms Trip On Rate Implications -- Telecoms Roundup | Dow Jones Institutional News |
| 12/3/2015 | 2:11 AM | 12/3/2015 | Qualcomm's Xiaomi Deal: It's an Easy Call -- Heard on the Street | Dow Jones Newswires Chinese (English) |
| 12/3/2015 | 2:38 AM | 12/3/2015 | Qualcomm Signs Licensing Deal With Xiaomi | Dow Jones Institutional News |
| 12/3/2015 | 2:40 AM | 12/3/2015 | Qualcomm's Xiaomi Deal An Easy Call -- Heard On The Street | Dow Jones Institutional News |
| 12/3/2015 | 8:24 PM | 12/4/2015 | Brower Piven Encourages Investors Who Have Losses in Excess of $100,000 From Investment in Qualcomm Incorporated to Contact Brower Piven Before the Lead Plaintiff Deadline in Class Action Lawsuit -- QCOM | GlobeNewswire |
| 12/3/2015 | 8:24 PM | 12/4/2015 | Press Release: Brower Piven Encourages Investors Who Have Losses in Excess of $100,000 From Investment in Qualcomm Incorporated to Contact Brower Piven Before the Lead Plaintiff Deadline in Class Action Lawsuit -- QCOM | Dow Jones Institutional News |
| 12/8/2015 | 5:46 AM | 12/8/2015 | *EU Issues Qualcomm With Two Sets of Formal Charges | Dow Jones Institutional News |
| 12/8/2015 | 5:48 AM | 12/8/2015 | EU Issues Qualcomm With Two Sets of Formal Charges | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 12/8/2015 | 5:52 AM | 12/8/2015 | EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 5:53 AM | 12/8/2015 | EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 5:54 AM | 12/8/2015 | EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 6:14 AM | 12/8/2015 | *Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says | Dow Jones Institutional News |
| 12/8/2015 | 6:15 AM | 12/8/2015 | Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 6:15 AM | 12/8/2015 | Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 6:16 AM | 12/8/2015 | Qualcomm: Our Sales Practices Have Always Complied with European Competition Law | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 6:16 AM | 12/8/2015 | Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 6:17 AM | 12/8/2015 | Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 6:19 AM | 12/8/2015 | Press Release: Qualcomm Comments on Regulatory Matters | Dow Jones Institutional News |
| 12/8/2015 | 6:23 AM | 12/8/2015 | EU Slaps Qualcomm With Antitrust Charges | Dow Jones Top North American Equities Stories |
| 12/8/2015 | 6:24 AM | 12/8/2015 | EU Imposes Formal Antitrust Charges on Qualcomm | Dow Jones Institutional News |
| 12/8/2015 | 6:28 AM | 12/8/2015 | EU Slaps Qualcomm With Antitrust Charges | Dow Jones Top Global Market Stories |
| 12/8/2015 | 6:40 AM | 12/8/2015 | EU Slaps Qualcomm With Antitrust Charges | Dow Jones Institutional News |
| 12/8/2015 | 6:55 AM | 12/8/2015 | EU Slaps Qualcomm With Antitrust Charges | Dow Jones Institutional News |
| 12/8/2015 | 7:06 AM | 12/8/2015 | EU Imposes Formal Antitrust Charges on Qualcomm | Dow Jones Newswires Chinese (English) |
| 12/8/2015 | 7:55 AM | 12/8/2015 | EU Slaps Qualcomm with Antitrust Charges --Update | Dow Jones Institutional News |
| 12/8/2015 | 8:10 AM | 12/8/2015 | EU Slaps Qualcomm with Antitrust Charges --Update | Dow Jones Institutional News |
| 12/8/2015 | 2:53 PM | 12/8/2015 | EU Slaps Qualcomm with Antitrust Charges -- 2nd Update | Dow Jones Institutional News |
| 12/8/2015 | 3:08 PM | 12/8/2015 | EU Slaps Qualcomm with Antitrust Charges -- 2nd Update | Dow Jones Institutional News |
| 12/9/2015 | 2:37 AM | 12/9/2015 | EU Slaps Qualcomm With Antitrust Charges | Dow Jones Institutional News |
| 12/11/2015 | 9:17 AM | 12/11/2015 | Tech's YTD Gain Masks Some Major Decliners -- Market Talk | Dow Jones Institutional News |
| 12/11/2015 | 9:17 AM | 12/11/2015 | Tech's YTD Gain Masks Some Major Decliners -- Market Talk | Dow Jones Institutional News |
| 12/11/2015 | 4:14 PM | 12/14/2015 | Qualcomm Files 8K - Changes To Articles >QCOM | Dow Jones Institutional News |
| 12/11/2015 | 4:16 PM | 12/14/2015 | *Qualcomm Board Amends Bylaws to Implement Proxy Access | Dow Jones Institutional News |
| 12/11/2015 | 4:18 PM | 12/14/2015 | Qualcomm Board Amends Bylaws to Implement Proxy Access | Dow Jones Newswires Chinese (English) |
| 12/11/2015 | 5:29 PM | 12/14/2015 | Qualcomm Adopts Proxy-Access Policy -- Market Talk | Dow Jones Institutional News |
| 12/11/2015 | 5:29 PM | 12/14/2015 | Qualcomm Adopts Proxy-Access Policy -- Market Talk | Dow Jones Institutional News |
| 12/14/2015 | 6:27 PM | 12/15/2015 | Nvidia Loses ITC Case Against Samsung, Qualcomm -- Market Talk | Dow Jones Institutional News |
| 12/14/2015 | 6:27 PM | 12/15/2015 | Nvidia Loses ITC Case Against Samsung, Qualcomm -- Market Talk | Dow Jones Institutional News |
| 12/15/2015 | 7:30 AM | 12/15/2015 | *Qualcomm Won't Break Up Company Despite Legal Scrutiny, Pressure From Activist Investor | Dow Jones Institutional News |
| 12/15/2015 | 7:30 AM | 12/15/2015 | Press Release: Qualcomm Completes Review of Corporate and Financial Structure | Dow Jones Institutional News |
| 12/15/2015 | 7:31 AM | 12/15/2015 | Qualcomm Won't Break Up Company Despite Legal Scrutiny, Pressure From Activist Investor | Dow Jones Newswires Chinese (English) |
| 12/15/2015 | 7:32 AM | 12/15/2015 | Qualcomm: Internal Review Found Against Splitting Chip Business From Patent-Licensing Unit | Dow Jones Newswires Chinese (English) |
| 12/15/2015 | 7:33 AM | 12/15/2015 | Activist Investor Jana Partners Had Pressed Qualcomm to Consider Breakup >QCOM | Dow Jones Newswires Chinese (English) |
| 12/15/2015 | 7:33 AM | 12/15/2015 | Qualcomm Decides to Keep Current Structure | Dow Jones Institutional News |
| 12/15/2015 | 7:33 AM | 12/15/2015 | Qualcomm Decides to Keep Current Structure | Dow Jones Top News & Commentary |
| 12/15/2015 | 7:33 AM | 12/15/2015 | Qualcomm Raises Fiscal 1Q EPS Guidance >QCOM | Dow Jones Newswires Chinese (English) |
| 12/15/2015 | 7:33 AM | 12/15/2015 | Qualcomm: Current Corporate Structure Most Beneficial to Shareholders >QCOM | Dow Jones Newswires Chinese (English) |
| 12/15/2015 | 7:34 AM | 12/15/2015 | Qualcomm Files 8K - Regulation FD >QCOM | Dow Jones Institutional News |
| 12/15/2015 | 7:34 AM | 12/15/2015 | Qualcomm Sees 1Q EPS, Adj EPS at or Modestly Above High End of Prior Views | Dow Jones Newswires Chinese (English) |
| 12/15/2015 | 7:35 AM | 12/15/2015 | Qualcomm Had Seen 1Q EPS 80c-90c >QCOM | Dow Jones Newswires Chinese (English) |
| 12/15/2015 | 7:43 AM | 12/15/2015 | Qualcomm Decides Against Breakup | Dow Jones Top North American Equities Stories |
| 12/15/2015 | 7:44 AM | 12/15/2015 | Qualcomm Decides Against Breakup | Dow Jones Top Global Market Stories |
| 12/15/2015 | 7:48 AM | 12/15/2015 | Qualcomm Decides to Keep Current Structure | Dow Jones Institutional News |
| 12/15/2015 | 7:50 AM | 12/15/2015 | Qualcomm Decides Against Breakup | Dow Jones Institutional News |
| 12/15/2015 | 8:05 AM | 12/15/2015 | Qualcomm Decides Against Breakup | Dow Jones Institutional News |
| 12/15/2015 | 8:09 AM | 12/15/2015 | The Wall Street Journal: Qualcomm rebuffs activist, antitrust calls for a breakup | Dow Jones Commentary |
| 12/15/2015 | 8:10 AM | 12/15/2015 | Qualcomm Decides to Keep Current Structure | Dow Jones Newswires Chinese (English) |
| 12/15/2015 | 8:19 AM | 12/15/2015 | Qualcomm Decides Against Breakup--Update | Dow Jones Institutional News |
| 12/15/2015 | 8:34 AM | 12/15/2015 | Qualcomm Decides Against Breakup--Update | Dow Jones Institutional News |
| 12/15/2015 | 9:00 AM | 12/15/2015 | Press Release: Intrinsyc Announces Development Platforms Featuring New High-Performance Qualcomm Snapdragon 820 Processor | Dow Jones Institutional News |
| 12/15/2015 | 10:50 AM | 12/15/2015 | Qualcomm Decision Sits Fine with Jana -- Market Talk | Dow Jones Institutional News |
| 12/15/2015 | 10:50 AM | 12/15/2015 | Qualcomm Decision Sits Fine with Jana -- Market Talk | Dow Jones Institutional News |
| 12/15/2015 | 2:22 PM | 12/15/2015 | Qualcomm's Split Decision: Now Comes the Hard Part -- Heard on the Street | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 12/15/2015 | 2:28 PM | 12/15/2015 | Qualcomm's Split Decision: Now Comes the Hard Part | Dow Jones Top Energy Stories |
| 12/15/2015 | 11:45 PM | 12/16/2015 | Qualcomm's Split Decision: Now Comes the Hard Part -- Heard on the Street | Dow Jones Newswires Chinese (English) |
| 12/16/2015 | 2:36 AM | 12/16/2015 | Qualcomm Board Rejects Split Of Chip, Patent Units | Dow Jones Institutional News |
| 12/16/2015 | 2:37 AM | 12/16/2015 | Qualcomm Makes The Right Call -- Heard On The Street | Dow Jones Institutional News |
| 12/16/2015 | 12:10 PM | 12/16/2015 | *S&P Revises Qualcomm 'A+' Rtg Otlk To Stable From Negative | Dow Jones Institutional News |
| 12/16/2015 | 1:06 PM | 12/16/2015 | S&P Revises Qualcomm 'A+' Rtg Otlk To Stable From Negative | Dow Jones Newswires Chinese (English) |
| 12/16/2015 | 1:07 PM | 12/16/2015 | S&P: Qualcomm Outlook Revision Reflects Company's Decision Not to Separate | Dow Jones Newswires Chinese (English) |
| 12/23/2015 | 8:30 PM | 12/24/2015 | SHAREHOLDER ALERT: Brower Piven Encourages Investors Who Have Losses in Excess of $100,000 From Investment in Qualcomm Incorporated to Contact Brower Piven Before the Lead Plaintiff Deadline in Class Action Lawsuit -- QCOM | GlobeNewswire |
| 12/28/2015 | 7:30 AM | 12/28/2015 | Press Release: Qualcomm and QiKu Sign 3G/4G Chinese Patent License Agreement | Dow Jones Institutional News |
| 12/28/2015 | 7:32 AM | 12/28/2015 | Qualcomm And QiKu Sign 3G/4G Chinese Patent License Agreement | Dow Jones Newswires Chinese (English) |
| 12/29/2015 | 7:30 AM | 12/29/2015 | Press Release: Qualcomm and Haier Sign 3G/4G Chinese Patent License Agreement | Dow Jones Institutional News |
| 12/29/2015 | 7:30 AM | 12/29/2015 | Press Release: Qualcomm and Tianyu Sign 3G/4G Chinese Patent License Agreement | Dow Jones Institutional News |
| 12/29/2015 | 7:31 AM | 12/29/2015 | Qualcomm And Haier Sign 3G/4G Chinese Patent License Agreement | Dow Jones Newswires Chinese (English) |
| 12/29/2015 | 7:32 AM | 12/29/2015 | Qualcomm And Tianyu Sign 3G/4G Chinese Patent License Agreement | Dow Jones Newswires Chinese (English) |
| 12/29/2015 | 8:50 AM | 12/29/2015 | Qualcomm Reaches License Deals With China's Tianyu and Haier | Dow Jones Institutional News |
| 12/29/2015 | 8:50 AM | 12/29/2015 | Qualcomm Reaches License Deals With China's Tianyu and Haier | Dow Jones Top News & Commentary |
| 12/29/2015 | 9:05 AM | 12/29/2015 | Qualcomm Reaches License Deals With China's Tianyu and Haier | Dow Jones Institutional News |
| 12/29/2015 | 9:28 AM | 12/29/2015 | Qualcomm Reaches License Deals With China's Tianyu and Haier | Dow Jones Newswires Chinese (English) |
| 12/29/2015 | 10:50 AM | 12/29/2015 | Qualcomm Reaches License Deals With China's Tianyu and Haier | Dow Jones Institutional News |
| 12/29/2015 | 11:05 AM | 12/29/2015 | Qualcomm Reaches License Deals With China's Tianyu and Haier | Dow Jones Institutional News |
| 12/29/2015 | 4:49 PM | 12/30/2015 | Qualcomm Reaches License Deals With China's Tianyu and Haier -- Update | Dow Jones Institutional News |
| 12/29/2015 | 5:04 PM | 12/30/2015 | Qualcomm Reaches License Deals With China's Tianyu and Haier -- Update | Dow Jones Institutional News |
| 1/3/2016 | 10:30 PM | 1/4/2016 | Press Release: Lenovo Unveils Pioneering Modular ThinkPad X1 Tablet | Dow Jones Institutional News |
| 1/5/2016 | 3:30 PM | 1/5/2016 | Press Release: Qualcomm 802.11ad Products to Lead the Way for Multi-band Wi-Fi Ecosystem | Dow Jones Institutional News |
| 1/5/2016 | 3:30 PM | 1/5/2016 | Press Release: Qualcomm Announces Addition of Cost-Optimized Snapdragon X5 LTE Modem (9x07) to Extend its Offerings that Cover a Range o... | Dow Jones Institutional News |
| 1/5/2016 | 3:30 PM | 1/5/2016 | Press Release: Qualcomm Announces Smart Home Reference Platform Utilizing Powerful Computing, Voice Recognition, Audio, Display, ... | Dow Jones Institutional News |
| 1/5/2016 | 3:30 PM | 1/5/2016 | Press Release: Qualcomm aptX HD Delivers High Resolution Audio over Bluetooth | Dow Jones Institutional News |
| 1/5/2016 | 3:30 PM | 1/5/2016 | Press Release: Qualcomm expands collaboration with Novartis for connected COPD therapy | Dow Jones Institutional News |
| 1/5/2016 | 3:30 PM | 1/5/2016 | Press Release: Qualcomm Launches Bluetooth Smart SoC Optimized for the Always-on World | Dow Jones Institutional News |
| 1/5/2016 | 3:30 PM | 1/5/2016 | Press Release: Qualcomm Launches Wi-Fi SON (Self Organizing Network) Solutions to Simplify Wi-Fi Networking and Optimize User Experience | Dow Jones Institutional News |
| 1/5/2016 | 3:30 PM | 1/5/2016 | Press Release: Tencent and ZEROTECH Unveil Commercial Drone Based on Qualcomm Snapdragon Flight Platform | Dow Jones Institutional News |
| 1/5/2016 | 3:31 PM | 1/5/2016 | Press Release: Audi 2017 Vehicles to Integrate Qualcomm Snapdragon 602A Infotainment Processor | Dow Jones Institutional News |
| 1/5/2016 | 3:31 PM | 1/5/2016 | Press Release: Qualcomm Announces Breakthrough Automotive Processor with Integrated LTE Modem and Machine Intelligence to Further its Lead... | Dow Jones Institutional News |
| 1/5/2016 | 3:31 PM | 1/5/2016 | Press Release: Qualcomm Expands Investment in Automotive Technology to Deliver Integration, Scalability and Value Across All Industry Tiers | Dow Jones Institutional News |
| 1/5/2016 | 4:16 PM | 1/6/2016 | Qualcomm Grabs Some Business From Nvidia Customer Audi -- Market Talk | Dow Jones Institutional News |
| 1/5/2016 | 4:16 PM | 1/6/2016 | Qualcomm Grabs Some Business From Nvidia Customer Audi -- Market Talk | Dow Jones Institutional News |
| 1/5/2016 | 5:01 PM | 1/6/2016 | *Novartis Pharmaceuticals collaborates with Qualcomm in digital innovation with the Breezhaler(TM) inhaler device to treat COPD | Dow Jones Institutional News |
| 1/5/2016 | 5:01 PM | 1/6/2016 | Novartis Pharmaceuticals collaborates with Qualcomm in digital innovation with the Breezhaler(TM) inhaler device to treat COPD | Dow Jones Newswires German |
| 1/5/2016 | 5:01 PM | 1/6/2016 | Press Release: Novartis Pharmaceuticals collaborates with Qualcomm in digital innovation with the Breezhaler(TM) inhaler device to treat COPD | Dow Jones Institutional News |
| 1/5/2016 | 5:01 PM | 1/6/2016 | Press Release: Novartis Pharmaceuticals collaborates with Qualcomm in digital innovation with the Breezhaler(TM) inhaler device to treat COPD | Dow Jones Newswires German |
| 1/5/2016 | 7:26 PM | 1/6/2016 | Qualcomm Pushes Snapdragon Chip Beyond Phones | Dow Jones Institutional News |
| 1/6/2016 | 12:48 AM | 1/6/2016 | Qualcomm Pushes Snapdragon Chip Beyond Phones | Dow Jones Newswires Chinese (English) |
| 1/6/2016 | 8:20 AM | 1/6/2016 | Press Release: Lattice's Flexible Charging Controller Supports Qualcomm Quick Charge | Dow Jones Institutional News |
| 1/8/2016 | 11:47 AM | 1/8/2016 | EQUITY ALERT: Rosen Law Firm Announces Filing of Securities Class Action Lawsuit Against Qualcomm Incorporated -- QCOM | GlobeNewswire |
| 1/8/2016 | 11:47 AM | 1/8/2016 | Press Release: EQUITY ALERT: Rosen Law Firm Announces Filing of Securities Class Action Lawsuit Against Qualcomm Incorporated -- QCOM | Dow Jones Institutional News |
| 1/10/2016 | 8:12 PM | 1/11/2016 | Qualcomm Asks U.S. Court for Documents in Korean Probe | Dow Jones Institutional News |
| 1/10/2016 | 8:27 PM | 1/11/2016 | Qualcomm Asks U.S. Court for Documents in Korean Probe | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 1/10/2016 | 8:50 PM | 1/11/2016 | Qualcomm Asks U.S. Court for Documents in Korean Probe | Dow Jones Institutional News |
| 1/10/2016 | 9:05 PM | 1/11/2016 | Qualcomm Asks U.S. Court for Documents in Korean Probe | Dow Jones Institutional News |
| 1/10/2016 | 10:16 PM | 1/11/2016 | Qualcomm Asks U.S. Court for Documents in Korean Probe | Dow Jones Newswires Chinese (English) |
| 1/11/2016 | 2:45 AM | 1/11/2016 | Qualcomm Seeks Records In Korea Probe | Dow Jones Institutional News |
| 1/12/2016 | 9:00 AM | 1/12/2016 | Press Release: Qualcomm Announces Quarterly Cash Dividend | Dow Jones Institutional News |
| 1/13/2016 | 1:00 AM | 1/13/2016 | Press Release: Qualcomm and TDK Form Joint Venture to Provide Industry-Leading RF Front-End Solutions for Mobile Devices | Dow Jones Institutional News |
| 1/13/2016 | 1:07 AM | 1/13/2016 | Qualcomm, TDK Forming Wireless-Components Joint Venture | Dow Jones Institutional News |
| 1/13/2016 | 1:19 AM | 1/13/2016 | Press Release: Qualcomm and TDK Form Joint Venture to Provide Industry-Leading RF Front-End Solutions for Mobile Devices | Dow Jones Institutional News |
| 1/13/2016 | 2:24 AM | 1/13/2016 | Qualcomm, TDK Forming Wireless-Components Joint Venture | Dow Jones Newswires Chinese (English) |
| 1/13/2016 | 2:43 AM | 1/13/2016 | Digits | Dow Jones Institutional News |
| 1/13/2016 | 4:58 AM | 1/13/2016 | TDK Seeks to Reduce Smartphone Dependence -- Market Talk | Dow Jones Institutional News |
| 1/13/2016 | 6:05 AM | 1/13/2016 | Qualcomm Files 8K - Entry Into Definitive Agreement >QCOM | Dow Jones Institutional News |
| 1/13/2016 | 6:05 AM | 1/13/2016 | Qualcomm Files 8K - Regulation FD >QCOM | Dow Jones Institutional News |
| 1/13/2016 | 7:49 AM | 1/13/2016 | Qualcomm's stock climbs after Susquehanna turns positive | Dow Jones Newswires Chinese (English) |
| 1/13/2016 | 8:40 AM | 1/13/2016 | *Qualcomm Raised to Positive From Neutral by Susquehanna >QCOM | Dow Jones Institutional News |
| 1/13/2016 | 8:41 AM | 1/13/2016 | Qualcomm Raised to Positive From Neutral by Susquehanna >QCOM | Dow Jones Newswires Chinese (English) |
| 1/13/2016 | 9:30 AM | 1/13/2016 | Press Release: Qualcomm Schedules First Quarter Fiscal 2016 Earnings Release and Conference Call | Dow Jones Institutional News |
| 1/13/2016 | 10:50 AM | 1/13/2016 | Seeing Clearer Future for Qualcomm -- Market Talk | Dow Jones Institutional News |
| 1/13/2016 | 10:50 AM | 1/13/2016 | Seeing Clearer Future for Qualcomm -- Market Talk | Dow Jones Institutional News |
| 1/13/2016 | 12:13 PM | 1/13/2016 | Qualcomm Picked TDK Over Buying Qorvo, Skyworks -- Market Talk | Dow Jones Institutional News |
| 1/13/2016 | 12:13 PM | 1/13/2016 | Qualcomm Picked TDK Over Buying Qorvo, Skyworks -- Market Talk | Dow Jones Institutional News |
| 1/13/2016 | 2:43 PM | 1/13/2016 | Qualcomm: Why a Different Sort of Deal Adds Up -- Heard on the Street | Dow Jones Institutional News |
| 1/13/2016 | 5:36 PM | 1/14/2016 | *S&PBulletin: Joint Venture Doesn't Affect Qualcomm Rtgs | Dow Jones Institutional News |
| 1/14/2016 | 2:38 AM | 1/14/2016 | Qualcomm Chooses To Walk Down A Different Deal Path -- Heard On The Street | Dow Jones Institutional News |
| 1/14/2016 | 4:15 PM | 1/15/2016 | Press Release: Qualcomm Appoints Jeffrey W. Henderson to its Board of Directors | Dow Jones Institutional News |
| 1/14/2016 | 4:24 PM | 1/15/2016 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 1/15/2016 | 3:14 AM | 1/15/2016 | 'Frenemies' Samsung and Qualcomm Come up With New Chip Deal -- Market Talk | Dow Jones Institutional News |
| 1/15/2016 | 3:45 AM | 1/15/2016 | 'Frenemies' Samsung and Qualcomm Come up With New Chip Deal -- Market Talk | Dow Jones Newswires Chinese (English) |
| 1/17/2016 | 2:01 AM | 1/19/2016 | Press Release: Qualcomm and Guizhou Province Sign Strategic Cooperation Agreement and Form Joint Venture to Design and Sell World-Class Server Chipsets in China | Dow Jones Institutional News |
| 1/17/2016 | 2:02 AM | 1/19/2016 | *Qualcomm Inc. to Establish Joint Venture with China's Guizhou Province to Develop Chips for Server Systems | Dow Jones Institutional News |
| 1/17/2016 | 2:19 AM | 1/19/2016 | Qualcomm, Chinese Province Set Up Server-Chip Venture | Dow Jones Institutional News |
| 1/17/2016 | 2:34 AM | 1/19/2016 | Qualcomm, Chinese Province Set Up Server-Chip Venture | Dow Jones Institutional News |
| 1/17/2016 | 7:30 PM | 1/19/2016 | Qualcomm, Chinese Province Set Up Server-Chip Venture | Dow Jones Institutional News |
| 1/17/2016 | 7:45 PM | 1/19/2016 | Qualcomm, Chinese Province Set Up Server-Chip Venture | Dow Jones Institutional News |
| 1/18/2016 | 12:47 AM | 1/19/2016 | Qualcomm, Chinese Province Set Up Server-Chip Venture | Dow Jones Newswires Chinese (English) |
| 1/19/2016 | 4:29 AM | 1/19/2016 | Partner Gets Qualcomm's Shareholder Equity Wrong by $42B -- Market Talk | Dow Jones Institutional News |
| 1/19/2016 | 8:00 AM | 1/19/2016 | ITC Institutes Investigation Against Apple, LG, Samsung and Qualcomm | GlobeNewswire |
| 1/19/2016 | 8:00 AM | 1/19/2016 | Press Release: ITC Institutes Investigation Against Apple, LG, Samsung and Qualcomm | Dow Jones Institutional News |
| 1/19/2016 | 9:02 AM | 1/19/2016 | Parkervision Files 8K - Other Events >PRKR | Dow Jones Institutional News |
| 1/20/2016 | 3:09 AM | 1/20/2016 | DJ QUALCOMM Incorporated, Inst Holders, 4Q 2015 (QCOM) | Dow Jones Institutional News |
| 1/21/2016 | 7:58 AM | 1/21/2016 | Xilinx Exec-Contract Moves to Stoke Buyout Hopes -- Market Talk | Dow Jones Institutional News |
| 1/21/2016 | 7:58 AM | 1/21/2016 | Xilinx Exec-Contract Moves to Stoke Buyout Hopes -- Market Talk | Dow Jones Institutional News |
| 1/21/2016 | 4:27 PM | 1/22/2016 | *Qualcomm CEO Steve Mollenkopf 2015 Total Compensation $10.4M | Dow Jones Institutional News |
| 1/21/2016 | 6:02 PM | 1/22/2016 | Qualcomm CEO's Total Compensation Valued at $10.4 Million | Dow Jones Institutional News |
| 1/21/2016 | 6:17 PM | 1/22/2016 | Qualcomm CEO's Total Compensation Valued at $10.4 Million | Dow Jones Institutional News |
| 1/22/2016 | 2:57 PM | 1/22/2016 | EQUITY NOTICE: Rosen Law Firm Reminds Qualcomm Incorporated Investors of Important January 29, 2016 Deadline in Class Action -- QCOM | GlobeNewswire |
| 1/22/2016 | 2:57 PM | 1/22/2016 | Press Release: EQUITY NOTICE: Rosen Law Firm Reminds Qualcomm Incorporated Investors of Important January 29, 2016 Deadline in Class Action... | Dow Jones Institutional News |
| 1/25/2016 | 12:26 PM | 1/25/2016 | Qualcomm Seen a Victim of iPhone Slowdown -- Market Talk | Dow Jones Institutional News |
| 1/25/2016 | 12:26 PM | 1/25/2016 | Qualcomm Seen a Victim of iPhone Slowdown -- Market Talk | Dow Jones Institutional News |
| 1/25/2016 | 1:07 PM | 1/25/2016 | Press Release: UPCOMING DEADLINE ALERT: Brower Piven Encourages Investors Who Have Losses in Excess of $100,000 From Investment in Qualcomm Incorporated to Contact Brower Piven Before the Lead Plaintiff Deadline in Class Action Lawsuit -- QCOM | Dow Jones Institutional News |
| 1/25/2016 | 1:07 PM | 1/25/2016 | UPCOMING DEADLINE ALERT: Brower Piven Encourages Investors Who Have Losses in Excess of $100,000 From Investment in Qualcomm Incorporated to Contact Brower Piven Before the Lead Plaintiff Deadline in Class Action Lawsuit -- QCOM | GlobeNewswire |
| 1/25/2016 | 2:32 PM | 1/25/2016 | Qualcomm Seen a Victim of iPhone Slowdown -- Market Talk | Dow Jones Newswires Chinese (English) |
| 1/25/2016 | 8:10 PM | 1/26/2016 | Corporate VC Groups Invest Billions, No Signs of Slowing -- Market Talk | Dow Jones Institutional News |
| 1/27/2016 | 10:17 AM | 1/27/2016 | Suppliers Under Pressure After iPhone Update -- Market Talk | Dow Jones Institutional News |
| 1/27/2016 | 10:17 AM | 1/27/2016 | Suppliers Under Pressure After iPhone Update -- Market Talk | Dow Jones Institutional News |
| 1/27/2016 | 4:05 PM | 1/28/2016 | *Qualcomm 1Q Rev $5.8B >QCOM | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 1/27/2016 | 4:05 PM | 1/28/2016 | Press Release: Qualcomm Earnings Release Available on Company's Investor Relations Website | Dow Jones Institutional News |
| 1/27/2016 | 4:05 PM | 1/28/2016 | Qualcomm 1Q Rev $5.8B >QCOM | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 4:06 PM | 1/28/2016 | Qualcomm 1Q Adj EPS 97c >QCOM | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 4:06 PM | 1/28/2016 | Qualcomm 1Q EPS 99c >QCOM | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 4:06 PM | 1/28/2016 | Qualcomm 1Q Net $1.5B >QCOM | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 4:06 PM | 1/28/2016 | Qualcomm 1Q Rev $5.8B >QCOM | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 4:09 PM | 1/28/2016 | Qualcomm Sees 2Q Rev $4.9B-$5.7B >QCOM | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 4:10 PM | 1/28/2016 | Qualcomm Sees 2Q Adj EPS 90c-Adj EPS $1 >QCOM | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 4:10 PM | 1/28/2016 | Qualcomm Sees 2Q EPS 69c-EPS 79c >QCOM | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 4:29 PM | 1/28/2016 | Qualcomm Profit Falls 24% | Dow Jones Institutional News |
| 1/27/2016 | 4:34 PM | 1/28/2016 | Qualcomm Bottom-Line Hit By Smartphone Slowdown -- Market Talk | Dow Jones Institutional News |
| 1/27/2016 | 4:34 PM | 1/28/2016 | Qualcomm Bottom-Line Hit By Smartphone Slowdown -- Market Talk | Dow Jones Institutional News |
| 1/27/2016 | 4:44 PM | 1/28/2016 | Qualcomm Profit Falls 24% | Dow Jones Institutional News |
| 1/27/2016 | 4:50 PM | 1/28/2016 | Qualcomm Posts 24% Profit Drop | Dow Jones Institutional News |
| 1/27/2016 | 4:52 PM | 1/28/2016 | Qualcomm Profit Falls 24% | Dow Jones Newswires Chinese (English) |
| 1/27/2016 | 5:05 PM | 1/28/2016 | Qualcomm Posts 24% Profit Drop | Dow Jones Institutional News |
| 1/27/2016 | 6:47 PM | 1/28/2016 | Qualcomm Posts 24% Profit Drop -- Update | Dow Jones Institutional News |
| 1/27/2016 | 7:02 PM | 1/28/2016 | Qualcomm Posts 24% Profit Drop -- Update | Dow Jones Institutional News |
| 1/27/2016 | 10:15 PM | 1/28/2016 | Qualcomm's CEO Steve Mollenkopf on Q1 2016 Results -- Earnings Call Transcript >QCOM | Dow Jones Institutional News |
| 1/27/2016 | 10:18 PM | 1/28/2016 | Qualcomm's CEO Steve Mollenkopf on Q1 2016 Results -- Earnings Call Transcript >QCOM | Dow Jones Newswires Chinese (English) |
| 1/28/2016 | 2:36 AM | 1/28/2016 | Qualcomm Earnings Fall 24% | Dow Jones Institutional News |
| 1/28/2016 | 2:47 AM | 1/28/2016 | Qualcomm Earnings Fall 24% | Dow Jones Institutional News |
| 1/28/2016 | 9:00 AM | 1/28/2016 | Press Release: Intrinsyc Announces Open-Q(TM) 600 Single Board Computer Powered by the Qualcomm(R) Snapdragon(TM) 600 Processor | Dow Jones Institutional News |
| 1/28/2016 | 12:24 PM | 1/28/2016 | LG Dispute Adds to Qualcomm's Woes -- Market Talk | Dow Jones Institutional News |
| 1/28/2016 | 12:24 PM | 1/28/2016 | LG Dispute Adds to Qualcomm's Woes -- Market Talk | Dow Jones Institutional News |
| 1/28/2016 | 1:05 PM | 1/28/2016 | LG Dispute Adds to Qualcomm's Woes -- Market Talk | Dow Jones Newswires Chinese (English) |
| 1/28/2016 | 5:09 PM | 1/29/2016 | Press Release: UPDATE - Intrinsyc Announces Open-Q(TM) 600 Single Board Computer Featuring the Qualcomm(R) Snapdragon(TM) 600 Processor | Dow Jones Institutional News |
| 2/1/2016 | 8:21 PM | 2/2/2016 | Goldman Cuts Global Smartphone Growth Forecast -- Barron's Blog | Dow Jones Institutional News |
| 2/1/2016 | 8:58 PM | 2/2/2016 | MediaTek's Profit Margins Tumble As Qualcomm, Spreadtrum Competition Heats Up -- Barron's Blog | Dow Jones Institutional News |
| 2/2/2016 | 1:40 AM | 2/2/2016 | Goldman Cuts Global Smartphone Growth Forecast -- Barron's Blog | Dow Jones Newswires Chinese (English) |
| 2/2/2016 | 3:56 PM | 2/2/2016 | Smartphone Suppliers Shudder After MediaTek Results -- Market Talk | Dow Jones Institutional News |
| 2/2/2016 | 3:56 PM | 2/2/2016 | Smartphone Suppliers Shudder After MediaTek Results -- Market Talk | Dow Jones Institutional News |
| 2/3/2016 | 5:00 AM | 2/3/2016 | Press Release: World's first LTE Licensed-Assisted Access over-the-air trial | Dow Jones Institutional News |
| 2/3/2016 | 3:46 PM | 2/3/2016 | Google Talking to Qualcomm But No Chip Deal - Market Talk | Dow Jones Institutional News |
| 2/3/2016 | 3:46 PM | 2/3/2016 | Google Talking to Qualcomm But No Chip Deal - Market Talk | Dow Jones Institutional News |
| 2/3/2016 | 6:26 PM | 2/4/2016 | Google Talking to Qualcomm But No Chip Deal - Market Talk | Dow Jones Newswires Chinese (English) |
| 2/10/2016 | 9:01 AM | 2/10/2016 | Press Release: Qualcomm Incorporated to Host Analyst Meeting | Dow Jones Institutional News |
| 2/11/2016 | 7:30 AM | 2/11/2016 | Qualcomm Announces First Gigabit Cellular Chip | Dow Jones Institutional News |
| 2/11/2016 | 7:31 AM | 2/11/2016 | Press Release: Qualcomm Announces Three New Snapdragon Processors that Bring Advanced Modem, Imaging and Sensors to Mainstream Devices | Dow Jones Institutional News |
| 2/11/2016 | 7:40 AM | 2/11/2016 | Qualcomm Announces First Gigabit Cellular Chip | Dow Jones Institutional News |
| 2/11/2016 | 7:44 AM | 2/11/2016 | Qualcomm Announces First Gigabit Cellular Chip | Dow Jones Institutional News |
| 2/11/2016 | 7:55 AM | 2/11/2016 | Qualcomm Announces First Gigabit Cellular Chip | Dow Jones Institutional News |
| 2/11/2016 | 8:31 AM | 2/11/2016 | Qualcomm Announces First Gigabit Cellular Chip | Dow Jones Newswires Chinese (English) |
| 2/11/2016 | 3:17 PM | 2/11/2016 | Declines Slow Down in US Drilling-Rig Activity -- Market Talk | Dow Jones Institutional News |
| 2/11/2016 | 3:17 PM | 2/11/2016 | Google a No-Show At Qualcomm Analyst Meeting -- Market Talk | Dow Jones Institutional News |
| 2/11/2016 | 3:17 PM | 2/11/2016 | Google a No-Show At Qualcomm Analyst Meeting -- Market Talk | Dow Jones Institutional News |
| 2/12/2016 | 2:41 AM | 2/12/2016 | Qualcomm Boosts Chip For Mobile | Dow Jones Institutional News |
| 2/12/2016 | 4:20 PM | 2/16/2016 | Intel to Pay $25 Million to Former Qualcomm Executive | Dow Jones Institutional News |
| 2/12/2016 | 4:30 PM | 2/16/2016 | Intel to Pay $25 Million to Former Qualcomm Exec | Dow Jones Institutional News |
| 2/12/2016 | 4:35 PM | 2/16/2016 | Intel to Pay $25 Million to Former Qualcomm Executive | Dow Jones Institutional News |
| 2/12/2016 | 4:45 PM | 2/16/2016 | Intel to Pay $25 Million to Former Qualcomm Executive | Dow Jones Institutional News |
| 2/15/2016 | 2:58 AM | 2/16/2016 | Intel to Pay $25 Million to Former Qualcomm Executive | Dow Jones Newswires Chinese (English) |
| 2/16/2016 | 4:13 PM | 2/17/2016 | Jana Getting Out of Qualcomm -- Market Talk | Dow Jones Institutional News |
| 2/16/2016 | 4:13 PM | 2/17/2016 | Jana Getting Out of Qualcomm -- Market Talk | Dow Jones Institutional News |
| 2/16/2016 | 6:08 PM | 2/17/2016 | Jana Getting Out of Qualcomm -- Market Talk | Dow Jones Newswires Chinese (English) |
| 2/16/2016 | 8:55 PM | 2/17/2016 | Samsung Brings Premium Chips to Midrange Smartphone Market -- Market Talk | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 2/16/2016 | 9:28 PM | 2/17/2016 | Samsung Brings Premium Chips to Midrange Smartphone Market -- Market Talk | Dow Jones Newswires Chinese (English) |
| 2/17/2016 | 7:30 AM | 2/17/2016 | Press Release: Qualcomm Announces Vulkan API Support on the Adreno 530 GPU | Dow Jones Institutional News |
| 2/17/2016 | 7:30 AM | 2/17/2016 | Press Release: Qualcomm Technologies Announces Next-Generation Qualcomm(R) RF360(TM) Front-End Solutions for Sleeker and More Efficient Mobile Devices | Dow Jones Institutional News |
| 2/17/2016 | 7:30 AM | 2/17/2016 | Press Release: Samsung and Qualcomm to Deliver Industry-Leading Small Cells Supporting LTE in Unlicensed Spectrum | Dow Jones Institutional News |
| 2/18/2016 | 3:00 AM | 2/18/2016 | Press Release: Qualcomm and SpiderCloud Wireless Announce Development of Small Cells System for Enterprises and Venues Supporting LTE in Unlicensed Spectrum | Dow Jones Institutional News |
| 2/18/2016 | 5:00 PM | 2/19/2016 | *Qualcomm Signs New Patent Agreement With Lenovo | Dow Jones Institutional News |
| 2/18/2016 | 5:00 PM | 2/19/2016 | Press Release: Qualcomm and Lenovo Sign 3G/4G China Patent License Agreement | Dow Jones Institutional News |
| 2/18/2016 | 5:01 PM | 2/19/2016 | Qualcomm Signs New Patent Agreement With Lenovo | Dow Jones Newswires Chinese (English) |
| 2/18/2016 | 5:02 PM | 2/19/2016 | Qualcomm Says Top Five China Handset Makers Now Licensed | Dow Jones Newswires Chinese (English) |
| 2/18/2016 | 5:02 PM | 2/19/2016 | Qualcomm-Lenovo Deal Covers Both 3G and 4G Phones | Dow Jones Newswires Chinese (English) |
| 2/18/2016 | 5:06 PM | 2/19/2016 | Qualcomm Signs New Patent Agreement With Lenovo | Dow Jones Institutional News |
| 2/18/2016 | 5:07 PM | 2/19/2016 | Technology Vendors Jump on 5G Bandwagon | Dow Jones Institutional News |
| 2/18/2016 | 5:21 PM | 2/19/2016 | Qualcomm Signs New Patent Agreement With Lenovo | Dow Jones Institutional News |
| 2/18/2016 | 5:22 PM | 2/19/2016 | Technology Vendors Jump on 5G Bandwagon | Dow Jones Institutional News |
| 2/18/2016 | 5:50 PM | 2/19/2016 | Qualcomm Signs New Patent Agreement With Lenovo | Dow Jones Institutional News |
| 2/18/2016 | 5:55 PM | 2/19/2016 | Qualcomm Signs New Patent Agreement With Lenovo | Dow Jones Newswires Chinese (English) |
| 2/18/2016 | 6:05 PM | 2/19/2016 | Qualcomm Signs New Patent Agreement With Lenovo | Dow Jones Institutional News |
| 2/21/2016 | 4:21 PM | 2/22/2016 | How Qualcomm Is Dialing Up a New Vision -- Heard on the Street | Dow Jones Institutional News |
| 2/22/2016 | 1:14 AM | 2/22/2016 | How Qualcomm Is Dialing Up a New Vision -- Heard on the Street | Dow Jones Newswires Chinese (English) |
| 2/22/2016 | 2:00 AM | 2/22/2016 | Press Release: Qualcomm Snapdragon 820 Processor Powers Next Generation Samsung Galaxy S7 and S7 edge | Dow Jones Institutional News |
| 2/22/2016 | 2:04 AM | 2/22/2016 | Qualcomm Snapdragon 820 Processor Powers Next Generation Samsung Galaxy S7 and S7 Edge | Dow Jones Newswires Chinese (English) |
| 2/22/2016 | 2:38 AM | 2/22/2016 | How Qualcomm Dials Up A New Vision -- Heard On The Street | Dow Jones Institutional News |
| 2/22/2016 | 5:56 AM | 2/22/2016 | Press Release: NXP and Qualcomm Expand Collaboration to Enable Mobile Transit in Snapdragon-Based Phones | Dow Jones Institutional News |
| 2/23/2016 | 2:00 AM | 2/23/2016 | Press Release: Qualcomm and Ericsson collaborate on 5G to enable timely commercial roll out | Dow Jones Institutional News |
| 2/24/2016 | 5:49 AM | 2/24/2016 | Xiaomi Seeks to Allay Global Growth Fears -- Mobile World Market Talk | Dow Jones Institutional News |
| 2/24/2016 | 6:35 AM | 2/24/2016 | Xiaomi Seeks to Allay Global Growth Fears -- Mobile World Market Talk | Dow Jones Newswires Chinese (English) |
| 3/1/2016 | 12:02 AM | 3/1/2016 | *Qualcomm, UnitedHealthCare Collaborate on Connected Health Programs | Dow Jones Institutional News |
| 3/1/2016 | 9:00 AM | 3/1/2016 | *UnitedHealthcare And Qualcomm Collaborate To Launch New Wellness Program That Links Fincl Incentives With The Use Of Wearable Devices | Dow Jones Institutional News |
| 3/1/2016 | 1:45 PM | 3/1/2016 | *Qualcomm Enters Into Settlement With U.S. SEC With Respect To Its Foreign Corrupt Practices Act Investigation | Dow Jones Institutional News |
| 3/1/2016 | 1:46 PM | 3/1/2016 | Qualcomm Enters Into Settlement With U.S. SEC With Respect To Its Foreign Corrupt Practices Act Investigation | Dow Jones Newswires Chinese (English) |
| 3/1/2016 | 1:47 PM | 3/1/2016 | Qualcomm Has Agreed To Pay A Civil Penalty Of $7.5 M To Resolve This Matter >QCOM | Dow Jones Newswires Chinese (English) |
| 3/1/2016 | 1:47 PM | 3/1/2016 | Qualcomm: Settlement Agreement Without Admitting Or Denying The SEC's Findings >QCOM | Dow Jones Newswires Chinese (English) |
| 3/1/2016 | 2:14 PM | 3/1/2016 | Qualcomm Settles FCPA Probe Over China Hiring | Dow Jones Institutional News |
| 3/1/2016 | 2:21 PM | 3/1/2016 | Qualcomm Settles FCPA Probe on China Hiring -- Market Talk | Dow Jones Institutional News |
| 3/1/2016 | 2:21 PM | 3/1/2016 | Qualcomm Settles FCPA Probe on China Hiring -- Market Talk | Dow Jones Institutional News |
| 3/1/2016 | 2:40 PM | 3/1/2016 | Qualcomm Settles FCPA Probe Over China Hiring | Dow Jones Newswires Chinese (English) |
| 3/1/2016 | 4:01 PM | 3/2/2016 | ParkerVision Files Petition With the Supreme Court | GlobeNewswire |
| 3/1/2016 | 4:01 PM | 3/2/2016 | Press Release: ParkerVision Files Petition With the Supreme Court | Dow Jones Institutional News |
| 3/7/2016 | 1:25 AM | 3/7/2016 | TSMC: Qualcomm Is Coming Back, JPMorgan Raises Target -- Barron's Blog | Dow Jones Institutional News |
| 3/8/2016 | 7:30 AM | 3/8/2016 | *Qualcomm Increases Quarterly Dividend By 10 Percent >QCOM | Dow Jones Institutional News |
| 3/8/2016 | 7:31 AM | 3/8/2016 | Qualcomm Increases Quarterly Dividend By 10 Percent >QCOM | Dow Jones Newswires Chinese (English) |
| 3/8/2016 | 7:33 AM | 3/8/2016 | Qualcomm Raises Dividend to 53c Vs. 48c >QCOM | Dow Jones Newswires Chinese (English) |
| 3/8/2016 | 7:34 AM | 3/8/2016 | Qualcomm Increases Quarterly Dividend By 10 Percent >QCOM | Dow Jones Newswires Chinese (English) |
| 3/9/2016 | 4:24 AM | 3/9/2016 | US Commerce Dept Has Dealt ZTE a 'Body Blow,' Says Attorney -- Market Talk | Dow Jones Institutional News |
| 3/9/2016 | 5:11 AM | 3/9/2016 | US Commerce Dept Has Dealt ZTE a 'Body Blow,' Says Attorney -- Market Talk | Dow Jones Newswires Chinese (English) |
| 3/9/2016 | 6:11 AM | 3/9/2016 | US Commerce Dept Has Dealt ZTE a 'Body Blow,' Says Attorney -- Market Talk | Dow Jones Newswires Chinese (English) |
| 3/9/2016 | 9:00 AM | 3/9/2016 | Press Release: PTAB Denies Qualcomm Petitions for IPR on ParkerVision '372 Patent | Dow Jones Institutional News |
| 3/9/2016 | 9:00 AM | 3/9/2016 | PTAB Denies Qualcomm Petitions for IPR on ParkerVision '372 Patent | GlobeNewswire |
| 3/9/2016 | 1:46 PM | 3/9/2016 | Where the Chips Fall in ZTE Ban | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 3/9/2016 | 8:19 PM | 3/10/2016 | Overheard | Dow Jones Institutional News |
| 3/9/2016 | 10:14 PM | 3/10/2016 | Qualcomm's (QCOM) CEO Steven Mollenkopf Hosts 2016 Annual Meeting of Stockholders (Transcript) >QCOM | Dow Jones Institutional News |
| 3/11/2016 | 11:04 AM | 3/11/2016 | Will New iPhones Let Intel Inside? -- Heard on the Street | Dow Jones Institutional News |
| 3/12/2016 | 2:34 AM | 3/14/2016 | Qualcomm's New IPhone Chip Angst -- Heard On The Street | Dow Jones Institutional News |
| 3/14/2016 | 3:30 AM | 3/14/2016 | Press Release: Qualcomm and Acuity Brands Collaborate to Commercially Deploy Qualcomm Lumicast Technology for Precise Indoor Location Services in More Than 100 Retail Locations | Dow Jones Institutional News |
| 3/14/2016 | 7:30 AM | 3/14/2016 | Press Release: Qualcomm Announces Introduction of Snapdragon Virtual Reality Software Development Kit | Dow Jones Institutional News |
| 3/14/2016 | 12:14 PM | 3/14/2016 | Will New iPhones Let Intel Inside? | Dow Jones Institutional News |
| 3/15/2016 | 2:33 AM | 3/15/2016 | Corrections & Amplifications | Dow Jones Institutional News |
| 3/15/2016 | 3:21 AM | 3/15/2016 | Will New iPhones Let Intel Inside? | Dow Jones Newswires Chinese (English) |
| 3/17/2016 | 7:30 AM | 3/17/2016 | Press Release: Qualcomm Appoints Mary Gendron as Senior Vice President and Chief Information Officer | Dow Jones Institutional News |
| 3/17/2016 | 5:25 PM | 3/18/2016 | Qualcomm Names New CIO | Dow Jones Institutional News |
| 3/18/2016 | 2:35 AM | 3/18/2016 | Qualcomm Names New CIO | Dow Jones Newswires Chinese (English) |
| 3/21/2016 | 12:22 AM | 3/21/2016 | MediaTek: Where Is The New Product Line? Morgan Stanley Moves To Sell -- Barron's Blog | Dow Jones Institutional News |
| 3/22/2016 | 3:00 AM | 3/22/2016 | PRESS RELEASE: Dialog Semiconductor Plc.: Dialog Semiconductor's Qualcomm(R) Quick Charge(TM) 3.0 Chipset Extends Company's Leadership ... | Dow Jones Newswires German |
| 3/22/2016 | 3:51 AM | 3/22/2016 | Press Release: Dialog Semiconductor's Qualcomm(R) Quick Charge(TM) 3.0 Chipset Extends Company's Leadership in Mobile Adapter Rapid Charging... | Dow Jones Institutional News |
| 3/28/2016 | 4:01 PM | 3/29/2016 | Press Release: Supreme Court Denies ParkerVision Petition for Review | Dow Jones Institutional News |
| 3/28/2016 | 4:01 PM | 3/29/2016 | Supreme Court Denies ParkerVision Petition for Review | GlobeNewswire |
| 3/28/2016 | 5:33 PM | 3/29/2016 | Supreme Court Denies ParkerVision Petition to Review Qualcomm Decision | Dow Jones Institutional News |
| 3/28/2016 | 5:48 PM | 3/29/2016 | Supreme Court Denies ParkerVision Petition to Review Qualcomm Decision | Dow Jones Institutional News |
| 3/28/2016 | 5:49 PM | 3/29/2016 | Supreme Court Denies ParkerVision Petition to Review Qualcomm Decision | Dow Jones Newswires Chinese (English) |
| 3/29/2016 | 4:42 PM | 3/30/2016 | Tech Companies Up on Earnings Optimism -- Information Technology Roundup | Dow Jones Institutional News |
| 4/1/2016 | 7:30 AM | 4/1/2016 | Press Release: Qualcomm and Ricardo Sign Commercial Wireless Electric Vehicle Charging License Agreement | Dow Jones Institutional News |
| 4/1/2016 | 8:43 PM | 4/4/2016 | Intel Mobile Chip Chief to Depart | Dow Jones Institutional News |
| 4/1/2016 | 8:58 PM | 4/4/2016 | Intel Mobile Chip Chief to Depart | Dow Jones Institutional News |
| 4/3/2016 | 10:07 PM | 4/4/2016 | Intel Mobile Chip Chief to Depart | Dow Jones Newswires Chinese (English) |
| 4/4/2016 | 11:00 AM | 4/4/2016 | Press Release: Keysight Technologies Demonstrates Gigabit LTE-A Download Speeds with UXM, Qualcomm Snapdragon X16 LTE Modem | Dow Jones Institutional News |
| 4/5/2016 | 9:30 AM | 4/5/2016 | Press Release: Qualcomm Schedules Second Quarter Fiscal 2016 Earnings Release and Conference Call | Dow Jones Institutional News |
| 4/6/2016 | 7:30 AM | 4/6/2016 | Press Release: Qualcomm Signs 3G/4G Chinese Patent License Agreement with EWPE | Dow Jones Institutional News |
| 4/6/2016 | 7:37 AM | 4/6/2016 | Qualcomm Signs 3G/4G Chinese Patent License Agreement With EWPE | Dow Jones Newswires Chinese (English) |
| 4/8/2016 | 9:00 AM | 4/8/2016 | Press Release: Qualcomm Announces Quarterly Cash Dividend | Dow Jones Institutional News |
| 4/13/2016 | 7:30 AM | 4/13/2016 | Press Release: Qualcomm Quick Charge Technology Powers Growing Number of Mobile Experiences | Dow Jones Institutional News |
| 4/14/2016 | 12:02 PM | 4/14/2016 | HTC 10 Review: The Price Isn't Right | Dow Jones Institutional News |
| 4/18/2016 | 7:30 AM | 4/18/2016 | Press Release: Qualcomm Signs 3G/4G Chinese Patent License Agreement with Yulong | Dow Jones Institutional News |
| 4/20/2016 | 3:10 AM | 4/20/2016 | DJ QUALCOMM Incorporated, Inst Holders, 1Q 2016 (QCOM) | Dow Jones Institutional News |
| 4/20/2016 | 4:01 PM | 4/21/2016 | *Qualcomm 2Q Rev $5.6B >QCOM | Dow Jones Institutional News |
| 4/20/2016 | 4:01 PM | 4/21/2016 | Press Release: Qualcomm and LG Electronics Resolve Arbitration Dispute Over Licensing Terms | Dow Jones Institutional News |
| 4/20/2016 | 4:01 PM | 4/21/2016 | Press Release: Qualcomm Earnings Release Available on Company's Investor Relations Website | Dow Jones Institutional News |
| 4/20/2016 | 4:01 PM | 4/21/2016 | Press Release: Qualcomm Signs 3G/4G Chinese Patent License Agreement with Hisense | Dow Jones Institutional News |
| 4/20/2016 | 4:01 PM | 4/21/2016 | Qualcomm 2Q Rev $5.6B >QCOM | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:02 PM | 4/21/2016 | Qualcomm 2Q Adj EPS $1.04 >QCOM | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:02 PM | 4/21/2016 | Qualcomm 2Q EPS 78c >QCOM | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:02 PM | 4/21/2016 | Qualcomm 2Q Net $1.2B >QCOM | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:02 PM | 4/21/2016 | Qualcomm 2Q Rev $5.6B >QCOM | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:03 PM | 4/21/2016 | Qualcomm Signs 3G/4G Chinese Patent License Agreement With Hisense | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:04 PM | 4/21/2016 | Qualcomm Signs 3G/4G Chinese Patent License Agreement With Hisense | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:06 PM | 4/21/2016 | Qualcomm 2Q Total Reported Device Sales $70.1 Billion>QCOM | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:06 PM | 4/21/2016 | Qualcomm Sees 3Q EPS 68c-EPS 78c >QCOM | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 4/20/2016 | 4:06 PM | 4/21/2016 | Qualcomm Sees 3Q Rev $5.2B-$6B >QCOM | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:07 PM | 4/21/2016 | Qualcomm Sees 3Q Adj EPS 90c-Adj EPS $1 >QCOM | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 4:53 PM | 4/21/2016 | Qualcomm Profit Rises 11%, Dispute With LG Resolved | Dow Jones Institutional News |
| 4/20/2016 | 5:08 PM | 4/21/2016 | Qualcomm Profit Rises 11%, Dispute With LG Resolved | Dow Jones Institutional News |
| 4/20/2016 | 5:10 PM | 4/21/2016 | Qualcomm Profit Rises 11%, Dispute With LG Resolved | Dow Jones Institutional News |
| 4/20/2016 | 5:25 PM | 4/21/2016 | Qualcomm Profit Rises 11%, Dispute With LG Resolved | Dow Jones Institutional News |
| 4/20/2016 | 5:34 PM | 4/21/2016 | Qualcomm Tops 2Q Consensus, But 3Q EPS View Below Street -- Market Talk | Dow Jones Institutional News |
| 4/20/2016 | 5:34 PM | 4/21/2016 | Qualcomm Tops 2Q Consensus, But 3Q EPS View Below Street -- Market Talk | Dow Jones Institutional News |
| 4/20/2016 | 5:37 PM | 4/21/2016 | Qualcomm Profit Rises 11%, Dispute With LG Resolved | Dow Jones Newswires Chinese (English) |
| 4/20/2016 | 7:11 PM | 4/21/2016 | Qualcomm Profit Rises 11%, Dispute With LG Resolved--Update | Dow Jones Institutional News |
| 4/20/2016 | 7:26 PM | 4/21/2016 | Qualcomm Profit Rises 11%, Dispute With LG Resolved--Update | Dow Jones Institutional News |
| 4/20/2016 | 8:28 PM | 4/21/2016 | QUALCOMM Steven M. Mollenkopf on Q2 2016 Results -- Earnings Call Transcript >QCOM | Dow Jones Institutional News |
| 4/20/2016 | 8:30 PM | 4/21/2016 | QUALCOMM Steven M. Mollenkopf on Q2 2016 Results -- Earnings Call Transcript >QCOM | Dow Jones Newswires Chinese (English) |
| 4/21/2016 | 10:43 PM | 4/22/2016 | Apple suffers another iPhone blow | Dow Jones Newswires Chinese (English) |
| 4/26/2016 | 5:46 PM | 4/27/2016 | Apple's Chip Suppliers Suffer After Its Quarterly Miss -- Market Talk | Dow Jones Institutional News |
| 4/26/2016 | 5:46 PM | 4/27/2016 | Apple's Chip Suppliers Suffer After Its Quarterly Miss -- Market Talk | Dow Jones Institutional News |
| 4/28/2016 | 10:36 PM | 4/29/2016 | Is Smartphone Industry's 8% Growth Target Realistic If Apple To Drop 15%? -- Barron's Blog | Dow Jones Institutional News |
| 4/29/2016 | 11:05 AM | 4/29/2016 | Klein Gilhousen, a Qualcomm Founder, Developed Mobile Technology and Fostered Philanthropy: 1942-2016 | Dow Jones Institutional News |
| 4/29/2016 | 11:10 AM | 4/29/2016 | Klein Gilhousen of Qualcomm Developed Mobile Technology | Dow Jones Institutional News |
| 4/29/2016 | 11:25 AM | 4/29/2016 | Klein Gilhousen of Qualcomm Developed Mobile Technology | Dow Jones Institutional News |
| 5/2/2016 | 7:30 AM | 5/2/2016 | Press Release: Qualcomm Helps Make Your Mobile Devices Smarter With New Snapdragon Machine Learning Software Development Kit | Dow Jones Institutional News |
| 5/2/2016 | 6:08 PM | 5/3/2016 | Press Release: CommScope to Provide Sprint with Small Cells for In-building Wireless | Dow Jones Institutional News |
| 5/4/2016 | 4:21 PM | 5/5/2016 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 5/4/2016 | 4:23 PM | 5/5/2016 | *Qualcomm: Jonathan Rubinstein Resigns From Board to Focus on New Role as co-CEO of Bridgewater Associates LP>QCOM | Dow Jones Institutional News |
| 5/12/2016 | 5:43 PM | 5/13/2016 | New Intel President Talks up 5G Vision -- Market Talk | Dow Jones Institutional News |
| 5/12/2016 | 5:43 PM | 5/13/2016 | New Intel President Talks up 5G Vision -- Market Talk | Dow Jones Institutional News |
| 5/13/2016 | 4:31 AM | 5/13/2016 | New Intel President Talks up 5G Vision -- Market Talk | Dow Jones Newswires Chinese (English) |
| 5/18/2016 | 3:00 PM | 5/18/2016 | Press Release: The Power of Android OS Brought to the Car Using Qualcomm Snapdragon Automotive Processors | Dow Jones Institutional News |
| 5/21/2016 | 10:44 PM | 5/23/2016 | Internet of Things Market Predicted to Surge as Companies Secure Patents -- Market Talk | Dow Jones Institutional News |
| 5/21/2016 | 10:44 PM | 5/23/2016 | Internet of Things Market Predicted to Surge as Companies Secure Patents -- Market Talk | Dow Jones Institutional News |
| 5/21/2016 | 10:46 PM | 5/23/2016 | Price, Time Among Consumers Top Concerns About Virtual Reality -- Market Talk | Dow Jones Institutional News |
| 5/23/2016 | 2:18 AM | 5/23/2016 | Internet of Things Market Predicted to Surge as Companies Secure Patents -- Market Talk | Dow Jones Newswires Chinese (English) |
| 5/23/2016 | 7:00 AM | 5/23/2016 | Press Release: Technology Leaders Join Forces to Bring an Open Acceleration Framework to Data Centers and Other Markets | Dow Jones Institutional News |
| 5/24/2016 | 2:58 PM | 5/24/2016 | QUALCOMM's (QCOM) CEO Steve Mollenkopf Presents at 44th JPMorgan Annual Technology, Media & Telecom Brokers Conference (Transcript) >QCOM | Dow Jones Institutional News |
| 5/25/2016 | 7:30 AM | 5/25/2016 | Press Release: Medtronic and Qualcomm Collaborate to Aim to Improve Care and Health Outcomes for People with Type 2 Diabetes | Dow Jones Institutional News |
| 5/27/2016 | 8:10 AM | 5/27/2016 | *Qualcomm President: Will Make China-Customized Chips in 2H 2017 Through Chinese Venture | Dow Jones Institutional News |
| 5/27/2016 | 8:12 AM | 5/27/2016 | Qualcomm President: Will Make China-Customized Chips in 2H 2017 Through Chinese Ventur | Dow Jones Newswires Chinese (English) |
| 5/27/2016 | 8:25 AM | 5/27/2016 | Qualcomm Will Make China-Customized Chips Through Chinese Venture | Dow Jones Institutional News |
| 5/27/2016 | 8:25 AM | 5/27/2016 | Qualcomm Will Make China-Customized Chips Through Chinese Venture | Dow Jones Newswires Chinese (English) |
| 5/27/2016 | 8:30 AM | 5/27/2016 | Qualcomm Will Make China-Customized Chips Through Chinese Venture | Dow Jones Institutional News |
| 5/27/2016 | 8:45 AM | 5/27/2016 | Qualcomm Will Make China-Customized Chips Through Chinese Venture | Dow Jones Institutional News |
| 5/27/2016 | 4:51 PM | 5/31/2016 | Tech Shares Climb After GDP Revision - Tech Roundup | Dow Jones Institutional News |
| 5/28/2016 | 2:33 AM | 5/31/2016 | Qualcomm Bets On Server Chips For China Growth -- WSJ | Dow Jones Institutional News |
| 5/28/2016 | 2:48 AM | 5/31/2016 | Qualcomm Bets On Server Chips For China Growth -- WSJ | Dow Jones Institutional News |
| 5/30/2016 | 9:00 PM | 5/31/2016 | Press Release: Qualcomm Brings High End Wi-Fi Performance to the Mainstream With New 802.11ac Tri-Radio Platforms for Home Networks | Dow Jones Institutional News |
| 5/30/2016 | 9:00 PM | 5/31/2016 | Press Release: Qualcomm Delivers New GigaDSL Offerings to Help Broadband Operators Seamlessly Transition to Gigabit Services | Dow Jones Institutional News |
| 6/5/2016 | 11:12 PM | 6/6/2016 | MediaTek: VR, Dual-Cam Trend Can Prop Up Margins; Morgan Stanley Upgrades -- Barron's Blog | Dow Jones Institutional News |
| 6/10/2016 | 3:05 PM | 6/10/2016 | Qualcomm: iPhone Slippage Baked In | Dow Jones Institutional News |
| 6/10/2016 | 3:41 PM | 6/10/2016 | Qualcomm: iPhone Slippage Baked In | Dow Jones Newswires Chinese (English) |
| 6/16/2016 | 8:00 AM | 6/16/2016 | Press Release: ASUS & Verizon Announce the ZenPad(TM) Z8 Tablet | Dow Jones Institutional News |
| 6/20/2016 | 9:00 AM | 6/20/2016 | Press Release: STMicroelectronics Collaborates with Qualcomm on Sensors for Smart Mobile Devices | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 6/20/2016 | 9:03 AM | 6/20/2016 | Press Release: STMicroelectronics Collaborates with Qualcomm on Sensors for Smart Mobile Devices | Dow Jones Institutional News |
| 6/20/2016 | 9:03 AM | 6/20/2016 | STMicroelectronics Collaborates with Qualcomm on Sensors for Smart Mobile Devices | GlobeNewswire |
| 6/21/2016 | 7:30 AM | 6/21/2016 | Press Release: Qualcomm Announces Broad Support for Galileo Across Snapdragon Processor and Modem Portfolios | Dow Jones Institutional News |
| 6/21/2016 | 11:00 AM | 6/21/2016 | Press Release: Amkor Technology Receives Qualcomm Technologies' 2015 Supplier of the Year Award | Dow Jones Institutional News |
| 6/21/2016 | 10:23 PM | 6/22/2016 | Press Release: SMIC Commences Successful Mass Production of Qualcomm(R) Snapdragon(TM) 425 Processor in Beijing | Dow Jones Institutional News |
| 6/24/2016 | 12:29 AM | 6/24/2016 | Press Release: Qualcomm Files Complaint Against Meizu In China | Dow Jones Institutional News |
| 6/24/2016 | 12:34 AM | 6/24/2016 | Qualcomm Files Complaint Against Meizu in China | Dow Jones Newswires Chinese (English) |
| 6/24/2016 | 7:50 AM | 6/24/2016 | Qualcomm Sues Alibaba-Backed Smartphone Maker | Dow Jones Institutional News |
| 6/24/2016 | 8:05 AM | 6/24/2016 | Qualcomm Sues Alibaba-Backed Smartphone Maker | Dow Jones Institutional News |
| 6/24/2016 | 8:28 AM | 6/24/2016 | News Highlights: Top Equities Stories Of The Day | Dow Jones Institutional News |
| 6/24/2016 | 9:57 AM | 6/24/2016 | Qualcomm Sues Alibaba-Backed Smartphone Maker -- Update | Dow Jones Institutional News |
| 6/24/2016 | 10:12 AM | 6/24/2016 | Qualcomm Sues Alibaba-Backed Smartphone Maker -- Update | Dow Jones Institutional News |
| 6/25/2016 | 2:33 AM | 6/27/2016 | Qualcomm Sues Alibaba-Backed Firm Over Patent -- WSJ | Dow Jones Institutional News |
| 6/25/2016 | 2:48 AM | 6/27/2016 | Qualcomm Sues Alibaba-Backed Firm Over Patent -- WSJ | Dow Jones Institutional News |
| 6/26/2016 | 8:00 PM | 6/27/2016 | Press Release: Qualcomm announces 5G NR sub-6 GHz prototype system and trial platform | Dow Jones Institutional News |
| 6/26/2016 | 10:46 PM | 6/27/2016 | Qualcomm Sues Alibaba-Backed Smartphone Maker -- Update | Dow Jones Newswires Chinese (English) |
| 6/30/2016 | 7:30 AM | 6/30/2016 | Press Release: Qualcomm Files Patent Infringement Complaints against Meizu in China | Dow Jones Institutional News |
| 6/30/2016 | 7:31 AM | 6/30/2016 | Qualcomm Files Patent Infringement Complaints Against Meizu In China | Dow Jones Newswires Chinese (English) |
| 6/30/2016 | 7:32 AM | 6/30/2016 | Qualcomm: Complaints Related to Patents Covering Smartphone Technologies | Dow Jones Newswires Chinese (English) |
| 6/30/2016 | 11:49 AM | 6/30/2016 | Qualcomm Steps Up Attack on China's Meizu -- Market Talk | Dow Jones Institutional News |
| 6/30/2016 | 11:49 AM | 6/30/2016 | Qualcomm Steps Up Attack on China's Meizu -- Market Talk | Dow Jones Institutional News |
| 6/30/2016 | 1:37 PM | 6/30/2016 | Qualcomm Steps Up Attack on China's Meizu -- Market Talk | Dow Jones Newswires Chinese (English) |
| 7/7/2016 | 9:30 AM | 7/7/2016 | Press Release: Qualcomm Schedules Third Quarter Fiscal 2016 Earnings Release and Conference Call | Dow Jones Institutional News |
| 7/12/2016 | 9:00 AM | 7/12/2016 | Press Release: Qualcomm Announces Quarterly Cash Dividend | Dow Jones Institutional News |
| 7/13/2016 | 9:00 AM | 7/13/2016 | Press Release: Qualcomm Announces Revised Time for Third Quarter Fiscal 2016 Earnings Call | Dow Jones Institutional News |
| 7/13/2016 | 1:33 PM | 7/13/2016 | Intel, Qualcomm Shuffle Conference Calls -- Market Talk | Dow Jones Institutional News |
| 7/13/2016 | 1:33 PM | 7/13/2016 | Intel, Qualcomm Shuffle Conference Calls -- Market Talk | Dow Jones Institutional News |
| 7/13/2016 | 10:25 PM | 7/14/2016 | Intel, Qualcomm Shuffle Conference Calls -- Market Talk | Dow Jones Newswires Chinese (English) |
| 7/15/2016 | 9:32 AM | 7/15/2016 | *Qualcomm Cut to Underperform From Mkt Perform by BMO >QCOM | Dow Jones Institutional News |
| 7/15/2016 | 9:32 AM | 7/15/2016 | Qualcomm Cut to Underperform From Mkt Perform by BMO >QCOM | Dow Jones Newswires Chinese (English) |
| 7/15/2016 | 10:16 AM | 7/15/2016 | Qualcomm's Forecast May Underwhelm -- Market Talk | Dow Jones Institutional News |
| 7/15/2016 | 10:19 AM | 7/15/2016 | US Bancorp CEO Sees Slow Recovery, Not Recession -- Market Talk | Dow Jones Institutional News |
| 7/15/2016 | 4:03 PM | 7/18/2016 | Qualcomm Files 8K - Changes To Articles >QCOM | Dow Jones Institutional News |
| 7/17/2016 | 10:35 PM | 7/18/2016 | SoftBank's to Benefit From ARM's Smartphone-Processor Dominance With Acquisition -- Market Talk | Dow Jones Institutional News |
| 7/17/2016 | 11:20 PM | 7/18/2016 | SoftBank's to Benefit From ARM's Smartphone-Processor Dominance With Acquisit | Dow Jones Newswires Chinese (English) |
| 7/18/2016 | 12:12 AM | 7/18/2016 | Softbank Betting on Rebound in Pound Sterling via ARM Acquisition: BGC -- Market Talk | Dow Jones Institutional News |
| 7/18/2016 | 12:46 AM | 7/18/2016 | Softbank Betting on Rebound in Pound Sterling via ARM Acquisition: BGC -- Market Talk | Dow Jones Newswires Chinese (English) |
| 7/18/2016 | 3:57 AM | 7/18/2016 | ARM Stocks Higher; Counter Offer Unlikely -- Market Talk | Dow Jones Institutional News |
| 7/18/2016 | 3:57 AM | 7/18/2016 | UK Market Talk Roundup: Shares Gaining | Dow Jones Institutional News |
| 7/18/2016 | 5:51 AM | 7/18/2016 | Imagination Shares Jump As Softbank Buys ARM -- Market Talk | Dow Jones Institutional News |
| 7/18/2016 | 5:51 AM | 7/18/2016 | UK Market Talk Roundup: Shares Gaining | Dow Jones Institutional News |
| 7/19/2016 | 2:33 PM | 7/19/2016 | IBM Stops 3-Year Stock Streak; Qualcomm Up Next -- Market Talk | Dow Jones Institutional News |
| 7/19/2016 | 2:33 PM | 7/19/2016 | IBM Stops 3-Year Stock Streak; Qualcomm Up Next -- Market Talk | Dow Jones Institutional News |
| 7/19/2016 | 11:04 PM | 7/20/2016 | NORDIC MORNING BRIEFING: Earnings Remain in Focus | Dow Jones Institutional News |
| 7/20/2016 | 3:03 AM | 7/20/2016 | DJ QUALCOMM Incorporated, Inst Holders, 2Q 2016 (QCOM) | Dow Jones Institutional News |
| 7/20/2016 | 9:05 AM | 7/20/2016 | Patent Claims, Cost-Cutting in Focus at Qualcomm -- Earnings Preview | Dow Jones Institutional News |
| 7/20/2016 | 9:28 AM | 7/20/2016 | Patent Claims, Cost-Cutting in Focus at Qualcomm -- Earnings Preview | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:05 PM | 7/21/2016 | *Qualcomm 3Q Net $1.44B >QCOM | Dow Jones Institutional News |
| 7/20/2016 | 4:05 PM | 7/21/2016 | Qualcomm 3Q Net $1.44B >QCOM | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:06 PM | 7/21/2016 | Qualcomm 3Q Adj EPS 99c >QCOM | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:06 PM | 7/21/2016 | Qualcomm 3Q EPS 97c >QCOM | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:06 PM | 7/21/2016 | Qualcomm 3Q Net $1.44B >QCOM | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:06 PM | 7/21/2016 | Qualcomm 3Q Rev $6.04B >QCOM | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 7/20/2016 | 4:07 PM | 7/21/2016 | Press Release: Qualcomm Earnings Release Available on Company's Investor Relations Website | Dow Jones Institutional News |
| 7/20/2016 | 4:08 PM | 7/21/2016 | *Qualcomm 3Q Operating Cash Flow $1.8 Billion | Dow Jones Institutional News |
| 7/20/2016 | 4:09 PM | 7/21/2016 | Qualcomm 3Q Adj EPS $1.16 >QCOM | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:12 PM | 7/21/2016 | Qualcomm 3Q Operating Income $1.6 Billion | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:12 PM | 7/21/2016 | Qualcomm Sees 4Q EPS 84c-EPS 94c | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:12 PM | 7/21/2016 | Qualcomm Sees 4Q Rev $5.4B-$6.2B | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:13 PM | 7/21/2016 | Qualcomm Sees 4Q Adj EPS $1.05-Adj EPS $1.15 | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:14 PM | 7/21/2016 | Qualcomm Sees 4Q MSM Chip Shipments 195 Million - 215 Million | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 4:30 PM | 7/21/2016 | Intel Profit Drops, Hurt by Restructuring Costs | Dow Jones Institutional News |
| 7/20/2016 | 4:43 PM | 7/21/2016 | Qualcomm's China Business Begins a Rebound -- Market Talk | Dow Jones Institutional News |
| 7/20/2016 | 4:43 PM | 7/21/2016 | Qualcomm's China Business Begins a Rebound -- Market Talk | Dow Jones Institutional News |
| 7/20/2016 | 4:45 PM | 7/21/2016 | Intel Profit Drops, Hurt by Restructuring Costs | Dow Jones Institutional News |
| 7/20/2016 | 5:13 PM | 7/21/2016 | Qualcomm Chip Shipments Power Quarterly Results | Dow Jones Institutional News |
| 7/20/2016 | 5:14 PM | 7/21/2016 | Qualcomm's China Business Begins a Rebound -- Market Talk | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 5:20 PM | 7/21/2016 | Qualcomm Chip Shipments Power Quarterly Results | Dow Jones Institutional News |
| 7/20/2016 | 5:28 PM | 7/21/2016 | Qualcomm Chip Shipments Power Quarterly Results | Dow Jones Institutional News |
| 7/20/2016 | 5:35 PM | 7/21/2016 | Qualcomm Chip Shipments Power Quarterly Results | Dow Jones Institutional News |
| 7/20/2016 | 5:55 PM | 7/21/2016 | Qualcomm Chip Shipments Power Quarterly Results | Dow Jones Newswires Chinese (English) |
| 7/20/2016 | 6:35 PM | 7/21/2016 | Intel Profit Drops, Hurt by Restructuring Costs -- Update | Dow Jones Institutional News |
| 7/20/2016 | 6:50 PM | 7/21/2016 | Intel Profit Drops, Hurt by Restructuring Costs -- Update | Dow Jones Institutional News |
| 7/20/2016 | 11:05 PM | 7/21/2016 | QUALCOMM's CEO Steve Mollenkopf on Q3 2016 Results -- Earnings Call Transcript >QCOM | Dow Jones Institutional News |
| 7/21/2016 | 2:33 AM | 7/21/2016 | Cost Cuts Hit Intel; China Aids Chip Rival -- WSJ | Dow Jones Institutional News |
| 7/21/2016 | 2:48 AM | 7/21/2016 | Cost Cuts Hit Intel; China Aids Chip Rival -- WSJ | Dow Jones Institutional News |
| 7/21/2016 | 8:21 AM | 7/21/2016 | For Once, Qualcomm Won't Open Lower -- Market Talk | Dow Jones Institutional News |
| 7/21/2016 | 8:21 AM | 7/21/2016 | For Once, Qualcomm Won't Open Lower -- Market Talk | Dow Jones Institutional News |
| 7/21/2016 | 9:26 AM | 7/21/2016 | U.S. Earnings Back In Focus After ECB Non-Event -- Market Talk | Dow Jones Institutional News |
| 7/21/2016 | 10:00 AM | 7/21/2016 | Qualcomm stock surges 7% after results and target increases | Dow Jones Newswires Chinese (English) |
| 7/26/2016 | 7:21 AM | 7/26/2016 | Berenberg Cuts ARM Rating After SoftBank Offer -- Market Talk | Dow Jones Institutional News |
| 7/26/2016 | 7:21 AM | 7/26/2016 | UK Market Talk Roundup: Brokers Comments | Dow Jones Institutional News |
| 7/26/2016 | 7:21 AM | 7/26/2016 | UK Market Talk Roundup: Shares Losing | Dow Jones Institutional News |
| 7/26/2016 | 6:22 PM | 7/27/2016 | Qualcomm to Pay $19.5 Million to Settle Claims of Bias Against Women | Dow Jones Institutional News |
| 7/26/2016 | 6:37 PM | 7/27/2016 | Qualcomm to Pay $19.5 Million to Settle Claims of Bias Against Women | Dow Jones Institutional News |
| 7/26/2016 | 6:40 PM | 7/27/2016 | Qualcomm to Pay to Settle Claims of Bias Against Women | Dow Jones Institutional News |
| 7/26/2016 | 6:55 PM | 7/27/2016 | Qualcomm to Pay to Settle Claims of Bias Against Women | Dow Jones Institutional News |
| 7/26/2016 | 8:30 PM | 7/27/2016 | Qualcomm to Pay to Settle Claims of Bias Against Women | Dow Jones Newswires Chinese (English) |
| 7/27/2016 | 7:30 AM | 7/27/2016 | Press Release: Qualcomm and Lear Corporation Sign Commercial Wireless Electric Vehicle Charging License Agreement | Dow Jones Institutional News |
| 7/28/2016 | 12:00 AM | 7/28/2016 | Press Release: SJSemi and Qualcomm Jointly Announce Mass Production of 14nm Wafer Bumping Technology | Dow Jones Institutional News |
| 7/28/2016 | 2:00 AM | 7/28/2016 | Precise Biometrics: Precise Biometrics enters into agreement with Qualcomm Technologies, Inc. for the licensing of Precise BioMatch Mobile | Dow Jones Institutional News |
| 7/28/2016 | 3:00 PM | 7/28/2016 | Qualcomm CEO Sees Major Progress in China | Dow Jones Institutional News |
| 7/28/2016 | 3:15 PM | 7/28/2016 | Qualcomm CEO Sees Major Progress in China | Dow Jones Institutional News |
| 7/29/2016 | 2:09 AM | 7/29/2016 | Qualcomm CEO Sees Major Progress in China | Dow Jones Newswires Chinese (English) |
| 7/29/2016 | 8:30 AM | 7/29/2016 | I.D. Systems Appoints Former Qualcomm Division President Chris Wolfe as New Chief Product Officer | GlobeNewswire |
| 7/29/2016 | 8:30 AM | 7/29/2016 | Press Release: I.D. Systems Appoints Former Qualcomm Division President Chris Wolfe as New Chief Product Officer | Dow Jones Institutional News |
| 7/31/2016 | 9:00 PM | 8/1/2016 | Press Release: Qualcomm Signs 3G/4G China Patent License Agreement with OPPO | Dow Jones Institutional News |
| 7/31/2016 | 9:07 PM | 8/1/2016 | Qualcomm Signs 3G/4G China Patent License Agreement With OPPO | Dow Jones Newswires Chinese (English) |
| 8/1/2016 | 2:53 AM | 8/1/2016 | Press Release: Qualcomm Signs 3G/4G China Patent License Agreement with OPPO | Dow Jones Newswires Chinese (English) |
| 8/3/2016 | 7:30 AM | 8/3/2016 | Press Release: Qualcomm Powers Next Generation Samsung Galaxy Note7 | Dow Jones Institutional News |
| 8/4/2016 | 9:00 PM | 8/5/2016 | Press Release: Qualcomm and Baidu Announce Commercialization of IZat Integrated Hardware Location Platform to Lead the Way for Smartphone ... | Dow Jones Institutional News |
| 8/4/2016 | 11:01 PM | 8/5/2016 | Press Release: Qualcomm and Baidu Announce Commercialization of IZat Integrated Hardware L | Dow Jones Newswires Chinese (English) |
| 8/7/2016 | 9:00 PM | 8/8/2016 | Press Release: Qualcomm Signs 3G/4G China Patent License Agreement with vivo | Dow Jones Institutional News |
| 8/23/2016 | 8:00 AM | 8/23/2016 | Press Release: Federated Wireless Formalizes Alliance to Expand Wireless Connectivity and Capacity Using the 3.5 GHz Band | Dow Jones Institutional News |
| 8/29/2016 | 5:13 AM | 8/29/2016 | The 10 Best Dividend Stocks Yielding to Reality -- Barron's | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 8/31/2016 | 7:30 AM | 8/31/2016 | Press Release: NETGEAR Selects Qualcomm to Collaborate on World's First Tri-Band Distributed Wi-Fi System | Dow Jones Institutional News |
| 8/31/2016 | 7:30 AM | 8/31/2016 | Press Release: Philips and Qualcomm announce strategic collaboration to advance personalized connected health care | Dow Jones Institutional News |
| 9/1/2016 | 10:30 AM | 9/1/2016 | Press Release: Qualcomm Unveils Snapdragon Virtual Reality Reference Platform for Immersive User Experiences on Standalone Head Mounted Displays | Dow Jones Institutional News |
| 9/6/2016 | 7:00 AM | 9/6/2016 | *Verizon And Qualcomm Double Down On The Internet Of Things | Dow Jones Institutional News |
| 9/6/2016 | 7:30 AM | 9/6/2016 | Press Release: Qualcomm and AT&T to Trial Drones on Cellular Network to Accelerate Wide-Scale Deployment | Dow Jones Institutional News |
| 9/6/2016 | 7:30 AM | 9/6/2016 | Press Release: Qualcomm and Virginia Tech open Thinkabit Lab in National Capital Region to bring hands-on STEM learning to students and training to teachers | Dow Jones Institutional News |
| 9/8/2016 | 10:42 AM | 9/8/2016 | Press Release: Qualcomm Collaborates with Current, Powered by GE to Gain Further Intelligence and Efficiencies via Lighting Infrastruct... | Dow Jones Institutional News |
| 9/9/2016 | 11:45 AM | 9/9/2016 | *Intel Supplying Wireless Chips for Some Apple iPhones - Sources | Dow Jones Institutional News |
| 9/9/2016 | 11:49 AM | 9/9/2016 | Intel, Qualcomm Split Modem Chip Sales for Apple's iPhone 7 - Sources | Dow Jones Newswires Chinese (English) |
| 9/9/2016 | 11:51 AM | 9/9/2016 | Intel Supplying Wireless Chips for Some Apple iPhones | Dow Jones Institutional News |
| 9/9/2016 | 11:57 AM | 9/9/2016 | Intel Supplying Wireless Chips for Some Apple iPhones -- Update | Dow Jones Institutional News |
| 9/9/2016 | 12:00 PM | 9/9/2016 | Intel Supplying Wireless Chips for Some Apple iPhones | Dow Jones Institutional News |
| 9/9/2016 | 12:06 PM | 9/9/2016 | Intel Supplying Wireless Chips for Some Apple iPhones | Dow Jones Institutional News |
| 9/9/2016 | 12:11 PM | 9/9/2016 | Intel Supplying Wireless Chips for Some Apple iPhones -- 2nd Update | Dow Jones Institutional News |
| 9/9/2016 | 12:12 PM | 9/9/2016 | Intel Supplying Wireless Chips for Some Apple iPhones -- Update | Dow Jones Institutional News |
| 9/9/2016 | 12:15 PM | 9/9/2016 | Intel Supplying Wireless Chips for Some Apple iPhones | Dow Jones Institutional News |
| 9/9/2016 | 12:26 PM | 9/9/2016 | Intel Supplying Wireless Chips for Some Apple iPhones -- 2nd Update | Dow Jones Institutional News |
| 9/9/2016 | 12:42 PM | 9/9/2016 | Intel Supplying Wireless Chips for Some Apple iPhones | Dow Jones Newswires Chinese (English) |
| 9/12/2016 | 7:31 AM | 9/12/2016 | Press Release: Qualcomm Opens Qualcomm Communication Technologies in Shanghai for Semiconductor Test Manufacturing | Dow Jones Institutional News |
| 9/12/2016 | 9:15 AM | 9/12/2016 | Press Release: Qualcomm Opens Qualcomm Communication Technologies in Shanghai for Semiconductor Test Manufacturing | Dow Jones Institutional News |
| 9/14/2016 | 12:46 PM | 9/14/2016 | Qualcomm Follows Ericsson's Lead in Joint Patent Licensing | Dow Jones Institutional News |
| 9/14/2016 | 1:01 PM | 9/14/2016 | Qualcomm Follows Ericsson's Lead in Joint Patent Licensing | Dow Jones Institutional News |
| 9/14/2016 | 1:10 PM | 9/14/2016 | Qualcomm Follows Ericsson's Lead in Joint Patent Licensing | Dow Jones Institutional News |
| 9/14/2016 | 1:25 PM | 9/14/2016 | Qualcomm Follows Ericsson's Lead in Joint Patent Licensing | Dow Jones Institutional News |
| 9/14/2016 | 1:41 PM | 9/14/2016 | Qualcomm Follows Ericsson's Lead in Joint Patent Licensing | Dow Jones Newswires Chinese (English) |
| 9/15/2016 | 2:33 AM | 9/15/2016 | Qualcomm Follows Ericsson's Lead in Joint Licensing -- WSJ | Dow Jones Institutional News |
| 9/28/2016 | 7:30 AM | 9/28/2016 | Press Release: Qualcomm Snapdragon 600E and 410E Designed for Embedded Computing, Internet of Things Applications Now Widely Available | Dow Jones Institutional News |
| 9/28/2016 | 8:24 PM | 9/29/2016 | Press Release: Qualcomm and SK Telecom Announce First Enhanced Licensed Assisted Access (eLAA) Over-the-Air Trial | Dow Jones Institutional News |
| 9/29/2016 | 1:10 PM | 9/29/2016 | *Qualcomm is in Talks to Acquire NXP Semiconductors -- Sources | Dow Jones Institutional News |
| 9/29/2016 | 1:11 PM | 9/29/2016 | Qualcomm is in Talks to Acquire NXP Semiconductors -- Sources | Dow Jones Newswires Chinese (English) |
| 9/29/2016 | 1:37 PM | 9/29/2016 | Qualcomm in Talks to Acquire NXP Semiconductors | Dow Jones Newswires Chinese (English) |
| 9/29/2016 | 1:38 PM | 9/29/2016 | Semiconductor M&A Shows No Signs of Abating -- Market Talk | Dow Jones Institutional News |
| 9/29/2016 | 1:38 PM | 9/29/2016 | Semiconductor M&A Shows No Signs of Abating -- Market Talk | Dow Jones Institutional News |
| 9/29/2016 | 1:39 PM | 9/29/2016 | Qualcomm in Talks to Acquire NXP Semiconductors | Dow Jones Institutional News |
| 9/29/2016 | 2:06 PM | 9/29/2016 | Qualcomm Finds Use for Offshore Cash -- Market Talk | Dow Jones Institutional News |
| 9/29/2016 | 2:06 PM | 9/29/2016 | Qualcomm Finds Use for Offshore Cash -- Market Talk | Dow Jones Institutional News |
| 9/29/2016 | 2:08 PM | 9/29/2016 | Qualcomm Eyes Dutch Chip Company NXP for Its Auto Expertise | Dow Jones Institutional News |
| 9/29/2016 | 2:14 PM | 9/29/2016 | Qualcomm in Talks to Acquire NXP Semiconductors -- Update | Dow Jones Institutional News |
| 9/29/2016 | 2:23 PM | 9/29/2016 | Qualcomm Eyes Dutch Chip Company NXP for Its Auto Expertise | Dow Jones Institutional News |
| 9/29/2016 | 2:29 PM | 9/29/2016 | Qualcomm in Talks to Acquire NXP Semiconductors -- Update | Dow Jones Institutional News |
| 9/29/2016 | 2:30 PM | 9/29/2016 | Qualcomm in Talks to Acquire NXP Semiconductors | Dow Jones Institutional News |
| 9/29/2016 | 2:45 PM | 9/29/2016 | Qualcomm in Talks to Acquire NXP Semiconductors | Dow Jones Institutional News |
| 9/29/2016 | 2:46 PM | 9/29/2016 | Qualcomm Eyes Dutch Chip Company NXP for Its Auto Expertise | Dow Jones Newswires Chinese (English) |
| 9/29/2016 | 4:34 PM | 9/30/2016 | NXP Can Help Qualcomm Shift Its Gears -- Heard on the Street | Dow Jones Institutional News |
| 9/29/2016 | 5:26 PM | 9/30/2016 | Tech Shares Slip But Outperform on Deal Activity -- Tech Roundup | Dow Jones Institutional News |
| 9/29/2016 | 6:32 PM | 9/30/2016 | NXP Would Take Qualcomm Out of Its Comfort Zone -- Market Talk | Dow Jones Institutional News |
| 9/29/2016 | 6:32 PM | 9/30/2016 | NXP Would Take Qualcomm Out of Its Comfort Zone -- Market Talk | Dow Jones Institutional News |
| 9/29/2016 | 6:49 PM | 9/30/2016 | Infrastructure Debt Funds Approach Fundraising Records -- Market Talk | Dow Jones Institutional News |
| 9/30/2016 | 2:32 AM | 9/30/2016 | Chip Giant Pursues $30 Billion Takeover -- WSJ | Dow Jones Institutional News |
| 9/30/2016 | 2:32 AM | 9/30/2016 | Heard on the Street: NXP Would Upgrade Qualcomm -- WSJ | Dow Jones Institutional News |
| 9/30/2016 | 2:32 AM | 9/30/2016 | What's News: Business & Finance -- WSJ | Dow Jones Institutional News |
| 9/30/2016 | 2:33 AM | 9/30/2016 | NXP's Auto Systems Appeal to Qualcomm as It Eyes $30 Billion Deal -- WSJ | Dow Jones Institutional News |
| 9/30/2016 | 2:47 AM | 9/30/2016 | Chip Giant Pursues $30 Billion Takeover -- WSJ | Dow Jones Institutional News |
| 9/30/2016 | 2:47 AM | 9/30/2016 | What's News: Business & Finance -- WSJ | Dow Jones Institutional News |
| 9/30/2016 | 2:48 AM | 9/30/2016 | NXP's Auto Systems Appeal to Qualcomm as It Eyes $30 Billion Deal -- WSJ | Dow Jones Institutional News |
| 9/30/2016 | 3:13 AM | 9/30/2016 | Infineon Helped by Signs of Industry Consolidation -- Market Talk | Dow Jones Institutional News |
| 9/30/2016 | 3:32 PM | 9/30/2016 | With NXP Deal, Qualcomm Would Add New Businesses and New Risks | Dow Jones Institutional News |
| 9/30/2016 | 3:47 PM | 9/30/2016 | With NXP Deal, Qualcomm Would Add New Businesses and New Risks | Dow Jones Institutional News |
| 10/1/2016 | 2:32 AM | 10/3/2016 | Chip Deal Would Shift Qualcomm -- WSJ | Dow Jones Institutional News |
| 10/1/2016 | 2:47 AM | 10/3/2016 | Chip Deal Would Shift Qualcomm -- WSJ | Dow Jones Institutional News |
| 10/3/2016 | 6:26 AM | 10/3/2016 | *Qualcomm Target Raised to $70 From $59 by RBC >QCOM | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 10/3/2016 | 6:27 AM | 10/3/2016 | Qualcomm Target Raised to $70 From $59 by RBC >QCOM | Dow Jones Newswires Chinese (English) |
| 10/6/2016 | 9:00 AM | 10/6/2016 | Press Release: Qualcomm Announces Quarterly Cash Dividend | Dow Jones Institutional News |
| 10/7/2016 | 2:30 AM | 10/7/2016 | Press Release: Thinfilm Secures State-of-the-Art Fabrication Facility in Silicon Valley to House New High-Volume, Roll-to-Roll Manufacturing... | Dow Jones Institutional News |
| 10/10/2016 | 7:30 AM | 10/10/2016 | Press Release: Qualcomm Appoints Ann M. Livermore to its Board of Directors | Dow Jones Institutional News |
| 10/11/2016 | 7:02 AM | 10/11/2016 | Liberum Lifts Imagination Target Price; Shares Climb -- Market Talk | Dow Jones Institutional News |
| 10/11/2016 | 7:02 AM | 10/11/2016 | UK Market Talk Roundup: Shares Gaining | Dow Jones Institutional News |
| 10/11/2016 | 4:11 PM | 10/12/2016 | Qualcomm Files 8K - Changes Exec Mgmt >QCOM | Dow Jones Institutional News |
| 10/11/2016 | 4:11 PM | 10/12/2016 | Qualcomm Files 8K - Other Events >QCOM | Dow Jones Institutional News |
| 10/14/2016 | 5:00 PM | 10/17/2016 | Press Release: Qualcomm Files Actions Against Meizu in the United States, Germany and France | Dow Jones Institutional News |
| 10/14/2016 | 5:01 PM | 10/17/2016 | Qualcomm Files Actions Against Meizu In The United States, Germany And France | Dow Jones Newswires Chinese (English) |
| 10/17/2016 | 7:30 AM | 10/17/2016 | Press Release: Qualcomm Makes World's First MulteFire Over-the-Air Connection | Dow Jones Institutional News |
| 10/17/2016 | 9:30 AM | 10/17/2016 | Press Release: Qualcomm Schedules Fourth Quarter and Fiscal 2016 Earnings Release and Conference Call | Dow Jones Institutional News |
| 10/17/2016 | 9:30 PM | 10/18/2016 | Press Release: Qualcomm Announces Broad Ecosystem Adoption of its LTE Category M1/NB-1 Modem Designed to Support Reliable, Optimized ... | Dow Jones Institutional News |
| 10/17/2016 | 9:30 PM | 10/18/2016 | Press Release: Qualcomm Announces Introduction of New Snapdragon 600 and 400-Tier Processors Supporting Enhanced Experiences and ... | Dow Jones Institutional News |
| 10/17/2016 | 9:30 PM | 10/18/2016 | Press Release: Qualcomm Brings Deep Learning, Ultra HD and Edge Compute to Support Powerful New Connected Smart Cameras | Dow Jones Institutional News |
| 10/17/2016 | 9:30 PM | 10/18/2016 | Press Release: Qualcomm Showcases 5G Leadership by Announcing its First 5G Modem Solution | Dow Jones Institutional News |
| 10/17/2016 | 9:30 PM | 10/18/2016 | Press Release: Qualcomm, Telstra, Ericsson and NETGEAR Announce World's First Gigabit Class LTE Mobile Device and Gigabit-Ready Network | Dow Jones Institutional News |
| 10/18/2016 | 1:04 PM | 10/18/2016 | Qualcomm Promises 5G Modem Chip for 2018 | Dow Jones Institutional News |
| 10/18/2016 | 1:19 PM | 10/18/2016 | Qualcomm Promises 5G Modem Chip for 2018 | Dow Jones Institutional News |
| 10/18/2016 | 1:20 PM | 10/18/2016 | Qualcomm Promises 5G Modem Chip for 2018 | Dow Jones Institutional News |
| 10/18/2016 | 1:35 PM | 10/18/2016 | Qualcomm Promises 5G Modem Chip for 2018 | Dow Jones Institutional News |
| 10/18/2016 | 1:35 PM | 10/18/2016 | Qualcomm Promises 5G Modem Chip for 2018 | Dow Jones Newswires Chinese (English) |
| 10/19/2016 | 2:33 AM | 10/19/2016 | Qualcomm Plans to Deliver Its 5G Chip in 2018 -- WSJ | Dow Jones Institutional News |
| 10/19/2016 | 7:30 AM | 10/19/2016 | Press Release: Qualcomm Appoints Alex Rogers as EVP and President of QTL | Dow Jones Institutional News |
| 10/20/2016 | 4:04 AM | 10/20/2016 | DJ QUALCOMM Incorporated, Inst Holders, 3Q 2016 (QCOM) | Dow Jones Institutional News |
| 10/21/2016 | 3:22 AM | 10/21/2016 | DJ QUALCOMM Incorporated, Inst Holders, 3Q 2016 (QCOM) | Dow Jones Institutional News |
| 10/26/2016 | 9:47 PM | 10/27/2016 | NXP Semiconductors Profit Drops Sharply | Dow Jones Institutional News |
| 10/26/2016 | 10:00 PM | 10/27/2016 | NXP Semiconductors Profit Drops Sharply | Dow Jones Institutional News |
| 10/26/2016 | 10:02 PM | 10/27/2016 | NXP Semiconductors Profit Drops Sharply | Dow Jones Institutional News |
| 10/26/2016 | 10:15 PM | 10/27/2016 | NXP Semiconductors Profit Drops Sharply | Dow Jones Institutional News |
| 10/27/2016 | 6:30 AM | 10/27/2016 | *Qualcomm To Acquire NXP >QCOM NXPI | Dow Jones Institutional News |
| 10/27/2016 | 6:33 AM | 10/27/2016 | Qualcomm to Buye NXP For $110 A Share Cash >QCOM NXPI | Dow Jones Newswires Chinese (English) |
| 10/27/2016 | 6:34 AM | 10/27/2016 | Qualcomm: Combined Company to Have Annual Revenue Topping $30B >QCOM | Dow Jones Newswires Chinese (English) |
| 10/27/2016 | 6:34 AM | 10/27/2016 | Qualcomm: NXP Deal Represents Total Enterprise Value of About $47B >QCOM | Dow Jones Newswires Chinese (English) |
| 10/27/2016 | 6:44 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors | Dow Jones Institutional News |
| 10/27/2016 | 6:59 AM | 10/27/2016 | Qualcomm Lands Its Diversification Play -- Market Talk | Dow Jones Institutional News |
| 10/27/2016 | 6:59 AM | 10/27/2016 | Qualcomm Lands Its Diversification Play -- Market Talk | Dow Jones Institutional News |
| 10/27/2016 | 6:59 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors | Dow Jones Institutional News |
| 10/27/2016 | 7:07 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors | Dow Jones Newswires Chinese (English) |
| 10/27/2016 | 7:23 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--Update | Dow Jones Institutional News |
| 10/27/2016 | 7:38 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--Update | Dow Jones Institutional News |
| 10/27/2016 | 7:40 AM | 10/27/2016 | Qualcomm to Buy NXP for $39 Billion in Biggest Chip Deal | Dow Jones Institutional News |
| 10/27/2016 | 7:55 AM | 10/27/2016 | Qualcomm to Buy NXP for $39 Billion in Biggest Chip Deal | Dow Jones Institutional News |
| 10/27/2016 | 8:14 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--Update | Dow Jones Newswires Chinese (English) |
| 10/27/2016 | 8:18 AM | 10/27/2016 | News Highlights: Equities Stories Of The Day | Dow Jones Institutional News |
| 10/27/2016 | 8:20 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--2nd Update | Dow Jones Institutional News |
| 10/27/2016 | 8:32 AM | 10/27/2016 | *S&PGR Puts Qualcomm 'A+' Rtgs On Watch Neg | Dow Jones Institutional News |
| 10/27/2016 | 8:33 AM | 10/27/2016 | News Highlights: Equities Stories Of The Day | Dow Jones Institutional News |
| 10/27/2016 | 8:35 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--2nd Update | Dow Jones Institutional News |
| 10/27/2016 | 8:35 AM | 10/27/2016 | S&PGR Puts Qualcomm 'A+' Rtgs on Watch, Negative | Dow Jones Newswires Chinese (English) |
| 10/27/2016 | 8:47 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--3rd Update | Dow Jones Institutional News |
| 10/27/2016 | 9:02 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--3rd Update | Dow Jones Institutional News |
| 10/27/2016 | 9:42 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--4th Update | Dow Jones Institutional News |
| 10/27/2016 | 9:46 AM | 10/27/2016 | Moody's Places Qualcomm Senior Unsecured Rating Under Review For Downgrade | Dow Jones Institutional News |
| 10/27/2016 | 9:57 AM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--4th Update | Dow Jones Institutional News |
| 10/27/2016 | 10:02 AM | 10/27/2016 | News Highlights: Top Equities Stories Of The Day | Dow Jones Institutional News |
| 10/27/2016 | 10:02 AM | 10/27/2016 | News Highlights: Top Global Markets News of the Day | Dow Jones Institutional News |
| 10/27/2016 | 10:17 AM | 10/27/2016 | News Highlights: Top Equities Stories Of The Day | Dow Jones Institutional News |
| 10/27/2016 | 10:17 AM | 10/27/2016 | News Highlights: Top Global Markets News of the Day | Dow Jones Institutional News |
| 10/27/2016 | 11:28 AM | 10/27/2016 | Qualcomm's NXP Ride Worth a Big Toll -- Heard on the Street | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 10/27/2016 | 12:37 PM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--5th Update | Dow Jones Institutional News |
| 10/27/2016 | 12:52 PM | 10/27/2016 | Qualcomm to Buy NXP Semiconductors--5th Update | Dow Jones Institutional News |
| 10/27/2016 | 1:00 PM | 10/27/2016 | News Highlights: Top Equities Stories Of The Day | Dow Jones Institutional News |
| 10/27/2016 | 1:00 PM | 10/27/2016 | News Highlights: Top Global Markets News of the Day | Dow Jones Institutional News |
| 10/27/2016 | 1:15 PM | 10/27/2016 | News Highlights: Top Equities Stories Of The Day | Dow Jones Institutional News |
| 10/27/2016 | 1:15 PM | 10/27/2016 | News Highlights: Top Global Markets News of the Day | Dow Jones Institutional News |
| 10/27/2016 | 3:59 PM | 10/27/2016 | NXP Deal Adds to Qualcomm CEO's Tumultuous Tenure | Dow Jones Institutional News |
| 10/27/2016 | 4:07 PM | 10/28/2016 | US Stocks Settle Lower -- Market Talk | Dow Jones Institutional News |
| 10/27/2016 | 4:14 PM | 10/28/2016 | NXP Deal Adds to Qualcomm CEO's Tumultuous Tenure | Dow Jones Institutional News |
| 10/27/2016 | 4:51 PM | 10/28/2016 | Tech Down As Apple Disappoints - Tech Roundup | Dow Jones Institutional News |
| 10/27/2016 | 5:05 PM | 10/28/2016 | Qualcomm Files 8K - Entry Into Definitive Agreement >QCOM | Dow Jones Institutional News |
| 10/27/2016 | 5:05 PM | 10/28/2016 | Qualcomm Files 8K - Regulation FD >QCOM | Dow Jones Institutional News |
| 10/27/2016 | 5:46 PM | 10/28/2016 | Qualcomm Creating Subsidiary to Avoid NXP Tax Hit | Dow Jones Institutional News |
| 10/27/2016 | 5:54 PM | 10/28/2016 | Big Breakup Fees if Qualcomm-NXP Falls Apart -- Market Talk | Dow Jones Institutional News |
| 10/27/2016 | 5:54 PM | 10/28/2016 | Big Breakup Fees if Qualcomm-NXP Falls Apart -- Market Talk | Dow Jones Institutional News |
| 10/27/2016 | 6:13 PM | 10/28/2016 | Qualcomm Uses Subsidiary to Avoid NXP Tax Hit -- Market Talk | Dow Jones Institutional News |
| 10/27/2016 | 6:13 PM | 10/28/2016 | Qualcomm Uses Subsidiary to Avoid NXP Tax Hit -- Market Talk | Dow Jones Institutional News |
| 10/27/2016 | 6:17 PM | 10/28/2016 | Chip Makers Cut Deals as Cars Get Smarter | Dow Jones Institutional News |
| 10/27/2016 | 6:32 PM | 10/28/2016 | Chip Makers Cut Deals as Cars Get Smarter | Dow Jones Institutional News |
| 10/27/2016 | 6:35 PM | 10/28/2016 | Qualcomm Creating Subsidiary to Avoid NXP Tax Hit | Dow Jones Newswires Chinese (English) |
| 10/27/2016 | 6:37 PM | 10/28/2016 | Qualcomm to Buy NXP Semiconductors--6th Update | Dow Jones Institutional News |
| 10/27/2016 | 6:52 PM | 10/28/2016 | Qualcomm to Buy NXP Semiconductors--5th Update | Dow Jones Institutional News |
| 10/27/2016 | 8:50 PM | 10/28/2016 | Qualcomm to Buy NXP Semiconductors--5th Update | Dow Jones Newswires Chinese (English) |
| 10/27/2016 | 9:34 PM | 10/28/2016 | What's News: Business & Finance | Dow Jones Institutional News |
| 10/27/2016 | 9:49 PM | 10/28/2016 | What's News: Business & Finance | Dow Jones Institutional News |
| 10/28/2016 | 1:50 AM | 10/28/2016 | Chip Makers Cut Deals as Cars Get Smarter | Dow Jones Newswires Chinese (English) |
| 10/28/2016 | 2:32 AM | 10/28/2016 | Heard on the Street: NXP Worth Price to Qualcomm -- WSJ | Dow Jones Institutional News |
| 10/28/2016 | 2:32 AM | 10/28/2016 | Mergers Hit Record As Election Looms -- WSJ | Dow Jones Institutional News |
| 10/28/2016 | 2:33 AM | 10/28/2016 | Qualcomm Chief Executive Calmly Wades Into Merger Maelstrom -- WSJ | Dow Jones Institutional News |
| 10/28/2016 | 2:33 AM | 10/28/2016 | Qualcomm Makes $39 Billion Bet on Car Tech -- WSJ | Dow Jones Institutional News |
| 10/28/2016 | 2:48 AM | 10/28/2016 | Qualcomm Chief Executive Calmly Wades Into Merger Maelstrom -- WSJ | Dow Jones Institutional News |
| 10/28/2016 | 2:48 AM | 10/28/2016 | Qualcomm Makes $39 Billion Bet on Car Tech -- WSJ | Dow Jones Institutional News |
| 10/28/2016 | 7:30 AM | 10/28/2016 | Press Release: Qualcomm and Lumen Sign Commercial Wireless Electric Vehicle Charging License Agreement | Dow Jones Institutional News |
| 10/28/2016 | 7:54 AM | 10/28/2016 | Qualcomm Raised to Outperform From Market Perform by BMO Capital | Dow Jones Institutional News |
| 10/28/2016 | 7:56 AM | 10/28/2016 | Qualcomm Raised to Outperform From Market Perform by BMO Capital | Dow Jones Newswires Chinese (English) |
| 10/31/2016 | 6:04 AM | 10/31/2016 | Qualcomm Raised to Buy From Neutral by Nomura | Dow Jones Institutional News |
| 10/31/2016 | 6:52 AM | 10/31/2016 | Qualcomm Raised to Buy From Neutral by Nomura | Dow Jones Institutional News |
| 10/31/2016 | 7:05 AM | 10/31/2016 | Qualcomm Raised to Buy From Neutral by Nomura | Dow Jones Newswires Chinese (English) |
| 10/31/2016 | 12:00 PM | 10/31/2016 | Goldman Regains M&A Crown in Tight Race -- Market Talk | Dow Jones Institutional News |
| 10/31/2016 | 12:00 PM | 10/31/2016 | Goldman Regains M&A Crown in Tight Race -- Market Talk | Dow Jones Institutional News |
| 11/2/2016 | 11:06 AM | 11/2/2016 | *Fitch: Qualcomm/NXP Deal Underscores Semiconductor Merger Trend | Dow Jones Institutional News |
| 11/2/2016 | 12:36 PM | 11/2/2016 | Qualcomm Revenue Expected to Rise -- Earnings Preview | Dow Jones Institutional News |
| 11/2/2016 | 2:14 PM | 11/2/2016 | Qualcomm Revenue Expected to Rise -- Earnings Preview | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:01 PM | 11/3/2016 | *Qualcomm 4Q EPS $1.07 >QCOM | Dow Jones Institutional News |
| 11/2/2016 | 4:01 PM | 11/3/2016 | Qualcomm 4Q EPS $1.07 >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:02 PM | 11/3/2016 | *Qualcomm 4Q Rev $6.2B >QCOM | Dow Jones Institutional News |
| 11/2/2016 | 4:02 PM | 11/3/2016 | Qualcomm 4Q EPS $1.07 >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:02 PM | 11/3/2016 | Qualcomm 4Q Net $1.6B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:02 PM | 11/3/2016 | Qualcomm 4Q Rev $6.18B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:03 PM | 11/3/2016 | Press Release: Qualcomm Earnings Release Available on Company's Investor Relations Website | Dow Jones Institutional News |
| 11/2/2016 | 4:03 PM | 11/3/2016 | Qualcomm 4Q Adj EPS $1.28 >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:03 PM | 11/3/2016 | Qualcomm 4Q EPS $1.07 >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:03 PM | 11/3/2016 | Qualcomm 4Q Net $1.6B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:03 PM | 11/3/2016 | Qualcomm 4Q Rev $6.2B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:06 PM | 11/3/2016 | Qualcomm Sees 1Q EPS 91c-EPS $1.01 >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:06 PM | 11/3/2016 | Qualcomm Sees 1Q Rev $5.7B-$6.5B >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:07 PM | 11/3/2016 | Qualcomm Sees 1Q Adj EPS $1.12-Adj EPS $1.22 >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:12 PM | 11/3/2016 | Qualcomm 4Q Total Reported Device Sales $74.2 Billion | Dow Jones Newswires Chinese (English) |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 11/2/2016 | 4:14 PM | 11/3/2016 | Qualcomm Sees NXP Deal Closing by End of 2017 >QCOM | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 4:27 PM | 11/3/2016 | China Delivers in Two Ways for Qualcomm -- Market Talk | Dow Jones Institutional News |
| 11/2/2016 | 4:27 PM | 11/3/2016 | China Delivers in Two Ways for Qualcomm -- Market Talk | Dow Jones Institutional News |
| 11/2/2016 | 4:47 PM | 11/3/2016 | Qualcomm Tops Estimates on Strong Shipments and New Licences | Dow Jones Institutional News |
| 11/2/2016 | 4:52 PM | 11/3/2016 | Tech Down As Election, Rate Fears Overshadow Deal - Tech Roundup | Dow Jones Institutional News |
| 11/2/2016 | 5:00 PM | 11/3/2016 | Qualcomm Tops Estimates on Strong Shipments and New Licences | Dow Jones Institutional News |
| 11/2/2016 | 5:15 PM | 11/3/2016 | Qualcomm Tops Estimates on Strong Shipments and New Licences | Dow Jones Institutional News |
| 11/2/2016 | 5:29 PM | 11/3/2016 | Qualcomm Tops Estimates on Strong Shipments and New Licences | Dow Jones Newswires Chinese (English) |
| 11/2/2016 | 6:09 PM | 11/3/2016 | Qualcomm Tops Estimates on Strong Shipments and New Licences -- Update | Dow Jones Institutional News |
| 11/2/2016 | 8:40 PM | 11/3/2016 | QUALCOMM Q4 2016 Results -- Earnings Call Transcript >QCOM | Dow Jones Institutional News |
| 11/8/2016 | 7:30 AM | 11/8/2016 | Press Release: Qualcomm and Preh Sign Commercial Wireless Electric Vehicle Charging License Agreement | Dow Jones Institutional News |
| 11/8/2016 | 7:39 AM | 11/8/2016 | Qualcomm and Preh Sign Comml Wireless Electric Vehicle Charging License Agreement | Dow Jones Newswires Chinese (English) |
| 11/9/2016 | 5:21 PM | 11/10/2016 | Qualcomm Files 8K - Direct Or Off-Balance Sheet Financial Obligation >QCOM | Dow Jones Institutional News |
| 11/9/2016 | 5:21 PM | 11/10/2016 | Qualcomm Files 8K - Entry Into Definitive Agreement >QCOM | Dow Jones Institutional News |
| 11/10/2016 | 5:05 AM | 11/10/2016 | Qualcomm Cut to Equal-Weight From Overweight by Morgan Stanley | Dow Jones Institutional News |
| 11/10/2016 | 5:09 AM | 11/10/2016 | Qualcomm Cut to Equal-Weight From Overweight by Morgan Stanley | Dow Jones Newswires Chinese (English) |
| 11/10/2016 | 5:09 AM | 11/10/2016 | Qualcomm Maintained With a $65.00/Share Price Target by Morgan Stanley Maintained With a $65.00/Share Price Target by | Dow Jones Newswires Chinese (English) |
| 11/10/2016 | 5:10 AM | 11/10/2016 | Qualcomm Cut to Equal-Weight From Overweight by Morgan Stanley | Dow Jones Newswires Chinese (English) |
| 11/10/2016 | 7:15 PM | 11/11/2016 | GE Appoints a New Director -- Market Talk | Dow Jones Institutional News |
| 11/10/2016 | 7:15 PM | 11/11/2016 | GE Appoints a New Director -- Market Talk | Dow Jones Institutional News |
| 11/10/2016 | 7:41 PM | 11/11/2016 | GE Appoints a New Director -- Market Talk | Dow Jones Newswires Chinese (English) |
| 11/10/2016 | 9:00 PM | 11/11/2016 | Correction CommScope Market Talk | Dow Jones Institutional News |
| 11/11/2016 | 3:01 AM | 11/11/2016 | PRESS RELEASE: YDreams Global Launches New Project for Qualcomm | Dow Jones Institutional News |
| 11/11/2016 | 3:01 AM | 11/11/2016 | PRESS RELEASE: YDreams Global Launches New Project for Qualcomm | Dow Jones Newswires German |
| 11/14/2016 | 7:30 AM | 11/14/2016 | Press Release: Qualcomm Announces 5G NR Spectrum Sharing Prototype System | Dow Jones Institutional News |
| 11/14/2016 | 4:18 PM | 11/15/2016 | *S&PGR Rates Qualcomm's Sr Unsec Term Ln & Revolv Fac 'A+' | Dow Jones Institutional News |
| 11/15/2016 | 7:57 AM | 11/15/2016 | Press Release: Qualcomm and Tencent Announce Joint Innovation Center in China | Dow Jones Institutional News |
| 11/15/2016 | 7:59 AM | 11/15/2016 | Qualcomm and Tencent Announce Joint Innovation Center in China | Dow Jones Newswires Chinese (English) |
| 11/15/2016 | 9:56 AM | 11/15/2016 | Appaloosa's Tepper Adds Big Tech Names; Returns to Delta Air Lines, Bank of America -- Barron's Blog | Dow Jones Institutional News |
| 11/17/2016 | 7:30 AM | 11/17/2016 | Press Release: New Qualcomm Quick Charge 4 Delivers up to 20% Faster Charging, Improved Efficiency | Dow Jones Institutional News |
| 11/17/2016 | 7:30 AM | 11/17/2016 | Press Release: Qualcomm and Samsung Collaborate on 10nm Process Technology For the Latest Snapdragon 835 Mobile Processor | Dow Jones Institutional News |
| 11/17/2016 | 7:30 AM | 11/17/2016 | Press Release: Qualcomm Announces Launch of Bounty Program, offering up to $15,000 USD for the Discovery of Vulnerabilities | Dow Jones Institutional News |
| 11/17/2016 | 8:18 AM | 11/17/2016 | Qualcomm Continues Samsung's Components Success -- Market Talk | Dow Jones Institutional News |
| 11/17/2016 | 8:18 AM | 11/17/2016 | Qualcomm Continues Samsung's Components Success -- Market Talk | Dow Jones Institutional News |
| 11/18/2016 | 2:02 AM | 11/18/2016 | Qualcomm Continues Samsung's Components Success -- Market Talk | Dow Jones Newswires Chinese (English) |
| 11/18/2016 | 7:30 AM | 11/18/2016 | Press Release: Qualcomm Commences Cash Tender Offer for All Outstanding Shares of NXP | Dow Jones Institutional News |
| 11/18/2016 | 7:33 AM | 11/18/2016 | Qualcomm Commences Cash Tender Offer for All Outstanding Shrs of NXP | Dow Jones Newswires Chinese (English) |
| 11/18/2016 | 7:36 AM | 11/18/2016 | Qualcomm Begins $110/Share Tender Offer for NXP >QCOM NXPI | Dow Jones Newswires Chinese (English) |
| 11/28/2016 | 8:36 PM | 11/29/2016 | Samsung Plays Catch-Up on Shareholder Returns -- Market Talk | Dow Jones Institutional News |
| 11/29/2016 | 5:28 PM | 11/30/2016 | Qualcomm Files 8K - Direct Or Off-Balance Sheet Financial Obligation >QCOM | Dow Jones Institutional News |
| 11/29/2016 | 5:28 PM | 11/30/2016 | Qualcomm Files 8K - Entry Into Definitive Agreement >QCOM | Dow Jones Institutional News |
| 11/29/2016 | 5:53 PM | 11/30/2016 | Qualcomm's (QCOM) Management Presents at 20th Annual Credit Suisse Technology, Media, and Telecom Conference (Transcript) >QCOM | Dow Jones Institutional News |
| 11/30/2016 | 7:30 AM | 11/30/2016 | *Qualcomm Announces Intent to Support New Amazon Web Services Greengrass Platform | Dow Jones Institutional News |
| 11/30/2016 | 12:31 PM | 11/30/2016 | AttackIQ Secures $8.8 Million to Help Organizations Validate Security Defenses | GlobeNewswire |
| 12/7/2016 | 7:30 AM | 12/7/2016 | *Qualcomm Unveils Chip to Attack Intel Server Stronghold | Dow Jones Institutional News |
| 12/7/2016 | 7:30 AM | 12/7/2016 | Press Release: Qualcomm Begins Commercial Sampling of World's First 10nm Server Processor and Reshapes the Future of Datacenter Computing | Dow Jones Institutional News |
| 12/7/2016 | 7:30 AM | 12/7/2016 | Qualcomm Unveils Chip to Attack Intel Server Stronghold | Dow Jones Newswires Chinese (English) |
| 12/7/2016 | 7:44 AM | 12/7/2016 | Qualcomm Unveils Chip to Attack Intel Server Stronghold | Dow Jones Institutional News |
| 12/7/2016 | 7:50 AM | 12/7/2016 | Qualcomm Unveils Chip to Attack Intel Server Stronghold | Dow Jones Institutional News |
| 12/7/2016 | 8:05 AM | 12/7/2016 | Qualcomm Unveils Chip to Attack Intel Server Stronghold | Dow Jones Institutional News |
| 12/7/2016 | 8:15 AM | 12/7/2016 | Qualcomm Unveils Chip to Attack Intel Server Stronghold | Dow Jones Newswires Chinese (English) |
| 12/7/2016 | 5:56 PM | 12/8/2016 | Qualcomm's (QCOM) Management Presents at Barclays Global Technology Conference (Transcript) >QCOM | Dow Jones Institutional News |
| 12/7/2016 | 10:00 PM | 12/8/2016 | Microsoft and Qualcomm Team Up on Tablets | Dow Jones Institutional News |
| 12/7/2016 | 10:14 PM | 12/8/2016 | Microsoft and Qualcomm Team Up on Tablets | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 12/8/2016 | 12:20 AM | 12/8/2016 | Microsoft and Qualcomm Team Up on Tablets | Dow Jones Newswires Chinese (English) |
| 12/8/2016 | 2:32 AM | 12/8/2016 | Qualcomm Takes Aim At Intel -- WSJ | Dow Jones Institutional News |
| 12/8/2016 | 2:47 AM | 12/8/2016 | Qualcomm Takes Aim At Intel -- WSJ | Dow Jones Institutional News |
| 12/8/2016 | 3:00 AM | 12/8/2016 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 12/8/2016 | 3:15 AM | 12/8/2016 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 12/8/2016 | 3:30 AM | 12/8/2016 | Microsoft and Qualcomm Team Up on Tablets | Dow Jones Institutional News |
| 12/8/2016 | 3:45 AM | 12/8/2016 | Microsoft and Qualcomm Team Up on Tablets | Dow Jones Institutional News |
| 12/8/2016 | 5:40 AM | 12/8/2016 | Press Release: Qualcomm Collaborates with Microsoft to Support Windows 10 Computing Devices on Next Generation Qualcomm Snapdragon Processors | Dow Jones Institutional News |
| 12/8/2016 | 5:41 AM | 12/8/2016 | Press Release: Microsoft empowers new development opportunities in mixed reality, gaming and cellular PCs | Dow Jones Institutional News |
| 12/8/2016 | 8:41 AM | 12/8/2016 | The Morning Download: Microsoft Chip Pact with Qualcomm Expands Efforts in Mobile | Dow Jones Institutional News |
| 12/13/2016 | 12:30 PM | 12/13/2016 | Press Release: Qualcomm Intends to Collaborate with Google on Android Things OS to Facilitate Rapid, Scalable, Security-Focused IoT Development | Dow Jones Institutional News |
| 12/13/2016 | 12:35 PM | 12/13/2016 | Qualcomm to Collaborate With Google on Android Things OS to Facilitate Rapid, Scalable, Security-Focused IoT Development | Dow Jones Newswires Chinese (English) |
| 12/13/2016 | 12:35 PM | 12/13/2016 | Qualcomm: Android Things Is in Developer Preview >QCOM | Dow Jones Newswires Chinese (English) |
| 12/13/2016 | 12:37 PM | 12/13/2016 | Qualcomm: Android Things Anticipated to Be Released More Broadly Next Yr on Snapdragon Processors >QCOM | Dow Jones Newswires Chinese (English) |
| 12/14/2016 | 7:21 AM | 12/14/2016 | Qualcomm Cut to Neutral From Overweight by JP Morgan | Dow Jones Institutional News |
| 12/14/2016 | 7:22 AM | 12/14/2016 | Qualcomm Cut to Neutral From Overweight by JP Morgan | Dow Jones Newswires Chinese (English) |
| 12/14/2016 | 7:23 AM | 12/14/2016 | Qualcomm Price Target Announced at $70.00/Share by JP Morgan | Dow Jones Newswires Chinese (English) |
| 12/19/2016 | 7:00 PM | 12/20/2016 | Press Release: Qualcomm, Ericsson and SK Telecom announce collaboration on 5G NR trials to accelerate wide-scale 5G deployments | Dow Jones Institutional News |
| 12/21/2016 | 6:41 AM | 12/21/2016 | Qualcomm Initiated at Positive by Susquehanna | Dow Jones Institutional News |
| 12/21/2016 | 6:43 AM | 12/21/2016 | Qualcomm Initiated at Positive by Susquehanna | Dow Jones Newswires Chinese (English) |
| 12/21/2016 | 7:17 AM | 12/21/2016 | Qualcomm Initiated at Neutral by Citigroup Initiated at Neutral by | Dow Jones Institutional News |
| 12/21/2016 | 7:18 AM | 12/21/2016 | Qualcomm Initiated at Neutral by Citigroup Initiated at Neutral by | Dow Jones Newswires Chinese (English) |
| 12/26/2016 | 9:00 PM | 12/27/2016 | Press Release: Qualcomm Signs 3G/4G China Patent License Agreement with Gionee | Dow Jones Institutional News |
| 12/26/2016 | 9:01 PM | 12/27/2016 | Qualcomm Signs 3G/4G China Patent License Agreement With Gionee | Dow Jones Newswires Chinese (English) |
| 12/27/2016 | 12:05 AM | 12/27/2016 | Press Release: Qualcomm Signs 3G/4G China Patent License Agreement with Gionee | Dow Jones Newswires Chinese (English) |
| 12/27/2016 | 10:00 PM | 12/28/2016 | *Qualcomm Fined $852.9 Million in South Korea for Alleged Antitrust Violations | Dow Jones Institutional News |
| 12/27/2016 | 10:01 PM | 12/28/2016 | Qualcomm Fined $852.9 Million in South Korea for Alleged Antitrust Violations | Dow Jones Newswires Chinese (English) |
| 12/27/2016 | 10:03 PM | 12/28/2016 | Qualcomm Says It Will Fight Korean Antitrust Regulator's Decision | Dow Jones Newswires Chinese (English) |
| 12/27/2016 | 10:23 PM | 12/28/2016 | *Qualcomm Responds to Announcement by Korea Fair Trade Commission | Dow Jones Institutional News |
| 12/27/2016 | 10:24 PM | 12/28/2016 | Qualcomm Responds to Announcement by Korea Fair Trade Commission | Dow Jones Newswires Chinese (English) |
| 12/27/2016 | 10:26 PM | 12/28/2016 | Qualcomm: Decision Not Effective Until Final Written Decision Is Issued | Dow Jones Newswires Chinese (English) |
| 12/27/2016 | 10:27 PM | 12/28/2016 | Qualcomm Fined $852.9 Million in South Korea for Alleged Antitrust Violations | Dow Jones Institutional News |
| 12/27/2016 | 10:30 PM | 12/28/2016 | Qualcomm to Defend Itself and Seek Immediate Stay When Final Decision Is Issued | Dow Jones Newswires Chinese (English) |
| 12/27/2016 | 10:40 PM | 12/28/2016 | South Korea to Fine Qualcomm, Alleging Antitrust Violations | Dow Jones Institutional News |
| 12/27/2016 | 10:42 PM | 12/28/2016 | Qualcomm Fined $852.9 Million in South Korea for Alleged Antitrust Violations | Dow Jones Institutional News |
| 12/27/2016 | 10:55 PM | 12/28/2016 | South Korea to Fine Qualcomm, Alleging Antitrust Violations | Dow Jones Institutional News |
| 12/27/2016 | 11:00 PM | 12/28/2016 | Qualcomm Fined $852.9 Million in South Korea for Alleged Antitrust Violations | Dow Jones Newswires Chinese (English) |
| 12/27/2016 | 11:15 PM | 12/28/2016 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 12/27/2016 | 11:20 PM | 12/28/2016 | South Korea Fines Qualcomm For Alleged Antitrust Violations -- Barron's Blog | Dow Jones Institutional News |
| 12/27/2016 | 11:32 PM | 12/28/2016 | South Korea Fines Qualcomm for Alleged Antitrust Violations -- Update | Dow Jones Institutional News |
| 12/27/2016 | 11:47 PM | 12/28/2016 | South Korea Fines Qualcomm for Alleged Antitrust Violations -- Update | Dow Jones Institutional News |
| 12/28/2016 | 1:06 AM | 12/28/2016 | South Korea Fines Qualcomm for Alleged Antitrust Violations -- Update | Dow Jones Newswires Chinese (English) |
| 12/28/2016 | 2:32 AM | 12/28/2016 | Qualcomm Is Fined In South Korea -- WSJ | Dow Jones Institutional News |
| 12/28/2016 | 2:47 AM | 12/28/2016 | Qualcomm Is Fined In South Korea -- WSJ | Dow Jones Institutional News |
| 12/28/2016 | 4:17 AM | 12/28/2016 | South Korea to Fine Qualcomm, Alleging Antitrust Violations -- 2nd Update | Dow Jones Institutional News |
| 12/28/2016 | 4:32 AM | 12/28/2016 | South Korea to Fine Qualcomm, Alleging Antitrust Violations -- 2nd Update | Dow Jones Institutional News |
| 12/28/2016 | 4:32 AM | 12/28/2016 | South Korea to Fine Qualcomm, Alleging Antitrust Violations -- 3rd Update | Dow Jones Institutional News |
| 12/28/2016 | 4:47 AM | 12/28/2016 | South Korea to Fine Qualcomm, Alleging Antitrust Violations -- 3rd Update | Dow Jones Institutional News |
| 12/28/2016 | 6:04 AM | 12/28/2016 | Qualcomm Responds to Announcement by Korea Fair Trade Commission | Dow Jones Newswires Chinese (English) |
| 12/28/2016 | 6:07 AM | 12/28/2016 | Qualcomm: Korea Fair Trade Commission Decision 'Unprecedented and Insupportable' >QCOM | Dow Jones Newswires Chinese (English) |
| 12/28/2016 | 6:12 AM | 12/28/2016 | Upon Receipt of KFTC Order, Qualcomm Will File for Immediate Stay of Corrective Order, Appeal KFTC's Decision >QCOM | Dow Jones Newswires Chinese (English) |
| 12/28/2016 | 9:00 AM | 12/28/2016 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 12/28/2016 | 9:15 AM | 12/28/2016 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date (1) | Time (2) | Effective Date (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 12/28/2016 | 1:05 PM | 12/28/2016 | Qualcomm: The Company Governments Love to Hate -- Heard on the Street | Dow Jones Institutional News |
| 12/28/2016 | 4:37 PM | 12/29/2016 | Tech Cos Down On Economic Fears -- Tech Roundup | Dow Jones Institutional News |
| 12/28/2016 | 8:55 PM | 12/29/2016 | Qualcomm: The Company Governments Love to Hate -- Heard on the Street | Dow Jones Newswires Chinese (English) |
| 12/29/2016 | 2:33 AM | 12/29/2016 | Heard on the Street: A Chip Maker Governments Love to Hate -- WSJ | Dow Jones Institutional News |
| 12/30/2016 | 12:30 AM | 12/30/2016 | Press Release: Qualcomm and Meizu Sign 3G/4G Global Patent License Agreement | Dow Jones Institutional News |
| 12/30/2016 | 1:28 AM | 12/30/2016 | Qualcomm and China's Meizu Sign 3G/4G Global Patent License Agreement | Dow Jones Newswires Chinese (English) |
| 12/30/2016 | 1:29 AM | 12/30/2016 | Qualcomm, Meizu Agreement Resolves All Patent Disputes Between Companies >QCOM | Dow Jones Newswires Chinese (English) |
| 12/30/2016 | 1:32 AM | 12/30/2016 | Qualcomm-Meizu Agreement Resolves All Patent Disputes Between Companies in China, Germ | Dow Jones Newswires Chinese (English) |
| 12/30/2016 | 1:33 AM | 12/30/2016 | Qualcomm and China's Meizu Sign 3G/4G Global Patent License Agreement | Dow Jones Newswires Chinese (English) |
| 12/30/2016 | 1:33 AM | 12/30/2016 | Qualcomm, Meizu Agreement Resolves All Patent Disputes Between Companies >QCOM | Dow Jones Newswires Chinese (English) |
| 12/30/2016 | 2:55 AM | 12/30/2016 | Press Release: Qualcomm and Meizu Sign 3G/4G Global Patent License Agreement | Dow Jones Newswires Chinese (English) |
| 12/30/2016 | 3:00 AM | 12/30/2016 | Qualcomm, Chinese Smartphone Maker Meizu Settle Patent Dispute | Dow Jones Institutional News |
| 12/30/2016 | 3:15 AM | 12/30/2016 | Qualcomm, Chinese Smartphone Maker Meizu Settle Patent Dispute | Dow Jones Institutional News |
| 12/30/2016 | 3:20 AM | 12/30/2016 | Qualcomm Settles Patent Dispute With Chinaâ€™s Meizu | Dow Jones Institutional News |
| 12/30/2016 | 3:35 AM | 12/30/2016 | Qualcomm Settles Patent Dispute With Chinaâ€™s Meizu | Dow Jones Institutional News |
| 12/30/2016 | 4:17 AM | 12/30/2016 | Qualcomm, Chinese Smartphone Maker Meizu Settle Patent Dispute | Dow Jones Newswires Chinese (English) |
| 12/30/2016 | 5:00 AM | 12/30/2016 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 12/30/2016 | 5:15 AM | 12/30/2016 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 12/30/2016 | 7:00 AM | 12/30/2016 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 12/30/2016 | 7:15 AM | 12/30/2016 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 12/30/2016 | 4:56 PM | 1/3/2017 | Tech Stocks Down On Defensive Tone - Tech Roundup | Dow Jones Institutional News |
| 12/30/2016 | 4:59 PM | 1/3/2017 | Press Release: Intrinsyc Technologies Introduces Next Generation System on Module based on Qualcomm Snapdragon 820 Processor | Dow Jones Institutional News |
| 12/31/2016 | 2:33 AM | 1/3/2017 | Qualcomm Adds China Patent Pact -- WSJ | Dow Jones Institutional News |
| 12/31/2016 | 2:48 AM | 1/3/2017 | Qualcomm Adds China Patent Pact -- WSJ | Dow Jones Institutional News |
| 1/3/2017 | 9:58 AM | 1/3/2017 | *Qualcomm to Invest in SoftBank's Giant New Technology Fund -- Sources | Dow Jones Institutional News |
| 1/3/2017 | 9:59 AM | 1/3/2017 | Qualcomm to Invest in SoftBank's Giant New Technology Fund -- Sources | Dow Jones Newswires Chinese (English) |
| 1/3/2017 | 10:00 AM | 1/3/2017 | Qualcomm Joins Apple in Backing $100-Billion SoftBank Investment Fund -- Sources | Dow Jones Newswires Chinese (English) |
| 1/3/2017 | 10:10 AM | 1/3/2017 | Qualcomm to Invest in SoftBankâ€™s Technology Fund | Dow Jones Institutional News |
| 1/3/2017 | 10:25 AM | 1/3/2017 | Qualcomm to Invest in SoftBankâ€™s Technology Fund | Dow Jones Institutional News |
| 1/3/2017 | 10:31 AM | 1/3/2017 | Qualcomm to Invest in SoftBank's New Technology Fund | Dow Jones Newswires Chinese (English) |
| 1/3/2017 | 11:00 AM | 1/3/2017 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 1/3/2017 | 11:00 AM | 1/3/2017 | News Highlights: Top Financial Services News of the Day | Dow Jones Institutional News |
| 1/3/2017 | 11:15 AM | 1/3/2017 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 1/3/2017 | 11:15 AM | 1/3/2017 | News Highlights: Top Financial Services News of the Day | Dow Jones Institutional News |
| 1/3/2017 | 12:33 PM | 1/3/2017 | Apple, Qualcomm Plan to Invest in SoftBank Fund -- Market Talk | Dow Jones Institutional News |
| 1/3/2017 | 12:33 PM | 1/3/2017 | Apple, Qualcomm Plan to Invest in SoftBank Fund -- Market Talk | Dow Jones Institutional News |
| 1/3/2017 | 5:00 PM | 1/4/2017 | *Qualcomm Cutting-Edge Automotive Solutions Power Next Generation Infotainment for Volkswagen Vehicles | Dow Jones Institutional News |
| 1/3/2017 | 5:00 PM | 1/4/2017 | Press Release: Qualcomm, Ericsson and AT&T announce collaboration on 5G New Radio trials intended to accelerate wide-scale 5G deployments | Dow Jones Institutional News |
| 1/3/2017 | 5:00 PM | 1/4/2017 | Qualcomm Looks Beyond Smartphones With New Chip | Dow Jones Institutional News |
| 1/3/2017 | 5:04 PM | 1/4/2017 | Press Release: Consortium of Leading Automotive and Telecom Companies Host 3GPP Release 14 Cellular-V2X Technology Field Trial in Germany | Dow Jones Institutional News |
| 1/3/2017 | 5:04 PM | 1/4/2017 | Press Release: Qualcomm and ODG Announce the First Augmented Reality Smartglasses Powered by the New Snapdragon 835 Processor | Dow Jones Institutional News |
| 1/3/2017 | 5:04 PM | 1/4/2017 | Press Release: Qualcomm Announces Gigabit Class LTE for Next Generation Connected Vehicles | Dow Jones Institutional News |
| 1/3/2017 | 5:04 PM | 1/4/2017 | Press Release: Qualcomm Brings Active Noise Cancelling Technology into Ultra-Small Earbuds and Headphones | Dow Jones Institutional News |
| 1/3/2017 | 5:04 PM | 1/4/2017 | Press Release: Qualcomm Snapdragon 835 Mobile Platform to Power Next-Generation Immersive Experiences | Dow Jones Institutional News |
| 1/3/2017 | 5:04 PM | 1/4/2017 | Press Release: Qualcomm Technologies Announces Enhancements to the Qualcomm Network with New IoT Connectivity Platform and Expanded Wi-Fi SON Features | Dow Jones Institutional News |
| 1/3/2017 | 5:04 PM | 1/4/2017 | Press Release: Qualcomm TrueWireless Stereo Technology Drives Innovation in Bluetooth Stereo Headset and Hearables Categories | Dow Jones Institutional News |
| 1/3/2017 | 5:04 PM | 1/4/2017 | Press Release: Verizon and Qualcomm Unveil Next Chapter of Growth for the Internet of Things | Dow Jones Institutional News |
| 1/3/2017 | 5:06 PM | 1/4/2017 | Qualcomm, Ericsson and AT&T Announce Collaboration on 5G New Radio Trials Intended to Accelerate Wide-Scale 5G Deployments | Dow Jones Newswires Chinese (English) |
| 1/3/2017 | 5:07 PM | 1/4/2017 | Qualcomm Cutting-Edge Automotive Solutions Power Next Generation Infotainment for Volkswagen Vehicles | Dow Jones Newswires Chinese (English) |
| 1/3/2017 | 5:14 PM | 1/4/2017 | Qualcomm Looks Beyond Smartphones With New Chip | Dow Jones Institutional News |
| 1/3/2017 | 6:21 PM | 1/4/2017 | Qualcomm Looks Beyond Smartphones With New Chip -- Update | Dow Jones Institutional News |
| 1/3/2017 | 6:36 PM | 1/4/2017 | Qualcomm Looks Beyond Smartphones With New Chip -- Update | Dow Jones Institutional News |
| 1/3/2017 | 7:04 PM | 1/4/2017 | Tech Shares Gain Amid Growth Bets -- Technology Roundup | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date<br>(1) | Time<br>(2) | Effective Date<br>(3) | Headline<br>(4) | News Source<br>(5) |
|---|---|---|---|---|
| 1/3/2017 | 7:04 PM | 1/4/2017 | Telecoms Rally -- Telecoms Roundup | Dow Jones Institutional News |
| 1/3/2017 | 8:00 PM | 1/4/2017 | Alarm.com to Develop Drone Applications for Smart Home and Business Security | GlobeNewswire |
| 1/3/2017 | 8:00 PM | 1/4/2017 | Press Release: Alarm.com to Develop Drone Applications for Smart Home and Business Security | Dow Jones Institutional News |
| 1/3/2017 | 8:26 PM | 1/4/2017 | Qualcomm Looks Beyond Smartphones With New Chip | Dow Jones Newswires Chinese (English) |
| 1/3/2017 | 8:38 PM | 1/4/2017 | Qualcomm Joins Apple To Invest In SoftBank's $100 Billion Tech Fund: WSJ -- Barron's Blog | Dow Jones Institutional News |
| 1/3/2017 | 8:40 PM | 1/4/2017 | Qualcomm Looks Beyond Smartphones With New Chip | Dow Jones Institutional News |
| 1/3/2017 | 8:55 PM | 1/4/2017 | Qualcomm Looks Beyond Smartphones With New Chip | Dow Jones Institutional News |
| 1/3/2017 | 9:00 PM | 1/4/2017 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 1/3/2017 | 9:15 PM | 1/4/2017 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 1/4/2017 | 2:32 AM | 1/4/2017 | Qualcomm Adds Chip For Connected Devices -- WSJ | Dow Jones Institutional News |
| 1/4/2017 | 2:32 AM | 1/4/2017 | SoftBank's Fund Hits Its $100 Billion Goal -- WSJ | Dow Jones Institutional News |
| 1/4/2017 | 9:23 AM | 1/4/2017 | Press Release: Mattel's nabi(R) Brand Introduces First-Ever Connected Kids Room Platform In Tandem With Microsoft And Qualcomm - Aristotle(TM) | Dow Jones Institutional News |
| 1/5/2017 | 11:52 AM | 1/5/2017 | Meeami Technologies, together with Qualcomm Technologies and XMOS, Enable Enhanced Voice Recognition for Amazon Alexa Voice Services (AVS... | GlobeNewswire |
| 1/5/2017 | 3:10 PM | 1/5/2017 | Mobileye's Road Gets More Crowded -- Heard on the Street | Dow Jones Institutional News |
| 1/6/2017 | 2:27 AM | 1/6/2017 | Mobileye's Road Gets More Crowded -- Heard on the Street | Dow Jones Newswires Chinese (English) |
| 1/6/2017 | 2:33 AM | 1/6/2017 | Heard on the Street: Mobileye's Road Gets Crowded -- WSJ | Dow Jones Institutional News |
| 1/6/2017 | 9:00 AM | 1/6/2017 | Press Release: Telit to roll out LTE Category M1 module in the U.S. with Verizon and Qualcomm | Dow Jones Institutional News |
| 1/10/2017 | 9:30 AM | 1/10/2017 | Press Release: Qualcomm Schedules First Quarter Fiscal 2017 Earnings Release and Conference Call | Dow Jones Institutional News |
| 1/10/2017 | 11:00 PM | 1/11/2017 | Press Release: Qualcomm Appoints Larry Paulson as Vice President and President of Qualcomm India | Dow Jones Institutional News |
| 1/12/2017 | 9:00 AM | 1/12/2017 | Press Release: Qualcomm Announces Quarterly Cash Dividend | Dow Jones Institutional News |
| 1/12/2017 | 11:10 AM | 1/12/2017 | Press Release: Macronix Memory Incorporated in New Qualcomm Technologies' LTE IoT Chipset Reference Design | Dow Jones Institutional News |
| 1/17/2017 | 5:41 AM | 1/17/2017 | Press Release: Qualcomm announces expansion of its Design in India Program | Dow Jones Institutional News |
| 1/17/2017 | 4:03 PM | 1/18/2017 | *Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm | Dow Jones Institutional News |
| 1/17/2017 | 4:03 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm Files Antitrust Lawsuit Against | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 4:04 PM | 1/18/2017 | FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 4:04 PM | 1/18/2017 | FTC Seeks Court Order Barring Qualcomm Tactics | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 5:00 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm | Dow Jones Institutional News |
| 1/17/2017 | 5:02 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 5:03 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm | Dow Jones Institutional News |
| 1/17/2017 | 5:50 PM | 1/18/2017 | *Qualcomm Responds to Complaint From U.S. FTC | Dow Jones Institutional News |
| 1/17/2017 | 5:51 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update | Dow Jones Institutional News |
| 1/17/2017 | 5:53 PM | 1/18/2017 | Qualcomm Responds to Complaint From U.S. FTC | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 5:55 PM | 1/18/2017 | Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 5:56 PM | 1/18/2017 | Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 5:57 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update | Dow Jones Institutional News |
| 1/17/2017 | 5:59 PM | 1/18/2017 | Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 6:02 PM | 1/18/2017 | Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 6:04 PM | 1/18/2017 | Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration' | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 6:05 PM | 1/18/2017 | Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM | Dow Jones Newswires Chinese (English) |
| 1/17/2017 | 6:06 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update | Dow Jones Institutional News |
| 1/17/2017 | 6:12 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update | Dow Jones Institutional News |
| 1/17/2017 | 7:11 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 3rd Update | Dow Jones Institutional News |
| 1/17/2017 | 7:26 PM | 1/18/2017 | Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 3rd Update | Dow Jones Institutional News |
| 1/18/2017 | 2:33 AM | 1/18/2017 | FTC Files Lawsuit Against Qualcomm -- WSJ | Dow Jones Institutional News |
| 1/18/2017 | 2:48 AM | 1/18/2017 | FTC Files Lawsuit Against Qualcomm -- WSJ | Dow Jones Institutional News |
| 1/18/2017 | 2:35 PM | 1/18/2017 | Qualcomm Awaits a New Kind of Trump Bump | Dow Jones Institutional News |
| 1/19/2017 | 4:26 AM | 1/19/2017 | DJ QUALCOMM Incorporated, Inst Holders, 4Q 2016 (QCOM) | Dow Jones Institutional News |
| 1/19/2017 | 10:07 AM | 1/19/2017 | FTC's Qualcomm Suit Exposes Tensions in Smartphone Industry | Dow Jones Institutional News |
| 1/19/2017 | 10:10 AM | 1/19/2017 | FTCâ€™s Qualcomm Suit Exposes Tensions in Smartphone Industry | Dow Jones Institutional News |
| 1/19/2017 | 10:22 AM | 1/19/2017 | FTC's Qualcomm Suit Exposes Tensions in Smartphone Industry | Dow Jones Institutional News |
| 1/19/2017 | 4:59 PM | 1/20/2017 | *Qualcomm CEO Mollenkopf 2016 Total Compensation $11.1 Million | Dow Jones Institutional News |

**Exhibit 2 (Text Search)**
**Qualcomm Incorporated**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibit 8a**

| Date | Time | Effective Date | Headline | News Source |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |

**Notes and Sources:**

[1] On days when news came out after 4:00PM or when there was news on a non-trading day, the next trading day was considered the effective date.

**Exhibit 3**
**Qualcomm Incorporated**
**Weekly Trading Volume as a Percent of Shares Outstanding**
**For Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Week (1) | First Trading Date of Week (2) | Unadjusted Weekly Volume (3) | Adjusted Weekly Volume[2] (4) (3) × (1 - 0.5476) | Shares Outstanding[3] (5) | Percent of Shares Traded Weekly (Unadjusted Volume) (6) (3) / (5) | Percent of Shares Traded Weekly (Adjusted Volume) (7) (4) / (5) |
|---|---|---|---|---|---|---|
| 1 | 2/1/2012 | 80,005,742 | 36,194,598 | 1,691,418,257 | 4.73 % | 2.14 % |
| 2 | 2/6/2012 | 59,192,072 | 26,778,493 | 1,691,418,257 | 3.50 | 1.58 |
| 3 | 2/13/2012 | 56,132,919 | 25,394,533 | 1,691,418,257 | 3.32 | 1.50 |
| 4 | 2/21/2012 | 36,958,127 | 16,719,857 | 1,691,418,257 | 2.19 | 0.99 |
| 5 | 2/27/2012 | 52,001,400 | 23,525,433 | 1,691,418,257 | 3.07 | 1.39 |
| 6 | 3/5/2012 | 58,580,314 | 26,501,734 | 1,691,418,257 | 3.46 | 1.57 |
| 7 | 3/12/2012 | 62,450,437 | 28,252,578 | 1,691,418,257 | 3.69 | 1.67 |
| 8 | 3/19/2012 | 56,897,245 | 25,740,314 | 1,691,418,257 | 3.36 | 1.52 |
| 9 | 3/26/2012 | 53,765,360 | 24,323,449 | 1,691,418,257 | 3.18 | 1.44 |
| 10 | 4/2/2012 | 47,700,070 | 21,579,512 | 1,691,418,257 | 2.82 | 1.28 |
| 11 | 4/9/2012 | 70,569,643 | 31,925,706 | 1,691,418,257 | 4.17 | 1.89 |
| 12 | 4/16/2012 | 116,840,444 | 52,858,617 | 1,714,274,812 | 6.82 | 3.08 |
| 13 | 4/23/2012 | 65,569,902 | 29,663,824 | 1,714,274,812 | 3.82 | 1.73 |
| 14 | 4/30/2012 | 51,822,968 | 23,444,711 | 1,714,274,812 | 3.02 | 1.37 |
| 15 | 5/7/2012 | 52,761,224 | 23,869,178 | 1,714,274,812 | 3.08 | 1.39 |
| 16 | 5/14/2012 | 83,345,689 | 37,705,590 | 1,714,274,812 | 4.86 | 2.20 |
| 17 | 5/21/2012 | 73,101,556 | 33,071,144 | 1,714,274,812 | 4.26 | 1.93 |
| 18 | 5/29/2012 | 52,940,789 | 23,950,413 | 1,714,274,812 | 3.09 | 1.40 |
| 19 | 6/4/2012 | 55,005,126 | 24,884,319 | 1,714,274,812 | 3.21 | 1.45 |
| 20 | 6/11/2012 | 93,183,298 | 42,156,124 | 1,714,274,812 | 5.44 | 2.46 |
| 21 | 6/18/2012 | 64,641,696 | 29,243,903 | 1,714,274,812 | 3.77 | 1.71 |
| 22 | 6/25/2012 | 71,811,487 | 32,487,517 | 1,714,274,812 | 4.19 | 1.90 |
| 23 | 7/2/2012 | 36,332,099 | 16,436,642 | 1,714,274,812 | 2.12 | 0.96 |
| 24 | 7/9/2012 | 54,354,356 | 24,589,911 | 1,714,274,812 | 3.17 | 1.43 |
| 25 | 7/16/2012 | 88,023,413 | 39,821,792 | 1,703,349,039 | 5.17 | 2.34 |
| 26 | 7/23/2012 | 54,696,917 | 24,744,885 | 1,703,349,039 | 3.21 | 1.45 |
| 27 | 7/30/2012 | 48,198,785 | 21,805,130 | 1,703,349,039 | 2.83 | 1.28 |
| 28 | 8/6/2012 | 36,417,387 | 16,475,226 | 1,703,349,039 | 2.14 | 0.97 |
| 29 | 8/13/2012 | 51,403,013 | 23,254,723 | 1,703,349,039 | 3.02 | 1.37 |
| 30 | 8/20/2012 | 39,164,461 | 17,718,002 | 1,703,349,039 | 2.30 | 1.04 |
| 31 | 8/27/2012 | 36,985,712 | 16,732,336 | 1,703,349,039 | 2.17 | 0.98 |
| 32 | 9/4/2012 | 40,037,440 | 18,112,938 | 1,703,349,039 | 2.35 | 1.06 |
| 33 | 9/10/2012 | 60,076,603 | 27,178,655 | 1,703,349,039 | 3.53 | 1.60 |
| 34 | 9/17/2012 | 61,200,436 | 27,687,077 | 1,703,349,039 | 3.59 | 1.63 |
| 35 | 9/24/2012 | 53,430,147 | 24,171,799 | 1,703,349,039 | 3.14 | 1.42 |
| 36 | 10/1/2012 | 43,362,659 | 19,617,267 | 1,703,349,039 | 2.55 | 1.15 |
| 37 | 10/8/2012 | 57,555,319 | 26,038,026 | 1,703,349,039 | 3.38 | 1.53 |
| 38 | 10/15/2012 | 65,808,774 | 29,771,889 | 1,703,349,039 | 3.86 | 1.75 |
| 39 | 10/22/2012 | 54,371,844 | 24,597,822 | 1,703,349,039 | 3.19 | 1.44 |
| 40 | 10/31/2012 | 28,257,004 | 12,783,469 | 1,703,349,039 | 1.66 | 0.75 |
| 41 | 11/5/2012 | 92,064,626 | 41,650,037 | 1,704,029,150 | 5.40 | 2.44 |
| 42 | 11/12/2012 | 66,942,629 | 30,284,845 | 1,704,029,150 | 3.93 | 1.78 |
| 43 | 11/19/2012 | 34,566,444 | 15,637,859 | 1,704,029,150 | 2.03 | 0.92 |
| 44 | 11/26/2012 | 55,201,804 | 24,973,296 | 1,704,029,150 | 3.24 | 1.47 |
| 45 | 12/3/2012 | 48,605,866 | 21,989,294 | 1,704,029,150 | 2.85 | 1.29 |
| 46 | 12/10/2012 | 78,763,305 | 35,632,519 | 1,704,029,150 | 4.62 | 2.09 |
| 47 | 12/17/2012 | 78,386,668 | 35,462,129 | 1,714,352,304 | 4.57 | 2.07 |

PX32

**Exhibit 3**
**Qualcomm Incorporated**
**Weekly Trading Volume as a Percent of Shares Outstanding**
**For Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Week<br>(1) | First Trading Date of Week<br>(2) | Unadjusted Weekly Volume<br>(3) | Adjusted Weekly Volume[2]<br>(4)<br>(3) × (1 - 0.5476) | Shares Outstanding[3]<br>(5) | Percent of Shares Traded Weekly (Unadjusted Volume)<br>(6)<br>(3) / (5) | Percent of Shares Traded Weekly (Adjusted Volume)<br>(7)<br>(4) / (5) |
|---|---|---|---|---|---|---|
| 48 | 12/24/2012 | 29,013,943 | 13,125,908 | 1,714,352,304 | 1.69 % | 0.77 % |
| 49 | 12/31/2012 | 60,840,329 | 27,524,165 | 1,714,352,304 | 3.55 | 1.61 |
| 50 | 1/7/2013 | 55,420,580 | 25,072,270 | 1,716,764,257 | 3.23 | 1.46 |
| 51 | 1/14/2013 | 49,444,980 | 22,368,909 | 1,716,764,257 | 2.88 | 1.30 |
| 52 | 1/22/2013 | 46,342,404 | 20,965,304 | 1,716,764,257 | 2.70 | 1.22 |
| 53 | 1/28/2013 | 86,015,363 | 38,913,350 | 1,718,129,898 | 5.01 | 2.26 |
| 54 | 2/4/2013 | 56,784,403 | 25,689,264 | 1,718,129,898 | 3.31 | 1.50 |
| 55 | 2/11/2013 | 57,191,172 | 25,873,286 | 1,718,129,898 | 3.33 | 1.51 |
| 56 | 2/19/2013 | 38,699,072 | 17,507,460 | 1,718,129,898 | 2.25 | 1.02 |
| 57 | 2/25/2013 | 52,870,157 | 23,918,459 | 1,718,129,898 | 3.08 | 1.39 |
| 58 | 3/4/2013 | 59,039,588 | 26,709,510 | 1,718,129,898 | 3.44 | 1.55 |
| 59 | 3/11/2013 | 60,745,813 | 27,481,406 | 1,718,129,898 | 3.54 | 1.60 |
| 60 | 3/18/2013 | 54,272,884 | 24,553,053 | 1,718,129,898 | 3.16 | 1.43 |
| 61 | 3/25/2013 | 33,407,149 | 15,113,394 | 1,718,129,898 | 1.94 | 0.88 |
| 62 | 4/1/2013 | 46,748,819 | 21,149,166 | 1,718,129,898 | 2.72 | 1.23 |
| 63 | 4/8/2013 | 50,709,581 | 22,941,014 | 1,718,129,898 | 2.95 | 1.34 |
| 64 | 4/15/2013 | 61,270,099 | 27,718,593 | 1,718,129,898 | 3.57 | 1.61 |
| 65 | 4/22/2013 | 124,465,961 | 56,308,401 | 1,727,835,431 | 7.20 | 3.26 |
| 66 | 4/29/2013 | 84,416,375 | 38,189,968 | 1,727,835,431 | 4.89 | 2.21 |
| 67 | 5/6/2013 | 50,388,503 | 22,795,759 | 1,727,835,431 | 2.92 | 1.32 |
| 68 | 5/13/2013 | 52,580,221 | 23,787,292 | 1,727,835,431 | 3.04 | 1.38 |
| 69 | 5/20/2013 | 64,548,269 | 29,201,637 | 1,727,835,431 | 3.74 | 1.69 |
| 70 | 5/28/2013 | 47,316,606 | 21,406,033 | 1,727,835,431 | 2.74 | 1.24 |
| 71 | 6/3/2013 | 78,371,760 | 35,455,384 | 1,727,835,431 | 4.54 | 2.05 |
| 72 | 6/10/2013 | 58,962,078 | 26,674,444 | 1,727,835,431 | 3.41 | 1.54 |
| 73 | 6/17/2013 | 75,862,870 | 34,320,362 | 1,727,835,431 | 4.39 | 1.99 |
| 74 | 6/24/2013 | 88,765,826 | 40,157,660 | 1,727,835,431 | 5.14 | 2.32 |
| 75 | 7/1/2013 | 30,917,510 | 13,987,082 | 1,727,835,431 | 1.79 | 0.81 |
| 76 | 7/8/2013 | 86,004,816 | 38,908,579 | 1,727,835,431 | 4.98 | 2.25 |
| 77 | 7/15/2013 | 79,167,476 | 35,815,366 | 1,727,835,431 | 4.58 | 2.07 |
| 78 | 7/22/2013 | 84,928,404 | 38,421,610 | 1,715,425,829 | 4.95 | 2.24 |
| 79 | 7/29/2013 | 64,303,155 | 29,090,747 | 1,715,425,829 | 3.75 | 1.70 |
| 80 | 8/5/2013 | 51,463,627 | 23,282,145 | 1,715,425,829 | 3.00 | 1.36 |
| 81 | 8/12/2013 | 54,525,893 | 24,667,514 | 1,715,425,829 | 3.18 | 1.44 |
| 82 | 8/19/2013 | 41,680,870 | 18,856,426 | 1,715,425,829 | 2.43 | 1.10 |
| 83 | 8/26/2013 | 42,953,434 | 19,432,134 | 1,715,425,829 | 2.50 | 1.13 |
| 84 | 9/3/2013 | 38,152,074 | 17,259,998 | 1,715,425,829 | 2.22 | 1.01 |
| 85 | 9/9/2013 | 78,350,438 | 35,445,738 | 1,715,425,829 | 4.57 | 2.07 |
| 86 | 9/16/2013 | 67,990,049 | 30,758,698 | 1,715,425,829 | 3.96 | 1.79 |
| 87 | 9/23/2013 | 44,480,303 | 20,122,889 | 1,715,425,829 | 2.59 | 1.17 |
| 88 | 9/30/2013 | 35,569,467 | 16,091,627 | 1,715,425,829 | 2.07 | 0.94 |
| 89 | 10/7/2013 | 45,905,714 | 20,767,745 | 1,715,425,829 | 2.68 | 1.21 |
| 90 | 10/14/2013 | 37,250,595 | 16,852,169 | 1,715,425,829 | 2.17 | 0.98 |
| 91 | 10/21/2013 | 44,646,504 | 20,198,078 | 1,715,425,829 | 2.60 | 1.18 |
| 92 | 10/28/2013 | 45,112,141 | 20,408,733 | 1,715,425,829 | 2.63 | 1.19 |
| 93 | 11/4/2013 | 79,869,892 | 36,133,139 | 1,689,435,673 | 4.73 | 2.14 |
| 94 | 11/11/2013 | 63,268,364 | 28,622,608 | 1,689,435,673 | 3.74 | 1.69 |

**Exhibit 3**
**Qualcomm Incorporated**
**Weekly Trading Volume as a Percent of Shares Outstanding**
**For Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Week (1) | First Trading Date of Week (2) | Unadjusted Weekly Volume (3) | Adjusted Weekly Volume[2] (4) (3) × (1 - 0.5476) | Shares Outstanding[3] (5) | Percent of Shares Traded Weekly (Unadjusted Volume) (6) (3) / (5) | Percent of Shares Traded Weekly (Adjusted Volume) (7) (4) / (5) |
|---|---|---|---|---|---|---|
| 95 | 11/18/2013 | 62,766,529 | 28,395,578 | 1,689,435,673 | 3.72 % | 1.68 % |
| 96 | 11/25/2013 | 46,951,783 | 21,240,987 | 1,689,435,673 | 2.78 | 1.26 |
| 97 | 12/2/2013 | 37,926,784 | 17,158,077 | 1,689,435,673 | 2.24 | 1.02 |
| 98 | 12/9/2013 | 45,857,687 | 20,746,018 | 1,689,435,673 | 2.71 | 1.23 |
| 99 | 12/16/2013 | 57,487,231 | 26,007,223 | 1,686,810,716 | 3.41 | 1.54 |
| 100 | 12/23/2013 | 21,417,333 | 9,689,201 | 1,686,810,716 | 1.27 | 0.57 |
| 101 | 12/30/2013 | 29,195,657 | 13,208,115 | 1,686,810,716 | 1.73 | 0.78 |
| 102 | 1/6/2014 | 40,750,876 | 18,435,696 | 1,687,803,144 | 2.41 | 1.09 |
| 103 | 1/13/2014 | 51,129,232 | 23,130,865 | 1,687,803,144 | 3.03 | 1.37 |
| 104 | 1/21/2014 | 36,176,497 | 16,366,247 | 1,687,803,144 | 2.14 | 0.97 |
| 105 | 1/27/2014 | 80,664,959 | 36,492,827 | 1,691,079,925 | 4.77 | 2.16 |
| 106 | 2/3/2014 | 55,320,637 | 25,027,056 | 1,691,079,925 | 3.27 | 1.48 |
| 107 | 2/10/2014 | 45,436,044 | 20,555,266 | 1,691,079,925 | 2.69 | 1.22 |
| 108 | 2/18/2014 | 33,325,274 | 15,076,354 | 1,691,079,925 | 1.97 | 0.89 |
| 109 | 2/24/2014 | 40,659,858 | 18,394,520 | 1,691,079,925 | 2.40 | 1.09 |
| 110 | 3/3/2014 | 46,758,480 | 21,153,536 | 1,691,079,925 | 2.77 | 1.25 |
| 111 | 3/10/2014 | 42,344,569 | 19,156,683 | 1,691,079,925 | 2.50 | 1.13 |
| 112 | 3/17/2014 | 67,332,113 | 30,461,048 | 1,691,079,925 | 3.98 | 1.80 |
| 113 | 3/24/2014 | 52,573,438 | 23,784,223 | 1,691,079,925 | 3.11 | 1.41 |
| 114 | 3/31/2014 | 45,744,971 | 20,695,025 | 1,691,079,925 | 2.71 | 1.22 |
| 115 | 4/7/2014 | 47,248,801 | 21,375,358 | 1,691,079,925 | 2.79 | 1.26 |
| 116 | 4/14/2014 | 34,809,553 | 15,747,842 | 1,691,079,925 | 2.06 | 0.93 |
| 117 | 4/21/2014 | 60,946,216 | 27,572,068 | 1,687,873,532 | 3.61 | 1.63 |
| 118 | 4/28/2014 | 43,170,430 | 19,530,303 | 1,687,873,532 | 2.56 | 1.16 |
| 119 | 5/5/2014 | 37,891,198 | 17,141,978 | 1,687,873,532 | 2.24 | 1.02 |
| 120 | 5/12/2014 | 39,521,296 | 17,879,434 | 1,687,873,532 | 2.34 | 1.06 |
| 121 | 5/19/2014 | 32,423,044 | 14,668,185 | 1,687,873,532 | 1.92 | 0.87 |
| 122 | 5/27/2014 | 32,779,062 | 14,829,248 | 1,687,873,532 | 1.94 | 0.88 |
| 123 | 6/2/2014 | 37,029,554 | 16,752,170 | 1,687,873,532 | 2.19 | 0.99 |
| 124 | 6/9/2014 | 36,134,703 | 16,347,340 | 1,687,873,532 | 2.14 | 0.97 |
| 125 | 6/16/2014 | 43,274,853 | 19,577,543 | 1,687,873,532 | 2.56 | 1.16 |
| 126 | 6/23/2014 | 42,796,175 | 19,360,990 | 1,687,873,532 | 2.54 | 1.15 |
| 127 | 6/30/2014 | 23,624,597 | 10,687,768 | 1,687,873,532 | 1.40 | 0.63 |
| 128 | 7/7/2014 | 32,456,978 | 14,683,537 | 1,687,873,532 | 1.92 | 0.87 |
| 129 | 7/14/2014 | 40,821,058 | 18,467,447 | 1,687,873,532 | 2.42 | 1.09 |
| 130 | 7/21/2014 | 80,038,857 | 36,209,579 | 1,676,023,571 | 4.78 | 2.16 |
| 131 | 7/28/2014 | 63,453,448 | 28,706,340 | 1,676,023,571 | 3.79 | 1.71 |
| 132 | 8/4/2014 | 49,299,476 | 22,303,083 | 1,676,023,571 | 2.94 | 1.33 |
| 133 | 8/11/2014 | 39,938,739 | 18,068,286 | 1,676,023,571 | 2.38 | 1.08 |
| 134 | 8/18/2014 | 38,942,400 | 17,617,542 | 1,676,023,571 | 2.32 | 1.05 |
| 135 | 8/25/2014 | 31,083,652 | 14,062,244 | 1,676,023,571 | 1.85 | 0.84 |
| 136 | 9/2/2014 | 36,502,726 | 16,513,833 | 1,676,023,571 | 2.18 | 0.99 |
| 137 | 9/8/2014 | 34,289,790 | 15,512,701 | 1,676,023,571 | 2.05 | 0.93 |
| 138 | 9/15/2014 | 44,051,191 | 19,928,759 | 1,676,023,571 | 2.63 | 1.19 |
| 139 | 9/22/2014 | 39,613,239 | 17,921,029 | 1,676,023,571 | 2.36 | 1.07 |
| 140 | 9/29/2014 | 40,092,359 | 18,137,783 | 1,676,023,571 | 2.39 | 1.08 |
| 141 | 10/6/2014 | 51,592,303 | 23,340,358 | 1,676,023,571 | 3.08 | 1.39 |

**Exhibit 3**
**Qualcomm Incorporated**
**Weekly Trading Volume as a Percent of Shares Outstanding**
**For Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Week (1) | First Trading Date of Week (2) | Unadjusted Weekly Volume (3) | Adjusted Weekly Volume[2] (4) (3) × (1 - 0.5476) | Shares Outstanding[3] (5) | Percent of Shares Traded Weekly (Unadjusted Volume) (6) (3) / (5) | Percent of Shares Traded Weekly (Adjusted Volume) (7) (4) / (5) |
|---|---|---|---|---|---|---|
| 142 | 10/13/2014 | 56,587,759 | 25,600,302 | 1,676,023,571 | 3.38 % | 1.53 % |
| 143 | 10/20/2014 | 38,342,856 | 17,346,308 | 1,676,023,571 | 2.29 | 1.03 |
| 144 | 10/27/2014 | 31,945,752 | 14,452,258 | 1,676,023,571 | 1.91 | 0.86 |
| 145 | 11/3/2014 | 133,756,953 | 60,511,646 | 1,662,600,946 | 8.05 | 3.64 |
| 146 | 11/10/2014 | 51,248,493 | 23,184,818 | 1,662,600,946 | 3.08 | 1.39 |
| 147 | 11/17/2014 | 56,634,596 | 25,621,491 | 1,662,600,946 | 3.41 | 1.54 |
| 148 | 11/24/2014 | 34,726,742 | 15,710,378 | 1,662,600,946 | 2.09 | 0.94 |
| 149 | 12/1/2014 | 55,824,732 | 25,255,109 | 1,662,600,946 | 3.36 | 1.52 |
| 150 | 12/8/2014 | 41,663,704 | 18,848,660 | 1,662,600,946 | 2.51 | 1.13 |
| 151 | 12/15/2014 | 59,135,565 | 26,752,930 | 1,656,824,822 | 3.57 | 1.61 |
| 152 | 12/22/2014 | 24,268,199 | 10,978,933 | 1,656,824,822 | 1.46 | 0.66 |
| 153 | 12/29/2014 | 26,522,894 | 11,998,957 | 1,656,824,822 | 1.60 | 0.72 |
| 154 | 1/5/2015 | 53,143,602 | 24,042,166 | 1,656,824,822 | 3.21 | 1.45 |
| 155 | 1/12/2015 | 57,768,023 | 26,134,254 | 1,651,909,121 | 3.50 | 1.58 |
| 156 | 1/20/2015 | 47,637,699 | 21,551,295 | 1,651,909,121 | 2.88 | 1.30 |
| 157 | 1/26/2015 | 109,847,676 | 49,695,089 | 1,649,560,102 | 6.66 | 3.01 |
| 158 | 2/2/2015 | 73,004,363 | 33,027,174 | 1,649,560,102 | 4.43 | 2.00 |
| 159 | 2/9/2015 | 86,020,071 | 38,915,480 | 1,649,560,102 | 5.21 | 2.36 |
| 160 | 2/17/2015 | 35,304,292 | 15,971,662 | 1,649,560,102 | 2.14 | 0.97 |
| 161 | 2/23/2015 | 49,463,850 | 22,377,446 | 1,649,560,102 | 3.00 | 1.36 |
| 162 | 3/2/2015 | 45,669,834 | 20,661,033 | 1,649,560,102 | 2.77 | 1.25 |
| 163 | 3/9/2015 | 93,507,651 | 42,302,861 | 1,649,560,102 | 5.67 | 2.56 |
| 164 | 3/16/2015 | 63,035,827 | 28,517,408 | 1,649,560,102 | 3.82 | 1.73 |
| 165 | 3/23/2015 | 52,042,087 | 23,543,840 | 1,649,560,102 | 3.15 | 1.43 |
| 166 | 3/30/2015 | 49,101,711 | 22,213,614 | 1,649,560,102 | 2.98 | 1.35 |
| 167 | 4/6/2015 | 66,244,439 | 29,968,984 | 1,649,560,102 | 4.02 | 1.82 |
| 168 | 4/13/2015 | 77,502,441 | 35,062,104 | 1,649,560,102 | 4.70 | 2.13 |
| 169 | 4/20/2015 | 61,121,499 | 27,651,366 | 1,629,569,117 | 3.75 | 1.70 |
| 170 | 4/27/2015 | 43,237,683 | 19,560,728 | 1,629,569,117 | 2.65 | 1.20 |
| 171 | 5/4/2015 | 37,439,844 | 16,937,785 | 1,629,569,117 | 2.30 | 1.04 |
| 172 | 5/11/2015 | 47,285,071 | 21,391,766 | 1,629,569,117 | 2.90 | 1.31 |
| 173 | 5/18/2015 | 62,088,874 | 28,089,007 | 1,629,569,117 | 3.81 | 1.72 |
| 174 | 5/26/2015 | 62,523,526 | 28,285,643 | 1,629,569,117 | 3.84 | 1.74 |
| 175 | 6/1/2015 | 45,182,333 | 20,440,487 | 1,629,569,117 | 2.77 | 1.25 |
| 176 | 6/8/2015 | 47,061,467 | 21,290,608 | 1,629,569,117 | 2.89 | 1.31 |
| 177 | 6/15/2015 | 46,805,102 | 21,174,628 | 1,629,569,117 | 2.87 | 1.30 |
| 178 | 6/22/2015 | 83,477,701 | 37,765,312 | 1,629,569,117 | 5.12 | 2.32 |
| 179 | 6/29/2015 | 53,219,807 | 24,076,641 | 1,629,569,117 | 3.27 | 1.48 |
| 180 | 7/6/2015 | 62,623,967 | 28,331,083 | 1,629,569,117 | 3.84 | 1.74 |
| 181 | 7/13/2015 | 49,540,405 | 22,412,079 | 1,629,569,117 | 3.04 | 1.38 |
| 182 | 7/20/2015 | 108,265,463 | 48,979,295 | 1,571,202,188 | 6.89 | 3.12 |
| 183 | 7/27/2015 | 60,928,262 | 27,563,946 | 1,571,202,188 | 3.88 | 1.75 |
| 184 | 8/3/2015 | 61,127,934 | 27,654,277 | 1,571,202,188 | 3.89 | 1.76 |
| 185 | 8/10/2015 | 62,624,083 | 28,331,135 | 1,571,202,188 | 3.99 | 1.80 |
| 186 | 8/17/2015 | 66,579,553 | 30,120,590 | 1,571,202,188 | 4.24 | 1.92 |
| 187 | 8/24/2015 | 104,278,710 | 47,175,688 | 1,571,202,188 | 6.64 | 3.00 |
| 188 | 8/31/2015 | 56,807,067 | 25,699,517 | 1,571,202,188 | 3.62 | 1.64 |

PX32

**Exhibit 3**
**Qualcomm Incorporated**
**Weekly Trading Volume as a Percent of Shares Outstanding**
**For Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Week (1) | First Trading Date of Week (2) | Unadjusted Weekly Volume (3) | Adjusted Weekly Volume[2] (4) (3) × (1 - 0.5476) | Shares Outstanding[3] (5) | Percent of Shares Traded Weekly (Unadjusted Volume) (6) (3) / (5) | Percent of Shares Traded Weekly (Adjusted Volume) (7) (4) / (5) |
|---|---|---|---|---|---|---|
| 189 | 9/8/2015 | 48,306,206 | 21,853,728 | 1,571,202,188 | 3.07 % | 1.39 % |
| 190 | 9/14/2015 | 63,348,193 | 28,658,723 | 1,571,202,188 | 4.03 | 1.82 |
| 191 | 9/21/2015 | 51,644,257 | 23,363,862 | 1,571,202,188 | 3.29 | 1.49 |
| 192 | 9/28/2015 | 57,159,818 | 25,859,102 | 1,571,202,188 | 3.64 | 1.65 |
| 193 | 10/5/2015 | 46,832,269 | 21,186,918 | 1,571,202,188 | 2.98 | 1.35 |
| 194 | 10/12/2015 | 44,742,765 | 20,241,627 | 1,571,202,188 | 2.85 | 1.29 |
| 195 | 10/19/2015 | 47,102,937 | 21,309,369 | 1,571,202,188 | 3.00 | 1.36 |
| 196 | 10/26/2015 | 44,803,129 | 20,268,936 | 1,571,202,188 | 2.85 | 1.29 |
| 197 | 11/2/2015 | 124,186,631 | 56,182,032 | 1,503,094,004 | 8.26 | 3.74 |
| 198 | 11/9/2015 | 60,863,057 | 27,534,447 | 1,503,094,004 | 4.05 | 1.83 |
| 199 | 11/16/2015 | 102,892,357 | 46,548,502 | 1,503,094,004 | 6.85 | 3.10 |
| 200 | 11/23/2015 | 37,131,703 | 16,798,382 | 1,503,094,004 | 2.47 | 1.12 |
| 201 | 11/30/2015 | 101,992,771 | 46,141,530 | 1,503,094,004 | 6.79 | 3.07 |
| 202 | 12/7/2015 | 69,805,866 | 31,580,174 | 1,503,094,004 | 4.64 | 2.10 |
| 203 | 12/14/2015 | 112,386,948 | 50,843,855 | 1,494,451,232 | 7.52 | 3.40 |
| 204 | 12/21/2015 | 41,668,710 | 18,850,924 | 1,494,451,232 | 2.79 | 1.26 |
| 205 | 12/28/2015 | 38,909,552 | 17,602,681 | 1,494,451,232 | 2.60 | 1.18 |
| 206 | 1/4/2016 | 77,618,235 | 35,114,490 | 1,494,451,232 | 5.19 | 2.35 |
| 207 | 1/11/2016 | 79,123,424 | 35,795,437 | 1,494,754,354 | 5.29 | 2.39 |
| 208 | 1/19/2016 | 52,509,999 | 23,755,524 | 1,494,754,354 | 3.51 | 1.59 |
| 209 | 1/25/2016 | 82,918,571 | 37,512,362 | 1,494,887,355 | 5.55 | 2.51 |
| 210 | 2/1/2016 | 72,442,444 | 32,772,962 | 1,494,887,355 | 4.85 | 2.19 |
| 211 | 2/8/2016 | 57,417,664 | 25,975,751 | 1,494,887,355 | 3.84 | 1.74 |
| 212 | 2/16/2016 | 58,070,655 | 26,271,164 | 1,494,887,355 | 3.88 | 1.76 |
| 213 | 2/22/2016 | 54,999,575 | 24,881,808 | 1,494,887,355 | 3.68 | 1.66 |
| 214 | 2/29/2016 | 64,905,022 | 29,363,032 | 1,494,887,355 | 4.34 | 1.96 |
| 215 | 3/7/2016 | 56,772,846 | 25,684,036 | 1,494,887,355 | 3.80 | 1.72 |
| 216 | 3/14/2016 | 80,529,132 | 36,431,379 | 1,494,887,355 | 5.39 | 2.44 |
| 217 | 3/21/2016 | 35,141,586 | 15,898,054 | 1,494,887,355 | 2.35 | 1.06 |
| 218 | 3/28/2016 | 43,366,211 | 19,618,874 | 1,494,887,355 | 2.90 | 1.31 |
| 219 | 4/4/2016 | 33,901,803 | 15,337,176 | 1,494,887,355 | 2.27 | 1.03 |
| 220 | 4/11/2016 | 46,632,282 | 21,096,444 | 1,494,887,355 | 3.12 | 1.41 |
| 221 | 4/18/2016 | 58,954,822 | 26,671,161 | 1,468,915,152 | 4.01 | 1.82 |
| 222 | 4/25/2016 | 42,030,367 | 19,014,538 | 1,468,915,152 | 2.86 | 1.29 |
| 223 | 5/2/2016 | 46,577,440 | 21,071,634 | 1,468,915,152 | 3.17 | 1.43 |
| 224 | 5/9/2016 | 40,187,696 | 18,180,914 | 1,468,915,152 | 2.74 | 1.24 |
| 225 | 5/16/2016 | 49,346,477 | 22,324,346 | 1,468,915,152 | 3.36 | 1.52 |
| 226 | 5/23/2016 | 45,001,748 | 20,358,791 | 1,468,915,152 | 3.06 | 1.39 |
| 227 | 5/31/2016 | 46,294,469 | 20,943,618 | 1,468,915,152 | 3.15 | 1.43 |
| 228 | 6/6/2016 | 44,137,902 | 19,967,987 | 1,468,915,152 | 3.00 | 1.36 |
| 229 | 6/13/2016 | 50,304,845 | 22,757,912 | 1,468,915,152 | 3.42 | 1.55 |
| 230 | 6/20/2016 | 49,564,778 | 22,423,106 | 1,468,915,152 | 3.37 | 1.53 |
| 231 | 6/27/2016 | 41,938,717 | 18,973,076 | 1,468,915,152 | 2.86 | 1.29 |
| 232 | 7/5/2016 | 30,984,371 | 14,017,329 | 1,468,915,152 | 2.11 | 0.95 |
| 233 | 7/11/2016 | 36,870,171 | 16,680,065 | 1,468,915,152 | 2.51 | 1.14 |
| 234 | 7/18/2016 | 81,012,371 | 36,649,997 | 1,473,648,385 | 5.50 | 2.49 |
| 235 | 7/25/2016 | 50,639,276 | 22,909,208 | 1,473,648,385 | 3.44 | 1.55 |

PX32

**Exhibit 3**
**Qualcomm Incorporated**
**Weekly Trading Volume as a Percent of Shares Outstanding**
**For Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Week | First Trading Date of Week | Unadjusted Weekly Volume | Adjusted Weekly Volume[2] | Shares Outstanding[3] | Percent of Shares Traded Weekly (Unadjusted Volume) | Percent of Shares Traded Weekly (Adjusted Volume) |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| | | | (3) × (1 - 0.5476) | | (3) / (5) | (4) / (5) |
| 236 | 8/1/2016 | 49,277,454 | 22,293,120 | 1,473,648,385 | 3.34 % | 1.51 % |
| 237 | 8/8/2016 | 27,533,245 | 12,456,040 | 1,473,648,385 | 1.87 | 0.85 |
| 238 | 8/15/2016 | 35,991,552 | 16,282,578 | 1,473,648,385 | 2.44 | 1.10 |
| 239 | 8/22/2016 | 30,766,569 | 13,918,796 | 1,473,648,385 | 2.09 | 0.94 |
| 240 | 8/29/2016 | 30,151,063 | 13,640,341 | 1,473,648,385 | 2.05 | 0.93 |
| 241 | 9/6/2016 | 30,208,342 | 13,666,254 | 1,473,648,385 | 2.05 | 0.93 |
| 242 | 9/12/2016 | 48,113,127 | 21,766,379 | 1,473,648,385 | 3.26 | 1.48 |
| 243 | 9/19/2016 | 35,410,317 | 16,019,627 | 1,473,648,385 | 2.40 | 1.09 |
| 244 | 9/26/2016 | 94,665,912 | 42,826,859 | 1,473,648,385 | 6.42 | 2.91 |
| 245 | 10/3/2016 | 47,617,263 | 21,542,050 | 1,473,648,385 | 3.23 | 1.46 |
| 246 | 10/10/2016 | 36,536,404 | 16,529,069 | 1,473,648,385 | 2.48 | 1.12 |
| 247 | 10/17/2016 | 50,985,435 | 23,065,811 | 1,473,648,385 | 3.46 | 1.57 |
| 248 | 10/24/2016 | 73,175,189 | 33,104,456 | 1,473,648,385 | 4.97 | 2.25 |
| 249 | 10/31/2016 | 58,428,166 | 26,432,902 | 1,476,886,684 | 3.96 | 1.79 |
| 250 | 11/7/2016 | 55,520,988 | 25,117,695 | 1,476,886,684 | 3.76 | 1.70 |
| 251 | 11/14/2016 | 44,295,962 | 20,039,493 | 1,476,886,684 | 3.00 | 1.36 |
| 252 | 11/21/2016 | 26,692,983 | 12,075,906 | 1,476,886,684 | 1.81 | 0.82 |
| 253 | 11/28/2016 | 53,490,964 | 24,199,312 | 1,476,886,684 | 3.62 | 1.64 |
| 254 | 12/5/2016 | 33,717,022 | 15,253,581 | 1,476,886,684 | 2.28 | 1.03 |
| 255 | 12/12/2016 | 49,385,499 | 22,342,000 | 1,478,597,180 | 3.34 | 1.51 |
| 256 | 12/19/2016 | 28,769,700 | 13,015,412 | 1,478,597,180 | 1.95 | 0.88 |
| 257 | 12/27/2016 | 19,218,007 | 8,694,226 | 1,478,597,180 | 1.30 | 0.59 |
| 258 | 1/3/2017 | 28,489,743 | 12,888,760 | 1,478,597,180 | 1.93 | 0.87 |
| 259 | 1/9/2017 | 31,485,931 | 14,244,235 | 1,477,702,352 | 2.13 | 0.96 |
| 260 | 1/17/2017 | 47,738,717 | 21,596,996 | 1,477,702,352 | 3.23 | 1.46 |
| | **Average:[4]** | 54,380,735 | 24,601,845 | 1,632,752,833 | 3.34 % | 1.51 % |
| | **Median:[4]** | 51,057,334 | 23,098,338 | 1,676,023,571 | 3.11 % | 1.41 % |

**Exhibit 3**
**Qualcomm Incorporated**
**Weekly Trading Volume as a Percent of Shares Outstanding**
**For Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Week | First Trading Date of Week | Unadjusted Weekly Volume | Adjusted Weekly Volume[2] | Shares Outstanding[3] | Percent of Shares Traded Weekly (Unadjusted Volume) | Percent of Shares Traded Weekly (Adjusted Volume) |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| | | | (3) × (1 - 0.5476) | | (3) / (5) | (4) / (5) |

**Notes and Sources:**

Daily trading volume data obtained from Bloomberg L.P. Shares outstanding data obtained from SEC filings.

[1] The Consolidated Class Action Complaint dated July 3, 2017 alleges that the Class Period ends on January 20, 2017. As the final disclosure occurred on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017.

[2] Daily trading volume is adjusted down by 54.76% for the NASDAQ market-maker participation rate from Fernando Avalos and Marcia Kramer Mayer, "Dealer Participation on the New York Stock Exchange and Nasdaq," *NERA Working Paper,* May 2002.

[3] Daily shares outstanding figures are as of the most recent reported date. Shares outstanding for each week is the average shares outstanding for the days included in that week.

[4] Calculated using weeks 2 through 259 only as they are wholly included in the class period. All weeks are weighted equally.

**Exhibit 4**
**Qualcomm Incorporated**
**Analysts Contributing to**
**Quarterly I/B/E/S[1] Consensus Earnings Estimates**
**January 2012 to January 2017**

| Estimate Date | Fiscal Quarter End | Earnings Announcement Date | Number of Analysts Submitting Quarterly Earnings Estimates to I/B/E/S[2] |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| 1/19/2012 | 12/2011 | 2/1/2012 | 34 |
| 2/16/2012 | 03/2012 | 4/18/2012 | 32 |
| 3/15/2012 | 03/2012 | 4/18/2012 | 33 |
| 4/19/2012 | 06/2012 | 7/18/2012 | 35 |
| 5/17/2012 | 06/2012 | 7/18/2012 | 34 |
| 6/14/2012 | 06/2012 | 7/18/2012 | 33 |
| 7/19/2012 | 09/2012 | 11/7/2012 | 32 |
| 8/16/2012 | 09/2012 | 11/7/2012 | 33 |
| 9/20/2012 | 09/2012 | 11/7/2012 | 34 |
| 10/18/2012 | 09/2012 | 11/7/2012 | 35 |
| 11/15/2012 | 12/2012 | 1/30/2013 | 34 |
| 12/20/2012 | 12/2012 | 1/30/2013 | 33 |
| 1/17/2013 | 12/2012 | 1/30/2013 | 34 |
| 2/14/2013 | 03/2013 | 4/24/2013 | 32 |
| 3/14/2013 | 03/2013 | 4/24/2013 | 33 |
| 4/18/2013 | 03/2013 | 4/24/2013 | 34 |
| 5/16/2013 | 06/2013 | 7/24/2013 | 33 |
| 6/20/2013 | 06/2013 | 7/24/2013 | 34 |
| 7/18/2013 | 06/2013 | 7/24/2013 | 33 |
| 8/15/2013 | 09/2013 | 11/6/2013 | 35 |
| 9/19/2013 | 09/2013 | 11/6/2013 | 35 |
| 10/17/2013 | 09/2013 | 11/6/2013 | 35 |
| 11/14/2013 | 12/2013 | 1/29/2014 | 29 |
| 12/19/2013 | 12/2013 | 1/29/2014 | 9 |
| 1/16/2014 | 12/2013 | 1/29/2014 | 11 |
| 2/20/2014 | 03/2014 | 4/23/2014 | 31 |
| 3/20/2014 | 03/2014 | 4/23/2014 | 32 |
| 4/17/2014 | 03/2014 | 4/23/2014 | 33 |
| 5/15/2014 | 06/2014 | 7/23/2014 | 33 |
| 6/19/2014 | 06/2014 | 7/23/2014 | 33 |
| 7/17/2014 | 06/2014 | 7/23/2014 | 34 |
| 8/14/2014 | 09/2014 | 11/5/2014 | 32 |
| 9/18/2014 | 09/2014 | 11/5/2014 | 32 |
| 10/16/2014 | 09/2014 | 11/5/2014 | 29 |
| 11/20/2014 | 12/2014 | 1/28/2015 | 28 |
| 12/18/2014 | 12/2014 | 1/28/2015 | 29 |
| 1/15/2015 | 12/2014 | 1/28/2015 | 29 |
| 2/19/2015 | 03/2015 | 4/22/2015 | 30 |
| 3/19/2015 | 03/2015 | 4/22/2015 | 29 |

**Exhibit 4**
**Qualcomm Incorporated**
**Analysts Contributing to**
**Quarterly I/B/E/S[1] Consensus Earnings Estimates**
**January 2012 to January 2017**

| Estimate Date | Fiscal Quarter End | Earnings Announcement Date | Number of Analysts Submitting Quarterly Earnings Estimates to I/B/E/S[2] |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| 4/16/2015 | 03/2015 | 4/22/2015 | 29 |
| 5/14/2015 | 06/2015 | 7/22/2015 | 28 |
| 6/18/2015 | 06/2015 | 7/22/2015 | 27 |
| 7/16/2015 | 06/2015 | 7/22/2015 | 28 |
| 8/20/2015 | 09/2015 | 11/4/2015 | 29 |
| 9/17/2015 | 09/2015 | 11/4/2015 | 30 |
| 10/15/2015 | 09/2015 | 11/4/2015 | 29 |
| 11/19/2015 | 12/2015 | 1/27/2016 | 28 |
| 12/17/2015 | 12/2015 | 1/27/2016 | 29 |
| 1/14/2016 | 12/2015 | 1/27/2016 | 30 |
| 2/18/2016 | 03/2016 | 4/20/2016 | 26 |
| 3/17/2016 | 03/2016 | 4/20/2016 | 26 |
| 4/14/2016 | 03/2016 | 4/20/2016 | 26 |
| 5/19/2016 | 06/2016 | 7/20/2016 | 25 |
| 6/16/2016 | 06/2016 | 7/20/2016 | 24 |
| 7/14/2016 | 06/2016 | 7/20/2016 | 24 |
| 8/18/2016 | 09/2016 | 11/2/2016 | 24 |
| 9/15/2016 | 09/2016 | 11/2/2016 | 24 |
| 10/20/2016 | 09/2016 | 11/2/2016 | 24 |
| 11/17/2016 | 12/2016 | 1/25/2017 | 20 |
| 12/15/2016 | 12/2016 | 1/25/2017 | 19 |
| 1/19/2017 | 12/2016 | 1/25/2017 | 21 |
| **Average Number of Analyst Estimates:[3]** | | | 29 |
| **Median Number of Analyst Estimates:[3]** | | | 30 |

**Notes and Sources:**

Earnings dates and number of analyst estimates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems, Inc.

[1] Institutional Brokers' Estimate System.

[2] Number of analysts covering Qualcomm common stock.

[3] Calculated using estimate dates within the class period (observations from February 16, 2012 to January 19, 2017).

# Exhibit 5
## Qualcomm Incorporated
## Summary of Quarterly Institutional Holdings for Qualcomm Common Stock
## December 31, 2011 to March 31, 2017

| As of Date | Number of Institutional Holders[1] | Total Institutional Holdings[2] | Shares Outstanding[3] | Total Institutional Holdings As a Percent of Shares Outstanding |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5)<br>(3) / (4) |
| 12/31/2011 | 1,576 | 1,379,766,243 | 1,686,643,280 | 81.8 % |
| 3/31/2012 | 1,666 | 1,421,059,710 | 1,691,418,257 | 84.0 |
| 6/30/2012 | 1,676 | 1,398,899,444 | 1,714,274,812 | 81.6 |
| 9/30/2012 | 1,711 | 1,388,717,342 | 1,703,349,039 | 81.5 |
| 12/31/2012 | 1,813 | 1,394,816,943 | 1,714,352,304 | 81.4 |
| 3/31/2013 | 1,842 | 1,389,756,711 | 1,718,129,898 | 80.9 |
| 6/30/2013 | 1,843 | 1,360,415,192 | 1,727,835,431 | 78.7 |
| 9/30/2013 | 1,844 | 1,352,719,562 | 1,715,425,829 | 78.9 |
| 12/31/2013 | 1,997 | 1,357,305,358 | 1,686,810,716 | 80.5 |
| 3/31/2014 | 1,991 | 1,360,032,389 | 1,691,079,925 | 80.4 |
| 6/30/2014 | 2,014 | 1,338,563,259 | 1,687,873,532 | 79.3 |
| 9/30/2014 | 1,970 | 1,315,052,356 | 1,676,023,571 | 78.5 |
| 12/31/2014 | 2,015 | 1,305,976,484 | 1,656,824,822 | 78.8 |
| 3/31/2015 | 1,938 | 1,293,588,938 | 1,649,560,102 | 78.4 |
| 6/30/2015 | 1,914 | 1,283,869,133 | 1,629,569,117 | 78.8 |
| 9/30/2015 | 1,814 | 1,204,153,976 | 1,571,202,188 | 76.6 |
| 12/31/2015 | 1,786 | 1,177,771,913 | 1,494,451,232 | 78.8 |
| 3/31/2016 | 1,748 | 1,176,245,526 | 1,494,887,355 | 78.7 |
| 6/30/2016 | 1,774 | 1,172,285,622 | 1,468,915,152 | 79.8 |
| 9/30/2016 | 1,861 | 1,204,227,164 | 1,473,648,385 | 81.7 |
| 12/31/2016 | 1,935 | 1,189,406,260 | 1,478,597,180 | 80.4 |
| 3/31/2017 | 1,861 | 1,160,840,954 | 1,477,041,037 | 78.6 |

| | |
|---|---|
| **Average Quarterly Holdings as a Percent of Shares Outstanding:**[4] | 79.9 % |
| **Median Quarterly Holdings as a Percent of Shares Outstanding:**[4] | 79.6 % |

**Notes and Sources:**

Institutional holdings data obtained from FactSet Research Systems, Inc.
Shares outstanding data obtained from SEC filings.

[1] Number of institutions that reported non-zero holdings during the quarter.

[2] Total calculated by summing individual institutional holdings figures from institutions that reported holdings.

[3] Daily shares outstanding figures are as of the most recent reported date.

[4] Calculated using institutional holdings data for periods wholly within the class period (observations from March 31, 2012 through December 31, 2016). If data immediately before and after the class period are used (December 31, 2011 and March 31, 2017), then the average quarterly institutional holdings as a percent of shares outstanding is 79.9% and the median quarterly institutional holdings as a percent of shares outstanding is 79.6%.

# Exhibit 6
# Qualcomm Incorporated
## Summary of Short Interest for Qualcomm Common Stock
## January 2012 to January 2017

| As of Date<br>(1) | Short Interest<br>(2) | Shares Outstanding[1]<br>(3) | Short Interest As a Percent of Shares Outstanding<br>(4)<br>(2) / (3) |
|---|---|---|---|
| 1/31/2012 | 9,952,636 | 1,691,418,257 | 0.59 % |
| 2/15/2012 | 14,017,464 | 1,691,418,257 | 0.83 |
| 2/29/2012 | 15,880,341 | 1,691,418,257 | 0.94 |
| 3/15/2012 | 14,720,370 | 1,691,418,257 | 0.87 |
| 3/30/2012 | 22,098,904 | 1,691,418,257 | 1.31 |
| 4/13/2012 | 19,842,776 | 1,691,418,257 | 1.17 |
| 4/30/2012 | 19,174,846 | 1,714,274,812 | 1.12 |
| 5/15/2012 | 20,037,122 | 1,714,274,812 | 1.17 |
| 5/31/2012 | 17,141,895 | 1,714,274,812 | 1.00 |
| 6/15/2012 | 23,388,906 | 1,714,274,812 | 1.36 |
| 6/29/2012 | 17,814,593 | 1,714,274,812 | 1.04 |
| 7/13/2012 | 16,538,963 | 1,714,274,812 | 0.96 |
| 7/31/2012 | 14,798,585 | 1,703,349,039 | 0.87 |
| 8/15/2012 | 17,116,651 | 1,703,349,039 | 1.00 |
| 8/31/2012 | 18,770,870 | 1,703,349,039 | 1.10 |
| 9/14/2012 | 17,385,127 | 1,703,349,039 | 1.02 |
| 9/28/2012 | 23,270,493 | 1,703,349,039 | 1.37 |
| 10/15/2012 | 18,596,446 | 1,703,349,039 | 1.09 |
| 10/31/2012 | 19,092,533 | 1,703,349,039 | 1.12 |
| 11/15/2012 | 20,245,599 | 1,704,029,150 | 1.19 |
| 11/30/2012 | 17,645,027 | 1,704,029,150 | 1.04 |
| 12/14/2012 | 15,876,617 | 1,704,029,150 | 0.93 |
| 12/31/2012 | 13,535,257 | 1,714,352,304 | 0.79 |
| 1/15/2013 | 14,466,075 | 1,716,764,257 | 0.84 |
| 1/31/2013 | 12,706,716 | 1,718,129,898 | 0.74 |
| 2/15/2013 | 15,173,708 | 1,718,129,898 | 0.88 |
| 2/28/2013 | 13,995,401 | 1,718,129,898 | 0.81 |
| 3/15/2013 | 14,879,349 | 1,718,129,898 | 0.87 |
| 3/28/2013 | 13,655,371 | 1,718,129,898 | 0.79 |
| 4/15/2013 | 13,819,972 | 1,718,129,898 | 0.80 |
| 4/30/2013 | 14,291,563 | 1,727,835,431 | 0.83 |
| 5/15/2013 | 16,958,635 | 1,727,835,431 | 0.98 |
| 5/31/2013 | 16,288,598 | 1,727,835,431 | 0.94 |
| 6/14/2013 | 15,706,148 | 1,727,835,431 | 0.91 |
| 6/28/2013 | 18,193,769 | 1,727,835,431 | 1.05 |
| 7/15/2013 | 15,460,026 | 1,727,835,431 | 0.89 |
| 7/31/2013 | 17,459,410 | 1,715,425,829 | 1.02 |
| 8/15/2013 | 20,230,899 | 1,715,425,829 | 1.18 |
| 8/30/2013 | 20,833,266 | 1,715,425,829 | 1.21 |
| 9/13/2013 | 24,013,136 | 1,715,425,829 | 1.40 |
| 9/30/2013 | 26,444,688 | 1,715,425,829 | 1.54 |

PX32

**Exhibit 6**
**Qualcomm Incorporated**
**Summary of Short Interest for Qualcomm Common Stock**
**January 2012 to January 2017**

| As of Date (1) | Short Interest (2) | Shares Outstanding[1] (3) | Short Interest As a Percent of Shares Outstanding (4) (2) / (3) |
|---|---|---|---|
| 10/15/2013 | 22,555,692 | 1,715,425,829 | 1.31 % |
| 10/31/2013 | 19,208,001 | 1,715,425,829 | 1.12 |
| 11/15/2013 | 18,364,999 | 1,689,435,673 | 1.09 |
| 11/29/2013 | 23,718,608 | 1,689,435,673 | 1.40 |
| 12/13/2013 | 22,691,275 | 1,689,435,673 | 1.34 |
| 12/31/2013 | 19,870,120 | 1,686,810,716 | 1.18 |
| 1/15/2014 | 21,206,244 | 1,687,803,144 | 1.26 |
| 1/31/2014 | 18,995,474 | 1,691,079,925 | 1.12 |
| 2/14/2014 | 19,965,209 | 1,691,079,925 | 1.18 |
| 2/28/2014 | 21,566,822 | 1,691,079,925 | 1.28 |
| 3/14/2014 | 21,352,667 | 1,691,079,925 | 1.26 |
| 3/31/2014 | 25,280,975 | 1,691,079,925 | 1.49 |
| 4/15/2014 | 22,931,523 | 1,691,079,925 | 1.36 |
| 4/30/2014 | 18,296,475 | 1,687,873,532 | 1.08 |
| 5/15/2014 | 18,732,010 | 1,687,873,532 | 1.11 |
| 5/30/2014 | 19,038,507 | 1,687,873,532 | 1.13 |
| 6/13/2014 | 18,594,699 | 1,687,873,532 | 1.10 |
| 6/30/2014 | 19,192,360 | 1,687,873,532 | 1.14 |
| 7/15/2014 | 18,576,309 | 1,687,873,532 | 1.10 |
| 7/31/2014 | 19,179,075 | 1,676,023,571 | 1.14 |
| 8/15/2014 | 18,373,330 | 1,676,023,571 | 1.10 |
| 8/29/2014 | 20,882,322 | 1,676,023,571 | 1.25 |
| 9/15/2014 | 18,116,179 | 1,676,023,571 | 1.08 |
| 9/30/2014 | 16,051,292 | 1,676,023,571 | 0.96 |
| 10/15/2014 | 17,847,885 | 1,676,023,571 | 1.06 |
| 10/31/2014 | 17,369,121 | 1,676,023,571 | 1.04 |
| 11/14/2014 | 13,715,286 | 1,662,600,946 | 0.82 |
| 11/28/2014 | 14,772,810 | 1,662,600,946 | 0.89 |
| 12/15/2014 | 16,060,833 | 1,656,824,822 | 0.97 |
| 12/31/2014 | 18,109,803 | 1,656,824,822 | 1.09 |
| 1/15/2015 | 17,748,019 | 1,651,909,121 | 1.07 |
| 1/30/2015 | 12,719,993 | 1,649,560,102 | 0.77 |
| 2/13/2015 | 15,866,470 | 1,649,560,102 | 0.96 |
| 2/27/2015 | 16,994,322 | 1,649,560,102 | 1.03 |
| 3/13/2015 | 19,082,737 | 1,649,560,102 | 1.16 |
| 3/31/2015 | 19,606,622 | 1,649,560,102 | 1.19 |
| 4/15/2015 | 21,494,738 | 1,649,560,102 | 1.30 |
| 4/30/2015 | 19,165,583 | 1,629,569,117 | 1.18 |
| 5/15/2015 | 19,610,591 | 1,629,569,117 | 1.20 |
| 5/29/2015 | 69,011,505 | 1,629,569,117 | 4.23 |
| 6/15/2015 | 63,171,363 | 1,629,569,117 | 3.88 |

## Exhibit 6
## Qualcomm Incorporated
## Summary of Short Interest for Qualcomm Common Stock
## January 2012 to January 2017

| As of Date | Short Interest | Shares Outstanding[1] | Short Interest As a Percent of Shares Outstanding |
|---|---|---|---|
| (1) | (2) | (3) | (4) (2) / (3) |
| 6/30/2015 | 57,311,755 | 1,629,569,117 | 3.52 % |
| 7/15/2015 | 47,485,843 | 1,629,569,117 | 2.91 |
| 7/31/2015 | 43,527,613 | 1,571,202,188 | 2.77 |
| 8/14/2015 | 33,295,632 | 1,571,202,188 | 2.12 |
| 8/31/2015 | 32,887,603 | 1,571,202,188 | 2.09 |
| 9/15/2015 | 32,396,171 | 1,571,202,188 | 2.06 |
| 9/30/2015 | 31,238,144 | 1,571,202,188 | 1.99 |
| 10/15/2015 | 29,770,899 | 1,571,202,188 | 1.89 |
| 10/30/2015 | 19,676,969 | 1,571,202,188 | 1.25 |
| 11/13/2015 | 17,494,571 | 1,503,094,004 | 1.16 |
| 11/30/2015 | 16,521,583 | 1,503,094,004 | 1.10 |
| 12/15/2015 | 15,840,513 | 1,494,451,232 | 1.06 |
| 12/31/2015 | 13,979,329 | 1,494,451,232 | 0.94 |
| 1/15/2016 | 17,038,845 | 1,494,754,354 | 1.14 |
| 1/29/2016 | 19,323,015 | 1,494,887,355 | 1.29 |
| 2/12/2016 | 16,689,382 | 1,494,887,355 | 1.12 |
| 2/29/2016 | 20,966,405 | 1,494,887,355 | 1.40 |
| 3/15/2016 | 22,462,970 | 1,494,887,355 | 1.50 |
| 3/31/2016 | 16,748,568 | 1,494,887,355 | 1.12 |
| 4/15/2016 | 13,616,381 | 1,494,887,355 | 0.91 |
| 4/29/2016 | 15,119,671 | 1,468,915,152 | 1.03 |
| 5/13/2016 | 18,300,348 | 1,468,915,152 | 1.25 |
| 5/31/2016 | 22,288,855 | 1,468,915,152 | 1.52 |
| 6/15/2016 | 17,088,311 | 1,468,915,152 | 1.16 |
| 6/30/2016 | 17,710,430 | 1,468,915,152 | 1.21 |
| 7/15/2016 | 18,086,721 | 1,468,915,152 | 1.23 |
| 7/29/2016 | 21,218,323 | 1,473,648,385 | 1.44 |
| 8/15/2016 | 21,642,780 | 1,473,648,385 | 1.47 |
| 8/31/2016 | 20,921,623 | 1,473,648,385 | 1.42 |
| 9/15/2016 | 21,426,491 | 1,473,648,385 | 1.45 |
| 9/30/2016 | 23,078,712 | 1,473,648,385 | 1.57 |
| 10/14/2016 | 27,677,504 | 1,473,648,385 | 1.88 |
| 10/31/2016 | 24,870,064 | 1,476,886,684 | 1.68 |
| 11/15/2016 | 21,820,067 | 1,476,886,684 | 1.48 |
| 11/30/2016 | 19,200,631 | 1,476,886,684 | 1.30 |
| 12/15/2016 | 18,233,446 | 1,478,597,180 | 1.23 |
| 12/30/2016 | 14,336,006 | 1,478,597,180 | 0.97 |
| 1/13/2017 | 13,760,691 | 1,477,702,352 | 0.93 |
| 1/31/2017 | 12,472,394 | 1,477,041,037 | 0.84 |

# Exhibit 6
# Qualcomm Incorporated
# Summary of Short Interest for Qualcomm Common Stock
# January 2012 to January 2017

| As of Date | Short Interest | Shares Outstanding[1] | Short Interest As a Percent of Shares Outstanding |
|---|---|---|---|
| (1) | (2) | (3) | (4) (2) / (3) |
| **Average Short Interest as Percent of Shares Outstanding:**[2] | | | 1.27 % |
| **Median Short Interest as Percent of Shares Outstanding:**[2] | | | 1.13 % |

**Notes and Sources:**

Short interest data obtained from Bloomberg L.P.

Shares outstanding data obtained from SEC filings.

[1] Daily shares outstanding figures are as of the most recent reported date.

[2] Calculated using short interest data within the class period (observations from February 15, 2012 to January 13, 2017). If data immediately before and after the class period are used (January 31, 2012 and January 31, 2017), the average short interest as a percent of shares outstanding is 1.26% and the median short interest as a percent of shares outstanding is 1.12%.

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017**[1]

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (8) | (7) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 2/1/2012 | $ 59.56 | 1,691,418,257 | $ 100,740,871,387 | 21,851,818 | 1,669,566,439 | $ 99,439,377,107 | 98.71 % |
| 2/2/2012 | 60.73 | 1,691,418,257 | 102,719,830,748 | 21,851,818 | 1,669,566,439 | 101,392,769,840 | 98.71 |
| 2/3/2012 | 61.06 | 1,691,418,257 | 103,277,998,772 | 21,851,818 | 1,669,566,439 | 101,943,726,765 | 98.71 |
| 2/6/2012 | 61.07 | 1,691,418,257 | 103,294,912,955 | 21,851,818 | 1,669,566,439 | 101,960,422,430 | 98.71 |
| 2/7/2012 | 61.55 | 1,691,418,257 | 104,106,793,718 | 21,851,818 | 1,669,566,439 | 102,761,814,320 | 98.71 |
| 2/8/2012 | 61.47 | 1,691,418,257 | 103,971,480,258 | 21,851,818 | 1,669,566,439 | 102,628,249,005 | 98.71 |
| 2/9/2012 | 61.94 | 1,691,418,257 | 104,766,446,839 | 21,851,818 | 1,669,566,439 | 103,412,945,232 | 98.71 |
| 2/10/2012 | 61.73 | 1,691,418,257 | 104,411,249,005 | 21,851,818 | 1,669,566,439 | 103,062,336,279 | 98.71 |
| 2/13/2012 | 61.74 | 1,691,418,257 | 104,428,163,187 | 21,851,818 | 1,669,566,439 | 103,079,031,944 | 98.71 |
| 2/14/2012 | 61.71 | 1,691,418,257 | 104,377,420,639 | 21,851,818 | 1,669,566,439 | 103,028,944,951 | 98.71 |
| 2/15/2012 | 61.58 | 1,691,418,257 | 104,157,536,266 | 21,851,818 | 1,669,566,439 | 102,811,901,314 | 98.71 |
| 2/16/2012 | 62.27 | 1,691,418,257 | 105,324,614,863 | 21,851,818 | 1,669,566,439 | 103,963,902,157 | 98.71 |
| 2/17/2012 | 62.52 | 1,691,418,257 | 105,747,469,428 | 21,851,818 | 1,669,566,439 | 104,381,293,766 | 98.71 |
| 2/21/2012 | 62.78 | 1,691,418,257 | 106,187,238,174 | 21,851,818 | 1,669,566,439 | 104,815,381,040 | 98.71 |
| 2/22/2012 | 62.55 | 1,691,418,257 | 105,798,211,975 | 21,851,818 | 1,669,566,439 | 104,431,380,759 | 98.71 |
| 2/23/2012 | 63.51 | 1,691,418,257 | 107,421,973,502 | 21,851,818 | 1,669,566,439 | 106,034,164,541 | 98.71 |
| 2/24/2012 | 63.44 | 1,691,418,257 | 107,303,574,224 | 21,851,818 | 1,669,566,439 | 105,917,294,890 | 98.71 |
| 2/27/2012 | 63.31 | 1,691,418,257 | 107,083,689,851 | 21,851,818 | 1,669,566,439 | 105,700,251,253 | 98.71 |
| 2/28/2012 | 62.68 | 1,691,418,257 | 106,018,096,349 | 21,851,818 | 1,669,566,439 | 104,648,424,397 | 98.71 |
| 2/29/2012 | 62.18 | 1,691,418,257 | 105,172,387,220 | 21,851,818 | 1,669,566,439 | 103,813,641,177 | 98.71 |
| 3/1/2012 | 62.61 | 1,691,418,257 | 105,899,697,071 | 21,851,818 | 1,669,566,439 | 104,531,554,746 | 98.71 |
| 3/2/2012 | 62.43 | 1,691,418,257 | 105,595,241,785 | 21,851,818 | 1,669,566,439 | 104,231,032,787 | 98.71 |
| 3/5/2012 | 62.11 | 1,691,418,257 | 105,053,987,942 | 21,851,818 | 1,669,566,439 | 103,696,771,526 | 98.71 |
| 3/6/2012 | 61.56 | 1,691,418,257 | 104,123,707,901 | 21,851,818 | 1,669,566,439 | 102,778,509,985 | 98.71 |
| 3/7/2012 | 62.72 | 1,691,418,257 | 106,085,753,079 | 21,851,818 | 1,669,566,439 | 104,715,207,054 | 98.71 |
| 3/8/2012 | 63.32 | 1,691,418,257 | 107,100,604,033 | 21,851,818 | 1,669,566,439 | 105,716,946,917 | 98.71 |
| 3/9/2012 | 63.93 | 1,691,418,257 | 108,132,369,170 | 21,851,818 | 1,669,566,439 | 106,735,382,445 | 98.71 |
| 3/12/2012 | 63.85 | 1,691,418,257 | 107,997,055,709 | 21,851,818 | 1,669,566,439 | 106,601,817,130 | 98.71 |
| 3/13/2012 | 64.85 | 1,691,418,257 | 109,688,473,966 | 21,851,818 | 1,669,566,439 | 108,271,383,569 | 98.71 |
| 3/14/2012 | 65.11 | 1,691,418,257 | 110,128,242,713 | 21,851,818 | 1,669,566,439 | 108,705,470,843 | 98.71 |
| 3/15/2012 | 65.21 | 1,691,418,257 | 110,297,384,539 | 21,851,818 | 1,669,566,439 | 108,872,427,487 | 98.71 |
| 3/16/2012 | 65.41 | 1,691,418,257 | 110,635,668,190 | 21,851,818 | 1,669,566,439 | 109,206,340,775 | 98.71 |
| 3/19/2012 | 66.75 | 1,691,418,257 | 112,902,168,655 | 21,851,818 | 1,669,566,439 | 111,443,559,803 | 98.71 |
| 3/20/2012 | 66.75 | 1,691,418,257 | 112,902,168,655 | 21,851,818 | 1,669,566,439 | 111,443,559,803 | 98.71 |
| 3/21/2012 | 66.43 | 1,691,418,257 | 112,360,914,813 | 21,851,818 | 1,669,566,439 | 110,909,298,543 | 98.71 |
| 3/22/2012 | 66.29 | 1,691,418,257 | 112,124,116,257 | 21,851,818 | 1,669,566,439 | 110,675,559,241 | 98.71 |
| 3/23/2012 | 66.69 | 1,691,418,257 | 112,792,226,468 | 21,851,818 | 1,669,566,439 | 111,335,037,985 | 98.71 |
| 3/26/2012 | 68.59 | 1,691,418,257 | 116,014,378,248 | 21,851,818 | 1,669,566,439 | 114,515,562,051 | 98.71 |
| 3/27/2012 | 68.49 | 1,691,418,257 | 115,845,236,422 | 21,851,818 | 1,669,566,439 | 114,348,605,407 | 98.71 |
| 3/28/2012 | 68.12 | 1,691,418,257 | 115,219,411,667 | 21,851,818 | 1,669,566,439 | 113,730,865,825 | 98.71 |
| 3/29/2012 | 67.93 | 1,691,418,257 | 114,898,042,198 | 21,851,818 | 1,669,566,439 | 113,413,648,201 | 98.71 |
| 3/30/2012 | 68.06 | 1,691,418,257 | 115,117,926,571 | 21,851,818 | 1,669,566,439 | 113,630,691,838 | 98.71 |
| 4/2/2012 | 68.32 | 1,691,418,257 | 115,557,695,318 | 21,851,818 | 1,669,566,439 | 114,064,779,112 | 98.71 |
| 4/3/2012 | 68.13 | 1,691,418,257 | 115,236,325,849 | 21,851,818 | 1,669,566,439 | 113,747,561,489 | 98.71 |
| 4/4/2012 | 67.39 | 1,691,418,257 | 113,984,676,339 | 21,851,818 | 1,669,566,439 | 112,512,082,324 | 98.71 |
| 4/5/2012 | 67.19 | 1,691,418,257 | 113,646,392,688 | 21,851,818 | 1,669,566,439 | 112,178,169,036 | 98.71 |
| 4/9/2012 | 66.50 | 1,691,418,257 | 112,479,314,091 | 21,851,818 | 1,669,566,439 | 111,026,168,194 | 98.71 |
| 4/10/2012 | 66.22 | 1,691,418,257 | 112,005,716,979 | 21,851,818 | 1,669,566,439 | 110,558,689,591 | 98.71 |

PX32

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (8) | (7) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 4/11/2012 | $ 66.23 | 1,691,418,257 | $ 112,014,174,070 | 21,851,818 | 1,669,566,439 | $ 110,567,037,423 | 98.71 % |
| 4/12/2012 | 68.33 | 1,691,418,257 | 115,574,609,501 | 21,851,818 | 1,669,566,439 | 114,081,474,777 | 98.71 |
| 4/13/2012 | 66.67 | 1,691,418,257 | 112,766,855,194 | 21,851,818 | 1,669,566,439 | 111,309,994,488 | 98.71 |
| 4/16/2012 | 66.25 | 1,714,274,812 | 113,570,706,295 | 21,851,818 | 1,692,422,994 | 112,123,023,353 | 98.73 |
| 4/17/2012 | 67.23 | 1,714,274,812 | 115,250,695,611 | 21,851,818 | 1,692,422,994 | 113,781,597,887 | 98.73 |
| 4/18/2012 | 66.99 | 1,714,274,812 | 114,830,698,282 | 21,851,818 | 1,692,422,994 | 113,366,954,253 | 98.73 |
| 4/19/2012 | 62.57 | 1,714,274,812 | 107,253,603,613 | 21,851,818 | 1,692,422,994 | 105,886,444,620 | 98.73 |
| 4/20/2012 | 62.25 | 1,714,274,812 | 106,713,607,047 | 21,851,818 | 1,692,422,994 | 105,353,331,377 | 98.73 |
| 4/23/2012 | 61.56 | 1,714,274,812 | 105,527,328,877 | 21,851,818 | 1,692,422,994 | 104,182,174,665 | 98.73 |
| 4/24/2012 | 61.86 | 1,714,274,812 | 106,045,039,870 | 21,851,818 | 1,692,422,994 | 104,693,286,409 | 98.73 |
| 4/25/2012 | 63.26 | 1,714,274,812 | 108,445,024,607 | 21,851,818 | 1,692,422,994 | 107,062,678,600 | 98.73 |
| 4/26/2012 | 63.91 | 1,714,274,812 | 109,559,303,235 | 21,851,818 | 1,692,422,994 | 108,162,753,547 | 98.73 |
| 4/27/2012 | 64.18 | 1,714,274,812 | 110,022,157,434 | 21,851,818 | 1,692,422,994 | 108,619,707,755 | 98.73 |
| 4/30/2012 | 63.83 | 1,714,274,812 | 109,422,161,250 | 21,851,818 | 1,692,422,994 | 108,027,359,707 | 98.73 |
| 5/1/2012 | 63.64 | 1,714,274,812 | 109,096,449,036 | 21,851,818 | 1,692,422,994 | 107,705,799,338 | 98.73 |
| 5/2/2012 | 64.24 | 1,714,274,812 | 110,125,013,923 | 21,851,818 | 1,692,422,994 | 108,721,253,135 | 98.73 |
| 5/3/2012 | 63.55 | 1,714,274,812 | 108,942,164,303 | 21,851,818 | 1,692,422,994 | 107,553,481,269 | 98.73 |
| 5/4/2012 | 61.91 | 1,714,274,812 | 106,130,753,611 | 21,851,818 | 1,692,422,994 | 104,777,907,559 | 98.73 |
| 5/7/2012 | 61.92 | 1,714,274,812 | 106,147,896,359 | 21,851,818 | 1,692,422,994 | 104,794,831,788 | 98.73 |
| 5/8/2012 | 62.67 | 1,714,274,812 | 107,433,602,468 | 21,851,818 | 1,692,422,994 | 106,064,149,034 | 98.73 |
| 5/9/2012 | 62.01 | 1,714,274,812 | 106,302,181,092 | 21,851,818 | 1,692,422,994 | 104,947,149,858 | 98.73 |
| 5/10/2012 | 62.48 | 1,714,274,812 | 107,107,890,254 | 21,851,818 | 1,692,422,994 | 105,742,588,665 | 98.73 |
| 5/11/2012 | 61.86 | 1,714,274,812 | 106,045,039,870 | 21,851,818 | 1,692,422,994 | 104,693,286,409 | 98.73 |
| 5/14/2012 | 61.46 | 1,714,274,812 | 105,359,329,946 | 21,851,818 | 1,692,422,994 | 104,016,317,211 | 98.73 |
| 5/15/2012 | 61.44 | 1,714,274,812 | 105,325,044,449 | 21,851,818 | 1,692,422,994 | 103,982,468,751 | 98.73 |
| 5/16/2012 | 59.11 | 1,714,274,812 | 101,330,784,137 | 21,851,818 | 1,692,422,994 | 100,039,123,175 | 98.73 |
| 5/17/2012 | 57.16 | 1,714,274,812 | 97,987,948,254 | 21,851,818 | 1,692,422,994 | 96,738,898,337 | 98.73 |
| 5/18/2012 | 55.98 | 1,714,274,812 | 95,965,103,976 | 21,851,818 | 1,692,422,994 | 94,741,839,204 | 98.73 |
| 5/21/2012 | 57.22 | 1,714,274,812 | 98,090,804,743 | 21,851,818 | 1,692,422,994 | 96,840,443,717 | 98.73 |
| 5/22/2012 | 57.93 | 1,714,274,812 | 99,307,939,859 | 21,851,818 | 1,692,422,994 | 98,042,064,042 | 98.73 |
| 5/23/2012 | 58.14 | 1,714,274,812 | 99,667,937,570 | 21,851,818 | 1,692,422,994 | 98,397,472,871 | 98.73 |
| 5/24/2012 | 57.15 | 1,714,274,812 | 97,970,805,506 | 21,851,818 | 1,692,422,994 | 96,721,974,107 | 98.73 |
| 5/25/2012 | 57.32 | 1,714,274,812 | 98,262,232,224 | 21,851,818 | 1,692,422,994 | 97,009,686,016 | 98.73 |
| 5/29/2012 | 58.39 | 1,714,274,812 | 100,096,506,273 | 21,851,818 | 1,692,422,994 | 98,820,578,620 | 98.73 |
| 5/30/2012 | 57.45 | 1,714,274,812 | 98,485,087,949 | 21,851,818 | 1,692,422,994 | 97,229,701,005 | 98.73 |
| 5/31/2012 | 57.31 | 1,714,274,812 | 98,245,089,476 | 21,851,818 | 1,692,422,994 | 96,992,761,786 | 98.73 |
| 6/1/2012 | 55.12 | 1,714,274,812 | 94,490,827,637 | 21,851,818 | 1,692,422,994 | 93,286,355,429 | 98.73 |
| 6/4/2012 | 55.85 | 1,714,274,812 | 95,742,248,250 | 21,851,818 | 1,692,422,994 | 94,521,824,215 | 98.73 |
| 6/5/2012 | 57.18 | 1,714,274,812 | 98,022,233,750 | 21,851,818 | 1,692,422,994 | 96,772,746,797 | 98.73 |
| 6/6/2012 | 58.41 | 1,714,274,812 | 100,122,220,395 | 21,851,818 | 1,692,422,994 | 98,845,964,965 | 98.73 |
| 6/7/2012 | 58.00 | 1,714,274,812 | 99,427,939,096 | 21,851,818 | 1,692,422,994 | 98,160,533,652 | 98.73 |
| 6/8/2012 | 58.76 | 1,714,274,812 | 100,730,787,953 | 21,851,818 | 1,692,422,994 | 99,446,775,127 | 98.73 |
| 6/11/2012 | 57.79 | 1,714,274,812 | 99,067,941,385 | 21,851,818 | 1,692,422,994 | 97,805,124,823 | 98.73 |
| 6/12/2012 | 59.40 | 1,714,274,812 | 101,827,923,833 | 21,851,818 | 1,692,422,994 | 100,529,925,844 | 98.73 |
| 6/13/2012 | 58.94 | 1,714,274,812 | 101,039,357,419 | 21,851,818 | 1,692,422,994 | 99,751,411,266 | 98.73 |
| 6/14/2012 | 56.79 | 1,714,274,812 | 97,353,666,573 | 21,851,818 | 1,692,422,994 | 96,112,701,829 | 98.73 |
| 6/15/2012 | 56.50 | 1,714,274,812 | 96,856,526,878 | 21,851,818 | 1,692,422,994 | 95,621,899,161 | 98.73 |
| 6/18/2012 | 56.77 | 1,714,274,812 | 97,319,381,077 | 21,851,818 | 1,692,422,994 | 96,078,853,369 | 98.73 |

PX32

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date (1) | Closing Price (2) | Shares Outstanding[2] (3) | Market Capitalization (4) (2) × (3) | Insider Holdings (5) | Float (6) (3) - (5) | Market Value of Float (8) (2) × (6) | Float as a Percent of Shares Outstanding (7) (6) / (3) |
|---|---|---|---|---|---|---|---|
| 6/19/2012 | $ 57.02 | 1,714,274,812 | $ 97,747,949,780 | 21,851,818 | 1,692,422,994 | $ 96,501,959,118 | 98.73 % |
| 6/20/2012 | 57.00 | 1,714,274,812 | 97,713,664,284 | 21,851,818 | 1,692,422,994 | 96,468,110,658 | 98.73 |
| 6/21/2012 | 55.13 | 1,714,274,812 | 94,507,970,386 | 21,851,818 | 1,692,422,994 | 93,303,279,659 | 98.73 |
| 6/22/2012 | 55.64 | 1,714,274,812 | 95,382,250,540 | 21,851,818 | 1,692,422,994 | 94,166,415,386 | 98.73 |
| 6/25/2012 | 53.56 | 1,714,274,812 | 91,807,987,557 | 21,851,818 | 1,692,422,994 | 90,637,713,444 | 98.73 |
| 6/26/2012 | 53.92 | 1,714,274,812 | 92,433,697,863 | 21,851,818 | 1,692,422,994 | 91,255,447,836 | 98.73 |
| 6/27/2012 | 54.91 | 1,714,274,812 | 94,130,829,927 | 21,851,818 | 1,692,422,994 | 92,930,946,601 | 98.73 |
| 6/28/2012 | 54.30 | 1,714,274,812 | 93,085,122,292 | 21,851,818 | 1,692,422,994 | 91,898,568,574 | 98.73 |
| 6/29/2012 | 55.68 | 1,714,274,812 | 95,450,821,532 | 21,851,818 | 1,692,422,994 | 94,234,112,306 | 98.73 |
| 7/2/2012 | 55.67 | 1,714,274,812 | 95,425,107,410 | 21,851,818 | 1,692,422,994 | 94,208,725,961 | 98.73 |
| 7/3/2012 | 56.26 | 1,714,274,812 | 96,445,100,923 | 21,851,818 | 1,692,422,994 | 95,215,717,642 | 98.73 |
| 7/5/2012 | 56.25 | 1,714,274,812 | 96,427,958,175 | 21,851,818 | 1,692,422,994 | 95,198,793,413 | 98.73 |
| 7/6/2012 | 55.31 | 1,714,274,812 | 94,816,539,852 | 21,851,818 | 1,692,422,994 | 93,607,915,798 | 98.73 |
| 7/9/2012 | 55.32 | 1,714,274,812 | 94,833,682,600 | 21,851,818 | 1,692,422,994 | 93,624,840,028 | 98.73 |
| 7/10/2012 | 55.17 | 1,714,274,812 | 94,576,541,378 | 21,851,818 | 1,692,422,994 | 93,370,976,579 | 98.73 |
| 7/11/2012 | 54.37 | 1,714,274,812 | 93,205,121,528 | 21,851,818 | 1,692,422,994 | 92,017,038,184 | 98.73 |
| 7/12/2012 | 53.73 | 1,714,274,812 | 92,107,985,649 | 21,851,818 | 1,692,422,994 | 90,933,887,468 | 98.73 |
| 7/13/2012 | 54.98 | 1,714,274,812 | 94,250,829,164 | 21,851,818 | 1,692,422,994 | 93,049,416,210 | 98.73 |
| 7/16/2012 | 54.36 | 1,703,349,039 | 92,594,053,760 | 21,851,818 | 1,681,497,221 | 91,406,188,934 | 98.72 |
| 7/17/2012 | 54.46 | 1,703,349,039 | 92,764,388,664 | 21,851,818 | 1,681,497,221 | 91,574,338,656 | 98.72 |
| 7/18/2012 | 56.05 | 1,703,349,039 | 95,472,713,636 | 21,851,818 | 1,681,497,221 | 94,247,919,237 | 98.72 |
| 7/19/2012 | 58.44 | 1,703,349,039 | 99,535,201,094 | 21,851,818 | 1,681,497,221 | 98,258,290,109 | 98.72 |
| 7/20/2012 | 57.68 | 1,703,349,039 | 98,249,172,570 | 21,851,818 | 1,681,497,221 | 96,988,759,707 | 98.72 |
| 7/23/2012 | 57.32 | 1,703,349,039 | 97,635,966,915 | 21,851,818 | 1,681,497,221 | 96,383,420,708 | 98.72 |
| 7/24/2012 | 56.79 | 1,703,349,039 | 96,724,675,180 | 21,851,818 | 1,681,497,221 | 95,483,819,694 | 98.72 |
| 7/25/2012 | 57.28 | 1,703,349,039 | 97,567,832,954 | 21,851,818 | 1,681,497,221 | 96,316,160,819 | 98.72 |
| 7/26/2012 | 58.21 | 1,703,349,039 | 99,151,947,560 | 21,851,818 | 1,681,497,221 | 97,879,953,234 | 98.72 |
| 7/27/2012 | 59.34 | 1,703,349,039 | 101,076,731,974 | 21,851,818 | 1,681,497,221 | 99,780,045,094 | 98.72 |
| 7/30/2012 | 59.15 | 1,703,349,039 | 100,753,095,657 | 21,851,818 | 1,681,497,221 | 99,460,560,622 | 98.72 |
| 7/31/2012 | 59.68 | 1,703,349,039 | 101,655,870,648 | 21,851,818 | 1,681,497,221 | 100,351,754,149 | 98.72 |
| 8/1/2012 | 59.52 | 1,703,349,039 | 101,383,334,801 | 21,851,818 | 1,681,497,221 | 100,082,714,594 | 98.72 |
| 8/2/2012 | 58.88 | 1,703,349,039 | 100,293,191,416 | 21,851,818 | 1,681,497,221 | 99,006,556,372 | 98.72 |
| 8/3/2012 | 60.24 | 1,703,349,039 | 102,609,746,109 | 21,851,818 | 1,681,497,221 | 101,293,392,593 | 98.72 |
| 8/6/2012 | 60.13 | 1,703,349,039 | 102,422,377,715 | 21,851,818 | 1,681,497,221 | 101,108,427,899 | 98.72 |
| 8/7/2012 | 61.34 | 1,703,349,039 | 104,483,430,052 | 21,851,818 | 1,681,497,221 | 103,143,039,536 | 98.72 |
| 8/8/2012 | 61.45 | 1,703,349,039 | 104,670,798,447 | 21,851,818 | 1,681,497,221 | 103,328,004,230 | 98.72 |
| 8/9/2012 | 62.00 | 1,703,349,039 | 105,607,640,418 | 21,851,818 | 1,681,497,221 | 104,252,827,702 | 98.72 |
| 8/10/2012 | 61.98 | 1,703,349,039 | 105,576,980,135 | 21,851,818 | 1,681,497,221 | 104,222,560,752 | 98.72 |
| 8/13/2012 | 62.10 | 1,703,349,039 | 105,777,975,322 | 21,851,818 | 1,681,497,221 | 104,420,977,424 | 98.72 |
| 8/14/2012 | 62.39 | 1,703,349,039 | 106,271,946,543 | 21,851,818 | 1,681,497,221 | 104,908,611,618 | 98.72 |
| 8/15/2012 | 62.52 | 1,703,349,039 | 106,493,381,918 | 21,851,818 | 1,681,497,221 | 105,127,206,257 | 98.72 |
| 8/16/2012 | 62.57 | 1,703,349,039 | 106,578,549,370 | 21,851,818 | 1,681,497,221 | 105,211,281,118 | 98.72 |
| 8/17/2012 | 63.29 | 1,703,349,039 | 107,804,960,678 | 21,851,818 | 1,681,497,221 | 106,421,959,117 | 98.72 |
| 8/20/2012 | 62.80 | 1,703,349,039 | 106,970,319,649 | 21,851,818 | 1,681,497,221 | 105,598,025,479 | 98.72 |
| 8/21/2012 | 62.08 | 1,703,349,039 | 105,743,908,341 | 21,851,818 | 1,681,497,221 | 104,387,347,480 | 98.72 |
| 8/22/2012 | 62.17 | 1,703,349,039 | 105,897,209,755 | 21,851,818 | 1,681,497,221 | 104,538,682,230 | 98.72 |
| 8/23/2012 | 62.05 | 1,703,349,039 | 105,684,291,125 | 21,851,818 | 1,681,497,221 | 104,328,495,077 | 98.72 |
| 8/24/2012 | 62.43 | 1,703,349,039 | 106,340,080,505 | 21,851,818 | 1,681,497,221 | 104,975,871,507 | 98.72 |

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (8) | (7) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 8/27/2012 | $ 62.37 | 1,703,349,039 | $ 106,237,879,562 | 21,851,818 | 1,681,497,221 | $ 104,874,981,674 | 98.72 % |
| 8/28/2012 | 62.01 | 1,703,349,039 | 105,624,673,908 | 21,851,818 | 1,681,497,221 | 104,269,642,674 | 98.72 |
| 8/29/2012 | 62.11 | 1,703,349,039 | 105,795,008,812 | 21,851,818 | 1,681,497,221 | 104,437,792,396 | 98.72 |
| 8/30/2012 | 61.20 | 1,703,349,039 | 104,244,961,187 | 21,851,818 | 1,681,497,221 | 102,907,629,925 | 98.72 |
| 8/31/2012 | 61.46 | 1,703,349,039 | 104,687,831,937 | 21,851,818 | 1,681,497,221 | 103,344,819,203 | 98.72 |
| 9/4/2012 | 60.81 | 1,703,349,039 | 103,580,655,062 | 21,851,818 | 1,681,497,221 | 102,251,846,009 | 98.72 |
| 9/5/2012 | 60.68 | 1,703,349,039 | 103,359,219,687 | 21,851,818 | 1,681,497,221 | 102,033,251,370 | 98.72 |
| 9/6/2012 | 62.62 | 1,703,349,039 | 106,663,716,822 | 21,851,818 | 1,681,497,221 | 105,295,355,979 | 98.72 |
| 9/7/2012 | 61.93 | 1,703,349,039 | 105,488,405,985 | 21,851,818 | 1,681,497,221 | 104,135,122,897 | 98.72 |
| 9/10/2012 | 61.29 | 1,703,349,039 | 104,398,262,600 | 21,851,818 | 1,681,497,221 | 103,058,964,675 | 98.72 |
| 9/11/2012 | 61.85 | 1,703,349,039 | 105,345,324,666 | 21,851,818 | 1,681,497,221 | 103,993,877,130 | 98.72 |
| 9/12/2012 | 62.44 | 1,703,349,039 | 106,357,113,995 | 21,851,818 | 1,681,497,221 | 104,992,686,479 | 98.72 |
| 9/13/2012 | 63.85 | 1,703,349,039 | 108,750,319,395 | 21,851,818 | 1,681,497,221 | 107,355,190,075 | 98.72 |
| 9/14/2012 | 64.88 | 1,703,349,039 | 110,513,285,650 | 21,851,818 | 1,681,497,221 | 109,095,539,698 | 98.72 |
| 9/17/2012 | 64.81 | 1,703,349,039 | 110,394,051,218 | 21,851,818 | 1,681,497,221 | 108,977,834,893 | 98.72 |
| 9/18/2012 | 65.08 | 1,703,349,039 | 110,853,955,458 | 21,851,818 | 1,681,497,221 | 109,431,839,143 | 98.72 |
| 9/19/2012 | 65.08 | 1,703,349,039 | 110,853,955,458 | 21,851,818 | 1,681,497,221 | 109,431,839,143 | 98.72 |
| 9/20/2012 | 64.35 | 1,703,349,039 | 109,610,510,660 | 21,851,818 | 1,681,497,221 | 108,204,346,171 | 98.72 |
| 9/21/2012 | 64.27 | 1,703,349,039 | 109,465,725,991 | 21,851,818 | 1,681,497,221 | 108,061,418,908 | 98.72 |
| 9/24/2012 | 63.67 | 1,703,349,039 | 108,443,716,568 | 21,851,818 | 1,681,497,221 | 107,052,520,575 | 98.72 |
| 9/25/2012 | 62.73 | 1,703,349,039 | 106,851,085,216 | 21,851,818 | 1,681,497,221 | 105,480,320,673 | 98.72 |
| 9/26/2012 | 62.32 | 1,703,349,039 | 106,152,712,110 | 21,851,818 | 1,681,497,221 | 104,790,906,813 | 98.72 |
| 9/27/2012 | 63.49 | 1,703,349,039 | 108,145,630,486 | 21,851,818 | 1,681,497,221 | 106,758,258,561 | 98.72 |
| 9/28/2012 | 62.47 | 1,703,349,039 | 106,408,214,466 | 21,851,818 | 1,681,497,221 | 105,043,131,396 | 98.72 |
| 10/1/2012 | 61.91 | 1,703,349,039 | 105,454,339,004 | 21,851,818 | 1,681,497,221 | 104,101,492,952 | 98.72 |
| 10/2/2012 | 61.79 | 1,703,349,039 | 105,249,937,120 | 21,851,818 | 1,681,497,221 | 103,899,713,286 | 98.72 |
| 10/3/2012 | 62.07 | 1,703,349,039 | 105,726,874,851 | 21,851,818 | 1,681,497,221 | 104,370,532,507 | 98.72 |
| 10/4/2012 | 62.65 | 1,703,349,039 | 106,714,817,293 | 21,851,818 | 1,681,497,221 | 105,345,800,896 | 98.72 |
| 10/5/2012 | 62.64 | 1,703,349,039 | 106,697,783,803 | 21,851,818 | 1,681,497,221 | 105,328,985,923 | 98.72 |
| 10/8/2012 | 61.40 | 1,703,349,039 | 104,585,630,995 | 21,851,818 | 1,681,497,221 | 103,243,929,369 | 98.72 |
| 10/9/2012 | 60.39 | 1,703,349,039 | 102,865,248,465 | 21,851,818 | 1,681,497,221 | 101,545,617,176 | 98.72 |
| 10/10/2012 | 59.78 | 1,703,349,039 | 101,826,205,551 | 21,851,818 | 1,681,497,221 | 100,519,903,871 | 98.72 |
| 10/11/2012 | 59.21 | 1,703,349,039 | 100,855,296,599 | 21,851,818 | 1,681,497,221 | 99,561,450,455 | 98.72 |
| 10/12/2012 | 58.89 | 1,703,349,039 | 100,310,224,907 | 21,851,818 | 1,681,497,221 | 99,023,371,345 | 98.72 |
| 10/15/2012 | 59.29 | 1,703,349,039 | 100,991,564,522 | 21,851,818 | 1,681,497,221 | 99,695,970,233 | 98.72 |
| 10/16/2012 | 60.36 | 1,703,349,039 | 102,815,340,338 | 21,851,818 | 1,681,497,221 | 101,496,349,308 | 98.72 |
| 10/17/2012 | 60.98 | 1,703,349,039 | 103,870,224,398 | 21,851,818 | 1,681,497,221 | 102,537,700,537 | 98.72 |
| 10/18/2012 | 59.96 | 1,703,349,039 | 102,132,808,378 | 21,851,818 | 1,681,497,221 | 100,822,573,371 | 98.72 |
| 10/19/2012 | 58.75 | 1,703,349,039 | 100,071,756,041 | 21,851,818 | 1,681,497,221 | 98,787,961,734 | 98.72 |
| 10/22/2012 | 58.68 | 1,703,349,039 | 99,952,521,609 | 21,851,818 | 1,681,497,221 | 98,670,256,928 | 98.72 |
| 10/23/2012 | 58.31 | 1,703,349,039 | 99,322,282,464 | 21,851,818 | 1,681,497,221 | 98,048,102,957 | 98.72 |
| 10/24/2012 | 57.63 | 1,703,349,039 | 98,164,005,118 | 21,851,818 | 1,681,497,221 | 96,904,684,846 | 98.72 |
| 10/25/2012 | 57.43 | 1,703,349,039 | 97,823,335,310 | 21,851,818 | 1,681,497,221 | 96,568,385,402 | 98.72 |
| 10/26/2012 | 59.04 | 1,703,349,039 | 100,565,727,263 | 21,851,818 | 1,681,497,221 | 99,275,595,928 | 98.72 |
| 10/31/2012 | 58.61 | 1,703,349,039 | 99,833,287,176 | 21,851,818 | 1,681,497,221 | 98,552,552,123 | 98.72 |
| 11/1/2012 | 59.73 | 1,703,349,039 | 101,741,038,099 | 21,851,818 | 1,681,497,221 | 100,435,829,010 | 98.72 |
| 11/2/2012 | 59.30 | 1,703,349,039 | 101,008,598,013 | 21,851,818 | 1,681,497,221 | 99,712,785,205 | 98.72 |
| 11/5/2012 | 60.43 | 1,704,029,150 | 102,974,481,535 | 21,851,818 | 1,682,177,332 | 101,653,976,173 | 98.72 |

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (8) | (7) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 11/6/2012 | $ 60.37 | 1,704,029,150 | $ 102,872,239,786 | 21,851,818 | 1,682,177,332 | $ 101,553,045,533 | 98.72 % |
| 11/7/2012 | 58.12 | 1,704,029,150 | 99,040,389,436 | 21,851,818 | 1,682,177,332 | 97,770,333,366 | 98.72 |
| 11/8/2012 | 60.67 | 1,704,029,150 | 103,383,448,531 | 21,851,818 | 1,682,177,332 | 102,057,698,732 | 98.72 |
| 11/9/2012 | 61.62 | 1,704,029,150 | 105,002,276,223 | 21,851,818 | 1,682,177,332 | 103,655,767,198 | 98.72 |
| 11/12/2012 | 61.62 | 1,704,029,150 | 105,002,276,223 | 21,851,818 | 1,682,177,332 | 103,655,767,198 | 98.72 |
| 11/13/2012 | 62.13 | 1,704,029,150 | 105,871,331,090 | 21,851,818 | 1,682,177,332 | 104,513,677,637 | 98.72 |
| 11/14/2012 | 61.73 | 1,704,029,150 | 105,184,266,536 | 21,851,818 | 1,682,177,332 | 103,835,423,737 | 98.72 |
| 11/15/2012 | 61.28 | 1,704,029,150 | 104,424,269,535 | 21,851,818 | 1,682,177,332 | 103,085,172,647 | 98.72 |
| 11/16/2012 | 61.93 | 1,704,029,150 | 105,530,525,260 | 21,851,818 | 1,682,177,332 | 104,177,242,171 | 98.72 |
| 11/19/2012 | 62.09 | 1,704,029,150 | 105,803,169,924 | 21,851,818 | 1,682,177,332 | 104,446,390,544 | 98.72 |
| 11/20/2012 | 62.14 | 1,704,029,150 | 105,888,371,381 | 21,851,818 | 1,682,177,332 | 104,530,499,410 | 98.72 |
| 11/21/2012 | 62.14 | 1,704,029,150 | 105,888,371,381 | 21,851,818 | 1,682,177,332 | 104,530,499,410 | 98.72 |
| 11/23/2012 | 63.13 | 1,704,029,150 | 107,575,360,240 | 21,851,818 | 1,682,177,332 | 106,195,854,969 | 98.72 |
| 11/26/2012 | 62.49 | 1,704,029,150 | 106,484,781,584 | 21,851,818 | 1,682,177,332 | 105,119,261,477 | 98.72 |
| 11/27/2012 | 62.26 | 1,704,029,150 | 106,092,854,879 | 21,851,818 | 1,682,177,332 | 104,732,360,690 | 98.72 |
| 11/28/2012 | 62.65 | 1,704,029,150 | 106,757,426,248 | 21,851,818 | 1,682,177,332 | 105,388,409,850 | 98.72 |
| 11/29/2012 | 63.35 | 1,704,029,150 | 107,950,246,653 | 21,851,818 | 1,682,177,332 | 106,565,933,982 | 98.72 |
| 11/30/2012 | 63.62 | 1,704,029,150 | 108,410,334,523 | 21,851,818 | 1,682,177,332 | 107,020,121,862 | 98.72 |
| 12/3/2012 | 63.37 | 1,704,029,150 | 107,984,327,236 | 21,851,818 | 1,682,177,332 | 106,599,577,529 | 98.72 |
| 12/4/2012 | 63.47 | 1,704,029,150 | 108,146,210,005 | 21,851,818 | 1,682,177,332 | 106,759,384,375 | 98.72 |
| 12/5/2012 | 63.63 | 1,704,029,150 | 108,427,374,815 | 21,851,818 | 1,682,177,332 | 107,036,943,635 | 98.72 |
| 12/6/2012 | 64.20 | 1,704,029,150 | 109,395,604,178 | 21,851,818 | 1,682,177,332 | 107,992,756,795 | 98.72 |
| 12/7/2012 | 63.86 | 1,704,029,150 | 108,819,301,519 | 21,851,818 | 1,682,177,332 | 107,423,844,422 | 98.72 |
| 12/10/2012 | 63.93 | 1,704,029,150 | 108,938,583,560 | 21,851,818 | 1,682,177,332 | 107,541,596,835 | 98.72 |
| 12/11/2012 | 64.35 | 1,704,029,150 | 109,654,275,803 | 21,851,818 | 1,682,177,332 | 108,248,111,314 | 98.72 |
| 12/12/2012 | 63.49 | 1,704,029,150 | 108,186,254,690 | 21,851,818 | 1,682,177,332 | 106,798,915,543 | 98.72 |
| 12/13/2012 | 62.76 | 1,704,029,150 | 106,944,869,454 | 21,851,818 | 1,682,177,332 | 105,573,449,356 | 98.72 |
| 12/14/2012 | 59.83 | 1,704,029,150 | 101,952,404,850 | 21,851,818 | 1,682,177,332 | 100,645,006,209 | 98.72 |
| 12/17/2012 | 62.04 | 1,714,352,304 | 106,358,416,940 | 3,091,517 | 1,711,260,787 | 106,166,619,225 | 99.82 |
| 12/18/2012 | 63.36 | 1,714,352,304 | 108,621,361,981 | 3,091,517 | 1,711,260,787 | 108,425,483,464 | 99.82 |
| 12/19/2012 | 62.55 | 1,714,352,304 | 107,232,736,615 | 3,091,517 | 1,711,260,787 | 107,039,362,227 | 99.82 |
| 12/20/2012 | 62.86 | 1,714,352,304 | 107,764,357,265 | 3,091,517 | 1,711,260,787 | 107,570,024,197 | 99.82 |
| 12/21/2012 | 61.61 | 1,714,352,304 | 105,621,245,449 | 3,091,517 | 1,711,260,787 | 105,430,777,087 | 99.82 |
| 12/24/2012 | 61.90 | 1,714,352,304 | 106,118,407,618 | 3,091,517 | 1,711,260,787 | 105,927,042,715 | 99.82 |
| 12/26/2012 | 61.59 | 1,714,352,304 | 105,586,958,403 | 3,091,517 | 1,711,260,787 | 105,396,551,871 | 99.82 |
| 12/27/2012 | 61.51 | 1,714,352,304 | 105,449,810,219 | 3,091,517 | 1,711,260,787 | 105,259,651,008 | 99.82 |
| 12/28/2012 | 60.64 | 1,714,352,304 | 103,955,237,880 | 3,091,517 | 1,711,260,787 | 103,767,773,854 | 99.82 |
| 12/31/2012 | 61.86 | 1,714,352,304 | 106,049,147,785 | 3,091,517 | 1,711,260,787 | 105,857,907,780 | 99.82 |
| 1/2/2013 | 64.75 | 1,714,352,304 | 111,004,311,684 | 3,091,517 | 1,711,260,787 | 110,804,135,958 | 99.82 |
| 1/3/2013 | 64.45 | 1,714,352,304 | 110,487,091,594 | 3,091,517 | 1,711,260,787 | 110,287,848,579 | 99.82 |
| 1/4/2013 | 63.50 | 1,714,352,304 | 108,861,371,304 | 3,091,517 | 1,711,260,787 | 108,665,059,975 | 99.82 |
| 1/7/2013 | 64.01 | 1,716,764,257 | 109,890,080,091 | 3,091,517 | 1,713,672,740 | 109,692,192,087 | 99.82 |
| 1/8/2013 | 63.91 | 1,716,764,257 | 109,718,403,665 | 3,091,517 | 1,713,672,740 | 109,520,824,813 | 99.82 |
| 1/9/2013 | 64.88 | 1,716,764,257 | 111,383,664,994 | 3,091,517 | 1,713,672,740 | 111,183,087,371 | 99.82 |
| 1/10/2013 | 64.78 | 1,716,764,257 | 111,211,988,568 | 3,091,517 | 1,713,672,740 | 111,011,720,097 | 99.82 |
| 1/11/2013 | 64.90 | 1,716,764,257 | 111,418,000,279 | 3,091,517 | 1,713,672,740 | 111,217,360,826 | 99.82 |
| 1/14/2013 | 64.24 | 1,716,764,257 | 110,284,935,870 | 3,091,517 | 1,713,672,740 | 110,086,336,818 | 99.82 |
| 1/15/2013 | 64.44 | 1,716,764,257 | 110,628,288,721 | 3,091,517 | 1,713,672,740 | 110,429,071,366 | 99.82 |

PX32

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date<br>(1) | Closing Price<br>(2) | Shares Outstanding[2]<br>(3) | Market Capitalization<br>(4)<br>(2) × (3) | Insider Holdings<br>(5) | Float<br>(6)<br>(3) - (5) | Market Value of Float<br>(8)<br>(2) × (6) | Float as a Percent of Shares Outstanding<br>(7)<br>(6) / (3) |
|---|---|---|---|---|---|---|---|
| 1/16/2013 | $ 64.79 | 1,716,764,257 | $ 111,229,156,211 | 3,091,517 | 1,713,672,740 | $ 111,028,856,825 | 99.82 % |
| 1/17/2013 | 65.14 | 1,716,764,257 | 111,821,439,880 | 3,091,517 | 1,713,672,740 | 111,620,073,920 | 99.82 |
| 1/18/2013 | 64.68 | 1,716,764,257 | 111,040,312,143 | 3,091,517 | 1,713,672,740 | 110,840,352,823 | 99.82 |
| 1/22/2013 | 64.68 | 1,716,764,257 | 111,040,312,143 | 3,091,517 | 1,713,672,740 | 110,840,352,823 | 99.82 |
| 1/23/2013 | 64.89 | 1,716,764,257 | 111,400,832,637 | 3,091,517 | 1,713,672,740 | 111,200,224,099 | 99.82 |
| 1/24/2013 | 64.40 | 1,716,764,257 | 110,559,618,151 | 3,091,517 | 1,713,672,740 | 110,360,524,456 | 99.82 |
| 1/25/2013 | 63.66 | 1,716,764,257 | 109,289,212,601 | 3,091,517 | 1,713,672,740 | 109,092,406,628 | 99.82 |
| 1/28/2013 | 63.67 | 1,718,129,898 | 109,393,330,606 | 3,091,517 | 1,715,038,381 | 109,196,493,718 | 99.82 |
| 1/29/2013 | 63.45 | 1,718,129,898 | 109,015,342,028 | 3,091,517 | 1,715,038,381 | 108,819,185,274 | 99.82 |
| 1/30/2013 | 63.53 | 1,718,129,898 | 109,152,792,420 | 3,091,517 | 1,715,038,381 | 108,956,388,345 | 99.82 |
| 1/31/2013 | 66.02 | 1,718,129,898 | 113,430,935,866 | 3,091,517 | 1,715,038,381 | 113,226,833,914 | 99.82 |
| 2/1/2013 | 66.73 | 1,718,129,898 | 114,650,808,094 | 3,091,517 | 1,715,038,381 | 114,444,511,164 | 99.82 |
| 2/4/2013 | 65.64 | 1,718,129,898 | 112,778,046,505 | 3,091,517 | 1,715,038,381 | 112,575,119,329 | 99.82 |
| 2/5/2013 | 66.95 | 1,718,129,898 | 115,028,796,671 | 3,091,517 | 1,715,038,381 | 114,821,819,608 | 99.82 |
| 2/6/2013 | 67.18 | 1,718,129,898 | 115,423,966,548 | 3,091,517 | 1,715,038,381 | 115,216,278,436 | 99.82 |
| 2/7/2013 | 66.54 | 1,718,129,898 | 114,324,363,413 | 3,091,517 | 1,715,038,381 | 114,118,653,872 | 99.82 |
| 2/8/2013 | 66.95 | 1,718,129,898 | 115,028,796,671 | 3,091,517 | 1,715,038,381 | 114,821,819,608 | 99.82 |
| 2/11/2013 | 67.18 | 1,718,129,898 | 115,423,966,548 | 3,091,517 | 1,715,038,381 | 115,216,278,436 | 99.82 |
| 2/12/2013 | 65.89 | 1,718,129,898 | 113,198,988,330 | 3,091,517 | 1,715,038,381 | 112,995,303,732 | 99.82 |
| 2/13/2013 | 65.45 | 1,718,129,898 | 112,451,601,824 | 3,091,517 | 1,715,038,381 | 112,249,262,036 | 99.82 |
| 2/14/2013 | 65.53 | 1,718,129,898 | 112,589,052,216 | 3,091,517 | 1,715,038,381 | 112,386,465,107 | 99.82 |
| 2/15/2013 | 65.43 | 1,718,129,898 | 112,417,239,226 | 3,091,517 | 1,715,038,381 | 112,214,961,269 | 99.82 |
| 2/19/2013 | 65.67 | 1,718,129,898 | 112,829,590,402 | 3,091,517 | 1,715,038,381 | 112,626,570,480 | 99.82 |
| 2/20/2013 | 65.27 | 1,718,129,898 | 112,142,338,442 | 3,091,517 | 1,715,038,381 | 111,940,555,128 | 99.82 |
| 2/21/2013 | 64.82 | 1,718,129,898 | 111,369,179,988 | 3,091,517 | 1,715,038,381 | 111,168,787,856 | 99.82 |
| 2/22/2013 | 64.94 | 1,718,129,898 | 111,575,355,576 | 3,091,517 | 1,715,038,381 | 111,374,592,462 | 99.82 |
| 2/25/2013 | 64.80 | 1,718,129,898 | 111,334,817,390 | 3,091,517 | 1,715,038,381 | 111,134,487,089 | 99.82 |
| 2/26/2013 | 65.27 | 1,718,129,898 | 112,142,338,442 | 3,091,517 | 1,715,038,381 | 111,940,555,128 | 99.82 |
| 2/27/2013 | 65.64 | 1,718,129,898 | 112,778,046,505 | 3,091,517 | 1,715,038,381 | 112,575,119,329 | 99.82 |
| 2/28/2013 | 65.64 | 1,718,129,898 | 112,778,046,505 | 3,091,517 | 1,715,038,381 | 112,575,119,329 | 99.82 |
| 3/1/2013 | 66.30 | 1,718,129,898 | 113,912,012,237 | 3,091,517 | 1,715,038,381 | 113,707,044,660 | 99.82 |
| 3/4/2013 | 66.63 | 1,718,129,898 | 114,478,995,104 | 3,091,517 | 1,715,038,381 | 114,273,007,326 | 99.82 |
| 3/5/2013 | 67.97 | 1,718,129,898 | 116,781,289,167 | 3,091,517 | 1,715,038,381 | 116,571,158,757 | 99.82 |
| 3/6/2013 | 66.67 | 1,718,129,898 | 114,547,720,300 | 3,091,517 | 1,715,038,381 | 114,341,608,861 | 99.82 |
| 3/7/2013 | 66.79 | 1,718,129,898 | 114,753,895,887 | 3,091,517 | 1,715,038,381 | 114,547,413,467 | 99.82 |
| 3/8/2013 | 66.65 | 1,718,129,898 | 114,513,357,702 | 3,091,517 | 1,715,038,381 | 114,307,308,094 | 99.82 |
| 3/11/2013 | 66.70 | 1,718,129,898 | 114,599,264,197 | 3,091,517 | 1,715,038,381 | 114,393,060,013 | 99.82 |
| 3/12/2013 | 67.04 | 1,718,129,898 | 115,183,428,362 | 3,091,517 | 1,715,038,381 | 114,976,173,062 | 99.82 |
| 3/13/2013 | 66.76 | 1,718,129,898 | 114,693,761,341 | 3,091,517 | 1,715,038,381 | 114,487,387,124 | 99.82 |
| 3/14/2013 | 66.57 | 1,718,129,898 | 114,375,907,310 | 3,091,517 | 1,715,038,381 | 114,170,105,023 | 99.82 |
| 3/15/2013 | 64.98 | 1,718,129,898 | 111,635,490,123 | 3,091,517 | 1,715,038,381 | 111,434,618,805 | 99.82 |
| 3/18/2013 | 64.56 | 1,718,129,898 | 110,922,466,215 | 3,091,517 | 1,715,038,381 | 110,722,877,877 | 99.82 |
| 3/19/2013 | 64.72 | 1,718,129,898 | 111,197,366,999 | 3,091,517 | 1,715,038,381 | 110,997,284,018 | 99.82 |
| 3/20/2013 | 65.74 | 1,718,129,898 | 112,949,859,495 | 3,091,517 | 1,715,038,381 | 112,746,623,167 | 99.82 |
| 3/21/2013 | 65.35 | 1,718,129,898 | 112,279,788,834 | 3,091,517 | 1,715,038,381 | 112,077,758,198 | 99.82 |
| 3/22/2013 | 65.92 | 1,718,129,898 | 113,259,122,876 | 3,091,517 | 1,715,038,381 | 113,055,330,076 | 99.82 |
| 3/25/2013 | 65.67 | 1,718,129,898 | 112,829,590,402 | 3,091,517 | 1,715,038,381 | 112,626,570,480 | 99.82 |
| 3/26/2013 | 66.62 | 1,718,129,898 | 114,461,813,805 | 3,091,517 | 1,715,038,381 | 114,255,856,942 | 99.82 |

PX32

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (8) | (7) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 3/27/2013 | $ 66.68 | 1,718,129,898 | $ 114,564,901,599 | 3,091,517 | 1,715,038,381 | $ 114,358,759,245 | 99.82 % |
| 3/28/2013 | 66.94 | 1,718,129,898 | 115,011,615,372 | 3,091,517 | 1,715,038,381 | 114,804,669,224 | 99.82 |
| 4/1/2013 | 66.00 | 1,718,129,898 | 113,396,573,268 | 3,091,517 | 1,715,038,381 | 113,192,533,146 | 99.82 |
| 4/2/2013 | 66.26 | 1,718,129,898 | 113,834,696,392 | 3,091,517 | 1,715,038,381 | 113,629,867,933 | 99.82 |
| 4/3/2013 | 65.97 | 1,718,129,898 | 113,345,029,371 | 3,091,517 | 1,715,038,381 | 113,141,081,995 | 99.82 |
| 4/4/2013 | 65.81 | 1,718,129,898 | 113,070,128,587 | 3,091,517 | 1,715,038,381 | 112,866,675,854 | 99.82 |
| 4/5/2013 | 65.16 | 1,718,129,898 | 111,953,344,154 | 3,091,517 | 1,715,038,381 | 111,751,900,906 | 99.82 |
| 4/8/2013 | 65.86 | 1,718,129,898 | 113,156,035,082 | 3,091,517 | 1,715,038,381 | 112,952,427,773 | 99.82 |
| 4/9/2013 | 65.96 | 1,718,129,898 | 113,327,848,072 | 3,091,517 | 1,715,038,381 | 113,123,931,611 | 99.82 |
| 4/10/2013 | 67.29 | 1,718,129,898 | 115,604,370,187 | 3,091,517 | 1,715,038,381 | 115,396,357,466 | 99.82 |
| 4/11/2013 | 67.03 | 1,718,129,898 | 115,166,247,063 | 3,091,517 | 1,715,038,381 | 114,959,022,678 | 99.82 |
| 4/12/2013 | 66.68 | 1,718,129,898 | 114,564,901,599 | 3,091,517 | 1,715,038,381 | 114,358,759,245 | 99.82 |
| 4/15/2013 | 65.49 | 1,718,129,898 | 112,520,327,020 | 3,091,517 | 1,715,038,381 | 112,317,863,572 | 99.82 |
| 4/16/2013 | 65.81 | 1,718,129,898 | 113,070,128,587 | 3,091,517 | 1,715,038,381 | 112,866,675,854 | 99.82 |
| 4/17/2013 | 64.23 | 1,718,129,898 | 110,355,483,349 | 3,091,517 | 1,715,038,381 | 110,156,915,212 | 99.82 |
| 4/18/2013 | 63.64 | 1,718,129,898 | 109,341,786,709 | 3,091,517 | 1,715,038,381 | 109,145,042,567 | 99.82 |
| 4/19/2013 | 63.93 | 1,718,129,898 | 109,840,044,379 | 3,091,517 | 1,715,038,381 | 109,642,403,697 | 99.82 |
| 4/22/2013 | 64.58 | 1,727,835,431 | 111,583,612,134 | 3,091,517 | 1,724,743,914 | 111,383,961,966 | 99.82 |
| 4/23/2013 | 65.35 | 1,727,835,431 | 112,914,045,416 | 3,091,517 | 1,724,743,914 | 112,712,014,780 | 99.82 |
| 4/24/2013 | 66.00 | 1,727,835,431 | 114,037,138,446 | 3,091,517 | 1,724,743,914 | 113,833,098,324 | 99.82 |
| 4/25/2013 | 62.44 | 1,727,835,431 | 107,886,044,312 | 3,091,517 | 1,724,743,914 | 107,693,009,990 | 99.82 |
| 4/26/2013 | 61.52 | 1,727,835,431 | 106,296,435,715 | 3,091,517 | 1,724,743,914 | 106,106,245,589 | 99.82 |
| 4/29/2013 | 61.61 | 1,727,835,431 | 106,451,940,904 | 3,091,517 | 1,724,743,914 | 106,261,472,542 | 99.82 |
| 4/30/2013 | 61.60 | 1,727,835,431 | 106,434,662,550 | 3,091,517 | 1,724,743,914 | 106,244,225,102 | 99.82 |
| 5/1/2013 | 61.92 | 1,727,835,431 | 106,987,569,888 | 3,091,517 | 1,724,743,914 | 106,796,143,155 | 99.82 |
| 5/2/2013 | 62.89 | 1,727,835,431 | 108,663,570,256 | 3,091,517 | 1,724,743,914 | 108,469,144,751 | 99.82 |
| 5/3/2013 | 63.77 | 1,727,835,431 | 110,184,065,435 | 3,091,517 | 1,724,743,914 | 109,986,919,396 | 99.82 |
| 5/6/2013 | 63.86 | 1,727,835,431 | 110,339,570,624 | 3,091,517 | 1,724,743,914 | 110,142,146,348 | 99.82 |
| 5/7/2013 | 63.97 | 1,727,835,431 | 110,529,632,521 | 3,091,517 | 1,724,743,914 | 110,331,868,179 | 99.82 |
| 5/8/2013 | 64.12 | 1,727,835,431 | 110,788,807,836 | 3,091,517 | 1,724,743,914 | 110,590,579,766 | 99.82 |
| 5/9/2013 | 64.11 | 1,727,835,431 | 110,771,529,481 | 3,091,517 | 1,724,743,914 | 110,573,332,327 | 99.82 |
| 5/10/2013 | 64.64 | 1,727,835,431 | 111,687,282,260 | 3,091,517 | 1,724,743,914 | 111,487,446,601 | 99.82 |
| 5/13/2013 | 64.82 | 1,727,835,431 | 111,989,653,460 | 3,091,517 | 1,724,743,914 | 111,789,276,786 | 99.82 |
| 5/14/2013 | 65.32 | 1,727,835,431 | 112,862,210,353 | 3,091,517 | 1,724,743,914 | 112,660,272,462 | 99.82 |
| 5/15/2013 | 65.54 | 1,727,835,431 | 113,242,334,148 | 3,091,517 | 1,724,743,914 | 113,039,716,124 | 99.82 |
| 5/16/2013 | 65.64 | 1,727,835,431 | 113,415,117,691 | 3,091,517 | 1,724,743,914 | 113,212,190,515 | 99.82 |
| 5/17/2013 | 66.61 | 1,727,835,431 | 115,091,118,059 | 3,091,517 | 1,724,743,914 | 114,885,192,112 | 99.82 |
| 5/20/2013 | 66.10 | 1,727,835,431 | 114,209,921,989 | 3,091,517 | 1,724,743,914 | 114,005,572,715 | 99.82 |
| 5/21/2013 | 65.76 | 1,727,835,431 | 113,622,457,943 | 3,091,517 | 1,724,743,914 | 113,419,159,785 | 99.82 |
| 5/22/2013 | 65.23 | 1,727,835,431 | 112,706,705,164 | 3,091,517 | 1,724,743,914 | 112,505,045,510 | 99.82 |
| 5/23/2013 | 63.91 | 1,727,835,431 | 110,425,962,395 | 3,091,517 | 1,724,743,914 | 110,228,383,544 | 99.82 |
| 5/24/2013 | 64.26 | 1,727,835,431 | 111,030,704,796 | 3,091,517 | 1,724,743,914 | 110,832,043,914 | 99.82 |
| 5/28/2013 | 64.07 | 1,727,835,431 | 110,702,416,064 | 3,091,517 | 1,724,743,914 | 110,504,342,570 | 99.82 |
| 5/29/2013 | 64.11 | 1,727,835,431 | 110,771,529,481 | 3,091,517 | 1,724,743,914 | 110,573,332,327 | 99.82 |
| 5/30/2013 | 64.18 | 1,727,835,431 | 110,892,477,962 | 3,091,517 | 1,724,743,914 | 110,694,064,401 | 99.82 |
| 5/31/2013 | 63.48 | 1,727,835,431 | 109,682,993,160 | 3,091,517 | 1,724,743,914 | 109,486,743,661 | 99.82 |
| 6/3/2013 | 63.23 | 1,727,835,431 | 109,251,034,302 | 3,091,517 | 1,724,743,914 | 109,055,557,682 | 99.82 |
| 6/4/2013 | 63.71 | 1,727,835,431 | 110,080,395,309 | 3,091,517 | 1,724,743,914 | 109,883,434,761 | 99.82 |

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (8) | (7) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 6/5/2013 | $ 63.15 | 1,727,835,431 | $ 109,112,807,468 | 3,091,517 | 1,724,743,914 | $ 108,917,578,169 | 99.82 % |
| 6/6/2013 | 62.97 | 1,727,835,431 | 108,801,797,090 | 3,091,517 | 1,724,743,914 | 108,607,124,265 | 99.82 |
| 6/7/2013 | 62.10 | 1,727,835,431 | 107,298,580,265 | 3,091,517 | 1,724,743,914 | 107,106,597,059 | 99.82 |
| 6/10/2013 | 62.03 | 1,727,835,431 | 107,177,631,785 | 3,091,517 | 1,724,743,914 | 106,985,864,985 | 99.82 |
| 6/11/2013 | 61.66 | 1,727,835,431 | 106,538,332,675 | 3,091,517 | 1,724,743,914 | 106,347,709,737 | 99.82 |
| 6/12/2013 | 61.11 | 1,727,835,431 | 105,588,023,188 | 3,091,517 | 1,724,743,914 | 105,399,100,585 | 99.82 |
| 6/13/2013 | 61.96 | 1,727,835,431 | 107,056,683,305 | 3,091,517 | 1,724,743,914 | 106,865,132,911 | 99.82 |
| 6/14/2013 | 61.38 | 1,727,835,431 | 106,054,538,755 | 3,091,517 | 1,724,743,914 | 105,864,781,441 | 99.82 |
| 6/17/2013 | 62.07 | 1,727,835,431 | 107,246,745,202 | 3,091,517 | 1,724,743,914 | 107,054,854,742 | 99.82 |
| 6/18/2013 | 62.38 | 1,727,835,431 | 107,782,374,186 | 3,091,517 | 1,724,743,914 | 107,589,525,355 | 99.82 |
| 6/19/2013 | 61.91 | 1,727,835,431 | 106,970,291,533 | 3,091,517 | 1,724,743,914 | 106,778,895,716 | 99.82 |
| 6/20/2013 | 60.92 | 1,727,835,431 | 105,259,734,457 | 3,091,517 | 1,724,743,914 | 105,071,399,241 | 99.82 |
| 6/21/2013 | 60.67 | 1,727,835,431 | 104,827,775,599 | 3,091,517 | 1,724,743,914 | 104,640,213,262 | 99.82 |
| 6/24/2013 | 59.89 | 1,727,835,431 | 103,471,424,785 | 3,091,517 | 1,724,743,914 | 103,286,289,290 | 99.82 |
| 6/25/2013 | 61.81 | 1,727,835,431 | 106,797,507,990 | 3,091,517 | 1,724,743,914 | 106,606,421,324 | 99.82 |
| 6/26/2013 | 61.27 | 1,727,835,431 | 105,864,476,857 | 3,091,517 | 1,724,743,914 | 105,675,059,611 | 99.82 |
| 6/27/2013 | 61.08 | 1,727,835,431 | 105,536,188,125 | 3,091,517 | 1,724,743,914 | 105,347,358,267 | 99.82 |
| 6/28/2013 | 61.09 | 1,727,835,431 | 105,553,466,480 | 3,091,517 | 1,724,743,914 | 105,364,605,706 | 99.82 |
| 7/1/2013 | 60.96 | 1,727,835,431 | 105,328,847,874 | 3,091,517 | 1,724,743,914 | 105,140,388,997 | 99.82 |
| 7/2/2013 | 60.92 | 1,727,835,431 | 105,259,734,457 | 3,091,517 | 1,724,743,914 | 105,071,399,241 | 99.82 |
| 7/3/2013 | 60.91 | 1,727,835,431 | 105,242,456,102 | 3,091,517 | 1,724,743,914 | 105,054,151,802 | 99.82 |
| 7/5/2013 | 60.95 | 1,727,835,431 | 105,311,569,519 | 3,091,517 | 1,724,743,914 | 105,123,141,558 | 99.82 |
| 7/8/2013 | 59.99 | 1,727,835,431 | 103,652,847,506 | 3,091,517 | 1,724,743,914 | 103,467,387,401 | 99.82 |
| 7/9/2013 | 59.39 | 1,727,835,431 | 102,616,146,247 | 3,091,517 | 1,724,743,914 | 102,432,541,052 | 99.82 |
| 7/10/2013 | 60.44 | 1,727,835,431 | 104,430,373,450 | 3,091,517 | 1,724,743,914 | 104,243,522,162 | 99.82 |
| 7/11/2013 | 61.30 | 1,727,835,431 | 105,916,311,920 | 3,091,517 | 1,724,743,914 | 105,726,801,928 | 99.82 |
| 7/12/2013 | 62.02 | 1,727,835,431 | 107,160,353,431 | 3,091,517 | 1,724,743,914 | 106,968,617,546 | 99.82 |
| 7/15/2013 | 61.28 | 1,727,835,431 | 105,881,755,212 | 3,091,517 | 1,724,743,914 | 105,692,307,050 | 99.82 |
| 7/16/2013 | 61.85 | 1,727,835,431 | 106,866,621,407 | 3,091,517 | 1,724,743,914 | 106,675,411,081 | 99.82 |
| 7/17/2013 | 62.65 | 1,727,835,431 | 108,248,889,752 | 3,091,517 | 1,724,743,914 | 108,055,206,212 | 99.82 |
| 7/18/2013 | 61.12 | 1,727,835,431 | 105,596,662,366 | 3,091,517 | 1,724,743,914 | 105,407,724,304 | 99.82 |
| 7/19/2013 | 61.46 | 1,727,835,431 | 106,192,765,589 | 3,091,517 | 1,724,743,914 | 106,002,760,954 | 99.82 |
| 7/22/2013 | 62.21 | 1,715,425,829 | 106,716,640,822 | 3,091,517 | 1,712,334,312 | 106,524,317,550 | 99.82 |
| 7/23/2013 | 62.30 | 1,715,425,829 | 106,871,029,147 | 3,091,517 | 1,712,334,312 | 106,678,427,638 | 99.82 |
| 7/24/2013 | 61.39 | 1,715,425,829 | 105,309,991,642 | 3,091,517 | 1,712,334,312 | 105,120,203,414 | 99.82 |
| 7/25/2013 | 63.42 | 1,715,425,829 | 108,792,306,075 | 3,091,517 | 1,712,334,312 | 108,596,242,067 | 99.82 |
| 7/26/2013 | 64.61 | 1,715,425,829 | 110,833,662,812 | 3,091,517 | 1,712,334,312 | 110,633,919,898 | 99.82 |
| 7/29/2013 | 64.24 | 1,715,425,829 | 110,198,955,255 | 3,091,517 | 1,712,334,312 | 110,000,356,203 | 99.82 |
| 7/30/2013 | 64.51 | 1,715,425,829 | 110,662,120,229 | 3,091,517 | 1,712,334,312 | 110,462,686,467 | 99.82 |
| 7/31/2013 | 64.56 | 1,715,425,829 | 110,751,322,372 | 3,091,517 | 1,712,334,312 | 110,551,727,851 | 99.82 |
| 8/1/2013 | 65.27 | 1,715,425,829 | 111,965,843,859 | 3,091,517 | 1,712,334,312 | 111,764,060,544 | 99.82 |
| 8/2/2013 | 66.75 | 1,715,425,829 | 114,504,674,086 | 3,091,517 | 1,712,334,312 | 114,298,315,326 | 99.82 |
| 8/5/2013 | 66.25 | 1,715,425,829 | 113,646,961,171 | 3,091,517 | 1,712,334,312 | 113,442,148,170 | 99.82 |
| 8/6/2013 | 65.59 | 1,715,425,829 | 112,514,780,124 | 3,091,517 | 1,712,334,312 | 112,312,007,524 | 99.82 |
| 8/7/2013 | 65.21 | 1,715,425,829 | 111,862,918,309 | 3,091,517 | 1,712,334,312 | 111,661,320,486 | 99.82 |
| 8/8/2013 | 66.35 | 1,715,425,829 | 113,818,503,754 | 3,091,517 | 1,712,334,312 | 113,613,381,601 | 99.82 |
| 8/9/2013 | 66.27 | 1,715,425,829 | 113,681,269,688 | 3,091,517 | 1,712,334,312 | 113,476,394,856 | 99.82 |
| 8/12/2013 | 66.46 | 1,715,425,829 | 114,007,200,595 | 3,091,517 | 1,712,334,312 | 113,801,738,376 | 99.82 |

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date (1) | Closing Price (2) | Shares Outstanding[2] (3) | Market Capitalization (4) (2) × (3) | Insider Holdings (5) | Float (6) (3) - (5) | Market Value of Float (8) (2) × (6) | Float as a Percent of Shares Outstanding (7) (6) / (3) |
|---|---|---|---|---|---|---|---|
| 8/13/2013 | $ 67.25 | 1,715,425,829 | $ 115,362,387,000 | 3,091,517 | 1,712,334,312 | $ 115,154,482,482 | 99.82 % |
| 8/14/2013 | 66.96 | 1,715,425,829 | 114,864,913,510 | 3,091,517 | 1,712,334,312 | 114,657,905,532 | 99.82 |
| 8/15/2013 | 66.95 | 1,715,425,829 | 114,847,759,252 | 3,091,517 | 1,712,334,312 | 114,640,782,188 | 99.82 |
| 8/16/2013 | 66.90 | 1,715,425,829 | 114,761,987,960 | 3,091,517 | 1,712,334,312 | 114,555,165,473 | 99.82 |
| 8/19/2013 | 66.33 | 1,715,425,829 | 113,784,195,238 | 3,091,517 | 1,712,334,312 | 113,579,134,915 | 99.82 |
| 8/20/2013 | 66.71 | 1,715,425,829 | 114,436,057,053 | 3,091,517 | 1,712,334,312 | 114,229,821,954 | 99.82 |
| 8/21/2013 | 66.57 | 1,715,425,829 | 114,195,897,437 | 3,091,517 | 1,712,334,312 | 113,990,095,150 | 99.82 |
| 8/22/2013 | 67.13 | 1,715,425,829 | 115,156,535,901 | 3,091,517 | 1,712,334,312 | 114,949,002,365 | 99.82 |
| 8/23/2013 | 67.15 | 1,715,425,829 | 115,190,844,417 | 3,091,517 | 1,712,334,312 | 114,983,249,051 | 99.82 |
| 8/26/2013 | 66.95 | 1,715,425,829 | 114,847,759,252 | 3,091,517 | 1,712,334,312 | 114,640,782,188 | 99.82 |
| 8/27/2013 | 66.02 | 1,715,425,829 | 113,254,128,656 | 3,091,517 | 1,712,334,312 | 113,050,023,613 | 99.82 |
| 8/28/2013 | 66.56 | 1,715,425,829 | 114,178,743,178 | 3,091,517 | 1,712,334,312 | 113,972,971,807 | 99.82 |
| 8/29/2013 | 66.71 | 1,715,425,829 | 114,436,057,053 | 3,091,517 | 1,712,334,312 | 114,229,821,954 | 99.82 |
| 8/30/2013 | 66.28 | 1,715,425,829 | 113,698,423,946 | 3,091,517 | 1,712,334,312 | 113,493,518,199 | 99.82 |
| 9/3/2013 | 66.75 | 1,715,425,829 | 114,504,674,086 | 3,091,517 | 1,712,334,312 | 114,298,315,326 | 99.82 |
| 9/4/2013 | 67.28 | 1,715,425,829 | 115,413,849,775 | 3,091,517 | 1,712,334,312 | 115,205,852,511 | 99.82 |
| 9/5/2013 | 67.83 | 1,715,425,829 | 116,357,333,981 | 3,091,517 | 1,712,334,312 | 116,147,636,383 | 99.82 |
| 9/6/2013 | 68.02 | 1,715,425,829 | 116,683,264,889 | 3,091,517 | 1,712,334,312 | 116,472,979,902 | 99.82 |
| 9/9/2013 | 69.30 | 1,715,425,829 | 118,877,294,524 | 3,091,517 | 1,712,334,312 | 118,663,055,487 | 99.82 |
| 9/10/2013 | 70.09 | 1,715,425,829 | 120,234,196,355 | 3,091,517 | 1,712,334,312 | 120,017,511,928 | 99.82 |
| 9/11/2013 | 68.09 | 1,715,425,829 | 116,803,344,697 | 3,091,517 | 1,712,334,312 | 116,592,843,304 | 99.82 |
| 9/12/2013 | 68.81 | 1,715,425,829 | 118,038,451,293 | 3,091,517 | 1,712,334,312 | 117,825,724,009 | 99.82 |
| 9/13/2013 | 68.58 | 1,715,425,829 | 117,643,903,353 | 3,091,517 | 1,712,334,312 | 117,431,887,117 | 99.82 |
| 9/16/2013 | 68.09 | 1,715,425,829 | 116,803,344,697 | 3,091,517 | 1,712,334,312 | 116,592,843,304 | 99.82 |
| 9/17/2013 | 69.42 | 1,715,425,829 | 119,084,861,049 | 3,091,517 | 1,712,334,312 | 118,870,247,939 | 99.82 |
| 9/18/2013 | 69.64 | 1,715,425,829 | 119,462,254,732 | 3,091,517 | 1,712,334,312 | 119,246,961,488 | 99.82 |
| 9/19/2013 | 69.46 | 1,715,425,829 | 119,153,478,082 | 3,091,517 | 1,712,334,312 | 118,938,741,312 | 99.82 |
| 9/20/2013 | 69.06 | 1,715,425,829 | 118,467,307,751 | 3,091,517 | 1,712,334,312 | 118,253,807,587 | 99.82 |
| 9/23/2013 | 68.98 | 1,715,425,829 | 118,330,073,684 | 3,091,517 | 1,712,334,312 | 118,116,820,842 | 99.82 |
| 9/24/2013 | 68.51 | 1,715,425,829 | 117,523,823,545 | 3,091,517 | 1,712,334,312 | 117,312,023,715 | 99.82 |
| 9/25/2013 | 68.75 | 1,715,425,829 | 117,935,525,744 | 3,091,517 | 1,712,334,312 | 117,722,983,950 | 99.82 |
| 9/26/2013 | 68.87 | 1,715,425,829 | 118,141,376,843 | 3,091,517 | 1,712,334,312 | 117,928,464,067 | 99.82 |
| 9/27/2013 | 67.38 | 1,715,425,829 | 115,585,392,358 | 3,091,517 | 1,712,334,312 | 115,377,085,943 | 99.82 |
| 9/30/2013 | 67.32 | 1,715,425,829 | 115,482,466,808 | 3,091,517 | 1,712,334,312 | 115,274,345,884 | 99.82 |
| 10/1/2013 | 67.49 | 1,715,425,829 | 115,774,089,199 | 3,091,517 | 1,712,334,312 | 115,565,442,717 | 99.82 |
| 10/2/2013 | 67.68 | 1,715,425,829 | 116,100,020,107 | 3,091,517 | 1,712,334,312 | 115,890,786,236 | 99.82 |
| 10/3/2013 | 67.11 | 1,715,425,829 | 115,122,227,384 | 3,091,517 | 1,712,334,312 | 114,914,755,678 | 99.82 |
| 10/4/2013 | 68.02 | 1,715,425,829 | 116,683,264,889 | 3,091,517 | 1,712,334,312 | 116,472,979,902 | 99.82 |
| 10/7/2013 | 67.19 | 1,715,425,829 | 115,259,461,451 | 3,091,517 | 1,712,334,312 | 115,051,742,423 | 99.82 |
| 10/8/2013 | 66.35 | 1,715,425,829 | 113,818,503,754 | 3,091,517 | 1,712,334,312 | 113,613,381,601 | 99.82 |
| 10/9/2013 | 65.71 | 1,715,425,829 | 112,720,631,224 | 3,091,517 | 1,712,334,312 | 112,517,487,642 | 99.82 |
| 10/10/2013 | 66.84 | 1,715,425,829 | 114,659,062,410 | 3,091,517 | 1,712,334,312 | 114,452,425,414 | 99.82 |
| 10/11/2013 | 67.55 | 1,715,425,829 | 115,877,014,749 | 3,091,517 | 1,712,334,312 | 115,668,182,776 | 99.82 |
| 10/14/2013 | 67.75 | 1,715,425,829 | 116,220,099,915 | 3,091,517 | 1,712,334,312 | 116,010,649,638 | 99.82 |
| 10/15/2013 | 68.17 | 1,715,425,829 | 116,940,578,763 | 3,091,517 | 1,712,334,312 | 116,729,830,049 | 99.82 |
| 10/16/2013 | 68.87 | 1,715,425,829 | 118,141,376,843 | 3,091,517 | 1,712,334,312 | 117,928,464,067 | 99.82 |
| 10/17/2013 | 68.70 | 1,715,425,829 | 117,849,754,452 | 3,091,517 | 1,712,334,312 | 117,637,367,234 | 99.82 |
| 10/18/2013 | 68.40 | 1,715,425,829 | 117,338,557,555 | 3,091,517 | 1,712,334,312 | 117,127,091,609 | 99.82 |

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date<br>(1) | Closing Price<br>(2) | Shares Outstanding[2]<br>(3) | Market Capitalization<br>(4)<br>(2) × (3) | Insider Holdings<br>(5) | Float<br>(6)<br>(3) - (5) | Market Value of Float<br>(8)<br>(2) × (6) | Float as a Percent of Shares Outstanding<br>(7)<br>(6) / (3) |
|---|---|---|---|---|---|---|---|
| 10/21/2013 | $ 68.77 | 1,715,425,829 | $ 117,969,834,260 | 3,091,517 | 1,712,334,312 | $ 117,757,230,636 | 99.82 % |
| 10/22/2013 | 68.92 | 1,715,425,829 | 118,227,148,135 | 3,091,517 | 1,712,334,312 | 118,014,080,783 | 99.82 |
| 10/23/2013 | 67.04 | 1,715,425,829 | 115,002,147,576 | 3,091,517 | 1,712,334,312 | 114,794,892,276 | 99.82 |
| 10/24/2013 | 66.94 | 1,715,425,829 | 114,830,604,993 | 3,091,517 | 1,712,334,312 | 114,623,658,845 | 99.82 |
| 10/25/2013 | 68.27 | 1,715,425,829 | 117,112,121,346 | 3,091,517 | 1,712,334,312 | 116,901,063,480 | 99.82 |
| 10/28/2013 | 68.54 | 1,715,425,829 | 117,575,286,320 | 3,091,517 | 1,712,334,312 | 117,363,393,744 | 99.82 |
| 10/29/2013 | 68.93 | 1,715,425,829 | 118,244,302,393 | 3,091,517 | 1,712,334,312 | 118,031,204,126 | 99.82 |
| 10/30/2013 | 69.04 | 1,715,425,829 | 118,432,999,234 | 3,091,517 | 1,712,334,312 | 118,219,560,900 | 99.82 |
| 10/31/2013 | 69.49 | 1,715,425,829 | 119,204,940,857 | 3,091,517 | 1,712,334,312 | 118,990,111,341 | 99.82 |
| 11/1/2013 | 69.90 | 1,715,425,829 | 119,908,265,447 | 3,091,517 | 1,712,334,312 | 119,692,168,409 | 99.82 |
| 11/4/2013 | 69.57 | 1,689,435,673 | 117,534,039,771 | 3,091,517 | 1,686,344,156 | 117,318,962,933 | 99.82 |
| 11/5/2013 | 69.01 | 1,689,435,673 | 116,579,508,615 | 3,091,517 | 1,686,344,156 | 116,366,178,485 | 99.82 |
| 11/6/2013 | 69.74 | 1,689,435,673 | 117,821,243,835 | 3,091,517 | 1,686,344,156 | 117,605,641,439 | 99.82 |
| 11/7/2013 | 67.09 | 1,689,435,673 | 113,344,239,302 | 3,091,517 | 1,686,344,156 | 113,136,829,426 | 99.82 |
| 11/8/2013 | 67.45 | 1,689,435,673 | 113,952,436,144 | 3,091,517 | 1,686,344,156 | 113,743,913,322 | 99.82 |
| 11/11/2013 | 67.62 | 1,689,435,673 | 114,239,640,208 | 3,091,517 | 1,686,344,156 | 114,030,591,829 | 99.82 |
| 11/12/2013 | 68.51 | 1,689,435,673 | 115,743,237,957 | 3,091,517 | 1,686,344,156 | 115,531,438,128 | 99.82 |
| 11/13/2013 | 70.03 | 1,689,435,673 | 118,311,180,180 | 3,091,517 | 1,686,344,156 | 118,094,681,245 | 99.82 |
| 11/14/2013 | 71.22 | 1,689,435,673 | 120,321,608,631 | 3,091,517 | 1,686,344,156 | 120,101,430,790 | 99.82 |
| 11/15/2013 | 72.17 | 1,689,435,673 | 121,926,572,520 | 3,091,517 | 1,686,344,156 | 121,703,457,739 | 99.82 |
| 11/18/2013 | 71.94 | 1,689,435,673 | 121,538,002,316 | 3,091,517 | 1,686,344,156 | 121,315,598,583 | 99.82 |
| 11/19/2013 | 71.84 | 1,689,435,673 | 121,369,058,748 | 3,091,517 | 1,686,344,156 | 121,146,964,167 | 99.82 |
| 11/20/2013 | 71.03 | 1,689,435,673 | 120,000,615,853 | 3,091,517 | 1,686,344,156 | 119,781,025,401 | 99.82 |
| 11/21/2013 | 71.71 | 1,689,435,673 | 121,149,432,111 | 3,091,517 | 1,686,344,156 | 120,927,739,427 | 99.82 |
| 11/22/2013 | 72.96 | 1,689,435,673 | 123,261,226,702 | 3,091,517 | 1,686,344,156 | 123,035,669,622 | 99.82 |
| 11/25/2013 | 72.49 | 1,689,435,673 | 122,467,191,936 | 3,091,517 | 1,686,344,156 | 122,243,087,868 | 99.82 |
| 11/26/2013 | 73.65 | 1,689,435,673 | 124,426,937,316 | 3,091,517 | 1,686,344,156 | 124,199,247,089 | 99.82 |
| 11/27/2013 | 73.56 | 1,689,435,673 | 124,274,888,106 | 3,091,517 | 1,686,344,156 | 124,047,476,115 | 99.82 |
| 11/29/2013 | 73.58 | 1,689,435,673 | 124,308,676,819 | 3,091,517 | 1,686,344,156 | 124,081,202,998 | 99.82 |
| 12/2/2013 | 73.44 | 1,689,435,673 | 124,072,155,825 | 3,091,517 | 1,686,344,156 | 123,845,114,817 | 99.82 |
| 12/3/2013 | 73.31 | 1,689,435,673 | 123,852,529,188 | 3,091,517 | 1,686,344,156 | 123,625,890,076 | 99.82 |
| 12/4/2013 | 73.18 | 1,689,435,673 | 123,632,902,550 | 3,091,517 | 1,686,344,156 | 123,406,665,336 | 99.82 |
| 12/5/2013 | 73.23 | 1,689,435,673 | 123,717,374,334 | 3,091,517 | 1,686,344,156 | 123,490,982,544 | 99.82 |
| 12/6/2013 | 73.76 | 1,689,435,673 | 124,612,775,240 | 3,091,517 | 1,686,344,156 | 124,384,744,947 | 99.82 |
| 12/9/2013 | 73.37 | 1,689,435,673 | 123,953,895,328 | 3,091,517 | 1,686,344,156 | 123,727,070,726 | 99.82 |
| 12/10/2013 | 73.38 | 1,689,435,673 | 123,970,789,685 | 3,091,517 | 1,686,344,156 | 123,743,934,167 | 99.82 |
| 12/11/2013 | 73.01 | 1,689,435,673 | 123,345,698,486 | 3,091,517 | 1,686,344,156 | 123,119,986,830 | 99.82 |
| 12/12/2013 | 72.73 | 1,689,435,673 | 122,872,656,497 | 3,091,517 | 1,686,344,156 | 122,647,810,466 | 99.82 |
| 12/13/2013 | 72.58 | 1,689,435,673 | 122,619,241,146 | 3,091,517 | 1,686,344,156 | 122,394,858,842 | 99.82 |
| 12/16/2013 | 72.79 | 1,686,810,716 | 122,782,952,018 | 2,803,719 | 1,684,006,997 | 122,578,869,312 | 99.83 |
| 12/17/2013 | 72.92 | 1,686,810,716 | 123,002,237,411 | 2,803,719 | 1,684,006,997 | 122,797,790,221 | 99.83 |
| 12/18/2013 | 73.18 | 1,686,810,716 | 123,440,808,197 | 2,803,719 | 1,684,006,997 | 123,235,632,040 | 99.83 |
| 12/19/2013 | 72.43 | 1,686,810,716 | 122,175,700,160 | 2,803,719 | 1,684,006,997 | 121,972,626,793 | 99.83 |
| 12/20/2013 | 72.91 | 1,686,810,716 | 122,985,369,304 | 2,803,719 | 1,684,006,997 | 122,780,950,151 | 99.83 |
| 12/23/2013 | 72.84 | 1,686,810,716 | 122,867,292,553 | 2,803,719 | 1,684,006,997 | 122,663,069,661 | 99.83 |
| 12/24/2013 | 73.04 | 1,686,810,716 | 123,204,654,697 | 2,803,719 | 1,684,006,997 | 122,999,871,061 | 99.83 |
| 12/26/2013 | 73.48 | 1,686,810,716 | 123,946,851,412 | 2,803,719 | 1,684,006,997 | 123,740,834,140 | 99.83 |
| 12/27/2013 | 73.80 | 1,686,810,716 | 124,486,630,841 | 2,803,719 | 1,684,006,997 | 124,279,716,379 | 99.83 |

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date (1) | Closing Price (2) | Shares Outstanding[2] (3) | Market Capitalization (4) (2) × (3) | Insider Holdings (5) | Float (6) (3) - (5) | Market Value of Float (8) (2) × (6) | Float as a Percent of Shares Outstanding (7) (6) / (3) |
|---|---|---|---|---|---|---|---|
| 12/30/2013 | $ 73.57 | 1,686,810,716 | $ 124,098,664,376 | 2,803,719 | 1,684,006,997 | $ 123,892,394,769 | 99.83 % |
| 12/31/2013 | 74.25 | 1,686,810,716 | 125,245,695,663 | 2,803,719 | 1,684,006,997 | 125,037,519,527 | 99.83 |
| 1/2/2014 | 73.32 | 1,686,810,716 | 123,676,961,697 | 2,803,719 | 1,684,006,997 | 123,471,393,020 | 99.83 |
| 1/3/2014 | 72.89 | 1,686,810,716 | 122,951,633,089 | 2,803,719 | 1,684,006,997 | 122,747,270,011 | 99.83 |
| 1/6/2014 | 72.70 | 1,687,803,144 | 122,703,288,569 | 2,803,719 | 1,684,999,425 | 122,499,458,198 | 99.83 |
| 1/7/2014 | 73.24 | 1,687,803,144 | 123,614,702,267 | 2,803,719 | 1,684,999,425 | 123,409,357,887 | 99.83 |
| 1/8/2014 | 73.68 | 1,687,803,144 | 124,357,335,650 | 2,803,719 | 1,684,999,425 | 124,150,757,634 | 99.83 |
| 1/9/2014 | 73.91 | 1,687,803,144 | 124,745,530,373 | 2,803,719 | 1,684,999,425 | 124,538,307,502 | 99.83 |
| 1/10/2014 | 73.87 | 1,687,803,144 | 124,678,018,247 | 2,803,719 | 1,684,999,425 | 124,470,907,525 | 99.83 |
| 1/13/2014 | 73.22 | 1,687,803,144 | 123,580,946,204 | 2,803,719 | 1,684,999,425 | 123,375,657,899 | 99.83 |
| 1/14/2014 | 73.39 | 1,687,803,144 | 123,867,872,738 | 2,803,719 | 1,684,999,425 | 123,662,107,801 | 99.83 |
| 1/15/2014 | 74.51 | 1,687,803,144 | 125,758,212,259 | 2,803,719 | 1,684,999,425 | 125,549,307,157 | 99.83 |
| 1/16/2014 | 74.72 | 1,687,803,144 | 126,112,650,920 | 2,803,719 | 1,684,999,425 | 125,903,157,036 | 99.83 |
| 1/17/2014 | 74.73 | 1,687,803,144 | 126,129,528,951 | 2,803,719 | 1,684,999,425 | 125,920,007,030 | 99.83 |
| 1/21/2014 | 75.46 | 1,687,803,144 | 127,361,625,246 | 2,803,719 | 1,684,999,425 | 127,150,056,611 | 99.83 |
| 1/22/2014 | 75.78 | 1,687,803,144 | 127,901,722,252 | 2,803,719 | 1,684,999,425 | 127,689,256,427 | 99.83 |
| 1/23/2014 | 75.87 | 1,687,803,144 | 128,053,624,535 | 2,803,719 | 1,684,999,425 | 127,840,906,375 | 99.83 |
| 1/24/2014 | 74.08 | 1,687,803,144 | 125,032,456,908 | 2,803,719 | 1,684,999,425 | 124,824,757,404 | 99.83 |
| 1/27/2014 | 73.20 | 1,691,079,925 | 123,787,050,510 | 2,803,719 | 1,688,276,206 | 123,581,818,279 | 99.83 |
| 1/28/2014 | 71.99 | 1,691,079,925 | 121,740,843,801 | 2,803,719 | 1,688,276,206 | 121,539,004,070 | 99.83 |
| 1/29/2014 | 71.12 | 1,691,079,925 | 120,269,604,266 | 2,803,719 | 1,688,276,206 | 120,070,203,771 | 99.83 |
| 1/30/2014 | 73.26 | 1,691,079,925 | 123,888,515,306 | 2,803,719 | 1,688,276,206 | 123,683,114,852 | 99.83 |
| 1/31/2014 | 74.22 | 1,691,079,925 | 125,511,952,034 | 2,803,719 | 1,688,276,206 | 125,303,860,009 | 99.83 |
| 2/3/2014 | 73.32 | 1,691,079,925 | 123,989,980,101 | 2,803,719 | 1,688,276,206 | 123,784,411,424 | 99.83 |
| 2/4/2014 | 72.51 | 1,691,079,925 | 122,620,205,362 | 2,803,719 | 1,688,276,206 | 122,416,907,697 | 99.83 |
| 2/5/2014 | 72.37 | 1,691,079,925 | 122,383,454,172 | 2,803,719 | 1,688,276,206 | 122,180,549,028 | 99.83 |
| 2/6/2014 | 73.24 | 1,691,079,925 | 123,854,693,707 | 2,803,719 | 1,688,276,206 | 123,649,349,327 | 99.83 |
| 2/7/2014 | 74.41 | 1,691,079,925 | 125,833,257,219 | 2,803,719 | 1,688,276,206 | 125,624,632,488 | 99.83 |
| 2/10/2014 | 74.69 | 1,691,079,925 | 126,306,759,598 | 2,803,719 | 1,688,276,206 | 126,097,349,826 | 99.83 |
| 2/11/2014 | 75.62 | 1,691,079,925 | 127,879,463,929 | 2,803,719 | 1,688,276,206 | 127,667,446,698 | 99.83 |
| 2/12/2014 | 76.42 | 1,691,079,925 | 129,232,327,869 | 2,803,719 | 1,688,276,206 | 129,018,067,663 | 99.83 |
| 2/13/2014 | 76.44 | 1,691,079,925 | 129,266,149,467 | 2,803,719 | 1,688,276,206 | 129,051,833,187 | 99.83 |
| 2/14/2014 | 76.28 | 1,691,079,925 | 128,995,576,679 | 2,803,719 | 1,688,276,206 | 128,781,708,994 | 99.83 |
| 2/18/2014 | 75.60 | 1,691,079,925 | 127,845,642,330 | 2,803,719 | 1,688,276,206 | 127,633,681,174 | 99.83 |
| 2/19/2014 | 75.77 | 1,691,079,925 | 128,133,125,917 | 2,803,719 | 1,688,276,206 | 127,920,688,129 | 99.83 |
| 2/20/2014 | 75.95 | 1,691,079,925 | 128,437,520,304 | 2,803,719 | 1,688,276,206 | 128,224,577,846 | 99.83 |
| 2/21/2014 | 75.61 | 1,691,079,925 | 127,862,553,129 | 2,803,719 | 1,688,276,206 | 127,650,563,936 | 99.83 |
| 2/24/2014 | 75.43 | 1,691,079,925 | 127,558,158,743 | 2,803,719 | 1,688,276,206 | 127,346,674,219 | 99.83 |
| 2/25/2014 | 74.91 | 1,691,079,925 | 126,678,797,182 | 2,803,719 | 1,688,276,206 | 126,468,770,591 | 99.83 |
| 2/26/2014 | 75.05 | 1,691,079,925 | 126,915,548,371 | 2,803,719 | 1,688,276,206 | 126,705,129,260 | 99.83 |
| 2/27/2014 | 75.19 | 1,691,079,925 | 127,152,299,561 | 2,803,719 | 1,688,276,206 | 126,941,487,929 | 99.83 |
| 2/28/2014 | 75.29 | 1,691,079,925 | 127,321,407,553 | 2,803,719 | 1,688,276,206 | 127,110,315,550 | 99.83 |
| 3/3/2014 | 73.63 | 1,691,079,925 | 124,514,214,878 | 2,803,719 | 1,688,276,206 | 124,307,777,048 | 99.83 |
| 3/4/2014 | 76.11 | 1,691,079,925 | 128,708,093,092 | 2,803,719 | 1,688,276,206 | 128,494,702,039 | 99.83 |
| 3/5/2014 | 76.67 | 1,691,079,925 | 129,655,097,850 | 2,803,719 | 1,688,276,206 | 129,440,136,714 | 99.83 |
| 3/6/2014 | 77.00 | 1,691,079,925 | 130,213,154,225 | 2,803,719 | 1,688,276,206 | 129,997,267,862 | 99.83 |
| 3/7/2014 | 76.79 | 1,691,079,925 | 129,858,027,441 | 2,803,719 | 1,688,276,206 | 129,642,729,859 | 99.83 |
| 3/10/2014 | 77.07 | 1,691,079,925 | 130,331,529,820 | 2,803,719 | 1,688,276,206 | 130,115,447,196 | 99.83 |

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (8) | (7) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 3/11/2014 | $ 76.71 | 1,691,079,925 | $ 129,722,741,047 | 2,803,719 | 1,688,276,206 | $ 129,507,667,762 | 99.83 % |
| 3/12/2014 | 76.97 | 1,691,079,925 | 130,162,421,827 | 2,803,719 | 1,688,276,206 | 129,946,619,576 | 99.83 |
| 3/13/2014 | 75.63 | 1,691,079,925 | 127,896,374,728 | 2,803,719 | 1,688,276,206 | 127,684,329,460 | 99.83 |
| 3/14/2014 | 74.74 | 1,691,079,925 | 126,391,313,595 | 2,803,719 | 1,688,276,206 | 126,181,763,636 | 99.83 |
| 3/17/2014 | 77.02 | 1,691,079,925 | 130,246,975,824 | 2,803,719 | 1,688,276,206 | 130,031,033,386 | 99.83 |
| 3/18/2014 | 77.45 | 1,691,079,925 | 130,974,140,191 | 2,803,719 | 1,688,276,206 | 130,756,992,155 | 99.83 |
| 3/19/2014 | 76.81 | 1,691,079,925 | 129,883,393,640 | 2,803,719 | 1,688,276,206 | 129,668,054,002 | 99.83 |
| 3/20/2014 | 78.10 | 1,691,079,925 | 132,073,342,143 | 2,803,719 | 1,688,276,206 | 131,854,371,689 | 99.83 |
| 3/21/2014 | 78.19 | 1,691,079,925 | 132,225,539,336 | 2,803,719 | 1,688,276,206 | 132,006,316,547 | 99.83 |
| 3/24/2014 | 77.74 | 1,691,079,925 | 131,464,553,370 | 2,803,719 | 1,688,276,206 | 131,246,592,254 | 99.83 |
| 3/25/2014 | 78.56 | 1,691,079,925 | 132,851,238,908 | 2,803,719 | 1,688,276,206 | 132,630,978,743 | 99.83 |
| 3/26/2014 | 78.31 | 1,691,079,925 | 132,428,468,927 | 2,803,719 | 1,688,276,206 | 132,208,909,692 | 99.83 |
| 3/27/2014 | 79.05 | 1,691,079,925 | 133,679,868,071 | 2,803,719 | 1,688,276,206 | 133,458,234,084 | 99.83 |
| 3/28/2014 | 79.28 | 1,691,079,925 | 134,068,816,454 | 2,803,719 | 1,688,276,206 | 133,846,537,612 | 99.83 |
| 3/31/2014 | 78.86 | 1,691,079,925 | 133,358,562,886 | 2,803,719 | 1,688,276,206 | 133,137,461,605 | 99.83 |
| 4/1/2014 | 80.10 | 1,691,079,925 | 135,455,501,993 | 2,803,719 | 1,688,276,206 | 135,230,924,101 | 99.83 |
| 4/2/2014 | 80.14 | 1,691,079,925 | 135,523,145,190 | 2,803,719 | 1,688,276,206 | 135,298,455,149 | 99.83 |
| 4/3/2014 | 80.55 | 1,691,079,925 | 136,216,487,959 | 2,803,719 | 1,688,276,206 | 135,990,648,393 | 99.83 |
| 4/4/2014 | 78.53 | 1,691,079,925 | 132,800,506,510 | 2,803,719 | 1,688,276,206 | 132,580,330,457 | 99.83 |
| 4/7/2014 | 78.08 | 1,691,079,925 | 132,039,520,544 | 2,803,719 | 1,688,276,206 | 131,820,606,164 | 99.83 |
| 4/8/2014 | 78.89 | 1,691,079,925 | 133,409,295,283 | 2,803,719 | 1,688,276,206 | 133,188,109,891 | 99.83 |
| 4/9/2014 | 79.93 | 1,691,079,925 | 135,168,018,405 | 2,803,719 | 1,688,276,206 | 134,943,917,146 | 99.83 |
| 4/10/2014 | 78.07 | 1,691,079,925 | 132,022,609,745 | 2,803,719 | 1,688,276,206 | 131,803,723,402 | 99.83 |
| 4/11/2014 | 78.01 | 1,691,079,925 | 131,921,144,949 | 2,803,719 | 1,688,276,206 | 131,702,426,830 | 99.83 |
| 4/14/2014 | 79.14 | 1,691,079,925 | 133,832,065,265 | 2,803,719 | 1,688,276,206 | 133,610,178,943 | 99.83 |
| 4/15/2014 | 79.49 | 1,691,079,925 | 134,423,943,238 | 2,803,719 | 1,688,276,206 | 134,201,075,615 | 99.83 |
| 4/16/2014 | 80.18 | 1,691,079,925 | 135,590,788,387 | 2,803,719 | 1,688,276,206 | 135,365,986,197 | 99.83 |
| 4/17/2014 | 81.32 | 1,691,079,925 | 137,518,619,501 | 2,803,719 | 1,688,276,206 | 137,290,621,072 | 99.83 |
| 4/21/2014 | 80.93 | 1,687,873,532 | 136,599,604,945 | 2,803,719 | 1,685,069,813 | 136,372,699,966 | 99.83 |
| 4/22/2014 | 80.61 | 1,687,873,532 | 136,059,485,415 | 2,803,719 | 1,685,069,813 | 135,833,477,626 | 99.83 |
| 4/23/2014 | 80.71 | 1,687,873,532 | 136,228,272,768 | 2,803,719 | 1,685,069,813 | 136,001,984,607 | 99.83 |
| 4/24/2014 | 77.87 | 1,687,873,532 | 131,434,711,937 | 2,803,719 | 1,685,069,813 | 131,216,386,338 | 99.83 |
| 4/25/2014 | 77.61 | 1,687,873,532 | 130,995,864,819 | 2,803,719 | 1,685,069,813 | 130,778,268,187 | 99.83 |
| 4/28/2014 | 78.05 | 1,687,873,532 | 131,738,529,173 | 2,803,719 | 1,685,069,813 | 131,519,698,905 | 99.83 |
| 4/29/2014 | 78.52 | 1,687,873,532 | 132,531,829,733 | 2,803,719 | 1,685,069,813 | 132,311,681,717 | 99.83 |
| 4/30/2014 | 78.71 | 1,687,873,532 | 132,852,525,704 | 2,803,719 | 1,685,069,813 | 132,631,844,981 | 99.83 |
| 5/1/2014 | 78.99 | 1,687,873,532 | 133,325,130,293 | 2,803,719 | 1,685,069,813 | 133,103,664,529 | 99.83 |
| 5/2/2014 | 78.99 | 1,687,873,532 | 133,325,130,293 | 2,803,719 | 1,685,069,813 | 133,103,664,529 | 99.83 |
| 5/5/2014 | 79.56 | 1,687,873,532 | 134,287,218,206 | 2,803,719 | 1,685,069,813 | 134,064,154,322 | 99.83 |
| 5/6/2014 | 79.31 | 1,687,873,532 | 133,865,249,823 | 2,803,719 | 1,685,069,813 | 133,642,886,869 | 99.83 |
| 5/7/2014 | 79.33 | 1,687,873,532 | 133,890,567,926 | 2,803,719 | 1,685,069,813 | 133,668,162,916 | 99.83 |
| 5/8/2014 | 79.50 | 1,687,873,532 | 134,185,945,794 | 2,803,719 | 1,685,069,813 | 133,963,050,134 | 99.83 |
| 5/9/2014 | 79.50 | 1,687,873,532 | 134,185,945,794 | 2,803,719 | 1,685,069,813 | 133,963,050,134 | 99.83 |
| 5/12/2014 | 79.97 | 1,687,873,532 | 134,979,246,354 | 2,803,719 | 1,685,069,813 | 134,755,032,946 | 99.83 |
| 5/13/2014 | 80.37 | 1,687,873,532 | 135,654,395,767 | 2,803,719 | 1,685,069,813 | 135,429,060,871 | 99.83 |
| 5/14/2014 | 80.41 | 1,687,873,532 | 135,721,910,708 | 2,803,719 | 1,685,069,813 | 135,496,463,663 | 99.83 |
| 5/15/2014 | 79.78 | 1,687,873,532 | 134,658,550,383 | 2,803,719 | 1,685,069,813 | 134,434,869,681 | 99.83 |
| 5/16/2014 | 79.42 | 1,687,873,532 | 134,050,915,911 | 2,803,719 | 1,685,069,813 | 133,828,244,548 | 99.83 |

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (8) | (7) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 5/19/2014 | $ 79.81 | 1,687,873,532 | $ 134,709,186,589 | 2,803,719 | 1,685,069,813 | $ 134,485,421,776 | 99.83 % |
| 5/20/2014 | 79.86 | 1,687,873,532 | 134,793,580,266 | 2,803,719 | 1,685,069,813 | 134,569,675,266 | 99.83 |
| 5/21/2014 | 79.67 | 1,687,873,532 | 134,472,884,294 | 2,803,719 | 1,685,069,813 | 134,249,512,002 | 99.83 |
| 5/22/2014 | 79.56 | 1,687,873,532 | 134,287,218,206 | 2,803,719 | 1,685,069,813 | 134,064,154,322 | 99.83 |
| 5/23/2014 | 79.88 | 1,687,873,532 | 134,827,337,736 | 2,803,719 | 1,685,069,813 | 134,603,376,662 | 99.83 |
| 5/27/2014 | 80.46 | 1,687,873,532 | 135,806,304,385 | 2,803,719 | 1,685,069,813 | 135,580,717,154 | 99.83 |
| 5/28/2014 | 80.22 | 1,687,873,532 | 135,401,214,737 | 2,803,719 | 1,685,069,813 | 135,176,300,399 | 99.83 |
| 5/29/2014 | 80.19 | 1,687,873,532 | 135,350,578,531 | 2,803,719 | 1,685,069,813 | 135,125,748,304 | 99.83 |
| 5/30/2014 | 80.45 | 1,687,873,532 | 135,789,425,649 | 2,803,719 | 1,685,069,813 | 135,563,866,456 | 99.83 |
| 6/2/2014 | 80.48 | 1,687,873,532 | 135,840,061,855 | 2,803,719 | 1,685,069,813 | 135,614,418,550 | 99.83 |
| 6/3/2014 | 80.40 | 1,687,873,532 | 135,705,031,973 | 2,803,719 | 1,685,069,813 | 135,479,612,965 | 99.83 |
| 6/4/2014 | 79.92 | 1,687,873,532 | 134,894,852,677 | 2,803,719 | 1,685,069,813 | 134,670,779,455 | 99.83 |
| 6/5/2014 | 79.66 | 1,687,873,532 | 134,456,005,559 | 2,803,719 | 1,685,069,813 | 134,232,661,304 | 99.83 |
| 6/6/2014 | 80.38 | 1,687,873,532 | 135,671,274,502 | 2,803,719 | 1,685,069,813 | 135,445,911,569 | 99.83 |
| 6/9/2014 | 79.95 | 1,687,873,532 | 134,945,488,883 | 2,803,719 | 1,685,069,813 | 134,721,331,549 | 99.83 |
| 6/10/2014 | 79.18 | 1,687,873,532 | 133,645,826,264 | 2,803,719 | 1,685,069,813 | 133,423,827,793 | 99.83 |
| 6/11/2014 | 79.21 | 1,687,873,532 | 133,696,462,470 | 2,803,719 | 1,685,069,813 | 133,474,379,888 | 99.83 |
| 6/12/2014 | 79.34 | 1,687,873,532 | 133,915,886,029 | 2,803,719 | 1,685,069,813 | 133,693,438,963 | 99.83 |
| 6/13/2014 | 79.11 | 1,687,873,532 | 133,527,675,117 | 2,803,719 | 1,685,069,813 | 133,305,872,906 | 99.83 |
| 6/16/2014 | 78.65 | 1,687,873,532 | 132,751,253,292 | 2,803,719 | 1,685,069,813 | 132,530,740,792 | 99.83 |
| 6/17/2014 | 79.16 | 1,687,873,532 | 133,612,068,793 | 2,803,719 | 1,685,069,813 | 133,390,126,397 | 99.83 |
| 6/18/2014 | 79.19 | 1,687,873,532 | 133,662,704,999 | 2,803,719 | 1,685,069,813 | 133,440,678,491 | 99.83 |
| 6/19/2014 | 79.75 | 1,687,873,532 | 134,607,914,177 | 2,803,719 | 1,685,069,813 | 134,384,317,587 | 99.83 |
| 6/20/2014 | 79.86 | 1,687,873,532 | 134,793,580,266 | 2,803,719 | 1,685,069,813 | 134,569,675,266 | 99.83 |
| 6/23/2014 | 79.43 | 1,687,873,532 | 134,067,794,647 | 2,803,719 | 1,685,069,813 | 133,845,095,247 | 99.83 |
| 6/24/2014 | 78.78 | 1,687,873,532 | 132,970,676,851 | 2,803,719 | 1,685,069,813 | 132,749,799,868 | 99.83 |
| 6/25/2014 | 78.05 | 1,687,873,532 | 131,738,529,173 | 2,803,719 | 1,685,069,813 | 131,519,698,905 | 99.83 |
| 6/26/2014 | 78.77 | 1,687,873,532 | 132,953,798,116 | 2,803,719 | 1,685,069,813 | 132,732,949,170 | 99.83 |
| 6/27/2014 | 78.99 | 1,687,873,532 | 133,325,130,293 | 2,803,719 | 1,685,069,813 | 133,103,664,529 | 99.83 |
| 6/30/2014 | 79.20 | 1,687,873,532 | 133,679,583,734 | 2,803,719 | 1,685,069,813 | 133,457,529,190 | 99.83 |
| 7/1/2014 | 79.73 | 1,687,873,532 | 134,574,156,706 | 2,803,719 | 1,685,069,813 | 134,350,616,190 | 99.83 |
| 7/2/2014 | 80.17 | 1,687,873,532 | 135,316,821,060 | 2,803,719 | 1,685,069,813 | 135,092,046,908 | 99.83 |
| 7/3/2014 | 80.99 | 1,687,873,532 | 136,700,877,357 | 2,803,719 | 1,685,069,813 | 136,473,804,155 | 99.83 |
| 7/7/2014 | 80.82 | 1,687,873,532 | 136,413,938,856 | 2,803,719 | 1,685,069,813 | 136,187,342,287 | 99.83 |
| 7/8/2014 | 80.65 | 1,687,873,532 | 136,127,000,356 | 2,803,719 | 1,685,069,813 | 135,900,880,418 | 99.83 |
| 7/9/2014 | 80.77 | 1,687,873,532 | 136,329,545,180 | 2,803,719 | 1,685,069,813 | 136,103,088,796 | 99.83 |
| 7/10/2014 | 80.43 | 1,687,873,532 | 135,755,668,179 | 2,803,719 | 1,685,069,813 | 135,530,165,060 | 99.83 |
| 7/11/2014 | 79.60 | 1,687,873,532 | 134,354,733,147 | 2,803,719 | 1,685,069,813 | 134,131,557,115 | 99.83 |
| 7/14/2014 | 79.52 | 1,687,873,532 | 134,219,703,265 | 2,803,719 | 1,685,069,813 | 133,996,751,530 | 99.83 |
| 7/15/2014 | 79.44 | 1,687,873,532 | 134,084,673,382 | 2,803,719 | 1,685,069,813 | 133,861,945,945 | 99.83 |
| 7/16/2014 | 79.62 | 1,687,873,532 | 134,388,490,618 | 2,803,719 | 1,685,069,813 | 134,165,258,511 | 99.83 |
| 7/17/2014 | 78.11 | 1,687,873,532 | 131,839,801,585 | 2,803,719 | 1,685,069,813 | 131,620,803,093 | 99.83 |
| 7/18/2014 | 79.39 | 1,687,873,532 | 134,000,279,705 | 2,803,719 | 1,685,069,813 | 133,777,692,454 | 99.83 |
| 7/21/2014 | 79.67 | 1,676,023,571 | 133,528,797,902 | 2,803,719 | 1,673,219,852 | 133,305,425,609 | 99.83 |
| 7/22/2014 | 81.53 | 1,676,023,571 | 136,646,201,744 | 2,803,719 | 1,673,219,852 | 136,417,614,534 | 99.83 |
| 7/23/2014 | 81.60 | 1,676,023,571 | 136,763,523,394 | 2,803,719 | 1,673,219,852 | 136,534,739,923 | 99.83 |
| 7/24/2014 | 76.17 | 1,676,023,571 | 127,666,067,450 | 2,803,719 | 1,673,219,852 | 127,452,502,567 | 99.83 |
| 7/25/2014 | 76.10 | 1,676,023,571 | 127,545,393,753 | 2,803,719 | 1,673,219,852 | 127,332,030,737 | 99.83 |

PX32

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (8) | (7) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 7/28/2014 | $ 75.83 | 1,676,023,571 | $ 127,092,867,389 | 2,803,719 | 1,673,219,852 | $ 126,880,261,377 | 99.83 % |
| 7/29/2014 | 75.31 | 1,676,023,571 | 126,221,335,132 | 2,803,719 | 1,673,219,852 | 126,010,187,054 | 99.83 |
| 7/30/2014 | 76.04 | 1,676,023,571 | 127,444,832,339 | 2,803,719 | 1,673,219,852 | 127,231,637,546 | 99.83 |
| 7/31/2014 | 73.72 | 1,676,023,571 | 123,556,457,654 | 2,803,719 | 1,673,219,852 | 123,349,767,489 | 99.83 |
| 8/1/2014 | 72.55 | 1,676,023,571 | 121,595,510,076 | 2,803,719 | 1,673,219,852 | 121,392,100,263 | 99.83 |
| 8/4/2014 | 73.26 | 1,676,023,571 | 122,785,486,811 | 2,803,719 | 1,673,219,852 | 122,580,086,358 | 99.83 |
| 8/5/2014 | 72.75 | 1,676,023,571 | 121,930,714,790 | 2,803,719 | 1,673,219,852 | 121,726,744,233 | 99.83 |
| 8/6/2014 | 72.89 | 1,676,023,571 | 122,165,358,090 | 2,803,719 | 1,673,219,852 | 121,960,995,012 | 99.83 |
| 8/7/2014 | 72.49 | 1,676,023,571 | 121,494,948,662 | 2,803,719 | 1,673,219,852 | 121,291,707,071 | 99.83 |
| 8/8/2014 | 73.88 | 1,676,023,571 | 123,824,621,425 | 2,803,719 | 1,673,219,852 | 123,617,482,666 | 99.83 |
| 8/11/2014 | 74.73 | 1,676,023,571 | 125,249,241,461 | 2,803,719 | 1,673,219,852 | 125,039,719,540 | 99.83 |
| 8/12/2014 | 74.14 | 1,676,023,571 | 124,260,387,554 | 2,803,719 | 1,673,219,852 | 124,052,519,827 | 99.83 |
| 8/13/2014 | 74.50 | 1,676,023,571 | 124,863,756,040 | 2,803,719 | 1,673,219,852 | 124,654,878,974 | 99.83 |
| 8/14/2014 | 74.76 | 1,676,023,571 | 125,299,522,168 | 2,803,719 | 1,673,219,852 | 125,089,916,136 | 99.83 |
| 8/15/2014 | 74.41 | 1,676,023,571 | 124,712,913,918 | 2,803,719 | 1,673,219,852 | 124,504,289,187 | 99.83 |
| 8/18/2014 | 75.03 | 1,676,023,571 | 125,752,048,532 | 2,803,719 | 1,673,219,852 | 125,541,685,496 | 99.83 |
| 8/19/2014 | 75.13 | 1,676,023,571 | 125,919,650,889 | 2,803,719 | 1,673,219,852 | 125,709,007,481 | 99.83 |
| 8/20/2014 | 76.44 | 1,676,023,571 | 128,113,565,744 | 2,803,719 | 1,673,219,852 | 127,899,252,267 | 99.83 |
| 8/21/2014 | 76.77 | 1,676,023,571 | 128,668,329,546 | 2,803,719 | 1,673,219,852 | 128,453,088,038 | 99.83 |
| 8/22/2014 | 76.82 | 1,676,023,571 | 128,752,130,724 | 2,803,719 | 1,673,219,852 | 128,536,749,031 | 99.83 |
| 8/25/2014 | 76.59 | 1,676,023,571 | 128,366,645,303 | 2,803,719 | 1,673,219,852 | 128,151,908,465 | 99.83 |
| 8/26/2014 | 77.01 | 1,676,023,571 | 129,070,575,203 | 2,803,719 | 1,673,219,852 | 128,854,660,803 | 99.83 |
| 8/27/2014 | 76.97 | 1,676,023,571 | 129,003,534,260 | 2,803,719 | 1,673,219,852 | 128,787,732,008 | 99.83 |
| 8/28/2014 | 76.34 | 1,676,023,571 | 127,947,639,410 | 2,803,719 | 1,673,219,852 | 127,733,603,502 | 99.83 |
| 8/29/2014 | 76.10 | 1,676,023,571 | 127,545,393,753 | 2,803,719 | 1,673,219,852 | 127,332,030,737 | 99.83 |
| 9/2/2014 | 75.06 | 1,676,023,571 | 125,802,329,239 | 2,803,719 | 1,673,219,852 | 125,591,882,091 | 99.83 |
| 9/3/2014 | 74.89 | 1,676,023,571 | 125,517,405,232 | 2,803,719 | 1,673,219,852 | 125,307,434,716 | 99.83 |
| 9/4/2014 | 75.11 | 1,676,023,571 | 125,886,130,418 | 2,803,719 | 1,673,219,852 | 125,675,543,084 | 99.83 |
| 9/5/2014 | 75.81 | 1,676,023,571 | 127,059,346,918 | 2,803,719 | 1,673,219,852 | 126,846,796,980 | 99.83 |
| 9/8/2014 | 75.90 | 1,676,023,571 | 127,210,189,039 | 2,803,719 | 1,673,219,852 | 126,997,386,767 | 99.83 |
| 9/9/2014 | 75.84 | 1,676,023,571 | 127,109,627,625 | 2,803,719 | 1,673,219,852 | 126,896,993,576 | 99.83 |
| 9/10/2014 | 75.93 | 1,676,023,571 | 127,260,469,746 | 2,803,719 | 1,673,219,852 | 127,047,583,362 | 99.83 |
| 9/11/2014 | 76.11 | 1,676,023,571 | 127,562,153,989 | 2,803,719 | 1,673,219,852 | 127,348,762,936 | 99.83 |
| 9/12/2014 | 75.33 | 1,676,023,571 | 126,254,855,603 | 2,803,719 | 1,673,219,852 | 126,043,651,451 | 99.83 |
| 9/15/2014 | 75.08 | 1,676,023,571 | 125,835,849,711 | 2,803,719 | 1,673,219,852 | 125,625,346,488 | 99.83 |
| 9/16/2014 | 75.71 | 1,676,023,571 | 126,891,744,560 | 2,803,719 | 1,673,219,852 | 126,679,474,995 | 99.83 |
| 9/17/2014 | 75.83 | 1,676,023,571 | 127,092,867,389 | 2,803,719 | 1,673,219,852 | 126,880,261,377 | 99.83 |
| 9/18/2014 | 76.44 | 1,676,023,571 | 128,115,241,767 | 2,803,719 | 1,673,219,852 | 127,900,925,487 | 99.83 |
| 9/19/2014 | 75.53 | 1,676,023,571 | 126,590,060,318 | 2,803,719 | 1,673,219,852 | 126,378,295,422 | 99.83 |
| 9/22/2014 | 76.29 | 1,676,023,571 | 127,863,838,232 | 2,803,719 | 1,673,219,852 | 127,649,942,509 | 99.83 |
| 9/23/2014 | 75.83 | 1,676,023,571 | 127,092,867,389 | 2,803,719 | 1,673,219,852 | 126,880,261,377 | 99.83 |
| 9/24/2014 | 76.24 | 1,676,023,571 | 127,780,037,053 | 2,803,719 | 1,673,219,852 | 127,566,281,516 | 99.83 |
| 9/25/2014 | 74.81 | 1,676,023,571 | 125,383,323,347 | 2,803,719 | 1,673,219,852 | 125,173,577,128 | 99.83 |
| 9/26/2014 | 75.06 | 1,676,023,571 | 125,802,329,239 | 2,803,719 | 1,673,219,852 | 125,591,882,091 | 99.83 |
| 9/29/2014 | 74.82 | 1,676,023,571 | 125,400,083,582 | 2,803,719 | 1,673,219,852 | 125,190,309,327 | 99.83 |
| 9/30/2014 | 74.77 | 1,676,023,571 | 125,316,282,404 | 2,803,719 | 1,673,219,852 | 125,106,648,334 | 99.83 |
| 10/1/2014 | 73.88 | 1,676,023,571 | 123,824,621,425 | 2,803,719 | 1,673,219,852 | 123,617,482,666 | 99.83 |
| 10/2/2014 | 73.66 | 1,676,023,571 | 123,447,516,122 | 2,803,719 | 1,673,219,852 | 123,241,008,199 | 99.83 |

PX32

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) (2) × (3) | (5) | (6) (3) - (5) | (8) (2) × (6) | (7) (6) / (3) |
| 10/3/2014 | $ 74.86 | 1,676,023,571 | $ 125,467,124,525 | 2,803,719 | 1,673,219,852 | $ 125,257,238,121 | 99.83 % |
| 10/6/2014 | 74.73 | 1,676,023,571 | 125,240,861,343 | 2,803,719 | 1,673,219,852 | 125,031,353,441 | 99.83 |
| 10/7/2014 | 73.51 | 1,676,023,571 | 123,204,492,704 | 2,803,719 | 1,673,219,852 | 122,998,391,321 | 99.83 |
| 10/8/2014 | 75.19 | 1,676,023,571 | 126,020,212,303 | 2,803,719 | 1,673,219,852 | 125,809,400,672 | 99.83 |
| 10/9/2014 | 74.08 | 1,676,023,571 | 124,159,826,140 | 2,803,719 | 1,673,219,852 | 123,952,126,636 | 99.83 |
| 10/10/2014 | 71.22 | 1,676,023,571 | 119,366,398,727 | 2,803,719 | 1,673,219,852 | 119,166,717,859 | 99.83 |
| 10/13/2014 | 70.71 | 1,676,023,571 | 118,511,626,705 | 2,803,719 | 1,673,219,852 | 118,313,375,735 | 99.83 |
| 10/14/2014 | 71.86 | 1,676,023,571 | 120,439,053,812 | 2,803,719 | 1,673,219,852 | 120,237,578,565 | 99.83 |
| 10/15/2014 | 71.20 | 1,676,023,571 | 119,332,878,255 | 2,803,719 | 1,673,219,852 | 119,133,253,462 | 99.83 |
| 10/16/2014 | 71.14 | 1,676,023,571 | 119,232,316,841 | 2,803,719 | 1,673,219,852 | 119,032,860,271 | 99.83 |
| 10/17/2014 | 72.43 | 1,676,023,571 | 121,394,387,248 | 2,803,719 | 1,673,219,852 | 121,191,313,880 | 99.83 |
| 10/20/2014 | 73.27 | 1,676,023,571 | 122,802,247,047 | 2,803,719 | 1,673,219,852 | 122,596,818,556 | 99.83 |
| 10/21/2014 | 75.00 | 1,676,023,571 | 125,693,387,707 | 2,803,719 | 1,673,219,852 | 125,483,122,801 | 99.83 |
| 10/22/2014 | 74.30 | 1,676,023,571 | 124,528,551,325 | 2,803,719 | 1,673,219,852 | 124,320,235,004 | 99.83 |
| 10/23/2014 | 75.14 | 1,676,023,571 | 125,936,411,125 | 2,803,719 | 1,673,219,852 | 125,725,739,679 | 99.83 |
| 10/24/2014 | 76.00 | 1,676,023,571 | 127,377,791,396 | 2,803,719 | 1,673,219,852 | 127,164,708,752 | 99.83 |
| 10/27/2014 | 75.84 | 1,676,023,571 | 127,109,627,625 | 2,803,719 | 1,673,219,852 | 126,896,993,576 | 99.83 |
| 10/28/2014 | 76.57 | 1,676,023,571 | 128,333,124,831 | 2,803,719 | 1,673,219,852 | 128,118,444,068 | 99.83 |
| 10/29/2014 | 76.89 | 1,676,023,571 | 128,869,452,374 | 2,803,719 | 1,673,219,852 | 128,653,874,420 | 99.83 |
| 10/30/2014 | 77.37 | 1,676,023,571 | 129,673,943,688 | 2,803,719 | 1,673,219,852 | 129,457,019,949 | 99.83 |
| 10/31/2014 | 78.51 | 1,676,023,571 | 131,584,610,559 | 2,803,719 | 1,673,219,852 | 131,364,490,581 | 99.83 |
| 11/3/2014 | 78.24 | 1,662,600,946 | 130,081,898,015 | 2,803,719 | 1,659,797,227 | 129,862,535,040 | 99.83 |
| 11/4/2014 | 77.11 | 1,662,600,946 | 128,203,158,946 | 2,803,719 | 1,659,797,227 | 127,986,964,174 | 99.83 |
| 11/5/2014 | 77.20 | 1,662,600,946 | 128,352,793,031 | 2,803,719 | 1,659,797,227 | 128,136,345,924 | 99.83 |
| 11/6/2014 | 70.58 | 1,662,600,946 | 117,346,374,769 | 2,803,719 | 1,659,797,227 | 117,148,488,282 | 99.83 |
| 11/7/2014 | 69.26 | 1,662,600,946 | 115,151,741,520 | 2,803,719 | 1,659,797,227 | 114,957,555,942 | 99.83 |
| 11/10/2014 | 69.36 | 1,662,600,946 | 115,318,001,615 | 2,803,719 | 1,659,797,227 | 115,123,535,665 | 99.83 |
| 11/11/2014 | 69.64 | 1,662,600,946 | 115,783,529,879 | 2,803,719 | 1,659,797,227 | 115,588,278,888 | 99.83 |
| 11/12/2014 | 70.29 | 1,662,600,946 | 116,864,220,494 | 2,803,719 | 1,659,797,227 | 116,667,147,086 | 99.83 |
| 11/13/2014 | 70.65 | 1,662,600,946 | 117,462,756,835 | 2,803,719 | 1,659,797,227 | 117,264,674,088 | 99.83 |
| 11/14/2014 | 70.85 | 1,662,600,946 | 117,795,277,024 | 2,803,719 | 1,659,797,227 | 117,596,633,533 | 99.83 |
| 11/17/2014 | 70.40 | 1,662,600,946 | 117,047,106,598 | 2,803,719 | 1,659,797,227 | 116,849,724,781 | 99.83 |
| 11/18/2014 | 72.01 | 1,662,600,946 | 119,723,894,121 | 2,803,719 | 1,659,797,227 | 119,521,998,316 | 99.83 |
| 11/19/2014 | 70.47 | 1,662,600,946 | 117,163,488,665 | 2,803,719 | 1,659,797,227 | 116,965,910,587 | 99.83 |
| 11/20/2014 | 70.71 | 1,662,600,946 | 117,562,512,892 | 2,803,719 | 1,659,797,227 | 117,364,261,921 | 99.83 |
| 11/21/2014 | 71.47 | 1,662,600,946 | 118,826,089,611 | 2,803,719 | 1,659,797,227 | 118,625,707,814 | 99.83 |
| 11/24/2014 | 71.70 | 1,662,600,946 | 119,200,174,823 | 2,803,719 | 1,659,797,227 | 118,999,162,190 | 99.83 |
| 11/25/2014 | 72.27 | 1,662,600,946 | 120,156,170,367 | 2,803,719 | 1,659,797,227 | 119,953,545,595 | 99.83 |
| 11/26/2014 | 72.26 | 1,662,600,946 | 120,139,544,358 | 2,803,719 | 1,659,797,227 | 119,936,947,623 | 99.83 |
| 11/28/2014 | 72.90 | 1,662,600,946 | 121,203,608,963 | 2,803,719 | 1,659,797,227 | 120,999,217,848 | 99.83 |
| 12/1/2014 | 71.79 | 1,662,600,946 | 119,358,121,913 | 2,803,719 | 1,659,797,227 | 119,156,842,926 | 99.83 |
| 12/2/2014 | 73.32 | 1,662,600,946 | 121,901,901,361 | 2,803,719 | 1,659,797,227 | 121,696,332,684 | 99.83 |
| 12/3/2014 | 74.37 | 1,662,600,946 | 123,647,632,354 | 2,803,719 | 1,659,797,227 | 123,439,119,772 | 99.83 |
| 12/4/2014 | 73.34 | 1,662,600,946 | 121,935,153,380 | 2,803,719 | 1,659,797,227 | 121,729,528,628 | 99.83 |
| 12/5/2014 | 73.37 | 1,662,600,946 | 121,985,031,408 | 2,803,719 | 1,659,797,227 | 121,779,322,545 | 99.83 |
| 12/8/2014 | 72.61 | 1,662,600,946 | 120,721,454,689 | 2,803,719 | 1,659,797,227 | 120,517,876,652 | 99.83 |
| 12/9/2014 | 73.01 | 1,662,600,946 | 121,378,182,063 | 2,803,719 | 1,659,797,227 | 121,173,496,557 | 99.83 |
| 12/10/2014 | 71.50 | 1,662,600,946 | 118,875,967,639 | 2,803,719 | 1,659,797,227 | 118,675,501,731 | 99.83 |

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (8) | (7) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 12/11/2014 | $ 71.99 | 1,662,600,946 | $ 119,690,642,103 | 2,803,719 | 1,659,797,227 | $ 119,488,802,372 | 99.83 % |
| 12/12/2014 | 70.59 | 1,662,600,946 | 117,354,687,773 | 2,803,719 | 1,659,797,227 | 117,156,787,268 | 99.83 |
| 12/15/2014 | 70.37 | 1,656,824,822 | 116,590,762,724 | 2,726,529 | 1,654,098,293 | 116,398,896,878 | 99.84 |
| 12/16/2014 | 70.31 | 1,656,824,822 | 116,491,353,235 | 2,726,529 | 1,654,098,293 | 116,299,650,981 | 99.84 |
| 12/17/2014 | 72.21 | 1,656,824,822 | 119,639,320,397 | 2,726,529 | 1,654,098,293 | 119,442,437,738 | 99.84 |
| 12/18/2014 | 73.36 | 1,656,824,822 | 121,544,668,942 | 2,726,529 | 1,654,098,293 | 121,344,650,774 | 99.84 |
| 12/19/2014 | 73.43 | 1,656,824,822 | 121,660,646,679 | 2,726,529 | 1,654,098,293 | 121,460,437,655 | 99.84 |
| 12/22/2014 | 74.56 | 1,656,824,822 | 123,532,858,728 | 2,726,529 | 1,654,098,293 | 123,329,568,726 | 99.84 |
| 12/23/2014 | 74.60 | 1,656,824,822 | 123,599,131,721 | 2,726,529 | 1,654,098,293 | 123,395,732,658 | 99.84 |
| 12/24/2014 | 74.66 | 1,656,824,822 | 123,698,541,211 | 2,726,529 | 1,654,098,293 | 123,494,978,555 | 99.84 |
| 12/26/2014 | 75.62 | 1,656,824,822 | 125,289,093,040 | 2,726,529 | 1,654,098,293 | 125,082,912,917 | 99.84 |
| 12/29/2014 | 74.99 | 1,656,824,822 | 124,237,009,278 | 2,726,529 | 1,654,098,293 | 124,032,560,501 | 99.84 |
| 12/30/2014 | 75.02 | 1,656,824,822 | 124,294,998,146 | 2,726,529 | 1,654,098,293 | 124,090,453,941 | 99.84 |
| 12/31/2014 | 74.33 | 1,656,824,822 | 123,151,789,019 | 2,726,529 | 1,654,098,293 | 122,949,126,119 | 99.84 |
| 1/2/2015 | 74.28 | 1,656,824,822 | 123,068,947,778 | 2,726,529 | 1,654,098,293 | 122,866,421,204 | 99.84 |
| 1/5/2015 | 73.93 | 1,656,824,822 | 122,489,059,090 | 2,726,529 | 1,654,098,293 | 122,287,486,801 | 99.84 |
| 1/6/2015 | 72.88 | 1,656,824,822 | 120,749,393,027 | 2,726,529 | 1,654,098,293 | 120,550,683,594 | 99.84 |
| 1/7/2015 | 73.73 | 1,656,824,822 | 122,157,694,126 | 2,726,529 | 1,654,098,293 | 121,956,667,143 | 99.84 |
| 1/8/2015 | 74.51 | 1,656,824,822 | 123,441,733,363 | 2,726,529 | 1,654,098,293 | 123,238,593,320 | 99.84 |
| 1/9/2015 | 74.42 | 1,656,824,822 | 123,300,903,253 | 2,726,529 | 1,654,098,293 | 123,097,994,965 | 99.84 |
| 1/12/2015 | 73.57 | 1,651,909,121 | 121,530,954,032 | 2,726,529 | 1,649,182,592 | 121,330,363,293 | 99.83 |
| 1/13/2015 | 72.97 | 1,651,909,121 | 120,539,808,559 | 2,726,529 | 1,649,182,592 | 120,340,853,738 | 99.83 |
| 1/14/2015 | 72.22 | 1,651,909,121 | 119,300,876,719 | 2,726,529 | 1,649,182,592 | 119,103,966,794 | 99.83 |
| 1/15/2015 | 71.38 | 1,651,909,121 | 117,913,273,057 | 2,726,529 | 1,649,182,592 | 117,718,653,417 | 99.83 |
| 1/16/2015 | 71.29 | 1,651,909,121 | 117,764,601,236 | 2,726,529 | 1,649,182,592 | 117,570,226,984 | 99.83 |
| 1/20/2015 | 72.48 | 1,651,909,121 | 119,730,373,090 | 2,726,529 | 1,649,182,592 | 119,532,754,268 | 99.83 |
| 1/21/2015 | 71.59 | 1,651,909,121 | 118,260,173,972 | 2,726,529 | 1,649,182,592 | 118,064,981,761 | 99.83 |
| 1/22/2015 | 71.91 | 1,651,909,121 | 118,780,525,346 | 2,726,529 | 1,649,182,592 | 118,584,474,278 | 99.83 |
| 1/23/2015 | 72.18 | 1,651,909,121 | 119,226,540,808 | 2,726,529 | 1,649,182,592 | 119,029,753,578 | 99.83 |
| 1/26/2015 | 72.61 | 1,649,560,102 | 119,774,559,006 | 2,726,529 | 1,646,833,573 | 119,576,585,736 | 99.83 |
| 1/27/2015 | 71.77 | 1,649,560,102 | 118,388,928,521 | 2,726,529 | 1,646,833,573 | 118,193,245,534 | 99.83 |
| 1/28/2015 | 70.99 | 1,649,560,102 | 117,102,271,641 | 2,726,529 | 1,646,833,573 | 116,908,715,347 | 99.83 |
| 1/29/2015 | 63.69 | 1,649,560,102 | 105,060,482,896 | 2,726,529 | 1,646,833,573 | 104,886,830,264 | 99.83 |
| 1/30/2015 | 62.46 | 1,649,560,102 | 103,031,523,971 | 2,726,529 | 1,646,833,573 | 102,861,224,970 | 99.83 |
| 2/2/2015 | 65.53 | 1,649,560,102 | 108,095,673,484 | 2,726,529 | 1,646,833,573 | 107,917,004,039 | 99.83 |
| 2/3/2015 | 66.96 | 1,649,560,102 | 110,454,544,430 | 2,726,529 | 1,646,833,573 | 110,271,976,048 | 99.83 |
| 2/4/2015 | 66.96 | 1,649,560,102 | 110,454,544,430 | 2,726,529 | 1,646,833,573 | 110,271,976,048 | 99.83 |
| 2/5/2015 | 67.95 | 1,649,560,102 | 112,087,608,931 | 2,726,529 | 1,646,833,573 | 111,902,341,285 | 99.83 |
| 2/6/2015 | 66.35 | 1,649,560,102 | 109,448,312,768 | 2,726,529 | 1,646,833,573 | 109,267,407,569 | 99.83 |
| 2/9/2015 | 67.11 | 1,649,560,102 | 110,701,978,445 | 2,726,529 | 1,646,833,573 | 110,519,001,084 | 99.83 |
| 2/10/2015 | 70.26 | 1,649,560,102 | 115,898,092,767 | 2,726,529 | 1,646,833,573 | 115,706,526,839 | 99.83 |
| 2/11/2015 | 70.21 | 1,649,560,102 | 115,815,614,761 | 2,726,529 | 1,646,833,573 | 115,624,185,160 | 99.83 |
| 2/12/2015 | 70.39 | 1,649,560,102 | 116,112,535,580 | 2,726,529 | 1,646,833,573 | 115,920,615,203 | 99.83 |
| 2/13/2015 | 70.88 | 1,649,560,102 | 116,920,820,030 | 2,726,529 | 1,646,833,573 | 116,727,563,654 | 99.83 |
| 2/17/2015 | 70.80 | 1,649,560,102 | 116,788,855,222 | 2,726,529 | 1,646,833,573 | 116,595,816,968 | 99.83 |
| 2/18/2015 | 70.54 | 1,649,560,102 | 116,359,969,595 | 2,726,529 | 1,646,833,573 | 116,167,640,239 | 99.83 |
| 2/19/2015 | 70.98 | 1,649,560,102 | 117,085,776,040 | 2,726,529 | 1,646,833,573 | 116,892,247,012 | 99.83 |
| 2/20/2015 | 71.52 | 1,649,560,102 | 117,976,538,495 | 2,726,529 | 1,646,833,573 | 117,781,537,141 | 99.83 |

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) (2) × (3) | (5) | (6) (3) - (5) | (8) (2) × (6) | (7) (6) / (3) |
| 2/23/2015 | $ 70.94 | 1,649,560,102 | $ 117,019,793,636 | 2,726,529 | 1,646,833,573 | $ 116,826,373,669 | 99.83 % |
| 2/24/2015 | 71.37 | 1,649,560,102 | 117,729,104,480 | 2,726,529 | 1,646,833,573 | 117,534,512,105 | 99.83 |
| 2/25/2015 | 71.68 | 1,649,560,102 | 118,240,468,111 | 2,726,529 | 1,646,833,573 | 118,045,030,513 | 99.83 |
| 2/26/2015 | 72.01 | 1,649,560,102 | 118,784,822,945 | 2,726,529 | 1,646,833,573 | 118,588,485,592 | 99.83 |
| 2/27/2015 | 72.51 | 1,649,560,102 | 119,609,602,996 | 2,726,529 | 1,646,833,573 | 119,411,902,378 | 99.83 |
| 3/2/2015 | 72.66 | 1,649,560,102 | 119,848,789,211 | 2,726,529 | 1,646,833,573 | 119,650,693,246 | 99.83 |
| 3/3/2015 | 71.41 | 1,649,560,102 | 117,786,839,083 | 2,726,529 | 1,646,833,573 | 117,592,151,280 | 99.83 |
| 3/4/2015 | 70.85 | 1,649,560,102 | 116,863,085,426 | 2,726,529 | 1,646,833,573 | 116,669,924,479 | 99.83 |
| 3/5/2015 | 70.93 | 1,649,560,102 | 117,003,298,035 | 2,726,529 | 1,646,833,573 | 116,809,905,333 | 99.83 |
| 3/6/2015 | 71.51 | 1,649,560,102 | 117,951,795,094 | 2,726,529 | 1,646,833,573 | 117,756,834,637 | 99.83 |
| 3/9/2015 | 72.71 | 1,649,560,102 | 119,931,267,216 | 2,726,529 | 1,646,833,573 | 119,733,034,925 | 99.83 |
| 3/10/2015 | 71.89 | 1,649,560,102 | 118,578,627,932 | 2,726,529 | 1,646,833,573 | 118,382,631,395 | 99.83 |
| 3/11/2015 | 70.27 | 1,649,560,102 | 115,914,588,368 | 2,726,529 | 1,646,833,573 | 115,722,995,175 | 99.83 |
| 3/12/2015 | 69.37 | 1,649,560,102 | 114,429,984,276 | 2,726,529 | 1,646,833,573 | 114,240,844,959 | 99.83 |
| 3/13/2015 | 68.64 | 1,649,560,102 | 113,225,805,401 | 2,726,529 | 1,646,833,573 | 113,038,656,451 | 99.83 |
| 3/16/2015 | 70.00 | 1,649,560,102 | 115,469,207,140 | 2,726,529 | 1,646,833,573 | 115,278,350,110 | 99.83 |
| 3/17/2015 | 69.82 | 1,649,560,102 | 115,164,038,521 | 2,726,529 | 1,646,833,573 | 114,973,685,899 | 99.83 |
| 3/18/2015 | 70.23 | 1,649,560,102 | 115,848,605,963 | 2,726,529 | 1,646,833,573 | 115,657,121,832 | 99.83 |
| 3/19/2015 | 69.83 | 1,649,560,102 | 115,188,781,923 | 2,726,529 | 1,646,833,573 | 114,998,388,403 | 99.83 |
| 3/20/2015 | 70.04 | 1,649,560,102 | 115,535,189,544 | 2,726,529 | 1,646,833,573 | 115,344,223,453 | 99.83 |
| 3/23/2015 | 70.07 | 1,649,560,102 | 115,576,428,547 | 2,726,529 | 1,646,833,573 | 115,385,394,292 | 99.83 |
| 3/24/2015 | 68.98 | 1,649,560,102 | 113,778,408,035 | 2,726,529 | 1,646,833,573 | 113,590,345,698 | 99.83 |
| 3/25/2015 | 67.21 | 1,649,560,102 | 110,866,934,455 | 2,726,529 | 1,646,833,573 | 110,683,684,441 | 99.83 |
| 3/26/2015 | 67.16 | 1,649,560,102 | 110,776,208,650 | 2,726,529 | 1,646,833,573 | 110,593,108,595 | 99.83 |
| 3/27/2015 | 67.03 | 1,649,560,102 | 110,561,765,837 | 2,726,529 | 1,646,833,573 | 110,379,020,230 | 99.83 |
| 3/30/2015 | 68.88 | 1,649,560,102 | 113,621,699,826 | 2,726,529 | 1,646,833,573 | 113,433,896,508 | 99.83 |
| 3/31/2015 | 69.34 | 1,649,560,102 | 114,380,497,473 | 2,726,529 | 1,646,833,573 | 114,191,439,952 | 99.83 |
| 4/1/2015 | 69.43 | 1,649,560,102 | 114,528,957,882 | 2,726,529 | 1,646,833,573 | 114,339,654,973 | 99.83 |
| 4/2/2015 | 67.97 | 1,649,560,102 | 112,120,600,133 | 2,726,529 | 1,646,833,573 | 111,935,277,957 | 99.83 |
| 4/6/2015 | 67.76 | 1,649,560,102 | 111,774,192,512 | 2,726,529 | 1,646,833,573 | 111,589,442,906 | 99.83 |
| 4/7/2015 | 67.32 | 1,649,560,102 | 111,040,138,266 | 2,726,529 | 1,646,833,573 | 110,856,601,966 | 99.83 |
| 4/8/2015 | 67.26 | 1,649,560,102 | 110,949,412,461 | 2,726,529 | 1,646,833,573 | 110,766,026,120 | 99.83 |
| 4/9/2015 | 68.81 | 1,649,560,102 | 113,506,230,619 | 2,726,529 | 1,646,833,573 | 113,318,618,158 | 99.83 |
| 4/10/2015 | 69.16 | 1,649,560,102 | 114,083,576,654 | 2,726,529 | 1,646,833,573 | 113,895,009,909 | 99.83 |
| 4/13/2015 | 68.73 | 1,649,560,102 | 113,374,265,810 | 2,726,529 | 1,646,833,573 | 113,186,871,472 | 99.83 |
| 4/14/2015 | 68.97 | 1,649,560,102 | 113,770,160,235 | 2,726,529 | 1,646,833,573 | 113,582,111,530 | 99.83 |
| 4/15/2015 | 68.46 | 1,649,560,102 | 112,928,884,583 | 2,726,529 | 1,646,833,573 | 112,742,226,408 | 99.83 |
| 4/16/2015 | 67.91 | 1,649,560,102 | 112,021,626,527 | 2,726,529 | 1,646,833,573 | 111,836,467,942 | 99.83 |
| 4/17/2015 | 67.12 | 1,649,560,102 | 110,710,226,246 | 2,726,529 | 1,646,833,573 | 110,527,235,252 | 99.83 |
| 4/20/2015 | 68.64 | 1,629,569,117 | 111,853,624,191 | 2,726,529 | 1,626,842,588 | 111,666,475,240 | 99.83 |
| 4/21/2015 | 68.57 | 1,629,569,117 | 111,739,554,353 | 2,726,529 | 1,626,842,588 | 111,552,596,259 | 99.83 |
| 4/22/2015 | 68.94 | 1,629,569,117 | 112,342,494,926 | 2,726,529 | 1,626,842,588 | 112,154,528,017 | 99.83 |
| 4/23/2015 | 68.34 | 1,629,569,117 | 111,364,753,456 | 2,726,529 | 1,626,842,588 | 111,178,422,464 | 99.83 |
| 4/24/2015 | 68.24 | 1,629,569,117 | 111,201,796,544 | 2,726,529 | 1,626,842,588 | 111,015,738,205 | 99.83 |
| 4/27/2015 | 69.23 | 1,629,569,117 | 112,815,069,970 | 2,726,529 | 1,626,842,588 | 112,626,312,367 | 99.83 |
| 4/28/2015 | 69.65 | 1,629,569,117 | 113,499,488,999 | 2,726,529 | 1,626,842,588 | 113,309,586,254 | 99.83 |
| 4/29/2015 | 68.67 | 1,629,569,117 | 111,902,511,264 | 2,726,529 | 1,626,842,588 | 111,715,280,518 | 99.83 |
| 4/30/2015 | 68.00 | 1,629,569,117 | 110,810,699,956 | 2,726,529 | 1,626,842,588 | 110,625,295,984 | 99.83 |

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) (2) × (3) | (5) | (6) (3) - (5) | (8) (2) × (6) | (7) (6) / (3) |
| 5/1/2015 | $ 68.42 | 1,629,569,117 | $ 111,495,118,985 | 2,726,529 | 1,626,842,588 | $ 111,308,569,871 | 99.83 % |
| 5/4/2015 | 69.06 | 1,629,569,117 | 112,529,895,374 | 2,726,529 | 1,626,842,588 | 112,341,614,914 | 99.83 |
| 5/5/2015 | 68.37 | 1,629,569,117 | 111,413,640,529 | 2,726,529 | 1,626,842,588 | 111,227,227,742 | 99.83 |
| 5/6/2015 | 67.81 | 1,629,569,117 | 110,501,081,824 | 2,726,529 | 1,626,842,588 | 110,316,195,892 | 99.83 |
| 5/7/2015 | 68.43 | 1,629,569,117 | 111,511,414,676 | 2,726,529 | 1,626,842,588 | 111,324,838,297 | 99.83 |
| 5/8/2015 | 69.41 | 1,629,569,117 | 113,108,392,411 | 2,726,529 | 1,626,842,588 | 112,919,144,033 | 99.83 |
| 5/11/2015 | 69.05 | 1,629,569,117 | 112,521,747,529 | 2,726,529 | 1,626,842,588 | 112,333,480,701 | 99.83 |
| 5/12/2015 | 68.79 | 1,629,569,117 | 112,089,911,713 | 2,726,529 | 1,626,842,588 | 111,902,367,416 | 99.83 |
| 5/13/2015 | 69.73 | 1,629,569,117 | 113,629,854,528 | 2,726,529 | 1,626,842,588 | 113,439,733,661 | 99.83 |
| 5/14/2015 | 70.52 | 1,629,569,117 | 114,917,214,131 | 2,726,529 | 1,626,842,588 | 114,724,939,306 | 99.83 |
| 5/15/2015 | 71.06 | 1,629,569,117 | 115,797,181,454 | 2,726,529 | 1,626,842,588 | 115,603,434,303 | 99.83 |
| 5/18/2015 | 70.42 | 1,629,569,117 | 114,754,257,219 | 2,726,529 | 1,626,842,588 | 114,562,255,047 | 99.83 |
| 5/19/2015 | 69.62 | 1,629,569,117 | 113,450,601,926 | 2,726,529 | 1,626,842,588 | 113,260,780,977 | 99.83 |
| 5/20/2015 | 69.28 | 1,629,569,117 | 112,896,548,426 | 2,726,529 | 1,626,842,588 | 112,707,654,497 | 99.83 |
| 5/21/2015 | 70.09 | 1,629,569,117 | 114,216,499,411 | 2,726,529 | 1,626,842,588 | 114,025,396,993 | 99.83 |
| 5/22/2015 | 69.51 | 1,629,569,117 | 113,271,349,323 | 2,726,529 | 1,626,842,588 | 113,081,828,292 | 99.83 |
| 5/26/2015 | 69.36 | 1,629,569,117 | 113,026,913,955 | 2,726,529 | 1,626,842,588 | 112,837,801,904 | 99.83 |
| 5/27/2015 | 71.02 | 1,629,569,117 | 115,731,998,689 | 2,726,529 | 1,626,842,588 | 115,538,360,600 | 99.83 |
| 5/28/2015 | 70.60 | 1,629,569,117 | 115,047,579,660 | 2,726,529 | 1,626,842,588 | 114,855,086,713 | 99.83 |
| 5/29/2015 | 69.68 | 1,629,569,117 | 113,548,376,073 | 2,726,529 | 1,626,842,588 | 113,358,391,532 | 99.83 |
| 6/1/2015 | 69.42 | 1,629,569,117 | 113,116,540,257 | 2,726,529 | 1,626,842,588 | 112,927,278,246 | 99.83 |
| 6/2/2015 | 69.35 | 1,629,569,117 | 113,010,618,264 | 2,726,529 | 1,626,842,588 | 112,821,533,478 | 99.83 |
| 6/3/2015 | 69.86 | 1,629,569,117 | 113,841,698,514 | 2,726,529 | 1,626,842,588 | 113,651,223,198 | 99.83 |
| 6/4/2015 | 68.90 | 1,629,569,117 | 112,277,312,161 | 2,726,529 | 1,626,842,588 | 112,089,454,313 | 99.83 |
| 6/5/2015 | 68.26 | 1,629,569,117 | 111,226,240,081 | 2,726,529 | 1,626,842,588 | 111,040,140,844 | 99.83 |
| 6/8/2015 | 67.28 | 1,629,569,117 | 109,629,262,346 | 2,726,529 | 1,626,842,588 | 109,445,835,108 | 99.83 |
| 6/9/2015 | 66.84 | 1,629,569,117 | 108,920,399,780 | 2,726,529 | 1,626,842,588 | 108,738,158,582 | 99.83 |
| 6/10/2015 | 67.31 | 1,629,569,117 | 109,686,297,265 | 2,726,529 | 1,626,842,588 | 109,502,774,598 | 99.83 |
| 6/11/2015 | 67.60 | 1,629,569,117 | 110,158,872,309 | 2,726,529 | 1,626,842,588 | 109,974,558,949 | 99.83 |
| 6/12/2015 | 67.03 | 1,629,569,117 | 109,221,870,067 | 2,726,529 | 1,626,842,588 | 109,039,124,461 | 99.83 |
| 6/15/2015 | 66.63 | 1,629,569,117 | 108,570,042,420 | 2,726,529 | 1,626,842,588 | 108,388,387,426 | 99.83 |
| 6/16/2015 | 66.46 | 1,629,569,117 | 108,301,163,516 | 2,726,529 | 1,626,842,588 | 108,119,958,398 | 99.83 |
| 6/17/2015 | 66.55 | 1,629,569,117 | 108,447,824,736 | 2,726,529 | 1,626,842,588 | 108,266,374,231 | 99.83 |
| 6/18/2015 | 67.36 | 1,629,569,117 | 109,767,775,721 | 2,726,529 | 1,626,842,588 | 109,584,116,728 | 99.83 |
| 6/19/2015 | 66.88 | 1,629,569,117 | 108,985,582,545 | 2,726,529 | 1,626,842,588 | 108,803,232,285 | 99.83 |
| 6/22/2015 | 67.37 | 1,629,569,117 | 109,775,923,567 | 2,726,529 | 1,626,842,588 | 109,592,250,941 | 99.83 |
| 6/23/2015 | 66.98 | 1,629,569,117 | 109,148,539,457 | 2,726,529 | 1,626,842,588 | 108,965,916,544 | 99.83 |
| 6/24/2015 | 65.35 | 1,629,569,117 | 106,492,341,796 | 2,726,529 | 1,626,842,588 | 106,314,163,126 | 99.83 |
| 6/25/2015 | 65.26 | 1,629,569,117 | 106,345,680,575 | 2,726,529 | 1,626,842,588 | 106,167,747,293 | 99.83 |
| 6/26/2015 | 64.67 | 1,629,569,117 | 105,384,234,796 | 2,726,529 | 1,626,842,588 | 105,207,910,166 | 99.83 |
| 6/29/2015 | 62.62 | 1,629,569,117 | 102,043,618,107 | 2,726,529 | 1,626,842,588 | 101,872,882,861 | 99.83 |
| 6/30/2015 | 62.63 | 1,629,569,117 | 102,059,913,798 | 2,726,529 | 1,626,842,588 | 101,889,151,286 | 99.83 |
| 7/1/2015 | 62.90 | 1,629,569,117 | 102,499,897,459 | 2,726,529 | 1,626,842,588 | 102,328,398,785 | 99.83 |
| 7/2/2015 | 63.11 | 1,629,569,117 | 102,842,106,974 | 2,726,529 | 1,626,842,588 | 102,670,035,729 | 99.83 |
| 7/6/2015 | 63.11 | 1,629,569,117 | 102,842,106,974 | 2,726,529 | 1,626,842,588 | 102,670,035,729 | 99.83 |
| 7/7/2015 | 62.80 | 1,629,569,117 | 102,336,940,548 | 2,726,529 | 1,626,842,588 | 102,165,714,526 | 99.83 |
| 7/8/2015 | 61.91 | 1,629,569,117 | 100,886,624,033 | 2,726,529 | 1,626,842,588 | 100,717,824,623 | 99.83 |
| 7/9/2015 | 61.86 | 1,629,569,117 | 100,805,145,578 | 2,726,529 | 1,626,842,588 | 100,636,482,494 | 99.83 |

PX32

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (8) | (7) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 7/10/2015 | $ 62.73 | 1,629,569,117 | $ 102,222,870,709 | 2,726,529 | 1,626,842,588 | $ 102,051,835,545 | 99.83 % |
| 7/13/2015 | 63.43 | 1,629,569,117 | 103,363,569,091 | 2,726,529 | 1,626,842,588 | 103,190,625,357 | 99.83 |
| 7/14/2015 | 63.94 | 1,629,569,117 | 104,194,649,341 | 2,726,529 | 1,626,842,588 | 104,020,315,077 | 99.83 |
| 7/15/2015 | 63.88 | 1,629,569,117 | 104,096,875,194 | 2,726,529 | 1,626,842,588 | 103,922,704,521 | 99.83 |
| 7/16/2015 | 64.55 | 1,629,569,117 | 105,188,686,502 | 2,726,529 | 1,626,842,588 | 105,012,689,055 | 99.83 |
| 7/17/2015 | 64.34 | 1,629,569,117 | 104,846,476,988 | 2,726,529 | 1,626,842,588 | 104,671,052,112 | 99.83 |
| 7/20/2015 | 63.79 | 1,571,202,188 | 100,226,987,573 | 2,726,529 | 1,568,475,659 | 100,053,062,288 | 99.83 |
| 7/21/2015 | 65.14 | 1,571,202,188 | 102,348,110,526 | 2,726,529 | 1,568,475,659 | 102,170,504,427 | 99.83 |
| 7/22/2015 | 64.19 | 1,571,202,188 | 100,855,468,448 | 2,726,529 | 1,568,475,659 | 100,680,452,551 | 99.83 |
| 7/23/2015 | 61.78 | 1,571,202,188 | 97,068,871,175 | 2,726,529 | 1,568,475,659 | 96,900,426,213 | 99.83 |
| 7/24/2015 | 61.64 | 1,571,202,188 | 96,848,902,868 | 2,726,529 | 1,568,475,659 | 96,680,839,621 | 99.83 |
| 7/27/2015 | 61.98 | 1,571,202,188 | 97,383,111,612 | 2,726,529 | 1,568,475,659 | 97,214,121,345 | 99.83 |
| 7/28/2015 | 63.10 | 1,571,202,188 | 99,142,858,063 | 2,726,529 | 1,568,475,659 | 98,970,814,083 | 99.83 |
| 7/29/2015 | 63.17 | 1,571,202,188 | 99,252,842,216 | 2,726,529 | 1,568,475,659 | 99,080,607,379 | 99.83 |
| 7/30/2015 | 64.41 | 1,571,202,188 | 101,201,132,929 | 2,726,529 | 1,568,475,659 | 101,025,517,196 | 99.83 |
| 7/31/2015 | 64.39 | 1,571,202,188 | 101,169,708,885 | 2,726,529 | 1,568,475,659 | 100,994,147,683 | 99.83 |
| 8/3/2015 | 64.43 | 1,571,202,188 | 101,232,556,973 | 2,726,529 | 1,568,475,659 | 101,056,886,709 | 99.83 |
| 8/4/2015 | 63.45 | 1,571,202,188 | 99,692,778,829 | 2,726,529 | 1,568,475,659 | 99,519,780,564 | 99.83 |
| 8/5/2015 | 63.88 | 1,571,202,188 | 100,368,395,769 | 2,726,529 | 1,568,475,659 | 100,194,225,097 | 99.83 |
| 8/6/2015 | 62.84 | 1,571,202,188 | 98,734,345,494 | 2,726,529 | 1,568,475,659 | 98,563,010,412 | 99.83 |
| 8/7/2015 | 63.02 | 1,571,202,188 | 99,017,161,888 | 2,726,529 | 1,568,475,659 | 98,845,336,030 | 99.83 |
| 8/10/2015 | 63.15 | 1,571,202,188 | 99,221,418,172 | 2,726,529 | 1,568,475,659 | 99,049,237,866 | 99.83 |
| 8/11/2015 | 62.55 | 1,571,202,188 | 98,278,696,859 | 2,726,529 | 1,568,475,659 | 98,108,152,470 | 99.83 |
| 8/12/2015 | 62.58 | 1,571,202,188 | 98,325,832,925 | 2,726,529 | 1,568,475,659 | 98,155,206,740 | 99.83 |
| 8/13/2015 | 62.03 | 1,571,202,188 | 97,461,671,722 | 2,726,529 | 1,568,475,659 | 97,292,545,128 | 99.83 |
| 8/14/2015 | 61.91 | 1,571,202,188 | 97,273,127,459 | 2,726,529 | 1,568,475,659 | 97,104,328,049 | 99.83 |
| 8/17/2015 | 62.07 | 1,571,202,188 | 97,524,519,809 | 2,726,529 | 1,568,475,659 | 97,355,284,154 | 99.83 |
| 8/18/2015 | 61.32 | 1,571,202,188 | 96,346,118,168 | 2,726,529 | 1,568,475,659 | 96,178,927,410 | 99.83 |
| 8/19/2015 | 61.18 | 1,571,202,188 | 96,126,149,862 | 2,726,529 | 1,568,475,659 | 95,959,340,818 | 99.83 |
| 8/20/2015 | 60.15 | 1,571,202,188 | 94,507,811,608 | 2,726,529 | 1,568,475,659 | 94,343,810,889 | 99.83 |
| 8/21/2015 | 57.61 | 1,571,202,188 | 90,516,958,051 | 2,726,529 | 1,568,475,659 | 90,359,882,715 | 99.83 |
| 8/24/2015 | 55.28 | 1,571,202,188 | 86,856,056,953 | 2,726,529 | 1,568,475,659 | 86,705,334,430 | 99.83 |
| 8/25/2015 | 53.88 | 1,571,202,188 | 84,656,373,889 | 2,726,529 | 1,568,475,659 | 84,509,468,507 | 99.83 |
| 8/26/2015 | 56.66 | 1,571,202,188 | 89,024,315,972 | 2,726,529 | 1,568,475,659 | 88,869,830,839 | 99.83 |
| 8/27/2015 | 57.36 | 1,571,202,188 | 90,124,157,504 | 2,726,529 | 1,568,475,659 | 89,967,763,800 | 99.83 |
| 8/28/2015 | 57.45 | 1,571,202,188 | 90,265,565,701 | 2,726,529 | 1,568,475,659 | 90,108,926,610 | 99.83 |
| 8/31/2015 | 56.58 | 1,571,202,188 | 88,898,619,797 | 2,726,529 | 1,568,475,659 | 88,744,352,786 | 99.83 |
| 9/1/2015 | 55.02 | 1,571,202,188 | 86,447,544,384 | 2,726,529 | 1,568,475,659 | 86,297,530,758 | 99.83 |
| 9/2/2015 | 55.86 | 1,571,202,188 | 87,767,354,222 | 2,726,529 | 1,568,475,659 | 87,615,050,312 | 99.83 |
| 9/3/2015 | 55.55 | 1,571,202,188 | 87,280,281,543 | 2,726,529 | 1,568,475,659 | 87,128,822,857 | 99.83 |
| 9/4/2015 | 54.29 | 1,571,202,188 | 85,300,566,787 | 2,726,529 | 1,568,475,659 | 85,152,543,527 | 99.83 |
| 9/8/2015 | 55.20 | 1,571,202,188 | 86,730,360,778 | 2,726,529 | 1,568,475,659 | 86,579,856,377 | 99.83 |
| 9/9/2015 | 54.32 | 1,571,202,188 | 85,347,702,852 | 2,726,529 | 1,568,475,659 | 85,199,597,797 | 99.83 |
| 9/10/2015 | 55.33 | 1,571,202,188 | 86,934,617,062 | 2,726,529 | 1,568,475,659 | 86,783,758,212 | 99.83 |
| 9/11/2015 | 54.66 | 1,571,202,188 | 85,881,911,596 | 2,726,529 | 1,568,475,659 | 85,732,879,521 | 99.83 |
| 9/14/2015 | 54.31 | 1,571,202,188 | 85,331,990,830 | 2,726,529 | 1,568,475,659 | 85,183,913,040 | 99.83 |
| 9/15/2015 | 54.87 | 1,571,202,188 | 86,211,864,056 | 2,726,529 | 1,568,475,659 | 86,062,259,409 | 99.83 |
| 9/16/2015 | 55.20 | 1,571,202,188 | 86,730,360,778 | 2,726,529 | 1,568,475,659 | 86,579,856,377 | 99.83 |

PX32

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (8) | (7) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 9/17/2015 | $ 54.98 | 1,571,202,188 | $ 86,384,696,296 | 2,726,529 | 1,568,475,659 | $ 86,234,791,732 | 99.83 % |
| 9/18/2015 | 54.45 | 1,571,202,188 | 85,551,959,137 | 2,726,529 | 1,568,475,659 | 85,403,499,633 | 99.83 |
| 9/21/2015 | 54.39 | 1,571,202,188 | 85,457,687,005 | 2,726,529 | 1,568,475,659 | 85,309,391,093 | 99.83 |
| 9/22/2015 | 53.94 | 1,571,202,188 | 84,750,646,021 | 2,726,529 | 1,568,475,659 | 84,603,577,046 | 99.83 |
| 9/23/2015 | 53.56 | 1,571,202,188 | 84,153,589,189 | 2,726,529 | 1,568,475,659 | 84,007,556,296 | 99.83 |
| 9/24/2015 | 53.27 | 1,571,202,188 | 83,697,940,555 | 2,726,529 | 1,568,475,659 | 83,552,698,355 | 99.83 |
| 9/25/2015 | 53.22 | 1,571,202,188 | 83,619,380,445 | 2,726,529 | 1,568,475,659 | 83,474,274,572 | 99.83 |
| 9/28/2015 | 52.54 | 1,571,202,188 | 82,550,962,958 | 2,726,529 | 1,568,475,659 | 82,407,711,124 | 99.83 |
| 9/29/2015 | 52.43 | 1,571,202,188 | 82,378,130,717 | 2,726,529 | 1,568,475,659 | 82,235,178,801 | 99.83 |
| 9/30/2015 | 53.73 | 1,571,202,188 | 84,420,693,561 | 2,726,529 | 1,568,475,659 | 84,274,197,158 | 99.83 |
| 10/1/2015 | 53.18 | 1,571,202,188 | 83,556,532,358 | 2,726,529 | 1,568,475,659 | 83,411,535,546 | 99.83 |
| 10/2/2015 | 55.07 | 1,571,202,188 | 86,526,104,493 | 2,726,529 | 1,568,475,659 | 86,375,954,541 | 99.83 |
| 10/5/2015 | 56.23 | 1,571,202,188 | 88,348,699,031 | 2,726,529 | 1,568,475,659 | 88,195,386,306 | 99.83 |
| 10/6/2015 | 56.32 | 1,571,202,188 | 88,490,107,228 | 2,726,529 | 1,568,475,659 | 88,336,549,115 | 99.83 |
| 10/7/2015 | 56.61 | 1,571,202,188 | 88,945,755,863 | 2,726,529 | 1,568,475,659 | 88,791,407,056 | 99.83 |
| 10/8/2015 | 57.66 | 1,571,202,188 | 90,595,518,160 | 2,726,529 | 1,568,475,659 | 90,438,306,498 | 99.83 |
| 10/9/2015 | 57.78 | 1,571,202,188 | 90,784,062,423 | 2,726,529 | 1,568,475,659 | 90,626,523,577 | 99.83 |
| 10/12/2015 | 57.79 | 1,571,202,188 | 90,799,774,445 | 2,726,529 | 1,568,475,659 | 90,642,208,334 | 99.83 |
| 10/13/2015 | 57.51 | 1,571,202,188 | 90,359,837,832 | 2,726,529 | 1,568,475,659 | 90,203,035,149 | 99.83 |
| 10/14/2015 | 58.63 | 1,571,202,188 | 92,119,584,282 | 2,726,529 | 1,568,475,659 | 91,959,727,887 | 99.83 |
| 10/15/2015 | 59.26 | 1,571,202,188 | 93,109,441,661 | 2,726,529 | 1,568,475,659 | 92,947,867,552 | 99.83 |
| 10/16/2015 | 59.91 | 1,571,202,188 | 94,130,723,083 | 2,726,529 | 1,568,475,659 | 93,967,376,731 | 99.83 |
| 10/19/2015 | 59.10 | 1,571,202,188 | 92,858,049,311 | 2,726,529 | 1,568,475,659 | 92,696,911,447 | 99.83 |
| 10/20/2015 | 59.00 | 1,571,202,188 | 92,700,929,092 | 2,726,529 | 1,568,475,659 | 92,540,063,881 | 99.83 |
| 10/21/2015 | 58.97 | 1,571,202,188 | 92,653,793,026 | 2,726,529 | 1,568,475,659 | 92,493,009,611 | 99.83 |
| 10/22/2015 | 60.43 | 1,571,202,188 | 94,947,748,221 | 2,726,529 | 1,568,475,659 | 94,782,984,073 | 99.83 |
| 10/23/2015 | 60.73 | 1,571,202,188 | 95,411,252,866 | 2,726,529 | 1,568,475,659 | 95,245,684,393 | 99.83 |
| 10/26/2015 | 59.21 | 1,571,202,188 | 93,030,881,551 | 2,726,529 | 1,568,475,659 | 92,869,443,769 | 99.83 |
| 10/27/2015 | 59.28 | 1,571,202,188 | 93,140,865,705 | 2,726,529 | 1,568,475,659 | 92,979,237,066 | 99.83 |
| 10/28/2015 | 60.27 | 1,571,202,188 | 94,688,499,860 | 2,726,529 | 1,568,475,659 | 94,524,185,590 | 99.83 |
| 10/29/2015 | 60.00 | 1,571,202,188 | 94,272,131,280 | 2,726,529 | 1,568,475,659 | 94,108,539,540 | 99.83 |
| 10/30/2015 | 59.42 | 1,571,202,188 | 93,360,834,011 | 2,726,529 | 1,568,475,659 | 93,198,823,658 | 99.83 |
| 11/2/2015 | 60.64 | 1,503,094,004 | 91,147,620,403 | 2,726,529 | 1,500,367,475 | 90,982,283,684 | 99.82 |
| 11/3/2015 | 60.87 | 1,503,094,004 | 91,493,332,023 | 2,726,529 | 1,500,367,475 | 91,327,368,203 | 99.82 |
| 11/4/2015 | 60.26 | 1,503,094,004 | 90,576,444,681 | 2,726,529 | 1,500,367,475 | 90,412,144,044 | 99.82 |
| 11/5/2015 | 51.07 | 1,503,094,004 | 76,763,010,784 | 2,726,529 | 1,500,367,475 | 76,623,766,948 | 99.82 |
| 11/6/2015 | 53.42 | 1,503,094,004 | 80,295,281,694 | 2,726,529 | 1,500,367,475 | 80,149,630,515 | 99.82 |
| 11/9/2015 | 52.94 | 1,503,094,004 | 79,573,796,572 | 2,726,529 | 1,500,367,475 | 79,429,454,127 | 99.82 |
| 11/10/2015 | 52.27 | 1,503,094,004 | 78,566,723,589 | 2,726,529 | 1,500,367,475 | 78,424,207,918 | 99.82 |
| 11/11/2015 | 52.85 | 1,503,094,004 | 79,438,518,111 | 2,726,529 | 1,500,367,475 | 79,294,421,054 | 99.82 |
| 11/12/2015 | 52.58 | 1,503,094,004 | 79,032,682,730 | 2,726,529 | 1,500,367,475 | 78,889,321,836 | 99.82 |
| 11/13/2015 | 51.94 | 1,503,094,004 | 78,070,702,568 | 2,726,529 | 1,500,367,475 | 77,929,086,652 | 99.82 |
| 11/16/2015 | 52.77 | 1,503,094,004 | 79,318,270,591 | 2,726,529 | 1,500,367,475 | 79,174,391,656 | 99.82 |
| 11/17/2015 | 52.98 | 1,503,094,004 | 79,633,920,332 | 2,726,529 | 1,500,367,475 | 79,489,468,826 | 99.82 |
| 11/18/2015 | 48.00 | 1,503,094,004 | 72,148,512,192 | 2,726,529 | 1,500,367,475 | 72,017,638,800 | 99.82 |
| 11/19/2015 | 48.39 | 1,503,094,004 | 72,734,718,854 | 2,726,529 | 1,500,367,475 | 72,602,782,115 | 99.82 |
| 11/20/2015 | 49.62 | 1,503,094,004 | 74,583,524,478 | 2,726,529 | 1,500,367,475 | 74,448,234,110 | 99.82 |
| 11/23/2015 | 48.97 | 1,503,094,004 | 73,598,997,906 | 2,726,529 | 1,500,367,475 | 73,465,493,413 | 99.82 |

PX32

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date (1) | Closing Price (2) | Shares Outstanding[2] (3) | Market Capitalization (4) (2) × (3) | Insider Holdings (5) | Float (6) (3) - (5) | Market Value of Float (8) (2) × (6) | Float as a Percent of Shares Outstanding (7) (6) / (3) |
|---|---|---|---|---|---|---|---|
| 11/24/2015 | $ 49.41 | 1,503,094,004 | $ 74,267,874,738 | 2,726,529 | 1,500,367,475 | $ 74,133,156,940 | 99.82 % |
| 11/25/2015 | 49.10 | 1,503,094,004 | 73,801,915,596 | 2,726,529 | 1,500,367,475 | 73,668,043,023 | 99.82 |
| 11/27/2015 | 48.54 | 1,503,094,004 | 72,960,182,954 | 2,726,529 | 1,500,367,475 | 72,827,837,237 | 99.82 |
| 11/30/2015 | 48.79 | 1,503,094,004 | 73,335,956,455 | 2,726,529 | 1,500,367,475 | 73,202,929,105 | 99.82 |
| 12/1/2015 | 49.30 | 1,503,094,004 | 74,102,534,397 | 2,726,529 | 1,500,367,475 | 73,968,116,518 | 99.82 |
| 12/2/2015 | 51.85 | 1,503,094,004 | 77,935,424,107 | 2,726,529 | 1,500,367,475 | 77,794,053,579 | 99.82 |
| 12/3/2015 | 51.40 | 1,503,094,004 | 77,259,031,806 | 2,726,529 | 1,500,367,475 | 77,118,888,215 | 99.82 |
| 12/4/2015 | 52.34 | 1,503,094,004 | 78,671,940,169 | 2,726,529 | 1,500,367,475 | 78,529,233,642 | 99.82 |
| 12/7/2015 | 52.43 | 1,503,094,004 | 78,807,218,630 | 2,726,529 | 1,500,367,475 | 78,664,266,714 | 99.82 |
| 12/8/2015 | 49.48 | 1,503,094,004 | 74,373,091,318 | 2,726,529 | 1,500,367,475 | 74,238,182,663 | 99.82 |
| 12/9/2015 | 48.59 | 1,503,094,004 | 73,035,337,654 | 2,726,529 | 1,500,367,475 | 72,902,855,610 | 99.82 |
| 12/10/2015 | 48.57 | 1,503,094,004 | 73,005,275,774 | 2,726,529 | 1,500,367,475 | 72,872,848,261 | 99.82 |
| 12/11/2015 | 47.46 | 1,503,094,004 | 71,336,841,430 | 2,726,529 | 1,500,367,475 | 71,207,440,364 | 99.82 |
| 12/14/2015 | 46.83 | 1,494,451,232 | 69,985,151,195 | 2,244,153 | 1,492,207,079 | 69,880,057,510 | 99.85 |
| 12/15/2015 | 48.02 | 1,494,451,232 | 71,763,548,161 | 2,244,153 | 1,492,207,079 | 71,655,783,934 | 99.85 |
| 12/16/2015 | 48.07 | 1,494,451,232 | 71,838,270,722 | 2,244,153 | 1,492,207,079 | 71,730,394,288 | 99.85 |
| 12/17/2015 | 47.54 | 1,494,451,232 | 71,046,211,569 | 2,244,153 | 1,492,207,079 | 70,939,524,536 | 99.85 |
| 12/18/2015 | 47.43 | 1,494,451,232 | 70,881,821,934 | 2,244,153 | 1,492,207,079 | 70,775,381,757 | 99.85 |
| 12/21/2015 | 48.76 | 1,494,451,232 | 72,869,442,072 | 2,244,153 | 1,492,207,079 | 72,760,017,172 | 99.85 |
| 12/22/2015 | 49.07 | 1,494,451,232 | 73,325,249,698 | 2,244,153 | 1,492,207,079 | 73,215,140,331 | 99.85 |
| 12/23/2015 | 49.04 | 1,494,451,232 | 73,287,888,417 | 2,244,153 | 1,492,207,079 | 73,177,835,154 | 99.85 |
| 12/24/2015 | 49.55 | 1,494,451,232 | 74,050,058,546 | 2,244,153 | 1,492,207,079 | 73,938,860,764 | 99.85 |
| 12/28/2015 | 49.58 | 1,494,451,232 | 74,094,892,083 | 2,244,153 | 1,492,207,079 | 73,983,626,977 | 99.85 |
| 12/29/2015 | 50.88 | 1,494,451,232 | 76,037,678,684 | 2,244,153 | 1,492,207,079 | 75,923,496,180 | 99.85 |
| 12/30/2015 | 50.41 | 1,494,451,232 | 75,335,286,605 | 2,244,153 | 1,492,207,079 | 75,222,158,852 | 99.85 |
| 12/31/2015 | 49.99 | 1,494,451,232 | 74,700,144,832 | 2,244,153 | 1,492,207,079 | 74,587,970,844 | 99.85 |
| 1/4/2016 | 50.12 | 1,494,451,232 | 74,901,895,748 | 2,244,153 | 1,492,207,079 | 74,789,418,799 | 99.85 |
| 1/5/2016 | 49.14 | 1,494,451,232 | 73,437,333,540 | 2,244,153 | 1,492,207,079 | 73,327,055,862 | 99.85 |
| 1/6/2016 | 48.64 | 1,494,451,232 | 72,690,107,924 | 2,244,153 | 1,492,207,079 | 72,580,952,323 | 99.85 |
| 1/7/2016 | 46.14 | 1,494,451,232 | 68,953,979,844 | 2,244,153 | 1,492,207,079 | 68,850,434,625 | 99.85 |
| 1/8/2016 | 45.88 | 1,494,451,232 | 68,557,950,268 | 2,244,153 | 1,492,207,079 | 68,454,999,749 | 99.85 |
| 1/11/2016 | 46.07 | 1,494,754,354 | 68,863,333,089 | 2,244,153 | 1,492,510,201 | 68,759,944,960 | 99.85 |
| 1/12/2016 | 46.52 | 1,494,754,354 | 69,535,972,548 | 2,244,153 | 1,492,510,201 | 69,431,574,551 | 99.85 |
| 1/13/2016 | 46.10 | 1,494,754,354 | 68,908,175,719 | 2,244,153 | 1,492,510,201 | 68,804,720,266 | 99.85 |
| 1/14/2016 | 47.73 | 1,494,754,354 | 71,344,625,316 | 2,244,153 | 1,492,510,201 | 71,237,511,894 | 99.85 |
| 1/15/2016 | 45.82 | 1,494,754,354 | 68,489,644,500 | 2,244,153 | 1,492,510,201 | 68,386,817,410 | 99.85 |
| 1/19/2016 | 46.09 | 1,494,754,354 | 68,893,228,176 | 2,244,153 | 1,492,510,201 | 68,789,795,164 | 99.85 |
| 1/20/2016 | 45.93 | 1,494,754,354 | 68,654,067,479 | 2,244,153 | 1,492,510,201 | 68,550,993,532 | 99.85 |
| 1/21/2016 | 47.05 | 1,494,754,354 | 70,328,192,356 | 2,244,153 | 1,492,510,201 | 70,222,604,957 | 99.85 |
| 1/22/2016 | 48.07 | 1,494,754,354 | 71,852,841,797 | 2,244,153 | 1,492,510,201 | 71,744,965,362 | 99.85 |
| 1/25/2016 | 47.58 | 1,494,887,355 | 71,126,740,351 | 2,244,153 | 1,492,643,202 | 71,019,963,551 | 99.85 |
| 1/26/2016 | 48.52 | 1,494,887,355 | 72,531,934,465 | 2,244,153 | 1,492,643,202 | 72,423,048,161 | 99.85 |
| 1/27/2016 | 47.53 | 1,494,887,355 | 71,051,995,983 | 2,244,153 | 1,492,643,202 | 70,945,331,391 | 99.85 |
| 1/28/2016 | 43.59 | 1,494,887,355 | 65,162,139,804 | 2,244,153 | 1,492,643,202 | 65,064,317,175 | 99.85 |
| 1/29/2016 | 45.34 | 1,494,887,355 | 67,778,192,676 | 2,244,153 | 1,492,643,202 | 67,676,442,779 | 99.85 |
| 2/1/2016 | 46.11 | 1,494,887,355 | 68,929,255,939 | 2,244,153 | 1,492,643,202 | 68,825,778,044 | 99.85 |
| 2/2/2016 | 43.15 | 1,494,887,355 | 64,504,389,368 | 2,244,153 | 1,492,643,202 | 64,407,554,166 | 99.85 |
| 2/3/2016 | 44.73 | 1,494,887,355 | 66,866,311,389 | 2,244,153 | 1,492,643,202 | 66,765,930,425 | 99.85 |

PX32

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (8) | (7) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 2/4/2016 | $ 45.66 | 1,494,887,355 | $ 68,256,556,629 | 2,244,153 | 1,492,643,202 | $ 68,154,088,603 | 99.85 % |
| 2/5/2016 | 44.02 | 1,494,887,355 | 65,804,941,367 | 2,244,153 | 1,492,643,202 | 65,706,153,752 | 99.85 |
| 2/8/2016 | 43.89 | 1,494,887,355 | 65,610,606,011 | 2,244,153 | 1,492,643,202 | 65,512,110,136 | 99.85 |
| 2/9/2016 | 43.61 | 1,494,887,355 | 65,192,037,552 | 2,244,153 | 1,492,643,202 | 65,094,170,039 | 99.85 |
| 2/10/2016 | 42.96 | 1,494,887,355 | 64,220,360,771 | 2,244,153 | 1,492,643,202 | 64,123,951,958 | 99.85 |
| 2/11/2016 | 43.00 | 1,494,887,355 | 64,280,156,265 | 2,244,153 | 1,492,643,202 | 64,183,657,686 | 99.85 |
| 2/12/2016 | 44.56 | 1,494,887,355 | 66,612,180,539 | 2,244,153 | 1,492,643,202 | 66,512,181,081 | 99.85 |
| 2/16/2016 | 46.73 | 1,494,887,355 | 69,856,086,099 | 2,244,153 | 1,492,643,202 | 69,751,216,829 | 99.85 |
| 2/17/2016 | 48.41 | 1,494,887,355 | 72,367,496,856 | 2,244,153 | 1,492,643,202 | 72,258,857,409 | 99.85 |
| 2/18/2016 | 49.08 | 1,494,887,355 | 73,369,071,383 | 2,244,153 | 1,492,643,202 | 73,258,928,354 | 99.85 |
| 2/19/2016 | 49.42 | 1,494,887,355 | 73,877,333,084 | 2,244,153 | 1,492,643,202 | 73,766,427,043 | 99.85 |
| 2/22/2016 | 51.28 | 1,494,887,355 | 76,657,823,564 | 2,244,153 | 1,492,643,202 | 76,542,743,399 | 99.85 |
| 2/23/2016 | 50.42 | 1,494,887,355 | 75,372,220,439 | 2,244,153 | 1,492,643,202 | 75,259,070,245 | 99.85 |
| 2/24/2016 | 51.52 | 1,494,887,355 | 77,016,596,530 | 2,244,153 | 1,492,643,202 | 76,900,977,767 | 99.85 |
| 2/25/2016 | 51.64 | 1,494,887,355 | 77,195,983,012 | 2,244,153 | 1,492,643,202 | 77,080,094,951 | 99.85 |
| 2/26/2016 | 51.62 | 1,494,887,355 | 77,166,085,265 | 2,244,153 | 1,492,643,202 | 77,050,242,087 | 99.85 |
| 2/29/2016 | 50.79 | 1,494,887,355 | 75,925,328,760 | 2,244,153 | 1,492,643,202 | 75,811,348,230 | 99.85 |
| 3/1/2016 | 52.11 | 1,494,887,355 | 77,898,580,069 | 2,244,153 | 1,492,643,202 | 77,781,637,256 | 99.85 |
| 3/2/2016 | 52.85 | 1,494,887,355 | 79,004,796,712 | 2,244,153 | 1,492,643,202 | 78,886,193,226 | 99.85 |
| 3/3/2016 | 52.38 | 1,494,887,355 | 78,302,199,655 | 2,244,153 | 1,492,643,202 | 78,184,650,921 | 99.85 |
| 3/4/2016 | 52.66 | 1,494,887,355 | 78,720,768,114 | 2,244,153 | 1,492,643,202 | 78,602,591,017 | 99.85 |
| 3/7/2016 | 53.30 | 1,494,887,355 | 79,677,496,022 | 2,244,153 | 1,492,643,202 | 79,557,882,667 | 99.85 |
| 3/8/2016 | 52.46 | 1,494,887,355 | 78,421,790,643 | 2,244,153 | 1,492,643,202 | 78,304,062,377 | 99.85 |
| 3/9/2016 | 51.95 | 1,494,887,355 | 77,659,398,092 | 2,244,153 | 1,492,643,202 | 77,542,814,344 | 99.85 |
| 3/10/2016 | 52.02 | 1,494,887,355 | 77,764,040,207 | 2,244,153 | 1,492,643,202 | 77,647,299,368 | 99.85 |
| 3/11/2016 | 52.22 | 1,494,887,355 | 78,063,017,678 | 2,244,153 | 1,492,643,202 | 77,945,828,008 | 99.85 |
| 3/14/2016 | 52.09 | 1,494,887,355 | 77,868,682,322 | 2,244,153 | 1,492,643,202 | 77,751,784,392 | 99.85 |
| 3/15/2016 | 51.63 | 1,494,887,355 | 77,181,034,139 | 2,244,153 | 1,492,643,202 | 77,065,168,519 | 99.85 |
| 3/16/2016 | 51.30 | 1,494,887,355 | 76,687,721,312 | 2,244,153 | 1,492,643,202 | 76,572,596,263 | 99.85 |
| 3/17/2016 | 51.38 | 1,494,887,355 | 76,807,312,300 | 2,244,153 | 1,492,643,202 | 76,692,007,719 | 99.85 |
| 3/18/2016 | 51.59 | 1,494,887,355 | 77,121,238,644 | 2,244,153 | 1,492,643,202 | 77,005,462,791 | 99.85 |
| 3/21/2016 | 52.21 | 1,494,887,355 | 78,048,068,805 | 2,244,153 | 1,492,643,202 | 77,930,901,576 | 99.85 |
| 3/22/2016 | 52.02 | 1,494,887,355 | 77,764,040,207 | 2,244,153 | 1,492,643,202 | 77,647,299,368 | 99.85 |
| 3/23/2016 | 50.99 | 1,494,887,355 | 76,224,306,231 | 2,244,153 | 1,492,643,202 | 76,109,876,870 | 99.85 |
| 3/24/2016 | 50.86 | 1,494,887,355 | 76,029,970,875 | 2,244,153 | 1,492,643,202 | 75,915,833,254 | 99.85 |
| 3/28/2016 | 50.19 | 1,494,887,355 | 75,028,396,347 | 2,244,153 | 1,492,643,202 | 74,915,762,308 | 99.85 |
| 3/29/2016 | 50.69 | 1,494,887,355 | 75,775,840,025 | 2,244,153 | 1,492,643,202 | 75,662,083,909 | 99.85 |
| 3/30/2016 | 50.99 | 1,494,887,355 | 76,224,306,231 | 2,244,153 | 1,492,643,202 | 76,109,876,870 | 99.85 |
| 3/31/2016 | 51.14 | 1,494,887,355 | 76,448,539,335 | 2,244,153 | 1,492,643,202 | 76,333,773,350 | 99.85 |
| 4/1/2016 | 50.88 | 1,494,887,355 | 76,059,868,622 | 2,244,153 | 1,492,643,202 | 75,945,686,118 | 99.85 |
| 4/4/2016 | 50.65 | 1,494,887,355 | 75,716,044,531 | 2,244,153 | 1,492,643,202 | 75,602,378,181 | 99.85 |
| 4/5/2016 | 50.07 | 1,494,887,355 | 74,849,009,865 | 2,244,153 | 1,492,643,202 | 74,736,645,124 | 99.85 |
| 4/6/2016 | 50.62 | 1,494,887,355 | 75,671,197,910 | 2,244,153 | 1,492,643,202 | 75,557,598,885 | 99.85 |
| 4/7/2016 | 50.03 | 1,494,887,355 | 74,789,214,371 | 2,244,153 | 1,492,643,202 | 74,676,939,396 | 99.85 |
| 4/8/2016 | 50.56 | 1,494,887,355 | 75,581,504,669 | 2,244,153 | 1,492,643,202 | 75,468,040,293 | 99.85 |
| 4/11/2016 | 51.00 | 1,494,887,355 | 76,239,255,105 | 2,244,153 | 1,492,643,202 | 76,124,803,302 | 99.85 |
| 4/12/2016 | 50.82 | 1,494,887,355 | 75,970,175,381 | 2,244,153 | 1,492,643,202 | 75,856,127,526 | 99.85 |
| 4/13/2016 | 51.92 | 1,494,887,355 | 77,614,551,472 | 2,244,153 | 1,492,643,202 | 77,498,035,048 | 99.85 |

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (8) | (7) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 4/14/2016 | $ 51.82 | 1,494,887,355 | $ 77,465,062,736 | 2,244,153 | 1,492,643,202 | $ 77,348,770,728 | 99.85 % |
| 4/15/2016 | 51.06 | 1,494,887,355 | 76,328,948,346 | 2,244,153 | 1,492,643,202 | 76,214,361,894 | 99.85 |
| 4/18/2016 | 51.55 | 1,468,915,152 | 75,722,576,086 | 2,244,153 | 1,466,670,999 | 75,606,889,998 | 99.85 |
| 4/19/2016 | 51.83 | 1,468,915,152 | 76,133,872,328 | 2,244,153 | 1,466,670,999 | 76,017,557,878 | 99.85 |
| 4/20/2016 | 52.09 | 1,468,915,152 | 76,515,790,268 | 2,244,153 | 1,466,670,999 | 76,398,892,338 | 99.85 |
| 4/21/2016 | 51.67 | 1,468,915,152 | 75,898,845,904 | 2,244,153 | 1,466,670,999 | 75,782,890,518 | 99.85 |
| 4/22/2016 | 52.64 | 1,468,915,152 | 77,323,693,601 | 2,244,153 | 1,466,670,999 | 77,205,561,387 | 99.85 |
| 4/25/2016 | 52.43 | 1,468,915,152 | 77,015,221,419 | 2,244,153 | 1,466,670,999 | 76,897,560,478 | 99.85 |
| 4/26/2016 | 52.91 | 1,468,915,152 | 77,720,300,692 | 2,244,153 | 1,466,670,999 | 77,601,562,557 | 99.85 |
| 4/27/2016 | 52.90 | 1,468,915,152 | 77,705,611,541 | 2,244,153 | 1,466,670,999 | 77,586,895,847 | 99.85 |
| 4/28/2016 | 52.13 | 1,468,915,152 | 76,574,546,874 | 2,244,153 | 1,466,670,999 | 76,457,559,178 | 99.85 |
| 4/29/2016 | 50.52 | 1,468,915,152 | 74,209,593,479 | 2,244,153 | 1,466,670,999 | 74,096,218,869 | 99.85 |
| 5/2/2016 | 51.11 | 1,468,915,152 | 75,076,253,419 | 2,244,153 | 1,466,670,999 | 74,961,554,759 | 99.85 |
| 5/3/2016 | 50.73 | 1,468,915,152 | 74,518,065,661 | 2,244,153 | 1,466,670,999 | 74,404,219,779 | 99.85 |
| 5/4/2016 | 50.49 | 1,468,915,152 | 74,165,526,024 | 2,244,153 | 1,466,670,999 | 74,052,218,740 | 99.85 |
| 5/5/2016 | 51.13 | 1,468,915,152 | 75,105,631,722 | 2,244,153 | 1,466,670,999 | 74,990,888,179 | 99.85 |
| 5/6/2016 | 50.92 | 1,468,915,152 | 74,797,159,540 | 2,244,153 | 1,466,670,999 | 74,682,887,269 | 99.85 |
| 5/9/2016 | 51.20 | 1,468,915,152 | 75,208,455,782 | 2,244,153 | 1,466,670,999 | 75,093,555,149 | 99.85 |
| 5/10/2016 | 52.15 | 1,468,915,152 | 76,603,925,177 | 2,244,153 | 1,466,670,999 | 76,486,892,598 | 99.85 |
| 5/11/2016 | 52.15 | 1,468,915,152 | 76,603,925,177 | 2,244,153 | 1,466,670,999 | 76,486,892,598 | 99.85 |
| 5/12/2016 | 51.51 | 1,468,915,152 | 75,663,819,480 | 2,244,153 | 1,466,670,999 | 75,548,223,158 | 99.85 |
| 5/13/2016 | 51.32 | 1,468,915,152 | 75,384,725,601 | 2,244,153 | 1,466,670,999 | 75,269,555,669 | 99.85 |
| 5/16/2016 | 51.91 | 1,468,915,152 | 76,251,385,540 | 2,244,153 | 1,466,670,999 | 76,134,891,558 | 99.85 |
| 5/17/2016 | 51.99 | 1,468,915,152 | 76,368,898,752 | 2,244,153 | 1,466,670,999 | 76,252,225,238 | 99.85 |
| 5/18/2016 | 52.79 | 1,468,915,152 | 77,544,030,874 | 2,244,153 | 1,466,670,999 | 77,425,562,037 | 99.85 |
| 5/19/2016 | 52.76 | 1,468,915,152 | 77,499,963,420 | 2,244,153 | 1,466,670,999 | 77,381,561,907 | 99.85 |
| 5/20/2016 | 54.52 | 1,468,915,152 | 80,085,254,087 | 2,244,153 | 1,466,670,999 | 79,962,902,865 | 99.85 |
| 5/23/2016 | 54.18 | 1,468,915,152 | 79,585,822,935 | 2,244,153 | 1,466,670,999 | 79,464,234,726 | 99.85 |
| 5/24/2016 | 55.59 | 1,468,915,152 | 81,656,993,300 | 2,244,153 | 1,466,670,999 | 81,532,240,834 | 99.85 |
| 5/25/2016 | 55.98 | 1,468,915,152 | 82,229,870,209 | 2,244,153 | 1,466,670,999 | 82,104,242,524 | 99.85 |
| 5/26/2016 | 55.74 | 1,468,915,152 | 81,877,330,572 | 2,244,153 | 1,466,670,999 | 81,752,241,484 | 99.85 |
| 5/27/2016 | 55.27 | 1,468,915,152 | 81,186,940,451 | 2,244,153 | 1,466,670,999 | 81,062,906,115 | 99.85 |
| 5/31/2016 | 54.92 | 1,468,915,152 | 80,672,820,148 | 2,244,153 | 1,466,670,999 | 80,549,571,265 | 99.85 |
| 6/1/2016 | 54.79 | 1,468,915,152 | 80,481,861,178 | 2,244,153 | 1,466,670,999 | 80,358,904,035 | 99.85 |
| 6/2/2016 | 54.88 | 1,468,915,152 | 80,614,063,542 | 2,244,153 | 1,466,670,999 | 80,490,904,425 | 99.85 |
| 6/3/2016 | 54.94 | 1,468,915,152 | 80,702,198,451 | 2,244,153 | 1,466,670,999 | 80,578,904,685 | 99.85 |
| 6/6/2016 | 54.89 | 1,468,915,152 | 80,628,752,693 | 2,244,153 | 1,466,670,999 | 80,505,571,135 | 99.85 |
| 6/7/2016 | 54.84 | 1,468,915,152 | 80,555,306,936 | 2,244,153 | 1,466,670,999 | 80,432,237,585 | 99.85 |
| 6/8/2016 | 54.94 | 1,468,915,152 | 80,702,198,451 | 2,244,153 | 1,466,670,999 | 80,578,904,685 | 99.85 |
| 6/9/2016 | 54.98 | 1,468,915,152 | 80,760,955,057 | 2,244,153 | 1,466,670,999 | 80,637,571,525 | 99.85 |
| 6/10/2016 | 53.83 | 1,468,915,152 | 79,071,702,632 | 2,244,153 | 1,466,670,999 | 78,950,899,876 | 99.85 |
| 6/13/2016 | 52.83 | 1,468,915,152 | 77,602,787,480 | 2,244,153 | 1,466,670,999 | 77,484,228,877 | 99.85 |
| 6/14/2016 | 52.70 | 1,468,915,152 | 77,411,828,510 | 2,244,153 | 1,466,670,999 | 77,293,561,647 | 99.85 |
| 6/15/2016 | 53.28 | 1,468,915,152 | 78,263,799,299 | 2,244,153 | 1,466,670,999 | 78,144,230,827 | 99.85 |
| 6/16/2016 | 53.42 | 1,468,915,152 | 78,469,447,420 | 2,244,153 | 1,466,670,999 | 78,349,564,767 | 99.85 |
| 6/17/2016 | 53.55 | 1,468,915,152 | 78,660,406,390 | 2,244,153 | 1,466,670,999 | 78,540,231,996 | 99.85 |
| 6/20/2016 | 53.89 | 1,468,915,152 | 79,159,837,541 | 2,244,153 | 1,466,670,999 | 79,038,900,136 | 99.85 |
| 6/21/2016 | 53.88 | 1,468,915,152 | 79,145,148,390 | 2,244,153 | 1,466,670,999 | 79,024,233,426 | 99.85 |

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (8) | (7) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 6/22/2016 | $ 54.04 | 1,468,915,152 | $ 79,380,174,814 | 2,244,153 | 1,466,670,999 | $ 79,258,900,786 | 99.85 % |
| 6/23/2016 | 55.55 | 1,468,915,152 | 81,598,236,694 | 2,244,153 | 1,466,670,999 | 81,473,573,994 | 99.85 |
| 6/24/2016 | 52.12 | 1,468,915,152 | 76,559,857,722 | 2,244,153 | 1,466,670,999 | 76,442,892,468 | 99.85 |
| 6/27/2016 | 51.14 | 1,468,915,152 | 75,120,320,873 | 2,244,153 | 1,466,670,999 | 75,005,554,889 | 99.85 |
| 6/28/2016 | 52.51 | 1,468,915,152 | 77,132,734,632 | 2,244,153 | 1,466,670,999 | 77,014,894,157 | 99.85 |
| 6/29/2016 | 53.55 | 1,468,915,152 | 78,660,406,390 | 2,244,153 | 1,466,670,999 | 78,540,231,996 | 99.85 |
| 6/30/2016 | 53.57 | 1,468,915,152 | 78,689,784,693 | 2,244,153 | 1,466,670,999 | 78,569,565,416 | 99.85 |
| 7/1/2016 | 53.00 | 1,468,915,152 | 77,852,503,056 | 2,244,153 | 1,466,670,999 | 77,733,562,947 | 99.85 |
| 7/5/2016 | 51.94 | 1,468,915,152 | 76,295,452,995 | 2,244,153 | 1,466,670,999 | 76,178,891,688 | 99.85 |
| 7/6/2016 | 52.37 | 1,468,915,152 | 76,927,086,510 | 2,244,153 | 1,466,670,999 | 76,809,560,218 | 99.85 |
| 7/7/2016 | 52.93 | 1,468,915,152 | 77,749,678,995 | 2,244,153 | 1,466,670,999 | 77,630,895,977 | 99.85 |
| 7/8/2016 | 54.19 | 1,468,915,152 | 79,600,512,087 | 2,244,153 | 1,466,670,999 | 79,478,901,436 | 99.85 |
| 7/11/2016 | 54.12 | 1,468,915,152 | 79,490,343,450 | 2,244,153 | 1,466,670,999 | 79,368,901,111 | 99.85 |
| 7/12/2016 | 54.62 | 1,468,915,152 | 80,232,145,602 | 2,244,153 | 1,466,670,999 | 80,109,569,965 | 99.85 |
| 7/13/2016 | 54.83 | 1,468,915,152 | 80,540,617,784 | 2,244,153 | 1,466,670,999 | 80,417,570,875 | 99.85 |
| 7/14/2016 | 54.88 | 1,468,915,152 | 80,614,063,542 | 2,244,153 | 1,466,670,999 | 80,490,904,425 | 99.85 |
| 7/15/2016 | 54.75 | 1,468,915,152 | 80,423,104,572 | 2,244,153 | 1,466,670,999 | 80,300,237,195 | 99.85 |
| 7/18/2016 | 55.35 | 1,473,648,385 | 81,566,438,110 | 2,244,153 | 1,471,404,232 | 81,442,224,241 | 99.85 |
| 7/19/2016 | 55.14 | 1,473,648,385 | 81,256,971,949 | 2,244,153 | 1,471,404,232 | 81,133,229,352 | 99.85 |
| 7/20/2016 | 55.82 | 1,473,648,385 | 82,259,052,851 | 2,244,153 | 1,471,404,232 | 82,133,784,230 | 99.85 |
| 7/21/2016 | 59.93 | 1,473,648,385 | 88,315,747,713 | 2,244,153 | 1,471,404,232 | 88,181,255,624 | 99.85 |
| 7/22/2016 | 61.15 | 1,473,648,385 | 90,113,598,743 | 2,244,153 | 1,471,404,232 | 89,976,368,787 | 99.85 |
| 7/25/2016 | 60.73 | 1,473,648,385 | 89,494,666,421 | 2,244,153 | 1,471,404,232 | 89,358,379,009 | 99.85 |
| 7/26/2016 | 61.35 | 1,473,648,385 | 90,408,328,420 | 2,244,153 | 1,471,404,232 | 90,270,649,633 | 99.85 |
| 7/27/2016 | 62.51 | 1,473,648,385 | 92,117,760,546 | 2,244,153 | 1,471,404,232 | 91,977,478,542 | 99.85 |
| 7/28/2016 | 62.43 | 1,473,648,385 | 91,999,868,676 | 2,244,153 | 1,471,404,232 | 91,859,766,204 | 99.85 |
| 7/29/2016 | 62.58 | 1,473,648,385 | 92,220,915,933 | 2,244,153 | 1,471,404,232 | 92,080,476,839 | 99.85 |
| 8/1/2016 | 61.85 | 1,473,648,385 | 91,145,152,612 | 2,244,153 | 1,471,404,232 | 91,006,351,749 | 99.85 |
| 8/2/2016 | 60.60 | 1,473,648,385 | 89,303,092,131 | 2,244,153 | 1,471,404,232 | 89,167,096,459 | 99.85 |
| 8/3/2016 | 61.01 | 1,473,648,385 | 89,907,287,969 | 2,244,153 | 1,471,404,232 | 89,770,372,194 | 99.85 |
| 8/4/2016 | 60.98 | 1,473,648,385 | 89,863,078,517 | 2,244,153 | 1,471,404,232 | 89,726,230,067 | 99.85 |
| 8/5/2016 | 62.00 | 1,473,648,385 | 91,366,199,870 | 2,244,153 | 1,471,404,232 | 91,227,062,384 | 99.85 |
| 8/8/2016 | 61.58 | 1,473,648,385 | 90,747,267,548 | 2,244,153 | 1,471,404,232 | 90,609,072,607 | 99.85 |
| 8/9/2016 | 61.99 | 1,473,648,385 | 91,351,463,386 | 2,244,153 | 1,471,404,232 | 91,212,348,342 | 99.85 |
| 8/10/2016 | 61.71 | 1,473,648,385 | 90,938,841,838 | 2,244,153 | 1,471,404,232 | 90,800,355,157 | 99.85 |
| 8/11/2016 | 61.74 | 1,473,648,385 | 90,983,051,290 | 2,244,153 | 1,471,404,232 | 90,844,497,284 | 99.85 |
| 8/12/2016 | 61.71 | 1,473,648,385 | 90,938,841,838 | 2,244,153 | 1,471,404,232 | 90,800,355,157 | 99.85 |
| 8/15/2016 | 62.43 | 1,473,648,385 | 91,999,868,676 | 2,244,153 | 1,471,404,232 | 91,859,766,204 | 99.85 |
| 8/16/2016 | 62.07 | 1,473,648,385 | 91,469,355,257 | 2,244,153 | 1,471,404,232 | 91,330,060,680 | 99.85 |
| 8/17/2016 | 62.28 | 1,473,648,385 | 91,778,821,418 | 2,244,153 | 1,471,404,232 | 91,639,055,569 | 99.85 |
| 8/18/2016 | 63.04 | 1,473,648,385 | 92,898,794,190 | 2,244,153 | 1,471,404,232 | 92,757,322,785 | 99.85 |
| 8/19/2016 | 62.76 | 1,473,648,385 | 92,486,172,643 | 2,244,153 | 1,471,404,232 | 92,345,329,600 | 99.85 |
| 8/22/2016 | 62.83 | 1,473,648,385 | 92,589,328,030 | 2,244,153 | 1,471,404,232 | 92,448,327,897 | 99.85 |
| 8/23/2016 | 63.09 | 1,473,648,385 | 92,972,476,610 | 2,244,153 | 1,471,404,232 | 92,830,892,997 | 99.85 |
| 8/24/2016 | 62.61 | 1,473,648,385 | 92,265,125,385 | 2,244,153 | 1,471,404,232 | 92,124,618,966 | 99.85 |
| 8/25/2016 | 62.64 | 1,473,648,385 | 92,309,334,836 | 2,244,153 | 1,471,404,232 | 92,168,761,092 | 99.85 |
| 8/26/2016 | 62.97 | 1,473,648,385 | 92,795,638,803 | 2,244,153 | 1,471,404,232 | 92,654,324,489 | 99.85 |
| 8/29/2016 | 62.98 | 1,473,648,385 | 92,810,375,287 | 2,244,153 | 1,471,404,232 | 92,669,038,531 | 99.85 |

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date (1) | Closing Price (2) | Shares Outstanding[2] (3) | Market Capitalization (4) (2) × (3) | Insider Holdings (5) | Float (6) (3) - (5) | Market Value of Float (8) (2) × (6) | Float as a Percent of Shares Outstanding (7) (6) / (3) |
|---|---|---|---|---|---|---|---|
| 8/30/2016 | $ 62.94 | 1,473,648,385 | $ 92,751,429,352 | 2,244,153 | 1,471,404,232 | $ 92,610,182,362 | 99.85 % |
| 8/31/2016 | 63.07 | 1,473,648,385 | 92,943,003,642 | 2,244,153 | 1,471,404,232 | 92,801,464,912 | 99.85 |
| 9/1/2016 | 63.47 | 1,473,648,385 | 93,532,462,996 | 2,244,153 | 1,471,404,232 | 93,390,026,605 | 99.85 |
| 9/2/2016 | 63.35 | 1,473,648,385 | 93,355,625,190 | 2,244,153 | 1,471,404,232 | 93,213,458,097 | 99.85 |
| 9/6/2016 | 63.09 | 1,473,648,385 | 92,972,476,610 | 2,244,153 | 1,471,404,232 | 92,830,892,997 | 99.85 |
| 9/7/2016 | 62.43 | 1,473,648,385 | 91,999,868,676 | 2,244,153 | 1,471,404,232 | 91,859,766,204 | 99.85 |
| 9/8/2016 | 62.69 | 1,473,648,385 | 92,383,017,256 | 2,244,153 | 1,471,404,232 | 92,242,331,304 | 99.85 |
| 9/9/2016 | 60.52 | 1,473,648,385 | 89,185,200,260 | 2,244,153 | 1,471,404,232 | 89,049,384,121 | 99.85 |
| 9/12/2016 | 62.25 | 1,473,648,385 | 91,734,611,966 | 2,244,153 | 1,471,404,232 | 91,594,913,442 | 99.85 |
| 9/13/2016 | 61.29 | 1,473,648,385 | 90,319,909,517 | 2,244,153 | 1,471,404,232 | 90,182,365,379 | 99.85 |
| 9/14/2016 | 61.59 | 1,473,648,385 | 90,762,004,032 | 2,244,153 | 1,471,404,232 | 90,623,786,649 | 99.85 |
| 9/15/2016 | 62.54 | 1,473,648,385 | 92,161,969,998 | 2,244,153 | 1,471,404,232 | 92,021,620,669 | 99.85 |
| 9/16/2016 | 62.99 | 1,473,648,385 | 92,825,111,771 | 2,244,153 | 1,471,404,232 | 92,683,752,574 | 99.85 |
| 9/19/2016 | 62.86 | 1,473,648,385 | 92,633,537,481 | 2,244,153 | 1,471,404,232 | 92,492,470,024 | 99.85 |
| 9/20/2016 | 62.70 | 1,473,648,385 | 92,397,753,740 | 2,244,153 | 1,471,404,232 | 92,257,045,346 | 99.85 |
| 9/21/2016 | 63.57 | 1,473,648,385 | 93,679,827,834 | 2,244,153 | 1,471,404,232 | 93,537,167,028 | 99.85 |
| 9/22/2016 | 63.52 | 1,473,648,385 | 93,606,145,415 | 2,244,153 | 1,471,404,232 | 93,463,596,817 | 99.85 |
| 9/23/2016 | 62.75 | 1,473,648,385 | 92,471,436,159 | 2,244,153 | 1,471,404,232 | 92,330,615,558 | 99.85 |
| 9/26/2016 | 62.31 | 1,473,648,385 | 91,823,030,869 | 2,244,153 | 1,471,404,232 | 91,683,197,696 | 99.85 |
| 9/27/2016 | 63.31 | 1,473,648,385 | 93,296,679,254 | 2,244,153 | 1,471,404,232 | 93,154,601,928 | 99.85 |
| 9/28/2016 | 63.45 | 1,473,648,385 | 93,502,990,028 | 2,244,153 | 1,471,404,232 | 93,360,598,520 | 99.85 |
| 9/29/2016 | 67.45 | 1,473,648,385 | 99,397,583,568 | 2,244,153 | 1,471,404,232 | 99,246,215,448 | 99.85 |
| 9/30/2016 | 68.50 | 1,473,648,385 | 100,944,914,373 | 2,244,153 | 1,471,404,232 | 100,791,189,892 | 99.85 |
| 10/3/2016 | 67.11 | 1,473,648,385 | 98,896,543,117 | 2,244,153 | 1,471,404,232 | 98,745,938,010 | 99.85 |
| 10/4/2016 | 66.68 | 1,473,648,385 | 98,262,874,312 | 2,244,153 | 1,471,404,232 | 98,113,234,190 | 99.85 |
| 10/5/2016 | 66.84 | 1,473,648,385 | 98,498,658,053 | 2,244,153 | 1,471,404,232 | 98,348,658,867 | 99.85 |
| 10/6/2016 | 67.54 | 1,473,648,385 | 99,530,211,923 | 2,244,153 | 1,471,404,232 | 99,378,641,829 | 99.85 |
| 10/7/2016 | 68.19 | 1,473,648,385 | 100,488,083,373 | 2,244,153 | 1,471,404,232 | 100,335,054,580 | 99.85 |
| 10/10/2016 | 67.25 | 1,473,648,385 | 99,102,853,891 | 2,244,153 | 1,471,404,232 | 98,951,934,602 | 99.85 |
| 10/11/2016 | 66.09 | 1,473,648,385 | 97,393,421,765 | 2,244,153 | 1,471,404,232 | 97,245,105,693 | 99.85 |
| 10/12/2016 | 66.06 | 1,473,648,385 | 97,349,212,313 | 2,244,153 | 1,471,404,232 | 97,200,963,566 | 99.85 |
| 10/13/2016 | 65.70 | 1,473,648,385 | 96,818,698,895 | 2,244,153 | 1,471,404,232 | 96,671,258,042 | 99.85 |
| 10/14/2016 | 65.70 | 1,473,648,385 | 96,818,698,895 | 2,244,153 | 1,471,404,232 | 96,671,258,042 | 99.85 |
| 10/17/2016 | 65.19 | 1,473,648,385 | 96,067,138,218 | 2,244,153 | 1,471,404,232 | 95,920,841,884 | 99.85 |
| 10/18/2016 | 66.10 | 1,473,648,385 | 97,408,158,249 | 2,244,153 | 1,471,404,232 | 97,259,819,735 | 99.85 |
| 10/19/2016 | 65.79 | 1,473,648,385 | 96,951,327,249 | 2,244,153 | 1,471,404,232 | 96,803,684,423 | 99.85 |
| 10/20/2016 | 67.34 | 1,473,648,385 | 99,235,482,246 | 2,244,153 | 1,471,404,232 | 99,084,360,983 | 99.85 |
| 10/21/2016 | 67.93 | 1,473,648,385 | 100,104,934,793 | 2,244,153 | 1,471,404,232 | 99,952,489,480 | 99.85 |
| 10/24/2016 | 68.06 | 1,473,648,385 | 100,296,509,083 | 2,244,153 | 1,471,404,232 | 100,143,772,030 | 99.85 |
| 10/25/2016 | 67.71 | 1,473,648,385 | 99,780,732,148 | 2,244,153 | 1,471,404,232 | 99,628,780,549 | 99.85 |
| 10/26/2016 | 68.20 | 1,473,648,385 | 100,502,819,857 | 2,244,153 | 1,471,404,232 | 100,349,768,622 | 99.85 |
| 10/27/2016 | 70.09 | 1,473,648,385 | 103,288,015,305 | 2,244,153 | 1,471,404,232 | 103,130,722,621 | 99.85 |
| 10/28/2016 | 68.40 | 1,473,648,385 | 100,797,549,534 | 2,244,153 | 1,471,404,232 | 100,644,049,469 | 99.85 |
| 10/31/2016 | 68.72 | 1,476,886,684 | 101,491,652,924 | 2,244,153 | 1,474,642,531 | 101,337,434,730 | 99.85 |
| 11/1/2016 | 68.34 | 1,476,886,684 | 100,930,435,985 | 2,244,153 | 1,474,642,531 | 100,777,070,569 | 99.85 |
| 11/2/2016 | 67.09 | 1,476,886,684 | 99,084,327,630 | 2,244,153 | 1,474,642,531 | 98,933,767,405 | 99.85 |
| 11/3/2016 | 66.95 | 1,476,886,684 | 98,877,563,494 | 2,244,153 | 1,474,642,531 | 98,727,317,450 | 99.85 |
| 11/4/2016 | 66.73 | 1,476,886,684 | 98,552,648,423 | 2,244,153 | 1,474,642,531 | 98,402,896,094 | 99.85 |

PX32

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (8) | (7) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 11/7/2016 | $ 68.46 | 1,476,886,684 | $ 101,107,662,387 | 2,244,153 | 1,474,642,531 | $ 100,954,027,672 | 99.85 % |
| 11/8/2016 | 68.27 | 1,476,886,684 | 100,827,053,917 | 2,244,153 | 1,474,642,531 | 100,673,845,591 | 99.85 |
| 11/9/2016 | 67.88 | 1,476,886,684 | 100,251,068,110 | 2,244,153 | 1,474,642,531 | 100,098,735,004 | 99.85 |
| 11/10/2016 | 66.31 | 1,476,886,684 | 97,932,356,016 | 2,244,153 | 1,474,642,531 | 97,783,546,231 | 99.85 |
| 11/11/2016 | 66.88 | 1,476,886,684 | 98,774,181,426 | 2,244,153 | 1,474,642,531 | 98,624,092,473 | 99.85 |
| 11/14/2016 | 65.93 | 1,476,886,684 | 97,371,139,076 | 2,244,153 | 1,474,642,531 | 97,223,182,069 | 99.85 |
| 11/15/2016 | 66.77 | 1,476,886,684 | 98,611,723,891 | 2,244,153 | 1,474,642,531 | 98,461,881,795 | 99.85 |
| 11/16/2016 | 66.30 | 1,476,886,684 | 97,917,587,149 | 2,244,153 | 1,474,642,531 | 97,768,799,805 | 99.85 |
| 11/17/2016 | 66.67 | 1,476,886,684 | 98,464,035,222 | 2,244,153 | 1,474,642,531 | 98,314,417,542 | 99.85 |
| 11/18/2016 | 67.31 | 1,476,886,684 | 99,409,242,700 | 2,244,153 | 1,474,642,531 | 99,258,188,762 | 99.85 |
| 11/21/2016 | 67.10 | 1,476,886,684 | 99,099,096,496 | 2,244,153 | 1,474,642,531 | 98,948,513,830 | 99.85 |
| 11/22/2016 | 68.31 | 1,476,886,684 | 100,886,129,384 | 2,244,153 | 1,474,642,531 | 100,732,831,293 | 99.85 |
| 11/23/2016 | 68.13 | 1,476,886,684 | 100,620,289,781 | 2,244,153 | 1,474,642,531 | 100,467,395,637 | 99.85 |
| 11/25/2016 | 68.29 | 1,476,886,684 | 100,856,591,650 | 2,244,153 | 1,474,642,531 | 100,703,338,442 | 99.85 |
| 11/28/2016 | 67.10 | 1,476,886,684 | 99,099,096,496 | 2,244,153 | 1,474,642,531 | 98,948,513,830 | 99.85 |
| 11/29/2016 | 66.77 | 1,476,886,684 | 98,611,723,891 | 2,244,153 | 1,474,642,531 | 98,461,881,795 | 99.85 |
| 11/30/2016 | 68.13 | 1,476,886,684 | 100,620,289,781 | 2,244,153 | 1,474,642,531 | 100,467,395,637 | 99.85 |
| 12/1/2016 | 64.16 | 1,476,886,684 | 94,757,049,645 | 2,244,153 | 1,474,642,531 | 94,613,064,789 | 99.85 |
| 12/2/2016 | 65.84 | 1,476,886,684 | 97,238,219,275 | 2,244,153 | 1,474,642,531 | 97,090,464,241 | 99.85 |
| 12/5/2016 | 66.36 | 1,476,886,684 | 98,006,200,350 | 2,244,153 | 1,474,642,531 | 97,857,278,357 | 99.85 |
| 12/6/2016 | 67.45 | 1,476,886,684 | 99,616,006,836 | 2,244,153 | 1,474,642,531 | 99,464,638,716 | 99.85 |
| 12/7/2016 | 68.34 | 1,476,886,684 | 100,930,435,985 | 2,244,153 | 1,474,642,531 | 100,777,070,569 | 99.85 |
| 12/8/2016 | 68.55 | 1,476,886,684 | 101,240,582,188 | 2,244,153 | 1,474,642,531 | 101,086,745,500 | 99.85 |
| 12/9/2016 | 68.52 | 1,476,886,684 | 101,196,275,588 | 2,244,153 | 1,474,642,531 | 101,042,506,224 | 99.85 |
| 12/12/2016 | 68.47 | 1,478,597,180 | 101,239,548,915 | 1,834,185 | 1,476,762,995 | 101,113,962,268 | 99.88 |
| 12/13/2016 | 69.34 | 1,478,597,180 | 102,525,928,461 | 1,834,185 | 1,476,762,995 | 102,398,746,073 | 99.88 |
| 12/14/2016 | 67.56 | 1,478,597,180 | 99,894,025,481 | 1,834,185 | 1,476,762,995 | 99,770,107,942 | 99.88 |
| 12/15/2016 | 68.03 | 1,478,597,180 | 100,588,966,155 | 1,834,185 | 1,476,762,995 | 100,464,186,550 | 99.88 |
| 12/16/2016 | 66.46 | 1,478,597,180 | 98,267,568,583 | 1,834,185 | 1,476,762,995 | 98,145,668,648 | 99.88 |
| 12/19/2016 | 67.02 | 1,478,597,180 | 99,095,583,004 | 1,834,185 | 1,476,762,995 | 98,972,655,925 | 99.88 |
| 12/20/2016 | 66.91 | 1,478,597,180 | 98,932,937,314 | 1,834,185 | 1,476,762,995 | 98,810,211,995 | 99.88 |
| 12/21/2016 | 67.16 | 1,478,597,180 | 99,302,586,609 | 1,834,185 | 1,476,762,995 | 99,179,402,744 | 99.88 |
| 12/22/2016 | 66.76 | 1,478,597,180 | 98,711,147,737 | 1,834,185 | 1,476,762,995 | 98,588,697,546 | 99.88 |
| 12/23/2016 | 66.86 | 1,478,597,180 | 98,859,007,455 | 1,834,185 | 1,476,762,995 | 98,736,373,846 | 99.88 |
| 12/27/2016 | 67.25 | 1,478,597,180 | 99,435,660,355 | 1,834,185 | 1,476,762,995 | 99,312,311,414 | 99.88 |
| 12/28/2016 | 65.75 | 1,478,597,180 | 97,217,764,585 | 1,834,185 | 1,476,762,995 | 97,097,166,921 | 99.88 |
| 12/29/2016 | 66.04 | 1,478,597,180 | 97,646,557,767 | 1,834,185 | 1,476,762,995 | 97,525,428,190 | 99.88 |
| 12/30/2016 | 65.20 | 1,478,597,180 | 96,404,536,136 | 1,834,185 | 1,476,762,995 | 96,284,947,274 | 99.88 |
| 1/3/2017 | 65.40 | 1,478,597,180 | 96,700,255,572 | 1,834,185 | 1,476,762,995 | 96,580,299,873 | 99.88 |
| 1/4/2017 | 65.47 | 1,478,597,180 | 96,803,757,375 | 1,834,185 | 1,476,762,995 | 96,683,673,283 | 99.88 |
| 1/5/2017 | 65.55 | 1,478,597,180 | 96,922,045,149 | 1,834,185 | 1,476,762,995 | 96,801,814,322 | 99.88 |
| 1/6/2017 | 65.53 | 1,478,597,180 | 96,892,473,205 | 1,834,185 | 1,476,762,995 | 96,772,279,062 | 99.88 |
| 1/9/2017 | 65.65 | 1,477,702,352 | 97,011,159,409 | 1,834,185 | 1,475,868,167 | 96,890,745,164 | 99.88 |
| 1/10/2017 | 65.63 | 1,477,702,352 | 96,981,605,362 | 1,834,185 | 1,475,868,167 | 96,861,227,800 | 99.88 |
| 1/11/2017 | 66.10 | 1,477,702,352 | 97,676,125,467 | 1,834,185 | 1,475,868,167 | 97,554,885,839 | 99.88 |
| 1/12/2017 | 66.12 | 1,477,702,352 | 97,705,679,514 | 1,834,185 | 1,475,868,167 | 97,584,403,202 | 99.88 |
| 1/13/2017 | 66.88 | 1,477,702,352 | 98,828,733,302 | 1,834,185 | 1,475,868,167 | 98,706,063,009 | 99.88 |
| 1/17/2017 | 64.19 | 1,477,702,352 | 94,853,713,975 | 1,834,185 | 1,475,868,167 | 94,735,977,640 | 99.88 |

PX32

**Exhibit 7**
**Qualcomm Incorporated**
**Daily Market Capitalization and Float for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (8) | (7) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 1/18/2017 | $ 65.13 | 1,477,702,352 | $ 96,242,754,186 | 1,834,185 | 1,475,868,167 | $ 96,123,293,717 | 99.88 % |
| 1/19/2017 | 64.44 | 1,477,702,352 | 95,223,139,563 | 1,834,185 | 1,475,868,167 | 95,104,944,681 | 99.88 |

| | |
|---|---|
| **Average Float as a Percent of Shares Outstanding:** | 99.64 % |
| **Median Float as a Percent of Shares Outstanding:** | 99.83 % |

**Notes and Sources:**

Closing price data obtained from Bloomberg L.P.

Insider holdings and shares outstanding data obtained from SEC filings.

[1] The Consolidated Class Action Complaint dated July 3, 2017 alleges that the Class Period ends on January 20, 2017. As the final disclosure occurred on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017.

[2] Daily shares outstanding figures are as of the most recent reported date.

PX32

**Exhibit 8a**
**Qualcomm Incorporated**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Qualcomm Common Stock**
**Class Period: February 1, 2012 to January 19, 2017[1]**
***Using the S&P North American Technology Sector Index as a Predictor [2]***

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number (1) | Number with Significant Excess Returns[2] (2) | Percent of Days with Significant Excess Returns (3) (2) / (1) | Total Number (4) | Number with Significant Excess Returns[2] (5) | Percent of Days with Significant Excess Returns (6) (5) / (4) | Difference in Percentages (7) (3) - (6) | z-statistic[3] (8) | p-value[4] (9) | Difference from Zero at 5% Significance Level?[5] (10) |
| **I. Earnings Dates[6]** | 20 | 15 | 75.0 % | 1230 | 59 | 4.8 % | 70.2 % | 13.20 | 0.00 | Yes |
| **II. Using *Dow Jones Newswires* Stories Obtained Via a Company Search[7]** | | | | | | | | | | |
| **All News Stories** | 810 | 60 | 7.4 | 440 | 14 | 3.2 | 4.2 | 3.02 | 0.00 | Yes |
| **Only News Stories Published Outside Market Hours[8]** | 708 | 55 | 7.8 | 542 | 19 | 3.5 | 4.3 | 3.16 | 0.00 | Yes |
| **III. Using *Dow Jones Newswires* Stories Obtained Via a Text Search[9]** | | | | | | | | | | |
| **All News Stories** | 676 | 57 | 8.4 | 574 | 17 | 3.0 | 5.5 | 4.08 | 0.00 | Yes |
| **Only News Stories Published Outside Market Hours[8]** | 570 | 53 | 9.3 | 680 | 21 | 3.1 | 6.2 | 4.63 | 0.00 | Yes |
| **Only News Stories Published Outside Market Hours - Top 10%[10]** | 56 | 21 | 37.5 | 1194 | 53 | 4.4 | 33.1 | 10.25 | 0.00 | Yes |

**Notes and Sources:**
Data obtained from FactSet Research Systems Inc. and Factiva Dow Jones.

[1] The Consolidated Class Action Complaint dated July 3, 2017 alleges that the Class Period ends on January 20, 2017. As the final disclosure occurred on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017.

[2] Days for which the excess return was statistically significant at the 5% level. Returns are predicted using a regression of the returns of Qualcomm's stock prices on the returns of the S&P North American Technology Sector Index run over the period from February 1, 2011 through January 31, 2012 [N=252]. For more information, see Exhibit 8b. The returns of the S&P North American Technology Sector Index are adjusted to remove the weight of Qualcomm's stock price returns in the index.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as days on which there was at least one news article on Qualcomm published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones via a company search. News stories were obtained through a search for news stories categorized as relevant to the company "Qualcomm Incorporated" by Factiva Dow Jones between February 1, 2012 and January 19, 2017, including news published after market hours on January 31, 2012. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars...." On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Exhibit 8d (Company Search) is a list of news days that were excluded as they contained only news stories reporting on Qualcomm's order imbalance.

[8] All news articles that were published during trading hours (i.e., news published at or after 9:30 AM ET and before 4:00 PM ET on days during which Qualcomm stock traded) were removed.

[9] News days are defined as days on which there was at least one news article on Qualcomm published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones via a text search. News stories were obtained through a text search for "Qualcomm" in the headline or lead paragraph of articles published by *Dow Jones Newswires* between February 1, 2012 to January 19, 2017. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars...." On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Exhibit 8d (Text Search) is a list of news days that were excluded as they contained only news stories reporting on Qualcomm's order imbalance.

**Exhibit 8a**
**Qualcomm Incorporated**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Qualcomm Common Stock**
**Class Period: February 1, 2012 to January 19, 2017[1]**
***Using the S&P North American Technology Sector Index as a Predictor*** [2]

[10] News days are defined as days in the top 10% of all days with *Dow Jones Newswires* obtained via a text search and published outside market hours, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Qualcomm published per effective date from February 1, 2012 to January 19, 2017. In other words, days with news stories obtained via a text search and published outside market hours are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

# Exhibit 8a-calendar
## Qualcomm Incorporated
## Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Qualcomm Common Stock
## Class Period: February 1, 2012 to January 19, 2017[1]
*Using the S&P North American Technology Sector Index as a Predictor [2]*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2) / (1) | (4) | (5) | (6) (5) / (4) | (7) (3) - (6) | (8) | (9) | (10) |
| **I. Earnings Dates[6]** | 20 | 15 | 75.0 % | 1230 | 35 | 2.8 % | 72.2 % | 16.33 | 0.00 | Yes |
| **II. Using *Dow Jones Newswires* Stories Obtained Via a Company Search[7]** | | | | | | | | | | |
| **All News Stories** | 810 | 42 | 5.2 | 440 | 8 | 1.8 | 3.4 | 2.90 | 0.00 | Yes |
| **Only News Stories Published Outside Market Hours[8]** | 708 | 37 | 5.2 | 542 | 13 | 2.4 | 2.8 | 2.53 | 0.01 | Yes |
| **III. Using *Dow Jones Newswires* Stories Obtained Via a Text Search[9]** | | | | | | | | | | |
| **All News Stories** | 676 | 39 | 5.8 | 574 | 11 | 1.9 | 3.9 | 3.46 | 0.00 | Yes |
| **Only News Stories Published Outside Market Hours[8]** | 570 | 34 | 6.0 | 680 | 16 | 2.4 | 3.6 | 3.25 | 0.00 | Yes |
| **Only News Stories Published Outside Market Hours - Top 10%[10]** | 56 | 18 | 32.1 | 1194 | 32 | 2.7 | 29.5 | 11.00 | 0.00 | Yes |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc. and Factiva Dow Jones.

[1] The Consolidated Class Action Complaint dated July 3, 2017 alleges that the Class Period ends on January 20, 2017. As the final disclosure occurred on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017.

[2] Days for which the excess return was statistically significant at the 5% level. Returns are predicted using a regression of the returns of Qualcomm's stock prices on the returns of the S&P North American Technology Sector Index run over the one year period preceding each year in the Class Period. For more information, see Exhibit 8b-rolling. The returns of the S&P North American Technology Sector Index are adjusted to remove the weight of Qualcomm's stock price returns in the index.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as days on which there was at least one news article on Qualcomm published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones via a company search. News stories were obtained through a search for news stories categorized as relevant to the company "Qualcomm Incorporated" by Factiva Dow Jones between February 1, 2012 and January 19, 2017, including news published after market hours on January 31, 2012. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars...." On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Exhibit 8d (Company Search) is a list of news days that were excluded as they contained only news stories reporting on Qualcomm's order imbalance.

[8] All news articles that were published during trading hours (i.e., news published at or after 9:30 AM ET and before 4:00 PM ET on days during which Qualcomm stock traded) were removed.

[9] News days are defined as days on which there was at least one news article on Qualcomm published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones via a text search. News stories were obtained through a text search for "Qualcomm" in the headline or lead paragraph of articles published by *Dow Jones Newswires* between February 1, 2012 to January 19, 2017. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars...." On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Exhibit 8d (Text Search) is a list of news days that were excluded as they contained only news stories reporting on Qualcomm's order imbalance.

**Exhibit 8a-calendar**
**Qualcomm Incorporated**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Qualcomm Common Stock**
**Class Period: February 1, 2012 to January 19, 2017[1]**
***Using the S&P North American Technology Sector Index as a Predictor [2]***

[10] News days are defined as days in the top 10% of all days with *Dow Jones Newswires* obtained via a text search and published outside market hours, where the number of news articles is greater than the 90th percentile of all such news days ranked by the number of articles on Qualcomm published per effective date from February 1, 2012 to January 19, 2017. In other words, days with news stories obtained via a text search and published outside market hours are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

# Exhibit 8b
# Qualcomm Incorporated
## Statistical Model of Daily Logarithmic Returns of Qualcomm Common Stock
## Estimation Period: February 1, 2011 to January 31, 2012 [N=252]

| | | | | | | |
|---|---|---|---|---|---|---|
| Log Return of | = | 0.00 [1] | + | **1.09** [2] | × | Log Return of S&P North American |
| Qualcomm Common Stock Price | | *0.50* | | *26.77* | | Technology Sector Index[3] |

| | | |
|---|---|---|
| **Observations** | = | 252 |
| **R-Squared**[4] | = | 74.14% |
| **Adjusted R-Squared**[5] | = | 74.04% |
| **Standard Error**[6] | = | 0.010 |

**Notes and Sources:**

Data obtained from Bloomberg L.P.

t-statistics are shown in *italics.* Statistically significant coefficients are shown in **bold.**

[1] The constant is the expected value of the dependent variable (log return of Qualcomm common stock) if the independent variable (log return of S&P North American Technology Sector Index) equals zero.

[2] This coefficient measures the change in the dependent variable (log return of Qualcomm common stock) associated with a one unit change in the independent variable (log return of S&P North American Technology Sector Index).

[3] The returns of the S&P North American Technology Sector Index are adjusted to remove the weight of Qualcomm's stock price returns in the index.

[4] R-Squared is the percent of the variance in the dependent variable (log return of Qualcomm common stock) that is explained by the variance of the independent variable (log return of S&P North American Technology Sector Index).

[5] Adjusted R-Squared is the percent of the variance in the dependent variable (log return of Qualcomm common stock) that is explained by the variance of the independent variable (log return of S&P North American Technology Sector Index), adjusted for the number of predictors in the market model.

[6] Denotes the standard error of the regression model, which is a statistical measure of the variability of predictions made with the regression model.

# Exhibit 8b-calendar
# Qualcomm Incorporated
# Statistical Models of Daily Logarithmic Returns of Qualcomm Common Stock[1]

| Estimation Period[2] | Constant[3] | Beta[4] | R- Squared[5] | Adjusted R-Squared[6] | Standard Error[7] | Observations |
|---|---|---|---|---|---|---|
| (2) | (3) | (4) | (6) | (7) | (8) | (9) |
| 1/3/2011 - 12/30/2011 | 0.00 | **1.10** | 72.92% | 72.82% | 0.011 | 252 |
| 1/3/2012 - 12/31/2012 | 0.00 | **1.01** | 49.78% | 49.58% | 0.010 | 250 |
| 1/2/2013 - 12/31/2013 | 0.00 | **0.75** | 27.27% | 26.98% | 0.010 | 252 |
| 1/2/2014 - 12/31/2014 | 0.00 | **0.77** | 29.79% | 29.51% | 0.011 | 252 |
| 1/2/2015 - 12/31/2015[8] | 0.00 | **0.80** | 22.62% | 22.31% | 0.017 | 250 |
| 1/4/2016 - 12/30/2016[9] | 0.00 | **0.97** | 33.79% | 33.53% | 0.014 | 251 |

**Notes and Sources:**

Data obtained from Bloomberg L.P.

Statistically significant coefficients (at the 5% level) are shown in **bold**.

1 Uses a regression of the returns of Qualcomm stock on the returns of the S&P North American Technology Sector Index (returns of Qualcomm stock are removed from the returns of the index) for the one year period preceding each year in the Class Period. The Consolidated Class Action Complaint dated July 3, 2017 ("Complaint") alleges a Class Period from February 1, 2012 to January 20, 2017. As the final disclosure occurred on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017.

2 Represents the one year period preceding each year in the Class Period.

3 The constant is the expected value of the dependent variable (log return of Qualcomm common stock) if the independent variable (log return of S&P North American Technology Sector Index) equals 0.

4 This coefficient measures the change in the dependent variable (log return of Qualcomm common stock) associated with a one unit change in the independent variable (log return of S&P North American Technology Sector Index).

5 R-Squared is the percent of the variance in the dependent variable (log return of Qualcomm common stock) that is explained by the variance of the independent variable (log return of S&P North American Technology Sector Index).

6 Adjusted R-Squared is the percent of the variance in the dependent variable (log return of Qualcomm common stock) that is explained by the variance of the independent variable (log return of S&P North American Technology Sector Index), adjusted for the number of predictors in the market model.

7 Denotes the standard error of the regression model, which is a statistical measure of the variability of predictions made with the regression model.

8 The returns on November 18, 2015 and December 8, 2015 are removed from the regression analysis as they are alleged disclosure dates. The Complaint lists November 17, 2015 as the first alleged disclosure date. However, paragraph 212 of the Complaint states that the disclosure occurred after market hours. As such, November 18, 2015 is taken as the effective disclosure date.

9 The return on December 28, 2016 is removed from the regression analysis as it is an alleged disclosure date. The Complaint lists December 27, 2016 as the alleged disclosure date. However, the news was first reported in a *Reuters* news story, titled "S.Korea regulator fines Qualcomm $854 mln for violationg competition laws," that was published at 10:00 PM ET on December 27, 2016. As such, December 28, 2016 is taken as the effective disclosure date.

# Exhibit 8d (Company Search)
# Qualcomm Incorporated
# News Dates Removed[1,2]
# February 1, 2012 to January 19, 2017[3]

| Date |
|---|
| (1) |
| 3/9/2012 |
| 3/27/2012 |
| 3/28/2012 |
| 4/24/2012 |
| 5/4/2012 |
| 6/15/2012 |
| 6/29/2012 |
| 8/10/2012 |
| 8/17/2012 |
| 9/21/2012 |
| 11/21/2012 |
| 2/8/2013 |

**Notes and Sources:**

Articles downloaded from Factiva Dow Jones.

[1] News days are defined as days on which there was at least one news article on Qualcomm published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones via a company search. News stories were obtained through a search for news stories categorized as relevant to the company "Qualcomm Incorporated" by Factiva Dow Jones between February 1, 2012 and January 19, 2017, including news published after market hours on January 31, 2012. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars...." On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date.

[2] News dates were excluded because they contained only news stories reporting on Qualcomm's order imbalance.

[3] The Consolidated Class Action Complaint dated July 3, 2017 alleges that the Class Period ends on January 20, 2017. As the final disclosure occurred on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017.

**Exhibit 8d (Text Search)**

**Qualcomm Incorporated**

**News Dates Removed[1,2]**

**February 1, 2012 to January 19, 2017[3]**

| Date |
|---|
| (1) |
| 2/1/2012 |
| 2/27/2012 |
| 3/9/2012 |
| 3/22/2012 |
| 3/26/2012 |
| 3/27/2012 |
| 3/28/2012 |
| 4/3/2012 |
| 4/16/2012 |
| 4/20/2012 |
| 5/4/2012 |
| 5/17/2012 |
| 5/21/2012 |
| 6/14/2012 |
| 6/15/2012 |
| 6/29/2012 |
| 7/17/2012 |
| 7/26/2012 |
| 7/31/2012 |
| 8/10/2012 |
| 8/17/2012 |
| 8/20/2012 |
| 9/21/2012 |
| 10/3/2012 |
| 10/11/2012 |
| 10/17/2012 |
| 10/26/2012 |
| 11/19/2012 |
| 11/21/2012 |
| 11/26/2012 |
| 12/14/2012 |
| 12/19/2012 |
| 12/20/2012 |
| 12/21/2012 |
| 1/2/2013 |
| 1/9/2013 |
| 1/10/2013 |
| 1/18/2013 |
| 1/24/2013 |
| 1/25/2013 |
| 2/1/2013 |
| 2/8/2013 |
| 2/15/2013 |

# Exhibit 8d (Text Search)
# Qualcomm Incorporated
# News Dates Removed[1,2]
# February 1, 2012 to January 19, 2017[3]

| Date |
|---|
| (1) |
| 3/7/2013 |
| 3/13/2013 |
| 3/14/2013 |
| 3/15/2013 |
| 4/1/2013 |
| 4/26/2013 |
| 4/29/2013 |
| 5/10/2013 |
| 5/31/2013 |
| 6/21/2013 |
| 6/28/2013 |

**Notes and Sources:**

Articles downloaded from Factiva Dow Jones.

[1] News days are defined as days on which there was at least one news article on Qualcomm published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones via a text search. News stories were obtained through a text search for "Qualcomm" in the headline or lead paragraph of articles published by *Dow Jones Newswires* between February 1, 2012 to January 19, 2017. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars...." On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date.

[2] News dates were excluded because they contained only news stories reporting on Qualcomm's order imbalance.

[3] The Consolidated Class Action Complaint dated July 3, 2017 alleges that the Class Period ends on January 20, 2017. As the final disclosure occurred on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017.

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date (1) | Closing Price (2) | Bid (3) | Ask (4) | Bid-Ask Spread (5) (4) - (3) | Spread as a Percent of Closing Price (6) (5) / (2) |
|---|---|---|---|---|---|
| 2/1/2012 | $ 59.56 | $ 59.57 | $ 59.58 | $ 0.01 | 0.02 % |
| 2/2/2012 | 60.73 | 60.73 | 60.74 | 0.01 | 0.02 |
| 2/3/2012 | 61.06 | 61.05 | 61.06 | 0.01 | 0.02 |
| 2/6/2012 | 61.07 | 61.04 | 61.05 | 0.01 | 0.02 |
| 2/7/2012 | 61.55 | 61.55 | 61.56 | 0.01 | 0.02 |
| 2/8/2012 | 61.47 | 61.46 | 61.47 | 0.01 | 0.02 |
| 2/9/2012 | 61.94 | 61.94 | 61.95 | 0.01 | 0.02 |
| 2/10/2012 | 61.73 | 61.72 | 61.73 | 0.01 | 0.02 |
| 2/13/2012 | 61.74 | 61.73 | 61.74 | 0.01 | 0.02 |
| 2/14/2012 | 61.71 | 61.70 | 61.71 | 0.01 | 0.02 |
| 2/15/2012 | 61.58 | 61.58 | 61.59 | 0.01 | 0.02 |
| 2/16/2012 | 62.27 | 62.27 | 62.28 | 0.01 | 0.02 |
| 2/17/2012 | 62.52 | 62.52 | 62.53 | 0.01 | 0.02 |
| 2/21/2012 | 62.78 | 62.77 | 62.78 | 0.01 | 0.02 |
| 2/22/2012 | 62.55 | 62.54 | 62.55 | 0.01 | 0.02 |
| 2/23/2012 | 63.51 | 63.51 | 63.52 | 0.01 | 0.02 |
| 2/24/2012 | 63.44 | 63.45 | 63.46 | 0.01 | 0.02 |
| 2/27/2012 | 63.31 | 63.31 | 63.32 | 0.01 | 0.02 |
| 2/28/2012 | 62.68 | 62.67 | 62.68 | 0.01 | 0.02 |
| 2/29/2012 | 62.18 | 62.15 | 62.16 | 0.01 | 0.02 |
| 3/1/2012 | 62.61 | 62.60 | 62.61 | 0.01 | 0.02 |
| 3/2/2012 | 62.43 | 62.41 | 62.42 | 0.01 | 0.02 |
| 3/5/2012 | 62.11 | 62.11 | 62.12 | 0.01 | 0.02 |
| 3/6/2012 | 61.56 | 61.54 | 61.55 | 0.01 | 0.02 |
| 3/7/2012 | 62.72 | 62.74 | 62.74 | 0.00 | 0.00 |
| 3/8/2012 | 63.32 | 63.32 | 63.33 | 0.01 | 0.02 |
| 3/9/2012 | 63.93 | 63.96 | 63.97 | 0.01 | 0.02 |
| 3/12/2012 | 63.85 | 63.85 | 63.86 | 0.01 | 0.02 |
| 3/13/2012 | 64.85 | 64.86 | 64.87 | 0.01 | 0.02 |
| 3/14/2012 | 65.11 | 65.11 | 65.12 | 0.01 | 0.02 |
| 3/15/2012 | 65.21 | 65.20 | 65.21 | 0.01 | 0.02 |
| 3/16/2012 | 65.41 | 65.43 | 65.44 | 0.01 | 0.02 |
| 3/19/2012 | 66.75 | 66.73 | 66.74 | 0.01 | 0.01 |
| 3/20/2012 | 66.75 | 66.76 | 66.77 | 0.01 | 0.01 |
| 3/21/2012 | 66.43 | 66.43 | 66.44 | 0.01 | 0.02 |
| 3/22/2012 | 66.29 | 66.29 | 66.30 | 0.01 | 0.02 |
| 3/23/2012 | 66.69 | 66.64 | 66.65 | 0.01 | 0.01 |
| 3/26/2012 | 68.59 | 68.59 | 68.60 | 0.01 | 0.01 |
| 3/27/2012 | 68.49 | 68.49 | 68.50 | 0.01 | 0.01 |
| 3/28/2012 | 68.12 | 68.11 | 68.12 | 0.01 | 0.01 |

## Exhibit 9
## Qualcomm Incorporated
## Daily Bid-Ask Spread for Qualcomm Common Stock
## February 1, 2012 to January 19, 2017[1]

| Date (1) | Closing Price (2) | Bid (3) | Ask (4) | Bid-Ask Spread (5) (4) - (3) | Spread as a Percent of Closing Price (6) (5) / (2) |
|---|---|---|---|---|---|
| 3/29/2012 | $ 67.93 | $ 67.93 | $ 67.94 | $ 0.01 | 0.01 % |
| 3/30/2012 | 68.06 | 68.02 | 68.03 | 0.01 | 0.01 |
| 4/2/2012 | 68.32 | 68.31 | 68.32 | 0.01 | 0.01 |
| 4/3/2012 | 68.13 | 68.13 | 68.13 | 0.00 | 0.00 |
| 4/4/2012 | 67.39 | 67.38 | 67.39 | 0.01 | 0.01 |
| 4/5/2012 | 67.19 | 67.18 | 67.19 | 0.01 | 0.01 |
| 4/9/2012 | 66.50 | 66.50 | 66.51 | 0.01 | 0.02 |
| 4/10/2012 | 66.22 | 66.22 | 66.23 | 0.01 | 0.02 |
| 4/11/2012 | 66.23 | 66.22 | 66.23 | 0.01 | 0.02 |
| 4/12/2012 | 68.33 | 68.28 | 68.29 | 0.01 | 0.01 |
| 4/13/2012 | 66.67 | 66.65 | 66.66 | 0.01 | 0.01 |
| 4/16/2012 | 66.25 | 66.25 | 66.26 | 0.01 | 0.02 |
| 4/17/2012 | 67.23 | 67.23 | 67.24 | 0.01 | 0.01 |
| 4/18/2012 | 66.99 | 66.98 | 66.99 | 0.01 | 0.01 |
| 4/19/2012 | 62.57 | 62.64 | 62.68 | 0.04 | 0.06 |
| 4/20/2012 | 62.25 | 62.24 | 62.24 | 0.00 | 0.00 |
| 4/23/2012 | 61.56 | 61.55 | 61.56 | 0.01 | 0.02 |
| 4/24/2012 | 61.86 | 61.87 | 61.88 | 0.01 | 0.02 |
| 4/25/2012 | 63.26 | 63.25 | 63.26 | 0.01 | 0.02 |
| 4/26/2012 | 63.91 | 63.90 | 63.91 | 0.01 | 0.02 |
| 4/27/2012 | 64.18 | 64.20 | 64.21 | 0.01 | 0.02 |
| 4/30/2012 | 63.83 | 63.83 | 63.84 | 0.01 | 0.02 |
| 5/1/2012 | 63.64 | 63.64 | 63.65 | 0.01 | 0.02 |
| 5/2/2012 | 64.24 | 64.23 | 64.24 | 0.01 | 0.02 |
| 5/3/2012 | 63.55 | 63.54 | 63.55 | 0.01 | 0.02 |
| 5/4/2012 | 61.91 | 61.89 | 61.90 | 0.01 | 0.02 |
| 5/7/2012 | 61.92 | 61.91 | 61.92 | 0.01 | 0.02 |
| 5/8/2012 | 62.67 | 62.66 | 62.66 | 0.00 | 0.00 |
| 5/9/2012 | 62.01 | 62.01 | 62.02 | 0.01 | 0.02 |
| 5/10/2012 | 62.48 | 62.48 | 62.49 | 0.01 | 0.02 |
| 5/11/2012 | 61.86 | 61.86 | 61.88 | 0.02 | 0.03 |
| 5/14/2012 | 61.46 | 61.46 | 61.47 | 0.01 | 0.02 |
| 5/15/2012 | 61.44 | 61.43 | 61.44 | 0.01 | 0.02 |
| 5/16/2012 | 59.11 | 59.10 | 59.11 | 0.01 | 0.02 |
| 5/17/2012 | 57.16 | 57.16 | 57.17 | 0.01 | 0.02 |
| 5/18/2012 | 55.98 | 55.97 | 55.98 | 0.01 | 0.02 |
| 5/21/2012 | 57.22 | 57.22 | 57.23 | 0.01 | 0.02 |
| 5/22/2012 | 57.93 | 57.95 | 57.96 | 0.01 | 0.02 |
| 5/23/2012 | 58.14 | 58.13 | 58.14 | 0.01 | 0.02 |
| 5/24/2012 | 57.15 | 57.14 | 57.15 | 0.01 | 0.02 |

PX32

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date (1) | Closing Price (2) | Bid (3) | Ask (4) | Bid-Ask Spread (5) (4) - (3) | Spread as a Percent of Closing Price (6) (5) / (2) |
|---|---|---|---|---|---|
| 5/25/2012 | $ 57.32 | $ 57.32 | $ 57.34 | $ 0.02 | 0.03 % |
| 5/29/2012 | 58.39 | 58.40 | 58.41 | 0.01 | 0.02 |
| 5/30/2012 | 57.45 | 57.44 | 57.45 | 0.01 | 0.02 |
| 5/31/2012 | 57.31 | 57.31 | 57.32 | 0.01 | 0.02 |
| 6/1/2012 | 55.12 | 55.11 | 55.12 | 0.01 | 0.02 |
| 6/4/2012 | 55.85 | 55.83 | 55.84 | 0.01 | 0.02 |
| 6/5/2012 | 57.18 | 57.12 | 57.13 | 0.01 | 0.02 |
| 6/6/2012 | 58.41 | 58.44 | 58.45 | 0.01 | 0.02 |
| 6/7/2012 | 58.00 | 58.00 | 58.00 | 0.00 | 0.00 |
| 6/8/2012 | 58.76 | 58.76 | 58.77 | 0.01 | 0.02 |
| 6/11/2012 | 57.79 | 57.79 | 57.80 | 0.01 | 0.02 |
| 6/12/2012 | 59.40 | 59.40 | 59.41 | 0.01 | 0.02 |
| 6/13/2012 | 58.94 | 58.94 | 58.95 | 0.01 | 0.02 |
| 6/14/2012 | 56.79 | 56.78 | 56.79 | 0.01 | 0.02 |
| 6/15/2012 | 56.50 | 56.50 | 56.51 | 0.01 | 0.02 |
| 6/18/2012 | 56.77 | 56.79 | 56.80 | 0.01 | 0.02 |
| 6/19/2012 | 57.02 | 57.01 | 57.02 | 0.01 | 0.02 |
| 6/20/2012 | 57.00 | 57.00 | 57.01 | 0.01 | 0.02 |
| 6/21/2012 | 55.13 | 55.13 | 55.14 | 0.01 | 0.02 |
| 6/22/2012 | 55.64 | 55.64 | 55.65 | 0.01 | 0.02 |
| 6/25/2012 | 53.56 | 53.53 | 53.54 | 0.01 | 0.02 |
| 6/26/2012 | 53.92 | 53.91 | 53.92 | 0.01 | 0.02 |
| 6/27/2012 | 54.91 | 54.91 | 54.92 | 0.01 | 0.02 |
| 6/28/2012 | 54.30 | 54.29 | 54.30 | 0.01 | 0.02 |
| 6/29/2012 | 55.68 | 55.67 | 55.68 | 0.01 | 0.02 |
| 7/2/2012 | 55.67 | 55.65 | 55.66 | 0.01 | 0.02 |
| 7/3/2012 | 56.26 | 56.26 | 56.27 | 0.01 | 0.02 |
| 7/5/2012 | 56.25 | 56.24 | 56.25 | 0.01 | 0.02 |
| 7/6/2012 | 55.31 | 55.34 | 55.35 | 0.01 | 0.02 |
| 7/9/2012 | 55.32 | 55.32 | 55.33 | 0.01 | 0.02 |
| 7/10/2012 | 55.17 | 55.16 | 55.17 | 0.01 | 0.02 |
| 7/11/2012 | 54.37 | 54.34 | 54.35 | 0.01 | 0.02 |
| 7/12/2012 | 53.73 | 53.72 | 53.73 | 0.01 | 0.02 |
| 7/13/2012 | 54.98 | 54.98 | 54.99 | 0.01 | 0.02 |
| 7/16/2012 | 54.36 | 54.35 | 54.36 | 0.01 | 0.02 |
| 7/17/2012 | 54.46 | 54.45 | 54.46 | 0.01 | 0.02 |
| 7/18/2012 | 56.05 | 56.06 | 56.07 | 0.01 | 0.02 |
| 7/19/2012 | 58.44 | 58.45 | 58.46 | 0.01 | 0.02 |
| 7/20/2012 | 57.68 | 57.65 | 57.66 | 0.01 | 0.02 |
| 7/23/2012 | 57.32 | 57.30 | 57.30 | 0.00 | 0.00 |

# Exhibit 9
# Qualcomm Incorporated
# Daily Bid-Ask Spread for Qualcomm Common Stock
# February 1, 2012 to January 19, 2017[1]

| Date (1) | Closing Price (2) | Bid (3) | Ask (4) | Bid-Ask Spread (5) (4) - (3) | Spread as a Percent of Closing Price (6) (5) / (2) |
|---|---|---|---|---|---|
| 7/24/2012 | $ 56.79 | $ 56.81 | $ 56.82 | $ 0.01 | 0.02 % |
| 7/25/2012 | 57.28 | 57.30 | 57.31 | 0.01 | 0.02 |
| 7/26/2012 | 58.21 | 58.22 | 58.23 | 0.01 | 0.02 |
| 7/27/2012 | 59.34 | 59.34 | 59.35 | 0.01 | 0.02 |
| 7/30/2012 | 59.15 | 59.14 | 59.15 | 0.01 | 0.02 |
| 7/31/2012 | 59.68 | 59.64 | 59.65 | 0.01 | 0.02 |
| 8/1/2012 | 59.52 | 59.50 | 59.51 | 0.01 | 0.02 |
| 8/2/2012 | 58.88 | 58.87 | 58.88 | 0.01 | 0.02 |
| 8/3/2012 | 60.24 | 60.26 | 60.27 | 0.01 | 0.02 |
| 8/6/2012 | 60.13 | 60.11 | 60.13 | 0.02 | 0.03 |
| 8/7/2012 | 61.34 | 61.33 | 61.34 | 0.01 | 0.02 |
| 8/8/2012 | 61.45 | 61.44 | 61.45 | 0.01 | 0.02 |
| 8/9/2012 | 62.00 | 61.99 | 62.00 | 0.01 | 0.02 |
| 8/10/2012 | 61.98 | 61.98 | 61.99 | 0.01 | 0.02 |
| 8/13/2012 | 62.10 | 62.10 | 62.10 | 0.00 | 0.00 |
| 8/14/2012 | 62.39 | 62.38 | 62.39 | 0.01 | 0.02 |
| 8/15/2012 | 62.52 | 62.50 | 62.52 | 0.02 | 0.03 |
| 8/16/2012 | 62.57 | 62.57 | 62.58 | 0.01 | 0.02 |
| 8/17/2012 | 63.29 | 63.29 | 63.30 | 0.01 | 0.02 |
| 8/20/2012 | 62.80 | 62.78 | 62.79 | 0.01 | 0.02 |
| 8/21/2012 | 62.08 | 62.07 | 62.08 | 0.01 | 0.02 |
| 8/22/2012 | 62.17 | 62.15 | 62.16 | 0.01 | 0.02 |
| 8/23/2012 | 62.05 | 62.04 | 62.05 | 0.01 | 0.02 |
| 8/24/2012 | 62.43 | 62.42 | 62.43 | 0.01 | 0.02 |
| 8/27/2012 | 62.37 | 62.37 | 62.38 | 0.01 | 0.02 |
| 8/28/2012 | 62.01 | 62.00 | 62.01 | 0.01 | 0.02 |
| 8/29/2012 | 62.11 | 62.10 | 62.11 | 0.01 | 0.02 |
| 8/30/2012 | 61.20 | 61.21 | 61.22 | 0.01 | 0.02 |
| 8/31/2012 | 61.46 | 61.45 | 61.46 | 0.01 | 0.02 |
| 9/4/2012 | 60.81 | 60.80 | 60.81 | 0.01 | 0.02 |
| 9/5/2012 | 60.68 | 60.68 | 60.69 | 0.01 | 0.02 |
| 9/6/2012 | 62.62 | 62.61 | 62.63 | 0.02 | 0.03 |
| 9/7/2012 | 61.93 | 61.89 | 61.90 | 0.01 | 0.02 |
| 9/10/2012 | 61.29 | 61.29 | 61.30 | 0.01 | 0.02 |
| 9/11/2012 | 61.85 | 61.82 | 61.83 | 0.01 | 0.02 |
| 9/12/2012 | 62.44 | 62.45 | 62.46 | 0.01 | 0.02 |
| 9/13/2012 | 63.85 | 63.91 | 63.92 | 0.01 | 0.02 |
| 9/14/2012 | 64.88 | 64.87 | 64.88 | 0.01 | 0.02 |
| 9/17/2012 | 64.81 | 64.80 | 64.81 | 0.01 | 0.02 |
| 9/18/2012 | 65.08 | 65.08 | 65.09 | 0.01 | 0.02 |

# Exhibit 9
# Qualcomm Incorporated
## Daily Bid-Ask Spread for Qualcomm Common Stock
## February 1, 2012 to January 19, 2017[1]

| Date (1) | Closing Price (2) | Bid (3) | Ask (4) | Bid-Ask Spread (5) (4) - (3) | Spread as a Percent of Closing Price (6) (5) / (2) |
|---|---|---|---|---|---|
| 9/19/2012 | $ 65.08 | $ 65.09 | $ 65.10 | $ 0.01 | 0.02 % |
| 9/20/2012 | 64.35 | 64.33 | 64.34 | 0.01 | 0.02 |
| 9/21/2012 | 64.27 | 64.32 | 64.33 | 0.01 | 0.02 |
| 9/24/2012 | 63.67 | 63.61 | 63.62 | 0.01 | 0.02 |
| 9/25/2012 | 62.73 | 62.68 | 62.69 | 0.01 | 0.02 |
| 9/26/2012 | 62.32 | 62.30 | 62.31 | 0.01 | 0.02 |
| 9/27/2012 | 63.49 | 63.51 | 63.52 | 0.01 | 0.02 |
| 9/28/2012 | 62.47 | 62.45 | 62.46 | 0.01 | 0.02 |
| 10/1/2012 | 61.91 | 61.90 | 61.92 | 0.02 | 0.03 |
| 10/2/2012 | 61.79 | 61.76 | 61.77 | 0.01 | 0.02 |
| 10/3/2012 | 62.07 | 62.05 | 62.06 | 0.01 | 0.02 |
| 10/4/2012 | 62.65 | 62.68 | 62.69 | 0.01 | 0.02 |
| 10/5/2012 | 62.64 | 62.63 | 62.64 | 0.01 | 0.02 |
| 10/8/2012 | 61.40 | 61.39 | 61.40 | 0.01 | 0.02 |
| 10/9/2012 | 60.39 | 60.39 | 60.40 | 0.01 | 0.02 |
| 10/10/2012 | 59.78 | 59.77 | 59.78 | 0.01 | 0.02 |
| 10/11/2012 | 59.21 | 59.20 | 59.21 | 0.01 | 0.02 |
| 10/12/2012 | 58.89 | 58.88 | 58.89 | 0.01 | 0.02 |
| 10/15/2012 | 59.29 | 59.28 | 59.29 | 0.01 | 0.02 |
| 10/16/2012 | 60.36 | 60.34 | 60.35 | 0.01 | 0.02 |
| 10/17/2012 | 60.98 | 60.97 | 60.98 | 0.01 | 0.02 |
| 10/18/2012 | 59.96 | 59.93 | 59.94 | 0.01 | 0.02 |
| 10/19/2012 | 58.75 | 58.69 | 58.70 | 0.01 | 0.02 |
| 10/22/2012 | 58.68 | 58.66 | 58.67 | 0.01 | 0.02 |
| 10/23/2012 | 58.31 | 58.29 | 58.30 | 0.01 | 0.02 |
| 10/24/2012 | 57.63 | 57.62 | 57.63 | 0.01 | 0.02 |
| 10/25/2012 | 57.43 | 57.42 | 57.43 | 0.01 | 0.02 |
| 10/26/2012 | 59.04 | 59.02 | 59.03 | 0.01 | 0.02 |
| 10/31/2012 | 58.61 | 58.57 | 58.58 | 0.01 | 0.02 |
| 11/1/2012 | 59.73 | 59.74 | 59.75 | 0.01 | 0.02 |
| 11/2/2012 | 59.30 | 59.27 | 59.28 | 0.01 | 0.02 |
| 11/5/2012 | 60.43 | 60.40 | 60.41 | 0.01 | 0.02 |
| 11/6/2012 | 60.37 | 60.37 | 60.38 | 0.01 | 0.02 |
| 11/7/2012 | 58.12 | 58.11 | 58.12 | 0.01 | 0.02 |
| 11/8/2012 | 60.67 | 60.62 | 60.63 | 0.01 | 0.02 |
| 11/9/2012 | 61.62 | 61.61 | 61.62 | 0.01 | 0.02 |
| 11/12/2012 | 61.62 | 61.62 | 61.63 | 0.01 | 0.02 |
| 11/13/2012 | 62.13 | 62.13 | 62.14 | 0.01 | 0.02 |
| 11/14/2012 | 61.73 | 61.71 | 61.72 | 0.01 | 0.02 |
| 11/15/2012 | 61.28 | 61.28 | 61.29 | 0.01 | 0.02 |

PX32

# Exhibit 9
## Qualcomm Incorporated
## Daily Bid-Ask Spread for Qualcomm Common Stock
## February 1, 2012 to January 19, 2017[1]

| Date<br>(1) | Closing Price<br>(2) | Bid<br>(3) | Ask<br>(4) | Bid-Ask Spread<br>(5)<br>(4) - (3) | Spread as a Percent of Closing Price<br>(6)<br>(5) / (2) |
|---|---|---|---|---|---|
| 11/16/2012 | $ 61.93 | $ 61.91 | $ 61.93 | $ 0.02 | 0.03 % |
| 11/19/2012 | 62.09 | 62.11 | 62.12 | 0.01 | 0.02 |
| 11/20/2012 | 62.14 | 62.14 | 62.15 | 0.01 | 0.02 |
| 11/21/2012 | 62.14 | 62.14 | 62.15 | 0.01 | 0.02 |
| 11/23/2012 | 63.13 | 63.13 | 63.14 | 0.01 | 0.02 |
| 11/26/2012 | 62.49 | 62.49 | 62.50 | 0.01 | 0.02 |
| 11/27/2012 | 62.26 | 62.25 | 62.26 | 0.01 | 0.02 |
| 11/28/2012 | 62.65 | 62.64 | 62.65 | 0.01 | 0.02 |
| 11/29/2012 | 63.35 | 63.35 | 63.36 | 0.01 | 0.02 |
| 11/30/2012 | 63.62 | 63.62 | 63.63 | 0.01 | 0.02 |
| 12/3/2012 | 63.37 | 63.36 | 63.37 | 0.01 | 0.02 |
| 12/4/2012 | 63.47 | 63.42 | 63.44 | 0.02 | 0.03 |
| 12/5/2012 | 63.63 | 63.63 | 63.64 | 0.01 | 0.02 |
| 12/6/2012 | 64.20 | 64.16 | 64.17 | 0.01 | 0.02 |
| 12/7/2012 | 63.86 | 63.84 | 63.85 | 0.01 | 0.02 |
| 12/10/2012 | 63.93 | 63.93 | 63.94 | 0.01 | 0.02 |
| 12/11/2012 | 64.35 | 64.35 | 64.36 | 0.01 | 0.02 |
| 12/12/2012 | 63.49 | 63.46 | 63.47 | 0.01 | 0.02 |
| 12/13/2012 | 62.76 | 62.74 | 62.76 | 0.02 | 0.03 |
| 12/14/2012 | 59.83 | 59.82 | 59.83 | 0.01 | 0.02 |
| 12/17/2012 | 62.04 | 62.05 | 62.06 | 0.01 | 0.02 |
| 12/18/2012 | 63.36 | 63.38 | 63.39 | 0.01 | 0.02 |
| 12/19/2012 | 62.55 | 62.54 | 62.55 | 0.01 | 0.02 |
| 12/20/2012 | 62.86 | 62.87 | 62.88 | 0.01 | 0.02 |
| 12/21/2012 | 61.61 | 61.64 | 61.67 | 0.03 | 0.05 |
| 12/24/2012 | 61.90 | 61.93 | 61.94 | 0.01 | 0.02 |
| 12/26/2012 | 61.59 | 61.61 | 61.62 | 0.01 | 0.02 |
| 12/27/2012 | 61.51 | 61.49 | 61.51 | 0.02 | 0.03 |
| 12/28/2012 | 60.64 | 60.61 | 60.62 | 0.01 | 0.02 |
| 12/31/2012 | 61.86 | 62.02 | 62.03 | 0.01 | 0.02 |
| 1/2/2013 | 64.75 | 64.74 | 64.75 | 0.01 | 0.02 |
| 1/3/2013 | 64.45 | 64.45 | 64.46 | 0.01 | 0.02 |
| 1/4/2013 | 63.50 | 63.52 | 63.53 | 0.01 | 0.02 |
| 1/7/2013 | 64.01 | 64.00 | 64.01 | 0.01 | 0.02 |
| 1/8/2013 | 63.91 | 63.93 | 63.94 | 0.01 | 0.02 |
| 1/9/2013 | 64.88 | 64.88 | 64.89 | 0.01 | 0.02 |
| 1/10/2013 | 64.78 | 64.75 | 64.76 | 0.01 | 0.02 |
| 1/11/2013 | 64.90 | 64.90 | 64.91 | 0.01 | 0.02 |
| 1/14/2013 | 64.24 | 64.23 | 64.24 | 0.01 | 0.02 |
| 1/15/2013 | 64.44 | 64.42 | 64.44 | 0.02 | 0.03 |

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date (1) | Closing Price (2) | Bid (3) | Ask (4) | Bid-Ask Spread (5) (4) - (3) | Spread as a Percent of Closing Price (6) (5) / (2) |
|---|---|---|---|---|---|
| 1/16/2013 | $ 64.79 | $ 64.78 | $ 64.79 | $ 0.01 | 0.02 % |
| 1/17/2013 | 65.14 | 65.10 | 65.11 | 0.01 | 0.02 |
| 1/18/2013 | 64.68 | 64.66 | 64.68 | 0.02 | 0.03 |
| 1/22/2013 | 64.68 | 64.67 | 64.68 | 0.01 | 0.02 |
| 1/23/2013 | 64.89 | 64.88 | 64.89 | 0.01 | 0.02 |
| 1/24/2013 | 64.40 | 64.39 | 64.40 | 0.01 | 0.02 |
| 1/25/2013 | 63.66 | 63.66 | 63.67 | 0.01 | 0.02 |
| 1/28/2013 | 63.67 | 63.67 | 63.68 | 0.01 | 0.02 |
| 1/29/2013 | 63.45 | 63.44 | 63.45 | 0.01 | 0.02 |
| 1/30/2013 | 63.53 | 63.51 | 63.52 | 0.01 | 0.02 |
| 1/31/2013 | 66.02 | 66.03 | 66.04 | 0.01 | 0.02 |
| 2/1/2013 | 66.73 | 66.71 | 66.72 | 0.01 | 0.01 |
| 2/4/2013 | 65.64 | 65.64 | 65.65 | 0.01 | 0.02 |
| 2/5/2013 | 66.95 | 66.93 | 66.94 | 0.01 | 0.01 |
| 2/6/2013 | 67.18 | 67.18 | 67.19 | 0.01 | 0.01 |
| 2/7/2013 | 66.54 | 66.53 | 66.54 | 0.01 | 0.02 |
| 2/8/2013 | 66.95 | 66.94 | 66.95 | 0.01 | 0.01 |
| 2/11/2013 | 67.18 | 67.17 | 67.18 | 0.01 | 0.01 |
| 2/12/2013 | 65.89 | 65.88 | 65.89 | 0.01 | 0.02 |
| 2/13/2013 | 65.45 | 65.44 | 65.45 | 0.01 | 0.02 |
| 2/14/2013 | 65.53 | 65.52 | 65.53 | 0.01 | 0.02 |
| 2/15/2013 | 65.43 | 65.42 | 65.43 | 0.01 | 0.02 |
| 2/19/2013 | 65.67 | 65.69 | 65.70 | 0.01 | 0.02 |
| 2/20/2013 | 65.27 | 65.27 | 65.28 | 0.01 | 0.02 |
| 2/21/2013 | 64.82 | 64.80 | 64.81 | 0.01 | 0.02 |
| 2/22/2013 | 64.94 | 64.93 | 64.94 | 0.01 | 0.02 |
| 2/25/2013 | 64.80 | 64.80 | 64.81 | 0.01 | 0.02 |
| 2/26/2013 | 65.27 | 65.27 | 65.29 | 0.02 | 0.03 |
| 2/27/2013 | 65.64 | 65.64 | 65.65 | 0.01 | 0.02 |
| 2/28/2013 | 65.64 | 65.61 | 65.62 | 0.01 | 0.02 |
| 3/1/2013 | 66.30 | 66.29 | 66.30 | 0.01 | 0.02 |
| 3/4/2013 | 66.63 | 66.63 | 66.64 | 0.01 | 0.02 |
| 3/5/2013 | 67.97 | 67.97 | 67.98 | 0.01 | 0.01 |
| 3/6/2013 | 66.67 | 66.66 | 66.67 | 0.01 | 0.01 |
| 3/7/2013 | 66.79 | 66.78 | 66.79 | 0.01 | 0.01 |
| 3/8/2013 | 66.65 | 66.62 | 66.63 | 0.01 | 0.02 |
| 3/11/2013 | 66.70 | 66.69 | 66.70 | 0.01 | 0.01 |
| 3/12/2013 | 67.04 | 67.03 | 67.04 | 0.01 | 0.01 |
| 3/13/2013 | 66.76 | 66.75 | 66.76 | 0.01 | 0.01 |
| 3/14/2013 | 66.57 | 66.56 | 66.57 | 0.01 | 0.02 |

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date (1) | Closing Price (2) | Bid (3) | Ask (4) | Bid-Ask Spread (5) (4) - (3) | Spread as a Percent of Closing Price (6) (5) / (2) |
|---|---|---|---|---|---|
| 3/15/2013 | $ 64.98 | $ 64.98 | $ 65.00 | $ 0.02 | 0.03 % |
| 3/18/2013 | 64.56 | 64.54 | 64.55 | 0.01 | 0.02 |
| 3/19/2013 | 64.72 | 64.74 | 64.75 | 0.01 | 0.02 |
| 3/20/2013 | 65.74 | 65.73 | 65.74 | 0.01 | 0.02 |
| 3/21/2013 | 65.35 | 65.34 | 65.35 | 0.01 | 0.02 |
| 3/22/2013 | 65.92 | 65.92 | 65.93 | 0.01 | 0.02 |
| 3/25/2013 | 65.67 | 65.68 | 65.69 | 0.01 | 0.02 |
| 3/26/2013 | 66.62 | 66.61 | 66.62 | 0.01 | 0.02 |
| 3/27/2013 | 66.68 | 66.68 | 66.69 | 0.01 | 0.01 |
| 3/28/2013 | 66.94 | 66.93 | 66.94 | 0.01 | 0.01 |
| 4/1/2013 | 66.00 | 65.98 | 65.99 | 0.01 | 0.02 |
| 4/2/2013 | 66.26 | 66.29 | 66.30 | 0.01 | 0.02 |
| 4/3/2013 | 65.97 | 65.97 | 65.98 | 0.01 | 0.02 |
| 4/4/2013 | 65.81 | 65.81 | 65.82 | 0.01 | 0.02 |
| 4/5/2013 | 65.16 | 65.15 | 65.16 | 0.01 | 0.02 |
| 4/8/2013 | 65.86 | 65.85 | 65.86 | 0.01 | 0.02 |
| 4/9/2013 | 65.96 | 65.95 | 65.96 | 0.01 | 0.02 |
| 4/10/2013 | 67.29 | 67.28 | 67.29 | 0.01 | 0.01 |
| 4/11/2013 | 67.03 | 67.07 | 67.08 | 0.01 | 0.01 |
| 4/12/2013 | 66.68 | 66.67 | 66.68 | 0.01 | 0.01 |
| 4/15/2013 | 65.49 | 65.46 | 65.49 | 0.03 | 0.05 |
| 4/16/2013 | 65.81 | 65.79 | 65.80 | 0.01 | 0.02 |
| 4/17/2013 | 64.23 | 64.21 | 64.22 | 0.01 | 0.02 |
| 4/18/2013 | 63.64 | 63.65 | 63.66 | 0.01 | 0.02 |
| 4/19/2013 | 63.93 | 63.90 | 63.91 | 0.01 | 0.02 |
| 4/22/2013 | 64.58 | 64.58 | 64.59 | 0.01 | 0.02 |
| 4/23/2013 | 65.35 | 65.30 | 65.31 | 0.01 | 0.02 |
| 4/24/2013 | 66.00 | 66.00 | 66.09 | 0.09 | 0.14 |
| 4/25/2013 | 62.44 | 62.43 | 62.44 | 0.01 | 0.02 |
| 4/26/2013 | 61.52 | 61.51 | 61.52 | 0.01 | 0.02 |
| 4/29/2013 | 61.61 | 61.59 | 61.60 | 0.01 | 0.02 |
| 4/30/2013 | 61.60 | 61.61 | 61.62 | 0.01 | 0.02 |
| 5/1/2013 | 61.92 | 61.93 | 61.95 | 0.02 | 0.03 |
| 5/2/2013 | 62.89 | 62.88 | 62.89 | 0.01 | 0.02 |
| 5/3/2013 | 63.77 | 63.76 | 63.77 | 0.01 | 0.02 |
| 5/6/2013 | 63.86 | 63.85 | 63.86 | 0.01 | 0.02 |
| 5/7/2013 | 63.97 | 63.95 | 63.96 | 0.01 | 0.02 |
| 5/8/2013 | 64.12 | 64.12 | 64.13 | 0.01 | 0.02 |
| 5/9/2013 | 64.11 | 64.10 | 64.11 | 0.01 | 0.02 |
| 5/10/2013 | 64.64 | 64.63 | 64.64 | 0.01 | 0.02 |

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date (1) | Closing Price (2) | Bid (3) | Ask (4) | Bid-Ask Spread (5) (4) - (3) | Spread as a Percent of Closing Price (6) (5) / (2) |
|---|---|---|---|---|---|
| 5/13/2013 | $ 64.82 | $ 64.78 | $ 64.79 | $ 0.01 | 0.02 % |
| 5/14/2013 | 65.32 | 65.31 | 65.32 | 0.01 | 0.02 |
| 5/15/2013 | 65.54 | 65.53 | 65.54 | 0.01 | 0.02 |
| 5/16/2013 | 65.64 | 65.63 | 65.63 | 0.00 | 0.00 |
| 5/17/2013 | 66.61 | 66.61 | 66.62 | 0.01 | 0.02 |
| 5/20/2013 | 66.10 | 66.11 | 66.12 | 0.01 | 0.02 |
| 5/21/2013 | 65.76 | 65.75 | 65.76 | 0.01 | 0.02 |
| 5/22/2013 | 65.23 | 65.23 | 65.24 | 0.01 | 0.02 |
| 5/23/2013 | 63.91 | 63.90 | 63.91 | 0.01 | 0.02 |
| 5/24/2013 | 64.26 | 64.25 | 64.26 | 0.01 | 0.02 |
| 5/28/2013 | 64.07 | 64.07 | 64.08 | 0.01 | 0.02 |
| 5/29/2013 | 64.11 | 64.11 | 64.12 | 0.01 | 0.02 |
| 5/30/2013 | 64.18 | 64.18 | 64.19 | 0.01 | 0.02 |
| 5/31/2013 | 63.48 | 63.48 | 63.49 | 0.01 | 0.02 |
| 6/3/2013 | 63.23 | 63.22 | 63.23 | 0.01 | 0.02 |
| 6/4/2013 | 63.71 | 63.71 | 63.72 | 0.01 | 0.02 |
| 6/5/2013 | 63.15 | 63.15 | 63.16 | 0.01 | 0.02 |
| 6/6/2013 | 62.97 | 62.95 | 62.96 | 0.01 | 0.02 |
| 6/7/2013 | 62.10 | 62.09 | 62.10 | 0.01 | 0.02 |
| 6/10/2013 | 62.03 | 62.02 | 62.03 | 0.01 | 0.02 |
| 6/11/2013 | 61.66 | 61.67 | 61.68 | 0.01 | 0.02 |
| 6/12/2013 | 61.11 | 61.10 | 61.11 | 0.01 | 0.02 |
| 6/13/2013 | 61.96 | 61.96 | 61.97 | 0.01 | 0.02 |
| 6/14/2013 | 61.38 | 61.39 | 61.40 | 0.01 | 0.02 |
| 6/17/2013 | 62.07 | 62.07 | 62.08 | 0.01 | 0.02 |
| 6/18/2013 | 62.38 | 62.38 | 62.39 | 0.01 | 0.02 |
| 6/19/2013 | 61.91 | 61.90 | 61.91 | 0.01 | 0.02 |
| 6/20/2013 | 60.92 | 60.88 | 60.89 | 0.01 | 0.02 |
| 6/21/2013 | 60.67 | 60.67 | 60.68 | 0.01 | 0.02 |
| 6/24/2013 | 59.89 | 59.88 | 59.89 | 0.01 | 0.02 |
| 6/25/2013 | 61.81 | 61.77 | 61.79 | 0.02 | 0.03 |
| 6/26/2013 | 61.27 | 61.26 | 61.27 | 0.01 | 0.02 |
| 6/27/2013 | 61.08 | 61.06 | 61.07 | 0.01 | 0.02 |
| 6/28/2013 | 61.09 | 61.08 | 61.09 | 0.01 | 0.02 |
| 7/1/2013 | 60.96 | 60.96 | 60.97 | 0.01 | 0.02 |
| 7/2/2013 | 60.92 | 60.91 | 60.90 | (0.01) | (0.02) |
| 7/3/2013 | 60.91 | 60.89 | 60.91 | 0.02 | 0.03 |
| 7/5/2013 | 60.95 | 60.95 | 60.96 | 0.01 | 0.02 |
| 7/8/2013 | 59.99 | 60.00 | 60.01 | 0.01 | 0.02 |
| 7/9/2013 | 59.39 | 59.39 | 59.40 | 0.01 | 0.02 |

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) (4) - (3) | (6) (5) / (2) |
| 7/10/2013 | $ 60.44 | $ 60.43 | $ 60.44 | $ 0.01 | 0.02 % |
| 7/11/2013 | 61.30 | 61.29 | 61.30 | 0.01 | 0.02 |
| 7/12/2013 | 62.02 | 62.00 | 62.01 | 0.01 | 0.02 |
| 7/15/2013 | 61.28 | 61.27 | 61.28 | 0.01 | 0.02 |
| 7/16/2013 | 61.85 | 61.85 | 61.86 | 0.01 | 0.02 |
| 7/17/2013 | 62.65 | 62.63 | 62.64 | 0.01 | 0.02 |
| 7/18/2013 | 61.12 | 61.11 | 61.12 | 0.01 | 0.02 |
| 7/19/2013 | 61.46 | 61.47 | 61.48 | 0.01 | 0.02 |
| 7/22/2013 | 62.21 | 62.20 | 62.21 | 0.01 | 0.02 |
| 7/23/2013 | 62.30 | 62.30 | 62.31 | 0.01 | 0.02 |
| 7/24/2013 | 61.39 | 61.36 | 61.37 | 0.01 | 0.02 |
| 7/25/2013 | 63.42 | 63.42 | 63.43 | 0.01 | 0.02 |
| 7/26/2013 | 64.61 | 64.61 | 64.62 | 0.01 | 0.02 |
| 7/29/2013 | 64.24 | 64.24 | 64.25 | 0.01 | 0.02 |
| 7/30/2013 | 64.51 | 64.51 | 64.52 | 0.01 | 0.02 |
| 7/31/2013 | 64.56 | 64.55 | 64.56 | 0.01 | 0.02 |
| 8/1/2013 | 65.27 | 65.27 | 65.28 | 0.01 | 0.02 |
| 8/2/2013 | 66.75 | 66.74 | 66.75 | 0.01 | 0.01 |
| 8/5/2013 | 66.25 | 66.25 | 66.26 | 0.01 | 0.02 |
| 8/6/2013 | 65.59 | 65.58 | 65.59 | 0.01 | 0.02 |
| 8/7/2013 | 65.21 | 65.20 | 65.21 | 0.01 | 0.02 |
| 8/8/2013 | 66.35 | 66.34 | 66.35 | 0.01 | 0.02 |
| 8/9/2013 | 66.27 | 66.26 | 66.27 | 0.01 | 0.02 |
| 8/12/2013 | 66.46 | 66.47 | 66.48 | 0.01 | 0.02 |
| 8/13/2013 | 67.25 | 67.25 | 67.26 | 0.01 | 0.01 |
| 8/14/2013 | 66.96 | 66.95 | 66.96 | 0.01 | 0.01 |
| 8/15/2013 | 66.95 | 66.92 | 66.93 | 0.01 | 0.01 |
| 8/16/2013 | 66.90 | 66.91 | 66.92 | 0.01 | 0.01 |
| 8/19/2013 | 66.33 | 66.33 | 66.34 | 0.01 | 0.02 |
| 8/20/2013 | 66.71 | 66.71 | 66.72 | 0.01 | 0.01 |
| 8/21/2013 | 66.57 | 66.58 | 66.59 | 0.01 | 0.02 |
| 8/22/2013 | 67.13 | 67.12 | 67.05 | (0.07) | (0.10) |
| 8/23/2013 | 67.15 | 67.14 | 67.15 | 0.01 | 0.01 |
| 8/26/2013 | 66.95 | 66.93 | 66.94 | 0.01 | 0.01 |
| 8/27/2013 | 66.02 | 66.02 | 66.03 | 0.01 | 0.02 |
| 8/28/2013 | 66.56 | 66.56 | 66.57 | 0.01 | 0.02 |
| 8/29/2013 | 66.71 | 66.71 | 66.72 | 0.01 | 0.01 |
| 8/30/2013 | 66.28 | 66.27 | 66.28 | 0.01 | 0.02 |
| 9/3/2013 | 66.75 | 66.74 | 66.75 | 0.01 | 0.01 |
| 9/4/2013 | 67.28 | 67.28 | 67.29 | 0.01 | 0.01 |

# Exhibit 9
# Qualcomm Incorporated
# Daily Bid-Ask Spread for Qualcomm Common Stock
# February 1, 2012 to January 19, 2017[1]

| Date<br>(1) | Closing Price<br>(2) | Bid<br>(3) | Ask<br>(4) | Bid-Ask Spread<br>(5)<br>(4) - (3) | Spread as a Percent of Closing Price<br>(6)<br>(5) / (2) |
|---|---|---|---|---|---|
| 9/5/2013 | $ 67.83 | $ 67.83 | $ 67.84 | $ 0.01 | 0.01 % |
| 9/6/2013 | 68.02 | 68.03 | 68.04 | 0.01 | 0.01 |
| 9/9/2013 | 69.30 | 69.26 | 69.27 | 0.01 | 0.01 |
| 9/10/2013 | 70.09 | 70.09 | 70.10 | 0.01 | 0.01 |
| 9/11/2013 | 68.09 | 68.07 | 68.08 | 0.01 | 0.01 |
| 9/12/2013 | 68.81 | 68.83 | 68.84 | 0.01 | 0.01 |
| 9/13/2013 | 68.58 | 68.57 | 68.58 | 0.01 | 0.01 |
| 9/16/2013 | 68.09 | 68.08 | 68.09 | 0.01 | 0.01 |
| 9/17/2013 | 69.42 | 69.43 | 69.44 | 0.01 | 0.01 |
| 9/18/2013 | 69.64 | 69.62 | 69.63 | 0.01 | 0.01 |
| 9/19/2013 | 69.46 | 69.45 | 69.46 | 0.01 | 0.01 |
| 9/20/2013 | 69.06 | 69.06 | 69.07 | 0.01 | 0.01 |
| 9/23/2013 | 68.98 | 68.98 | 68.99 | 0.01 | 0.01 |
| 9/24/2013 | 68.51 | 68.51 | 68.52 | 0.01 | 0.01 |
| 9/25/2013 | 68.75 | 68.75 | 68.76 | 0.01 | 0.01 |
| 9/26/2013 | 68.87 | 68.87 | 68.88 | 0.01 | 0.01 |
| 9/27/2013 | 67.38 | 67.36 | 67.37 | 0.01 | 0.01 |
| 9/30/2013 | 67.32 | 67.34 | 67.35 | 0.01 | 0.01 |
| 10/1/2013 | 67.49 | 67.53 | 67.55 | 0.02 | 0.03 |
| 10/2/2013 | 67.68 | 67.67 | 67.68 | 0.01 | 0.01 |
| 10/3/2013 | 67.11 | 67.10 | 67.11 | 0.01 | 0.01 |
| 10/4/2013 | 68.02 | 68.01 | 68.02 | 0.01 | 0.01 |
| 10/7/2013 | 67.19 | 67.19 | 67.20 | 0.01 | 0.01 |
| 10/8/2013 | 66.35 | 66.34 | 66.35 | 0.01 | 0.02 |
| 10/9/2013 | 65.71 | 65.72 | 65.73 | 0.01 | 0.02 |
| 10/10/2013 | 66.84 | 66.82 | 66.84 | 0.02 | 0.03 |
| 10/11/2013 | 67.55 | 67.54 | 67.55 | 0.01 | 0.01 |
| 10/14/2013 | 67.75 | 67.75 | 67.77 | 0.02 | 0.03 |
| 10/15/2013 | 68.17 | 68.16 | 68.19 | 0.03 | 0.04 |
| 10/16/2013 | 68.87 | 68.87 | 68.88 | 0.01 | 0.01 |
| 10/17/2013 | 68.70 | 68.67 | 68.68 | 0.01 | 0.01 |
| 10/18/2013 | 68.40 | 68.44 | 68.45 | 0.01 | 0.01 |
| 10/21/2013 | 68.77 | 68.76 | 68.77 | 0.01 | 0.01 |
| 10/22/2013 | 68.92 | 68.91 | 68.92 | 0.01 | 0.01 |
| 10/23/2013 | 67.04 | 67.04 | 67.05 | 0.01 | 0.01 |
| 10/24/2013 | 66.94 | 66.94 | 66.95 | 0.01 | 0.01 |
| 10/25/2013 | 68.27 | 68.26 | 68.27 | 0.01 | 0.01 |
| 10/28/2013 | 68.54 | 68.54 | 68.55 | 0.01 | 0.01 |
| 10/29/2013 | 68.93 | 68.92 | 68.93 | 0.01 | 0.01 |
| 10/30/2013 | 69.04 | 69.04 | 69.05 | 0.01 | 0.01 |

# Exhibit 9
# Qualcomm Incorporated
# Daily Bid-Ask Spread for Qualcomm Common Stock
# February 1, 2012 to January 19, 2017[1]

| Date (1) | Closing Price (2) | Bid (3) | Ask (4) | Bid-Ask Spread (5) (4) - (3) | Spread as a Percent of Closing Price (6) (5) / (2) |
|---|---|---|---|---|---|
| 10/31/2013 | $ 69.49 | $ 69.47 | $ 69.48 | $ 0.01 | 0.01 % |
| 11/1/2013 | 69.90 | 69.88 | 69.89 | 0.01 | 0.01 |
| 11/4/2013 | 69.57 | 69.57 | 69.58 | 0.01 | 0.01 |
| 11/5/2013 | 69.01 | 69.00 | 69.01 | 0.01 | 0.01 |
| 11/6/2013 | 69.74 | 69.74 | 69.75 | 0.01 | 0.01 |
| 11/7/2013 | 67.09 | 67.13 | 67.15 | 0.02 | 0.03 |
| 11/8/2013 | 67.45 | 67.44 | 67.45 | 0.01 | 0.01 |
| 11/11/2013 | 67.62 | 67.63 | 67.64 | 0.01 | 0.01 |
| 11/12/2013 | 68.51 | 68.51 | 68.52 | 0.01 | 0.01 |
| 11/13/2013 | 70.03 | 70.01 | 70.02 | 0.01 | 0.01 |
| 11/14/2013 | 71.22 | 71.19 | 71.20 | 0.01 | 0.01 |
| 11/15/2013 | 72.17 | 72.14 | 72.15 | 0.01 | 0.01 |
| 11/18/2013 | 71.94 | 71.94 | 71.95 | 0.01 | 0.01 |
| 11/19/2013 | 71.84 | 71.83 | 71.84 | 0.01 | 0.01 |
| 11/20/2013 | 71.03 | 71.02 | 71.03 | 0.01 | 0.01 |
| 11/21/2013 | 71.71 | 71.68 | 71.69 | 0.01 | 0.01 |
| 11/22/2013 | 72.96 | 72.95 | 72.96 | 0.01 | 0.01 |
| 11/25/2013 | 72.49 | 72.48 | 72.49 | 0.01 | 0.01 |
| 11/26/2013 | 73.65 | 73.62 | 73.63 | 0.01 | 0.01 |
| 11/27/2013 | 73.56 | 73.56 | 73.57 | 0.01 | 0.01 |
| 11/29/2013 | 73.58 | 73.57 | 73.58 | 0.01 | 0.01 |
| 12/2/2013 | 73.44 | 73.44 | 73.45 | 0.01 | 0.01 |
| 12/3/2013 | 73.31 | 73.31 | 73.32 | 0.01 | 0.01 |
| 12/4/2013 | 73.18 | 73.18 | 73.19 | 0.01 | 0.01 |
| 12/5/2013 | 73.23 | 73.23 | 73.24 | 0.01 | 0.01 |
| 12/6/2013 | 73.76 | 73.76 | 73.77 | 0.01 | 0.01 |
| 12/9/2013 | 73.37 | 73.37 | 73.38 | 0.01 | 0.01 |
| 12/10/2013 | 73.38 | 73.38 | 73.39 | 0.01 | 0.01 |
| 12/11/2013 | 73.01 | 73.00 | 73.01 | 0.01 | 0.01 |
| 12/12/2013 | 72.73 | 72.73 | 72.74 | 0.01 | 0.01 |
| 12/13/2013 | 72.58 | 72.57 | 72.58 | 0.01 | 0.01 |
| 12/16/2013 | 72.79 | 72.76 | 72.78 | 0.02 | 0.03 |
| 12/17/2013 | 72.92 | 72.91 | 72.92 | 0.01 | 0.01 |
| 12/18/2013 | 73.18 | 73.17 | 73.18 | 0.01 | 0.01 |
| 12/19/2013 | 72.43 | 72.42 | 72.43 | 0.01 | 0.01 |
| 12/20/2013 | 72.91 | 72.85 | 72.86 | 0.01 | 0.01 |
| 12/23/2013 | 72.84 | 72.85 | 72.86 | 0.01 | 0.01 |
| 12/24/2013 | 73.04 | 73.04 | 73.05 | 0.01 | 0.01 |
| 12/26/2013 | 73.48 | 73.48 | 73.49 | 0.01 | 0.01 |
| 12/27/2013 | 73.80 | 73.80 | 73.81 | 0.01 | 0.01 |

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date<br>(1) | Closing Price<br>(2) | Bid<br>(3) | Ask<br>(4) | Bid-Ask Spread<br>(5)<br>(4) - (3) | Spread as a Percent of Closing Price<br>(6)<br>(5) / (2) |
|---|---|---|---|---|---|
| 12/30/2013 | $ 73.57 | $ 73.56 | $ 73.57 | $ 0.01 | 0.01 % |
| 12/31/2013 | 74.25 | 74.24 | 74.25 | 0.01 | 0.01 |
| 1/2/2014 | 73.32 | 73.31 | 73.32 | 0.01 | 0.01 |
| 1/3/2014 | 72.89 | 72.89 | 72.90 | 0.01 | 0.01 |
| 1/6/2014 | 72.70 | 72.68 | 72.70 | 0.02 | 0.03 |
| 1/7/2014 | 73.24 | 73.19 | 73.20 | 0.01 | 0.01 |
| 1/8/2014 | 73.68 | 73.66 | 73.67 | 0.01 | 0.01 |
| 1/9/2014 | 73.91 | 73.91 | 73.92 | 0.01 | 0.01 |
| 1/10/2014 | 73.87 | 73.87 | 73.88 | 0.01 | 0.01 |
| 1/13/2014 | 73.22 | 73.21 | 73.22 | 0.01 | 0.01 |
| 1/14/2014 | 73.39 | 73.38 | 73.39 | 0.01 | 0.01 |
| 1/15/2014 | 74.51 | 74.50 | 74.52 | 0.02 | 0.03 |
| 1/16/2014 | 74.72 | 74.72 | 74.74 | 0.02 | 0.03 |
| 1/17/2014 | 74.73 | 74.70 | 74.71 | 0.01 | 0.01 |
| 1/21/2014 | 75.46 | 75.45 | 75.46 | 0.01 | 0.01 |
| 1/22/2014 | 75.78 | 75.78 | 75.79 | 0.01 | 0.01 |
| 1/23/2014 | 75.87 | 75.86 | 75.87 | 0.01 | 0.01 |
| 1/24/2014 | 74.08 | 74.08 | 74.10 | 0.02 | 0.03 |
| 1/27/2014 | 73.20 | 73.19 | 73.21 | 0.02 | 0.03 |
| 1/28/2014 | 71.99 | 71.98 | 71.99 | 0.01 | 0.01 |
| 1/29/2014 | 71.12 | 71.11 | 71.12 | 0.01 | 0.01 |
| 1/30/2014 | 73.26 | 73.30 | 73.31 | 0.01 | 0.01 |
| 1/31/2014 | 74.22 | 74.20 | 74.22 | 0.02 | 0.03 |
| 2/3/2014 | 73.32 | 73.32 | 73.33 | 0.01 | 0.01 |
| 2/4/2014 | 72.51 | 72.50 | 72.52 | 0.02 | 0.03 |
| 2/5/2014 | 72.37 | 72.37 | 72.40 | 0.03 | 0.04 |
| 2/6/2014 | 73.24 | 73.24 | 73.25 | 0.01 | 0.01 |
| 2/7/2014 | 74.41 | 74.40 | 74.41 | 0.01 | 0.01 |
| 2/10/2014 | 74.69 | 74.68 | 74.69 | 0.01 | 0.01 |
| 2/11/2014 | 75.62 | 75.60 | 75.61 | 0.01 | 0.01 |
| 2/12/2014 | 76.42 | 76.42 | 76.43 | 0.01 | 0.01 |
| 2/13/2014 | 76.44 | 76.41 | 76.42 | 0.01 | 0.01 |
| 2/14/2014 | 76.28 | 76.26 | 76.28 | 0.02 | 0.03 |
| 2/18/2014 | 75.60 | 75.59 | 75.60 | 0.01 | 0.01 |
| 2/19/2014 | 75.77 | 75.76 | 75.78 | 0.02 | 0.03 |
| 2/20/2014 | 75.95 | 75.94 | 75.95 | 0.01 | 0.01 |
| 2/21/2014 | 75.61 | 75.61 | 75.63 | 0.02 | 0.03 |
| 2/24/2014 | 75.43 | 75.41 | 75.42 | 0.01 | 0.01 |
| 2/25/2014 | 74.91 | 74.90 | 74.91 | 0.01 | 0.01 |
| 2/26/2014 | 75.05 | 75.05 | 75.06 | 0.01 | 0.01 |

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date (1) | Closing Price (2) | Bid (3) | Ask (4) | Bid-Ask Spread (5) (4) - (3) | Spread as a Percent of Closing Price (6) (5) / (2) |
|---|---|---|---|---|---|
| 2/27/2014 | $ 75.19 | $ 75.18 | $ 75.19 | $ 0.01 | 0.01 % |
| 2/28/2014 | 75.29 | 75.27 | 75.28 | 0.01 | 0.01 |
| 3/3/2014 | 73.63 | 73.62 | 73.63 | 0.01 | 0.01 |
| 3/4/2014 | 76.11 | 76.11 | 76.12 | 0.01 | 0.01 |
| 3/5/2014 | 76.67 | 76.67 | 76.68 | 0.01 | 0.01 |
| 3/6/2014 | 77.00 | 77.02 | 77.03 | 0.01 | 0.01 |
| 3/7/2014 | 76.79 | 76.77 | 76.78 | 0.01 | 0.01 |
| 3/10/2014 | 77.07 | 77.06 | 77.07 | 0.01 | 0.01 |
| 3/11/2014 | 76.71 | 76.71 | 76.72 | 0.01 | 0.01 |
| 3/12/2014 | 76.97 | 76.95 | 76.96 | 0.01 | 0.01 |
| 3/13/2014 | 75.63 | 75.63 | 75.64 | 0.01 | 0.01 |
| 3/14/2014 | 74.74 | 74.73 | 74.74 | 0.01 | 0.01 |
| 3/17/2014 | 77.02 | 77.02 | 77.03 | 0.01 | 0.01 |
| 3/18/2014 | 77.45 | 77.44 | 77.45 | 0.01 | 0.01 |
| 3/19/2014 | 76.81 | 76.80 | 76.81 | 0.01 | 0.01 |
| 3/20/2014 | 78.10 | 78.10 | 78.11 | 0.01 | 0.01 |
| 3/21/2014 | 78.19 | 78.18 | 78.19 | 0.01 | 0.01 |
| 3/24/2014 | 77.74 | 77.74 | 77.75 | 0.01 | 0.01 |
| 3/25/2014 | 78.56 | 78.57 | 78.58 | 0.01 | 0.01 |
| 3/26/2014 | 78.31 | 78.32 | 78.33 | 0.01 | 0.01 |
| 3/27/2014 | 79.05 | 79.05 | 79.06 | 0.01 | 0.01 |
| 3/28/2014 | 79.28 | 79.26 | 79.27 | 0.01 | 0.01 |
| 3/31/2014 | 78.86 | 78.86 | 78.87 | 0.01 | 0.01 |
| 4/1/2014 | 80.10 | 80.07 | 80.09 | 0.02 | 0.02 |
| 4/2/2014 | 80.14 | 80.15 | 80.16 | 0.01 | 0.01 |
| 4/3/2014 | 80.55 | 80.53 | 80.54 | 0.01 | 0.01 |
| 4/4/2014 | 78.53 | 78.53 | 78.54 | 0.01 | 0.01 |
| 4/7/2014 | 78.08 | 78.07 | 78.08 | 0.01 | 0.01 |
| 4/8/2014 | 78.89 | 78.89 | 78.90 | 0.01 | 0.01 |
| 4/9/2014 | 79.93 | 79.92 | 79.93 | 0.01 | 0.01 |
| 4/10/2014 | 78.07 | 78.07 | 78.08 | 0.01 | 0.01 |
| 4/11/2014 | 78.01 | 78.01 | 78.03 | 0.02 | 0.03 |
| 4/14/2014 | 79.14 | 79.13 | 79.14 | 0.01 | 0.01 |
| 4/15/2014 | 79.49 | 79.48 | 79.49 | 0.01 | 0.01 |
| 4/16/2014 | 80.18 | 80.17 | 80.18 | 0.01 | 0.01 |
| 4/17/2014 | 81.32 | 81.30 | 81.32 | 0.02 | 0.02 |
| 4/21/2014 | 80.93 | 80.92 | 80.93 | 0.01 | 0.01 |
| 4/22/2014 | 80.61 | 80.60 | 80.61 | 0.01 | 0.01 |
| 4/23/2014 | 80.71 | 80.70 | 80.71 | 0.01 | 0.01 |
| 4/24/2014 | 77.87 | 77.86 | 77.87 | 0.01 | 0.01 |

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date<br>(1) | Closing Price<br>(2) | Bid<br>(3) | Ask<br>(4) | Bid-Ask Spread<br>(5)<br>(4) - (3) | Spread as a Percent of Closing Price<br>(6)<br>(5) / (2) |
|---|---|---|---|---|---|
| 4/25/2014 | $ 77.61 | $ 77.61 | $ 77.63 | $ 0.02 | 0.03 % |
| 4/28/2014 | 78.05 | 78.04 | 78.05 | 0.01 | 0.01 |
| 4/29/2014 | 78.52 | 78.52 | 78.53 | 0.01 | 0.01 |
| 4/30/2014 | 78.71 | 78.69 | 78.71 | 0.02 | 0.03 |
| 5/1/2014 | 78.99 | 78.98 | 78.99 | 0.01 | 0.01 |
| 5/2/2014 | 78.99 | 78.98 | 78.99 | 0.01 | 0.01 |
| 5/5/2014 | 79.56 | 79.55 | 79.56 | 0.01 | 0.01 |
| 5/6/2014 | 79.31 | 79.30 | 79.31 | 0.01 | 0.01 |
| 5/7/2014 | 79.33 | 79.31 | 79.32 | 0.01 | 0.01 |
| 5/8/2014 | 79.50 | 79.49 | 79.50 | 0.01 | 0.01 |
| 5/9/2014 | 79.50 | 79.49 | 79.50 | 0.01 | 0.01 |
| 5/12/2014 | 79.97 | 79.96 | 79.97 | 0.01 | 0.01 |
| 5/13/2014 | 80.37 | 80.36 | 80.37 | 0.01 | 0.01 |
| 5/14/2014 | 80.41 | 80.40 | 80.41 | 0.01 | 0.01 |
| 5/15/2014 | 79.78 | 79.78 | 79.79 | 0.01 | 0.01 |
| 5/16/2014 | 79.42 | 79.42 | 79.43 | 0.01 | 0.01 |
| 5/19/2014 | 79.81 | 79.81 | 79.82 | 0.01 | 0.01 |
| 5/20/2014 | 79.86 | 79.85 | 79.86 | 0.01 | 0.01 |
| 5/21/2014 | 79.67 | 79.66 | 79.67 | 0.01 | 0.01 |
| 5/22/2014 | 79.56 | 79.56 | 79.57 | 0.01 | 0.01 |
| 5/23/2014 | 79.88 | 79.87 | 79.88 | 0.01 | 0.01 |
| 5/27/2014 | 80.46 | 80.45 | 80.46 | 0.01 | 0.01 |
| 5/28/2014 | 80.22 | 80.21 | 80.22 | 0.01 | 0.01 |
| 5/29/2014 | 80.19 | 80.18 | 80.19 | 0.01 | 0.01 |
| 5/30/2014 | 80.45 | 80.44 | 80.45 | 0.01 | 0.01 |
| 6/2/2014 | 80.48 | 80.47 | 80.48 | 0.01 | 0.01 |
| 6/3/2014 | 80.40 | 80.39 | 80.40 | 0.01 | 0.01 |
| 6/4/2014 | 79.92 | 79.91 | 79.92 | 0.01 | 0.01 |
| 6/5/2014 | 79.66 | 79.65 | 79.66 | 0.01 | 0.01 |
| 6/6/2014 | 80.38 | 80.38 | 80.39 | 0.01 | 0.01 |
| 6/9/2014 | 79.95 | 79.94 | 79.95 | 0.01 | 0.01 |
| 6/10/2014 | 79.18 | 79.16 | 79.17 | 0.01 | 0.01 |
| 6/11/2014 | 79.21 | 79.20 | 79.21 | 0.01 | 0.01 |
| 6/12/2014 | 79.34 | 79.33 | 79.34 | 0.01 | 0.01 |
| 6/13/2014 | 79.11 | 79.10 | 79.11 | 0.01 | 0.01 |
| 6/16/2014 | 78.65 | 78.65 | 78.66 | 0.01 | 0.01 |
| 6/17/2014 | 79.16 | 79.16 | 79.17 | 0.01 | 0.01 |
| 6/18/2014 | 79.19 | 79.18 | 79.19 | 0.01 | 0.01 |
| 6/19/2014 | 79.75 | 79.73 | 79.74 | 0.01 | 0.01 |
| 6/20/2014 | 79.86 | 79.83 | 79.84 | 0.01 | 0.01 |

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 6/23/2014 | $ 79.43 | $ 79.42 | $ 79.43 | $ 0.01 | 0.01 % |
| 6/24/2014 | 78.78 | 78.78 | 78.79 | 0.01 | 0.01 |
| 6/25/2014 | 78.05 | 78.04 | 78.05 | 0.01 | 0.01 |
| 6/26/2014 | 78.77 | 78.78 | 78.79 | 0.01 | 0.01 |
| 6/27/2014 | 78.99 | 78.98 | 78.99 | 0.01 | 0.01 |
| 6/30/2014 | 79.20 | 79.19 | 79.20 | 0.01 | 0.01 |
| 7/1/2014 | 79.73 | 79.70 | 79.71 | 0.01 | 0.01 |
| 7/2/2014 | 80.17 | 80.16 | 80.17 | 0.01 | 0.01 |
| 7/3/2014 | 80.99 | 80.99 | 81.01 | 0.02 | 0.02 |
| 7/7/2014 | 80.82 | 80.81 | 80.83 | 0.02 | 0.02 |
| 7/8/2014 | 80.65 | 80.66 | 80.67 | 0.01 | 0.01 |
| 7/9/2014 | 80.77 | 80.75 | 80.76 | 0.01 | 0.01 |
| 7/10/2014 | 80.43 | 80.43 | 80.44 | 0.01 | 0.01 |
| 7/11/2014 | 79.60 | 79.59 | 79.60 | 0.01 | 0.01 |
| 7/14/2014 | 79.52 | 79.51 | 79.52 | 0.01 | 0.01 |
| 7/15/2014 | 79.44 | 79.43 | 79.44 | 0.01 | 0.01 |
| 7/16/2014 | 79.62 | 79.61 | 79.62 | 0.01 | 0.01 |
| 7/17/2014 | 78.11 | 78.10 | 78.11 | 0.01 | 0.01 |
| 7/18/2014 | 79.39 | 79.39 | 79.40 | 0.01 | 0.01 |
| 7/21/2014 | 79.67 | 79.67 | 79.68 | 0.01 | 0.01 |
| 7/22/2014 | 81.53 | 81.52 | 81.53 | 0.01 | 0.01 |
| 7/23/2014 | 81.60 | 81.60 | 81.61 | 0.01 | 0.01 |
| 7/24/2014 | 76.17 | 76.16 | 76.18 | 0.02 | 0.03 |
| 7/25/2014 | 76.10 | 76.09 | 76.10 | 0.01 | 0.01 |
| 7/28/2014 | 75.83 | 75.82 | 75.83 | 0.01 | 0.01 |
| 7/29/2014 | 75.31 | 75.31 | 75.32 | 0.01 | 0.01 |
| 7/30/2014 | 76.04 | 76.03 | 76.04 | 0.01 | 0.01 |
| 7/31/2014 | 73.72 | 73.71 | 73.72 | 0.01 | 0.01 |
| 8/1/2014 | 72.55 | 72.54 | 72.55 | 0.01 | 0.01 |
| 8/4/2014 | 73.26 | 73.25 | 73.26 | 0.01 | 0.01 |
| 8/5/2014 | 72.75 | 72.75 | 72.76 | 0.01 | 0.01 |
| 8/6/2014 | 72.89 | 72.87 | 72.89 | 0.02 | 0.03 |
| 8/7/2014 | 72.49 | 72.48 | 72.49 | 0.01 | 0.01 |
| 8/8/2014 | 73.88 | 73.88 | 73.89 | 0.01 | 0.01 |
| 8/11/2014 | 74.73 | 74.73 | 74.74 | 0.01 | 0.01 |
| 8/12/2014 | 74.14 | 74.14 | 74.15 | 0.01 | 0.01 |
| 8/13/2014 | 74.50 | 74.49 | 74.50 | 0.01 | 0.01 |
| 8/14/2014 | 74.76 | 74.75 | 74.76 | 0.01 | 0.01 |
| 8/15/2014 | 74.41 | 74.41 | 74.42 | 0.01 | 0.01 |
| 8/18/2014 | 75.03 | 75.02 | 75.03 | 0.01 | 0.01 |

# Exhibit 9
# Qualcomm Incorporated
# Daily Bid-Ask Spread for Qualcomm Common Stock
# February 1, 2012 to January 19, 2017[1]

| Date (1) | Closing Price (2) | Bid (3) | Ask (4) | Bid-Ask Spread (5) (4) - (3) | Spread as a Percent of Closing Price (6) (5) / (2) |
|---|---|---|---|---|---|
| 8/19/2014 | $ 75.13 | $ 75.12 | $ 75.13 | $ 0.01 | 0.01 % |
| 8/20/2014 | 76.44 | 76.43 | 76.44 | 0.01 | 0.01 |
| 8/21/2014 | 76.77 | 76.77 | 76.78 | 0.01 | 0.01 |
| 8/22/2014 | 76.82 | 76.82 | 76.83 | 0.01 | 0.01 |
| 8/25/2014 | 76.59 | 76.59 | 76.60 | 0.01 | 0.01 |
| 8/26/2014 | 77.01 | 77.01 | 77.02 | 0.01 | 0.01 |
| 8/27/2014 | 76.97 | 76.96 | 76.97 | 0.01 | 0.01 |
| 8/28/2014 | 76.34 | 76.35 | 76.36 | 0.01 | 0.01 |
| 8/29/2014 | 76.10 | 76.09 | 76.10 | 0.01 | 0.01 |
| 9/2/2014 | 75.06 | 75.04 | 75.05 | 0.01 | 0.01 |
| 9/3/2014 | 74.89 | 74.88 | 74.89 | 0.01 | 0.01 |
| 9/4/2014 | 75.11 | 75.10 | 75.11 | 0.01 | 0.01 |
| 9/5/2014 | 75.81 | 75.80 | 75.81 | 0.01 | 0.01 |
| 9/8/2014 | 75.90 | 75.89 | 75.90 | 0.01 | 0.01 |
| 9/9/2014 | 75.84 | 75.83 | 75.84 | 0.01 | 0.01 |
| 9/10/2014 | 75.93 | 75.91 | 75.93 | 0.02 | 0.03 |
| 9/11/2014 | 76.11 | 76.10 | 76.12 | 0.02 | 0.03 |
| 9/12/2014 | 75.33 | 75.33 | 75.34 | 0.01 | 0.01 |
| 9/15/2014 | 75.08 | 75.07 | 75.08 | 0.01 | 0.01 |
| 9/16/2014 | 75.71 | 75.70 | 75.71 | 0.01 | 0.01 |
| 9/17/2014 | 75.83 | 75.82 | 75.83 | 0.01 | 0.01 |
| 9/18/2014 | 76.44 | 76.43 | 76.44 | 0.01 | 0.01 |
| 9/19/2014 | 75.53 | 75.52 | 75.53 | 0.01 | 0.01 |
| 9/22/2014 | 76.29 | 76.29 | 76.30 | 0.01 | 0.01 |
| 9/23/2014 | 75.83 | 75.82 | 75.83 | 0.01 | 0.01 |
| 9/24/2014 | 76.24 | 76.22 | 76.24 | 0.02 | 0.03 |
| 9/25/2014 | 74.81 | 74.81 | 74.82 | 0.01 | 0.01 |
| 9/26/2014 | 75.06 | 75.05 | 75.06 | 0.01 | 0.01 |
| 9/29/2014 | 74.82 | 74.81 | 74.82 | 0.01 | 0.01 |
| 9/30/2014 | 74.77 | 74.77 | 74.78 | 0.01 | 0.01 |
| 10/1/2014 | 73.88 | 73.87 | 73.88 | 0.01 | 0.01 |
| 10/2/2014 | 73.66 | 73.65 | 73.66 | 0.01 | 0.01 |
| 10/3/2014 | 74.86 | 74.86 | 74.87 | 0.01 | 0.01 |
| 10/6/2014 | 74.73 | 74.72 | 74.73 | 0.01 | 0.01 |
| 10/7/2014 | 73.51 | 73.50 | 73.51 | 0.01 | 0.01 |
| 10/8/2014 | 75.19 | 75.16 | 75.17 | 0.01 | 0.01 |
| 10/9/2014 | 74.08 | 74.09 | 74.10 | 0.01 | 0.01 |
| 10/10/2014 | 71.22 | 71.22 | 71.23 | 0.01 | 0.01 |
| 10/13/2014 | 70.71 | 70.71 | 70.73 | 0.02 | 0.03 |
| 10/14/2014 | 71.86 | 71.86 | 71.87 | 0.01 | 0.01 |

# Exhibit 9
## Qualcomm Incorporated
## Daily Bid-Ask Spread for Qualcomm Common Stock
## February 1, 2012 to January 19, 2017[1]

| Date<br>(1) | Closing Price<br>(2) | Bid<br>(3) | Ask<br>(4) | Bid-Ask Spread<br>(5)<br>(4) - (3) | Spread as a Percent of Closing Price<br>(6)<br>(5) / (2) |
|---|---|---|---|---|---|
| 10/15/2014 | $ 71.20 | $ 71.19 | $ 71.20 | $ 0.01 | 0.01 % |
| 10/16/2014 | 71.14 | 71.13 | 71.14 | 0.01 | 0.01 |
| 10/17/2014 | 72.43 | 72.43 | 72.44 | 0.01 | 0.01 |
| 10/20/2014 | 73.27 | 73.27 | 73.28 | 0.01 | 0.01 |
| 10/21/2014 | 75.00 | 74.99 | 75.00 | 0.01 | 0.01 |
| 10/22/2014 | 74.30 | 74.30 | 74.31 | 0.01 | 0.01 |
| 10/23/2014 | 75.14 | 75.12 | 75.13 | 0.01 | 0.01 |
| 10/24/2014 | 76.00 | 75.99 | 76.00 | 0.01 | 0.01 |
| 10/27/2014 | 75.84 | 75.83 | 75.84 | 0.01 | 0.01 |
| 10/28/2014 | 76.57 | 76.56 | 76.57 | 0.01 | 0.01 |
| 10/29/2014 | 76.89 | 76.89 | 76.90 | 0.01 | 0.01 |
| 10/30/2014 | 77.37 | 77.37 | 77.38 | 0.01 | 0.01 |
| 10/31/2014 | 78.51 | 78.47 | 78.48 | 0.01 | 0.01 |
| 11/3/2014 | 78.24 | 78.23 | 78.25 | 0.02 | 0.03 |
| 11/4/2014 | 77.11 | 77.12 | 77.13 | 0.01 | 0.01 |
| 11/5/2014 | 77.20 | 77.18 | 77.19 | 0.01 | 0.01 |
| 11/6/2014 | 70.58 | 70.57 | 70.58 | 0.01 | 0.01 |
| 11/7/2014 | 69.26 | 69.22 | 69.23 | 0.01 | 0.01 |
| 11/10/2014 | 69.36 | 69.36 | 69.37 | 0.01 | 0.01 |
| 11/11/2014 | 69.64 | 69.64 | 69.65 | 0.01 | 0.01 |
| 11/12/2014 | 70.29 | 70.29 | 70.30 | 0.01 | 0.01 |
| 11/13/2014 | 70.65 | 70.65 | 70.66 | 0.01 | 0.01 |
| 11/14/2014 | 70.85 | 70.84 | 70.85 | 0.01 | 0.01 |
| 11/17/2014 | 70.40 | 70.40 | 70.41 | 0.01 | 0.01 |
| 11/18/2014 | 72.01 | 72.01 | 72.02 | 0.01 | 0.01 |
| 11/19/2014 | 70.47 | 70.45 | 70.47 | 0.02 | 0.03 |
| 11/20/2014 | 70.71 | 70.69 | 70.71 | 0.02 | 0.03 |
| 11/21/2014 | 71.47 | 71.47 | 71.48 | 0.01 | 0.01 |
| 11/24/2014 | 71.70 | 71.69 | 71.70 | 0.01 | 0.01 |
| 11/25/2014 | 72.27 | 72.26 | 72.27 | 0.01 | 0.01 |
| 11/26/2014 | 72.26 | 72.25 | 72.26 | 0.01 | 0.01 |
| 11/28/2014 | 72.90 | 72.90 | 72.91 | 0.01 | 0.01 |
| 12/1/2014 | 71.79 | 71.78 | 71.79 | 0.01 | 0.01 |
| 12/2/2014 | 73.32 | 73.31 | 73.32 | 0.01 | 0.01 |
| 12/3/2014 | 74.37 | 74.37 | 74.38 | 0.01 | 0.01 |
| 12/4/2014 | 73.34 | 73.33 | 73.34 | 0.01 | 0.01 |
| 12/5/2014 | 73.37 | 73.37 | 73.38 | 0.01 | 0.01 |
| 12/8/2014 | 72.61 | 72.61 | 72.62 | 0.01 | 0.01 |
| 12/9/2014 | 73.01 | 73.00 | 73.01 | 0.01 | 0.01 |
| 12/10/2014 | 71.50 | 71.52 | 71.53 | 0.01 | 0.01 |

# Exhibit 9
## Qualcomm Incorporated
## Daily Bid-Ask Spread for Qualcomm Common Stock
## February 1, 2012 to January 19, 2017[1]

| Date<br>(1) | Closing Price<br>(2) | Bid<br>(3) | Ask<br>(4) | Bid-Ask Spread<br>(5)<br>(4) - (3) | Spread as a Percent of Closing Price<br>(6)<br>(5) / (2) |
|---|---|---|---|---|---|
| 12/11/2014 | $ 71.99 | $ 72.00 | $ 72.01 | $ 0.01 | 0.01 % |
| 12/12/2014 | 70.59 | 70.58 | 70.59 | 0.01 | 0.01 |
| 12/15/2014 | 70.37 | 70.36 | 70.38 | 0.02 | 0.03 |
| 12/16/2014 | 70.31 | 70.31 | 70.33 | 0.02 | 0.03 |
| 12/17/2014 | 72.21 | 72.18 | 72.21 | 0.03 | 0.04 |
| 12/18/2014 | 73.36 | 73.34 | 73.35 | 0.01 | 0.01 |
| 12/19/2014 | 73.43 | 73.42 | 73.43 | 0.01 | 0.01 |
| 12/22/2014 | 74.56 | 74.58 | 74.59 | 0.01 | 0.01 |
| 12/23/2014 | 74.60 | 74.60 | 74.61 | 0.01 | 0.01 |
| 12/24/2014 | 74.66 | 74.66 | 74.67 | 0.01 | 0.01 |
| 12/26/2014 | 75.62 | 75.61 | 75.62 | 0.01 | 0.01 |
| 12/29/2014 | 74.99 | 74.98 | 74.99 | 0.01 | 0.01 |
| 12/30/2014 | 75.02 | 75.03 | 75.04 | 0.01 | 0.01 |
| 12/31/2014 | 74.33 | 74.32 | 74.34 | 0.02 | 0.03 |
| 1/2/2015 | 74.28 | 74.26 | 74.27 | 0.01 | 0.01 |
| 1/5/2015 | 73.93 | 73.94 | 73.94 | 0.00 | 0.00 |
| 1/6/2015 | 72.88 | 72.87 | 72.88 | 0.01 | 0.01 |
| 1/7/2015 | 73.73 | 73.72 | 73.73 | 0.01 | 0.01 |
| 1/8/2015 | 74.51 | 74.50 | 74.51 | 0.01 | 0.01 |
| 1/9/2015 | 74.42 | 74.41 | 74.43 | 0.02 | 0.03 |
| 1/12/2015 | 73.57 | 73.57 | 73.58 | 0.01 | 0.01 |
| 1/13/2015 | 72.97 | 72.97 | 72.98 | 0.01 | 0.01 |
| 1/14/2015 | 72.22 | 72.21 | 72.22 | 0.01 | 0.01 |
| 1/15/2015 | 71.38 | 71.38 | 71.39 | 0.01 | 0.01 |
| 1/16/2015 | 71.29 | 71.28 | 71.29 | 0.01 | 0.01 |
| 1/20/2015 | 72.48 | 72.49 | 72.50 | 0.01 | 0.01 |
| 1/21/2015 | 71.59 | 71.58 | 71.59 | 0.01 | 0.01 |
| 1/22/2015 | 71.91 | 71.90 | 71.91 | 0.01 | 0.01 |
| 1/23/2015 | 72.18 | 72.17 | 72.18 | 0.01 | 0.01 |
| 1/26/2015 | 72.61 | 72.60 | 72.61 | 0.01 | 0.01 |
| 1/27/2015 | 71.77 | 71.76 | 71.78 | 0.02 | 0.03 |
| 1/28/2015 | 70.99 | 70.99 | 71.02 | 0.03 | 0.04 |
| 1/29/2015 | 63.69 | 63.68 | 63.70 | 0.02 | 0.03 |
| 1/30/2015 | 62.46 | 62.46 | 62.47 | 0.01 | 0.02 |
| 2/2/2015 | 65.53 | 65.53 | 65.54 | 0.01 | 0.02 |
| 2/3/2015 | 66.96 | 66.95 | 66.96 | 0.01 | 0.01 |
| 2/4/2015 | 66.96 | 66.95 | 66.96 | 0.01 | 0.01 |
| 2/5/2015 | 67.95 | 67.95 | 67.96 | 0.01 | 0.01 |
| 2/6/2015 | 66.35 | 66.34 | 66.35 | 0.01 | 0.02 |
| 2/9/2015 | 67.11 | 67.11 | 67.12 | 0.01 | 0.01 |

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date (1) | Closing Price (2) | Bid (3) | Ask (4) | Bid-Ask Spread (5) (4) - (3) | Spread as a Percent of Closing Price (6) (5) / (2) |
|---|---|---|---|---|---|
| 2/10/2015 | $ 70.26 | $ 70.24 | $ 70.27 | $ 0.03 | 0.04 % |
| 2/11/2015 | 70.21 | 70.17 | 70.18 | 0.01 | 0.01 |
| 2/12/2015 | 70.39 | 70.35 | 70.39 | 0.04 | 0.06 |
| 2/13/2015 | 70.88 | 70.86 | 70.87 | 0.01 | 0.01 |
| 2/17/2015 | 70.80 | 70.79 | 70.80 | 0.01 | 0.01 |
| 2/18/2015 | 70.54 | 70.53 | 70.54 | 0.01 | 0.01 |
| 2/19/2015 | 70.98 | 70.98 | 71.01 | 0.03 | 0.04 |
| 2/20/2015 | 71.52 | 71.53 | 71.54 | 0.01 | 0.01 |
| 2/23/2015 | 70.94 | 70.94 | 70.95 | 0.01 | 0.01 |
| 2/24/2015 | 71.37 | 71.36 | 71.37 | 0.01 | 0.01 |
| 2/25/2015 | 71.68 | 71.66 | 71.67 | 0.01 | 0.01 |
| 2/26/2015 | 72.01 | 72.00 | 72.01 | 0.01 | 0.01 |
| 2/27/2015 | 72.51 | 72.51 | 72.52 | 0.01 | 0.01 |
| 3/2/2015 | 72.66 | 72.65 | 72.66 | 0.01 | 0.01 |
| 3/3/2015 | 71.41 | 71.40 | 71.42 | 0.02 | 0.03 |
| 3/4/2015 | 70.85 | 70.84 | 70.85 | 0.01 | 0.01 |
| 3/5/2015 | 70.93 | 70.91 | 70.93 | 0.02 | 0.03 |
| 3/6/2015 | 71.51 | 71.50 | 71.51 | 0.01 | 0.01 |
| 3/9/2015 | 72.71 | 72.70 | 72.71 | 0.01 | 0.01 |
| 3/10/2015 | 71.89 | 71.87 | 71.90 | 0.03 | 0.04 |
| 3/11/2015 | 70.27 | 70.27 | 70.29 | 0.02 | 0.03 |
| 3/12/2015 | 69.37 | 69.36 | 69.37 | 0.01 | 0.01 |
| 3/13/2015 | 68.64 | 68.65 | 68.66 | 0.01 | 0.01 |
| 3/16/2015 | 70.00 | 69.99 | 70.00 | 0.01 | 0.01 |
| 3/17/2015 | 69.82 | 69.81 | 69.82 | 0.01 | 0.01 |
| 3/18/2015 | 70.23 | 70.22 | 70.23 | 0.01 | 0.01 |
| 3/19/2015 | 69.83 | 69.81 | 69.82 | 0.01 | 0.01 |
| 3/20/2015 | 70.04 | 70.02 | 70.04 | 0.02 | 0.03 |
| 3/23/2015 | 70.07 | 70.06 | 70.07 | 0.01 | 0.01 |
| 3/24/2015 | 68.98 | 68.97 | 68.98 | 0.01 | 0.01 |
| 3/25/2015 | 67.21 | 67.21 | 67.22 | 0.01 | 0.01 |
| 3/26/2015 | 67.16 | 67.15 | 67.16 | 0.01 | 0.01 |
| 3/27/2015 | 67.03 | 67.02 | 67.03 | 0.01 | 0.01 |
| 3/30/2015 | 68.88 | 68.87 | 68.89 | 0.02 | 0.03 |
| 3/31/2015 | 69.34 | 69.33 | 69.36 | 0.03 | 0.04 |
| 4/1/2015 | 69.43 | 69.42 | 69.44 | 0.02 | 0.03 |
| 4/2/2015 | 67.97 | 67.96 | 67.97 | 0.01 | 0.01 |
| 4/6/2015 | 67.76 | 67.75 | 67.76 | 0.01 | 0.01 |
| 4/7/2015 | 67.32 | 67.31 | 67.32 | 0.01 | 0.01 |
| 4/8/2015 | 67.26 | 67.25 | 67.26 | 0.01 | 0.01 |

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) (4) - (3) | (6) (5) / (2) |
| 4/9/2015 | $ 68.81 | $ 68.80 | $ 68.81 | $ 0.01 | 0.01 % |
| 4/10/2015 | 69.16 | 69.17 | 69.18 | 0.01 | 0.01 |
| 4/13/2015 | 68.73 | 68.72 | 68.73 | 0.01 | 0.01 |
| 4/14/2015 | 68.97 | 68.97 | 68.98 | 0.01 | 0.01 |
| 4/15/2015 | 68.46 | 68.45 | 68.46 | 0.01 | 0.01 |
| 4/16/2015 | 67.91 | 67.91 | 67.92 | 0.01 | 0.01 |
| 4/17/2015 | 67.12 | 67.11 | 67.13 | 0.02 | 0.03 |
| 4/20/2015 | 68.64 | 68.64 | 68.65 | 0.01 | 0.01 |
| 4/21/2015 | 68.57 | 68.57 | 68.58 | 0.01 | 0.01 |
| 4/22/2015 | 68.94 | 68.94 | 68.95 | 0.01 | 0.01 |
| 4/23/2015 | 68.34 | 68.33 | 68.34 | 0.01 | 0.01 |
| 4/24/2015 | 68.24 | 68.24 | 68.25 | 0.01 | 0.01 |
| 4/27/2015 | 69.23 | 69.23 | 69.24 | 0.01 | 0.01 |
| 4/28/2015 | 69.65 | 69.63 | 69.66 | 0.03 | 0.04 |
| 4/29/2015 | 68.67 | 68.66 | 68.67 | 0.01 | 0.01 |
| 4/30/2015 | 68.00 | 68.00 | 68.01 | 0.01 | 0.01 |
| 5/1/2015 | 68.42 | 68.40 | 68.41 | 0.01 | 0.01 |
| 5/4/2015 | 69.06 | 69.05 | 69.06 | 0.01 | 0.01 |
| 5/5/2015 | 68.37 | 68.37 | 68.39 | 0.02 | 0.03 |
| 5/6/2015 | 67.81 | 67.83 | 67.84 | 0.01 | 0.01 |
| 5/7/2015 | 68.43 | 68.43 | 68.44 | 0.01 | 0.01 |
| 5/8/2015 | 69.41 | 69.40 | 69.41 | 0.01 | 0.01 |
| 5/11/2015 | 69.05 | 69.05 | 69.06 | 0.01 | 0.01 |
| 5/12/2015 | 68.79 | 68.78 | 68.79 | 0.01 | 0.01 |
| 5/13/2015 | 69.73 | 69.73 | 69.75 | 0.02 | 0.03 |
| 5/14/2015 | 70.52 | 70.51 | 70.52 | 0.01 | 0.01 |
| 5/15/2015 | 71.06 | 71.05 | 71.07 | 0.02 | 0.03 |
| 5/18/2015 | 70.42 | 70.39 | 70.40 | 0.01 | 0.01 |
| 5/19/2015 | 69.62 | 69.59 | 69.62 | 0.03 | 0.04 |
| 5/20/2015 | 69.28 | 69.28 | 69.30 | 0.02 | 0.03 |
| 5/21/2015 | 70.09 | 70.09 | 70.11 | 0.02 | 0.03 |
| 5/22/2015 | 69.51 | 69.53 | 69.54 | 0.01 | 0.01 |
| 5/26/2015 | 69.36 | 69.37 | 69.38 | 0.01 | 0.01 |
| 5/27/2015 | 71.02 | 71.05 | 71.06 | 0.01 | 0.01 |
| 5/28/2015 | 70.60 | 70.60 | 70.62 | 0.02 | 0.03 |
| 5/29/2015 | 69.68 | 69.69 | 69.70 | 0.01 | 0.01 |
| 6/1/2015 | 69.42 | 69.41 | 69.43 | 0.02 | 0.03 |
| 6/2/2015 | 69.35 | 69.35 | 69.36 | 0.01 | 0.01 |
| 6/3/2015 | 69.86 | 69.87 | 69.88 | 0.01 | 0.01 |
| 6/4/2015 | 68.90 | 68.92 | 68.94 | 0.02 | 0.03 |

PX32

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date (1) | Closing Price (2) | Bid (3) | Ask (4) | Bid-Ask Spread (5) (4) - (3) | Spread as a Percent of Closing Price (6) (5) / (2) |
|---|---|---|---|---|---|
| 6/5/2015 | $ 68.26 | $ 68.25 | $ 68.26 | $ 0.01 | 0.01 % |
| 6/8/2015 | 67.28 | 67.27 | 67.28 | 0.01 | 0.01 |
| 6/9/2015 | 66.84 | 66.82 | 66.84 | 0.02 | 0.03 |
| 6/10/2015 | 67.31 | 67.30 | 67.31 | 0.01 | 0.01 |
| 6/11/2015 | 67.60 | 67.60 | 67.62 | 0.02 | 0.03 |
| 6/12/2015 | 67.03 | 67.01 | 67.03 | 0.02 | 0.03 |
| 6/15/2015 | 66.63 | 66.62 | 66.63 | 0.01 | 0.02 |
| 6/16/2015 | 66.46 | 66.46 | 66.47 | 0.01 | 0.02 |
| 6/17/2015 | 66.55 | 66.55 | 66.56 | 0.01 | 0.02 |
| 6/18/2015 | 67.36 | 67.36 | 67.37 | 0.01 | 0.01 |
| 6/19/2015 | 66.88 | 66.83 | 66.85 | 0.02 | 0.03 |
| 6/22/2015 | 67.37 | 67.36 | 67.37 | 0.01 | 0.01 |
| 6/23/2015 | 66.98 | 66.98 | 66.99 | 0.01 | 0.01 |
| 6/24/2015 | 65.35 | 65.34 | 65.35 | 0.01 | 0.02 |
| 6/25/2015 | 65.26 | 65.27 | 65.28 | 0.01 | 0.02 |
| 6/26/2015 | 64.67 | 64.70 | 64.72 | 0.02 | 0.03 |
| 6/29/2015 | 62.62 | 62.62 | 62.63 | 0.01 | 0.02 |
| 6/30/2015 | 62.63 | 62.63 | 62.64 | 0.01 | 0.02 |
| 7/1/2015 | 62.90 | 62.90 | 62.91 | 0.01 | 0.02 |
| 7/2/2015 | 63.11 | 63.10 | 63.11 | 0.01 | 0.02 |
| 7/6/2015 | 63.11 | 63.11 | 63.12 | 0.01 | 0.02 |
| 7/7/2015 | 62.80 | 62.80 | 62.81 | 0.01 | 0.02 |
| 7/8/2015 | 61.91 | 61.90 | 61.92 | 0.02 | 0.03 |
| 7/9/2015 | 61.86 | 61.86 | 61.87 | 0.01 | 0.02 |
| 7/10/2015 | 62.73 | 62.73 | 62.74 | 0.01 | 0.02 |
| 7/13/2015 | 63.43 | 63.43 | 63.44 | 0.01 | 0.02 |
| 7/14/2015 | 63.94 | 63.94 | 63.96 | 0.02 | 0.03 |
| 7/15/2015 | 63.88 | 63.87 | 63.88 | 0.01 | 0.02 |
| 7/16/2015 | 64.55 | 64.54 | 64.55 | 0.01 | 0.02 |
| 7/17/2015 | 64.34 | 64.33 | 64.34 | 0.01 | 0.02 |
| 7/20/2015 | 63.79 | 63.76 | 63.77 | 0.01 | 0.02 |
| 7/21/2015 | 65.14 | 65.14 | 65.15 | 0.01 | 0.02 |
| 7/22/2015 | 64.19 | 64.19 | 64.21 | 0.02 | 0.03 |
| 7/23/2015 | 61.78 | 61.75 | 61.79 | 0.04 | 0.06 |
| 7/24/2015 | 61.64 | 61.65 | 61.66 | 0.01 | 0.02 |
| 7/27/2015 | 61.98 | 61.98 | 61.99 | 0.01 | 0.02 |
| 7/28/2015 | 63.10 | 63.11 | 63.13 | 0.02 | 0.03 |
| 7/29/2015 | 63.17 | 63.16 | 63.17 | 0.01 | 0.02 |
| 7/30/2015 | 64.41 | 64.40 | 64.43 | 0.03 | 0.05 |
| 7/31/2015 | 64.39 | 64.38 | 64.41 | 0.03 | 0.05 |

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date (1) | Closing Price (2) | Bid (3) | Ask (4) | Bid-Ask Spread (5) (4) - (3) | Spread as a Percent of Closing Price (6) (5) / (2) |
|---|---|---|---|---|---|
| 8/3/2015 | $ 64.43 | $ 64.43 | $ 64.44 | $ 0.01 | 0.02 % |
| 8/4/2015 | 63.45 | 63.44 | 63.45 | 0.01 | 0.02 |
| 8/5/2015 | 63.88 | 63.88 | 63.90 | 0.02 | 0.03 |
| 8/6/2015 | 62.84 | 62.83 | 62.84 | 0.01 | 0.02 |
| 8/7/2015 | 63.02 | 63.04 | 63.05 | 0.01 | 0.02 |
| 8/10/2015 | 63.15 | 63.14 | 63.15 | 0.01 | 0.02 |
| 8/11/2015 | 62.55 | 62.55 | 62.56 | 0.01 | 0.02 |
| 8/12/2015 | 62.58 | 62.57 | 62.58 | 0.01 | 0.02 |
| 8/13/2015 | 62.03 | 62.03 | 62.04 | 0.01 | 0.02 |
| 8/14/2015 | 61.91 | 61.91 | 61.92 | 0.01 | 0.02 |
| 8/17/2015 | 62.07 | 62.07 | 62.08 | 0.01 | 0.02 |
| 8/18/2015 | 61.32 | 61.32 | 61.33 | 0.01 | 0.02 |
| 8/19/2015 | 61.18 | 61.18 | 61.19 | 0.01 | 0.02 |
| 8/20/2015 | 60.15 | 60.15 | 60.17 | 0.02 | 0.03 |
| 8/21/2015 | 57.61 | 57.61 | 57.62 | 0.01 | 0.02 |
| 8/24/2015 | 55.28 | 55.27 | 55.31 | 0.04 | 0.07 |
| 8/25/2015 | 53.88 | 53.88 | 53.89 | 0.01 | 0.02 |
| 8/26/2015 | 56.66 | 56.64 | 56.66 | 0.02 | 0.04 |
| 8/27/2015 | 57.36 | 57.34 | 57.36 | 0.02 | 0.03 |
| 8/28/2015 | 57.45 | 57.43 | 57.45 | 0.02 | 0.03 |
| 8/31/2015 | 56.58 | 56.56 | 56.58 | 0.02 | 0.04 |
| 9/1/2015 | 55.02 | 55.01 | 55.03 | 0.02 | 0.04 |
| 9/2/2015 | 55.86 | 55.85 | 55.87 | 0.02 | 0.04 |
| 9/3/2015 | 55.55 | 55.55 | 55.56 | 0.01 | 0.02 |
| 9/4/2015 | 54.29 | 54.28 | 54.29 | 0.01 | 0.02 |
| 9/8/2015 | 55.20 | 55.19 | 55.20 | 0.01 | 0.02 |
| 9/9/2015 | 54.32 | 54.31 | 54.32 | 0.01 | 0.02 |
| 9/10/2015 | 55.33 | 55.33 | 55.34 | 0.01 | 0.02 |
| 9/11/2015 | 54.66 | 54.65 | 54.66 | 0.01 | 0.02 |
| 9/14/2015 | 54.31 | 54.31 | 54.32 | 0.01 | 0.02 |
| 9/15/2015 | 54.87 | 54.87 | 54.88 | 0.01 | 0.02 |
| 9/16/2015 | 55.20 | 55.19 | 55.20 | 0.01 | 0.02 |
| 9/17/2015 | 54.98 | 54.99 | 55.02 | 0.03 | 0.05 |
| 9/18/2015 | 54.45 | 54.43 | 54.44 | 0.01 | 0.02 |
| 9/21/2015 | 54.39 | 54.39 | 54.40 | 0.01 | 0.02 |
| 9/22/2015 | 53.94 | 53.92 | 53.94 | 0.02 | 0.04 |
| 9/23/2015 | 53.56 | 53.56 | 53.57 | 0.01 | 0.02 |
| 9/24/2015 | 53.27 | 53.27 | 53.29 | 0.02 | 0.04 |
| 9/25/2015 | 53.22 | 53.22 | 53.23 | 0.01 | 0.02 |
| 9/28/2015 | 52.54 | 52.54 | 52.55 | 0.01 | 0.02 |

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 9/29/2015 | $ 52.43 | $ 52.41 | $ 52.43 | $ 0.02 | 0.04 % |
| 9/30/2015 | 53.73 | 53.71 | 53.73 | 0.02 | 0.04 |
| 10/1/2015 | 53.18 | 53.18 | 53.19 | 0.01 | 0.02 |
| 10/2/2015 | 55.07 | 55.07 | 55.09 | 0.02 | 0.04 |
| 10/5/2015 | 56.23 | 56.21 | 56.22 | 0.01 | 0.02 |
| 10/6/2015 | 56.32 | 56.32 | 56.33 | 0.01 | 0.02 |
| 10/7/2015 | 56.61 | 56.60 | 56.61 | 0.01 | 0.02 |
| 10/8/2015 | 57.66 | 57.66 | 57.67 | 0.01 | 0.02 |
| 10/9/2015 | 57.78 | 57.78 | 57.80 | 0.02 | 0.03 |
| 10/12/2015 | 57.79 | 57.78 | 57.79 | 0.01 | 0.02 |
| 10/13/2015 | 57.51 | 57.51 | 57.52 | 0.01 | 0.02 |
| 10/14/2015 | 58.63 | 58.64 | 58.65 | 0.01 | 0.02 |
| 10/15/2015 | 59.26 | 59.26 | 59.27 | 0.01 | 0.02 |
| 10/16/2015 | 59.91 | 59.90 | 59.91 | 0.01 | 0.02 |
| 10/19/2015 | 59.10 | 59.07 | 59.08 | 0.01 | 0.02 |
| 10/20/2015 | 59.00 | 58.99 | 59.00 | 0.01 | 0.02 |
| 10/21/2015 | 58.97 | 58.96 | 58.97 | 0.01 | 0.02 |
| 10/22/2015 | 60.43 | 60.43 | 60.44 | 0.01 | 0.02 |
| 10/23/2015 | 60.73 | 60.72 | 60.73 | 0.01 | 0.02 |
| 10/26/2015 | 59.21 | 59.20 | 59.21 | 0.01 | 0.02 |
| 10/27/2015 | 59.28 | 59.28 | 59.29 | 0.01 | 0.02 |
| 10/28/2015 | 60.27 | 60.26 | 60.27 | 0.01 | 0.02 |
| 10/29/2015 | 60.00 | 60.00 | 60.01 | 0.01 | 0.02 |
| 10/30/2015 | 59.42 | 59.42 | 59.43 | 0.01 | 0.02 |
| 11/2/2015 | 60.64 | 60.64 | 60.65 | 0.01 | 0.02 |
| 11/3/2015 | 60.87 | 60.87 | 60.88 | 0.01 | 0.02 |
| 11/4/2015 | 60.26 | 60.25 | 60.27 | 0.02 | 0.03 |
| 11/5/2015 | 51.07 | 51.02 | 51.08 | 0.06 | 0.12 |
| 11/6/2015 | 53.42 | 53.46 | 53.48 | 0.02 | 0.04 |
| 11/9/2015 | 52.94 | 52.94 | 52.95 | 0.01 | 0.02 |
| 11/10/2015 | 52.27 | 52.26 | 52.27 | 0.01 | 0.02 |
| 11/11/2015 | 52.85 | 52.85 | 52.86 | 0.01 | 0.02 |
| 11/12/2015 | 52.58 | 52.58 | 52.59 | 0.01 | 0.02 |
| 11/13/2015 | 51.94 | 51.94 | 51.95 | 0.01 | 0.02 |
| 11/16/2015 | 52.77 | 52.77 | 52.78 | 0.01 | 0.02 |
| 11/17/2015 | 52.98 | 52.98 | 52.99 | 0.01 | 0.02 |
| 11/18/2015 | 48.00 | 47.99 | 48.00 | 0.01 | 0.02 |
| 11/19/2015 | 48.39 | 48.38 | 48.39 | 0.01 | 0.02 |
| 11/20/2015 | 49.62 | 49.62 | 49.63 | 0.01 | 0.02 |
| 11/23/2015 | 48.97 | 48.96 | 48.97 | 0.01 | 0.02 |

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 11/24/2015 | $ 49.41 | $ 49.41 | $ 49.42 | $ 0.01 | 0.02 % |
| 11/25/2015 | 49.10 | 49.10 | 49.11 | 0.01 | 0.02 |
| 11/27/2015 | 48.54 | 48.54 | 48.55 | 0.01 | 0.02 |
| 11/30/2015 | 48.79 | 48.79 | 48.81 | 0.02 | 0.04 |
| 12/1/2015 | 49.30 | 49.29 | 49.30 | 0.01 | 0.02 |
| 12/2/2015 | 51.85 | 51.85 | 51.86 | 0.01 | 0.02 |
| 12/3/2015 | 51.40 | 51.41 | 51.42 | 0.01 | 0.02 |
| 12/4/2015 | 52.34 | 52.32 | 52.33 | 0.01 | 0.02 |
| 12/7/2015 | 52.43 | 52.43 | 52.44 | 0.01 | 0.02 |
| 12/8/2015 | 49.48 | 49.45 | 49.46 | 0.01 | 0.02 |
| 12/9/2015 | 48.59 | 48.58 | 48.59 | 0.01 | 0.02 |
| 12/10/2015 | 48.57 | 48.57 | 48.58 | 0.01 | 0.02 |
| 12/11/2015 | 47.46 | 47.45 | 47.46 | 0.01 | 0.02 |
| 12/14/2015 | 46.83 | 46.84 | 46.85 | 0.01 | 0.02 |
| 12/15/2015 | 48.02 | 48.01 | 48.02 | 0.01 | 0.02 |
| 12/16/2015 | 48.07 | 48.07 | 48.08 | 0.01 | 0.02 |
| 12/17/2015 | 47.54 | 47.54 | 47.55 | 0.01 | 0.02 |
| 12/18/2015 | 47.43 | 47.41 | 47.42 | 0.01 | 0.02 |
| 12/21/2015 | 48.76 | 48.75 | 48.77 | 0.02 | 0.04 |
| 12/22/2015 | 49.07 | 49.06 | 49.07 | 0.01 | 0.02 |
| 12/23/2015 | 49.04 | 49.03 | 49.04 | 0.01 | 0.02 |
| 12/24/2015 | 49.55 | 49.55 | 49.56 | 0.01 | 0.02 |
| 12/28/2015 | 49.58 | 49.57 | 49.58 | 0.01 | 0.02 |
| 12/29/2015 | 50.88 | 50.88 | 50.89 | 0.01 | 0.02 |
| 12/30/2015 | 50.41 | 50.39 | 50.40 | 0.01 | 0.02 |
| 12/31/2015 | 49.99 | 49.98 | 49.99 | 0.01 | 0.02 |
| 1/4/2016 | 50.12 | 50.12 | 50.13 | 0.01 | 0.02 |
| 1/5/2016 | 49.14 | 49.12 | 49.14 | 0.02 | 0.04 |
| 1/6/2016 | 48.64 | 48.62 | 48.63 | 0.01 | 0.02 |
| 1/7/2016 | 46.14 | 46.12 | 46.14 | 0.02 | 0.04 |
| 1/8/2016 | 45.88 | 45.87 | 45.88 | 0.01 | 0.02 |
| 1/11/2016 | 46.07 | 46.05 | 46.06 | 0.01 | 0.02 |
| 1/12/2016 | 46.52 | 46.52 | 46.53 | 0.01 | 0.02 |
| 1/13/2016 | 46.10 | 46.10 | 46.12 | 0.02 | 0.04 |
| 1/14/2016 | 47.73 | 47.71 | 47.73 | 0.02 | 0.04 |
| 1/15/2016 | 45.82 | 45.82 | 45.83 | 0.01 | 0.02 |
| 1/19/2016 | 46.09 | 46.09 | 46.10 | 0.01 | 0.02 |
| 1/20/2016 | 45.93 | 45.94 | 45.95 | 0.01 | 0.02 |
| 1/21/2016 | 47.05 | 47.05 | 47.06 | 0.01 | 0.02 |
| 1/22/2016 | 48.07 | 48.06 | 48.07 | 0.01 | 0.02 |

# Exhibit 9
## Qualcomm Incorporated
## Daily Bid-Ask Spread for Qualcomm Common Stock
## February 1, 2012 to January 19, 2017[1]

| Date<br>(1) | Closing Price<br>(2) | Bid<br>(3) | Ask<br>(4) | Bid-Ask Spread<br>(5)<br>(4) - (3) | Spread as a Percent of Closing Price<br>(6)<br>(5) / (2) |
|---|---|---|---|---|---|
| 1/25/2016 | $ 47.58 | $ 47.58 | $ 47.59 | $ 0.01 | 0.02 % |
| 1/26/2016 | 48.52 | 48.52 | 48.53 | 0.01 | 0.02 |
| 1/27/2016 | 47.53 | 47.49 | 47.50 | 0.01 | 0.02 |
| 1/28/2016 | 43.59 | 43.58 | 43.59 | 0.01 | 0.02 |
| 1/29/2016 | 45.34 | 45.32 | 45.33 | 0.01 | 0.02 |
| 2/1/2016 | 46.11 | 46.09 | 46.11 | 0.02 | 0.04 |
| 2/2/2016 | 43.15 | 43.14 | 43.15 | 0.01 | 0.02 |
| 2/3/2016 | 44.73 | 44.73 | 44.74 | 0.01 | 0.02 |
| 2/4/2016 | 45.66 | 45.67 | 45.68 | 0.01 | 0.02 |
| 2/5/2016 | 44.02 | 44.01 | 44.02 | 0.01 | 0.02 |
| 2/8/2016 | 43.89 | 43.89 | 43.90 | 0.01 | 0.02 |
| 2/9/2016 | 43.61 | 43.61 | 43.62 | 0.01 | 0.02 |
| 2/10/2016 | 42.96 | 42.94 | 42.95 | 0.01 | 0.02 |
| 2/11/2016 | 43.00 | 42.99 | 43.00 | 0.01 | 0.02 |
| 2/12/2016 | 44.56 | 44.55 | 44.56 | 0.01 | 0.02 |
| 2/16/2016 | 46.73 | 46.72 | 46.73 | 0.01 | 0.02 |
| 2/17/2016 | 48.41 | 48.39 | 48.40 | 0.01 | 0.02 |
| 2/18/2016 | 49.08 | 49.07 | 49.08 | 0.01 | 0.02 |
| 2/19/2016 | 49.42 | 49.41 | 49.42 | 0.01 | 0.02 |
| 2/22/2016 | 51.28 | 51.27 | 51.28 | 0.01 | 0.02 |
| 2/23/2016 | 50.42 | 50.41 | 50.42 | 0.01 | 0.02 |
| 2/24/2016 | 51.52 | 51.52 | 51.53 | 0.01 | 0.02 |
| 2/25/2016 | 51.64 | 51.63 | 51.64 | 0.01 | 0.02 |
| 2/26/2016 | 51.62 | 51.63 | 51.64 | 0.01 | 0.02 |
| 2/29/2016 | 50.79 | 50.79 | 50.80 | 0.01 | 0.02 |
| 3/1/2016 | 52.11 | 52.10 | 52.11 | 0.01 | 0.02 |
| 3/2/2016 | 52.85 | 52.84 | 52.85 | 0.01 | 0.02 |
| 3/3/2016 | 52.38 | 52.38 | 52.39 | 0.01 | 0.02 |
| 3/4/2016 | 52.66 | 52.64 | 52.66 | 0.02 | 0.04 |
| 3/7/2016 | 53.30 | 53.28 | 53.30 | 0.02 | 0.04 |
| 3/8/2016 | 52.46 | 52.46 | 52.47 | 0.01 | 0.02 |
| 3/9/2016 | 51.95 | 51.95 | 51.96 | 0.01 | 0.02 |
| 3/10/2016 | 52.02 | 52.01 | 52.02 | 0.01 | 0.02 |
| 3/11/2016 | 52.22 | 52.21 | 52.22 | 0.01 | 0.02 |
| 3/14/2016 | 52.09 | 52.09 | 52.10 | 0.01 | 0.02 |
| 3/15/2016 | 51.63 | 51.61 | 51.62 | 0.01 | 0.02 |
| 3/16/2016 | 51.30 | 51.29 | 51.30 | 0.01 | 0.02 |
| 3/17/2016 | 51.38 | 51.38 | 51.39 | 0.01 | 0.02 |
| 3/18/2016 | 51.59 | 51.66 | 51.67 | 0.01 | 0.02 |
| 3/21/2016 | 52.21 | 52.20 | 52.21 | 0.01 | 0.02 |

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 3/22/2016 | $ 52.02 | $ 52.01 | $ 52.02 | $ 0.01 | 0.02 % |
| 3/23/2016 | 50.99 | 50.98 | 50.99 | 0.01 | 0.02 |
| 3/24/2016 | 50.86 | 50.85 | 50.87 | 0.02 | 0.04 |
| 3/28/2016 | 50.19 | 50.18 | 50.20 | 0.02 | 0.04 |
| 3/29/2016 | 50.69 | 50.69 | 50.70 | 0.01 | 0.02 |
| 3/30/2016 | 50.99 | 50.98 | 50.99 | 0.01 | 0.02 |
| 3/31/2016 | 51.14 | 51.14 | 51.15 | 0.01 | 0.02 |
| 4/1/2016 | 50.88 | 50.87 | 50.88 | 0.01 | 0.02 |
| 4/4/2016 | 50.65 | 50.64 | 50.65 | 0.01 | 0.02 |
| 4/5/2016 | 50.07 | 50.06 | 50.07 | 0.01 | 0.02 |
| 4/6/2016 | 50.62 | 50.62 | 50.64 | 0.02 | 0.04 |
| 4/7/2016 | 50.03 | 50.03 | 50.04 | 0.01 | 0.02 |
| 4/8/2016 | 50.56 | 50.55 | 50.56 | 0.01 | 0.02 |
| 4/11/2016 | 51.00 | 50.99 | 51.01 | 0.02 | 0.04 |
| 4/12/2016 | 50.82 | 50.81 | 50.82 | 0.01 | 0.02 |
| 4/13/2016 | 51.92 | 51.91 | 51.92 | 0.01 | 0.02 |
| 4/14/2016 | 51.82 | 51.81 | 51.83 | 0.02 | 0.04 |
| 4/15/2016 | 51.06 | 51.06 | 51.08 | 0.02 | 0.04 |
| 4/18/2016 | 51.55 | 51.54 | 51.55 | 0.01 | 0.02 |
| 4/19/2016 | 51.83 | 51.82 | 51.83 | 0.01 | 0.02 |
| 4/20/2016 | 52.09 | 52.10 | 52.11 | 0.01 | 0.02 |
| 4/21/2016 | 51.67 | 51.67 | 51.68 | 0.01 | 0.02 |
| 4/22/2016 | 52.64 | 52.65 | 52.66 | 0.01 | 0.02 |
| 4/25/2016 | 52.43 | 52.43 | 52.44 | 0.01 | 0.02 |
| 4/26/2016 | 52.91 | 52.91 | 52.92 | 0.01 | 0.02 |
| 4/27/2016 | 52.90 | 52.91 | 52.92 | 0.01 | 0.02 |
| 4/28/2016 | 52.13 | 52.13 | 52.14 | 0.01 | 0.02 |
| 4/29/2016 | 50.52 | 50.51 | 50.52 | 0.01 | 0.02 |
| 5/2/2016 | 51.11 | 51.09 | 51.11 | 0.02 | 0.04 |
| 5/3/2016 | 50.73 | 50.73 | 50.74 | 0.01 | 0.02 |
| 5/4/2016 | 50.49 | 50.49 | 50.50 | 0.01 | 0.02 |
| 5/5/2016 | 51.13 | 51.12 | 51.13 | 0.01 | 0.02 |
| 5/6/2016 | 50.92 | 50.91 | 50.92 | 0.01 | 0.02 |
| 5/9/2016 | 51.20 | 51.20 | 51.21 | 0.01 | 0.02 |
| 5/10/2016 | 52.15 | 52.15 | 52.16 | 0.01 | 0.02 |
| 5/11/2016 | 52.15 | 52.15 | 52.16 | 0.01 | 0.02 |
| 5/12/2016 | 51.51 | 51.51 | 51.52 | 0.01 | 0.02 |
| 5/13/2016 | 51.32 | 51.30 | 51.32 | 0.02 | 0.04 |
| 5/16/2016 | 51.91 | 51.90 | 51.91 | 0.01 | 0.02 |
| 5/17/2016 | 51.99 | 51.99 | 52.00 | 0.01 | 0.02 |

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date (1) | Closing Price (2) | Bid (3) | Ask (4) | Bid-Ask Spread (5) (4) - (3) | Spread as a Percent of Closing Price (6) (5) / (2) |
|---|---|---|---|---|---|
| 5/18/2016 | $ 52.79 | $ 52.79 | $ 52.80 | $ 0.01 | 0.02 % |
| 5/19/2016 | 52.76 | 52.75 | 52.76 | 0.01 | 0.02 |
| 5/20/2016 | 54.52 | 54.50 | 54.52 | 0.02 | 0.04 |
| 5/23/2016 | 54.18 | 54.17 | 54.19 | 0.02 | 0.04 |
| 5/24/2016 | 55.59 | 55.58 | 55.59 | 0.01 | 0.02 |
| 5/25/2016 | 55.98 | 55.97 | 55.98 | 0.01 | 0.02 |
| 5/26/2016 | 55.74 | 55.74 | 55.75 | 0.01 | 0.02 |
| 5/27/2016 | 55.27 | 55.26 | 55.27 | 0.01 | 0.02 |
| 5/31/2016 | 54.92 | 54.84 | 54.93 | 0.09 | 0.16 |
| 6/1/2016 | 54.79 | 54.78 | 54.79 | 0.01 | 0.02 |
| 6/2/2016 | 54.88 | 54.87 | 54.88 | 0.01 | 0.02 |
| 6/3/2016 | 54.94 | 54.93 | 54.94 | 0.01 | 0.02 |
| 6/6/2016 | 54.89 | 54.88 | 54.89 | 0.01 | 0.02 |
| 6/7/2016 | 54.84 | 54.84 | 54.85 | 0.01 | 0.02 |
| 6/8/2016 | 54.94 | 54.94 | 54.96 | 0.02 | 0.04 |
| 6/9/2016 | 54.98 | 54.98 | 54.98 | 0.00 | 0.00 |
| 6/10/2016 | 53.83 | 53.84 | 53.85 | 0.01 | 0.02 |
| 6/13/2016 | 52.83 | 52.83 | 52.85 | 0.02 | 0.04 |
| 6/14/2016 | 52.70 | 52.69 | 52.70 | 0.01 | 0.02 |
| 6/15/2016 | 53.28 | 53.27 | 53.28 | 0.01 | 0.02 |
| 6/16/2016 | 53.42 | 53.42 | 53.43 | 0.01 | 0.02 |
| 6/17/2016 | 53.55 | 53.55 | 53.56 | 0.01 | 0.02 |
| 6/20/2016 | 53.89 | 53.88 | 53.90 | 0.02 | 0.04 |
| 6/21/2016 | 53.88 | 53.87 | 53.89 | 0.02 | 0.04 |
| 6/22/2016 | 54.04 | 54.04 | 54.05 | 0.01 | 0.02 |
| 6/23/2016 | 55.55 | 55.53 | 55.54 | 0.01 | 0.02 |
| 6/24/2016 | 52.12 | 52.12 | 52.14 | 0.02 | 0.04 |
| 6/27/2016 | 51.14 | 51.13 | 51.15 | 0.02 | 0.04 |
| 6/28/2016 | 52.51 | 52.50 | 52.51 | 0.01 | 0.02 |
| 6/29/2016 | 53.55 | 53.54 | 53.55 | 0.01 | 0.02 |
| 6/30/2016 | 53.57 | 53.56 | 53.57 | 0.01 | 0.02 |
| 7/1/2016 | 53.00 | 52.99 | 53.00 | 0.01 | 0.02 |
| 7/5/2016 | 51.94 | 51.93 | 51.94 | 0.01 | 0.02 |
| 7/6/2016 | 52.37 | 52.38 | 52.39 | 0.01 | 0.02 |
| 7/7/2016 | 52.93 | 52.93 | 52.94 | 0.01 | 0.02 |
| 7/8/2016 | 54.19 | 54.18 | 54.19 | 0.01 | 0.02 |
| 7/11/2016 | 54.12 | 54.11 | 54.12 | 0.01 | 0.02 |
| 7/12/2016 | 54.62 | 54.61 | 54.62 | 0.01 | 0.02 |
| 7/13/2016 | 54.83 | 54.83 | 54.84 | 0.01 | 0.02 |
| 7/14/2016 | 54.88 | 54.86 | 54.87 | 0.01 | 0.02 |

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date (1) | Closing Price (2) | Bid (3) | Ask (4) | Bid-Ask Spread (5) (4) - (3) | Spread as a Percent of Closing Price (6) (5) / (2) |
|---|---|---|---|---|---|
| 7/15/2016 | $ 54.75 | $ 54.75 | $ 54.76 | $ 0.01 | 0.02 % |
| 7/18/2016 | 55.35 | 55.35 | 55.37 | 0.02 | 0.04 |
| 7/19/2016 | 55.14 | 55.13 | 55.14 | 0.01 | 0.02 |
| 7/20/2016 | 55.82 | 55.84 | 55.86 | 0.02 | 0.04 |
| 7/21/2016 | 59.93 | 59.93 | 59.95 | 0.02 | 0.03 |
| 7/22/2016 | 61.15 | 61.14 | 61.15 | 0.01 | 0.02 |
| 7/25/2016 | 60.73 | 60.72 | 60.73 | 0.01 | 0.02 |
| 7/26/2016 | 61.35 | 61.35 | 61.36 | 0.01 | 0.02 |
| 7/27/2016 | 62.51 | 62.54 | 62.55 | 0.01 | 0.02 |
| 7/28/2016 | 62.43 | 62.43 | 62.44 | 0.01 | 0.02 |
| 7/29/2016 | 62.58 | 62.57 | 62.59 | 0.02 | 0.03 |
| 8/1/2016 | 61.85 | 61.83 | 61.85 | 0.02 | 0.03 |
| 8/2/2016 | 60.60 | 60.59 | 60.60 | 0.01 | 0.02 |
| 8/3/2016 | 61.01 | 61.00 | 61.01 | 0.01 | 0.02 |
| 8/4/2016 | 60.98 | 60.98 | 60.99 | 0.01 | 0.02 |
| 8/5/2016 | 62.00 | 61.98 | 61.99 | 0.01 | 0.02 |
| 8/8/2016 | 61.58 | 61.57 | 61.58 | 0.01 | 0.02 |
| 8/9/2016 | 61.99 | 61.99 | 62.00 | 0.01 | 0.02 |
| 8/10/2016 | 61.71 | 61.70 | 61.71 | 0.01 | 0.02 |
| 8/11/2016 | 61.74 | 61.74 | 61.75 | 0.01 | 0.02 |
| 8/12/2016 | 61.71 | 61.70 | 61.71 | 0.01 | 0.02 |
| 8/15/2016 | 62.43 | 62.42 | 62.44 | 0.02 | 0.03 |
| 8/16/2016 | 62.07 | 62.07 | 62.08 | 0.01 | 0.02 |
| 8/17/2016 | 62.28 | 62.27 | 62.28 | 0.01 | 0.02 |
| 8/18/2016 | 63.04 | 63.03 | 63.04 | 0.01 | 0.02 |
| 8/19/2016 | 62.76 | 62.74 | 62.75 | 0.01 | 0.02 |
| 8/22/2016 | 62.83 | 62.84 | 62.84 | 0.00 | 0.00 |
| 8/23/2016 | 63.09 | 63.08 | 63.09 | 0.01 | 0.02 |
| 8/24/2016 | 62.61 | 62.61 | 62.63 | 0.02 | 0.03 |
| 8/25/2016 | 62.64 | 62.64 | 62.65 | 0.01 | 0.02 |
| 8/26/2016 | 62.97 | 62.97 | 62.98 | 0.01 | 0.02 |
| 8/29/2016 | 62.98 | 62.98 | 62.99 | 0.01 | 0.02 |
| 8/30/2016 | 62.94 | 62.93 | 62.94 | 0.01 | 0.02 |
| 8/31/2016 | 63.07 | 63.07 | 63.08 | 0.01 | 0.02 |
| 9/1/2016 | 63.47 | 63.46 | 63.47 | 0.01 | 0.02 |
| 9/2/2016 | 63.35 | 63.35 | 63.36 | 0.01 | 0.02 |
| 9/6/2016 | 63.09 | 63.08 | 63.09 | 0.01 | 0.02 |
| 9/7/2016 | 62.43 | 62.42 | 62.43 | 0.01 | 0.02 |
| 9/8/2016 | 62.69 | 62.69 | 62.70 | 0.01 | 0.02 |
| 9/9/2016 | 60.52 | 60.52 | 60.53 | 0.01 | 0.02 |

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date (1) | Closing Price (2) | Bid (3) | Ask (4) | Bid-Ask Spread (5) (4) - (3) | Spread as a Percent of Closing Price (6) (5) / (2) |
|---|---|---|---|---|---|
| 9/12/2016 | $ 62.25 | $ 62.25 | $ 62.26 | $ 0.01 | 0.02 % |
| 9/13/2016 | 61.29 | 61.28 | 61.29 | 0.01 | 0.02 |
| 9/14/2016 | 61.59 | 61.59 | 61.60 | 0.01 | 0.02 |
| 9/15/2016 | 62.54 | 62.54 | 62.55 | 0.01 | 0.02 |
| 9/16/2016 | 62.99 | 62.94 | 62.95 | 0.01 | 0.02 |
| 9/19/2016 | 62.86 | 62.86 | 62.88 | 0.02 | 0.03 |
| 9/20/2016 | 62.70 | 62.70 | 62.71 | 0.01 | 0.02 |
| 9/21/2016 | 63.57 | 63.57 | 63.58 | 0.01 | 0.02 |
| 9/22/2016 | 63.52 | 63.51 | 63.53 | 0.02 | 0.03 |
| 9/23/2016 | 62.75 | 62.71 | 62.72 | 0.01 | 0.02 |
| 9/26/2016 | 62.31 | 62.31 | 62.32 | 0.01 | 0.02 |
| 9/27/2016 | 63.31 | 63.31 | 63.32 | 0.01 | 0.02 |
| 9/28/2016 | 63.45 | 63.43 | 63.45 | 0.02 | 0.03 |
| 9/29/2016 | 67.45 | 67.47 | 67.48 | 0.01 | 0.01 |
| 9/30/2016 | 68.50 | 68.49 | 68.50 | 0.01 | 0.01 |
| 10/3/2016 | 67.11 | 67.10 | 67.12 | 0.02 | 0.03 |
| 10/4/2016 | 66.68 | 66.65 | 66.67 | 0.02 | 0.03 |
| 10/5/2016 | 66.84 | 66.82 | 66.84 | 0.02 | 0.03 |
| 10/6/2016 | 67.54 | 67.54 | 67.56 | 0.02 | 0.03 |
| 10/7/2016 | 68.19 | 68.18 | 68.19 | 0.01 | 0.01 |
| 10/10/2016 | 67.25 | 67.24 | 67.26 | 0.02 | 0.03 |
| 10/11/2016 | 66.09 | 66.08 | 66.09 | 0.01 | 0.02 |
| 10/12/2016 | 66.06 | 66.06 | 66.07 | 0.01 | 0.02 |
| 10/13/2016 | 65.70 | 65.71 | 65.72 | 0.01 | 0.02 |
| 10/14/2016 | 65.70 | 65.70 | 65.71 | 0.01 | 0.02 |
| 10/17/2016 | 65.19 | 65.19 | 65.21 | 0.02 | 0.03 |
| 10/18/2016 | 66.10 | 66.10 | 66.11 | 0.01 | 0.02 |
| 10/19/2016 | 65.79 | 65.79 | 65.80 | 0.01 | 0.02 |
| 10/20/2016 | 67.34 | 67.34 | 67.35 | 0.01 | 0.01 |
| 10/21/2016 | 67.93 | 67.91 | 67.93 | 0.02 | 0.03 |
| 10/24/2016 | 68.06 | 68.05 | 68.06 | 0.01 | 0.01 |
| 10/25/2016 | 67.71 | 67.70 | 67.71 | 0.01 | 0.01 |
| 10/26/2016 | 68.20 | 68.20 | 68.22 | 0.02 | 0.03 |
| 10/27/2016 | 70.09 | 70.09 | 70.11 | 0.02 | 0.03 |
| 10/28/2016 | 68.40 | 68.38 | 68.39 | 0.01 | 0.01 |
| 10/31/2016 | 68.72 | 68.72 | 68.74 | 0.02 | 0.03 |
| 11/1/2016 | 68.34 | 68.34 | 68.36 | 0.02 | 0.03 |
| 11/2/2016 | 67.09 | 67.06 | 67.07 | 0.01 | 0.01 |
| 11/3/2016 | 66.95 | 66.90 | 66.93 | 0.03 | 0.04 |
| 11/4/2016 | 66.73 | 66.73 | 66.74 | 0.01 | 0.01 |

# Exhibit 9
# Qualcomm Incorporated
# Daily Bid-Ask Spread for Qualcomm Common Stock
# February 1, 2012 to January 19, 2017[1]

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 11/7/2016 | $ 68.46 | $ 68.46 | $ 68.47 | $ 0.01 | 0.01 % |
| 11/8/2016 | 68.27 | 68.26 | 68.27 | 0.01 | 0.01 |
| 11/9/2016 | 67.88 | 67.86 | 67.88 | 0.02 | 0.03 |
| 11/10/2016 | 66.31 | 66.31 | 66.32 | 0.01 | 0.02 |
| 11/11/2016 | 66.88 | 66.87 | 66.90 | 0.03 | 0.04 |
| 11/14/2016 | 65.93 | 65.93 | 65.94 | 0.01 | 0.02 |
| 11/15/2016 | 66.77 | 66.76 | 66.77 | 0.01 | 0.01 |
| 11/16/2016 | 66.30 | 66.29 | 66.30 | 0.01 | 0.02 |
| 11/17/2016 | 66.67 | 66.67 | 66.68 | 0.01 | 0.01 |
| 11/18/2016 | 67.31 | 67.31 | 67.33 | 0.02 | 0.03 |
| 11/21/2016 | 67.10 | 67.10 | 67.12 | 0.02 | 0.03 |
| 11/22/2016 | 68.31 | 68.31 | 68.33 | 0.02 | 0.03 |
| 11/23/2016 | 68.13 | 68.11 | 68.13 | 0.02 | 0.03 |
| 11/25/2016 | 68.29 | 68.27 | 68.29 | 0.02 | 0.03 |
| 11/28/2016 | 67.10 | 67.10 | 67.12 | 0.02 | 0.03 |
| 11/29/2016 | 66.77 | 66.76 | 66.79 | 0.03 | 0.04 |
| 11/30/2016 | 68.13 | 68.11 | 68.13 | 0.02 | 0.03 |
| 12/1/2016 | 64.16 | 64.15 | 64.16 | 0.01 | 0.02 |
| 12/2/2016 | 65.84 | 65.84 | 65.85 | 0.01 | 0.02 |
| 12/5/2016 | 66.36 | 66.36 | 66.37 | 0.01 | 0.02 |
| 12/6/2016 | 67.45 | 67.45 | 67.46 | 0.01 | 0.01 |
| 12/7/2016 | 68.34 | 68.33 | 68.34 | 0.01 | 0.01 |
| 12/8/2016 | 68.55 | 68.55 | 68.57 | 0.02 | 0.03 |
| 12/9/2016 | 68.52 | 68.53 | 68.54 | 0.01 | 0.01 |
| 12/12/2016 | 68.47 | 68.46 | 68.47 | 0.01 | 0.01 |
| 12/13/2016 | 69.34 | 69.34 | 69.36 | 0.02 | 0.03 |
| 12/14/2016 | 67.56 | 67.54 | 67.56 | 0.02 | 0.03 |
| 12/15/2016 | 68.03 | 68.03 | 68.05 | 0.02 | 0.03 |
| 12/16/2016 | 66.46 | 66.46 | 66.47 | 0.01 | 0.02 |
| 12/19/2016 | 67.02 | 67.01 | 67.02 | 0.01 | 0.01 |
| 12/20/2016 | 66.91 | 66.89 | 66.90 | 0.01 | 0.01 |
| 12/21/2016 | 67.16 | 67.16 | 67.17 | 0.01 | 0.01 |
| 12/22/2016 | 66.76 | 66.75 | 66.76 | 0.01 | 0.01 |
| 12/23/2016 | 66.86 | 66.85 | 66.86 | 0.01 | 0.01 |
| 12/27/2016 | 67.25 | 67.25 | 67.26 | 0.01 | 0.01 |
| 12/28/2016 | 65.75 | 65.74 | 65.75 | 0.01 | 0.02 |
| 12/29/2016 | 66.04 | 66.04 | 66.05 | 0.01 | 0.02 |
| 12/30/2016 | 65.20 | 65.21 | 65.25 | 0.04 | 0.06 |
| 1/3/2017 | 65.40 | 65.38 | 65.40 | 0.02 | 0.03 |
| 1/4/2017 | 65.47 | 65.46 | 65.47 | 0.01 | 0.02 |

**Exhibit 9**
**Qualcomm Incorporated**
**Daily Bid-Ask Spread for Qualcomm Common Stock**
**February 1, 2012 to January 19, 2017[1]**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 1/5/2017 | $ 65.55 | $ 65.53 | $ 65.54 | $ 0.01 | 0.02 % |
| 1/6/2017 | 65.53 | 65.53 | 65.54 | 0.01 | 0.02 |
| 1/9/2017 | 65.65 | 65.65 | 65.66 | 0.01 | 0.02 |
| 1/10/2017 | 65.63 | 65.63 | 65.64 | 0.01 | 0.02 |
| 1/11/2017 | 66.10 | 66.09 | 66.10 | 0.01 | 0.02 |
| 1/12/2017 | 66.12 | 66.11 | 66.12 | 0.01 | 0.02 |
| 1/13/2017 | 66.88 | 66.87 | 66.88 | 0.01 | 0.01 |
| 1/17/2017 | 64.19 | 64.17 | 64.18 | 0.01 | 0.02 |
| 1/18/2017 | 65.13 | 65.11 | 65.13 | 0.02 | 0.03 |
| 1/19/2017 | 64.44 | 64.43 | 64.44 | 0.01 | 0.02 |

| | |
|---|---|
| **Average Bid-Ask Spread as a Percent of Closing Price[2]:** | 0.02 % |
| **Median Bid-Ask Spread as a Percent of Closing Price[2]:** | 0.02 % |

**Notes and Sources:**
Data obtained from Bloomberg L.P.

[1] The Consolidated Class Action Complaint dated July 3, 2017 alleges that the Class Period ends on January 20, 2017. As the final disclosure occurred on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017.

[2] Negative bid-ask spreads are excluded from the calculation of the average and median.

# Exhibit 10a
# Qualcomm Incorporated
# One-Day Autocorrelation of Daily Log Returns for Qualcomm Common Stock
# February 1, 2012 to January 19, 2017[1]

| Window | Number of Observations | Autocorrelation in Daily Actual Log Returns[2] | t-statistic[3] |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| **Class Period** | | | |
| February 1, 2012 to January 19, 2017[1] | 1250 | (0.02) | (0.63) |
| **Year[4]** | | | |
| 2012 | 230 | 0.00 | 0.05 |
| 2013 | 252 | 0.00 | 0.03 |
| 2014 | 252 | 0.02 | 0.39 |
| 2015 | 252 | (0.00) | (0.03) |
| 2016 | 252 | (0.08) | (1.28) |
| 2017 | 12 | (0.57) | (2.20) * |

**Notes and Sources:**

Data obtained from Bloomberg L.P.

[1] The Consolidated Class Action Complaint dated July 3, 2017 alleges that the Class Period ends on January 20, 2017. As the final disclosure occurred on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017.

[2] This is the coefficient of the independent variable in the autocorrelation model.

[3] Two stars (**) represent significance at the 5% level, and one star (*) represents significance at the 10% level.

[4] Only days within the class period (February 1, 2012 to January 19, 2017) are used.

# Exhibit 10b
## Qualcomm Incorporated
## Runs Test for Qualcomm Common Stock[1]
## February 1, 2012 to January 19, 2017[2]

| Window | Observations | Number of Runs[3] | z-statistic[4] | | p-value |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | | (5) |
| **Class Period** | | | | | |
| February 1, 2012 to January 19, 2017[2] | 1250 | 630 | 0.23 | | 0.82 |
| **Year[5]** | | | | | |
| 2012 | 230 | 111 | (0.66) | | 0.51 |
| 2013 | 252 | 121 | (0.76) | | 0.45 |
| 2014 | 252 | 127 | 0.00 | | 1.00 |
| 2015 | 252 | 118 | (1.14) | | 0.26 |
| 2016 | 252 | 140 | 1.64 | | 0.10 |
| 2017 | 12 | 12 | 3.03 | ** | 0.00 |

**Notes and Sources:**

Data obtained from Bloomberg L.P.

[1] A runs test is a non-parametric test whereby the number of sequences of values above and below the median value of the data set is tabulated and compared against its sampling distribution under the random walk hypothesis.

[2] The Consolidated Class Action Complaint dated July 3, 2017 alleges that the Class Period ends on January 20, 2017. As the final disclosure occurred on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017.

[3] A run is defined as a series of values above or below the median value of the data set.

[4] The z-statistic is a test statistic for a test of binomial proportions. It measures the likelihood of observing results as or more extreme than those actually observed if the data were generated by a theoretical process with no autocorrelation. Two stars (**) represent significance at the 5% level; one star (*) represents significance at the 10% level.

[5] Only days within the class period (February 1, 2012 to January 19, 2017) are used.

**Exhibit 11a**
**Qualcomm Incorporated**
**Price Reaction Summary for Select Licensor Peers[1]**
***Using the Daily Logarithmic Returns of the S&P North American Technology Sector Index as Predictor [2] and Using the Year Prior to the Effective Start Date of the Class Period as Estimation Period***

| Company | Estimation Period | Abnormal Stock Price Return | t-statistic for Abnormal Stock Price Return[3] | | 1-Day Market Adjusted Stock Price Reaction[4,5] |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | | (5) |
| ***November 17, 2015:** "On November 17, 2015, after the close of trading, Qualcomm issued a press release disclosing that it had recently received the KFTC Case Examiner's Report, which stated that Qualcomm suppressed market competition by excluding competitors." ¶212* | | | | | |
| InterDigital (IDCC US Equity) | 02/01/2011-01/31/2012 | (0.02) | (0.43) | $ | (0.86) |
| Nokia (NOK US Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.29) | $ | (0.06) |
| Ericsson (ERIC US Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.56) | $ | (0.12) |
| Motorola (MSI US Equity) | 02/01/2011-01/31/2012 | 0.00 | 0.03 | $ | 0.03 |
| Panasonic (PCRFY US Equity) | 02/01/2011-01/31/2012 | (0.00) | (0.02) | $ | (0.00) |
| NTT (NTTYY US Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.87) | $ | (0.17) |
| Siemens (SIEGY US Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.85) | $ | (0.59) |
| Apple (AAPL US Equity) | 02/01/2011-01/31/2012 | 0.02 | 1.56 | $ | 0.50 |
| Alcatel-Lucent (ALU US Equity) | 02/01/2011-01/31/2012 | (0.02) | (0.50) | $ | (0.07) |
| Dolby Laboratories (DLB US Equity) | 02/01/2011-01/31/2012 | (0.00) | (0.04) | $ | (0.02) |
| Infineon (IFNNY US Equity) | 02/01/2011-01/31/2012 | 0.01 | 0.29 | $ | 0.08 |
| AT&T (T US Equity) | 02/01/2011-01/31/2012 | 0.00 | 0.03 | $ | 0.01 |
| Deutsche Telecom (DTEGY US Equity) | 02/01/2011-01/31/2012 | (0.00) | (0.18) | $ | (0.05) |
| Hewlett-Packard (HPQ US Equity) | 02/01/2011-01/31/2012 | 0.01 | 0.55 | $ | 0.15 |
| SK Telecom (SKM US Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.70) | $ | (0.41) |
| Telecom Italia (TIIAY US Equity) | 02/01/2011-01/31/2012 | (0.03) | (1.21) | $ | (0.31) |
| Vringo (XWEL US Equity) | 02/01/2011-01/31/2012 | 0.02 | 0.27 | $ | 4.03 |
| Samsung (005930 KS Equity) | 02/01/2011-01/31/2012 | 0.00 | 0.15 | ₩ | 89.12 |
| NEC (6701 JP Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.45) | ¥ | (45.99) |
| Sharp (6753 JP Equity) | 02/01/2011-01/31/2012 | (0.02) | (0.82) | ¥ | (21.26) |
| Mitsubishi Electric (6503 JP Equity) | 02/01/2011-01/31/2012 | 0.01 | 0.42 | ¥ | 15.53 |
| Fujitsu (6702 JP Equity) | 02/01/2011-01/31/2012 | 0.01 | 0.42 | ¥ | 54.89 |
| Toshiba (6502 JP Equity) | 02/01/2011-01/31/2012 | 0.02 | 0.59 | ¥ | 50.78 |
| ZTE (000063 CH Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.55) | CN¥ | (0.24) |
| ***December 8, 2015:** "[T]he European Commission announced that it had charged Qualcomm with illegal anti-competitive practices, including paying a major customer to use Qualcomm chips exclusively. ... On the same day, the Taiwan FTC announced that it was initiating an investigation into Qualcomm's licensing arrangements."¶216 [6]* | | | | | |
| InterDigital (IDCC US Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.18) | $ | (0.33) |
| Nokia (NOK US Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.30) | $ | (0.06) |
| Ericsson (ERIC US Equity) | 02/01/2011-01/31/2012 | (0.03) | (1.34) | $ | (0.28) |
| Motorola (MSI US Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.74) | $ | (0.60) |
| Panasonic (PCRFY US Equity) | 02/01/2011-01/31/2012 | (0.03) | (1.66) * | $ | (0.29) |
| NTT (NTTYY US Equity) | 02/01/2011-01/31/2012 | (0.00) | (0.17) | $ | (0.03) |
| Siemens (SIEGY US Equity) | 02/01/2011-01/31/2012 | (0.02) | (1.21) | $ | (0.85) |
| Apple (AAPL US Equity) | 02/01/2011-01/31/2012 | (0.00) | (0.05) | $ | (0.01) |
| Alcatel-Lucent (ALU US Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.25) | $ | (0.04) |
| Dolby Laboratories (DLB US Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.43) | $ | (0.32) |
| Infineon (IFNNY US Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.43) | $ | (0.13) |
| AT&T (T US Equity) | 02/01/2011-01/31/2012 | (0.01) | (1.44) | $ | (0.31) |
| Deutsche Telecom (DTEGY US Equity) | 02/01/2011-01/31/2012 | (0.02) | (0.92) | $ | (0.28) |
| Hewlett-Packard (HPQ US Equity) | 02/01/2011-01/31/2012 | 0.01 | 0.34 | $ | 0.08 |
| SK Telecom (SKM US Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.63) | $ | (0.37) |
| Telecom Italia (TIIAY US Equity) | 02/01/2011-01/31/2012 | (0.02) | (0.94) | $ | (0.25) |
| Vringo (XWEL US Equity) | 02/01/2011-01/31/2012 | (0.11) | (1.49) | $ | (16.82) |
| Samsung (005930 KS Equity) | 02/01/2011-01/31/2012 | (0.00) | (0.00) | ₩ | 4.01 |
| NEC (6701 JP Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.40) | ¥ | (39.22) |
| Sharp (6753 JP Equity) | 02/01/2011-01/31/2012 | (0.02) | (1.01) | ¥ | (27.93) |

PX32

**Exhibit 11a**
**Qualcomm Incorporated**
**Price Reaction Summary for Select Licensor Peers**[1]
***Using the Daily Logarithmic Returns of the S&P North American Technology Sector Index as Predictor*** [2]
***and Using the Year Prior to the Effective Start Date of the Class Period as Estimation Period***

| Company (1) | Estimation Period (2) | Abnormal Stock Price Return (3) | t-statistic for Abnormal Stock Price Return[3] (4) | 1-Day Market Adjusted Stock Price Reaction[4,5] (5) |
|---|---|---|---|---|
| Mitsubishi Electric (6503 JP Equity) | 02/01/2011-01/31/2012 | (0.02) | (0.83) | ¥ (30.21) |
| Fujitsu (6702 JP Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.64) | ¥ (88.64) |
| Toshiba (6502 JP Equity) | 02/01/2011-01/31/2012 | (0.03) | (0.96) | ¥ (80.76) |
| ZTE (000063 CH Equity) | 02/01/2011-01/31/2012 | (0.03) | (1.09) | CN¥ (0.46) |
| ***January 17, 2017:*** *"[D]uring market hours, media reports began to circulate that the FTC had commenced an antitrust enforcement action against Qualcomm for 'using unfair practices in the way it licenses its technology.'" ¶224* | | | | |
| InterDigital (IDCC US Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.32) | $ (1.10) |
| Nokia (NOK US Equity) | 02/01/2011-01/31/2012 | 0.01 | 0.29 | $ 0.04 |
| Ericsson (ERIC US Equity) | 02/01/2011-01/31/2012 | 0.02 | 1.10 | $ 0.15 |
| Motorola (MSI US Equity) | 02/01/2011-01/31/2012 | (0.01) | (1.27) | $ (1.21) |
| Panasonic (PCRFY US Equity) | 02/01/2011-01/31/2012 | 0.00 | 0.11 | $ 0.02 |
| NTT (NTTYY US Equity) | 02/01/2011-01/31/2012 | 0.00 | 0.40 | $ 0.09 |
| Siemens (SIEGY US Equity) | 02/01/2011-01/31/2012 | 0.02 | 1.22 | $ 1.08 |
| Apple (AAPL US Equity) | 02/01/2011-01/31/2012 | 0.01 | 1.04 | $ 0.35 |
| Alcatel-Lucent (ALU US Equity) [7] | N/A | N/A | N/A | $ N/A |
| Dolby Laboratories (DLB US Equity) | 02/01/2011-01/31/2012 | 0.01 | 0.60 | $ 0.68 |
| Infineon (IFNNY US Equity) | 02/01/2011-01/31/2012 | 0.01 | 0.27 | $ 0.10 |
| AT&T (T US Equity) | 02/01/2011-01/31/2012 | 0.01 | 0.78 | $ 0.20 |
| Deutsche Telecom (DTEGY US Equity) | 02/01/2011-01/31/2012 | 0.01 | 0.59 | $ 0.18 |
| Hewlett-Packard (HPQ US Equity) | 02/01/2011-01/31/2012 | (0.00) | (0.20) | $ (0.06) |
| SK Telecom (SKM US Equity) | 02/01/2011-01/31/2012 | 0.01 | 0.59 | $ 0.35 |
| Telecom Italia (TIIAY US Equity) | 02/01/2011-01/31/2012 | (0.00) | (0.06) | $ (0.01) |
| Vringo (XWEL US Equity) | 02/01/2011-01/31/2012 | (0.04) | (0.53) | $ (4.53) |
| Samsung (005930 KS Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.56) | ₩ (429.68) |
| NEC (6701 JP Equity) | 02/01/2011-01/31/2012 | (0.03) | (0.99) | ¥ (79.12) |
| Sharp (6753 JP Equity) | 02/01/2011-01/31/2012 | (0.06) | (2.81) ** | ¥ (176.50) |
| Mitsubishi Electric (6503 JP Equity) | 02/01/2011-01/31/2012 | (0.02) | (0.60) | ¥ (25.83) |
| Fujitsu (6702 JP Equity) | 02/01/2011-01/31/2012 | (0.02) | (0.94) | ¥ (132.79) |
| Toshiba (6502 JP Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.49) | ¥ (37.50) |
| ZTE (000063 CH Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.25) | CN¥ (0.08) |
| ***January 20, 2017:*** *"In the last hour of trading, on January 20, 2017, it was disclosed that Qualcomm's largest customer, Apple, filed a lawsuit against Qualcomm in the Northern District of California asserting that the Company used its monopoly position to seek onerous, unreasonable, and costly terms for its technology licenses." ¶228* | | | | |
| InterDigital (IDCC US Equity) | 02/01/2011-01/31/2012 | (0.00) | (0.06) | $ (0.16) |
| Nokia (NOK US Equity) | 02/01/2011-01/31/2012 | 0.00 | 0.05 | $ 0.01 |
| Ericsson (ERIC US Equity) | 02/01/2011-01/31/2012 | 0.00 | 0.16 | $ 0.02 |
| Motorola (MSI US Equity) | 02/01/2011-01/31/2012 | 0.00 | 0.16 | $ 0.16 |
| Panasonic (PCRFY US Equity) | 02/01/2011-01/31/2012 | 0.02 | 0.95 | $ 0.16 |
| NTT (NTTYY US Equity) | 02/01/2011-01/31/2012 | 0.01 | 0.80 | $ 0.19 |
| Siemens (SIEGY US Equity) | 02/01/2011-01/31/2012 | 0.00 | 0.30 | $ 0.27 |
| Apple (AAPL US Equity) | 02/01/2011-01/31/2012 | (0.00) | (0.27) | $ (0.09) |
| Alcatel-Lucent (ALU US Equity) [7] | N/A | N/A | N/A | $ N/A |
| Dolby Laboratories (DLB US Equity) | 02/01/2011-01/31/2012 | 0.00 | 0.01 | $ 0.03 |
| Infineon (IFNNY US Equity) | 02/01/2011-01/31/2012 | 0.00 | 0.06 | $ 0.02 |
| AT&T (T US Equity) | 02/01/2011-01/31/2012 | 0.01 | 1.01 | $ 0.26 |
| Deutsche Telecom (DTEGY US Equity) | 02/01/2011-01/31/2012 | 0.01 | 0.62 | $ 0.19 |
| Hewlett-Packard (HPQ US Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.60) | $ (0.17) |
| SK Telecom (SKM US Equity) | 02/01/2011-01/31/2012 | 0.00 | 0.11 | $ 0.07 |

# Exhibit 11a
# Qualcomm Incorporated
## Price Reaction Summary for Select Licensor Peers[1]
### *Using the Daily Logarithmic Returns of the S&P North American Technology Sector Index as Predictor*[2] *and Using the Year Prior to the Effective Start Date of the Class Period as Estimation Period*

| Company | Estimation Period | Abnormal Stock Price Return | t-statistic for Abnormal Stock Price Return[3] | 1-Day Market Adjusted Stock Price Reaction[4,5] |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| Telecom Italia (TIIAY US Equity) | 02/01/2011-01/31/2012 | 0.00 | 0.12 | $ 0.02 |
| Vringo (XWEL US Equity) | 02/01/2011-01/31/2012 | 0.05 | 0.76 | $ 7.20 |
| Samsung (005930 KS Equity) | 02/01/2011-01/31/2012 | (0.01) | (0.44) | ₩ (342.29) |
| NEC (6701 JP Equity) | 02/01/2011-01/31/2012 | 0.00 | 0.19 | ¥ 16.75 |
| Sharp (6753 JP Equity) | 02/01/2011-01/31/2012 | 0.00 | 0.18 | ¥ 12.10 |
| Mitsubishi Electric (6503 JP Equity) | 02/01/2011-01/31/2012 | 0.03 | 0.98 | ¥ 44.92 |
| Fujitsu (6702 JP Equity) | 02/01/2011-01/31/2012 | 0.01 | 0.49 | ¥ 72.68 |
| Toshiba (6502 JP Equity) | 02/01/2011-01/31/2012 | 0.02 | 0.65 | ¥ 46.36 |
| ZTE (000063 CH Equity) | 02/01/2011-01/31/2012 | 0.01 | 0.42 | CN¥ 0.15 |

**Notes and Sources:**

Price data obtained from Bloomberg L.P. References are from the Consolidated Class Action Complaint ("Complaint") dated July 3, 2017.

[1] Selected peers obtained from footnote 7 of the Expert Declaration of Bruce G. Bernstein dated July 22, 2022. The footnote mentions 28 major licensor companies, excluding Qualcomm. Huawei, Nortel Networks, Wi-Lan, and Thomson Licensing are private companies and/or lack sufficient price data are thus excluded from this analysis.

[2] Returns are predicted using a regression of the returns of the peers on the returns of the S&P North American Technology Sector Index for the one year period preceding the start of the Class Period. The Complaint alleges a Class Period from February 1, 2012 to January 20, 2017. As the final disclosure occurred during market hours on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017. For purposes of calculating 1-trading-day returns for companies trading on foreign stock exchanges, the date series of the S&P North American Technology Sector Index is used. For more information, see Exhibit 11c.

[3] Abnormal return t-statistics are calculated as the daily abnormal return divided by the standard error of the regression over the estimation period. Two stars (**) represent significance at the 5% level and one star (*) represents significance at the 10% level.

[4] Calculated using the following formula: -[1-exp((cumulative abnormal return) + $s^2 \times N/2$)] × (closing price on the date prior to each disclosure), where "s" represents the standard error of the aforementioned regression, and "N" equals one.

[5] To account for potential issues arising from multiple comparisons of the data, a Holm-Bonferroni correction was used to check whether the cumulative abnormal return (and consequently the cumulative abnormal price reaction) was statistically significant at the 5% level under adjusted Holm-Bonferroni t-statistic (or p-value) thresholds. Two stars (**) represent significance at the (adjusted) 5% level and one star (*) represents significance at the (adjusted) 10% level.

[6] A *Reuters* news story, titled "EU accuses Qualcomm of using market power to hinder rivals," was published at 7:46 AM ET on December 8, 2015.

[7] Alcatel-Lucent stock was delisted on February 25, 2016.

PX32

**Exhibit 11b**
**Qualcomm Incorporated**
**Price Reaction Summary for Select Licensor Peers[1]**
***Using the Daily Logarithmic Returns of the S&P North American Technology Sector Index as Predictor[2] and Using the Calendar Years Preceding Each Year in the Class Period as the Estimation Period***

| Company (1) | Estimation Period (2) | Abnormal Stock Price Return (3) | t-statistic for Abnormal Stock Price Return[3] (4) | 1-Day Market Adjusted Stock Price Reaction[4,5] (5) |
|---|---|---|---|---|
| ***November 17, 2015:*** *"On November 17, 2015, after the close of trading, Qualcomm issued a press release disclosing that it had recently received the KFTC Case Examiner's Report, which stated that Qualcomm suppressed market competition by excluding competitors." ¶212* | | | | |
| InterDigital (IDCC US Equity) | 01/02/2014-12/31/2014 | (0.02) | (0.87) | $ (0.89) |
| Nokia (NOK US Equity) | 01/02/2014-12/31/2014 | (0.01) | (0.54) | $ (0.07) |
| Ericsson (ERIC US Equity) | 01/02/2014-12/31/2014 | (0.01) | (0.49) | $ (0.05) |
| Motorola (MSI US Equity) | 01/02/2014-12/31/2014 | 0.00 | 0.34 | $ 0.22 |
| Panasonic (PCRFY US Equity) | 01/02/2014-12/31/2014 | (0.00) | (0.12) | $ (0.02) |
| NTT (NTTYY US Equity) | 01/02/2014-12/31/2014 | (0.01) | (0.83) | $ (0.19) |
| Siemens (SIEGY US Equity) | 01/02/2014-12/31/2014 | (0.00) | (0.35) | $ (0.17) |
| Apple (AAPL US Equity) | 01/02/2014-12/31/2014 | 0.02 | 1.55 | $ 0.54 |
| Alcatel-Lucent (ALU US Equity) | 01/02/2014-12/31/2014 | (0.01) | (0.51) | $ (0.04) |
| Dolby Laboratories (DLB US Equity) | 01/02/2014-12/31/2014 | 0.00 | 0.36 | $ 0.13 |
| Infineon (IFNNY US Equity) | 01/02/2014-12/31/2014 | 0.01 | 1.07 | $ 0.18 |
| AT&T (T US Equity) | 01/02/2014-12/31/2014 | 0.00 | 0.29 | $ 0.06 |
| Deutsche Telecom (DTEGY US Equity) | 01/02/2014-12/31/2014 | 0.00 | 0.02 | $ 0.01 |
| Hewlett-Packard (HPQ US Equity) | 01/02/2014-12/31/2014 | 0.01 | 0.91 | $ 0.15 |
| SK Telecom (SKM US Equity) | 01/02/2014-12/31/2014 | (0.01) | (0.67) | $ (0.38) |
| Telecom Italia (TIIAY US Equity) | 01/02/2014-12/31/2014 | (0.02) | (1.11) | $ (0.26) |
| Vringo (XWEL US Equity) | 01/02/2014-12/31/2014 | 0.02 | 0.20 | $ 4.28 |
| Samsung (005930 KS Equity) | 01/03/2014-12/30/2014 | 0.01 | 0.44 | ₩ 181.76 |
| NEC (6701 JP Equity) | 01/07/2014-12/30/2014 | (0.02) | (0.73) | ¥ (65.12) |
| Sharp (6753 JP Equity) | 01/07/2014-12/30/2014 | (0.02) | (0.79) | ¥ (19.25) |
| Mitsubishi Electric (6503 JP Equity) | 01/07/2014-12/30/2014 | 0.01 | 0.54 | ¥ 13.97 |
| Fujitsu (6702 JP Equity) | 01/07/2014-12/30/2014 | 0.01 | 0.48 | ¥ 61.29 |
| Toshiba (6502 JP Equity) | 01/07/2014-12/30/2014 | 0.02 | 1.10 | ¥ 51.69 |
| ZTE (000063 CH Equity) | 01/02/2014-12/31/2014 | (0.02) | (0.97) | CN¥ (0.34) |
| ***December 8, 2015:*** *"[T]he European Commission announced that it had charged Qualcomm with illegal anti-competitive practices, including paying a major customer to use Qualcomm chips exclusively. ... On the same day, the Taiwan FTC announced that it was initiating an investigation into Qualcomm's licensing arrangements."¶216[6]* | | | | |
| InterDigital (IDCC US Equity) | 01/02/2014-12/31/2014 | (0.01) | (0.52) | $ (0.52) |
| Nokia (NOK US Equity) | 01/02/2014-12/31/2014 | (0.01) | (0.67) | $ (0.08) |
| Ericsson (ERIC US Equity) | 01/02/2014-12/31/2014 | (0.03) | (2.69) ** | $ (0.29) |
| Motorola (MSI US Equity) | 01/02/2014-12/31/2014 | (0.01) | (0.88) | $ (0.54) |
| Panasonic (PCRFY US Equity) | 01/02/2014-12/31/2014 | (0.03) | (1.74) * | $ (0.31) |
| NTT (NTTYY US Equity) | 01/02/2014-12/31/2014 | (0.00) | (0.08) | $ (0.02) |
| Siemens (SIEGY US Equity) | 01/02/2014-12/31/2014 | (0.02) | (1.77) * | $ (0.89) |
| Apple (AAPL US Equity) | 01/02/2014-12/31/2014 | (0.00) | (0.03) | $ (0.01) |
| Alcatel-Lucent (ALU US Equity) | 01/02/2014-12/31/2014 | (0.01) | (0.52) | $ (0.05) |
| Dolby Laboratories (DLB US Equity) | 01/02/2014-12/31/2014 | (0.01) | (1.20) | $ (0.42) |
| Infineon (IFNNY US Equity) | 01/02/2014-12/31/2014 | (0.01) | (0.73) | $ (0.15) |
| AT&T (T US Equity) | 01/02/2014-12/31/2014 | (0.01) | (1.36) | $ (0.29) |
| Deutsche Telecom (DTEGY US Equity) | 01/02/2014-12/31/2014 | (0.02) | (1.37) | $ (0.29) |
| Hewlett-Packard (HPQ US Equity) | 01/02/2014-12/31/2014 | 0.00 | 0.28 | $ 0.04 |
| SK Telecom (SKM US Equity) | 01/02/2014-12/31/2014 | (0.01) | (0.72) | $ (0.41) |
| Telecom Italia (TIIAY US Equity) | 01/02/2014-12/31/2014 | (0.02) | (1.13) | $ (0.27) |
| Vringo (XWEL US Equity) | 01/02/2014-12/31/2014 | (0.10) | (1.05) | $ (15.38) |
| Samsung (005930 KS Equity) | 01/03/2014-12/30/2014 | (0.00) | (0.01) | ₩ (2.70) |
| NEC (6701 JP Equity) | 01/07/2014-12/30/2014 | (0.01) | (0.64) | ¥ (55.43) |
| Sharp (6753 JP Equity) | 01/07/2014-12/30/2014 | (0.02) | (1.11) | ¥ (28.87) |
| Mitsubishi Electric (6503 JP Equity) | 01/07/2014-12/30/2014 | (0.02) | (1.25) | ¥ (32.35) |

PX32

**Exhibit 11b**
**Qualcomm Incorporated**
**Price Reaction Summary for Select Licensor Peers[1]**
***Using the Daily Logarithmic Returns of the S&P North American Technology Sector Index as Predictor [2]***
***and Using the Calendar Years Preceding Each Year in the Class Period as the Estimation Period***

| Company | Estimation Period | Abnormal Stock Price Return | t-statistic for Abnormal Stock Price Return[3] | 1-Day Market Adjusted Stock Price Reaction[4,5] |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| Fujitsu (6702 JP Equity) | 01/07/2014-12/30/2014 | (0.02) | (0.78) | ¥ (105.31) |
| Toshiba (6502 JP Equity) | 01/07/2014-12/30/2014 | (0.03) | (1.93) * | ¥ (91.91) |
| ZTE (000063 CH Equity) | 01/02/2014-12/31/2014 | (0.03) | (1.49) | CN¥ (0.51) |

***January 17, 2017:*** *"[D]uring market hours, media reports began to circulate that the FTC had commenced an antitrust enforcement action against Qualcomm for 'using unfair practices in the way it licenses its technology.'" ¶224*

| Company | Estimation Period | Abnormal Stock Price Return | t-statistic for Abnormal Stock Price Return | 1-Day Market Adjusted Stock Price Reaction |
|---|---|---|---|---|
| InterDigital (IDCC US Equity) | 01/04/2016-12/30/2016 | (0.02) | (1.16) | $ (1.63) |
| Nokia (NOK US Equity) | 01/04/2016-12/30/2016 | 0.00 | 0.25 | $ 0.02 |
| Ericsson (ERIC US Equity) | 01/04/2016-12/30/2016 | 0.02 | 1.00 | $ 0.14 |
| Motorola (MSI US Equity) | 01/04/2016-12/30/2016 | (0.02) | (1.42) | $ (1.29) |
| Panasonic (PCRFY US Equity) | 01/04/2016-12/30/2016 | 0.00 | 0.05 | $ 0.01 |
| NTT (NTTYY US Equity) | 01/04/2016-12/30/2016 | 0.01 | 0.38 | $ 0.12 |
| Siemens (SIEGY US Equity) | 01/04/2016-12/30/2016 | 0.01 | 0.96 | $ 0.77 |
| Apple (AAPL US Equity) | 01/04/2016-12/30/2016 | 0.01 | 1.24 | $ 0.41 |
| Alcatel-Lucent (ALU US Equity) [7] | N/A | N/A | N/A | $ N/A |
| Dolby Laboratories (DLB US Equity) | 01/04/2016-12/30/2016 | 0.01 | 0.55 | $ 0.39 |
| Infineon (IFNNY US Equity) | 01/04/2016-12/30/2016 | 0.00 | 0.11 | $ 0.03 |
| AT&T (T US Equity) | 01/04/2016-12/30/2016 | 0.00 | 0.52 | $ 0.14 |
| Deutsche Telecom (DTEGY US Equity) | 01/04/2016-12/30/2016 | 0.01 | 0.82 | $ 0.16 |
| Hewlett-Packard (HPQ US Equity) | 01/04/2016-12/30/2016 | (0.01) | (0.42) | $ (0.10) |
| SK Telecom (SKM US Equity) | 01/04/2016-12/30/2016 | 0.01 | 0.73 | $ 0.34 |
| Telecom Italia (TIIAY US Equity) | 01/04/2016-12/30/2016 | 0.00 | 0.02 | $ 0.01 |
| Vringo (XWEL US Equity) | 01/04/2016-12/30/2016 | (0.04) | (0.71) | $ (4.69) |
| Samsung (005930 KS Equity) | 01/05/2016-12/29/2016 | (0.01) | (0.80) | ₩ (492.09) |
| NEC (6701 JP Equity) | 01/05/2016-12/30/2016 | (0.03) | (1.11) | ¥ (85.92) |
| Sharp (6753 JP Equity) | 01/05/2016-12/30/2016 | (0.06) | (1.51) | ¥ (182.50) |
| Mitsubishi Electric (6503 JP Equity) | 01/05/2016-12/30/2016 | (0.02) | (0.72) | ¥ (28.69) |
| Fujitsu (6702 JP Equity) | 01/05/2016-12/30/2016 | (0.02) | (0.73) | ¥ (135.72) |
| Toshiba (6502 JP Equity) | 01/05/2016-12/30/2016 | (0.02) | (0.51) | ¥ (48.03) |
| ZTE (000063 CH Equity) | 01/04/2016-12/30/2016 | (0.00) | (0.20) | CN¥ (0.06) |

***January 20, 2017:*** *"In the last hour of trading, on January 20, 2017, it was disclosed that Qualcomm's largest customer, Apple, filed a lawsuit against Qualcomm in the Northern District of California asserting that the Company used its monopoly position to seek onerous, unreasonable, and costly terms for its technology licenses." ¶228*

| Company | Estimation Period | Abnormal Stock Price Return | t-statistic for Abnormal Stock Price Return | 1-Day Market Adjusted Stock Price Reaction |
|---|---|---|---|---|
| InterDigital (IDCC US Equity) | 01/04/2016-12/30/2016 | (0.00) | (0.25) | $ (0.35) |
| Nokia (NOK US Equity) | 01/04/2016-12/30/2016 | 0.00 | 0.11 | $ 0.01 |
| Ericsson (ERIC US Equity) | 01/04/2016-12/30/2016 | 0.01 | 0.29 | $ 0.04 |
| Motorola (MSI US Equity) | 01/04/2016-12/30/2016 | 0.00 | 0.25 | $ 0.24 |
| Panasonic (PCRFY US Equity) | 01/04/2016-12/30/2016 | 0.01 | 0.65 | $ 0.13 |
| NTT (NTTYY US Equity) | 01/04/2016-12/30/2016 | 0.01 | 0.56 | $ 0.18 |
| Siemens (SIEGY US Equity) | 01/04/2016-12/30/2016 | 0.00 | 0.37 | $ 0.30 |
| Apple (AAPL US Equity) | 01/04/2016-12/30/2016 | (0.00) | (0.22) | $ (0.07) |
| Alcatel-Lucent (ALU US Equity) [7] | N/A | N/A | N/A | $ N/A |
| Dolby Laboratories (DLB US Equity) | 01/04/2016-12/30/2016 | (0.00) | (0.04) | $ (0.03) |
| Infineon (IFNNY US Equity) | 01/04/2016-12/30/2016 | 0.00 | 0.16 | $ 0.04 |
| AT&T (T US Equity) | 01/04/2016-12/30/2016 | 0.01 | 1.00 | $ 0.28 |
| Deutsche Telecom (DTEGY US Equity) | 01/04/2016-12/30/2016 | 0.01 | 0.96 | $ 0.19 |
| Hewlett-Packard (HPQ US Equity) | 01/04/2016-12/30/2016 | (0.01) | (0.88) | $ (0.21) |
| SK Telecom (SKM US Equity) | 01/04/2016-12/30/2016 | 0.00 | 0.02 | $ 0.01 |
| Telecom Italia (TIIAY US Equity) | 01/04/2016-12/30/2016 | 0.00 | 0.08 | $ 0.02 |

**Exhibit 11b**
**Qualcomm Incorporated**
**Price Reaction Summary for Select Licensor Peers[1]**
***Using the Daily Logarithmic Returns of the S&P North American Technology Sector Index as Predictor [2] and Using the Calendar Years Preceding Each Year in the Class Period as the Estimation Period***

| Company | Estimation Period | Abnormal Stock Price Return | t-statistic for Abnormal Stock Price Return[3] | 1-Day Market Adjusted Stock Price Reaction[4,5] |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| Vringo (XWEL US Equity) | 01/04/2016-12/30/2016 | 0.05 | 1.04 | $ 7.18 |
| Samsung (005930 KS Equity) | 01/05/2016-12/29/2016 | (0.01) | (0.57) | ₩ (359.26) |
| NEC (6701 JP Equity) | 01/05/2016-12/30/2016 | 0.00 | 0.13 | ¥ 11.01 |
| Sharp (6753 JP Equity) | 01/05/2016-12/30/2016 | (0.00) | (0.05) | ¥ (3.65) |
| Mitsubishi Electric (6503 JP Equity) | 01/05/2016-12/30/2016 | 0.02 | 0.92 | ¥ 38.98 |
| Fujitsu (6702 JP Equity) | 01/05/2016-12/30/2016 | 0.01 | 0.27 | ¥ 54.90 |
| Toshiba (6502 JP Equity) | 01/05/2016-12/30/2016 | 0.01 | 0.37 | ¥ 33.62 |
| ZTE (000063 CH Equity) | 01/04/2016-12/30/2016 | 0.01 | 0.35 | CN¥ 0.12 |

**Notes and Sources:**
Price data obtained from Bloomberg L.P. References are from the Consolidated Class Action Complaint ("Complaint") dated July 3, 2017.

[1] Selected peers obtained from footnote 7 of the Expert Declaration of Bruce G. Bernstein dated July 22, 2022. The footnote mentions 28 major licensor companies, excluding Qualcomm. Huawei, Nortel Networks, Wi-Lan, and Thomson Licensing are private companies and/or lack sufficient price data are thus excluded from this analysis.

[2] Returns are predicted using a regression of the returns of the peers on the returns of the S&P North American Technology Sector Index for the one calendar year period preceding each year in the Class Period. The Complaint alleges a Class Period from February 1, 2012 to January 20, 2017. As the final disclosure occurred during market hours on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017. Corrective disclosure dates are removed from the regression periods. For purposes of calculating 1-trading-day returns for companies trading on foreign stock exchanges, the date series of the S&P North American Technology Sector Index is used. For more information, see Exhibit 11c.

[3] Abnormal return t-statistics are calculated as the daily abnormal return divided by the standard error of the regression over the estimation period. Two stars (**) represent significance at the 5% level and one star (*) represents significance at the 10% level.

[4] Calculated using the following formula: -[1-exp((cumulative abnormal return) + $s^2 \times N/2$)] × (closing price on the date prior to each disclosure), where "s" represents the standard error of the aforementioned regression, and "N" equals one.

[5] To account for potential issues arising from multiple comparisons of the data, a Holm-Bonferroni correction was used to check whether the cumulative abnormal return (and consequently the cumulative abnormal price reaction) was statistically significant at the 5% level under adjusted Holm-Bonferroni t-statistic (or p-value) thresholds. Two stars (**) represent significance at the (adjusted) 5% level and one star (*) represents significance at the (adjusted) 10% level.

[6] A *Reuters* news story, titled "EU accuses Qualcomm of using market power to hinder rivals," was published at 7:46 AM ET on December 8, 2015.

[7] Alcatel-Lucent stock was delisted on February 25, 2016.

**Exhibit 11c**
**Qualcomm Incorporated**
**Summary of Statistical Models of Daily Logarithmic Returns of Selected Licensor Peers' Common Stock[1]**
**Class Period: February 1, 2012 to January 19, 2017[2]**
**Using the Daily Logarithmic Returns of the S&P North American Technology Sector Index**

| Company | Estimation Period | Constant[3] | S&P North American Technology Sector Index[4] | R-Squared[5] | Adjusted R-Squared[6] | Standard Error[7] | Number of Observations |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| ***Estimation Period: Year Prior to the Effective Start Date of the Class Period*** | | | | | | | |
| InterDigital (IDCC US Equity) | 02/01/2011-01/31/2012 | (0.00) | **1.26** | 19.36% | 19.04% | 0.04 | 252 |
| Nokia (NOK US Equity) | 02/01/2011-01/31/2012 | (0.00) | **1.25** | 30.23% | 29.95% | 0.03 | 252 |
| Ericsson (ERIC US Equity) | 02/01/2011-01/31/2012 | (0.00) | **1.32** | 46.84% | 46.62% | 0.02 | 252 |
| Motorola (MSI US Equity) | 02/01/2011-01/31/2012 | 0.00 | **0.75** | 50.43% | 50.23% | 0.01 | 252 |
| Panasonic (PCRFY US Equity) | 02/01/2011-01/31/2012 | **(0.00)** | **0.71** | 33.39% | 33.12% | 0.02 | 252 |
| NTT (NTTYY US Equity) | 02/01/2011-01/31/2012 | 0.00 | **0.27** | 14.68% | 14.34% | 0.01 | 252 |
| Siemens (SIEGY US Equity) | 02/01/2011-01/31/2012 | (0.00) | **1.33** | 68.88% | 68.75% | 0.01 | 252 |
| Apple (AAPL US Equity) | 02/01/2011-01/31/2012 | 0.00 | **0.78** | 54.96% | 54.78% | 0.01 | 252 |
| Alcatel-Lucent (ALU US Equity) | 02/01/2011-01/31/2012 | (0.00) | **2.02** | 40.22% | 39.98% | 0.04 | 252 |
| Dolby Laboratories (DLB US Equity) | 02/01/2011-01/31/2012 | (0.00) | **1.02** | 33.62% | 33.35% | 0.02 | 252 |
| Infineon (IFNNY US Equity) | 02/01/2011-01/31/2012 | (0.00) | **1.59** | 59.90% | 59.74% | 0.02 | 252 |
| AT&T (T US Equity) | 02/01/2011-01/31/2012 | 0.00 | **0.49** | 47.06% | 46.85% | 0.01 | 252 |
| Deutsche Telecom (DTEGY US Equity) | 02/01/2011-01/31/2012 | (0.00) | **0.99** | 45.08% | 44.86% | 0.02 | 252 |
| Hewlett-Packard (HPQ US Equity) | 02/01/2011-01/31/2012 | (0.00) | **1.11** | 43.93% | 43.70% | 0.02 | 252 |
| SK Telecom (SKM US Equity) | 02/01/2011-01/31/2012 | (0.00) | **0.51** | 19.70% | 19.38% | 0.02 | 252 |
| Telecom Italia (TIIAY US Equity) | 02/01/2011-01/31/2012 | (0.00) | **1.18** | 43.77% | 43.54% | 0.02 | 252 |
| Vringo (XWEL US Equity) | 02/01/2011-01/31/2012 | (0.00) | **0.63** | 1.96% | 1.57% | 0.07 | 250 |
| Samsung (005930 KS Equity) | 02/01/2011-01/31/2012 | 0.00 | **0.31** | 5.02% | 4.60% | 0.02 | 228 |
| NEC (6701 JP Equity) | 02/01/2011-01/31/2012 | (0.00) | 0.10 | 0.41% | -0.04% | 0.03 | 224 |
| Sharp (6753 JP Equity) | 02/01/2011-01/31/2012 | (0.00) | 0.16 | 1.32% | 0.88% | 0.02 | 224 |
| Mitsubishi Electric (6503 JP Equity) | 02/01/2011-01/31/2012 | (0.00) | 0.21 | 1.48% | 1.03% | 0.03 | 224 |
| Fujitsu (6702 JP Equity) | 02/01/2011-01/31/2012 | (0.00) | **0.18** | 1.80% | 1.36% | 0.02 | 224 |
| Toshiba (6502 JP Equity) | 02/01/2011-01/31/2012 | (0.00) | **0.42** | 5.40% | 4.97% | 0.03 | 224 |
| ZTE (000063 CH Equity) | 02/01/2011-01/31/2012 | (0.00) | (0.04) | 0.09% | -0.36% | 0.02 | 221 |
| ***Estimation Period: 2011 Calendar Year*** | | | | | | | |
| InterDigital (IDCC US Equity) | 01/03/2011-12/30/2011 | 0.00 | **1.26** | 21.26% | 20.94% | 0.04 | 252 |
| Nokia (NOK US Equity) | 01/03/2011-12/30/2011 | (0.00) | **1.21** | 30.95% | 30.68% | 0.03 | 252 |
| Ericsson (ERIC US Equity) | 01/03/2011-12/30/2011 | (0.00) | **1.33** | 54.33% | 54.15% | 0.02 | 252 |
| Motorola (MSI US Equity) | 01/03/2011-12/30/2011 | 0.00 | **0.76** | 50.16% | 49.97% | 0.01 | 252 |
| Panasonic (PCRFY US Equity) | 01/03/2011-12/30/2011 | **(0.00)** | **0.70** | 34.72% | 34.46% | 0.02 | 252 |
| NTT (NTTYY US Equity) | 01/03/2011-12/30/2011 | 0.00 | **0.29** | 16.50% | 16.17% | 0.01 | 252 |
| Siemens (SIEGY US Equity) | 01/03/2011-12/30/2011 | (0.00) | **1.32** | 68.25% | 68.12% | 0.01 | 252 |

**Exhibit 11c**
**Qualcomm Incorporated**
**Summary of Statistical Models of Daily Logarithmic Returns of Selected Licensor Peers' Common Stock[1]**
**Class Period: February 1, 2012 to January 19, 2017[2]**
**Using the Daily Logarithmic Returns of the S&P North American Technology Sector Index**

| Company (1) | Estimation Period (2) | Constant[3] (3) | S&P North American Technology Sector Index[4] (4) | R-Squared[5] (5) | Adjusted R-Squared[6] (6) | Standard Error[7] (7) | Number of Observations (8) |
|---|---|---|---|---|---|---|---|
| Apple (AAPL US Equity) | 01/03/2011-12/30/2011 | 0.00 | **0.79** | 57.59% | 57.42% | 0.01 | 252 |
| Alcatel-Lucent (ALU US Equity) | 01/03/2011-12/30/2011 | (0.00) | **1.99** | 41.02% | 40.78% | 0.04 | 252 |
| Dolby Laboratories (DLB US Equity) | 01/03/2011-12/30/2011 | **(0.00)** | **0.98** | 32.86% | 32.59% | 0.02 | 252 |
| Infineon (IFNNY US Equity) | 01/03/2011-12/30/2011 | (0.00) | **1.58** | 58.31% | 58.15% | 0.02 | 252 |
| AT&T (T US Equity) | 01/03/2011-12/30/2011 | 0.00 | **0.49** | 45.46% | 45.24% | 0.01 | 252 |
| Deutsche Telecom (DTEGY US Equity) | 01/03/2011-12/30/2011 | (0.00) | **0.97** | 44.81% | 44.59% | 0.02 | 252 |
| Hewlett-Packard (HPQ US Equity) | 01/03/2011-12/30/2011 | (0.00) | **1.10** | 43.62% | 43.40% | 0.02 | 252 |
| SK Telecom (SKM US Equity) | 01/03/2011-12/30/2011 | (0.00) | **0.49** | 19.14% | 18.82% | 0.02 | 252 |
| Telecom Italia (TIIAY US Equity) | 01/03/2011-12/30/2011 | (0.00) | **1.19** | 45.06% | 44.85% | 0.02 | 252 |
| Vringo (XWEL US Equity) | 01/03/2011-12/30/2011 | (0.00) | **0.62** | 2.14% | 1.75% | 0.07 | 250 |
| Samsung (005930 KS Equity) | 01/04/2011-12/29/2011 | 0.00 | **0.30** | 4.73% | 4.32% | 0.02 | 231 |
| NEC (6701 JP Equity) | 01/05/2011-12/30/2011 | (0.00) | 0.11 | 0.49% | 0.04% | 0.03 | 224 |
| Sharp (6753 JP Equity) | 01/05/2011-12/30/2011 | (0.00) | 0.17 | 1.64% | 1.19% | 0.02 | 224 |
| Mitsubishi Electric (6503 JP Equity) | 01/05/2011-12/30/2011 | (0.00) | **0.21** | 1.84% | 1.39% | 0.02 | 224 |
| Fujitsu (6702 JP Equity) | 01/05/2011-12/30/2011 | (0.00) | **0.18** | 1.79% | 1.35% | 0.02 | 224 |
| Toshiba (6502 JP Equity) | 01/05/2011-12/30/2011 | (0.00) | **0.42** | 5.60% | 5.18% | 0.03 | 224 |
| ZTE (000063 CH Equity) | 01/05/2011-12/30/2011 | (0.00) | (0.02) | 0.02% | -0.43% | 0.02 | 227 |
| ***Estimation Period: 2012 Calendar Year*** | | | | | | | |
| InterDigital (IDCC US Equity) | 01/03/2012-12/31/2012 | (0.00) | **1.01** | 9.37% | 9.00% | 0.03 | 250 |
| Nokia (NOK US Equity) | 01/03/2012-12/31/2012 | (0.00) | **1.72** | 16.08% | 15.74% | 0.04 | 250 |
| Ericsson (ERIC US Equity) | 01/03/2012-12/31/2012 | (0.00) | **1.06** | 25.31% | 25.01% | 0.02 | 250 |
| Motorola (MSI US Equity) | 01/03/2012-12/31/2012 | 0.00 | **0.74** | 30.95% | 30.67% | 0.01 | 250 |
| Panasonic (PCRFY US Equity) | 01/03/2012-12/31/2012 | (0.00) | **0.92** | 15.70% | 15.36% | 0.02 | 250 |
| NTT (NTTYY US Equity) | 01/03/2012-12/31/2012 | (0.00) | 0.12 | 1.52% | 1.12% | 0.01 | 250 |
| Siemens (SIEGY US Equity) | 01/03/2012-12/31/2012 | 0.00 | **0.98** | 46.45% | 46.23% | 0.01 | 250 |
| Apple (AAPL US Equity) | 01/03/2012-12/31/2012 | 0.00 | **1.13** | 37.96% | 37.71% | 0.01 | 250 |
| Alcatel-Lucent (ALU US Equity) | 01/03/2012-12/31/2012 | (0.00) | **1.49** | 14.51% | 14.17% | 0.04 | 250 |
| Dolby Laboratories (DLB US Equity) | 01/03/2012-12/31/2012 | (0.00) | **0.67** | 7.66% | 7.28% | 0.02 | 250 |
| Infineon (IFNNY US Equity) | 01/03/2012-12/31/2012 | (0.00) | **1.49** | 31.06% | 30.78% | 0.02 | 250 |
| AT&T (T US Equity) | 01/03/2012-12/31/2012 | 0.00 | **0.38** | 17.88% | 17.54% | 0.01 | 250 |
| Deutsche Telecom (DTEGY US Equity) | 01/03/2012-12/31/2012 | (0.00) | **0.84** | 28.21% | 27.93% | 0.01 | 250 |
| Hewlett-Packard (HPQ US Equity) | 01/03/2012-12/31/2012 | **(0.00)** | **1.14** | 24.94% | 24.64% | 0.02 | 250 |
| SK Telecom (SKM US Equity) | 01/03/2012-12/31/2012 | 0.00 | **0.39** | 7.90% | 7.53% | 0.01 | 250 |

**Exhibit 11c**
**Qualcomm Incorporated**
**Summary of Statistical Models of Daily Logarithmic Returns of Selected Licensor Peers' Common Stock[1]**
**Class Period: February 1, 2012 to January 19, 2017[2]**
**Using the Daily Logarithmic Returns of the S&P North American Technology Sector Index**

| Company | Estimation Period | Constant[3] | S&P North American Technology Sector Index[4] | R-Squared[5] | Adjusted R-Squared[6] | Standard Error[7] | Number of Observations |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| Telecom Italia (TIIAY US Equity) | 01/03/2012-12/31/2012 | (0.00) | **1.08** | 18.35% | 18.02% | 0.02 | 250 |
| Vringo (XWEL US Equity) | 01/03/2012-12/31/2012 | 0.00 | 0.59 | 0.44% | 0.03% | 0.09 | 250 |
| Samsung (005930 KS Equity) | 01/04/2012-12/28/2012 | 0.00 | **0.42** | 4.79% | 4.37% | 0.02 | 229 |
| NEC (6701 JP Equity) | 01/05/2012-12/28/2012 | 0.00 | 0.02 | 0.00% | -0.44% | 0.02 | 228 |
| Sharp (6753 JP Equity) | 01/05/2012-12/28/2012 | (0.00) | (0.08) | 0.03% | -0.41% | 0.05 | 228 |
| Mitsubishi Electric (6503 JP Equity) | 01/05/2012-12/28/2012 | 0.00 | **0.32** | 2.23% | 1.80% | 0.02 | 228 |
| Fujitsu (6702 JP Equity) | 01/05/2012-12/28/2012 | (0.00) | 0.21 | 1.04% | 0.60% | 0.02 | 228 |
| Toshiba (6502 JP Equity) | 01/05/2012-12/28/2012 | 0.00 | 0.24 | 1.30% | 0.87% | 0.02 | 228 |
| ZTE (000063 CH Equity) | 01/05/2012-12/31/2012 | (0.00) | (0.17) | 0.51% | 0.06% | 0.02 | 223 |
| ***Estimation Period: 2013 Calendar Year*** | | | | | | | |
| InterDigital (IDCC US Equity) | 01/02/2013-12/31/2013 | (0.00) | **1.12** | 14.30% | 13.96% | 0.02 | 252 |
| Nokia (NOK US Equity) | 01/02/2013-12/31/2013 | 0.00 | **1.31** | 10.29% | 9.93% | 0.03 | 252 |
| Ericsson (ERIC US Equity) | 01/02/2013-12/31/2013 | (0.00) | **0.86** | 17.76% | 17.43% | 0.01 | 252 |
| Motorola (MSI US Equity) | 01/02/2013-12/31/2013 | 0.00 | **0.63** | 17.68% | 17.35% | 0.01 | 252 |
| Panasonic (PCRFY US Equity) | 01/02/2013-12/31/2013 | 0.00 | **0.90** | 9.42% | 9.06% | 0.02 | 252 |
| NTT (NTTYY US Equity) | 01/02/2013-12/31/2013 | 0.00 | **0.26** | 2.38% | 1.99% | 0.01 | 252 |
| Siemens (SIEGY US Equity) | 01/02/2013-12/31/2013 | (0.00) | **0.85** | 27.95% | 27.67% | 0.01 | 252 |
| Apple (AAPL US Equity) | 01/02/2013-12/31/2013 | (0.00) | **0.91** | 15.46% | 15.12% | 0.02 | 252 |
| Alcatel-Lucent (ALU US Equity) | 01/02/2013-12/31/2013 | 0.00 | **1.53** | 11.90% | 11.54% | 0.03 | 252 |
| Dolby Laboratories (DLB US Equity) | 01/02/2013-12/31/2013 | 0.00 | **0.78** | 23.08% | 22.78% | 0.01 | 252 |
| Infineon (IFNNY US Equity) | 01/02/2013-12/31/2013 | (0.00) | **1.21** | 24.76% | 24.46% | 0.02 | 252 |
| AT&T (T US Equity) | 01/02/2013-12/31/2013 | (0.00) | **0.53** | 17.88% | 17.55% | 0.01 | 252 |
| Deutsche Telecom (DTEGY US Equity) | 01/02/2013-12/31/2013 | 0.00 | **0.83** | 18.82% | 18.50% | 0.01 | 252 |
| Hewlett-Packard (HPQ US Equity) | 01/02/2013-12/31/2013 | 0.00 | **0.99** | 10.62% | 10.27% | 0.02 | 252 |
| SK Telecom (SKM US Equity) | 01/02/2013-12/31/2013 | 0.00 | **0.48** | 5.17% | 4.80% | 0.02 | 252 |
| Telecom Italia (TIIAY US Equity) | 01/02/2013-12/31/2013 | (0.00) | **1.07** | 9.90% | 9.54% | 0.03 | 252 |
| Vringo (XWEL US Equity) | 01/02/2013-12/31/2013 | (0.00) | **0.53** | 2.17% | 1.78% | 0.03 | 252 |
| Samsung (005930 KS Equity) | 01/03/2013-12/30/2013 | (0.00) | 0.21 | 1.10% | 0.67% | 0.01 | 230 |
| NEC (6701 JP Equity) | 01/07/2013-12/30/2013 | 0.00 | 0.29 | 0.87% | 0.43% | 0.02 | 225 |
| Sharp (6753 JP Equity) | 01/07/2013-12/30/2013 | 0.00 | 0.21 | 0.15% | -0.30% | 0.04 | 225 |
| Mitsubishi Electric (6503 JP Equity) | 01/07/2013-12/30/2013 | 0.00 | 0.10 | 0.10% | -0.35% | 0.02 | 225 |
| Fujitsu (6702 JP Equity) | 01/07/2013-12/30/2013 | 0.00 | 0.16 | 0.28% | -0.17% | 0.02 | 225 |
| Toshiba (6502 JP Equity) | 01/07/2013-12/30/2013 | 0.00 | (0.14) | 0.23% | -0.21% | 0.02 | 225 |

**Exhibit 11c**
**Qualcomm Incorporated**
**Summary of Statistical Models of Daily Logarithmic Returns of Selected Licensor Peers' Common Stock[1]**
**Class Period: February 1, 2012 to January 19, 2017[2]**
**Using the Daily Logarithmic Returns of the S&P North American Technology Sector Index**

| Company | Estimation Period | Constant[3] | S&P North American Technology Sector Index[4] | R-Squared[5] | Adjusted R-Squared[6] | Standard Error[7] | Number of Observations |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| ZTE (000063 CH Equity) | 01/07/2013-12/31/2013 | (0.00) | 0.34 | 0.75% | 0.29% | 0.03 | 216 |
| ***Estimation Period: 2014 Calendar Year*** | | | | | | | |
| InterDigital (IDCC US Equity) | 01/02/2014-12/31/2014 | 0.00 | **1.08** | 19.61% | 19.29% | 0.02 | 252 |
| Nokia (NOK US Equity) | 01/02/2014-12/31/2014 | (0.00) | **1.14** | 26.55% | 26.26% | 0.02 | 252 |
| Ericsson (ERIC US Equity) | 01/02/2014-12/31/2014 | (0.00) | **0.85** | 30.55% | 30.27% | 0.01 | 252 |
| Motorola (MSI US Equity) | 01/02/2014-12/31/2014 | (0.00) | **0.65** | 30.67% | 30.39% | 0.01 | 252 |
| Panasonic (PCRFY US Equity) | 01/02/2014-12/31/2014 | (0.00) | **0.68** | 13.01% | 12.66% | 0.02 | 252 |
| NTT (NTTYY US Equity) | 01/02/2014-12/31/2014 | (0.00) | **0.39** | 7.62% | 7.25% | 0.01 | 252 |
| Siemens (SIEGY US Equity) | 01/02/2014-12/31/2014 | **(0.00)** | **0.79** | 33.95% | 33.68% | 0.01 | 252 |
| Apple (AAPL US Equity) | 01/02/2014-12/31/2014 | 0.00 | **0.73** | 23.14% | 22.84% | 0.01 | 252 |
| Alcatel-Lucent (ALU US Equity) | 01/02/2014-12/31/2014 | (0.00) | **1.45** | 25.93% | 25.63% | 0.02 | 252 |
| Dolby Laboratories (DLB US Equity) | 01/02/2014-12/31/2014 | 0.00 | **0.59** | 21.62% | 21.30% | 0.01 | 252 |
| Infineon (IFNNY US Equity) | 01/02/2014-12/31/2014 | (0.00) | **1.03** | 31.87% | 31.60% | 0.01 | 252 |
| AT&T (T US Equity) | 01/02/2014-12/31/2014 | (0.00) | **0.40** | 15.66% | 15.32% | 0.01 | 252 |
| Deutsche Telecom (DTEGY US Equity) | 01/02/2014-12/31/2014 | (0.00) | **0.79** | 26.65% | 26.36% | 0.01 | 252 |
| Hewlett-Packard (HPQ US Equity) | 01/02/2014-12/31/2014 | 0.00 | **0.90** | 30.56% | 30.28% | 0.01 | 252 |
| SK Telecom (SKM US Equity) | 01/02/2014-12/31/2014 | 0.00 | **0.40** | 4.98% | 4.60% | 0.02 | 252 |
| Telecom Italia (TIIAY US Equity) | 01/02/2014-12/31/2014 | (0.00) | **0.84** | 13.51% | 13.16% | 0.02 | 252 |
| Vringo (XWEL US Equity) | 01/02/2014-12/31/2014 | (0.01) | 1.09 | 1.11% | 0.71% | 0.09 | 252 |
| Samsung (005930 KS Equity) | 01/03/2014-12/30/2014 | 0.00 | 0.08 | 0.20% | -0.25% | 0.02 | 228 |
| NEC (6701 JP Equity) | 01/07/2014-12/30/2014 | 0.00 | 0.14 | 0.32% | -0.13% | 0.02 | 223 |
| Sharp (6753 JP Equity) | 01/07/2014-12/30/2014 | (0.00) | 0.02 | 0.00% | -0.45% | 0.02 | 223 |
| Mitsubishi Electric (6503 JP Equity) | 01/07/2014-12/30/2014 | (0.00) | 0.18 | 0.75% | 0.30% | 0.02 | 223 |
| Fujitsu (6702 JP Equity) | 01/07/2014-12/30/2014 | 0.00 | (0.03) | 0.02% | -0.43% | 0.02 | 223 |
| Toshiba (6502 JP Equity) | 01/07/2014-12/30/2014 | 0.00 | 0.18 | 1.11% | 0.66% | 0.02 | 223 |
| ZTE (000063 CH Equity) | 01/02/2014-12/31/2014 | 0.00 | 0.11 | 0.26% | -0.17% | 0.02 | 231 |
| ***Estimation Period: 2015 Calendar Year[8]*** | | | | | | | |
| InterDigital (IDCC US Equity) | 01/02/2015-12/31/2015 | (0.00) | **0.67** | 21.27% | 20.95% | 0.01 | 250 |
| Nokia (NOK US Equity) | 01/02/2015-12/31/2015 | (0.00) | **0.93** | 27.11% | 26.82% | 0.02 | 250 |
| Ericsson (ERIC US Equity) | 01/02/2015-12/31/2015 | (0.00) | **0.72** | 23.06% | 22.75% | 0.01 | 250 |
| Motorola (MSI US Equity) | 01/02/2015-12/31/2015 | (0.00) | **0.68** | 29.57% | 29.29% | 0.01 | 250 |
| Panasonic (PCRFY US Equity) | 01/02/2015-12/31/2015 | (0.00) | **0.75** | 25.78% | 25.48% | 0.01 | 250 |

**Exhibit 11c**
**Qualcomm Incorporated**
**Summary of Statistical Models of Daily Logarithmic Returns of Selected Licensor Peers' Common Stock[1]**
**Class Period: February 1, 2012 to January 19, 2017[2]**
**Using the Daily Logarithmic Returns of the S&P North American Technology Sector Index**

| Company | Estimation Period | Constant[3] | S&P North American Technology Sector Index[4] | R-Squared[5] | Adjusted R-Squared[6] | Standard Error[7] | Number of Observations |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| NTT (NTTYY US Equity) | 01/02/2015-12/31/2015 | 0.00 | **0.73** | 28.10% | 27.81% | 0.01 | 250 |
| Siemens (SIEGY US Equity) | 01/02/2015-12/31/2015 | (0.00) | **0.71** | 31.06% | 30.79% | 0.01 | 250 |
| Apple (AAPL US Equity) | 01/02/2015-12/31/2015 | (0.00) | **1.10** | 53.85% | 53.67% | 0.01 | 250 |
| Alcatel-Lucent (ALU US Equity) | 01/02/2015-12/31/2015 | 0.00 | **0.86** | 14.30% | 13.96% | 0.02 | 250 |
| Dolby Laboratories (DLB US Equity) | 01/02/2015-12/31/2015 | (0.00) | **0.63** | 23.81% | 23.50% | 0.01 | 250 |
| Infineon (IFNNY US Equity) | 01/02/2015-12/31/2015 | 0.00 | **0.70** | 15.51% | 15.17% | 0.02 | 250 |
| AT&T (T US Equity) | 01/02/2015-12/31/2015 | (0.00) | **0.58** | 41.54% | 41.30% | 0.01 | 250 |
| Deutsche Telecom (DTEGY US Equity) | 01/02/2015-12/31/2015 | 0.00 | **0.83** | 29.85% | 29.57% | 0.01 | 250 |
| Hewlett-Packard (HPQ US Equity) | 01/02/2015-12/31/2015 | (0.00) | **1.00** | 26.50% | 26.20% | 0.02 | 250 |
| SK Telecom (SKM US Equity) | 01/02/2015-12/31/2015 | (0.00) | **0.39** | 7.36% | 6.99% | 0.02 | 250 |
| Telecom Italia (TIIAY US Equity) | 01/02/2015-12/31/2015 | 0.00 | **0.66** | 12.52% | 12.17% | 0.02 | 250 |
| Vringo (XWEL US Equity) | 01/02/2015-12/31/2015 | (0.00) | 0.31 | 0.27% | -0.13% | 0.07 | 250 |
| Samsung (005930 KS Equity) | 01/05/2015-12/30/2015 | (0.00) | 0.06 | 0.14% | -0.30% | 0.02 | 233 |
| NEC (6701 JP Equity) | 01/06/2015-12/30/2015 | 0.00 | **0.26** | 2.75% | 2.31% | 0.02 | 223 |
| Sharp (6753 JP Equity) | 01/06/2015-12/30/2015 | (0.00) | 0.15 | 0.27% | -0.18% | 0.03 | 223 |
| Mitsubishi Electric (6503 JP Equity) | 01/06/2015-12/30/2015 | (0.00) | **0.35** | 4.96% | 4.53% | 0.02 | 223 |
| Fujitsu (6702 JP Equity) | 01/06/2015-12/30/2015 | (0.00) | **0.33** | 2.53% | 2.09% | 0.02 | 223 |
| Toshiba (6502 JP Equity) | 01/06/2015-12/30/2015 | (0.00) | **0.32** | 1.86% | 1.41% | 0.03 | 223 |
| ZTE (000063 CH Equity) | 01/06/2015-12/31/2015 | 0.00 | **0.87** | 6.73% | 6.31% | 0.04 | 223 |
| ***Estimation Period: 2016 Calendar Year*** [9] | | | | | | | |
| InterDigital (IDCC US Equity) | 01/04/2016-12/30/2016 | **0.00** | **0.90** | 26.72% | 26.43% | 0.02 | 251 |
| Nokia (NOK US Equity) | 01/04/2016-12/30/2016 | (0.00) | **0.85** | 17.58% | 17.25% | 0.02 | 251 |
| Ericsson (ERIC US Equity) | 01/04/2016-12/30/2016 | (0.00) | **0.91** | 14.80% | 14.46% | 0.02 | 251 |
| Motorola (MSI US Equity) | 01/04/2016-12/30/2016 | 0.00 | **0.58** | 23.51% | 23.20% | 0.01 | 251 |
| Panasonic (PCRFY US Equity) | 01/04/2016-12/30/2016 | (0.00) | **0.85** | 18.15% | 17.82% | 0.02 | 251 |
| NTT (NTTYY US Equity) | 01/04/2016-12/30/2016 | 0.00 | **0.42** | 9.13% | 8.77% | 0.01 | 251 |
| Siemens (SIEGY US Equity) | 01/04/2016-12/30/2016 | 0.00 | **0.84** | 32.37% | 32.10% | 0.01 | 251 |
| Apple (AAPL US Equity) | 01/04/2016-12/30/2016 | (0.00) | **0.92** | 43.58% | 43.36% | 0.01 | 251 |
| Alcatel-Lucent (ALU US Equity) [10] | 01/04/2016-02/24/2016 | (0.00) | 0.33 | 4.26% | 1.44% | 0.03 | 36 |
| Dolby Laboratories (DLB US Equity) | 01/04/2016-12/30/2016 | 0.00 | **0.58** | 15.38% | 15.04% | 0.01 | 251 |
| Infineon (IFNNY US Equity) | 01/04/2016-12/30/2016 | 0.00 | **1.13** | 38.70% | 38.46% | 0.02 | 251 |
| AT&T (T US Equity) | 01/04/2016-12/30/2016 | 0.00 | **0.27** | 9.40% | 9.03% | 0.01 | 251 |
| Deutsche Telecom (DTEGY US Equity) | 01/04/2016-12/30/2016 | (0.00) | **0.87** | 39.63% | 39.39% | 0.01 | 251 |

**Exhibit 11c**
**Qualcomm Incorporated**
**Summary of Statistical Models of Daily Logarithmic Returns of Selected Licensor Peers' Common Stock[1]**
**Class Period: February 1, 2012 to January 19, 2017[2]**
**Using the Daily Logarithmic Returns of the S&P North American Technology Sector Index**

| Company | Estimation Period | Constant[3] | S&P North American Technology Sector Index[4] | R-Squared[5] | Adjusted R-Squared[6] | Standard Error[7] | Number of Observations |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| Hewlett-Packard (HPQ US Equity) | 01/04/2016-12/30/2016 | 0.00 | **1.08** | 33.36% | 33.10% | 0.02 | 251 |
| SK Telecom (SKM US Equity) | 01/04/2016-12/30/2016 | (0.00) | **0.65** | 21.55% | 21.24% | 0.01 | 251 |
| Telecom Italia (TIIAY US Equity) | 01/04/2016-12/30/2016 | (0.00) | **1.39** | 24.47% | 24.17% | 0.03 | 251 |
| Vringo (XWEL US Equity) | 01/04/2016-12/30/2016 | (0.00) | 0.53 | 1.14% | 0.74% | 0.05 | 251 |
| Samsung (005930 KS Equity) | 01/05/2016-12/29/2016 | 0.00 | 0.19 | 1.35% | 0.92% | 0.02 | 228 |
| NEC (6701 JP Equity) | 01/05/2016-12/30/2016 | (0.00) | 0.07 | 0.09% | -0.37% | 0.02 | 222 |
| Sharp (6753 JP Equity) | 01/05/2016-12/30/2016 | 0.00 | 0.45 | 1.33% | 0.88% | 0.04 | 222 |
| Mitsubishi Electric (6503 JP Equity) | 01/05/2016-12/30/2016 | 0.00 | **0.36** | 2.47% | 2.03% | 0.03 | 222 |
| Fujitsu (6702 JP Equity) | 01/05/2016-12/30/2016 | 0.00 | **0.38** | 2.05% | 1.60% | 0.03 | 222 |
| Toshiba (6502 JP Equity) | 01/05/2016-12/30/2016 | 0.00 | **0.55** | 2.84% | 2.40% | 0.04 | 222 |
| ZTE (000063 CH Equity) | 01/04/2016-12/30/2016 | (0.00) | **0.33** | 2.63% | 2.16% | 0.02 | 208 |

**Notes and Sources:**
Price data obtained from Bloomberg L.P.
Statistically significant coefficients (at the 5% level) are shown in **bold**.

[1] Selected peers obtained from footnote 7 of the Expert Declaration of Bruce G. Bernstein dated July 22, 2022. The footnote mentions 28 major licensor companies, excluding Qualcomm. Huawei, Nortel Networks, Wi-Lan, and Thomson Licensing are private companies and/or lack sufficient price data are thus excluded from this analysis. For purposes of calculating 1-trading-day returns for companies trading on foreign stock exchanges, the date series of the S&P North American Technology Sector Index is used.

[2] The Consolidated Class Action Complaint dated July 3, 2017 ("Complaint") alleges a Class Period from February 1, 2012 to January 20, 2017. As the final disclosure occurred during market hours on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017.

[3] The constant is the expected value of the dependent variable (log return of Peer stock) if the independent variable (log return of S&P North American Technology Sector Index) equals zero.

[4] This coefficient measures the daily changes in the dependent variable (log return of Peer stock) associated with a one unit daily changes in the independent variable (log return of S&P North American Technology Sector Index).

[5] R-Squared is the percent of the variance in the dependent variable (log return of Peer stock) that is explained by the variance of the independent variable (log return of S&P North American Technology Sector Index).

[6] Adjusted R-Squared is the percent of the variance in the dependent variable (log return of Peer stock) that is explained by the variance of the independent variable (log return of S&P North American Technology Sector Index) adjusted for the number of predictors in the market model.

[7] Denotes the standard error of the regression model, which is a statistical measure of the variability of predictions made with the regression model.

[8] The returns on November 18, 2015 and December 8, 2015 are removed from the regression analysis as they are disclosure dates. The Complaint lists November 17, 2015 as the first disclosure date. However, paragraph 212 of the Complaint states that the disclosure occurred after market hours. As such, November 18, 2015 is taken as the effective disclosure date.

**Exhibit 11c**
**Qualcomm Incorporated**
**Summary of Statistical Models of Daily Logarithmic Returns of Selected Licensor Peers' Common Stock[1]**
**Class Period: February 1, 2012 to January 19, 2017[2]**
**Using the Daily Logarithmic Returns of the S&P North American Technology Sector Index**

| Company | Estimation Period | Constant[3] | S&P North American Technology Sector Index[4] | R-Squared[5] | Adjusted R-Squared[6] | Standard Error[7] | Number of Observations |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |

[9] The return on December 28, 2016 is removed from the regression analysis as it is a disclosure date. The Complaint lists December 27, 2016 as the disclosure date. However, the disclosure occurred after market hours on December 27, 2016. See the *Reuters* news story, titled "S.Korea regulator fines Qualcomm $854 mln for violating competition laws," published at 10:00 PM ET on December 27, 2016. As such, December 28, 2016 is taken as the effective disclosure date.

[10] Alcatel-Lucent stock was delisted on February 25, 2016.

**Exhibit 12a**
**Qualcomm Incorporated**
**Calculation of Abnormal Qualcomm Common Stock Price Reactions Following the Disclosure Dates**
***Using the Daily Logarithmic Returns of the S&P North American Technology Sector Index*** [1]
***and Using the Year Prior to the Effective Start Date of the Class Period as Estimation Period***

| Date | Stock Price | Actual Stock Price Return | | S&P North American Technology Select Industry Index Return | Predicted Stock Price Return | | Abnormal Stock Price Return | | t-statistic for Abnormal Stock Price Return | | Cumulative Abnormal Stock Price Reaction[4,5] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Daily | Cumulative | | Daily[1] | Cumulative | Daily | Cumulative | Daily[2] | Cumulative[3] | |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) |
| | | ln[(2) / prev(2)] | (3) + prev(4) | | | (7) + prev(8) | (3) - (7) | (4) - (8) | | | |

*November 17, 2015:* *"[A]fter the close of trading, Qualcomm issued a press release disclosing that it had recently received the KFTC Case Examiner's Report, which stated that Qualcomm suppressed market competition by excluding competitors." ¶212*

| Date | Stock Price | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/17/2015 | $ 52.98 | | | | | | | | | | |
| **11/18/2015** | 48.00 | (0.10) | (0.10) | 0.02 | 0.02 | 0.02 | (0.12) | (0.12) | (11.68) ** | (11.68) ** | $ (5.92) ** |
| 11/19/2015 | 48.39 | 0.01 | (0.09) | 0.00 | 0.00 | 0.02 | 0.00 | (0.11) | 0.44 | (7.95) ** | (5.71) |
| 11/20/2015 | 49.62 | 0.03 | (0.07) | 0.01 | 0.01 | 0.03 | 0.02 | (0.10) | 1.64 | (5.55) ** | (4.91) |
| 11/23/2015 | 48.97 | (0.01) | (0.08) | (0.00) | (0.00) | 0.03 | (0.01) | (0.11) | (1.02) | (5.32) ** | (5.41) |
| 11/24/2015 | 49.41 | 0.01 | (0.07) | (0.00) | (0.00) | 0.03 | 0.01 | (0.10) | 1.01 | (4.31) ** | (4.92) |

*December 8, 2015:* *"[T]he European Commission announced that it had charged Qualcomm with illegal anti-competitive practices, including paying a major customer to use Qualcomm chips exclusively. ... On the same day, the Taiwan FTC announced that it was initiating an investigation into Qualcomm's licensing arrangements."¶216* [6]

| Date | Stock Price | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/7/2015 | $ 52.43 | | | | | | | | | | |
| **12/8/2015** | 49.48 | (0.06) | (0.06) | (0.00) | (0.00) | (0.00) | (0.06) | (0.06) | (5.70) ** | (5.70) ** | $ (2.94) ** |
| 12/9/2015 | 48.59 | (0.02) | (0.08) | (0.01) | (0.02) | (0.02) | (0.00) | (0.06) | (0.24) | (4.20) ** | (3.06) |
| 12/10/2015 | 48.57 | (0.00) | (0.08) | 0.00 | 0.00 | (0.01) | (0.00) | (0.06) | (0.31) | (3.61) ** | (3.21) |
| 12/11/2015 | 47.46 | (0.02) | (0.10) | (0.02) | (0.02) | (0.04) | (0.00) | (0.06) | (0.02) | (3.13) ** | (3.22) |
| 12/14/2015 | 46.83 | (0.01) | (0.11) | 0.01 | 0.01 | (0.03) | (0.02) | (0.09) | (2.15) ** | (3.76) ** | (4.28) |

*January 17, 2017:* *"[D]uring market hours, media reports began to circulate that the FTC had commenced an antitrust enforcement action against Qualcomm for 'using unfair practices in the way it licenses its technology.'" ¶224*

| Date | Stock Price | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/13/2017 | $ 66.88 | | | | | | | | | | |
| **1/17/2017** | 64.19 | (0.04) | (0.04) | (0.01) | (0.01) | (0.01) | (0.04) | (0.04) | (3.49) ** | (3.49) ** | $ (2.32) ** |
| 1/18/2017 | 65.13 | 0.01 | (0.03) | 0.00 | 0.00 | (0.00) | 0.01 | (0.02) | 1.07 | (1.71) * | (1.61) |
| 1/19/2017 | 64.44 | (0.01) | (0.04) | (0.00) | (0.00) | (0.00) | (0.01) | (0.03) | (0.89) | (1.91) * | (2.20) |
| 1/20/2017 | 62.88 | (0.02) | (0.06) | 0.01 | 0.01 | 0.00 | (0.03) | (0.06) | (3.01) ** | (3.16) ** | (4.14) |
| 1/23/2017 | 54.88 | (0.14) | (0.20) | 0.00 | 0.00 | 0.01 | (0.14) | (0.20) | (13.77) ** | (8.99) ** | (12.31) |

# Exhibit 12a
## Qualcomm Incorporated
## Calculation of Abnormal Qualcomm Common Stock Price Reactions Following the Disclosure Dates
***Using the Daily Logarithmic Returns of the S&P North American Technology Sector Index*** [1]
***and Using the Year Prior to the Effective Start Date of the Class Period as Estimation Period***

| Date | Stock Price | Actual Stock Price Return | | S&P North American Technology Select Industry Index Return | Predicted Stock Price Return | | Abnormal Stock Price Return | | t-statistic for Abnormal Stock Price Return | | Cumulative Abnormal Stock Price Reaction[4,5] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Daily | Cumulative | | Daily[1] | Cumulative | Daily | Cumulative | Daily[2] | Cumulative[3] | |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) |
| | | ln[(2) / prev(2)] | (3) + prev(4) | | | (7) + prev(8) | (3) - (7) | (4) - (8) | | | |

***January 20, 2017:*** *"In the last hour of trading, on January 20, 2017, it was disclosed that Qualcomm's largest customer, Apple, filed a lawsuit against Qualcomm in the Northern District of California asserting that the Company used its monopoly position to seek onerous, unreasonable, and costly terms for its technology licenses." ¶228*

| Date | Stock Price | Daily | Cumulative | Index Return | Predicted Daily | Predicted Cumulative | Abnormal Daily | Abnormal Cumulative | t-stat Daily | t-stat Cumulative | Cumulative Abnormal Stock Price Reaction |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/19/2017 | $ 64.44 | | | | | | | | | | |
| **1/20/2017** | 62.88 | (0.02) | (0.02) | 0.01 | 0.01 | 0.01 | (0.03) | (0.03) | (3.01) ** | (3.01) ** | $ (1.93) |
| 1/23/2017 | 54.88 | (0.14) | (0.16) | 0.00 | 0.00 | 0.01 | (0.14) | (0.17) | (13.77) ** | (11.87) ** | (10.08) ** |
| 1/24/2017 | 55.00 | 0.00 | (0.16) | 0.01 | 0.01 | 0.02 | (0.01) | (0.18) | (1.04) | (10.29) ** | (10.65) |
| 1/25/2017 | 56.90 | 0.03 | (0.12) | 0.01 | 0.01 | 0.03 | 0.02 | (0.16) | 2.21 ** | (7.81) ** | (9.42) |
| 1/26/2017 | 54.05 | (0.05) | (0.18) | (0.00) | (0.00) | 0.03 | (0.05) | (0.21) | (4.93) ** | (9.19) ** | (12.11) |

**Notes and Sources:**

Daily closing price, dividends, and market capitalization data obtained from Bloomberg L.P. References are from the Consolidated Class Action Complaint ("Complaint") dated July 3, 2017.

[1] Returns are predicted using a regression of the returns of Qualcomm common stock on the returns of the S&P North American Technology Sector Index (returns of Qualcomm common stock are removed from the index) for the one year period preceding the start of the Class Period. The Complaint alleges a Class Period from February 1, 2012 to January 20, 2017. As the final disclosure occurred during market hours on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017. Corrective disclosure dates are removed from the regression periods. For more information, see Exhibit 8b.

[2] Abnormal return t-statistics are calculated as the daily abnormal return divided by the standard error of the regression over the estimation period. Two stars (**) represent significance at the 5% level and one star (*) represents significance at the 10% level.

[3] Cumulative abnormal return t-statistics are calculated as the cumulative abnormal return divided by [(the standard error of the regression over the estimation period) times (the square root of the number of days cumulated)]. Two stars (**) represent significance at the 5% level and one star (*) represents significance at the 10% level.

[4] Calculated using the following formula: -[1-exp((cumulative abnormal stock price return) + $s^2$× N/2)] × (closing price on the date prior to each disclosure), where "s" represents the standard error of the aforementioned regression, and "N" is number of days cumulated.

[5] To account for potential issues arising from multiple comparisons of the data, a Holm-Bonferroni correction was used to check whether the cumulative abnormal return (and consequently the cumulative abnormal price reaction) was statistically significant at the 5% level under adjusted Holm-Bonferroni t-statistic (or p-value) thresholds. Two stars (**) on the final significant day of a price reaction represent significance at the (adjusted) 5% level and one star (*) represents significance at the (adjusted) 10% level.

[6] A *Reuters* news story, titled "EU accuses Qualcomm of using market power to hinder rivals," was published at 7:46 AM ET on December 8, 2015.

# Exhibit 12b
## Qualcomm Incorporated
## Calculation of Abnormal Qualcomm Common Stock Price Reactions Following the Disclosure Dates
*Using the Daily Logarithmic Returns of the S&P North American Technology Sector Index* [1]
*and Using the Calendar Years Preceding Each Year in the Class Period as Estimation Periods*

| | | Actual Stock Price Return | | S&P North American Technology Select Industry Index Return | Predicted Stock Price Return | | Abnormal Stock Price Return | | t-statistic for Abnormal Stock Price Return | | Cumulative Abnormal Stock Price Reaction[4,5] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Stock Price | Daily | Cumulative | | Daily[1] | Cumulative | Daily | Cumulative | Daily[2] | Cumulative[3] | |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) |
| | | ln[(2) / prev(2)] | (3) + prev(4) | | | (7) + prev(8) | (3) - (7) | (4) - (8) | | | |
| ***November 17, 2015:*** *"[A]fter the close of trading, Qualcomm issued a press release disclosing that it had recently received the KFTC Case Examiner's Report, which stated that Qualcomm suppressed market competition by excluding competitors." ¶212* | | | | | | | | | | | |
| 11/17/2015 | $ 52.98 | | | | | | | | | | |
| **11/18/2015** | 48.00 | (0.10) | (0.10) | 0.02 | 0.01 | 0.01 | (0.11) | (0.11) | (10.42) ** | (10.42) ** | $ (5.61) ** |
| 11/19/2015 | 48.39 | 0.01 | (0.09) | 0.00 | 0.00 | 0.02 | 0.01 | (0.11) | 0.56 | (6.97) ** | (5.32) ** |
| 11/20/2015 | 49.62 | 0.03 | (0.07) | 0.01 | 0.01 | 0.02 | 0.02 | (0.09) | 1.83 * | (4.63) ** | (4.38) ** |
| 11/23/2015 | 48.97 | (0.01) | (0.08) | (0.00) | (0.00) | 0.02 | (0.01) | (0.10) | (0.99) | (4.51) ** | (4.89) ** |
| 11/24/2015 | 49.41 | 0.01 | (0.07) | (0.00) | (0.00) | 0.02 | 0.01 | (0.09) | 0.97 | (3.60) ** | (4.39) ** |
| ***December 8, 2015:*** *"[T]he European Commission announced that it had charged Qualcomm with illegal anti-competitive practices, including paying a major customer to use Qualcomm chips exclusively. ... On the same day, the Taiwan FTC announced that it was initiating an investigation into Qualcomm's licensing arrangements."¶216* [6] | | | | | | | | | | | |
| 12/7/2015 | $ 52.43 | | | | | | | | | | |
| **12/8/2015** | 49.48 | (0.06) | (0.06) | (0.00) | (0.00) | (0.00) | (0.06) | (0.06) | (5.32) ** | (5.32) ** | $ (2.92) ** |
| 12/9/2015 | 48.59 | (0.02) | (0.08) | (0.01) | (0.01) | (0.01) | (0.01) | (0.06) | (0.61) | (4.19) ** | (3.24) ** |
| 12/10/2015 | 48.57 | (0.00) | (0.08) | 0.00 | 0.00 | (0.01) | (0.00) | (0.07) | (0.16) | (3.52) ** | (3.32) ** |
| 12/11/2015 | 47.46 | (0.02) | (0.10) | (0.02) | (0.02) | (0.03) | (0.01) | (0.07) | (0.60) | (3.35) ** | (3.63) ** |
| 12/14/2015 | 46.83 | (0.01) | (0.11) | 0.01 | 0.01 | (0.02) | (0.02) | (0.09) | (1.74) * | (3.77) ** | (4.54) ** |
| ***January 17, 2017:*** *"[D]uring market hours, media reports began to circulate that the FTC had commenced an antitrust enforcement action against Qualcomm for 'using unfair practices in the way it licenses its technology.'" ¶224* | | | | | | | | | | | |
| 1/13/2017 | $ 66.88 | | | | | | | | | | |
| **1/17/2017** | 64.19 | (0.04) | (0.04) | (0.01) | (0.00) | (0.00) | (0.04) | (0.04) | (2.54) ** | (2.54) ** | $ (2.39) ** |
| 1/18/2017 | 65.13 | 0.01 | (0.03) | 0.00 | 0.00 | (0.00) | 0.01 | (0.03) | 0.74 | (1.27) | (1.69) |
| 1/19/2017 | 64.44 | (0.01) | (0.04) | (0.00) | (0.00) | (0.00) | (0.01) | (0.04) | (0.68) | (1.43) | (2.32) |
| 1/20/2017 | 62.88 | (0.02) | (0.06) | 0.01 | 0.01 | 0.00 | (0.03) | (0.07) | (2.11) ** | (2.29) ** | (4.25) |
| 1/23/2017 | 54.88 | (0.14) | (0.20) | 0.00 | 0.00 | 0.01 | (0.14) | (0.21) | (9.70) ** | (6.39) ** | (12.41) |

PX32

**Exhibit 12b**
**Qualcomm Incorporated**
**Calculation of Abnormal Qualcomm Common Stock Price Reactions Following the Disclosure Dates**
***Using the Daily Logarithmic Returns of the S&P North American Technology Sector Index [1]***
***and Using the Calendar Years Preceding Each Year in the Class Period as Estimation Periods***

| | | Actual Stock Price Return | | S&P North American Technology Select Industry Index Return | Predicted Stock Price Return | | Abnormal Stock Price Return | | t-statistic for Abnormal Stock Price Return | | Cumulative Abnormal Stock Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Stock Price** | **Daily** | **Cumulative** | | **Daily[1]** | **Cumulative** | **Daily** | **Cumulative** | **Daily[2]** | **Cumulative[3]** | **Reaction[4,5]** |
| **(1)** | **(2)** | **(3)** | **(4)** | **(5)** | **(6)** | **(7)** | **(8)** | **(9)** | **(10)** | **(11)** | **(12)** |
| | | **ln[(2) / prev(2)]** | **(3) + prev(4)** | | | **(7) + prev(8)** | **(3) - (7)** | **(4) - (8)** | | | |
| 1/19/2017 | $ 64.44 | | | | | | | | | | |
| **1/20/2017** | 62.88 | (0.02) | (0.02) | 0.01 | 0.01 | 0.01 | (0.03) | (0.03) | (2.11) ** | (2.11) ** | $ (1.92) |
| 1/23/2017 | 54.88 | (0.14) | (0.16) | 0.00 | 0.00 | 0.01 | (0.14) | (0.17) | (9.70) ** | (8.35) ** | (10.07) ** |
| 1/24/2017 | 55.00 | 0.00 | (0.16) | 0.01 | 0.01 | 0.02 | (0.01) | (0.18) | (0.67) | (7.21) ** | (10.59) |
| 1/25/2017 | 56.90 | 0.03 | (0.12) | 0.01 | 0.01 | 0.03 | 0.02 | (0.16) | 1.61 | (5.44) ** | (9.32) |
| 1/26/2017 | 54.05 | (0.05) | (0.18) | (0.00) | (0.00) | 0.03 | (0.05) | (0.21) | (3.52) ** | (6.44) ** | (12.05) |

***January 20, 2017:*** *"In the last hour of trading, on January 20, 2017, it was disclosed that Qualcomm's largest customer, Apple, filed a lawsuit against Qualcomm in the Northern District of California asserting that the Company used its monopoly position to seek onerous, unreasonable, and costly terms for its technology licenses." ¶228*

**Notes and Sources:**
Daily closing price, dividends, and market capitalization data obtained from Bloomberg L.P. References are from the Consolidated Class Action Complaint ("Complaint") dated July 3, 2017.

[1] Returns are predicted using a regression of the returns of Qualcomm common stock on the returns of the S&P North American Technology Sector Index (returns of Qualcomm common stock are removed from the index) for the one calendar year period preceding each year in the Class Period. The Complaint alleges a Class Period from February 1, 2012 to January 20, 2017. As the final disclosure occurred during market hours on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017. Corrective disclosure dates are removed from the regression periods. For more information, see Exhibit 8b-calendar.

[2] Abnormal return t-statistics are calculated as the daily abnormal return divided by the standard error of the regression over the estimation period. Two stars (**) represent significance at the 5% level and one star (*) represents significance at the 10% level.

[3] Cumulative abnormal return t-statistics are calculated as the cumulative abnormal return divided by [(the standard error of the regression over the estimation period) times (the square root of the number of days cumulated)]. Two stars (**) represent significance at the 5% level and one star (*) represents significance at the 10% level.

[4] Calculated using the following formula: $-[1-\exp((\text{cumulative abnormal stock price return}) + s^2 \times N/2)] \times$ (closing price on the date prior to each disclosure), where "s" represents the standard error of the aforementioned regression, and "N" is number of days cumulated.

[5] To account for potential issues arising from multiple comparisons of the data, a Holm-Bonferroni correction was used to check whether the cumulative abnormal return (and consequently the cumulative abnormal price reaction) was statistically significant at the 5% level under adjusted Holm-Bonferroni t-statistic (or p-value) thresholds. Two stars (**) on the final significant day of a price reaction represent significance at the (adjusted) 5% level and one star (*) represents significance at the (adjusted) 10% level.

[6] A *Reuters* news story, titled "EU accuses Qualcomm of using market power to hinder rivals," was published at 7:46 AM ET on December 8, 2015.

# Exhibit 12c
# Qualcomm Incorporated
# Determination of Smallest Price Reaction Following Corrective Disclosures

| | Cumulative Price Reactions Calculated Using | | |
|---|---|---|---|
| Disclosure Dates | The Year Prior to the Effective Start Date of the Class Period[1] | The Calendar Years Preceding Each Year in the Class Period[2] | Smallest Price Reaction[3] |
| (1) | (2) | (3) | (4) |
| 11/17/2015 | $ (5.92) | $ (5.61) | $ (5.61) |
| 12/8/2015 | (2.94) | (2.92) | (2.92) |
| 1/17/2017 | (2.32) | (2.39) | (2.32) |
| 1/20/2017 | (10.08) | (10.07) | (10.07) |

**Notes and Sources:**

Daily closing price, dividends, and market capitalization data obtained from Bloomberg L.P. Disclosures obtained from the Consolidated Class Action Complaint ("Complaint") dated July 3, 2017.

[1] Returns are predicted using a regression of the returns of Qualcomm common stock on the returns of the S&P North American Technology Sector Index (returns of Qualcomm common stock are removed from the index) for the one year period preceding the start of the Class Period. The Complaint alleges a Class Period from February 1, 2012 to January 20, 2017. As the final disclosure occurred during market hours on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017. For more information, see Exhibits 8b and 12a.

[2] Returns are predicted using a regression of the returns of Qualcomm common stock on the returns of the S&P North American Technology Sector Index (returns of Qualcomm common stock are removed from the index) for the one calendar year period preceding each year in the Class Period. The Complaint alleges a Class Period from February 1, 2012 to January 20, 2017. Corrective disclosure dates are removed from the regression periods. For more information, see Exhibits 8b-calendar and 12b.

[3] The smallest price reaction is calculated as the smallest absolute magnitude of any negative price reaction when considering the price reaction using the year prior to the effective start date of the class period and the price reaction using the calendar year preceding each year in the class period.

**Exhibit 13**
**Qualcomm Incorporated**
**Calculation of Intraday Adjusted Price Reactions for the January 17 and 20, 2017 Disclosures**

| | | One-Day Price Change From | | | | Share of Close-to-Close Price Change Occurring After Disclosure for | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Close-to-Close of | | Disclosure-to-Close[1] of | | | | One-Day Price Reaction[2] | One-Day Price Reaction Market Adjustment | One-Day Adjusted Price Reaction | Capped One-Day Price Reaction[3] | Multi-Day Price Reaction[4] |
| Disclosure Date | Disclosure Time | Qualcomm | XLK | Qualcomm | XLK | Qualcomm | XLK | | | | | |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) |
| | | | | | | (5) / (3) | (6) / (4) | | (9) - (3) | (7) × (9) - (8) × (10) | | |
| 1/17/2017 | 1:21 PM [5] | $ (2.69) | $ (0.19) | $ (1.78) | $ (0.04) | 66.19 % | 21.74 % | $ (2.32) | $ 0.37 | $ (1.62) | $ (1.62) | $ (1.62) |
| 1/20/2017 | 3:39 PM [6] | (1.56) | 0.27 | (2.16) | 0.04 | 138.67 | 14.85 | (1.92) | (0.36) | (2.61) | (1.92) | (10.07) |

**Notes and Sources:**
Daily closing price, dividends, and market capitalization data obtained from Bloomberg L.P. and intraday price data obtained from Tick Data, LLC, and excludes all records marked with an "Exclude Record Flag."
Technology Select Sector SPDR Fund ticker: XLK.
[1] Price change from disclosure to close is calculated as that day's closing price minus the volume weighted average price over the minute preceding the disclosure.
[2] One-day price reaction is from the event study with the smallest total price reaction. For more information, see Exhibits 12a-c.
[3] The capped one-day price reaction is determined by the smallest absolute magnitude of any negative price reaction when considering the full one-day price reaction and the one-day price reaction adjusted for intraday news.
[4] The multi-day price reaction is the capped one-day price reaction plus the significant price reaction (if any) on the following days. For more information, see Exhibits 12a-c.
[5] A *Bloomberg* article titled "Qualcomm Said to Face U.S. Antitrust Case Over Licensing" was published at 1:21 PM ET on January 17, 2017.
[6] A *Dow Jones Institutional News* article titled "*Apple Says It Is Suing Qualcomm Over Licensing Practices" was published at 3:39 PM ET on January 20, 2017.

# Exhibit 14
## Qualcomm Incorporated
## Disaggregation of the December 8, 2015 Disclosure to Remove Impact from the EU Predatory Pricing Statement of Objections
*Estimated EU Fine Based on Qualcomm's Fiscal Year 2015 Revenue*

| | Item Description (1) | | | Value (2) | |
|---|---|---|---|---|---|
| **I.** | **Qualcomm Revenue for FY2015 ended September 27, 2015 (in millions)** | a | $ | **25,281.00** | |
| **II.** | **Morgan Stanley Maximum Estimated Fine As A Percentage of Annual Revenue**[1] | b | | **10.00** | % |
| **III.** | **Qualcomm Effective Tax Rate for FY2015 Ended September 27, 2015**[2] | c | | **19.00** | % |
| **IV.** | **Qualcomm Shares Outstanding as of December 7, 2015 (in millions)** | d | | **1,503.09** | |
| **V.** | **Morgan Stanley Maximum Estimated EU Fine (in millions)**[2] | e = a × b | $ | **2,528.10** | |
| **VI.** | **Per Share Maximum Estimated EU Fine After Accounting for Tax** | f = [e × (1-c)] / d | $ | **1.36** | |
| **VII.** | **Abnormal Price Reaction following the December 8, 2015 Disclosure** | | | | |
| | Under the Year-Before Market Model | g | $ | **2.94** | |
| | Under Rolling Market Model | h | $ | **2.92** | |
| **VIII.** | **Remaining Abnormal Price Reaction following the December 8, 2015 Disclosure** | | | | |
| | Under the Year-Before Market Model | i = g - f | $ | **1.58** | |
| | Under Rolling Market Model | j = h - f | $ | **1.55** | |

**Notes and Sources**

Qualcomm revenue, tax rate, and shares outstanding data obtained from SEC filings.

[1] On December 8, 2015, Morgan Stanley issued an analyst report titled "Latest Regulatory Investigations Look Benign," in which it says "The EC's investigation appears to be limited to Qualcomm's chip business, not the royalty business, which has been the most recent area of concern for investors. We think the likely outcomes of the EC investigation are relatively benign to Qualcomm, likely limited to a fine (up to 10% of its annual revenue) and potential ongoing monitoring of Qualcomm's chip pricing policies."

[2] Effective tax rate obtained from Qualcomm's FY2015 Form 10-K released on November 4, 2015.

# Exhibit 15
# Qualcomm Incorporated
# Inflation Per Share Over the Class Period[1]

| Date Range | Inflation Per Share[2] |
|---|---|
| (1) | (2) |
| February 1, 2012 - November 17, 2015 | $ 18.86 |
| November 18, 2015 - December 7, 2015 | 13.24 |
| December 8, 2015 - January 16, 2017 | 11.69 |
| January 17, 2017 - January 19, 2017 | 10.07 |

**Notes and Sources:**

Daily closing price, dividends, and market capitalization data obtained from Bloomberg L.P. and intraday price data obtained from Tick Data, LLC, and excludes all records marked with an "Exclude Record Flag." Qualcomm revenue, tax rate, and shares outstanding data obtained from SEC filings.

[1] The Consolidated Class Action Complaint dated July 3, 2017 alleges a Class Period from February 1, 2012 to January 20, 2017. As the final disclosure occurred during market hours on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017.

[2] Inflation per share is calculated as the sum of the adjusted price reactions (listed below) for all disclosures yet to occur.

**November 17, 2015:** ($5.61)
**December 8, 2015:** ($1.55)
**January 17, 2017:** ($1.62)
**January 20, 2017:** ($10.07)

Total inflation may not precisely equal the sum of the price reactions due to rounding. For more information, see Exhibits 12c, 13, and 14.

**Exhibit 16**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Raw Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure*** [1]

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[2] | December 8, 2015[3] | January 17, 2017[4] | January 20, 2017[5] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| **Count of Terms Related to the "Bundling" Allegation ("Category 1" Terms)** | | | | | |
| Exclusiv* | 0 | 63 | 17 | 25 | 105 |
| Rebate*[6] | 0 | 0 | 0 | 88 | 88 |
| withhold w/5 chip* | 0 | 0 | 13 | 14 | 27 |
| leverag* w/s chip* | 0 | 0 | 0 | 21 | 21 |
| Punish* w/s regulat* | 0 | 0 | 0 | 18 | 18 |
| Retaliat* w/s investigat* | 0 | 0 | 0 | 15 | 15 |
| preferred w/5 terms | 0 | 0 | 10 | 3 | 13 |
| properly negotiat* | 12 | 0 | 0 | 0 | 12 |
| Extort* w/s KFTC | 0 | 0 | 0 | 7 | 7 |
| threat* w/5 the* supply | 0 | 0 | 2 | 0 | 2 |
| A. ***Total Count of Bundling Related Terms*** | **12** | **63** | **42** | **191** | **308** |
| **Count of Terms Related to the "Other" Allegations ("Category 2" Terms)** | | | | | |
| Predatory pricing | 0 | 48 | 0 | 0 | 48 |
| below cost | 0 | 32 | 1 | 0 | 33 |
| Requir* w/s chip* w/s licens* | 4 | 0 | 0 | 13 | 17 |
| Pushed out | 0 | 16 | 0 | 0 | 16 |
| Device Licens* | 14 | 0 | 0 | 0 | 14 |
| refus* to license | 0 | 0 | 10 | 2 | 12 |
| Handset based or Handset-based | 10 | 0 | 0 | 0 | 10 |
| Stifle | 0 | 9 | 0 | 0 | 9 |
| Squeeze* | 1 | 8 | 0 | 0 | 9 |
| Device level or Device-level | 7 | 0 | 0 | 0 | 7 |
| component level | 0 | 0 | 3 | 0 | 3 |
| handset prices | 2 | 0 | 0 | 0 | 2 |
| overall cost | 2 | 0 | 0 | 0 | 2 |
| B. ***Total Count of Other Related Terms*** | **40** | **113** | **14** | **15** | **182** |
| **Count of Terms That are Unclear as to "Bundling" and "Other" Allegations ("Category 3" Terms)** | | | | | |
| Monopol*[7] | 0 | 0 | 24 | 66 | 90 |
| Anticompetiti* or Anti-competiti*[8] | 10 | 4 | 8 | 35 | 57 |
| Abus* | 0 | 8 | 6 | 23 | 37 |
| market power or market dominance | 13 | 4 | 3 | 12 | 32 |
| dominant position | 0 | 5 | 5 | 2 | 12 |
| C. ***Total Count of Unclear Terms*** | **23** | **21** | **46** | **138** | **228** |

**Exhibit 16**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Raw Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure*** [1]

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[2] | December 8, 2015[3] | January 17, 2017[4] | January 20, 2017[5] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) |
| **D. Sum of All Terms (D = A + B + C)** | **75** | **197** | **102** | **344** | **718** |
| **E. Percentage of Category 1 Terms (E = A / D)** | **16.00 %** | **31.98 %** | **41.18 %** | **55.52 %** | **42.90 %** |
| **F. Percentage of Category 2 Terms (F = B / D)** | **53.33** | **57.36** | **13.73** | **4.36** | **25.35** |
| **G. Percentage of Category 3 Terms (G = C / D)** | **30.67** | **10.66** | **45.10** | **40.12** | **31.75** |

**Notes and Sources:**
Disclosure dates obtained from the Consolidated Class Action Complaint dated July 3, 2017.
News articles on Qualcomm published by *Reuters Newswires* , *The Wall Street Journal* , *Dow Jones Newswires* , *Press Release Wires* , or *Major News and Business Sources* as downloaded from Factiva Dow Jones via a company search. These five sources are determined to be "Top Sources" by Factiva Dow Jones. News stories were obtained through a search for news stories categorized as relevant to the company "Qualcomm Incorporated" by Factiva Dow Jones on the day of, and for each statistically significant price reaction day immediately following, each disclosure date. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars…."
An "*" is used to indicate a multiple wildcard search. The single character wildcard search looks for terms that match the search term with that single character, "*", replaced.
"w/5" indicates that the second term appears within five words of the first terms occurrence.
"w/s" indicates that the second term appears within the same sentence as the first term or that the first term appears within the same sentence as the second term (i.e., the order of the terms is not considered in these searches).
All counts of terms have been adjusted to remove counts of terms that do not appear in the headline or main text of any article, or counts that correspond to metadata within the news articles.

[1] News articles for the November 17, 2015 disclosure cover the period of November 17, 2015 to November 18, 2015. News articles for the December 8, 2015 disclosure cover the day of December 8, 2015. News articles for the January 17, 2017 disclosure cover the day of January 17, 2017. News articles for the January 20, 2017 disclosure cover the period of January 20, 2017 to January 23, 2017.

[2] "[A]fter the close of trading, Qualcomm issued a press release disclosing that it had recently received the KFTC Case Examiner's Report, which stated that Qualcomm suppressed market competition by excluding competitors." ¶212

[3] "[T]he European Commission announced that it had charged Qualcomm with illegal anti-competitive practices, including paying a major customer to use Qualcomm chips exclusively. … On the same day, the Taiwan FTC announced it was initiating an investigation into Qualcomm's licensing arrangements." ¶216

[4] "[D]uring market hours, media reports begain to circulate that the FTC had commenced an antitrust enforcement action against Qualcomm for 'using unfair practices in the way it licenses its technology.'" ¶224

[5] "In the last hour of trading, on January 20, 2017, it was disclosed that Qualcomm's largest customer, Apple, filed a lawsuit against Qualcomm in the Nothern District of California asserting that the Company used its monopoly position to see onerous, unreasonable, and costly terms for its technology licenses." ¶228

[6] The term "rebate" appears twice in excerpts of Barron's blogs, on pages 166 and 169 of the source file, as produced by Factiva Dow Jones. The full blog posts have been removed from Barron's website and are no longer available.

[7] The term "monopoly" appears once in an excerpt of a Barron's blog, on page 25 of the source file, as produced by Factiva Dow Jones. The full blog post has been removed from Barron's website and is no longer available.

[8] The term "anticompetitive" appears once in an excerpt of a Barron's blog, on page 25 of the source file, as produced by Factiva Dow Jones. The full blog post has been removed from Barron's website and is no longer available.

**Exhibit 17**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure*** [1]

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[2] | December 8, 2015[3] | January 17, 2017[4] | January 20, 2017[5] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| **Count of Terms Related to the "Bundling" Allegation ("Category 1" Terms)** | | | | | |
| Exclusiv* | **0** | **63** | **17** | **25** | **105** |
| *Green* | *0* | *63* | *12* | *18* | *93* |
| *Blue* | *0* | *0* | *5* | *7* | *12* |
| Rebate*[6] | **0** | **0** | **0** | **88** | **88** |
| *Green* | *0* | *0* | *0* | *84* | *84* |
| *Blue* | *0* | *0* | *0* | *4* | *4* |
| withh* w/5 chip* | **0** | **0** | **13** | **14** | **27** |
| *Green* | *0* | *0* | *13* | *0* | *13* |
| *Red* | *0* | *0* | *0* | *14* | *14* |
| leverag* w/s chip* | **0** | **0** | **0** | **21** | **21** |
| *Green* | *0* | *0* | *0* | *21* | *21* |
| Punish* w/s regulat* | **0** | **0** | **0** | **18** | **18** |
| *Green* | *0* | *0* | *0* | *18* | *18* |
| Retaliat* w/s investigat* | **0** | **0** | **0** | **15** | **15** |
| *Green* | *0* | *0* | *0* | *15* | *15* |
| preferred w/5 terms | **0** | **0** | **10** | **3** | **13** |
| *Green* | *0* | *0* | *10* | *3* | *13* |
| properly negotiat* | **12** | **0** | **0** | **0** | **12** |
| *Green* | *12* | *0* | *0* | *0* | *12* |
| Extort* w/s KFTC | **0** | **0** | **0** | **7** | **7** |
| *Green* | *0* | *0* | *0* | *7* | *7* |
| threat* w/5 the* supply | **0** | **0** | **2** | **0** | **2** |
| *Green* | *0* | *0* | *2* | *0* | *2* |
| **A. *Total Count of Bundling Related Terms*** | **12** | **63** | **42** | **191** | **308** |
| *Green* | *12* | *63* | *37* | *166* | *278* |
| *Red* | *0* | *0* | *0* | *14* | *14* |
| *Yellow* | *0* | *0* | *0* | *0* | *0* |
| *Blue* | *0* | *0* | *5* | *11* | *16* |

PX32

**Exhibit 17**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure [1]***

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | **November 17, 2015[2]** | **December 8, 2015[3]** | **January 17, 2017[4]** | **January 20, 2017[5]** | **All Disclosures** |
| | **(1)** | **(2)** | **(3)** | **(4)** | **(5)** (1) + (2) + (3) + (4) |
| **Count of Terms Related to the "Other" Allegations ("Category 2" Terms)** | | | | | |
| Predatory pricing | **0** | **48** | **0** | **0** | **48** |
| *Green* | *0* | *48* | *0* | *0* | *48* |
| below cost | **0** | **32** | **1** | **0** | **33** |
| *Green* | *0* | *32* | *0* | *0* | *32* |
| *Blue* | *0* | *0* | *1* | *0* | *1* |
| Requir* w/s chip* w/s licens* | **4** | **0** | **0** | **13** | **17** |
| *Green* | *4* | *0* | *0* | *13* | *17* |
| Pushed out | **0** | **16** | **0** | **0** | **16** |
| *Green* | *0* | *16* | *0* | *0* | *16* |
| Device Licens* | **14** | **0** | **0** | **0** | **14** |
| *Red* | *14* | *0* | *0* | *0* | *14* |
| refus* to license | **0** | **0** | **10** | **2** | **12** |
| *Green* | *0* | *0* | *10* | *2* | *12* |
| Handset based or Handset-based | **10** | **0** | **0** | **0** | **10** |
| *Green* | *10* | *0* | *0* | *0* | *10* |
| Stifle | **0** | **9** | **0** | **0** | **9** |
| *Green* | *0* | *9* | *0* | *0* | *9* |
| Squeeze* | **1** | **8** | **0** | **0** | **9** |
| *Green* | *0* | *8* | *0* | *0* | *8* |
| *Blue* | *1* | *0* | *0* | *0* | *1* |
| Device level or Device-level | **7** | **0** | **0** | **0** | **7** |
| *Green* | *4* | *0* | *0* | *0* | *4* |
| *Red* | *3* | *0* | *0* | *0* | *3* |
| component level | **0** | **0** | **3** | **0** | **3** |
| *Red* | *0* | *0* | *3* | *0* | *3* |
| handset prices | **2** | **0** | **0** | **0** | **2** |
| *Green* | *2* | *0* | *0* | *0* | *2* |
| overall cost | **2** | **0** | **0** | **0** | **2** |
| *Green* | *2* | *0* | *0* | *0* | *2* |
| **B.** ***Total Count of Other Related Terms*** | **40** | **113** | **14** | **15** | **182** |
| *Green* | *22* | *113* | *10* | *15* | *160* |
| *Red* | *17* | *0* | *3* | *0* | *20* |
| *Yellow* | *0* | *0* | *0* | *0* | *0* |
| *Blue* | *1* | *0* | *1* | *0* | *2* |

PX32

**Exhibit 17**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure***[1]

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | **November 17, 2015**[2] | **December 8, 2015**[3] | **January 17, 2017**[4] | **January 20, 2017**[5] | **All Disclosures** |
| | **(1)** | **(2)** | **(3)** | **(4)** | **(5)** |
| | | | | | **(1) + (2) + (3) + (4)** |
| **Count of Terms That are Unclear as to "Bundling" and "Other" Allegations ("Category 3" Terms)** | | | | | |
| Monopol*[7] | **0** | **0** | **24** | **66** | **90** |
| *Yellow* | *0* | *0* | *24* | *30* | *54* |
| *Blue* | *0* | *0* | *0* | *36* | *36* |
| Anticompetiti* or Anti-competiti*[8] | **10** | **4** | **8** | **35** | **57** |
| *Yellow* | *9* | *1* | *8* | *3* | *21* |
| *Blue* | *1* | *3* | *0* | *32* | *36* |
| Abus* | **0** | **8** | **6** | **23** | **37** |
| *Yellow* | *0* | *6* | *3* | *14* | *23* |
| *Blue* | *0* | *2* | *3* | *9* | *14* |
| market power or market dominance | **13** | **4** | **3** | **12** | **32** |
| *Yellow* | *0* | *4* | *0* | *5* | *9* |
| *Blue* | *13* | *0* | *3* | *7* | *23* |
| dominant position | **0** | **5** | **5** | **2** | **12** |
| *Yellow* | *0* | *4* | *5* | *0* | *9* |
| *Blue* | *0* | *1* | *0* | *2* | *3* |
| **C. *Total Count of Unclear Terms*** | **23** | **21** | **46** | **138** | **228** |
| *Green* | *0* | *0* | *0* | *0* | *0* |
| *Red* | *0* | *0* | *0* | *0* | *0* |
| *Yellow* | *9* | *15* | *40* | *52* | *116* |
| *Blue* | *14* | *6* | *6* | *86* | *112* |

**Notes and Sources:**
Disclosure dates obtained from the Consolidated Class Action Complaint dated July 3, 2017.
News articles on Qualcomm published by *Reuters Newswires*, *The Wall Street Journal*, *Dow Jones Newswires*, *Press Release Wires*, or *Major News and Business Sources* as downloaded from Factiva Dow Jones via a company search. These five sources are determined to be "Top Sources" by Factiva Dow Jones. News stories were obtained through a search for news stories categorized as relevant to the company "Qualcomm Incorporated" by Factiva Dow Jones on the day of, and for each statistically significant price reaction day immediately following, each disclosure date. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars…."
An "*" denotes a wildcard ending for search terms, allowing the search function to return all words that match up until the "*" with variable ending letters.
"w/5" denotes that the second term appears within five words of the first terms occurrence.
"w/s" denotes that the second term appears within the same sentence as the first term or that the first term appears within the same sentence as the second term (i.e., the order of the terms is not considered in these searches).
All counts of terms have been adjusted to remove counts of terms that do not appear in the headline or main text of any article, or counts that correspond to metadata within the news articles. Further, each instance of a term has been classified into four categories denoted by Green, Red, Yellow, and Blue. "Green" indicates that the term relates to the particular allegation and either does not describe them or treats the news as negative. "Red" indicates that the term relates to the particular allegation and describes them as unimportant or of low value. "Yellow" indicates that the term relates to some allegation, but it is not clear as to whether it is bundling related or other allegations. "Blue" indicates that the term does not relate to the allegations and is used in some other context, or the news associated with the term is old and repeated.

[1] News articles for the November 17, 2015 disclosure cover the period of November 17, 2015 to November 18, 2015. News articles for the December 8, 2015 disclosure cover the day of December 8, 2015. News articles for the January 17, 2017 disclosure cover the day of January 17, 2017. News articles for the January 20, 2017 disclosure cover the period of January 20, 2017 to January 23, 2017.

[2] "[A]fter the close of trading, Qualcomm issued a press release disclosing that it had recently received the KFTC Case Examiner's Report, which stated that Qualcomm suppressed market competition by excluding competitors." ¶212

**Exhibit 17**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure*** [1]

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[2] | December 8, 2015[3] | January 17, 2017[4] | January 20, 2017[5] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |

[3] "[T]he European Commission announced that it had charged Qualcomm with illegal anti-competitive practices, including paying a major customer to use Qualcomm chips exclusively. … On the same day, the Taiwan FTC announced it was initiating an investigation into Qualcomm's licensing arrangements." ¶216

[4] "[D]uring market hours, media reports began to circulate that the FTC had commenced an antitrust enforcement action against Qualcomm for 'using unfair practices in the way it licenses its technology.'" ¶224

[5] "In the last hour of trading, on January 20, 2017, it was disclosed that Qualcomm's largest customer, Apple, filed a lawsuit against Qualcomm in the Nothern District of California asserting that the Company used its monopoly position to see onerous, unreasonable, and costly terms for its technology licenses." ¶228

[6] The term "rebate" appears twice in excerpts of Barron's blogs, on pages 166 and 169 of the source file, as produced by Factiva Dow Jones. The full blog posts have been removed from Barron's website and are no longer available.

[7] The term "monopoly" appears once in an excerpt of a Barron's blog, on page 25 of the source file, as produced by Factiva Dow Jones. The full blog post has been removed from Barron's website and is no longer available.

[8] The term "anticompetitive" appears once in an excerpt of a Barron's blog, on page 25 of the source file, as produced by Factiva Dow Jones. The full blog post has been removed from Barron's website and is no longer available.

**Exhibit 18**
**Qualcomm Incorporated**
**Content Analysis Disaggregation Percentages Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure*** [1]

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[2] | December 8, 2015[3] | January 17, 2017[4] | January 20, 2017[5] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) |
| **Disaggregation Percentages:** | | | | | |
| *Considering Green and Red Terms in Category 1 and Category 2* | | | | | |
| D. Sum of all Relevant Terms ($D = A_{Green} + A_{Red} + B_{Green} + B_{Red}$)[6] | 51 | 176 | 50 | 195 | 472 |
| E. Percent of Category 1 Terms ($E = [A_{Green} + A_{Red}]/ D$)[6] | 23.53 % | 35.80 % | 74.00 % | 92.31 % | 61.86 % |
| F. Percent of Category 2 Terms ($F = [B_{Green} + B_{Red}]/ D$)[6] | 76.47 | 64.20 | 26.00 | 7.69 | 38.14 |
| *Considering Green Terms in Category 1 and Category 2* | | | | | |
| G. Sum of All Relevant Terms ($G = A_{Green} + B_{Green}$)[6] | 34 | 176 | 47 | 181 | 438 |
| H. Percentage of Category 1 Terms ($H = A_{Green} / G$)[6] | 35.29 % | 35.80 % | 78.72 % | 91.71 % | 63.47 % |
| I. Percentage of Category 2 Terms ($I = B_{Green} / G$)[6] | 64.71 | 64.20 | 21.28 | 8.29 | 36.53 |
| *Considering Green and Red Terms in Category 1, Category 2, and Yellow Terms in Category 3* | | | | | |
| J. Sum of All Relevant Terms ($J = A_{Green} + A_{Red} + B_{Green} + B_{Red} + C_{Yellow}$)[6] | 60 | 191 | 90 | 247 | 588 |
| K. Percentage of Category 1 Terms ($K = [A_{Green} + A_{Red}]/ J$)[6] | 20.00 % | 32.98 % | 41.11 % | 72.87 % | 49.66 % |
| L. Percentage of Category 2 Terms ($I = [B_{Green} + B_{Red}]/ J$)[6] | 65.00 | 59.16 | 14.44 | 6.07 | 30.61 |
| M. Percentage of Category 3 Terms ($M = C_{Yellow} / J$)[6] | 15.00 | 7.85 | 44.44 | 21.05 | 19.73 |
| *Considering Green Terms in Category 1, Category 2, and Yellow Terms in Category 3* | | | | | |
| N. Sum of All Relevant Terms ($N = A_{Green} + B_{Green} + C_{Yellow}$)[6] | 43 | 191 | 87 | 233 | 554 |
| O. Percentage of Category 1 Terms ($O = A_{Green} / N$)[6] | 27.91 % | 32.98 % | 42.53 % | 71.24 % | 50.18 % |
| P. Percentage of Category 2 Terms ($P = B_{Green} / N$)[6] | 51.16 | 59.16 | 11.49 | 6.44 | 28.88 |
| Q. Percentage of Category 3 Terms ($Q = C_{Yellow} / N$)[6] | 20.93 | 7.85 | 45.98 | 22.32 | 20.94 |

**Exhibit 18**
**Qualcomm Incorporated**
**Content Analysis Disaggregation Percentages Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure*** [1]

**Notes and Sources:**
Disclosure dates obtained from the Consolidated Class Action Complaint dated July 3, 2017.
News articles on Qualcomm published by *Reuters Newswires* , *The Wall Street Journal* , *Dow Jones Newswires* , *Press Release Wires* , or *Major News and Business Sources* as downloaded from Factiva Dow Jones via a company search. These five sources are determined to be "Top Sources" by Factiva Dow Jones. News stories were obtained through a search for news stories categorized as relevant to the company "Qualcomm Incorporated" by Factiva Dow Jones on the day of, and for each statistically significant price reaction day immediately following, each disclosure date. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars...." All counts of terms have been adjusted to remove counts of terms that do not appear in the headline or main text of any article, or counts that correspond to metadata within the news articles. Further, each instance of a term has been classified into four categories denoted by Green, Red, Yellow, and Blue. "Green" indicates that the term relates to the particular allegation and either does not describe them or treats the news as negative. "Red" indicates that the term relates to the particular allegation and describes them as unimportant or of low value. "Yellow" indicates that the term relates to some allegation, but it is not clear as to whether it is bundling related or other allegations. "Blue" indicates that the term does not relate to the allegations and is used in some other context, or the news associated with the term is old and repeated. For individual term and color counts, see Exhibit 17.

[1] News articles for the November 17, 2015 disclosure cover the period of November 17, 2015 to November 18, 2015. News articles for the December 8, 2015 disclosure cover the day of December 8, 2015. News articles for the January 17, 2017 disclosure cover the day of January 17, 2017. News articles for the January 20, 2017 disclosure cover the period of January 20, 2017 to January 23, 2017.

[2] "[A]fter the close of trading, Qualcomm issued a press release disclosing that it had recently received the KFTC Case Examiner's Report, which stated that Qualcomm suppressed market competition by excluding competitors." ¶212

[3] "[T]he European Commission announced that it had charged Qualcomm with illegal anti-competitive practices, including paying a major customer to use Qualcomm chips exclusively. … On the same day, the Taiwan FTC announced it was initiating an investigation into Qualcomm's licensing arrangements." ¶216

[4] "[D]uring market hours, media reports began to circulate that the FTC had commenced an antitrust enforcement action against Qualcomm for 'using unfair practices in the way it licenses its technology.'" ¶224

[5] "In the last hour of trading, on January 20, 2017, it was disclosed that Qualcomm's largest customer, Apple, filed a lawsuit against Qualcomm in the Nothern District of California asserting that the Company used its monopoly position to see onerous, unreasonable, and costly terms for its technology licenses." ¶228

[6] Letters **"A"**, **"B"**, and **"C"** refer to total counts of Bundling Related Terms ("Category 1"), Other Related Terms ("Category 2"), and Unclear Terms ("Category 3") respectively. **"$A_{Green}$", "$A_{Red}$", "$B_{Green}$", "$B_{Red}$"**, and **"$C_{Yellow}$"** refer to counts of Category 1 terms highlighted in green, Category 1 terms highlighted in red, Category 2 terms highlighted in green, Category 2 terms highlighted in red, and Category 3 terms highlighted in yellow respectively. For more information on term, color, and total counts, see Exhibit 17.

PX32

**Exhibit 19**
**Qualcomm Incorporated**
**Calculation of Disaggregated Price Reactions for the Disclosures**

| | | Disaggregation Considering[2] | | | | Disaggregated Price Reaction Considering | | | |
|---|---|---|---|---|---|---|---|---|---|
| Disclosure Date | Adjusted Price Reaction[1] | Green and Red Terms in Category 1 and Category 2 | Green Terms in Category 1 and Category 2 | Green and Red Terms in Category 1, Category 2, and Yellow Terms in Category 3 | Green Terms in Category 1, Category 2, and Yellow Terms in Category 3 | Green and Red Terms in Category 1 and Category 2 | Green Terms in Category 1 and Category 2 | Green and Red Terms in Category 1, Category 2, and Yellow Terms in Category 3 | Green Terms in Category 1, Category 2, and Yellow Terms in Category 3 |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) (2) × (3) | (8) (2) × (4) | (9) (2) × (5) | (10) (2) × (6) |
| 11/17/2015 | $ (5.61) | 23.53 % | 35.29 % | 20.00 % | 27.91 % | $ (1.32) | $ (1.98) | $ (1.12) | $ (1.57) |
| 12/8/2015 | (1.55) | 35.80 | 35.80 | 32.98 | 32.98 | (0.56) | (0.56) | (0.51) | (0.51) |
| 1/17/2017 | (1.62) | 74.00 | 78.72 | 41.11 | 42.53 | (1.20) | (1.27) | (0.66) | (0.69) |
| 1/20/2017 | (10.07) | 92.31 | 91.71 | 72.87 | 71.24 | (9.30) | (9.24) | (7.34) | (7.18) |

**Notes and Sources:**
Daily closing price, dividends, and market capitalization data obtained from Bloomberg L.P. and intraday price data obtained from Tick Data, LLC, and excludes all records marked with an "Exclude Record Flag." Qualcomm revenue, tax rate, and shares outstanding data obtained from SEC filings. News articles obtained from Factiva Dow Jones.
[1] Adjusted price reactions are the adjusted smallest price reactions. For more information, see Exhibits 12c, 13, and 14.
[2] Disaggregation based on words and word combinations that appeared to relate to the bundling and other practices. For more information, see Exhibits 16, 17, and 18.

## Exhibit 20
## Qualcomm Incorporated
## Disaggregated Inflation Per Share Over the Class Period[1]

| Date Range | Inflation per Share Considering[2] | | | |
|---|---|---|---|---|
| | Green and Red Terms in Category 1 and Category 2 | Green Terms in Category 1 and Category 2 | Green and Red Terms in Category 1, Category 2, and Yellow Terms in Category 3 | Green Terms in Category 1, Category 2, and Yellow Terms in Category 3 |
| (1) | (2) | (3) | (4) | (5) |
| February 1, 2012 - November 17, 2015 | $ 12.37 | $ 13.05 | $ 9.64 | $ 9.94 |
| November 18, 2015 - December 7, 2015 | 11.05 | 11.07 | 8.52 | 8.38 |
| December 8, 2015 - January 16, 2017 | 10.49 | 10.51 | 8.00 | 7.86 |
| January 17, 2017 - January 19, 2017 | 9.30 | 9.24 | 7.34 | 7.18 |

**Notes and Sources:**

Daily closing price, dividends, and market capitalization data obtained from Bloomberg L.P. and intraday price data obtained from Tick Data, LLC, and excludes all records marked with an "Exclude Record Flag." Qualcomm revenue, tax rate, and shares outstanding data obtained from SEC filings.

[1] The Consolidated Class Action Complaint dated July 3, 2017 alleges a Class Period from February 1, 2012 to January 20, 2017. As the final disclosure occurred during market hours on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017.

[2] Inflation per share is calculated as the sum of the disaggregated price reactions for all disclosures yet to occur. Total inflation may not precisely equal the sum of the price reactions due to rounding. For more information, see Exhibit 19.

# Exhibit 21a
# Qualcomm Incorporated
# Number of Qualcomm and Korean FTC Tagged Articles[1]
# February 1, 2012 to April 19, 2017




**Notes and Sources:**

[1] Daily number of news articles on the Korean FTC and Qualcomm published by *Reuters Newswires, The Wall Street Journal, Dow Jones Newswires,* or *Major News and Business Sources* as downloaded from Factiva Dow Jones via a company and text search. News stories were obtained through a combined search for news stories categorized as relevant to the company "Qualcomm Incorporated" by Factiva Dow Jones and a text search for "KFTC", "Korean FTC", or "Korean Fair Trade Commission" in the headline or lead paragraph of articles published between February 1, 2012 and April 19, 2017. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars...."

**Exhibit 21b**
**Qualcomm Incorporated**
**Number of Qualcomm and European Commission Tagged Articles[1]**
**February 1, 2012 to April 19, 2017**




**Notes and Sources:**

[1] Daily number of news articles on the European Commission and Qualcomm published by *Reuters Newswires, The Wall Street Journal, Dow Jones Newswires,* or *Major News and Business Sources* as downloaded from Factiva Dow Jones via a company and text search. News stories were obtained through a combined search for news stories categorized as relevant to the company "Qualcomm Incorporated" by Factiva Dow Jones and a text search for "European Commission" in the headline or lead paragraph of articles published between February 1, 2012 and April 19, 2017. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars...."

**Exhibit 21c**
**Qualcomm Incorporated**
**Number of Qualcomm and Taiwan FTC Tagged Articles[1]**
**February 1, 2012 to April 19, 2017**




**Notes and Sources:**
[1] Daily number of news articles on the Taiwan FTC and Qualcomm published by *Reuters Newswires, The Wall Street Journal, Dow Jones Newswires,* or *Major News and Business Sources* as downloaded from Factiva Dow Jones via a company and text search. News stories were obtained through a combined search for news stories categorized as relevant to the company "Qualcomm Incorporated" by Factiva Dow Jones and a text search for "TFTC", "Taiwan FTC", or "Taiwan Fair Trade Commission" in the headline or lead paragraph of articles published between February 1, 2012 and April 19, 2017. The search excluded stories on "Recurring pricing and market data" and "Obituaries, sports, calendars...."

**Exhibit 21d**
**Qualcomm Incorporated**
**Number of Qualcomm and US FTC Tagged Articles[1]**
**February 1, 2012 to April 19, 2017**




**Notes and Sources:**
[1] Daily number of news articles on the US FTC and Qualcomm published by *Reuters Newswires, The Wall Street Journal, Dow Jones Newswires,* or *Major News and Business Sources*as downloaded from Factiva Dow Jones via a company and text search. News stories were obtained through a combined search for news stories categorized as relevant to the company "Qualcomm Incorporated" by Factiva Dow Jones and a text search for "FTC", "US FTC", or "Federal Trade Commission" in the headline or lead paragraph of articles published between February 1, 2012 and April 19, 2017. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars...."

**Exhibit 21e**
**Qualcomm Incorporated**
**Number of Qualcomm and Apple Tagged Articles[1]**
**February 1, 2012 to April 19, 2017**




**Notes and Sources:**

[1] Daily number of news articles on Qualcomm and Apple published by *Reuters Newswires, The Wall Street Journal, Dow Jones Newswires,* or *Major News and Business Sources* as downloaded from Factiva Dow Jones via a company search. News stories were obtained through a search for news stories categorized as relevant to the companies "Qualcomm Incorporated" and "Apple Inc." by Factiva Dow Jones between February 1, 2012 and April 19, 2017. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars...."

PX32

## Appendix 1

## Qualcomm Incorporated

DOW JONES


Unigroup to invest $47b for No 3 slot ....3

Chinese group to build chip empire ....5

Xilinx Most Likely Next Chip Target, Says Citi; Qualcomm Could Acquire ....7

Review: A Single Gadget to End Your Charging Headaches ....8

Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report ....11

MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog ....13

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....15

MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog ....17

MediaTek: Will China’s Tsinghua Buy A Stake? ....19

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....20

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....22

World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm ....24

Press Release: World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm ....27

Andreessen Horowitz Launches $200M Bio-Computer Fund, Hires Ex-Stanford Prof ....31

Qualcomm Refutes Korean Accusations; Bernstein Sees Investor ‘Angst’ ....32

Qualcomm's Licensing Formula Targeted -- Market Talk ....33

Qualcomm's Licensing Formula Targeted -- Market Talk ....34

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update ....37

Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report ....39

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....40

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update ....42

Qualcomm sinks to 52-week low after allegations of antitrust violations in Korea ....44

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update ....45

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update ....47

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations; Chip maker it plans to vigorously contest the allegations ....49

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....51

Qualcomm Discloses South Korea Antitrust Charges ....53

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....55

Qualcomm Discloses South Korea Antitrust Charges ....57


 © 2023 Factiva, Inc. All rights reserved.

Chip-Industry Merger Bash: Why This Party Isn't Over ....59

Qualcomm shares tumble on South Korean antitrust probe ....61

Qualcomm says South Korea recommends fine for alleged antitrust violations; Chip maker says findings ‘are not supported by the facts a... ....63

BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro, ....64

BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro, ....67

BUZZ-Qualcomm Inc: Korea regulator alleges competition law violation ....70

BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro, ....71

Handheld Launches Its First Ultra-Rugged Android Tablet -- the Best-in-Class ALGIZ RT7; Powered by a Qualcomm Snapdragon chipset for... ....73

*Qualcomm Discloses South Korea Antitrust Charges ....75

*World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm and ....76

Qualcomm Says Suggested Penalties Include Monetary Damages ....77

Qualcomm Vows to Vigorously Defend Itself in South Korea ....78

Qualcomm Discloses South Korea Antitrust Charges ....79

 © 2023 Factiva, Inc. All rights reserved.

HD **Unigroup to invest $47b for No 3 slot**

BY Gao Yuan

WC 399 words

PD 17 November 2015

SN China Daily

SC CHNDLY

PG 13

LA English

CY Copyright 2015 China Daily Information Company. All rights reserved.

LP

Tsinghua Unigroup Ltd plans to invest 300 billion yuan ($47 billion) over the next five years in a bid to become the world's third-biggest chipmaker, Zhao Weiguo, chairman of the Chinese technology conglomerate, said on Monday.

Zhao said the company, controlled by Beijing-based Tsinghua University, was in talks with a United States company involved in the chip industry. A deal could be reached as early as the end of this month, he said.

TD

However, buying a majority stake in the US firm was unlikely as it was too "sensitive" for the US government, Zhao said without disclosing any further details.

"If you can't be among the top three giants, it will be very hard to develop your business in the chip industry," Zhao told Reuters.

"The next five years are key... There is an enormous market out there."

Currently, Qualcomm Inc holds the No 3 position in the global chip rankings, behind Samsung Electronics Co Ltd and market leader Intel Corp, which has a market capitalization of $151.5 billion.

When China Daily reached out to Unigroup for the "top three" comment, a public relations officer tried to avoid direct comparison with Qualcomm, saying "a leading global chip vendor" would be more in line with the company's strategy.

The ambitious investment plan of Unigroup comes amid a campaign to boost local chip development and manufacturing industry led by the central government.

The Ministry of Industry and Information Technology said earlier the sector will be a key focus for technology development in the country's next five-year plan which kicks off next year.

In August, the company made an informal $23 billion takeover offer for US vendor Micron Technology Inc, but failed to reach a deal.

Gene Cao, a senior analyst at consultancy Forrester Research Inc, said Unigroup is trying hard to realize its long-time ambition in semiconductor industry as China looks for a strong local chip designer and manufacturer to shake off dependence on overseas giants.

China spent roughly 1.8 trillion yuan importing integrated circuits in 2014. The amount was higher than the country's expense on importing crude oil.

Unigroup's Zhao said he believes overseas acquisitions will speed up the growth of local chip-making industry.

Ma Si and Reuters contributed to this story.

gaoyuan@chinadaily.com.cn

**CO** intl : Intel Corporation | qcom : Qualcomm Incorporated | tsghuu : Tsinghua University | tsnghh : Tsinghua Holdings Company Limited

**IN** i34531 : Semiconductors | i8396 : Diversified Holding Companies | ibcs : Business/Consumer Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c11 : Plans/Strategy | ccat : Corporate/Industrial News

**RE** usa : United States | china : China | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**PUB** China Daily Information Company

**AN** Document CHNDLY0020151116ebbh0002v

 © 2023 Factiva, Inc. All rights reserved.

Bangkok Post

SE topstories

HD **Chinese group to build chip empire**

BY Paul CarstenYimou Lee
WC 660 words
PD 17 November 2015
SN Bangkok Post
SC BKPOST
LA English
CY (c) 2015. The Post Publishing Public Company Limited. All Rights Reserved.

LP

Tsinghua Unigrouptargets No. 3 spot

BEIJING/HONG KONG: China's Tsinghua Unigroup Co Ltd plans to invest 300 billion yuan ($47 billion) over the next five years in a bid to become the world's third-biggest chipmaker.

TD

Zhao Weiguo, chairman of the state-backed technology conglomerate, also told Reuters in an interview in Beijing that the company controlled by Tsinghua University, which counts President Xi Jinping among its alumni, was in talks with a US-based company involved in the chip industry.

A deal could be finalised as early as the end of this month, he said.

Zhao declined to give more details but said buying a majority stake was unlikely as it was too "sensitive" for the US government.

"If you can't be the top-three giant, it will be very hard to develop your business in the chip industry," hesaid, citing reports that China imported more chips than crude oil every year. "The next five years is key... There is an enormous market out there."

Currently, Qualcomm Inc holds the No. 3 position in the global chip rankings, behind Samsung Electronics Co Ltd and market leader Intel Corp, which has a market capitalisation of $151.5 billion.

The sheer size of Tsinghua Unigroup's planned investments is almost equal to Intel's $50 billion chip revenue last year and could disrupt the NAND chip industry.

The top five chipmakers control more than 90% of the global NAND chip market after years of boom-and-bust squeezed out smaller players.

Tsinghua Unigroup's investment drive comes after a two-year deal-making campaign to bolster China's fledgling chip industry, seen as a strategic priority for the Chinese government.

Beijing is keen to end China's reliance on foreign semiconductors as it seeks to build a modern, digitised armed forces capable of matching other advanced militaries.

It has also attached strategic importance to the development of domestic semiconductor, server and networking equipment industries amid fears of foreign cyberspying.

Tsinghua Unigroup has spent more than $9.4 billion making acquisitions and investments at home and abroad over the past two years, including the purchase of stakes in US data storage company Western Digital Corp and Taiwan's Powertech Technology Inc.

In August, it made an informal $23 billion takeover offer for US giant Micron Technology Inc that was rejected out-of-hand by the Idaho-based chipmaker amid concerns a deal might endanger national security.

Tsinghua's failed bid to buy Micron suggests it is serious about expanding in NAND chips, used for storing music, pictures and other data on mobile devices.

The global chip market was worth $355 billion last year, according to research firm IHS Technology.

Tsinghua Unigroup, which had revenue last year of about 12.3 billion yuan, was also in talks about cooperating with a "world-class memory chip giant" to build a new chip factory in China, Zhao said, a move that could help his company acquire intellectual property needed to manufacture memory chips.

The 90-billion-yuan factory would help meet fast-growing demand of NAND memory chips.

"We don't have plans for DRAM at the moment," Zhao said, referring to dynamic random access memory chips that are used mostly in personal computers. "We need to take one step at a time."

The company isalso suspending plans to invest in Taiwanese tech firms due to regulatory hurdles, after agreeing to take a stake in Powertech Technology Inc and expressing interest in more cross-strait deals.

Industry analysts had expected Tsinghua Unigroup to make further investment in Taiwan, sparking fears on the island that its chip sector may fall prey to China's state-backed drive to become a world-class player.

"The regulations do not allow it, so what's the point of talking (to Taiwanese firms)?" Zhao said, adding that Tsinghua Unigroup was focused on investing in the United States.

**CO** qcom : Qualcomm Incorporated | tsghuu : Tsinghua University

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c11 : Plans/Strategy | ccat : Corporate/Industrial News

**RE** china : China | taiwan : Taiwan | usa : United States | beijin : Beijing | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**PUB** The Post Publishing Public Company Limited

**AN** Document BKPOST0020151117ebbh0002t

 © 2023 Factiva, Inc. All rights reserved.

**Xilinx Most Likely Next Chip Target, Says Citi; Qualcomm Could Acquire**
Barron's Blogs, 10:22, 17 November 2015, 444 words, (English)
Citigroup chip analyst Christopher Danely this morning reflects on M&A and concludes that he doesn't expect analog chip maker Maxim Integrated Products (MXIM) to get bought, and that "Xilinx (XLNX) is the only large-cap semiconductor ...
Document WCBBE00020151117ebbh0012x

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Personal Technology: Joanna Stern

**HD** **Review: A Single Gadget to End Your Charging Headaches**

**BY** By Joanna Stern

**WC** 1,293 words

**PD** 17 November 2015

**ET** 13:33

**SN** Dow Jones Top Energy Stories

**SC** DJTES

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Laptop + Smartphone + Tablet

Smartphone + Tablet + Smartwatch + More

**TD**

The Dream of Wireless Charging

Living next to my bed is a ghastly electronic creature. Think Audrey II from the "Little Shop of Horrors," but with roots firmly in power outlets and long charging cables that multiply and grow. I don't know if I should call an electrician—or an exterminator.

My monster is the progeny of our completely out-of-hand gadget-charging situation. My iPhone uses one charging cable. My laptop another! My smartwatch? You guessed it. I even have a separate charger... for my portable charger.

Not only do our gadgets not use the same cables, but, come on, these mega-companies can only spare wall adapters with one measly USB port?

Sure, wireless charging will liberate us eventually, but for now there's another option to ease the pain: a single charger to power up all your gear.

I went in search of the best multi-port USB wall chargers, testing 15 different options—even some that let you charge laptops as well as phones and tablets. But identifying which one best solves your charging nightmare comes down to listing which gadgets you own, and how many you need to juice up at the same time.

Last weekend, I took my laptop, smartphone and smartwatch on an overnight trip—and packed one pill-bottle-size charger. (I'll understand if you're jealous.) When I got to the hotel, the new Zolt needed just one outlet to charge everything at the same time. No need to commando-crawl under the bed to unplug the lamp or aging alarm clock.

Laptop charging is what makes the $100 Zolt my top choice. The 70-watt octagonal charger—which started shipping Tuesday—comes with eight charging tips compatible with most Windows PCs. One end of the included cord takes the adapter tip to plug into the laptop, while the other end has a USB to plug into the Zolt, which goes straight into the wall.

I charged up Acer, Lenovo and Asus laptop models without a hitch. When I plugged in Dell's Inspiron 13 7000, however, the laptop gave an incompatible-charger error. You can look for your laptop on this list, based on Zolt's compatibility testing. If for some reason your laptop doesn't work, you have 30 days to return it for a full refund.

The best part? Zolt charged up compatible laptops in the same time as the big, heavy, hideous chargers they came with.

Even crazier, if you buy Zolt's $20 MagSafe-to-USB cord, it can charge up most Apple laptops, including all MacBook Air models. That doesn't mean all Apple laptops will work: Due to higher wattage requirements, Zolt doesn't support larger MacBook Pro models. Also, USB Type-C isn't yet compatible, so the new 12-inch MacBook isn't supported either.

Apple warns against using third-party MagSafe cords, as they may not properly communicate with MacBook hardware and software. Zolt acknowledges that Apple doesn't license its MagSafe technology and says it hasn't worked with the company. However, the Zolt charger is certified by UL, a globally recognized, independent safety-testing organization.

I've replaced my 13-inch MacBook Air's standard charger with the Zolt for the past month and have encountered no problems.

The two bottom USB ports on the Zolt are for charging lower-power gadgets, like a phone, tablet, e-reader or smartwatch. In fact, it actually charged up my iPhone nearly an hour faster than Apple's 5-watt cube that comes with the iPhone. (See why that is in the text box below.)

My only complaints about the Zolt are that its 5-foot MagSafe cord is shorter than I'd like, and that it can wobble a bit if you're sitting too far away, because its prongs don't always firmly stick in the socket. It's also pretty pricey—$120 with the Mac cord.

An awesome alternative for MacBook users is Twelve South's $45 PlugBug . It's not as compact as the Zolt, but it adds a USB port to the MacBook charging brick.

If you're focused on phones, tablets, smartwatches and other lower-powered devices, there are far more options that cost far less.

Of the many I tried, I liked Anker's $26 PowerPort 4 best. The 40-watt charger has four USB ports, each capable of outputting 2.5 amps. That means it simultaneously charges up a smartphone, tablet, smartwatch and any other USB-powered gadget, sometimes faster than the charger you get with the device. (As with the Zolt, it was an hour faster to charge my iPhone 6s than Apple's measly 5-watt charger.)

The company's PowerIQ technology detects what type of device you're using and reallocates power to charge at a faster speed, without exceeding the device's native power supply. But be aware: If you have a newer Android phone with Qualcomm's Quick Charge technology, you'll get faster charge speeds with supported bricks. Anker plans to release multi-port Quick Charge options next month.

For Apple products, the PowerPort 4 was a godsend. Not only does it beat carrying around four 12-watt iPad chargers, it also costs only a bit more than just one of them. If you need to charge both an iPad and an iPhone, go with the $14 iClever Dual USB . It's the same size as one of Apple's 12W chargers, but has two USB ports.

Need more than four ports? Anker's $36 PowerPort 6 doesn't stick to a wall, but it's perfect for snaking up behind a desk or nightstand.

That all sounds great but it's almost 2016! Wireless charging has been promised for years, so why are we still carrying around all this wall spaghetti?

Wireless charging has made real strides in the past few years. Popular devices like Samsung's Galaxy S6 have the technology built in. However, serious shortcomings stand in the way of mass adoption.

First, the experience is often frustrating. I tested the PowerSquare Tango charging pad with a compatible case for my iPhone. I had to align the phone carefully to get it to work. And it caused my phone to get quite warm, which is bad for the battery's long-term health. It also took an hour and a half for the phone to go from 80% to 100%.

Starbucks has wireless charging in its newest tables. When I used one of the compatible charging rings (some locations loan them out to customers), my iPhone charged much faster. But that brings me to the second point.

 © 2023 Factiva, Inc. All rights reserved.

There have been a series of wireless charging standards competing for attention . While these companies now are working towards compatibility , there's still fragmentation. Starbucks has Powermat's PMA technology embedded in its table, for instance. The PowerSquare Tango uses the Qi standard. Samsung's Galaxy S6 is a rare example of a device that can charge wirelessly with either.

Until wireless charging just works, or gadget makers settle on a single connector for phones, tablets and laptops—USB Type-C is the likeliest choice—the monsters next to our beds won't go completely extinct. But a good multi-port USB charger is enough to keep them from rising up and taking any more of our sanity.

Write to Joanna Stern at

Corrections & Amplifications: The cost of Anker's PowerPort 4 is $26. In an earlier version of this article, a photo caption incorrectly stated it cost $36.

| | |
|---|---|
| **CO** | sansel : Samsung Electronics Co Ltd \| acrser : Acer Incorporated \| asust : Asustek Computer Incorporated \| applc : Apple Inc. \| qcom : Qualcomm Incorporated \| sbcoff : Starbucks Corporation \| mscgp : Acer Group |
| **IN** | i3303 : Networking \| icph : Computer Hardware \| itech : Technology \| icomp : Computing \| i3302003 : Desktop Computers \| i3302011 : Portable Computers \| i34531 : Semiconductors \| i66 : Hotels/Restaurants \| i661 : Restaurants/Cafes/Fast Food Places \| i6612 : Limited-service Eating Places \| ielec : Consumer Electronics \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| ilea : Leisure/Arts/Hospitality \| i3302 : Computers/Consumer Electronics |
| **NS** | gcat : Political/General News \| glife : Living/Lifestyle \| nrvw : Reviews \| gtour : Travel \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| gptech : Personal Technology \| ncolu : Columns |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJTES11020151117ebbh0008g |

PR Newswire
a CISION company

| | |
|---|---|
| **HD** | **Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report** |
| **WC** | 295 words |
| **PD** | 17 November 2015 |
| **ET** | 20:22 |
| **SN** | PR Newswire (U.S.) |
| **SC** | PRN |
| **LA** | English |
| **CY** | Copyright © 2015 PR Newswire Association LLC. All Rights Reserved. |

**LP**

SAN DIEGO, Nov. 17, 2015 /PRNewswire/ -- Qualcomm Incorporated today confirmed that it has recently received the Korea Fair Trade Commission's staff-generated Case Examiner's Report (ER), which commences a process that affords Qualcomm the ability to respond to allegations and defend itself. The ER alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law. The ER proposes remedies including modifications to certain business practices and monetary penalties.

**TD**

The allegations and conclusions contained in the ER are not supported by the facts and are a serious misapplication of law. Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive. Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device.

We intend to vigorously defend ourselves at the Commission hearings and remain hopeful that the Commission will reject the conclusions of the Examiner's Report. We expect the process to take some time. Until then, we intend to continue to invest in leading technologies that drive the industry forward and share those innovations through its licensing program.

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-confirms-receipt-of-korea-fair-trade-commissions-case-examiners-report-300180670.html

SOURCE Qualcomm Incorporated

| | |
|---|---|
| | Web site: http://www.qualcomm.com |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| c133 : Patents \| cgymtr : Intellectual Property Rights \| npress : Press Releases \| c334 : Licensing Agreements \| c33 : Contracts/Orders \| ccat : Corporate/Industrial News \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPC** | NND |
| **PUB** | PR Newswire Association, Inc. |
| **AN** | Document PRN0000020151118ebbi00008 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog**

**BY** By Shuli Ren

**WC** 444 words

**PD** 17 November 2015

**ET** 21:02

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Taiwan's chip designer MediaTek (2454.Taiwan) is pushed by Qualcomm (QCOM) on the high-end and China's Spreadtrum on the low-end. Its profit margins can be expected to fall further.

Competitor Spreadtrum is playing the price game. According to Economic Daily, Spreadtrum's CEO has said that the company can tolerate below 35% gross profit margin because it has only 4000 employees, versus 15,000 and 32,000 at MediaTek and Qualcomm respectively. MediaTek's gross profit margin fell from 48.8% in 2014 to 44% this year and is expected to slide further to 40.8% in 2016, according to Goldman Sachs estimates.

**TD**

"We are cautious on Mediatek's margin outlook as Spreadtrum narrows the gap in 4G and Qualcomm launches its much improved Snapdragon 820. Without recovery in the gross profit margin trend, we do not expect re-rating of Mediatek shares," wrote analyst Donald Lu. Goldman this morning lowered its price target to 278 new Taiwan dollars. MediaTek fell 0.6% to NT$263.50.

Talking about re-rating and catalysts, there has been a lot of speculation lately that China's Tsinghua Unigroup may buy a stake in MediaTek, which could lift the latter's profit margins. Tsinghua owns MediaTek's direct competitor Spreadtrum.

According to Bernstein Research, if Tsinghua Unigroup invests in (or even collaborate with) MediaTek, the latter's gross margin could recover to 46% and its earnings per share in 2016 could rise by 25%. In that case, analyst Mark Li thinks MediaTek could be worth NT$310, or 18% upside. Even better, if MediaTek could lower its operating expenditure by 10%, this stock would be worth NT$356, or 32% upside from now.

One can see this market speculation is tempting. MediaTek's stock ramped up all the way to NT$302.50 on November 4 ahead of the meeting between China and Taiwan's presidents. People were hoping for corporate deals?

But this stock has deflated since. This is because many are skeptical this tie-up will happen. Taiwan is very protective of its semiconductor industry and does not even allow Chinese companies to invest in its companies. Plus, "Tsinghua Unigroup already acquired SPRD/RDA and has access to Intel's AP/Modem and 14nm node, it won't make sense to further invest in MediaTek," said Maybank's Warren Lau, who has a Sell rating with NT$205 price target.

```
 More at Barron's Asia Stocks to Watch blog,
http://blogs.barrons.com/asiastocks/
```

(END) Dow Jones Newswires

November 17, 2015 21:02 ET (02:02 GMT)

**CO** trumcm : Spreadtrum Communications Inc. | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated | tsnghh : Tsinghua Holdings Company Limited

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology | iintcir : Integrated Circuits

**NS** c151 : Earnings | c181 : Acquisitions/Mergers/Shareholdings | nenac : Energy Asset Class News | neqac : Equities Asset Class News | c15 : Financial Performance | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** taiwan : Taiwan | china : China | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi000e5

DOW JONES NEWSWIRES

HD **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

BY By Don Clark

WC 395 words

PD 17 November 2015

ET 23:31

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

TD

A KFTC spokesman did not immediately respond to a request for comment.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the worldwide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 17, 2015 23:31 ET (04:31 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000al |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog**

**BY** By Shuli Ren

**WC** 444 words

**PD** 18 November 2015

**ET** 00:09

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Taiwan's chip designer MediaTek (2454.Taiwan) is pushed by Qualcomm (QCOM) on the high-end and China's Spreadtrum on the low-end. Its profit margins can be expected to fall further.

Competitor Spreadtrum is playing the price game. According to Economic Daily, Spreadtrum's CEO has said that the company can tolerate below 35% gross profit margin because it has only 4000 employees, versus 15,000 and 32,000 at MediaTek and Qualcomm respectively. MediaTek's gross profit margin fell from 48.8% in 2014 to 44% this year and is expected to slide further to 40.8% in 2016, according to Goldman Sachs estimates.

**TD**

"We are cautious on Mediatek's margin outlook as Spreadtrum narrows the gap in 4G and Qualcomm launches its much improved Snapdragon 820. Without recovery in the gross profit margin trend, we do not expect re-rating of Mediatek shares," wrote analyst Donald Lu. Goldman this morning lowered its price target to 278 new Taiwan dollars. MediaTek fell 0.6% to NT$263.50.

Talking about re-rating and catalysts, there has been a lot of speculation lately that China's Tsinghua Unigroup may buy a stake in MediaTek, which could lift the latter's profit margins. Tsinghua owns MediaTek's direct competitor Spreadtrum.

According to Bernstein Research, if Tsinghua Unigroup invests in (or even collaborate with) MediaTek, the latter's gross margin could recover to 46% and its earnings per share in 2016 could rise by 25%. In that case, analyst Mark Li thinks MediaTek could be worth NT$310, or 18% upside. Even better, if MediaTek could lower its operating expenditure by 10%, this stock would be worth NT$356, or 32% upside from now.

One can see this market speculation is tempting. MediaTek's stock ramped up all the way to NT$302.50 on November 4 ahead of the meeting between China and Taiwan's presidents. People were hoping for corporate deals?

But this stock has deflated since. This is because many are skeptical this tie-up will happen. Taiwan is very protective of its semiconductor industry and does not even allow Chinese companies to invest in its companies. Plus, "Tsinghua Unigroup already acquired SPRD/RDA and has access to Intel's AP/Modem and 14nm node, it won't make sense to further invest in MediaTek," said Maybank's Warren Lau, who has a Sell rating with NT$205 price target.

More at Barron's Asia Stocks to Watch blog,
http://blogs.barrons.com/asiastocks/

(END) Dow Jones Newswires

November 18, 2015 00:09 ET (05:09 GMT)

**CO** trumcm : Spreadtrum Communications Inc. | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated | tsnghh : Tsinghua Holdings Company Limited

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology | iintcir : Integrated Circuits

**NS** c151 : Earnings | c181 : Acquisitions/Mergers/Shareholdings | nenac : Energy Asset Class News | neqac : Equities Asset Class News | c15 : Financial Performance | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** taiwan : Taiwan | china : China | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi000fy

 © 2023 Factiva, Inc. All rights reserved.

**MediaTek: Will China's Tsinghua Buy A Stake?**

Barron's Blogs, 00:09, 18 November 2015, 418 words, (English)

Taiwan's chip designer MediaTek (2454.Taiwan) is pushed by Qualcomm (QCOM) on the high-end and China's Spreadtrum on the low-end. Its profit margins can be expected to fall further.

Document WCBBE00020151118ebbi0002t

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 399 words

**PD** 18 November 2015

**ET** 00:23

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A KFTC spokesman did not immediately respond to a request for comment.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the worldwide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Write to Don Clark at don.clark@wsj.com

Subscribe to WSJ: http://online.wsj.com?mod=djnwires

(END) Dow Jones Newswires

18-11-15 0523GMT

**CO** qcom : Qualcomm Incorporated

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020151118ebbi0005o

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 395 words

**PD** 17 November 2015

**ET** 23:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A KFTC spokesman did not immediately respond to a request for comment.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the worldwide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 17, 2015 23:16 ET (04:16 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi000ad

 © 2023 Factiva, Inc. All rights reserved.

HD **World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm**

WC 1,033 words

PD 18 November 2015

ET 02:56

SN Nasdaq / Globenewswire

SC HUGNEN

LA English

CY © 2015, The NASDAQ OMX Group, Inc. All Rights Reserved.

LP

* LTE Carrier Aggregation (CA) of licensed and unlicensed bands on mobile network and devices enables smartphone users to maintain their LTE connection while getting a speed boost from unlicensed 5GHz spectrum

* Successful over-the-air testing between Ericsson RBS 6402 small cells and a Qualcomm® Snapdragon(TM) X12 LTE modem of LTE CA with unlicensed spectrum conducted on Vodafone's commercial network in the Netherlands

TD

* Network testing further validates fair co-existence of LTE in 5 GHz unlicensed band

Ericsson (NASDAQ:ERIC), with Vodafone and Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, today conducted world's first live testing of advanced LTE Carrier Aggregation (CA) of LTE in licensed and unlicensed bands on a commercial mobile network. The trial uses the Ericsson RBS 6402 indoor small cell, which supports LTE CA between licensed and unlicensed bands on Vodafone's commercial network, connected to a LTE unlicensed band capable test device developed by Qualcomm Technologies, Inc.

Matthias Sauder, chief network officer, Vodafone Netherlands: "Our intent in deploying small cells is always to deliver the best customer experience, and we see the potential for LTE aggregation with unlicensed bands on small cells as one way to make that customer experience even better. We are already using Ericsson's RBS 6402 indoor picocell in our own shops in the Netherlands, so it's great to see that it will also support advanced LTE CA capabilities with unlicensed spectrum on our network."

The Vodafone LTE trials with unlicensed spectrum are being conducted over Vodafone's network in the Netherlands. The latest over the air results were achieved by aggregating 20 MHz of Vodafone spectrum in Band 3 (1800 MHz) with 20 MHz of the unlicensed 5 GHz band U-NII-1 band. The testing validated LTE performance in the unlicensed band and fair co-existence with other technologies like Wi-Fi within the unlicensed 5 GHz band. The Ericsson RBS 6402 Indoor Picocell includes a 5GHz LTE enabled radio in addition to multiple LTE radio variants and optional 2.4 GHz Wi-Fi module - all in a sleek, compact package with a tablet-sized footprint. The user equipment utilized in this trial is a test device powered by the Qualcomm® Snapdragon(TM) X12 LTE modem. The Snapdragon X12 LTE modem is a product of Qualcomm Technologies.

Valter D'Avino, Head of Ericsson's Region Western and Central Europe, says: "Vodafone has taken a leadership position in small cells and our LTE trials on unlicensed spectrum with them, together with Qualcomm Technologies, really underscore their continued commitment to improving the performance of indoor networks to ensure better app coverage for their customers. The unlicensed 5 GHz band is a shared resource and, as we have seen, it can be aggregated with LTE bands to provide a speed boost for users to improve app coverage, when spectrum is available - of course, the user also maintains their connection to Vodafone's highly reliable LTE network, so they have a great connection no matter what."

"Users in Europe and the rest of the world demand better, faster and seamless connectivity," said Serge Willenegger, vice president, product management at Qualcomm Technologies, Inc. "The aggregation of licensed and unlicensed bands in 4G and future 5G networks is critical to achieve this goal, and we're pleased to collaborate with Ericsson and Vodafone to test the support of such capabilities in our Snapdragon processors and modems."

LTE CA with an unlicensed band enables operators to combine the reliability of LTE licensed spectrum with incremental downlink throughput improvements provided by the unlicensed band. The functionality includes mechanisms for sharing the unlicensed spectrum with other unlicensed 5 GHz users, like Wi-Fi. This allows operators to leverage unlicensed 5 GHz spectrum for improved peak rates and capacity. LTE CA with the 5GHz unlicensed band is a feature of Ericsson Networks Software 16A, available this year.

Photo: Ericsson RBS 6402 Indoor Picocell supports World's First LTE Carrier Aggregation with unlicensed band trial on Vodafone's commercial network

NOTES TO EDITORS

Ericsson and Qualcomm complete LTE-U over-the-air demonstration in China

Ericsson software unlocks indoor performance for the mobile era

For media kits, backgrounders and high-resolution photos, please visit www.ericsson.com/press

Ericsson is the driving force behind the Networked Society - a world leader in communications technology and services. Our long-term relationships with every major telecom operator in the world allow people, business and society to fulfill their potential and create a more sustainable future.

Our services, software and infrastructure - especially in mobility, broadband and the cloud - are enabling the telecom industry and other sectors to do better business, increase efficiency, improve the user experience and capture new opportunities.

With approximately 115,000 professionals and customers in 180 countries, we combine global scale with technology and services leadership. We support networks that connect more than 2.5 billion subscribers. Forty percent of the world's mobile traffic is carried over Ericsson networks. And our investments in research and development ensure that our solutions - and our customers - stay in front.

Founded in 1876, Ericsson has its headquarters in Stockholm, Sweden. Net sales in 2014 were SEK 228.0 billion (USD 33.1 billion). Ericsson is listed on NASDAQ OMX stock exchange in Stockholm and the NASDAQ in New York.

www.ericsson.com

www.ericsson.com/news

www.twitter.com/ericssonpress

www.facebook.com/ericsson

www.youtube.com/ericsson

FOR FURTHER INFORMATION, PLEASE CONTACT

Ericsson Corporate Communications

Phone: +46 10 719 69 92

E-mail: media.relations@ericsson.com

Ericsson Investor Relations

Phone: +46 10 719 00 00

E-mail: investor.relations@ericsson.com

 © 2023 Factiva, Inc. All rights reserved.

Qualcomm and Snapdragon are trademarks of Qualcomm Incorporated, registered in the United States and other countries.

Ericsson_Vodafone_Qcomm_LTE CA_Announcement

This announcement is distributed by NASDAQ OMX Corporate Solutions on behalf of NASDAQ OMX Corporate Solutions clients.

The issuer of this announcement warrants that they are solely responsible for the content, accuracy and originality of the information contained therein.

Source: Ericsson via Globenewswire

HUG#1967587

**CT**

**CO** qcom : Qualcomm Incorporated | eric : Telefonaktiebolaget LM Ericsson | ratel : Vodafone Group PLC

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** neth : Netherlands | swed : Sweden | benluxz : Benelux Countries | eecz : European Union Countries | eurz : Europe | nordz : Nordic Countries | scandz : Scandinavia | weurz : Western Europe

**IPD** Technology

**PUB** NASDAQ OMX Corporate Solutions International Limited

**AN** Document HUGNEN0020151118ebbi000m9

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Press Release: World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm**

WC 1,071 words
PD 18 November 2015
ET 02:56
SN Dow Jones Institutional News
SC DJDN
LA English
CY Copyright © 2015, Dow Jones & Company, Inc.

TD

-- LTE Carrier Aggregation (CA) of licensed and unlicensed bands on mobile network and devices enables smartphone users to maintain their LTE connection while getting a speed boost from unlicensed 5GHz spectrum

-- Successful over-the-air testing between Ericsson RBS 6402 small cells and

a
Qualcomm(R) Snapdragon(TM) X12 LTE modem of LTE CA with unlicensed spectrum conducted on Vodafone's commercial network in the Netherlands

-- Network testing further validates fair co-existence of LTE in 5 GHz unlicensed band

Ericsson (NASDAQ:ERIC), with Vodafone and Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, today conducted world's first live testing of advanced LTE Carrier Aggregation (CA) of LTE in licensed and unlicensed bands on a commercial mobile network. The trial uses the Ericsson RBS 6402 indoor small cell, which supports LTE CA between licensed and unlicensed bands on Vodafone's commercial network, connected to a LTE unlicensed band capable test device developed by Qualcomm Technologies, Inc.

Matthias Sauder, chief network officer, Vodafone Netherlands: "Our intent in deploying small cells is always to deliver the best customer experience, and we see the potential for LTE aggregation with unlicensed bands on small cells as one way to make that customer experience even better. We are already using Ericsson's RBS 6402 indoor picocell in our own shops in the Netherlands, so it's great to see that it will also support advanced LTE CA capabilities with unlicensed spectrum on our network."

The Vodafone LTE trials with unlicensed spectrum are being conducted over Vodafone's network in the Netherlands. The latest over the air results were achieved by aggregating 20 MHz of Vodafone spectrum in Band 3 (1800 MHz) with 20 MHz of the unlicensed 5 GHz band U-NII-1 band. The testing validated LTE performance in the unlicensed band and fair co-existence with other technologies like Wi-Fi within the unlicensed 5 GHz band. The Ericsson RBS 6402 Indoor Picocell includes a 5GHz LTE

enabled radio in addition to multiple LTE radio variants and optional 2.4 GHz Wi-Fi module - all in a sleek, compact package with a tablet-sized footprint. The user equipment utilized in this trial is a test device powered by the Qualcomm(R) Snapdragon(TM) X12 LTE modem. The Snapdragon X12 LTE modem is a product of Qualcomm Technologies.

Valter D'Avino, Head of Ericsson's Region Western and Central Europe, says: "Vodafone has taken a leadership position in small cells and our LTE trials on unlicensed spectrum with them, together with Qualcomm Technologies, really underscore their continued commitment to improving the performance of indoor networks to ensure better app coverage for their customers. The unlicensed 5 GHz band is a shared resource and, as we have seen, it can be aggregated with LTE bands to provide a speed boost for users to improve app coverage, when spectrum is available - of course, the user also maintains their connection to Vodafone's highly reliable LTE network, so they have a great connection no matter what."

"Users in Europe and the rest of the world demand better, faster and seamless connectivity," said Serge Willenegger, vice president, product management at Qualcomm Technologies, Inc. "The aggregation of licensed and unlicensed bands in 4G and future 5G networks is critical to achieve this goal, and we're pleased to collaborate with Ericsson and Vodafone to test the support of such capabilities in our Snapdragon processors and modems."

LTE CA with an unlicensed band enables operators to combine the reliability of LTE licensed spectrum with incremental downlink throughput improvements provided by the unlicensed band. The functionality includes mechanisms for sharing the unlicensed spectrum with other unlicensed 5 GHz users, like Wi-Fi. This allows operators to leverage unlicensed 5 GHz spectrum for improved peak rates and capacity. LTE CA with the 5GHz unlicensed band is a feature of Ericsson Networks Software 16A, available this year.

Photo: Ericsson RBS 6402 Indoor Picocell supports World's First LTE Carrier Aggregation with unlicensed band trial on Vodafone's commercial network

NOTES TO EDITORS

Ericsson and Qualcomm complete LTE-U over-the-air demonstration in China http://www.ericsson.com/news/1954158?query=china+lte-uEricsson software unlocks indoor performance for the mobile era http://www.ericsson.com/news/1948888

For media kits, backgrounders and high-resolution photos, please visit www.ericsson.com/pressEricsson is the driving force behind the Networked Society - a world
leader in communications technology and services. Our long-term relationships with every major telecom operator in the world allow people, business and society to fulfill their potential and create a more sustainable future.

Our services, software and infrastructure - especially in mobility, broadband and the cloud - are enabling the telecom industry and other sectors to do better business, increase efficiency, improve the user experience and capture new opportunities.

With approximately 115,000 professionals and customers in 180 countries,

 © 2023 Factiva, Inc. All rights reserved.

we combine global scale with technology and services leadership. We support networks that connect more than 2.5 billion subscribers. Forty percent of the world's mobile traffic is carried over Ericsson networks. And our investments in research and development ensure that our solutions - and our customers - stay in front.

Founded in 1876, Ericsson has its headquarters in Stockholm, Sweden. Net sales in 2014 were SEK 228.0 billion (USD 33.1 billion). Ericsson is listed on NASDAQ OMX stock exchange in Stockholm and the NASDAQ in New York.

www.ericsson.comwww.ericsson.com/newswww.twitter.com/ericssonpress
www.facebook.com/ericssonwww.youtube.com/ericsson

FOR FURTHER INFORMATION, PLEASE CONTACT

Ericsson Corporate Communications

Phone: +46 10 719 69 92

E-mail: media.relations@ericsson.com

Ericsson Investor Relations

Phone: +46 10 719 00 00

E-mail: investor.relations@ericsson.com

Qualcomm and Snapdragon are trademarks of Qualcomm Incorporated, registered in the United States and other countries.

Ericsson_Vodafone_Qcomm_LTE CA_Announcement:
http://hugin.info/1061/R/1967587/718871.pdf

This announcement is distributed by NASDAQ OMX Corporate Solutions on behalf of NASDAQ OMX Corporate Solutions clients.

The issuer of this announcement warrants that they are solely responsible for the content, accuracy and originality of the information contained therein.

Source: Ericsson via Globenewswire

HUG#1967587

http://www.ericsson.com
(END) Dow Jones Newswires

November 18, 2015 02:56 ET (07:56 GMT)

**CO** eric : Telefonaktiebolaget LM Ericsson | qcom : Qualcomm Incorporated | ratel : Vodafone Group PLC

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | npress : Press Releases | ncat : Content Types | nfact : Factiva Filters

**RE** swed : Sweden | eurz : Europe | eecz : European Union Countries | nordz : Nordic Countries | scandz : Scandinavia

Page 29 of 79 © 2023 Factiva, Inc. All rights reserved.

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi000ry

 © 2023 Factiva, Inc. All rights reserved.

**Andreessen Horowitz Launches $200M Bio-Computer Fund, Hires Ex-Stanford Prof**

WSJ Blogs, 09:46, 18 November 2015, 528 words, (English)

Andreessen Horowitz raised a $200 million fund to invest in startups that combine life science and computer science and has hired a new general partner, former Stanford University professor Vijay Pande, to run it.

Document WCWSJB0020151118ebbi0028m

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Refutes Korean Accusations; Bernstein Sees Investor 'Angst'**

Barron's Blogs, 10:11, 18 November 2015, 460 words, (English)

Shares of wireless chip giant Qualcomm (QCOM) are down $3.40, or 6%, at $49.58, after the company late yesterday said South Korea's Fair Trade Commission recently sent it an "examiner's report" that alleges that the company doesn't properly ...

Document WCBBE00020151118ebbi0015p

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm's Licensing Formula Targeted -- Market Talk**

**WC** 125 words

**PD** 18 November 2015

**ET** 11:38

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

11:37 ET - Qualcomm (QCOM) is no stranger to antitrust cases, but investors are spooked by the attack in South Korea on a pillar of the chip maker's business: charging cellphone makers patent royalties based on a percentage of handset prices. The company was quick to note the allegations are just recommendations of staff at the Korea Fair Trade Commission, which may reject them. Still, Bernstein notes the possibility of ending QCOM's handset-based royalties is one of "the doomsday scenarios for the business." Shares skid 8% to $48.73, hitting a fresh 4-year low. (don.clark@wsj.com; @donal888)

(END) Dow Jones Newswires

**TD**

November 18, 2015 11:38 ET (16:38 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c1521 : Analysts' Comments/Recommendations | c334 : Licensing Agreements | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | c33 : Contracts/Orders | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002d4

DOW JONES NEWSWIRES

**HD** **Qualcomm's Licensing Formula Targeted -- Market Talk**

**WC** 1,244 words
**PD** 18 November 2015
**ET** 11:38
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

11:37 ET - Qualcomm (QCOM) is no stranger to antitrust cases, but investors are spooked by the attack in South Korea on a pillar of the chip maker's business: charging cellphone makers patent royalties based on a percentage of handset prices. The company was quick to note the allegations are just recommendations of staff at the Korea Fair Trade Commission, which may reject them. Still, Bernstein notes the possibility of ending QCOM's handset-based royalties is one of "the doomsday scenarios for the business." Shares skid 8% to $48.73, hitting a fresh 4-year low. (don.clark@wsj.com; @donal888)

**TD**

11:33 ET - ConAgra (CAG) CEO Sean Connolly tells WSJ that by splitting up, the consumer side will work on adding more "clean label, natural and organic foods--as well as premium and gourmet. That's where we've got some real opportunities." That can be done by refreshing older brands like Healthy Choice as well as "opportunistically turn[ing] to the outside." CAG rises 4.1% to $40.97, erasing the rest of the month's stock pullback. (annie.gasparro@wsj.com)

11:33 ET - Banks and financial-service companies lead the way in equality in the workplace for lesbian, gay, bisexual and transgender employees, according to a report from the Human Rights Campaign Foundation. Of the 407 companies worldwide that earned perfect scores under the foundation's rating system, 50 were from the banking and financial sector, including JPMorgan Chase, Bank of America, Citigroup, Wells Fargo, Goldman Sachs and Morgan Stanley. The ratings are based on whether companies have LGBT non-discrimination policies and offer employment benefits for domestic partners, among other factors. (michael.rapoport@wsj.com; @rapoportwsj)

11:16 ET - Law-enforcement authorities are turning to a computer program to overcome a common hurdle in crime labs--making sense of DNA that gets mixed up at crime scenes. But secrecy around the software is stoking a national legal debate. Defense attorneys have tried but failed to get access to the source code of the program, called TrueAllele. They say they can't determine whether the software is erroneously linking their clients to crimes if they are unable to review the instructions the program gives the computer. The dispute could foreshadow other struggles with developers, as computational statistics and other technologies seep into the criminal-justice system. (joe.palazzolo@wsj.com)

11:15 ET - Southeastern businesses expect to see their unit costs rise 1.8% on average in the next 12 months, according to the Atlanta Fed's November business-inflation expectations survey. The 221 firms surveyed -- many of them companies with national or international operations and sales -- reported that 59% of them saw sales levels at or above normal, up from 55% of those surveyed in October. The survey was conducted from Nov. 9-13. Overall producer prices fell 1.6% in October from a year earlier, the goverment recently reported. (cameron.mcwhirter@wsj.com)

11:12 ET - US refinery activity keep churning higher as most plants come off seasonal maintenance schedules, and as demand for product remains strong amid low prices. The EIA says today refinery capacity utilization rose 0.8 percentage points, giving it a 90.3% run-rate. Strong domestic demand, as well as a booming export market for refined US fuel -- which as opposed to crude oil is permitted by the US government -- is keeping plants active. (dan.molinski@wsj.com)

11:12 ET - Valeant (VRX) is putting in place a "retention plan" which involves offering key staff a combination of cash and stock as the company faces questions about its now-severed relationship with specialty pharmacy Philidor. IR chief Laurie Little says during a conference appearance in London that the program started "below executive level" and was initially targeted at 70 people. But it might be broadened in coming weeks "to keep key personnel." Shares have slumped 70% the past 3 months, no doubt hitting worker sentiment some. (denise.roland@wsj.com; @deniseroland)

11:06 ET - With FARO trading at the decade's low on a forward enterprise value/sales basis, Canaccord puts the 3D-measurement firm back at buy after 7 months on the sidelines. Downgrading it amid a downbeat 1Q report, shares were nearly halved after their initial April slump before bottoming out following this month's 3Q report--which included an announcement that CEO Jay Freeland will step down. But after worries in the spring about demand, the investment bank thinks sales will pick up this quarter as end-of-year spending occurs. Canaccord also anticipates better underlying demand in 2016, helped in part by new offerings. FARO rises 8.4% to $30.19, cutting the month's slide to 11% and putting the week's rebound at 15%. (kevin.kingsbury@wsj.com; @kevinkingsbury)

11:04 ET - Barclays (BCS) has agreed to pay $150M to resolve an investigation by New York's banking regulator into a trading practice which allowed the bank to exploit a milliseconds-long lag between an order and its execution to clients' detriment. The penalty is the latest to stem from BCS' foreign-exchange trading, a line of business that--with today's settlement--has cost the British bank more than $2.5B in penalties. (christopher.matthews@wsj.com)

11:03 ET - Perrigo (PRGO), now that it's escaped the entreaties of rival Mylan (MYL), must reckon with living up to some lofty sales growth targets. The drug company's consumer business, in particular, could struggle to reach the goal of 5%-10% topline growth, JPMorgan says, with statins looking unlikely to go over the counter. Perrigo's leading position in the private-label OTC market is a plus, along with its European expansion through the Omega deal completed earlier this year, but JPMorgan expects Perrigo will see sales growth in the mid single digits--the lower end of its topline guidance range--unless it turns to dealmaking of its own. JPMorgan rates Perrigo neutral. (jonathan.rockoff@wsj.com; @jonathanrockoff)

11:00 ET - Caterpillar (CAT) is eager to reassure shareholders it won't get burned on equipment leased to customers in China even as the economy cools there. CAT Financial Services President Kent Adams said during a conference call yesterday that the company keeps tabs on the position of machinery electronically through its Product Link system. "If a customer falls behind, we have the ability to derate the engine or turn the engine off, and we've set up a legal presence in all of the provinces of China." He added CAT also has conservative payment terms in China "because it's still a developing market from a rule-of-law standpoint." (bob.hagerty@wsj.com)

1549 GMT - The future of big sugar industry projects in Australia hinges on the fate of the broader resources sector, says Lindsay Jolly, an International Sugar Organization economist, at an ISO event in London. There are "real questions" over whether the Ord River, Pentland and Etheridge projects -- which would add big mills and energy generation facilities -- will happen, he says. As well as a higher global sugar price, the projects are reliant on new infrastructure that will only be built if more mines get the go-ahead, he says. (ed.ballard@wsj.com)

(END) Dow Jones Newswires

November 18, 2015 11:38 ET (16:38 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | cwrkpa : Workers Pay | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002ia

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update**

**BY** By Don Clark

**WC** 406 words

**PD** 18 November 2015

**ET** 05:52

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A spokesman for KFTC said they can't comment on ongoing investigations.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 05:52 ET (10:52 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi0014d

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

| | |
|---|---|
| **HD** | **Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report** |
| **WC** | 295 words |
| **PD** | 18 November 2015 |
| **SN** | M2 Presswire |
| **SC** | MTPW |
| **LA** | English |
| **CY** | © 2015, M2 Communications. All rights reserved. |

**LP**

SAN DIEGO — Qualcomm Incorporated today confirmed that it has recently received the Korea Fair Trade Commission's staff-generated Case Examiner's Report (ER), which commences a process that affords Qualcomm the ability to respond to allegations and defend itself. The ER alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law. The ER proposes remedies including modifications to certain business practices and monetary penalties.

**TD**

The allegations and conclusions contained in the ER are not supported by the facts and are a serious misapplication of law. Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive. Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device.

We intend to vigorously defend ourselves at the Commission hearings and remain hopeful that the Commission will reject the conclusions of the Examiner's Report. We expect the process to take some time. Until then, we intend to continue to invest in leading technologies that drive the industry forward and share those innovations through its licensing program.

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| c133 : Patents \| cgymtr : Intellectual Property Rights \| npress : Press Releases \| c334 : Licensing Agreements \| c33 : Contracts/Orders \| ccat : Corporate/Industrial News \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **PUB** | Normans Media Ltd |
| **AN** | Document MTPW000020151118ebbi009nb |

NEWSWIRES
DOW JONES

**CLM** Top Stories

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 604 words

**PD** 18 November 2015

**ET** 03:42

**SN** Dow Jones Top News & Commentary

**SC** DJCOMM

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i34411 : Mobile Communications Equipment | i3441 : Telecommunications Technology/Equipment

**NS** c34 : Anti-Competition Issues | ncolu : Columns | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | ribcol : IB Collection | ribtst : IB - Top Stories | redit : Selection of Top Stories/Trends/Analysis | c133 : Patents | cgymtr : Intellectual Property Rights | c12 : Corporate Crime/Legal Action | cinprp : Industrial Property Rights | nfcpex : C&E Executive News Filter | cwrkpa : Workers Pay | c42 : Labor/Personnel

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJCOMM1120151118ebbi006sr

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update**

**BY** By Don Clark

**WC** 617 words

**PD** 18 November 2015

**ET** 13:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 13:00 ET (18:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c33 : Contracts/Orders | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002ol

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm sinks to 52-week low after allegations of antitrust violations in Korea**

**WC** 160 words

**PD** 18 November 2015

**ET** 13:10

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Shares of Qualcomm Inc. (QCOM) sank to their 52-week low Wednesday after the chip maker announced that it faces patent-related antitrust allegations in South Korea. "The Examiner's Report alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law," said Qualcomm in a statement posted on its website. The company said it plans to vigorously defend itself against the claims detailed in the report. Qualcomm sank 9.1% to its 52-week low of $48.18 to top the worst decliners in the S&P 500. The stock is down 35% year to date.

-Sue Chang; 415-439-6400; AskNewswires@dowjones.com

**TD**

(END) Dow Jones Newswires

18-11-15 1810GMT

**CO** qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | neqac : Equities Asset Class News | c11 : Plans/Strategy | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c33 : Contracts/Orders | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020151118ebbi000jd

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update** |
| BY | By Don Clark |
| WC | 406 words |
| PD | 18 November 2015 |
| ET | 06:07 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A spokesman for KFTC said they can't comment on ongoing investigations.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 06:07 ET (11:07 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi00124

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update**

**BY** By Don Clark

**WC** 617 words

**PD** 18 November 2015

**ET** 13:15

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 13:15 ET (18:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | nenac : Energy Asset Class News | neqac : Equities Asset Class News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002rs

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

SE Tech

HD **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations; Chip maker it plans to vigorously contest the allegations**

BY By Don Clark
WC 612 words
PD 18 November 2015
ET 13:00
SN The Wall Street Journal Online
SC WSJO
LA English
CY Copyright 2015 Dow Jones & Company, Inc. All Rights Reserved.

LP

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

TD

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing “is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings “are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a “doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i3441 : Telecommunications Technology/Equipment | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | gcrim : Crime/Courts | c11 : Plans/Strategy | c12 : Corporate Crime/Legal Action | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | asiaz : Asia | apacz : Asia Pacific | easiaz : Eastern Asia

**IPD** Technology

**PUB** Dow Jones & Company, Inc.

**AN** Document WSJO000020151118ebbi001xh

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 598 words

**PD** 18 November 2015

**ET** 11:13

**SN** Dow Jones Top North American Equities Stories

**SC** DJTNAE

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at

**CO** qcom : Qualcomm Incorporated

**IN** i3303 : Networking | iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics | icomp : Computing | i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i3441 : Telecommunications Technology/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | ncolu : Columns | c42 : Labor/Personnel

**RE** asiaz : Asia | russ : Russia | skorea : South Korea | apacz : Asia Pacific | bric : BRICS Countries | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | eurz : Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTNAE1120151118ebbi0007f

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Discloses South Korea Antitrust Charges**

**WC** 608 words

**PD** 18 November 2015

**ET** 11:20

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 11:20 ET (16:20 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002cm

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark
**WC** 598 words
**PD** 18 November 2015
**ET** 11:13
**SN** Dow Jones Top Global Market Stories
**SC** DJTGMS
**LA** English
**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at

**CO** qcom : Qualcomm Incorporated

**IN** i3303 : Networking | iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics | icomp : Computing | i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i3441 : Telecommunications Technology/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | ncolu : Columns | c42 : Labor/Personnel

**RE** asiaz : Asia | russ : Russia | skorea : South Korea | apacz : Asia Pacific | bric : BRICS Countries | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | eurz : Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTGMS1120151118ebbi000bk

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **Qualcomm Discloses South Korea Antitrust Charges**

**WC** 608 words

**PD** 18 November 2015

**ET** 11:35

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 11:35 ET (16:35 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002d1

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Heard on the Street

**HD** **Chip-Industry Merger Bash: Why This Party Isn't Over**

**BY** By Dan Gallagher

**WC** 531 words

**PD** 18 November 2015

**ET** 14:13

**SN** Dow Jones Top Energy Stories

**SC** DJTES

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

All good parties eventually come to an end. But for the one raging in the semiconductor arena, last call still seems a way off.

Investors could be forgiven for thinking otherwise. ON Semiconductor's $2.4 billion deal to acquire Fairchild Semiconductor, announced Wednesday , is just the latest entrant to the chip industry's merger party .

**TD**

And it has been quite the bash: there have been deals worth more than $120 billion across the sector so far this year, according to Dealogic.

That is far and away the all-time record.

What may give pause to investors hoping the festivities continue: the actual number of deals is low, the fewest since 2005. This means deal size is quite high. In fact, this year has seen 14 deals above $1 billion in value so far, including Avago's record-busting pickup of Broadcom for $37 billion. Average deal size this year is more than three times last year's average, according to Dealogic.

That would suggest the merger wave could be peaking. One reason: Many of the industry's biggest players are now busy absorbing their latest acquisitions.

But there may be at least a few more to come . Reports over the past month have indicated both Texas Instruments and Analog Devices are eyeing Maxim Integrated, which sports a market value of about $11.2 billion.

Qualcomm, with about $20 billion in net cash and a pressing need to diversify from its dependence on modem chips for smartphones, just hired a former stock analyst to run M&A for the company. In a report this week, Christopher Danley of Citigroup named Xilinx as an attractive target to a buyer like Qualcomm. Xilinx has a market value of just over $12 billion.

And another deep-pocketed buyer is itching to get into the deals party. The chairman of Tsinghua Unigroup, a state-owned entity based in China, told Reuters earlier this week that the company plans to spend the equivalent of $47 billion over the next five years to build up its chip business. The group reportedly made a bid for Micron earlier this year in the $23 billion range, but that price appears to have been insufficient to lure the memory chip maker to the table.

Cheap debt is also feeding the party. ON Semiconductor already had a net debt position of about $850 million, and plans to issue $2.4 billion of new debt to fund its merger. Avago and Intel are also funding a significant portion of their acquisitions with debt.

True, the U.S. Federal Reserve looks likely to raise interest rates in December. Even then, though, rates will be at very low levels and the Fed isn't likely to set upon a swift rate-increase path.

And valuations aren't insane—yet. The PHLX Semiconductor Index is still down about 4% for the year, and currently trades at a forward price/earnings multiple that is around its five-year average.

For now, the chip industry's merger punch bowl is still looking half full.

Write to Dan Gallagher at

**CO** adev : Analog Devices Inc | avagt : Avago Technologies Inc | bcomnj : Broadcom Corporation | fairsm : Fairchild Semiconductor International Inc | intl : Intel Corporation | mict : Micron Technology Inc | mxprod : Maxim Integrated Products Inc | scghld : ON Semiconductor Corp | qcom : Qualcomm Incorporated | txsil : Texas Instruments Inc | xiln : Xilinx Inc

**IN** icph : Computer Hardware | iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics | icomp : Computing | iintcir : Integrated Circuits | i342 : Electrical Components/Equipment

**NS** cactio : Corporate Actions | c181 : Acquisitions/Mergers/Shareholdings | c18 : Ownership Changes | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | cmerg : Mergers | ncolu : Columns | nhrd : Heard on the Street | npda : DJ Exclusive Analysis - All | npred : Economic Predictions/Forecasts | cacqu : Acquisitions/Mergers

**RE** namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTES11020151118ebbi0007x

FT FINANCIAL TIMES

**HD** **Qualcomm shares tumble on South Korean antitrust probe**

**BY** Richard Waters in San Francisco

**WC** 481 words

**PD** 18 November 2015

**ET** 16:54

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2015 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Qualcomm's shares tumbled nearly 10 per cent on Wednesday, hitting a four-year low, after it revealed that antitrust authorities in South Korea had become the first to challenge a core aspect of its technology licensing practices.

The regulatory setback was the second blow this month to the US mobile chip company's high-margin licensing business. It had already revealed problems in negotiating new licensing deals with some handset makers in China, following the settlement earlier this year of an antitrust case there. Together, the two have wiped $20bn from its stock market value, adding to pressure on the company at a time when activist investor Jana Partners has already called on it to consider a break-up.

**TD**

A staff-level report from the Korea Fair Trade Commission has concluded that a number of Qualcomm's practices violate the country's competition law, the company said late on Tuesday. These include its insistence on calculating its licence fee on the overall cost of a mobile device, rather than just the chips using its technology.

"Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device," the company said in a statement.

Untying chip licensing fees from the overall cost of a handset could make it harder for Qualcomm to justify its royalty rates and open the door to other regulators to mount similar challenges, said one antitrust lawyer familiar with the case.

Qualcomm claimed the allegations and conclusions in the staff report were "not supported by the facts and are a serious misapplication of law". It said it would contest the conclusions, which had yet to be confirmed by the commission.

"Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive," it said.

The antitrust challenge in Korea, like the earlier one in China, appeared to be provoked partly by concerns about the impact of Qualcomm's licensing on local tech companies, said Patrick Moorhead, a US chip industry analyst. "This could very well be driven by Samsung," he said, given that the Korean company is one of Qualcomm's biggest competitors.

Qualcomm's share of the intellectual property in 4G mobile communications is lower than in previous generations. However, phones are still shipped with earlier versions of the technology to make them compatible with older networks, leaving the company with considerable influence over mobile

communications licensing. "What this is about is, people don't like that Qualcomm has such a big share of the [IP] stack," Mr Moorhead said.

The company is also facing antitrust investigations in the US and Europe.

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | c1522 : Share Price Movement/Disruptions | c15 : Financial Performance | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020151118ebbi008y9

 © 2023 Factiva, Inc. All rights reserved.

MarketWatch

| | |
|---|---|
| **CLM** | The Wall Street Journal |
| **SE** | News & Commentary |
| **HD** | **Qualcomm says South Korea recommends fine for alleged antitrust violations; Chip maker says findings 'are not supported by the facts and are a serious misapplication of law'** |
| **BY** | Don Clark |
| **WC** | 231 words |
| **PD** | 18 November 2015 |
| **ET** | 13:41 |
| **SN** | MarketWatch |
| **SC** | MRKWC |
| **LA** | English |
| **CY** | Copyright 2015 MarketWatch, Inc. All Rights Reserved. |

**LP**

Chip maker says findings 'are not supported by the facts and are a serious misapplication of law'

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

**TD**

The company (QCOM, US) said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

An expanded version of this report appears at WSJ.com.

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ncolu : Columns \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **IPD** | News & Commentary |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document MRKWC00020151118ebbi00335 |

REUTERS

| | |
|---|---|
| **HD** | **BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,** |
| **WC** | 1,043 words |
| **PD** | 18 November 2015 |
| **ET** | 13:03 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2015 Thomson Reuters. All Rights Reserved. |

**LP**

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s ) Wall Street was higher on Wednesday, boosted by Apple and healthcare stocks, as investors treaded water ahead of minutes from the Federal Reserve's October meeting that could help clarify the central bank's position on a December rate hike. The Dow Jones industrial average was up 0.75 percent at 17,621.21, and the S&P 500 was up 0.75 percent at 2,065.79.

** APPLE INC, $116.5038, +2.48 pct

**TD**

Goldman Sachs added Apple to its list of top picks in the Americas, saying that the iPhone maker's shares have the potential to rise as much as 43 pct from current levels.

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, $19.39, +8.45 pct

** ON SEMICONDUCTOR CORP, $9.905, -7.77 pct

ON Semiconductor said it would buy the chipmaker in a $2.4 billion deal, the latest in a rapidly consolidating semiconductor industry.

** LOWE'S COS INC, $72.73, -0.16 pct

The No.2 U.S. home improvement chain reported better-than-expected quarterly profit and sales at stores open at least a year, as people spent more on home improvement amid a strong recovery in the U.S. housing market.

** TARGET CORP, $69.12, -5.20 pct

The U.S. retailer reported slower growth in online sales and said gross margins fell slightly because of reimbursement pressure in its pharmacy operations.

** QUALCOMM INC, $48.43, -8.59 pct

The chipmaker said it received communication from Korea Fair Trade Commission, alleging that the company violated South Korean competition law.

** STAR BULK CARRIERS CORP,$0.9702, -20.48 pct

** SCORPIO BULKERS INC,$0.9301, -19.12 pct

** DIANA SHIPPING INC,$4.89, -6.68 pct

Deutsche Bank downgraded the stocks to "hold" and cut their price targets, saying improvement in rates expected at the year-end had not materialized.

** MAXIM INTEGRATED PRODUCTS,$39.545, +2.21 pct

Israeli specialty chip maker TowerJazz has agreed to buy Maxim Integrated Products' wafer manufacturing plant in San Antonio, Texas for $40 million in an all-share transaction.

** CONAGRA FOODS INC, $41.15, +4.55 pct

Slim Jim beef jerky and Chef Boyardee pasta maker said it would spin off its Lamb Weston frozen potato products business into separate public company and rename itself Conagra Brands Inc.

** GOPRO INC, $19.2501, -7.76 pct

Piper Jaffray cut its price target on the wearable camera maker's shares, saying the company may not be able to maintain current margin expectations as selective price reductions were becoming more evident.

** SOLARCITY'S SHARES, $26.58, +2.23 pct

The top U.S. solar installer said PE firm Silver Lake would invest $100 million in the company and SolarCity Chairman Elon Musk and CEO Lyndon Rive would invest another $13 million.

** FARO TECHNOLOGIES,$29.9708, +7.65 pct

Canaccord Genuity upgraded the 3D imaging systems maker's stock to "buy" from "hold", saying "recent weak performance was due to transitory issues that are likely to improve in the coming quarters".

** RADA ELECTRONIC INDUSTRIES LTD,$0.44, -33.33 pct

The Israel-based defense contractor said its quarterly revenue fell 31 percent due to delays in "securing several large avionic product orders".

** AMN HEALTHCARE SERVICES INC, $30.34, +2.88 pct

The healthcare staffing company said it would acquire B.E. Smith, a privately held company that provides healthcare staffing and executive search services, for $160 million.

** VIPSHOP HOLDINGS LTD, $14.1, +12.53 pct

The online discount retailer reported quarterly profit that more than doubled and said it would buy back up to $300 million of its American depositary shares.

** STAPLES INC, $11.88, -4.58 pct

The office supplies retailer reported lower-than-expected quarterly sales, hurt by lower demand for products such as technology accessories and ink and toner.

** CITRIX SYSTEMS INC, $71.48, -8.85 pct

The cloud computing software maker, under pressure from activist hedge fund Elliott Management, said it would spin off its GoTo business into a listed company and cut more than 10 percent of its workforce prompting at least four brokerages to adjust their views on the stock.

** BLUEBIRD BIO INC, $83.1, +4.38 pct

Goldman Sachs started coverage of the stock with a "buy" rating and a price target of $165, saying "current share levels represent an attractive entry point, as we believe fundamentals of the company are intact".

** ANAVEX LIFE SCIENCES, $5.3792, +66.02 pct

The company said it will study experimental Alzheimer's treatment, ANAVEX 2-73, in a large study based on guidance from the U.S. FDA.

** NORFOLK SOUTHERN CORP, $92.01, +5.80 pct

The U.S. railroad operator rejected a $28.4 billion acquisition offer by Canadian Pacific Railway Ltd on Tuesday, calling it "low-premium" and warning it would face significant regulatory hurdles.

 © 2023 Factiva, Inc. All rights reserved.

** SOUFUN HOLDINGS LTD, $7.11, -4.56 pct

The Chinese property website operator posted a bigger quarterly loss as cost of services increased to $188.5 million from $48.8 million mainly due to increased staff, e-commerce costs and higher home decorating expenses.

** JACK IN THE BOX INC, $73.75, +5.37 pct

The hamburger restaurant chain reported better-than-expected quarterly same-store sales growth besides setting 2016 profit forecast above analyst expectations.

** TASER INTERNATIONAL INC, $18.45, +10.08 pct

Brokerage Ladenburg Thalmann upgraded the stock to "buy", saying the company's investment in smaller video products business can produce steady stream of revenue.

** ARAMARK, $32.09, +8.34 pct

The customer service business reported better-than-expected quarterly sales, helped by new accounts in the education business besides raising regular quarterly dividend by 10 percent.

** CAREDX INC,$6.2, +27.84 pct

Centers for Medicare and Medicaid Services (CMS) revised pricing determination for the molecular diagnostics company's device AlloMap for 2016 to $2,821. (Reporting by Nikhil Subba in Bengaluru; Editing by Anil D'Silva)

**RF** Released: 2015-11-21T18:03:45.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | goproz : GoPro, Inc | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | i81401 : Central Banking | i951 : Health Care/Life Sciences | i814 : Banking | ibnk : Banking/Credit | ifinal : Financial Services | itech : Technology | i34531 : Semiconductors | i3733 : Photographic Equipment | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilgood : Leisure/Travel Goods

**NS** ccat : Corporate/Industrial News | reqrcm : Suggested Reading Computers | redit : Selection of Top Stories/Trends/Analysis | reqr : Suggested Reading Industry News

**RE** usa : United States | meastz : Middle East | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151118ebbi00o89

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,**

**WC** 854 words

**PD** 18 November 2015

**ET** 11:34

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s ) Gains in Apple shares and energy stocks boosted Wall Street on Wednesday as investors awaited the release of minutes from the Federal Reserve's October meeting that were likely to underpin expectations of an interest rate hike next month. The Dow Jones industrial average was up 0.73 percent at 17,616.97, and the S&P 500 was up 0.72 percent at 2,065.16.

** APPLE INC, $117.08, +2.98 pct

**TD**

Goldman Sachs added Apple to its list of top picks in the Americas, saying that the iPhone maker's shares have the potential to rise as much as 43 pct from current levels.

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, $19.42, +8.61 pct

** ON SEMICONDUCTOR CORP, $9.615, -10.47 pct

ON Semiconductor said it would buy the chipmaker in a $2.4 billion deal, the latest in a rapidly consolidating semiconductor industry.

** LOWE'S COS INC, $72.56, -0.40 pct

The No.2 U.S. home improvement chain reported better-than-expected quarterly profit and sales at stores open at least a year, as people spent more on home improvement amid a strong recovery in the U.S. housing market.

** TARGET CORP, $69.29, -4.97 pct

The U.S. retailer reported slower growth in online sales and said gross margins fell slightly because of reimbursement pressure in its pharmacy operations.

** QUALCOMM INC, $48.69, -8.10 pct

The chipmaker said it received communication from Korea Fair Trade Commission, alleging that the company violated South Korean competition law.

** CONAGRA FOODS INC, $41.025, +4.23 pct

Slim Jim beef jerky and Chef Boyardee pasta maker said it would spin off its Lamb Weston frozen potato products business into separate public company and rename itself Conagra Brands Inc.

** GOPRO INC, $19.37, -7.19 pct

Piper Jaffray cut its price target on the wearable camera maker's shares, saying the company may not be able to maintain current margin expectations as selective price reductions were becoming more evident.

** SOLARCITY'S SHARES, $27.04, +4.00 pct

The top U.S. solar installer said PE firm Silver Lake would invest $100 million in the company and SolarCity Chairman Elon Musk and CEO Lyndon Rive would invest another $13 million.

** AMN HEALTHCARE SERVICES INC, $30.76, +4.31 pct

The healthcare staffing company said it would acquire B.E. Smith, a privately held company that provides healthcare staffing and executive search services, for $160 million.

** VIPSHOP HOLDINGS LTD, $13.66, +9.02 pct

The online discount retailer reported quarterly profit that more than doubled and said it would buy back up to $300 million of its American depositary shares.

** STAPLES INC, $11.885, -4.54 pct

The office supplies retailer reported lower-than-expected quarterly sales, hurt by lower demand for products such as technology accessories and ink and toner.

** CITRIX SYSTEMS INC, $71.7582, -8.50 pct

The cloud computing software maker, under pressure from activist hedge fund Elliott Management, said it would spin off its GoTo business into a listed company and cut more than 10 percent of its workforce prompting at least four brokerages to adjust their views on the stock.

** BLUEBIRD BIO INC, $83.6007, +5.01 pct

Goldman Sachs started coverage of the stock with a "buy" rating and a price target of $165, saying "current share levels represent an attractive entry point, as we believe fundamentals of the company are intact".

** ANAVEX LIFE SCIENCES, $5.65, +74.38 pct

The company said it will study experimental Alzheimer's treatment, ANAVEX 2-73, in a large study based on guidance from the U.S. FDA.

** NORFOLK SOUTHERN CORP, $92.98, +6.91 pct

The U.S. railroad operator rejected a $28.4 billion acquisition offer by Canadian Pacific Railway Ltd on Tuesday, calling it "low-premium" and warning it would face significant regulatory hurdles.

** SOUFUN HOLDINGS LTD, $7.13, -4.30 pct

The Chinese property website operator posted a bigger quarterly loss as cost of services increased to $188.5 million from $48.8 million mainly due to increased staff, e-commerce costs and higher home decorating expenses.

** JACK IN THE BOX INC, $71.46, +2.10 pct

The hamburger restaurant chain reported better-than-expected quarterly same-store sales growth besides setting 2016 profit forecast above analyst expectations.

** TASER INTERNATIONAL INC, $18.45, +10.08 pct

Brokerage Ladenburg Thalmann upgraded the stock to "buy", saying the company's investment in smaller video products business can produce steady stream of revenue.

** ARAMARK, $32, +8.04 pct

The customer service business reported better-than-expected quarterly sales, helped by new accounts in the education business besides raising regular quarterly dividend by 10 percent. (Reporting by Nikhil Subba in Bengaluru; Editing by Anil D'Silva)

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **RF** | Released: 2015-11-21T16:34:42.000Z |
| **CO** | fairsm : Fairchild Semiconductor International Inc \| scghld : ON Semiconductor Corp \| goproz : GoPro, Inc \| qcom : Qualcomm Incorporated |
| **IN** | i3454 : Personal Electronics \| icomp : Computing \| i3302 : Computers/Consumer Electronics \| ielec : Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| i3733 : Photographic Equipment \| icnp : Consumer Goods \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| ilgood : Leisure/Travel Goods |
| **NS** | cspin : Demergers \| reqrcm : Suggested Reading Computers \| c02 : Corporate Changes \| c11 : Plans/Strategy \| c18 : Ownership Changes \| cactio : Corporate Actions \| ccat : Corporate/Industrial News \| cncc : New Companies Creation \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis \| reqr : Suggested Reading Industry News \| cdiv : Divestments |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151118ebbi00lwy |

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| HD | **BUZZ-Qualcomm Inc: Korea regulator alleges competition law violation** |
| WC | 151 words |
| PD | 18 November 2015 |
| ET | 09:49 |
| SN | Reuters News |
| SC | LBA |
| LA | English |
| CY | Copyright 2015 Thomson Reuters. All Rights Reserved. |

**LP**

** Chipmaker's shares down 5.7 pct at $49.95

** Stock falls as much as 6.8 pct to over 4-year low of $49.40, is biggest drag on S&P 500 index

**TD**

** Qualcomm said on Tuesday it received communication from Korea Fair Trade Commission alleging company violated South Korean competition law

** Company said regulator alleged "practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property" violates law

** Commission seeking modifications to some of company's business practices and penalties

** Qualcomm denies allegations, says it will "vigorously defend" itself

** Company agreed in February to pay $975 mln fine to end 14-month Chinese government investigation into anti-competitive practices

** Up to Tuesday's close, stock had fallen about 29 pct this year

| | |
|---|---|
| RF | Released: 2015-11-21T14:49:58.000Z |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | crbrea : Regulatory Breach \| ginda : Independent Advisory Bodies \| gcrim : Crime/Legal Action \| c12 : Corporate Crime/Legal Action \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gpir : Politics/International Relations \| gpol : Domestic Politics \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| RE | usa : United States \| namz : North America |
| IPD | Business |
| IPC | SERVICE:ABN |
| PUB | Thomson Reuters (Markets) LLC |
| AN | Document LBA0000020151118ebbi00jah |

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,**

**WC** 643 words

**PD** 18 November 2015

**ET** 10:27

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s ) Wall Street was led higher by Apple and energy stocks, ahead of the release of the minutes of the Federal Reserve's October meeting which are likely to underpin expectations of an interest rate increase next month. The Dow Jones industrial average was up 0.62 percent at 17,597.33, and the S&P 500 was up 0.59 percent at 2,062.59.

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, $19.425, +8.64 pct

**TD**

** ON SEMICONDUCTOR CORP, $9.79, -8.85 pct

ON Semiconductor said it would buy the chipmaker in a $2.4 billion deal, the latest in a rapidly consolidating semiconductor industry.

** APPLE INC, $117.24, +3.12 pct

Goldman Sachs added Apple to its list of top picks in the Americas, saying that the iPhone maker's shares have the potential to rise as much as 43 pct from current levels.

** LOWE'S COS INC, $72.33, -0.71 pct

The No.2 U.S. home improvement chain reported better-than-expected quarterly profit and sales at stores open at least a year, as people spent more on home improvement amid a strong recovery in the U.S. housing market.

** QUALCOMM INC, $49.7453, -6.11 pct

The chipmaker said it received communication from Korea Fair Trade Commission, alleging that the company violated South Korean competition law.

** CONAGRA FOODS INC, $40.95, +4.04 pct

Slim Jim beef jerky and Chef Boyardee pasta maker said it would spin off its Lamb Weston frozen potato products business into separate public company and rename itself Conagra Brands Inc.

** GOPRO INC, $18.935, -9.27 pct

Piper Jaffray cut its price target on the wearable camera maker's shares, saying the company may not be able to maintain current margin expectations as selective price reductions were becoming more evident.

** STAPLES INC, $12.12, -2.65 pct

The office supplies retailer reported lower-than-expected quarterly sales, hurt by lower demand for products such as technology accessories and ink and toner.

** CITRIX SYSTEMS INC, $73, -6.91 pct

The cloud computing software maker, under pressure from activist hedge fund Elliott Management, said it would spin off its GoTo business into a listed company and cut more than 10 percent of its workforce prompting at least four brokerages to adjust their views on the stock.

** BLUEBIRD BIO INC, $83.69, +5.13 pct

Goldman Sachs started coverage of the stock with a "buy" rating and a price target of $165, saying "current share levels represent an attractive entry point, as we believe fundamentals of the company are intact".

** ANAVEX LIFE SCIENCES, $4.36, +34.57 pct

The company said it will study experimental Alzheimer's treatment, ANAVEX 2-73, in a large study based on guidance from the U.S. FDA.

** NORFOLK SOUTHERN CORP, $92.14, +5.94 pct

The U.S. railroad operator rejected a $28.4 billion acquisition offer by Canadian Pacific Railway Ltd on Tuesday, calling it "low-premium" and warning it would face significant regulatory hurdles.

** SOUFUN HOLDINGS LTD, $7.2, -3.36 pct

The Chinese property website operator posted a bigger quarterly loss as cost of services increased to $188.5 million from $48.8 million mainly due to increased staff, e-commerce costs and higher home decorating expenses.

** JACK IN THE BOX INC, $71.715, +2.46 pct

The hamburger restaurant chain reported better-than-expected quarterly same-store sales growth besides setting 2016 profit forecast above analyst expectations. (Reporting by Nikhil Subba in Bengaluru; Editing by Anil D'Silva)

**RF** Released: 2015-11-21T15:27:42.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | goproz : GoPro, Inc | qcom : Qualcomm Incorporated

**IN** i3454 : Personal Electronics | icomp : Computing | i3302 : Computers/Consumer Electronics | ielec : Consumer Electronics | itech : Technology | i34531 : Semiconductors | i3733 : Photographic Equipment | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilgood : Leisure/Travel Goods

**NS** cspin : Demergers | c02 : Corporate Changes | c11 : Plans/Strategy | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | cncc : New Companies Creation | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | cdiv : Divestments

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151118ebbi00jzm

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Handheld Launches Its First Ultra-Rugged Android Tablet -- the Best-in-Class ALGIZ RT7; Powered by a Qualcomm Snapdragon chipset for processing speed, ultra-fast connectivity and long battery life**

**CR** Handheld Group; PR Newswire

**WC** 609 words

**PD** 18 November 2015

**ET** 02:30

**SN** PR Newswire Asia

**SC** PRNASI

**LA** English

**CY** Copyright © 2015 PR Newswire Association LLC. All Rights Reserved.

**LP**

LIDKOPING, Sweden, Nov. 18, 2015 /PRNewswire/ -- Handheld Group , a leading manufacturer of rugged mobile computers, today announced the launch of its new Android tablet, the ALGIZ RT7. The ALGIZ RT7 is a powerful, lightweight and ergonomic 7-inch tablet designed for reliable performance in demanding environments.

To view the Multimedia News Release, please click:

**TD**

http://www.multivu.com/players/English/7688851-handheld-ultra-rugged-android-tablet/

The Algiz RT7 , which runs Android 5.1.1 (Lollipop), provides a wide range of features and exceptional value to mobile workforces. It's fully rugged, meeting stringent MIL-STD-810G U.S. military standards for protection against drops, vibrations and extreme temperatures, and its IP65 rating means that it's waterproof as well as fully sealed against sand and dust. Weighing just 650 grams, the Algiz RT7 is designed for mobility.

Industry-leading technology from Qualcomm - an MSM8916 (Snapdragon) chipset and 1.2 GHz quad-core processor - powers the Algiz RT7 for impressive processing speed, ultra-fast connectivity and long battery life. The Algiz RT7 comes standard with LTE data and voice capabilities as well as 802.11 b/g/n WLAN, BT Class 1 and Class 2, and NFC functionality. It also boasts dual cameras (8-megapixel rear-facing and 2-megapixel front-facing), as well as dual SIM card slots. The unit comes with a built-in accelerometer, gyroscope and e-compass and a stand-alone u-blox GPS receiver for navigation.

Designed for the mobile worker, the Algiz RT7 sports a high-brightness 7-inch outdoor-viewable capacitive display that can handle true outdoor challenges. Battery performance is key for any mobile application, and the Algiz RT7 comes with a long-life 3.7V 6000mAh lithium-ion battery. Four programmable buttons allow users to launch and use applications in the field. To enhance data capture, users can choose an optional 2D imager or RFID plus 2D imager.

"Our new Algiz RT7 offers enterprises an exceptional value and is a highly requested product from both our end users and our extensive partner network," says Jerker Hellstrom, Handheld Group CEO. "This ultra-rugged tablet delivers best-in-class performance to assist fieldworkers in their daily tasks. The Algiz RT7 is built for tough environments and delivers a streamlined Android experience with power and features appropriate for market demands."

The Algiz RT7 can be ordered immediately. Shipping will start in December with volume deliveries starting January 2016.

Helpful links

ALGIZ RT7 product specifications

ALGIZ RT7 press images

Events showing the ALGIZ RT7

About Handheld Group

Handheld product lineup

What does rugged mean?

Tweet this: Handheld launches its first ultra-rugged Android tablet - the best-in-class Algiz RT7 www.handheldgroup.com/RT7

About Handheld

The Handheld Group is a manufacturer of rugged mobile computers, PDAs and tablets. Handheld and its partners worldwide deliver complete mobility solutions to businesses with mobile workers in outdoor or industrial environments. The Handheld Group of Sweden has local offices in Finland, the U.K., the Netherlands, Italy, Germany, Switzerland, Australia and the USA. For more information, please see www.handheldgroup.com

(Photo: http://photos.prnewswire.com/prnh/20151111/286188 )

Video:

http://www.multivu.com/players/English/7688851-handheld-ultra-rugged-android-tablet/

http://rt.prnewswire.com/rt.gif?NewsItemId=EN60535&Transmission_Id=201511180230PR_NEWS_ASPR_____EN60535&DateId=20151118

**CT** Sofia Lofblad, Marketing Director, Handheld Group, Sweden: +46-510-54-71-70, Amy Urban, Marketing Director, Handheld-US, USA: +1-541-752-0319

**CO** goog : Alphabet Inc. | qcom : Qualcomm Incorporated

**IN** itablcm : Tablet Computers | i3302011 : Portable Computers | i3302 : Computers/Consumer Electronics | i3454 : Personal Electronics | icomp : Computing | icph : Computer Hardware | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | i8395464 : Internet Search Engines | iindele : Industrial Electronics | iindstrls : Industrial Goods | iint : Online Service Providers

**NS** c22 : New Products/Services | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** swed : Sweden | eecz : European Union Countries | eurz : Europe | nordz : Nordic Countries | scandz : Scandinavia

**IPD** Handheld-Group

**IPC** HRD

**PUB** PR Newswire Association, Inc.

**AN** Document PRNASI0020151118ebbi000rt

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | ***Qualcomm Discloses South Korea Antitrust Charges** |
| WC | 48 words |
| PD | 17 November 2015 |
| ET | 20:36 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

17 Nov 2015 20:36 ET *Qualcomm Says Suggested Penalties Include Monetary Damages

17 Nov 2015 20:36 ET *Qualcomm Vows to Vigorously Defend Itself in South Korea

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

November 17, 2015 20:36 ET (01:36 GMT)

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| PUB | Dow Jones & Company, Inc. |
| AN | Document DJDN000020151118ebbi0002q |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | ***World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm and** |
| **WC** | 33 words |
| **PD** | 18 November 2015 |
| **ET** | 02:56 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>November 18, 2015 02:56 ET (07:56 GMT) |
| **CO** | ratel : Vodafone Group PLC \| qcom : Qualcomm Incorporated |
| **IN** | i7902 : Telecommunication Services \| i79022 : Wireless Telecommunications Services \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000pm |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Says Suggested Penalties Include Monetary Damages** |
| WC | 31 words |
| PD | 17 November 2015 |
| ET | 20:41 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | |

(MORE TO FOLLOW) Dow Jones Newswires

November 17, 2015 20:36 ET (01:36 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

18-11-15 0141GMT

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151118ebbi00028 |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Vows to Vigorously Defend Itself in South Korea** |
| **WC** | 33 words |
| **PD** | 17 November 2015 |
| **ET** | 20:42 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>November 17, 2015 20:36 ET (01:36 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>18-11-15 0142GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151118ebbi00029 |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Discloses South Korea Antitrust Charges** |
| **WC** | 30 words |
| **PD** | 17 November 2015 |
| **ET** | 20:38 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

(MORE TO FOLLOW) Dow Jones Newswires

November 17, 2015 20:36 ET (01:36 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

18-11-15 0138GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151118ebbi00023 |

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 11/17/2015 to 11/18/2015 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 42 |
| Timestamp | 5 June 2023 11:46 |

**Appendix 2**

**Qualcomm Incorporated**

DOW JONES

Unigroup to invest $47b for No 3 slot ....3
Chinese group to build chip empire ....5
Xilinx Most Likely Next Chip Target, Says Citi; Qualcomm Could Acquire ....7
Review: A Single Gadget to End Your Charging Headaches ....8
Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report ....11
MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog ....13
Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....15
MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog ....17
MediaTek: Will China’s Tsinghua Buy A Stake? ....19
Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....20
Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....22
World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm ....24
Press Release: World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm ....27
Andreessen Horowitz Launches $200M Bio-Computer Fund, Hires Ex-Stanford Prof ....31
Qualcomm Refutes Korean Accusations; Bernstein Sees Investor ‘Angst’ ....32
Qualcomm's Licensing Formula Targeted -- Market Talk ....33
Qualcomm's Licensing Formula Targeted -- Market Talk ....34
Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update ....37
Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report ....39
Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....40
Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update ....42
Qualcomm sinks to 52-week low after allegations of antitrust violations in Korea ....44
Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update ....45
Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update ....47
Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations; Chip maker it plans to vigorously contest the allegations ....49
Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....51
Qualcomm Discloses South Korea Antitrust Charges ....53
Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....55
Qualcomm Discloses South Korea Antitrust Charges ....57

 © 2023 Factiva, Inc. All rights reserved.

Chip-Industry Merger Bash: Why This Party Isn't Over....59

Qualcomm shares tumble on South Korean antitrust probe....61

Qualcomm says South Korea recommends fine for alleged antitrust violations; Chip maker says findings ‘are not supported by the facts a.......63

BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,....64

BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,....67

BUZZ-Qualcomm Inc: Korea regulator alleges competition law violation....70

BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,....71

Handheld Launches Its First Ultra-Rugged Android Tablet -- the Best-in-Class ALGIZ RT7; Powered by a Qualcomm Snapdragon chipset for.......73

*Qualcomm Discloses South Korea Antitrust Charges....75

*World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm and....76

Qualcomm Says Suggested Penalties Include Monetary Damages....77

Qualcomm Vows to Vigorously Defend Itself in South Korea....78

Qualcomm Discloses South Korea Antitrust Charges....79

 © 2023 Factiva, Inc. All rights reserved.

CHINADAILY

HD **Unigroup to invest $47b for No 3 slot**

BY Gao Yuan
WC 399 words
PD 17 November 2015
SN China Daily
SC CHNDLY
PG 13
LA English
CY Copyright 2015 China Daily Information Company. All rights reserved.

LP

Tsinghua Unigroup Ltd plans to invest 300 billion yuan ($47 billion) over the next five years in a bid to become the world's third-biggest chipmaker, Zhao Weiguo, chairman of the Chinese technology conglomerate, said on Monday.

Zhao said the company, controlled by Beijing-based Tsinghua University, was in talks with a United States company involved in the chip industry. A deal could be reached as early as the end of this month, he said.

TD

However, buying a majority stake in the US firm was unlikely as it was too "sensitive" for the US government, Zhao said without disclosing any further details.

"If you can't be among the top three giants, it will be very hard to develop your business in the chip industry," Zhao told Reuters.

"The next five years are key... There is an enormous market out there."

Currently, Qualcomm Inc holds the No 3 position in the global chip rankings, behind Samsung Electronics Co Ltd and market leader Intel Corp, which has a market capitalization of $151.5 billion.

When China Daily reached out to Unigroup for the "top three" comment, a public relations officer tried to avoid direct comparison with Qualcomm, saying "a leading global chip vendor" would be more in line with the company's strategy.

The ambitious investment plan of Unigroup comes amid a campaign to boost local chip development and manufacturing industry led by the central government.

The Ministry of Industry and Information Technology said earlier the sector will be a key focus for technology development in the country's next five-year plan which kicks off next year.

In August, the company made an informal $23 billion takeover offer for US vendor Micron Technology Inc, but failed to reach a deal.

Gene Cao, a senior analyst at consultancy Forrester Research Inc, said Unigroup is trying hard to realize its long-time ambition in semiconductor industry as China looks for a strong local chip designer and manufacturer to shake off dependence on overseas giants.

China spent roughly 1.8 trillion yuan importing integrated circuits in 2014. The amount was higher than the country's expense on importing crude oil.

Unigroup's Zhao said he believes overseas acquisitions will speed up the growth of local chip-making industry.

Ma Si and Reuters contributed to this story.

gaoyuan@chinadaily.com.cn

**CO** intl : Intel Corporation | qcom : Qualcomm Incorporated | tsghuu : Tsinghua University | tsnghh : Tsinghua Holdings Company Limited

**IN** i34531 : Semiconductors | i8396 : Diversified Holding Companies | ibcs : Business/Consumer Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c11 : Plans/Strategy | ccat : Corporate/Industrial News

**RE** usa : United States | china : China | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**PUB** China Daily Information Company

**AN** Document CHNDLY0020151116ebbh0002v

Bangkok Post

SE topstories

HD **Chinese group to build chip empire**

BY Paul CarstenYimou Lee
WC 660 words
PD 17 November 2015
SN Bangkok Post
SC BKPOST
LA English
CY (c) 2015. The Post Publishing Public Company Limited. All Rights Reserved.

LP

Tsinghua Unigrouptargets No. 3 spot

BEIJING/HONG KONG: China's Tsinghua Unigroup Co Ltd plans to invest 300 billion yuan ($47 billion) over the next five years in a bid to become the world's third-biggest chipmaker.

TD

Zhao Weiguo, chairman of the state-backed technology conglomerate, also told Reuters in an interview in Beijing that the company controlled by Tsinghua University, which counts President Xi Jinping among its alumni, was in talks with a US-based company involved in the chip industry.

A deal could be finalised as early as the end of this month, he said.

Zhao declined to give more details but said buying a majority stake was unlikely as it was too "sensitive" for the US government.

"If you can't be the top-three giant, it will be very hard to develop your business in the chip industry," hesaid, citing reports that China imported more chips than crude oil every year. "The next five years is key... There is an enormous market out there."

Currently, Qualcomm Inc holds the No. 3 position in the global chip rankings, behind Samsung Electronics Co Ltd and market leader Intel Corp, which has a market capitalisation of $151.5 billion.

The sheer size of Tsinghua Unigroup's planned investments is almost equal to Intel's $50 billion chip revenue last year and could disrupt the NAND chip industry.

The top five chipmakers control more than 90% of the global NAND chip market after years of boom-and-bust squeezed out smaller players.

Tsinghua Unigroup's investment drive comes after a two-year deal-making campaign to bolster China's fledgling chip industry, seen as a strategic priority for the Chinese government.

Beijing is keen to end China's reliance on foreign semiconductors as it seeks to build a modern, digitised armed forces capable of matching other advanced militaries.

It has also attached strategic importance to the development of domestic semiconductor, server and networking equipment industries amid fears of foreign cyberspying.

Tsinghua Unigroup has spent more than $9.4 billion making acquisitions and investments at home and abroad over the past two years, including the purchase of stakes in US data storage company Western Digital Corp and Taiwan's Powertech Technology Inc.

In August, it made an informal $23 billion takeover offer for US giant Micron Technology Inc that was rejected out-of-hand by the Idaho-based chipmaker amid concerns a deal might endanger national security.

Tsinghua's failed bid to buy Micron suggests it is serious about expanding in NAND chips, used for storing music, pictures and other data on mobile devices.

The global chip market was worth $355 billion last year, according to research firm IHS Technology.

Tsinghua Unigroup, which had revenue last year of about 12.3 billion yuan, was also in talks about cooperating with a "world-class memory chip giant" to build a new chip factory in China, Zhao said, a move that could help his company acquire intellectual property needed to manufacture memory chips.

The 90-billion-yuan factory would help meet fast-growing demand of NAND memory chips.

"We don't have plans for DRAM at the moment," Zhao said, referring to dynamic random access memory chips that are used mostly in personal computers. "We need to take one step at a time."

The company isalso suspending plans to invest in Taiwanese tech firms due to regulatory hurdles, after agreeing to take a stake in Powertech Technology Inc and expressing interest in more cross-strait deals.

Industry analysts had expected Tsinghua Unigroup to make further investment in Taiwan, sparking fears on the island that its chip sector may fall prey to China's state-backed drive to become a world-class player.

"The regulations do not allow it, so what's the point of talking (to Taiwanese firms)?" Zhao said, adding that Tsinghua Unigroup was focused on investing in the United States.

**CO** qcom : Qualcomm Incorporated | tsghuu : Tsinghua University

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c11 : Plans/Strategy | ccat : Corporate/Industrial News

**RE** china : China | taiwan : Taiwan | usa : United States | beijin : Beijing | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**PUB** The Post Publishing Public Company Limited

**AN** Document BKPOST0020151117ebbh0002t

 © 2023 Factiva, Inc. All rights reserved.

**Xilinx Most Likely Next Chip Target, Says Citi; Qualcomm Could Acquire**

Barron's Blogs, 10:22, 17 November 2015, 444 words, (English)

Citigroup chip analyst Christopher Danely this morning reflects on M&A and concludes that he doesn't expect analog chip maker Maxim Integrated Products (MXIM) to get bought, and that "Xilinx (XLNX) is the only large-cap semiconductor ...

Document WCBBE00020151117ebbh0012x

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Personal Technology: Joanna Stern

**HD** **Review: A Single Gadget to End Your Charging Headaches**

**BY** By Joanna Stern

**WC** 1,293 words

**PD** 17 November 2015

**ET** 13:33

**SN** Dow Jones Top Energy Stories

**SC** DJTES

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Laptop + Smartphone + Tablet

Smartphone + Tablet + Smartwatch + More

**TD**

The Dream of Wireless Charging

Living next to my bed is a ghastly electronic creature. Think Audrey II from the "Little Shop of Horrors," but with roots firmly in power outlets and long charging cables that multiply and grow. I don't know if I should call an electrician—or an exterminator.

My monster is the progeny of our completely out-of-hand gadget-charging situation. My iPhone uses one charging cable. My laptop another! My smartwatch? You guessed it. I even have a separate charger... for my portable charger.

Not only do our gadgets not use the same cables, but, come on, these mega-companies can only spare wall adapters with one measly USB port?

Sure, wireless charging will liberate us eventually, but for now there's another option to ease the pain: a single charger to power up all your gear.

I went in search of the best multi-port USB wall chargers, testing 15 different options—even some that let you charge laptops as well as phones and tablets. But identifying which one best solves your charging nightmare comes down to listing which gadgets you own, and how many you need to juice up at the same time.

Last weekend, I took my laptop, smartphone and smartwatch on an overnight trip—and packed one pill-bottle-size charger. (I'll understand if you're jealous.) When I got to the hotel, the new Zolt needed just one outlet to charge everything at the same time. No need to commando-crawl under the bed to unplug the lamp or aging alarm clock.

Laptop charging is what makes the $100 Zolt my top choice. The 70-watt octagonal charger—which started shipping Tuesday—comes with eight charging tips compatible with most Windows PCs. One end of the included cord takes the adapter tip to plug into the laptop, while the other end has a USB to plug into the Zolt, which goes straight into the wall.

I charged up Acer, Lenovo and Asus laptop models without a hitch. When I plugged in Dell's Inspiron 13 7000, however, the laptop gave an incompatible-charger error. You can look for your laptop on this list, based on Zolt's compatibility testing. If for some reason your laptop doesn't work, you have 30 days to return it for a full refund.

The best part? Zolt charged up compatible laptops in the same time as the big, heavy, hideous chargers they came with.

Even crazier, if you buy Zolt's $20 MagSafe-to-USB cord, it can charge up most Apple laptops, including all MacBook Air models. That doesn't mean all Apple laptops will work: Due to higher wattage requirements, Zolt doesn't support larger MacBook Pro models. Also, USB Type-C isn't yet compatible, so the new 12-inch MacBook isn't supported either.

Apple warns against using third-party MagSafe cords, as they may not properly communicate with MacBook hardware and software. Zolt acknowledges that Apple doesn't license its MagSafe technology and says it hasn't worked with the company. However, the Zolt charger is certified by UL, a globally recognized, independent safety-testing organization.

I've replaced my 13-inch MacBook Air's standard charger with the Zolt for the past month and have encountered no problems.

The two bottom USB ports on the Zolt are for charging lower-power gadgets, like a phone, tablet, e-reader or smartwatch. In fact, it actually charged up my iPhone nearly an hour faster than Apple's 5-watt cube that comes with the iPhone. (See why that is in the text box below.)

My only complaints about the Zolt are that its 5-foot MagSafe cord is shorter than I'd like, and that it can wobble a bit if you're sitting too far away, because its prongs don't always firmly stick in the socket. It's also pretty pricey—$120 with the Mac cord.

An awesome alternative for MacBook users is Twelve South's $45 PlugBug . It's not as compact as the Zolt, but it adds a USB port to the MacBook charging brick.

If you're focused on phones, tablets, smartwatches and other lower-powered devices, there are far more options that cost far less.

Of the many I tried, I liked Anker's $26 PowerPort 4 best. The 40-watt charger has four USB ports, each capable of outputting 2.5 amps. That means it simultaneously charges up a smartphone, tablet, smartwatch and any other USB-powered gadget, sometimes faster than the charger you get with the device. (As with the Zolt, it was an hour faster to charge my iPhone 6s than Apple's measly 5-watt charger.)

The company's PowerIQ technology detects what type of device you're using and reallocates power to charge at a faster speed, without exceeding the device's native power supply. But be aware: If you have a newer Android phone with Qualcomm's Quick Charge technology, you'll get faster charge speeds with supported bricks. Anker plans to release multi-port Quick Charge options next month.

For Apple products, the PowerPort 4 was a godsend. Not only does it beat carrying around four 12-watt iPad chargers, it also costs only a bit more than just one of them. If you need to charge both an iPad and an iPhone, go with the $14 iClever Dual USB . It's the same size as one of Apple's 12W chargers, but has two USB ports.

Need more than four ports? Anker's $36 PowerPort 6 doesn't stick to a wall, but it's perfect for snaking up behind a desk or nightstand.

That all sounds great but it's almost 2016! Wireless charging has been promised for years, so why are we still carrying around all this wall spaghetti?

Wireless charging has made real strides in the past few years. Popular devices like Samsung's Galaxy S6 have the technology built in. However, serious shortcomings stand in the way of mass adoption.

First, the experience is often frustrating. I tested the PowerSquare Tango charging pad with a compatible case for my iPhone. I had to align the phone carefully to get it to work. And it caused my phone to get quite warm, which is bad for the battery's long-term health. It also took an hour and a half for the phone to go from 80% to 100%.

Starbucks has wireless charging in its newest tables. When I used one of the compatible charging rings (some locations loan them out to customers), my iPhone charged much faster. But that brings me to the second point.

There have been a series of wireless charging standards competing for attention . While these companies now are working towards compatibility , there's still fragmentation. Starbucks has Powermat's PMA technology embedded in its table, for instance. The PowerSquare Tango uses the Qi standard. Samsung's Galaxy S6 is a rare example of a device that can charge wirelessly with either.

Until wireless charging just works, or gadget makers settle on a single connector for phones, tablets and laptops—USB Type-C is the likeliest choice—the monsters next to our beds won't go completely extinct. But a good multi-port USB charger is enough to keep them from rising up and taking any more of our sanity.

Write to Joanna Stern at

Corrections & Amplifications: The cost of Anker's PowerPort 4 is $26. In an earlier version of this article, a photo caption incorrectly stated it cost $36.

**CO** sansel : Samsung Electronics Co Ltd | acrser : Acer Incorporated | asust : Asustek Computer Incorporated | applc : Apple Inc. | qcom : Qualcomm Incorporated | sbcoff : Starbucks Corporation | mscgp : Acer Group

**IN** i3303 : Networking | icph : Computer Hardware | itech : Technology | icomp : Computing | i3302003 : Desktop Computers | i3302011 : Portable Computers | i34531 : Semiconductors | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | ielec : Consumer Electronics | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilea : Leisure/Arts/Hospitality | i3302 : Computers/Consumer Electronics

**NS** gcat : Political/General News | glife : Living/Lifestyle | nrvw : Reviews | gtour : Travel | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | gptech : Personal Technology | ncolu : Columns

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTES11020151117ebbh0008g

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

| | |
|---|---|
| HD | **Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report** |
| WC | 295 words |
| PD | 17 November 2015 |
| ET | 20:22 |
| SN | PR Newswire (U.S.) |
| SC | PRN |
| LA | English |
| CY | Copyright © 2015 PR Newswire Association LLC. All Rights Reserved. |

**LP**

SAN DIEGO, Nov. 17, 2015 /PRNewswire/ -- Qualcomm Incorporated today confirmed that it has recently received the Korea Fair Trade Commission's staff-generated Case Examiner's Report (ER), which commences a process that affords Qualcomm the ability to respond to allegations and defend itself. The ER alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law. The ER proposes remedies including modifications to certain business practices and monetary penalties.

**TD**

The allegations and conclusions contained in the ER are not supported by the facts and are a serious misapplication of law. Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive. Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device.

We intend to vigorously defend ourselves at the Commission hearings and remain hopeful that the Commission will reject the conclusions of the Examiner's Report. We expect the process to take some time. Until then, we intend to continue to invest in leading technologies that drive the industry forward and share those innovations through its licensing program.

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-confirms-receipt-of-korea-fair-trade-commissions-case-examiners-report-300180670.html

SOURCE Qualcomm Incorporated

| | |
|---|---|
| | Web site: http://www.qualcomm.com |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| c133 : Patents \| cgymtr : Intellectual Property Rights \| npress : Press Releases \| c334 : Licensing Agreements \| c33 : Contracts/Orders \| ccat : Corporate/Industrial News \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPC** | NND |
| **PUB** | PR Newswire Association, Inc. |
| **AN** | Document PRN0000020151118ebbi00008 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog**

**BY** By Shuli Ren

**WC** 444 words

**PD** 17 November 2015

**ET** 21:02

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Taiwan's chip designer MediaTek (2454.Taiwan) is pushed by Qualcomm (QCOM) on the high-end and China's Spreadtrum on the low-end. Its profit margins can be expected to fall further.

Competitor Spreadtrum is playing the price game. According to Economic Daily, Spreadtrum's CEO has said that the company can tolerate below 35% gross profit margin because it has only 4000 employees, versus 15,000 and 32,000 at MediaTek and Qualcomm respectively. MediaTek's gross profit margin fell from 48.8% in 2014 to 44% this year and is expected to slide further to 40.8% in 2016, according to Goldman Sachs estimates.

**TD**

"We are cautious on Mediatek's margin outlook as Spreadtrum narrows the gap in 4G and Qualcomm launches its much improved Snapdragon 820. Without recovery in the gross profit margin trend, we do not expect re-rating of Mediatek shares," wrote analyst Donald Lu. Goldman this morning lowered its price target to 278 new Taiwan dollars. MediaTek fell 0.6% to NT$263.50.

Talking about re-rating and catalysts, there has been a lot of speculation lately that China's Tsinghua Unigroup may buy a stake in MediaTek, which could lift the latter's profit margins. Tsinghua owns MediaTek's direct competitor Spreadtrum.

According to Bernstein Research, if Tsinghua Unigroup invests in (or even collaborate with) MediaTek, the latter's gross margin could recover to 46% and its earnings per share in 2016 could rise by 25%. In that case, analyst Mark Li thinks MediaTek could be worth NT$310, or 18% upside. Even better, if MediaTek could lower its operating expenditure by 10%, this stock would be worth NT$356, or 32% upside from now.

One can see this market speculation is tempting. MediaTek's stock ramped up all the way to NT$302.50 on November 4 ahead of the meeting between China and Taiwan's presidents. People were hoping for corporate deals?

But this stock has deflated since. This is because many are skeptical this tie-up will happen. Taiwan is very protective of its semiconductor industry and does not even allow Chinese companies to invest in its companies. Plus, "Tsinghua Unigroup already acquired SPRD/RDA and has access to Intel's AP/Modem and 14nm node, it won't make sense to further invest in MediaTek," said Maybank's Warren Lau, who has a Sell rating with NT$205 price target.

```
 More at Barron's Asia Stocks to Watch blog,
http://blogs.barrons.com/asiastocks/
```

(END) Dow Jones Newswires

November 17, 2015 21:02 ET (02:02 GMT)

**CO** trumcm : Spreadtrum Communications Inc. | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated | tsnghh : Tsinghua Holdings Company Limited

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology | iintcir : Integrated Circuits

**NS** c151 : Earnings | c181 : Acquisitions/Mergers/Shareholdings | nenac : Energy Asset Class News | neqac : Equities Asset Class News | c15 : Financial Performance | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** taiwan : Taiwan | china : China | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi000e5

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 395 words

**PD** 17 November 2015

**ET** 23:31

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A KFTC spokesman did not immediately respond to a request for comment.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the worldwide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 17, 2015 23:31 ET (04:31 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000al |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog**

**BY** By Shuli Ren

**WC** 444 words

**PD** 18 November 2015

**ET** 00:09

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Taiwan's chip designer MediaTek (2454.Taiwan) is pushed by Qualcomm (QCOM) on the high-end and China's Spreadtrum on the low-end. Its profit margins can be expected to fall further.

Competitor Spreadtrum is playing the price game. According to Economic Daily, Spreadtrum's CEO has said that the company can tolerate below 35% gross profit margin because it has only 4000 employees, versus 15,000 and 32,000 at MediaTek and Qualcomm respectively. MediaTek's gross profit margin fell from 48.8% in 2014 to 44% this year and is expected to slide further to 40.8% in 2016, according to Goldman Sachs estimates.

**TD**

"We are cautious on Mediatek's margin outlook as Spreadtrum narrows the gap in 4G and Qualcomm launches its much improved Snapdragon 820. Without recovery in the gross profit margin trend, we do not expect re-rating of Mediatek shares," wrote analyst Donald Lu. Goldman this morning lowered its price target to 278 new Taiwan dollars. MediaTek fell 0.6% to NT$263.50.

Talking about re-rating and catalysts, there has been a lot of speculation lately that China's Tsinghua Unigroup may buy a stake in MediaTek, which could lift the latter's profit margins. Tsinghua owns MediaTek's direct competitor Spreadtrum.

According to Bernstein Research, if Tsinghua Unigroup invests in (or even collaborate with) MediaTek, the latter's gross margin could recover to 46% and its earnings per share in 2016 could rise by 25%. In that case, analyst Mark Li thinks MediaTek could be worth NT$310, or 18% upside. Even better, if MediaTek could lower its operating expenditure by 10%, this stock would be worth NT$356, or 32% upside from now.

One can see this market speculation is tempting. MediaTek's stock ramped up all the way to NT$302.50 on November 4 ahead of the meeting between China and Taiwan's presidents. People were hoping for corporate deals?

But this stock has deflated since. This is because many are skeptical this tie-up will happen. Taiwan is very protective of its semiconductor industry and does not even allow Chinese companies to invest in its companies. Plus, "Tsinghua Unigroup already acquired SPRD/RDA and has access to Intel's AP/Modem and 14nm node, it won't make sense to further invest in MediaTek," said Maybank's Warren Lau, who has a Sell rating with NT$205 price target.

More at Barron's Asia Stocks to Watch blog,
http://blogs.barrons.com/asiastocks/

(END) Dow Jones Newswires

November 18, 2015 00:09 ET (05:09 GMT)

| | |
|---|---|
| **CO** | trumcm : Spreadtrum Communications Inc. \| mdatek : MediaTek Incorporated \| qcom : Qualcomm Incorporated \| tsnghh : Tsinghua Holdings Company Limited |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology \| iintcir : Integrated Circuits |
| **NS** | c151 : Earnings \| c181 : Acquisitions/Mergers/Shareholdings \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| c15 : Financial Performance \| c18 : Ownership Changes \| cactio : Corporate Actions \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | taiwan : Taiwan \| china : China \| apacz : Asia Pacific \| asiaz : Asia \| bric : BRICS Countries \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000fy |

 © 2023 Factiva, Inc. All rights reserved.

**MediaTek: Will China's Tsinghua Buy A Stake?**
Barron's Blogs, 00:09, 18 November 2015, 418 words, (English)
Taiwan's chip designer MediaTek (2454.Taiwan) is pushed by Qualcomm (QCOM) on the high-end and China's Spreadtrum on the low-end. Its profit margins can be expected to fall further.
Document WCBBE00020151118ebbi0002t

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations** |
| **BY** | By Don Clark |
| **WC** | 399 words |
| **PD** | 18 November 2015 |
| **ET** | 00:23 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A KFTC spokesman did not immediately respond to a request for comment.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the worldwide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Write to Don Clark at don.clark@wsj.com

Subscribe to WSJ: http://online.wsj.com?mod=djnwires

(END) Dow Jones Newswires

18-11-15 0523GMT

**CO** qcom : Qualcomm Incorporated

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020151118ebbi0005o

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 395 words

**PD** 17 November 2015

**ET** 23:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A KFTC spokesman did not immediately respond to a request for comment.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the worldwide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 17, 2015 23:16 ET (04:16 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| ntop : Top Wire News \| nttwn : Today's Top Wire News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000ad |

 © 2023 Factiva, Inc. All rights reserved.

HD **World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm**

WC 1,033 words

PD 18 November 2015

ET 02:56

SN Nasdaq / Globenewswire

SC HUGNEN

LA English

CY © 2015, The NASDAQ OMX Group, Inc. All Rights Reserved.

LP

* LTE Carrier Aggregation (CA) of licensed and unlicensed bands on mobile network and devices enables smartphone users to maintain their LTE connection while getting a speed boost from unlicensed 5GHz spectrum

* Successful over-the-air testing between Ericsson RBS 6402 small cells and a Qualcomm® Snapdragon(TM) X12 LTE modem of LTE CA with unlicensed spectrum conducted on Vodafone's commercial network in the Netherlands

TD

* Network testing further validates fair co-existence of LTE in 5 GHz unlicensed band

Ericsson (NASDAQ:ERIC), with Vodafone and Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, today conducted world's first live testing of advanced LTE Carrier Aggregation (CA) of LTE in licensed and unlicensed bands on a commercial mobile network. The trial uses the Ericsson RBS 6402 indoor small cell, which supports LTE CA between licensed and unlicensed bands on Vodafone's commercial network, connected to a LTE unlicensed band capable test device developed by Qualcomm Technologies, Inc.

Matthias Sauder, chief network officer, Vodafone Netherlands: "Our intent in deploying small cells is always to deliver the best customer experience, and we see the potential for LTE aggregation with unlicensed bands on small cells as one way to make that customer experience even better. We are already using Ericsson's RBS 6402 indoor picocell in our own shops in the Netherlands, so it's great to see that it will also support advanced LTE CA capabilities with unlicensed spectrum on our network."

The Vodafone LTE trials with unlicensed spectrum are being conducted over Vodafone's network in the Netherlands. The latest over the air results were achieved by aggregating 20 MHz of Vodafone spectrum in Band 3 (1800 MHz) with 20 MHz of the unlicensed 5 GHz band U-NII-1 band. The testing validated LTE performance in the unlicensed band and fair co-existence with other technologies like Wi-Fi within the unlicensed 5 GHz band. The Ericsson RBS 6402 Indoor Picocell includes a 5GHz LTE enabled radio in addition to multiple LTE radio variants and optional 2.4 GHz Wi-Fi module - all in a sleek, compact package with a tablet-sized footprint. The user equipment utilized in this trial is a test device powered by the Qualcomm® Snapdragon(TM) X12 LTE modem. The Snapdragon X12 LTE modem is a product of Qualcomm Technologies.

Valter D'Avino, Head of Ericsson's Region Western and Central Europe, says: "Vodafone has taken a leadership position in small cells and our LTE trials on unlicensed spectrum with them, together with Qualcomm Technologies, really underscore their continued commitment to improving the performance of indoor networks to ensure better app coverage for their customers. The unlicensed 5 GHz band is a shared resource and, as we have seen, it can be aggregated with LTE bands to provide a speed boost for users to improve app coverage, when spectrum is available - of course, the user also maintains their connection to Vodafone's highly reliable LTE network, so they have a great connection no matter what."

"Users in Europe and the rest of the world demand better, faster and seamless connectivity," said Serge Willenegger, vice president, product management at Qualcomm Technologies, Inc. "The aggregation of licensed and unlicensed bands in 4G and future 5G networks is critical to achieve this goal, and we're pleased to collaborate with Ericsson and Vodafone to test the support of such capabilities in our Snapdragon processors and modems."

LTE CA with an unlicensed band enables operators to combine the reliability of LTE licensed spectrum with incremental downlink throughput improvements provided by the unlicensed band. The functionality includes mechanisms for sharing the unlicensed spectrum with other unlicensed 5 GHz users, like Wi-Fi. This allows operators to leverage unlicensed 5 GHz spectrum for improved peak rates and capacity. LTE CA with the 5GHz unlicensed band is a feature of Ericsson Networks Software 16A, available this year.

Photo: Ericsson RBS 6402 Indoor Picocell supports World's First LTE Carrier Aggregation with unlicensed band trial on Vodafone's commercial network

NOTES TO EDITORS

Ericsson and Qualcomm complete LTE-U over-the-air demonstration in China

Ericsson software unlocks indoor performance for the mobile era

For media kits, backgrounders and high-resolution photos, please visit www.ericsson.com/press

Ericsson is the driving force behind the Networked Society - a world leader in communications technology and services. Our long-term relationships with every major telecom operator in the world allow people, business and society to fulfill their potential and create a more sustainable future.

Our services, software and infrastructure - especially in mobility, broadband and the cloud - are enabling the telecom industry and other sectors to do better business, increase efficiency, improve the user experience and capture new opportunities.

With approximately 115,000 professionals and customers in 180 countries, we combine global scale with technology and services leadership. We support networks that connect more than 2.5 billion subscribers. Forty percent of the world's mobile traffic is carried over Ericsson networks. And our investments in research and development ensure that our solutions - and our customers - stay in front.

Founded in 1876, Ericsson has its headquarters in Stockholm, Sweden. Net sales in 2014 were SEK 228.0 billion (USD 33.1 billion). Ericsson is listed on NASDAQ OMX stock exchange in Stockholm and the NASDAQ in New York.

www.ericsson.com

www.ericsson.com/news

www.twitter.com/ericssonpress

www.facebook.com/ericsson

www.youtube.com/ericsson

FOR FURTHER INFORMATION, PLEASE CONTACT

Ericsson Corporate Communications

Phone: +46 10 719 69 92

E-mail: media.relations@ericsson.com

Ericsson Investor Relations

Phone: +46 10 719 00 00

E-mail: investor.relations@ericsson.com

 © 2023 Factiva, Inc. All rights reserved.

Qualcomm and Snapdragon are trademarks of Qualcomm Incorporated, registered in the United States and other countries.

Ericsson_Vodafone_Qcomm_LTE CA_Announcement

This announcement is distributed by NASDAQ OMX Corporate Solutions on behalf of NASDAQ OMX Corporate Solutions clients.

The issuer of this announcement warrants that they are solely responsible for the content, accuracy and originality of the information contained therein.

Source: Ericsson via Globenewswire

HUG#1967587

**CT**

**CO** qcom : Qualcomm Incorporated | eric : Telefonaktiebolaget LM Ericsson | ratel : Vodafone Group PLC

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** neth : Netherlands | swed : Sweden | benluxz : Benelux Countries | eecz : European Union Countries | eurz : Europe | nordz : Nordic Countries | scandz : Scandinavia | weurz : Western Europe

**IPD** Technology

**PUB** NASDAQ OMX Corporate Solutions International Limited

**AN** Document HUGNEN0020151118ebbi000m9

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Press Release: World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm** |
| WC | 1,071 words |
| PD | 18 November 2015 |
| ET | 02:56 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| TD | |

-- LTE Carrier Aggregation (CA) of licensed and unlicensed bands on mobile network and devices enables smartphone users to maintain their LTE connection while getting a speed boost from unlicensed 5GHz spectrum

-- Successful over-the-air testing between Ericsson RBS 6402 small cells and

a
Qualcomm(R) Snapdragon(TM) X12 LTE modem of LTE CA with unlicensed spectrum conducted on Vodafone's commercial network in the Netherlands

-- Network testing further validates fair co-existence of LTE in 5 GHz unlicensed band

Ericsson (NASDAQ:ERIC), with Vodafone and Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, today conducted world's first live testing of advanced LTE Carrier Aggregation (CA) of LTE in licensed and unlicensed bands on a commercial mobile network. The trial uses the Ericsson RBS 6402 indoor small cell, which supports LTE CA between licensed and unlicensed bands on Vodafone's commercial network, connected to a LTE unlicensed band capable test device developed by Qualcomm Technologies, Inc.

Matthias Sauder, chief network officer, Vodafone Netherlands: "Our intent in deploying small cells is always to deliver the best customer experience, and we see the potential for LTE aggregation with unlicensed bands on small cells as one way to make that customer experience even better. We are already using Ericsson's RBS 6402 indoor picocell in our own shops in the Netherlands, so it's great to see that it will also support advanced LTE CA capabilities with unlicensed spectrum on our network."

The Vodafone LTE trials with unlicensed spectrum are being conducted over Vodafone's network in the Netherlands. The latest over the air results were achieved by aggregating 20 MHz of Vodafone spectrum in Band 3 (1800 MHz) with 20 MHz of the unlicensed 5 GHz band U-NII-1 band. The testing validated LTE performance in the unlicensed band and fair co-existence with other technologies like Wi-Fi within the unlicensed 5 GHz band. The Ericsson RBS 6402 Indoor Picocell includes a 5GHz LTE

enabled radio in addition to multiple LTE radio variants and optional 2.4 GHz Wi-Fi module - all in a sleek, compact package with a tablet-sized footprint. The user equipment utilized in this trial is a test device powered by the Qualcomm(R) Snapdragon(TM) X12 LTE modem. The Snapdragon X12 LTE modem is a product of Qualcomm Technologies.

Valter D'Avino, Head of Ericsson's Region Western and Central Europe, says: "Vodafone has taken a leadership position in small cells and our LTE trials on unlicensed spectrum with them, together with Qualcomm Technologies, really underscore their continued commitment to improving the performance of indoor networks to ensure better app coverage for their customers. The unlicensed 5 GHz band is a shared resource and, as we have seen, it can be aggregated with LTE bands to provide a speed boost for users to improve app coverage, when spectrum is available - of course, the user also maintains their connection to Vodafone's highly reliable LTE network, so they have a great connection no matter what."

"Users in Europe and the rest of the world demand better, faster and seamless connectivity," said Serge Willenegger, vice president, product management at Qualcomm Technologies, Inc. "The aggregation of licensed and unlicensed bands in 4G and future 5G networks is critical to achieve this goal, and we're pleased to collaborate with Ericsson and Vodafone to test the support of such capabilities in our Snapdragon processors and modems."

LTE CA with an unlicensed band enables operators to combine the reliability of LTE licensed spectrum with incremental downlink throughput improvements provided by the unlicensed band. The functionality includes mechanisms for sharing the unlicensed spectrum with other unlicensed 5 GHz users, like Wi-Fi. This allows operators to leverage unlicensed 5 GHz spectrum for improved peak rates and capacity. LTE CA with the 5GHz unlicensed band is a feature of Ericsson Networks Software 16A, available this year.

Photo: Ericsson RBS 6402 Indoor Picocell supports World's First LTE Carrier Aggregation with unlicensed band trial on Vodafone's commercial network

NOTES TO EDITORS

Ericsson and Qualcomm complete LTE-U over-the-air demonstration in China http://www.ericsson.com/news/1954158?query=china+lte-uEricsson software unlocks indoor performance for the mobile era http://www.ericsson.com/news/1948888

For media kits, backgrounders and high-resolution photos, please visit www.ericsson.com/pressEricsson is the driving force behind the Networked Society - a world leader in communications technology and services. Our long-term relationships with every major telecom operator in the world allow people, business and society to fulfill their potential and create a more sustainable future.

Our services, software and infrastructure - especially in mobility, broadband and the cloud - are enabling the telecom industry and other sectors to do better business, increase efficiency, improve the user experience and capture new opportunities.

With approximately 115,000 professionals and customers in 180 countries,

we combine global scale with technology and services leadership. We support networks that connect more than 2.5 billion subscribers. Forty percent of the world's mobile traffic is carried over Ericsson networks. And our investments in research and development ensure that our solutions - and our customers - stay in front.

Founded in 1876, Ericsson has its headquarters in Stockholm, Sweden. Net sales in 2014 were SEK 228.0 billion (USD 33.1 billion). Ericsson is listed on NASDAQ OMX stock exchange in Stockholm and the NASDAQ in New York.

www.ericsson.comwww.ericsson.com/newswww.twitter.com/ericssonpress
www.facebook.com/ericssonwww.youtube.com/ericsson

FOR FURTHER INFORMATION, PLEASE CONTACT

Ericsson Corporate Communications

Phone: +46 10 719 69 92

E-mail: media.relations@ericsson.com

Ericsson Investor Relations

Phone: +46 10 719 00 00

E-mail: investor.relations@ericsson.com

Qualcomm and Snapdragon are trademarks of Qualcomm Incorporated, registered in the United States and other countries.

Ericsson_Vodafone_Qcomm_LTE CA_Announcement:
http://hugin.info/1061/R/1967587/718871.pdf

This announcement is distributed by NASDAQ OMX Corporate Solutions on behalf of NASDAQ OMX Corporate Solutions clients.

The issuer of this announcement warrants that they are solely responsible for the content, accuracy and originality of the information contained therein.

Source: Ericsson via Globenewswire

HUG#1967587

http://www.ericsson.com
(END) Dow Jones Newswires

November 18, 2015 02:56 ET (07:56 GMT)

**CO** eric : Telefonaktiebolaget LM Ericsson | qcom : Qualcomm Incorporated | ratel : Vodafone Group PLC

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | npress : Press Releases | ncat : Content Types | nfact : Factiva Filters

**RE** swed : Sweden | eurz : Europe | eecz : European Union Countries | nordz : Nordic Countries | scandz : Scandinavia

 © 2023 Factiva, Inc. All rights reserved.

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi000ry

**Andreessen Horowitz Launches $200M Bio-Computer Fund, Hires Ex-Stanford Prof**

WSJ Blogs, 09:46, 18 November 2015, 528 words, (English)

Andreessen Horowitz raised a $200 million fund to invest in startups that combine life science and computer science and has hired a new general partner, former Stanford University professor Vijay Pande, to run it.

Document WCWSJB0020151118ebbi0028m

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Refutes Korean Accusations; Bernstein Sees Investor 'Angst'**

Barron's Blogs, 10:11, 18 November 2015, 460 words, (English)

Shares of wireless chip giant Qualcomm (QCOM) are down $3.40, or 6%, at $49.58, after the company late yesterday said South Korea's Fair Trade Commission recently sent it an "examiner's report" that alleges that the company doesn't properly ...

Document WCBBE00020151118ebbi0015p

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm's Licensing Formula Targeted -- Market Talk**

**WC** 125 words

**PD** 18 November 2015

**ET** 11:38

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

11:37 ET - Qualcomm (QCOM) is no stranger to antitrust cases, but investors are spooked by the attack in South Korea on a pillar of the chip maker's business: charging cellphone makers patent royalties based on a percentage of handset prices. The company was quick to note the allegations are just recommendations of staff at the Korea Fair Trade Commission, which may reject them. Still, Bernstein notes the possibility of ending QCOM's handset-based royalties is one of "the doomsday scenarios for the business." Shares skid 8% to $48.73, hitting a fresh 4-year low. (don.clark@wsj.com; @donal888)

(END) Dow Jones Newswires

**TD**

November 18, 2015 11:38 ET (16:38 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c1521 : Analysts' Comments/Recommendations | c334 : Licensing Agreements | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | c33 : Contracts/Orders | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002d4

DOW JONES NEWSWIRES

**HD** **Qualcomm's Licensing Formula Targeted -- Market Talk**

**WC** 1,244 words

**PD** 18 November 2015

**ET** 11:38

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

11:37 ET - Qualcomm (QCOM) is no stranger to antitrust cases, but investors are spooked by the attack in South Korea on a pillar of the chip maker's business: charging cellphone makers patent royalties based on a percentage of handset prices. The company was quick to note the allegations are just recommendations of staff at the Korea Fair Trade Commission, which may reject them. Still, Bernstein notes the possibility of ending QCOM's handset-based royalties is one of "the doomsday scenarios for the business." Shares skid 8% to $48.73, hitting a fresh 4-year low. (don.clark@wsj.com; @donal888)

**TD**

11:33 ET - ConAgra (CAG) CEO Sean Connolly tells WSJ that by splitting up, the consumer side will work on adding more "clean label, natural and organic foods--as well as premium and gourmet. That's where we've got some real opportunities." That can be done by refreshing older brands like Healthy Choice as well as "opportunistically turn[ing] to the outside." CAG rises 4.1% to $40.97, erasing the rest of the month's stock pullback. (annie.gasparro@wsj.com)

11:33 ET - Banks and financial-service companies lead the way in equality in the workplace for lesbian, gay, bisexual and transgender employees, according to a report from the Human Rights Campaign Foundation. Of the 407 companies worldwide that earned perfect scores under the foundation's rating system, 50 were from the banking and financial sector, including JPMorgan Chase, Bank of America, Citigroup, Wells Fargo, Goldman Sachs and Morgan Stanley. The ratings are based on whether companies have LGBT non-discrimination policies and offer employment benefits for domestic partners, among other factors. (michael.rapoport@wsj.com; @rapoportwsj)

11:16 ET - Law-enforcement authorities are turning to a computer program to overcome a common hurdle in crime labs--making sense of DNA that gets mixed up at crime scenes. But secrecy around the software is stoking a national legal debate. Defense attorneys have tried but failed to get access to the source code of the program, called TrueAllele. They say they can't determine whether the software is erroneously linking their clients to crimes if they are unable to review the instructions the program gives the computer. The dispute could foreshadow other struggles with developers, as computational statistics and other technologies seep into the criminal-justice system. (joe.palazzolo@wsj.com)

11:15 ET - Southeastern businesses expect to see their unit costs rise 1.8% on average in the next 12 months, according to the Atlanta Fed's November business-inflation expectations survey. The 221 firms surveyed -- many of them companies with national or international operations and sales -- reported that 59% of them saw sales levels at or above normal, up from 55% of those surveyed in October. The survey was conducted from Nov. 9-13. Overall producer prices fell 1.6% in October from a year earlier, the goverment recently reported. (cameron.mcwhirter@wsj.com)

11:12 ET - US refinery activity keep churning higher as most plants come off seasonal maintenance schedules, and as demand for product remains strong amid low prices. The EIA says today refinery capacity utilization rose 0.8 percentage points, giving it a 90.3% run-rate. Strong domestic demand, as well as a booming export market for refined US fuel -- which as opposed to crude oil is permitted by the US government -- is keeping plants active. (dan.molinski@wsj.com)

11:12 ET - Valeant (VRX) is putting in place a "retention plan" which involves offering key staff a combination of cash and stock as the company faces questions about its now-severed relationship with specialty pharmacy Philidor. IR chief Laurie Little says during a conference appearance in London that the program started "below executive level" and was initially targeted at 70 people. But it might be broadened in coming weeks "to keep key personnel." Shares have slumped 70% the past 3 months, no doubt hitting worker sentiment some. (denise.roland@wsj.com; @deniseroland)

11:06 ET - With FARO trading at the decade's low on a forward enterprise value/sales basis, Canaccord puts the 3D-measurement firm back at buy after 7 months on the sidelines. Downgrading it amid a downbeat 1Q report, shares were nearly halved after their initial April slump before bottoming out following this month's 3Q report--which included an announcement that CEO Jay Freeland will step down. But after worries in the spring about demand, the investment bank thinks sales will pick up this quarter as end-of-year spending occurs. Canaccord also anticipates better underlying demand in 2016, helped in part by new offerings. FARO rises 8.4% to $30.19, cutting the month's slide to 11% and putting the week's rebound at 15%. (kevin.kingsbury@wsj.com; @kevinkingsbury)

11:04 ET - Barclays (BCS) has agreed to pay $150M to resolve an investigation by New York's banking regulator into a trading practice which allowed the bank to exploit a milliseconds-long lag between an order and its execution to clients' detriment. The penalty is the latest to stem from BCS' foreign-exchange trading, a line of business that--with today's settlement--has cost the British bank more than $2.5B in penalties. (christopher.matthews@wsj.com)

11:03 ET - Perrigo (PRGO), now that it's escaped the entreaties of rival Mylan (MYL), must reckon with living up to some lofty sales growth targets. The drug company's consumer business, in particular, could struggle to reach the goal of 5%-10% topline growth, JPMorgan says, with statins looking unlikely to go over the counter. Perrigo's leading position in the private-label OTC market is a plus, along with its European expansion through the Omega deal completed earlier this year, but JPMorgan expects Perrigo will see sales growth in the mid single digits--the lower end of its topline guidance range--unless it turns to dealmaking of its own. JPMorgan rates Perrigo neutral. (jonathan.rockoff@wsj.com; @jonathanrockoff)

11:00 ET - Caterpillar (CAT) is eager to reassure shareholders it won't get burned on equipment leased to customers in China even as the economy cools there. CAT Financial Services President Kent Adams said during a conference call yesterday that the company keeps tabs on the position of machinery electronically through its Product Link system. "If a customer falls behind, we have the ability to derate the engine or turn the engine off, and we've set up a legal presence in all of the provinces of China." He added CAT also has conservative payment terms in China "because it's still a developing market from a rule-of-law standpoint." (bob.hagerty@wsj.com)

1549 GMT - The future of big sugar industry projects in Australia hinges on the fate of the broader resources sector, says Lindsay Jolly, an International Sugar Organization economist, at an ISO event in London. There are "real questions" over whether the Ord River, Pentland and Etheridge projects -- which would add big mills and energy generation facilities -- will happen, he says. As well as a higher global sugar price, the projects are reliant on new infrastructure that will only be built if more mines get the go-ahead, he says. (ed.ballard@wsj.com)

(END) Dow Jones Newswires

November 18, 2015 11:38 ET (16:38 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | cwrkpa : Workers Pay | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002ia

 © 2023 Factiva, Inc. All rights reserved.

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update**

**BY** By Don Clark

**WC** 406 words

**PD** 18 November 2015

**ET** 05:52

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A spokesman for KFTC said they can't comment on ongoing investigations.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 05:52 ET (10:52 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi0014d

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report**

**WC** 295 words
**PD** 18 November 2015
**SN** M2 Presswire
**SC** MTPW
**LA** English
**CY** © 2015, M2 Communications. All rights reserved.

**LP**

SAN DIEGO — Qualcomm Incorporated today confirmed that it has recently received the Korea Fair Trade Commission's staff-generated Case Examiner's Report (ER), which commences a process that affords Qualcomm the ability to respond to allegations and defend itself. The ER alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law. The ER proposes remedies including modifications to certain business practices and monetary penalties.

**TD**

The allegations and conclusions contained in the ER are not supported by the facts and are a serious misapplication of law. Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive. Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device.

We intend to vigorously defend ourselves at the Commission hearings and remain hopeful that the Commission will reject the conclusions of the Examiner's Report. We expect the process to take some time. Until then, we intend to continue to invest in leading technologies that drive the industry forward and share those innovations through its licensing program.

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | c133 : Patents | cgymtr : Intellectual Property Rights | npress : Press Releases | c334 : Licensing Agreements | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Normans Media Ltd

**AN** Document MTPW000020151118ebbi009nb

NEWSWIRES
DOW JONES

**CLM** Top Stories

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 604 words

**PD** 18 November 2015

**ET** 03:42

**SN** Dow Jones Top News & Commentary

**SC** DJCOMM

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i34411 : Mobile Communications Equipment | i3441 : Telecommunications Technology/Equipment

**NS** c34 : Anti-Competition Issues | ncolu : Columns | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | ribcol : IB Collection | ribtst : IB - Top Stories | redit : Selection of Top Stories/Trends/Analysis | c133 : Patents | cgymtr : Intellectual Property Rights | c12 : Corporate Crime/Legal Action | cinprp : Industrial Property Rights | nfcpex : C&E Executive News Filter | cwrkpa : Workers Pay | c42 : Labor/Personnel

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJCOMM1120151118ebbi006sr

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update**

**BY** By Don Clark

**WC** 617 words

**PD** 18 November 2015

**ET** 13:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 13:00 ET (18:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c33 : Contracts/Orders | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002ol

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm sinks to 52-week low after allegations of antitrust violations in Korea**

**WC** 160 words
**PD** 18 November 2015
**ET** 13:10
**SN** Dow Jones Newswires Chinese (English)
**SC** RTNW
**LA** English
**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Shares of Qualcomm Inc. (QCOM) sank to their 52-week low Wednesday after the chip maker announced that it faces patent-related antitrust allegations in South Korea. "The Examiner's Report alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law," said Qualcomm in a statement posted on its website. The company said it plans to vigorously defend itself against the claims detailed in the report. Qualcomm sank 9.1% to its 52-week low of $48.18 to top the worst decliners in the S&P 500. The stock is down 35% year to date.

-Sue Chang; 415-439-6400; AskNewswires@dowjones.com

**TD**

(END) Dow Jones Newswires

18-11-15 1810GMT

**CO** qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | neqac : Equities Asset Class News | c11 : Plans/Strategy | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c33 : Contracts/Orders | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020151118ebbi000jd

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update**

**BY** By Don Clark

**WC** 406 words

**PD** 18 November 2015

**ET** 06:07

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A spokesman for KFTC said they can't comment on ongoing investigations.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 06:07 ET (11:07 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi00124 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update**

**BY** By Don Clark

**WC** 617 words

**PD** 18 November 2015

**ET** 13:15

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 13:15 ET (18:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | nenac : Energy Asset Class News | neqac : Equities Asset Class News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002rs

THE WALL STREET JOURNAL.

**SE** Tech

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations; Chip maker it plans to vigorously contest the allegations**

**BY** By Don Clark

**WC** 612 words

**PD** 18 November 2015

**ET** 13:00

**SN** The Wall Street Journal Online

**SC** WSJO

**LA** English

**CY** Copyright 2015 Dow Jones & Company, Inc. All Rights Reserved.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing “is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings “are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a “doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i3441 : Telecommunications Technology/Equipment | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | gcrim : Crime/Courts | c11 : Plans/Strategy | c12 : Corporate Crime/Legal Action | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | asiaz : Asia | apacz : Asia Pacific | easiaz : Eastern Asia

**IPD** Technology

**PUB** Dow Jones & Company, Inc.

**AN** Document WSJO000020151118ebbi001xh

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 598 words

**PD** 18 November 2015

**ET** 11:13

**SN** Dow Jones Top North American Equities Stories

**SC** DJTNAE

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at

**CO** qcom : Qualcomm Incorporated

**IN** i3303 : Networking | iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics | icomp : Computing | i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i3441 : Telecommunications Technology/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | ncolu : Columns | c42 : Labor/Personnel

**RE** asiaz : Asia | russ : Russia | skorea : South Korea | apacz : Asia Pacific | bric : BRICS Countries | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | eurz : Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTNAE1120151118ebbi0007f

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Discloses South Korea Antitrust Charges**

**WC** 608 words

**PD** 18 November 2015

**ET** 11:20

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 11:20 ET (16:20 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002cm

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 598 words

**PD** 18 November 2015

**ET** 11:13

**SN** Dow Jones Top Global Market Stories

**SC** DJTGMS

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at

**CO** qcom : Qualcomm Incorporated

**IN** i3303 : Networking | iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics | icomp : Computing | i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i3441 : Telecommunications Technology/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | ncolu : Columns | c42 : Labor/Personnel

**RE** asiaz : Asia | russ : Russia | skorea : South Korea | apacz : Asia Pacific | bric : BRICS Countries | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | eurz : Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTGMS1120151118ebbi000bk

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Discloses South Korea Antitrust Charges**

**WC** 608 words
**PD** 18 November 2015
**ET** 11:35
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 11:35 ET (16:35 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002d1

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

CLM Heard on the Street

HD **Chip-Industry Merger Bash: Why This Party Isn't Over**

BY By Dan Gallagher

WC 531 words

PD 18 November 2015

ET 14:13

SN Dow Jones Top Energy Stories

SC DJTES

LA English

CY Copyright © 2015 Dow Jones & Company, Inc.

LP

All good parties eventually come to an end. But for the one raging in the semiconductor arena, last call still seems a way off.

Investors could be forgiven for thinking otherwise. ON Semiconductor's $2.4 billion deal to acquire Fairchild Semiconductor, announced Wednesday , is just the latest entrant to the chip industry's merger party .

TD

And it has been quite the bash: there have been deals worth more than $120 billion across the sector so far this year, according to Dealogic.

That is far and away the all-time record.

What may give pause to investors hoping the festivities continue: the actual number of deals is low, the fewest since 2005. This means deal size is quite high. In fact, this year has seen 14 deals above $1 billion in value so far, including Avago's record-busting pickup of Broadcom for $37 billion. Average deal size this year is more than three times last year's average, according to Dealogic.

That would suggest the merger wave could be peaking. One reason: Many of the industry's biggest players are now busy absorbing their latest acquisitions.

But there may be at least a few more to come . Reports over the past month have indicated both Texas Instruments and Analog Devices are eyeing Maxim Integrated, which sports a market value of about $11.2 billion.

Qualcomm, with about $20 billion in net cash and a pressing need to diversify from its dependence on modem chips for smartphones, just hired a former stock analyst to run M&A for the company. In a report this week, Christopher Danley of Citigroup named Xilinx as an attractive target to a buyer like Qualcomm. Xilinx has a market value of just over $12 billion.

And another deep-pocketed buyer is itching to get into the deals party. The chairman of Tsinghua Unigroup, a state-owned entity based in China, told Reuters earlier this week that the company plans to spend the equivalent of $47 billion over the next five years to build up its chip business. The group reportedly made a bid for Micron earlier this year in the $23 billion range, but that price appears to have been insufficient to lure the memory chip maker to the table.

Cheap debt is also feeding the party. ON Semiconductor already had a net debt position of about $850 million, and plans to issue $2.4 billion of new debt to fund its merger. Avago and Intel are also funding a significant portion of their acquisitions with debt.

True, the U.S. Federal Reserve looks likely to raise interest rates in December. Even then, though, rates will be at very low levels and the Fed isn't likely to set upon a swift rate-increase path.

And valuations aren't insane—yet. The PHLX Semiconductor Index is still down about 4% for the year, and currently trades at a forward price/earnings multiple that is around its five-year average.

For now, the chip industry's merger punch bowl is still looking half full.

Write to Dan Gallagher at

| | |
|---|---|
| **CO** | adev : Analog Devices Inc \| avagt : Avago Technologies Inc \| bcomnj : Broadcom Corporation \| fairsm : Fairchild Semiconductor International Inc \| intl : Intel Corporation \| mict : Micron Technology Inc \| mxprod : Maxim Integrated Products Inc \| scghld : ON Semiconductor Corp \| qcom : Qualcomm Incorporated \| txsil : Texas Instruments Inc \| xiln : Xilinx Inc |
| **IN** | icph : Computer Hardware \| iindele : Industrial Electronics \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| itech : Technology \| i3302 : Computers/Consumer Electronics \| icomp : Computing \| iintcir : Integrated Circuits \| i342 : Electrical Components/Equipment |
| **NS** | cactio : Corporate Actions \| c181 : Acquisitions/Mergers/Shareholdings \| c18 : Ownership Changes \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| cmerg : Mergers \| ncolu : Columns \| nhrd : Heard on the Street \| npda : DJ Exclusive Analysis - All \| npred : Economic Predictions/Forecasts \| cacqu : Acquisitions/Mergers |
| **RE** | namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJTES11020151118ebbi0007x |

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **Qualcomm shares tumble on South Korean antitrust probe**

**BY** Richard Waters in San Francisco

**WC** 481 words

**PD** 18 November 2015

**ET** 16:54

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2015 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Qualcomm's shares tumbled nearly 10 per cent on Wednesday, hitting a four-year low, after it revealed that antitrust authorities in South Korea had become the first to challenge a core aspect of its technology licensing practices.

The regulatory setback was the second blow this month to the US mobile chip company's high-margin licensing business. It had already revealed problems in negotiating new licensing deals with some handset makers in China, following the settlement earlier this year of an antitrust case there. Together, the two have wiped $20bn from its stock market value, adding to pressure on the company at a time when activist investor Jana Partners has already called on it to consider a break-up.

**TD**

A staff-level report from the Korea Fair Trade Commission has concluded that a number of Qualcomm's practices violate the country's competition law, the company said late on Tuesday. These include its insistence on calculating its licence fee on the overall cost of a mobile device, rather than just the chips using its technology.

"Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device," the company said in a statement.

Untying chip licensing fees from the overall cost of a handset could make it harder for Qualcomm to justify its royalty rates and open the door to other regulators to mount similar challenges, said one antitrust lawyer familiar with the case.

Qualcomm claimed the allegations and conclusions in the staff report were "not supported by the facts and are a serious misapplication of law". It said it would contest the conclusions, which had yet to be confirmed by the commission.

"Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive," it said.

The antitrust challenge in Korea, like the earlier one in China, appeared to be provoked partly by concerns about the impact of Qualcomm's licensing on local tech companies, said Patrick Moorhead, a US chip industry analyst. "This could very well be driven by Samsung," he said, given that the Korean company is one of Qualcomm's biggest competitors.

Qualcomm's share of the intellectual property in 4G mobile communications is lower than in previous generations. However, phones are still shipped with earlier versions of the technology to make them compatible with older networks, leaving the company with considerable influence over mobile

communications licensing. “What this is about is, people don’t like that Qualcomm has such a big share of the [IP] stack,” Mr Moorhead said.

The company is also facing antitrust investigations in the US and Europe.

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | c1522 : Share Price Movement/Disruptions | c15 : Financial Performance | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020151118ebbi008y9

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| CLM | The Wall Street Journal |
| SE | News & Commentary |
| HD | **Qualcomm says South Korea recommends fine for alleged antitrust violations; Chip maker says findings 'are not supported by the facts and are a serious misapplication of law'** |
| BY | Don Clark |
| WC | 231 words |
| PD | 18 November 2015 |
| ET | 13:41 |
| SN | MarketWatch |
| SC | MRKWC |
| LA | English |
| CY | Copyright 2015 MarketWatch, Inc. All Rights Reserved. |

**LP**

Chip maker says findings 'are not supported by the facts and are a serious misapplication of law'

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

**TD**

The company (QCOM, US) said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

An expanded version of this report appears at WSJ.com.

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| ncolu : Columns \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| IPD | News & Commentary |
| PUB | Dow Jones & Company, Inc. |
| AN | Document MRKWC00020151118ebbi00335 |

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,**

**WC** 1,043 words

**PD** 18 November 2015

**ET** 13:03

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s ) Wall Street was higher on Wednesday, boosted by Apple and healthcare stocks, as investors treaded water ahead of minutes from the Federal Reserve's October meeting that could help clarify the central bank's position on a December rate hike. The Dow Jones industrial average was up 0.75 percent at 17,621.21, and the S&P 500 was up 0.75 percent at 2,065.79.

** APPLE INC, $116.5038, +2.48 pct

**TD**

Goldman Sachs added Apple to its list of top picks in the Americas, saying that the iPhone maker's shares have the potential to rise as much as 43 pct from current levels.

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, $19.39, +8.45 pct

** ON SEMICONDUCTOR CORP, $9.905, -7.77 pct

ON Semiconductor said it would buy the chipmaker in a $2.4 billion deal, the latest in a rapidly consolidating semiconductor industry.

** LOWE'S COS INC, $72.73, -0.16 pct

The No.2 U.S. home improvement chain reported better-than-expected quarterly profit and sales at stores open at least a year, as people spent more on home improvement amid a strong recovery in the U.S. housing market.

** TARGET CORP, $69.12, -5.20 pct

The U.S. retailer reported slower growth in online sales and said gross margins fell slightly because of reimbursement pressure in its pharmacy operations.

** QUALCOMM INC, $48.43, -8.59 pct

The chipmaker said it received communication from Korea Fair Trade Commission, alleging that the company violated South Korean competition law.

** STAR BULK CARRIERS CORP,$0.9702, -20.48 pct

** SCORPIO BULKERS INC,$0.9301, -19.12 pct

** DIANA SHIPPING INC,$4.89, -6.68 pct

Deutsche Bank downgraded the stocks to "hold" and cut their price targets, saying improvement in rates expected at the year-end had not materialized.

** MAXIM INTEGRATED PRODUCTS,$39.545, +2.21 pct

Israeli specialty chip maker TowerJazz has agreed to buy Maxim Integrated Products' wafer manufacturing plant in San Antonio, Texas for $40 million in an all-share transaction.

** CONAGRA FOODS INC, $41.15, +4.55 pct

Slim Jim beef jerky and Chef Boyardee pasta maker said it would spin off its Lamb Weston frozen potato products business into separate public company and rename itself Conagra Brands Inc.

** GOPRO INC, $19.2501, -7.76 pct

Piper Jaffray cut its price target on the wearable camera maker's shares, saying the company may not be able to maintain current margin expectations as selective price reductions were becoming more evident.

** SOLARCITY'S SHARES, $26.58, +2.23 pct

The top U.S. solar installer said PE firm Silver Lake would invest $100 million in the company and SolarCity Chairman Elon Musk and CEO Lyndon Rive would invest another $13 million.

** FARO TECHNOLOGIES,$29.9708, +7.65 pct

Canaccord Genuity upgraded the 3D imaging systems maker's stock to "buy" from "hold", saying "recent weak performance was due to transitory issues that are likely to improve in the coming quarters".

** RADA ELECTRONIC INDUSTRIES LTD,$0.44, -33.33 pct

The Israel-based defense contractor said its quarterly revenue fell 31 percent due to delays in "securing several large avionic product orders".

** AMN HEALTHCARE SERVICES INC, $30.34, +2.88 pct

The healthcare staffing company said it would acquire B.E. Smith, a privately held company that provides healthcare staffing and executive search services, for $160 million.

** VIPSHOP HOLDINGS LTD, $14.1, +12.53 pct

The online discount retailer reported quarterly profit that more than doubled and said it would buy back up to $300 million of its American depositary shares.

** STAPLES INC, $11.88, -4.58 pct

The office supplies retailer reported lower-than-expected quarterly sales, hurt by lower demand for products such as technology accessories and ink and toner.

** CITRIX SYSTEMS INC, $71.48, -8.85 pct

The cloud computing software maker, under pressure from activist hedge fund Elliott Management, said it would spin off its GoTo business into a listed company and cut more than 10 percent of its workforce prompting at least four brokerages to adjust their views on the stock.

** BLUEBIRD BIO INC, $83.1, +4.38 pct

Goldman Sachs started coverage of the stock with a "buy" rating and a price target of $165, saying "current share levels represent an attractive entry point, as we believe fundamentals of the company are intact".

** ANAVEX LIFE SCIENCES, $5.3792, +66.02 pct

The company said it will study experimental Alzheimer's treatment, ANAVEX 2-73, in a large study based on guidance from the U.S. FDA.

** NORFOLK SOUTHERN CORP, $92.01, +5.80 pct

The U.S. railroad operator rejected a $28.4 billion acquisition offer by Canadian Pacific Railway Ltd on Tuesday, calling it "low-premium" and warning it would face significant regulatory hurdles.

** SOUFUN HOLDINGS LTD, $7.11, -4.56 pct

The Chinese property website operator posted a bigger quarterly loss as cost of services increased to $188.5 million from $48.8 million mainly due to increased staff, e-commerce costs and higher home decorating expenses.

** JACK IN THE BOX INC, $73.75, +5.37 pct

The hamburger restaurant chain reported better-than-expected quarterly same-store sales growth besides setting 2016 profit forecast above analyst expectations.

** TASER INTERNATIONAL INC, $18.45, +10.08 pct

Brokerage Ladenburg Thalmann upgraded the stock to "buy", saying the company's investment in smaller video products business can produce steady stream of revenue.

** ARAMARK, $32.09, +8.34 pct

The customer service business reported better-than-expected quarterly sales, helped by new accounts in the education business besides raising regular quarterly dividend by 10 percent.

** CAREDX INC,$6.2, +27.84 pct

Centers for Medicare and Medicaid Services (CMS) revised pricing determination for the molecular diagnostics company's device AlloMap for 2016 to $2,821. (Reporting by Nikhil Subba in Bengaluru; Editing by Anil D'Silva)

**RF** Released: 2015-11-21T18:03:45.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | goproz : GoPro, Inc | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | i81401 : Central Banking | i951 : Health Care/Life Sciences | i814 : Banking | ibnk : Banking/Credit | ifinal : Financial Services | itech : Technology | i34531 : Semiconductors | i3733 : Photographic Equipment | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilgood : Leisure/Travel Goods

**NS** ccat : Corporate/Industrial News | reqrcm : Suggested Reading Computers | redit : Selection of Top Stories/Trends/Analysis | reqr : Suggested Reading Industry News

**RE** usa : United States | meastz : Middle East | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151118ebbi00o89

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,**

**WC** 854 words

**PD** 18 November 2015

**ET** 11:34

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s ) Gains in Apple shares and energy stocks boosted Wall Street on Wednesday as investors awaited the release of minutes from the Federal Reserve's October meeting that were likely to underpin expectations of an interest rate hike next month. The Dow Jones industrial average was up 0.73 percent at 17,616.97, and the S&P 500 was up 0.72 percent at 2,065.16.

** APPLE INC, $117.08, +2.98 pct

**TD**

Goldman Sachs added Apple to its list of top picks in the Americas, saying that the iPhone maker's shares have the potential to rise as much as 43 pct from current levels.

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, $19.42, +8.61 pct

** ON SEMICONDUCTOR CORP, $9.615, -10.47 pct

ON Semiconductor said it would buy the chipmaker in a $2.4 billion deal, the latest in a rapidly consolidating semiconductor industry.

** LOWE'S COS INC, $72.56, -0.40 pct

The No.2 U.S. home improvement chain reported better-than-expected quarterly profit and sales at stores open at least a year, as people spent more on home improvement amid a strong recovery in the U.S. housing market.

** TARGET CORP, $69.29, -4.97 pct

The U.S. retailer reported slower growth in online sales and said gross margins fell slightly because of reimbursement pressure in its pharmacy operations.

** QUALCOMM INC, $48.69, -8.10 pct

The chipmaker said it received communication from Korea Fair Trade Commission, alleging that the company violated South Korean competition law.

** CONAGRA FOODS INC, $41.025, +4.23 pct

Slim Jim beef jerky and Chef Boyardee pasta maker said it would spin off its Lamb Weston frozen potato products business into separate public company and rename itself Conagra Brands Inc.

** GOPRO INC, $19.37, -7.19 pct

Piper Jaffray cut its price target on the wearable camera maker's shares, saying the company may not be able to maintain current margin expectations as selective price reductions were becoming more evident.

** SOLARCITY'S SHARES, $27.04, +4.00 pct

The top U.S. solar installer said PE firm Silver Lake would invest $100 million in the company and SolarCity Chairman Elon Musk and CEO Lyndon Rive would invest another $13 million.

** AMN HEALTHCARE SERVICES INC, $30.76, +4.31 pct

The healthcare staffing company said it would acquire B.E. Smith, a privately held company that provides healthcare staffing and executive search services, for $160 million.

** VIPSHOP HOLDINGS LTD, $13.66, +9.02 pct

The online discount retailer reported quarterly profit that more than doubled and said it would buy back up to $300 million of its American depositary shares.

** STAPLES INC, $11.885, -4.54 pct

The office supplies retailer reported lower-than-expected quarterly sales, hurt by lower demand for products such as technology accessories and ink and toner.

** CITRIX SYSTEMS INC, $71.7582, -8.50 pct

The cloud computing software maker, under pressure from activist hedge fund Elliott Management, said it would spin off its GoTo business into a listed company and cut more than 10 percent of its workforce prompting at least four brokerages to adjust their views on the stock.

** BLUEBIRD BIO INC, $83.6007, +5.01 pct

Goldman Sachs started coverage of the stock with a "buy" rating and a price target of $165, saying "current share levels represent an attractive entry point, as we believe fundamentals of the company are intact".

** ANAVEX LIFE SCIENCES, $5.65, +74.38 pct

The company said it will study experimental Alzheimer's treatment, ANAVEX 2-73, in a large study based on guidance from the U.S. FDA.

** NORFOLK SOUTHERN CORP, $92.98, +6.91 pct

The U.S. railroad operator rejected a $28.4 billion acquisition offer by Canadian Pacific Railway Ltd on Tuesday, calling it "low-premium" and warning it would face significant regulatory hurdles.

** SOUFUN HOLDINGS LTD, $7.13, -4.30 pct

The Chinese property website operator posted a bigger quarterly loss as cost of services increased to $188.5 million from $48.8 million mainly due to increased staff, e-commerce costs and higher home decorating expenses.

** JACK IN THE BOX INC, $71.46, +2.10 pct

The hamburger restaurant chain reported better-than-expected quarterly same-store sales growth besides setting 2016 profit forecast above analyst expectations.

** TASER INTERNATIONAL INC, $18.45, +10.08 pct

Brokerage Ladenburg Thalmann upgraded the stock to "buy", saying the company's investment in smaller video products business can produce steady stream of revenue.

** ARAMARK, $32, +8.04 pct

The customer service business reported better-than-expected quarterly sales, helped by new accounts in the education business besides raising regular quarterly dividend by 10 percent. (Reporting by Nikhil Subba in Bengaluru; Editing by Anil D'Silva)

**RF** Released: 2015-11-21T16:34:42.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | goproz : GoPro, Inc | qcom : Qualcomm Incorporated

**IN** i3454 : Personal Electronics | icomp : Computing | i3302 : Computers/Consumer Electronics | ielec : Consumer Electronics | itech : Technology | i34531 : Semiconductors | i3733 : Photographic Equipment | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilgood : Leisure/Travel Goods

**NS** cspin : Demergers | reqrcm : Suggested Reading Computers | c02 : Corporate Changes | c11 : Plans/Strategy | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | cncc : New Companies Creation | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis | reqr : Suggested Reading Industry News | cdiv : Divestments

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151118ebbi00lwy

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **BUZZ-Qualcomm Inc: Korea regulator alleges competition law violation** |
| **WC** | 151 words |
| **PD** | 18 November 2015 |
| **ET** | 09:49 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2015 Thomson Reuters. All Rights Reserved. |

**LP**

** Chipmaker's shares down 5.7 pct at $49.95

** Stock falls as much as 6.8 pct to over 4-year low of $49.40, is biggest drag on S&P 500 index

**TD**

** Qualcomm said on Tuesday it received communication from Korea Fair Trade Commission alleging company violated South Korean competition law

** Company said regulator alleged "practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property" violates law

** Commission seeking modifications to some of company's business practices and penalties

** Qualcomm denies allegations, says it will "vigorously defend" itself

** Company agreed in February to pay $975 mln fine to end 14-month Chinese government investigation into anti-competitive practices

** Up to Tuesday's close, stock had fallen about 29 pct this year

| | |
|---|---|
| **RF** | Released: 2015-11-21T14:49:58.000Z |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | crbrea : Regulatory Breach \| ginda : Independent Advisory Bodies \| gcrim : Crime/Legal Action \| c12 : Corporate Crime/Legal Action \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gpir : Politics/International Relations \| gpol : Domestic Politics \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151118ebbi00jah |

REUTERS

HD **BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,**

WC 643 words

PD 18 November 2015

ET 10:27

SN Reuters News

SC LBA

LA English

CY Copyright 2015 Thomson Reuters. All Rights Reserved.

LP

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s ) Wall Street was led higher by Apple and energy stocks, ahead of the release of the minutes of the Federal Reserve's October meeting which are likely to underpin expectations of an interest rate increase next month. The Dow Jones industrial average was up 0.62 percent at 17,597.33, and the S&P 500 was up 0.59 percent at 2,062.59.

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, $19.425, +8.64 pct

TD

** ON SEMICONDUCTOR CORP, $9.79, -8.85 pct

ON Semiconductor said it would buy the chipmaker in a $2.4 billion deal, the latest in a rapidly consolidating semiconductor industry.

** APPLE INC, $117.24, +3.12 pct

Goldman Sachs added Apple to its list of top picks in the Americas, saying that the iPhone maker's shares have the potential to rise as much as 43 pct from current levels.

** LOWE'S COS INC, $72.33, -0.71 pct

The No.2 U.S. home improvement chain reported better-than-expected quarterly profit and sales at stores open at least a year, as people spent more on home improvement amid a strong recovery in the U.S. housing market.

** QUALCOMM INC, $49.7453, -6.11 pct

The chipmaker said it received communication from Korea Fair Trade Commission, alleging that the company violated South Korean competition law.

** CONAGRA FOODS INC, $40.95, +4.04 pct

Slim Jim beef jerky and Chef Boyardee pasta maker said it would spin off its Lamb Weston frozen potato products business into separate public company and rename itself Conagra Brands Inc.

** GOPRO INC, $18.935, -9.27 pct

Piper Jaffray cut its price target on the wearable camera maker's shares, saying the company may not be able to maintain current margin expectations as selective price reductions were becoming more evident.

** STAPLES INC, $12.12, -2.65 pct

The office supplies retailer reported lower-than-expected quarterly sales, hurt by lower demand for products such as technology accessories and ink and toner.

** CITRIX SYSTEMS INC, $73, -6.91 pct

The cloud computing software maker, under pressure from activist hedge fund Elliott Management, said it would spin off its GoTo business into a listed company and cut more than 10 percent of its workforce prompting at least four brokerages to adjust their views on the stock.

** BLUEBIRD BIO INC, $83.69, +5.13 pct

Goldman Sachs started coverage of the stock with a "buy" rating and a price target of $165, saying "current share levels represent an attractive entry point, as we believe fundamentals of the company are intact".

** ANAVEX LIFE SCIENCES, $4.36, +34.57 pct

The company said it will study experimental Alzheimer's treatment, ANAVEX 2-73, in a large study based on guidance from the U.S. FDA.

** NORFOLK SOUTHERN CORP, $92.14, +5.94 pct

The U.S. railroad operator rejected a $28.4 billion acquisition offer by Canadian Pacific Railway Ltd on Tuesday, calling it "low-premium" and warning it would face significant regulatory hurdles.

** SOUFUN HOLDINGS LTD, $7.2, -3.36 pct

The Chinese property website operator posted a bigger quarterly loss as cost of services increased to $188.5 million from $48.8 million mainly due to increased staff, e-commerce costs and higher home decorating expenses.

** JACK IN THE BOX INC, $71.715, +2.46 pct

The hamburger restaurant chain reported better-than-expected quarterly same-store sales growth besides setting 2016 profit forecast above analyst expectations. (Reporting by Nikhil Subba in Bengaluru; Editing by Anil D'Silva)

**RF** Released: 2015-11-21T15:27:42.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | goproz : GoPro, Inc | qcom : Qualcomm Incorporated

**IN** i3454 : Personal Electronics | icomp : Computing | i3302 : Computers/Consumer Electronics | ielec : Consumer Electronics | itech : Technology | i34531 : Semiconductors | i3733 : Photographic Equipment | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilgood : Leisure/Travel Goods

**NS** cspin : Demergers | c02 : Corporate Changes | c11 : Plans/Strategy | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | cncc : New Companies Creation | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | cdiv : Divestments

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151118ebbi00jzm

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Handheld Launches Its First Ultra-Rugged Android Tablet -- the Best-in-Class ALGIZ RT7; Powered by a Qualcomm Snapdragon chipset for processing speed, ultra-fast connectivity and long battery life**

**CR** Handheld Group; PR Newswire

**WC** 609 words

**PD** 18 November 2015

**ET** 02:30

**SN** PR Newswire Asia

**SC** PRNASI

**LA** English

**CY** Copyright © 2015 PR Newswire Association LLC. All Rights Reserved.

**LP**

LIDKOPING, Sweden, Nov. 18, 2015 /PRNewswire/ -- Handheld Group , a leading manufacturer of rugged mobile computers, today announced the launch of its new Android tablet, the ALGIZ RT7. The ALGIZ RT7 is a powerful, lightweight and ergonomic 7-inch tablet designed for reliable performance in demanding environments.

To view the Multimedia News Release, please click:

**TD**

http://www.multivu.com/players/English/7688851-handheld-ultra-rugged-android-tablet/

The Algiz RT7 , which runs Android 5.1.1 (Lollipop), provides a wide range of features and exceptional value to mobile workforces. It's fully rugged, meeting stringent MIL-STD-810G U.S. military standards for protection against drops, vibrations and extreme temperatures, and its IP65 rating means that it's waterproof as well as fully sealed against sand and dust. Weighing just 650 grams, the Algiz RT7 is designed for mobility.

Industry-leading technology from Qualcomm - an MSM8916 (Snapdragon) chipset and 1.2 GHz quad-core processor - powers the Algiz RT7 for impressive processing speed, ultra-fast connectivity and long battery life. The Algiz RT7 comes standard with LTE data and voice capabilities as well as 802.11 b/g/n WLAN, BT Class 1 and Class 2, and NFC functionality. It also boasts dual cameras (8-megapixel rear-facing and 2-megapixel front-facing), as well as dual SIM card slots. The unit comes with a built-in accelerometer, gyroscope and e-compass and a stand-alone u-blox GPS receiver for navigation.

Designed for the mobile worker, the Algiz RT7 sports a high-brightness 7-inch outdoor-viewable capacitive display that can handle true outdoor challenges. Battery performance is key for any mobile application, and the Algiz RT7 comes with a long-life 3.7V 6000mAh lithium-ion battery. Four programmable buttons allow users to launch and use applications in the field. To enhance data capture, users can choose an optional 2D imager or RFID plus 2D imager.

"Our new Algiz RT7 offers enterprises an exceptional value and is a highly requested product from both our end users and our extensive partner network," says Jerker Hellstrom, Handheld Group CEO. "This ultra-rugged tablet delivers best-in-class performance to assist fieldworkers in their daily tasks. The Algiz RT7 is built for tough environments and delivers a streamlined Android experience with power and features appropriate for market demands."

The Algiz RT7 can be ordered immediately. Shipping will start in December with volume deliveries starting January 2016.

Helpful links

ALGIZ RT7 product specifications

ALGIZ RT7 press images

Events showing the ALGIZ RT7

About Handheld Group

Handheld product lineup

What does rugged mean?

Tweet this: Handheld launches its first ultra-rugged Android tablet - the best-in-class Algiz RT7 www.handheldgroup.com/RT7

About Handheld

The Handheld Group is a manufacturer of rugged mobile computers, PDAs and tablets. Handheld and its partners worldwide deliver complete mobility solutions to businesses with mobile workers in outdoor or industrial environments. The Handheld Group of Sweden has local offices in Finland, the U.K., the Netherlands, Italy, Germany, Switzerland, Australia and the USA. For more information, please see www.handheldgroup.com

(Photo: http://photos.prnewswire.com/prnh/20151111/286188 )

Video:

http://www.multivu.com/players/English/7688851-handheld-ultra-rugged-android-tablet/

http://rt.prnewswire.com/rt.gif?NewsItemId=EN60535&Transmission_Id=201511180230PR_NEWS_ASPR_____EN60535&DateId=20151118

**CT** Sofia Lofblad, Marketing Director, Handheld Group, Sweden: +46-510-54-71-70, Amy Urban, Marketing Director, Handheld-US, USA: +1-541-752-0319

**CO** goog : Alphabet Inc. | qcom : Qualcomm Incorporated

**IN** itablcm : Tablet Computers | i3302011 : Portable Computers | i3302 : Computers/Consumer Electronics | i3454 : Personal Electronics | icomp : Computing | icph : Computer Hardware | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | i8395464 : Internet Search Engines | iindele : Industrial Electronics | iindstrls : Industrial Goods | iint : Online Service Providers

**NS** c22 : New Products/Services | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** swed : Sweden | eecz : European Union Countries | eurz : Europe | nordz : Nordic Countries | scandz : Scandinavia

**IPD** Handheld-Group

**IPC** HRD

**PUB** PR Newswire Association, Inc.

**AN** Document PRNASI0020151118ebbi000rt

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | ***Qualcomm Discloses South Korea Antitrust Charges** |
| WC | 48 words |
| PD | 17 November 2015 |
| ET | 20:36 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | 17 Nov 2015 20:36 ET *Qualcomm Says Suggested Penalties Include Monetary Damages<br>17 Nov 2015 20:36 ET *Qualcomm Vows to Vigorously Defend Itself in South Korea |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>November 17, 2015 20:36 ET (01:36 GMT) |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| PUB | Dow Jones & Company, Inc. |
| AN | Document DJDN000020151118ebbi0002q |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | ***World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm and** |
| **WC** | 33 words |
| **PD** | 18 November 2015 |
| **ET** | 02:56 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | |

(MORE TO FOLLOW) Dow Jones Newswires

November 18, 2015 02:56 ET (07:56 GMT)

| | |
|---|---|
| **CO** | ratel : Vodafone Group PLC \| qcom : Qualcomm Incorporated |
| **IN** | i7902 : Telecommunication Services \| i79022 : Wireless Telecommunications Services \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000pm |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Says Suggested Penalties Include Monetary Damages** |
| WC | 31 words |
| PD | 17 November 2015 |
| ET | 20:41 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>November 17, 2015 20:36 ET (01:36 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>18-11-15 0141GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151118ebbi00028 |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Vows to Vigorously Defend Itself in South Korea** |
| WC | 33 words |
| PD | 17 November 2015 |
| ET | 20:42 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>November 17, 2015 20:36 ET (01:36 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>18-11-15 0142GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151118ebbi00029 |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Discloses South Korea Antitrust Charges** |
| **WC** | 30 words |
| **PD** | 17 November 2015 |
| **ET** | 20:38 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>November 17, 2015 20:36 ET (01:36 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>18-11-15 0138GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151118ebbi00023 |

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 11/17/2015 to 11/18/2015 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 42 |
| Timestamp | 5 June 2023 11:46 |

**Appendix 3**

**Qualcomm Incorporated**

DOW JONES

Unigroup to invest $47b for No 3 slot ....3

Chinese group to build chip empire ....5

Xilinx Most Likely Next Chip Target, Says Citi; Qualcomm Could Acquire ....7

Review: A Single Gadget to End Your Charging Headaches ....8

Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report ....11

MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog ....13

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....15

MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog ....17

MediaTek: Will China’s Tsinghua Buy A Stake? ....19

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....20

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....22

World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm ....24

Press Release: World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm ....27

Andreessen Horowitz Launches $200M Bio-Computer Fund, Hires Ex-Stanford Prof ....31

Qualcomm Refutes Korean Accusations; Bernstein Sees Investor ‘Angst’ ....32

Qualcomm's Licensing Formula Targeted -- Market Talk ....33

Qualcomm's Licensing Formula Targeted -- Market Talk ....34

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update ....37

Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report ....39

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....40

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update ....42

Qualcomm sinks to 52-week low after allegations of antitrust violations in Korea ....44

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update ....45

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update ....47

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations; Chip maker it plans to vigorously contest the allegations ....49

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....51

Qualcomm Discloses South Korea Antitrust Charges ....53

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....55

Qualcomm Discloses South Korea Antitrust Charges ....57

 © 2023 Factiva, Inc. All rights reserved.

Chip-Industry Merger Bash: Why This Party Isn't Over ........ 59

Qualcomm shares tumble on South Korean antitrust probe ........ 61

Qualcomm says South Korea recommends fine for alleged antitrust violations; Chip maker says findings ‘are not supported by the facts a... ........ 63

BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro, ........ 64

BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro, ........ 67

BUZZ-Qualcomm Inc: Korea regulator alleges competition law violation ........ 70

BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro, ........ 71

Handheld Launches Its First Ultra-Rugged Android Tablet -- the Best-in-Class ALGIZ RT7; Powered by a Qualcomm Snapdragon chipset for... ........ 73

*Qualcomm Discloses South Korea Antitrust Charges ........ 75

*World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm and ........ 76

Qualcomm Says Suggested Penalties Include Monetary Damages ........ 77

Qualcomm Vows to Vigorously Defend Itself in South Korea ........ 78

Qualcomm Discloses South Korea Antitrust Charges ........ 79

 © 2023 Factiva, Inc. All rights reserved.

CHINADAILY

HD **Unigroup to invest $47b for No 3 slot**

BY Gao Yuan

WC 399 words
PD 17 November 2015
SN China Daily
SC CHNDLY
PG 13
LA English
CY Copyright 2015 China Daily Information Company. All rights reserved.

LP

Tsinghua Unigroup Ltd plans to invest 300 billion yuan ($47 billion) over the next five years in a bid to become the world's third-biggest chipmaker, Zhao Weiguo, chairman of the Chinese technology conglomerate, said on Monday.

Zhao said the company, controlled by Beijing-based Tsinghua University, was in talks with a United States company involved in the chip industry. A deal could be reached as early as the end of this month, he said.

TD

However, buying a majority stake in the US firm was unlikely as it was too "sensitive" for the US government, Zhao said without disclosing any further details.

"If you can't be among the top three giants, it will be very hard to develop your business in the chip industry," Zhao told Reuters.

"The next five years are key... There is an enormous market out there."

Currently, Qualcomm Inc holds the No 3 position in the global chip rankings, behind Samsung Electronics Co Ltd and market leader Intel Corp, which has a market capitalization of $151.5 billion.

When China Daily reached out to Unigroup for the "top three" comment, a public relations officer tried to avoid direct comparison with Qualcomm, saying "a leading global chip vendor" would be more in line with the company's strategy.

The ambitious investment plan of Unigroup comes amid a campaign to boost local chip development and manufacturing industry led by the central government.

The Ministry of Industry and Information Technology said earlier the sector will be a key focus for technology development in the country's next five-year plan which kicks off next year.

In August, the company made an informal $23 billion takeover offer for US vendor Micron Technology Inc, but failed to reach a deal.

Gene Cao, a senior analyst at consultancy Forrester Research Inc, said Unigroup is trying hard to realize its long-time ambition in semiconductor industry as China looks for a strong local chip designer and manufacturer to shake off dependence on overseas giants.

China spent roughly 1.8 trillion yuan importing integrated circuits in 2014. The amount was higher than the country's expense on importing crude oil.

Unigroup's Zhao said he believes overseas acquisitions will speed up the growth of local chip-making industry.

Ma Si and Reuters contributed to this story.

gaoyuan@chinadaily.com.cn

| | |
|---|---|
| **CO** | intl : Intel Corporation \| qcom : Qualcomm Incorporated \| tsghuu : Tsinghua University \| tsnghh : Tsinghua Holdings Company Limited |
| **IN** | i34531 : Semiconductors \| i8396 : Diversified Holding Companies \| ibcs : Business/Consumer Services \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c11 : Plans/Strategy \| ccat : Corporate/Industrial News |
| **RE** | usa : United States \| china : China \| apacz : Asia Pacific \| asiaz : Asia \| bric : BRICS Countries \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | China Daily Information Company |
| **AN** | Document CHNDLY0020151116ebbh0002v |

Bangkok Post

SE topstories

HD **Chinese group to build chip empire**

BY Paul CarstenYimou Lee

WC 660 words

PD 17 November 2015

SN Bangkok Post

SC BKPOST

LA English

CY (c) 2015. The Post Publishing Public Company Limited. All Rights Reserved.

LP

Tsinghua Unigrouptargets No. 3 spot

BEIJING/HONG KONG: China's Tsinghua Unigroup Co Ltd plans to invest 300 billion yuan ($47 billion) over the next five years in a bid to become the world's third-biggest chipmaker.

TD

Zhao Weiguo, chairman of the state-backed technology conglomerate, also told Reuters in an interview in Beijing that the company controlled by Tsinghua University, which counts President Xi Jinping among its alumni, was in talks with a US-based company involved in the chip industry.

A deal could be finalised as early as the end of this month, he said.

Zhao declined to give more details but said buying a majority stake was unlikely as it was too "sensitive" for the US government.

"If you can't be the top-three giant, it will be very hard to develop your business in the chip industry," hesaid, citing reports that China imported more chips than crude oil every year. "The next five years is key... There is an enormous market out there."

Currently, Qualcomm Inc holds the No. 3 position in the global chip rankings, behind Samsung Electronics Co Ltd and market leader Intel Corp, which has a market capitalisation of $151.5 billion.

The sheer size of Tsinghua Unigroup's planned investments is almost equal to Intel's $50 billion chip revenue last year and could disrupt the NAND chip industry.

The top five chipmakers control more than 90% of the global NAND chip market after years of boom-and-bust squeezed out smaller players.

Tsinghua Unigroup's investment drive comes after a two-year deal-making campaign to bolster China's fledgling chip industry, seen as a strategic priority for the Chinese government.

Beijing is keen to end China's reliance on foreign semiconductors as it seeks to build a modern, digitised armed forces capable of matching other advanced militaries.

It has also attached strategic importance to the development of domestic semiconductor, server and networking equipment industries amid fears of foreign cyberspying.

Tsinghua Unigroup has spent more than $9.4 billion making acquisitions and investments at home and abroad over the past two years, including the purchase of stakes in US data storage company Western Digital Corp and Taiwan's Powertech Technology Inc.

In August, it made an informal $23 billion takeover offer for US giant Micron Technology Inc that was rejected out-of-hand by the Idaho-based chipmaker amid concerns a deal might endanger national security.

Tsinghua's failed bid to buy Micron suggests it is serious about expanding in NAND chips, used for storing music, pictures and other data on mobile devices.

The global chip market was worth $355 billion last year, according to research firm IHS Technology.

Tsinghua Unigroup, which had revenue last year of about 12.3 billion yuan, was also in talks about cooperating with a "world-class memory chip giant" to build a new chip factory in China, Zhao said, a move that could help his company acquire intellectual property needed to manufacture memory chips.

The 90-billion-yuan factory would help meet fast-growing demand of NAND memory chips.

"We don't have plans for DRAM at the moment," Zhao said, referring to dynamic random access memory chips that are used mostly in personal computers. "We need to take one step at a time."

The company isalso suspending plans to invest in Taiwanese tech firms due to regulatory hurdles, after agreeing to take a stake in Powertech Technology Inc and expressing interest in more cross-strait deals.

Industry analysts had expected Tsinghua Unigroup to make further investment in Taiwan, sparking fears on the island that its chip sector may fall prey to China's state-backed drive to become a world-class player.

"The regulations do not allow it, so what's the point of talking (to Taiwanese firms)?" Zhao said, adding that Tsinghua Unigroup was focused on investing in the United States.

**CO** qcom : Qualcomm Incorporated | tsghuu : Tsinghua University

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c11 : Plans/Strategy | ccat : Corporate/Industrial News

**RE** china : China | taiwan : Taiwan | usa : United States | beijin : Beijing | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**PUB** The Post Publishing Public Company Limited

**AN** Document BKPOST0020151117ebbh0002t

 © 2023 Factiva, Inc. All rights reserved.

**Xilinx Most Likely Next Chip Target, Says Citi; Qualcomm Could Acquire**

Barron's Blogs, 10:22, 17 November 2015, 444 words, (English)

Citigroup chip analyst Christopher Danely this morning reflects on M&A and concludes that he doesn't expect analog chip maker Maxim Integrated Products (MXIM) to get bought, and that "Xilinx (XLNX) is the only large-cap semiconductor ...

Document WCBBE00020151117ebbh0012x

NEWSWIRES
DOW JONES

**CLM** Personal Technology: Joanna Stern

**HD** **Review: A Single Gadget to End Your Charging Headaches**

**BY** By Joanna Stern

**WC** 1,293 words

**PD** 17 November 2015

**ET** 13:33

**SN** Dow Jones Top Energy Stories

**SC** DJTES

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Laptop + Smartphone + Tablet

Smartphone + Tablet + Smartwatch + More

**TD**

The Dream of Wireless Charging

Living next to my bed is a ghastly electronic creature. Think Audrey II from the "Little Shop of Horrors," but with roots firmly in power outlets and long charging cables that multiply and grow. I don't know if I should call an electrician—or an exterminator.

My monster is the progeny of our completely out-of-hand gadget-charging situation. My iPhone uses one charging cable. My laptop another! My smartwatch? You guessed it. I even have a separate charger... for my portable charger.

Not only do our gadgets not use the same cables, but, come on, these mega-companies can only spare wall adapters with one measly USB port?

Sure, wireless charging will liberate us eventually, but for now there's another option to ease the pain: a single charger to power up all your gear.

I went in search of the best multi-port USB wall chargers, testing 15 different options—even some that let you charge laptops as well as phones and tablets. But identifying which one best solves your charging nightmare comes down to listing which gadgets you own, and how many you need to juice up at the same time.

Last weekend, I took my laptop, smartphone and smartwatch on an overnight trip—and packed one pill-bottle-size charger. (I'll understand if you're jealous.) When I got to the hotel, the new Zolt needed just one outlet to charge everything at the same time. No need to commando-crawl under the bed to unplug the lamp or aging alarm clock.

Laptop charging is what makes the $100 Zolt my top choice. The 70-watt octagonal charger—which started shipping Tuesday—comes with eight charging tips compatible with most Windows PCs. One end of the included cord takes the adapter tip to plug into the laptop, while the other end has a USB to plug into the Zolt, which goes straight into the wall.

I charged up Acer, Lenovo and Asus laptop models without a hitch. When I plugged in Dell's Inspiron 13 7000, however, the laptop gave an incompatible-charger error. You can look for your laptop on this list, based on Zolt's compatibility testing. If for some reason your laptop doesn't work, you have 30 days to return it for a full refund.

The best part? Zolt charged up compatible laptops in the same time as the big, heavy, hideous chargers they came with.

Even crazier, if you buy Zolt's $20 MagSafe-to-USB cord, it can charge up most Apple laptops, including all MacBook Air models. That doesn't mean all Apple laptops will work: Due to higher wattage requirements, Zolt doesn't support larger MacBook Pro models. Also, USB Type-C isn't yet compatible, so the new 12-inch MacBook isn't supported either.

Apple warns against using third-party MagSafe cords, as they may not properly communicate with MacBook hardware and software. Zolt acknowledges that Apple doesn't license its MagSafe technology and says it hasn't worked with the company. However, the Zolt charger is certified by UL, a globally recognized, independent safety-testing organization.

I've replaced my 13-inch MacBook Air's standard charger with the Zolt for the past month and have encountered no problems.

The two bottom USB ports on the Zolt are for charging lower-power gadgets, like a phone, tablet, e-reader or smartwatch. In fact, it actually charged up my iPhone nearly an hour faster than Apple's 5-watt cube that comes with the iPhone. (See why that is in the text box below.)

My only complaints about the Zolt are that its 5-foot MagSafe cord is shorter than I'd like, and that it can wobble a bit if you're sitting too far away, because its prongs don't always firmly stick in the socket. It's also pretty pricey—$120 with the Mac cord.

An awesome alternative for MacBook users is Twelve South's $45 PlugBug . It's not as compact as the Zolt, but it adds a USB port to the MacBook charging brick.

If you're focused on phones, tablets, smartwatches and other lower-powered devices, there are far more options that cost far less.

Of the many I tried, I liked Anker's $26 PowerPort 4 best. The 40-watt charger has four USB ports, each capable of outputting 2.5 amps. That means it simultaneously charges up a smartphone, tablet, smartwatch and any other USB-powered gadget, sometimes faster than the charger you get with the device. (As with the Zolt, it was an hour faster to charge my iPhone 6s than Apple's measly 5-watt charger.)

The company's PowerIQ technology detects what type of device you're using and reallocates power to charge at a faster speed, without exceeding the device's native power supply. But be aware: If you have a newer Android phone with Qualcomm's Quick Charge technology, you'll get faster charge speeds with supported bricks. Anker plans to release multi-port Quick Charge options next month.

For Apple products, the PowerPort 4 was a godsend. Not only does it beat carrying around four 12-watt iPad chargers, it also costs only a bit more than just one of them. If you need to charge both an iPad and an iPhone, go with the $14 iClever Dual USB . It's the same size as one of Apple's 12W chargers, but has two USB ports.

Need more than four ports? Anker's $36 PowerPort 6 doesn't stick to a wall, but it's perfect for snaking up behind a desk or nightstand.

That all sounds great but it's almost 2016! Wireless charging has been promised for years, so why are we still carrying around all this wall spaghetti?

Wireless charging has made real strides in the past few years. Popular devices like Samsung's Galaxy S6 have the technology built in. However, serious shortcomings stand in the way of mass adoption.

First, the experience is often frustrating. I tested the PowerSquare Tango charging pad with a compatible case for my iPhone. I had to align the phone carefully to get it to work. And it caused my phone to get quite warm, which is bad for the battery's long-term health. It also took an hour and a half for the phone to go from 80% to 100%.

Starbucks has wireless charging in its newest tables. When I used one of the compatible charging rings (some locations loan them out to customers), my iPhone charged much faster. But that brings me to the second point.

There have been a series of wireless charging standards competing for attention . While these companies now are working towards compatibility , there's still fragmentation. Starbucks has Powermat's PMA technology embedded in its table, for instance. The PowerSquare Tango uses the Qi standard. Samsung's Galaxy S6 is a rare example of a device that can charge wirelessly with either.

Until wireless charging just works, or gadget makers settle on a single connector for phones, tablets and laptops—USB Type-C is the likeliest choice—the monsters next to our beds won't go completely extinct. But a good multi-port USB charger is enough to keep them from rising up and taking any more of our sanity.

Write to Joanna Stern at

Corrections & Amplifications: The cost of Anker's PowerPort 4 is $26. In an earlier version of this article, a photo caption incorrectly stated it cost $36.

**CO** sansel : Samsung Electronics Co Ltd | acrser : Acer Incorporated | asust : Asustek Computer Incorporated | applc : Apple Inc. | qcom : Qualcomm Incorporated | sbcoff : Starbucks Corporation | mscgp : Acer Group

**IN** i3303 : Networking | icph : Computer Hardware | itech : Technology | icomp : Computing | i3302003 : Desktop Computers | i3302011 : Portable Computers | i34531 : Semiconductors | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | ielec : Consumer Electronics | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilea : Leisure/Arts/Hospitality | i3302 : Computers/Consumer Electronics

**NS** gcat : Political/General News | glife : Living/Lifestyle | nrvw : Reviews | gtour : Travel | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | gptech : Personal Technology | ncolu : Columns

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTES11020151117ebbh0008g

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

| | |
|---|---|
| **HD** | **Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report** |
| **WC** | 295 words |
| **PD** | 17 November 2015 |
| **ET** | 20:22 |
| **SN** | PR Newswire (U.S.) |
| **SC** | PRN |
| **LA** | English |
| **CY** | Copyright © 2015 PR Newswire Association LLC. All Rights Reserved. |

**LP**

SAN DIEGO, Nov. 17, 2015 /PRNewswire/ -- Qualcomm Incorporated today confirmed that it has recently received the Korea Fair Trade Commission's staff-generated Case Examiner's Report (ER), which commences a process that affords Qualcomm the ability to respond to allegations and defend itself. The ER alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law. The ER proposes remedies including modifications to certain business practices and monetary penalties.

**TD**

The allegations and conclusions contained in the ER are not supported by the facts and are a serious misapplication of law. Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive. Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device.

We intend to vigorously defend ourselves at the Commission hearings and remain hopeful that the Commission will reject the conclusions of the Examiner's Report. We expect the process to take some time. Until then, we intend to continue to invest in leading technologies that drive the industry forward and share those innovations through its licensing program.

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-confirms-receipt-of-korea-fair-trade-commissions-case-examiners-report-300180670.html

SOURCE Qualcomm Incorporated

| | |
|---|---|
| | Web site: http://www.qualcomm.com |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| c133 : Patents \| cgymtr : Intellectual Property Rights \| npress : Press Releases \| c334 : Licensing Agreements \| c33 : Contracts/Orders \| ccat : Corporate/Industrial News \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPC** | NND |
| **PUB** | PR Newswire Association, Inc. |
| **AN** | Document PRN0000020151118ebbi00008 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog**

**BY** By Shuli Ren

**WC** 444 words

**PD** 17 November 2015

**ET** 21:02

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Taiwan's chip designer MediaTek (2454.Taiwan) is pushed by Qualcomm (QCOM) on the high-end and China's Spreadtrum on the low-end. Its profit margins can be expected to fall further.

Competitor Spreadtrum is playing the price game. According to Economic Daily, Spreadtrum's CEO has said that the company can tolerate below 35% gross profit margin because it has only 4000 employees, versus 15,000 and 32,000 at MediaTek and Qualcomm respectively. MediaTek's gross profit margin fell from 48.8% in 2014 to 44% this year and is expected to slide further to 40.8% in 2016, according to Goldman Sachs estimates.

**TD**

"We are cautious on Mediatek's margin outlook as Spreadtrum narrows the gap in 4G and Qualcomm launches its much improved Snapdragon 820. Without recovery in the gross profit margin trend, we do not expect re-rating of Mediatek shares," wrote analyst Donald Lu. Goldman this morning lowered its price target to 278 new Taiwan dollars. MediaTek fell 0.6% to NT$263.50.

Talking about re-rating and catalysts, there has been a lot of speculation lately that China's Tsinghua Unigroup may buy a stake in MediaTek, which could lift the latter's profit margins. Tsinghua owns MediaTek's direct competitor Spreadtrum.

According to Bernstein Research, if Tsinghua Unigroup invests in (or even collaborate with) MediaTek, the latter's gross margin could recover to 46% and its earnings per share in 2016 could rise by 25%. In that case, analyst Mark Li thinks MediaTek could be worth NT$310, or 18% upside. Even better, if MediaTek could lower its operating expenditure by 10%, this stock would be worth NT$356, or 32% upside from now.

One can see this market speculation is tempting. MediaTek's stock ramped up all the way to NT$302.50 on November 4 ahead of the meeting between China and Taiwan's presidents. People were hoping for corporate deals?

But this stock has deflated since. This is because many are skeptical this tie-up will happen. Taiwan is very protective of its semiconductor industry and does not even allow Chinese companies to invest in its companies. Plus, "Tsinghua Unigroup already acquired SPRD/RDA and has access to Intel's AP/Modem and 14nm node, it won't make sense to further invest in MediaTek," said Maybank's Warren Lau, who has a Sell rating with NT$205 price target.

More at Barron's Asia Stocks to Watch blog,
http://blogs.barrons.com/asiastocks/

(END) Dow Jones Newswires

November 17, 2015 21:02 ET (02:02 GMT)



PX32

| | |
|---|---|
| **CO** | trumcm : Spreadtrum Communications Inc. \| mdatek : MediaTek Incorporated \| qcom : Qualcomm Incorporated \| tsnghh : Tsinghua Holdings Company Limited |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology \| iintcir : Integrated Circuits |
| **NS** | c151 : Earnings \| c181 : Acquisitions/Mergers/Shareholdings \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| c15 : Financial Performance \| c18 : Ownership Changes \| cactio : Corporate Actions \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | taiwan : Taiwan \| china : China \| apacz : Asia Pacific \| asiaz : Asia \| bric : BRICS Countries \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000e5 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 395 words

**PD** 17 November 2015

**ET** 23:31

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A KFTC spokesman did not immediately respond to a request for comment.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the worldwide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 17, 2015 23:31 ET (04:31 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000al |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog**

**BY** By Shuli Ren

**WC** 444 words

**PD** 18 November 2015

**ET** 00:09

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Taiwan's chip designer MediaTek (2454.Taiwan) is pushed by Qualcomm (QCOM) on the high-end and China's Spreadtrum on the low-end. Its profit margins can be expected to fall further.

Competitor Spreadtrum is playing the price game. According to Economic Daily, Spreadtrum's CEO has said that the company can tolerate below 35% gross profit margin because it has only 4000 employees, versus 15,000 and 32,000 at MediaTek and Qualcomm respectively. MediaTek's gross profit margin fell from 48.8% in 2014 to 44% this year and is expected to slide further to 40.8% in 2016, according to Goldman Sachs estimates.

**TD**

"We are cautious on Mediatek's margin outlook as Spreadtrum narrows the gap in 4G and Qualcomm launches its much improved Snapdragon 820. Without recovery in the gross profit margin trend, we do not expect re-rating of Mediatek shares," wrote analyst Donald Lu. Goldman this morning lowered its price target to 278 new Taiwan dollars. MediaTek fell 0.6% to NT$263.50.

Talking about re-rating and catalysts, there has been a lot of speculation lately that China's Tsinghua Unigroup may buy a stake in MediaTek, which could lift the latter's profit margins. Tsinghua owns MediaTek's direct competitor Spreadtrum.

According to Bernstein Research, if Tsinghua Unigroup invests in (or even collaborate with) MediaTek, the latter's gross margin could recover to 46% and its earnings per share in 2016 could rise by 25%. In that case, analyst Mark Li thinks MediaTek could be worth NT$310, or 18% upside. Even better, if MediaTek could lower its operating expenditure by 10%, this stock would be worth NT$356, or 32% upside from now.

One can see this market speculation is tempting. MediaTek's stock ramped up all the way to NT$302.50 on November 4 ahead of the meeting between China and Taiwan's presidents. People were hoping for corporate deals?

But this stock has deflated since. This is because many are skeptical this tie-up will happen. Taiwan is very protective of its semiconductor industry and does not even allow Chinese companies to invest in its companies. Plus, "Tsinghua Unigroup already acquired SPRD/RDA and has access to Intel's AP/Modem and 14nm node, it won't make sense to further invest in MediaTek," said Maybank's Warren Lau, who has a Sell rating with NT$205 price target.

```
 More at Barron's Asia Stocks to Watch blog,
http://blogs.barrons.com/asiastocks/
```

(END) Dow Jones Newswires

November 18, 2015 00:09 ET (05:09 GMT)

| | |
|---|---|
| **CO** | trumcm : Spreadtrum Communications Inc. \| mdatek : MediaTek Incorporated \| qcom : Qualcomm Incorporated \| tsnghh : Tsinghua Holdings Company Limited |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology \| iintcir : Integrated Circuits |
| **NS** | c151 : Earnings \| c181 : Acquisitions/Mergers/Shareholdings \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| c15 : Financial Performance \| c18 : Ownership Changes \| cactio : Corporate Actions \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | taiwan : Taiwan \| china : China \| apacz : Asia Pacific \| asiaz : Asia \| bric : BRICS Countries \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000fy |

**MediaTek: Will China's Tsinghua Buy A Stake?**

Barron's Blogs, 00:09, 18 November 2015, 418 words, (English)

Taiwan's chip designer MediaTek (2454.Taiwan) is pushed by Qualcomm (QCOM) on the high-end and China's Spreadtrum on the low-end. Its profit margins can be expected to fall further.

Document WCBBE00020151118ebbi0002t

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 399 words

**PD** 18 November 2015

**ET** 00:23

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A KFTC spokesman did not immediately respond to a request for comment.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the worldwide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Write to Don Clark at don.clark@wsj.com

Subscribe to WSJ: http://online.wsj.com?mod=djnwires

(END) Dow Jones Newswires

18-11-15 0523GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151118ebbi0005o |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations** |
| BY | By Don Clark |
| WC | 395 words |
| PD | 17 November 2015 |
| ET | 23:16 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A KFTC spokesman did not immediately respond to a request for comment.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the worldwide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 17, 2015 23:16 ET (04:16 GMT)



PX32

**CO** qcom : Qualcomm Incorporated

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi000ad

 © 2023 Factiva, Inc. All rights reserved.

HD **World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm**

WC 1,033 words

PD 18 November 2015

ET 02:56

SN Nasdaq / Globenewswire

SC HUGNEN

LA English

CY © 2015, The NASDAQ OMX Group, Inc. All Rights Reserved.

LP

* LTE Carrier Aggregation (CA) of licensed and unlicensed bands on mobile network and devices enables smartphone users to maintain their LTE connection while getting a speed boost from unlicensed 5GHz spectrum

* Successful over-the-air testing between Ericsson RBS 6402 small cells and a Qualcomm® Snapdragon(TM) X12 LTE modem of LTE CA with unlicensed spectrum conducted on Vodafone's commercial network in the Netherlands

TD

* Network testing further validates fair co-existence of LTE in 5 GHz unlicensed band

Ericsson (NASDAQ:ERIC), with Vodafone and Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, today conducted world's first live testing of advanced LTE Carrier Aggregation (CA) of LTE in licensed and unlicensed bands on a commercial mobile network. The trial uses the Ericsson RBS 6402 indoor small cell, which supports LTE CA between licensed and unlicensed bands on Vodafone's commercial network, connected to a LTE unlicensed band capable test device developed by Qualcomm Technologies, Inc.

Matthias Sauder, chief network officer, Vodafone Netherlands: "Our intent in deploying small cells is always to deliver the best customer experience, and we see the potential for LTE aggregation with unlicensed bands on small cells as one way to make that customer experience even better. We are already using Ericsson's RBS 6402 indoor picocell in our own shops in the Netherlands, so it's great to see that it will also support advanced LTE CA capabilities with unlicensed spectrum on our network."

The Vodafone LTE trials with unlicensed spectrum are being conducted over Vodafone's network in the Netherlands. The latest over the air results were achieved by aggregating 20 MHz of Vodafone spectrum in Band 3 (1800 MHz) with 20 MHz of the unlicensed 5 GHz band U-NII-1 band. The testing validated LTE performance in the unlicensed band and fair co-existence with other technologies like Wi-Fi within the unlicensed 5 GHz band. The Ericsson RBS 6402 Indoor Picocell includes a 5GHz LTE enabled radio in addition to multiple LTE radio variants and optional 2.4 GHz Wi-Fi module - all in a sleek, compact package with a tablet-sized footprint. The user equipment utilized in this trial is a test device powered by the Qualcomm® Snapdragon(TM) X12 LTE modem. The Snapdragon X12 LTE modem is a product of Qualcomm Technologies.

Valter D'Avino, Head of Ericsson's Region Western and Central Europe, says: "Vodafone has taken a leadership position in small cells and our LTE trials on unlicensed spectrum with them, together with Qualcomm Technologies, really underscore their continued commitment to improving the performance of indoor networks to ensure better app coverage for their customers. The unlicensed 5 GHz band is a shared resource and, as we have seen, it can be aggregated with LTE bands to provide a speed boost for users to improve app coverage, when spectrum is available - of course, the user also maintains their connection to Vodafone's highly reliable LTE network, so they have a great connection no matter what."

"Users in Europe and the rest of the world demand better, faster and seamless connectivity," said Serge Willenegger, vice president, product management at Qualcomm Technologies, Inc. "The aggregation of licensed and unlicensed bands in 4G and future 5G networks is critical to achieve this goal, and we're pleased to collaborate with Ericsson and Vodafone to test the support of such capabilities in our Snapdragon processors and modems."

LTE CA with an unlicensed band enables operators to combine the reliability of LTE licensed spectrum with incremental downlink throughput improvements provided by the unlicensed band. The functionality includes mechanisms for sharing the unlicensed spectrum with other unlicensed 5 GHz users, like Wi-Fi. This allows operators to leverage unlicensed 5 GHz spectrum for improved peak rates and capacity. LTE CA with the 5GHz unlicensed band is a feature of Ericsson Networks Software 16A, available this year.

Photo: Ericsson RBS 6402 Indoor Picocell supports World's First LTE Carrier Aggregation with unlicensed band trial on Vodafone's commercial network

NOTES TO EDITORS

Ericsson and Qualcomm complete LTE-U over-the-air demonstration in China

Ericsson software unlocks indoor performance for the mobile era

For media kits, backgrounders and high-resolution photos, please visit www.ericsson.com/press

Ericsson is the driving force behind the Networked Society - a world leader in communications technology and services. Our long-term relationships with every major telecom operator in the world allow people, business and society to fulfill their potential and create a more sustainable future.

Our services, software and infrastructure - especially in mobility, broadband and the cloud - are enabling the telecom industry and other sectors to do better business, increase efficiency, improve the user experience and capture new opportunities.

With approximately 115,000 professionals and customers in 180 countries, we combine global scale with technology and services leadership. We support networks that connect more than 2.5 billion subscribers. Forty percent of the world's mobile traffic is carried over Ericsson networks. And our investments in research and development ensure that our solutions - and our customers - stay in front.

Founded in 1876, Ericsson has its headquarters in Stockholm, Sweden. Net sales in 2014 were SEK 228.0 billion (USD 33.1 billion). Ericsson is listed on NASDAQ OMX stock exchange in Stockholm and the NASDAQ in New York.

www.ericsson.com

www.ericsson.com/news

www.twitter.com/ericssonpress

www.facebook.com/ericsson

www.youtube.com/ericsson

FOR FURTHER INFORMATION, PLEASE CONTACT

Ericsson Corporate Communications

Phone: +46 10 719 69 92

E-mail: media.relations@ericsson.com

Ericsson Investor Relations

Phone: +46 10 719 00 00

E-mail: investor.relations@ericsson.com

 © 2023 Factiva, Inc. All rights reserved.

Qualcomm and Snapdragon are trademarks of Qualcomm Incorporated, registered in the United States and other countries.

Ericsson_Vodafone_Qcomm_LTE CA_Announcement

This announcement is distributed by NASDAQ OMX Corporate Solutions on behalf of NASDAQ OMX Corporate Solutions clients.

The issuer of this announcement warrants that they are solely responsible for the content, accuracy and originality of the information contained therein.

Source: Ericsson via Globenewswire

HUG#1967587

**CT**

**CO** qcom : Qualcomm Incorporated | eric : Telefonaktiebolaget LM Ericsson | ratel : Vodafone Group PLC

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** neth : Netherlands | swed : Sweden | benluxz : Benelux Countries | eecz : European Union Countries | eurz : Europe | nordz : Nordic Countries | scandz : Scandinavia | weurz : Western Europe

**IPD** Technology

**PUB** NASDAQ OMX Corporate Solutions International Limited

**AN** Document HUGNEN0020151118ebbi000m9

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

| | |
|---|---|
| HD | **Press Release: World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm** |
| WC | 1,071 words |
| PD | 18 November 2015 |
| ET | 02:56 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| TD | |

-- LTE Carrier Aggregation (CA) of licensed and unlicensed bands on mobile network and devices enables smartphone users to maintain their LTE connection while getting a speed boost from unlicensed 5GHz spectrum

-- Successful over-the-air testing between Ericsson RBS 6402 small cells and

a
Qualcomm(R) Snapdragon(TM) X12 LTE modem of LTE CA with unlicensed spectrum conducted on Vodafone's commercial network in the Netherlands

-- Network testing further validates fair co-existence of LTE in 5 GHz unlicensed band

Ericsson (NASDAQ:ERIC), with Vodafone and Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, today conducted world's first live testing of advanced LTE Carrier Aggregation (CA) of LTE in licensed and unlicensed bands on a commercial mobile network. The trial uses the Ericsson RBS 6402 indoor small cell, which supports LTE CA between licensed and unlicensed bands on Vodafone's commercial network, connected to a LTE unlicensed band capable test device developed by Qualcomm Technologies, Inc.

Matthias Sauder, chief network officer, Vodafone Netherlands: "Our intent in deploying small cells is always to deliver the best customer experience, and we see the potential for LTE aggregation with unlicensed bands on small cells as one way to make that customer experience even better. We are already using Ericsson's RBS 6402 indoor picocell in our own shops in the Netherlands, so it's great to see that it will also support advanced LTE CA capabilities with unlicensed spectrum on our network."

The Vodafone LTE trials with unlicensed spectrum are being conducted over Vodafone's network in the Netherlands. The latest over the air results were achieved by aggregating 20 MHz of Vodafone spectrum in Band 3 (1800 MHz) with 20 MHz of the unlicensed 5 GHz band U-NII-1 band. The testing validated LTE performance in the unlicensed band and fair co-existence with other technologies like Wi-Fi within the unlicensed 5 GHz band. The Ericsson RBS 6402 Indoor Picocell includes a 5GHz LTE

enabled radio in addition to multiple LTE radio variants and optional 2.4 GHz Wi-Fi module - all in a sleek, compact package with a tablet-sized footprint. The user equipment utilized in this trial is a test device powered by the Qualcomm(R) Snapdragon(TM) X12 LTE modem. The Snapdragon X12 LTE modem is a product of Qualcomm Technologies.

Valter D'Avino, Head of Ericsson's Region Western and Central Europe, says: "Vodafone has taken a leadership position in small cells and our LTE trials on unlicensed spectrum with them, together with Qualcomm Technologies, really underscore their continued commitment to improving the performance of indoor networks to ensure better app coverage for their customers. The unlicensed 5 GHz band is a shared resource and, as we have seen, it can be aggregated with LTE bands to provide a speed boost for users to improve app coverage, when spectrum is available - of course, the user also maintains their connection to Vodafone's highly reliable LTE network, so they have a great connection no matter what."

"Users in Europe and the rest of the world demand better, faster and seamless connectivity," said Serge Willenegger, vice president, product management at Qualcomm Technologies, Inc. "The aggregation of licensed and unlicensed bands in 4G and future 5G networks is critical to achieve this goal, and we're pleased to collaborate with Ericsson and Vodafone to test the support of such capabilities in our Snapdragon processors and modems."

LTE CA with an unlicensed band enables operators to combine the reliability of LTE licensed spectrum with incremental downlink throughput improvements provided by the unlicensed band. The functionality includes mechanisms for sharing the unlicensed spectrum with other unlicensed 5 GHz users, like Wi-Fi. This allows operators to leverage unlicensed 5 GHz spectrum for improved peak rates and capacity. LTE CA with the 5GHz unlicensed band is a feature of Ericsson Networks Software 16A, available this year.

Photo: Ericsson RBS 6402 Indoor Picocell supports World's First LTE Carrier Aggregation with unlicensed band trial on Vodafone's commercial network

NOTES TO EDITORS

Ericsson and Qualcomm complete LTE-U over-the-air demonstration in China
http://www.ericsson.com/news/1954158?query=china+lte-uEricsson software unlocks indoor performance for the mobile era
http://www.ericsson.com/news/1948888

For media kits, backgrounders and high-resolution photos, please visit www.ericsson.com/pressEricsson is the driving force behind the Networked Society - a world
leader in communications technology and services. Our long-term relationships with every major telecom operator in the world allow people, business and society to fulfill their potential and create a more sustainable future.

Our services, software and infrastructure - especially in mobility, broadband and the cloud - are enabling the telecom industry and other sectors to do better business, increase efficiency, improve the user experience and capture new opportunities.

With approximately 115,000 professionals and customers in 180 countries,

we combine global scale with technology and services leadership. We support networks that connect more than 2.5 billion subscribers. Forty percent of the world's mobile traffic is carried over Ericsson networks. And our investments in research and development ensure that our solutions - and our customers - stay in front.

Founded in 1876, Ericsson has its headquarters in Stockholm, Sweden. Net sales in 2014 were SEK 228.0 billion (USD 33.1 billion). Ericsson is listed on NASDAQ OMX stock exchange in Stockholm and the NASDAQ in New York.

www.ericsson.comwww.ericsson.com/newswww.twitter.com/ericssonpress
www.facebook.com/ericssonwww.youtube.com/ericsson

FOR FURTHER INFORMATION, PLEASE CONTACT

Ericsson Corporate Communications

Phone: +46 10 719 69 92

E-mail: media.relations@ericsson.com

Ericsson Investor Relations

Phone: +46 10 719 00 00

E-mail: investor.relations@ericsson.com

Qualcomm and Snapdragon are trademarks of Qualcomm Incorporated, registered in the United States and other countries.

Ericsson_Vodafone_Qcomm_LTE CA_Announcement:
http://hugin.info/1061/R/1967587/718871.pdf

This announcement is distributed by NASDAQ OMX Corporate Solutions on behalf of NASDAQ OMX Corporate Solutions clients.

The issuer of this announcement warrants that they are solely responsible for the content, accuracy and originality of the information contained therein.

Source: Ericsson via Globenewswire

HUG#1967587

http://www.ericsson.com
(END) Dow Jones Newswires

November 18, 2015 02:56 ET (07:56 GMT)

**CO** eric : Telefonaktiebolaget LM Ericsson | qcom : Qualcomm Incorporated | ratel : Vodafone Group PLC

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | npress : Press Releases | ncat : Content Types | nfact : Factiva Filters

**RE** swed : Sweden | eurz : Europe | eecz : European Union Countries | nordz : Nordic Countries | scandz : Scandinavia

 © 2023 Factiva, Inc. All rights reserved.

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi000ry

**Andreessen Horowitz Launches $200M Bio-Computer Fund, Hires Ex-Stanford Prof**

WSJ Blogs, 09:46, 18 November 2015, 528 words, (English)

Andreessen Horowitz raised a $200 million fund to invest in startups that combine life science and computer science and has hired a new general partner, former Stanford University professor Vijay Pande, to run it.

Document WCWSJB0020151118ebbi0028m

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Refutes Korean Accusations; Bernstein Sees Investor 'Angst'**

Barron's Blogs, 10:11, 18 November 2015, 460 words, (English)

Shares of wireless chip giant Qualcomm (QCOM) are down $3.40, or 6%, at $49.58, after the company late yesterday said South Korea's Fair Trade Commission recently sent it an "examiner's report" that alleges that the company doesn't properly ...

Document WCBBE00020151118ebbi0015p

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm's Licensing Formula Targeted -- Market Talk**

**WC** 125 words

**PD** 18 November 2015

**ET** 11:38

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

11:37 ET - Qualcomm (QCOM) is no stranger to antitrust cases, but investors are spooked by the attack in South Korea on a pillar of the chip maker's business: charging cellphone makers patent royalties based on a percentage of handset prices. The company was quick to note the allegations are just recommendations of staff at the Korea Fair Trade Commission, which may reject them. Still, Bernstein notes the possibility of ending QCOM's handset-based royalties is one of "the doomsday scenarios for the business." Shares skid 8% to $48.73, hitting a fresh 4-year low. (don.clark@wsj.com; @donal888)

(END) Dow Jones Newswires

**TD**

November 18, 2015 11:38 ET (16:38 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c1521 : Analysts' Comments/Recommendations | c334 : Licensing Agreements | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | c33 : Contracts/Orders | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002d4

DOW JONES NEWSWIRES

HD **Qualcomm's Licensing Formula Targeted -- Market Talk**

WC 1,244 words

PD 18 November 2015

ET 11:38

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

11:37 ET - Qualcomm (QCOM) is no stranger to antitrust cases, but investors are spooked by the attack in South Korea on a pillar of the chip maker's business: charging cellphone makers patent royalties based on a percentage of handset prices. The company was quick to note the allegations are just recommendations of staff at the Korea Fair Trade Commission, which may reject them. Still, Bernstein notes the possibility of ending QCOM's handset-based royalties is one of "the doomsday scenarios for the business." Shares skid 8% to $48.73, hitting a fresh 4-year low. (don.clark@wsj.com; @donal888)

TD

11:33 ET - ConAgra (CAG) CEO Sean Connolly tells WSJ that by splitting up, the consumer side will work on adding more "clean label, natural and organic foods--as well as premium and gourmet. That's where we've got some real opportunities." That can be done by refreshing older brands like Healthy Choice as well as "opportunistically turn[ing] to the outside." CAG rises 4.1% to $40.97, erasing the rest of the month's stock pullback. (annie.gasparro@wsj.com)

11:33 ET - Banks and financial-service companies lead the way in equality in the workplace for lesbian, gay, bisexual and transgender employees, according to a report from the Human Rights Campaign Foundation. Of the 407 companies worldwide that earned perfect scores under the foundation's rating system, 50 were from the banking and financial sector, including JPMorgan Chase, Bank of America, Citigroup, Wells Fargo, Goldman Sachs and Morgan Stanley. The ratings are based on whether companies have LGBT non-discrimination policies and offer employment benefits for domestic partners, among other factors. (michael.rapoport@wsj.com; @rapoportwsj)

11:16 ET - Law-enforcement authorities are turning to a computer program to overcome a common hurdle in crime labs--making sense of DNA that gets mixed up at crime scenes. But secrecy around the software is stoking a national legal debate. Defense attorneys have tried but failed to get access to the source code of the program, called TrueAllele. They say they can't determine whether the software is erroneously linking their clients to crimes if they are unable to review the instructions the program gives the computer. The dispute could foreshadow other struggles with developers, as computational statistics and other technologies seep into the criminal-justice system. (joe.palazzolo@wsj.com)

11:15 ET - Southeastern businesses expect to see their unit costs rise 1.8% on average in the next 12 months, according to the Atlanta Fed's November business-inflation expectations survey. The 221 firms surveyed -- many of them companies with national or international operations and sales -- reported that 59% of them saw sales levels at or above normal, up from 55% of those surveyed in October. The survey was conducted from Nov. 9-13. Overall producer prices fell 1.6% in October from a year earlier, the goverment recently reported. (cameron.mcwhirter@wsj.com)

11:12 ET - US refinery activity keep churning higher as most plants come off seasonal maintenance schedules, and as demand for product remains strong amid low prices. The EIA says today refinery capacity utilization rose 0.8 percentage points, giving it a 90.3% run-rate. Strong domestic demand, as well as a booming export market for refined US fuel -- which as opposed to crude oil is permitted by the US government -- is keeping plants active. (dan.molinski@wsj.com)

11:12 ET - Valeant (VRX) is putting in place a "retention plan" which involves offering key staff a combination of cash and stock as the company faces questions about its now-severed relationship with specialty pharmacy Philidor. IR chief Laurie Little says during a conference appearance in London that the program started "below executive level" and was initially targeted at 70 people. But it might be broadened in coming weeks "to keep key personnel." Shares have slumped 70% the past 3 months, no doubt hitting worker sentiment some. (denise.roland@wsj.com; @deniseroland)

11:06 ET - With FARO trading at the decade's low on a forward enterprise value/sales basis, Canaccord puts the 3D-measurement firm back at buy after 7 months on the sidelines. Downgrading it amid a downbeat 1Q report, shares were nearly halved after their initial April slump before bottoming out following this month's 3Q report--which included an announcement that CEO Jay Freeland will step down. But after worries in the spring about demand, the investment bank thinks sales will pick up this quarter as end-of-year spending occurs. Canaccord also anticipates better underlying demand in 2016, helped in part by new offerings. FARO rises 8.4% to $30.19, cutting the month's slide to 11% and putting the week's rebound at 15%. (kevin.kingsbury@wsj.com; @kevinkingsbury)

11:04 ET - Barclays (BCS) has agreed to pay $150M to resolve an investigation by New York's banking regulator into a trading practice which allowed the bank to exploit a milliseconds-long lag between an order and its execution to clients' detriment. The penalty is the latest to stem from BCS' foreign-exchange trading, a line of business that--with today's settlement--has cost the British bank more than $2.5B in penalties. (christopher.matthews@wsj.com)

11:03 ET - Perrigo (PRGO), now that it's escaped the entreaties of rival Mylan (MYL), must reckon with living up to some lofty sales growth targets. The drug company's consumer business, in particular, could struggle to reach the goal of 5%-10% topline growth, JPMorgan says, with statins looking unlikely to go over the counter. Perrigo's leading position in the private-label OTC market is a plus, along with its European expansion through the Omega deal completed earlier this year, but JPMorgan expects Perrigo will see sales growth in the mid single digits--the lower end of its topline guidance range--unless it turns to dealmaking of its own. JPMorgan rates Perrigo neutral. (jonathan.rockoff@wsj.com; @jonathanrockoff)

11:00 ET - Caterpillar (CAT) is eager to reassure shareholders it won't get burned on equipment leased to customers in China even as the economy cools there. CAT Financial Services President Kent Adams said during a conference call yesterday that the company keeps tabs on the position of machinery electronically through its Product Link system. "If a customer falls behind, we have the ability to derate the engine or turn the engine off, and we've set up a legal presence in all of the provinces of China." He added CAT also has conservative payment terms in China "because it's still a developing market from a rule-of-law standpoint." (bob.hagerty@wsj.com)

1549 GMT - The future of big sugar industry projects in Australia hinges on the fate of the broader resources sector, says Lindsay Jolly, an International Sugar Organization economist, at an ISO event in London. There are "real questions" over whether the Ord River, Pentland and Etheridge projects -- which would add big mills and energy generation facilities -- will happen, he says. As well as a higher global sugar price, the projects are reliant on new infrastructure that will only be built if more mines get the go-ahead, he says. (ed.ballard@wsj.com)

(END) Dow Jones Newswires

November 18, 2015 11:38 ET (16:38 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | cwrkpa : Workers Pay | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002ia

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update**

**BY** By Don Clark

**WC** 406 words

**PD** 18 November 2015

**ET** 05:52

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A spokesman for KFTC said they can't comment on ongoing investigations.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

 © 2023 Factiva, Inc. All rights reserved.

November 18, 2015 05:52 ET (10:52 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi0014d

 © 2023 Factiva, Inc. All rights reserved.

HD **Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report**

WC 295 words

PD 18 November 2015

SN M2 Presswire

SC MTPW

LA English

CY © 2015, M2 Communications. All rights reserved.

LP

SAN DIEGO — Qualcomm Incorporated today confirmed that it has recently received the Korea Fair Trade Commission's staff-generated Case Examiner's Report (ER), which commences a process that affords Qualcomm the ability to respond to allegations and defend itself. The ER alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law. The ER proposes remedies including modifications to certain business practices and monetary penalties.

TD

The allegations and conclusions contained in the ER are not supported by the facts and are a serious misapplication of law. Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive. Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device.

We intend to vigorously defend ourselves at the Commission hearings and remain hopeful that the Commission will reject the conclusions of the Examiner's Report. We expect the process to take some time. Until then, we intend to continue to invest in leading technologies that drive the industry forward and share those innovations through its licensing program.

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

CO qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c34 : Anti-Competition Issues | c133 : Patents | cgymtr : Intellectual Property Rights | npress : Press Releases | c334 : Licensing Agreements | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

RE usa : United States | namz : North America

PUB Normans Media Ltd

AN Document MTPW000020151118ebbi009nb

NEWSWIRES
DOW JONES

**CLM** Top Stories

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 604 words

**PD** 18 November 2015

**ET** 03:42

**SN** Dow Jones Top News & Commentary

**SC** DJCOMM

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i34411 : Mobile Communications Equipment | i3441 : Telecommunications Technology/Equipment

**NS** c34 : Anti-Competition Issues | ncolu : Columns | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | ribcol : IB Collection | ribtst : IB - Top Stories | redit : Selection of Top Stories/Trends/Analysis | c133 : Patents | cgymtr : Intellectual Property Rights | c12 : Corporate Crime/Legal Action | cinprp : Industrial Property Rights | nfcpex : C&E Executive News Filter | cwrkpa : Workers Pay | c42 : Labor/Personnel

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJCOMM1120151118ebbi006sr

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update**

**BY** By Don Clark

**WC** 617 words

**PD** 18 November 2015

**ET** 13:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 13:00 ET (18:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c33 : Contracts/Orders | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002ol

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm sinks to 52-week low after allegations of antitrust violations in Korea**

**WC** 160 words

**PD** 18 November 2015

**ET** 13:10

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Shares of Qualcomm Inc. (QCOM) sank to their 52-week low Wednesday after the chip maker announced that it faces patent-related antitrust allegations in South Korea. "The Examiner's Report alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law," said Qualcomm in a statement posted on its website. The company said it plans to vigorously defend itself against the claims detailed in the report. Qualcomm sank 9.1% to its 52-week low of $48.18 to top the worst decliners in the S&P 500. The stock is down 35% year to date.

-Sue Chang; 415-439-6400; AskNewswires@dowjones.com

**TD**

(END) Dow Jones Newswires

18-11-15 1810GMT

**CO** qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | neqac : Equities Asset Class News | c11 : Plans/Strategy | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c33 : Contracts/Orders | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020151118ebbi000jd

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update**

**BY** By Don Clark
**WC** 406 words
**PD** 18 November 2015
**ET** 06:07
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A spokesman for KFTC said they can't comment on ongoing investigations.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 06:07 ET (11:07 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi00124

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update** |
| **BY** | By Don Clark |
| **WC** | 617 words |
| **PD** | 18 November 2015 |
| **ET** | 13:15 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 13:15 ET (18:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | nenac : Energy Asset Class News | neqac : Equities Asset Class News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002rs

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

**SE** Tech

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations; Chip maker it plans to vigorously contest the allegations**

**BY** By Don Clark

**WC** 612 words

**PD** 18 November 2015

**ET** 13:00

**SN** The Wall Street Journal Online

**SC** WSJO

**LA** English

**CY** Copyright 2015 Dow Jones & Company, Inc. All Rights Reserved.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing “is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings “are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a “doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i3441 : Telecommunications Technology/Equipment | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | gcrim : Crime/Courts | c11 : Plans/Strategy | c12 : Corporate Crime/Legal Action | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | asiaz : Asia | apacz : Asia Pacific | easiaz : Eastern Asia

**IPD** Technology

**PUB** Dow Jones & Company, Inc.

**AN** Document WSJO000020151118ebbi001xh

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 598 words

**PD** 18 November 2015

**ET** 11:13

**SN** Dow Jones Top North American Equities Stories

**SC** DJTNAE

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at

**CO** qcom : Qualcomm Incorporated

**IN** i3303 : Networking | iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics | icomp : Computing | i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i3441 : Telecommunications Technology/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | ncolu : Columns | c42 : Labor/Personnel

**RE** asiaz : Asia | russ : Russia | skorea : South Korea | apacz : Asia Pacific | bric : BRICS Countries | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | eurz : Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTNAE1120151118ebbi0007f

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Discloses South Korea Antitrust Charges**

**WC** 608 words

**PD** 18 November 2015

**ET** 11:20

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 11:20 ET (16:20 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34411 : Mobile Communications Equipment \| i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| i3441 : Telecommunications Technology/Equipment \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| c34 : Anti-Competition Issues \| cgymtr : Intellectual Property Rights \| cwrkpa : Workers Pay \| neqac : Equities Asset Class News \| ntop : Top Wire News \| nttwn : Today's Top Wire News \| c42 : Labor/Personnel \| ccat : Corporate/Industrial News \| cinprp : Industrial Property Rights \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis |
| **RE** | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi002cm |

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 598 words

**PD** 18 November 2015

**ET** 11:13

**SN** Dow Jones Top Global Market Stories

**SC** DJTGMS

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at

**CO** qcom : Qualcomm Incorporated

**IN** i3303 : Networking | iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics | icomp : Computing | i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i3441 : Telecommunications Technology/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | ncolu : Columns | c42 : Labor/Personnel

**RE** asiaz : Asia | russ : Russia | skorea : South Korea | apacz : Asia Pacific | bric : BRICS Countries | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | eurz : Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTGMS1120151118ebbi000bk

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Discloses South Korea Antitrust Charges**

**WC** 608 words

**PD** 18 November 2015

**ET** 11:35

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 11:35 ET (16:35 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002d1

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Heard on the Street

**HD** **Chip-Industry Merger Bash: Why This Party Isn't Over**

**BY** By Dan Gallagher

**WC** 531 words

**PD** 18 November 2015

**ET** 14:13

**SN** Dow Jones Top Energy Stories

**SC** DJTES

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

All good parties eventually come to an end. But for the one raging in the semiconductor arena, last call still seems a way off.

Investors could be forgiven for thinking otherwise. ON Semiconductor's $2.4 billion deal to acquire Fairchild Semiconductor, announced Wednesday , is just the latest entrant to the chip industry's merger party .

**TD**

And it has been quite the bash: there have been deals worth more than $120 billion across the sector so far this year, according to Dealogic.

That is far and away the all-time record.

What may give pause to investors hoping the festivities continue: the actual number of deals is low, the fewest since 2005. This means deal size is quite high. In fact, this year has seen 14 deals above $1 billion in value so far, including Avago's record-busting pickup of Broadcom for $37 billion. Average deal size this year is more than three times last year's average, according to Dealogic.

That would suggest the merger wave could be peaking. One reason: Many of the industry's biggest players are now busy absorbing their latest acquisitions.

But there may be at least a few more to come . Reports over the past month have indicated both Texas Instruments and Analog Devices are eyeing Maxim Integrated, which sports a market value of about $11.2 billion.

Qualcomm, with about $20 billion in net cash and a pressing need to diversify from its dependence on modem chips for smartphones, just hired a former stock analyst to run M&A for the company. In a report this week, Christopher Danley of Citigroup named Xilinx as an attractive target to a buyer like Qualcomm. Xilinx has a market value of just over $12 billion.

And another deep-pocketed buyer is itching to get into the deals party. The chairman of Tsinghua Unigroup, a state-owned entity based in China, told Reuters earlier this week that the company plans to spend the equivalent of $47 billion over the next five years to build up its chip business. The group reportedly made a bid for Micron earlier this year in the $23 billion range, but that price appears to have been insufficient to lure the memory chip maker to the table.

Cheap debt is also feeding the party. ON Semiconductor already had a net debt position of about $850 million, and plans to issue $2.4 billion of new debt to fund its merger. Avago and Intel are also funding a significant portion of their acquisitions with debt.

True, the U.S. Federal Reserve looks likely to raise interest rates in December. Even then, though, rates will be at very low levels and the Fed isn't likely to set upon a swift rate-increase path.

And valuations aren't insane—yet. The PHLX Semiconductor Index is still down about 4% for the year, and currently trades at a forward price/earnings multiple that is around its five-year average.

For now, the chip industry's merger punch bowl is still looking half full.

Write to Dan Gallagher at

| | |
|---|---|
| **CO** | adev : Analog Devices Inc \| avagt : Avago Technologies Inc \| bcomnj : Broadcom Corporation \| fairsm : Fairchild Semiconductor International Inc \| intl : Intel Corporation \| mict : Micron Technology Inc \| mxprod : Maxim Integrated Products Inc \| scghld : ON Semiconductor Corp \| qcom : Qualcomm Incorporated \| txsil : Texas Instruments Inc \| xiln : Xilinx Inc |
| **IN** | icph : Computer Hardware \| iindele : Industrial Electronics \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| itech : Technology \| i3302 : Computers/Consumer Electronics \| icomp : Computing \| iintcir : Integrated Circuits \| i342 : Electrical Components/Equipment |
| **NS** | cactio : Corporate Actions \| c181 : Acquisitions/Mergers/Shareholdings \| c18 : Ownership Changes \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| cmerg : Mergers \| ncolu : Columns \| nhrd : Heard on the Street \| npda : DJ Exclusive Analysis - All \| npred : Economic Predictions/Forecasts \| cacqu : Acquisitions/Mergers |
| **RE** | namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJTES11020151118ebbi0007x |

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **Qualcomm shares tumble on South Korean antitrust probe**

**BY** Richard Waters in San Francisco

**WC** 481 words

**PD** 18 November 2015

**ET** 16:54

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2015 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Qualcomm's shares tumbled nearly 10 per cent on Wednesday, hitting a four-year low, after it revealed that antitrust authorities in South Korea had become the first to challenge a core aspect of its technology licensing practices.

The regulatory setback was the second blow this month to the US mobile chip company's high-margin licensing business. It had already revealed problems in negotiating new licensing deals with some handset makers in China, following the settlement earlier this year of an antitrust case there. Together, the two have wiped $20bn from its stock market value, adding to pressure on the company at a time when activist investor Jana Partners has already called on it to consider a break-up.

**TD**

A staff-level report from the Korea Fair Trade Commission has concluded that a number of Qualcomm's practices violate the country's competition law, the company said late on Tuesday. These include its insistence on calculating its licence fee on the overall cost of a mobile device, rather than just the chips using its technology.

"Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device," the company said in a statement.

Untying chip licensing fees from the overall cost of a handset could make it harder for Qualcomm to justify its royalty rates and open the door to other regulators to mount similar challenges, said one antitrust lawyer familiar with the case.

Qualcomm claimed the allegations and conclusions in the staff report were "not supported by the facts and are a serious misapplication of law". It said it would contest the conclusions, which had yet to be confirmed by the commission.

"Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive," it said.

The antitrust challenge in Korea, like the earlier one in China, appeared to be provoked partly by concerns about the impact of Qualcomm's licensing on local tech companies, said Patrick Moorhead, a US chip industry analyst. "This could very well be driven by Samsung," he said, given that the Korean company is one of Qualcomm's biggest competitors.

Qualcomm's share of the intellectual property in 4G mobile communications is lower than in previous generations. However, phones are still shipped with earlier versions of the technology to make them compatible with older networks, leaving the company with considerable influence over mobile

communications licensing. “What this is about is, people don’t like that Qualcomm has such a big share of the [IP] stack,” Mr Moorhead said.

The company is also facing antitrust investigations in the US and Europe.

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | c1522 : Share Price Movement/Disruptions | c15 : Financial Performance | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020151118ebbi008y9

 © 2023 Factiva, Inc. All rights reserved.

MarketWatch

CLM The Wall Street Journal

SE News & Commentary

HD **Qualcomm says South Korea recommends fine for alleged antitrust violations; Chip maker says findings 'are not supported by the facts and are a serious misapplication of law'**

BY Don Clark

WC 231 words

PD 18 November 2015

ET 13:41

SN MarketWatch

SC MRKWC

LA English

CY Copyright 2015 MarketWatch, Inc. All Rights Reserved.

LP

Chip maker says findings 'are not supported by the facts and are a serious misapplication of law'

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

TD

The company (QCOM, US) said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

An expanded version of this report appears at WSJ.com.

CO qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c34 : Anti-Competition Issues | ncolu : Columns | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

RE skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

IPD News & Commentary

PUB Dow Jones & Company, Inc.

AN Document MRKWC00020151118ebbi00335

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,**

**WC** 1,043 words

**PD** 18 November 2015

**ET** 13:03

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s ) Wall Street was higher on Wednesday, boosted by Apple and healthcare stocks, as investors treaded water ahead of minutes from the Federal Reserve's October meeting that could help clarify the central bank's position on a December rate hike. The Dow Jones industrial average was up 0.75 percent at 17,621.21, and the S&P 500 was up 0.75 percent at 2,065.79.

** APPLE INC, $116.5038, +2.48 pct

**TD**

Goldman Sachs added Apple to its list of top picks in the Americas, saying that the iPhone maker's shares have the potential to rise as much as 43 pct from current levels.

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, $19.39, +8.45 pct

** ON SEMICONDUCTOR CORP, $9.905, -7.77 pct

ON Semiconductor said it would buy the chipmaker in a $2.4 billion deal, the latest in a rapidly consolidating semiconductor industry.

** LOWE'S COS INC, $72.73, -0.16 pct

The No.2 U.S. home improvement chain reported better-than-expected quarterly profit and sales at stores open at least a year, as people spent more on home improvement amid a strong recovery in the U.S. housing market.

** TARGET CORP, $69.12, -5.20 pct

The U.S. retailer reported slower growth in online sales and said gross margins fell slightly because of reimbursement pressure in its pharmacy operations.

** QUALCOMM INC, $48.43, -8.59 pct

The chipmaker said it received communication from Korea Fair Trade Commission, alleging that the company violated South Korean competition law.

** STAR BULK CARRIERS CORP,$0.9702, -20.48 pct

** SCORPIO BULKERS INC,$0.9301, -19.12 pct

** DIANA SHIPPING INC,$4.89, -6.68 pct

Deutsche Bank downgraded the stocks to "hold" and cut their price targets, saying improvement in rates expected at the year-end had not materialized.

** MAXIM INTEGRATED PRODUCTS,$39.545, +2.21 pct

Israeli specialty chip maker TowerJazz has agreed to buy Maxim Integrated Products' wafer manufacturing plant in San Antonio, Texas for $40 million in an all-share transaction.

** CONAGRA FOODS INC, $41.15, +4.55 pct

Slim Jim beef jerky and Chef Boyardee pasta maker said it would spin off its Lamb Weston frozen potato products business into separate public company and rename itself Conagra Brands Inc.

** GOPRO INC, $19.2501, -7.76 pct

Piper Jaffray cut its price target on the wearable camera maker's shares, saying the company may not be able to maintain current margin expectations as selective price reductions were becoming more evident.

** SOLARCITY'S SHARES, $26.58, +2.23 pct

The top U.S. solar installer said PE firm Silver Lake would invest $100 million in the company and SolarCity Chairman Elon Musk and CEO Lyndon Rive would invest another $13 million.

** FARO TECHNOLOGIES,$29.9708, +7.65 pct

Canaccord Genuity upgraded the 3D imaging systems maker's stock to "buy" from "hold", saying "recent weak performance was due to transitory issues that are likely to improve in the coming quarters".

** RADA ELECTRONIC INDUSTRIES LTD,$0.44, -33.33 pct

The Israel-based defense contractor said its quarterly revenue fell 31 percent due to delays in "securing several large avionic product orders".

** AMN HEALTHCARE SERVICES INC, $30.34, +2.88 pct

The healthcare staffing company said it would acquire B.E. Smith, a privately held company that provides healthcare staffing and executive search services, for $160 million.

** VIPSHOP HOLDINGS LTD, $14.1, +12.53 pct

The online discount retailer reported quarterly profit that more than doubled and said it would buy back up to $300 million of its American depositary shares.

** STAPLES INC, $11.88, -4.58 pct

The office supplies retailer reported lower-than-expected quarterly sales, hurt by lower demand for products such as technology accessories and ink and toner.

** CITRIX SYSTEMS INC, $71.48, -8.85 pct

The cloud computing software maker, under pressure from activist hedge fund Elliott Management, said it would spin off its GoTo business into a listed company and cut more than 10 percent of its workforce prompting at least four brokerages to adjust their views on the stock.

** BLUEBIRD BIO INC, $83.1, +4.38 pct

Goldman Sachs started coverage of the stock with a "buy" rating and a price target of $165, saying "current share levels represent an attractive entry point, as we believe fundamentals of the company are intact".

** ANAVEX LIFE SCIENCES, $5.3792, +66.02 pct

The company said it will study experimental Alzheimer's treatment, ANAVEX 2-73, in a large study based on guidance from the U.S. FDA.

** NORFOLK SOUTHERN CORP, $92.01, +5.80 pct

The U.S. railroad operator rejected a $28.4 billion acquisition offer by Canadian Pacific Railway Ltd on Tuesday, calling it "low-premium" and warning it would face significant regulatory hurdles.

 © 2023 Factiva, Inc. All rights reserved.

** SOUFUN HOLDINGS LTD, $7.11, -4.56 pct

The Chinese property website operator posted a bigger quarterly loss as cost of services increased to $188.5 million from $48.8 million mainly due to increased staff, e-commerce costs and higher home decorating expenses.

** JACK IN THE BOX INC, $73.75, +5.37 pct

The hamburger restaurant chain reported better-than-expected quarterly same-store sales growth besides setting 2016 profit forecast above analyst expectations.

** TASER INTERNATIONAL INC, $18.45, +10.08 pct

Brokerage Ladenburg Thalmann upgraded the stock to "buy", saying the company's investment in smaller video products business can produce steady stream of revenue.

** ARAMARK, $32.09, +8.34 pct

The customer service business reported better-than-expected quarterly sales, helped by new accounts in the education business besides raising regular quarterly dividend by 10 percent.

** CAREDX INC,$6.2, +27.84 pct

Centers for Medicare and Medicaid Services (CMS) revised pricing determination for the molecular diagnostics company's device AlloMap for 2016 to $2,821. (Reporting by Nikhil Subba in Bengaluru; Editing by Anil D'Silva)

**RF** Released: 2015-11-21T18:03:45.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | goproz : GoPro, Inc | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | i81401 : Central Banking | i951 : Health Care/Life Sciences | i814 : Banking | ibnk : Banking/Credit | ifinal : Financial Services | itech : Technology | i34531 : Semiconductors | i3733 : Photographic Equipment | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilgood : Leisure/Travel Goods

**NS** ccat : Corporate/Industrial News | reqrcm : Suggested Reading Computers | redit : Selection of Top Stories/Trends/Analysis | reqr : Suggested Reading Industry News

**RE** usa : United States | meastz : Middle East | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151118ebbi00o89

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,**

**WC** 854 words

**PD** 18 November 2015

**ET** 11:34

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s ) Gains in Apple shares and energy stocks boosted Wall Street on Wednesday as investors awaited the release of minutes from the Federal Reserve's October meeting that were likely to underpin expectations of an interest rate hike next month. The Dow Jones industrial average was up 0.73 percent at 17,616.97, and the S&P 500 was up 0.72 percent at 2,065.16.

** APPLE INC, $117.08, +2.98 pct

**TD**

Goldman Sachs added Apple to its list of top picks in the Americas, saying that the iPhone maker's shares have the potential to rise as much as 43 pct from current levels.

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, $19.42, +8.61 pct

** ON SEMICONDUCTOR CORP, $9.615, -10.47 pct

ON Semiconductor said it would buy the chipmaker in a $2.4 billion deal, the latest in a rapidly consolidating semiconductor industry.

** LOWE'S COS INC, $72.56, -0.40 pct

The No.2 U.S. home improvement chain reported better-than-expected quarterly profit and sales at stores open at least a year, as people spent more on home improvement amid a strong recovery in the U.S. housing market.

** TARGET CORP, $69.29, -4.97 pct

The U.S. retailer reported slower growth in online sales and said gross margins fell slightly because of reimbursement pressure in its pharmacy operations.

** QUALCOMM INC, $48.69, -8.10 pct

The chipmaker said it received communication from Korea Fair Trade Commission, alleging that the company violated South Korean competition law.

** CONAGRA FOODS INC, $41.025, +4.23 pct

Slim Jim beef jerky and Chef Boyardee pasta maker said it would spin off its Lamb Weston frozen potato products business into separate public company and rename itself Conagra Brands Inc.

** GOPRO INC, $19.37, -7.19 pct

Piper Jaffray cut its price target on the wearable camera maker's shares, saying the company may not be able to maintain current margin expectations as selective price reductions were becoming more evident.

** SOLARCITY'S SHARES, $27.04, +4.00 pct

The top U.S. solar installer said PE firm Silver Lake would invest $100 million in the company and SolarCity Chairman Elon Musk and CEO Lyndon Rive would invest another $13 million.

** AMN HEALTHCARE SERVICES INC, $30.76, +4.31 pct

The healthcare staffing company said it would acquire B.E. Smith, a privately held company that provides healthcare staffing and executive search services, for $160 million.

** VIPSHOP HOLDINGS LTD, $13.66, +9.02 pct

The online discount retailer reported quarterly profit that more than doubled and said it would buy back up to $300 million of its American depositary shares.

** STAPLES INC, $11.885, -4.54 pct

The office supplies retailer reported lower-than-expected quarterly sales, hurt by lower demand for products such as technology accessories and ink and toner.

** CITRIX SYSTEMS INC, $71.7582, -8.50 pct

The cloud computing software maker, under pressure from activist hedge fund Elliott Management, said it would spin off its GoTo business into a listed company and cut more than 10 percent of its workforce prompting at least four brokerages to adjust their views on the stock.

** BLUEBIRD BIO INC, $83.6007, +5.01 pct

Goldman Sachs started coverage of the stock with a "buy" rating and a price target of $165, saying "current share levels represent an attractive entry point, as we believe fundamentals of the company are intact".

** ANAVEX LIFE SCIENCES, $5.65, +74.38 pct

The company said it will study experimental Alzheimer's treatment, ANAVEX 2-73, in a large study based on guidance from the U.S. FDA.

** NORFOLK SOUTHERN CORP, $92.98, +6.91 pct

The U.S. railroad operator rejected a $28.4 billion acquisition offer by Canadian Pacific Railway Ltd on Tuesday, calling it "low-premium" and warning it would face significant regulatory hurdles.

** SOUFUN HOLDINGS LTD, $7.13, -4.30 pct

The Chinese property website operator posted a bigger quarterly loss as cost of services increased to $188.5 million from $48.8 million mainly due to increased staff, e-commerce costs and higher home decorating expenses.

** JACK IN THE BOX INC, $71.46, +2.10 pct

The hamburger restaurant chain reported better-than-expected quarterly same-store sales growth besides setting 2016 profit forecast above analyst expectations.

** TASER INTERNATIONAL INC, $18.45, +10.08 pct

Brokerage Ladenburg Thalmann upgraded the stock to "buy", saying the company's investment in smaller video products business can produce steady stream of revenue.

** ARAMARK, $32, +8.04 pct

The customer service business reported better-than-expected quarterly sales, helped by new accounts in the education business besides raising regular quarterly dividend by 10 percent. (Reporting by Nikhil Subba in Bengaluru; Editing by Anil D'Silva)

**RF** Released: 2015-11-21T16:34:42.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | goproz : GoPro, Inc | qcom : Qualcomm Incorporated

**IN** i3454 : Personal Electronics | icomp : Computing | i3302 : Computers/Consumer Electronics | ielec : Consumer Electronics | itech : Technology | i34531 : Semiconductors | i3733 : Photographic Equipment | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilgood : Leisure/Travel Goods

**NS** cspin : Demergers | reqrcm : Suggested Reading Computers | c02 : Corporate Changes | c11 : Plans/Strategy | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | cncc : New Companies Creation | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis | reqr : Suggested Reading Industry News | cdiv : Divestments

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151118ebbi00lwy

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BUZZ-Qualcomm Inc: Korea regulator alleges competition law violation**

**WC** 151 words

**PD** 18 November 2015

**ET** 09:49

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

** Chipmaker's shares down 5.7 pct at $49.95

** Stock falls as much as 6.8 pct to over 4-year low of $49.40, is biggest drag on S&P 500 index

**TD**

** Qualcomm said on Tuesday it received communication from Korea Fair Trade Commission alleging company violated South Korean competition law

** Company said regulator alleged "practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property" violates law

** Commission seeking modifications to some of company's business practices and penalties

** Qualcomm denies allegations, says it will "vigorously defend" itself

** Company agreed in February to pay $975 mln fine to end 14-month Chinese government investigation into anti-competitive practices

** Up to Tuesday's close, stock had fallen about 29 pct this year

**RF** Released: 2015-11-21T14:49:58.000Z

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** crbrea : Regulatory Breach | ginda : Independent Advisory Bodies | gcrim : Crime/Legal Action | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151118ebbi00jah

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,**

**WC** 643 words

**PD** 18 November 2015

**ET** 10:27

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s ) Wall Street was led higher by Apple and energy stocks, ahead of the release of the minutes of the Federal Reserve's October meeting which are likely to underpin expectations of an interest rate increase next month. The Dow Jones industrial average was up 0.62 percent at 17,597.33, and the S&P 500 was up 0.59 percent at 2,062.59.

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, $19.425, +8.64 pct

**TD**

** ON SEMICONDUCTOR CORP, $9.79, -8.85 pct

ON Semiconductor said it would buy the chipmaker in a $2.4 billion deal, the latest in a rapidly consolidating semiconductor industry.

** APPLE INC, $117.24, +3.12 pct

Goldman Sachs added Apple to its list of top picks in the Americas, saying that the iPhone maker's shares have the potential to rise as much as 43 pct from current levels.

** LOWE'S COS INC, $72.33, -0.71 pct

The No.2 U.S. home improvement chain reported better-than-expected quarterly profit and sales at stores open at least a year, as people spent more on home improvement amid a strong recovery in the U.S. housing market.

** QUALCOMM INC, $49.7453, -6.11 pct

The chipmaker said it received communication from Korea Fair Trade Commission, alleging that the company violated South Korean competition law.

** CONAGRA FOODS INC, $40.95, +4.04 pct

Slim Jim beef jerky and Chef Boyardee pasta maker said it would spin off its Lamb Weston frozen potato products business into separate public company and rename itself Conagra Brands Inc.

** GOPRO INC, $18.935, -9.27 pct

Piper Jaffray cut its price target on the wearable camera maker's shares, saying the company may not be able to maintain current margin expectations as selective price reductions were becoming more evident.

** STAPLES INC, $12.12, -2.65 pct

The office supplies retailer reported lower-than-expected quarterly sales, hurt by lower demand for products such as technology accessories and ink and toner.

** CITRIX SYSTEMS INC, $73, -6.91 pct

The cloud computing software maker, under pressure from activist hedge fund Elliott Management, said it would spin off its GoTo business into a listed company and cut more than 10 percent of its workforce prompting at least four brokerages to adjust their views on the stock.

** BLUEBIRD BIO INC, $83.69, +5.13 pct

Goldman Sachs started coverage of the stock with a "buy" rating and a price target of $165, saying "current share levels represent an attractive entry point, as we believe fundamentals of the company are intact".

** ANAVEX LIFE SCIENCES, $4.36, +34.57 pct

The company said it will study experimental Alzheimer's treatment, ANAVEX 2-73, in a large study based on guidance from the U.S. FDA.

** NORFOLK SOUTHERN CORP, $92.14, +5.94 pct

The U.S. railroad operator rejected a $28.4 billion acquisition offer by Canadian Pacific Railway Ltd on Tuesday, calling it "low-premium" and warning it would face significant regulatory hurdles.

** SOUFUN HOLDINGS LTD, $7.2, -3.36 pct

The Chinese property website operator posted a bigger quarterly loss as cost of services increased to $188.5 million from $48.8 million mainly due to increased staff, e-commerce costs and higher home decorating expenses.

** JACK IN THE BOX INC, $71.715, +2.46 pct

The hamburger restaurant chain reported better-than-expected quarterly same-store sales growth besides setting 2016 profit forecast above analyst expectations. (Reporting by Nikhil Subba in Bengaluru; Editing by Anil D'Silva)

**RF** Released: 2015-11-21T15:27:42.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | goproz : GoPro, Inc | qcom : Qualcomm Incorporated

**IN** i3454 : Personal Electronics | icomp : Computing | i3302 : Computers/Consumer Electronics | ielec : Consumer Electronics | itech : Technology | i34531 : Semiconductors | i3733 : Photographic Equipment | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilgood : Leisure/Travel Goods

**NS** cspin : Demergers | c02 : Corporate Changes | c11 : Plans/Strategy | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | cncc : New Companies Creation | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | cdiv : Divestments

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151118ebbi00jzm

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Handheld Launches Its First Ultra-Rugged Android Tablet -- the Best-in-Class ALGIZ RT7; Powered by a Qualcomm Snapdragon chipset for processing speed, ultra-fast connectivity and long battery life**

**CR** Handheld Group; PR Newswire

**WC** 609 words

**PD** 18 November 2015

**ET** 02:30

**SN** PR Newswire Asia

**SC** PRNASI

**LA** English

**CY** Copyright © 2015 PR Newswire Association LLC. All Rights Reserved.

**LP**

LIDKOPING, Sweden, Nov. 18, 2015 /PRNewswire/ -- Handheld Group , a leading manufacturer of rugged mobile computers, today announced the launch of its new Android tablet, the ALGIZ RT7. The ALGIZ RT7 is a powerful, lightweight and ergonomic 7-inch tablet designed for reliable performance in demanding environments.

To view the Multimedia News Release, please click:

**TD**

http://www.multivu.com/players/English/7688851-handheld-ultra-rugged-android-tablet/

The Algiz RT7 , which runs Android 5.1.1 (Lollipop), provides a wide range of features and exceptional value to mobile workforces. It's fully rugged, meeting stringent MIL-STD-810G U.S. military standards for protection against drops, vibrations and extreme temperatures, and its IP65 rating means that it's waterproof as well as fully sealed against sand and dust. Weighing just 650 grams, the Algiz RT7 is designed for mobility.

Industry-leading technology from Qualcomm - an MSM8916 (Snapdragon) chipset and 1.2 GHz quad-core processor - powers the Algiz RT7 for impressive processing speed, ultra-fast connectivity and long battery life. The Algiz RT7 comes standard with LTE data and voice capabilities as well as 802.11 b/g/n WLAN, BT Class 1 and Class 2, and NFC functionality. It also boasts dual cameras (8-megapixel rear-facing and 2-megapixel front-facing), as well as dual SIM card slots. The unit comes with a built-in accelerometer, gyroscope and e-compass and a stand-alone u-blox GPS receiver for navigation.

Designed for the mobile worker, the Algiz RT7 sports a high-brightness 7-inch outdoor-viewable capacitive display that can handle true outdoor challenges. Battery performance is key for any mobile application, and the Algiz RT7 comes with a long-life 3.7V 6000mAh lithium-ion battery. Four programmable buttons allow users to launch and use applications in the field. To enhance data capture, users can choose an optional 2D imager or RFID plus 2D imager.

"Our new Algiz RT7 offers enterprises an exceptional value and is a highly requested product from both our end users and our extensive partner network," says Jerker Hellstrom, Handheld Group CEO. "This ultra-rugged tablet delivers best-in-class performance to assist fieldworkers in their daily tasks. The Algiz RT7 is built for tough environments and delivers a streamlined Android experience with power and features appropriate for market demands."

The Algiz RT7 can be ordered immediately. Shipping will start in December with volume deliveries starting January 2016.

Helpful links

ALGIZ RT7 product specifications

ALGIZ RT7 press images

Events showing the ALGIZ RT7

About Handheld Group

Handheld product lineup

What does rugged mean?

Tweet this: Handheld launches its first ultra-rugged Android tablet - the best-in-class Algiz RT7 www.handheldgroup.com/RT7

About Handheld

The Handheld Group is a manufacturer of rugged mobile computers, PDAs and tablets. Handheld and its partners worldwide deliver complete mobility solutions to businesses with mobile workers in outdoor or industrial environments. The Handheld Group of Sweden has local offices in Finland, the U.K., the Netherlands, Italy, Germany, Switzerland, Australia and the USA. For more information, please see www.handheldgroup.com

(Photo: http://photos.prnewswire.com/prnh/20151111/286188 )

Video:

http://www.multivu.com/players/English/7688851-handheld-ultra-rugged-android-tablet/

http://rt.prnewswire.com/rt.gif?NewsItemId=EN60535&Transmission_Id=201511180230PR_NEWS_ASPR_____EN60535&DateId=20151118

**CT** Sofia Lofblad, Marketing Director, Handheld Group, Sweden: +46-510-54-71-70, Amy Urban, Marketing Director, Handheld-US, USA: +1-541-752-0319

**CO** goog : Alphabet Inc. | qcom : Qualcomm Incorporated

**IN** itablcm : Tablet Computers | i3302011 : Portable Computers | i3302 : Computers/Consumer Electronics | i3454 : Personal Electronics | icomp : Computing | icph : Computer Hardware | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | i8395464 : Internet Search Engines | iindele : Industrial Electronics | iindstrls : Industrial Goods | iint : Online Service Providers

**NS** c22 : New Products/Services | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** swed : Sweden | eecz : European Union Countries | eurz : Europe | nordz : Nordic Countries | scandz : Scandinavia

**IPD** Handheld-Group

**IPC** HRD

**PUB** PR Newswire Association, Inc.

**AN** Document PRNASI0020151118ebbi000rt

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | ***Qualcomm Discloses South Korea Antitrust Charges** |
| WC | 48 words |
| PD | 17 November 2015 |
| ET | 20:36 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | 17 Nov 2015 20:36 ET *Qualcomm Says Suggested Penalties Include Monetary Damages<br><br>17 Nov 2015 20:36 ET *Qualcomm Vows to Vigorously Defend Itself in South Korea |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br><br>November 17, 2015 20:36 ET (01:36 GMT) |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| PUB | Dow Jones & Company, Inc. |
| AN | Document DJDN000020151118ebbi0002q |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | ***World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm and** |
| **WC** | 33 words |
| **PD** | 18 November 2015 |
| **ET** | 02:56 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>November 18, 2015 02:56 ET (07:56 GMT) |
| **CO** | ratel : Vodafone Group PLC \| qcom : Qualcomm Incorporated |
| **IN** | i7902 : Telecommunication Services \| i79022 : Wireless Telecommunications Services \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000pm |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Says Suggested Penalties Include Monetary Damages** |
| WC | 31 words |
| PD | 17 November 2015 |
| ET | 20:41 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>November 17, 2015 20:36 ET (01:36 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>18-11-15 0141GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151118ebbi00028 |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Vows to Vigorously Defend Itself in South Korea** |
| WC | 33 words |
| PD | 17 November 2015 |
| ET | 20:42 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>November 17, 2015 20:36 ET (01:36 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>18-11-15 0142GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151118ebbi00029 |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Discloses South Korea Antitrust Charges** |
| **WC** | 30 words |
| **PD** | 17 November 2015 |
| **ET** | 20:38 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>November 17, 2015 20:36 ET (01:36 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>18-11-15 0138GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151118ebbi00023 |

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 11/17/2015 to 11/18/2015 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 42 |
| Timestamp | 5 June 2023 11:46 |

**Appendix 4**

**Qualcomm Incorporated**

DOW JONES

Qualcomm Comments on Regulatory Matters ....................3

Press Release: Qualcomm Comments on Regulatory Matters ....................5

Antitrust: Commission sends two Statements of Objections on exclusivity payments and predatory pricing to Qualcomm ....................7

Qualcomm Receives European Commission Antitrust Objections Over Sales Tactics ....................9

EU antitrust regulators accuse Qualcomm of hindering rivals ....................11

Qualcomm faces investigation by Taiwan's Fair Trade Commission ....................12

EU accuses Qualcomm of using market power to hinder rivals ....................13

News Highlights: Equities Stories Of The Day ....................15

UPDATE 2-EU accuses Qualcomm of using market power to hinder rivals ....................17

Qualcomm and Xiaomi Sign 3G/4G License Agreement ....................19

EU Slaps Qualcomm with Antitrust Charges --Update ....................21

EU Slaps Qualcomm with Antitrust Charges --Update ....................23

China chips away at U.S., Taiwan semiconductor dominance ....................25

China chips away at U.S., Taiwan semiconductor dominance ....................27

EU starts anti-trust action against Qualcomm over exclusivity payments, predatory pricing ....................29

EU starts anti-trust action against Qualcomm ....................30

BUZZ-Qualcomm accused of muscling aside competition ....................31

EU Slaps Qualcomm With Antitrust Charges ....................33

EU Slaps Qualcomm With Antitrust Charges ....................35

EU Slaps Qualcomm with Antitrust Charges -- 2nd Update ....................37

EU Slaps Qualcomm with Antitrust Charges -- 2nd Update ....................39

EU Slaps Qualcomm With Antitrust Charges ....................41

EU Slaps Qualcomm With Antitrust Charges ....................43

*EU Issues Qualcomm With Two Sets of Formal Charges ....................45

EU slaps Qualcomm with antitrust charges; European Commission says chip maker sought to stifle competition ....................47

EU Imposes Formal Antitrust Charges on Qualcomm ....................49

EU Imposes Formal Antitrust Charges on Qualcomm ....................50

BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Onconova, United Natural Foods, Onconova, ....................51

*Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says ....................54

Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements ....................55

 © 2023 Factiva, Inc. All rights reserved.

Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules ....56
Qualcomm: Our Sales Practices Have Always Complied with European Competition Law ....57
Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic ....58
Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says ....59
EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets....60
EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments ....61
EU Issues Qualcomm With Two Sets of Formal Charges....62
EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival ....63
EU accuses Qualcomm of impeding rivals....64

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm Comments on Regulatory Matters**

**WC** 468 words

**PD** 8 December 2015

**ET** 06:19

**SN** PR Newswire (U.S.)

**SC** PRN

**LA** English

**CY** Copyright © 2015 PR Newswire Association LLC. All Rights Reserved.

**LP**

SAN DIEGO, Dec. 8, 2015 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today received courtesy copies of two Statements of Objections (SO) from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

**TD**

"Qualcomm has been cooperating with the Commission since the outset of these matters, and now that we've received the Statements of Objections, we welcome the chance to formally respond," said Qualcomm general counsel and executive vice president, Don Rosenberg. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law."

The matters were previously disclosed by the Company. One SO concerns the supply of Qualcomm's chipsets to a single customer under an existing agreement. The other SO concerns Qualcomm's sales to two customers from 2009 through 2011 of three chipsets incorporated into dongles -- small USB devices that at the time were used to provide cellular connectivity for laptops.

Separately, the Taiwan Fair Trade Commission ("TFTC") has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act (the "Act"). This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

About Qualcomm Incorporated

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other. For more information, visit Qualcomm's website, OnQ blog, Twitter and Facebook pages.

Qualcomm is a registered trademark of Qualcomm Incorporated. All other trademarks are the property of their respective owners.

Qualcomm Contacts:

Tina Asmar, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Warren Kneeshaw, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/qualcomm-comments-on-regulatory-matters-300189571.html

SOURCE Qualcomm Incorporated

Web site: https://www.qualcomm.com

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPC** ABO

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020151208ebc80002x

DOW JONES NEWSWIRES

**HD** **Press Release: Qualcomm Comments on Regulatory Matters**

**WC** 495 words

**PD** 8 December 2015

**ET** 06:19

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Comments on Regulatory Matters

PR Newswire

**TD**

SAN DIEGO, Dec. 8, 2015

SAN DIEGO, Dec. 8, 2015 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today received courtesy copies of two Statements of Objections (SO) from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

"Qualcomm has been cooperating with the Commission since the outset of these matters, and now that we've received the Statements of Objections, we welcome the chance to formally respond," said Qualcomm general counsel and executive vice president, Don Rosenberg. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law."

The matters were previously disclosed by the Company. One SO concerns the supply of Qualcomm's chipsets to a single customer under an existing agreement. The other SO concerns Qualcomm's sales to two customers from 2009 through 2011 of three chipsets incorporated into dongles -- small USB devices that at the time were used to provide cellular connectivity for laptops.

Separately, the Taiwan Fair Trade Commission ("TFTC") has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act (the "Act"). This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

About Qualcomm Incorporated

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other. For more information, visit Qualcomm's website, OnQ blog, Twitter and Facebook pages.

Qualcomm is a registered trademark of Qualcomm Incorporated. All other trademarks are the property of their respective owners.

Qualcomm Contacts:

Tina Asmar, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Warren Kneeshaw, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/qualcomm-comments-on-regulatory-matters-300189571.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END) Dow Jones Newswires

December 08, 2015 06:19 ET (11:19 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | npress : Press Releases | ncat : Content Types | nfact : Factiva Filters

**RE** eurz : Europe | usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001ai

M2 PressWIRE

HD **Antitrust: Commission sends two Statements of Objections on exclusivity payments and predatory pricing to Qualcomm**

WC 848 words

PD 8 December 2015

SN M2 Presswire

SC MTPW

LA English

CY © 2015, M2 Communications. All rights reserved.

LP

The European Commission has informed Qualcomm of its preliminary conclusions that the chipset company illegally paid a major customer for exclusively using Qualcomm chipsets and sold chipsets below cost with the aim of forcing its competitor Icera out of the market, in potential breach of EU antitrust rules.

EU Commissioner in charge of competition policy Margrethe Vestager said: “Many consumers enjoy high-speed internet on smartphones and other devices - baseband chipsets are key components that make this happen. I am concerned that Qualcomm’s actions may have pushed out competitors or prevented them from competing. We need to make sure that European consumers continue to benefit from competition and innovation in an area which is at the heart of today’s economy.”

TD

Consumers increasingly access the internet through mobile devices - therefore it is important that effective competition takes place for the supply of one of the key components of such devices: baseband chipsets process communication functions in smartphones, tablets and other mobile broadband devices. They are used both for voice and data transmission.

The Commission has sent two Statements of Objections to Qualcomm in separate investigations, outlining the Commission’s preliminary view that the company has abused its dominant position in the worldwide markets for 3G (UMTS) and 4G (LTE) baseband chipsets, in breach of EU antitrust rules, in particular Article 102 of the Treaty on the Functioning of the European Union (TFEU).

Qualcomm is the world’s largest supplier of baseband chipsets.

Under EU antitrust rules, dominant companies have a responsibility not to abuse their powerful market position by restricting competition. The sending of a statement of objections does not prejudge the outcome of the investigation.

Exclusivity payment Statement of Objections

The first Statement of Objections outlines that since 2011, Qualcomm has paid significant amounts to a major smartphone and tablet manufacturer on condition that it exclusively use Qualcomm baseband chipsets in its smartphones and tablets. The Commission takes the preliminary view that this conduct has reduced the manufacturer’s incentives to source chipsets from Qualcomm’s competitors and has harmed competition and innovation in the markets for UMTS and LTE baseband chipsets. The contract between Qualcomm and the manufacturer containing the exclusivity clauses is still in force.

Predatory pricing Statement of Objections

The second Statement of Objections takes the preliminary view that between 2009 and 2011 Qualcomm engaged in ‘predatory pricing’ by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market. This conduct appears to have taken place at a time when Icera posed a growing threat to Qualcomm in the leading edge segment of the market, offering advanced data rate performance. In the Commission’s preliminary view, Qualcomm reacted to that threat by selling certain

quantities of its UMTS baseband chipsets to two of its customers at prices that did not cover Qualcomm's costs, with the aim of forcing Icera out of the market.

The Commission's investigations

In July 2015, the Commission opened two formal antitrust investigations to assess concerns that Qualcomm may have abused a dominant position in the area of baseband chipsets through two separate conducts.

The Commission has informed Qualcomm and the competition authorities of the Member States that it has issued Statements of Objections in these cases.

Qualcomm now has the opportunity to respond to the Commission's allegations outlined in the Statements of Objections within 3 months as regards the exclusivity payment objections and 4 months as regards the predatory pricing objections, and to ask for an oral hearing in each case.

Procedural background

Article 102 TFEU prohibits the abuse of a dominant position which may affect trade and prevent or restrict competition in the Single Market. The implementation of these provisions is defined in the Antitrust Regulation (Council Regulation No 1/2003), which can be applied by the Commission and by the national competition authorities of EU Member States.

A statement of objections is a formal step in Commission investigations into suspected violations of EU antitrust rules. The Commission informs the parties concerned in writing of the objections raised against them and the parties can examine the documents in the Commission's investigation file, reply in writing and request an oral hearing to present their comments on the case before representatives of the Commission and national competition authorities.

There is no legal deadline to complete inquiries into anti-competitive conduct. The duration of an antitrust investigation depends on a number of factors, including the complexity of the case, the extent to which the undertaking concerned cooperates with the Commission and the exercise of the rights of defence.

More information on this case will be available under the case numbers 39711 and 40220 in the public case register on the Commission's competition website.

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** qcom : Qualcomm Incorporated

**IN** itablcm : Tablet Computers | i3302 : Computers/Consumer Electronics | i3302011 : Portable Computers | i3454 : Personal Electronics | icomp : Computing | icph : Computer Hardware | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** cprpr : Predatory Pricing | c314 : Pricing | c34 : Anti-Competition Issues | npress : Press Releases | c31 : Marketing/Markets | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**PUB** Normans Media Ltd

**AN** Document MTPW000020151208ebc8001uq

**SE** Business

**HD** **Qualcomm Receives European Commission Antitrust Objections Over Sales Tactics**

**WC** 432 words

**PD** 8 December 2015

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2015 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - The European Commission said that it has informed Qualcomm Inc. (QCOM) of its preliminary conclusions that the chipset company illegally paid a major customer for exclusively using Qualcomm chipsets and sold chipsets below cost with the aim of forcing its competitor Icera out of the market, in potential breach of EU antitrust rules.

In a separate press release, Qualcomm said that it received courtesy copies of two Statements of Objections or SO from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

**TD**

The Commission today noted that Qualcomm now has the opportunity to respond to the Commission's allegations outlined in the Statements of Objections within 3 months as regards the exclusivity payment objections and 4 months as regards the predatory pricing objections, and to ask for an oral hearing in each case.

The Commission has sent two Statements of Objections to Qualcomm in separate investigations, outlining the Commission's preliminary view that the company has abused its dominant position in the worldwide markets for 3G (UMTS) and 4G (LTE) baseband chipsets, in breach of EU antitrust rules, in particular Article 102 of the Treaty on the Functioning of the European Union (TFEU).

The first Statement of Objections outlines that since 2011, Qualcomm has paid significant amounts to a major smartphone and tablet manufacturer on condition that it exclusively use Qualcomm baseband chipsets in its smartphones and tablets.

The second Statement of Objections takes the preliminary view that between 2009 and 2011 Qualcomm engaged in 'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market.

In July 2015, the Commission opened two formal antitrust investigations to assess concerns that Qualcomm may have abused a dominant position in the area of baseband chipsets through two separate conducts.

Separately, the Taiwan Fair Trade Commission or "TFTC" has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act . This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2015 RTTNews.com. All Rights Reserved

**CO** qcom : Qualcomm Incorporated | eucmm : European Commission | euruno : The European Union

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020151208ebc8003ec

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **EU antitrust regulators accuse Qualcomm of hindering rivals**

**WC** 115 words

**PD** 8 December 2015

**ET** 05:56

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

BRUSSELS, Dec 8 (Reuters) - European Union antitrust regulators charged U.S. chipmaker Qualcomm on Tuesday of using anti-competitive practices to block rivals.

The accusations by the European Commission set out in a charge sheet known as a statement of objections followed a formal investigation begun in July.

**TD**

"The Commission informed Qualcomm of its preliminary conclusions that the company may have illegally paid a major customer for exclusively using its chipsets and sold chipsets below cost with the aim of forcing a competitor out of the market," the EU executive said. (Reporting by Foo Yun Chee; editing by Philip Blenkinsop)

**RF** Released: 2015-12-8T11:56:29.000Z

**CO** euruno : The European Union | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | ginda : Independent Advisory Bodies | c13 : Regulation/Government Policy | gcrim : Crime/Courts | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eecz : European Union Countries | usa : United States | eurz : Europe | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800bzb

REUTERS

| | |
|---|---|
| **HD** | **Qualcomm faces investigation by Taiwan's Fair Trade Commission** |
| **WC** | 67 words |
| **PD** | 8 December 2015 |
| **ET** | 06:41 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2015 Thomson Reuters. All Rights Reserved. |
| **LP** | |

Dec 8 (Reuters) - Qualcomm Inc said Taiwan's Fair Trade Commission has launched an investigation into whether the chipmaker's patent licensing arrangements violate the Taiwan Fair Trade Act.

The investigation is in its early stages, Qualcomm said on Tuesday. (Reporting by Anya George Tharakan in Bengaluru; Editing by Saumyadeb Chakrabarty)

| | |
|---|---|
| **RF** | Released: 2015-12-8T12:41:21.000Z |
| **CO** | ftcey : Taiwan Fair Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | taiwan : Taiwan \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151208ebc800dl9 |

REUTERS

**HD** **EU accuses Qualcomm of using market power to hinder rivals**

**BY** By Foo Yun Chee

**WC** 447 words

**PD** 8 December 2015

**ET** 07:46

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

BRUSSELS (Reuters) - European Union antitrust regulators charged Qualcomm on Tuesday with abusing its market power to thwart rivals, putting the world's number one mobile chipset maker at risk of a hefty fine.

The accusations by the European Commission are the latest antitrust problems for the company as regulators in the United States, China, Japan and South Korea look into its licensing model and its dominant patents in mobile networks and devices.

**TD**

Qualcomm, which competes with rival MediaTek Inc, said the Taiwan Fair Trade Commission had also opened an investigation into its patent licensing deals.

The EU executive's accusations, set out in two charge sheets known as statements of objections, followed a formal investigation begun in July.

The EU competition enforcer said Qualcomm might have illegally paid a major customer for exclusively using its chipsets and it also sold chipsets below cost with the aim of forcing a competitor out of the market in a practice known as predatory pricing.

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," European Competition Commissioner Margrethe Vestager said in a statement.

Qualcomm said it has been given several months to respond to the charges of predatory pricing between 2009 and 2011 and of exclusivity payments since 2011.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm’s sales practices have always complied with European competition law," Qualcomm general counsel Don Rosenberg said in a statement.

Qualcomm could face a $2.7 billion fine, equivalent to 10 percent of its 2014 worldwide revenue, if found guilty of breaching EU rules. In February it paid a $975 million fine to end a 14-month investigation by the Chinese government into anti-competitive practices.

The predatory pricing case against the company followed a complaint from British phone software maker Icera, which later was acquired by Nvidia Corp in a bid to enter the market for smartphone chips and compete with Qualcomm.

Qualcomm, which makes software and chips used in smartphones, tablets and gaming devices, is known for its Snapdragon processor used in high-end smartphones and tablets made by Samsung Electronics Co Ltd and HTC Corp.

Apple's iPhone 6 also uses a Qualcomm 4G modem.

In 2009, the EU authority scrapped a two-year antitrust probe into whether Qualcomm charged unreasonably high royalties for integral technology of global 3G phone standards after rivals withdrew their complaints.

(Reporting by Foo Yun Chee; editing by Philip Blenkinsop and Jane Merriman)

| | |
|---|---|
| **RF** | Released: 2015-12-8T12:46:08.000Z |
| **CO** | ftcey : Taiwan Fair Trade Commission \| mdatek : MediaTek Incorporated \| euruno : The European Union \| qcom : Qualcomm Incorporated |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iintcir : Integrated Circuits |
| **NS** | c34 : Anti-Competition Issues \| cinprp : Industrial Property Rights \| ginda : Independent Advisory Bodies \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| gcat : Political/General News \| gpir : Politics/International Relations \| gpol : Domestic Politics \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eecz : European Union Countries \| usa : United States \| eurz : Europe \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:EDXCLM |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151208ebc800ct5 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **News Highlights: Equities Stories Of The Day**

WC 604 words

PD 8 December 2015

ET 08:16

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Home Depot Sets Long-Term Targets

Home Depot reaffirmed its guidance for the current fiscal year and unveiled new long-term financial targets that include sales topping $100 billion in fiscal 2018.

TD

AutoZone Profit Grows on Inventory Improvements

AutoZone logged profit growth above expectations in its latest quarter as sales got a boost from inventory and distribution improvements.

EU Slaps Qualcomm with Antitrust Charges

Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

NowThis Raises $16.2 Million Round Led by Axel Springer

NowThis, the digital media company that distributes short video clips across social media networks, has raised $16.2 million from an investor group led by Germany's Axel Springer.

Anglo American to Slash Assets, Cut 85,000 Jobs

Anglo American announced a radical restructuring of its business that includes more asset sales and cutting 63% of its workforce in a bid to weather the severe slump in commodity prices.

Norfolk Southern Bucks Revised Offer From Canadian Pacific

Norfolk Southern bucked Canadian Pacific's revised merger offer on Tuesday, calling it "grossly inadequate" and not in the best interest of the company or its shareholders.

Toll Brothers Posts Weaker-Than-Expected Profit

Luxury home builder Toll Brothers reported a weaker-than-expected profit for its fourth quarter even as its revenue and the housing market in general continued to grow.

Rio Tinto Dials Back Budget for Major Projects

Rio Tinto will spend less on major projects next year than it expected, as the miner takes a strict approach to expenditures amid a commodity market downturn.

VTech Has Yet to Put a Price on Hack, Chairman Says

Learning-products maker VTech Holdings is still in the dark over the identity of a hacker who stole personal information of millions of children and adults, Chairman Allan Wong said, and it may be weeks before it's back online.

Chinese Railway Builder, Malaysian Tycoon Join in Bid for 1MDB Land

A Chinese railroad builder and a Malaysian property tycoon have teamed up on a bid for a stake in some Kuala Lumpur land that controversial Malaysian government investment fund 1MDB is selling to reduce debt.

HD Supply Profit Improves on Unit Sale

HD Supply said profit more than quadrupled in its latest quarter, as the industrial distributor benefited from the sale of its power solutions unit, as well as sales growth and gross margin expansion.

Chinese Lender to Start Taking Orders for IPO

Bank of Zhengzhou plans to start taking orders for its up to US$723 million initial public offering in Hong Kong.

Air France-KLM Revenue Slides After Paris Attacks

Air France-KLM said the Paris terror attacks that left 130 people dead in the French capital cost it $54 million in November in lost revenue.

Woodside Drops $8.4 Billion Bid for Rival Oil Search

Woodside Petroleum has abandoned its proposal to create a regional oil-and-gas champion with the acquisition bid.

Newell Rubbermaid, Jarden in Merger Talks

Newell Rubbermaid and Jarden are in talks to combine, in a deal that would unite makers of products like Sharpie markers, Graco baby strollers and Mr. Coffee machines.

Brazil Indicts BTG's Esteves and Sen. Delcidio do Amaral

Brazilian prosecutors indicted the former chief executive officer of investment bank BTG Pactual, André Esteves, and Sen. Delcidio do Amaral on Monday on charges of interfering with a criminal investigation.

(END) Dow Jones Newswires

December 08, 2015 08:16 ET (13:16 GMT)

**CO** qcom : Qualcomm Incorporated | homd : The Home Depot, Inc.

**IN** i34531 : Semiconductors | i64 : Retail/Wholesale | i648 : Household Goods/Hardware Stores | i6483 : Decorating/DIY/Hardware Stores | i654 : Specialty Stores | iindele : Industrial Electronics | iindstrls : Industrial Goods | iretail : Retail | itech : Technology

**NS** c181 : Acquisitions/Mergers/Shareholdings | ncdig : Corporate Digests | nfiac : Fixed Income Asset Class News | nhhour : Headlines of the Hour | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001qu

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **UPDATE 2-EU accuses Qualcomm of using market power to hinder rivals**

**WC** 455 words

**PD** 8 December 2015

**ET** 07:45

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

(Adds Taiwan investigation, details)

By Foo Yun Chee

**TD**

BRUSSELS, Dec 8 (Reuters) - European Union antitrust regulators charged Qualcomm on Tuesday with abusing its market power to thwart rivals, putting the world's number one mobile chipset maker at risk of a hefty fine.

The accusations by the European Commission are the latest antitrust problems for the company as regulators in the United States, China, Japan and South Korea look into its licensing model and its dominant patents in mobile networks and devices.

Qualcomm, which competes with rival MediaTek Inc, said the Taiwan Fair Trade Commission had also opened an investigation into its patent licensing deals.

The EU executive's accusations, set out in two charge sheets known as statements of objections, followed a formal investigation begun in July.

The EU competition enforcer said Qualcomm might have illegally paid a major customer for exclusively using its chipsets and it also sold chipsets below cost with the aim of forcing a competitor out of the market in a practice known as predatory pricing.

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," European Competition Commissioner Margrethe Vestager said in a statement.

Qualcomm said it has been given several months to respond to the charges of predatory pricing between 2009 and 2011 and of exclusivity payments since 2011.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm general counsel Don Rosenberg said in a statement.

Qualcomm could face a $2.7 billion fine, equivalent to 10 percent of its 2014 worldwide revenue, if found guilty of breaching EU rules. In February it paid a $975 million fine to end a 14-month investigation by the Chinese government into anti-competitive practices.

The predatory pricing case against the company followed a complaint from British phone software maker Icera, which later was acquired by Nvidia Corp in a bid to enter the market for smartphone chips and compete with Qualcomm.

Qualcomm, which makes software and chips used in smartphones, tablets and gaming devices, is known for its Snapdragon processor used in high-end smartphones and tablets made by Samsung Electronics Co Ltd and HTC Corp .

Apple's iPhone 6 also uses a Qualcomm 4G modem.

In 2009, the EU authority scrapped a two-year antitrust probe into whether Qualcomm charged unreasonably high royalties for integral technology of global 3G phone standards after rivals withdrew their complaints. (Reporting by Foo Yun Chee; editing by Philip Blenkinsop and Jane Merriman)

**RF** Released: 2015-12-8T13:45:12.000Z

**CO** ftcey : Taiwan Fair Trade Commission | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Courts | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eecz : European Union Countries | usa : United States | eurz : Europe | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800d4p

 © 2023 Factiva, Inc. All rights reserved.

HD **Qualcomm and Xiaomi Sign 3G/4G License Agreement**

WC 442 words

PD 8 December 2015

SN ENP Newswire

SC ENPNEW

LA English

CY (c) 2015, Electronic News Publishing. All Rights Reserved.

LP

Release date - 07122015

Qualcomm Incorporated (NASDAQ: QCOM) and Xiaomi, a leading Chinese smartphone and Internet company, today announced that they have entered into a new 3G and 4G China patent license agreement.

TD

Under the terms of the agreement, Qualcomm has granted Xiaomi a royalty-bearing patent license to develop, manufacture and sell 3G (WCDMA and CDMA2000) and 4G, including 3-mode (LTE-TDD, TD-SCDMA and GSM), complete devices. The royalties payable by Xiaomi are consistent with the terms of the rectification plan submitted by Qualcomm to China's National Reform and Development Commission.

'Xiaomi prides itself on embracing and leading smartphone innovation through its popular line of Mi devices,' said Lei Jun, CEO of Xiaomi. 'A license from Qualcomm will play an important role in helping us bring the newest and most innovative products to our growing customer base.'

'Qualcomm is committed to the success of its partners in China as they continue to grow their businesses and we are pleased to reach this new agreement with Xiaomi,' said Derek Aberle, President of Qualcomm Incorporated. 'We work closely with our partners, such as Xiaomi, to push the boundaries of what's possible and drive the advancement of the mobile industry.'

About Xiaomi

Xiaomi was founded in 2010 by serial entrepreneur Lei Jun, who believes that high-quality technology doesn't need to cost a fortune. We create remarkable hardware, software, and internet services for and with the help of our Mi fans. We incorporate their feedback into our product range, which currently includes the Mi Note Pro, Mi Note, Mi 4, Redmi 2, Mi TV, Mi Band and other accessories. With more than 61 million handsets sold in 2014, and products launched in Taiwan, Hong Kong, Singapore, Malaysia, Philippines, India, Indonesia and Brazil, Xiaomi is expanding its footprint across the world to become a global brand.

About Qualcomm

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a wholly-owned subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other.

Contact:

Tina Asmar Tel: 1-858-845-5959 Email: corpcomm@qualcomm.com

[Editorial queries for this story should be sent to newswire@enpublishing.co.uk]

**CO** qcom : Qualcomm Incorporated | bxmtcc : Beijing Xiaomi Technology Co. Ltd.

**IN** i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i34531 : Semiconductors | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | ismart : Smartphones | itech : Technology

**NS** c334 : Licensing Agreements | cinprp : Industrial Property Rights | npress : Press Releases | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**PUB** Electronic News Publishing Ltd.

**AN** Document ENPNEW0020151208ebc8000k6

DOW JONES NEWSWIRES

**HD** **EU Slaps Qualcomm with Antitrust Charges --Update**

**BY** By Tom Fairless

**WC** 758 words

**PD** 8 December 2015

**ET** 07:55

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

BRUSSELS--Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips, and selling chips below cost to force a competitor, Icera, out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm said it was cooperating with EU authorities. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm's general counsel Don Rosenberg said.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge. It can also ask for an oral hearing before the regulator to better explain its case.

The chip maker also said that it was being investigated by Taiwan's antitrust authority over its patent-licensing arrangements and that it would cooperate with that probe, adding that it believes it complies with local rules.

Qualcomm is the world's largest supplier of baseband chips, which are used to process communications in smartphones, tablets and other mobile broadband devices. The company scooped rivals in delivering chips able to use fourth-generation LTE wireless networks. Several companies have dropped out of the baseband business, including Texas Instruments Inc. and Broadcom Corp., because of the uphill task of competing with Qualcomm and other suppliers.

But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations into the company so far have focused mainly on its licensing practices.

The U.S. Federal Trade Commission, for example, last autumn notified Qualcomm that it was investigating its licensing business. Qualcomm's patent power was also the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

The EU's predatory pricing investigation stems from concerns raised by Icera Inc., a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU said five months ago it had opened two formal investigations into Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011, on condition that it exclusively use Qualcomm's baseband chips in its smartphones and tablets. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have reacted to a growing threat from Icera by selling chips to two of its customers at prices that didn't cover its costs, "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009, without action against the company.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 07:55 ET (12:55 GMT)

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | cinfpo : Information Technology Policy | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001mi

DOW JONES
NEWSWIRES

| | |
|---|---|
| HD | **EU Slaps Qualcomm with Antitrust Charges --Update** |
| BY | By Tom Fairless |
| WC | 758 words |
| PD | 8 December 2015 |
| ET | 08:10 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |

LP

BRUSSELS--Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips, and selling chips below cost to force a competitor, Icera, out of the market.

TD

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm said it was cooperating with EU authorities. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm's general counsel Don Rosenberg said.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge. It can also ask for an oral hearing before the regulator to better explain its case.

The chip maker also said that it was being investigated by Taiwan's antitrust authority over its patent-licensing arrangements and that it would cooperate with that probe, adding that it believes it complies with local rules.

Qualcomm is the world's largest supplier of baseband chips, which are used to process communications in smartphones, tablets and other mobile broadband devices. The company scooped rivals in delivering chips able to use fourth-generation LTE wireless networks. Several companies have dropped out of the baseband business, including Texas Instruments Inc. and Broadcom Corp., because of the uphill task of competing with Qualcomm and other suppliers.

But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations into the company so far have focused mainly on its licensing practices.

The U.S. Federal Trade Commission, for example, last autumn notified Qualcomm that it was investigating its licensing business. Qualcomm's patent power was also the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

The EU's predatory pricing investigation stems from concerns raised by Icera Inc., a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU said five months ago it had opened two formal investigations into Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011, on condition that it exclusively use Qualcomm's baseband chips in its smartphones and tablets. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have reacted to a growing threat from Icera by selling chips to two of its customers at prices that didn't cover its costs, "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009, without action against the company.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 08:10 ET (13:10 GMT)

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | cinfpo : Information Technology Policy | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001qi

REUTERS

**HD** **China chips away at U.S., Taiwan semiconductor dominance**

**BY** By Yimou Lee

**WC** 656 words

**PD** 8 December 2015

**ET** 16:08

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

HONG KONG (Reuters) - China's multi-billion dollar drive towards self-reliance in semiconductors has spawned a cluster of chip designers that industry experts say could eventually rival leaders Qualcomm Inc <QCOM.O> and MediaTek Inc <2454.TW>.

The world's second-largest economy now boasts nine companies that design and sell chips in the global top 50 from just one in 2009. Clients such as Chinese smartphone manufacturers have also helped compatriot chip designers amass a market share of almost a fifth, according to data analyst TrendForce.

**TD**

The rise of Chinese designers such as Huawei Technologies Co Ltd [HWT.UL] subsidiary HiSilicon and Spreadtrum Communications comes as the government ploughs funds into home-grown technology to reduce cyber-security risk, following revelations in 2013 of U.S. global cyber-snooping programs.

The revelations have made China a harder place for U.S. tech firms to do business, with Qualcomm saying as recently as last month that it faced delays closing licensing agreements. In contrast, sales at Chinese designers are set to surge this year, some by as much as 40 percent, said researcher IC Insights.

"The Chinese fabless industry is expanding by leaps and bounds," said Bernstein analyst Mark Li, referring to designers which contract out fabrication to so-called foundries such as Taiwan Semiconductor Manufacturing Co Ltd (TSMC) <2330.TW>.

Chinese chip designers lag top rivals in terms of technology by four to five years yet have the potential to disrupt the global chip supply chain, industry experts and executives said.

But in terms of size, China is likely to seize second place in the $20 billion-plus chip design industry from Taiwan this year, Li said.

PAST MISTAKES

Chinese factories use over 60 percent of the world's chips annually, and in 2013 imported more chips by value than crude oil. To promote domestic development, the government has tasked chip firms with raising revenue by more than 20 percent annually and building "a group of world-class companies" by 2030.

China's list of chip design hopefuls include HiSilicon plus Spreadtrum and RDA Microelectronics Inc - both controlled by state-backed Tsinghua Unigroup Ltd - as well as All Winner Technology Co Ltd <300458.SZ>, Leadcore Technology, Galaxycore Microelectronics and Goodix Technology.

"Only by being a market leader can you be profitable," said Tsinghua Unigroup Chairman Zhao Weiguo.

Through a $21.7 billion national fund, as well as at least five other government-led investment vehicles in cities such as Beijing, Shanghai and Nanjing, China has approximately $32 billion under management to build national champions in the chip ecosystem, according to consulting McKinsey & Co.

"Their IC design can become a strong force in a few years," TSMC co-Chief Executive Officer Mark Liu said in a recent interview, referring to chips as integrated circuits (IC).

"However, the system has to reward innovation. You cannot just want market share and dump a lot of low price products into the market. That is not going to help the Chinese IC design sector to grow," Liu said. "So there are good parts and I hope they avoid the bad parts."

There is concern in the industry about a repeat of China's previous efforts to develop industries, such as solar panels and liquid crystal displays (LCD), where overzealous investment led to oversupply and plunging prices.

China made up 14 percent of the global LCD market last year from 3 percent in 2010, while the industry's average profit margin declined to 1.2 percent from 7.8 percent over the same period, wrote Bernstein's Li in a recent report.

"China will not stop until it dominates the market, with value and economics being destroyed every single time," said Li.

(Reporting by Yimou Lee, Miyoung Kim, J.R. Wu; Additional reporting by Paul Carsten; Editing by Christopher Cushing)

**RF** Released: 2015-12-8T21:08:37.000Z

**CO** huawt : Huawei Technologies Co Ltd | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated | trumcm : Spreadtrum Communications Inc. | shhiah : Huawei Investment Holding Co. Ltd. | tsnghh : Tsinghua Holdings Company Limited

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits | itech : Technology | iwrlssl : Wireless Area Network Technology

**NS** ccat : Corporate/Industrial News | ecat : Economic News

**RE** china : China | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**IPD** Business

**IPC** SERVICE:OUSTCM

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800rs1

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **China chips away at U.S., Taiwan semiconductor dominance**

**WC** 672 words

**PD** 8 December 2015

**ET** 16:00

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

* Nine Chinese chip designers feature in top 50

* China commands fifth of chip design market

**TD**

* Gov't promoting chip investment in self-reliance drive

By Yimou Lee

HONG KONG, Dec 9 (Reuters) - China's multi-billion dollar drive towards self-reliance in semiconductors has spawned a cluster of chip designers that industry experts say could eventually rival leaders Qualcomm Inc and MediaTek Inc .

The world's second-largest economy now boasts nine companies that design and sell chips in the global top 50 from just one in 2009. Clients such as Chinese smartphone manufacturers have also helped compatriot chip designers amass a market share of almost a fifth, according to data analyst TrendForce.

The rise of Chinese designers such as Huawei Technologies Co Ltd subsidiary HiSilicon and Spreadtrum Communications comes as the government ploughs funds into home-grown technology to reduce cyber-security risk, following revelations in 2013 of U.S. global cyber-snooping programmes.

The revelations have made China a harder place for U.S. tech firms to do business, with Qualcomm saying as recently as last month that it faced delays closing licensing agreements. In contrast, sales at Chinese designers are set to surge this year, some by as much as 40 percent, said researcher IC Insights.

"The Chinese fabless industry is expanding by leaps and bounds," said Bernstein analyst Mark Li, referring to designers which contract out fabrication to so-called foundries such as Taiwan Semiconductor Manufacturing Co Ltd (TSMC).

Chinese chip designers lag top rivals in terms of technology by four to five years yet have the potential to disrupt the global chip supply chain, industry experts and executives said.

But in terms of size, China is likely to seize second place in the $20 billion-plus chip design industry from Taiwan this year, Li said.

PAST MISTAKES

Chinese factories use over 60 percent of the world's chips annually, and in 2013 imported more chips by value than crude oil. To promote domestic development, the government has tasked chip firms with raising revenue by more than 20 percent annually and building "a group of world-class companies" by 2030.

China's list of chip design hopefuls include HiSilicon plus Spreadtrum and RDA Microelectronics Inc - both controlled by state-backed Tsinghua Unigroup Ltd - as well as All Winner Technology Co Ltd, Leadcore Technology, Galaxycore Microelectronics and Goodix Technology.

"Only by being a market leader can you be profitable," said Tsinghua Unigroup Chairman Zhao Weiguo.

Through a $21.7 billion national fund, as well as at least five other government-led investment vehicles in cities such as Beijing, Shanghai and Nanjing, China has approximately $32 billion under management to build national champions in the chip ecosystem, according to consulting McKinsey & Co.

"Their IC design can become a strong force in a few years," TSMC co-Chief Executive Officer Mark Liu said in a recent interview, referring to chips as integrated circuits (IC).

"However, the system has to reward innovation. You cannot just want market share and dump a lot of low price products into the market. That is not going to help the Chinese IC design sector to grow," Liu said. "So there are good parts and I hope they avoid the bad parts."

There is concern in the industry about a repeat of China's previous efforts to develop industries, such as solar panels and liquid crystal displays (LCD), where overzealous investment led to oversupply and plunging prices.

China made up 14 percent of the global LCD market last year from 3 percent in 2010, while the industry's average profit margin declined to 1.2 percent from 7.8 percent over the same period, wrote Bernstein's Li in a recent report.

"China will not stop until it dominates the market, with value and economics being destroyed every single time," said Li.

(Reporting by Yimou Lee, Miyoung Kim, J.R. Wu; Additional reporting by Paul Carsten; Editing by Christopher Cushing)

**RF** Released: 2015-12-8T22:00:01.000Z

**CO** huawt : Huawei Technologies Co Ltd | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated | trumcm : Spreadtrum Communications Inc. | shhiah : Huawei Investment Holding Co. Ltd. | tsnghh : Tsinghua Holdings Company Limited

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits | itech : Technology | iwrlssl : Wireless Area Network Technology

**NS** ccat : Corporate/Industrial News

**RE** china : China | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800rmk

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

| | |
|---|---|
| **HD** | **EU starts anti-trust action against Qualcomm over exclusivity payments, predatory pricing** |
| **CR** | AP |
| **WC** | 147 words |
| **PD** | 8 December 2015 |
| **ET** | 12:08 |
| **SN** | The Canadian Press |
| **SC** | CPR |
| **LA** | English |
| **CY** | (c) 2015 The Canadian Press. All rights reserved. |

**LP**

BRUSSELS _ The European Union's anti-trust watchdog says it suspects that Qualcomm illegally made exclusivity payments to a major customer and sold chipsets below cost to force a competitor out of the market.

The EU's executive Commission said Tuesday it has issued a "statement of objections" to the San Diego-based chipmaker, the first formal step in EU anti-trust actions.

**TD**

The Commission said company payments to an unnamed smartphone and tablet manufacturer "reduced the manufacturer's incentives to source chipsets from Qualcomm's competitors and has harmed competition and innovation."

It also accused Qualcomm of "'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market."

Qualcomm has three to four months to respond to the allegations and request a hearing.

| | |
|---|---|
| **RF** | 20151208CPCPB6334 |
| **CO** | euruno : The European Union \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | cprpr : Predatory Pricing \| c34 : Anti-Competition Issues \| nnam : News Agency Materials \| c31 : Marketing/Markets \| c314 : Pricing \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | B |
| **PUB** | The Canadian Press |
| **AN** | Document CPR0000020151209ebc80002o |

AP

**HD** **EU starts anti-trust action against Qualcomm**

**WC** 142 words

**PD** 8 December 2015

**ET** 06:38

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2015. The Associated Press. All Rights Reserved.

**LP**

BRUSSELS (AP) — The European Union's anti-trust watchdog says it suspects that Qualcomm illegally made exclusivity payments to a major customer and sold chipsets below cost to force a competitor out of the market.

The EU's executive Commission said Tuesday it has issued a "statement of objections" to the San Diego-based chipmaker, the first formal step in EU anti-trust actions.

**TD**

The Commission said company payments to an unnamed smartphone and tablet manufacturer "reduced the manufacturer's incentives to source chipsets from Qualcomm's competitors and has harmed competition and innovation."

It also accused Qualcomm of "'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market."

Qualcomm has three to four months to respond to the allegations and request a hearing.

**CO** euruno : The European Union | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** belg : Belgium | eecz : European Union Countries | eurz : Europe | usa : United States | benluxz : Benelux Countries | namz : North America | weurz : Western Europe

**IPD** EU

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020151208ebc800520

REUTERS

**HD** **BUZZ-Qualcomm accused of muscling aside competition**

**WC** 228 words

**PD** 8 December 2015

**ET** 08:01

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

** Qualcomm shares down 1.7 pct premarket as EU antitrust regulators accuse co of using its power to thwart rivals, putting chipmaker at risk of paying a hefty fine

** Regulator said Qualcomm may have illegally paid a major customer for exclusively using its chipsets and that co engaged in predatory pricing by selling chipsets below cost

**TD**

** Qualcomm, which could face a $2.7 bln fine if found guilty of breaching EU rules, said it has been given several months to respond to the charges

** EU executive's accusations, set out in two charge sheets known as statements of objections, followed a formal investigation begun in July

** Predatory pricing case follows a complaint from British phone software maker Icera, later acquired by Nvidia Corp in a bid to enter the market for smartphone chips and compete with co

** Qualcomm also said the Taiwan Fair Trade Commission had also opened an investigation into its patent licensing deals

** "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm general counsel Don Rosenberg said in a statement

** Qualcomm shares have gained 29 pct so far YTD (RM: lance.tupper.tr.com@reuters.net)

**RF** Released: 2015-12-11T13:01:58.000Z

**CO** ftcey : Taiwan Fair Trade Commission | nvdcrp : NVIDIA Corporation | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits | ividbd : Audio/Video/Graphics Integrated Circuits

**NS** cprpr : Predatory Pricing | ginda : Independent Advisory Bodies | c13 : Regulation/Government Policy | gcrim : Crime/Courts | c31 : Marketing/Markets | c314 : Pricing | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eecz : European Union Countries | usa : United States | eurz : Europe | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800fid

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **EU Slaps Qualcomm With Antitrust Charges**

**WC** 804 words

**PD** 8 December 2015

**ET** 06:55

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:55 ET (11:55 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | i656 : Mixed Retailing | iindstrls : Industrial Goods | i64 : Retail/Wholesale | iindele : Industrial Electronics | iretail : Retail | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001du

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **EU Slaps Qualcomm With Antitrust Charges**

WC 804 words

PD 8 December 2015

ET 06:40

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

TD

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:40 ET (11:40 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | i656 : Mixed Retailing | iindstrls : Industrial Goods | i64 : Retail/Wholesale | iindele : Industrial Electronics | iretail : Retail | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001b3

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **EU Slaps Qualcomm with Antitrust Charges -- 2nd Update**

**BY** By Tom Fairless And Don Clark
**WC** 812 words
**PD** 8 December 2015
**ET** 15:08
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market, " the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 15:08 ET (20:08 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc80034x

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES


**HD** **EU Slaps Qualcomm with Antitrust Charges -- 2nd Update**

**BY** By Tom Fairless And Don Clark

**WC** 812 words

**PD** 8 December 2015

**ET** 14:53

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English


**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market, " the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 14:53 ET (19:53 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc800322

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **EU Slaps Qualcomm With Antitrust Charges**

**BY** By Tom Fairless And Don Clark

**WC** 788 words

**PD** 8 December 2015

**ET** 06:28

**SN** Dow Jones Top Global Market Stories

**SC** DJTGMS

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcommearns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China , which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals , including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at and Don Clark at

**CO** bcomnj : Broadcom Corporation | nvdcrp : NVIDIA Corporation | qcom : Qualcomm Incorporated | sbcoff : Starbucks Corporation | txsil : Texas Instruments Inc | icerai : Icera Inc | euruno : The European Union

**IN** iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | iintcir : Integrated Circuits | ilea : Leisure/Arts/Hospitality | ividbd : Audio/Video/Graphics Integrated Circuits | i342 : Electrical Components/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | ncolu : Columns | cinfpo : Information Technology Policy

**RE** eecz : European Union Countries | asiaz : Asia | eurz : Europe | russ : Russia | namz : North America | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTGMS1120151208ebc80002v

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **EU Slaps Qualcomm With Antitrust Charges**

**BY** By Tom Fairless And Don Clark

**WC** 788 words

**PD** 8 December 2015

**ET** 06:23

**SN** Dow Jones Top North American Equities Stories

**SC** DJTNAE

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcommearns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China , which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals , including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at and Don Clark at

**CO** bcomnj : Broadcom Corporation | nvdcrp : NVIDIA Corporation | qcom : Qualcomm Incorporated | sbcoff : Starbucks Corporation | txsil : Texas Instruments Inc | icerai : Icera Inc | euruno : The European Union

**IN** iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | iintcir : Integrated Circuits | ilea : Leisure/Arts/Hospitality | ividbd : Audio/Video/Graphics Integrated Circuits | i342 : Electrical Components/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | ncolu : Columns | cinfpo : Information Technology Policy

**RE** eecz : European Union Countries | asiaz : Asia | eurz : Europe | russ : Russia | namz : North America | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTNAE1120151208ebc80002c

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | ***EU Issues Qualcomm With Two Sets of Formal Charges** |
| WC | 295 words |
| PD | 8 December 2015 |
| ET | 05:46 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

8 Dec 2015 05:47 ET *EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments

8 Dec 2015 05:47 ET *EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets

**TD**

8 Dec 2015 05:47 ET *EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival

8 Dec 2015 05:47 ET *EU Antitrust Chief Vestager: Qualcomm's Actions May Have Pushed Out Competitors

8 Dec 2015 06:09 ET EU Imposes Formal Antitrust Charges on Qualcomm

By Tom Fairless

BRUSSELS--European Union antitrust regulators have imposed formal charges on Qualcomm Inc. over allegations that the mobile chip maker sought to stifle competition by charging prices below its production costs and paying a client to exclusively use its products.

The European Commission, the bloc's top antitrust authority, said Tuesday it had issued Qualcomm with two sets of formal charges after reaching the preliminary conclusion that the chip maker had attempted to force its competitor Icera out of the market, in potential breach of EU law.

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said in a statement.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue and be forced to change its business practices.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge.

It can also ask for an oral hearing before the regulator to better explain its case.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:09 ET (11:09 GMT)

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated \| euruno : The European Union |
| IN | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |

 © 2023 Factiva, Inc. All rights reserved.

**NS** c34 : Anti-Competition Issues | cinfpo : Information Technology Policy | cprpr : Predatory Pricing | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c13 : Regulation/Government Policy | c31 : Marketing/Markets | c314 : Pricing | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8002i9

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **CLM** | The Wall Street Journal |
| **SE** | News & Commentary |
| **HD** | **EU slaps Qualcomm with antitrust charges; European Commission says chip maker sought to stifle competition** |
| **BY** | Tom Fairless |
| **WC** | 238 words |
| **PD** | 8 December 2015 |
| **ET** | 10:12 |
| **SN** | MarketWatch |
| **SC** | MRKWC |
| **LA** | English |
| **CY** | Copyright 2015 MarketWatch, Inc. All Rights Reserved. |

**LP**

European Commission says chip maker sought to stifle competition

BRUSSELS—Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

**TD**

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips, and selling chips below cost to force a competitor, Icera, out of the market.

If the charges are confirmed, Qualcomm (QCOM, US) could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

https://w.graphiq.com/w/jLSMWMnAgJL Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge. It can also ask for an oral hearing before the regulator to better explain its case.

The chip maker also said that it was being investigated by Taiwan's antitrust authority over its patent-licensing arrangements and that it would cooperate with that probe, adding that it believes it complies with local rules.

An expanded version of this report appears at WSJ.com.

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated \| eucmm : European Commission \| euruno : The European Union |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ncolu : Columns \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | News & Commentary |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document MRKWC00020151208ebc800231 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **EU Imposes Formal Antitrust Charges on Qualcomm** |
| **BY** | By Tom Fairless |
| **WC** | 211 words |
| **PD** | 8 December 2015 |
| **ET** | 06:24 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

BRUSSELS--European Union antitrust regulators have imposed formal charges on Qualcomm Inc. over allegations that the mobile chip maker sought to stifle competition by charging prices below its production costs and paying a client to exclusively use its products.

The European Commission, the bloc's top antitrust authority, said Tuesday it had issued Qualcomm with two sets of formal charges after reaching the preliminary conclusion that the chip maker had attempted to force its competitor Icera out of the market, in potential breach of EU law.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said in a statement.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue and be forced to change its business practices.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge.

It can also ask for an oral hearing before the regulator to better explain its case.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:24 ET (11:24 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated \| euruno : The European Union |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c13 : Regulation/Government Policy \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151208ebc8001ct |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **EU Imposes Formal Antitrust Charges on Qualcomm**

**BY** By Tom Fairless

**WC** 206 words

**PD** 8 December 2015

**ET** 07:06

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

BRUSSELS--European Union antitrust regulators have imposed formal charges on Qualcomm Inc. over allegations that the mobile chip maker sought to stifle competition by charging prices below its production costs and paying a client to exclusively use its products.

The European Commission, the bloc's top antitrust authority, said Tuesday it had issued Qualcomm with two sets of formal charges after reaching the preliminary conclusion that the chip maker had attempted to force its competitor Icera out of the market, in potential breach of EU law.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said in a statement.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue and be forced to change its business practices.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge.

It can also ask for an oral hearing before the regulator to better explain its case.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

08-12-15 1206GMT

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020151208ebc8000af

| | |
|---|---|
| **HD** | **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Onconova, United Natural Foods, Onconova,** |
| **WC** | 853 words |
| **PD** | 8 December 2015 |
| **ET** | 09:13 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2015 Thomson Reuters. All Rights Reserved. |

**LP**

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s )

U.S. stock index e-mini futures fell on Tuesday as weak trade data out of China reignited fears of a global economic slowdown and oil prices continued to slide: Dow Jones industrial average futures were down 1.10 percent at 17,561, S&P 500 futures were down 1.15 percent at 2,057 and Nasdaq 100 futures were down 1.21 percent at 4,644.

**TD**

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, Monday close $19.53, +7.68 pct premarket

The chipmaker said it received an unsolicited buyout proposal that values the company at $2.46 billion, topping an earlier offer made by ON Semiconductor Corp. The cash offer of $21.70 per share is a 11.1 percent premium to Fairchild's Monday close.

** QUALCOMM INC, Monday close $52.43, -3.49 pct premarket

EU antitrust regulators accuse the chipmaker of using its power to thwart rivals, putting the company at risk of paying a hefty fine. Qualcomm also said Taiwan's Fair Trade Commission had launched an investigation into whether its patent licensing arrangements violate the Taiwan Fair Trade Act.

** CHIPOTLE MEXICAN GRILL, Monday close $551.75, -4.12 pct premarket

Thirty Boston College students got sick after eating at the Chipotle Mexican Grill over the weekend, a school spokesman said, worsening fears of more food poisoning problems at the burrito chain. Chipotle said it had temporarily closed its restaurant in Boston's Cleveland Circle, where a college spokesman said all the students reported eating, while it works with local health officials to investigate the illnesses.

** ONCONOVA THERAPEUTICS INC, Monday close $1.31, +34.35 pct premarket

The drug developer said its oral cancer drug rigosertib, in combination with FDA-approved Vidaza, was effective in a study in patients with myelodysplastic syndrome.

** UNITED NATURAL FOODS INC, Monday close $44.03, -13.29 pct premarket

At least eight brokerages cut their price targets on the natural and organic food distributor's stock by as much as $12 to as low as $39 after it reported a lower-than-expected quarterly profit on Monday.

** OUTERWALL INC, Monday close $58.06, -20.17 pct premarket

At least four brokerages cut their price targets on the Redbox DVD rental kiosks owner's stock after the company cut its full-year forecast to below analysts' expectation on Monday.

** NORFOLK SOUTHERN CORP, Monday close $91.52, -2.75 pct premarket

Canadian Pacific Railway Ltd revised its offer to buy U.S. railroad operator Norfolk, less than a week after its previous $28.4 billion proposal was rejected - and it was promptly rejected again.

** STAPLES INC, Monday close $10.66, -1.50 pct premarket

** OFFICE DEPOT INC, Monday close $5.59, -6.98 pct premarket

The U.S. Federal Trade Commission said it had filed a complaint aimed at stopping Staples, the nation's largest office supply store, from buying its top rival, Office Depot. Canada's Competition Bureau also said on Monday it would challenge the proposed transaction, which has received the green light from competition authorities in China, Australia and New Zealand.

** VALEANT PHARMACEUTICALS INTERNATIONAL INC, Monday close $92.24, -2.86 pct premarket

The Canadian drugmaker is reaching out to potential buyers for its specialty contact lens manufacturing division, Paragon Vision Sciences, amid scrutiny from the Federal Trade Commission, according to two people familiar with the matter.

** CHESAPEAKE ENERGY CORP, Monday close $4.27, -5.62 pct premarket

Barclays Capital cut its price target on the U.S. natgas producer's stock to $3 from $5, citing "very low commodity price realizations driven by unfavorable contract arrangements."

** VERIZON COMMUNICATIONS INC, Monday close $46.06, -0.96 pct premarket

** YAHOO INC, Monday close $34.68, -1.21 pct premarket

Verizon Communications Chief Financial Officer Fran Shammo, said the No. 1 U.S. wireless carrier could look at buying Yahoo's core business, which includes Mail, its news and sports sites and advertising technology, if it is a good fit.

Tech news site Re/code said Yahoo might make big changes to its media unit, restructuring and consolidating it, including making cuts and shuttering some efforts.

** PEP BOYS-MANNY, MOE & JACK, Monday close $16.06, -1.31 pct premarket

The U.S. auto parts retailer said its board determined that Carl Icahn's offer to buy the company for $15.50 per share could result in a "superior proposal" compared with Bridgestone Corp's offer.

** NEWELL RUBBERMAID INC, Monday close $48.16, -0.44 pct premarket

** JARDEN CORP, Monday close $50.09, +2.22 pct premarket

Newell Rubbermaid, known for its Sharpie markers and Parker pens, is in talks to combine with consumer products company Jarden Corp, according to a person familiar with the matter who requested anonymity because the negotiations are confidential. (Compiled by Sruthi Shankar in Bengaluru; Editing by Kirti Pandey)

**RF** Released: 2015-12-11T14:13:51.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | unnatf : United Natural Foods Inc | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | i61 : Wholesalers | i64 : Retail/Wholesale | ifodwh : Food Wholesaling | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** ccat : Corporate/Industrial News | reqrcm : Suggested Reading Computers | redit : Selection of Top Stories/Trends/Analysis | reqr : Suggested Reading Industry News

**RE** usa : United States | namz : North America

**IPD** Business

 © 2023 Factiva, Inc. All rights reserved.

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800h7j

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** ***Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says**

**WC** 90 words

**PD** 8 December 2015

**ET** 06:14

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

8 Dec 2015 06:14 ET *Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic

8 Dec 2015 06:14 ET *Qualcomm: Our Sales Practices Have Always Complied with European Competition Law

**TD**

8 Dec 2015 06:15 ET *Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements

8 Dec 2015 06:15 ET *Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules

(MORE TO FOLLOW) Dow Jones Newswires

December 08, 2015 06:15 ET (11:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | cinfpo : Information Technology Policy | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eurz : Europe | taiwan : Taiwan | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001ck

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements** |
| **WC** | 35 words |
| **PD** | 8 December 2015 |
| **ET** | 06:16 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

(MORE TO FOLLOW) Dow Jones Newswires

December 08, 2015 06:15 ET (11:15 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

08-12-15 1116GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe \| taiwan : Taiwan \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009w |



PX32

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules** |
| **WC** | 35 words |
| **PD** | 8 December 2015 |
| **ET** | 06:17 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:15 ET (11:15 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1117GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe \| taiwan : Taiwan \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009x |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: Our Sales Practices Have Always Complied with European Competition Law** |
| **WC** | 35 words |
| **PD** | 8 December 2015 |
| **ET** | 06:16 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:14 ET (11:14 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1116GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009v |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic** |
| **WC** | 33 words |
| **PD** | 8 December 2015 |
| **ET** | 06:15 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:14 ET (11:14 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1115GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009u |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says** |
| WC | 34 words |
| PD | 8 December 2015 |
| ET | 06:15 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

(MORE TO FOLLOW) Dow Jones Newswires

December 08, 2015 06:14 ET (11:14 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

08-12-15 1115GMT

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | eurz : Europe |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc80009t |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets** |
| **WC** | 37 words |
| **PD** | 8 December 2015 |
| **ET** | 05:53 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:47 ET (10:47 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1053GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009c |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments** |
| **WC** | 33 words |
| **PD** | 8 December 2015 |
| **ET** | 05:52 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:47 ET (10:47 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1052GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | cprpr : Predatory Pricing \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| c31 : Marketing/Markets \| c314 : Pricing \| c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009b |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **EU Issues Qualcomm With Two Sets of Formal Charges** |
| **WC** | 34 words |
| **PD** | 8 December 2015 |
| **ET** | 05:48 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:46 ET (10:46 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1048GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc800099 |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival** |
| WC | 36 words |
| PD | 8 December 2015 |
| ET | 05:54 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:47 ET (10:47 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1054GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| RE | eurz : Europe |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc80009d |

FT FINANCIAL TIMES

**HD** **EU accuses Qualcomm of impeding rivals**

**BY** Christian Oliver in Brussels

**WC** 501 words

**PD** 8 December 2015

**ET** 09:01

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2015 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

The European Commission on Tuesday launched two antitrust cases against Qualcomm, charging the US technology company with distorting competition in the critical market for the chips used in smartphones and other mobile devices.

Brussels said that Qualcomm “may have” made illegal payments since 2011 to an unnamed major manufacturer of smartphones and tablets for exclusively using its chipsets.

**TD**

The second charge was that Qualcomm sold its chipsets below cost between 2009 and 2011 to force its British competitor Icera out of the market. Qualcomm said that this charge of “predatory pricing” related to dongles — small USB devices that can be used on laptops to provide connectivity to the internet and external functions, such as audio, video and data.

The charges come after the commission launched an investigation into Qualcomm earlier this year.

Margrethe Vestager, EU competition commissioner, complained that these practices harmed European consumers, as smartphones and tablets play an ever more important role in the European economy.

“Many consumers enjoy high-speed internet on smartphones and other devices — baseband chipsets are key components that make this happen. I am concerned that Qualcomm’s actions may have pushed out competitors or prevented them from competing,” she said.

Qualcomm has several months to respond to the charge sheets, but insisted that it had done nothing that would hinder competition in the European market.

“We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm’s sales practices have always complied with European competition law,” said Don Rosenberg, Qualcomm’s general counsel and executive vice-president.

Qualcomm is the world’s largest supplier of baseband chipsets, which are vital components in smartphones, tablets and other mobile devices.

In theory, the commission has the power to levy a fine of anything up to 10 per cent of the previous financial year’s turnover in antitrust cases, if it ultimately finds wrongdoing. Qualcomm’s revenue in the 2015 fiscal year to September 27 was $25bn, but a fine of $2.5bn would greatly exceed any sum that Brussels has ever demanded as a fine against a single company in one instalment.

The EU’s action comes a month after South Korea became the first country to challenge a core aspect of its technology licensing practices, driving shares to a four-year low.

Qualcomm also said on Tuesday that Taiwan's regulators had requested information on the company's patent licensing arrangements. Qualcomm said the case was in its early stages and added that it believed its business practices were legal.

Opening a case against Qualcomm will only fuel accusations from US officials that Ms Vestager is targeting American companies more often than their European rivals.

She opened a landmark antitrust case against Google's retail search business earlier this year and has pursued high-profile investigations into European tax planning of Apple, Amazon, Starbucks and McDonald's. She rejects the accusations of anti-US bias.

**CO** eucmm : European Commission | qcom : Qualcomm Incorporated

**IN** i8361 : Tax Preparation Services | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Equipment | i34411 : Mobile Communications Devices | i3454 : Personal Electronics | i836 : Accounting | iacc : Accounting/Consulting | ibcs : Business/Consumer Services | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gptech : Personal Technology | ccat : Corporate/Industrial News | gcat : Political/General News | glife : Living/Lifestyle | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020151208ebc8005eu

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 12/08/2015 to 12/08/2015 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 39 |
| Timestamp | 5 June 2023 11:43 |

 © 2023 Factiva, Inc. All rights reserved.

**Appendix 5**

**Qualcomm Incorporated**

DOW JONES

Qualcomm Comments on Regulatory Matters ....3

Press Release: Qualcomm Comments on Regulatory Matters ....5

Antitrust: Commission sends two Statements of Objections on exclusivity payments and predatory pricing to Qualcomm ....7

Qualcomm Receives European Commission Antitrust Objections Over Sales Tactics ....9

EU antitrust regulators accuse Qualcomm of hindering rivals ....11

Qualcomm faces investigation by Taiwan's Fair Trade Commission ....12

EU accuses Qualcomm of using market power to hinder rivals ....13

News Highlights: Equities Stories Of The Day ....15

UPDATE 2-EU accuses Qualcomm of using market power to hinder rivals ....17

Qualcomm and Xiaomi Sign 3G/4G License Agreement ....19

EU Slaps Qualcomm with Antitrust Charges --Update ....21

EU Slaps Qualcomm with Antitrust Charges --Update ....23

China chips away at U.S., Taiwan semiconductor dominance ....25

China chips away at U.S., Taiwan semiconductor dominance ....27

EU starts anti-trust action against Qualcomm over exclusivity payments, predatory pricing ....29

EU starts anti-trust action against Qualcomm ....30

BUZZ-Qualcomm accused of muscling aside competition ....31

EU Slaps Qualcomm With Antitrust Charges ....33

EU Slaps Qualcomm With Antitrust Charges ....35

EU Slaps Qualcomm with Antitrust Charges -- 2nd Update ....37

EU Slaps Qualcomm with Antitrust Charges -- 2nd Update ....39

EU Slaps Qualcomm With Antitrust Charges ....41

EU Slaps Qualcomm With Antitrust Charges ....43

*EU Issues Qualcomm With Two Sets of Formal Charges ....45

EU slaps Qualcomm with antitrust charges; European Commission says chip maker sought to stifle competition ....47

EU Imposes Formal Antitrust Charges on Qualcomm ....49

EU Imposes Formal Antitrust Charges on Qualcomm ....50

BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Onconova, United Natural Foods, Onconova, ....51

*Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says ....54

Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements ....55

 © 2023 Factiva, Inc. All rights reserved.

Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules ....56
Qualcomm: Our Sales Practices Have Always Complied with European Competition Law ....57
Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic ....58
Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says ....59
EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets....60
EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments ....61
EU Issues Qualcomm With Two Sets of Formal Charges....62
EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival ....63
EU accuses Qualcomm of impeding rivals....64

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm Comments on Regulatory Matters**

**WC** 468 words

**PD** 8 December 2015

**ET** 06:19

**SN** PR Newswire (U.S.)

**SC** PRN

**LA** English

**CY** Copyright © 2015 PR Newswire Association LLC. All Rights Reserved.

**LP**

SAN DIEGO, Dec. 8, 2015 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today received courtesy copies of two Statements of Objections (SO) from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

**TD**

"Qualcomm has been cooperating with the Commission since the outset of these matters, and now that we've received the Statements of Objections, we welcome the chance to formally respond," said Qualcomm general counsel and executive vice president, Don Rosenberg. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law."

The matters were previously disclosed by the Company. One SO concerns the supply of Qualcomm's chipsets to a single customer under an existing agreement. The other SO concerns Qualcomm's sales to two customers from 2009 through 2011 of three chipsets incorporated into dongles -- small USB devices that at the time were used to provide cellular connectivity for laptops.

Separately, the Taiwan Fair Trade Commission ("TFTC") has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act (the "Act"). This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

About Qualcomm Incorporated

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other. For more information, visit Qualcomm's website, OnQ blog, Twitter and Facebook pages.

Qualcomm is a registered trademark of Qualcomm Incorporated. All other trademarks are the property of their respective owners.

Qualcomm Contacts:

Tina Asmar, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Warren Kneeshaw, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/qualcomm-comments-on-regulatory-matters-300189571.html

SOURCE Qualcomm Incorporated

Web site: https://www.qualcomm.com

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPC** ABO

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020151208ebc80002x

DOW JONES NEWSWIRES

**HD** **Press Release: Qualcomm Comments on Regulatory Matters**

**WC** 495 words
**PD** 8 December 2015
**ET** 06:19
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Comments on Regulatory Matters

PR Newswire

**TD**

SAN DIEGO, Dec. 8, 2015

SAN DIEGO, Dec. 8, 2015 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today received courtesy copies of two Statements of Objections (SO) from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

"Qualcomm has been cooperating with the Commission since the outset of these matters, and now that we've received the Statements of Objections, we welcome the chance to formally respond," said Qualcomm general counsel and executive vice president, Don Rosenberg. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law."

The matters were previously disclosed by the Company. One SO concerns the supply of Qualcomm's chipsets to a single customer under an existing agreement. The other SO concerns Qualcomm's sales to two customers from 2009 through 2011 of three chipsets incorporated into dongles -- small USB devices that at the time were used to provide cellular connectivity for laptops.

Separately, the Taiwan Fair Trade Commission ("TFTC") has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act (the "Act"). This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

About Qualcomm Incorporated

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other. For more information, visit Qualcomm's website, OnQ blog, Twitter and Facebook pages.

Qualcomm is a registered trademark of Qualcomm Incorporated. All other trademarks are the property of their respective owners.

Qualcomm Contacts:

Tina Asmar, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Warren Kneeshaw, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/qualcomm-comments-on-regulatory-matters-300189571.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END) Dow Jones Newswires

December 08, 2015 06:19 ET (11:19 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | npress : Press Releases | ncat : Content Types | nfact : Factiva Filters

**RE** eurz : Europe | usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001ai

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

HD **Antitrust: Commission sends two Statements of Objections on exclusivity payments and predatory pricing to Qualcomm**

WC 848 words

PD 8 December 2015

SN M2 Presswire

SC MTPW

LA English

CY © 2015, M2 Communications. All rights reserved.

LP

The European Commission has informed Qualcomm of its preliminary conclusions that the chipset company illegally paid a major customer for exclusively using Qualcomm chipsets and sold chipsets below cost with the aim of forcing its competitor Icera out of the market, in potential breach of EU antitrust rules.

EU Commissioner in charge of competition policy Margrethe Vestager said: “Many consumers enjoy high-speed internet on smartphones and other devices - baseband chipsets are key components that make this happen. I am concerned that Qualcomm’s actions may have pushed out competitors or prevented them from competing. We need to make sure that European consumers continue to benefit from competition and innovation in an area which is at the heart of today’s economy.”

TD

Consumers increasingly access the internet through mobile devices - therefore it is important that effective competition takes place for the supply of one of the key components of such devices: baseband chipsets process communication functions in smartphones, tablets and other mobile broadband devices. They are used both for voice and data transmission.

The Commission has sent two Statements of Objections to Qualcomm in separate investigations, outlining the Commission’s preliminary view that the company has abused its dominant position in the worldwide markets for 3G (UMTS) and 4G (LTE) baseband chipsets, in breach of EU antitrust rules, in particular Article 102 of the Treaty on the Functioning of the European Union (TFEU).

Qualcomm is the world’s largest supplier of baseband chipsets.

Under EU antitrust rules, dominant companies have a responsibility not to abuse their powerful market position by restricting competition. The sending of a statement of objections does not prejudge the outcome of the investigation.

Exclusivity payment Statement of Objections

The first Statement of Objections outlines that since 2011, Qualcomm has paid significant amounts to a major smartphone and tablet manufacturer on condition that it exclusively use Qualcomm baseband chipsets in its smartphones and tablets. The Commission takes the preliminary view that this conduct has reduced the manufacturer’s incentives to source chipsets from Qualcomm’s competitors and has harmed competition and innovation in the markets for UMTS and LTE baseband chipsets. The contract between Qualcomm and the manufacturer containing the exclusivity clauses is still in force.

Predatory pricing Statement of Objections

The second Statement of Objections takes the preliminary view that between 2009 and 2011 Qualcomm engaged in ‘predatory pricing’ by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market. This conduct appears to have taken place at a time when Icera posed a growing threat to Qualcomm in the leading edge segment of the market, offering advanced data rate performance. In the Commission’s preliminary view, Qualcomm reacted to that threat by selling certain

quantities of its UMTS baseband chipsets to two of its customers at prices that did not cover Qualcomm's costs, with the aim of forcing Icera out of the market.

The Commission's investigations

In July 2015, the Commission opened two formal antitrust investigations to assess concerns that Qualcomm may have abused a dominant position in the area of baseband chipsets through two separate conducts.

The Commission has informed Qualcomm and the competition authorities of the Member States that it has issued Statements of Objections in these cases.

Qualcomm now has the opportunity to respond to the Commission's allegations outlined in the Statements of Objections within 3 months as regards the exclusivity payment objections and 4 months as regards the predatory pricing objections, and to ask for an oral hearing in each case.

Procedural background

Article 102 TFEU prohibits the abuse of a dominant position which may affect trade and prevent or restrict competition in the Single Market. The implementation of these provisions is defined in the Antitrust Regulation (Council Regulation No 1/2003), which can be applied by the Commission and by the national competition authorities of EU Member States.

A statement of objections is a formal step in Commission investigations into suspected violations of EU antitrust rules. The Commission informs the parties concerned in writing of the objections raised against them and the parties can examine the documents in the Commission's investigation file, reply in writing and request an oral hearing to present their comments on the case before representatives of the Commission and national competition authorities.

There is no legal deadline to complete inquiries into anti-competitive conduct. The duration of an antitrust investigation depends on a number of factors, including the complexity of the case, the extent to which the undertaking concerned cooperates with the Commission and the exercise of the rights of defence.

More information on this case will be available under the case numbers 39711 and 40220 in the public case register on the Commission's competition website.

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** qcom : Qualcomm Incorporated

**IN** itablcm : Tablet Computers | i3302 : Computers/Consumer Electronics | i3302011 : Portable Computers | i3454 : Personal Electronics | icomp : Computing | icph : Computer Hardware | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** cprpr : Predatory Pricing | c314 : Pricing | c34 : Anti-Competition Issues | npress : Press Releases | c31 : Marketing/Markets | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**PUB** Normans Media Ltd

**AN** Document MTPW000020151208ebc8001uq

SE Business

HD **Qualcomm Receives European Commission Antitrust Objections Over Sales Tactics**

WC 432 words

PD 8 December 2015

SN RTT News

SC RTTNEW

LA English

CY © 2015 NoticiasFinancieras. All Rights Reserved.

LP

(RTTNews) - The European Commission said that it has informed Qualcomm Inc. (QCOM) of its preliminary conclusions that the chipset company illegally paid a major customer for exclusively using Qualcomm chipsets and sold chipsets below cost with the aim of forcing its competitor Icera out of the market, in potential breach of EU antitrust rules.

In a separate press release, Qualcomm said that it received courtesy copies of two Statements of Objections or SO from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

TD

The Commission today noted that Qualcomm now has the opportunity to respond to the Commission's allegations outlined in the Statements of Objections within 3 months as regards the exclusivity payment objections and 4 months as regards the predatory pricing objections, and to ask for an oral hearing in each case.

The Commission has sent two Statements of Objections to Qualcomm in separate investigations, outlining the Commission's preliminary view that the company has abused its dominant position in the worldwide markets for 3G (UMTS) and 4G (LTE) baseband chipsets, in breach of EU antitrust rules, in particular Article 102 of the Treaty on the Functioning of the European Union (TFEU).

The first Statement of Objections outlines that since 2011, Qualcomm has paid significant amounts to a major smartphone and tablet manufacturer on condition that it exclusively use Qualcomm baseband chipsets in its smartphones and tablets.

The second Statement of Objections takes the preliminary view that between 2009 and 2011 Qualcomm engaged in 'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market.

In July 2015, the Commission opened two formal antitrust investigations to assess concerns that Qualcomm may have abused a dominant position in the area of baseband chipsets through two separate conducts.

Separately, the Taiwan Fair Trade Commission or "TFTC" has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act . This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2015 RTTNews.com. All Rights Reserved

CO qcom : Qualcomm Incorporated | eucmm : European Commission | euruno : The European Union

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020151208ebc8003ec

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **EU antitrust regulators accuse Qualcomm of hindering rivals** |
| **WC** | 115 words |
| **PD** | 8 December 2015 |
| **ET** | 05:56 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2015 Thomson Reuters. All Rights Reserved. |

**LP**

BRUSSELS, Dec 8 (Reuters) - European Union antitrust regulators charged U.S. chipmaker Qualcomm on Tuesday of using anti-competitive practices to block rivals.

The accusations by the European Commission set out in a charge sheet known as a statement of objections followed a formal investigation begun in July.

**TD**

"The Commission informed Qualcomm of its preliminary conclusions that the company may have illegally paid a major customer for exclusively using its chipsets and sold chipsets below cost with the aim of forcing a competitor out of the market," the EU executive said. (Reporting by Foo Yun Chee; editing by Philip Blenkinsop)

| | |
|---|---|
| **RF** | Released: 2015-12-8T11:56:29.000Z |
| **CO** | euruno : The European Union \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ginda : Independent Advisory Bodies \| c13 : Regulation/Government Policy \| gcrim : Crime/Courts \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gpir : Politics/International Relations \| gpol : Domestic Politics \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eecz : European Union Countries \| usa : United States \| eurz : Europe \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151208ebc800bzb |

| | |
|---|---|
| **HD** | **Qualcomm faces investigation by Taiwan's Fair Trade Commission** |
| **WC** | 67 words |
| **PD** | 8 December 2015 |
| **ET** | 06:41 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2015 Thomson Reuters. All Rights Reserved. |
| **LP** | |

Dec 8 (Reuters) - Qualcomm Inc said Taiwan's Fair Trade Commission has launched an investigation into whether the chipmaker's patent licensing arrangements violate the Taiwan Fair Trade Act.

The investigation is in its early stages, Qualcomm said on Tuesday. (Reporting by Anya George Tharakan in Bengaluru; Editing by Saumyadeb Chakrabarty)

| | |
|---|---|
| **RF** | Released: 2015-12-8T12:41:21.000Z |
| **CO** | ftcey : Taiwan Fair Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | taiwan : Taiwan \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151208ebc800dl9 |

REUTERS

**HD** **EU accuses Qualcomm of using market power to hinder rivals**

**BY** By Foo Yun Chee

**WC** 447 words

**PD** 8 December 2015

**ET** 07:46

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

BRUSSELS (Reuters) - European Union antitrust regulators charged Qualcomm on Tuesday with abusing its market power to thwart rivals, putting the world's number one mobile chipset maker at risk of a hefty fine.

The accusations by the European Commission are the latest antitrust problems for the company as regulators in the United States, China, Japan and South Korea look into its licensing model and its dominant patents in mobile networks and devices.

**TD**

Qualcomm, which competes with rival MediaTek Inc, said the Taiwan Fair Trade Commission had also opened an investigation into its patent licensing deals.

The EU executive's accusations, set out in two charge sheets known as statements of objections, followed a formal investigation begun in July.

The EU competition enforcer said Qualcomm might have illegally paid a major customer for exclusively using its chipsets and it also sold chipsets below cost with the aim of forcing a competitor out of the market in a practice known as predatory pricing.

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," European Competition Commissioner Margrethe Vestager said in a statement.

Qualcomm said it has been given several months to respond to the charges of predatory pricing between 2009 and 2011 and of exclusivity payments since 2011.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm general counsel Don Rosenberg said in a statement.

Qualcomm could face a $2.7 billion fine, equivalent to 10 percent of its 2014 worldwide revenue, if found guilty of breaching EU rules. In February it paid a $975 million fine to end a 14-month investigation by the Chinese government into anti-competitive practices.

The predatory pricing case against the company followed a complaint from British phone software maker Icera, which later was acquired by Nvidia Corp in a bid to enter the market for smartphone chips and compete with Qualcomm.

Qualcomm, which makes software and chips used in smartphones, tablets and gaming devices, is known for its Snapdragon processor used in high-end smartphones and tablets made by Samsung Electronics Co Ltd and HTC Corp.

Apple's iPhone 6 also uses a Qualcomm 4G modem.

In 2009, the EU authority scrapped a two-year antitrust probe into whether Qualcomm charged unreasonably high royalties for integral technology of global 3G phone standards after rivals withdrew their complaints.

(Reporting by Foo Yun Chee; editing by Philip Blenkinsop and Jane Merriman)

**RF** Released: 2015-12-8T12:46:08.000Z

**CO** ftcey : Taiwan Fair Trade Commission | mdatek : MediaTek Incorporated | euruno : The European Union | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits

**NS** c34 : Anti-Competition Issues | cinprp : Industrial Property Rights | ginda : Independent Advisory Bodies | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eecz : European Union Countries | usa : United States | eurz : Europe | namz : North America

**IPD** Business

**IPC** SERVICE:EDXCLM

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800ct5

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **News Highlights: Equities Stories Of The Day** |
| WC | 604 words |
| PD | 8 December 2015 |
| ET | 08:16 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |

LP

Home Depot Sets Long-Term Targets

Home Depot reaffirmed its guidance for the current fiscal year and unveiled new long-term financial targets that include sales topping $100 billion in fiscal 2018.

TD

AutoZone Profit Grows on Inventory Improvements

AutoZone logged profit growth above expectations in its latest quarter as sales got a boost from inventory and distribution improvements.

EU Slaps Qualcomm with Antitrust Charges

Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

NowThis Raises $16.2 Million Round Led by Axel Springer

NowThis, the digital media company that distributes short video clips across social media networks, has raised $16.2 million from an investor group led by Germany's Axel Springer.

Anglo American to Slash Assets, Cut 85,000 Jobs

Anglo American announced a radical restructuring of its business that includes more asset sales and cutting 63% of its workforce in a bid to weather the severe slump in commodity prices.

Norfolk Southern Bucks Revised Offer From Canadian Pacific

Norfolk Southern bucked Canadian Pacific's revised merger offer on Tuesday, calling it "grossly inadequate" and not in the best interest of the company or its shareholders.

Toll Brothers Posts Weaker-Than-Expected Profit

Luxury home builder Toll Brothers reported a weaker-than-expected profit for its fourth quarter even as its revenue and the housing market in general continued to grow.

Rio Tinto Dials Back Budget for Major Projects

Rio Tinto will spend less on major projects next year than it expected, as the miner takes a strict approach to expenditures amid a commodity market downturn.

VTech Has Yet to Put a Price on Hack, Chairman Says

Learning-products maker VTech Holdings is still in the dark over the identity of a hacker who stole personal information of millions of children and adults, Chairman Allan Wong said, and it may be weeks before it's back online.

Chinese Railway Builder, Malaysian Tycoon Join in Bid for 1MDB Land

A Chinese railroad builder and a Malaysian property tycoon have teamed up on a bid for a stake in some Kuala Lumpur land that controversial Malaysian government investment fund 1MDB is selling to reduce debt.

HD Supply Profit Improves on Unit Sale

HD Supply said profit more than quadrupled in its latest quarter, as the industrial distributor benefited from the sale of its power solutions unit, as well as sales growth and gross margin expansion.

Chinese Lender to Start Taking Orders for IPO

Bank of Zhengzhou plans to start taking orders for its up to US$723 million initial public offering in Hong Kong.

Air France-KLM Revenue Slides After Paris Attacks

Air France-KLM said the Paris terror attacks that left 130 people dead in the French capital cost it $54 million in November in lost revenue.

Woodside Drops $8.4 Billion Bid for Rival Oil Search

Woodside Petroleum has abandoned its proposal to create a regional oil-and-gas champion with the acquisition bid.

Newell Rubbermaid, Jarden in Merger Talks

Newell Rubbermaid and Jarden are in talks to combine, in a deal that would unite makers of products like Sharpie markers, Graco baby strollers and Mr. Coffee machines.

Brazil Indicts BTG's Esteves and Sen. Delcidio do Amaral

Brazilian prosecutors indicted the former chief executive officer of investment bank BTG Pactual, André Esteves, and Sen. Delcidio do Amaral on Monday on charges of interfering with a criminal investigation.

(END) Dow Jones Newswires

December 08, 2015 08:16 ET (13:16 GMT)

**CO** qcom : Qualcomm Incorporated | homd : The Home Depot, Inc.

**IN** i34531 : Semiconductors | i64 : Retail/Wholesale | i648 : Household Goods/Hardware Stores | i6483 : Decorating/DIY/Hardware Stores | i654 : Specialty Stores | iindele : Industrial Electronics | iindstrls : Industrial Goods | iretail : Retail | itech : Technology

**NS** c181 : Acquisitions/Mergers/Shareholdings | ncdig : Corporate Digests | nfiac : Fixed Income Asset Class News | nhhour : Headlines of the Hour | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001qu

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **UPDATE 2-EU accuses Qualcomm of using market power to hinder rivals** |
| **WC** | 455 words |
| **PD** | 8 December 2015 |
| **ET** | 07:45 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2015 Thomson Reuters. All Rights Reserved. |

**LP**

(Adds Taiwan investigation, details)

By Foo Yun Chee

**TD**

BRUSSELS, Dec 8 (Reuters) - European Union antitrust regulators charged Qualcomm on Tuesday with abusing its market power to thwart rivals, putting the world's number one mobile chipset maker at risk of a hefty fine.

The accusations by the European Commission are the latest antitrust problems for the company as regulators in the United States, China, Japan and South Korea look into its licensing model and its dominant patents in mobile networks and devices.

Qualcomm, which competes with rival MediaTek Inc, said the Taiwan Fair Trade Commission had also opened an investigation into its patent licensing deals.

The EU executive's accusations, set out in two charge sheets known as statements of objections, followed a formal investigation begun in July.

The EU competition enforcer said Qualcomm might have illegally paid a major customer for exclusively using its chipsets and it also sold chipsets below cost with the aim of forcing a competitor out of the market in a practice known as predatory pricing.

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," European Competition Commissioner Margrethe Vestager said in a statement.

Qualcomm said it has been given several months to respond to the charges of predatory pricing between 2009 and 2011 and of exclusivity payments since 2011.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm general counsel Don Rosenberg said in a statement.

Qualcomm could face a $2.7 billion fine, equivalent to 10 percent of its 2014 worldwide revenue, if found guilty of breaching EU rules. In February it paid a $975 million fine to end a 14-month investigation by the Chinese government into anti-competitive practices.

The predatory pricing case against the company followed a complaint from British phone software maker Icera, which later was acquired by Nvidia Corp in a bid to enter the market for smartphone chips and compete with Qualcomm.

Qualcomm, which makes software and chips used in smartphones, tablets and gaming devices, is known for its Snapdragon processor used in high-end smartphones and tablets made by Samsung Electronics Co Ltd and HTC Corp .



PX32

Page 1925

Apple's iPhone 6 also uses a Qualcomm 4G modem.

In 2009, the EU authority scrapped a two-year antitrust probe into whether Qualcomm charged unreasonably high royalties for integral technology of global 3G phone standards after rivals withdrew their complaints. (Reporting by Foo Yun Chee; editing by Philip Blenkinsop and Jane Merriman)

| | |
|---|---|
| **RF** | Released: 2015-12-8T13:45:12.000Z |
| **CO** | ftcey : Taiwan Fair Trade Commission \| mdatek : MediaTek Incorporated \| qcom : Qualcomm Incorporated |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iintcir : Integrated Circuits |
| **NS** | c34 : Anti-Competition Issues \| gcrim : Crime/Courts \| ccat : Corporate/Industrial News \| gcat : Political/General News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eecz : European Union Countries \| usa : United States \| eurz : Europe \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151208ebc800d4p |

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Qualcomm and Xiaomi Sign 3G/4G License Agreement**

**WC** 442 words

**PD** 8 December 2015

**SN** ENP Newswire

**SC** ENPNEW

**LA** English

**CY** (c) 2015, Electronic News Publishing. All Rights Reserved.

**LP**

Release date - 07122015

Qualcomm Incorporated (NASDAQ: QCOM) and Xiaomi, a leading Chinese smartphone and Internet company, today announced that they have entered into a new 3G and 4G China patent license agreement.

**TD**

Under the terms of the agreement, Qualcomm has granted Xiaomi a royalty-bearing patent license to develop, manufacture and sell 3G (WCDMA and CDMA2000) and 4G, including 3-mode (LTE-TDD, TD-SCDMA and GSM), complete devices. The royalties payable by Xiaomi are consistent with the terms of the rectification plan submitted by Qualcomm to China's National Reform and Development Commission.

'Xiaomi prides itself on embracing and leading smartphone innovation through its popular line of Mi devices,' said Lei Jun, CEO of Xiaomi. 'A license from Qualcomm will play an important role in helping us bring the newest and most innovative products to our growing customer base.'

'Qualcomm is committed to the success of its partners in China as they continue to grow their businesses and we are pleased to reach this new agreement with Xiaomi,' said Derek Aberle, President of Qualcomm Incorporated. 'We work closely with our partners, such as Xiaomi, to push the boundaries of what's possible and drive the advancement of the mobile industry.'

About Xiaomi

Xiaomi was founded in 2010 by serial entrepreneur Lei Jun, who believes that high-quality technology doesn't need to cost a fortune. We create remarkable hardware, software, and internet services for and with the help of our Mi fans. We incorporate their feedback into our product range, which currently includes the Mi Note Pro, Mi Note, Mi 4, Redmi 2, Mi TV, Mi Band and other accessories. With more than 61 million handsets sold in 2014, and products launched in Taiwan, Hong Kong, Singapore, Malaysia, Philippines, India, Indonesia and Brazil, Xiaomi is expanding its footprint across the world to become a global brand.

About Qualcomm

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a wholly-owned subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other.

Contact:

Tina Asmar Tel: 1-858-845-5959 Email: corpcomm@qualcomm.com

[Editorial queries for this story should be sent to newswire@enpublishing.co.uk]

**CO** qcom : Qualcomm Incorporated | bxmtcc : Beijing Xiaomi Technology Co. Ltd.

**IN** i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i34531 : Semiconductors | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | ismart : Smartphones | itech : Technology

**NS** c334 : Licensing Agreements | cinprp : Industrial Property Rights | npress : Press Releases | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**PUB** Electronic News Publishing Ltd.

**AN** Document ENPNEW0020151208ebc8000k6

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **EU Slaps Qualcomm with Antitrust Charges --Update**

BY By Tom Fairless

WC 758 words

PD 8 December 2015

ET 07:55

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

BRUSSELS--Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips, and selling chips below cost to force a competitor, Icera, out of the market.

TD

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm said it was cooperating with EU authorities. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm's general counsel Don Rosenberg said.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge. It can also ask for an oral hearing before the regulator to better explain its case.

The chip maker also said that it was being investigated by Taiwan's antitrust authority over its patent-licensing arrangements and that it would cooperate with that probe, adding that it believes it complies with local rules.

Qualcomm is the world's largest supplier of baseband chips, which are used to process communications in smartphones, tablets and other mobile broadband devices. The company scooped rivals in delivering chips able to use fourth-generation LTE wireless networks. Several companies have dropped out of the baseband business, including Texas Instruments Inc. and Broadcom Corp., because of the uphill task of competing with Qualcomm and other suppliers.

But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations into the company so far have focused mainly on its licensing practices.

The U.S. Federal Trade Commission, for example, last autumn notified Qualcomm that it was investigating its licensing business. Qualcomm's patent power was also the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

 © 2023 Factiva, Inc. All rights reserved.

The EU's predatory pricing investigation stems from concerns raised by Icera Inc., a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU said five months ago it had opened two formal investigations into Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011, on condition that it exclusively use Qualcomm's baseband chips in its smartphones and tablets. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have reacted to a growing threat from Icera by selling chips to two of its customers at prices that didn't cover its costs, "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009, without action against the company.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 07:55 ET (12:55 GMT)

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | cinfpo : Information Technology Policy | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001mi

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **EU Slaps Qualcomm with Antitrust Charges --Update**

BY By Tom Fairless

WC 758 words

PD 8 December 2015

ET 08:10

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

BRUSSELS--Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips, and selling chips below cost to force a competitor, Icera, out of the market.

TD

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm said it was cooperating with EU authorities. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm's general counsel Don Rosenberg said.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge. It can also ask for an oral hearing before the regulator to better explain its case.

The chip maker also said that it was being investigated by Taiwan's antitrust authority over its patent-licensing arrangements and that it would cooperate with that probe, adding that it believes it complies with local rules.

Qualcomm is the world's largest supplier of baseband chips, which are used to process communications in smartphones, tablets and other mobile broadband devices. The company scooped rivals in delivering chips able to use fourth-generation LTE wireless networks. Several companies have dropped out of the baseband business, including Texas Instruments Inc. and Broadcom Corp., because of the uphill task of competing with Qualcomm and other suppliers.

But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations into the company so far have focused mainly on its licensing practices.

The U.S. Federal Trade Commission, for example, last autumn notified Qualcomm that it was investigating its licensing business. Qualcomm's patent power was also the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

The EU's predatory pricing investigation stems from concerns raised by Icera Inc., a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU said five months ago it had opened two formal investigations into Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011, on condition that it exclusively use Qualcomm's baseband chips in its smartphones and tablets. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have reacted to a growing threat from Icera by selling chips to two of its customers at prices that didn't cover its costs, "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009, without action against the company.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 08:10 ET (13:10 GMT)

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | cinfpo : Information Technology Policy | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001qi

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **China chips away at U.S., Taiwan semiconductor dominance**

BY By Yimou Lee
WC 656 words
PD 8 December 2015
ET 16:08
SN Reuters News
SC LBA
LA English
CY Copyright 2015 Thomson Reuters. All Rights Reserved.

LP

HONG KONG (Reuters) - China's multi-billion dollar drive towards self-reliance in semiconductors has spawned a cluster of chip designers that industry experts say could eventually rival leaders Qualcomm Inc <QCOM.O> and MediaTek Inc <2454.TW>.

The world's second-largest economy now boasts nine companies that design and sell chips in the global top 50 from just one in 2009. Clients such as Chinese smartphone manufacturers have also helped compatriot chip designers amass a market share of almost a fifth, according to data analyst TrendForce.

TD

The rise of Chinese designers such as Huawei Technologies Co Ltd [HWT.UL] subsidiary HiSilicon and Spreadtrum Communications comes as the government ploughs funds into home-grown technology to reduce cyber-security risk, following revelations in 2013 of U.S. global cyber-snooping programs.

The revelations have made China a harder place for U.S. tech firms to do business, with Qualcomm saying as recently as last month that it faced delays closing licensing agreements. In contrast, sales at Chinese designers are set to surge this year, some by as much as 40 percent, said researcher IC Insights.

"The Chinese fabless industry is expanding by leaps and bounds," said Bernstein analyst Mark Li, referring to designers which contract out fabrication to so-called foundries such as Taiwan Semiconductor Manufacturing Co Ltd (TSMC) <2330.TW>.

Chinese chip designers lag top rivals in terms of technology by four to five years yet have the potential to disrupt the global chip supply chain, industry experts and executives said.

But in terms of size, China is likely to seize second place in the $20 billion-plus chip design industry from Taiwan this year, Li said.

PAST MISTAKES

Chinese factories use over 60 percent of the world's chips annually, and in 2013 imported more chips by value than crude oil. To promote domestic development, the government has tasked chip firms with raising revenue by more than 20 percent annually and building "a group of world-class companies" by 2030.

China's list of chip design hopefuls include HiSilicon plus Spreadtrum and RDA Microelectronics Inc - both controlled by state-backed Tsinghua Unigroup Ltd - as well as All Winner Technology Co Ltd <300458.SZ>, Leadcore Technology, Galaxycore Microelectronics and Goodix Technology.

"Only by being a market leader can you be profitable," said Tsinghua Unigroup Chairman Zhao Weiguo.

Through a $21.7 billion national fund, as well as at least five other government-led investment vehicles in cities such as Beijing, Shanghai and Nanjing, China has approximately $32 billion under management to build national champions in the chip ecosystem, according to consulting McKinsey & Co.

"Their IC design can become a strong force in a few years," TSMC co-Chief Executive Officer Mark Liu said in a recent interview, referring to chips as integrated circuits (IC).

"However, the system has to reward innovation. You cannot just want market share and dump a lot of low price products into the market. That is not going to help the Chinese IC design sector to grow," Liu said. "So there are good parts and I hope they avoid the bad parts."

There is concern in the industry about a repeat of China's previous efforts to develop industries, such as solar panels and liquid crystal displays (LCD), where overzealous investment led to oversupply and plunging prices.

China made up 14 percent of the global LCD market last year from 3 percent in 2010, while the industry's average profit margin declined to 1.2 percent from 7.8 percent over the same period, wrote Bernstein's Li in a recent report.

"China will not stop until it dominates the market, with value and economics being destroyed every single time," said Li.

(Reporting by Yimou Lee, Miyoung Kim, J.R. Wu; Additional reporting by Paul Carsten; Editing by Christopher Cushing)


**RF** Released: 2015-12-8T21:08:37.000Z

**CO** huawt : Huawei Technologies Co Ltd | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated | trumcm : Spreadtrum Communications Inc. | shhiah : Huawei Investment Holding Co. Ltd. | tsnghh : Tsinghua Holdings Company Limited

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits | itech : Technology | iwrlssl : Wireless Area Network Technology

**NS** ccat : Corporate/Industrial News | ecat : Economic News

**RE** china : China | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**IPD** Business

**IPC** SERVICE:OUSTCM

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800rs1


 © 2023 Factiva, Inc. All rights reserved.

HD **China chips away at U.S., Taiwan semiconductor dominance**

WC 672 words

PD 8 December 2015

ET 16:00

SN Reuters News

SC LBA

LA English

CY Copyright 2015 Thomson Reuters. All Rights Reserved.

LP

* Nine Chinese chip designers feature in top 50

* China commands fifth of chip design market

TD

* Gov't promoting chip investment in self-reliance drive

By Yimou Lee

HONG KONG, Dec 9 (Reuters) - China's multi-billion dollar drive towards self-reliance in semiconductors has spawned a cluster of chip designers that industry experts say could eventually rival leaders Qualcomm Inc and MediaTek Inc .

The world's second-largest economy now boasts nine companies that design and sell chips in the global top 50 from just one in 2009. Clients such as Chinese smartphone manufacturers have also helped compatriot chip designers amass a market share of almost a fifth, according to data analyst TrendForce.

The rise of Chinese designers such as Huawei Technologies Co Ltd subsidiary HiSilicon and Spreadtrum Communications comes as the government ploughs funds into home-grown technology to reduce cyber-security risk, following revelations in 2013 of U.S. global cyber-snooping programmes.

The revelations have made China a harder place for U.S. tech firms to do business, with Qualcomm saying as recently as last month that it faced delays closing licensing agreements. In contrast, sales at Chinese designers are set to surge this year, some by as much as 40 percent, said researcher IC Insights.

"The Chinese fabless industry is expanding by leaps and bounds," said Bernstein analyst Mark Li, referring to designers which contract out fabrication to so-called foundries such as Taiwan Semiconductor Manufacturing Co Ltd (TSMC).

Chinese chip designers lag top rivals in terms of technology by four to five years yet have the potential to disrupt the global chip supply chain, industry experts and executives said.

But in terms of size, China is likely to seize second place in the $20 billion-plus chip design industry from Taiwan this year, Li said.

PAST MISTAKES

Chinese factories use over 60 percent of the world's chips annually, and in 2013 imported more chips by value than crude oil. To promote domestic development, the government has tasked chip firms with raising revenue by more than 20 percent annually and building "a group of world-class companies" by 2030.

China's list of chip design hopefuls include HiSilicon plus Spreadtrum and RDA Microelectronics Inc - both controlled by state-backed Tsinghua Unigroup Ltd - as well as All Winner Technology Co Ltd, Leadcore Technology, Galaxycore Microelectronics and Goodix Technology.

"Only by being a market leader can you be profitable," said Tsinghua Unigroup Chairman Zhao Weiguo.

Through a $21.7 billion national fund, as well as at least five other government-led investment vehicles in cities such as Beijing, Shanghai and Nanjing, China has approximately $32 billion under management to build national champions in the chip ecosystem, according to consulting McKinsey & Co.

"Their IC design can become a strong force in a few years," TSMC co-Chief Executive Officer Mark Liu said in a recent interview, referring to chips as integrated circuits (IC).

"However, the system has to reward innovation. You cannot just want market share and dump a lot of low price products into the market. That is not going to help the Chinese IC design sector to grow," Liu said. "So there are good parts and I hope they avoid the bad parts."

There is concern in the industry about a repeat of China's previous efforts to develop industries, such as solar panels and liquid crystal displays (LCD), where overzealous investment led to oversupply and plunging prices.

China made up 14 percent of the global LCD market last year from 3 percent in 2010, while the industry's average profit margin declined to 1.2 percent from 7.8 percent over the same period, wrote Bernstein's Li in a recent report.

"China will not stop until it dominates the market, with value and economics being destroyed every single time," said Li.

(Reporting by Yimou Lee, Miyoung Kim, J.R. Wu; Additional reporting by Paul Carsten; Editing by Christopher Cushing)

**RF** Released: 2015-12-8T22:00:01.000Z

**CO** huawt : Huawei Technologies Co Ltd | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated | trumcm : Spreadtrum Communications Inc. | shhiah : Huawei Investment Holding Co. Ltd. | tsnghh : Tsinghua Holdings Company Limited

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits | itech : Technology | iwrlssl : Wireless Area Network Technology

**NS** ccat : Corporate/Industrial News

**RE** china : China | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800rmk

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

**HD** **EU starts anti-trust action against Qualcomm over exclusivity payments, predatory pricing**

**CR** AP

**WC** 147 words

**PD** 8 December 2015

**ET** 12:08

**SN** The Canadian Press

**SC** CPR

**LA** English

**CY** (c) 2015 The Canadian Press. All rights reserved.

**LP**

BRUSSELS _ The European Union's anti-trust watchdog says it suspects that Qualcomm illegally made exclusivity payments to a major customer and sold chipsets below cost to force a competitor out of the market.

The EU's executive Commission said Tuesday it has issued a "statement of objections" to the San Diego-based chipmaker, the first formal step in EU anti-trust actions.

**TD**

The Commission said company payments to an unnamed smartphone and tablet manufacturer "reduced the manufacturer's incentives to source chipsets from Qualcomm's competitors and has harmed competition and innovation."

It also accused Qualcomm of "'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market."

Qualcomm has three to four months to respond to the allegations and request a hearing.

**RF** 20151208CPCPB6334

**CO** euruno : The European Union | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** cprpr : Predatory Pricing | c34 : Anti-Competition Issues | nnam : News Agency Materials | c31 : Marketing/Markets | c314 : Pricing | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usa : United States | namz : North America

**IPD** B

**PUB** The Canadian Press

**AN** Document CPR0000020151209ebc80002o

**HD** **EU starts anti-trust action against Qualcomm**

**WC** 142 words

**PD** 8 December 2015

**ET** 06:38

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2015. The Associated Press. All Rights Reserved.

**LP**

BRUSSELS (AP) — The European Union's anti-trust watchdog says it suspects that Qualcomm illegally made exclusivity payments to a major customer and sold chipsets below cost to force a competitor out of the market.

The EU's executive Commission said Tuesday it has issued a "statement of objections" to the San Diego-based chipmaker, the first formal step in EU anti-trust actions.

**TD**

The Commission said company payments to an unnamed smartphone and tablet manufacturer "reduced the manufacturer's incentives to source chipsets from Qualcomm's competitors and has harmed competition and innovation."

It also accused Qualcomm of "'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market."

Qualcomm has three to four months to respond to the allegations and request a hearing.

**CO** euruno : The European Union | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** belg : Belgium | eecz : European Union Countries | eurz : Europe | usa : United States | benluxz : Benelux Countries | namz : North America | weurz : Western Europe

**IPD** EU

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020151208ebc800520

REUTERS

**HD** **BUZZ-Qualcomm accused of muscling aside competition**

**WC** 228 words

**PD** 8 December 2015

**ET** 08:01

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

** Qualcomm shares down 1.7 pct premarket as EU antitrust regulators accuse co of using its power to thwart rivals, putting chipmaker at risk of paying a hefty fine

** Regulator said Qualcomm may have illegally paid a major customer for exclusively using its chipsets and that co engaged in predatory pricing by selling chipsets below cost

**TD**

** Qualcomm, which could face a $2.7 bln fine if found guilty of breaching EU rules, said it has been given several months to respond to the charges

** EU executive's accusations, set out in two charge sheets known as statements of objections, followed a formal investigation begun in July

** Predatory pricing case follows a complaint from British phone software maker Icera, later acquired by Nvidia Corp in a bid to enter the market for smartphone chips and compete with co

** Qualcomm also said the Taiwan Fair Trade Commission had also opened an investigation into its patent licensing deals

** "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm general counsel Don Rosenberg said in a statement

** Qualcomm shares have gained 29 pct so far YTD (RM: lance.tupper.tr.com@reuters.net)

**RF** Released: 2015-12-11T13:01:58.000Z

**CO** ftcey : Taiwan Fair Trade Commission | nvdcrp : NVIDIA Corporation | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits | ividbd : Audio/Video/Graphics Integrated Circuits

**NS** cprpr : Predatory Pricing | ginda : Independent Advisory Bodies | c13 : Regulation/Government Policy | gcrim : Crime/Courts | c31 : Marketing/Markets | c314 : Pricing | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eecz : European Union Countries | usa : United States | eurz : Europe | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800fid

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **EU Slaps Qualcomm With Antitrust Charges**

**WC** 804 words

**PD** 8 December 2015

**ET** 06:55

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:55 ET (11:55 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | i656 : Mixed Retailing | iindstrls : Industrial Goods | i64 : Retail/Wholesale | iindele : Industrial Electronics | iretail : Retail | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001du

DOW JONES NEWSWIRES

**HD** **EU Slaps Qualcomm With Antitrust Charges**

**WC** 804 words

**PD** 8 December 2015

**ET** 06:40

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:40 ET (11:40 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | i656 : Mixed Retailing | iindstrls : Industrial Goods | i64 : Retail/Wholesale | iindele : Industrial Electronics | iretail : Retail | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001b3

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **EU Slaps Qualcomm with Antitrust Charges -- 2nd Update** |
| BY | By Tom Fairless And Don Clark |
| WC | 812 words |
| PD | 8 December 2015 |
| ET | 15:08 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market, " the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 15:08 ET (20:08 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc80034x

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **EU Slaps Qualcomm with Antitrust Charges -- 2nd Update**

**BY** By Tom Fairless And Don Clark

**WC** 812 words

**PD** 8 December 2015

**ET** 14:53

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market, " the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 14:53 ET (19:53 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc800322

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **EU Slaps Qualcomm With Antitrust Charges**

**BY** By Tom Fairless And Don Clark

**WC** 788 words

**PD** 8 December 2015

**ET** 06:28

**SN** Dow Jones Top Global Market Stories

**SC** DJTGMS

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcommearns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China , which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals , including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at and Don Clark at

**CO** bcomnj : Broadcom Corporation | nvdcrp : NVIDIA Corporation | qcom : Qualcomm Incorporated | sbcoff : Starbucks Corporation | txsil : Texas Instruments Inc | icerai : Icera Inc | euruno : The European Union

**IN** iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | iintcir : Integrated Circuits | ilea : Leisure/Arts/Hospitality | ividbd : Audio/Video/Graphics Integrated Circuits | i342 : Electrical Components/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | ncolu : Columns | cinfpo : Information Technology Policy

**RE** eecz : European Union Countries | asiaz : Asia | eurz : Europe | russ : Russia | namz : North America | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTGMS1120151208ebc80002v

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **EU Slaps Qualcomm With Antitrust Charges**

**BY** By Tom Fairless And Don Clark

**WC** 788 words

**PD** 8 December 2015

**ET** 06:23

**SN** Dow Jones Top North American Equities Stories

**SC** DJTNAE

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcommearns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China , which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals , including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at and Don Clark at

**CO** bcomnj : Broadcom Corporation | nvdcrp : NVIDIA Corporation | qcom : Qualcomm Incorporated | sbcoff : Starbucks Corporation | txsil : Texas Instruments Inc | icerai : Icera Inc | euruno : The European Union

**IN** iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | iintcir : Integrated Circuits | ilea : Leisure/Arts/Hospitality | ividbd : Audio/Video/Graphics Integrated Circuits | i342 : Electrical Components/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | ncolu : Columns | cinfpo : Information Technology Policy

**RE** eecz : European Union Countries | asiaz : Asia | eurz : Europe | russ : Russia | namz : North America | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTNAE1120151208ebc80002c

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD ***EU Issues Qualcomm With Two Sets of Formal Charges**

WC 295 words
PD 8 December 2015
ET 05:46
SN Dow Jones Institutional News
SC DJDN
LA English
CY Copyright © 2015, Dow Jones & Company, Inc.

LP

8 Dec 2015 05:47 ET *EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments

8 Dec 2015 05:47 ET *EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets

TD

8 Dec 2015 05:47 ET *EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival

8 Dec 2015 05:47 ET *EU Antitrust Chief Vestager: Qualcomm's Actions May Have Pushed Out Competitors

8 Dec 2015 06:09 ET EU Imposes Formal Antitrust Charges on Qualcomm

By Tom Fairless

BRUSSELS--European Union antitrust regulators have imposed formal charges on Qualcomm Inc. over allegations that the mobile chip maker sought to stifle competition by charging prices below its production costs and paying a client to exclusively use its products.

The European Commission, the bloc's top antitrust authority, said Tuesday it had issued Qualcomm with two sets of formal charges after reaching the preliminary conclusion that the chip maker had attempted to force its competitor Icera out of the market, in potential breach of EU law.

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said in a statement.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue and be forced to change its business practices.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge.

It can also ask for an oral hearing before the regulator to better explain its case.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:09 ET (11:09 GMT)

CO qcom : Qualcomm Incorporated | euruno : The European Union

IN i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c34 : Anti-Competition Issues | cinfpo : Information Technology Policy | cprpr : Predatory Pricing | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c13 : Regulation/Government Policy | c31 : Marketing/Markets | c314 : Pricing | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8002i9

 © 2023 Factiva, Inc. All rights reserved.

MarketWatch

**CLM** The Wall Street Journal

**SE** News & Commentary

**HD** **EU slaps Qualcomm with antitrust charges; European Commission says chip maker sought to stifle competition**

**BY** Tom Fairless

**WC** 238 words

**PD** 8 December 2015

**ET** 10:12

**SN** MarketWatch

**SC** MRKWC

**LA** English

**CY** Copyright 2015 MarketWatch, Inc. All Rights Reserved.

**LP**

European Commission says chip maker sought to stifle competition

BRUSSELS—Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

**TD**

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips, and selling chips below cost to force a competitor, Icera, out of the market.

If the charges are confirmed, Qualcomm (QCOM, US) could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

https://w.graphiq.com/w/jLSMWMnAgJL Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge. It can also ask for an oral hearing before the regulator to better explain its case.

The chip maker also said that it was being investigated by Taiwan's antitrust authority over its patent-licensing arrangements and that it would cooperate with that probe, adding that it believes it complies with local rules.

An expanded version of this report appears at WSJ.com.

**CO** qcom : Qualcomm Incorporated | eucmm : European Commission | euruno : The European Union

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | ncolu : Columns | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** News & Commentary

**PUB** Dow Jones & Company, Inc.

**AN** Document MRKWC00020151208ebc800231

DOW JONES NEWSWIRES

HD **EU Imposes Formal Antitrust Charges on Qualcomm**

BY By Tom Fairless

WC 211 words

PD 8 December 2015

ET 06:24

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

BRUSSELS--European Union antitrust regulators have imposed formal charges on Qualcomm Inc. over allegations that the mobile chip maker sought to stifle competition by charging prices below its production costs and paying a client to exclusively use its products.

The European Commission, the bloc's top antitrust authority, said Tuesday it had issued Qualcomm with two sets of formal charges after reaching the preliminary conclusion that the chip maker had attempted to force its competitor Icera out of the market, in potential breach of EU law.

TD

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said in a statement.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue and be forced to change its business practices.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge.

It can also ask for an oral hearing before the regulator to better explain its case.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:24 ET (11:24 GMT)

CO qcom : Qualcomm Incorporated | euruno : The European Union

IN i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

NS c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

RE eurz : Europe

PUB Dow Jones & Company, Inc.

AN Document DJDN000020151208ebc8001ct

DOW JONES NEWSWIRES

**HD** **EU Imposes Formal Antitrust Charges on Qualcomm**

**BY** By Tom Fairless

**WC** 206 words

**PD** 8 December 2015

**ET** 07:06

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

BRUSSELS--European Union antitrust regulators have imposed formal charges on Qualcomm Inc. over allegations that the mobile chip maker sought to stifle competition by charging prices below its production costs and paying a client to exclusively use its products.

The European Commission, the bloc's top antitrust authority, said Tuesday it had issued Qualcomm with two sets of formal charges after reaching the preliminary conclusion that the chip maker had attempted to force its competitor Icera out of the market, in potential breach of EU law.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said in a statement.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue and be forced to change its business practices.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge.

It can also ask for an oral hearing before the regulator to better explain its case.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

08-12-15 1206GMT

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020151208ebc8000af

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Onconova, United Natural Foods, Onconova,**

**WC** 853 words

**PD** 8 December 2015

**ET** 09:13

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s )

U.S. stock index e-mini futures fell on Tuesday as weak trade data out of China reignited fears of a global economic slowdown and oil prices continued to slide: Dow Jones industrial average futures were down 1.10 percent at 17,561, S&P 500 futures were down 1.15 percent at 2,057 and Nasdaq 100 futures were down 1.21 percent at 4,644.

**TD**

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, Monday close $19.53, +7.68 pct premarket

The chipmaker said it received an unsolicited buyout proposal that values the company at $2.46 billion, topping an earlier offer made by ON Semiconductor Corp. The cash offer of $21.70 per share is a 11.1 percent premium to Fairchild's Monday close.

** QUALCOMM INC, Monday close $52.43, -3.49 pct premarket

EU antitrust regulators accuse the chipmaker of using its power to thwart rivals, putting the company at risk of paying a hefty fine. Qualcomm also said Taiwan's Fair Trade Commission had launched an investigation into whether its patent licensing arrangements violate the Taiwan Fair Trade Act.

** CHIPOTLE MEXICAN GRILL, Monday close $551.75, -4.12 pct premarket

Thirty Boston College students got sick after eating at the Chipotle Mexican Grill over the weekend, a school spokesman said, worsening fears of more food poisoning problems at the burrito chain. Chipotle said it had temporarily closed its restaurant in Boston's Cleveland Circle, where a college spokesman said all the students reported eating, while it works with local health officials to investigate the illnesses.

** ONCONOVA THERAPEUTICS INC, Monday close $1.31, +34.35 pct premarket

The drug developer said its oral cancer drug rigosertib, in combination with FDA-approved Vidaza, was effective in a study in patients with myelodysplastic syndrome.

** UNITED NATURAL FOODS INC, Monday close $44.03, -13.29 pct premarket

At least eight brokerages cut their price targets on the natural and organic food distributor's stock by as much as $12 to as low as $39 after it reported a lower-than-expected quarterly profit on Monday.

** OUTERWALL INC, Monday close $58.06, -20.17 pct premarket

At least four brokerages cut their price targets on the Redbox DVD rental kiosks owner's stock after the company cut its full-year forecast to below analysts' expectation on Monday.

** NORFOLK SOUTHERN CORP, Monday close $91.52, -2.75 pct premarket

Canadian Pacific Railway Ltd revised its offer to buy U.S. railroad operator Norfolk, less than a week after its previous $28.4 billion proposal was rejected - and it was promptly rejected again.

** STAPLES INC, Monday close $10.66, -1.50 pct premarket

** OFFICE DEPOT INC, Monday close $5.59, -6.98 pct premarket

The U.S. Federal Trade Commission said it had filed a complaint aimed at stopping Staples, the nation's largest office supply store, from buying its top rival, Office Depot. Canada's Competition Bureau also said on Monday it would challenge the proposed transaction, which has received the green light from competition authorities in China, Australia and New Zealand.

** VALEANT PHARMACEUTICALS INTERNATIONAL INC, Monday close $92.24, -2.86 pct premarket

The Canadian drugmaker is reaching out to potential buyers for its specialty contact lens manufacturing division, Paragon Vision Sciences, amid scrutiny from the Federal Trade Commission, according to two people familiar with the matter.

** CHESAPEAKE ENERGY CORP, Monday close $4.27, -5.62 pct premarket

Barclays Capital cut its price target on the U.S. natgas producer's stock to $3 from $5, citing "very low commodity price realizations driven by unfavorable contract arrangements."

** VERIZON COMMUNICATIONS INC, Monday close $46.06, -0.96 pct premarket

** YAHOO INC, Monday close $34.68, -1.21 pct premarket

Verizon Communications Chief Financial Officer Fran Shammo, said the No. 1 U.S. wireless carrier could look at buying Yahoo's core business, which includes Mail, its news and sports sites and advertising technology, if it is a good fit.

Tech news site Re/code said Yahoo might make big changes to its media unit, restructuring and consolidating it, including making cuts and shuttering some efforts.

** PEP BOYS-MANNY, MOE & JACK, Monday close $16.06, -1.31 pct premarket

The U.S. auto parts retailer said its board determined that Carl Icahn's offer to buy the company for $15.50 per share could result in a "superior proposal" compared with Bridgestone Corp's offer.

** NEWELL RUBBERMAID INC, Monday close $48.16, -0.44 pct premarket

** JARDEN CORP, Monday close $50.09, +2.22 pct premarket

Newell Rubbermaid, known for its Sharpie markers and Parker pens, is in talks to combine with consumer products company Jarden Corp, according to a person familiar with the matter who requested anonymity because the negotiations are confidential. (Compiled by Sruthi Shankar in Bengaluru; Editing by Kirti Pandey)

**RF** Released: 2015-12-11T14:13:51.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | unnatf : United Natural Foods Inc | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | i61 : Wholesalers | i64 : Retail/Wholesale | ifodwh : Food Wholesaling | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** ccat : Corporate/Industrial News | reqrcm : Suggested Reading Computers | redit : Selection of Top Stories/Trends/Analysis | reqr : Suggested Reading Industry News

**RE** usa : United States | namz : North America

**IPD** Business

 © 2023 Factiva, Inc. All rights reserved.

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800h7j

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | ***Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says** |
| **WC** | 90 words |
| **PD** | 8 December 2015 |
| **ET** | 06:14 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

8 Dec 2015 06:14 ET *Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic

8 Dec 2015 06:14 ET *Qualcomm: Our Sales Practices Have Always Complied with European Competition Law

**TD**

8 Dec 2015 06:15 ET *Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements

8 Dec 2015 06:15 ET *Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules

(MORE TO FOLLOW) Dow Jones Newswires

December 08, 2015 06:15 ET (11:15 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| cinfpo : Information Technology Policy \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe \| taiwan : Taiwan \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151208ebc8001ck |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements** |
| **WC** | 35 words |
| **PD** | 8 December 2015 |
| **ET** | 06:16 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:15 ET (11:15 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1116GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe \| taiwan : Taiwan \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009w |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules** |
| WC | 35 words |
| PD | 8 December 2015 |
| ET | 06:17 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:15 ET (11:15 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1117GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| RE | eurz : Europe \| taiwan : Taiwan \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc80009x |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm: Our Sales Practices Have Always Complied with European Competition Law** |
| WC | 35 words |
| PD | 8 December 2015 |
| ET | 06:16 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:14 ET (11:14 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1116GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| RE | eurz : Europe |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc80009v |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic** |
| **WC** | 33 words |
| **PD** | 8 December 2015 |
| **ET** | 06:15 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

(MORE TO FOLLOW) Dow Jones Newswires

December 08, 2015 06:14 ET (11:14 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

08-12-15 1115GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009u |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says** |
| **WC** | 34 words |
| **PD** | 8 December 2015 |
| **ET** | 06:15 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:14 ET (11:14 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1115GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009t |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets** |
| **WC** | 37 words |
| **PD** | 8 December 2015 |
| **ET** | 05:53 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:47 ET (10:47 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1053GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009c |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments** |
| **WC** | 33 words |
| **PD** | 8 December 2015 |
| **ET** | 05:52 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

(MORE TO FOLLOW) Dow Jones Newswires

December 08, 2015 05:47 ET (10:47 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

08-12-15 1052GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | cprpr : Predatory Pricing \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| c31 : Marketing/Markets \| c314 : Pricing \| c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009b |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **EU Issues Qualcomm With Two Sets of Formal Charges** |
| WC | 34 words |
| PD | 8 December 2015 |
| ET | 05:48 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:46 ET (10:46 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1048GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| RE | eurz : Europe |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc800099 |



PX32

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival** |
| WC | 36 words |
| PD | 8 December 2015 |
| ET | 05:54 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:47 ET (10:47 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1054GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| RE | eurz : Europe |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc80009d |

FT FINANCIAL TIMES

**HD** **EU accuses Qualcomm of impeding rivals**

**BY** Christian Oliver in Brussels

**WC** 501 words

**PD** 8 December 2015

**ET** 09:01

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2015 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

The European Commission on Tuesday launched two antitrust cases against Qualcomm, charging the US technology company with distorting competition in the critical market for the chips used in smartphones and other mobile devices.

Brussels said that Qualcomm "may have" made illegal payments since 2011 to an unnamed major manufacturer of smartphones and tablets for exclusively using its chipsets.

**TD**

The second charge was that Qualcomm sold its chipsets below cost between 2009 and 2011 to force its British competitor Icera out of the market. Qualcomm said that this charge of "predatory pricing" related to dongles — small USB devices that can be used on laptops to provide connectivity to the internet and external functions, such as audio, video and data.

The charges come after the commission launched an investigation into Qualcomm earlier this year.

Margrethe Vestager, EU competition commissioner, complained that these practices harmed European consumers, as smartphones and tablets play an ever more important role in the European economy.

"Many consumers enjoy high-speed internet on smartphones and other devices — baseband chipsets are key components that make this happen. I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," she said.

Qualcomm has several months to respond to the charge sheets, but insisted that it had done nothing that would hinder competition in the European market.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, Qualcomm's general counsel and executive vice-president.

Qualcomm is the world's largest supplier of baseband chipsets, which are vital components in smartphones, tablets and other mobile devices.

In theory, the commission has the power to levy a fine of anything up to 10 per cent of the previous financial year's turnover in antitrust cases, if it ultimately finds wrongdoing. Qualcomm's revenue in the 2015 fiscal year to September 27 was $25bn, but a fine of $2.5bn would greatly exceed any sum that Brussels has ever demanded as a fine against a single company in one instalment.

The EU's action comes a month after South Korea became the first country to challenge a core aspect of its technology licensing practices, driving shares to a four-year low.

Qualcomm also said on Tuesday that Taiwan's regulators had requested information on the company's patent licensing arrangements. Qualcomm said the case was in its early stages and added that it believed its business practices were legal.

Opening a case against Qualcomm will only fuel accusations from US officials that Ms Vestager is targeting American companies more often than their European rivals.

She opened a landmark antitrust case against Google's retail search business earlier this year and has pursued high-profile investigations into European tax planning of Apple, Amazon, Starbucks and McDonald's. She rejects the accusations of anti-US bias.

**CO** eucmm : European Commission | qcom : Qualcomm Incorporated

**IN** i8361 : Tax Preparation Services | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Equipment | i34411 : Mobile Communications Devices | i3454 : Personal Electronics | i836 : Accounting | iacc : Accounting/Consulting | ibcs : Business/Consumer Services | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gptech : Personal Technology | ccat : Corporate/Industrial News | gcat : Political/General News | glife : Living/Lifestyle | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020151208ebc8005eu

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 12/08/2015 to 12/08/2015 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 39 |
| Timestamp | 5 June 2023 11:43 |

 © 2023 Factiva, Inc. All rights reserved.

## Appendix 6

## Qualcomm Incorporated

DOW JONES

Qualcomm Comments on Regulatory Matters ....................3

Press Release: Qualcomm Comments on Regulatory Matters ....................5

Antitrust: Commission sends two Statements of Objections on exclusivity payments and predatory pricing to Qualcomm ....................7

Qualcomm Receives European Commission Antitrust Objections Over Sales Tactics ....................9

EU antitrust regulators accuse Qualcomm of hindering rivals ....................11

Qualcomm faces investigation by Taiwan's Fair Trade Commission ....................12

EU accuses Qualcomm of using market power to hinder rivals ....................13

News Highlights: Equities Stories Of The Day ....................15

UPDATE 2-EU accuses Qualcomm of using market power to hinder rivals ....................17

Qualcomm and Xiaomi Sign 3G/4G License Agreement ....................19

EU Slaps Qualcomm with Antitrust Charges --Update ....................21

EU Slaps Qualcomm with Antitrust Charges --Update ....................23

China chips away at U.S., Taiwan semiconductor dominance ....................25

China chips away at U.S., Taiwan semiconductor dominance ....................27

EU starts anti-trust action against Qualcomm over exclusivity payments, predatory pricing ....................29

EU starts anti-trust action against Qualcomm ....................30

BUZZ-Qualcomm accused of muscling aside competition ....................31

EU Slaps Qualcomm With Antitrust Charges ....................33

EU Slaps Qualcomm With Antitrust Charges ....................35

EU Slaps Qualcomm with Antitrust Charges -- 2nd Update ....................37

EU Slaps Qualcomm with Antitrust Charges -- 2nd Update ....................39

EU Slaps Qualcomm With Antitrust Charges ....................41

EU Slaps Qualcomm With Antitrust Charges ....................43

*EU Issues Qualcomm With Two Sets of Formal Charges ....................45

EU slaps Qualcomm with antitrust charges; European Commission says chip maker sought to stifle competition .......... 47

EU Imposes Formal Antitrust Charges on Qualcomm ....................49

EU Imposes Formal Antitrust Charges on Qualcomm ....................50

BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Onconova, United Natural Foods, Onconova, ....................51

*Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says ....................54

Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements ....................55

 © 2023 Factiva, Inc. All rights reserved.

Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules ....................................................56

Qualcomm: Our Sales Practices Have Always Complied with European Competition Law .........................................57

Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic ............................................................................58

Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says .............................................................59

EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets.............................................60

EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments .........................................................................61

EU Issues Qualcomm With Two Sets of Formal Charges...............................................................................................62

EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival .....................................................................63

EU accuses Qualcomm of impeding rivals ......................................................................................................................64

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm Comments on Regulatory Matters**

**WC** 468 words

**PD** 8 December 2015

**ET** 06:19

**SN** PR Newswire (U.S.)

**SC** PRN

**LA** English

**CY** Copyright © 2015 PR Newswire Association LLC. All Rights Reserved.

**LP**

SAN DIEGO, Dec. 8, 2015 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today received courtesy copies of two Statements of Objections (SO) from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

**TD**

"Qualcomm has been cooperating with the Commission since the outset of these matters, and now that we've received the Statements of Objections, we welcome the chance to formally respond," said Qualcomm general counsel and executive vice president, Don Rosenberg. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law."

The matters were previously disclosed by the Company. One SO concerns the supply of Qualcomm's chipsets to a single customer under an existing agreement. The other SO concerns Qualcomm's sales to two customers from 2009 through 2011 of three chipsets incorporated into dongles -- small USB devices that at the time were used to provide cellular connectivity for laptops.

Separately, the Taiwan Fair Trade Commission ("TFTC") has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act (the "Act"). This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

About Qualcomm Incorporated

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other. For more information, visit Qualcomm's website, OnQ blog, Twitter and Facebook pages.

Qualcomm is a registered trademark of Qualcomm Incorporated. All other trademarks are the property of their respective owners.

Qualcomm Contacts:

Tina Asmar, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Warren Kneeshaw, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/qualcomm-comments-on-regulatory-matters-300189571.html

SOURCE Qualcomm Incorporated

Web site: https://www.qualcomm.com

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPC** ABO

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020151208ebc80002x

DOW JONES NEWSWIRES

**HD** **Press Release: Qualcomm Comments on Regulatory Matters**

**WC** 495 words

**PD** 8 December 2015

**ET** 06:19

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Comments on Regulatory Matters

PR Newswire

**TD**

SAN DIEGO, Dec. 8, 2015

SAN DIEGO, Dec. 8, 2015 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today received courtesy copies of two Statements of Objections (SO) from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

"Qualcomm has been cooperating with the Commission since the outset of these matters, and now that we've received the Statements of Objections, we welcome the chance to formally respond," said Qualcomm general counsel and executive vice president, Don Rosenberg. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law."

The matters were previously disclosed by the Company. One SO concerns the supply of Qualcomm's chipsets to a single customer under an existing agreement. The other SO concerns Qualcomm's sales to two customers from 2009 through 2011 of three chipsets incorporated into dongles -- small USB devices that at the time were used to provide cellular connectivity for laptops.

Separately, the Taiwan Fair Trade Commission ("TFTC") has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act (the "Act"). This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

About Qualcomm Incorporated

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other. For more information, visit Qualcomm's website, OnQ blog, Twitter and Facebook pages.

Qualcomm is a registered trademark of Qualcomm Incorporated. All other trademarks are the property of their respective owners.

Qualcomm Contacts:

Tina Asmar, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Warren Kneeshaw, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/qualcomm-comments-on-regulatory-matters-300189571.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END) Dow Jones Newswires

December 08, 2015 06:19 ET (11:19 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | npress : Press Releases | ncat : Content Types | nfact : Factiva Filters

**RE** eurz : Europe | usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001ai

HD **Antitrust: Commission sends two Statements of Objections on exclusivity payments and predatory pricing to Qualcomm**

WC 848 words
PD 8 December 2015
SN M2 Presswire
SC MTPW
LA English
CY © 2015, M2 Communications. All rights reserved.

LP

The European Commission has informed Qualcomm of its preliminary conclusions that the chipset company illegally paid a major customer for exclusively using Qualcomm chipsets and sold chipsets below cost with the aim of forcing its competitor Icera out of the market, in potential breach of EU antitrust rules.

EU Commissioner in charge of competition policy Margrethe Vestager said: “Many consumers enjoy high-speed internet on smartphones and other devices - baseband chipsets are key components that make this happen. I am concerned that Qualcomm’s actions may have pushed out competitors or prevented them from competing. We need to make sure that European consumers continue to benefit from competition and innovation in an area which is at the heart of today’s economy.”

TD

Consumers increasingly access the internet through mobile devices - therefore it is important that effective competition takes place for the supply of one of the key components of such devices: baseband chipsets process communication functions in smartphones, tablets and other mobile broadband devices. They are used both for voice and data transmission.

The Commission has sent two Statements of Objections to Qualcomm in separate investigations, outlining the Commission’s preliminary view that the company has abused its dominant position in the worldwide markets for 3G (UMTS) and 4G (LTE) baseband chipsets, in breach of EU antitrust rules, in particular Article 102 of the Treaty on the Functioning of the European Union (TFEU).

Qualcomm is the world’s largest supplier of baseband chipsets.

Under EU antitrust rules, dominant companies have a responsibility not to abuse their powerful market position by restricting competition. The sending of a statement of objections does not prejudge the outcome of the investigation.

Exclusivity payment Statement of Objections

The first Statement of Objections outlines that since 2011, Qualcomm has paid significant amounts to a major smartphone and tablet manufacturer on condition that it exclusively use Qualcomm baseband chipsets in its smartphones and tablets. The Commission takes the preliminary view that this conduct has reduced the manufacturer’s incentives to source chipsets from Qualcomm’s competitors and has harmed competition and innovation in the markets for UMTS and LTE baseband chipsets. The contract between Qualcomm and the manufacturer containing the exclusivity clauses is still in force.

Predatory pricing Statement of Objections

The second Statement of Objections takes the preliminary view that between 2009 and 2011 Qualcomm engaged in ‘predatory pricing’ by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market. This conduct appears to have taken place at a time when Icera posed a growing threat to Qualcomm in the leading edge segment of the market, offering advanced data rate performance. In the Commission’s preliminary view, Qualcomm reacted to that threat by selling certain

quantities of its UMTS baseband chipsets to two of its customers at prices that did not cover Qualcomm's costs, with the aim of forcing Icera out of the market.

The Commission's investigations

In July 2015, the Commission opened two formal antitrust investigations to assess concerns that Qualcomm may have abused a dominant position in the area of baseband chipsets through two separate conducts.

The Commission has informed Qualcomm and the competition authorities of the Member States that it has issued Statements of Objections in these cases.

Qualcomm now has the opportunity to respond to the Commission's allegations outlined in the Statements of Objections within 3 months as regards the exclusivity payment objections and 4 months as regards the predatory pricing objections, and to ask for an oral hearing in each case.

Procedural background

Article 102 TFEU prohibits the abuse of a dominant position which may affect trade and prevent or restrict competition in the Single Market. The implementation of these provisions is defined in the Antitrust Regulation (Council Regulation No 1/2003), which can be applied by the Commission and by the national competition authorities of EU Member States.

A statement of objections is a formal step in Commission investigations into suspected violations of EU antitrust rules. The Commission informs the parties concerned in writing of the objections raised against them and the parties can examine the documents in the Commission's investigation file, reply in writing and request an oral hearing to present their comments on the case before representatives of the Commission and national competition authorities.

There is no legal deadline to complete inquiries into anti-competitive conduct. The duration of an antitrust investigation depends on a number of factors, including the complexity of the case, the extent to which the undertaking concerned cooperates with the Commission and the exercise of the rights of defence.

More information on this case will be available under the case numbers 39711 and 40220 in the public case register on the Commission's competition website.

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** qcom : Qualcomm Incorporated

**IN** itablcm : Tablet Computers | i3302 : Computers/Consumer Electronics | i3302011 : Portable Computers | i3454 : Personal Electronics | icomp : Computing | icph : Computer Hardware | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** cprpr : Predatory Pricing | c314 : Pricing | c34 : Anti-Competition Issues | npress : Press Releases | c31 : Marketing/Markets | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**PUB** Normans Media Ltd

**AN** Document MTPW000020151208ebc8001uq

**SE** Business

**HD** **Qualcomm Receives European Commission Antitrust Objections Over Sales Tactics**

**WC** 432 words

**PD** 8 December 2015

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2015 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - The European Commission said that it has informed Qualcomm Inc. (QCOM) of its preliminary conclusions that the chipset company illegally paid a major customer for exclusively using Qualcomm chipsets and sold chipsets below cost with the aim of forcing its competitor Icera out of the market, in potential breach of EU antitrust rules.

In a separate press release, Qualcomm said that it received courtesy copies of two Statements of Objections or SO from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

**TD**

The Commission today noted that Qualcomm now has the opportunity to respond to the Commission's allegations outlined in the Statements of Objections within 3 months as regards the exclusivity payment objections and 4 months as regards the predatory pricing objections, and to ask for an oral hearing in each case.

The Commission has sent two Statements of Objections to Qualcomm in separate investigations, outlining the Commission's preliminary view that the company has abused its dominant position in the worldwide markets for 3G (UMTS) and 4G (LTE) baseband chipsets, in breach of EU antitrust rules, in particular Article 102 of the Treaty on the Functioning of the European Union (TFEU).

The first Statement of Objections outlines that since 2011, Qualcomm has paid significant amounts to a major smartphone and tablet manufacturer on condition that it exclusively use Qualcomm baseband chipsets in its smartphones and tablets.

The second Statement of Objections takes the preliminary view that between 2009 and 2011 Qualcomm engaged in 'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market.

In July 2015, the Commission opened two formal antitrust investigations to assess concerns that Qualcomm may have abused a dominant position in the area of baseband chipsets through two separate conducts.

Separately, the Taiwan Fair Trade Commission or "TFTC" has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act . This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2015 RTTNews.com. All Rights Reserved

**CO** qcom : Qualcomm Incorporated | eucmm : European Commission | euruno : The European Union

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020151208ebc8003ec

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **EU antitrust regulators accuse Qualcomm of hindering rivals** |
| **WC** | 115 words |
| **PD** | 8 December 2015 |
| **ET** | 05:56 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2015 Thomson Reuters. All Rights Reserved. |

**LP**

BRUSSELS, Dec 8 (Reuters) - European Union antitrust regulators charged U.S. chipmaker Qualcomm on Tuesday of using anti-competitive practices to block rivals.

The accusations by the European Commission set out in a charge sheet known as a statement of objections followed a formal investigation begun in July.

**TD**

"The Commission informed Qualcomm of its preliminary conclusions that the company may have illegally paid a major customer for exclusively using its chipsets and sold chipsets below cost with the aim of forcing a competitor out of the market," the EU executive said. (Reporting by Foo Yun Chee; editing by Philip Blenkinsop)

| | |
|---|---|
| **RF** | Released: 2015-12-8T11:56:29.000Z |
| **CO** | euruno : The European Union \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ginda : Independent Advisory Bodies \| c13 : Regulation/Government Policy \| gcrim : Crime/Courts \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gpir : Politics/International Relations \| gpol : Domestic Politics \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eecz : European Union Countries \| usa : United States \| eurz : Europe \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151208ebc800bzb |

REUTERS

| | |
|---|---|
| HD | **Qualcomm faces investigation by Taiwan's Fair Trade Commission** |
| WC | 67 words |
| PD | 8 December 2015 |
| ET | 06:41 |
| SN | Reuters News |
| SC | LBA |
| LA | English |
| CY | Copyright 2015 Thomson Reuters. All Rights Reserved. |
| LP | |

Dec 8 (Reuters) - Qualcomm Inc said Taiwan's Fair Trade Commission has launched an investigation into whether the chipmaker's patent licensing arrangements violate the Taiwan Fair Trade Act.

The investigation is in its early stages, Qualcomm said on Tuesday. (Reporting by Anya George Tharakan in Bengaluru; Editing by Saumyadeb Chakrabarty)

| | |
|---|---|
| RF | Released: 2015-12-8T12:41:21.000Z |
| CO | ftcey : Taiwan Fair Trade Commission \| qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | taiwan : Taiwan \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia \| namz : North America |
| IPD | Business |
| IPC | SERVICE:ABN |
| PUB | Thomson Reuters (Markets) LLC |
| AN | Document LBA0000020151208ebc800dl9 |

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **EU accuses Qualcomm of using market power to hinder rivals**

BY By Foo Yun Chee

WC 447 words

PD 8 December 2015

ET 07:46

SN Reuters News

SC LBA

LA English

CY Copyright 2015 Thomson Reuters. All Rights Reserved.

LP

BRUSSELS (Reuters) - European Union antitrust regulators charged Qualcomm on Tuesday with abusing its market power to thwart rivals, putting the world's number one mobile chipset maker at risk of a hefty fine.

The accusations by the European Commission are the latest antitrust problems for the company as regulators in the United States, China, Japan and South Korea look into its licensing model and its dominant patents in mobile networks and devices.

TD

Qualcomm, which competes with rival MediaTek Inc, said the Taiwan Fair Trade Commission had also opened an investigation into its patent licensing deals.

The EU executive's accusations, set out in two charge sheets known as statements of objections, followed a formal investigation begun in July.

The EU competition enforcer said Qualcomm might have illegally paid a major customer for exclusively using its chipsets and it also sold chipsets below cost with the aim of forcing a competitor out of the market in a practice known as predatory pricing.

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," European Competition Commissioner Margrethe Vestager said in a statement.

Qualcomm said it has been given several months to respond to the charges of predatory pricing between 2009 and 2011 and of exclusivity payments since 2011.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm’s sales practices have always complied with European competition law," Qualcomm general counsel Don Rosenberg said in a statement.

Qualcomm could face a $2.7 billion fine, equivalent to 10 percent of its 2014 worldwide revenue, if found guilty of breaching EU rules. In February it paid a $975 million fine to end a 14-month investigation by the Chinese government into anti-competitive practices.

The predatory pricing case against the company followed a complaint from British phone software maker Icera, which later was acquired by Nvidia Corp in a bid to enter the market for smartphone chips and compete with Qualcomm.

Qualcomm, which makes software and chips used in smartphones, tablets and gaming devices, is known for its Snapdragon processor used in high-end smartphones and tablets made by Samsung Electronics Co Ltd and HTC Corp.

Apple's iPhone 6 also uses a Qualcomm 4G modem.

In 2009, the EU authority scrapped a two-year antitrust probe into whether Qualcomm charged unreasonably high royalties for integral technology of global 3G phone standards after rivals withdrew their complaints.

(Reporting by Foo Yun Chee; editing by Philip Blenkinsop and Jane Merriman)

| | |
|---|---|
| **RF** | Released: 2015-12-8T12:46:08.000Z |
| **CO** | ftcey : Taiwan Fair Trade Commission \| mdatek : MediaTek Incorporated \| euruno : The European Union \| qcom : Qualcomm Incorporated |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iintcir : Integrated Circuits |
| **NS** | c34 : Anti-Competition Issues \| cinprp : Industrial Property Rights \| ginda : Independent Advisory Bodies \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| gcat : Political/General News \| gpir : Politics/International Relations \| gpol : Domestic Politics \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eecz : European Union Countries \| usa : United States \| eurz : Europe \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:EDXCLM |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151208ebc800ct5 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **News Highlights: Equities Stories Of The Day** |
| **WC** | 604 words |
| **PD** | 8 December 2015 |
| **ET** | 08:16 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

Home Depot Sets Long-Term Targets

Home Depot reaffirmed its guidance for the current fiscal year and unveiled new long-term financial targets that include sales topping $100 billion in fiscal 2018.

**TD**

AutoZone Profit Grows on Inventory Improvements

AutoZone logged profit growth above expectations in its latest quarter as sales got a boost from inventory and distribution improvements.

EU Slaps Qualcomm with Antitrust Charges

Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

NowThis Raises $16.2 Million Round Led by Axel Springer

NowThis, the digital media company that distributes short video clips across social media networks, has raised $16.2 million from an investor group led by Germany's Axel Springer.

Anglo American to Slash Assets, Cut 85,000 Jobs

Anglo American announced a radical restructuring of its business that includes more asset sales and cutting 63% of its workforce in a bid to weather the severe slump in commodity prices.

Norfolk Southern Bucks Revised Offer From Canadian Pacific

Norfolk Southern bucked Canadian Pacific's revised merger offer on Tuesday, calling it "grossly inadequate" and not in the best interest of the company or its shareholders.

Toll Brothers Posts Weaker-Than-Expected Profit

Luxury home builder Toll Brothers reported a weaker-than-expected profit for its fourth quarter even as its revenue and the housing market in general continued to grow.

Rio Tinto Dials Back Budget for Major Projects

Rio Tinto will spend less on major projects next year than it expected, as the miner takes a strict approach to expenditures amid a commodity market downturn.

VTech Has Yet to Put a Price on Hack, Chairman Says

Learning-products maker VTech Holdings is still in the dark over the identity of a hacker who stole personal information of millions of children and adults, Chairman Allan Wong said, and it may be weeks before it's back online.

Chinese Railway Builder, Malaysian Tycoon Join in Bid for 1MDB Land

A Chinese railroad builder and a Malaysian property tycoon have teamed up on a bid for a stake in some Kuala Lumpur land that controversial Malaysian government investment fund 1MDB is selling to reduce debt.

HD Supply Profit Improves on Unit Sale

HD Supply said profit more than quadrupled in its latest quarter, as the industrial distributor benefited from the sale of its power solutions unit, as well as sales growth and gross margin expansion.

Chinese Lender to Start Taking Orders for IPO

Bank of Zhengzhou plans to start taking orders for its up to US$723 million initial public offering in Hong Kong.

Air France-KLM Revenue Slides After Paris Attacks

Air France-KLM said the Paris terror attacks that left 130 people dead in the French capital cost it $54 million in November in lost revenue.

Woodside Drops $8.4 Billion Bid for Rival Oil Search

Woodside Petroleum has abandoned its proposal to create a regional oil-and-gas champion with the acquisition bid.

Newell Rubbermaid, Jarden in Merger Talks

Newell Rubbermaid and Jarden are in talks to combine, in a deal that would unite makers of products like Sharpie markers, Graco baby strollers and Mr. Coffee machines.

Brazil Indicts BTG's Esteves and Sen. Delcidio do Amaral

Brazilian prosecutors indicted the former chief executive officer of investment bank BTG Pactual, André Esteves, and Sen. Delcidio do Amaral on Monday on charges of interfering with a criminal investigation.

(END) Dow Jones Newswires

December 08, 2015 08:16 ET (13:16 GMT)

**CO** qcom : Qualcomm Incorporated | homd : The Home Depot, Inc.

**IN** i34531 : Semiconductors | i64 : Retail/Wholesale | i648 : Household Goods/Hardware Stores | i6483 : Decorating/DIY/Hardware Stores | i654 : Specialty Stores | iindele : Industrial Electronics | iindstrls : Industrial Goods | iretail : Retail | itech : Technology

**NS** c181 : Acquisitions/Mergers/Shareholdings | ncdig : Corporate Digests | nfiac : Fixed Income Asset Class News | nhhour : Headlines of the Hour | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001qu

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **UPDATE 2-EU accuses Qualcomm of using market power to hinder rivals**

**WC** 455 words

**PD** 8 December 2015

**ET** 07:45

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

(Adds Taiwan investigation, details)

By Foo Yun Chee

**TD**

BRUSSELS, Dec 8 (Reuters) - European Union antitrust regulators charged Qualcomm on Tuesday with abusing its market power to thwart rivals, putting the world's number one mobile chipset maker at risk of a hefty fine.

The accusations by the European Commission are the latest antitrust problems for the company as regulators in the United States, China, Japan and South Korea look into its licensing model and its dominant patents in mobile networks and devices.

Qualcomm, which competes with rival MediaTek Inc, said the Taiwan Fair Trade Commission had also opened an investigation into its patent licensing deals.

The EU executive's accusations, set out in two charge sheets known as statements of objections, followed a formal investigation begun in July.

The EU competition enforcer said Qualcomm might have illegally paid a major customer for exclusively using its chipsets and it also sold chipsets below cost with the aim of forcing a competitor out of the market in a practice known as predatory pricing.

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," European Competition Commissioner Margrethe Vestager said in a statement.

Qualcomm said it has been given several months to respond to the charges of predatory pricing between 2009 and 2011 and of exclusivity payments since 2011.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm general counsel Don Rosenberg said in a statement.

Qualcomm could face a $2.7 billion fine, equivalent to 10 percent of its 2014 worldwide revenue, if found guilty of breaching EU rules. In February it paid a $975 million fine to end a 14-month investigation by the Chinese government into anti-competitive practices.

The predatory pricing case against the company followed a complaint from British phone software maker Icera, which later was acquired by Nvidia Corp in a bid to enter the market for smartphone chips and compete with Qualcomm.

Qualcomm, which makes software and chips used in smartphones, tablets and gaming devices, is known for its Snapdragon processor used in high-end smartphones and tablets made by Samsung Electronics Co Ltd and HTC Corp .

Apple's iPhone 6 also uses a Qualcomm 4G modem.

In 2009, the EU authority scrapped a two-year antitrust probe into whether Qualcomm charged unreasonably high royalties for integral technology of global 3G phone standards after rivals withdrew their complaints. (Reporting by Foo Yun Chee; editing by Philip Blenkinsop and Jane Merriman)

| | |
|---|---|
| **RF** | Released: 2015-12-8T13:45:12.000Z |
| **CO** | ftcey : Taiwan Fair Trade Commission \| mdatek : MediaTek Incorporated \| qcom : Qualcomm Incorporated |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iintcir : Integrated Circuits |
| **NS** | c34 : Anti-Competition Issues \| gcrim : Crime/Courts \| ccat : Corporate/Industrial News \| gcat : Political/General News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eecz : European Union Countries \| usa : United States \| eurz : Europe \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151208ebc800d4p |

 © 2023 Factiva, Inc. All rights reserved.

HD **Qualcomm and Xiaomi Sign 3G/4G License Agreement**

WC 442 words

PD 8 December 2015

SN ENP Newswire

SC ENPNEW

LA English

CY (c) 2015, Electronic News Publishing. All Rights Reserved.

LP

Release date - 07122015

Qualcomm Incorporated (NASDAQ: QCOM) and Xiaomi, a leading Chinese smartphone and Internet company, today announced that they have entered into a new 3G and 4G China patent license agreement.

TD

Under the terms of the agreement, Qualcomm has granted Xiaomi a royalty-bearing patent license to develop, manufacture and sell 3G (WCDMA and CDMA2000) and 4G, including 3-mode (LTE-TDD, TD-SCDMA and GSM), complete devices. The royalties payable by Xiaomi are consistent with the terms of the rectification plan submitted by Qualcomm to China's National Reform and Development Commission.

'Xiaomi prides itself on embracing and leading smartphone innovation through its popular line of Mi devices,' said Lei Jun, CEO of Xiaomi. 'A license from Qualcomm will play an important role in helping us bring the newest and most innovative products to our growing customer base.'

'Qualcomm is committed to the success of its partners in China as they continue to grow their businesses and we are pleased to reach this new agreement with Xiaomi,' said Derek Aberle, President of Qualcomm Incorporated. 'We work closely with our partners, such as Xiaomi, to push the boundaries of what's possible and drive the advancement of the mobile industry.'

About Xiaomi

Xiaomi was founded in 2010 by serial entrepreneur Lei Jun, who believes that high-quality technology doesn't need to cost a fortune. We create remarkable hardware, software, and internet services for and with the help of our Mi fans. We incorporate their feedback into our product range, which currently includes the Mi Note Pro, Mi Note, Mi 4, Redmi 2, Mi TV, Mi Band and other accessories. With more than 61 million handsets sold in 2014, and products launched in Taiwan, Hong Kong, Singapore, Malaysia, Philippines, India, Indonesia and Brazil, Xiaomi is expanding its footprint across the world to become a global brand.

About Qualcomm

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a wholly-owned subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other.

Contact:

Tina Asmar Tel: 1-858-845-5959 Email: corpcomm@qualcomm.com

[Editorial queries for this story should be sent to newswire@enpublishing.co.uk]

**CO** qcom : Qualcomm Incorporated | bxmtcc : Beijing Xiaomi Technology Co. Ltd.

**IN** i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i34531 : Semiconductors | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | ismart : Smartphones | itech : Technology

**NS** c334 : Licensing Agreements | cinprp : Industrial Property Rights | npress : Press Releases | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**PUB** Electronic News Publishing Ltd.

**AN** Document ENPNEW0020151208ebc8000k6

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **EU Slaps Qualcomm with Antitrust Charges --Update**

**BY** By Tom Fairless

**WC** 758 words

**PD** 8 December 2015

**ET** 07:55

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

BRUSSELS--Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips, and selling chips below cost to force a competitor, Icera, out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm said it was cooperating with EU authorities. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm's general counsel Don Rosenberg said.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge. It can also ask for an oral hearing before the regulator to better explain its case.

The chip maker also said that it was being investigated by Taiwan's antitrust authority over its patent-licensing arrangements and that it would cooperate with that probe, adding that it believes it complies with local rules.

Qualcomm is the world's largest supplier of baseband chips, which are used to process communications in smartphones, tablets and other mobile broadband devices. The company scooped rivals in delivering chips able to use fourth-generation LTE wireless networks. Several companies have dropped out of the baseband business, including Texas Instruments Inc. and Broadcom Corp., because of the uphill task of competing with Qualcomm and other suppliers.

But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations into the company so far have focused mainly on its licensing practices.

The U.S. Federal Trade Commission, for example, last autumn notified Qualcomm that it was investigating its licensing business. Qualcomm's patent power was also the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

The EU's predatory pricing investigation stems from concerns raised by Icera Inc., a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU said five months ago it had opened two formal investigations into Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011, on condition that it exclusively use Qualcomm's baseband chips in its smartphones and tablets. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have reacted to a growing threat from Icera by selling chips to two of its customers at prices that didn't cover its costs, "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009, without action against the company.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 07:55 ET (12:55 GMT)

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | cinfpo : Information Technology Policy | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001mi

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **EU Slaps Qualcomm with Antitrust Charges --Update**

**BY** By Tom Fairless

**WC** 758 words

**PD** 8 December 2015

**ET** 08:10

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

BRUSSELS--Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips, and selling chips below cost to force a competitor, Icera, out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm said it was cooperating with EU authorities. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm's general counsel Don Rosenberg said.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge. It can also ask for an oral hearing before the regulator to better explain its case.

The chip maker also said that it was being investigated by Taiwan's antitrust authority over its patent-licensing arrangements and that it would cooperate with that probe, adding that it believes it complies with local rules.

Qualcomm is the world's largest supplier of baseband chips, which are used to process communications in smartphones, tablets and other mobile broadband devices. The company scooped rivals in delivering chips able to use fourth-generation LTE wireless networks. Several companies have dropped out of the baseband business, including Texas Instruments Inc. and Broadcom Corp., because of the uphill task of competing with Qualcomm and other suppliers.

But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations into the company so far have focused mainly on its licensing practices.

The U.S. Federal Trade Commission, for example, last autumn notified Qualcomm that it was investigating its licensing business. Qualcomm's patent power was also the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

The EU's predatory pricing investigation stems from concerns raised by Icera Inc., a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU said five months ago it had opened two formal investigations into Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011, on condition that it exclusively use Qualcomm's baseband chips in its smartphones and tablets. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have reacted to a growing threat from Icera by selling chips to two of its customers at prices that didn't cover its costs, "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009, without action against the company.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 08:10 ET (13:10 GMT)

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | cinfpo : Information Technology Policy | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001qi

REUTERS

**HD** **China chips away at U.S., Taiwan semiconductor dominance**

**BY** By Yimou Lee

**WC** 656 words

**PD** 8 December 2015

**ET** 16:08

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

HONG KONG (Reuters) - China's multi-billion dollar drive towards self-reliance in semiconductors has spawned a cluster of chip designers that industry experts say could eventually rival leaders Qualcomm Inc <QCOM.O> and MediaTek Inc <2454.TW>.

The world's second-largest economy now boasts nine companies that design and sell chips in the global top 50 from just one in 2009. Clients such as Chinese smartphone manufacturers have also helped compatriot chip designers amass a market share of almost a fifth, according to data analyst TrendForce.

**TD**

The rise of Chinese designers such as Huawei Technologies Co Ltd [HWT.UL] subsidiary HiSilicon and Spreadtrum Communications comes as the government ploughs funds into home-grown technology to reduce cyber-security risk, following revelations in 2013 of U.S. global cyber-snooping programs.

The revelations have made China a harder place for U.S. tech firms to do business, with Qualcomm saying as recently as last month that it faced delays closing licensing agreements. In contrast, sales at Chinese designers are set to surge this year, some by as much as 40 percent, said researcher IC Insights.

"The Chinese fabless industry is expanding by leaps and bounds," said Bernstein analyst Mark Li, referring to designers which contract out fabrication to so-called foundries such as Taiwan Semiconductor Manufacturing Co Ltd (TSMC) <2330.TW>.

Chinese chip designers lag top rivals in terms of technology by four to five years yet have the potential to disrupt the global chip supply chain, industry experts and executives said.

But in terms of size, China is likely to seize second place in the $20 billion-plus chip design industry from Taiwan this year, Li said.

PAST MISTAKES

Chinese factories use over 60 percent of the world's chips annually, and in 2013 imported more chips by value than crude oil. To promote domestic development, the government has tasked chip firms with raising revenue by more than 20 percent annually and building "a group of world-class companies" by 2030.

China's list of chip design hopefuls include HiSilicon plus Spreadtrum and RDA Microelectronics Inc - both controlled by state-backed Tsinghua Unigroup Ltd - as well as All Winner Technology Co Ltd <300458.SZ>, Leadcore Technology, Galaxycore Microelectronics and Goodix Technology.

"Only by being a market leader can you be profitable," said Tsinghua Unigroup Chairman Zhao Weiguo.

Through a $21.7 billion national fund, as well as at least five other government-led investment vehicles in cities such as Beijing, Shanghai and Nanjing, China has approximately $32 billion under management to build national champions in the chip ecosystem, according to consulting McKinsey & Co.

"Their IC design can become a strong force in a few years," TSMC co-Chief Executive Officer Mark Liu said in a recent interview, referring to chips as integrated circuits (IC).

"However, the system has to reward innovation. You cannot just want market share and dump a lot of low price products into the market. That is not going to help the Chinese IC design sector to grow," Liu said. "So there are good parts and I hope they avoid the bad parts."

There is concern in the industry about a repeat of China's previous efforts to develop industries, such as solar panels and liquid crystal displays (LCD), where overzealous investment led to oversupply and plunging prices.

China made up 14 percent of the global LCD market last year from 3 percent in 2010, while the industry's average profit margin declined to 1.2 percent from 7.8 percent over the same period, wrote Bernstein's Li in a recent report.

"China will not stop until it dominates the market, with value and economics being destroyed every single time," said Li.

(Reporting by Yimou Lee, Miyoung Kim, J.R. Wu; Additional reporting by Paul Carsten; Editing by Christopher Cushing)

**RF** Released: 2015-12-8T21:08:37.000Z

**CO** huawt : Huawei Technologies Co Ltd | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated | trumcm : Spreadtrum Communications Inc. | shhiah : Huawei Investment Holding Co. Ltd. | tsnghh : Tsinghua Holdings Company Limited

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits | itech : Technology | iwrlssl : Wireless Area Network Technology

**NS** ccat : Corporate/Industrial News | ecat : Economic News

**RE** china : China | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**IPD** Business

**IPC** SERVICE:OUSTCM

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800rs1

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **China chips away at U.S., Taiwan semiconductor dominance**

WC 672 words

PD 8 December 2015

ET 16:00

SN Reuters News

SC LBA

LA English

CY Copyright 2015 Thomson Reuters. All Rights Reserved.

LP

* Nine Chinese chip designers feature in top 50

* China commands fifth of chip design market

TD

* Gov't promoting chip investment in self-reliance drive

By Yimou Lee

HONG KONG, Dec 9 (Reuters) - China's multi-billion dollar drive towards self-reliance in semiconductors has spawned a cluster of chip designers that industry experts say could eventually rival leaders Qualcomm Inc and MediaTek Inc .

The world's second-largest economy now boasts nine companies that design and sell chips in the global top 50 from just one in 2009. Clients such as Chinese smartphone manufacturers have also helped compatriot chip designers amass a market share of almost a fifth, according to data analyst TrendForce.

The rise of Chinese designers such as Huawei Technologies Co Ltd subsidiary HiSilicon and Spreadtrum Communications comes as the government ploughs funds into home-grown technology to reduce cyber-security risk, following revelations in 2013 of U.S. global cyber-snooping programmes.

The revelations have made China a harder place for U.S. tech firms to do business, with Qualcomm saying as recently as last month that it faced delays closing licensing agreements. In contrast, sales at Chinese designers are set to surge this year, some by as much as 40 percent, said researcher IC Insights.

"The Chinese fabless industry is expanding by leaps and bounds," said Bernstein analyst Mark Li, referring to designers which contract out fabrication to so-called foundries such as Taiwan Semiconductor Manufacturing Co Ltd (TSMC).

Chinese chip designers lag top rivals in terms of technology by four to five years yet have the potential to disrupt the global chip supply chain, industry experts and executives said.

But in terms of size, China is likely to seize second place in the $20 billion-plus chip design industry from Taiwan this year, Li said.

PAST MISTAKES

Chinese factories use over 60 percent of the world's chips annually, and in 2013 imported more chips by value than crude oil. To promote domestic development, the government has tasked chip firms with raising revenue by more than 20 percent annually and building "a group of world-class companies" by 2030.

China's list of chip design hopefuls include HiSilicon plus Spreadtrum and RDA Microelectronics Inc - both controlled by state-backed Tsinghua Unigroup Ltd - as well as All Winner Technology Co Ltd, Leadcore Technology, Galaxycore Microelectronics and Goodix Technology.

"Only by being a market leader can you be profitable," said Tsinghua Unigroup Chairman Zhao Weiguo.

Through a $21.7 billion national fund, as well as at least five other government-led investment vehicles in cities such as Beijing, Shanghai and Nanjing, China has approximately $32 billion under management to build national champions in the chip ecosystem, according to consulting McKinsey & Co.

"Their IC design can become a strong force in a few years," TSMC co-Chief Executive Officer Mark Liu said in a recent interview, referring to chips as integrated circuits (IC).

"However, the system has to reward innovation. You cannot just want market share and dump a lot of low price products into the market. That is not going to help the Chinese IC design sector to grow," Liu said. "So there are good parts and I hope they avoid the bad parts."

There is concern in the industry about a repeat of China's previous efforts to develop industries, such as solar panels and liquid crystal displays (LCD), where overzealous investment led to oversupply and plunging prices.

China made up 14 percent of the global LCD market last year from 3 percent in 2010, while the industry's average profit margin declined to 1.2 percent from 7.8 percent over the same period, wrote Bernstein's Li in a recent report.

"China will not stop until it dominates the market, with value and economics being destroyed every single time," said Li.

(Reporting by Yimou Lee, Miyoung Kim, J.R. Wu; Additional reporting by Paul Carsten; Editing by Christopher Cushing)

**RF** Released: 2015-12-8T22:00:01.000Z

**CO** huawt : Huawei Technologies Co Ltd | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated | trumcm : Spreadtrum Communications Inc. | shhiah : Huawei Investment Holding Co. Ltd. | tsnghh : Tsinghua Holdings Company Limited

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits | itech : Technology | iwrlssl : Wireless Area Network Technology

**NS** ccat : Corporate/Industrial News

**RE** china : China | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800rmk

THE CANADIAN PRESS

HD **EU starts anti-trust action against Qualcomm over exclusivity payments, predatory pricing**

CR AP

WC 147 words

PD 8 December 2015

ET 12:08

SN The Canadian Press

SC CPR

LA English

CY (c) 2015 The Canadian Press. All rights reserved.

LP

BRUSSELS _ The European Union's anti-trust watchdog says it suspects that Qualcomm illegally made exclusivity payments to a major customer and sold chipsets below cost to force a competitor out of the market.

The EU's executive Commission said Tuesday it has issued a "statement of objections" to the San Diego-based chipmaker, the first formal step in EU anti-trust actions.

TD

The Commission said company payments to an unnamed smartphone and tablet manufacturer "reduced the manufacturer's incentives to source chipsets from Qualcomm's competitors and has harmed competition and innovation."

It also accused Qualcomm of "'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market."

Qualcomm has three to four months to respond to the allegations and request a hearing.

RF 20151208CPCPB6334

CO euruno : The European Union | qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS cprpr : Predatory Pricing | c34 : Anti-Competition Issues | nnam : News Agency Materials | c31 : Marketing/Markets | c314 : Pricing | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

RE usa : United States | namz : North America

IPD B

PUB The Canadian Press

AN Document CPR0000020151209ebc80002o

**HD** **EU starts anti-trust action against Qualcomm**

**WC** 142 words

**PD** 8 December 2015

**ET** 06:38

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2015. The Associated Press. All Rights Reserved.

**LP**

BRUSSELS (AP) — The European Union's anti-trust watchdog says it suspects that Qualcomm illegally made exclusivity payments to a major customer and sold chipsets below cost to force a competitor out of the market.

The EU's executive Commission said Tuesday it has issued a "statement of objections" to the San Diego-based chipmaker, the first formal step in EU anti-trust actions.

**TD**

The Commission said company payments to an unnamed smartphone and tablet manufacturer "reduced the manufacturer's incentives to source chipsets from Qualcomm's competitors and has harmed competition and innovation."

It also accused Qualcomm of "'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market."

Qualcomm has three to four months to respond to the allegations and request a hearing.

**CO** euruno : The European Union | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** belg : Belgium | eecz : European Union Countries | eurz : Europe | usa : United States | benluxz : Benelux Countries | namz : North America | weurz : Western Europe

**IPD** EU

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020151208ebc800520

REUTERS

| | |
|---|---|
| HD | **BUZZ-Qualcomm accused of muscling aside competition** |
| WC | 228 words |
| PD | 8 December 2015 |
| ET | 08:01 |
| SN | Reuters News |
| SC | LBA |
| LA | English |
| CY | Copyright 2015 Thomson Reuters. All Rights Reserved. |

**LP**

** Qualcomm shares down 1.7 pct premarket as EU antitrust regulators accuse co of using its power to thwart rivals, putting chipmaker at risk of paying a hefty fine

** Regulator said Qualcomm may have illegally paid a major customer for exclusively using its chipsets and that co engaged in predatory pricing by selling chipsets below cost

**TD**

** Qualcomm, which could face a $2.7 bln fine if found guilty of breaching EU rules, said it has been given several months to respond to the charges

** EU executive's accusations, set out in two charge sheets known as statements of objections, followed a formal investigation begun in July

** Predatory pricing case follows a complaint from British phone software maker Icera, later acquired by Nvidia Corp in a bid to enter the market for smartphone chips and compete with co

** Qualcomm also said the Taiwan Fair Trade Commission had also opened an investigation into its patent licensing deals

** "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm general counsel Don Rosenberg said in a statement

** Qualcomm shares have gained 29 pct so far YTD (RM: lance.tupper.tr.com@reuters.net)

| | |
|---|---|
| RF | Released: 2015-12-11T13:01:58.000Z |
| CO | ftcey : Taiwan Fair Trade Commission \| nvdcrp : NVIDIA Corporation \| qcom : Qualcomm Incorporated |
| IN | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iintcir : Integrated Circuits \| ividbd : Audio/Video/Graphics Integrated Circuits |
| NS | cprpr : Predatory Pricing \| ginda : Independent Advisory Bodies \| c13 : Regulation/Government Policy \| gcrim : Crime/Courts \| c31 : Marketing/Markets \| c314 : Pricing \| c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gpir : Politics/International Relations \| gpol : Domestic Politics \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | eecz : European Union Countries \| usa : United States \| eurz : Europe \| namz : North America |
| IPD | Business |
| IPC | SERVICE:ABN |
| PUB | Thomson Reuters (Markets) LLC |

**AN** Document LBA0000020151208ebc800fid

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **EU Slaps Qualcomm With Antitrust Charges**

**WC** 804 words

**PD** 8 December 2015

**ET** 06:55

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:55 ET (11:55 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | i656 : Mixed Retailing | iindstrls : Industrial Goods | i64 : Retail/Wholesale | iindele : Industrial Electronics | iretail : Retail | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001du

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **EU Slaps Qualcomm With Antitrust Charges**

WC 804 words

PD 8 December 2015

ET 06:40

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

TD

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:40 ET (11:40 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | i656 : Mixed Retailing | iindstrls : Industrial Goods | i64 : Retail/Wholesale | iindele : Industrial Electronics | iretail : Retail | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001b3

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **EU Slaps Qualcomm with Antitrust Charges -- 2nd Update**

**BY** By Tom Fairless And Don Clark

**WC** 812 words

**PD** 8 December 2015

**ET** 15:08

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market, " the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 15:08 ET (20:08 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc80034x

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **EU Slaps Qualcomm with Antitrust Charges -- 2nd Update** |
| BY | By Tom Fairless And Don Clark |
| WC | 812 words |
| PD | 8 December 2015 |
| ET | 14:53 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market, " the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 14:53 ET (19:53 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc800322

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **EU Slaps Qualcomm With Antitrust Charges**

**BY** By Tom Fairless And Don Clark

**WC** 788 words

**PD** 8 December 2015

**ET** 06:28

**SN** Dow Jones Top Global Market Stories

**SC** DJTGMS

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcommearns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China , which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals , including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at and Don Clark at

**CO** bcomnj : Broadcom Corporation | nvdcrp : NVIDIA Corporation | qcom : Qualcomm Incorporated | sbcoff : Starbucks Corporation | txsil : Texas Instruments Inc | icerai : Icera Inc | euruno : The European Union

**IN** iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | iintcir : Integrated Circuits | ilea : Leisure/Arts/Hospitality | ividbd : Audio/Video/Graphics Integrated Circuits | i342 : Electrical Components/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | ncolu : Columns | cinfpo : Information Technology Policy

**RE** eecz : European Union Countries | asiaz : Asia | eurz : Europe | russ : Russia | namz : North America | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTGMS1120151208ebc80002v

 © 2023 Factiva, Inc. All rights reserved.

**NEWSWIRES**
**DOW JONES**

| | |
|---|---|
| **CLM** | Technology |
| **HD** | **EU Slaps Qualcomm With Antitrust Charges** |
| **BY** | By Tom Fairless And Don Clark |
| **WC** | 788 words |
| **PD** | 8 December 2015 |
| **ET** | 06:23 |
| **SN** | Dow Jones Top North American Equities Stories |
| **SC** | DJTNAE |
| **LA** | English |
| **CY** | Copyright © 2015 Dow Jones & Company, Inc. |

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcommearns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China , which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals , including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at and Don Clark at

**CO** bcomnj : Broadcom Corporation | nvdcrp : NVIDIA Corporation | qcom : Qualcomm Incorporated | sbcoff : Starbucks Corporation | txsil : Texas Instruments Inc | icerai : Icera Inc | euruno : The European Union

**IN** iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | iintcir : Integrated Circuits | ilea : Leisure/Arts/Hospitality | ividbd : Audio/Video/Graphics Integrated Circuits | i342 : Electrical Components/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | ncolu : Columns | cinfpo : Information Technology Policy

**RE** eecz : European Union Countries | asiaz : Asia | eurz : Europe | russ : Russia | namz : North America | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTNAE1120151208ebc80002c

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** ***EU Issues Qualcomm With Two Sets of Formal Charges**

**WC** 295 words

**PD** 8 December 2015

**ET** 05:46

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

8 Dec 2015 05:47 ET *EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments

8 Dec 2015 05:47 ET *EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets

**TD**

8 Dec 2015 05:47 ET *EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival

8 Dec 2015 05:47 ET *EU Antitrust Chief Vestager: Qualcomm's Actions May Have Pushed Out Competitors

8 Dec 2015 06:09 ET EU Imposes Formal Antitrust Charges on Qualcomm

By Tom Fairless

BRUSSELS--European Union antitrust regulators have imposed formal charges on Qualcomm Inc. over allegations that the mobile chip maker sought to stifle competition by charging prices below its production costs and paying a client to exclusively use its products.

The European Commission, the bloc's top antitrust authority, said Tuesday it had issued Qualcomm with two sets of formal charges after reaching the preliminary conclusion that the chip maker had attempted to force its competitor Icera out of the market, in potential breach of EU law.

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said in a statement.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue and be forced to change its business practices.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge.

It can also ask for an oral hearing before the regulator to better explain its case.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:09 ET (11:09 GMT)

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **NS** | c34 : Anti-Competition Issues \| cinfpo : Information Technology Policy \| cprpr : Predatory Pricing \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| c13 : Regulation/Government Policy \| c31 : Marketing/Markets \| c314 : Pricing \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151208ebc8002i9 |

 © 2023 Factiva, Inc. All rights reserved.

MarketWatch

CLM The Wall Street Journal

SE News & Commentary

HD **EU slaps Qualcomm with antitrust charges; European Commission says chip maker sought to stifle competition**

BY Tom Fairless

WC 238 words

PD 8 December 2015

ET 10:12

SN MarketWatch

SC MRKWC

LA English

CY Copyright 2015 MarketWatch, Inc. All Rights Reserved.

LP

European Commission says chip maker sought to stifle competition

BRUSSELS—Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

TD

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips, and selling chips below cost to force a competitor, Icera, out of the market.

If the charges are confirmed, Qualcomm (QCOM, US) could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

https://w.graphiq.com/w/jLSMWMnAgJL Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge. It can also ask for an oral hearing before the regulator to better explain its case.

The chip maker also said that it was being investigated by Taiwan's antitrust authority over its patent-licensing arrangements and that it would cooperate with that probe, adding that it believes it complies with local rules.

An expanded version of this report appears at WSJ.com.

CO qcom : Qualcomm Incorporated | eucmm : European Commission | euruno : The European Union

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c34 : Anti-Competition Issues | ncolu : Columns | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

RE usa : United States | namz : North America

IPD News & Commentary

PUB Dow Jones & Company, Inc.

AN Document MRKWC00020151208ebc800231

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **EU Imposes Formal Antitrust Charges on Qualcomm** |
| BY | By Tom Fairless |
| WC | 211 words |
| PD | 8 December 2015 |
| ET | 06:24 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

BRUSSELS--European Union antitrust regulators have imposed formal charges on Qualcomm Inc. over allegations that the mobile chip maker sought to stifle competition by charging prices below its production costs and paying a client to exclusively use its products.

The European Commission, the bloc's top antitrust authority, said Tuesday it had issued Qualcomm with two sets of formal charges after reaching the preliminary conclusion that the chip maker had attempted to force its competitor Icera out of the market, in potential breach of EU law.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said in a statement.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue and be forced to change its business practices.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge.

It can also ask for an oral hearing before the regulator to better explain its case.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:24 ET (11:24 GMT)

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated \| euruno : The European Union |
| IN | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| NS | c12 : Corporate Crime/Legal Action \| c13 : Regulation/Government Policy \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| RE | eurz : Europe |
| PUB | Dow Jones & Company, Inc. |
| AN | Document DJDN000020151208ebc8001ct |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **EU Imposes Formal Antitrust Charges on Qualcomm**

**BY** By Tom Fairless

**WC** 206 words

**PD** 8 December 2015

**ET** 07:06

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

BRUSSELS--European Union antitrust regulators have imposed formal charges on Qualcomm Inc. over allegations that the mobile chip maker sought to stifle competition by charging prices below its production costs and paying a client to exclusively use its products.

The European Commission, the bloc's top antitrust authority, said Tuesday it had issued Qualcomm with two sets of formal charges after reaching the preliminary conclusion that the chip maker had attempted to force its competitor Icera out of the market, in potential breach of EU law.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said in a statement.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue and be forced to change its business practices.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge.

It can also ask for an oral hearing before the regulator to better explain its case.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

08-12-15 1206GMT

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020151208ebc8000af

REUTERS

| | |
|---|---|
| **HD** | **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Onconova, United Natural Foods, Onconova,** |
| **WC** | 853 words |
| **PD** | 8 December 2015 |
| **ET** | 09:13 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2015 Thomson Reuters. All Rights Reserved. |

**LP**

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s )

U.S. stock index e-mini futures fell on Tuesday as weak trade data out of China reignited fears of a global economic slowdown and oil prices continued to slide: Dow Jones industrial average futures were down 1.10 percent at 17,561, S&P 500 futures were down 1.15 percent at 2,057 and Nasdaq 100 futures were down 1.21 percent at 4,644.

**TD**

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, Monday close $19.53, +7.68 pct premarket

The chipmaker said it received an unsolicited buyout proposal that values the company at $2.46 billion, topping an earlier offer made by ON Semiconductor Corp. The cash offer of $21.70 per share is a 11.1 percent premium to Fairchild's Monday close.

** QUALCOMM INC, Monday close $52.43, -3.49 pct premarket

EU antitrust regulators accuse the chipmaker of using its power to thwart rivals, putting the company at risk of paying a hefty fine. Qualcomm also said Taiwan's Fair Trade Commission had launched an investigation into whether its patent licensing arrangements violate the Taiwan Fair Trade Act.

** CHIPOTLE MEXICAN GRILL, Monday close $551.75, -4.12 pct premarket

Thirty Boston College students got sick after eating at the Chipotle Mexican Grill over the weekend, a school spokesman said, worsening fears of more food poisoning problems at the burrito chain. Chipotle said it had temporarily closed its restaurant in Boston's Cleveland Circle, where a college spokesman said all the students reported eating, while it works with local health officials to investigate the illnesses.

** ONCONOVA THERAPEUTICS INC, Monday close $1.31, +34.35 pct premarket

The drug developer said its oral cancer drug rigosertib, in combination with FDA-approved Vidaza, was effective in a study in patients with myelodysplastic syndrome.

** UNITED NATURAL FOODS INC, Monday close $44.03, -13.29 pct premarket

At least eight brokerages cut their price targets on the natural and organic food distributor's stock by as much as $12 to as low as $39 after it reported a lower-than-expected quarterly profit on Monday.

** OUTERWALL INC, Monday close $58.06, -20.17 pct premarket

At least four brokerages cut their price targets on the Redbox DVD rental kiosks owner's stock after the company cut its full-year forecast to below analysts' expectation on Monday.

** NORFOLK SOUTHERN CORP, Monday close $91.52, -2.75 pct premarket

Canadian Pacific Railway Ltd revised its offer to buy U.S. railroad operator Norfolk, less than a week after its previous $28.4 billion proposal was rejected - and it was promptly rejected again.

** STAPLES INC, Monday close $10.66, -1.50 pct premarket

** OFFICE DEPOT INC, Monday close $5.59, -6.98 pct premarket

The U.S. Federal Trade Commission said it had filed a complaint aimed at stopping Staples, the nation's largest office supply store, from buying its top rival, Office Depot. Canada's Competition Bureau also said on Monday it would challenge the proposed transaction, which has received the green light from competition authorities in China, Australia and New Zealand.

** VALEANT PHARMACEUTICALS INTERNATIONAL INC, Monday close $92.24, -2.86 pct premarket

The Canadian drugmaker is reaching out to potential buyers for its specialty contact lens manufacturing division, Paragon Vision Sciences, amid scrutiny from the Federal Trade Commission, according to two people familiar with the matter.

** CHESAPEAKE ENERGY CORP, Monday close $4.27, -5.62 pct premarket

Barclays Capital cut its price target on the U.S. natgas producer's stock to $3 from $5, citing "very low commodity price realizations driven by unfavorable contract arrangements."

** VERIZON COMMUNICATIONS INC, Monday close $46.06, -0.96 pct premarket

** YAHOO INC, Monday close $34.68, -1.21 pct premarket

Verizon Communications Chief Financial Officer Fran Shammo, said the No. 1 U.S. wireless carrier could look at buying Yahoo's core business, which includes Mail, its news and sports sites and advertising technology, if it is a good fit.

Tech news site Re/code said Yahoo might make big changes to its media unit, restructuring and consolidating it, including making cuts and shuttering some efforts.

** PEP BOYS-MANNY, MOE & JACK, Monday close $16.06, -1.31 pct premarket

The U.S. auto parts retailer said its board determined that Carl Icahn's offer to buy the company for $15.50 per share could result in a "superior proposal" compared with Bridgestone Corp's offer.

** NEWELL RUBBERMAID INC, Monday close $48.16, -0.44 pct premarket

** JARDEN CORP, Monday close $50.09, +2.22 pct premarket

Newell Rubbermaid, known for its Sharpie markers and Parker pens, is in talks to combine with consumer products company Jarden Corp, according to a person familiar with the matter who requested anonymity because the negotiations are confidential. (Compiled by Sruthi Shankar in Bengaluru; Editing by Kirti Pandey)

**RF** Released: 2015-12-11T14:13:51.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | unnatf : United Natural Foods Inc | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | i61 : Wholesalers | i64 : Retail/Wholesale | ifodwh : Food Wholesaling | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** ccat : Corporate/Industrial News | reqrcm : Suggested Reading Computers | redit : Selection of Top Stories/Trends/Analysis | reqr : Suggested Reading Industry News

**RE** usa : United States | namz : North America

**IPD** Business

| | |
|---|---|
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151208ebc800h7j |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

| | |
|---|---|
| **HD** | ***Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says** |
| **WC** | 90 words |
| **PD** | 8 December 2015 |
| **ET** | 06:14 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

8 Dec 2015 06:14 ET *Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic

8 Dec 2015 06:14 ET *Qualcomm: Our Sales Practices Have Always Complied with European Competition Law

**TD**

8 Dec 2015 06:15 ET *Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements

8 Dec 2015 06:15 ET *Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules

(MORE TO FOLLOW) Dow Jones Newswires

December 08, 2015 06:15 ET (11:15 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| cinfpo : Information Technology Policy \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe \| taiwan : Taiwan \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151208ebc8001ck |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements** |
| **WC** | 35 words |
| **PD** | 8 December 2015 |
| **ET** | 06:16 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:15 ET (11:15 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1116GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe \| taiwan : Taiwan \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009w |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules** |
| WC | 35 words |
| PD | 8 December 2015 |
| ET | 06:17 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | |

(MORE TO FOLLOW) Dow Jones Newswires

December 08, 2015 06:15 ET (11:15 GMT)

TD

(MORE TO FOLLOW) Dow Jones Newswires

08-12-15 1117GMT

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| RE | eurz : Europe \| taiwan : Taiwan \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc80009x |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm: Our Sales Practices Have Always Complied with European Competition Law** |
| WC | 35 words |
| PD | 8 December 2015 |
| ET | 06:16 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:14 ET (11:14 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1116GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| RE | eurz : Europe |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc80009v |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic** |
| **WC** | 33 words |
| **PD** | 8 December 2015 |
| **ET** | 06:15 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br><br>December 08, 2015 06:14 ET (11:14 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br><br>08-12-15 1115GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009u |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says** |
| **WC** | 34 words |
| **PD** | 8 December 2015 |
| **ET** | 06:15 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:14 ET (11:14 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1115GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009t |

DOW JONES
NEWSWIRES

| | |
|---|---|
| **HD** | **EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets** |
| **WC** | 37 words |
| **PD** | 8 December 2015 |
| **ET** | 05:53 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:47 ET (10:47 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1053GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009c |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments** |
| **WC** | 33 words |
| **PD** | 8 December 2015 |
| **ET** | 05:52 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | |

(MORE TO FOLLOW) Dow Jones Newswires

December 08, 2015 05:47 ET (10:47 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

08-12-15 1052GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | cprpr : Predatory Pricing \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| c31 : Marketing/Markets \| c314 : Pricing \| c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009b |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **EU Issues Qualcomm With Two Sets of Formal Charges** |
| WC | 34 words |
| PD | 8 December 2015 |
| ET | 05:48 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:46 ET (10:46 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1048GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| RE | eurz : Europe |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc800099 |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival** |
| WC | 36 words |
| PD | 8 December 2015 |
| ET | 05:54 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:47 ET (10:47 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1054GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| RE | eurz : Europe |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc80009d |

FT FINANCIAL TIMES

**HD** **EU accuses Qualcomm of impeding rivals**

**BY** Christian Oliver in Brussels

**WC** 501 words

**PD** 8 December 2015

**ET** 09:01

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2015 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

The European Commission on Tuesday launched two antitrust cases against Qualcomm, charging the US technology company with distorting competition in the critical market for the chips used in smartphones and other mobile devices.

Brussels said that Qualcomm “may have” made illegal payments since 2011 to an unnamed major manufacturer of smartphones and tablets for exclusively using its chipsets.

**TD**

The second charge was that Qualcomm sold its chipsets below cost between 2009 and 2011 to force its British competitor Icera out of the market. Qualcomm said that this charge of “predatory pricing” related to dongles — small USB devices that can be used on laptops to provide connectivity to the internet and external functions, such as audio, video and data.

The charges come after the commission launched an investigation into Qualcomm earlier this year.

Margrethe Vestager, EU competition commissioner, complained that these practices harmed European consumers, as smartphones and tablets play an ever more important role in the European economy.

“Many consumers enjoy high-speed internet on smartphones and other devices — baseband chipsets are key components that make this happen. I am concerned that Qualcomm’s actions may have pushed out competitors or prevented them from competing,” she said.

Qualcomm has several months to respond to the charge sheets, but insisted that it had done nothing that would hinder competition in the European market.

“We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm’s sales practices have always complied with European competition law,” said Don Rosenberg, Qualcomm’s general counsel and executive vice-president.

Qualcomm is the world’s largest supplier of baseband chipsets, which are vital components in smartphones, tablets and other mobile devices.

In theory, the commission has the power to levy a fine of anything up to 10 per cent of the previous financial year’s turnover in antitrust cases, if it ultimately finds wrongdoing. Qualcomm’s revenue in the 2015 fiscal year to September 27 was $25bn, but a fine of $2.5bn would greatly exceed any sum that Brussels has ever demanded as a fine against a single company in one instalment.

The EU’s action comes a month after South Korea became the first country to challenge a core aspect of its technology licensing practices, driving shares to a four-year low.

Qualcomm also said on Tuesday that Taiwan's regulators had requested information on the company's patent licensing arrangements. Qualcomm said the case was in its early stages and added that it believed its business practices were legal.

Opening a case against Qualcomm will only fuel accusations from US officials that Ms Vestager is targeting American companies more often than their European rivals.

She opened a landmark antitrust case against Google's retail search business earlier this year and has pursued high-profile investigations into European tax planning of Apple, Amazon, Starbucks and McDonald's. She rejects the accusations of anti-US bias.

**CO** eucmm : European Commission | qcom : Qualcomm Incorporated

**IN** i8361 : Tax Preparation Services | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Equipment | i34411 : Mobile Communications Devices | i3454 : Personal Electronics | i836 : Accounting | iacc : Accounting/Consulting | ibcs : Business/Consumer Services | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gptech : Personal Technology | ccat : Corporate/Industrial News | gcat : Political/General News | glife : Living/Lifestyle | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020151208ebc8005eu

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 12/08/2015 to 12/08/2015 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 39 |
| Timestamp | 5 June 2023 11:43 |

 © 2023 Factiva, Inc. All rights reserved.

**Appendix 7**

**Qualcomm Incorporated**

DOW JONES

Landmark Study on Impact of 5G Mobile Technology Released ....3

Press Release: Landmark Study on Impact of 5G Mobile Technology Released ....6

Landmark Study on Impact of 5G Mobile Technology Released; 5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and... ....9

BRIEF-Zoom Video Communications says raised $100 mln in series D funding ....11

Qualcomm shares drop 4% on report of possible US antitrust case ....12

Qualcomm Drops 4% as Bloomberg Says FTC Prepares Suit over Licensing Terms ....13

Qualcomm said to face U.S. antitrust case on licensing practices - BBG ....14

US regulators bring antitrust case against Qualcomm over licensing ....15

Qualcomm: FTC Alleges Special Deal with Apple ....17

Mobile chipmaker Qualcomm hit with US antitrust suit ....18

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....20

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....22

U.S. antitrust agency sues Qualcomm over patent licensing ....24

Qualcomm Disputes FTC Allegation, Calls Action ‘Rushed' ....25

Qualcomm Responds to Complaint from U.S. Federal Trade Commission ....26

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update ....28

*Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....30

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update ....32

U.S. antitrust agency sues Qualcomm over patent licensing ....34

FTC sues Qualcomm alleging monopoly of semiconductor device ....36

Mobile chipmaker Qualcomm hit with US antitrust suit ....37

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update ....39

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update ....41

BRIEF-Qualcomm responds to complaint from U.S. Federal Trade Commission ....43

UPDATE 3-U.S. antitrust agency sues Qualcomm over patent licensing ....44

U.S. FTC Sues Qualcomm For Anti-competitive Practices ....46

Qualcomm Responds to Complaint from U.S. Federal Trade Commission; Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices ....48

FTC sues Qualcomm alleging monopoly of semiconductor device ....50

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....51

US sues Qualcomm over licensing technology for mobiles ....53

 © 2023 Factiva, Inc. All rights reserved.

U.S. antitrust agency poised to sue Qualcomm over patent licensing-sources ....55

*Qualcomm Responds to Complaint From U.S. FTC ....56

Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM ....59

Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration' ....60

Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms ....61

Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry ....62

Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM ....63

Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM ....64

Qualcomm Responds to Complaint From U.S. FTC ....65

FTC Seeks Court Order Barring Qualcomm Tactics ....66

FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones ........ 67

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm Files Antitrust Lawsuit Against ....68

Qualcomm announces expansion of its Design in India Program; To focus on growing mobile and IoT ecosystem in India with R&D and localization support ....69

Qualcomm Design in India: Three startups win $100,000 prize money; artificial intelligence is the real winner ....71

Qualcomm to invest $8.5 million in India to support PM Narendra Modi ’s vision of digitisation ....73

Qualcomm announces expansion of its Design in India Program ....75

Press Release: Qualcomm announces expansion of its Design in India Program ....77

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Landmark Study on Impact of 5G Mobile Technology Released**

**WC** 971 words

**PD** 17 January 2017

**ET** 03:00

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and Services by 2035

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced that its subsidiary, Qualcomm Technologies, Inc. commissioned and released a landmark study, The 5G Economy, examining the potential economic and social impact of 5G around the world. The study was conducted jointly by research firms IHS Markit, PSB and leading economist Professor Dr. David Teece, director of the Tusher Center at the Haas School of Business, U.C. California, and principal executive officer of the Berkeley Research Group (BRG).

**TD**

The 5G Economy includes an economic impact study conducted by IHS Markit and validated by Dr. David Teece, as well as opinion research about the expectations for 5G among business and technology leaders carried out by PSB. The combined findings of the study show how 5G will profoundly affect the global economy and that business decision makers in technology and other industries overwhelmingly believe in the transformational nature of 5G.

"These respected researchers confirmed our strong belief that 5G will be a fundamental game changer," said Qualcomm CEO Steve Mollenkopf. "We have been hard at work helping create some of the key technologies and applications that will make 5G a reality, pushing the boundaries of LTE, collaborating with industry leaders, and spearheading the critical research behind the next-generation global wireless standard."

Notably, the study indicates that 5G will catapult mobile into the exclusive realm of General Purpose Technologies, like electricity and the automobile, that provide the foundation for massive innovation, give rise to new industries and benefit entire economies. This will happen as 5G advances mobile from a set of technologies connecting people to people and information to a unified fabric connecting people to everything.

"I've spent many years studying the impact of general purposes technologies, and it's clear that 5G will propel mobile into that category, assuring the technology's long-term impact on society and continued growth for decades," said Dr. David Teece.

Economic Growth Foreseen

According to the study, in 2035, when 5G's full economic benefit should be realized across the globe, a broad range of industries -- from retail to education, transportation to entertainment, and everything in between -- could produce up to $12.3 trillion worth of goods and services enabled by 5G.

The 5G value chain itself is seen as generating up to $3.5 trillion in revenue in 2035, supporting as many as 22 million jobs. Over time, 5G will boost real global GDP growth by $3 trillion dollars cumulatively from 2020 to 2035, roughly the equivalent of adding an economy the size of India to the world in today's dollars.

Complementing the economic study, polling research done by PSB confirms that business decision makers and opinion leaders around the globe expect 5G to bring widespread benefits for society and the economy overall, enabling new products and services, increasing productivity and allowing for new industries to emerge.

Over 90 percent of the more than 3,500 respondents agreed that 5G will enable new products, services and use cases that have not been invented yet.

For an in-depth look at the study, please visit: https://www.qualcomm.com/invention/5g/economy.

About Berkeley Research Group

Berkeley Research Group is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting to Fortune 500 corporations, financial institutions, government agencies, major law firms, and regulatory bodies around the world. It is led by its chairman and founder, David Teece, Tusher Professor of Global Business at the Haas School of Business, University of California, Berkeley.

About IHS Markit

IHS Markit (Nasdaq: INFO) is a world leader in critical information, analytics and solutions for the major industries and markets that drive economies worldwide. The company delivers next-generation information, analytics and solutions to customers in business, finance and government, improving their operational efficiency and providing deep insights that lead to well-informed, confident decisions. IHS Markit has more than 50,000 key business and government customers, including 85 percent of the Fortune Global 500 and the world's leading financial institutions. Headquartered in London, IHS Markit is committed to sustainable, profitable growth.

About PSB

PSB, a member of the WPP Group, is a global research-based consultancy specializing in messaging and communications strategy for blue-chip corporate, political and entertainment clients. PSB's operations include over 200 consultants and a sophisticated in-house market research infrastructure with the capability to conduct work in more than 90 countries. For more information, please visit www.psbresearch.com.

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IOT and healthcare businesses.

Qualcomm Contacts:

Peter Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire,
visit:
http://www.prnewswire.com/news-releases/landmark-study-on-impact-of-5g-mobile-technology-released-300391687.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END)

**CO** qcom : Qualcomm Incorporated | markit : IHS Markit Ltd

**IN** i34531 : Semiconductors | i8395461 : News Syndicates | idistr : Media Content Distribution | iindele : Industrial Electronics | iindstrls : Industrial Goods | imed : Media/Entertainment | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | usca : California | namz : North America | usw : Western U.S.

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170117ed1h0001d

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **Press Release: Landmark Study on Impact of 5G Mobile Technology Released**

**WC** 1,001 words

**PD** 17 January 2017

**ET** 05:41

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Landmark Study on Impact of 5G Mobile Technology Released

5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and Services by 2035

**TD**

PR Newswire

SAN DIEGO, Jan. 17, 2017

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced that its subsidiary, Qualcomm Technologies, Inc. commissioned and released a landmark study, The 5G Economy, examining the potential economic and social impact of 5G around the world. The study was conducted jointly by research firms IHS Markit, PSB and leading economist Professor Dr. David Teece, director of the Tusher Center at the Haas School of Business, U.C. California, and principal executive officer of the Berkeley Research Group (BRG).

The 5G Economy includes an economic impact study conducted by IHS Markit and validated by Dr. David Teece, as well as opinion research about the expectations for 5G among business and technology leaders carried out by PSB. The combined findings of the study show how 5G will profoundly affect the global economy and that business decision makers in technology and other industries overwhelmingly believe in the transformational nature of 5G.

"These respected researchers confirmed our strong belief that 5G will be a fundamental game changer," said Qualcomm CEO Steve Mollenkopf. "We have been hard at work helping create some of the key technologies and applications that will make 5G a reality, pushing the boundaries of LTE, collaborating with industry leaders, and spearheading the critical research behind the next-generation global wireless standard."

Notably, the study indicates that 5G will catapult mobile into the exclusive realm of General Purpose Technologies, like electricity and the automobile, that provide the foundation for massive innovation, give rise to new industries and benefit entire economies. This will happen as 5G advances mobile from a set of technologies connecting people to people and information to a unified fabric connecting people to everything.

"I've spent many years studying the impact of general purposes technologies, and it's clear that 5G will propel mobile into that category, assuring the technology's long-term impact on society and continued growth for decades," said Dr. David Teece.

Economic Growth Foreseen

According to the study, in 2035, when 5G's full economic benefit should be realized across the globe, a broad range of industries -- from retail to education, transportation to entertainment, and everything in between -- could produce up to $12.3 trillion worth of goods and services enabled by 5G.

The 5G value chain itself is seen as generating up to $3.5 trillion in revenue in 2035, supporting as many as 22 million jobs. Over time, 5G will boost real global GDP growth by $3 trillion dollars cumulatively from 2020 to 2035, roughly the equivalent of adding an economy the size of India to the world in today's dollars.

Complementing the economic study, polling research done by PSB confirms that business decision makers and opinion leaders around the globe expect 5G to bring widespread benefits for society and the economy overall, enabling new products and services, increasing productivity and allowing for new industries to emerge. Over 90 percent of the more than 3,500 respondents agreed that 5G will enable new products, services and use cases that have not been invented yet.

For an in-depth look at the study, please visit: https://www.qualcomm.com/invention/5g/economy.

About Berkeley Research Group

Berkeley Research Group is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting to Fortune 500 corporations, financial institutions, government agencies, major law firms, and regulatory bodies around the world. It is led by its chairman and founder, David Teece, Tusher Professor of Global Business at the Haas School of Business, University of California, Berkeley.

About IHS Markit

IHS Markit (Nasdaq: INFO) is a world leader in critical information, analytics and solutions for the major industries and markets that drive economies worldwide. The company delivers next-generation information, analytics and solutions to customers in business, finance and government, improving their operational efficiency and providing deep insights that lead to well-informed, confident decisions. IHS Markit has more than 50,000 key business and government customers, including 85 percent of the Fortune Global 500 and the world's leading financial institutions. Headquartered in London, IHS Markit is committed to sustainable, profitable growth.

About PSB

PSB, a member of the WPP Group, is a global research-based consultancy specializing in messaging and communications strategy for blue-chip corporate, political and entertainment clients. PSB's operations include over 200 consultants and a sophisticated in-house market research infrastructure with the capability to conduct work in more than 90 countries. For more information, please visit www.psbresearch.com.

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IOT and healthcare businesses.

Qualcomm Contacts:

Peter Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:

http://www.prnewswire.com/news-releases/landmark-study-on-impact-of-5g-mobile-technology-released-300391687.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END) Dow Jones Newswires

January 17, 2017 05:41 ET (10:41 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c334 : Licensing Agreements | neqac : Equities Asset Class News | npress : Press Releases | c33 : Contracts/Orders | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0012p

M2 PressWIRE

**HD** **Landmark Study on Impact of 5G Mobile Technology Released; 5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and Services by 2035**

**WC** 948 words

**PD** 17 January 2017

**SN** M2 Presswire

**SC** MTPW

**LA** English

**CY** © 2017, M2 Communications. All rights reserved.

**LP**

SAN DIEGO — Qualcomm Incorporated (NASDAQ: QCOM) today announced that its subsidiary, Qualcomm Technologies, Inc. commissioned and released a landmark study, The 5G Economy, examining the potential economic and social impact of 5G around the world. The study was conducted jointly by research firms IHS Markit, PSB and leading economist Professor Dr. David Teece, director of the Tusher Center at the Haas School of Business, U.C. California, and principal executive officer of the Berkeley Research Group (BRG).

The 5G Economy includes an economic impact study conducted by IHS Markit and validated by Dr. David Teece, as well as opinion research about the expectations for 5G among business and technology leaders carried out by PSB. The combined findings of the study show how 5G will profoundly affect the global economy and that business decision makers in technology and other industries overwhelmingly believe in the transformational nature of 5G.

**TD**

“These respected researchers confirmed our strong belief that 5G will be a fundamental game changer,” said Qualcomm CEO Steve Mollenkopf. “We have been hard at work helping create some of the key technologies and applications that will make 5G a reality, pushing the boundaries of LTE, collaborating with industry leaders, and spearheading the critical research behind the next-generation global wireless standard.”

Notably, the study indicates that 5G will catapult mobile into the exclusive realm of General Purpose Technologies, like electricity and the automobile, that provide the foundation for massive innovation, give rise to new industries and benefit entire economies. This will happen as 5G advances mobile from a set of technologies connecting people to people and information to a unified fabric connecting people to everything.

“I’ve spent many years studying the impact of general purposes technologies, and it’s clear that 5G will propel mobile into that category, assuring the technology’s long-term impact on society and continued growth for decades.” said Dr. David Teece.

Economic Growth Foreseen

According to the study, in 2035, when 5G’s full economic benefit should be realized across the globe, a broad range of industries - from retail to education, transportation to entertainment, and everything in between - could produce up to $12.3 trillion worth of goods and services enabled by 5G.

The 5G value chain itself is seen as generating up to $3.5 trillion in revenue in 2035, supporting as many as 22 million jobs. Over time, 5G will boost real global GDP growth by $3 trillion dollars cumulatively from 2020 to 2035, roughly the equivalent of adding an economy the size of India to the world in today’s dollars.

Complementing the economic study, polling research done by PSB confirms that business decision makers and opinion leaders around the globe expect 5G to bring widespread benefits for society and the economy overall, enabling new products and services, increasing productivity and allowing for new industries to emerge. Over 90 percent of the more than 3,500 respondents agreed that 5G will enable new products, services and use cases that have not been invented yet.

For an in-depth look at the study, please visit: https://www.qualcomm.com/invention/5g/economy.

About Berkeley Research Group

Berkeley Research Group is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting to Fortune 500 corporations, financial institutions, government agencies, major law firms, and regulatory bodies around the world. It is led by its chairman and founder, David Teece, Tusher Professor of Global Business at the Haas School of Business, University of California, Berkeley.

About IHS Markit

IHS Markit (Nasdaq: INFO) is a world leader in critical information, analytics and solutions for the major industries and markets that drive economies worldwide. The company delivers next-generation information, analytics and solutions to customers in business, finance and government, improving their operational efficiency and providing deep insights that lead to well-informed, confident decisions. IHS Markit has more than 50,000 key business and government customers, including 85 percent of the Fortune Global 500 and the world's leading financial institutions. Headquartered in London, IHS Markit is committed to sustainable, profitable growth.

About PSB

PSB, a member of the WPP Group, is a global research-based consultancy specializing in messaging and communications strategy for blue-chip corporate, political and entertainment clients. PSB's operations include over 200 consultants and a sophisticated in-house market research infrastructure with the capability to conduct work in more than 90 countries. For more information, please visit www.psbresearch.com.

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IOT and healthcare businesses. Qualcomm contacts: Pete Lancia John Sinnott

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** hsshbu : Haas School of Business | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | usca : California | namz : North America | usw : Western U.S.

**PUB** Normans Media Ltd

**AN** Document MTPW000020170117ed1h0043f

REUTERS

| | |
|---|---|
| HD | **BRIEF-Zoom Video Communications says raised $100 mln in series D funding** |
| WC | 57 words |
| PD | 17 January 2017 |
| ET | 07:55 |
| SN | Reuters News |
| SC | LBA |
| LA | English |
| CY | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

Jan 17 (Reuters) - Zoom Video Communications

* Says raised $100 million in series D funding

**TD**

* Zoom Video Communications - funding from Sequoia, with additional participation from Emergence Capital, Jerry Yang's AME Cloud Ventures, Qualcomm Ventures Source text for Eikon:

| | |
|---|---|
| RF | Released: 2017-1-17T13:55:40.000Z |
| CO | qualcv : Qualcomm Ventures \| qcom : Qualcomm Incorporated |
| IN | i81502 : Trusts/Funds/Financial Vehicles \| i8150203 : Private Equity \| ialtinv : Alternative Investments \| ifinal : Financial Services \| iinv : Investing/Securities \| iventure : Venture Capital |
| NS | c171 : Share Capital \| ccat : Corporate/Industrial News \| croufi : Series/Round Financing \| c17 : Corporate Funding \| c173 : Financing Agreements \| cactio : Corporate Actions \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| IPD | Business |
| IPC | SERVICE:ABN |
| PUB | Thomson Reuters (Markets) LLC |
| AN | Document LBA0000020170117ed1h00lda |

FT FINANCIAL TIMES

**HD** **Qualcomm shares drop 4% on report of possible US antitrust case**

**BY** Pan Kwan Yuk

**WC** 175 words

**PD** 17 January 2017

**ET** 14:06

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Qualcomm, the world's largest mobile chipmaker, saw more than $4.3bn wiped off its market value on Tuesday after a report said the company could be sued by US regulators over its business practices.

Shares in the company fell 4.2 per cent to $63.96 and reduced the group's market cap to $96.4bn.

**TD**

San Diego-based Qualcomm first disclosed in 2014 that the Federal Trade Commission was investigating its licensing practices.

The semiconductor maker is already facing a string of similar probes around the world over its licensing practices for technologies that are core to high-speed wireless communications standards.

Last month, South Korea fined Qualcomm Won1.03tn ($854m), accusing the company of abusing its market dominance in wireless chips to force "excessive" licensing fees on smartphone makers. That comes after Qualcomm agreed to pay $975m to settle a complaint in China in February 2015.

The company is also the subject of investigations in the EU and Taiwan.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1522 : Share Price Movement/Disruptions | c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | c15 : Financial Performance | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170117ed1h00ayh

**Qualcomm Drops 4% as Bloomberg Says FTC Prepares Suit over Licensing Terms**

Barron's Blogs, 15:36, 17 January 2017, 99 words, (English)

Shares of wireless chip giant Qualcomm (QCOM) dropped sharply this afternoon, and are down $2.86, over 4%, at $64.02, after Bloomberg's Ian King, David McLaughlin, and Susan Decker this afternoon reported that the U.S. Federal Trade ...

Document WCBBE00020170117ed1h002xl

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **Qualcomm said to face U.S. antitrust case on licensing practices - BBG** |
| **WC** | 127 words |
| **PD** | 17 January 2017 |
| **ET** | 14:46 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

Jan 17 (Reuters) - Qualcomm Inc is set to face a U.S. antitrust case for allegedly using unfair practices in the way the chipmaker licenses its technology, Bloomberg reported, citing people familiar with the matter. (http://bloom.bg/2iLeYus)

Qualcomm's shares fell 4.5 percent to $63.90.

**TD**

The company's technology licensing business has driven profits for years, thanks to the royalties it collects on the chip technology developed by its chipmaking unit.

In 2014, Qualcomm disclosed that the Federal Trade Commission was investigating its licensing practices.

Qualcomm and FTC were not immediately available for comment. (Reporting by Anya George Tharakan in Bengaluru; Editing by Maju Samuel)

| | |
|---|---|
| **RF** | Released: 2017-1-17T20:46:35.000Z |
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| c13 : Regulation/Government Policy \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170117ed1h012w2 |

FT FINANCIAL TIMES

| | |
|---|---|
| **HD** | **US regulators bring antitrust case against Qualcomm over licensing** |
| **BY** | Richard Waters |
| **WC** | 304 words |
| **PD** | 17 January 2017 |
| **ET** | 16:32 |
| **SN** | Financial Times (FT.Com) |
| **SC** | FTCMA |
| **LA** | English |
| **CY** | Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web. |

**LP**

US regulators on Tuesday sued Qualcomm over the way it licenses its technology for mobile phones, hitting at the business that generates the bulk of the profits for the US chip company.

The case follows an investigation that was started in 2014, and has accelerated in recent weeks as the Federal Trade Commission moved towards filing a high-profile antitrust case just days before a new administration takes control in Washington.

**TD**

Qualcomm's shares fell by more than 4 per cent earlier in the day after Bloomberg reported the impending action, as investors worried that the company would be forced to change the way it negotiates with handset makers. The action comes three weeks after South Korea said it would slap a $854m fine on the company over similar licensing concerns.

The US complaint centres on patents that other companies need to license to implement communications standards like 3G. Given the obligatory use of these so-called standards essential patents, companies like Qualcomm agree to certain limits in how they negotiate licences.

Qualcomm forces cell phone makers to pay higher royalties by "threatening to disrupt [their] supply of baseband processors," according to the US lawsuit, which was filed in federal court in California.

FTC commissioners voted 2-1 in favour of suing. The agency has been operating with just three commissioners ahead of the change of administration, instead of the typical five.

In an unusual statement of dissent, commissioner Maureen Ohlhausen claimed the action was based on a "flawed legal theory… that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine US intellectual property rights in Asia and worldwide."

Qualcomm did not immediately respond to a request for comment.

| | |
|---|---|
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **PUB** | The Financial Times Limited (AAIW/EIW) |

**AN** Document FTCMA00020170117ed1h00ci1

**Qualcomm: FTC Alleges Special Deal with Apple**

Barron's Blogs, 16:18, 17 January 2017, 299 words, (English)

Confirming a report this afternoon by reporters, the Federal Trade Commission announced just after market close that it has filed a complaint against the company, alleging, "by threatening to disrupt cell phone manufacturers' supply of ...

Document WCBBE00020170117ed1h0035x

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Mobile chipmaker Qualcomm hit with US antitrust suit**

**WC** 334 words

**PD** 17 January 2017

**ET** 16:47

**SN** Agence France Presse

**SC** AFPR

**LA** English

**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Mobile chip giant Qualcomm was hit Tuesday with a US antitrust suit alleging it abused its dominant position in the market for processors used in cell phones and other devices.

The US Federal Trade Commission filed a lawsuit in federal court in California claiming Qualcomm's practices amount to "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

**TD**

Qualcomm, which is the dominant provider of chips for smartphones, has faced similar antitrust investigations in the European Union and China, and last month was hit with a record fine of $850 million by South Korean enforcement regulators.

In the US lawsuit, the FTC said Qualcomm's policy is to supply its processors only on the condition that cell phone manufacturers agree to Qualcomm's "preferred license terms" for patents which are essential for mobile communications.

"By using its monopoly power to obtain elevated royalties that apply to baseband processors supplied by its competitors, Qualcomm in effect collects a 'tax' on cell phone manufacturers when they use non-Qualcomm processors," the lawsuit said.

"This tax weakens Qualcomm's competitors, including by reducing demand for their processors, and serves to maintain Qualcomm's monopoly in baseband processor markets."

Qualcomm's actions have hurt competitors including Taiwan-based Via Technologies, which was acquired by Intel in 2015, and another Taiwan firm, MediaTek Inc.

The suit also alleges that Qualcomm "extracted exclusivity from Apple in exchange for reduced patent royalties," which prevented the iPhone maker from getting processors from Qualcomm's competitors from 2011 to 2016.

Qualcomm did not immediately respond to an AFP request for comment.

The San Diego, California, group in 2015 agreed to pay $975 million to settle antitrust charges in China.

The tech group is challenging an EU competition inquiry which could result in a fine of up to 10 percent of its annual sales, which amounted to $26.5 billion for Qualcomm in 2015.

rl/sg

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** US

**PUB** Agence France-Presse

**AN** Document AFPR000020170117ed1h00h1x

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**BY** By Brent Kendall

**WC** 270 words

**PD** 17 January 2017

**ET** 17:02

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufactures and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

17-01-17 2202GMT

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

| | |
|---|---|
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000ju |

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**BY** By Brent Kendall

**WC** 275 words

**PD** 17 January 2017

**ET** 17:03

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufactures and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:03 ET (22:03 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h003u3

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **U.S. antitrust agency sues Qualcomm over patent licensing**

**WC** 115 words

**PD** 17 January 2017

**ET** 16:05

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

WASHINGTON, Jan 17 (Reuters) - The U.S. Federal Trade Commission filed a lawsuit against Qualcomm Inc on Tuesday, accusing the company of antitrust violations in its patent licensing business.

The FTC, which works with the Justice Department to enforce antitrust law, said that Qualcomm used its dominance in supplying baseband processors used in smartphones and tablets to extract elevated royalties for patents in what the complaint dubbed a "no license-no chips" policy.

**TD**

The lawsuit was filed in the U.S. District Court for the Northern District of California in San Jose.

(Reporting by Diane Bartz; editing by Diane Craft)

**RF** Released: 2017-1-17T22:05:49.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | c41 : Management | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170117ed1h015o4

**Qualcomm Disputes FTC Allegation, Calls Action 'Rushed'**

Barron's Blogs, 17:43, 17 January 2017, 812 words, (English)

Shares of Qualcomm (QCOM) are up 16 cents at $64.35, in late trading, after the U.S. Federal Trade Commission said it brought a complaint against the company alleging it used "anticompetitive" practices to maintain a "monopoly" in the ...

Document WCBBE00020170117ed1h003s5

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm Responds to Complaint from U.S. Federal Trade Commission**

**WC** 906 words
**PD** 17 January 2017
**ET** 17:50
**SN** PR Newswire
**SC** PRN
**LA** English
**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

-- Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices --

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- The U.S. Federal Trade Commission (FTC) has filed a complaint today against Qualcomm in the U.S. District Court in the Northern District of California. The FTC's complaint alleges that certain Qualcomm's business practices, which have enabled the growth and advancement of mobile communications worldwide, are in violation of U.S. competition law. Qualcomm believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

**TD**

The portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary -- the central thesis of the complaint -- is wrong.

As FTC Commissioner Maureen Ohlhausen (who voted against the filing) explained in what she notes is a rare dissenting statement, the Commission's 2-1 decision to sue Qualcomm is "an enforcement action based on a flawed legal theory (including a standalone Section 5 count) that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine U.S. intellectual property rights in Asia and worldwide." As Commissioner Ohlhausen notes, it is telling that the complaint does not allege that Qualcomm charges above fair and reasonable royalties.

Despite an appeal from members of Congress to refrain from "midnight litigation" with novel and untested legal theories that could damage competition in the U.S., the FTC accelerated the investigation of Qualcomm and directed the filing of the complaint just days before the change of the Administration though only three of five FTC commissioners are in place.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new Administration, which reflects a sharp break from FTC practice," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated. "In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions. In fact, Qualcomm was still receiving requests for information from the agency that would be necessary to an informed view of the facts when it became apparent that the FTC was driving to file a complaint before the transition to the new Administration. We have grave concerns about the two Commissioners' decision to bring this case despite a lack of evidence supporting the allegations and theories in the complaint. We look forward to defending our business in federal court, where we are confident we will prevail on the merits."

Rosenberg added, "Qualcomm has been the leader in innovation and invention in the mobile industry for more than 30 years. We have invested billions of dollars in research and development in fundamental mobile technologies that enable the applications and services that have become an essential part of our daily life. Our

contribution of these technologies to standard setting organizations and our broad-based licensing of those technologies on fair, reasonable and non-discriminatory terms has facilitated the explosive growth of the mobile communications industry worldwide, brought enormous benefits to consumers, and fostered competition. Qualcomm's investments and the work of its 30,000 employees have given consumers the ability to access the Internet and massive amounts of data instantaneously on their mobile devices. The historically unprecedented level of innovation and extraordinarily successful worldwide adoption of mobile technology, and the vibrant competition within the industry, make it difficult to understand why the FTC decided to act in this case. The intellectual-property-rights policies of the cellular standards organizations do not require licensing at the component level, and the FTC does not have the authority to rewrite industry policy. That is for the industry, not a regulator, to decide."

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire,
visit:
http://www.prnewswire.com/news-releases/qualcomm-responds-to-complaint-from-us-federal-trade-commission-300392395.html

SOURCE Qualcomm Incorporated

(END)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | namz : North America

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170117ed1h000vj

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update**

**BY** By Brent Kendall

**WC** 476 words

**PD** 17 January 2017

**ET** 17:51

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:51 ET (22:51 GMT)

| | |
|---|---|
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ntop : Top Wire News \| nttwn : Today's Top Wire News \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis |
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170117ed1h0041y |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** ***Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**WC** 324 words

**PD** 17 January 2017

**ET** 16:03

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

17 Jan 2017 16:03 ET *FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones

17 Jan 2017 16:03 ET *FTC Seeks Court Order Barring Qualcomm Tactics

**TD**

17 Jan 2017 16:48 ET Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm

By Brent Kendall

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufactures and hobble competitors.

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 16:48 ET (21:48 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

| | |
|---|---|
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ntop : Top Wire News \| nttwn : Today's Top Wire News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis |
| **RE** | usca : California \| usw : Western U.S. \| namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170117ed1h003ts |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update**

**BY** By Brent Kendall

**WC** 476 words

**PD** 17 January 2017

**ET** 18:06

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 18:06 ET (23:06 GMT)

| | |
|---|---|
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170117ed1h0046e |

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **U.S. antitrust agency sues Qualcomm over patent licensing**

**WC** 516 words

**PD** 17 January 2017

**ET** 18:19

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

WASHINGTON (Reuters) - The U.S. Federal Trade Commission filed a lawsuit against Qualcomm Inc on Tuesday, accusing the company of using "anticompetitive" tactics to maintain its monopoly on a key semiconductor used in mobile phones.

The FTC, which works with the Justice Department to enforce antitrust law, said that San Diego-based Qualcomm used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers and to weaken competitors.

**TD**

Qualcomm said in a statement that it would "vigorously contest" the complaint and denied FTC allegations that it threatened to withhold chips in order to collect unreasonable licensing fees.

Qualcomm shares fell 4 percent to $64.19 on Tuesday.

The complaint is likely the agency's last major action under current Democratic Chairwoman Edith Ramirez, who will step down Feb. 10, and comes just days before U.S. President-elect Donald Trump takes office on Friday.

Trump is expected to name Republican Commissioner Maureen Ohlhausen as acting FTC chairwoman and will fill three vacancies that will reshape the agency.

Ramirez and fellow Democrat Terrell McSweeny voted to approve the complaint but Ohlhausen dissented, saying that the lawsuit was based on a "flawed legal theory ... that lacks economic and evidentiary support."

In its complaint, the FTC said the patents that Qualcomm sought to license are standard essential patents, which means that the industry uses them widely and they are supposed to be licensed on fair, reasonable and non-discriminatory terms.

The FTC complaint also accused Qualcomm of refusing to license some standard essential patents to rival chipmakers, and of entering into an exclusive deal with Apple Inc.

"Qualcomm's customers have accepted elevated royalties and other license terms that do not reflect an assessment of terms that a court or other neutral arbiter would determine to be fair and reasonable," the FTC said in its complaint.

The FTC asked the U.S. District Court for the Northern District of California in San Jose to order Qualcomm to end these practices.

For its part, Qualcomm accused the FTC of a last-minute dash to court.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration," Don Rosenberg, Qualcomm general counsel, said in a statement. "We look forward to defending our business in federal court, where we are confident we will prevail."

The company has faced a series of antitrust rulings and investigations from regulators across the globe.

South Korea's antitrust regulator fined Qualcomm Inc 1.03 trillion won ($854 million) in December for what it called unfair practices in patent licensing, a decision the U.S. chipmaker said it will challenge in court.

In February 2015, Qualcomm paid a $975 million fine in China following a 14-month probe, while the European Union in December 2015 accused it of abusing its market power to thwart rivals.

(Reporting by Diane Bartz; Editing by Soyoung Kim and Alan Crosby)

**RF** Released: 2017-1-17T23:19:46.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:OUSBSM

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170117ed1h012yt

 © 2023 Factiva, Inc. All rights reserved.

AP

**HD** **FTC sues Qualcomm alleging monopoly of semiconductor device**

**WC** 143 words

**PD** 17 January 2017

**ET** 18:42

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2017. The Associated Press. All Rights Reserved.

**LP**

NEW YORK (AP) — The Federal Trade Commission is suing Qualcomm Inc. for allegedly maintaining a monopoly over a key device used in cellphones and other electronics.

The agency said Tuesday that Qualcomm, the world's dominant supplier of baseband processors, imposes "onerous" licensing terms on manufacturers and weakens its rivals.

**TD**

The FTC is seeking a court order to undo and prevent Qualcomm's methods.

In a statement, San Diego-based Qualcomm said it believes that the FTC complaint is flawed and advances the interests of companies that have earned billions of dollars made possible by "innovators" such as itself. The chipmaker also noted that the FTC filed its complaint even though only three of five FTC commissioners are in place.

The FTC lawsuit was filed in U.S. District Court for the Northern District of California.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** US

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020170117ed1h00grl

**HD** **Mobile chipmaker Qualcomm hit with US antitrust suit**

**WC** 451 words

**PD** 17 January 2017

**ET** 18:45

**SN** Agence France Presse

**SC** AFPR

**LA** English

**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Mobile chip giant Qualcomm was hit Tuesday with a US antitrust suit alleging it abused its dominant position in the market for processors used in cell phones and other devices.

The US Federal Trade Commission filed a lawsuit in federal court in California claiming Qualcomm's practices amount to "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

**TD**

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

"In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions," Qualcomm general counsel Don Rosenberg said in a released statement.

Qualcomm, which is the dominant provider of chips for smartphones, has faced similar antitrust investigations in the European Union and China, and last month was hit with a record fine of $850 million by South Korean enforcement regulators.

In the US lawsuit, the FTC said Qualcomm's policy is to supply its processors only on the condition that cell phone manufacturers agree to Qualcomm's "preferred license terms" for patents which are essential for mobile communications.

"By using its monopoly power to obtain elevated royalties that apply to baseband processors supplied by its competitors, Qualcomm in effect collects a 'tax' on cell phone manufacturers when they use non-Qualcomm processors," the lawsuit said.

"This tax weakens Qualcomm's competitors, including by reducing demand for their processors, and serves to maintain Qualcomm's monopoly in baseband processor markets."

Qualcomm's actions have hurt competitors including Taiwan-based Via Technologies, which was acquired by Intel in 2015, and another Taiwan firm, MediaTek Inc.

The suit also alleges that Qualcomm "extracted exclusivity from Apple in exchange for reduced patent royalties," which prevented the iPhone maker from getting processors from Qualcomm's competitors from 2011 to 2016.

Qualcomm general counsel Rosenberg maintained that the FTC sped up the investigation, filing the suit just days before a change in the US presidential administration and with only three of five agency commissioners in place.

"This is an extremely disappointing decision to rush to file a complaint," Rosenberg said.

"It became apparent that the FTC was driving to file a complaint before the transition to the new administration."

The San Diego, California, group in 2015 agreed to pay $975 million to settle antitrust charges in China.

The tech group is challenging an EU competition inquiry which could result in a fine of up to 10 percent of its annual sales, which amounted to $26.5 billion for Qualcomm in 2015.

gc-rl/sg

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** Lead

**PUB** Agence France-Presse

**AN** Document AFPR000020170117ed1h00ili

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update**

**BY** By Brent Kendall
**WC** 573 words
**PD** 17 January 2017
**ET** 17:57
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

Qualcomm said it would fight the FTC's suit, which it said is based on flawed legal theory and "significant misconceptions about the mobile technology industry." The company said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and it accused the FTC of filing the complaint before it had all the facts.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration, which reflects a sharp break from FTC practice," said Don Rosenberg, Qualcomm executive vice president and general counsel.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump

Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:57 ET (22:57 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0040c

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update**

**BY** By Brent Kendall

**WC** 573 words

**PD** 17 January 2017

**ET** 18:12

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

Qualcomm said it would fight the FTC's suit, which it said is based on flawed legal theory and "significant misconceptions about the mobile technology industry." The company said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and it accused the FTC of filing the complaint before it had all the facts.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration, which reflects a sharp break from FTC practice," said Don Rosenberg, Qualcomm executive vice president and general counsel.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump

Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 18:12 ET (23:12 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0045e

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **BRIEF-Qualcomm responds to complaint from U.S. Federal Trade Commission** |
| **WC** | 122 words |
| **PD** | 17 January 2017 |
| **ET** | 18:01 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

Jan 17 (Reuters) - Qualcomm Inc

**TD**

* Qualcomm responds to complaint from u.s. Federal Trade Commission

* Qualcomm Inc - "Has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms"

* Qualcomm Inc - Portrayal of facts offered by FTC as basis for agency's case is "significantly flawed"

* Will vigorously contest complaint and defend its business practices

* Qualcomm-"grave concerns" about 2 commissioners' decision to bring the case despite lack of evidence supporting allegations and theories in complaint

* Qualcomm - "This is an extremely disappointing decision to rush to file a complaint on eve of chairwoman Ramirez's departure and transition to a new administration"

| | |
|---|---|
| **RF** | Released: 2017-1-18T00:01:09.000Z |
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | ccat : Corporate/Industrial News \| gcrim : Crime/Legal Action \| gcat : Political/General News |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170117ed1h018ra |

REUTERS

**HD** **UPDATE 3-U.S. antitrust agency sues Qualcomm over patent licensing**

**WC** 531 words

**PD** 17 January 2017

**ET** 18:16

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

(Adds Qualcomm statement that it will contest lawsuit)

By Diane Bartz

**TD**

WASHINGTON, Jan 17 (Reuters) - The U.S. Federal Trade Commission filed a lawsuit against Qualcomm Inc on Tuesday, accusing the company of using "anticompetitive" tactics to maintain its monopoly on a key semiconductor used in mobile phones.

The FTC, which works with the Justice Department to enforce antitrust law, said that San Diego-based Qualcomm used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers and to weaken competitors.

Qualcomm said in a statement that it would "vigorously contest" the complaint and denied FTC allegations that it threatened to withhold chips in order to collect unreasonable licensing fees.

Qualcomm shares fell 4 percent to $64.19 on Tuesday.

The complaint is likely the agency's last major action under current Democratic Chairwoman Edith Ramirez, who will step down Feb. 10, and comes just days before U.S. President-elect Donald Trump takes office on Friday.

Trump is expected to name Republican Commissioner Maureen Ohlhausen as acting FTC chairwoman and will fill three vacancies that will reshape the agency.

Ramirez and fellow Democrat Terrell McSweeny voted to approve the complaint but Ohlhausen dissented, saying that the lawsuit was based on a "flawed legal theory ... that lacks economic and evidentiary support."

In its complaint, the FTC said the patents that Qualcomm sought to license are standard essential patents, which means that the industry uses them widely and they are supposed to be licensed on fair, reasonable and non-discriminatory terms.

The FTC complaint also accused Qualcomm of refusing to license some standard essential patents to rival chipmakers, and of entering into an exclusive deal with Apple Inc.

"Qualcomm's customers have accepted elevated royalties and other license terms that do not reflect an assessment of terms that a court or other neutral arbiter would determine to be fair and reasonable," the FTC said in its complaint.

The FTC asked the U.S. District Court for the Northern District of California in San Jose to order Qualcomm to end these practices.

For its part, Qualcomm accused the FTC of a last-minute dash to court.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration," Don Rosenberg, Qualcomm general counsel, said in a statement. "We look forward to defending our business in federal court, where we are confident we will prevail."

The company has faced a series of antitrust rulings and investigations from regulators across the globe.

South Korea's antitrust regulator fined Qualcomm Inc 1.03 trillion won ($854 million) in December for what it called unfair practices in patent licensing, a decision the U.S. chipmaker said it will challenge in court.

In February 2015, Qualcomm paid a $975 million fine in China following a 14-month probe, while the European Union in December 2015 accused it of abusing its market power to thwart rivals. (Reporting by Diane Bartz; Editing by Soyoung Kim and Alan Crosby)

**RF** Released: 2017-1-18T00:16:27.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | c41 : Management | ccat : Corporate/Industrial News | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170117ed1h016il

**SE** Business

**HD** **U.S. FTC Sues Qualcomm For Anti-competitive Practices**

**WC** 358 words
**PD** 17 January 2017
**SN** RTT News
**SC** RTTNEW
**LA** English
**CY** © 2017 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - The U.S. Federal Trade Commission said it filed a complaint in federal district court charging Qualcomm Inc. (QCOM) with using anticompetitive tactics to maintain its monopoly in the supply of a key semiconductor device used in cell phones and other consumer products.

Responding to Complaint from U.S. Federal Trade Commission, Qualcomm said it believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

**TD**

Qualcomm said it will vigorously contest complaint and defend its business practices

Qualcomm noted that the portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary -- the central thesis of the complaint -- is wrong.

The FTC alleged that Qualcomm has used its dominant position as a supplier of certain baseband processors to impose onerous and anticompetitive supply and licensing terms on cell phone manufacturers and to weaken competitors.

According to the complaint, by threatening to disrupt cell phone manufacturers' supply of baseband processors, Qualcomm obtains elevated royalties and other license terms for its standard-essential patents that manufacturers would otherwise reject. These royalties amount to a tax on the manufacturers' use of baseband processors manufactured by Qualcomm's competitors, a tax that excludes these competitors and harms competition. Increased costs imposed by this tax are passed on to consumers, the complaint alleges.

By excluding competitors, Qualcomm impedes innovation that would offer significant consumer benefits, including those that foster the increased interconnectivity of consumer products, vehicles, buildings, and other items commonly referred to as the Internet of Things.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2017 RTTNews.com. All Rights Reserved

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020170118ed1h000gp

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

**HD** **Qualcomm Responds to Complaint from U.S. Federal Trade Commission; Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices**

**WC** 876 words
**PD** 17 January 2017
**SN** M2 Presswire
**SC** MTPW
**LA** English
**CY** © 2017, M2 Communications. All rights reserved.

**LP**

SAN DIEGO — The U.S. Federal Trade Commission (FTC) has filed a complaint today against Qualcomm in the U.S. District Court in the Northern District of California. The FTC's complaint alleges that certain Qualcomm's business practices, which have enabled the growth and advancement of mobile communications worldwide, are in violation of U.S. competition law. Qualcomm believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

**TD**

The portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary — the central thesis of the complaint — is wrong.

As FTC Commissioner Maureen Ohlhausen (who voted against the filing) explained in what she notes is a rare dissenting statement, the Commission's 2-1 decision to sue Qualcomm is "an enforcement action based on a flawed legal theory (including a standalone Section 5 count) that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine U.S. intellectual property rights in Asia and worldwide." As Commissioner Ohlhausen notes, it is telling that the complaint does not allege that Qualcomm charges above fair and reasonable royalties.

Despite an appeal from members of Congress to refrain from "midnight litigation" with novel and untested legal theories that could damage competition in the U.S., the FTC accelerated the investigation of Qualcomm and directed the filing of the complaint just days before the change of the Administration though only three of five FTC commissioners are in place.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new Administration, which reflects a sharp break from FTC practice," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated. "In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions. In fact, Qualcomm was still receiving requests for information from the agency that would be necessary to an informed view of the facts when it became apparent that the FTC was driving to file a complaint before the transition to the new Administration. We have grave concerns about the two Commissioners' decision to bring this case despite a lack of evidence supporting the allegations and theories in the complaint. We look forward to defending our business in federal court, where we are confident we will prevail on the merits."

Rosenberg added, "Qualcomm has been the leader in innovation and invention in the mobile industry for more than 30 years. We have invested billions of dollars in research and development in fundamental mobile technologies that enable the applications and services that have become an essential part of our daily life. Our contribution of these technologies to standard setting organizations and our broad-based licensing of those technologies on fair, reasonable and non-discriminatory terms has facilitated the explosive growth of

the mobile communications industry worldwide, brought enormous benefits to consumers, and fostered competition. Qualcomm's investments and the work of its 30,000 employees have given consumers the ability to access the Internet and massive amounts of data instantaneously on their mobile devices. The historically unprecedented level of innovation and extraordinarily successful worldwide adoption of mobile technology, and the vibrant competition within the industry, make it difficult to understand why the FTC decided to act in this case. The intellectual-property-rights policies of the cellular standards organizations do not require licensing at the component level, and the FTC does not have the authority to rewrite industry policy. That is for the industry, not a regulator, to decide."

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

Qualcomm contacts: Pete Lancia John Sinnott

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | usca : California | namz : North America | usw : Western U.S.

**PUB** Normans Media Ltd

**AN** Document MTPW000020170118ed1h002s1

THE CANADIAN PRESS

HD **FTC sues Qualcomm alleging monopoly of semiconductor device**

CR AP

WC 144 words

PD 17 January 2017

ET 18:43

SN The Canadian Press

SC CPR

LA English

CY (c) 2017 The Canadian Press. All rights reserved.

LP

NEW YORK _ The Federal Trade Commission is suing Qualcomm Inc. for allegedly maintaining a monopoly over a key device used in cellphones and other electronics.

The agency said Tuesday that Qualcomm, the world's dominant supplier of baseband processors, imposes "onerous" licensing terms on manufacturers and weakens its rivals.

TD

The FTC is seeking a court order to undo and prevent Qualcomm's methods.

In a statement, San Diego-based Qualcomm said it believes that the FTC complaint is flawed and advances the interests of companies that have earned billions of dollars made possible by "innovators" such as itself. The chipmaker also noted that the FTC filed its complaint even though only three of five FTC commissioners are in place.

The FTC lawsuit was filed in U.S. District Court for the Northern District of California.

RF 20170117CPCPB7378

CO ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c34 : Anti-Competition Issues | nnam : News Agency Materials | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

RE usa : United States | namz : North America

IPD B

PUB The Canadian Press

AN Document CPR0000020170118ed1h000a6

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**WC** 889 words

**PD** 17 January 2017

**ET** 17:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON—The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the semiconductor company engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm, which holds patents on essential cellular technologies, won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which force phone makers to pay elevated patent royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The complaint specifically highlighted Qualcomm's dealings with Apple Inc., saying that when the iPhone maker sought relief from high royalties, Qualcomm conditioned partial relief on Apple using Qualcomm's baseband chips exclusively from 2011 to 2016.

Qualcomm said it would fight the FTC's suit, which it said is based on flawed legal theory and "significant misconceptions about the mobile technology industry." The company said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and it accused the FTC of filing the complaint before it had all the facts.

Apple declined to comment.

Qualcomm shares fell 4% in 4 p.m. trading on the Nasdaq Stock Market, though shares regained some of those losses in after-hours trading.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cellphones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down on Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration, which reflects a sharp break from FTC practice," said Don Rosenberg, Qualcomm executive vice president and general counsel.

The FTC normally has five members but has been operating with three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump Administration to fill those openings, but an eventual Republican-majority at the FTC potentially would have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and world-wide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

The FTC action is the latest of a series of recent regulatory challenges to Qualcomm's business model. The company got about two thirds of its $23.56 billion in revenue in its latest fiscal year from selling chips, but the majority of its pretax profit comes from royalties for its technology. It typically licenses its patents to handset makers as a comprehensive package, charging a royalty of up to 5% of the wholesale price of each device, whether or not it uses a Qualcomm chip. Qualcomm typically doesn't license intellectual property to other chip makers.

South Korea's antitrust authority in late December said it would fine the company about $853 million for alleged violations, the highest such penalty levied on a company in that country. Qualcomm said it would contest that decision. The South Korean authority, like the FTC, demanded that Qualcomm cease selling chips to handset makers only if they buy a license. It also demanded that the company unbundle its patent licenses and offer them to chip makers.

Last year, Qualcomm agreed to a settlement with Chinese antitrust authorities that included a $975 million fine and required the company to alter its business practices. Chinese regulators, however, didn't challenge Qualcomm's model of charging royalties to handset makers.

In addition, The European Commission in late 2015 said it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

Write to Brent Kendall at brent.kendall@wsj.com and Ted Greenwald at Ted.Greenwald@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:00 ET (22:00 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h003wc

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **US sues Qualcomm over licensing technology for mobiles**

**BY** Richard Waters in San Francisco

**WC** 681 words

**PD** 17 January 2017

**ET** 18:24

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

The US has sued Qualcomm over the way it licenses its technology for mobile phones, hitting at the business that generates most of the US chip company's profits.

The case follows an investigation begun in 2014, but which was accelerated in recent weeks as the Federal Trade Commission moved towards filing a high-profile antitrust case just days before a new administration takes control in Washington.

**TD**

Qualcomm's shares fell more than 4 per cent on a report by Bloomberg about the impending action. It comes three weeks after South Korea said it would slap a $854m fine on the company over similar licensing concerns.

The FTC's decision to sue was on a majority 2-1 vote by its commissioners, whose ranks were depleted from the normal five ahead of the change of administration.

In an unusual statement of dissent, commissioner Maureen Ohlhausen claimed the action was based on a "flawed legal theory . . . that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine US intellectual property rights in Asia and worldwide". Ms Ohlhausen, a Republican appointee, was outvoted by the two Democratic appointees on the commission.

"Given the dissent of one commissioner and the change in administration that will bring major changes in the composition of the commission, this may be last-minute grandstanding with little danger to Qualcomm," said Erik Gordon, assistant professor at the University of Michigan's Ross School of Business.

The US complaint centres on the patents that other companies need to license to be able to implement communications standards such as 3G. Given the obligatory use of these so-called standards essential patents, companies like Qualcomm agree to certain limits on how they negotiate licences.

According to the lawsuit, filed in the Northern district of California, Qualcomm unfairly uses its other main business — selling baseband processors to handset makers — to force them to agree to pay higher royalties for its patents. Under a company policy called "no licence, no chips", Qualcomm threatens to cut off the supply of its basebands unless the customers agree to its patent licensing terms, resulting in higher fees, the FTC alleges.

The US action also challenged the chip company over its practice of only licensing its technology to handset makers, and refusing to sell it to rival makers of basebands such as Intel and Taiwan's MediaTek, which compete with it in selling components for devices like smartphones.

That complaint echoed the action late last year by South Korean regulators, who also said Qualcomm should make its technology available to component suppliers. Critics say that levying royalties only on handset

makers, based on the total cost of their products, is a way for the chipmaker to charge higher fees than it would otherwise be able to.

However, Qualcomm executives argue that only a small portion of their patents are exclusively linked to cell phone basebands, which handle communications between the device and a mobile network. They claim their technology is integral to many other aspects of how phones function, making it natural to charge based on the overall product.

In a further allegation, the FTC accused Qualcomm of giving Apple preferential royalty rates in return for buying only Qualcomm basebands between 2011 and 2016, a policy that the regulators say was designed to hurt other makers of basebands.

Qualcomm shot back at the FTC, accusing it of rushing to file a case before this week's presidential inauguration and of coming up with a complaint that was based on a flawed legal theory, a lack of economic support and misconceptions about the mobile technology industry.

"This is an extremely disappointing decision to rush to file a complaint on the eve of . . . the transition to a new administration," said Don Rosenberg, general counsel.

Qualcomm denied the central argument in the FTC's case, that it "withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms".

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170117ed1h00dt9

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **U.S. antitrust agency poised to sue Qualcomm over patent licensing-sources** |
| **WC** | 97 words |
| **PD** | 17 January 2017 |
| **ET** | 15:23 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

WASHINGTON, Jan 17 (Reuters) - The U.S. Federal Trade Commission is expected to sue Qualcomm Inc as early as Tuesday over alleged antitrust violations in its patent licensing business, according to people familiar with the matter.

**TD**

The FTC, which works with the Justice Department to enforce antitrust law, has been investigating San Diego-based Qualcomm for allegedly abusing its dominant market position by forcing mobile phone makers who need their chips to license an unnecessarily broad range of patents.

| | |
|---|---|
| **RF** | Released: 2017-1-17T21:23:32.000Z |
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c133 : Patents \| c34 : Anti-Competition Issues \| c41 : Management \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| c13 : Regulation/Government Policy \| gcrim : Crime/Legal Action \| cinprp : Industrial Property Rights \| gcat : Political/General News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170125ed1h0106t |

DOW JONES NEWSWIRES

**HD** ***Qualcomm Responds to Complaint From U.S. FTC**

**WC** 1,089 words

**PD** 17 January 2017

**ET** 17:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

17 Jan 2017 17:51 ET *Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM

17 Jan 2017 17:51 ET *Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM

**TD**

17 Jan 2017 17:52 ET *Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry

17 Jan 2017 17:52 ET *Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms

17 Jan 2017 17:54 ET *Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration'

17 Jan 2017 17:54 ET *Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM

17 Jan 2017 17:57 ET Press Release: Qualcomm Responds to Complaint from U.S. Federal Trade Commission Responds to Complaint from

Qualcomm Responds to Complaint from U.S. Federal Trade Commission Responds to Complaint from

-- Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices --

PR Newswire

SAN DIEGO, Jan. 17, 2017

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- The U.S. Federal Trade Commission (FTC) has filed a complaint today against Qualcomm in the U.S. District Court in the Northern District of California. The FTC's complaint alleges that certain Qualcomm's business practices, which have enabled the growth and advancement of mobile communications worldwide, are in violation of U.S. competition law. Qualcomm believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

The portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary -- the central thesis of the complaint -- is wrong.

As FTC Commissioner Maureen Ohlhausen (who voted against the filing) explained in what she notes is a rare dissenting statement, the Commission's 2-1 decision to sue Qualcomm is "an enforcement action based on a

flawed legal theory (including a standalone Section 5 count) that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine U.S. intellectual property rights in Asia and worldwide." As Commissioner Ohlhausen notes, it is telling that the complaint does not allege that Qualcomm charges above fair and reasonable royalties.

Despite an appeal from members of Congress to refrain from "midnight litigation" with novel and untested legal theories that could damage competition in the U.S., the FTC accelerated the investigation of Qualcomm and directed the filing of the complaint just days before the change of the Administration though only three of five FTC commissioners are in place.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new Administration, which reflects a sharp break from FTC practice," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated. "In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions. In fact, Qualcomm was still receiving requests for information from the agency that would be necessary to an informed view of the facts when it became apparent that the FTC was driving to file a complaint before the transition to the new Administration. We have grave concerns about the two Commissioners' decision to bring this case despite a lack of evidence supporting the allegations and theories in the complaint. We look forward to defending our business in federal court, where we are confident we will prevail on the merits."

Rosenberg added, "Qualcomm has been the leader in innovation and invention in the mobile industry for more than 30 years. We have invested billions of dollars in research and development in fundamental mobile technologies that enable the applications and services that have become an essential part of our daily life. Our contribution of these technologies to standard setting organizations and our broad-based licensing of those technologies on fair, reasonable and non-discriminatory terms has facilitated the explosive growth of the mobile communications industry worldwide, brought enormous benefits to consumers, and fostered competition. Qualcomm's investments and the work of its 30,000 employees have given consumers the ability to access the Internet and massive amounts of data instantaneously on their mobile devices. The historically unprecedented level of innovation and extraordinarily successful worldwide adoption of mobile technology, and the vibrant competition within the industry, make it difficult to understand why the FTC decided to act in this case. The intellectual-property-rights policies of the cellular standards organizations do not require licensing at the component level, and the FTC does not have the authority to rewrite industry policy. That is for the industry, not a regulator, to decide."

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-responds-to-complaint-from-us-federal-trade-commission-300392395.html

SOURCE Qualcomm Incorporated

(END) Dow Jones Newswires

January 17, 2017 17:57 ET (22:57 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0041w

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM** |
| **WC** | 42 words |
| **PD** | 17 January 2017 |
| **ET** | 18:05 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:54 ET (22:54 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2305GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000kp |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration'** |
| **WC** | 45 words |
| **PD** | 17 January 2017 |
| **ET** | 18:04 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:54 ET (22:54 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2304GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000ko |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms** |
| **WC** | 52 words |
| **PD** | 17 January 2017 |
| **ET** | 18:02 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

January 17, 2017 17:52 ET (22:52 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

17-01-17 2302GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000kn |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry** |
| WC | 46 words |
| PD | 17 January 2017 |
| ET | 17:59 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

January 17, 2017 17:52 ET (22:52 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

17-01-17 2259GMT

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020170117ed1h000km |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM** |
| **WC** | 41 words |
| **PD** | 17 January 2017 |
| **ET** | 17:56 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:51 ET (22:51 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2256GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000ki |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM** |
| **WC** | 43 words |
| **PD** | 17 January 2017 |
| **ET** | 17:55 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:51 ET (22:51 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2255GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000kg |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Responds to Complaint From U.S. FTC** |
| **WC** | 38 words |
| **PD** | 17 January 2017 |
| **ET** | 17:53 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:50 ET (22:50 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2253GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | usa : United States \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000ke |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **FTC Seeks Court Order Barring Qualcomm Tactics** |
| **WC** | 32 words |
| **PD** | 17 January 2017 |
| **ET** | 16:04 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 17, 2017 16:03 ET (21:03 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>17-01-17 2104GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ncmac : Commodities Asset Class News \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| ntop : Top Wire News \| redit : Selection of Top Stories/Trends/Analysis |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000j2 |

DOW JONES
NEWSWIRES

**HD** **FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones**

**WC** 40 words

**PD** 17 January 2017

**ET** 16:04

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

(MORE TO FOLLOW) Dow Jones Newswires

January 17, 2017 16:03 ET (21:03 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

17-01-17 2104GMT

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ncmac : Commodities Asset Class News | neqac : Equities Asset Class News | nhotbn : Hot Business News | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170117ed1h000j0

DOW JONES
NEWSWIRES

| | |
|---|---|
| **HD** | **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm Files Antitrust Lawsuit Against** |
| **WC** | 33 words |
| **PD** | 17 January 2017 |
| **ET** | 16:03 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 17, 2017 16:03 ET (21:03 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>17-01-17 2103GMT |
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ncmac : Commodities Asset Class News \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| ntop : Top Wire News \| redit : Selection of Top Stories/Trends/Analysis |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000iz |

HD **Qualcomm announces expansion of its Design in India Program; To focus on growing mobile and IoT ecosystem in India with R&D and localization support**

WC 636 words

PD 17 January 2017

SN M2 Presswire

SC MTPW

LA English

CY © 2017, M2 Communications. All rights reserved.

LP

News Highlights

- Announces winners for Qualcomm Design in India Challenge (QDIC) 2016.

TD

- Expands QDIC ‘17 to support 16 start-ups in areas of new technologies

- Invests in new Innovation Lab at Hyderabad and expansion of Innovation lab at Bangalore

NEW DELHI — Qualcomm Incorporated (NASDAQ: QCOM) today announced the top three winners of its first edition of the Qualcomm Design in India Challenge (QDIC), which was launched in December 2015, in association with the National Association of Software and Services Companies (NASSCOM ). Over the last 12 months, ten shortlisted companies were incubated with initial prize money of USD 10,000 each and engineering support at Qualcomm India ’s Innovation Lab in Bangalore where they could transform their ideas into prototypes. In the final round, the companies were judged by the jury members consisting of Industry, Government and Qualcomm executives. In addition,

the selected winners were awarded USD 100,000 each as part of the Challenge.

The winners are Carnot Technologies, IFuture Robotics and Uncanny Vision.

Qualcomm also announced investment of USD 8.5 Mn for expansion of their design initiatives in India, to be called henceforth the ‘Qualcomm Design in India Program’ (QDIP). Under this program two key initiatives were announced:

- The Qualcomm “Design in India Challenge II” will support companies in the areas of Rural technology, Biometric Devices, Payment Terminals, Agri Technology, Medical Technology and Smart Infrastructure

- Enable India mobile and IoT vendors by providing advanced Camera, Audio, and RF design in India with the launch of a new Innovation Lab at Hyderabad and expansion of the current Innovation Lab in Bangalore

Speaking on the occasion, John Han, senior vice president and general manager, Qualcomm Technology Licensing, said, “Qualcomm is passionate about innovation, every year we invest billions in risky R&D to invent technologies that bring advancements in various aspect of our lives. With Prime Minister Narendra Modi ’s vision to transform India into a digitally empowered society, Qualcomm is committed to offering support to help India’s ecosystem to grow and cater to increasing consumer choices.”

“Qualcomm Design in India Challenge is one of the most successful initiatives by Qualcomm to nurture some of the talented startups in India. After seeing the overpowering response during the 2016 edition, we decided to go ahead with a second year, as well as expanding the number of participants Qualcomm nurtures through this program from 10 to 16 participants in 2017.” said Jim Cathey, senior vice president & president, Asia Pacific & India, Qualcomm Technologies Inc .

More information on Qualcomm Design In India Challenge II is available on http://www.qualcomm.co.in/design-in-india

About Qualcomm

Qualcomm 's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc ., a subsidiary of Qualcomm Incorporated , operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm 's website, blog, Twitter and Facebook pages. Qualcomm contacts: John Sinnott Pete Lancia

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** nsffvp : National Association of Software and Service Companies | qcom : Qualcomm Incorporated

**IN** iioft : Internet-of-Things Technologies | i3302 : Computers/Consumer Electronics | i3303 : Networking | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** npress : Press Releases | c23 : Research/Development | ccat : Corporate/Industrial News | ncat : Content Types

**RE** india : India | banga : Bengaluru | karna : Karnataka | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** Normans Media Ltd

**AN** Document MTPW000020170117ed1h0043d

 © 2023 Factiva, Inc. All rights reserved.

THE FINANCIAL EXPRESS

SE Technology

HD **Qualcomm Design in India: Three startups win $100,000 prize money; artificial intelligence is the real winner**

BY Sumit Chakraborty

WC 479 words

PD 17 January 2017

SN Financial Express

SC AIWFIE

LA English

CY Copyright 2017 Indian Express Online Media Pvt. Ltd.

LP

Qualcomm , the chip maker, in the grand finale of its Design in India challenge, announced three winners, in while each startup won a prize money of $100,000. The challenge was started by the tech major in 2015, in while more than 400 startups had participated. The event to declare the winners was organised in New Delhi today and the startups which won the awards were Uncanny Vision, Carnot Technologies and iFuture Robotics. These three were selected from the top 10 shortlisted startups. In the event were present, Union minister for Law and Justice Ravi Shankar Prasad, NASSCOM President R. Chandrashekhar, Aruna Sundararajan, Secretary to Ministry of Electronics and Information Technology and J.S Deepak, Secretary Department of Telecommunications. The tech giant Qualcomm , also announced that it will invest $8.5 million in India, with an aim to expand its design initiatives in the country.

TD

iFuture Robotics is a startup which makes industrial automation robots which read environment data to move and deliver objects in warehouses which reduce labour cost as well as human injuries from heavy machinery. Uncanny Vision demonstrated an intelligent surveillance camera which can solve many security problems in places like ATMs. The camera uses machine learning to detect human actions for face and movement. Meanwhile, Carnot technologies is a telematics startup for low-cost bikes. The machine that they presented could connect a bike to a user's smartphone which can be useful for the safety of the vehicle even during emergency situations.

Also read | Qualcomm to invest $8.5 million in India to support PM Narendra Modi 's vision of digitisation

In the next initiative, Qualcomm with its Design in India Challenge II will be supporting companies in fields like Rural technology, payment methods, agricultural technology, health, biometric and more. The company will also enable mobiles and Internet of Things vendors from India by giving them better Camera, RF and Audio design technology. The company said that it will launch a new Innovation lab in Hyderabad and expand its existing one in Bangalore.

You may also like to watch:

During the event, John Han, senior vice president and GM , Qualcomm technology Licensing said that the company is very passionate about innovation and it is evident in the fact that it invests a lot of money in risky research and development projects. He added that Qualcomm is committed to supporting PM Narendra Modi to help the Indian ecosystem become a digitally empowered society.

The event to declare the winners of the Qualcomm challenge was organised in New Delhi today and the startups which won the awards were Uncanny Vision, Carnot Technologies and iFuture Robotics. In the event were present, Union minister for Law and Justice Ravi Shankar Prasad and NASSCOM President R. Chandrashekhar. (FE Photo)

CO qcom : Qualcomm Incorporated

Page 71 of 79 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | gpol : Domestic Politics \| grobo : Robotics \| gcat : Political/General News \| gpir : Politics/International Relations \| gsci : Sciences/Humanities |
| **RE** | india : India \| delhi : Delhi \| asiaz : Asia \| bric : BRICS Countries \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| indsubz : Indian Subcontinent \| sasiaz : Southern Asia |
| **PUB** | India Express Mumbai Limited |
| **AN** | Document AIWFIE0020170117ed1h000c4 |

 © 2023 Factiva, Inc. All rights reserved.

THE FINANCIAL EXPRESS

SE Technology

HD **Qualcomm to invest $8.5 million in India to support PM Narendra Modi ’s vision of digitisation**

BY Sumit Chakraborty
WC 530 words
PD 17 January 2017
SN Financial Express
SC AIWFIE
LA English
CY Copyright 2017 Indian Express Online Media Pvt. Ltd.

LP

Technology major Qualcomm has announced that it will invest $8.5 million in India, with an aim to expand its digital design initiatives in the country. The Design in India challenge was announced back two years ago in 2015 and had around 400 participating members. Today, at an event, three startups among the top 10 participants who were shortlisted, won a prize money of $100,000 each. The event was also attended by Union minister for Law and Justice Ravi Shankar Prasad and NASSCOM President R. Chandrashekhar. The startups which won the prizes were iFuture Robotics, Uncanny Vision and Carnot Technologies. During the event, John Han, senior vice president and GM , Qualcomm technology Licensing said that the company is very passionate about innovation and it is evident in the fact that it invests a lot of money in risky research and development projects. He added that Qualcomm is committed to supporting PM Narendra Modi to help the Indian ecosystem become a digitally empowered society.

TD

At the event, Ravi Shankar Prasad said that Indians are now more desirous of technology than ever before. He said that India is ready for innovations in digital designs. He asked the young entrepreneurs to work more towards India-focused research including rural health and education. HE also talked about how Adhaar card's technological prowess is now admired globally. Prasad also insisted on the need of more human resource in the area of research and talked about how the government is trying to create an ecosystem suitable for startups. He also asked Qualcomm to make a chip which is integral to the Aadhaar itself.

Also read | Qualcomm Design in India: Three startups win $100,000 prize money; artificial intelligence is the real winner

Among the prize winners, iFuture Robotics is a startup which makes industrial automation robots which read environment data to move and deliver objects in warehouses which reduce labour cost as well as human injuries from heavy machinery. Uncanny Vision demonstrated an intelligent surveillance camera which can solve many security problems in places like ATMs. The camera uses machine learning to detect human actions for face and movement. Meanwhile, Carnot technologies is a telematics startup for low-cost bikes. The machine that they presented could connect a bike to a user's smartphone which can be useful for the safety of the vehicle even during emergency situations.

You may also like to watch:

In the next initiative, Qualcomm with its Design in India Challenge II will be supporting companies in fields like Rural technology, payment methods, agricultural technology, health, biometric and more. The company will also enable mobiles and Internet of Things vendors from India by giving them better Camera, RF and Audio design technology. The company said that it will launch a new Innovation lab in Hyderabad and expand its existing one in Bangalore.

Qualcomm's Design in India challenge was announced two years ago in 2015 and had around 400 participating members. Today, at an event, three startups among the top 10 participants who were shortlisted, won a prize money of $100,000 each.

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** gpol : Domestic Politics | grobo : Robotics | c23 : Research/Development | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gsci : Sciences/Humanities

**RE** india : India | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** India Express Mumbai Limited

**AN** Document AIWFIE0020170117ed1h000bz

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm announces expansion of its Design in India Program**

**WC** 637 words

**PD** 17 January 2017

**ET** 03:00

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

To focus on growing mobile and IoT ecosystem in India with R&D and localization support

NEW DELHI, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced the top three winners of its first edition of the Qualcomm Design in India Challenge (QDIC), which was launched in December 2015, in association with the National Association of Software and Services Companies (NASSCOM ). Over the last 12 months, ten shortlisted companies were incubated with initial prize money of USD 10,000 each and engineering support at Qualcomm India 's Innovation Lab in Bangalore where they could transform their ideas into prototypes. In the final round, the companies were judged by the jury members consisting of Industry, Government and Qualcomm executives. In addition, the selected winners were awarded USD 100,000 each as part of the Challenge.

**TD**

The winners are Carnot Technologies, IFuture Robotics and Uncanny Vision.

Qualcomm also announced investment of USD 8.5 Mn for expansion of their design initiatives in India, to be called henceforth the 'Qualcomm Design in India Program' (QDIP). Under this program two key initiatives were announced:

```
   -- The
Qualcomm  "Design in India Challenge II" will support companies in the
      areas of Rural Technology, Biometric Devices, Payment Terminals, Agri
      Technology, Medical Technology and Smart Infrastructure

   -- Enable India mobile and IoT vendors by providing advanced Camera, Audio,
      and RF design in India with the launch of a new Innovation Lab at
      Hyderabad and expansion of the current Innovation Lab in Bangalore
```

Speaking on the occasion, John Han, senior vice president and general manager, Qualcomm Technology Licensing, said, "Qualcomm is passionate about innovation, every year we invest billions in risky R&D to invent technologies that bring advancements in various aspect of our lives. With Prime Minister Narendra Modi 's vision to transform India into a digitally empowered society, Qualcomm is committed to offering support to help India's ecosystem to grow and cater to increasing consumer choices."

"Qualcomm Design in India Challenge is one of the most successful initiatives by Qualcomm to nurture some of the talented start-ups in India. After seeing the overpowering response during the 2016 edition, we decided to go ahead with a second year, as well as expanding the number of participants Qualcomm nurtures through this program from 10 to 16 participants in 2017," said Jim Cathey, senior vice president & president, Asia Pacific & India, Qualcomm Technologies, Inc .

More information on Qualcomm Design In India Challenge II is available on http://www.qualcomm.co.in/design-in-india

About Qualcomm

Qualcomm 's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc ., a subsidiary of Qualcomm Incorporated , operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm 's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Dechama Uthappa, Qualcomm India Public Relations

Phone: +91 9845087220

Email: duthappa@qti.qualcomm.com

John Sinnott , Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-announces-expansion-of-its-design-in-india-program-300391628.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END)

**CO** nsffvp : National Association of Software and Service Companies | qcom : Qualcomm Incorporated

**IN** iioft : Internet-of-Things Technologies | i3302 : Computers/Consumer Electronics | i3303 : Networking | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** npress : Press Releases | ncat : Content Types

**RE** india : India | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170117ed1h0001c

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Press Release: Qualcomm announces expansion of its Design in India Program**

**WC** 706 words

**PD** 17 January 2017

**ET** 05:41

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm announces expansion of its Design in India Program

To focus on growing mobile and IoT ecosystem in India with R&D and localization support

**TD**

News Highlights

- Announces winners for Qualcomm Design in India Challenge (QDIC) 2016.

- Expands QDIC '17 to support 16 start-ups in areas of new technologies

- Invests in new Innovation Lab at Hyderabad and expansion of Innovation lab at Bangalore

PR Newswire

NEW DELHI, Jan. 17, 2017

NEW DELHI, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced the top three winners of its first edition of the Qualcomm Design in India Challenge (QDIC), which was launched in December 2015, in association with the National Association of Software and Services Companies (NASSCOM ). Over the last 12 months, ten shortlisted companies were incubated with initial prize money of USD 10,000 each and engineering support at Qualcomm India 's Innovation Lab in Bangalore where they could transform their ideas into prototypes. In the final round, the companies were judged by the jury members consisting of Industry, Government and Qualcomm executives. In addition, the selected winners were awarded USD 100,000 each as part of the Challenge.

The winners are Carnot Technologies, IFuture Robotics and Uncanny Vision.

Qualcomm also announced investment of USD 8.5 Mn for expansion of their design initiatives in India, to be called henceforth the 'Qualcomm Design in India Program' (QDIP). Under this program two key initiatives were announced:

```
   -- The
Qualcomm  "Design in India Challenge II" will support companies in the
      areas of Rural Technology, Biometric Devices, Payment Terminals, Agri
      Technology, Medical Technology and Smart Infrastructure

   -- Enable India mobile and IoT vendors by providing advanced Camera, Audio,
      and RF design in India with the launch of a new Innovation Lab at
      Hyderabad and expansion of the current Innovation Lab in Bangalore
```

Speaking on the occasion, John Han, senior vice president and general manager, Qualcomm Technology Licensing, said, "Qualcomm is passionate about innovation, every year we invest billions in risky R&D to invent

technologies that bring advancements in various aspect of our lives. With Prime Minister Narendra Modi 's vision to transform India into a digitally empowered society, Qualcomm is committed to offering support to help India's ecosystem to grow and cater to increasing consumer choices."

"Qualcomm Design in India Challenge is one of the most successful initiatives by Qualcomm to nurture some of the talented start-ups in India. After seeing the overpowering response during the 2016 edition, we decided to go ahead with a second year, as well as expanding the number of participants Qualcomm nurtures through this program from 10 to 16 participants in 2017," said Jim Cathey, senior vice president & president, Asia Pacific & India, Qualcomm Technologies, Inc .

More information on Qualcomm Design In India Challenge II is available on http://www.qualcomm.co.in/design-in-india

About Qualcomm

Qualcomm 's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc ., a subsidiary of Qualcomm Incorporated , operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm 's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Dechama Uthappa, Qualcomm India Public Relations

Phone: +91 9845087220

Email: duthappa@qti.qualcomm.com

John Sinnott , Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-announces-expansion-of-its-design-in-india-program-300391628.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END) Dow Jones Newswires

January 17, 2017 05:41 ET (10:41 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | npress : Press Releases | ncat : Content Types | nfact : Factiva Filters

 © 2023 Factiva, Inc. All rights reserved.

**RE** india : India | banga : Bengaluru | delhi : Delhi | karna : Karnataka | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0012o

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 01/17/2017 to 01/17/2017 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 47 |
| Timestamp | 5 June 2023 11:48 |

 © 2023 Factiva, Inc. All rights reserved.

**Appendix 8**

**Qualcomm Incorporated**

DOW JONES

Landmark Study on Impact of 5G Mobile Technology Released ....3

Press Release: Landmark Study on Impact of 5G Mobile Technology Released ....6

Landmark Study on Impact of 5G Mobile Technology Released; 5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and... ....9

BRIEF-Zoom Video Communications says raised $100 mln in series D funding ....11

Qualcomm shares drop 4% on report of possible US antitrust case ....12

Qualcomm Drops 4% as Bloomberg Says FTC Prepares Suit over Licensing Terms ....13

Qualcomm said to face U.S. antitrust case on licensing practices - BBG ....14

US regulators bring antitrust case against Qualcomm over licensing ....15

Qualcomm: FTC Alleges Special Deal with Apple ....17

Mobile chipmaker Qualcomm hit with US antitrust suit ....18

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....20

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....22

U.S. antitrust agency sues Qualcomm over patent licensing ....24

Qualcomm Disputes FTC Allegation, Calls Action ‘Rushed' ....25

Qualcomm Responds to Complaint from U.S. Federal Trade Commission ....26

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update ....28

*Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....30

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update ....32

U.S. antitrust agency sues Qualcomm over patent licensing ....34

FTC sues Qualcomm alleging monopoly of semiconductor device ....36

Mobile chipmaker Qualcomm hit with US antitrust suit ....37

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update ....39

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update ....41

BRIEF-Qualcomm responds to complaint from U.S. Federal Trade Commission ....43

UPDATE 3-U.S. antitrust agency sues Qualcomm over patent licensing ....44

U.S. FTC Sues Qualcomm For Anti-competitive Practices ....46

Qualcomm Responds to Complaint from U.S. Federal Trade Commission; Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices ....48

FTC sues Qualcomm alleging monopoly of semiconductor device ....50

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....51

US sues Qualcomm over licensing technology for mobiles ....53

 © 2023 Factiva, Inc. All rights reserved.

U.S. antitrust agency poised to sue Qualcomm over patent licensing-sources ............................................................55

*Qualcomm Responds to Complaint From U.S. FTC ............................................................................................56

Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM ...................................................59

Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration' ...........................60

Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms ..........................................................................................................................61

Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry ....................................................................................................................................62

Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM ...........................................................63

Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM ............................64

Qualcomm Responds to Complaint From U.S. FTC ..............................................................................................65

FTC Seeks Court Order Barring Qualcomm Tactics ...............................................................................................66

FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones ........ 67

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm Files Antitrust Lawsuit Against .......................68

Qualcomm announces expansion of its Design in India Program; To focus on growing mobile and IoT ecosystem in India with R&D and localization support ..................................................................................................69

Qualcomm Design in India: Three startups win $100,000 prize money; artificial intelligence is the real winner ...........71

Qualcomm to invest $8.5 million in India to support PM Narendra Modi ’s vision of digitisation ..................................73

Qualcomm announces expansion of its Design in India Program .............................................................................75

Press Release: Qualcomm announces expansion of its Design in India Program ......................................................77

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Landmark Study on Impact of 5G Mobile Technology Released**

**WC** 971 words

**PD** 17 January 2017

**ET** 03:00

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and Services by 2035

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced that its subsidiary, Qualcomm Technologies, Inc. commissioned and released a landmark study, The 5G Economy, examining the potential economic and social impact of 5G around the world. The study was conducted jointly by research firms IHS Markit, PSB and leading economist Professor Dr. David Teece, director of the Tusher Center at the Haas School of Business, U.C. California, and principal executive officer of the Berkeley Research Group (BRG).

**TD**

The 5G Economy includes an economic impact study conducted by IHS Markit and validated by Dr. David Teece, as well as opinion research about the expectations for 5G among business and technology leaders carried out by PSB. The combined findings of the study show how 5G will profoundly affect the global economy and that business decision makers in technology and other industries overwhelmingly believe in the transformational nature of 5G.

"These respected researchers confirmed our strong belief that 5G will be a fundamental game changer," said Qualcomm CEO Steve Mollenkopf. "We have been hard at work helping create some of the key technologies and applications that will make 5G a reality, pushing the boundaries of LTE, collaborating with industry leaders, and spearheading the critical research behind the next-generation global wireless standard."

Notably, the study indicates that 5G will catapult mobile into the exclusive realm of General Purpose Technologies, like electricity and the automobile, that provide the foundation for massive innovation, give rise to new industries and benefit entire economies. This will happen as 5G advances mobile from a set of technologies connecting people to people and information to a unified fabric connecting people to everything.

"I've spent many years studying the impact of general purposes technologies, and it's clear that 5G will propel mobile into that category, assuring the technology's long-term impact on society and continued growth for decades," said Dr. David Teece.

Economic Growth Foreseen

According to the study, in 2035, when 5G's full economic benefit should be realized across the globe, a broad range of industries -- from retail to education, transportation to entertainment, and everything in between -- could produce up to $12.3 trillion worth of goods and services enabled by 5G.

The 5G value chain itself is seen as generating up to $3.5 trillion in revenue in 2035, supporting as many as 22 million jobs. Over time, 5G will boost real global GDP growth by $3 trillion dollars cumulatively from 2020 to 2035, roughly the equivalent of adding an economy the size of India to the world in today's dollars.

Complementing the economic study, polling research done by PSB confirms that business decision makers and opinion leaders around the globe expect 5G to bring widespread benefits for society and the economy overall, enabling new products and services, increasing productivity and allowing for new industries to emerge.

Over 90 percent of the more than 3,500 respondents agreed that 5G will enable new products, services and use cases that have not been invented yet.

For an in-depth look at the study, please visit: https://www.qualcomm.com/invention/5g/economy.

About Berkeley Research Group

Berkeley Research Group is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting to Fortune 500 corporations, financial institutions, government agencies, major law firms, and regulatory bodies around the world. It is led by its chairman and founder, David Teece, Tusher Professor of Global Business at the Haas School of Business, University of California, Berkeley.

About IHS Markit

IHS Markit (Nasdaq: INFO) is a world leader in critical information, analytics and solutions for the major industries and markets that drive economies worldwide. The company delivers next-generation information, analytics and solutions to customers in business, finance and government, improving their operational efficiency and providing deep insights that lead to well-informed, confident decisions. IHS Markit has more than 50,000 key business and government customers, including 85 percent of the Fortune Global 500 and the world's leading financial institutions. Headquartered in London, IHS Markit is committed to sustainable, profitable growth.

About PSB

PSB, a member of the WPP Group, is a global research-based consultancy specializing in messaging and communications strategy for blue-chip corporate, political and entertainment clients. PSB's operations include over 200 consultants and a sophisticated in-house market research infrastructure with the capability to conduct work in more than 90 countries. For more information, please visit www.psbresearch.com.

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IOT and healthcare businesses.

Qualcomm Contacts:

Peter Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire,
visit:
http://www.prnewswire.com/news-releases/landmark-study-on-impact-of-5g-mobile-technology-released-300391687.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END)

**CO** qcom : Qualcomm Incorporated | markit : IHS Markit Ltd

**IN** i34531 : Semiconductors | i8395461 : News Syndicates | idistr : Media Content Distribution | iindele : Industrial Electronics | iindstrls : Industrial Goods | imed : Media/Entertainment | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | usca : California | namz : North America | usw : Western U.S.

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170117ed1h0001d

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Press Release: Landmark Study on Impact of 5G Mobile Technology Released**

**WC** 1,001 words

**PD** 17 January 2017

**ET** 05:41

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Landmark Study on Impact of 5G Mobile Technology Released

5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and Services by 2035

**TD**

PR Newswire

SAN DIEGO, Jan. 17, 2017

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced that its subsidiary, Qualcomm Technologies, Inc. commissioned and released a landmark study, The 5G Economy, examining the potential economic and social impact of 5G around the world. The study was conducted jointly by research firms IHS Markit, PSB and leading economist Professor Dr. David Teece, director of the Tusher Center at the Haas School of Business, U.C. California, and principal executive officer of the Berkeley Research Group (BRG).

The 5G Economy includes an economic impact study conducted by IHS Markit and validated by Dr. David Teece, as well as opinion research about the expectations for 5G among business and technology leaders carried out by PSB. The combined findings of the study show how 5G will profoundly affect the global economy and that business decision makers in technology and other industries overwhelmingly believe in the transformational nature of 5G.

"These respected researchers confirmed our strong belief that 5G will be a fundamental game changer," said Qualcomm CEO Steve Mollenkopf. "We have been hard at work helping create some of the key technologies and applications that will make 5G a reality, pushing the boundaries of LTE, collaborating with industry leaders, and spearheading the critical research behind the next-generation global wireless standard."

Notably, the study indicates that 5G will catapult mobile into the exclusive realm of General Purpose Technologies, like electricity and the automobile, that provide the foundation for massive innovation, give rise to new industries and benefit entire economies. This will happen as 5G advances mobile from a set of technologies connecting people to people and information to a unified fabric connecting people to everything.

"I've spent many years studying the impact of general purposes technologies, and it's clear that 5G will propel mobile into that category, assuring the technology's long-term impact on society and continued growth for decades," said Dr. David Teece.

Economic Growth Foreseen

According to the study, in 2035, when 5G's full economic benefit should be realized across the globe, a broad range of industries -- from retail to education, transportation to entertainment, and everything in between -- could produce up to $12.3 trillion worth of goods and services enabled by 5G.

The 5G value chain itself is seen as generating up to $3.5 trillion in revenue in 2035, supporting as many as 22 million jobs. Over time, 5G will boost real global GDP growth by $3 trillion dollars cumulatively from 2020 to 2035, roughly the equivalent of adding an economy the size of India to the world in today's dollars.

Complementing the economic study, polling research done by PSB confirms that business decision makers and opinion leaders around the globe expect 5G to bring widespread benefits for society and the economy overall, enabling new products and services, increasing productivity and allowing for new industries to emerge. Over 90 percent of the more than 3,500 respondents agreed that 5G will enable new products, services and use cases that have not been invented yet.

For an in-depth look at the study, please visit: https://www.qualcomm.com/invention/5g/economy.

About Berkeley Research Group

Berkeley Research Group is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting to Fortune 500 corporations, financial institutions, government agencies, major law firms, and regulatory bodies around the world. It is led by its chairman and founder, David Teece, Tusher Professor of Global Business at the Haas School of Business, University of California, Berkeley.

About IHS Markit

IHS Markit (Nasdaq: INFO) is a world leader in critical information, analytics and solutions for the major industries and markets that drive economies worldwide. The company delivers next-generation information, analytics and solutions to customers in business, finance and government, improving their operational efficiency and providing deep insights that lead to well-informed, confident decisions. IHS Markit has more than 50,000 key business and government customers, including 85 percent of the Fortune Global 500 and the world's leading financial institutions. Headquartered in London, IHS Markit is committed to sustainable, profitable growth.

About PSB

PSB, a member of the WPP Group, is a global research-based consultancy specializing in messaging and communications strategy for blue-chip corporate, political and entertainment clients. PSB's operations include over 200 consultants and a sophisticated in-house market research infrastructure with the capability to conduct work in more than 90 countries. For more information, please visit www.psbresearch.com.

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IOT and healthcare businesses.

Qualcomm Contacts:

Peter Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:

http://www.prnewswire.com/news-releases/landmark-study-on-impact-of-5g-mobile-technology-released-300391687.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END) Dow Jones Newswires

January 17, 2017 05:41 ET (10:41 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c334 : Licensing Agreements | neqac : Equities Asset Class News | npress : Press Releases | c33 : Contracts/Orders | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0012p

M2 PressWIRE

HD **Landmark Study on Impact of 5G Mobile Technology Released; 5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and Services by 2035**

WC 948 words
PD 17 January 2017
SN M2 Presswire
SC MTPW
LA English
CY © 2017, M2 Communications. All rights reserved.

LP

SAN DIEGO — Qualcomm Incorporated (NASDAQ: QCOM) today announced that its subsidiary, Qualcomm Technologies, Inc. commissioned and released a landmark study, The 5G Economy, examining the potential economic and social impact of 5G around the world. The study was conducted jointly by research firms IHS Markit, PSB and leading economist Professor Dr. David Teece, director of the Tusher Center at the Haas School of Business, U.C. California, and principal executive officer of the Berkeley Research Group (BRG).

The 5G Economy includes an economic impact study conducted by IHS Markit and validated by Dr. David Teece, as well as opinion research about the expectations for 5G among business and technology leaders carried out by PSB. The combined findings of the study show how 5G will profoundly affect the global economy and that business decision makers in technology and other industries overwhelmingly believe in the transformational nature of 5G.

TD

“These respected researchers confirmed our strong belief that 5G will be a fundamental game changer,” said Qualcomm CEO Steve Mollenkopf. “We have been hard at work helping create some of the key technologies and applications that will make 5G a reality, pushing the boundaries of LTE, collaborating with industry leaders, and spearheading the critical research behind the next-generation global wireless standard.”

Notably, the study indicates that 5G will catapult mobile into the exclusive realm of General Purpose Technologies, like electricity and the automobile, that provide the foundation for massive innovation, give rise to new industries and benefit entire economies. This will happen as 5G advances mobile from a set of technologies connecting people to people and information to a unified fabric connecting people to everything.

“I’ve spent many years studying the impact of general purposes technologies, and it’s clear that 5G will propel mobile into that category, assuring the technology’s long-term impact on society and continued growth for decades.” said Dr. David Teece.

Economic Growth Foreseen

According to the study, in 2035, when 5G’s full economic benefit should be realized across the globe, a broad range of industries - from retail to education, transportation to entertainment, and everything in between - could produce up to $12.3 trillion worth of goods and services enabled by 5G.

The 5G value chain itself is seen as generating up to $3.5 trillion in revenue in 2035, supporting as many as 22 million jobs. Over time, 5G will boost real global GDP growth by $3 trillion dollars cumulatively from 2020 to 2035, roughly the equivalent of adding an economy the size of India to the world in today’s dollars.

Complementing the economic study, polling research done by PSB confirms that business decision makers and opinion leaders around the globe expect 5G to bring widespread benefits for society and the economy overall, enabling new products and services, increasing productivity and allowing for new industries to emerge. Over 90 percent of the more than 3,500 respondents agreed that 5G will enable new products, services and use cases that have not been invented yet.

For an in-depth look at the study, please visit: https://www.qualcomm.com/invention/5g/economy.

About Berkeley Research Group

Berkeley Research Group is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting to Fortune 500 corporations, financial institutions, government agencies, major law firms, and regulatory bodies around the world. It is led by its chairman and founder, David Teece, Tusher Professor of Global Business at the Haas School of Business, University of California, Berkeley.

About IHS Markit

IHS Markit (Nasdaq: INFO) is a world leader in critical information, analytics and solutions for the major industries and markets that drive economies worldwide. The company delivers next-generation information, analytics and solutions to customers in business, finance and government, improving their operational efficiency and providing deep insights that lead to well-informed, confident decisions. IHS Markit has more than 50,000 key business and government customers, including 85 percent of the Fortune Global 500 and the world's leading financial institutions. Headquartered in London, IHS Markit is committed to sustainable, profitable growth.

About PSB

PSB, a member of the WPP Group, is a global research-based consultancy specializing in messaging and communications strategy for blue-chip corporate, political and entertainment clients. PSB's operations include over 200 consultants and a sophisticated in-house market research infrastructure with the capability to conduct work in more than 90 countries. For more information, please visit www.psbresearch.com.

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IOT and healthcare businesses. Qualcomm contacts: Pete Lancia John Sinnott

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** hsshbu : Haas School of Business | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | usca : California | namz : North America | usw : Western U.S.

**PUB** Normans Media Ltd

**AN** Document MTPW000020170117ed1h0043f

REUTERS

| | |
|---|---|
| HD | **BRIEF-Zoom Video Communications says raised $100 mln in series D funding** |
| WC | 57 words |
| PD | 17 January 2017 |
| ET | 07:55 |
| SN | Reuters News |
| SC | LBA |
| LA | English |
| CY | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

Jan 17 (Reuters) - Zoom Video Communications

* Says raised $100 million in series D funding

**TD**

* Zoom Video Communications - funding from Sequoia, with additional participation from Emergence Capital, Jerry Yang's AME Cloud Ventures, Qualcomm Ventures Source text for Eikon:

| | |
|---|---|
| RF | Released: 2017-1-17T13:55:40.000Z |
| CO | qualcv : Qualcomm Ventures \| qcom : Qualcomm Incorporated |
| IN | i81502 : Trusts/Funds/Financial Vehicles \| i8150203 : Private Equity \| ialtinv : Alternative Investments \| ifinal : Financial Services \| iinv : Investing/Securities \| iventure : Venture Capital |
| NS | c171 : Share Capital \| ccat : Corporate/Industrial News \| croufi : Series/Round Financing \| c17 : Corporate Funding \| c173 : Financing Agreements \| cactio : Corporate Actions \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| IPD | Business |
| IPC | SERVICE:ABN |
| PUB | Thomson Reuters (Markets) LLC |
| AN | Document LBA0000020170117ed1h00lda |

FT FINANCIAL TIMES

| | |
|---|---|
| **HD** | **Qualcomm shares drop 4% on report of possible US antitrust case** |
| **BY** | Pan Kwan Yuk |
| **WC** | 175 words |
| **PD** | 17 January 2017 |
| **ET** | 14:06 |
| **SN** | Financial Times (FT.Com) |
| **SC** | FTCMA |
| **LA** | English |
| **CY** | Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web. |

**LP**

Qualcomm, the world's largest mobile chipmaker, saw more than $4.3bn wiped off its market value on Tuesday after a report said the company could be sued by US regulators over its business practices.

Shares in the company fell 4.2 per cent to $63.96 and reduced the group's market cap to $96.4bn.

**TD**

San Diego-based Qualcomm first disclosed in 2014 that the Federal Trade Commission was investigating its licensing practices.

The semiconductor maker is already facing a string of similar probes around the world over its licensing practices for technologies that are core to high-speed wireless communications standards.

Last month, South Korea fined Qualcomm Won1.03tn ($854m), accusing the company of abusing its market dominance in wireless chips to force "excessive" licensing fees on smartphone makers. That comes after Qualcomm agreed to pay $975m to settle a complaint in China in February 2015.

The company is also the subject of investigations in the EU and Taiwan.

| | |
|---|---|
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c1522 : Share Price Movement/Disruptions \| c34 : Anti-Competition Issues \| c13 : Regulation/Government Policy \| c15 : Financial Performance \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **PUB** | The Financial Times Limited (AAIW/EIW) |
| **AN** | Document FTCMA00020170117ed1h00ayh |

**Qualcomm Drops 4% as Bloomberg Says FTC Prepares Suit over Licensing Terms**

Barron's Blogs, 15:36, 17 January 2017, 99 words, (English)

Shares of wireless chip giant Qualcomm (QCOM) dropped sharply this afternoon, and are down $2.86, over 4%, at $64.02, after Bloomberg's Ian King, David McLaughlin, and Susan Decker this afternoon reported that the U.S. Federal Trade ...

Document WCBBE00020170117ed1h002xl

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **Qualcomm said to face U.S. antitrust case on licensing practices - BBG** |
| **WC** | 127 words |
| **PD** | 17 January 2017 |
| **ET** | 14:46 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

Jan 17 (Reuters) - Qualcomm Inc is set to face a U.S. antitrust case for allegedly using unfair practices in the way the chipmaker licenses its technology, Bloomberg reported, citing people familiar with the matter. (http://bloom.bg/2iLeYus)

Qualcomm's shares fell 4.5 percent to $63.90.

**TD**

The company's technology licensing business has driven profits for years, thanks to the royalties it collects on the chip technology developed by its chipmaking unit.

In 2014, Qualcomm disclosed that the Federal Trade Commission was investigating its licensing practices.

Qualcomm and FTC were not immediately available for comment. (Reporting by Anya George Tharakan in Bengaluru; Editing by Maju Samuel)

| | |
|---|---|
| **RF** | Released: 2017-1-17T20:46:35.000Z |
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| c13 : Regulation/Government Policy \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170117ed1h012w2 |

FT FINANCIAL TIMES

**HD** **US regulators bring antitrust case against Qualcomm over licensing**

**BY** Richard Waters

**WC** 304 words

**PD** 17 January 2017

**ET** 16:32

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

US regulators on Tuesday sued Qualcomm over the way it licenses its technology for mobile phones, hitting at the business that generates the bulk of the profits for the US chip company.

The case follows an investigation that was started in 2014, and has accelerated in recent weeks as the Federal Trade Commission moved towards filing a high-profile antitrust case just days before a new administration takes control in Washington.

**TD**

Qualcomm's shares fell by more than 4 per cent earlier in the day after Bloomberg reported the impending action, as investors worried that the company would be forced to change the way it negotiates with handset makers. The action comes three weeks after South Korea said it would slap a $854m fine on the company over similar licensing concerns.

The US complaint centres on patents that other companies need to license to implement communications standards like 3G. Given the obligatory use of these so-called standards essential patents, companies like Qualcomm agree to certain limits in how they negotiate licences.

Qualcomm forces cell phone makers to pay higher royalties by "threatening to disrupt [their] supply of baseband processors," according to the US lawsuit, which was filed in federal court in California.

FTC commissioners voted 2-1 in favour of suing. The agency has been operating with just three commissioners ahead of the change of administration, instead of the typical five.

In an unusual statement of dissent, commissioner Maureen Ohlhausen claimed the action was based on a "flawed legal theory… that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine US intellectual property rights in Asia and worldwide."

Qualcomm did not immediately respond to a request for comment.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170117ed1h00ci1

**Qualcomm: FTC Alleges Special Deal with Apple**

Barron's Blogs, 16:18, 17 January 2017, 299 words, (English)

Confirming a report this afternoon by reporters, the Federal Trade Commission announced just after market close that it has filed a complaint against the company, alleging, "by threatening to disrupt cell phone manufacturers' supply of ...

Document WCBBE00020170117ed1h0035x

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Mobile chipmaker Qualcomm hit with US antitrust suit**

**WC** 334 words
**PD** 17 January 2017
**ET** 16:47
**SN** Agence France Presse
**SC** AFPR
**LA** English
**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Mobile chip giant Qualcomm was hit Tuesday with a US antitrust suit alleging it abused its dominant position in the market for processors used in cell phones and other devices.

The US Federal Trade Commission filed a lawsuit in federal court in California claiming Qualcomm's practices amount to "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

**TD**

Qualcomm, which is the dominant provider of chips for smartphones, has faced similar antitrust investigations in the European Union and China, and last month was hit with a record fine of $850 million by South Korean enforcement regulators.

In the US lawsuit, the FTC said Qualcomm's policy is to supply its processors only on the condition that cell phone manufacturers agree to Qualcomm's "preferred license terms" for patents which are essential for mobile communications.

"By using its monopoly power to obtain elevated royalties that apply to baseband processors supplied by its competitors, Qualcomm in effect collects a 'tax' on cell phone manufacturers when they use non-Qualcomm processors," the lawsuit said.

"This tax weakens Qualcomm's competitors, including by reducing demand for their processors, and serves to maintain Qualcomm's monopoly in baseband processor markets."

Qualcomm's actions have hurt competitors including Taiwan-based Via Technologies, which was acquired by Intel in 2015, and another Taiwan firm, MediaTek Inc.

The suit also alleges that Qualcomm "extracted exclusivity from Apple in exchange for reduced patent royalties," which prevented the iPhone maker from getting processors from Qualcomm's competitors from 2011 to 2016.

Qualcomm did not immediately respond to an AFP request for comment.

The San Diego, California, group in 2015 agreed to pay $975 million to settle antitrust charges in China.

The tech group is challenging an EU competition inquiry which could result in a fine of up to 10 percent of its annual sales, which amounted to $26.5 billion for Qualcomm in 2015.

rl/sg

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** US

**PUB** Agence France-Presse

**AN** Document AFPR000020170117ed1h00h1x

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**BY** By Brent Kendall

**WC** 270 words

**PD** 17 January 2017

**ET** 17:02

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufactures and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

17-01-17 2202GMT

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170117ed1h000ju

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**BY** By Brent Kendall

**WC** 275 words

**PD** 17 January 2017

**ET** 17:03

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufactures and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:03 ET (22:03 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h003u3

REUTERS

| | |
|---|---|
| HD | **U.S. antitrust agency sues Qualcomm over patent licensing** |
| WC | 115 words |
| PD | 17 January 2017 |
| ET | 16:05 |
| SN | Reuters News |
| SC | LBA |
| LA | English |
| CY | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

WASHINGTON, Jan 17 (Reuters) - The U.S. Federal Trade Commission filed a lawsuit against Qualcomm Inc on Tuesday, accusing the company of antitrust violations in its patent licensing business.

The FTC, which works with the Justice Department to enforce antitrust law, said that Qualcomm used its dominance in supplying baseband processors used in smartphones and tablets to extract elevated royalties for patents in what the complaint dubbed a "no license-no chips" policy.

**TD**

The lawsuit was filed in the U.S. District Court for the Northern District of California in San Jose.

(Reporting by Diane Bartz; editing by Diane Craft)

| | |
|---|---|
| RF | Released: 2017-1-17T22:05:49.000Z |
| CO | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| IN | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| NS | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| c41 : Management \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| c13 : Regulation/Government Policy \| gcrim : Crime/Legal Action \| cinprp : Industrial Property Rights \| gcat : Political/General News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| RE | usa : United States \| namz : North America |
| IPD | Business |
| IPC | SERVICE:ABN |
| PUB | Thomson Reuters (Markets) LLC |
| AN | Document LBA0000020170117ed1h015o4 |

**Qualcomm Disputes FTC Allegation, Calls Action 'Rushed'**

Barron's Blogs, 17:43, 17 January 2017, 812 words, (English)

Shares of Qualcomm (QCOM) are up 16 cents at $64.35, in late trading, after the U.S. Federal Trade Commission said it brought a complaint against the company alleging it used "anticompetitive" practices to maintain a "monopoly" in the ...

Document WCBBE00020170117ed1h003s5

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm Responds to Complaint from U.S. Federal Trade Commission**

**WC** 906 words

**PD** 17 January 2017

**ET** 17:50

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

-- Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices --

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- The U.S. Federal Trade Commission (FTC) has filed a complaint today against Qualcomm in the U.S. District Court in the Northern District of California. The FTC's complaint alleges that certain Qualcomm's business practices, which have enabled the growth and advancement of mobile communications worldwide, are in violation of U.S. competition law. Qualcomm believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

**TD**

The portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary -- the central thesis of the complaint -- is wrong.

As FTC Commissioner Maureen Ohlhausen (who voted against the filing) explained in what she notes is a rare dissenting statement, the Commission's 2-1 decision to sue Qualcomm is "an enforcement action based on a flawed legal theory (including a standalone Section 5 count) that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine U.S. intellectual property rights in Asia and worldwide." As Commissioner Ohlhausen notes, it is telling that the complaint does not allege that Qualcomm charges above fair and reasonable royalties.

Despite an appeal from members of Congress to refrain from "midnight litigation" with novel and untested legal theories that could damage competition in the U.S., the FTC accelerated the investigation of Qualcomm and directed the filing of the complaint just days before the change of the Administration though only three of five FTC commissioners are in place.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new Administration, which reflects a sharp break from FTC practice," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated. "In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions. In fact, Qualcomm was still receiving requests for information from the agency that would be necessary to an informed view of the facts when it became apparent that the FTC was driving to file a complaint before the transition to the new Administration. We have grave concerns about the two Commissioners' decision to bring this case despite a lack of evidence supporting the allegations and theories in the complaint. We look forward to defending our business in federal court, where we are confident we will prevail on the merits."

Rosenberg added, "Qualcomm has been the leader in innovation and invention in the mobile industry for more than 30 years. We have invested billions of dollars in research and development in fundamental mobile technologies that enable the applications and services that have become an essential part of our daily life. Our

contribution of these technologies to standard setting organizations and our broad-based licensing of those technologies on fair, reasonable and non-discriminatory terms has facilitated the explosive growth of the mobile communications industry worldwide, brought enormous benefits to consumers, and fostered competition. Qualcomm's investments and the work of its 30,000 employees have given consumers the ability to access the Internet and massive amounts of data instantaneously on their mobile devices. The historically unprecedented level of innovation and extraordinarily successful worldwide adoption of mobile technology, and the vibrant competition within the industry, make it difficult to understand why the FTC decided to act in this case. The intellectual-property-rights policies of the cellular standards organizations do not require licensing at the component level, and the FTC does not have the authority to rewrite industry policy. That is for the industry, not a regulator, to decide."

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire,
visit:
http://www.prnewswire.com/news-releases/qualcomm-responds-to-complaint-from-us-federal-trade-commission-300392395.html

SOURCE Qualcomm Incorporated

(END)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | namz : North America

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170117ed1h000vj

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update**

**BY** By Brent Kendall

**WC** 476 words

**PD** 17 January 2017

**ET** 17:51

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:51 ET (22:51 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0041y

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD ***Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

WC 324 words
PD 17 January 2017
ET 16:03
SN Dow Jones Institutional News
SC DJDN
LA English
CY Copyright © 2017, Dow Jones & Company, Inc.

LP

17 Jan 2017 16:03 ET *FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones

17 Jan 2017 16:03 ET *FTC Seeks Court Order Barring Qualcomm Tactics

TD

17 Jan 2017 16:48 ET Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm

By Brent Kendall

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufactures and hobble competitors.

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 16:48 ET (21:48 GMT)

CO ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

| | |
|---|---|
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ntop : Top Wire News \| nttwn : Today's Top Wire News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis |
| **RE** | usca : California \| usw : Western U.S. \| namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170117ed1h003ts |

DOW JONES
NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update**

**BY** By Brent Kendall

**WC** 476 words

**PD** 17 January 2017

**ET** 18:06

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 18:06 ET (23:06 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0046e

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **U.S. antitrust agency sues Qualcomm over patent licensing**

**WC** 516 words

**PD** 17 January 2017

**ET** 18:19

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

WASHINGTON (Reuters) - The U.S. Federal Trade Commission filed a lawsuit against Qualcomm Inc on Tuesday, accusing the company of using "anticompetitive" tactics to maintain its monopoly on a key semiconductor used in mobile phones.

The FTC, which works with the Justice Department to enforce antitrust law, said that San Diego-based Qualcomm used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers and to weaken competitors.

**TD**

Qualcomm said in a statement that it would "vigorously contest" the complaint and denied FTC allegations that it threatened to withhold chips in order to collect unreasonable licensing fees.

Qualcomm shares fell 4 percent to $64.19 on Tuesday.

The complaint is likely the agency's last major action under current Democratic Chairwoman Edith Ramirez, who will step down Feb. 10, and comes just days before U.S. President-elect Donald Trump takes office on Friday.

Trump is expected to name Republican Commissioner Maureen Ohlhausen as acting FTC chairwoman and will fill three vacancies that will reshape the agency.

Ramirez and fellow Democrat Terrell McSweeny voted to approve the complaint but Ohlhausen dissented, saying that the lawsuit was based on a "flawed legal theory ... that lacks economic and evidentiary support."

In its complaint, the FTC said the patents that Qualcomm sought to license are standard essential patents, which means that the industry uses them widely and they are supposed to be licensed on fair, reasonable and non-discriminatory terms.

The FTC complaint also accused Qualcomm of refusing to license some standard essential patents to rival chipmakers, and of entering into an exclusive deal with Apple Inc.

"Qualcomm's customers have accepted elevated royalties and other license terms that do not reflect an assessment of terms that a court or other neutral arbiter would determine to be fair and reasonable," the FTC said in its complaint.

The FTC asked the U.S. District Court for the Northern District of California in San Jose to order Qualcomm to end these practices.

For its part, Qualcomm accused the FTC of a last-minute dash to court.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration," Don Rosenberg, Qualcomm general counsel, said in a statement. "We look forward to defending our business in federal court, where we are confident we will prevail."

The company has faced a series of antitrust rulings and investigations from regulators across the globe.

South Korea's antitrust regulator fined Qualcomm Inc 1.03 trillion won ($854 million) in December for what it called unfair practices in patent licensing, a decision the U.S. chipmaker said it will challenge in court.

In February 2015, Qualcomm paid a $975 million fine in China following a 14-month probe, while the European Union in December 2015 accused it of abusing its market power to thwart rivals.

(Reporting by Diane Bartz; Editing by Soyoung Kim and Alan Crosby)

**RF** Released: 2017-1-17T23:19:46.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:OUSBSM

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170117ed1h012yt

 © 2023 Factiva, Inc. All rights reserved.

AP

**HD** **FTC sues Qualcomm alleging monopoly of semiconductor device**

**WC** 143 words

**PD** 17 January 2017

**ET** 18:42

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2017. The Associated Press. All Rights Reserved.

**LP**

NEW YORK (AP) — The Federal Trade Commission is suing Qualcomm Inc. for allegedly maintaining a monopoly over a key device used in cellphones and other electronics.

The agency said Tuesday that Qualcomm, the world's dominant supplier of baseband processors, imposes "onerous" licensing terms on manufacturers and weakens its rivals.

**TD**

The FTC is seeking a court order to undo and prevent Qualcomm's methods.

In a statement, San Diego-based Qualcomm said it believes that the FTC complaint is flawed and advances the interests of companies that have earned billions of dollars made possible by "innovators" such as itself. The chipmaker also noted that the FTC filed its complaint even though only three of five FTC commissioners are in place.

The FTC lawsuit was filed in U.S. District Court for the Northern District of California.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** US

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020170117ed1h00grl

HD **Mobile chipmaker Qualcomm hit with US antitrust suit**

WC 451 words

PD 17 January 2017

ET 18:45

SN Agence France Presse

SC AFPR

LA English

CY Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

LP

Mobile chip giant Qualcomm was hit Tuesday with a US antitrust suit alleging it abused its dominant position in the market for processors used in cell phones and other devices.

The US Federal Trade Commission filed a lawsuit in federal court in California claiming Qualcomm's practices amount to "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

TD

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

"In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions," Qualcomm general counsel Don Rosenberg said in a released statement.

Qualcomm, which is the dominant provider of chips for smartphones, has faced similar antitrust investigations in the European Union and China, and last month was hit with a record fine of $850 million by South Korean enforcement regulators.

In the US lawsuit, the FTC said Qualcomm's policy is to supply its processors only on the condition that cell phone manufacturers agree to Qualcomm's "preferred license terms" for patents which are essential for mobile communications.

"By using its monopoly power to obtain elevated royalties that apply to baseband processors supplied by its competitors, Qualcomm in effect collects a 'tax' on cell phone manufacturers when they use non-Qualcomm processors," the lawsuit said.

"This tax weakens Qualcomm's competitors, including by reducing demand for their processors, and serves to maintain Qualcomm's monopoly in baseband processor markets."

Qualcomm's actions have hurt competitors including Taiwan-based Via Technologies, which was acquired by Intel in 2015, and another Taiwan firm, MediaTek Inc.

The suit also alleges that Qualcomm "extracted exclusivity from Apple in exchange for reduced patent royalties," which prevented the iPhone maker from getting processors from Qualcomm's competitors from 2011 to 2016.

Qualcomm general counsel Rosenberg maintained that the FTC sped up the investigation, filing the suit just days before a change in the US presidential administration and with only three of five agency commissioners in place.

"This is an extremely disappointing decision to rush to file a complaint," Rosenberg said.

"It became apparent that the FTC was driving to file a complaint before the transition to the new administration."

The San Diego, California, group in 2015 agreed to pay $975 million to settle antitrust charges in China.

The tech group is challenging an EU competition inquiry which could result in a fine of up to 10 percent of its annual sales, which amounted to $26.5 billion for Qualcomm in 2015.

gc-rl/sg

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** Lead

**PUB** Agence France-Presse

**AN** Document AFPR000020170117ed1h00ili

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update**

**BY** By Brent Kendall

**WC** 573 words

**PD** 17 January 2017

**ET** 17:57

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

Qualcomm said it would fight the FTC's suit, which it said is based on flawed legal theory and "significant misconceptions about the mobile technology industry." The company said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and it accused the FTC of filing the complaint before it had all the facts.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration, which reflects a sharp break from FTC practice," said Don Rosenberg, Qualcomm executive vice president and general counsel.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump

Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:57 ET (22:57 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0040c

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update**

**BY** By Brent Kendall

**WC** 573 words

**PD** 17 January 2017

**ET** 18:12

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

Qualcomm said it would fight the FTC's suit, which it said is based on flawed legal theory and "significant misconceptions about the mobile technology industry." The company said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and it accused the FTC of filing the complaint before it had all the facts.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration, which reflects a sharp break from FTC practice," said Don Rosenberg, Qualcomm executive vice president and general counsel.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump

Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 18:12 ET (23:12 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0045e

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| HD | **BRIEF-Qualcomm responds to complaint from U.S. Federal Trade Commission** |
| WC | 122 words |
| PD | 17 January 2017 |
| ET | 18:01 |
| SN | Reuters News |
| SC | LBA |
| LA | English |
| CY | Copyright 2017 Thomson Reuters. All Rights Reserved. |

LP

Jan 17 (Reuters) - Qualcomm Inc

TD

* Qualcomm responds to complaint from u.s. Federal Trade Commission

* Qualcomm Inc - "Has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms"

* Qualcomm Inc - Portrayal of facts offered by FTC as basis for agency's case is "significantly flawed"

* Will vigorously contest complaint and defend its business practices

* Qualcomm-"grave concerns" about 2 commissioners' decision to bring the case despite lack of evidence supporting allegations and theories in complaint

* Qualcomm - "This is an extremely disappointing decision to rush to file a complaint on eve of chairwoman Ramirez's departure and transition to a new administration"

| | |
|---|---|
| RF | Released: 2017-1-18T00:01:09.000Z |
| CO | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | ccat : Corporate/Industrial News \| gcrim : Crime/Legal Action \| gcat : Political/General News |
| RE | usa : United States \| namz : North America |
| IPD | Business |
| IPC | SERVICE:ABN |
| PUB | Thomson Reuters (Markets) LLC |
| AN | Document LBA0000020170117ed1h018ra |

REUTERS

HD **UPDATE 3-U.S. antitrust agency sues Qualcomm over patent licensing**

WC 531 words

PD 17 January 2017

ET 18:16

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

(Adds Qualcomm statement that it will contest lawsuit)

By Diane Bartz

TD

WASHINGTON, Jan 17 (Reuters) - The U.S. Federal Trade Commission filed a lawsuit against Qualcomm Inc on Tuesday, accusing the company of using "anticompetitive" tactics to maintain its monopoly on a key semiconductor used in mobile phones.

The FTC, which works with the Justice Department to enforce antitrust law, said that San Diego-based Qualcomm used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers and to weaken competitors.

Qualcomm said in a statement that it would "vigorously contest" the complaint and denied FTC allegations that it threatened to withhold chips in order to collect unreasonable licensing fees.

Qualcomm shares fell 4 percent to $64.19 on Tuesday.

The complaint is likely the agency's last major action under current Democratic Chairwoman Edith Ramirez, who will step down Feb. 10, and comes just days before U.S. President-elect Donald Trump takes office on Friday.

Trump is expected to name Republican Commissioner Maureen Ohlhausen as acting FTC chairwoman and will fill three vacancies that will reshape the agency.

Ramirez and fellow Democrat Terrell McSweeny voted to approve the complaint but Ohlhausen dissented, saying that the lawsuit was based on a "flawed legal theory ... that lacks economic and evidentiary support."

In its complaint, the FTC said the patents that Qualcomm sought to license are standard essential patents, which means that the industry uses them widely and they are supposed to be licensed on fair, reasonable and non-discriminatory terms.

The FTC complaint also accused Qualcomm of refusing to license some standard essential patents to rival chipmakers, and of entering into an exclusive deal with Apple Inc.

"Qualcomm's customers have accepted elevated royalties and other license terms that do not reflect an assessment of terms that a court or other neutral arbiter would determine to be fair and reasonable," the FTC said in its complaint.

The FTC asked the U.S. District Court for the Northern District of California in San Jose to order Qualcomm to end these practices.

For its part, Qualcomm accused the FTC of a last-minute dash to court.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration," Don Rosenberg, Qualcomm general counsel, said in a statement. "We look forward to defending our business in federal court, where we are confident we will prevail."

The company has faced a series of antitrust rulings and investigations from regulators across the globe.

South Korea's antitrust regulator fined Qualcomm Inc 1.03 trillion won ($854 million) in December for what it called unfair practices in patent licensing, a decision the U.S. chipmaker said it will challenge in court.

In February 2015, Qualcomm paid a $975 million fine in China following a 14-month probe, while the European Union in December 2015 accused it of abusing its market power to thwart rivals. (Reporting by Diane Bartz; Editing by Soyoung Kim and Alan Crosby)

**RF** Released: 2017-1-18T00:16:27.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | c41 : Management | ccat : Corporate/Industrial News | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170117ed1h016il

 © 2023 Factiva, Inc. All rights reserved.

**SE** Business

**HD** **U.S. FTC Sues Qualcomm For Anti-competitive Practices**

**WC** 358 words

**PD** 17 January 2017

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2017 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - The U.S. Federal Trade Commission said it filed a complaint in federal district court charging Qualcomm Inc. (QCOM) with using anticompetitive tactics to maintain its monopoly in the supply of a key semiconductor device used in cell phones and other consumer products.

Responding to Complaint from U.S. Federal Trade Commission, Qualcomm said it believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

**TD**

Qualcomm said it will vigorously contest complaint and defend its business practices

Qualcomm noted that the portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary -- the central thesis of the complaint -- is wrong.

The FTC alleged that Qualcomm has used its dominant position as a supplier of certain baseband processors to impose onerous and anticompetitive supply and licensing terms on cell phone manufacturers and to weaken competitors.

According to the complaint, by threatening to disrupt cell phone manufacturers' supply of baseband processors, Qualcomm obtains elevated royalties and other license terms for its standard-essential patents that manufacturers would otherwise reject. These royalties amount to a tax on the manufacturers' use of baseband processors manufactured by Qualcomm's competitors, a tax that excludes these competitors and harms competition. Increased costs imposed by this tax are passed on to consumers, the complaint alleges.

By excluding competitors, Qualcomm impedes innovation that would offer significant consumer benefits, including those that foster the increased interconnectivity of consumer products, vehicles, buildings, and other items commonly referred to as the Internet of Things.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2017 RTTNews.com. All Rights Reserved

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020170118ed1h000gp

M2 PressWIRE

HD **Qualcomm Responds to Complaint from U.S. Federal Trade Commission; Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices**

WC 876 words

PD 17 January 2017

SN M2 Presswire

SC MTPW

LA English

CY © 2017, M2 Communications. All rights reserved.

LP

SAN DIEGO — The U.S. Federal Trade Commission (FTC) has filed a complaint today against Qualcomm in the U.S. District Court in the Northern District of California. The FTC's complaint alleges that certain Qualcomm's business practices, which have enabled the growth and advancement of mobile communications worldwide, are in violation of U.S. competition law. Qualcomm believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

TD

The portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary — the central thesis of the complaint — is wrong.

As FTC Commissioner Maureen Ohlhausen (who voted against the filing) explained in what she notes is a rare dissenting statement, the Commission's 2-1 decision to sue Qualcomm is "an enforcement action based on a flawed legal theory (including a standalone Section 5 count) that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine U.S. intellectual property rights in Asia and worldwide." As Commissioner Ohlhausen notes, it is telling that the complaint does not allege that Qualcomm charges above fair and reasonable royalties.

Despite an appeal from members of Congress to refrain from "midnight litigation" with novel and untested legal theories that could damage competition in the U.S., the FTC accelerated the investigation of Qualcomm and directed the filing of the complaint just days before the change of the Administration though only three of five FTC commissioners are in place.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new Administration, which reflects a sharp break from FTC practice," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated. "In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions. In fact, Qualcomm was still receiving requests for information from the agency that would be necessary to an informed view of the facts when it became apparent that the FTC was driving to file a complaint before the transition to the new Administration. We have grave concerns about the two Commissioners' decision to bring this case despite a lack of evidence supporting the allegations and theories in the complaint. We look forward to defending our business in federal court, where we are confident we will prevail on the merits."

Rosenberg added, "Qualcomm has been the leader in innovation and invention in the mobile industry for more than 30 years. We have invested billions of dollars in research and development in fundamental mobile technologies that enable the applications and services that have become an essential part of our daily life. Our contribution of these technologies to standard setting organizations and our broad-based licensing of those technologies on fair, reasonable and non-discriminatory terms has facilitated the explosive growth of

the mobile communications industry worldwide, brought enormous benefits to consumers, and fostered competition. Qualcomm's investments and the work of its 30,000 employees have given consumers the ability to access the Internet and massive amounts of data instantaneously on their mobile devices. The historically unprecedented level of innovation and extraordinarily successful worldwide adoption of mobile technology, and the vibrant competition within the industry, make it difficult to understand why the FTC decided to act in this case. The intellectual-property-rights policies of the cellular standards organizations do not require licensing at the component level, and the FTC does not have the authority to rewrite industry policy. That is for the industry, not a regulator, to decide."

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

Qualcomm contacts: Pete Lancia John Sinnott

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | usca : California | namz : North America | usw : Western U.S.

**PUB** Normans Media Ltd

**AN** Document MTPW000020170118ed1h002s1

THE CANADIAN PRESS

| | |
|---|---|
| **HD** | **FTC sues Qualcomm alleging monopoly of semiconductor device** |
| **CR** | AP |
| **WC** | 144 words |
| **PD** | 17 January 2017 |
| **ET** | 18:43 |
| **SN** | The Canadian Press |
| **SC** | CPR |
| **LA** | English |
| **CY** | (c) 2017 The Canadian Press. All rights reserved. |

**LP**

NEW YORK _ The Federal Trade Commission is suing Qualcomm Inc. for allegedly maintaining a monopoly over a key device used in cellphones and other electronics.

The agency said Tuesday that Qualcomm, the world's dominant supplier of baseband processors, imposes "onerous" licensing terms on manufacturers and weakens its rivals.

**TD**

The FTC is seeking a court order to undo and prevent Qualcomm's methods.

In a statement, San Diego-based Qualcomm said it believes that the FTC complaint is flawed and advances the interests of companies that have earned billions of dollars made possible by "innovators" such as itself. The chipmaker also noted that the FTC filed its complaint even though only three of five FTC commissioners are in place.

The FTC lawsuit was filed in U.S. District Court for the Northern District of California.

| | |
|---|---|
| **RF** | 20170117CPCPB7378 |
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| nnam : News Agency Materials \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | B |
| **PUB** | The Canadian Press |
| **AN** | Document CPR0000020170118ed1h000a6 |

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**WC** 889 words

**PD** 17 January 2017

**ET** 17:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON—The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the semiconductor company engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm, which holds patents on essential cellular technologies, won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which force phone makers to pay elevated patent royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The complaint specifically highlighted Qualcomm's dealings with Apple Inc., saying that when the iPhone maker sought relief from high royalties, Qualcomm conditioned partial relief on Apple using Qualcomm's baseband chips exclusively from 2011 to 2016.

Qualcomm said it would fight the FTC's suit, which it said is based on flawed legal theory and "significant misconceptions about the mobile technology industry." The company said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and it accused the FTC of filing the complaint before it had all the facts.

Apple declined to comment.

Qualcomm shares fell 4% in 4 p.m. trading on the Nasdaq Stock Market, though shares regained some of those losses in after-hours trading.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cellphones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down on Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration, which reflects a sharp break from FTC practice," said Don Rosenberg, Qualcomm executive vice president and general counsel.

The FTC normally has five members but has been operating with three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump Administration to fill those openings, but an eventual Republican-majority at the FTC potentially would have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and world-wide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

The FTC action is the latest of a series of recent regulatory challenges to Qualcomm's business model. The company got about two thirds of its $23.56 billion in revenue in its latest fiscal year from selling chips, but the majority of its pretax profit comes from royalties for its technology. It typically licenses its patents to handset makers as a comprehensive package, charging a royalty of up to 5% of the wholesale price of each device, whether or not it uses a Qualcomm chip. Qualcomm typically doesn't license intellectual property to other chip makers.

South Korea's antitrust authority in late December said it would fine the company about $853 million for alleged violations, the highest such penalty levied on a company in that country. Qualcomm said it would contest that decision. The South Korean authority, like the FTC, demanded that Qualcomm cease selling chips to handset makers only if they buy a license. It also demanded that the company unbundle its patent licenses and offer them to chip makers.

Last year, Qualcomm agreed to a settlement with Chinese antitrust authorities that included a $975 million fine and required the company to alter its business practices. Chinese regulators, however, didn't challenge Qualcomm's model of charging royalties to handset makers.

In addition, The European Commission in late 2015 said it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

Write to Brent Kendall at brent.kendall@wsj.com and Ted Greenwald at Ted.Greenwald@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:00 ET (22:00 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h003wc

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **US sues Qualcomm over licensing technology for mobiles**

**BY** Richard Waters in San Francisco

**WC** 681 words

**PD** 17 January 2017

**ET** 18:24

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

The US has sued Qualcomm over the way it licenses its technology for mobile phones, hitting at the business that generates most of the US chip company's profits.

The case follows an investigation begun in 2014, but which was accelerated in recent weeks as the Federal Trade Commission moved towards filing a high-profile antitrust case just days before a new administration takes control in Washington.

**TD**

Qualcomm's shares fell more than 4 per cent on a report by Bloomberg about the impending action. It comes three weeks after South Korea said it would slap a $854m fine on the company over similar licensing concerns.

The FTC's decision to sue was on a majority 2-1 vote by its commissioners, whose ranks were depleted from the normal five ahead of the change of administration.

In an unusual statement of dissent, commissioner Maureen Ohlhausen claimed the action was based on a "flawed legal theory . . . that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine US intellectual property rights in Asia and worldwide". Ms Ohlhausen, a Republican appointee, was outvoted by the two Democratic appointees on the commission.

"Given the dissent of one commissioner and the change in administration that will bring major changes in the composition of the commission, this may be last-minute grandstanding with little danger to Qualcomm," said Erik Gordon, assistant professor at the University of Michigan's Ross School of Business.

The US complaint centres on the patents that other companies need to license to be able to implement communications standards such as 3G. Given the obligatory use of these so-called standards essential patents, companies like Qualcomm agree to certain limits on how they negotiate licences.

According to the lawsuit, filed in the Northern district of California, Qualcomm unfairly uses its other main business — selling baseband processors to handset makers — to force them to agree to pay higher royalties for its patents. Under a company policy called "no licence, no chips", Qualcomm threatens to cut off the supply of its basebands unless the customers agree to its patent licensing terms, resulting in higher fees, the FTC alleges.

The US action also challenged the chip company over its practice of only licensing its technology to handset makers, and refusing to sell it to rival makers of basebands such as Intel and Taiwan's MediaTek, which compete with it in selling components for devices like smartphones.

That complaint echoed the action late last year by South Korean regulators, who also said Qualcomm should make its technology available to component suppliers. Critics say that levying royalties only on handset

makers, based on the total cost of their products, is a way for the chipmaker to charge higher fees than it would otherwise be able to.

However, Qualcomm executives argue that only a small portion of their patents are exclusively linked to cell phone basebands, which handle communications between the device and a mobile network. They claim their technology is integral to many other aspects of how phones function, making it natural to charge based on the overall product.

In a further allegation, the FTC accused Qualcomm of giving Apple preferential royalty rates in return for buying only Qualcomm basebands between 2011 and 2016, a policy that the regulators say was designed to hurt other makers of basebands.

Qualcomm shot back at the FTC, accusing it of rushing to file a case before this week's presidential inauguration and of coming up with a complaint that was based on a flawed legal theory, a lack of economic support and misconceptions about the mobile technology industry.

"This is an extremely disappointing decision to rush to file a complaint on the eve of . . . the transition to a new administration," said Don Rosenberg, general counsel.

Qualcomm denied the central argument in the FTC's case, that it "withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms".

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170117ed1h00dt9

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **U.S. antitrust agency poised to sue Qualcomm over patent licensing-sources**

**WC** 97 words

**PD** 17 January 2017

**ET** 15:23

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

WASHINGTON, Jan 17 (Reuters) - The U.S. Federal Trade Commission is expected to sue Qualcomm Inc as early as Tuesday over alleged antitrust violations in its patent licensing business, according to people familiar with the matter.

**TD**

The FTC, which works with the Justice Department to enforce antitrust law, has been investigating San Diego-based Qualcomm for allegedly abusing its dominant market position by forcing mobile phone makers who need their chips to license an unnecessarily broad range of patents.

**RF** Released: 2017-1-17T21:23:32.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c34 : Anti-Competition Issues | c41 : Management | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170125ed1h0106t

DOW JONES NEWSWIRES

HD ***Qualcomm Responds to Complaint From U.S. FTC**

WC 1,089 words

PD 17 January 2017

ET 17:50

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

17 Jan 2017 17:51 ET *Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM

17 Jan 2017 17:51 ET *Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM

TD

17 Jan 2017 17:52 ET *Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry

17 Jan 2017 17:52 ET *Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms

17 Jan 2017 17:54 ET *Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration'

17 Jan 2017 17:54 ET *Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM

17 Jan 2017 17:57 ET Press Release: Qualcomm Responds to Complaint from U.S. Federal Trade Commission Responds to Complaint from

Qualcomm Responds to Complaint from U.S. Federal Trade Commission Responds to Complaint from

-- Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices --

PR Newswire

SAN DIEGO, Jan. 17, 2017

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- The U.S. Federal Trade Commission (FTC) has filed a complaint today against Qualcomm in the U.S. District Court in the Northern District of California. The FTC's complaint alleges that certain Qualcomm's business practices, which have enabled the growth and advancement of mobile communications worldwide, are in violation of U.S. competition law. Qualcomm believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

The portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary -- the central thesis of the complaint -- is wrong.

As FTC Commissioner Maureen Ohlhausen (who voted against the filing) explained in what she notes is a rare dissenting statement, the Commission's 2-1 decision to sue Qualcomm is "an enforcement action based on a

flawed legal theory (including a standalone Section 5 count) that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine U.S. intellectual property rights in Asia and worldwide." As Commissioner Ohlhausen notes, it is telling that the complaint does not allege that Qualcomm charges above fair and reasonable royalties.

Despite an appeal from members of Congress to refrain from "midnight litigation" with novel and untested legal theories that could damage competition in the U.S., the FTC accelerated the investigation of Qualcomm and directed the filing of the complaint just days before the change of the Administration though only three of five FTC commissioners are in place.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new Administration, which reflects a sharp break from FTC practice," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated. "In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions. In fact, Qualcomm was still receiving requests for information from the agency that would be necessary to an informed view of the facts when it became apparent that the FTC was driving to file a complaint before the transition to the new Administration. We have grave concerns about the two Commissioners' decision to bring this case despite a lack of evidence supporting the allegations and theories in the complaint. We look forward to defending our business in federal court, where we are confident we will prevail on the merits."

Rosenberg added, "Qualcomm has been the leader in innovation and invention in the mobile industry for more than 30 years. We have invested billions of dollars in research and development in fundamental mobile technologies that enable the applications and services that have become an essential part of our daily life. Our contribution of these technologies to standard setting organizations and our broad-based licensing of those technologies on fair, reasonable and non-discriminatory terms has facilitated the explosive growth of the mobile communications industry worldwide, brought enormous benefits to consumers, and fostered competition. Qualcomm's investments and the work of its 30,000 employees have given consumers the ability to access the Internet and massive amounts of data instantaneously on their mobile devices. The historically unprecedented level of innovation and extraordinarily successful worldwide adoption of mobile technology, and the vibrant competition within the industry, make it difficult to understand why the FTC decided to act in this case. The intellectual-property-rights policies of the cellular standards organizations do not require licensing at the component level, and the FTC does not have the authority to rewrite industry policy. That is for the industry, not a regulator, to decide."

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-responds-to-complaint-from-us-federal-trade-commission-300392395.html

SOURCE Qualcomm Incorporated

(END) Dow Jones Newswires

January 17, 2017 17:57 ET (22:57 GMT)

| | |
|---|---|
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170117ed1h0041w |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM** |
| **WC** | 42 words |
| **PD** | 17 January 2017 |
| **ET** | 18:05 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:54 ET (22:54 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2305GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000kp |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration'** |
| **WC** | 45 words |
| **PD** | 17 January 2017 |
| **ET** | 18:04 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:54 ET (22:54 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2304GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000ko |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms** |
| **WC** | 52 words |
| **PD** | 17 January 2017 |
| **ET** | 18:02 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

January 17, 2017 17:52 ET (22:52 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

17-01-17 2302GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000kn |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry** |
| **WC** | 46 words |
| **PD** | 17 January 2017 |
| **ET** | 17:59 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:52 ET (22:52 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2259GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000km |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM** |
| WC | 41 words |
| PD | 17 January 2017 |
| ET | 17:56 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:51 ET (22:51 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2256GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020170117ed1h000ki |



PX32

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM** |
| **WC** | 43 words |
| **PD** | 17 January 2017 |
| **ET** | 17:55 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:51 ET (22:51 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2255GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000kg |

| | |
|---|---|
| HD | **Qualcomm Responds to Complaint From U.S. FTC** |
| WC | 38 words |
| PD | 17 January 2017 |
| ET | 17:53 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:50 ET (22:50 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2253GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| RE | usa : United States \| namz : North America |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020170117ed1h000ke |

DOW JONES
NEWSWIRES

| | |
|---|---|
| **HD** | **FTC Seeks Court Order Barring Qualcomm Tactics** |
| **WC** | 32 words |
| **PD** | 17 January 2017 |
| **ET** | 16:04 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 17, 2017 16:03 ET (21:03 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>17-01-17 2104GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ncmac : Commodities Asset Class News \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| ntop : Top Wire News \| redit : Selection of Top Stories/Trends/Analysis |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000j2 |

DOW JONES NEWSWIRES

**HD** **FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones**

**WC** 40 words

**PD** 17 January 2017

**ET** 16:04

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

(MORE TO FOLLOW) Dow Jones Newswires

January 17, 2017 16:03 ET (21:03 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

17-01-17 2104GMT

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ncmac : Commodities Asset Class News | neqac : Equities Asset Class News | nhotbn : Hot Business News | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170117ed1h000j0

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm Files Antitrust Lawsuit Against** |
| **WC** | 33 words |
| **PD** | 17 January 2017 |
| **ET** | 16:03 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br><br>January 17, 2017 16:03 ET (21:03 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br><br>17-01-17 2103GMT |
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ncmac : Commodities Asset Class News \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| ntop : Top Wire News \| redit : Selection of Top Stories/Trends/Analysis |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000iz |

M2 PressWIRE

| | |
|---|---|
| HD | **Qualcomm announces expansion of its Design in India Program; To focus on growing mobile and IoT ecosystem in India with R&D and localization support** |
| WC | 636 words |
| PD | 17 January 2017 |
| SN | M2 Presswire |
| SC | MTPW |
| LA | English |
| CY | © 2017, M2 Communications. All rights reserved. |

LP

News Highlights

- Announces winners for Qualcomm Design in India Challenge (QDIC) 2016.

TD

- Expands QDIC ‘17 to support 16 start-ups in areas of new technologies

- Invests in new Innovation Lab at Hyderabad and expansion of Innovation lab at Bangalore

NEW DELHI — Qualcomm Incorporated (NASDAQ: QCOM) today announced the top three winners of its first edition of the Qualcomm Design in India Challenge (QDIC), which was launched in December 2015, in association with the National Association of Software and Services Companies (NASSCOM ). Over the last 12 months, ten shortlisted companies were incubated with initial prize money of USD 10,000 each and engineering support at Qualcomm India ’s Innovation Lab in Bangalore where they could transform their ideas into prototypes. In the final round, the companies were judged by the jury members consisting of Industry, Government and Qualcomm executives. In addition,

the selected winners were awarded USD 100,000 each as part of the Challenge.

The winners are Carnot Technologies, IFuture Robotics and Uncanny Vision.

Qualcomm also announced investment of USD 8.5 Mn for expansion of their design initiatives in India, to be called henceforth the ‘Qualcomm Design in India Program’ (QDIP). Under this program two key initiatives were announced:

- The Qualcomm “Design in India Challenge II” will support companies in the areas of Rural technology, Biometric Devices, Payment Terminals, Agri Technology, Medical Technology and Smart Infrastructure

- Enable India mobile and IoT vendors by providing advanced Camera, Audio, and RF design in India with the launch of a new Innovation Lab at Hyderabad and expansion of the current Innovation Lab in Bangalore

Speaking on the occasion, John Han, senior vice president and general manager, Qualcomm Technology Licensing, said, “Qualcomm is passionate about innovation, every year we invest billions in risky R&D to invent technologies that bring advancements in various aspect of our lives. With Prime Minister Narendra Modi ’s vision to transform India into a digitally empowered society, Qualcomm is committed to offering support to help India’s ecosystem to grow and cater to increasing consumer choices.”

“Qualcomm Design in India Challenge is one of the most successful initiatives by Qualcomm to nurture some of the talented startups in India. After seeing the overpowering response during the 2016 edition, we decided to go ahead with a second year, as well as expanding the number of participants Qualcomm nurtures through this program from 10 to 16 participants in 2017.” said Jim Cathey, senior vice president & president, Asia Pacific & India, Qualcomm Technologies Inc .

More information on Qualcomm Design In India Challenge II is available on http://www.qualcomm.co.in/design-in-india

About Qualcomm

Qualcomm 's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc ., a subsidiary of Qualcomm Incorporated , operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm 's website, blog, Twitter and Facebook pages. Qualcomm contacts: John Sinnott Pete Lancia

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** nsffvp : National Association of Software and Service Companies | qcom : Qualcomm Incorporated

**IN** iioft : Internet-of-Things Technologies | i3302 : Computers/Consumer Electronics | i3303 : Networking | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** npress : Press Releases | c23 : Research/Development | ccat : Corporate/Industrial News | ncat : Content Types

**RE** india : India | banga : Bengaluru | karna : Karnataka | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** Normans Media Ltd

**AN** Document MTPW000020170117ed1h0043d

THE FINANCIAL EXPRESS

**SE** Technology

**HD** **Qualcomm Design in India: Three startups win $100,000 prize money; artificial intelligence is the real winner**

**BY** Sumit Chakraborty

**WC** 479 words

**PD** 17 January 2017

**SN** Financial Express

**SC** AIWFIE

**LA** English

**CY** Copyright 2017 Indian Express Online Media Pvt. Ltd.

**LP**

Qualcomm , the chip maker, in the grand finale of its Design in India challenge, announced three winners, in while each startup won a prize money of $100,000. The challenge was started by the tech major in 2015, in while more than 400 startups had participated. The event to declare the winners was organised in New Delhi today and the startups which won the awards were Uncanny Vision, Carnot Technologies and iFuture Robotics. These three were selected from the top 10 shortlisted startups. In the event were present, Union minister for Law and Justice Ravi Shankar Prasad, NASSCOM President R. Chandrashekhar, Aruna Sundararajan, Secretary to Ministry of Electronics and Information Technology and J.S Deepak, Secretary Department of Telecommunications. The tech giant Qualcomm , also announced that it will invest $8.5 million in India, with an aim to expand its design initiatives in the country.

**TD**

iFuture Robotics is a startup which makes industrial automation robots which read environment data to move and deliver objects in warehouses which reduce labour cost as well as human injuries from heavy machinery. Uncanny Vision demonstrated an intelligent surveillance camera which can solve many security problems in places like ATMs. The camera uses machine learning to detect human actions for face and movement. Meanwhile, Carnot technologies is a telematics startup for low-cost bikes. The machine that they presented could connect a bike to a user's smartphone which can be useful for the safety of the vehicle even during emergency situations.

Also read | Qualcomm to invest $8.5 million in India to support PM Narendra Modi 's vision of digitisation

In the next initiative, Qualcomm with its Design in India Challenge II will be supporting companies in fields like Rural technology, payment methods, agricultural technology, health, biometric and more. The company will also enable mobiles and Internet of Things vendors from India by giving them better Camera, RF and Audio design technology. The company said that it will launch a new Innovation lab in Hyderabad and expand its existing one in Bangalore.

You may also like to watch:

During the event, John Han, senior vice president and GM , Qualcomm technology Licensing said that the company is very passionate about innovation and it is evident in the fact that it invests a lot of money in risky research and development projects. He added that Qualcomm is committed to supporting PM Narendra Modi to help the Indian ecosystem become a digitally empowered society.

The event to declare the winners of the Qualcomm challenge was organised in New Delhi today and the startups which won the awards were Uncanny Vision, Carnot Technologies and iFuture Robotics. In the event were present, Union minister for Law and Justice Ravi Shankar Prasad and NASSCOM President R. Chandrashekhar. (FE Photo)

**CO** qcom : Qualcomm Incorporated

| | |
|---|---|
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | gpol : Domestic Politics \| grobo : Robotics \| gcat : Political/General News \| gpir : Politics/International Relations \| gsci : Sciences/Humanities |
| **RE** | india : India \| delhi : Delhi \| asiaz : Asia \| bric : BRICS Countries \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| indsubz : Indian Subcontinent \| sasiaz : Southern Asia |
| **PUB** | India Express Mumbai Limited |
| **AN** | Document AIWFIE0020170117ed1h000c4 |

 © 2023 Factiva, Inc. All rights reserved.

THE FINANCIAL EXPRESS

SE Technology

HD **Qualcomm to invest $8.5 million in India to support PM Narendra Modi 's vision of digitisation**

BY Sumit Chakraborty

WC 530 words

PD 17 January 2017

SN Financial Express

SC AIWFIE

LA English

CY Copyright 2017 Indian Express Online Media Pvt. Ltd.

LP

Technology major Qualcomm has announced that it will invest $8.5 million in India, with an aim to expand its digital design initiatives in the country. The Design in India challenge was announced back two years ago in 2015 and had around 400 participating members. Today, at an event, three startups among the top 10 participants who were shortlisted, won a prize money of $100,000 each. The event was also attended by Union minister for Law and Justice Ravi Shankar Prasad and NASSCOM President R. Chandrashekhar. The startups which won the prizes were iFuture Robotics, Uncanny Vision and Carnot Technologies. During the event, John Han, senior vice president and GM , Qualcomm technology Licensing said that the company is very passionate about innovation and it is evident in the fact that it invests a lot of money in risky research and development projects. He added that Qualcomm is committed to supporting PM Narendra Modi to help the Indian ecosystem become a digitally empowered society.

TD

At the event, Ravi Shankar Prasad said that Indians are now more desirous of technology than ever before. He said that India is ready for innovations in digital designs. He asked the young entrepreneurs to work more towards India-focused research including rural health and education. HE also talked about how Adhaar card's technological prowess is now admired globally. Prasad also insisted on the need of more human resource in the area of research and talked about how the government is trying to create an ecosystem suitable for startups. He also asked Qualcomm to make a chip which is integral to the Aadhaar itself.

Also read | Qualcomm Design in India: Three startups win $100,000 prize money; artificial intelligence is the real winner

Among the prize winners, iFuture Robotics is a startup which makes industrial automation robots which read environment data to move and deliver objects in warehouses which reduce labour cost as well as human injuries from heavy machinery. Uncanny Vision demonstrated an intelligent surveillance camera which can solve many security problems in places like ATMs. The camera uses machine learning to detect human actions for face and movement. Meanwhile, Carnot technologies is a telematics startup for low-cost bikes. The machine that they presented could connect a bike to a user's smartphone which can be useful for the safety of the vehicle even during emergency situations.

You may also like to watch:

In the next initiative, Qualcomm with its Design in India Challenge II will be supporting companies in fields like Rural technology, payment methods, agricultural technology, health, biometric and more. The company will also enable mobiles and Internet of Things vendors from India by giving them better Camera, RF and Audio design technology. The company said that it will launch a new Innovation lab in Hyderabad and expand its existing one in Bangalore.

Qualcomm's Design in India challenge was announced two years ago in 2015 and had around 400 participating members. Today, at an event, three startups among the top 10 participants who were shortlisted, won a prize money of $100,000 each.

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** gpol : Domestic Politics | grobo : Robotics | c23 : Research/Development | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gsci : Sciences/Humanities

**RE** india : India | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** India Express Mumbai Limited

**AN** Document AIWFIE0020170117ed1h000bz

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm announces expansion of its Design in India Program**

**WC** 637 words
**PD** 17 January 2017
**ET** 03:00
**SN** PR Newswire
**SC** PRN
**LA** English
**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

To focus on growing mobile and IoT ecosystem in India with R&D and localization support

NEW DELHI, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced the top three winners of its first edition of the Qualcomm Design in India Challenge (QDIC), which was launched in December 2015, in association with the National Association of Software and Services Companies (NASSCOM ). Over the last 12 months, ten shortlisted companies were incubated with initial prize money of USD 10,000 each and engineering support at Qualcomm India 's Innovation Lab in Bangalore where they could transform their ideas into prototypes. In the final round, the companies were judged by the jury members consisting of Industry, Government and Qualcomm executives. In addition, the selected winners were awarded USD 100,000 each as part of the Challenge.

**TD**

The winners are Carnot Technologies, IFuture Robotics and Uncanny Vision.

Qualcomm also announced investment of USD 8.5 Mn for expansion of their design initiatives in India, to be called henceforth the 'Qualcomm Design in India Program' (QDIP). Under this program two key initiatives were announced:

```
   -- The
Qualcomm  "Design in India Challenge II" will support companies in the
      areas of Rural Technology, Biometric Devices, Payment Terminals, Agri
      Technology, Medical Technology and Smart Infrastructure

   -- Enable India mobile and IoT vendors by providing advanced Camera, Audio,
      and RF design in India with the launch of a new Innovation Lab at
      Hyderabad and expansion of the current Innovation Lab in Bangalore
```

Speaking on the occasion, John Han, senior vice president and general manager, Qualcomm Technology Licensing, said, "Qualcomm is passionate about innovation, every year we invest billions in risky R&D to invent technologies that bring advancements in various aspect of our lives. With Prime Minister Narendra Modi 's vision to transform India into a digitally empowered society, Qualcomm is committed to offering support to help India's ecosystem to grow and cater to increasing consumer choices."

"Qualcomm Design in India Challenge is one of the most successful initiatives by Qualcomm to nurture some of the talented start-ups in India. After seeing the overpowering response during the 2016 edition, we decided to go ahead with a second year, as well as expanding the number of participants Qualcomm nurtures through this program from 10 to 16 participants in 2017," said Jim Cathey, senior vice president & president, Asia Pacific & India, Qualcomm Technologies, Inc .

More information on Qualcomm Design In India Challenge II is available on http://www.qualcomm.co.in/design-in-india

About Qualcomm

Qualcomm 's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc ., a subsidiary of Qualcomm Incorporated , operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm 's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Dechama Uthappa, Qualcomm India Public Relations

Phone: +91 9845087220

Email: duthappa@qti.qualcomm.com

John Sinnott , Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-announces-expansion-of-its-design-in-india-program-300391628.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END)

**CO** nsffvp : National Association of Software and Service Companies | qcom : Qualcomm Incorporated

**IN** iioft : Internet-of-Things Technologies | i3302 : Computers/Consumer Electronics | i3303 : Networking | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** npress : Press Releases | ncat : Content Types

**RE** india : India | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170117ed1h0001c

DOW JONES NEWSWIRES

**HD** **Press Release: Qualcomm announces expansion of its Design in India Program**

**WC** 706 words

**PD** 17 January 2017

**ET** 05:41

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm announces expansion of its Design in India Program

To focus on growing mobile and IoT ecosystem in India with R&D and localization support

**TD**

News Highlights

- Announces winners for Qualcomm Design in India Challenge (QDIC) 2016.

- Expands QDIC '17 to support 16 start-ups in areas of new technologies

- Invests in new Innovation Lab at Hyderabad and expansion of Innovation lab at Bangalore

PR Newswire

NEW DELHI, Jan. 17, 2017

NEW DELHI, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced the top three winners of its first edition of the Qualcomm Design in India Challenge (QDIC), which was launched in December 2015, in association with the National Association of Software and Services Companies (NASSCOM ). Over the last 12 months, ten shortlisted companies were incubated with initial prize money of USD 10,000 each and engineering support at Qualcomm India 's Innovation Lab in Bangalore where they could transform their ideas into prototypes. In the final round, the companies were judged by the jury members consisting of Industry, Government and Qualcomm executives. In addition, the selected winners were awarded USD 100,000 each as part of the Challenge.

The winners are Carnot Technologies, IFuture Robotics and Uncanny Vision.

Qualcomm also announced investment of USD 8.5 Mn for expansion of their design initiatives in India, to be called henceforth the 'Qualcomm Design in India Program' (QDIP). Under this program two key initiatives were announced:

```
   -- The
Qualcomm  "Design in India Challenge II" will support companies in the
      areas of Rural Technology, Biometric Devices, Payment Terminals, Agri
      Technology, Medical Technology and Smart Infrastructure

   -- Enable India mobile and IoT vendors by providing advanced Camera, Audio,
      and RF design in India with the launch of a new Innovation Lab at
      Hyderabad and expansion of the current Innovation Lab in Bangalore
```

Speaking on the occasion, John Han, senior vice president and general manager, Qualcomm Technology Licensing, said, "Qualcomm is passionate about innovation, every year we invest billions in risky R&D to invent

technologies that bring advancements in various aspect of our lives. With Prime Minister Narendra Modi 's vision to transform India into a digitally empowered society, Qualcomm is committed to offering support to help India's ecosystem to grow and cater to increasing consumer choices."

"Qualcomm Design in India Challenge is one of the most successful initiatives by Qualcomm to nurture some of the talented start-ups in India. After seeing the overpowering response during the 2016 edition, we decided to go ahead with a second year, as well as expanding the number of participants Qualcomm nurtures through this program from 10 to 16 participants in 2017," said Jim Cathey, senior vice president & president, Asia Pacific & India, Qualcomm Technologies, Inc .

More information on Qualcomm Design In India Challenge II is available on http://www.qualcomm.co.in/design-in-india

About Qualcomm

Qualcomm 's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc ., a subsidiary of Qualcomm Incorporated , operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm 's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Dechama Uthappa, Qualcomm India Public Relations

Phone: +91 9845087220

Email: duthappa@qti.qualcomm.com

John Sinnott , Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-announces-expansion-of-its-design-in-india-program-300391628.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END) Dow Jones Newswires

January 17, 2017 05:41 ET (10:41 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | npress : Press Releases | ncat : Content Types | nfact : Factiva Filters

 © 2023 Factiva, Inc. All rights reserved.

**RE** india : India | banga : Bengaluru | delhi : Delhi | karna : Karnataka | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0012o

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 01/17/2017 to 01/17/2017 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 47 |
| Timestamp | 5 June 2023 11:48 |

 © 2023 Factiva, Inc. All rights reserved.

**Appendix 9**

**Qualcomm Incorporated**

DOW JONES

Landmark Study on Impact of 5G Mobile Technology Released ....................3

Press Release: Landmark Study on Impact of 5G Mobile Technology Released ....................6

Landmark Study on Impact of 5G Mobile Technology Released; 5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and... ....................9

BRIEF-Zoom Video Communications says raised $100 mln in series D funding ....................11

Qualcomm shares drop 4% on report of possible US antitrust case ....................12

Qualcomm Drops 4% as Bloomberg Says FTC Prepares Suit over Licensing Terms ....................13

Qualcomm said to face U.S. antitrust case on licensing practices - BBG ....................14

US regulators bring antitrust case against Qualcomm over licensing ....................15

Qualcomm: FTC Alleges Special Deal with Apple ....................17

Mobile chipmaker Qualcomm hit with US antitrust suit ....................18

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....................20

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....................22

U.S. antitrust agency sues Qualcomm over patent licensing ....................24

Qualcomm Disputes FTC Allegation, Calls Action ‘Rushed' ....................25

Qualcomm Responds to Complaint from U.S. Federal Trade Commission ....................26

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update ....................28

*Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....................30

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update ....................32

U.S. antitrust agency sues Qualcomm over patent licensing ....................34

FTC sues Qualcomm alleging monopoly of semiconductor device ....................36

Mobile chipmaker Qualcomm hit with US antitrust suit ....................37

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update ....................39

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update ....................41

BRIEF-Qualcomm responds to complaint from U.S. Federal Trade Commission ....................43

UPDATE 3-U.S. antitrust agency sues Qualcomm over patent licensing ....................44

U.S. FTC Sues Qualcomm For Anti-competitive Practices ....................46

Qualcomm Responds to Complaint from U.S. Federal Trade Commission; Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices ....................48

FTC sues Qualcomm alleging monopoly of semiconductor device ....................50

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....................51

US sues Qualcomm over licensing technology for mobiles ....................53

 © 2023 Factiva, Inc. All rights reserved.

U.S. antitrust agency poised to sue Qualcomm over patent licensing-sources ....................55

*Qualcomm Responds to Complaint From U.S. FTC ....................56

Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM ....................59

Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration' ....................60

Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms ....................61

Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry ....................62

Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM ....................63

Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM ....................64

Qualcomm Responds to Complaint From U.S. FTC ....................65

FTC Seeks Court Order Barring Qualcomm Tactics ....................66

FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones ........ 67

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm Files Antitrust Lawsuit Against ....................68

Qualcomm announces expansion of its Design in India Program; To focus on growing mobile and IoT ecosystem in India with R&D and localization support ....................69

Qualcomm Design in India: Three startups win $100,000 prize money; artificial intelligence is the real winner ....................71

Qualcomm to invest $8.5 million in India to support PM Narendra Modi 's vision of digitisation ....................73

Qualcomm announces expansion of its Design in India Program ....................75

Press Release: Qualcomm announces expansion of its Design in India Program ....................77

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Landmark Study on Impact of 5G Mobile Technology Released**

**WC** 971 words

**PD** 17 January 2017

**ET** 03:00

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and Services by 2035

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced that its subsidiary, Qualcomm Technologies, Inc. commissioned and released a landmark study, The 5G Economy, examining the potential economic and social impact of 5G around the world. The study was conducted jointly by research firms IHS Markit, PSB and leading economist Professor Dr. David Teece, director of the Tusher Center at the Haas School of Business, U.C. California, and principal executive officer of the Berkeley Research Group (BRG).

**TD**

The 5G Economy includes an economic impact study conducted by IHS Markit and validated by Dr. David Teece, as well as opinion research about the expectations for 5G among business and technology leaders carried out by PSB. The combined findings of the study show how 5G will profoundly affect the global economy and that business decision makers in technology and other industries overwhelmingly believe in the transformational nature of 5G.

"These respected researchers confirmed our strong belief that 5G will be a fundamental game changer," said Qualcomm CEO Steve Mollenkopf. "We have been hard at work helping create some of the key technologies and applications that will make 5G a reality, pushing the boundaries of LTE, collaborating with industry leaders, and spearheading the critical research behind the next-generation global wireless standard."

Notably, the study indicates that 5G will catapult mobile into the exclusive realm of General Purpose Technologies, like electricity and the automobile, that provide the foundation for massive innovation, give rise to new industries and benefit entire economies. This will happen as 5G advances mobile from a set of technologies connecting people to people and information to a unified fabric connecting people to everything.

"I've spent many years studying the impact of general purposes technologies, and it's clear that 5G will propel mobile into that category, assuring the technology's long-term impact on society and continued growth for decades," said Dr. David Teece.

Economic Growth Foreseen

According to the study, in 2035, when 5G's full economic benefit should be realized across the globe, a broad range of industries -- from retail to education, transportation to entertainment, and everything in between -- could produce up to $12.3 trillion worth of goods and services enabled by 5G.

The 5G value chain itself is seen as generating up to $3.5 trillion in revenue in 2035, supporting as many as 22 million jobs. Over time, 5G will boost real global GDP growth by $3 trillion dollars cumulatively from 2020 to 2035, roughly the equivalent of adding an economy the size of India to the world in today's dollars.

Complementing the economic study, polling research done by PSB confirms that business decision makers and opinion leaders around the globe expect 5G to bring widespread benefits for society and the economy overall, enabling new products and services, increasing productivity and allowing for new industries to emerge.

Over 90 percent of the more than 3,500 respondents agreed that 5G will enable new products, services and use cases that have not been invented yet.

For an in-depth look at the study, please visit: https://www.qualcomm.com/invention/5g/economy.

About Berkeley Research Group

Berkeley Research Group is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting to Fortune 500 corporations, financial institutions, government agencies, major law firms, and regulatory bodies around the world. It is led by its chairman and founder, David Teece, Tusher Professor of Global Business at the Haas School of Business, University of California, Berkeley.

About IHS Markit

IHS Markit (Nasdaq: INFO) is a world leader in critical information, analytics and solutions for the major industries and markets that drive economies worldwide. The company delivers next-generation information, analytics and solutions to customers in business, finance and government, improving their operational efficiency and providing deep insights that lead to well-informed, confident decisions. IHS Markit has more than 50,000 key business and government customers, including 85 percent of the Fortune Global 500 and the world's leading financial institutions. Headquartered in London, IHS Markit is committed to sustainable, profitable growth.

About PSB

PSB, a member of the WPP Group, is a global research-based consultancy specializing in messaging and communications strategy for blue-chip corporate, political and entertainment clients. PSB's operations include over 200 consultants and a sophisticated in-house market research infrastructure with the capability to conduct work in more than 90 countries. For more information, please visit www.psbresearch.com.

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IOT and healthcare businesses.

Qualcomm Contacts:

Peter Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire,
visit:
http://www.prnewswire.com/news-releases/landmark-study-on-impact-of-5g-mobile-technology-released-300391687.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END)

**CO** qcom : Qualcomm Incorporated | markit : IHS Markit Ltd

**IN** i34531 : Semiconductors | i8395461 : News Syndicates | idistr : Media Content Distribution | iindele : Industrial Electronics | iindstrls : Industrial Goods | imed : Media/Entertainment | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | usca : California | namz : North America | usw : Western U.S.

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170117ed1h0001d

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Press Release: Landmark Study on Impact of 5G Mobile Technology Released**

**WC** 1,001 words

**PD** 17 January 2017

**ET** 05:41

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Landmark Study on Impact of 5G Mobile Technology Released

5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and Services by 2035

**TD**

PR Newswire

SAN DIEGO, Jan. 17, 2017

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced that its subsidiary, Qualcomm Technologies, Inc. commissioned and released a landmark study, The 5G Economy, examining the potential economic and social impact of 5G around the world. The study was conducted jointly by research firms IHS Markit, PSB and leading economist Professor Dr. David Teece, director of the Tusher Center at the Haas School of Business, U.C. California, and principal executive officer of the Berkeley Research Group (BRG).

The 5G Economy includes an economic impact study conducted by IHS Markit and validated by Dr. David Teece, as well as opinion research about the expectations for 5G among business and technology leaders carried out by PSB. The combined findings of the study show how 5G will profoundly affect the global economy and that business decision makers in technology and other industries overwhelmingly believe in the transformational nature of 5G.

"These respected researchers confirmed our strong belief that 5G will be a fundamental game changer," said Qualcomm CEO Steve Mollenkopf. "We have been hard at work helping create some of the key technologies and applications that will make 5G a reality, pushing the boundaries of LTE, collaborating with industry leaders, and spearheading the critical research behind the next-generation global wireless standard."

Notably, the study indicates that 5G will catapult mobile into the exclusive realm of General Purpose Technologies, like electricity and the automobile, that provide the foundation for massive innovation, give rise to new industries and benefit entire economies. This will happen as 5G advances mobile from a set of technologies connecting people to people and information to a unified fabric connecting people to everything.

"I've spent many years studying the impact of general purposes technologies, and it's clear that 5G will propel mobile into that category, assuring the technology's long-term impact on society and continued growth for decades," said Dr. David Teece.

Economic Growth Foreseen

According to the study, in 2035, when 5G's full economic benefit should be realized across the globe, a broad range of industries -- from retail to education, transportation to entertainment, and everything in between -- could produce up to $12.3 trillion worth of goods and services enabled by 5G.

The 5G value chain itself is seen as generating up to $3.5 trillion in revenue in 2035, supporting as many as 22 million jobs. Over time, 5G will boost real global GDP growth by $3 trillion dollars cumulatively from 2020 to 2035, roughly the equivalent of adding an economy the size of India to the world in today's dollars.

Complementing the economic study, polling research done by PSB confirms that business decision makers and opinion leaders around the globe expect 5G to bring widespread benefits for society and the economy overall, enabling new products and services, increasing productivity and allowing for new industries to emerge. Over 90 percent of the more than 3,500 respondents agreed that 5G will enable new products, services and use cases that have not been invented yet.

For an in-depth look at the study, please visit: https://www.qualcomm.com/invention/5g/economy.

About Berkeley Research Group

Berkeley Research Group is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting to Fortune 500 corporations, financial institutions, government agencies, major law firms, and regulatory bodies around the world. It is led by its chairman and founder, David Teece, Tusher Professor of Global Business at the Haas School of Business, University of California, Berkeley.

About IHS Markit

IHS Markit (Nasdaq: INFO) is a world leader in critical information, analytics and solutions for the major industries and markets that drive economies worldwide. The company delivers next-generation information, analytics and solutions to customers in business, finance and government, improving their operational efficiency and providing deep insights that lead to well-informed, confident decisions. IHS Markit has more than 50,000 key business and government customers, including 85 percent of the Fortune Global 500 and the world's leading financial institutions. Headquartered in London, IHS Markit is committed to sustainable, profitable growth.

About PSB

PSB, a member of the WPP Group, is a global research-based consultancy specializing in messaging and communications strategy for blue-chip corporate, political and entertainment clients. PSB's operations include over 200 consultants and a sophisticated in-house market research infrastructure with the capability to conduct work in more than 90 countries. For more information, please visit www.psbresearch.com.

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IOT and healthcare businesses.

Qualcomm Contacts:

Peter Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:

http://www.prnewswire.com/news-releases/landmark-study-on-impact-of-5g-mobile-technology-released-300391687.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END) Dow Jones Newswires

January 17, 2017 05:41 ET (10:41 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c334 : Licensing Agreements | neqac : Equities Asset Class News | npress : Press Releases | c33 : Contracts/Orders | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0012p

**HD** **Landmark Study on Impact of 5G Mobile Technology Released; 5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and Services by 2035**

**WC** 948 words

**PD** 17 January 2017

**SN** M2 Presswire

**SC** MTPW

**LA** English

**CY** © 2017, M2 Communications. All rights reserved.

**LP**

SAN DIEGO — Qualcomm Incorporated (NASDAQ: QCOM) today announced that its subsidiary, Qualcomm Technologies, Inc. commissioned and released a landmark study, The 5G Economy, examining the potential economic and social impact of 5G around the world. The study was conducted jointly by research firms IHS Markit, PSB and leading economist Professor Dr. David Teece, director of the Tusher Center at the Haas School of Business, U.C. California, and principal executive officer of the Berkeley Research Group (BRG).

The 5G Economy includes an economic impact study conducted by IHS Markit and validated by Dr. David Teece, as well as opinion research about the expectations for 5G among business and technology leaders carried out by PSB. The combined findings of the study show how 5G will profoundly affect the global economy and that business decision makers in technology and other industries overwhelmingly believe in the transformational nature of 5G.

**TD**

“These respected researchers confirmed our strong belief that 5G will be a fundamental game changer,” said Qualcomm CEO Steve Mollenkopf. “We have been hard at work helping create some of the key technologies and applications that will make 5G a reality, pushing the boundaries of LTE, collaborating with industry leaders, and spearheading the critical research behind the next-generation global wireless standard.”

Notably, the study indicates that 5G will catapult mobile into the exclusive realm of General Purpose Technologies, like electricity and the automobile, that provide the foundation for massive innovation, give rise to new industries and benefit entire economies. This will happen as 5G advances mobile from a set of technologies connecting people to people and information to a unified fabric connecting people to everything.

“I’ve spent many years studying the impact of general purposes technologies, and it’s clear that 5G will propel mobile into that category, assuring the technology’s long-term impact on society and continued growth for decades.” said Dr. David Teece.

Economic Growth Foreseen

According to the study, in 2035, when 5G’s full economic benefit should be realized across the globe, a broad range of industries - from retail to education, transportation to entertainment, and everything in between - could produce up to $12.3 trillion worth of goods and services enabled by 5G.

The 5G value chain itself is seen as generating up to $3.5 trillion in revenue in 2035, supporting as many as 22 million jobs. Over time, 5G will boost real global GDP growth by $3 trillion dollars cumulatively from 2020 to 2035, roughly the equivalent of adding an economy the size of India to the world in today’s dollars.

Complementing the economic study, polling research done by PSB confirms that business decision makers and opinion leaders around the globe expect 5G to bring widespread benefits for society and the economy overall, enabling new products and services, increasing productivity and allowing for new industries to emerge. Over 90 percent of the more than 3,500 respondents agreed that 5G will enable new products, services and use cases that have not been invented yet.

For an in-depth look at the study, please visit: https://www.qualcomm.com/invention/5g/economy.

About Berkeley Research Group

Berkeley Research Group is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting to Fortune 500 corporations, financial institutions, government agencies, major law firms, and regulatory bodies around the world. It is led by its chairman and founder, David Teece, Tusher Professor of Global Business at the Haas School of Business, University of California, Berkeley.

About IHS Markit

IHS Markit (Nasdaq: INFO) is a world leader in critical information, analytics and solutions for the major industries and markets that drive economies worldwide. The company delivers next-generation information, analytics and solutions to customers in business, finance and government, improving their operational efficiency and providing deep insights that lead to well-informed, confident decisions. IHS Markit has more than 50,000 key business and government customers, including 85 percent of the Fortune Global 500 and the world's leading financial institutions. Headquartered in London, IHS Markit is committed to sustainable, profitable growth.

About PSB

PSB, a member of the WPP Group, is a global research-based consultancy specializing in messaging and communications strategy for blue-chip corporate, political and entertainment clients. PSB's operations include over 200 consultants and a sophisticated in-house market research infrastructure with the capability to conduct work in more than 90 countries. For more information, please visit www.psbresearch.com.

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IOT and healthcare businesses. Qualcomm contacts: Pete Lancia John Sinnott

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** hsshbu : Haas School of Business | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | usca : California | namz : North America | usw : Western U.S.

**PUB** Normans Media Ltd

**AN** Document MTPW000020170117ed1h0043f

REUTERS

| | |
|---|---|
| **HD** | **BRIEF-Zoom Video Communications says raised $100 mln in series D funding** |
| **WC** | 57 words |
| **PD** | 17 January 2017 |
| **ET** | 07:55 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

Jan 17 (Reuters) - Zoom Video Communications

* Says raised $100 million in series D funding

**TD**

* Zoom Video Communications - funding from Sequoia, with additional participation from Emergence Capital, Jerry Yang's AME Cloud Ventures, Qualcomm Ventures Source text for Eikon:

| | |
|---|---|
| **RF** | Released: 2017-1-17T13:55:40.000Z |
| **CO** | qualcv : Qualcomm Ventures \| qcom : Qualcomm Incorporated |
| **IN** | i81502 : Trusts/Funds/Financial Vehicles \| i8150203 : Private Equity \| ialtinv : Alternative Investments \| ifinal : Financial Services \| iinv : Investing/Securities \| iventure : Venture Capital |
| **NS** | c171 : Share Capital \| ccat : Corporate/Industrial News \| croufi : Series/Round Financing \| c17 : Corporate Funding \| c173 : Financing Agreements \| cactio : Corporate Actions \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170117ed1h00lda |

FT FINANCIAL TIMES

**HD** **Qualcomm shares drop 4% on report of possible US antitrust case**

**BY** Pan Kwan Yuk

**WC** 175 words

**PD** 17 January 2017

**ET** 14:06

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Qualcomm, the world's largest mobile chipmaker, saw more than $4.3bn wiped off its market value on Tuesday after a report said the company could be sued by US regulators over its business practices.

Shares in the company fell 4.2 per cent to $63.96 and reduced the group's market cap to $96.4bn.

**TD**

San Diego-based Qualcomm first disclosed in 2014 that the Federal Trade Commission was investigating its licensing practices.

The semiconductor maker is already facing a string of similar probes around the world over its licensing practices for technologies that are core to high-speed wireless communications standards.

Last month, South Korea fined Qualcomm Won1.03tn ($854m), accusing the company of abusing its market dominance in wireless chips to force "excessive" licensing fees on smartphone makers. That comes after Qualcomm agreed to pay $975m to settle a complaint in China in February 2015.

The company is also the subject of investigations in the EU and Taiwan.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1522 : Share Price Movement/Disruptions | c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | c15 : Financial Performance | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170117ed1h00ayh

**Qualcomm Drops 4% as Bloomberg Says FTC Prepares Suit over Licensing Terms**

Barron's Blogs, 15:36, 17 January 2017, 99 words, (English)

Shares of wireless chip giant Qualcomm (QCOM) dropped sharply this afternoon, and are down $2.86, over 4%, at $64.02, after Bloomberg's Ian King, David McLaughlin, and Susan Decker this afternoon reported that the U.S. Federal Trade ...

Document WCBBE00020170117ed1h002xl

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **Qualcomm said to face U.S. antitrust case on licensing practices - BBG** |
| **WC** | 127 words |
| **PD** | 17 January 2017 |
| **ET** | 14:46 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

Jan 17 (Reuters) - Qualcomm Inc is set to face a U.S. antitrust case for allegedly using unfair practices in the way the chipmaker licenses its technology, Bloomberg reported, citing people familiar with the matter. (http://bloom.bg/2iLeYus)

Qualcomm's shares fell 4.5 percent to $63.90.

**TD**

The company's technology licensing business has driven profits for years, thanks to the royalties it collects on the chip technology developed by its chipmaking unit.

In 2014, Qualcomm disclosed that the Federal Trade Commission was investigating its licensing practices.

Qualcomm and FTC were not immediately available for comment. (Reporting by Anya George Tharakan in Bengaluru; Editing by Maju Samuel)

| | |
|---|---|
| **RF** | Released: 2017-1-17T20:46:35.000Z |
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| c13 : Regulation/Government Policy \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170117ed1h012w2 |

FT FINANCIAL TIMES

**HD** **US regulators bring antitrust case against Qualcomm over licensing**

**BY** Richard Waters

**WC** 304 words

**PD** 17 January 2017

**ET** 16:32

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

US regulators on Tuesday sued Qualcomm over the way it licenses its technology for mobile phones, hitting at the business that generates the bulk of the profits for the US chip company.

The case follows an investigation that was started in 2014, and has accelerated in recent weeks as the Federal Trade Commission moved towards filing a high-profile antitrust case just days before a new administration takes control in Washington.

**TD**

Qualcomm's shares fell by more than 4 per cent earlier in the day after Bloomberg reported the impending action, as investors worried that the company would be forced to change the way it negotiates with handset makers. The action comes three weeks after South Korea said it would slap a $854m fine on the company over similar licensing concerns.

The US complaint centres on patents that other companies need to license to implement communications standards like 3G. Given the obligatory use of these so-called standards essential patents, companies like Qualcomm agree to certain limits in how they negotiate licences.

Qualcomm forces cell phone makers to pay higher royalties by "threatening to disrupt [their] supply of baseband processors," according to the US lawsuit, which was filed in federal court in California.

FTC commissioners voted 2-1 in favour of suing. The agency has been operating with just three commissioners ahead of the change of administration, instead of the typical five.

In an unusual statement of dissent, commissioner Maureen Ohlhausen claimed the action was based on a "flawed legal theory… that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine US intellectual property rights in Asia and worldwide."

Qualcomm did not immediately respond to a request for comment.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170117ed1h00ci1

**Qualcomm: FTC Alleges Special Deal with Apple**
Barron's Blogs, 16:18, 17 January 2017, 299 words, (English)
Confirming a report this afternoon by reporters, the Federal Trade Commission announced just after market close that it has filed a complaint against the company, alleging, "by threatening to disrupt cell phone manufacturers' supply of ...
Document WCBBE00020170117ed1h0035x

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Mobile chipmaker Qualcomm hit with US antitrust suit**

**WC** 334 words

**PD** 17 January 2017

**ET** 16:47

**SN** Agence France Presse

**SC** AFPR

**LA** English

**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Mobile chip giant Qualcomm was hit Tuesday with a US antitrust suit alleging it abused its dominant position in the market for processors used in cell phones and other devices.

The US Federal Trade Commission filed a lawsuit in federal court in California claiming Qualcomm's practices amount to "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

**TD**

Qualcomm, which is the dominant provider of chips for smartphones, has faced similar antitrust investigations in the European Union and China, and last month was hit with a record fine of $850 million by South Korean enforcement regulators.

In the US lawsuit, the FTC said Qualcomm's policy is to supply its processors only on the condition that cell phone manufacturers agree to Qualcomm's "preferred license terms" for patents which are essential for mobile communications.

"By using its monopoly power to obtain elevated royalties that apply to baseband processors supplied by its competitors, Qualcomm in effect collects a 'tax' on cell phone manufacturers when they use non-Qualcomm processors," the lawsuit said.

"This tax weakens Qualcomm's competitors, including by reducing demand for their processors, and serves to maintain Qualcomm's monopoly in baseband processor markets."

Qualcomm's actions have hurt competitors including Taiwan-based Via Technologies, which was acquired by Intel in 2015, and another Taiwan firm, MediaTek Inc.

The suit also alleges that Qualcomm "extracted exclusivity from Apple in exchange for reduced patent royalties," which prevented the iPhone maker from getting processors from Qualcomm's competitors from 2011 to 2016.

Qualcomm did not immediately respond to an AFP request for comment.

The San Diego, California, group in 2015 agreed to pay $975 million to settle antitrust charges in China.

The tech group is challenging an EU competition inquiry which could result in a fine of up to 10 percent of its annual sales, which amounted to $26.5 billion for Qualcomm in 2015.

rl/sg

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** US

**PUB** Agence France-Presse

**AN** Document AFPR000020170117ed1h00h1x

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**BY** By Brent Kendall

**WC** 270 words

**PD** 17 January 2017

**ET** 17:02

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufactures and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

17-01-17 2202GMT

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170117ed1h000ju

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**BY** By Brent Kendall

**WC** 275 words

**PD** 17 January 2017

**ET** 17:03

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufactures and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:03 ET (22:03 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h003u3

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **U.S. antitrust agency sues Qualcomm over patent licensing**

**WC** 115 words

**PD** 17 January 2017

**ET** 16:05

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

WASHINGTON, Jan 17 (Reuters) - The U.S. Federal Trade Commission filed a lawsuit against Qualcomm Inc on Tuesday, accusing the company of antitrust violations in its patent licensing business.

The FTC, which works with the Justice Department to enforce antitrust law, said that Qualcomm used its dominance in supplying baseband processors used in smartphones and tablets to extract elevated royalties for patents in what the complaint dubbed a "no license-no chips" policy.

**TD**

The lawsuit was filed in the U.S. District Court for the Northern District of California in San Jose.

(Reporting by Diane Bartz; editing by Diane Craft)

**RF** Released: 2017-1-17T22:05:49.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | c41 : Management | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170117ed1h015o4

**Qualcomm Disputes FTC Allegation, Calls Action 'Rushed'**

Barron's Blogs, 17:43, 17 January 2017, 812 words, (English)

Shares of Qualcomm (QCOM) are up 16 cents at $64.35, in late trading, after the U.S. Federal Trade Commission said it brought a complaint against the company alleging it used "anticompetitive" practices to maintain a "monopoly" in the ...

Document WCBBE00020170117ed1h003s5

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm Responds to Complaint from U.S. Federal Trade Commission**

**WC** 906 words

**PD** 17 January 2017

**ET** 17:50

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

-- Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices --

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- The U.S. Federal Trade Commission (FTC) has filed a complaint today against Qualcomm in the U.S. District Court in the Northern District of California. The FTC's complaint alleges that certain Qualcomm's business practices, which have enabled the growth and advancement of mobile communications worldwide, are in violation of U.S. competition law. Qualcomm believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

**TD**

The portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary -- the central thesis of the complaint -- is wrong.

As FTC Commissioner Maureen Ohlhausen (who voted against the filing) explained in what she notes is a rare dissenting statement, the Commission's 2-1 decision to sue Qualcomm is "an enforcement action based on a flawed legal theory (including a standalone Section 5 count) that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine U.S. intellectual property rights in Asia and worldwide." As Commissioner Ohlhausen notes, it is telling that the complaint does not allege that Qualcomm charges above fair and reasonable royalties.

Despite an appeal from members of Congress to refrain from "midnight litigation" with novel and untested legal theories that could damage competition in the U.S., the FTC accelerated the investigation of Qualcomm and directed the filing of the complaint just days before the change of the Administration though only three of five FTC commissioners are in place.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new Administration, which reflects a sharp break from FTC practice," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated. "In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions. In fact, Qualcomm was still receiving requests for information from the agency that would be necessary to an informed view of the facts when it became apparent that the FTC was driving to file a complaint before the transition to the new Administration. We have grave concerns about the two Commissioners' decision to bring this case despite a lack of evidence supporting the allegations and theories in the complaint. We look forward to defending our business in federal court, where we are confident we will prevail on the merits."

Rosenberg added, "Qualcomm has been the leader in innovation and invention in the mobile industry for more than 30 years. We have invested billions of dollars in research and development in fundamental mobile technologies that enable the applications and services that have become an essential part of our daily life. Our

contribution of these technologies to standard setting organizations and our broad-based licensing of those technologies on fair, reasonable and non-discriminatory terms has facilitated the explosive growth of the mobile communications industry worldwide, brought enormous benefits to consumers, and fostered competition. Qualcomm's investments and the work of its 30,000 employees have given consumers the ability to access the Internet and massive amounts of data instantaneously on their mobile devices. The historically unprecedented level of innovation and extraordinarily successful worldwide adoption of mobile technology, and the vibrant competition within the industry, make it difficult to understand why the FTC decided to act in this case. The intellectual-property-rights policies of the cellular standards organizations do not require licensing at the component level, and the FTC does not have the authority to rewrite industry policy. That is for the industry, not a regulator, to decide."

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire,
visit:
http://www.prnewswire.com/news-releases/qualcomm-responds-to-complaint-from-us-federal-trade-commission-300392395.html

SOURCE Qualcomm Incorporated

(END)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | namz : North America

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170117ed1h000vj

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update** |
| BY | By Brent Kendall |
| WC | 476 words |
| PD | 17 January 2017 |
| ET | 17:51 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:51 ET (22:51 GMT)

| | |
|---|---|
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ntop : Top Wire News \| nttwn : Today's Top Wire News \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis |
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170117ed1h0041y |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** ***Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**WC** 324 words

**PD** 17 January 2017

**ET** 16:03

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

17 Jan 2017 16:03 ET *FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones

17 Jan 2017 16:03 ET *FTC Seeks Court Order Barring Qualcomm Tactics

**TD**

17 Jan 2017 16:48 ET Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm

By Brent Kendall

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufactures and hobble competitors.

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 16:48 ET (21:48 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

| | |
|---|---|
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ntop : Top Wire News \| nttwn : Today's Top Wire News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis |
| **RE** | usca : California \| usw : Western U.S. \| namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170117ed1h003ts |

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update**

**BY** By Brent Kendall

**WC** 476 words

**PD** 17 January 2017

**ET** 18:06

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 18:06 ET (23:06 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0046e

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **U.S. antitrust agency sues Qualcomm over patent licensing**

**WC** 516 words

**PD** 17 January 2017

**ET** 18:19

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

WASHINGTON (Reuters) - The U.S. Federal Trade Commission filed a lawsuit against Qualcomm Inc on Tuesday, accusing the company of using "anticompetitive" tactics to maintain its monopoly on a key semiconductor used in mobile phones.

The FTC, which works with the Justice Department to enforce antitrust law, said that San Diego-based Qualcomm used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers and to weaken competitors.

**TD**

Qualcomm said in a statement that it would "vigorously contest" the complaint and denied FTC allegations that it threatened to withhold chips in order to collect unreasonable licensing fees.

Qualcomm shares fell 4 percent to $64.19 on Tuesday.

The complaint is likely the agency's last major action under current Democratic Chairwoman Edith Ramirez, who will step down Feb. 10, and comes just days before U.S. President-elect Donald Trump takes office on Friday.

Trump is expected to name Republican Commissioner Maureen Ohlhausen as acting FTC chairwoman and will fill three vacancies that will reshape the agency.

Ramirez and fellow Democrat Terrell McSweeny voted to approve the complaint but Ohlhausen dissented, saying that the lawsuit was based on a "flawed legal theory ... that lacks economic and evidentiary support."

In its complaint, the FTC said the patents that Qualcomm sought to license are standard essential patents, which means that the industry uses them widely and they are supposed to be licensed on fair, reasonable and non-discriminatory terms.

The FTC complaint also accused Qualcomm of refusing to license some standard essential patents to rival chipmakers, and of entering into an exclusive deal with Apple Inc.

"Qualcomm's customers have accepted elevated royalties and other license terms that do not reflect an assessment of terms that a court or other neutral arbiter would determine to be fair and reasonable," the FTC said in its complaint.

The FTC asked the U.S. District Court for the Northern District of California in San Jose to order Qualcomm to end these practices.

For its part, Qualcomm accused the FTC of a last-minute dash to court.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration," Don Rosenberg, Qualcomm general counsel, said in a statement. "We look forward to defending our business in federal court, where we are confident we will prevail."

The company has faced a series of antitrust rulings and investigations from regulators across the globe.

South Korea's antitrust regulator fined Qualcomm Inc 1.03 trillion won ($854 million) in December for what it called unfair practices in patent licensing, a decision the U.S. chipmaker said it will challenge in court.

In February 2015, Qualcomm paid a $975 million fine in China following a 14-month probe, while the European Union in December 2015 accused it of abusing its market power to thwart rivals.

(Reporting by Diane Bartz; Editing by Soyoung Kim and Alan Crosby)

**RF** Released: 2017-1-17T23:19:46.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:OUSBSM

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170117ed1h012yt

 © 2023 Factiva, Inc. All rights reserved.

AP

**HD** **FTC sues Qualcomm alleging monopoly of semiconductor device**

**WC** 143 words

**PD** 17 January 2017

**ET** 18:42

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2017. The Associated Press. All Rights Reserved.

**LP**

NEW YORK (AP) — The Federal Trade Commission is suing Qualcomm Inc. for allegedly maintaining a monopoly over a key device used in cellphones and other electronics.

The agency said Tuesday that Qualcomm, the world's dominant supplier of baseband processors, imposes "onerous" licensing terms on manufacturers and weakens its rivals.

**TD**

The FTC is seeking a court order to undo and prevent Qualcomm's methods.

In a statement, San Diego-based Qualcomm said it believes that the FTC complaint is flawed and advances the interests of companies that have earned billions of dollars made possible by "innovators" such as itself. The chipmaker also noted that the FTC filed its complaint even though only three of five FTC commissioners are in place.

The FTC lawsuit was filed in U.S. District Court for the Northern District of California.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** US

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020170117ed1h00grl

HD **Mobile chipmaker Qualcomm hit with US antitrust suit**

WC 451 words

PD 17 January 2017

ET 18:45

SN Agence France Presse

SC AFPR

LA English

CY Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

LP

Mobile chip giant Qualcomm was hit Tuesday with a US antitrust suit alleging it abused its dominant position in the market for processors used in cell phones and other devices.

The US Federal Trade Commission filed a lawsuit in federal court in California claiming Qualcomm's practices amount to "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

TD

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

"In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions," Qualcomm general counsel Don Rosenberg said in a released statement.

Qualcomm, which is the dominant provider of chips for smartphones, has faced similar antitrust investigations in the European Union and China, and last month was hit with a record fine of $850 million by South Korean enforcement regulators.

In the US lawsuit, the FTC said Qualcomm's policy is to supply its processors only on the condition that cell phone manufacturers agree to Qualcomm's "preferred license terms" for patents which are essential for mobile communications.

"By using its monopoly power to obtain elevated royalties that apply to baseband processors supplied by its competitors, Qualcomm in effect collects a 'tax' on cell phone manufacturers when they use non-Qualcomm processors," the lawsuit said.

"This tax weakens Qualcomm's competitors, including by reducing demand for their processors, and serves to maintain Qualcomm's monopoly in baseband processor markets."

Qualcomm's actions have hurt competitors including Taiwan-based Via Technologies, which was acquired by Intel in 2015, and another Taiwan firm, MediaTek Inc.

The suit also alleges that Qualcomm "extracted exclusivity from Apple in exchange for reduced patent royalties," which prevented the iPhone maker from getting processors from Qualcomm's competitors from 2011 to 2016.

Qualcomm general counsel Rosenberg maintained that the FTC sped up the investigation, filing the suit just days before a change in the US presidential administration and with only three of five agency commissioners in place.

"This is an extremely disappointing decision to rush to file a complaint," Rosenberg said.

"It became apparent that the FTC was driving to file a complaint before the transition to the new administration."

The San Diego, California, group in 2015 agreed to pay $975 million to settle antitrust charges in China.

The tech group is challenging an EU competition inquiry which could result in a fine of up to 10 percent of its annual sales, which amounted to $26.5 billion for Qualcomm in 2015.

gc-rl/sg

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** Lead

**PUB** Agence France-Presse

**AN** Document AFPR000020170117ed1h00ili

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update**

BY By Brent Kendall

WC 573 words

PD 17 January 2017

ET 17:57

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

TD

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

Qualcomm said it would fight the FTC's suit, which it said is based on flawed legal theory and "significant misconceptions about the mobile technology industry." The company said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and it accused the FTC of filing the complaint before it had all the facts.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration, which reflects a sharp break from FTC practice," said Don Rosenberg, Qualcomm executive vice president and general counsel.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump

Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:57 ET (22:57 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0040c

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update**

**BY** By Brent Kendall

**WC** 573 words

**PD** 17 January 2017

**ET** 18:12

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

Qualcomm said it would fight the FTC's suit, which it said is based on flawed legal theory and "significant misconceptions about the mobile technology industry." The company said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and it accused the FTC of filing the complaint before it had all the facts.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration, which reflects a sharp break from FTC practice," said Don Rosenberg, Qualcomm executive vice president and general counsel.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump

Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 18:12 ET (23:12 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0045e

REUTERS

HD **BRIEF-Qualcomm responds to complaint from U.S. Federal Trade Commission**

WC 122 words

PD 17 January 2017

ET 18:01

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

Jan 17 (Reuters) - Qualcomm Inc

TD

* Qualcomm responds to complaint from u.s. Federal Trade Commission

* Qualcomm Inc - "Has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms"

* Qualcomm Inc - Portrayal of facts offered by FTC as basis for agency's case is "significantly flawed"

* Will vigorously contest complaint and defend its business practices

* Qualcomm-"grave concerns" about 2 commissioners' decision to bring the case despite lack of evidence supporting allegations and theories in complaint

* Qualcomm - "This is an extremely disappointing decision to rush to file a complaint on eve of chairwoman Ramirez's departure and transition to a new administration"

RF Released: 2017-1-18T00:01:09.000Z

CO ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS ccat : Corporate/Industrial News | gcrim : Crime/Legal Action | gcat : Political/General News

RE usa : United States | namz : North America

IPD Business

IPC SERVICE:ABN

PUB Thomson Reuters (Markets) LLC

AN Document LBA0000020170117ed1h018ra

REUTERS

**HD** **UPDATE 3-U.S. antitrust agency sues Qualcomm over patent licensing**

**WC** 531 words

**PD** 17 January 2017

**ET** 18:16

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

(Adds Qualcomm statement that it will contest lawsuit)

By Diane Bartz

**TD**

WASHINGTON, Jan 17 (Reuters) - The U.S. Federal Trade Commission filed a lawsuit against Qualcomm Inc on Tuesday, accusing the company of using "anticompetitive" tactics to maintain its monopoly on a key semiconductor used in mobile phones.

The FTC, which works with the Justice Department to enforce antitrust law, said that San Diego-based Qualcomm used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers and to weaken competitors.

Qualcomm said in a statement that it would "vigorously contest" the complaint and denied FTC allegations that it threatened to withhold chips in order to collect unreasonable licensing fees.

Qualcomm shares fell 4 percent to $64.19 on Tuesday.

The complaint is likely the agency's last major action under current Democratic Chairwoman Edith Ramirez, who will step down Feb. 10, and comes just days before U.S. President-elect Donald Trump takes office on Friday.

Trump is expected to name Republican Commissioner Maureen Ohlhausen as acting FTC chairwoman and will fill three vacancies that will reshape the agency.

Ramirez and fellow Democrat Terrell McSweeny voted to approve the complaint but Ohlhausen dissented, saying that the lawsuit was based on a "flawed legal theory ... that lacks economic and evidentiary support."

In its complaint, the FTC said the patents that Qualcomm sought to license are standard essential patents, which means that the industry uses them widely and they are supposed to be licensed on fair, reasonable and non-discriminatory terms.

The FTC complaint also accused Qualcomm of refusing to license some standard essential patents to rival chipmakers, and of entering into an exclusive deal with Apple Inc.

"Qualcomm's customers have accepted elevated royalties and other license terms that do not reflect an assessment of terms that a court or other neutral arbiter would determine to be fair and reasonable," the FTC said in its complaint.

The FTC asked the U.S. District Court for the Northern District of California in San Jose to order Qualcomm to end these practices.

For its part, Qualcomm accused the FTC of a last-minute dash to court.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration," Don Rosenberg, Qualcomm general counsel, said in a statement. "We look forward to defending our business in federal court, where we are confident we will prevail."

The company has faced a series of antitrust rulings and investigations from regulators across the globe.

South Korea's antitrust regulator fined Qualcomm Inc 1.03 trillion won ($854 million) in December for what it called unfair practices in patent licensing, a decision the U.S. chipmaker said it will challenge in court.

In February 2015, Qualcomm paid a $975 million fine in China following a 14-month probe, while the European Union in December 2015 accused it of abusing its market power to thwart rivals. (Reporting by Diane Bartz; Editing by Soyoung Kim and Alan Crosby)

**RF** Released: 2017-1-18T00:16:27.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | c41 : Management | ccat : Corporate/Industrial News | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170117ed1h016il

 © 2023 Factiva, Inc. All rights reserved.

**SE** Business

**HD** **U.S. FTC Sues Qualcomm For Anti-competitive Practices**

**WC** 358 words

**PD** 17 January 2017

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2017 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - The U.S. Federal Trade Commission said it filed a complaint in federal district court charging Qualcomm Inc. (QCOM) with using anticompetitive tactics to maintain its monopoly in the supply of a key semiconductor device used in cell phones and other consumer products.

Responding to Complaint from U.S. Federal Trade Commission, Qualcomm said it believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

**TD**

Qualcomm said it will vigorously contest complaint and defend its business practices

Qualcomm noted that the portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary -- the central thesis of the complaint -- is wrong.

The FTC alleged that Qualcomm has used its dominant position as a supplier of certain baseband processors to impose onerous and anticompetitive supply and licensing terms on cell phone manufacturers and to weaken competitors.

According to the complaint, by threatening to disrupt cell phone manufacturers' supply of baseband processors, Qualcomm obtains elevated royalties and other license terms for its standard-essential patents that manufacturers would otherwise reject. These royalties amount to a tax on the manufacturers' use of baseband processors manufactured by Qualcomm's competitors, a tax that excludes these competitors and harms competition. Increased costs imposed by this tax are passed on to consumers, the complaint alleges.

By excluding competitors, Qualcomm impedes innovation that would offer significant consumer benefits, including those that foster the increased interconnectivity of consumer products, vehicles, buildings, and other items commonly referred to as the Internet of Things.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2017 RTTNews.com. All Rights Reserved

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020170118ed1h000gp

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

**HD** **Qualcomm Responds to Complaint from U.S. Federal Trade Commission; Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices**

**WC** 876 words

**PD** 17 January 2017

**SN** M2 Presswire

**SC** MTPW

**LA** English

**CY** © 2017, M2 Communications. All rights reserved.

**LP**

SAN DIEGO — The U.S. Federal Trade Commission (FTC) has filed a complaint today against Qualcomm in the U.S. District Court in the Northern District of California. The FTC's complaint alleges that certain Qualcomm's business practices, which have enabled the growth and advancement of mobile communications worldwide, are in violation of U.S. competition law. Qualcomm believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

**TD**

The portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary — the central thesis of the complaint — is wrong.

As FTC Commissioner Maureen Ohlhausen (who voted against the filing) explained in what she notes is a rare dissenting statement, the Commission's 2-1 decision to sue Qualcomm is "an enforcement action based on a flawed legal theory (including a standalone Section 5 count) that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine U.S. intellectual property rights in Asia and worldwide." As Commissioner Ohlhausen notes, it is telling that the complaint does not allege that Qualcomm charges above fair and reasonable royalties.

Despite an appeal from members of Congress to refrain from "midnight litigation" with novel and untested legal theories that could damage competition in the U.S., the FTC accelerated the investigation of Qualcomm and directed the filing of the complaint just days before the change of the Administration though only three of five FTC commissioners are in place.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new Administration, which reflects a sharp break from FTC practice," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated. "In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions. In fact, Qualcomm was still receiving requests for information from the agency that would be necessary to an informed view of the facts when it became apparent that the FTC was driving to file a complaint before the transition to the new Administration. We have grave concerns about the two Commissioners' decision to bring this case despite a lack of evidence supporting the allegations and theories in the complaint. We look forward to defending our business in federal court, where we are confident we will prevail on the merits."

Rosenberg added, "Qualcomm has been the leader in innovation and invention in the mobile industry for more than 30 years. We have invested billions of dollars in research and development in fundamental mobile technologies that enable the applications and services that have become an essential part of our daily life. Our contribution of these technologies to standard setting organizations and our broad-based licensing of those technologies on fair, reasonable and non-discriminatory terms has facilitated the explosive growth of

the mobile communications industry worldwide, brought enormous benefits to consumers, and fostered competition. Qualcomm's investments and the work of its 30,000 employees have given consumers the ability to access the Internet and massive amounts of data instantaneously on their mobile devices. The historically unprecedented level of innovation and extraordinarily successful worldwide adoption of mobile technology, and the vibrant competition within the industry, make it difficult to understand why the FTC decided to act in this case. The intellectual-property-rights policies of the cellular standards organizations do not require licensing at the component level, and the FTC does not have the authority to rewrite industry policy. That is for the industry, not a regulator, to decide."

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

Qualcomm contacts: Pete Lancia John Sinnott

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | usca : California | namz : North America | usw : Western U.S.

**PUB** Normans Media Ltd

**AN** Document MTPW000020170118ed1h002s1

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

| | |
|---|---|
| HD | **FTC sues Qualcomm alleging monopoly of semiconductor device** |
| CR | AP |
| WC | 144 words |
| PD | 17 January 2017 |
| ET | 18:43 |
| SN | The Canadian Press |
| SC | CPR |
| LA | English |
| CY | (c) 2017 The Canadian Press. All rights reserved. |

**LP**

NEW YORK _ The Federal Trade Commission is suing Qualcomm Inc. for allegedly maintaining a monopoly over a key device used in cellphones and other electronics.

The agency said Tuesday that Qualcomm, the world's dominant supplier of baseband processors, imposes "onerous" licensing terms on manufacturers and weakens its rivals.

**TD**

The FTC is seeking a court order to undo and prevent Qualcomm's methods.

In a statement, San Diego-based Qualcomm said it believes that the FTC complaint is flawed and advances the interests of companies that have earned billions of dollars made possible by "innovators" such as itself. The chipmaker also noted that the FTC filed its complaint even though only three of five FTC commissioners are in place.

The FTC lawsuit was filed in U.S. District Court for the Northern District of California.

| | |
|---|---|
| RF | 20170117CPCPB7378 |
| CO | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| nnam : News Agency Materials \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| RE | usa : United States \| namz : North America |
| IPD | B |
| PUB | The Canadian Press |
| AN | Document CPR0000020170118ed1h000a6 |

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**WC** 889 words
**PD** 17 January 2017
**ET** 17:00
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON—The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the semiconductor company engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm, which holds patents on essential cellular technologies, won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which force phone makers to pay elevated patent royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The complaint specifically highlighted Qualcomm's dealings with Apple Inc., saying that when the iPhone maker sought relief from high royalties, Qualcomm conditioned partial relief on Apple using Qualcomm's baseband chips exclusively from 2011 to 2016.

Qualcomm said it would fight the FTC's suit, which it said is based on flawed legal theory and "significant misconceptions about the mobile technology industry." The company said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and it accused the FTC of filing the complaint before it had all the facts.

Apple declined to comment.

Qualcomm shares fell 4% in 4 p.m. trading on the Nasdaq Stock Market, though shares regained some of those losses in after-hours trading.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cellphones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down on Feb. 10.



PX32

Page 2251

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration, which reflects a sharp break from FTC practice," said Don Rosenberg, Qualcomm executive vice president and general counsel.

The FTC normally has five members but has been operating with three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump Administration to fill those openings, but an eventual Republican-majority at the FTC potentially would have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and world-wide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

The FTC action is the latest of a series of recent regulatory challenges to Qualcomm's business model. The company got about two thirds of its $23.56 billion in revenue in its latest fiscal year from selling chips, but the majority of its pretax profit comes from royalties for its technology. It typically licenses its patents to handset makers as a comprehensive package, charging a royalty of up to 5% of the wholesale price of each device, whether or not it uses a Qualcomm chip. Qualcomm typically doesn't license intellectual property to other chip makers.

South Korea's antitrust authority in late December said it would fine the company about $853 million for alleged violations, the highest such penalty levied on a company in that country. Qualcomm said it would contest that decision. The South Korean authority, like the FTC, demanded that Qualcomm cease selling chips to handset makers only if they buy a license. It also demanded that the company unbundle its patent licenses and offer them to chip makers.

Last year, Qualcomm agreed to a settlement with Chinese antitrust authorities that included a $975 million fine and required the company to alter its business practices. Chinese regulators, however, didn't challenge Qualcomm's model of charging royalties to handset makers.

In addition, The European Commission in late 2015 said it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

Write to Brent Kendall at brent.kendall@wsj.com and Ted Greenwald at Ted.Greenwald@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:00 ET (22:00 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h003wc

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **US sues Qualcomm over licensing technology for mobiles**

**BY** Richard Waters in San Francisco

**WC** 681 words

**PD** 17 January 2017

**ET** 18:24

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

The US has sued Qualcomm over the way it licenses its technology for mobile phones, hitting at the business that generates most of the US chip company's profits.

The case follows an investigation begun in 2014, but which was accelerated in recent weeks as the Federal Trade Commission moved towards filing a high-profile antitrust case just days before a new administration takes control in Washington.

**TD**

Qualcomm's shares fell more than 4 per cent on a report by Bloomberg about the impending action. It comes three weeks after South Korea said it would slap a $854m fine on the company over similar licensing concerns.

The FTC's decision to sue was on a majority 2-1 vote by its commissioners, whose ranks were depleted from the normal five ahead of the change of administration.

In an unusual statement of dissent, commissioner Maureen Ohlhausen claimed the action was based on a "flawed legal theory . . . that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine US intellectual property rights in Asia and worldwide". Ms Ohlhausen, a Republican appointee, was outvoted by the two Democratic appointees on the commission.

"Given the dissent of one commissioner and the change in administration that will bring major changes in the composition of the commission, this may be last-minute grandstanding with little danger to Qualcomm," said Erik Gordon, assistant professor at the University of Michigan's Ross School of Business.

The US complaint centres on the patents that other companies need to license to be able to implement communications standards such as 3G. Given the obligatory use of these so-called standards essential patents, companies like Qualcomm agree to certain limits on how they negotiate licences.

According to the lawsuit, filed in the Northern district of California, Qualcomm unfairly uses its other main business — selling baseband processors to handset makers — to force them to agree to pay higher royalties for its patents. Under a company policy called "no licence, no chips", Qualcomm threatens to cut off the supply of its basebands unless the customers agree to its patent licensing terms, resulting in higher fees, the FTC alleges.

The US action also challenged the chip company over its practice of only licensing its technology to handset makers, and refusing to sell it to rival makers of basebands such as Intel and Taiwan's MediaTek, which compete with it in selling components for devices like smartphones.

That complaint echoed the action late last year by South Korean regulators, who also said Qualcomm should make its technology available to component suppliers. Critics say that levying royalties only on handset

makers, based on the total cost of their products, is a way for the chipmaker to charge higher fees than it would otherwise be able to.

However, Qualcomm executives argue that only a small portion of their patents are exclusively linked to cell phone basebands, which handle communications between the device and a mobile network. They claim their technology is integral to many other aspects of how phones function, making it natural to charge based on the overall product.

In a further allegation, the FTC accused Qualcomm of giving Apple preferential royalty rates in return for buying only Qualcomm basebands between 2011 and 2016, a policy that the regulators say was designed to hurt other makers of basebands.

Qualcomm shot back at the FTC, accusing it of rushing to file a case before this week's presidential inauguration and of coming up with a complaint that was based on a flawed legal theory, a lack of economic support and misconceptions about the mobile technology industry.

"This is an extremely disappointing decision to rush to file a complaint on the eve of . . . the transition to a new administration," said Don Rosenberg, general counsel.

Qualcomm denied the central argument in the FTC's case, that it "withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms".

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170117ed1h00dt9

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **U.S. antitrust agency poised to sue Qualcomm over patent licensing-sources** |
| **WC** | 97 words |
| **PD** | 17 January 2017 |
| **ET** | 15:23 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

WASHINGTON, Jan 17 (Reuters) - The U.S. Federal Trade Commission is expected to sue Qualcomm Inc as early as Tuesday over alleged antitrust violations in its patent licensing business, according to people familiar with the matter.

**TD**

The FTC, which works with the Justice Department to enforce antitrust law, has been investigating San Diego-based Qualcomm for allegedly abusing its dominant market position by forcing mobile phone makers who need their chips to license an unnecessarily broad range of patents.

| | |
|---|---|
| **RF** | Released: 2017-1-17T21:23:32.000Z |
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c133 : Patents \| c34 : Anti-Competition Issues \| c41 : Management \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| c13 : Regulation/Government Policy \| gcrim : Crime/Legal Action \| cinprp : Industrial Property Rights \| gcat : Political/General News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170125ed1h0106t |

DOW JONES NEWSWIRES

**HD** ***Qualcomm Responds to Complaint From U.S. FTC**

**WC** 1,089 words

**PD** 17 January 2017

**ET** 17:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

17 Jan 2017 17:51 ET *Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM

17 Jan 2017 17:51 ET *Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM

**TD**

17 Jan 2017 17:52 ET *Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry

17 Jan 2017 17:52 ET *Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms

17 Jan 2017 17:54 ET *Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration'

17 Jan 2017 17:54 ET *Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM

17 Jan 2017 17:57 ET Press Release: Qualcomm Responds to Complaint from U.S. Federal Trade Commission Responds to Complaint from

Qualcomm Responds to Complaint from U.S. Federal Trade Commission Responds to Complaint from

-- Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices --

PR Newswire

SAN DIEGO, Jan. 17, 2017

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- The U.S. Federal Trade Commission (FTC) has filed a complaint today against Qualcomm in the U.S. District Court in the Northern District of California. The FTC's complaint alleges that certain Qualcomm's business practices, which have enabled the growth and advancement of mobile communications worldwide, are in violation of U.S. competition law. Qualcomm believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

The portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary -- the central thesis of the complaint -- is wrong.

As FTC Commissioner Maureen Ohlhausen (who voted against the filing) explained in what she notes is a rare dissenting statement, the Commission's 2-1 decision to sue Qualcomm is "an enforcement action based on a

flawed legal theory (including a standalone Section 5 count) that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine U.S. intellectual property rights in Asia and worldwide." As Commissioner Ohlhausen notes, it is telling that the complaint does not allege that Qualcomm charges above fair and reasonable royalties.

Despite an appeal from members of Congress to refrain from "midnight litigation" with novel and untested legal theories that could damage competition in the U.S., the FTC accelerated the investigation of Qualcomm and directed the filing of the complaint just days before the change of the Administration though only three of five FTC commissioners are in place.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new Administration, which reflects a sharp break from FTC practice," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated. "In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions. In fact, Qualcomm was still receiving requests for information from the agency that would be necessary to an informed view of the facts when it became apparent that the FTC was driving to file a complaint before the transition to the new Administration. We have grave concerns about the two Commissioners' decision to bring this case despite a lack of evidence supporting the allegations and theories in the complaint. We look forward to defending our business in federal court, where we are confident we will prevail on the merits."

Rosenberg added, "Qualcomm has been the leader in innovation and invention in the mobile industry for more than 30 years. We have invested billions of dollars in research and development in fundamental mobile technologies that enable the applications and services that have become an essential part of our daily life. Our contribution of these technologies to standard setting organizations and our broad-based licensing of those technologies on fair, reasonable and non-discriminatory terms has facilitated the explosive growth of the mobile communications industry worldwide, brought enormous benefits to consumers, and fostered competition. Qualcomm's investments and the work of its 30,000 employees have given consumers the ability to access the Internet and massive amounts of data instantaneously on their mobile devices. The historically unprecedented level of innovation and extraordinarily successful worldwide adoption of mobile technology, and the vibrant competition within the industry, make it difficult to understand why the FTC decided to act in this case. The intellectual-property-rights policies of the cellular standards organizations do not require licensing at the component level, and the FTC does not have the authority to rewrite industry policy. That is for the industry, not a regulator, to decide."

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:
http://www.prnewswire.com/news-releases/qualcomm-responds-to-complaint-from-us-federal-trade-commission-300392395.html

SOURCE Qualcomm Incorporated

(END) Dow Jones Newswires

January 17, 2017 17:57 ET (22:57 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0041w

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM** |
| **WC** | 42 words |
| **PD** | 17 January 2017 |
| **ET** | 18:05 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:54 ET (22:54 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2305GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000kp |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration'** |
| **WC** | 45 words |
| **PD** | 17 January 2017 |
| **ET** | 18:04 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:54 ET (22:54 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2304GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000ko |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms** |
| **WC** | 52 words |
| **PD** | 17 January 2017 |
| **ET** | 18:02 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

January 17, 2017 17:52 ET (22:52 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

17-01-17 2302GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000kn |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry** |
| **WC** | 46 words |
| **PD** | 17 January 2017 |
| **ET** | 17:59 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

January 17, 2017 17:52 ET (22:52 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

17-01-17 2259GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000km |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM** |
| WC | 41 words |
| PD | 17 January 2017 |
| ET | 17:56 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:51 ET (22:51 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2256GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020170117ed1h000ki |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM** |
| **WC** | 43 words |
| **PD** | 17 January 2017 |
| **ET** | 17:55 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:51 ET (22:51 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2255GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000kg |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Responds to Complaint From U.S. FTC** |
| WC | 38 words |
| PD | 17 January 2017 |
| ET | 17:53 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:50 ET (22:50 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2253GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| RE | usa : United States \| namz : North America |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020170117ed1h000ke |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **FTC Seeks Court Order Barring Qualcomm Tactics** |
| **WC** | 32 words |
| **PD** | 17 January 2017 |
| **ET** | 16:04 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 17, 2017 16:03 ET (21:03 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>17-01-17 2104GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ncmac : Commodities Asset Class News \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| ntop : Top Wire News \| redit : Selection of Top Stories/Trends/Analysis |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000j2 |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones** |
| **WC** | 40 words |
| **PD** | 17 January 2017 |
| **ET** | 16:04 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 17, 2017 16:03 ET (21:03 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>17-01-17 2104GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| gcrim : Crime/Legal Action \| ncmac : Commodities Asset Class News \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ccat : Corporate/Industrial News \| gcat : Political/General News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| ntop : Top Wire News \| redit : Selection of Top Stories/Trends/Analysis |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000j0 |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm Files Antitrust Lawsuit Against** |
| **WC** | 33 words |
| **PD** | 17 January 2017 |
| **ET** | 16:03 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 17, 2017 16:03 ET (21:03 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>17-01-17 2103GMT |
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ncmac : Commodities Asset Class News \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| ntop : Top Wire News \| redit : Selection of Top Stories/Trends/Analysis |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000iz |

| | |
|---|---|
| **HD** | **Qualcomm announces expansion of its Design in India Program; To focus on growing mobile and IoT ecosystem in India with R&D and localization support** |
| **WC** | 636 words |
| **PD** | 17 January 2017 |
| **SN** | M2 Presswire |
| **SC** | MTPW |
| **LA** | English |
| **CY** | © 2017, M2 Communications. All rights reserved. |

**LP**

News Highlights

- Announces winners for Qualcomm Design in India Challenge (QDIC) 2016.

**TD**

- Expands QDIC ‘17 to support 16 start-ups in areas of new technologies

- Invests in new Innovation Lab at Hyderabad and expansion of Innovation lab at Bangalore

NEW DELHI — Qualcomm Incorporated (NASDAQ: QCOM) today announced the top three winners of its first edition of the Qualcomm Design in India Challenge (QDIC), which was launched in December 2015, in association with the National Association of Software and Services Companies (NASSCOM ). Over the last 12 months, ten shortlisted companies were incubated with initial prize money of USD 10,000 each and engineering support at Qualcomm India 's Innovation Lab in Bangalore where they could transform their ideas into prototypes. In the final round, the companies were judged by the jury members consisting of Industry, Government and Qualcomm executives. In addition,

the selected winners were awarded USD 100,000 each as part of the Challenge.

The winners are Carnot Technologies, IFuture Robotics and Uncanny Vision.

Qualcomm also announced investment of USD 8.5 Mn for expansion of their design initiatives in India, to be called henceforth the ‘Qualcomm Design in India Program’ (QDIP). Under this program two key initiatives were announced:

- The Qualcomm “Design in India Challenge II” will support companies in the areas of Rural technology, Biometric Devices, Payment Terminals, Agri Technology, Medical Technology and Smart Infrastructure

- Enable India mobile and IoT vendors by providing advanced Camera, Audio, and RF design in India with the launch of a new Innovation Lab at Hyderabad and expansion of the current Innovation Lab in Bangalore

Speaking on the occasion, John Han, senior vice president and general manager, Qualcomm Technology Licensing, said, “Qualcomm is passionate about innovation, every year we invest billions in risky R&D to invent technologies that bring advancements in various aspect of our lives. With Prime Minister Narendra Modi 's vision to transform India into a digitally empowered society, Qualcomm is committed to offering support to help India’s ecosystem to grow and cater to increasing consumer choices.”

“Qualcomm Design in India Challenge is one of the most successful initiatives by Qualcomm to nurture some of the talented startups in India. After seeing the overpowering response during the 2016 edition, we decided to go ahead with a second year, as well as expanding the number of participants Qualcomm nurtures through this program from 10 to 16 participants in 2017.” said Jim Cathey, senior vice president & president, Asia Pacific & India, Qualcomm Technologies Inc .

More information on Qualcomm Design In India Challenge II is available on http://www.qualcomm.co.in/design-in-india

About Qualcomm

Qualcomm 's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc ., a subsidiary of Qualcomm Incorporated , operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm 's website, blog, Twitter and Facebook pages. Qualcomm contacts: John Sinnott Pete Lancia

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** nsffvp : National Association of Software and Service Companies | qcom : Qualcomm Incorporated

**IN** iioft : Internet-of-Things Technologies | i3302 : Computers/Consumer Electronics | i3303 : Networking | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** npress : Press Releases | c23 : Research/Development | ccat : Corporate/Industrial News | ncat : Content Types

**RE** india : India | banga : Bengaluru | karna : Karnataka | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** Normans Media Ltd

**AN** Document MTPW000020170117ed1h0043d

THE FINANCIAL EXPRESS

SE Technology

HD **Qualcomm Design in India: Three startups win $100,000 prize money; artificial intelligence is the real winner**

BY Sumit Chakraborty

WC 479 words

PD 17 January 2017

SN Financial Express

SC AIWFIE

LA English

CY Copyright 2017 Indian Express Online Media Pvt. Ltd.

LP

Qualcomm , the chip maker, in the grand finale of its Design in India challenge, announced three winners, in while each startup won a prize money of $100,000. The challenge was started by the tech major in 2015, in while more than 400 startups had participated. The event to declare the winners was organised in New Delhi today and the startups which won the awards were Uncanny Vision, Carnot Technologies and iFuture Robotics. These three were selected from the top 10 shortlisted startups. In the event were present, Union minister for Law and Justice Ravi Shankar Prasad, NASSCOM President R. Chandrashekhar, Aruna Sundararajan, Secretary to Ministry of Electronics and Information Technology and J.S Deepak, Secretary Department of Telecommunications. The tech giant Qualcomm , also announced that it will invest $8.5 million in India, with an aim to expand its design initiatives in the country.

TD

iFuture Robotics is a startup which makes industrial automation robots which read environment data to move and deliver objects in warehouses which reduce labour cost as well as human injuries from heavy machinery. Uncanny Vision demonstrated an intelligent surveillance camera which can solve many security problems in places like ATMs. The camera uses machine learning to detect human actions for face and movement. Meanwhile, Carnot technologies is a telematics startup for low-cost bikes. The machine that they presented could connect a bike to a user's smartphone which can be useful for the safety of the vehicle even during emergency situations.

Also read | Qualcomm to invest $8.5 million in India to support PM Narendra Modi 's vision of digitisation

In the next initiative, Qualcomm with its Design in India Challenge II will be supporting companies in fields like Rural technology, payment methods, agricultural technology, health, biometric and more. The company will also enable mobiles and Internet of Things vendors from India by giving them better Camera, RF and Audio design technology. The company said that it will launch a new Innovation lab in Hyderabad and expand its existing one in Bangalore.

You may also like to watch:

During the event, John Han, senior vice president and GM , Qualcomm technology Licensing said that the company is very passionate about innovation and it is evident in the fact that it invests a lot of money in risky research and development projects. He added that Qualcomm is committed to supporting PM Narendra Modi to help the Indian ecosystem become a digitally empowered society.

The event to declare the winners of the Qualcomm challenge was organised in New Delhi today and the startups which won the awards were Uncanny Vision, Carnot Technologies and iFuture Robotics. In the event were present, Union minister for Law and Justice Ravi Shankar Prasad and NASSCOM President R. Chandrashekhar. (FE Photo)

CO qcom : Qualcomm Incorporated

 © 2023 Factiva, Inc. All rights reserved.

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** gpol : Domestic Politics | grobo : Robotics | gcat : Political/General News | gpir : Politics/International Relations | gsci : Sciences/Humanities

**RE** india : India | delhi : Delhi | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** India Express Mumbai Limited

**AN** Document AIWFIE0020170117ed1h000c4

 © 2023 Factiva, Inc. All rights reserved.

THE FINANCIAL EXPRESS

SE Technology

HD **Qualcomm to invest $8.5 million in India to support PM Narendra Modi ’s vision of digitisation**

BY Sumit Chakraborty

WC 530 words

PD 17 January 2017

SN Financial Express

SC AIWFIE

LA English

CY Copyright 2017 Indian Express Online Media Pvt. Ltd.

LP

Technology major Qualcomm has announced that it will invest $8.5 million in India, with an aim to expand its digital design initiatives in the country. The Design in India challenge was announced back two years ago in 2015 and had around 400 participating members. Today, at an event, three startups among the top 10 participants who were shortlisted, won a prize money of $100,000 each. The event was also attended by Union minister for Law and Justice Ravi Shankar Prasad and NASSCOM President R. Chandrashekhar. The startups which won the prizes were iFuture Robotics, Uncanny Vision and Carnot Technologies. During the event, John Han, senior vice president and GM , Qualcomm technology Licensing said that the company is very passionate about innovation and it is evident in the fact that it invests a lot of money in risky research and development projects. He added that Qualcomm is committed to supporting PM Narendra Modi to help the Indian ecosystem become a digitally empowered society.

TD

At the event, Ravi Shankar Prasad said that Indians are now more desirous of technology than ever before. He said that India is ready for innovations in digital designs. He asked the young entrepreneurs to work more towards India-focused research including rural health and education. HE also talked about how Adhaar card's technological prowess is now admired globally. Prasad also insisted on the need of more human resource in the area of research and talked about how the government is trying to create an ecosystem suitable for startups. He also asked Qualcomm to make a chip which is integral to the Aadhaar itself.

Also read | Qualcomm Design in India: Three startups win $100,000 prize money; artificial intelligence is the real winner

Among the prize winners, iFuture Robotics is a startup which makes industrial automation robots which read environment data to move and deliver objects in warehouses which reduce labour cost as well as human injuries from heavy machinery. Uncanny Vision demonstrated an intelligent surveillance camera which can solve many security problems in places like ATMs. The camera uses machine learning to detect human actions for face and movement. Meanwhile, Carnot technologies is a telematics startup for low-cost bikes. The machine that they presented could connect a bike to a user's smartphone which can be useful for the safety of the vehicle even during emergency situations.

You may also like to watch:

In the next initiative, Qualcomm with its Design in India Challenge II will be supporting companies in fields like Rural technology, payment methods, agricultural technology, health, biometric and more. The company will also enable mobiles and Internet of Things vendors from India by giving them better Camera, RF and Audio design technology. The company said that it will launch a new Innovation lab in Hyderabad and expand its existing one in Bangalore.

Qualcomm's Design in India challenge was announced two years ago in 2015 and had around 400 participating members. Today, at an event, three startups among the top 10 participants who were shortlisted, won a prize money of $100,000 each.

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** gpol : Domestic Politics | grobo : Robotics | c23 : Research/Development | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gsci : Sciences/Humanities

**RE** india : India | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** India Express Mumbai Limited

**AN** Document AIWFIE0020170117ed1h000bz

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm announces expansion of its Design in India Program**

**WC** 637 words

**PD** 17 January 2017

**ET** 03:00

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

To focus on growing mobile and IoT ecosystem in India with R&D and localization support

NEW DELHI, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced the top three winners of its first edition of the Qualcomm Design in India Challenge (QDIC), which was launched in December 2015, in association with the National Association of Software and Services Companies (NASSCOM ). Over the last 12 months, ten shortlisted companies were incubated with initial prize money of USD 10,000 each and engineering support at Qualcomm India 's Innovation Lab in Bangalore where they could transform their ideas into prototypes. In the final round, the companies were judged by the jury members consisting of Industry, Government and Qualcomm executives. In addition, the selected winners were awarded USD 100,000 each as part of the Challenge.

**TD**

The winners are Carnot Technologies, IFuture Robotics and Uncanny Vision.

Qualcomm also announced investment of USD 8.5 Mn for expansion of their design initiatives in India, to be called henceforth the 'Qualcomm Design in India Program' (QDIP). Under this program two key initiatives were announced:

```
   -- The
Qualcomm  "Design in India Challenge II" will support companies in the
      areas of Rural Technology, Biometric Devices, Payment Terminals, Agri
      Technology, Medical Technology and Smart Infrastructure

   -- Enable India mobile and IoT vendors by providing advanced Camera, Audio,
      and RF design in India with the launch of a new Innovation Lab at
      Hyderabad and expansion of the current Innovation Lab in Bangalore
```

Speaking on the occasion, John Han, senior vice president and general manager, Qualcomm Technology Licensing, said, "Qualcomm is passionate about innovation, every year we invest billions in risky R&D to invent technologies that bring advancements in various aspect of our lives. With Prime Minister Narendra Modi 's vision to transform India into a digitally empowered society, Qualcomm is committed to offering support to help India's ecosystem to grow and cater to increasing consumer choices."

"Qualcomm Design in India Challenge is one of the most successful initiatives by Qualcomm to nurture some of the talented start-ups in India. After seeing the overpowering response during the 2016 edition, we decided to go ahead with a second year, as well as expanding the number of participants Qualcomm nurtures through this program from 10 to 16 participants in 2017," said Jim Cathey, senior vice president & president, Asia Pacific & India, Qualcomm Technologies, Inc .

More information on Qualcomm Design In India Challenge II is available on http://www.qualcomm.co.in/design-in-india

About Qualcomm

Qualcomm 's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc ., a subsidiary of Qualcomm Incorporated , operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm 's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Dechama Uthappa, Qualcomm India Public Relations

Phone: +91 9845087220

Email: duthappa@qti.qualcomm.com

John Sinnott , Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-announces-expansion-of-its-design-in-india-program-300391628.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END)

**CO** nsffvp : National Association of Software and Service Companies | qcom : Qualcomm Incorporated

**IN** iioft : Internet-of-Things Technologies | i3302 : Computers/Consumer Electronics | i3303 : Networking | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** npress : Press Releases | ncat : Content Types

**RE** india : India | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170117ed1h0001c

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Press Release: Qualcomm announces expansion of its Design in India Program**

**WC** 706 words

**PD** 17 January 2017

**ET** 05:41

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm announces expansion of its Design in India Program

To focus on growing mobile and IoT ecosystem in India with R&D and localization support

**TD**

News Highlights

- Announces winners for Qualcomm Design in India Challenge (QDIC) 2016.

- Expands QDIC '17 to support 16 start-ups in areas of new technologies

- Invests in new Innovation Lab at Hyderabad and expansion of Innovation lab at Bangalore

PR Newswire

NEW DELHI, Jan. 17, 2017

NEW DELHI, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced the top three winners of its first edition of the Qualcomm Design in India Challenge (QDIC), which was launched in December 2015, in association with the National Association of Software and Services Companies (NASSCOM ). Over the last 12 months, ten shortlisted companies were incubated with initial prize money of USD 10,000 each and engineering support at Qualcomm India 's Innovation Lab in Bangalore where they could transform their ideas into prototypes. In the final round, the companies were judged by the jury members consisting of Industry, Government and Qualcomm executives. In addition, the selected winners were awarded USD 100,000 each as part of the Challenge.

The winners are Carnot Technologies, IFuture Robotics and Uncanny Vision.

Qualcomm also announced investment of USD 8.5 Mn for expansion of their design initiatives in India, to be called henceforth the 'Qualcomm Design in India Program' (QDIP). Under this program two key initiatives were announced:

```
   -- The
Qualcomm  "Design in India Challenge II" will support companies in the
      areas of Rural Technology, Biometric Devices, Payment Terminals, Agri
      Technology, Medical Technology and Smart Infrastructure

   -- Enable India mobile and IoT vendors by providing advanced Camera, Audio,
      and RF design in India with the launch of a new Innovation Lab at
      Hyderabad and expansion of the current Innovation Lab in Bangalore
```

Speaking on the occasion, John Han, senior vice president and general manager, Qualcomm Technology Licensing, said, "Qualcomm is passionate about innovation, every year we invest billions in risky R&D to invent

technologies that bring advancements in various aspect of our lives. With Prime Minister Narendra Modi 's vision to transform India into a digitally empowered society, Qualcomm is committed to offering support to help India's ecosystem to grow and cater to increasing consumer choices."

"Qualcomm Design in India Challenge is one of the most successful initiatives by Qualcomm to nurture some of the talented start-ups in India. After seeing the overpowering response during the 2016 edition, we decided to go ahead with a second year, as well as expanding the number of participants Qualcomm nurtures through this program from 10 to 16 participants in 2017," said Jim Cathey, senior vice president & president, Asia Pacific & India, Qualcomm Technologies, Inc .

More information on Qualcomm Design In India Challenge II is available on http://www.qualcomm.co.in/design-in-india

About Qualcomm

Qualcomm 's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc ., a subsidiary of Qualcomm Incorporated , operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm 's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Dechama Uthappa, Qualcomm India Public Relations

Phone: +91 9845087220

Email: duthappa@qti.qualcomm.com

John Sinnott , Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-announces-expansion-of-its-design-in-india-program-300391628.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END) Dow Jones Newswires

January 17, 2017 05:41 ET (10:41 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | npress : Press Releases | ncat : Content Types | nfact : Factiva Filters

 © 2023 Factiva, Inc. All rights reserved.

**RE** india : India | banga : Bengaluru | delhi : Delhi | karna : Karnataka | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0012o

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 01/17/2017 to 01/17/2017 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 47 |
| Timestamp | 5 June 2023 11:48 |

 © 2023 Factiva, Inc. All rights reserved.

**Appendix 10**

**Qualcomm Incorporated**

Glancy Prongay & Murray LLP Commences Investigation on Behalf of Qualcomm Incorporated Investors ..................5

IMPORTANT INVESTOR ALERT: Goldberg Law PC Announces an Investigation of QUALCOMM Incorporated and Advises Investors with Losses to Contact the Firm ..................7

*Apple Says It Is Suing Qualcomm Over Licensing Practices ..................9

Apple Sues Qualcomm Over Licensing Practices ..................11

Apple sues Qualcomm for $1 billion; Apple suit claims Qualcomm sought ‘onerous’ terms in chip deal ..................13

Apple Sues Qualcomm Over Licensing Practices ..................15

Qualcomm Sued by Apple over ‘Punishment' Tactics, Say Bloomberg, WSJ ..................17

Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk ..................18

Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk ..................19

Apple Suit Ups Pressure on Qualcomm -- Market Talk ..................22

Apple Suit Ups Pressure on Qualcomm -- Market Talk ..................23

Apple files $1bn lawsuit against Qualcomm ..................26

GE's Elephant in the Room: When Will Immelt Go? -- Market Talk ..................27

Disney ABC/TV Group Names New CFO -- Market Talk ..................30

BRIEF-Apple sues Qualcomm for roughly $1 bln over royalties - CNBC ..................33

News Highlights: Top Company News of the Day ..................34

Apple files $1 billion lawsuit against chip supplier Qualcomm ..................36

Apple sues chipmaker Qualcomm for abusing monopoly ..................37

News Highlights: Top Company News of the Day ..................39

Tech Sector Rises on Economic Outlook -- Technology Roundup ..................41

Apple antitrust suit: Qualcomm overcharged 'billions' ..................42

Apple sues Qualcomm over royalty rebates, other patent issues ..................44

Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk ..................46

Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk ..................47

RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk ..................50

Apple Sues Qualcomm Over Licensing Practices -- Update ..................53

Apple Sues Qualcomm Over Licensing Practices ..................55

Apple Sues Qualcomm Over Licensing Practices -- Update ..................57

Apple sues smartphone chip-maker Qualcomm and claims they were overcharged 'billions' by the monopoly ..................59

Apple Seeks $1 Billion in Withheld Rebate Payments From Qualcomm ..................61

 © 2023 Factiva, Inc. All rights reserved.

PX32

Apple: Qualcomm Withheld Rebate Payments After Apple Assisted in Korean Regulatory Case....62
Apple Says It Is Suing Qualcomm Over Licensing Practices....63
Apple Alleges Qualcomm Demanded Onerous Licensing Terms for Smartphone Chips....64
RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk....65
News Highlights: Top Company News of the Day....66
Apple: Suit Against Qualcomm Could Help Profit Margin, Says RBC....68
News Highlights: Top Company News of the Day....69
Morgan Stanley Doesn't Think eBay Ad Campaign Made a Difference -- Market Talk....71
Morgan Says Ebay Needs to Watch Out for Competitors -- Market Talk....74
Apple Adds to Qualcomm's Troubles, Filing Lawsuit Over Rebates....77
Qualcomm Comments on Apple Complaint....80
Apple Sues Qualcomm Over Licensing Practices -- 2nd Update....82
Apple files $1 billion lawsuit against chip supplier Qualcomm....84
Apple Sues Qualcomm Over Licensing Practices -- 2nd Update....86
Apple antitrust suit: Qualcomm overcharged 'billions'....88
Qualcomm Says Apple 'Encouraging Regulatory Attacks'....90
UPDATE 4-Apple files $1 billion lawsuit against chip supplier Qualcomm....91
BRIEF-Qualcomm terms Apple's claims on lawsuit "baseless"....93
Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk....94
Apple sues Qualcomm for $1bn for abusing its monopoly position....95
Digest....97
Apple sues Qualcomm over patent royalties, antitrust case....99
Apple Sues Qualcomm Over Chips -- WSJ....100
Apple Sues Qualcomm Over Chips -- WSJ....102
Apple Adds to Qualcomm's Troubles, Filing a Lawsuit Over Rebates....104
DJ QUALCOMM Incorporated, Inst Holders, 4Q 2016 (QCOM)....107
BUSINESS BEAT; Apple lawsuit seeks $1 billion from Qualcomm....109
Factory Mutual Insurance Co. Sells 80,000 Shares of Qualcomm Inc.....111
Apple depicts Qualcomm as a shady monopolist in $1B lawsuit....113
in other news....115
Apple challenges Qualcomm; with $1b suit over royalties; Legal battle in S.D. follows FTC's action over alleged unfair patent licensing....116
Qualcomm Issues Statement On Apple Complaint....118
Apple suing Qualcomm for $1 billion over unfair royalties....119

 © 2023 Factiva, Inc. All rights reserved.

Apple Sues Qualcomm Over Licensing Practices; Apple alleges Qualcomm sought onerous terms for technology; Apple had cooperated in Kore... 121

Apple depicts Qualcomm as a shady monopolist in $1B lawsuit 124

Qualcomm Comments on Apple Complaint 126

Global Equities Roundup: Market Talk 127

Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk 130

Business News: Apple Sues Qualcomm Over Chips --- iPhone maker says component supplier unfairly leveraged its monopoly position 133

Apple files $1-B lawsuit vs chip supplier Qualcomm 135

Apple in $1bn lawsuit 137

Apple's lawsuit tests Qualcomm business model 138

Apple Files $1 Bln Lawsuit Against Qualcomm 141

Apple Sues Qualcomm Over Licensing 143

Apple Hits Qualcomm With Licensing Suit 145

Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk 147

Qualcomm Cut to Neutral From Buy by Nomura 148

Nokia may soon launch a phone with Qualcomm's latest 835 Snapdragon processor 149

Tech Today: Qualcomm's Apple Risk, Apple's iPhone Risk, Twilio, Oracle Prospects 151

Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk 152

Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk 153

Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk 156

QUALCOMM NOTIFICATION: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $250,000 Investing In QUALCOMM, Inc. To Contact The Firm 157

Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk 159

Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk 162

Pay-TV Revenues Grow Despite Cord-cutting -- Market Talk 163

Qualcomm: Instinet Cuts to Hold as NXP Buy Now Faces Delays 166

Qualcomm dives as $1bn Apple lawsuit prompts downgrade 167

Qualcomm Plunges: Bad News When Your Top Customer Sues You, Says Bernstein 169

Qualcomm: Apple Suit May Not Do Much, History Shows, Says Morgan Stanley 170

Apple Takes a Bite Out of Qualcomm -- Heard on the Street 171

QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations 173

Press Release: QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations 175

The Biggest Loser: Qualcomm Tumbles -- Barron's Blog 178

 © 2023 Factiva, Inc. All rights reserved.

The Biggest Loser: Qualcomm Tumbles 13% ........ 180

The Biggest Loser: Qualcomm Tumbles 13% -- Barron's Blog ........ 181

SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims on Behalf of Investors of Qualcomm Incorporated - QCOM ........ 183

5G ‘will benefit entire societies’ ........ 184

Apple Takes a Bite Out of Qualcomm; Timing of lawsuit throws completion of NXP Semiconductors deal into question, along with future royalties ........ 186

BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Halliburton, Marinus Pharma ........ 188

 © 2023 Factiva, Inc. All rights reserved.

businesswire
A BERKSHIRE HATHAWAY COMPANY

**HD** **Glancy Prongay & Murray LLP Commences Investigation on Behalf of Qualcomm Incorporated Investors**

**WC** 273 words

**PD** 20 January 2017

**ET** 10:30

**SN** Business Wire

**SC** BWR

**LA** English

**CY** (c) 2017 Business Wire. All Rights Reserved.

**LP**

LOS ANGELES--(BUSINESS WIRE)--January 20, 2017--
Glancy Prongay & Murray LLP ("GPM") announces an investigation on behalf of Qualcomm Incorporated ("Qualcomm" or the "Company") (NASDAQ: QCOM) investors concerning the Company and its officers' possible violations of federal securities laws.

**TD**

On January 17, 2017, Bloomberg reported that U.S. antitrust officials were preparing a lawsuit against Qualcomm for allegedly utilizing unfair practices and creating a monopoly over the processing chips used in cellphones. The government's allegations allegedly pertain to licensing agreements Qualcomm entered into with Apple, Inc. to exclusively supply chips for Apple, Inc. phones.

On this news, shares of Qualcomm fell over 4% on January 17, 2016.

If you purchased Qualcomm, have information or would like to learn more about these claims, or have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at http://www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com: http://www.businesswire.com/news/home/20170120005108/en/

CONTACT:
Glancy Prongay & Murray LLP, Los Angeles/New York
Lesley Portnoy, 310-201-9150 or 888-773-9224

shareholders@glancylaw.com

www.glancylaw.com

SOURCE:
Glancy Prongay & Murray LLP
Copyright Business Wire 2017

(END)

**CO** gbiagl : Glancy Prongay & Murray LLP | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i835 : Legal Services | ibcs : Business/Consumer Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Business Wire, Inc.

**AN** Document BWR0000020170120ed1k0005u

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **HD** | **IMPORTANT INVESTOR ALERT: Goldberg Law PC Announces an Investigation of QUALCOMM Incorporated and Advises Investors with Losses to Contact the Firm** |
| **WC** | 325 words |
| **PD** | 20 January 2017 |
| **ET** | 13:23 |
| **SN** | Business Wire |
| **SC** | BWR |
| **LA** | English |
| **CY** | (c) 2017 Business Wire. All Rights Reserved. |

**LP**

LOS ANGELES--(BUSINESS WIRE)--January 20, 2017--
Goldberg Law PC, a national shareholder rights litigation firm, announces that it is investigating QUALCOMM Incorporated ("QUALCOMM" or the "Company") (Nasdaq: QCOM) concerning possible violations of federal securities laws.

**TD**

If you purchased or otherwise acquired QUALCOMM shares and would like more information regarding the investigation, we encourage you to click here, or contact Michael Goldberg or Brian Schall, of Goldberg Law PC, 1999 Avenue of the Stars Suite 1100, Los Angeles, CA 90067, at 800-977-7401, to discuss your rights without cost to you. You can also reach us through the firm's website at http://www.Goldberglawpc.com, or by email at info@goldberglawpc.com.

On January 17, 2017, Bloomberg revealed that U.S. antitrust officials were organizing a lawsuit against QUALCOMM for allegedly participating in unfair practices and gaining a monopoly over the processing chips used in cellphones.

These allegations regard licensing agreements between QUALCOMM and Apple, Inc. to solely supply chips for Apple, Inc. phones.

When this information was released to the public, the value of QUALCOMM stock fell sharply, causing investors harm.

If you have any questions concerning your legal rights, please immediately contact Goldberg Law PC at 800-977-7401, or visit our website at http://www.Goldberglawpc.com, or email us at info@goldberglawpc.com.

Goldberg Law PC represents shareholders around the world and specializes in securities class actions and shareholder rights litigation.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com: http://www.businesswire.com/news/home/20170120005523/en/

CONTACT: Goldberg Law PC, Los Angeles
Michael Goldberg, Esq., 800-977-7401

Brian Schall, Esq., 800-977-7401

info@goldberglawpc.com

http://www.Goldberglawpc.com

SOURCE: Goldberg Law PC
Copyright Business Wire 2017

(END)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Business Wire, Inc.

**AN** Document BWR0000020170120ed1k0007s

DOW JONES NEWSWIRES

HD *Apple Says It Is Suing Qualcomm Over Licensing Practices

WC 502 words

PD 20 January 2017

ET 15:39

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

20 Jan 2017 15:39 ET *Apple Alleges Qualcomm Demanded Onerous Licensing Terms for Smartphone Chips

20 Jan 2017 15:39 ET *Apple: Qualcomm Withheld Rebate Payments After Apple Assisted in Korean Regulatory Case

TD

20 Jan 2017 15:39 ET *Apple Seeks $1 Billion in Withheld Rebate Payments From Qualcomm

20 Jan 2017 15:41 ET Apple Sues Qualcomm Over Licensing Practices

By Tripp Mickle

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

The suit, which Apple said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices -- a decision Qualcomm also vowed to fight.

Apple's suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

That suit highlighted Qualcomm's dealings with Apple.

Qualcomm said earlier this week that it will fight the FTC's suit, which it says is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

In a statement, Apple said, "We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 15:41 ET (20:41 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k00410

DOW JONES
NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices**

**BY** By Tripp Mickle

**WC** 432 words

**PD** 20 January 2017

**ET** 15:52

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

The suit, which Apple said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices -- a decision Qualcomm also vowed to fight.

Apple's suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

That suit highlighted Qualcomm's dealings with Apple.

Qualcomm said earlier this week that it will fight the FTC's suit, which it says is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

In a statement, Apple said, "We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

20-01-17 2052GMT

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170120ed1k000jr

 © 2023 Factiva, Inc. All rights reserved.

MarketWatch

**CLM** The Wall Street Journal

**SE** News & Commentary

**HD** **Apple sues Qualcomm for $1 billion; Apple suit claims Qualcomm sought 'onerous' terms in chip deal**

**BY** Tripp Mickle

**WC** 338 words

**PD** 20 January 2017

**ET** 15:55

**SN** MarketWatch

**SC** MRKWC

**LA** English

**CY** Copyright 2017 MarketWatch, Inc. All Rights Reserved.

**LP**

Apple suit claims Qualcomm sought 'onerous' terms in chip deal

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

The suit, which Apple (AAPL, US) said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm (QCOM, US) leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices—a decision Qualcomm also vowed to fight.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

An expanded version of this report appears on WSJ.com.

Also popular on WSJ.com:

Trump Inaugural Address: 'It's going to be America first'

Will Trump's 'deliberate chaos' style work in Washington?

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

| | |
|---|---|
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| ncolu : Columns \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | News & Commentary |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document MRKWC00020170120ed1k004v1 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices**

**BY** By Tripp Mickle
**WC** 437 words
**PD** 20 January 2017
**ET** 15:56
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

The suit, which Apple said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices -- a decision Qualcomm also vowed to fight.

Apple's suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

That suit highlighted Qualcomm's dealings with Apple.

Qualcomm said earlier this week that it will fight the FTC's suit, which it says is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

In a statement, Apple said, "We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 15:56 ET (20:56 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0041i

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Sued by Apple over 'Punishment' Tactics, Say Bloomberg, WSJ**
Barron's Blogs, 16:04, 20 January 2017, 261 words, (English)
Shares of wireless chip giant Qualcomm (QCOM) are down $1.24, or 2%, at $63.30, after Bloomberg and The Wall Street Journal both reported Apple (AAPL), one of its largest customers, is suing the company for claims including Qualcomm ...
Document WCBBE00020170120ed1k002bd

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk** |
| **WC** | 149 words |
| **PD** | 20 January 2017 |
| **ET** | 16:09 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 16:09 ET (21:09 GMT)

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| usca : California \| usw : Western U.S. \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170120ed1k00429 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk**

**WC** 1,474 words
**PD** 20 January 2017
**ET** 16:09
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

**TD**

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

15:25 ET - Metals shine so far among commodities in 2017. Both industrial and precious metals sub-indices rise about 6% year to date while the broader S&P GSCI is near flat. Several banks, including Credit Suisse and TD Securities are broadly bullish about several metals for the year. Metals like copper and zinc are benefiting from limited mining capacity and strong demand, especially from China. Gold -- one of the big losers of the fourth quarter -- and other precious metals are getting a boost from their draw as safe havens, ING says. Uncertainty has doubled by some metrics with the election of Donald Trump, Brexit details and US interest-rate policy, ING says. (tim.puko@wsj.com; @timpuko)

14:45 ET - Investors haven't heard much about infrastructure spending from President Trump since his acceptance speech in November, but he hit on the theme during his inauguration, saying "America's

infrastructure has fallen into disrepair and decay," and "We will build new roads and highways and bridges and airports and tunnels and railways all across our wonderful nation." Terry Haines, policy strategist at Evercore, assigns an 80% likelihood that increased infrastructure spending happens by the end of 2017. "A Trump plan will have to be developed by incoming Transportation Secretary Chao in consultation with Congress, which will take some time. It has been years since markets have seen major legislative sausage made. Markets are about to see quite a lot of sausage made all at once." (chris.dieterich@wsj.com)

14:37 ET - A new year isn't bringing much cheer to the generic-drug industry. Endo (ENDP), Impax (IPXL), Teva (TEVA) and Mylan (MYL) are down more steeply than many other drug stocks year-to-date. "Overall, we remain cautious on the group as bearish generic pricing commentary and Teva's recent disappointing guidance update point to a still difficult operating environment," JPMorgan says. Also, the US Justice Department probably isn't finished with its probe of possible price-fixing in the generic industry. Two former Heritage Pharmaceuticals executives pleaded guilty this month in federal court in Philadelphia to charges of conspiring with competitors to fix prices for certain drugs; they await sentencing scheduled for April. The DOJ has said the charges were part of an ongoing investigation of the industry. (peter.loftus@wsj.com; @Loftus)

14:31 ET - US oil and gas drillers are really ramping up onshore, according to a weekly report from Baker Hughes. The number of active oil and gas rigs operating on land surged by 36--the biggest week-over-week increase since August 2011. The jump in activity comes as producers say they will spend more this year. Preliminary capital spending plans from more than a dozen producers show an average 60% spending increase from the group compared to last year. (erin.ailworth@wsj.com; @ailworth)

14:15 ET - Canada's antitrust agency says it will go to court to challenge HarperCollins's practice of selling e-books. Competition Bureau says it's taking this move after it reached an agreement with three publishers--Hachette, Macmillan and Simon & Schuster--and Apple (AAPL) that resolves "its concerns" related to their conduct in the market for e-books. "As no agreement was reached with HarperCollins, I am taking action to address its ongoing restrictions on competition in Canada," bureau head John Pecman said in statement. A spokeswoman for HarperCollins says it's "disappointed" with the bureau's actions because the publisher believes it hasn't violated any law. The firm "will vigorously defend itself against the [bureau's] allegations," she added. News Corp (NWSA) owns HarperCollins as well as WSJ. (paul.vieira@wsj.com; @paulvieira)

14:13 ET - Released shortly after President Trump was sworn in, the Baker Hughes rig count may hold the distinction of being the first economic news under the new administration, and it was a humdinger. It showed one of the sharpest one-week gains in active oil rigs in years. Trump deserves some of the credit, as his promises to reduce energy regulation and lower costs have inspired firms to resume drilling, especially in Texas. But it's not all rosy; more drilling may simply increase the glut that has kept oil prices low in recent years. The Nymex Feb oil contract dipped slightly on the rig report, but remains up 2.5% at $52.53/bbl. (dan.molinski@wsj.com)

14:09 ET - NASA in several years may launch its first manned Orion space capsule, under development by Lockheed Martin (LMT), without fixing a fuel-system design flaw that has been singled out by independent safety experts. The current configuration makes Orion susceptible to a single-point failure that, under extreme circumstances, could result in loss of both spacecraft and crew. But in their latest update, these experts warned the fallout may prompt still another schedule slip in the multibillion-dollar project. They also indicated that pressure to conduct the initial manned mission, currently slated for 2021, could occur before the full-fledged upper stage is flight tested. (andy.pasztor@wsj.com)

14:09 ET - As Donald Trump steps into power at the White House, one law firm's close ties to the president are about to pay dividends. Jones Day will have 12 attorneys serving in the Trump Administration, the firm says. Jones Day, which has more than 2,500 lawyers, is among a handful of big firms that has a tradition of both sending its lawyers to the government and hiring from government ranks. The most prominent of the Jones Day appointments is Donald McGahn, who served as general counsel to President Trump's campaign and will now be White House counsel. Others include William McGinley, deputy assistant to the president and cabinet secretary; Gregory Katsas, deputy counsel to the president; and Noel Francisco, principal deputy solicitor general. (sara.randazzo@wsj.com; @sara_randazzo)

(END) Dow Jones Newswires

January 20, 2017 16:09 ET (21:09 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | surmor : Jones Day

 © 2023 Factiva, Inc. All rights reserved.

**IN** i211 : Metal Ore Mining | i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ibasicm : Basic Materials/Resources | iindele : Industrial Electronics | iindstrls : Industrial Goods | imet : Mining/Quarrying | itech : Technology | i835 : Legal Services | ibcs : Business/Consumer Services

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | skorea : South Korea | usca : California | usdc : Washington DC | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | uss : Southern U.S.

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k003x5

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Suit Ups Pressure on Qualcomm -- Market Talk**

**WC** 148 words

**PD** 20 January 2017

**ET** 16:21

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 16:21 ET (21:21 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0040e

DOW JONES NEWSWIRES

**HD** **Apple Suit Ups Pressure on Qualcomm -- Market Talk**

**WC** 1,441 words

**PD** 20 January 2017

**ET** 16:21

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

**TD**

16:17 ET - As President Donald Trump takes office, nonprofit hospitals await answers on the future of the Affordable Care Act, but that won't stop the sector's merger and acquisition activity, Moody's analysts say. "M&A activity moved at a rapid pace in 2016 and shows no signs of slowing in the year ahead, a credit positive for the industry," Moody's said. Large hospital operators Community Health Systems (CYH) and Quorum Health Corp. (QHC) are looking to divest as they reshuffle their portfolios. Competition and better bargaining power with health insurance companies will continue to drive consolidation across a market that remains fragmented, despite steady dealmaking in recent years, Moody's said. Small hospitals with capital needs will look for bigger buyers willing to invest, the ratings agency said. (melanie.evans@wsj.com)

16:15 ET - AIG's newly announced reinsurance pact with Berkshire Hathaway (BRKB), together with the global property-casualty insurer's guidance for a material 4Q reserve charge, indicates "that the existing reserve deficiency at AIG is larger than people would have thought," Credit Suisse tells clients. There are "some questions about management's timing in putting this deal in place given last year's $3.8b 4Q charge." Still, AIG's new reinsurance arrangement "likely puts to rest the single greatest uncertainty around the stock.... [AIG's] "deck is finally cleared reserve wise." But investors will have to wait until 4Q earnings for a greater level of detail on the deal, it also notes. (leslie.scism@wsj.com)

16:11 ET - Joaquin "El Chapo" Guzman, the Mexican drug lord who evaded US authorities for years and built a billion-dollar narcotics empire, made his first appearance in a US courtroom, pleading not guilty to the 17 criminal charges against him. Guzman, who successfully escaped twice from maximum-security prisons in Mexico, was extradited to the US late Thursday. His arrival came as a surprise to many, even to US officials, who said they didn't know he was coming until the day of the extradition. (Nicole.hong@wsj.com)

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

15:25 ET - Metals shine so far among commodities in 2017. Both industrial and precious metals sub-indices rise about 6% year to date while the broader S&P GSCI is near flat. Several banks, including Credit Suisse and TD Securities are broadly bullish about several metals for the year. Metals like copper and zinc are benefiting from limited mining capacity and strong demand, especially from China. Gold -- one of the big losers of the fourth quarter -- and other precious metals are getting a boost from their draw as safe havens, ING says. Uncertainty has doubled by some metrics with the election of Donald Trump, Brexit details and US interest-rate policy, ING says. (tim.puko@wsj.com; @timpuko)

14:45 ET - Investors haven't heard much about infrastructure spending from President Trump since his acceptance speech in November, but he hit on the theme during his inauguration, saying "America's infrastructure has fallen into disrepair and decay," and "We will build new roads and highways and bridges and airports and tunnels and railways all across our wonderful nation." Terry Haines, policy strategist at Evercore, assigns an 80% likelihood that increased infrastructure spending happens by the end of 2017. "A Trump plan will have to be developed by incoming Transportation Secretary Chao in consultation with Congress, which will take some time. It has been years since markets have seen major legislative sausage made. Markets are about to see quite a lot of sausage made all at once." (chris.dieterich@wsj.com)

14:37 ET - A new year isn't bringing much cheer to the generic-drug industry. Endo (ENDP), Impax (IPXL), Teva (TEVA) and Mylan (MYL) are down more steeply than many other drug stocks year-to-date. "Overall, we remain cautious on the group as bearish generic pricing commentary and Teva's recent disappointing guidance update point to a still difficult operating environment," JPMorgan says. Also, the US Justice Department probably isn't finished with its probe of possible price-fixing in the generic industry. Two former Heritage Pharmaceuticals executives pleaded guilty this month in federal court in Philadelphia to charges of conspiring with competitors to fix prices for certain drugs; they await sentencing scheduled for April. The DOJ has said the charges were part of an ongoing investigation of the industry. (peter.loftus@wsj.com; @Loftus)

14:31 ET - US oil and gas drillers are really ramping up onshore, according to a weekly report from Baker Hughes. The number of active oil and gas rigs operating on land surged by 36--the biggest week-over-week increase since August 2011. The jump in activity comes as producers say they will spend more this year. Preliminary capital spending plans from more than a dozen producers show an average 60% spending increase from the group compared to last year. (erin.ailworth@wsj.com; @ailworth)

(END) Dow Jones Newswires

January 20, 2017 16:21 ET (21:21 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | ismart : Smartphones | i951 : Health Care/Life Sciences | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec :

Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | m11 : Equity Markets | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | mcat : Commodity/Financial Market News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** china : China | skorea : South Korea | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k00437

FT FINANCIAL TIMES

**HD** **Apple files $1bn lawsuit against Qualcomm**

**BY** Hannah Kuchler

**WC** 213 words

**PD** 20 January 2017

**ET** 16:31

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Apple has filed a $1bn lawsuit against Qualcomm accusing the chipmaker of abusing a monopoly position, after the US and South Korean regulators argued it used its dominance at the expense of handset makers.

Shares in Qualcomm fell 2.4 per cent to $62.88 just before the close when the lawsuit was published, the first direct challenge by one of Qualcomm's major customers, reports Hannah Kuchler in San Francisco.

**TD**

It follows a lawsuit by the US Federal Trade Commission earlier in the week, and a $890m fine from the South Korean regulators late last year.

Apple is demanding a payment of $1bn it believes are due as a rebate for licensing fees – and claiming that the chipmaker is holding back the money as punishment for Apple's contribution to the South Korean investigation.

"Qualcomm built its business on older, legacy, standards but reinforces its dominance through exclusionary tactics and excessive royalties," Apple said in a statement.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined."

Qualcomm did not respond to a request for comment.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170120ed1k00bhx



PX32

DOW JONES NEWSWIRES

**HD** **GE's Elephant in the Room: When Will Immelt Go? -- Market Talk**

**WC** 1,450 words
**PD** 20 January 2017
**ET** 16:32
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:32 ET - Could this be the last year of Jeff Immelt's tenure as CEO of GE? Analysts from Barclays think it's possible. The timing of Immelt's eventual departure is "the elephant in the room" at the company, longtime GE analyst Scott Davis says after the company reported 4Q earnings. Immelt has led GE since 2001, but has given no public indication he plans to step down. Davis thinks retirement is "likely" at the end of 2017 or in 2018, and that possible candidates to succeed him will be trying to drive big financial results. "The winning prize is pretty big," he writes, "but for those who 'lose,' assuming they executed well, they normally get CEO nods at other big companies. Those who've lost by failing have seen harsher treatment--no career advancement within GE and a lack of interest elsewhere. Interesting incentive to execute." (ted.mann@wsj.com)

**TD**

16:28 ET - Apple (AAPL) says in its lawsuit against Qualcomm (QCOM) that the chip-maker's business practices deterred it from switching to chips made by competitors. That changed last year when it introduced Intel (INTC) chips into a portion of its iPhone 7. Apple says QCOM is "actively engaging with network carriers in the United States, attempting to persuade them not to support or sell Apple devices with Intel chipsets." (tripp.mickle@wsj.com)

16:27 ET - Megan Ellison, the independent film producer who has been a potent source of financing for award-winning movies released by other studios, is expanding her company to include distribution and marketing services. Her Annapurna Pictures' first release will be director Kathryn Bigelow's untitled project about the 1967 Detroit riots, which will hit theaters Aug 4. Previous, Annapurna produced and financed movies released by other studios, like Sony Pictures' "Zero Dark Thirty" and A24's recent "20th Century Women." Annapurna's expansion makes it more of a competitor to other studios in Hollywood and less of a partner. Ms. Ellison, the daughter of billionaire Oracle co-founder Larry Ellison, has focused exclusively on prestige films from respected directors and eschewed big budget franchise movies. (ben.fritz@wsj.com; @benfritz)

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

16:17 ET - As President Donald Trump takes office, nonprofit hospitals await answers on the future of the Affordable Care Act, but that won't stop the sector's merger and acquisition activity, Moody's analysts say. "M&A activity moved at a rapid pace in 2016 and shows no signs of slowing in the year ahead, a credit positive for the industry," Moody's said. Large hospital operators Community Health Systems (CYH) and Quorum Health Corp. (QHC) are looking to divest as they reshuffle their portfolios. Competition and better bargaining power with health insurance companies will continue to drive consolidation across a market that

remains fragmented, despite steady dealmaking in recent years, Moody's said. Small hospitals with capital needs will look for bigger buyers willing to invest, the ratings agency said. (melanie.evans@wsj.com)

16:15 ET - AIG's newly announced reinsurance pact with Berkshire Hathaway (BRKB), together with the global property-casualty insurer's guidance for a material 4Q reserve charge, indicates "that the existing reserve deficiency at AIG is larger than people would have thought," Credit Suisse tells clients. There are "some questions about management's timing in putting this deal in place given last year's $3.8b 4Q charge." Still, AIG's new reinsurance arrangement "likely puts to rest the single greatest uncertainty around the stock.... [AIG's] "deck is finally cleared reserve wise." But investors will have to wait until 4Q earnings for a greater level of detail on the deal, it also notes. (leslie.scism@wsj.com)

16:11 ET - Joaquin "El Chapo" Guzman, the Mexican drug lord who evaded US authorities for years and built a billion-dollar narcotics empire, made his first appearance in a US courtroom, pleading not guilty to the 17 criminal charges against him. Guzman, who successfully escaped twice from maximum-security prisons in Mexico, was extradited to the US late Thursday. His arrival came as a surprise to many, even to US officials, who said they didn't know he was coming until the day of the extradition. (Nicole.hong@wsj.com)

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

15:25 ET - Metals shine so far among commodities in 2017. Both industrial and precious metals sub-indices rise about 6% year to date while the broader S&P GSCI is near flat. Several banks, including Credit Suisse and TD Securities are broadly bullish about several metals for the year. Metals like copper and zinc are benefiting from limited mining capacity and strong demand, especially from China. Gold -- one of the big losers of the fourth quarter -- and other precious metals are getting a boost from their draw as safe havens, ING says. Uncertainty has doubled by some metrics with the election of Donald Trump, Brexit details and US interest-rate policy, ING says. (tim.puko@wsj.com; @timpuko)

(END) Dow Jones Newswires

January 20, 2017 16:32 ET (21:32 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

 © 2023 Factiva, Inc. All rights reserved.

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c151 : Earnings | c1521 : Analysts' Comments/Recommendations | c411 : Management Moves | gvote1 : National/Presidential Elections | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c11 : Plans/Strategy | cslmc : Senior Level Management | c15 : Financial Performance | c152 : Earnings Projections | c41 : Management | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | gvote : Elections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usct : Connecticut | namz : North America | use : Northeast U.S. | usnew : New England

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0046z

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Disney ABC/TV Group Names New CFO -- Market Talk**

**WC** 1,420 words

**PD** 20 January 2017

**ET** 16:37

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:37 ET - Veteran Disney (DIS) executive Robert Langer has been named chief financial officer of the Disney/ABC Television Group, the second major hire at the unit in the last three months. Langer most recently oversaw DIS operations in Germany, Switzerland and Austria. At the Disney/ABC Television Group he succeeds Peter Seymour who left the company after 20 years last November, soon after Bruce Rosenblum was named president of business operations for the unit. Langer reports to Ben Sherwood, president of the Disney/ABC Television Group. (Joe.Flint@WSJ.com)

**TD**

16:32 ET - Could this be the last year of Jeff Immelt's tenure as CEO of GE? Analysts from Barclays think it's possible. The timing of Immelt's eventual departure is "the elephant in the room" at the company, longtime GE analyst Scott Davis says after the company reported 4Q earnings. Immelt has led GE since 2001, but has given no public indication he plans to step down. Davis thinks retirement is "likely" at the end of 2017 or in 2018, and that possible candidates to succeed him will be trying to drive big financial results. "The winning prize is pretty big," he writes, "but for those who 'lose,' assuming they executed well, they normally get CEO nods at other big companies. Those who've lost by failing have seen harsher treatment--no career advancement within GE and a lack of interest elsewhere. Interesting incentive to execute." (ted.mann@wsj.com)

16:28 ET - Apple (AAPL) says in its lawsuit against Qualcomm (QCOM) that the chip-maker's business practices deterred it from switching to chips made by competitors. That changed last year when it introduced Intel (INTC) chips into a portion of its iPhone 7. Apple says QCOM is "actively engaging with network carriers in the United States, attempting to persuade them not to support or sell Apple devices with Intel chipsets." (tripp.mickle@wsj.com)

16:27 ET - Megan Ellison, the independent film producer who has been a potent source of financing for award-winning movies released by other studios, is expanding her company to include distribution and marketing services. Her Annapurna Pictures' first release will be director Kathryn Bigelow's untitled project about the 1967 Detroit riots, which will hit theaters Aug 4. Previous, Annapurna produced and financed movies released by other studios, like Sony Pictures' "Zero Dark Thirty" and A24's recent "20th Century Women." Annapurna's expansion makes it more of a competitor to other studios in Hollywood and less of a partner. Ms. Ellison, the daughter of billionaire Oracle co-founder Larry Ellison, has focused exclusively on prestige films from respected directors and eschewed big budget franchise movies. (ben.fritz@wsj.com; @benfritz)

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

16:17 ET - As President Donald Trump takes office, nonprofit hospitals await answers on the future of the Affordable Care Act, but that won't stop the sector's merger and acquisition activity, Moody's analysts say. "M&A activity moved at a rapid pace in 2016 and shows no signs of slowing in the year ahead, a credit positive for the industry," Moody's said. Large hospital operators Community Health Systems (CYH) and Quorum Health Corp. (QHC) are looking to divest as they reshuffle their portfolios. Competition and better bargaining power with health insurance companies will continue to drive consolidation across a market that remains fragmented, despite steady dealmaking in recent years, Moody's said. Small hospitals with capital needs will look for bigger buyers willing to invest, the ratings agency said. (melanie.evans@wsj.com)

16:15 ET - AIG's newly announced reinsurance pact with Berkshire Hathaway (BRKB), together with the global property-casualty insurer's guidance for a material 4Q reserve charge, indicates "that the existing reserve deficiency at AIG is larger than people would have thought," Credit Suisse tells clients. There are "some questions about management's timing in putting this deal in place given last year's $3.8b 4Q charge." Still, AIG's new reinsurance arrangement "likely puts to rest the single greatest uncertainty around the stock.... [AIG's] "deck is finally cleared reserve wise." But investors will have to wait until 4Q earnings for a greater level of detail on the deal, it also notes. (leslie.scism@wsj.com)

16:11 ET - Joaquin "El Chapo" Guzman, the Mexican drug lord who evaded US authorities for years and built a billion-dollar narcotics empire, made his first appearance in a US courtroom, pleading not guilty to the 17 criminal charges against him. Guzman, who successfully escaped twice from maximum-security prisons in Mexico, was extradited to the US late Thursday. His arrival came as a surprise to many, even to US officials, who said they didn't know he was coming until the day of the extradition. (Nicole.hong@wsj.com)

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

(END) Dow Jones Newswires

January 20, 2017 16:37 ET (21:37 GMT)

**CO** dsnyw : The Walt Disney Company | qcom : Qualcomm Incorporated | cccom : ABC Inc

**IN** i34531 : Semiconductors | i97411 : Broadcasting | i9741102 : Television Broadcasting | i9741109 : Cable Broadcasting | iindele : Industrial Electronics | iindstrls : Industrial Goods | imed : Media/Entertainment | itech : Technology

 © 2023 Factiva, Inc. All rights reserved.

**NS** c411 : Management Moves | cslmc : Senior Level Management | gnwktv : Network Television | gpol : Domestic Politics | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c41 : Management | ccat : Corporate/Industrial News | gcat : Political/General News | gent : Arts/Entertainment | gpir : Politics/International Relations | gtvrad : Television/Radio | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** eurz : Europe | gfr : Germany | switz : Switzerland | usca : California | usw : Western U.S. | dach : DACH Countries | eecz : European Union Countries | namz : North America | usa : United States | weurz : Western Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0047g

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **BRIEF-Apple sues Qualcomm for roughly $1 bln over royalties - CNBC** |
| **WC** | 39 words |
| **PD** | 20 January 2017 |
| **ET** | 15:45 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |
| **LP** | |

Jan 20 (Reuters) -

* Apple sues Qualcomm for roughly $1 billion over royalties - CNBC Source text : http://cnb.cx/2jy3p8P Further company coverage:

| | |
|---|---|
| **RF** | Released: 2017-1-20T21:45:42.000Z |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i3454 : Personal Electronics \| icomp : Computing \| i3302 : Computers/Consumer Electronics \| ielec : Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c41 : Management \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170120ed1k015z5 |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **News Highlights: Top Company News of the Day** |
| WC | 450 words |
| PD | 20 January 2017 |
| ET | 17:00 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |

LP

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

TD

Goldman Trims Stock-Pay for Some Senior Executives

Goldman Sachs cut stock awards for senior executives in 2016 after revenue fell, but didn't disclose compensation for CEO Lloyd Blankfein or several of his top deputies.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

Ford Sees Remeasurement Loss of About $3 Billion

Ford Motor Co. said it plans to take a $3 billion pre-tax charge against its fourth-quarter earnings related to its pension and retiree-benefit plans, following a change in its pension accounting the company made a year ago.

(END) Dow Jones Newswires

January 20, 2017 17:00 ET (22:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0048s

REUTERS

| | |
|---|---|
| **HD** | **Apple files $1 billion lawsuit against chip supplier Qualcomm** |
| **WC** | 109 words |
| **PD** | 20 January 2017 |
| **ET** | 16:10 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |
| **LP** | |

Jan 20 (WASHINGTON) - Apple Inc filed a $1 billion lawsuit against supplier Qualcomm Inc on Friday, following a U.S. government lawsuit which accused the chip maker of using anti-competitive tactics to maintain its monopoly of a key semiconductor used in mobile phones.

In the lawsuit, Apple accused Qualcomm of overcharging for its chips and for refusing to pay some $1 billion in promised rebates for chip purchases. Apple said in its complaint that Qualcomm withheld the rebates because of Apple's discussions with South Korea's antitrust regulator. (Editing by Alan Crosby)

| | |
|---|---|
| **RF** | Released: 2017-1-20T22:10:00.000Z |
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| c41 : Management \| ccat : Corporate/Industrial News \| gpol : Domestic Politics \| gcat : Political/General News \| gpir : Politics/International Relations \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170120ed1k016ft |

**HD** **Apple sues chipmaker Qualcomm for abusing monopoly**

**WC** 380 words

**PD** 20 January 2017

**ET** 17:14

**SN** Agence France Presse

**SC** AFPR

**LA** English

**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Apple on Friday sued Qualcomm, accusing the California chipmaker of abusing its market power to demand unfair royalties, echoing charges filed days earlier by US antitrust regulators.

Apple said in the court filing that it has been overcharged "billions of dollars" by its chipmaking partner's "illegal scheme."

**TD**

Apple also claimed Qualcomm owes it a billion dollars but is refusing to pay in retaliation for the iPhone maker's cooperating with South Korean antitrust regulators looking into the chip maker's actions in that country.

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with," Apple said in an email statement.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

The suit charges Qualcomm of building a business model on using its rights to older, legacy technology considered telecommunication industry standards to jack up royalties when Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said.

Apple noted in the suit that Qualcomm's business practices have come under scrutiny by antitrust regulators in an array of countries for selling its smartphone chipsets only to makers agreeing to its "preferred license terms" for essential mobile telecom patents.

Apple asked for a jury trial, and for damages including Qualcomm paying the company what it owes plus giving up excessive royalties it has raked in.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple filing came three days after the US Federal Trade Commission filed suit in federal court in California claiming Qualcomm abused its market power in as part of its "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

gc/rl

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** US

**PUB** Agence France-Presse

**AN** Document AFPR000020170120ed1k00iir

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **News Highlights: Top Company News of the Day**

**WC** 450 words

**PD** 20 January 2017

**ET** 17:15

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Goldman Trims Stock-Pay for Some Senior Executives

Goldman Sachs cut stock awards for senior executives in 2016 after revenue fell, but didn't disclose compensation for CEO Lloyd Blankfein or several of his top deputies.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

Ford Sees Remeasurement Loss of About $3 Billion

Ford Motor Co. said it plans to take a $3 billion pre-tax charge against its fourth-quarter earnings related to its pension and retiree-benefit plans, following a change in its pension accounting the company made a year ago.

(END) Dow Jones Newswires

January 20, 2017 17:15 ET (22:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004ho

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Tech Sector Rises on Economic Outlook -- Technology Roundup**

**WC** 126 words
**PD** 20 January 2017
**ET** 17:28
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Shares of tech companies rose amid optimism about the outlook for economic growth.

Apple filed suit against chip designer Qualcomm, alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Highway safety regulators closed a probe of Tesla Motors' Autopilot system without seeking a recall or other action against the Silicon Valley auto maker after a six-month investigation failed to uncover a defect in the semi-automated technology in use during a fatal crash last year.

-By Rob Curran, rob.curran@dowjones.com

(END) Dow Jones Newswires

January 20, 2017 17:28 ET (22:28 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | ncmac : Commodities Asset Class News | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ecat : Economic News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004id

**HD** **Apple antitrust suit: Qualcomm overcharged 'billions'**

**BY** Glenn CHAPMAN

**WC** 577 words

**PD** 20 January 2017

**ET** 17:51

**SN** Agence France Presse

**SC** AFPR

**LA** English

**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Apple on Friday sued Qualcomm, accusing the California chipmaker of abusing its market power to demand unfair royalties, echoing charges filed days earlier by US antitrust regulators.

Apple said in the court filing that it has been overcharged "billions of dollars" by its chipmaking partner's "illegal scheme."

**TD**

Apple also claimed Qualcomm owes it a billion dollars but is refusing to pay in retaliation for the iPhone maker's cooperating with South Korean antitrust regulators looking into the chipmaker's actions in that country.

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with," Apple said in an email statement.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

The suit charges Qualcomm of building a business model on using its rights to older, legacy technology considered telecommunication industry standards to raise royalties when Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said.

Apple noted in the suit that Qualcomm's business practices have come under scrutiny by antitrust regulators in an array of countries for selling its smartphone chipsets only to makers agreeing to its "preferred license terms" for essential mobile telecom patents.

Apple asked for a jury trial, and for damages including Qualcomm paying the company what it owes plus giving up excessive royalties it has raked in.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple filing came three days after the US Federal Trade Commission filed suit in federal court in California claiming Qualcomm abused its market power in as part of its "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

South Korea's anti-trust watchdog last month slapped Qualcomm with a record fine exceeding $850 million for abusing its dominant market position as a maker of baseband chipsets used in mobile phones.

Apple relies on Qualcomm for chip-based modems that enable iPhones and iPads to communicate with telecommunication networks.

Apple undoubtedly knows of the antitrust tide rising against Qualcomm and would like to help provide room for rival chipmakers to flourish, perhaps letting Intel improve its position, according to analyst Patrick Moorhead of Moor Insight and Strategies.

"I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm," Moorhead said, referring to the mobile device modems.

"Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this."

While the legal case alleges exclusionary contracts and the idea of being overcharged for licensing, it may well be powered by Apple wanting to ramp up competition to Qualcomm so it can negotiate better deals, the analyst said.

Modem chips are separate from processors that act as the brains or graphics engines for mobile devices.

gc/rl

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** Lead

**PUB** Agence France-Presse

**AN** Document AFPR000020170120ed1k00ir1

 © 2023 Factiva, Inc. All rights reserved.

The Washington Post

SE National-Economy

HD **Apple sues Qualcomm over royalty rebates, other patent issues**

WC 696 words

PD 20 January 2017

SN Washington Post.com

SC WPCOM

LA English

CY Copyright 2017, The Washington Post Co. All Rights Reserved.

LP

Apple seeks $1 billion from Qualcomm

Apple filed a lawsuit Friday accusing Qualcomm of monopolizing the market for computer chips for wireless devices and of withholding $1 billion in retaliation for Apple's cooperation with antitrust authorities in South Korea.

TD

Qualcomm has been under fire from regulators around the world for its patent licensing practices. Apple's lawsuit is the first direct challenge by one of Qualcomm's biggest customers.

In December, South Korea fined the company $890 million and described its practices as monopolistic. Qualcomm has said it will appeal the decision.

Under an agreement with Qualcomm, Apple said it was forced to refrain from taking any steps to challenge Qualcomm's business model.

When Apple complied with demands from Korean regulators, Qualcomm said that was a violation of the agreement.

In retaliation, Qualcomm withheld money that it was to pay Apple in royalty rebates, the iPhone maker said.

Apple is demanding that the chipmaker hand over the money.

The suit also challenges the validity of some Qualcomm patents for wireless technologies. Apple is asking the court to rule that, if the patents are upheld, the royalty amount is significantly lower than what Qualcomm charges now.

— Bloomberg News

New Mexico suing Takata, automakers

New Mexico Attorney General Hector Balderas filed a lawsuit Friday against Japanese manufacturer Takata and a list of automakers over the sale of cars with dangerous air bag inflaters.

The attorney general's office argues that the manufacturers had a duty to ensure their products were safe. Concealment of defects in the air bags amounted to unfair, deceptive and unconscionable trade practices under New Mexico law, the suit says.

Takata already has agreed to pay $1 billion in fines and restitution in a plea deal with the federal Justice Department over a years-long scheme to conceal the deadly defect in its inflaters. It also faces other litigation.

A Takata spokesman declined to comment Friday.

New Mexico's case also targets numerous automakers that used the faulty bags in their vehicles.

The state is seeking civil penalties for each defective air bag that entered the New Mexico market and penalties for each day the manufacturers misrepresented the safety of their products. State prosecutors also are seeking a jury trial.

Takata inflaters can explode with too much force, spewing shrapnel at passengers. At least 27 people have died because of the defect.

— Associated Press

• Puerto Rican Gov. Ricardo Rossello is criticizing orders from a federal control board in the first clash over how best to tackle the island's deep economic crisis. Rossello said Friday that the board's demands are unacceptable and differ greatly from his vision to promote economic growth. On Wednesday, the control board ordered the administration to present a plan that would generate $4.5 billion a year in revenue or savings through 2019. Officials said Puerto Rico should reform its tax system, reduce health-care and higher education spending, and cut as the size of its government.

• AT&T signed up new pay-TV customers for the first time in seven quarters, thanks to its new live online video service. DirecTV Now, which targets consumers who don't subscribe to traditional TV, helped woo at least 200,000 video subscribers in the fourth quarter and offset a loss of satellite-TV customers, according to a filing Friday of preliminary results. The gain reflects a promotional offer of $35 a month for 100-plus channels. AT&T introduced DirecTV Now in November and now charges $60 a month for a similar number of channels.

• The ride-hailing company Uber has hired the man behind Google search to help grow its self-driving car program. Amit Singhal announced on his blog Friday that he will join Uber after 15 years at Alphabet, where he led Google's search division. He will be senior vice president of engineering and act as an adviser to chief executive Travis Kalanick and Anthony Levandowski, head of Uber's self-driving efforts. Singhal called Uber "a geek's candy store" and said he was excited by the engineering challenges it is tackling.

— From news services

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | nnam : News Agency Materials | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usdc : Washington DC | namz : North America | usa : United States | uss : Southern U.S.

**IPD** business

**PUB** Washington Post

**AN** Document WPCOM00020170120ed1k007vd

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk**

**WC** 155 words

**PD** 20 January 2017

**ET** 18:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 18:16 ET (23:16 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | cscm : Supply Chain | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004pi

DOW JONES NEWSWIRES

**HD** **Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk**

**WC** 1,523 words
**PD** 20 January 2017
**ET** 18:16
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

**TD**

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

17:12 ET - The prospect of more consumer spending and higher inflation should reverse negative sentiment toward the A-mall industry this year, says BTIG Research. Some REITs that own high-quality malls with strong sales productivity are currently priced at large discounts to their net asset value per share estimates and offer the most upside if sentiment shifts. Retail property landlords have been hit by retailer bankruptcies and store closures, with the lower-end malls struggling the most. REITs managing the country's top regional malls say they are unfairly tarred with the same brush. Occupancy rates are high at the malls managed by Simon Property (SPG), Taubman Centers (TCO) and Macerich (MAC) and there is virtually no new supply, BTIG added. (esther.fung@wsj.com; @estherfung)

16:58 ET - Akamai Technologies (AKAM) says streaming of the US presidential inauguration on its network peaked at a record 8.7 terabits per second, another sign of internet video's gains against traditional TV. That compares with 7.3 Tbps during last year's Euro Cup soccer tournament and a smaller 1.1 Tbps for the 2009 inauguration, when online video was still getting its legs and the iPhone was two years old. AKAM, which delivers online content for most big media companies, said its feed went to 4.6M viewers at one point Friday. That's a large total, though growing viewership has been tempered in recent years by price-cutting competition among streaming video companies. After swooning early last year, AKAM is up 50% over the past 12 months. (andrew.fitzgerald@wsj.com; @drewfitzgerald)

16:51 ET - A 19.3M barrel increase in US gasoline stockpiles over the last three weeks is "disturbingly familiar," recalling the beginning of last year, Jefferies analysts say. The big increase in gasoline supplies echoes late 2015 and early 2016 when better profit margins nudged refiners to make more gasoline than diesel. But much of that gasoline output ended up in storage tanks, which led to a glut that weighed on refiners' margins and let them at times to cut back on the amount of crude oil they bought. But consumers made out well--prices at the pump fell to 12-year lows in some places last year. One big difference from last year is exports--fuel sales abroad averaged 1M barrels a day over the last four weeks, more than double a year ago, the analysts say. (alison.sider@wsj.com; @alyrose)

16:51 ET - Even with a repeal of the Affordable Care Act, commercial health insurance companies' use of incentives for hospitals to closely manage healthcare quality and cost are "well underway," Moody's Investors Service said. Expect hospital companies including HCA Holdings Inc. (HCA) to respond with continued investment in "alternative" locations for care, such as ambulatory surgery centers, urgent care clinics and freestanding emergency rooms, Moody's said. Tenet Healthcare (THC) is "unique" with its joint venture in United Surgical Partners International, the analysts added, which expands the company's reach beyond its hospital markets. (melanie.evans@wsj.com)

(END) Dow Jones Newswires

January 20, 2017 18:16 ET (23:16 GMT)

 © 2023 Factiva, Inc. All rights reserved.

**CO** qcom : Qualcomm Incorporated | sbcatt : AT&T Inc

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004kf

DOW JONES NEWSWIRES

**HD** **RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk**

**WC** 1,499 words

**PD** 20 January 2017

**ET** 18:42

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

**TD**

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter

preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

17:12 ET - The prospect of more consumer spending and higher inflation should reverse negative sentiment toward the A-mall industry this year, says BTIG Research. Some REITs that own high-quality malls with strong sales productivity are currently priced at large discounts to their net asset value per share estimates and offer the most upside if sentiment shifts. Retail property landlords have been hit by retailer bankruptcies and store closures, with the lower-end malls struggling the most. REITs managing the country's top regional malls say they are unfairly tarred with the same brush. Occupancy rates are high at the malls managed by Simon Property (SPG), Taubman Centers (TCO) and Macerich (MAC) and there is virtually no new supply, BTIG added. (esther.fung@wsj.com; @estherfung)

16:58 ET - Akamai Technologies (AKAM) says streaming of the US presidential inauguration on its network peaked at a record 8.7 terabits per second, another sign of internet video's gains against traditional TV. That compares with 7.3 Tbps during last year's Euro Cup soccer tournament and a smaller 1.1 Tbps for the 2009 inauguration, when online video was still getting its legs and the iPhone was two years old. AKAM, which delivers online content for most big media companies, said its feed went to 4.6M viewers at one point Friday. That's a large total, though growing viewership has been tempered in recent years by price-cutting competition among streaming video companies. After swooning early last year, AKAM is up 50% over the past 12 months. (andrew.fitzgerald@wsj.com; @drewfitzgerald)

(END) Dow Jones Newswires

January 20, 2017 18:42 ET (23:42 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | royca : Royal Bank of Canada | wesah : RBC Capital Markets Corporation

 © 2023 Factiva, Inc. All rights reserved.

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i814 : Banking | i831 : Financial Investments | i83101 : Investment Banking | ibnk : Banking/Credit | ifinal : Financial Services | iibnk : Integrated Banks | iinv : Investing/Securities

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004kt

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- Update**

**BY** By Tripp Mickle

**WC** 790 words

**PD** 20 January 2017

**ET** 18:23

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the latest fiscal year.

Qualcomm didn't immediately respond to a request for comment Friday. It said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to according to investment bank CLSA, accounting for three-fourths of Apple's $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in

the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says that Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 18:23 ET (23:23 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004n8

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices**

**WC** 826 words

**PD** 20 January 2017

**ET** 15:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek “onerous, unreasonable and costly” terms for patents, and that Qualcomm blocked Apple’s ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple’s participation in an investigation by South Korea’s antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices—a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm “after years of disagreement over what constitutes a fair and reasonable royalty.”

Qualcomm General Counsel Don Rosenberg called Apple’s claims “baseless.” In a statement, he said, Apple “mischaracterized” agreements and negotiations and failed to acknowledge “the enormity and value of the technology” Qualcomm invented.

“We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple’s practices,” Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm’s dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm’s revenue, which totaled $23.5 billion in the company’s latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC’s suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. “There’s nothing clear-cut about this case,” he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display—not Qualcomm's chip —Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016—a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 15:50 ET (20:50 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k003vz

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Apple Sues Qualcomm Over Licensing Practices -- Update**

BY By Tripp Mickle

WC 790 words

PD 20 January 2017

ET 18:38

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the latest fiscal year.

Qualcomm didn't immediately respond to a request for comment Friday. It said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to according to investment bank CLSA, accounting for three-fourths of Apple's $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in

the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says that Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 18:38 ET (23:38 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004py

 © 2023 Factiva, Inc. All rights reserved.

Mail Online

SE News

HD **Apple sues smartphone chip-maker Qualcomm and claims they were overcharged 'billions' by the monopoly**

BY AFP
WC 659 words
PD 20 January 2017
ET 17:38
SN Mail Online
SC DAMONL
LA English
CY Copyright 2017

LP

* Charges echo those filed by United States antitrust regulators earlier this week

* Apple claims it has been overcharged 'billions of dollars' by Qualcomm

TD

* Qualcomm said Apple mischaracterized agreements and technology's value

Apple has sued Qualcomm, accusing the California chip-maker of abusing its market power to demand unfair royalties.

These charges echo those filed days earlier by US antitrust regulators.

Apple said in the court filing that it has been overcharged 'billions of dollars' by its chip-making partner's 'illegal scheme.'

The company also claimed Qualcomm owes it a billion dollars, but is refusing to pay due to Apple cooperating with South Korean antitrust regulators looking into the company.

'For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with,' Apple said in an email statement.

'To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them.'

Qualcomm rejected Apple's claims, saying the iPhone maker 'intentionally mischaracterized' agreements as well as the value of the company's technology.

'Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world... by misrepresenting facts and withholding information,' Qualcomm general counsel Don Rosenberg said in a statement.

'We welcome the opportunity to have these meritless claims heard in court.'

The suit claims Qualcomm built a business model that charges raised royalty fees every time Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

The charges say that Qualacomm believes it has the rights to charge these raised royalties by claiming legacy technology.

'Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined,' Apple said.

Apple noted that Qualcomm's business practices have come under scrutiny by antitrust regulators in many countries.

The company has asked for a jury trial, and for Qualcomm to the company what it owes plus giving up excessive royalties.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple suit came three days after the US Federal Trade Commission filed in federal court claiming Qualcomm abused its market power in as part of its 'unlawful maintenance of a monopoly in baseband processors.'

Baseband processors are are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as 'significantly flawed,' arguing that reasoning at the heart of the civil complaint is wrong.

South Korea's anti-trust watchdog last month slapped Qualcomm with a record fine exceeding $850 million for abusing its dominant market position as a maker of baseband chip-sets used in mobile phones.

Apple relies on Qualcomm for chip-based modems that enable iPhones and iPads to communicate with telecommunication networks.

The company knows of the antitrust tide rising against Qualcomm and would like to help provide room for rival chip-makers to flourish, perhaps letting Intel improve its position, according to analyst Patrick Moorhead of Moor Insights and Strategy.

'I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm,' Moorhead said, referring to the mobile device modems.

'Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this.'

While the legal case alleges exclusionary contracts and the idea of being overcharged for licensing, it may well be powered by Apple wanting to ramp up competition to Qualcomm so it can negotiate better deals, the analyst said.

Modem chips are separate from processors that act as the brains or graphics engines for mobile devices.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | nnam : News Agency Materials | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** uk : United Kingdom | eecz : European Union Countries | eurz : Europe | weurz : Western Europe

**PUB** DMG Media Limited

**AN** Document DAMONL0020170121ed1k0020c

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Seeks $1 Billion in Withheld Rebate Payments From Qualcomm** |
| **WC** | 34 words |
| **PD** | 20 January 2017 |
| **ET** | 15:41 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2041GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jn |



PX32

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple: Qualcomm Withheld Rebate Payments After Apple Assisted in Korean Regulatory Case** |
| **WC** | 36 words |
| **PD** | 20 January 2017 |
| **ET** | 15:40 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2040GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jm |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Says It Is Suing Qualcomm Over Licensing Practices** |
| **WC** | 33 words |
| **PD** | 20 January 2017 |
| **ET** | 15:40 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br><br>January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br><br>20-01-17 2040GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jk |



PX32

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Alleges Qualcomm Demanded Onerous Licensing Terms for Smartphone Chips** |
| **WC** | 34 words |
| **PD** | 20 January 2017 |
| **ET** | 15:40 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2040GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jl |



PX32

DOW JONES NEWSWIRES

**HD** **RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk**

**WC** 121 words

**PD** 20 January 2017

**ET** 18:42

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:42 EST [Dow Jones ]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 18:42 ET (23:42 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics

**NS** c12 : Corporate Crime/Legal Action | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004q0

DOW JONES NEWSWIRES

**HD** **News Highlights: Top Company News of the Day**

**WC** 458 words

**PD** 20 January 2017

**ET** 19:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Morgan Stanley Gives CEO a Raise; Goldman Trims Stock-Pay for Some

James Gorman, chairman and chief executive of Morgan Stanley, saw a 7% raise for 2016, while Goldman Sachs cut stock awards for several executives after revenue fell 9%.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Snapchat Parent Plans to Pay Banks 2.5% of IPO Proceeds

The banks managing Snap's initial public offering are set to share 2.5% of the money raised in the deal, a relatively low rate that indicates the popular technology company's leverage in dictating the terms of its public debut.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

(END) Dow Jones Newswires

January 20, 2017 19:00 ET (00:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00001

**Apple: Suit Against Qualcomm Could Help Profit Margin, Says RBC**

Barron's Blogs, 19:01, 20 January 2017, 405 words, (English)

Shares of Apple ( AAPL) are up 3 cents at $120.03, in late trading, after both Bloomberg and The Wall Street Journal reported just before market close that the company is suing one of its big chip suppliers, Qualcomm ( QCOM), and it has not ...

Document WCBBE00020170121ed1l00001

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **News Highlights: Top Company News of the Day** |
| **WC** | 458 words |
| **PD** | 20 January 2017 |
| **ET** | 19:15 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Morgan Stanley Gives CEO a Raise; Goldman Trims Stock-Pay for Some

James Gorman, chairman and chief executive of Morgan Stanley, saw a 7% raise for 2016, while Goldman Sachs cut stock awards for several executives after revenue fell 9%.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Snapchat Parent Plans to Pay Banks 2.5% of IPO Proceeds

The banks managing Snap's initial public offering are set to share 2.5% of the money raised in the deal, a relatively low rate that indicates the popular technology company's leverage in dictating the terms of its public debut.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

(END) Dow Jones Newswires

January 20, 2017 19:15 ET (00:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00032

DOW JONES NEWSWIRES

**HD** **Morgan Stanley Doesn't Think eBay Ad Campaign Made a Difference -- Market Talk**

**WC** 1,473 words

**PD** 20 January 2017

**ET** 19:18

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

**TD**

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly

four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

17:12 ET - The prospect of more consumer spending and higher inflation should reverse negative sentiment toward the A-mall industry this year, says BTIG Research. Some REITs that own high-quality malls with strong sales productivity are currently priced at large discounts to their net asset value per share estimates and offer the most upside if sentiment shifts. Retail property landlords have been hit by retailer bankruptcies and store closures, with the lower-end malls struggling the most. REITs managing the country's top regional malls say they are unfairly tarred with the same brush. Occupancy rates are high at the malls managed by Simon Property (SPG), Taubman Centers (TCO) and Macerich (MAC) and there is virtually no new supply, BTIG added. (esther.fung@wsj.com; @estherfung)

(END) Dow Jones Newswires

January 20, 2017 19:18 ET (00:18 GMT)

**CO** ebayus : eBay Incorporated | qcom : Qualcomm Incorporated

 © 2023 Factiva, Inc. All rights reserved.

**IN** i34531 : Semiconductors | i64 : Retail/Wholesale | i656000301 : Etailing | iecom : E-commerce | iindele : Industrial Electronics | iindstrls : Industrial Goods | iint : Internet/Online | ionlauc : Online Auctions | iretail : Retail | itech : Technology

**NS** gvote1 : National/Presidential Elections | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c181 : Acquisitions/Mergers/Divestments | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | gvote : Elections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0005u

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Morgan Says Ebay Needs to Watch Out for Competitors -- Market Talk**

WC 1,474 words
PD 20 January 2017
ET 19:22
SN Dow Jones Institutional News
SC DJDN
LA English
CY Copyright © 2017, Dow Jones & Company, Inc.

LP

1919 ET [Dow Jones] EBay needs to watch its back. That's what Morgan Stanley analysts say as Amazon and other start-up competitors become an increasing threat to the e-commerce site. Amazon's Prime membership is growing, increasingly threatening eBay's potential customer growth, the analysts say. But perhaps just as important are a bunch of new mobile startups, like OfferUp, 5Miles and LetGo-- which are generating sales without charging sellers transaction fees. "We acknowledge these competitors will need to charge fees at some point to survive, but its difficult to imagine they will charge fees as high as eBay...which, in our view, raises long-term question marks around eBay's ability to monetize its core Marketplace business," the analysts add. (laura.stevens@wsj.com; @LauraStevensWSJ)

TD

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

(END) Dow Jones Newswires

January 20, 2017 19:22 ET (00:22 GMT)

**CO** amzcom : Amazon.com, Inc. | ebayus : eBay Incorporated | qcom : Qualcomm Incorporated

| | |
|---|---|
| **IN** | i34531 : Semiconductors \| i64 : Retail/Wholesale \| i656000301 : Etailing \| iecom : E-commerce \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iint : Internet/Online \| ionlauc : Online Auctions \| iretail : Retail \| itech : Technology |
| **NS** | mcat : Commodity/Financial Market News \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170121ed1l0005v |

 © 2023 Factiva, Inc. All rights reserved.

The New York Times

SE Technology

HD **Apple Adds to Qualcomm's Troubles, Filing Lawsuit Over Rebates**

BY By QUENTIN HARDY
WC 1,182 words
PD 20 January 2017
ET 19:25
SN NYTimes.com Feed
SC NYTFEED
LA English
CY Copyright 2017. The New York Times Company. All Rights Reserved.

LP

SAN FRANCISCO — By mastering some tough computer chip technology and then pulling off an audacious business strategy based on selling its smartphone knowledge, Qualcomm has made billions of dollars and seized influence in the tech industry.

Some days that is a real drag.

TD

On Friday, Apple, its longtime partner, sued Qualcomm over what it said was $1 billion in withheld rebates. In the lawsuit, filed in Federal District Court for the Southern District of California, in San Diego, Apple said the money had been promised in conjunction with an agreement not to buy chips from other suppliers or to divulge Qualcomm's intellectual property licensing practices. The suit seeks the rebates, among other things.

Apple sued three days after the Federal Trade Commission accused Qualcomm of using anticompetitive practices to guarantee its high royalty payments for advanced wireless technology. The commission cited Qualcomm's deals with Taiwanese companies that manufacture Apple iPhones over semiconductors it sells for the iPhone.

In its complaint, the commission described Qualcomm as "the world's dominant supplier" of semiconductors that manage smartphone communications. The commission said Qualcomm had obtained "elevated royalties" for its patented intellectual property on wireless communications. Other smartphone chip makers have to pay Qualcomm for that intellectual property, too.

The commission and Apple complaints follow several other problems, including a $975 million fine by Chinese regulators in 2015 and activist shareholder complaints later that year that forced layoffs at Qualcomm. Last month, Qualcomm was fined $850 million in South Korea for unfair patent licensing.

When Apple provided information to South Korean regulators in that case, and sought competing chips from Intel, Qualcomm refused to pay Apple its promised money, Apple said.

Qualcomm, which has vowed to fight the South Korean charge and the F.T.C. suit, had no immediate comment on Apple's lawsuit.

Few expect Qualcomm to back down. It was shaped by its founders to be brainy, combative and profitable.

"They are seasoned, and equipped to fight," said Mark Hung, an analyst at Gartner. "But when such a big company is so reliant on the way it sells its intellectual property, and under the microscope in various geographies, it's tough."

Qualcomm, based in San Diego, far from Silicon Valley, was founded in 1985 by seven people, including Irwin Jacobs and Andrew Viterbi. The two were well-regarded electrical engineering professors who had formed a military satellite communications company.

Qualcomm's engineers work at a 41-building campus between a park and the University of California, San Diego. They have earned thousands of patents, including for the airplane mode on smartphones and the way apps are downloaded from stores.

Companies like Samsung and Apple need Qualcomm for the technology that enables things like high-speed wireless video for millions of people at once.

Its major technology is spread spectrum, which harnesses lots of computation and clever radio engineering for use in the various functions of smartphones.

Qualcomm's radio technology is called CDMA, for code division multiple access, a way voice calls work more efficiently over cellphone networks. And the company's influence grew over the last several years with the advent of third-generation, or 3G, phones as people started downloading lots of mobile data.

Many thought Qualcomm's success would be limited to that transition. Instead, Qualcomm innovated in 4G wireless for the smartphones from Samsung and Apple that toppled Nokia and Motorola. In its last fiscal year, Qualcomm had revenue of $23.6 billion and a profit of $5.7 billion.

Qualcomm's ventures in phones and network gear helped promote CDMA but did not make much money because older companies did not need CDMA until the success of wireless began to tax the capacity of their networks. Qualcomm turned to Asian companies that wanted to get into wireless.

"You'd never have seen the Koreans or the Chinese in wireless if not for Qualcomm and CDMA," said Clint McClellan, a 17-year employee of Qualcomm who now runs a wireless health business. "We enabled those markets."

South Korea, in particular, made CDMA an industrial policy, which carried Qualcomm for years. More recently, China accounted for half of Qualcomm's revenue. Apple's Taiwanese manufacturers, which pay Qualcomm royalties for iPhones, are another big profit center.

Qualcomm would not say what it charges for its intellectual property, but analysts figure the fee usually amounts to 5 percent of the selling price of a phone — at least it did, until the 2015 Chinese fine, which included an agreement that Chinese manufacturers pay only about half the old Qualcomm royalty.

That, and problems collecting Chinese royalties even before the agreement, hurt Qualcomm's share price. In 2015, Jana Partners, an activist hedge fund, stepped in and pressed for a breakup of the company into separate intellectual property and chip businesses.

That did not happen, but Qualcomm cut about 15 percent of its staff, cut executive pay and gave Jana three board seats. The stock has recovered to about where it was just before the fine, but not to the heights it reached before the problems.

By helping to create today's smartphone giants, Qualcomm may have engineered its current woes. Qualcomm executives say they see a connection between the China discounts, which Qualcomm had hoped would be limited to that country, and the latest regulatory attacks.

"We believe Samsung had a major role to play in the Korean decision," said Don Rosenberg, a lawyer for Qualcomm. The regulators, he said, "were prodded and mislead by commercial interests."

In an email, Hea-Ryoung Jee, a spokeswoman for Samsung, said it "was one of many multinational corporations" that responded to questions from South Korean regulators.

Qualcomm's lawyer figures the Korean case may take years to move through the courts. And recent events, including the impeachment of South Korea's president and a bribery scandal at Samsung, could complicate, or eliminate, Qualcomm's regulatory issues there.

Additionally, the F.T.C. has just three of its normal five commissioners. One of those, Maureen Ohlhausen, a Republican, voted against the suit. She may be named chairwoman when Edith Ramirez, a Democrat, steps down on Feb. 10.

 © 2023 Factiva, Inc. All rights reserved.

Neither the F.T.C. nor Apple would comment on the United States case against Qualcomm.

“It’s disappointing when our partners want to pay less after we’ve contributed to their success,” said Derek Aberle, Qualcomm’s president. “By sharing our technology, we enable others.”

Now it must get out ahead of other technology inventors in 5G, possibly while paying billions in fines and dealing with a painful restructuring and fraying relationships with its biggest customers.

“We’re not sitting still” while the problems are sorted, Mr. Aberle said. “You have to invest, and invent cool stuff that will change the way people live their lives.”

In other words, create unique technology so people will keep paying for Qualcomm’s expensive intellectual property.

**ART** A Las Vegas show this month. In December, Qualcomm was fined $850 million in South Korea. | George Rose/Getty Images

**CO** ftrade : Federal Trade Commission | applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | sfra : San Francisco | skorea : South Korea | usca : California | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | usw : Western U.S.

**IPD** Suits and Litigation (Civil)

**PUB** The New York Times Company

**AN** Document NYTFEED020170121ed1l0005m

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm Comments on Apple Complaint**

**WC** 331 words

**PD** 20 January 2017

**ET** 19:57

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

SAN DIEGO, Jan. 20, 2017 /PRNewswire/ -- "While we are still in the process of reviewing the complaint in detail, it is quite clear that Apple's claims are baseless. Apple has intentionally mischaracterized our agreements and negotiations, as well as the enormity and value of the technology we have invented, contributed and shared with all mobile device makers through our licensing program. Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information. We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated.

About Qualcomm

**TD**

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Tina Asmar, Public Affairs

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/qualcomm-comments-on-apple-complaint-300394418.html

SOURCE Qualcomm Incorporated

(END)

**CO** qcom : Qualcomm Incorporated | applc : Apple Inc.

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | namz : North America

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170121ed1l00004

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- 2nd Update**

**BY** By Tripp Mickle

**WC** 838 words

**PD** 20 January 2017

**ET** 20:01

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 20:01 ET (01:01 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0003h

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| HD | **Apple files $1 billion lawsuit against chip supplier Qualcomm** |
| WC | 641 words |
| PD | 20 January 2017 |
| ET | 20:10 |
| SN | Reuters News |
| SC | LBA |
| LA | English |
| CY | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

(Reuters) - Apple Inc filed a $1 billion lawsuit against supplier Qualcomm Inc on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

Qualcomm is a major supplier to both Apple and Samsung Electronics Co Ltd for "modem" chips that connect phones to wireless networks. The two companies together accounted for 40 percent of Qualcomm's $23.5 billion in revenue in its most recent fiscal year.

**TD**

In the lawsuit filed in U.S. District Court for the Southern District of California, Apple accused Qualcomm of overcharging for chips and refusing to pay some $1 billion in promised rebates. Apple said in its complaint that Qualcomm withheld the rebates because of Apple's discussions with South Korea's antitrust regulator, the Korea Fair Trade Commission.

"If that were not enough, Qualcomm then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments to Apple. Apple refused," Apple said in its lawsuit.

In a statement, Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless."

"Apple has been actively encouraging regulatory attacks on Qualcomm’s business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information," Rosenberg said in the statement.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple’s practices and a robust examination of the merits.”

Qualcomm's stock closed 2.4 percent lower at $62.88 on the news.

Qualcomm has patents for chips which include standard essential patents, a term used to describe technology that is required to be licensed broadly and on "reasonable" terms.

In its lawsuit, Apple accused Qualcomm of refusing to license the technology to other manufacturers to prevent them from making the chips.

It also accused Qualcomm of selling chips while requiring Apple to pay a separate licensing fee for the same chips, in a "no license, no chip" policy.

In addition, Qualcomm pressured network carriers to not sell or support Apple devices made with Intel chipsets Apple said.

The KFTC fined Qualcomm $854 million in December for what it called unfair patent licensing practices.

 © 2023 Factiva, Inc. All rights reserved.

In February 2015, Qualcomm paid a $975 million fine in China, while the European Union in December 2015 accused it of abusing its market power to thwart rivals.

On Tuesday, the U.S. Federal Trade Commission filed a lawsuit against Qualcomm, saying the San Diego-based company used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers. Qualcomm said it would contest the FTC complaint.

Qualcomm was the sole supplier of modem chips for Apple's phones until the release of the iPhone 7 in September. Intel Corp supplied about half of the modem chips for the newest models, said Stacy Rasgon, a senior analyst at Bernstein Research. Intel's shares closed up 1 percent at $36.94 after the Qualcomm suit was announced.

Apple made the move around the same time that Samsung, which had switched to using its own internal chips for its Galaxy S6 phones, returned to Qualcomm for the Galaxy S7.

Qualcomm "has been able to manage through (the Apple contract loss) pretty well because they got back Samsung at the same time," Rasgon said.

Apple is known for seeking multiple suppliers to keep prices down, said Jim Morrison, vice president of technical intelligence for TechInsights, which tears down devices to analyze their parts.

(Reporting by Diane Bartz in Washington and Stephen Nellis in San Francisco; Editing by Matthew Lewis and Cynthia Osterman)

**RF** Released: 2017-1-21T01:10:54.000Z

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | sansel : Samsung Electronics Co Ltd | usagov : United States Federal Government

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ielec : Consumer Electronics | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gpol : Domestic Politics | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:RTRFLN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170120ed1k016wh

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- 2nd Update**

**BY** By Tripp Mickle

**WC** 838 words

**PD** 20 January 2017

**ET** 20:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 20:16 ET (01:16 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0000r

**HD** **Apple antitrust suit: Qualcomm overcharged 'billions'**

**BY** Glenn CHAPMAN

**WC** 648 words

**PD** 20 January 2017

**ET** 20:29

**SN** Agence France Presse

**SC** AFPR

**LA** English

**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Apple on Friday sued Qualcomm, accusing the California chipmaker of abusing its market power to demand unfair royalties, echoing charges filed days earlier by US antitrust regulators.

Tech giant Apple said in the court filing that it has been overcharged "billions of dollars" by its chipmaking partner's "illegal scheme."

**TD**

The company also claimed Qualcomm owes it a billion dollars but is refusing to pay in retaliation for the iPhone maker's cooperating with South Korean antitrust regulators looking into the chipmaker's actions in that country.

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with," Apple said in an email statement.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

Qualcomm rejected Apple's claims at baseless, contending the iPhone maker "intentionally mischaracterized" agreements as well as the value of the company's technology.

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world... by misrepresenting facts and withholding information," Qualcomm general counsel Don Rosenberg said in a statement.

"We welcome the opportunity to have these meritless claims heard in court."

The suit charges Qualcomm of building a business model on using its rights to older, legacy technology considered telecommunication industry standards to raise royalties when Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said.

Apple noted in the suit that Qualcomm's business practices have come under scrutiny by antitrust regulators in an array of countries for selling its smartphone chipsets only to makers agreeing to its "preferred license terms" for essential mobile telecom patents.

Apple asked for a jury trial, and for damages including Qualcomm paying the company what it owes plus giving up excessive royalties it has raked in.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple filing came three days after the US Federal Trade Commission filed suit in federal court in California claiming Qualcomm abused its market power in as part of its "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

South Korea's anti-trust watchdog last month slapped Qualcomm with a record fine exceeding $850 million for abusing its dominant market position as a maker of baseband chipsets used in mobile phones.

Apple relies on Qualcomm for chip-based modems that enable iPhones and iPads to communicate with telecommunication networks.

Apple undoubtedly knows of the antitrust tide rising against Qualcomm and would like to help provide room for rival chipmakers to flourish, perhaps letting Intel improve its position, according to analyst Patrick Moorhead of Moor Insights and Strategy.

"I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm," Moorhead said, referring to the mobile device modems.

"Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this."

While the legal case alleges exclusionary contracts and the idea of being overcharged for licensing, it may well be powered by Apple wanting to ramp up competition to Qualcomm so it can negotiate better deals, the analyst said.

Modem chips are separate from processors that act as the brains or graphics engines for mobile devices.

gc/mdo

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** 2ndlead

**PUB** Agence France-Presse

**AN** Document AFPR000020170121ed1l000m9

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Says Apple 'Encouraging Regulatory Attacks'**

Barron's Blogs, 20:34, 20 January 2017, 216 words, (English)

Following word this afternoon that Apple (AAPL) has filed suit against one of its biggest suppliers, chip maker Qualcomm (QCOM), Qualcomm sent out a statement calling Apple's claims baseless.

Document WCBBE00020170121ed1l0002t

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **UPDATE 4-Apple files $1 billion lawsuit against chip supplier Qualcomm**

WC 657 words

PD 20 January 2017

ET 20:10

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

(Adds comment from Qualcomm, stock moves)

By Diane Bartz and Stephen Nellis

TD

Jan 20 (Reuters) - Apple Inc filed a $1 billion lawsuit against supplier Qualcomm Inc on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

Qualcomm is a major supplier to both Apple and Samsung Electronics Co Ltd for "modem" chips that connect phones to wireless networks. The two companies together accounted for 40 percent of Qualcomm's $23.5 billion in revenue in its most recent fiscal year.

In the lawsuit filed in U.S. District Court for the Southern District of California, Apple accused Qualcomm of overcharging for chips and refusing to pay some $1 billion in promised rebates. Apple said in its complaint that Qualcomm withheld the rebates because of Apple's discussions with South Korea's antitrust regulator, the Korea Fair Trade Commission.

"If that were not enough, Qualcomm then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments to Apple. Apple refused," Apple said in its lawsuit.

In a statement, Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless."

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information," Rosenberg said in the statement.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits."

Qualcomm's stock closed 2.4 percent lower at $62.88 on the news.

Qualcomm has patents for chips which include standard essential patents, a term used to describe technology that is required to be licensed broadly and on "reasonable" terms.

In its lawsuit, Apple accused Qualcomm of refusing to license the technology to other manufacturers to prevent them from making the chips.

It also accused Qualcomm of selling chips while requiring Apple to pay a separate licensing fee for the same chips, in a "no license, no chip" policy.

In addition, Qualcomm pressured network carriers to not sell or support Apple devices made with Intel chipsets Apple said.

The KFTC fined Qualcomm $854 million in December for what it called unfair patent licensing practices.

In February 2015, Qualcomm paid a $975 million fine in China, while the European Union in December 2015 accused it of abusing its market power to thwart rivals.

On Tuesday, the U.S. Federal Trade Commission filed a lawsuit against Qualcomm, saying the San Diego-based company used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers. Qualcomm said it would contest the FTC complaint.

Qualcomm was the sole supplier of modem chips for Apple's phones until the release of the iPhone 7 in September. Intel Corp supplied about half of the modem chips for the newest models, said Stacy Rasgon, a senior analyst at Bernstein Research. Intel's shares closed up 1 percent at $36.94 after the Qualcomm suit was announced.

Apple made the move around the same time that Samsung, which had switched to using its own internal chips for its Galaxy S6 phones, returned to Qualcomm for the Galaxy S7.

Qualcomm "has been able to manage through (the Apple contract loss) pretty well because they got back Samsung at the same time," Rasgon said.

Apple is known for seeking multiple suppliers to keep prices down, said Jim Morrison, vice president of technical intelligence for TechInsights, which tears down devices to analyze their parts. (Reporting by Diane Bartz in Washington and Stephen Nellis in San Francisco; Editing by Matthew Lewis and Cynthia Osterman)

| | |
|---|---|
| **RF** | Released: 2017-1-21T02:10:11.000Z |
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated \| sansel : Samsung Electronics Co Ltd |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| ielec : Consumer Electronics \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c12 : Corporate Crime/Legal Action \| c41 : Management \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170120ed1k017it |

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **BRIEF-Qualcomm terms Apple's claims on lawsuit "baseless"** |
| **WC** | 49 words |
| **PD** | 20 January 2017 |
| **ET** | 20:12 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |
| **LP** | Jan 20 (Reuters) - Qualcomm Inc<br><br>* Qualcomm comments on Apple complaint |
| **TD** | * Says are still in process of reviewing complaint in detail<br><br>* Says that Apple's claims are baseless Source text for Eikon: Further company coverage: |
| **RF** | Released: 2017-1-21T02:12:52.000Z |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c12 : Corporate Crime/Legal Action \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170121ed1l0018i |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk**

**WC** 172 words

**PD** 20 January 2017

**ET** 21:22

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

2121 ET [Dow Jones] With Apple Inc.'s lawsuit against Qualcomm Inc. filed on Friday, the iPhone maker piled on behind the South Korean Fair Trade Commission and the U.S. Federal Trade Commission in accusing the chip maker of anti-competitive business practices. Apple accused Qualcomm of allegedly withholding rebates on chip royalty payments that it said it was due in return for agreeing to use Qualcomm's modem chips exclusively in its phones between 2011 and 2016. Only days earlier, the FTC had sued Qualcomm for allegedly paying Apple rebates for the same commitment of exclusivity, thus blocking competitors and licensing essential smartphone patents in a discriminatory fashion. Stacy Rasgon, an analyst with Sanford L. Bernstein noted the irony: "Apple," he said, "seems to be suing Qualcomm for stopping something that the FTC is suing them for doing." (ted.greenwald@wsj.com)

(MORE TO FOLLOW) Dow Jones Newswires

**TD**

January 20, 2017 21:22 ET (02:22 GMT)

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0003x

FT FINANCIAL TIMES

HD **Apple sues Qualcomm for $1bn for abusing its monopoly position**

BY Hannah Kuchler in San Francisco

WC 551 words

PD 20 January 2017

ET 20:57

SN Financial Times (FT.Com)

SC FTCMA

LA English

CY Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

LP

Apple has filed a $1bn lawsuit against Qualcomm accusing the chipmaker of abusing a monopoly position, after the US and South Korean regulators argued it exploited its market dominance at the expense of handset makers.

Shares in Qualcomm fell 2.4 per cent to $62.88 just before the markets closed on Friday when the lawsuit was published. This is the first direct challenge by one of Qualcomm's major customers but it follows a lawsuit by the US Federal Trade Commission on Tuesday, and an $890m fine from the South Korean antitrust authorities late last year.

TD

Apple is demanding a payment of $1bn it believes is due as a rebate for licensing fees, which it claims the chipmaker is holding back as punishment for Apple "responding truthfully" to the South Korean investigation. Qualcomm, it claims, charges Apple at least five times more than what it pays all its other cellular patent licensers combined.

"Qualcomm built its business on older, legacy, standards but reinforces its dominance through exclusionary tactics and excessive royalties," Apple said in a statement.

"We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Qualcomm said that Apple had "intentionally mischaracterised" the agreements and negotiations between the two companies.

The smartphone patent wars are heating up, as questions left unanswered in the last round of litigation between Apple, Samsung, Google and Motorola emerge again.

Last month, Apple and Nokia launched legal challenges against each other on both sides of the Atlantic, with Apple accusing two companies associated with the Finnish group of trying to extract and extort exorbitant revenue, and Nokia claiming Apple had infringed 32 of its patents in products that include the iPhone and iPad.

In the complaint in the Qualcomm case, Apple asks the court to look at a representative sample of Qualcomm's patents to see if they are valid and to examine if the royalties are too high. Every time Apple adds a new feature, such as touch ID to access Apple Pay, or increasing the memory on an iPhone, Qualcomm collects a larger royalty, the complaint claims.

"Apple products are among the most innovative in the world, yet because of its monopoly power, its suppression of the disclosure of information to government agencies investigating Qualcomm, and an

abusive licensing model, Qualcomm believes it is entitled to collect its ‘tribute’ on every such improvement,” it writes.

Apple also accuses Qualcomm of coercing customers into remaining quiet in an effort to keep courts and regulators in the dark.

“Qualcomm pursues its illegal practices through a secret web of agreements designed to obfuscate its conduct,” it added.

Dan Rosenberg, Qualcomm’s executive vice-president and general counsel, said Qualcomm was still reviewing the complaint but it was clear the claims were “baseless”.

“Apple has been actively encouraging regulatory attacks on Qualcomm’s business in various jurisdictions around the world,” he said. “We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple’s practices and a robust examination of the merits.”

| | |
|---|---|
| **CO** | ftrade : Federal Trade Commission \| applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | The Financial Times Limited (AAIW/EIW) |
| **AN** | Document FTCMA00020170120ed1k00bq9 |

 © 2023 Factiva, Inc. All rights reserved.

The Washington Post

SE A-Section

HD **Digest**

WC 674 words

PD 21 January 2017

SN The Washington Post

SC WP

ED FINAL

PG A07

LA English

CY Copyright 2017, The Washington Post Co. All Rights Reserved

LP

TECHNOLOGY

Apple seeks $1 billion from Qualcomm

TD

Apple filed a lawsuit Friday accusing Qualcomm of monopolizing the market for computer chips for wireless devices and of withholding $1 billion in retaliation for Apple's cooperation with antitrust authorities in South Korea.

Qualcomm has been under fire from regulators around the world for its patent licensing practices. Apple's lawsuit is the first direct challenge by one of Qualcomm's biggest customers.

In December, South Korea fined the company $890 million and described its practices as monopolistic. Qualcomm has said it will appeal the decision.

Under an agreement with Qualcomm, Apple said, it was forced to refrain from taking any steps to challenge Qualcomm's business model.

When Apple complied with demands from Korean regulators, Qualcomm said that was a violation of the agreement.

In retaliation, Qualcomm withheld money that it was to pay Apple in royalty rebates, the iPhone maker said.

Apple is demanding that the chipmaker hand over the money.

The suit also challenges the validity of some Qualcomm patents for wireless technologies. Apple is asking the court to rule that, if the patents are upheld, the royalty amount is significantly lower than what Qualcomm charges now.

- Bloomberg News

AUTO INDUSTRY

New Mexico suing Takata, automakers

New Mexico Attorney General Hector Balderas filed a lawsuit Friday against Japanese manufacturer Takata and a list of automakers over the sale of cars with dangerous air bag inflaters.

The attorney general's office argues that the manufacturers had a duty to ensure that their products were safe. Concealment of defects in the air bags amounted to unfair, deceptive and unconscionable trade practices under New Mexico law, the suit says.

Takata already has agreed to pay $1 billion in fines and restitution in a plea deal with the federal Justice Department over a years-long scheme to conceal the deadly defect in its inflaters. It also faces other litigation.

New Mexico's case also targets numerous automakers that used the faulty bags in their vehicles.

The state is seeking civil penalties for each defective air bag that entered the New Mexico market and penalties for each day the manufacturers misrepresented the safety of their products. State prosecutors also are seeking a jury trial.

Takata air bag inflaters can explode with too much force, spewing shrapnel at passengers. At least 27 people have died because of the defect.

- Associated Press

Also in Business

l Puerto Rican Gov. Ricardo Rossello is criticizing orders from a federal control board in the first clash over how best to tackle the island's deep economic crisis. Rossello said Friday that the board's demands are unacceptable and differ greatly from his vision to promote economic growth. On Wednesday, the control board ordered the administration to present a plan that would generate $4.5 billion a year in revenue or savings through 2019. Officials said Puerto Rico should reform its tax system, reduce health-care and higher education spending, and cut the size of its government.

l AT&T signed up new pay-TV customers for the first time in seven quarters, thanks to its new live online video service. DirecTV Now, which targets consumers who don't subscribe to traditional TV, helped woo at least 200,000 video subscribers in the fourth quarter and offset a loss of satellite-TV customers, according to a filing Friday of preliminary results. The gain reflects a promotional offer of $35 a month for 100-plus channels. AT&T introduced DirecTV Now in November and now charges $60 a month for a similar number of channels.

l The ride-hailing company Uber has hired the man behind Google search to help grow its self-driving car program. Amit Singhal announced on his blog Friday that he will join Uber after 15 years at Alphabet, where he led Google's search division. He will be senior vice president of engineering. Singhal called Uber "a geek's candy store" and said he was excited by the engineering challenges it is tackling.

- From news services

**CT**

**RF** WP20170121digest0121

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | nnam : News Agency Materials | nsum : News Digests | ncdig : Corporate Digests | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usa : United States | namz : North America

**IPD** National-Economy

**PUB** Washington Post

**AN** Document WP00000020170121ed1l0002z

 © 2023 Factiva, Inc. All rights reserved.

NATIONAL POST

| | |
|---|---|
| **SE** | Financial Post |
| **HD** | **Apple sues Qualcomm over patent royalties, antitrust case** |
| **BY** | Susan Decker |
| **CR** | Bloomberg News |
| **WC** | 142 words |
| **PD** | 21 January 2017 |
| **SN** | National Post |
| **SC** | FINP |
| **ED** | All_but_Toronto |
| **PG** | FP2 |
| **LA** | English |
| **CY** | © 2017 National Post . All Rights Reserved. |

**LP**

Apple Inc. filed a lawsuit accusing Qualcomm Inc. of monopolizing the market for chips for wireless devices, and of withholding US$1 billion in retaliation for co-operating with antitrust authorities in South Korea.

Qualcomm has been under fire for its patent licensing practices. The lawsuit filed Friday is the first direct challenge by one of its biggest customers.

**TD**

Apple is demanding Qualcomm hand over money that was supposed to be a rebate for licensing fees. Qualcomm is holding back the money as punishment for Apple cooperating with Korean antitrust regulators, according to the complaint.

The complaint also challenges the validity of some key Qualcomm patents. Apple asks the court to rule that, if the patents are upheld, the royalty amount is significantly lower than what Qualcomm charges now.

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| c34 : Anti-Competition Issues \| nnam : News Agency Materials \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | cana : Canada \| namz : North America |
| **IPD** | News |
| **PUB** | National Post |
| **AN** | Document FINP000020170121ed1l0001d |

DOW JONES NEWSWIRES


HD **Apple Sues Qualcomm Over Chips -- WSJ**

WC 846 words

PD 21 January 2017

ET 02:32

SN Dow Jones Institutional News

SC DJDN

PG B3

LA English


CY Copyright © 2017, Dow Jones & Company, Inc.

LP

iPhone maker says component supplier unfairly leveraged its monopoly position

By Tripp Mickle

TD

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has

never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 21, 2017 02:32 ET (07:32 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0002c

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Sues Qualcomm Over Chips -- WSJ** |
| **WC** | 846 words |
| **PD** | 21 January 2017 |
| **ET** | 02:47 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **PG** | B3 |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

iPhone maker says component supplier unfairly leveraged its monopoly position

By Tripp Mickle

**TD**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has

never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 21, 2017 02:47 ET (07:47 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00083

 © 2023 Factiva, Inc. All rights reserved.

The New York Times


**SE** Business/Financial Desk; SECTB

**HD** **Apple Adds to Qualcomm's Troubles, Filing a Lawsuit Over Rebates**

**BY** By QUENTIN HARDY

**WC** 1,208 words

**PD** 21 January 2017

**SN** The New York Times

**SC** NYTF

**ED** Late Edition - Final

**PG** 1

**LA** English


**CY** Copyright 2017 The New York Times Company. All Rights Reserved.

**LP**

SAN FRANCISCO -- By mastering some tough computer chip technology and then pulling off an audacious business strategy based on selling its smartphone knowledge, Qualcomm has made billions of dollars and seized influence in the tech industry.

Some days that is a real drag.

**TD**

On Friday, Apple, its longtime partner, sued Qualcomm over what it said was $1 billion in withheld rebates. In the lawsuit, filed in Federal District Court for the Southern District of California, in San Diego, Apple said the money had been promised in conjunction with an agreement not to buy chips from other suppliers or to divulge Qualcomm's intellectual property licensing practices. The suit seeks the rebates, among other things.

Apple sued three days after the Federal Trade Commission accused Qualcomm of using anticompetitive practices to guarantee its high royalty payments for advanced wireless technology. The commission cited Qualcomm's deals with Taiwanese companies that manufacture Apple iPhones over semiconductors it sells for the iPhone.

In its complaint, the commission described Qualcomm as "the world's dominant supplier" of semiconductors that manage smartphone communications. The commission said Qualcomm had obtained "elevated royalties" for its patented intellectual property on wireless communications. Other smartphone chip makers have to pay Qualcomm for that intellectual property, too.

The commission and Apple complaints follow several other problems, including a $975 million fine by Chinese regulators in 2015 and activist shareholder complaints later that year that forced layoffs at Qualcomm. Last month, Qualcomm was fined $850 million in South Korea for unfair patent licensing.

When Apple provided information to South Korean regulators in that case, and sought competing chips from Intel, Qualcomm refused to pay Apple its promised money, Apple said.

Qualcomm has vowed to fight the South Korean charge and the F.T.C. suit. "Apple has intentionally mischaracterized our agreements and negotiations," Qualcomm said in a statement, adding that it would fight that lawsuit, too.

Few expect Qualcomm to back down. It was shaped by its founders to be brainy, combative and profitable.

"They are seasoned, and equipped to fight," said Mark Hung, an analyst at Gartner. "But when such a big company is so reliant on the way it sells its intellectual property, and under the microscope in various geographies, it's tough."

Qualcomm, which is based in San Diego, far from Silicon Valley, was founded in 1985 by seven people, including Irwin Jacobs and Andrew Viterbi. The two were well-regarded electrical engineering professors who had formed a military satellite communications company.

Qualcomm's engineers work at a 41-building campus between a park and the University of California, San Diego. They have earned thousands of patents, including for the airplane mode on smartphones and the way apps are downloaded from stores.

Companies like Samsung and Apple need Qualcomm for the technology that enables things like high-speed wireless video for millions of people at once.

Its major technology is spread spectrum, which harnesses lots of computation and clever radio engineering for use in the various functions of smartphones.

Qualcomm's radio technology is called CDMA, for code division multiple access, a way voice calls work more efficiently over cellphone networks. And the company's influence grew over the last several years with the advent of third-generation, or 3G, phones as people started downloading lots of mobile data as well as making calls.

At the time, many thought Qualcomm's success would be limited to that transition. Instead, Qualcomm innovated in 4G wireless for the new smartphones from Samsung and Apple that toppled Nokia and Motorola. In its last fiscal year, Qualcomm had revenue of $23.6 billion and a profit of $5.7 billion.

Qualcomm's ventures in phones and network gear helped promote CDMA but did not make much money because older companies did not need CDMA until the success of wireless began to tax the capacity of their networks. Qualcomm turned to Asian companies that wanted to get into wireless.

"You'd never have seen the Koreans or the Chinese in wireless if not for Qualcomm and CDMA," said Clint McClellan, a 17-year employee of Qualcomm who now runs a wireless health business. "We enabled those markets."

South Korea, in particular, made CDMA an industrial policy, which carried Qualcomm for years. More recently, China accounted for half of Qualcomm's revenue. Apple's Taiwanese manufacturers, which pay Qualcomm royalties for iPhones, are another big profit center.

Qualcomm would not say what it charges for its intellectual property, but analysts figure the fee usually amounts to 5 percent of the selling price of a phone -- at least it did, until the 2015 Chinese fine, which included an agreement that Chinese manufacturers pay only about half the old Qualcomm royalty.

That, and problems collecting Chinese royalties even before the agreement, hurt Qualcomm's share price. In 2015, Jana Partners, an activist hedge fund, stepped in and pressed for a breakup of the company into separate intellectual property and chip businesses.

That did not happen, but Qualcomm cut about 15 percent of its staff, cut executive pay and gave Jana three board seats. The stock has recovered to about where it was just before the fine, but not to the heights it reached before the problems.

By helping to create today's smartphone giants, Qualcomm may have engineered its current woes. Qualcomm executives say they see a connection between the China discounts, which Qualcomm had hoped would be limited to that country, and the latest regulatory attacks.

"We believe Samsung had a major role to play in the Korean decision," said Don Rosenberg, a lawyer for Qualcomm. The regulators, he said, "were prodded and misled by commercial interests."

In an email, Hea-Ryoung Jee, a spokeswoman for Samsung, said it "was one of many multinational corporations" that responded to questions from South Korean regulators.

Qualcomm's lawyer figures the Korean case may take years to move through the courts. And recent events, including the impeachment of South Korea's president and a bribery scandal at Samsung, could complicate, or eliminate, Qualcomm's regulatory issues there.

 © 2023 Factiva, Inc. All rights reserved.

Additionally, the F.T.C. has just three of its normal five commissioners. One of those, Maureen Ohlhausen, a Republican, voted against the suit. She may be named chairwoman when the current chairwoman, Edith Ramirez, a Democrat, steps down on Feb. 10.

Neither the F.T.C. nor Apple would comment on the United States case against Qualcomm.

"It's disappointing when our partners want to pay less after we've contributed to their success," said Derek Aberle, Qualcomm's president.

Now it must get out ahead of other technology inventors in 5G, possibly while paying billions in fines and dealing with a painful restructuring and fraying relationships with its biggest customers.

"We're not sitting still" while the problems are sorted, Mr. Aberle said. "You have to invest, and invent cool stuff that will change the way people live their lives."

In other words, create unique technology so people will keep paying for Qualcomm's expensive intellectual property.

**ART** A Las Vegas show this month. In December, Qualcomm was fined $850 million in South Korea. (PHOTOGRAPH BY GEORGE ROSE/GETTY IMAGES) (B4)

**CO** ftrade : Federal Trade Commission | applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | skorea : South Korea | usca : California | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | usw : Western U.S.

**IPD** Business/Financial Desk

**PUB** The New York Times Company

**AN** Document NYTF000020170121ed1l0005a

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **DJ QUALCOMM Incorporated, Inst Holders, 4Q 2016 (QCOM)**

**WC** 759 words
**PD** 21 January 2017
**ET** 03:03
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

The following table shows the largest shareholders in QUALCOMM INC COM (QCOM) for the quarter ended December 31, 2016, listed by holding size. The list represents up to 50 of the largest holders in the company.

Note: Unless otherwise mentioned the reporting date is 12/31/2016

**TD**

| Institution | Shares Held | Shares Changed | % Held | Last Report |
|---|---|---|---|---|
| The Vanguard Group Inc. | 97,198,871 | 2,819,248 | 6.581 | 09/30 |
| SSgA Funds Management Inc. | 66,472,162 | 8,136,506 | 4.501 | 09/30 |
| BlackRock Fund Advisors | 61,177,676 | 3,816,224 | 4.142 | 09/30 |
| Fidelity Management & Research | 60,662,768 | 8,300,448 | 4.107 | 09/30 |
| Barrow Hanley Mewhinney & St | 21,024,535 | (573,470) | 1.424 | 09/30 |
| Northern Trust Investments In | 20,283,988 | 513,204 | 1.373 | 09/30 |
| T. Rowe Price Associates Inc. | 18,415,572 | 1,647,152 | 1.247 | 09/30 |
| Jennison Associates LLC | 17,576,366 | 10,234,556 | 1.190 | 09/30 |
| Columbia Management Investment | 17,097,778 | 985,902 | 1.158 | 09/30 |
| PRIMECAP Management Co. | 16,980,554 | (339,570) | 1.150 | 09/30 |
| Orbis Investment Management Lt | 16,207,559 | (1,738,213) | 1.097 | 09/30 |
| Capital Research & Management | 15,964,849 | 1,498,389 | 1.081 | 09/30 |
| Loomis Sayles & Co. LP | 15,927,250 | 487,780 | 1.078 | 09/30 |
| Jackson Square Partners LLC | 14,995,509 | (2,203,552) | 1.015 | 09/30 |
| Geode Capital Management LLC | 14,634,512 | 858,063 | 0.991 | 09/30 |
| Invesco PowerShares Capital Ma | 13,617,925 | 1,712,141 | 0.922 | 09/30 |
| The Caisse de depot et placeme | 12,269,100 | (65,900) | 0.831 | 09/30 |
| Mellon Capital Management Corp | 11,724,309 | 485,403 | 0.794 | 09/30 |
| BlackRock Advisors LLC | 11,688,812 | (2,131,452) | 0.791 | 09/30 |
| Capital Research & Management | 11,400,000 | 4,150,000 | 0.772 | 09/30 |
| Managed Account Advisors LLC | 10,660,558 | (364,875) | 0.722 | 09/30 |
| Wells Fargo Advisors LLC | 10,494,301 | 65,365 | 0.711 | 09/30 |
| Invesco Advisers Inc. | 10,430,056 | (157,161) | 0.706 | 09/30 |
| Brown Brothers Harriman & Co. | 10,198,713 | (1,257,978) | 0.691 | 09/30 |
| BlackRock Investment Managemen | 10,067,130 | (1,220,919) | 0.682 | 09/30 |
| Fisher Asset Management LLC | 9,688,348 | (2,893) | 0.656 | 12/31 |
| Wellington Management Co. LLP | 9,457,772 | 4,223,400 | 0.640 | 09/30 |
| Magellan Asset Management Ltd. | 9,453,133 | 206,974 | 0.640 | 09/30 |

| | | | | |
|---|---|---|---|---|
| Dimensional Fund Advisors LP | 8,944,700 | 1,188,903 | 0.606 | 09/30 |
| Merrill Lynch Pierce Fenner | 8,770,013 | (1,140,151) | 0.594 | 09/30 |
| JPMorgan Investment Management | 8,512,706 | 1,505,056 | 0.576 | 09/30 |
| Artisan Partners LP | 8,439,482 | (62,435) | 0.571 | 09/30 |
| Grantham Mayo Van Otterloo & | 8,287,646 | (855,014) | 0.561 | 09/30 |
| BlackRock Investment Managemen | 7,820,824 | (527,273) | 0.530 | 09/30 |
| Morgan Stanley Smith Barney LL | 7,717,149 | 271,297 | 0.523 | 09/30 |
| LSV Asset Management | 7,702,168 | 711,245 | 0.522 | 09/30 |
| Legal & General Investment Man | 7,118,938 | 31,859 | 0.482 | 09/30 |
| Deutsche Asset Management Inve | 7,082,642 | 617,364 | 0.480 | 09/30 |
| The Bank of New York Mellon Co | 6,917,797 | 1,258,886 | 0.468 | 09/30 |
| Charles Schwab Investment Mana | 6,518,242 | 398,983 | 0.441 | 09/30 |
| Harris Associates LP | 6,183,306 | 15,251 | 0.419 | 09/30 |
| TIAA-CREF Investment Managemen | 5,717,069 | 533,158 | 0.387 | 09/30 |
| Parametric Portfolio Associate | 5,665,552 | (85,815) | 0.384 | 09/30 |
| BlackRock Advisors (UK) Ltd. | 5,522,153 | (66,355) | 0.374 | 09/30 |
| Goldman Sachs Asset Management | 5,513,268 | (386,084) | 0.373 | 09/30 |
| Lord Abbett & Co. LLC | 5,333,996 | 327,493 | 0.361 | 09/30 |
| Manulife Asset Management (US) | 5,131,905 | (1,273,986) | 0.347 | 09/30 |
| Franklin Advisers Inc. | 4,896,817 | (983,590) | 0.332 | 09/30 |
| Credit Suisse Securities (USA) | 4,831,438 | 276,588 | 0.327 | 09/30 |
| Quantitative Management Associ | 4,741,644 | 679,904 | 0.321 | 09/30 |

13F data provided by: Factset Research Systems Inc.;
Please send questions to ownership@factset.com.
Copyright, Factset Research Systems, 2017. All Rights Reserved.

(END) Dow Jones Newswires

January 21, 2017 03:03 ET (08:03 GMT)

**CO** vngd : The Vanguard Group Inc | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i831 : Financial Investments | ifinal : Financial Services | iinv : Investing/Securities

**NS** c181 : Acquisitions/Mergers/Divestments | ceqpm : Equity Portfolios of $100 Million (13F) | cgvfil : Government Filings | neqac : Equities Asset Class News | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0008m

Los Angeles Times

**SE** Business; Business Desk

**HD** **BUSINESS BEAT; Apple lawsuit seeks $1 billion from Qualcomm**

**CR** Associated Press

**WC** 298 words

**PD** 21 January 2017

**SN** Los Angeles Times

**SC** LATM

**ED** Home Edition

**PG** C-2

**LA** English

**CY** Copyright 2017 The Los Angeles Times

**LP**

Apple Inc. is suing mobile chip maker Qualcomm Inc. for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The complaint filed Friday in a San Diego federal court depicts Qualcomm as a monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

**TD**

Apple says it has been cooperating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

Qualcomm didn't immediately respond to requests for comment. The San Diego company has said that its 3G and 4G cellular patents are essential to what makes smartphones truly mobile, with the ability to link to the Internet from almost anywhere. The royalties it has been charging for these key technologies for more than two decades are not unreasonable, the company contends.

Cupertino, Calif.-based Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging that Qualcomm has been imposing unfair licensing terms on manufacturers.

The FTC alleged that Qualcomm used its dominant market share in wireless chips to get excessive royalties on key, standard essential patents, which are supposed to be made available at reasonable rates under law.

The agency also accused Qualcomm of giving Apple rebates in exchange for being the exclusive supplier of cellular modems in iPhones from 2011 through 2015 -- hurting competitors. And the FTC lawsuit came a month after a South Korean regulator, the Korea Fair Trade Commission, fined Qualcomm $865 million over patent royalties.

--

San Diego Union-Tribune staff writer Mike Freeman contributed to this report.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

| | |
|---|---|
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| nnam : News Agency Materials \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Wire |
| **PUB** | Tribune Publishing Company |
| **AN** | Document LATM000020170121ed1l0001e |

 © 2023 Factiva, Inc. All rights reserved.

HD **Factory Mutual Insurance Co. Sells 80,000 Shares of Qualcomm Inc.**

WC 892 words
PD 21 January 2017
SN Cyprus Mail
SC CYMAIL
LA English
CY © 2017, Cyprus Mail, All rights Reserved - Provided by SyndiGate Media Inc.

LP

Factory Mutual Insurance Co. reduced its stake in Qualcomm Inc. (NASDAQ:QCOM) by 6.0% during the third quarter, according to its most recent Form 13F filing with the Securities and Exchange Commission. The firm owned 1,263,700 shares of the wireless technology companys stock after selling 80,000 shares during the period. Factory Mutual Insurance Co. owned 0.09% of Qualcomm worth $86,563,000 at the end of the most recent reporting period.

TD

Several other institutional investors have also bought and sold shares of QCOM. Capital Research Global Investors acquired a new position in Qualcomm during the second quarter valued at $774,968,000. Capital World Investors acquired a new position in Qualcomm during the second quarter valued at $388,383,000. FMR LLC increased its position in Qualcomm by 9.2% in the second quarter. FMR LLC now owns 56,983,582 shares of the wireless technology companys stock valued at $3,052,610,000 after buying an additional 4,823,120 shares during the last quarter. Franklin Resources Inc. increased its position in Qualcomm by 23.4% in the second quarter. Franklin Resources Inc. now owns 9,300,593 shares of the wireless technology companys stock valued at $498,233,000 after buying an additional 1,761,425 shares during the last quarter. Finally, Bank of Montreal Can acquired a new position in Qualcomm during the second quarter valued at $87,048,000. Hedge funds and other institutional investors own 78.41% of the companys stock.

Shares of Qualcomm Inc. (NASDAQ:QCOM) opened at 64.44 on Friday. The firms 50-day moving average is $66.49 and its 200-day moving average is $64.19. The company has a market cap of $95.17 billion, a PE ratio of 16.91 and a beta of 1.35. Qualcomm Inc. has a 1-year low of $42.24 and a 1-year high of $71.62.

Qualcomm (NASDAQ:QCOM) last posted its earnings results on Wednesday, November 2nd. The wireless technology company reported $1.28 earnings per share (EPS) for the quarter, beating the consensus estimate of $1.13 by $0.15. Qualcomm had a return on equity of 19.31% and a net margin of 24.22%. The company had revenue of $9.17 billion for the quarter, compared to analyst estimates of $5.84 billion. During the same quarter in the previous year, the firm earned $0.91 earnings per share. The firms quarterly revenue was up 68.2% compared to the same quarter last year. On average, equities analysts forecast that Qualcomm Inc. will post $4.76 earnings per share for the current fiscal year.

The firm also recently declared a quarterly dividend, which will be paid on Wednesday, March 22nd. Stockholders of record on Wednesday, March 1st will be paid a dividend of $0.53 per share. The ex-dividend date is Monday, February 27th. This represents a $2.12 dividend on an annualized basis and a dividend yield of 3.29%. Qualcomms payout ratio is 55.64%.

QCOM has been the subject of several recent analyst reports. Mizuho raised shares of Qualcomm from a neutral rating to a buy rating and set a $75.00 price objective for the company in a research note on Thursday, September 29th. Cowen and Company reaffirmed an outperform rating and set a $74.00 price objective on shares of Qualcomm in a research note on Monday, October 10th. Susquehanna initiated coverage on shares of Qualcomm in a research note on Tuesday, December 20th. They set a positive rating and a $80.00 price objective for the company. Nomura raised shares of Qualcomm from a neutral rating to a buy rating and boosted their price objective for the company from $55.00 to $80.00 in a research note on Monday, October 31st. Finally, Vetr cut shares of Qualcomm from a buy rating to a hold rating and set a

$71.00 price objective for the company. in a research note on Monday, October 3rd. Eighteen investment analysts have rated the stock with a hold rating, nineteen have given a buy rating and one has issued a strong buy rating to the stock. The stock has an average rating of Buy and an average price target of $67.92.

In other news, EVP Alexander H. Rogers sold 8,993 shares of the businesss stock in a transaction dated Thursday, December 29th. The stock was sold at an average price of $65.50, for a total transaction of $589,041.50. Following the sale, the executive vice president now owns 655 shares in the company, valued at $42,902.50. The sale was disclosed in a legal filing with the Securities & Exchange Commission, which is available through this hyperlink. Also, Director Stiles Barbara Alexander sold 22,000 shares of the businesss stock in a transaction dated Tuesday, November 8th. The stock was sold at an average price of $68.52, for a total value of $1,507,440.00. Following the sale, the director now owns 2,440 shares in the company, valued at approximately $167,188.80. The disclosure for this sale can be found here. Insiders have sold 99,758 shares of company stock worth $6,704,656 in the last 90 days. Insiders own 0.24% of the companys stock.

**CO** fmi : Factory Mutual Insurance Co | fmrc : FMR LLC | qcom : Qualcomm Incorporated

**IN** i79022 : Wireless Telecommunications Services | i7902 : Telecommunication Services | i34531 : Semiconductors | i82 : Insurance | i82003 : Non-life Insurance | i831 : Financial Investments | ifinal : Financial Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | iinv : Investing/Securities | itech : Technology

**NS** c181 : Acquisitions/Mergers/Divestments | c151 : Earnings | ceqpm : Equity Portfolios of $100 Million (13F) | c182 : Physical Asset Transactions | c15 : Financial Performance | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | cgvfil : Government Filings | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**IPD** Financial Services

**PUB** Cyprus Mail Ltd

**AN** Document CYMAIL0020170121ed1l0008f

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

HD **Apple depicts Qualcomm as a shady monopolist in $1B lawsuit**

CR AP

WC 335 words

PD 20 January 2017

ET 20:59

SN The Canadian Press

SC CPR

LA English

CY (c) 2017 The Canadian Press. All rights reserved.

LP

SAN FRANCISCO _ Apple is suing mobile chip maker Qualcomm for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The 100-page complaint filed Friday in a San Diego federal court depicts Qualcomm as a greedy monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

TD

For instance, Qualcomm demanded royalties on Apple's fingerprint identification system built into recent models of the iPhone and also for larger storage capacities on the devices, according to the lawsuit.

Qualcomm denied the allegations.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, Qualcomm's general counsel.

Apple says it has been co-operating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

"Qualcomm's recent effort to cover its tracks _ by punishing Apple for providing truthful testimony at the request of government regulators _ underscores the lengths to which Qualcomm will go to protect its extortion scheme," the lawsuit alleges.

Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging Qualcomm has been imposing unfair licensing terms on manufacturers.

Besides co-operating with the FTC's investigation, Apple says it has been providing information about its dealings with Qualcomm to regulators in Europe, South Korea and Taiwan.

South Korea regulators last month imposed an $853 million fine on Qualcomm for violating its antitrust laws, a decision that Qualcomm is fighting.

Shares in San Diego-based Qualcomm Inc. fell $1.56, or 2.4 per cent, to close Friday at $62.88. Those of Apple Inc., which is based in Cupertino, California, ended up 22 cents at $120.

RF 20170120CPCPB9690

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics |

| | |
|---|---|
| | icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| nnam : News Agency Materials \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usca : California \| namz : North America \| usa : United States \| usw : Western U.S. |
| **IPD** | B |
| **PUB** | The Canadian Press |
| **AN** | Document CPR0000020170121ed1l0008b |

 © 2023 Factiva, Inc. All rights reserved.

U-T San Diego

**SE** News

**HD** **in other news**

**WC** 74 words

**PD** 21 January 2017

**SN** San Diego Union-Tribune

**SC** SDU

**ED** Final ME

**PG** 1

**LA** English

**CY** Copyright 2017, San Diego Union-Tribune. Distributed by NewsBank, Inc.

**LP**

Apple suing Qualcomm

Apple is suing Qualcomm for roughly $1 billion, saying Qualcomm has been "charging royalties for technologies they have nothing to do with."

**TD**

The complaint was filed on Friday. Story, C1

Storm pounds county

Winds gusting upward of 50 mph whipped the region Friday, knocking out power to 36,000 customers, shutting theme parks and forcing motorists to keep a tight grip on their steering wheels. Story, B1

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npag : Page-One Stories | ncat : Content Types

**RE** usca : California | namz : North America | usa : United States | usw : Western U.S.

**PUB** Union-Tribune Publishing Company

**AN** Document SDU0000020170121ed1l0000i

U-T San Diego

**SE** Business

**HD** **Apple challenges Qualcomm; with $1b suit over royalties; Legal battle in S.D. follows FTC's action over alleged unfair patent licensing**

**BY** Mike Freeman

**WC** 574 words

**PD** 21 January 2017

**SN** San Diego Union-Tribune

**SC** SDU

**ED** Final ME

**PG** 1

**LA** English

**CY** Copyright 2017, San Diego Union-Tribune. Distributed by NewsBank, Inc.

**LP**

Apple is suing Qualcomm for roughly $1 billion, saying Qualcomm has been "charging royalties for technologies they have nothing to do with."

The suit follows the U.S. Federal Trade Commission's lawsuit against Qualcomm this week over alleged unfair patent-licensing practices.

**TD**

The complaint, filed in U.S. District Court in San Diego on Friday, alleges that Qualcomm has withheld $1 billion in rebate payments owed to Apple under an agreement between the two companies because Apple cooperated with an anti-trust investigation by the Korea Fair Trade Commission (KFTC).

Qualcomm is a major supplier to Apple and Samsung for "modem" chips that help phones connect to wireless networks.

The South Korean anti-trust regulator in December fined Qualcomm a record $865 million for anti-competitive patent-licensing practices.

"Qualcomm has withheld the required contractual payments from Apple even though the agreement clearly permits Apple to respond to the KFTC's lawful investigation and requests for information," according to the lawsuit. "If that were not enough, Qualcomm then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments to Apple. Apple refused."

In an email response, Qualcomm General Counsel Don Rosenberg called Apple's allegations "baseless."

Efforts to reach Qualcomm have been unsuccessful. The company has said in the past that its 3G and 4G cellular patents are essential to what makes smartphones truly mobile with the ability to link to the Internet from almost anywhere. The royalties it has been charging for these key technologies for more than two decades are not unreasonable, the company contends.

The San Diego wireless giant also vigorously denies claims made by the FTC and the Korea Fair Trade Commission, saying they are based on a flawed legal theory and inaccurate information about the mobile industry.

Apple issued the following statement regarding the lawsuit:

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with. The more Apple innovates with unique features such as TouchID, advanced displays, and cameras, to name just a few, the more money Qualcomm collects for no reason and the more expensive it becomes for

Apple to fund these innovations. Qualcomm built its business on older, legacy standards but reinforces its dominance through exclusionary tactics and excessive royalties. Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1B in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them.

"Apple believes deeply in innovation and we have always been willing to pay fair and reasonable rates for patents we use. We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

mike.freeman@sduniontribune.

com (760) 529-4973

Twitter: @TechDiego

**ART** Qualcomm last month was fined a record $865 million by South Korea over its patent practices. Gregory Bull AP

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Union-Tribune Publishing Company

**AN** Document SDU0000020170121ed1l0000k

 © 2023 Factiva, Inc. All rights reserved.

**SE** Business

**HD** **Qualcomm Issues Statement On Apple Complaint**

**WC** 163 words

**PD** 21 January 2017

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2017 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - Qualcomm Incorporated (QCOM) said the claims made by Apple in its lawsuit against the company are baseless. On Friday, Apple filed a $1 billion lawsuit against Qualcomm in U.S. alleging non-payment of promised rebates.

"Apple has intentionally mischaracterized our agreements and negotiations, as well as the enormity and value of the technology we have invented, contributed and shared with all mobile device makers through our licensing program. Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world by misrepresenting facts and withholding information," said Don Rosenberg, general counsel, Qualcomm.

**TD**

On January 17, The Federal Trade Commission filed a complaint in federal district court charging Qualcomm with using anticompetitive tactics to maintain its monopoly in the supply of a key semiconductor device used in cell phones and other consumer products.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2017 RTTNews.com. All Rights Reserved

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated | applc : Apple Inc.

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020170121ed1l0005l

Deutsche Welle

**HD** **Apple suing Qualcomm for $1 billion over unfair royalties**

**WC** 400 words

**PD** 20 January 2017

**ET** 23:47

**SN** Deutsche Welle

**SC** DEUEN

**LA** English

**CY** (c) 2017. Deutsche Welle.

**LP**

Apple is suing mobile chip maker Qualcomm over claims it abused market power to demand unfair royalties. Apple uses Qualcomm products in its mobile devices to work with telecommunication networks.

Technology giant Apple sued mobile chip producer Qualcomm in San Diego federal court Friday for $1 billion (934 million euros) for charging unfair royalties on innovations on the iPhone, Apple's popular mobile phone.

**TD**

In an email to French press agency AFP, Apple charged that "to protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

In the 100-page complaint, Apple stated Qualcomm demanded royalties on Apple's fingerprint identification system on recent versions of the iPhone, as well as larger storage capabilities on the mobile phones, according to the lawsuit.

Qualcomm rejected Apple's claims. "Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world…by misrepresenting facts and withholding information," said Qualcomm executive vice president Don Rosenberg in a statement.

Apple uses Qualcomm products in its iPhones and iPad tablets to work with telecommunication networks.

Qualcomm in trouble

The Apple suit comes three days following the Federal Trade Commission (FTC) filed a lawsuit stating Qualcomm imposed unfair licensing terms on manufacturers. Apple also noted Qualcomm's license terms in its suit. Qualcomm called the FTC suit "significantly flawed."

Qualcomm is in hot water in South Korea as well, as regulators in the Asian country imposed a fine of over $850 million against the San Diego-based Qualcomm in December for violating the country's antitrust laws. Qualcomm is fighting this decision.

Moor Insights and Strategy analyst Patrick Moorhead told AFP that the antitrust suits against Qualcomm may cause rival chip producers to gain ground.

"I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm," said Moorhead.

"Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this," Moorhead added.

Qualcomm shares fell 2.4 percent and Apple shares edged up just below 0.2 percent Friday.

kbd/kl (AFP, AP)

Page 119 of 190 © 2023 Factiva, Inc. All rights reserved.

**RF** 37219348

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i7902202 : Mobile Telecommunications | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services | i83944 : Internet Service Providers | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iint : Internet/Online | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** ntra : Transcripts | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | niwe : IWE Filter

**IPD** News

**PUB** Deutsche Welle

**AN** Document DEUEN00020170121ed1l000h2

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

**SE** Tech

**HD** **Apple Sues Qualcomm Over Licensing Practices; Apple alleges Qualcomm sought onerous terms for technology; Apple had cooperated in Korean probe into Qualcomm's licensing practices**

**BY** By Tripp Mickle

**WC** 897 words

**PD** 20 January 2017

**ET** 20:01

**SN** The Wall Street Journal Online

**SC** WSJO

**LA** English

**CY** Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices—a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commissionsued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display—not Qualcomm's chip —Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016—a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

Related

* FTC's Qualcomm Suit Exposes Tensions in Smartphone Industry (Jan. 19, 2017)

* Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm (Jan. 17, 2017)

* Apple Confirms $1 Billion Investment in SoftBank Vision Fund (Jan 5, 2017)

* Qualcomm to Pay $975 Million Antitrust Fine to China (Feb. 10, 2015)

* Qualcomm Says FTC Is Investigating It (Nov. 5, 2014)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | i7902 : Telecommunication Services | icph : Computer Hardware | iindstrls : Industrial Goods | iint : Internet/Online | itech : Technology | icomp : Computing | iindele : Industrial Electronics

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c151 : Earnings | c34 : Anti-Competition Issues | gcat : Political/General News | c15 : Financial Performance | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** ANTICOMPETITIVE

**IPC** 005930.SE

**PUB** Dow Jones & Company, Inc.

 © 2023 Factiva, Inc. All rights reserved.

**AN** Document WSJO000020170120ed1k009n9

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Apple depicts Qualcomm as a shady monopolist in $1B lawsuit**

**WC** 331 words

**PD** 20 January 2017

**ET** 20:58

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2017. The Associated Press. All Rights Reserved.

**LP**

SAN FRANCISCO (AP) — Apple is suing mobile chip maker Qualcomm for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The 100-page complaint filed Friday in a San Diego federal court depicts Qualcomm as a greedy monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

**TD**

For instance, Qualcomm demanded royalties on Apple's fingerprint identification system built into recent models of the iPhone and also for larger storage capacities on the devices, according to the lawsuit.

Qualcomm denied the allegations.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, Qualcomm's general counsel.

Apple says it has been cooperating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

"Qualcomm's recent effort to cover its tracks — by punishing Apple for providing truthful testimony at the request of government regulators — underscores the lengths to which Qualcomm will go to protect its extortion scheme," the lawsuit alleges.

Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging Qualcomm has been imposing unfair licensing terms on manufacturers.

Besides cooperating with the FTC's investigation, Apple says it has been providing information about its dealings with Qualcomm to regulators in Europe, South Korea and Taiwan.

South Korea regulators last month imposed an $853 million fine on Qualcomm for violating its antitrust laws, a decision that Qualcomm is fighting.

Shares in San Diego-based Qualcomm Inc. fell $1.56, or 2.4 percent, to close Friday at $62.88. Those of Apple Inc., which is based in Cupertino, California, ended up 22 cents at $120.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i3302 : Computers/Consumer Electronics | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | gpol : Domestic Politics | gtel : Telecommunications | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | gpir : Politics/International Relations | gsci : Sciences/Humanities | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** sfra : San Francisco | usa : United States | usca : California | namz : North America | usw : Western U.S.

**IPD** US

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020170120ed1k00f1u

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

HD **Qualcomm Comments on Apple Complaint**

WC 318 words

PD 21 January 2017

SN M2 Presswire

SC MTPW

LA English

CY © 2017, M2 Communications. All rights reserved.

LP

SAN DIEGO - "While we are still in the process of reviewing the complaint in detail, it is quite clear that Apple's claims are baseless. Apple has intentionally mischaracterized our agreements and negotiations, as well as the enormity and value of the technology we have invented, contributed and shared with all mobile device makers through our licensing program. Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information. We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated.

About Qualcomm

TD

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages. Qualcomm contacts: Tina Asmar John Sinnott

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS npress : Press Releases | ncat : Content Types

RE usa : United States | namz : North America

PUB Normans Media Ltd

AN Document MTPW000020170123ed1l003mn

DOW JONES NEWSWIRES

HD **Global Equities Roundup: Market Talk**

WC 1,484 words

PD 20 January 2017

ET 21:22

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

2121 ET [Dow Jones] With Apple Inc.'s lawsuit against Qualcomm Inc. filed on Friday, the iPhone maker piled on behind the South Korean Fair Trade Commission and the U.S. Federal Trade Commission in accusing the chip maker of anti-competitive business practices. Apple accused Qualcomm of allegedly withholding rebates on chip royalty payments that it said it was due in return for agreeing to use Qualcomm's modem chips exclusively in its phones between 2011 and 2016.

TD

Only days earlier, the FTC had sued Qualcomm for allegedly paying Apple rebates for the same commitment of exclusivity, thus blocking competitors and licensing essential smartphone patents in a discriminatory fashion. Stacy Rasgon, an analyst with Sanford L. Bernstein noted the irony: "Apple," he said, "seems to be suing Qualcomm for stopping something that the FTC is suing them for doing." (ted.greenwald@wsj.com)

1923 ET: A Canadian court has rejected a bid by a group of villagers from Ecuador to enforce a $9.5 billion judgment against Chevron Corp. through the company's Canadian subsidiary. The case stems from a 2011 Ecuadorean judgment that found Chevron Corp. liable for pollution by Texaco, a company Chevron had acquired. Chevron has no assets in Ecuador, so lawyers for the villagers have turned to other jurisdictions in an effort to enforce the judgment, including Canada. The Canadian court ruled Friday that the judgment couldn't be enforced against Chevron Canada Ltd., which it said was too far removed from the parent company. However, Friday's ruling doesn't prevent a trial from going ahead in Canada against Chevron Corp. (kim.mackrael@wsj.com, @kimmackrael)

1919 ET [Dow Jones] EBay needs to watch its back. That's what Morgan Stanley analysts say as Amazon and other start-up competitors become an increasing threat to the e-commerce site. Amazon's Prime membership is growing, increasingly threatening eBay's potential customer growth, the analysts say. But perhaps just as important are a bunch of new mobile startups, like OfferUp, 5Miles and LetGo-- which are generating sales without charging sellers transaction fees. "We acknowledge these competitors will need to charge fees at some point to survive, but its difficult to imagine they will charge fees as high as eBay...which, in our view, raises long-term question marks around eBay's ability to monetize its core Marketplace business," the analysts add. (laura.stevens@wsj.com; @LauraStevensWSJ)

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today.

Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

(END) Dow Jones Newswires

January 20, 2017 21:22 ET (02:22 GMT)

 © 2023 Factiva, Inc. All rights reserved.

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated | socal : Chevron Corporation | ftcey : Taiwan Fair Trade Commission

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ismart : Smartphones | i3441 : Telecommunications Equipment | i34411 : Mobile Communications Devices | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | iioil : Integrated Oil/Gas

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gptech : Personal Technology | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | glife : Living/Lifestyle | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** cana : Canada | skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0006k

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk**

**WC** 1,507 words

**PD** 20 January 2017

**ET** 21:22

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

2121 ET [Dow Jones] With Apple Inc.'s lawsuit against Qualcomm Inc. filed on Friday, the iPhone maker piled on behind the South Korean Fair Trade Commission and the U.S. Federal Trade Commission in accusing the chip maker of anti-competitive business practices. Apple accused Qualcomm of allegedly withholding rebates on chip royalty payments that it said it was due in return for agreeing to use Qualcomm's modem chips exclusively in its phones between 2011 and 2016. Only days earlier, the FTC had sued Qualcomm for allegedly paying Apple rebates for the same commitment of exclusivity, thus blocking competitors and licensing essential smartphone patents in a discriminatory fashion.

**TD**

Stacy Rasgon, an analyst with Sanford L. Bernstein noted the irony: "Apple," he said, "seems to be suing Qualcomm for stopping something that the FTC is suing them for doing." (ted.greenwald@wsj.com)

1923 ET: A Canadian court has rejected a bid by a group of villagers from Ecuador to enforce a $9.5 billion judgment against Chevron Corp. through the company's Canadian subsidiary. The case stems from a 2011 Ecuadorean judgment that found Chevron Corp. liable for pollution by Texaco, a company Chevron had acquired. Chevron has no assets in Ecuador, so lawyers for the villagers have turned to other jurisdictions in an effort to enforce the judgment, including Canada. The Canadian court ruled Friday that the judgment couldn't be enforced against Chevron Canada Ltd., which it said was too far removed from the parent company. However, Friday's ruling doesn't prevent a trial from going ahead in Canada against Chevron Corp. (kim.mackrael@wsj.com, @kimmackrael)

1919 ET [Dow Jones] EBay needs to watch its back. That's what Morgan Stanley analysts say as Amazon and other start-up competitors become an increasing threat to the e-commerce site. Amazon's Prime membership is growing, increasingly threatening eBay's potential customer growth, the analysts say. But perhaps just as important are a bunch of new mobile startups, like OfferUp, 5Miles and LetGo-- which are generating sales without charging sellers transaction fees. "We acknowledge these competitors will need to charge fees at some point to survive, but its difficult to imagine they will charge fees as high as eBay...which, in our view, raises long-term question marks around eBay's ability to monetize its core Marketplace business," the analysts add. (laura.stevens@wsj.com; @LauraStevensWSJ)

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today.

Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

(END) Dow Jones Newswires

January 20, 2017 21:22 ET (02:22 GMT)

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated | socal : Chevron Corporation | ftcey : Taiwan Fair Trade Commission

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ismart : Smartphones | i3441 : Telecommunications Equipment | i34411 : Mobile Communications Devices | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | iioil : Integrated Oil/Gas

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gptech : Personal Technology | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | glife : Living/Lifestyle | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** cana : Canada | skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00017

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

HD **Business News: Apple Sues Qualcomm Over Chips --- iPhone maker says component supplier unfairly leveraged its monopoly position**

BY By Tripp Mickle

WC 594 words

PD 21 January 2017

SN The Wall Street Journal

SC J

PG B3

LA English

CY Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

LP

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm didn't respond to a request for comment Friday. It said earlier in the week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of technology-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

---

Ted Greenwald contributed to this article.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**IPC** ABO

**PUB** Dow Jones & Company, Inc.

**AN** Document J000000020170121ed1l00033

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Apple files $1-B lawsuit vs chip supplier Qualcomm**

**WC** 329 words

**PD** 22 January 2017

**SN** The Philippine Star

**SC** PHSTAR

**LA** English

**CY** (c) 2017 Philstar Global Corporation

**LP**

SAN FRANCISCO – Apple is suing mobile chip maker Qualcomm for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The 100-page complaint filed Friday in a San Diego federal court depicts Qualcomm as a greedy monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

**TD**

For instance, Qualcomm demanded royalties on Apple's fingerprint identification system built into recent models of the iPhone and also for larger storage capacities on the devices, according to the lawsuit.

Qualcomm denied the allegations.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, Qualcomm's general counsel.

Apple says it has been cooperating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

"Qualcomm's recent effort to cover its tracks – by punishing Apple for providing truthful testimony at the request of government regulators – underscores the lengths to which Qualcomm will go to protect its extortion scheme," the lawsuit alleges.

Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging Qualcomm has been imposing unfair licensing terms on manufacturers.

Besides cooperating with the FTC's investigation, Apple says it has been providing information about its dealings with Qualcomm to regulators in Europe, South Korea and Taiwan.

South Korea regulators last month imposed an $853 million fine on Qualcomm for violating its antitrust laws, a decision that Qualcomm is fighting.

Shares in San Diego-based Qualcomm Inc. fell $1.56, or 2.4 percent, to close Friday at $62.88. Those of Apple Inc., which is based in Cupertino, California, ended up 22 cents at $120.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | namz : North America | usa : United States | usw : Western U.S.

**PUB** Philstar Global Corporation

**AN** Document PHSTAR0020170121ed1m00036

 © 2023 Factiva, Inc. All rights reserved.

THE SUNDAY TIMES

**SE** Business

**HD** **Apple in $1bn lawsuit**

**WC** 87 words

**PD** 22 January 2017

**SN** The Sunday Times

**SC** ST

**ED** 1; National

**PG** 2

**LA** English

**CY** © Times Newspapers Limited 2017

**LP**

Business Digest

Apple has filed a lawsuit against chip maker Qualcomm, alleging it demanded unfair terms for its technology. The US suit, filed on Friday, claims that Qualcomm used its monopoly over chipsets to seek "onerous, unreasonable and costly" deals. Apple is looking for $1bn in rebate payments, claiming that money was witheld after it helped South Korean authorities investigate Qualcomm. Apple said the suit followed "years of disagreement over what constitutes a fair and reasonable royalty". Qualcomm called the claims "baseless".

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** uk : United Kingdom | eecz : European Union Countries | eurz : Europe | weurz : Western Europe

**PUB** News UK & Ireland Limited

**AN** Document ST00000020170122ed1m000c7

U-T San Diego

SE News

HD **Apple's lawsuit tests Qualcomm business model**

BY Mike Freeman

WC 1,194 words

PD 22 January 2017

SN San Diego Union-Tribune

SC SDU

ED Final ME

PG 1

LA English

CY Copyright 2017, San Diego Union-Tribune. Distributed by NewsBank, Inc.

LP

Qualcomm has been called the research and development shop for the wireless industry, investing billions to create technologies to push mobile communications forward.

Now, the way it gets paid for those inventions is under full-fledged assault.

TD

Not only government regulators but also top customers are pushing back in court against Qualcomm's patent-licensing practices.

On Friday, Apple filed a lawsuit in a San Diego federal court alleging that Qualcomm is charging too much for "standard essential" patents and is withholding nearly $1 billion in royalty cap "rebates" in retaliation for Apple's cooperation with anti-trust investigators in the U.S., South Korea and elsewhere.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said in a statement.

The Apple lawsuit comes on the heels of the Korea Fair Trade Commission fining Qualcomm $865 million last month and demanding changes in its patent-licensing business.

Then last week, the U.S. Federal Trade Commission joined in - filing a lawsuit objecting to Qualcomm's patent licensing. The FTC complaint, which doesn't seek specific damages, contains many of the same allegations that Apple puts forward in its lawsuit.

The disputes could create headwinds for one of San Diego's largest private-sector employers. Sempra Energy is the only other Fortune 500 company in town.

While patent licensing accounted for only one-third of Qualcomm's $23.6 billion in annual revenue last year, it made up the bulk of its annual profit before taxes and other items. Qualcomm posted net income of $5.7 billion last year.

Qualcomm vehemently denies the claims and vows to fight. It has experience - including tough legal battles over the years with Nokia, Broadcom and others.

Don Rosenberg, Qualcomm's general counsel, joined the company in 2007 after serving as Apple's top lawyer for about 10 months.

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent Korea Fair Trade Commission decision and FTC complaint, by misrepresenting facts and withholding information," said Rosenberg in a statement.

The barrage of lawsuits follow a 2015 settlement between the company and China's anti-monopoly regulator that appears to have spilled over into other nations.

In the China settlement, Qualcomm paid a $975 million fine and reduced royalty rates on certain phones sold only in China.

Despite the fine, the deal was considered good for Qualcomm. It affirmed the company's right to collect royalties in China on its patents - which some Wall Street analysts doubted would happen.

In the wake of the China settlement, however, other government regulators have ratcheted up their scrutiny of Qualcomm's licensing business. In addition to the U.S. and South Korean actions, investigations are under way in Europe, Taiwan and Japan.

In 2015, Qualcomm considered splitting its patent-licensing arm from its chip-making business - creating two companies. Activist investor Jana Partners agitated for the split, which could moot key anti-trust allegations against Qualcomm that it uses its dominance in cellular chips to extract higher-than-deserved royalties from customers.

The company says it has never withheld or threatened to withhold chip supply in order to obtain unfair or unreasonable licensing terms. Qualcomm's board of directors voted against the split.

The legal maneuvers come amid a slowdown in smartphone sales, which are growing about 1 percent after several years of double-digit annual growth, according to industry research firm International Data Corp. That has smartphone makers looking for ways to cut costs.

In 2015, Qualcomm slashed its global workforce by 15 percent because of the slowing market. Most of the layoffs came from its semiconductor division. Qualcomm now employs 30,000 worldwide.

Analysts say it's too early to know what Apple's entry into the fray means. It doesn't, however, bode well for customer relations between Qualcomm, which supplies chips used in some iPhones, and one of the world's best known brands, said Stacy Rasgon of Bernstein Research.

"It's not just governments now. It's one of their large customers," said Rasgon. "They can't catch a break."

Rasgon and other Wall Street analysts speculated that the FTC might withdraw the complaint relatively soon with the transition to the Trump administration, which is expected to appoint a Republican majority to the FTC, given current vacancies and pending departures.

The lone sitting Republican on the commission, Maureen Ohlhausen, wrote a scathing dissent to the FTC's decision to sue, saying it's based on a flawed legal theory and flimsy evidence.

Apple's lawsuit, however, could make commissioners think twice about withdrawing, because it supports the agency's lawsuit.

Apple paints a picture of Qualcomm taking various steps to "gouge" Apple and other smartphone makers for licensing standard essential cellular patents.

These patents cover key technologies to making cellular communications work. Patent holders agree to share them at reasonable rates during an industry standard-setting process.

What's reasonable isn't defined. But Apple alleges Qualcomm overcharged it billions of dollars with its "illegal scheme."

Qualcomm doesn't disclose royalty rates. Analysts believe they are roughly 5 percent of the wholesale price of the handset - with offsets under certain circumstances. Apple sees that as unfair.

"When Apple spends billions redefining the concept of a smartphone camera, Qualcomm's royalty payments go up," the company said in the lawsuit. "Even when Apple sells an iPhone with added memory - 256 gigabits instead of 128 gigabits - Qualcomm collects a larger royalty just because of that added memory."

Qualcomm argues that the wireless industry has based royalties on the price of "compliant devices" for more than two decades. The 3G and 4G LTE cellular technologies that Qualcomm created enable smartphones users to stream video, get emails and make reliable calls from nearly anywhere - thus contributing significantly to what makes smartphones valuable to consumers.

The lawsuit also alleges that Qualcomm owes nearly $1 billion to Apple under a "rebate" agreement between the two companies. According to the lawsuit, Qualcomm stopped payments in retaliation for Apple cooperating with South Korean anti-trust investigators.

Qualcomm denies that claim. "We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," Rosenberg said in a statement.

Analysts believe it could take years to resolve the legal disputes. Meanwhile, Qualcomm is investing in next generation 5G mobile technologies. And it's buying NXP Semiconductors for $47 billion, including assumption of debt, to diversify its business beyond smartphones and into automotive, the Internet of Things and other markets.

Analysts don't believe the legal disputes will impact the NXP deal, which is slated to be completed late this year. Qualcomm reports fiscal first quarter earnings on Wednesday, where it may shed further light on the lawsuits.

mike.freeman@sduniontribune.com

Twitter:@TechDiego

(760) 529-4973

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i7902 : Telecommunication Services | i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | npag : Page-One Stories | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** china : China | usa : United States | skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**PUB** Union-Tribune Publishing Company

**AN** Document SDU0000020170122ed1m0000a

 © 2023 Factiva, Inc. All rights reserved.

**SE** Business

**HD** **Apple Files $1 Bln Lawsuit Against Qualcomm**

**WC** 400 words

**PD** 22 January 2017

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2017 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - Apple Inc. (AAPL) has filed a $1 billion lawsuit against Qualcomm Inc. (QCOM) on Friday, accusing the chipmaker of charging royalties for technologies it has nothing to do with and for not paying about $1 billion in promised rebates.

According to Apple, the maker of iPhones, as it innovates with unique features such as TouchID, advanced displays and cameras, Qualcomm collects royalties for no reason and thus, it becomes more expensive for Apple to fund these innovations.

**TD**

Apple accused Qualcomm of charging it at least five times in payments than all the other cellular patent licensors that Apple has agreements with combined. Qualcomm is a key supplier of modem chips to both Apple and Samsung Electronics Co. (SMSN.L, SSNNF.OB, SSNLF.OB).

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1B in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them," Apple said in a statement.

"We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts," Apple added.

Qualcomm responded on Saturday by saying that Apple's claims are "baseless".

Don Rosenberg, executive vice president and general counsel of Qualcomm said, "Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information."

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," Rosenberg added.

Apple's lawsuit comes after the U.S. Federal Trade Commission or FTC said earlier this week that it filed a lawsuit, charging Qualcomm with using anticompetitive tactics to maintain its monopoly in the supply of a key semiconductor device used in cell phones and other consumer products.

In December 2016, the Korea Fair Trade Commission or KFTC fined Qualcomm about 1.03 trillion South Korean won or about $865 million, saying it found certain of Qualcomm's business practices in violation of Korean competition law.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2017 RTTNews.com. All Rights Reserved

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph :

Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | npress : Press Releases | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020170122ed1m0002u

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.
ASIA EDITION

SE Technology

HD **Apple Sues Qualcomm Over Licensing**

BY By Tripp Mickle
WC 521 words
PD 23 January 2017
SN The Wall Street Journal (Asia Edition)
SC AWSJ
PG B3
LA English
CY Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

LP

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said last week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit.

---

Ted Greenwald contributed to this article.

License this article from Dow Jones Reprint Service

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nnam : News Agency Materials | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**IPC** ABO

**PUB** Dow Jones & Company, Inc.

**AN** Document AWSJ000020170122ed1n0000h

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.
EUROPE EDITION

| | |
|---|---|
| SE | Technology |
| HD | **Apple Hits Qualcomm With Licensing Suit** |
| BY | By Tripp Mickle |
| WC | 297 words |
| PD | 23 January 2017 |
| SN | The Wall Street Journal (Europe Edition) |
| SC | WSJE |
| PG | B3 |
| LA | English |
| CY | Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved |

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine for Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord generally was kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

The Apple suit comes after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

License this article from Dow Jones Reprint Service

| | |
|---|---|
| CO | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| IN | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c12 : Corporate Crime/Legal Action \| c133 : Patents \| c334 : Licensing Agreements \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nnam : News Agency Materials \| c33 : Contracts/Orders \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |

| | |
|---|---|
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **IPC** | ABO |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document WSJE000020170123ed1n0000v |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk**

**WC** 150 words

**PD** 23 January 2017

**ET** 01:51

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

23-01-17 0651GMT

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | cscm : Supply Chain | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170123ed1n0006b



PX32

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Cut to Neutral From Buy by Nomura** |
| **WC** | 62 words |
| **PD** | 23 January 2017 |
| **ET** | 06:09 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

23 Jan 2017 06:09 ET Qualcomm Price Target Cut to $70.00/Share From $80.00 by Nomura

**TD**

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

(END) Dow Jones Newswires

January 23, 2017 06:09 ET (11:09 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| c15 : Financial Performance \| c152 : Earnings Projections \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170123ed1n001uu |

Hindustan Times

SE Hindustan Times, tech$news

HD **Nokia may soon launch a phone with Qualcomm's latest 835 Snapdragon processor**

BY HT?Correspondent

WC 363 words

PD 23 January 2017

SN Hindustan Times

SC HNTM

LA English

CY Copyright 2017. HT Media Limited. All rights reserved.

LP

New Delhi, Jan. 23 -- HMD Global promoted Nokia may soon launch a new handset with Qualcomm's latest 835 Snapdragon processor at the upcoming Mobile World Congress (MWC) event in Barcelona.

According to a post activity on Chinese Twitter-like site Weibo, Nokia via a handle called NokiaPowerUser seems to be claiming that its next flagship smartphone will come with the Snapdragon 835 chip. However, this is a reading from a translation and one cannot be sure.

TD

Either way, the new Snapdragon chip from Qualcomm seems like a safe bet for many of 2017's top-end smartphones, and if the rumours of a high-end device from Nokia are accurate, it wouldn't be all that surprising to see the phone making use of the 835.

HMD Global has also suggested that the 835 Snap-powered device, mostly the P1, will be launched alongside Sharp Aquos Xx3, which was launched last year in Japan.

According to leaks from by Russian publication Worket, the P1 is expected to start retailing at around $800 (roughly Rs. 54,500) for the 128GB model and around $950 (roughly Rs. 64,700) for the 256GB variant.

The P1 is also expected to run on Android Nougat and sports a 5.3-inch display, covered with Gorilla Glass 5, with either full-HD or QHD screen resolution. The Nokia P1 is expected to pack Snapdragon 835 SoC coupled with 6GB of RAM.

In terms of optics, the Nokia P1 smartphone is expected to sport a Zeiss-certified 22.6-megapixel rear camera. The P1, which is IP57-certified, to draw power from a 3,500mAh battery with support for quick charging. There is a fingerprint scanner on the right of the device as well.

A leaked Nokia roadmap suggests that as many as 7 Nokia Android phones are in the works for 2017, with Nokia 6 just the first of these.

Published by HT Syndication with permission from Hindustan Times.

CT For any query with respect to this article or any other content requirement, please contact Editor at htsyndication@hindustantimes.com

CO nokia : Nokia Oyj | qcom : Qualcomm Incorporated

IN ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

| | |
|---|---|
| **NS** | c22 : New Products/Services \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | india : India \| asiaz : Asia \| bric : BRICS Countries \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| indsubz : Indian Subcontinent \| sasiaz : Southern Asia |
| **PUB** | HT Media Limited |
| **AN** | Document HNTM000020170123ed1n00acj |

 © 2023 Factiva, Inc. All rights reserved.

**Tech Today: Qualcomm's Apple Risk, Apple's iPhone Risk, Twilio, Oracle Prospects**
Barron's Blogs, 08:56, 23 January 2017, 803 words, (English)
Here are some things going on today in your world of tech: Shares of Qualcomm (QCOM) are down $2.93, or almost 5%, at $59.95, in pre-market trading, after multiple outlets reported on Friday that Apple (AAPL), one of its largest customers, ...
Document WCBBE00020170123ed1n000ul

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

HD **Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk**

WC 104 words

PD 23 January 2017

ET 10:00

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

(END) Dow Jones Newswires

TD

January 23, 2017 10:00 ET (15:00 GMT)

CO qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c12 : Corporate Crime/Legal Action | c133 : Patents | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

PUB Dow Jones & Company, Inc.

AN Document DJDN000020170123ed1n002nk

DOW JONES NEWSWIRES

**HD** **Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk**

**WC** 1,301 words

**PD** 23 January 2017

**ET** 10:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

**TD**

9:58 ET - President Donald Trump is expected to withdraw formally from the 12-nation Trans-Pacific Partnership free-trade agreement as early as Monday, according to two people familiar with the plans. Trump made opposition to former President Barack Obama's signature international economic goal a centerpiece of his campaign, and the new White House web site says pulling out of the TPP is the first step of Trump's trade policy. The deal hasn't entered into force, and there will be no major economic fallout for the US. Still, some business groups that had harbored hopes that Trump's negative campaign rhetoric on trade would evaporate after taking office, and business groups are still trying to convince the Trump administration to retain some aspects of the TPP, if not the full agreement, for enacting at a later date. (william.mauldin@wsj.com; @willmauldin)

9:38 ET - The new president just stirred up a bout of volatility in the bond market. Bond yields initially ticked higher after he tells business leaders in a meeting about his promise to cut taxes "massively" for middle class and companies. But yields fell again as he says that the US will impose "major" border tax if companies move outside the country. The US 10-year yield rose to 2.467% earlier but pulls back to 2.454% vs 2.466% Friday. (min.zeng@wsj.com)

9:35 ET - Two of President Donald Trump's cabinet picks could clear an early test on Tuesday. The Senate Commerce Committee is meeting at 10am ET tomorrow and plans to vote on Elaine Chao, nominated to run the Transportation Department, and Wilbur Ross, nominated to run the Commerce Department. Both received relatively gentle treatment at confirmation hearings earlier this month, hinting at a smooth ride ahead. Even after committee approval, both nominees would still require votes by the full Senate to take office. (ben.leubsdorf@wsj.com; @BenLeubsdorf)

9:24 ET - For 4Q results, S&P 500 companies are receiving smaller rewards for beating earnings estimates and bigger punishments for missing estimates, Bank of America Merrill Lynch says. On average, the stocks of companies that beat both the top and bottom line have outperformed the broad index by 1.6 percentage points the following day. For the reverse, stocks have underperformed the S&P 500 the following day by an average of 4.7 percentage points. If the trend holds through subsequent quarters, companies that fail to meet estimates may be in for a rough ride: analysts are predicting double-digit percentage growth for earnings in 2017, a target many investors say is overly optimistic. (akane.otani@wsj.com; @akaneotani)

9:11 ET - US bonds strengthen after the biggest weekly selloff in more than a month. Investors fret about lack of clarity from Trump's policy from Friday's inauguration speech. Some are concerned that Trump's priority is trade protectionism as he emphasizes making American interest first. New debt supply is another focus for the bond market this week with $26B sale of two-year notes due Tuesday; $34B sale of five-year

notes Wednesday and $28B sale of seven-year notes Thursday. This week's key US data are first estimate of US GDP for 4Q Friday. The 10-year yield is 2.443% vs 2.466% Friday. It is little change vs 2.446% at the end of 2015 as the reflation trade after Trump's win in early November has been pulling back over the past month. (min.zeng@wsj.com)

9:03 ET - Oil prices are lower even after OPEC and Russia worked through the weekend to show markets how compliant they are being with promised cuts to oil production. The lower prices could suggest some investors are still skeptical OPEC cuts are being taken, although analysts say the bigger worry is that US shale producers are swooping in to raise production and take OPEC's market share. Friday's rig count data from Baker Hughes, which showed the US added 29 active oil rigs in the past week alone, reinforces those beliefs, and concerns of continued oversupply. The Nymex March 2017 crude oil contract is 1.4% lower at $52.50/bbl. (dan.molinski@wsj.com)

8:59 ET - There's a persistent and harmful myth that professional women tear each other down, says Suni Harford, a managing director at Citigroup and regional head of markets for North America. "I never watched a woman in a cat fight in a boardroom," she said at the Inside ETFs conference in Florida. Another tip: Not all women want to be typecast as the head of diversity programs, she says. (asjylyn.loder@wsj.com; @asjylyn)

8:47 ET - More than half of company executives who've held 4Q earnings calls so far have discussed potential Trump policies, FactSet analyst John Butters says. Of 42 S&P 500 companies that reported results through Friday, 27 mentioned either "Trump" or "the administration" in their earnings calls. The top topic of interest: tax policy (11 mentions), followed by regulation (8 mentions), trade policy (6 mentions) and fiscal stimulus and healthcare (4 mentions each). Most companies highlighted said a change to tax policy could benefit their bottom lines, according to Butters' analysis of earnings call transcripts. "We've been a relatively high taxpayer. And so to the extent to which tax rates come down, we're a beneficiary," Goldman Sachs said on Jan 18. (akane.otani@wsj.com; @akaneotani)

8:27 ET - Big data is crucial to attracting investors to companies with good track records in environmental, social and governance issues, said Alice Handy, chief executive of Investure, at the Inside ETFs conference in Florida. "It's a very dangerous area trying to dictate what the moral overtone of what anyone's portfolio is," she said. (asjylyn.loder@wsj.com; @asjylyn)

8:09 ET - McDonald's (MCD) posts better-than-expected 4Q earnings and sales with a 2.7% rise in global same store sales, despite a 1.3% decrease in the US, as it lapped last year's launch of it's popular all-day breakfast sales. Global sales growth include solid gains in the UK and China. CEO Steve Easterbrook notes a focus on changes in its menu and technology to deliver better customer experience help MCD achieve its strongest annual global comp sales growth since 2011. MCD rises 0.6% to $123 premarket. (patrick.sullivan@wsj.com)

7:30 ET - US stocks futures slip as investors wait for policy certainty from the new Trump administration. While anticipation of slacker regulation, stimulus and lower taxes have boosted market sentiment since the election, there is worry an early focus on trade policies could add to the recent weakness in equity markets. European stock indexes are broadly lower, erasing gains for 2017, as losses in bank shares offset gains in the basic resources sector. The dollar falls against major rivals, particularly the yen, while gold rises and oil slips on worries about growing US shale output. S&P futures fall 3.25 points. (patrick.sullivan@wsj.com)

(END) Dow Jones Newswires

January 23, 2017 10:00 ET (15:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | gdip : International Relations | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | gpir : Politics/International Relations | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n002le

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk**

**WC** 99 words

**PD** 23 January 2017

**ET** 10:20

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

(END) Dow Jones Newswires

**TD**

23-01-17 1520GMT

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170123ed1n000cm

PR Newswire
a CISION company

**HD** **QUALCOMM NOTIFICATION: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $250,000 Investing In QUALCOMM, Inc. To Contact The Firm**

**WC** 379 words

**PD** 23 January 2017

**ET** 10:27

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

NEW YORK, Jan. 23, 2017 /PRNewswire/ -- Faruqi & Faruqi, LLP, a leading national securities law firm, is investigating potential securities fraud at QUALCOMM, Inc. ("QUALCOMM" or the "Company") (Nasdaq:QCOM).

The investigation focuses on whether the Company and its executives violated federal securities laws by failing to disclose that the Company has engaged in potentially illegal business practices in its interactions with Apple Inc. ("Apple").

**TD**

Specifically, during aftermarket hours on January 20, 2017, Apple announced that it had filed a suit against QUALCOMM in a California federal court accusing the company of overcharging Apple "billions of dollars" in royalties, withholding nearly $1 billion in rebates, and trying to extort Apple after it cooperated in a Korean regulator's investigation into the chipmaker's licensing practices. After the announcement, QUALCOMM's stock price fell, causing damage to investors.

Request more information now by clicking here: www.faruqilaw.com/QCOM. There is no cost or obligation to you.

Take Action

If you invested in QUALCOMM stock or options and would like to discuss your legal rights, visit www.faruqilaw.com/QCOM. You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com. Faruqi & Faruqi, LLP also encourages anyone with information regarding QUALCOMM's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.

FARUQI & FARUQI, LLP

685 Third Avenue, 26(th) Floor

New York, NY 10017

Attn: Richard Gonnello, Esq.

rgonnello@faruqilaw.com

Telephone: (877) 247-4292 or (212) 983-9330

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-notification-faruqi--faruqi-llp-encourages-investors-who-suffered-losses-in-excess-of-250000-investing-in-qualcomm-inc-to-contact-the-firm-300394709.html

SOURCE Faruqi & Faruqi, LLP

/Web site: http://www.faruqilaw.com

(END)

| | |
|---|---|
| **CO** | applc : Apple Inc. \| fafrql : Faruqi & Faruqi LLP \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| i835 : Legal Services \| ibcs : Business/Consumer Services \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| gfraud : Fraud \| npress : Press Releases \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gcrim : Crime/Legal Action \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **PUB** | PR Newswire Association, Inc. |
| **AN** | Document PRN0000020170123ed1n000e8 |

DOW JONES NEWSWIRES

**HD** **Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk**

**WC** 1,451 words

**PD** 23 January 2017

**ET** 10:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:50 ET - Nomura Instinet says "recent rulings and lawsuits are stronger and broader than anticipated," when it comes to Qualcomm (QCOM) and they could cause a delay in regulatory approval of its deal buy NXP Semiconductors (NXPI). The brokerage lowers QCOM to neutral from buy and cuts the target price to $70 from $80. Nomura's caution was triggered by the $1B suit Apple brought against QCOM Friday over licensing practices. Also last week, the FTC sued QCOM claiming illegal tactics to maintain a monopoly on a key type of chip. Nomura thinks the added scrutiny now brings uncertainty "around the timing of accretion and diversification benefits from the NXPI acquisition," which the brokerage believed would close in 2H 2017. QCOM off 13% to $54.69. (patrick.sheridan@wsj.com)

-0-

**TD**

10:47 ET - Companies with US businesses that offshore operations are looking for on-shore alternatives, even in the relatively low-profile sector of IT and business-process outsourcing, but automation will cut into job repatriation. Vendors that provide outsourced services are pushing automation as a cost-effective way to re-shore work--but not necessarily jobs. It's an especially cost-effective solution at a time when wages are rising fast in China and other developing countries. With automation, "instead of 3,000 or 5,000 offshore jobs, maybe I'll have 50 onshore," said RG Conlee, chief innovation officer at Congruent Inc. "The number of jobs needed to monitor [software] is much smaller than the number needed to do data entry." (lauren.weber@wsj.com; @laurenweberWSJ)

10:46 ET - NuTonomy, the Cambridge, Mass.-startup aiming to put its self-driving car software in commercial robot taxis next year, has hired a senior executive to work with potential partners who has experience dealing with Ford Motor, Toyota Motor and Alphabet's Google. Gretchen Effgen, who takes on the role of vice president of partnerships, arrives most recently from CivicSmart where she worked on parking solutions in cities. She was previously at Zipcar where she worked with auto maker partners. Partnerships will be a key part of NuTonomy's strategy to put its software on roadways around the world. It recently began testing a self-driving car in Boston and has had a trial program in Singapore since last August. (tim.higgins@wsj.com)

10:39 ET - Ford's (F) CEO Mark Fields is among several top executives meeting with President Donald Trump at the White House to discuss US manufacturing. On the campaign trail and in the weeks following the election, Trump hammered F for plans to move small-car production to Mexico. Earlier this month, F announced it would scrap plans for a $1.6B factory in Mexico and instead reinvest part of that money in expanding a plant in Michigan--a move that Fields described as a "vote of confidence," in the new administration's efforts to make building cars in the US more competitive. Still, Ford plans to relocate production of the Focus compact car from the US to Mexico, moving it to an existing plant. (christina.rogers@wsj.com)

10:34 ET - The US Department of Agriculture's Animal and Plant Health Inspection Service over the weekend issued a 60-day stay on its previous "final ruling" to allow the importation of fresh lemon fruit from Argentina, citing "guidance from the White House issued January 20." The move is leading Argentine investors and government officials to wonder how much Trump's policies may affect trade with Argentina.

Argentine officials had touted the prompt opening of the US market to lemons as an example of improving relations between the countries. (taos.turner@wsj.com; @taos)

10:26 ET - Exchange traded products tracking the CBOE Volatility Index, or VIX, saw a flurry of activity over the past week as investors placed bets on Wall Street's "fear gauge" ahead of the presidential inauguration. One of the biggest exchange traded products tracking VIX, the iPath S&P 500 VIX Short-Term Futures ETN (VXX), saw $204M in inflows over the past week, FactSet data show. Meanwhile, the ProShares Ultra VIX Short-Term Futures ETF (UVXY), saw $47.76M of inflows and the VelocityShares Daily 2x VIX Short-Term ETN gained $26.52M. On the flip side, those betting against volatility took money out of the ProShares Short VIX Short-Term Futures ETF (SVXY) and the VelocityShares Daily Inverse VIX Short-Term ETN (XIV) as the two funds lost $156.66M and $59.84M, respectively. (gunjan.banerji@wsj.com; @gunjanjs)

10:14 ET - Why are Actelion shares up more than 2% after announcing that a key drug failed to meet its primary endpoint in a phase 3 trial? A researcher quoted in Actelion's news release blames the "unexpected improvement" of the placebo arm for the trial failure for drug Opsumit. But Actelion shares are probably not down on the news because, as Jefferies says, Wall Street didn't ascribe high sales to a new indication for a relatively small patient population. Most important, Jefferies says it expects talks to sell to Johnson & Johnson (JNJ) won't be affected. (jonathan.rockoff@wsj.com; @jonathanrockoff)

10:07 ET - It's another delay for Dow Chemical's (DOW) merger with DuPont (DD) as European Commission antitrust enforcers say they've extended the deadline by which to render their verdict on the chemical megamerger by 10 days. The EU had been set to rule on the deal, unveiled in December 2015, by Feb 28, but now have until March 14, according to update posted to the European Commission's website. Regulators in the EU, who are scrutinizing the deal alongside other big agriculture-sector combinations like ChemChina-Syngenta and Bayer-Monsanto, have focused on the impact consolidation could have on innovation in seeds and pesticides. (jacob.bunge@wsj.com; @jacobbunge)

10:03 ET - Halliburton (HAL) CEO Dave Lesar says during a Q&A session of a conference call that oilfield services prices are headed up as the industry recovers, and its customers can't stop that. Asked it E&Ps should factor in a 5% to 10% rise in costs, Lesar says "I would be using something higher...As equipment tightens, commodity prices increase and everybody wants available of equipment when they want it, where they want it and how they want it, I don't see how there is going to be the ability for the customers to hold prices down." But, he adds: "we'll work with customers that want to work with us." HAL slips 4.1% to $54.11. (dan.molinski@wsj.com)

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

9:58 ET - President Donald Trump is expected to withdraw formally from the 12-nation Trans-Pacific Partnership free-trade agreement as early as Monday, according to two people familiar with the plans. Trump made opposition to former President Barack Obama's signature international economic goal a centerpiece of his campaign, and the new White House web site says pulling out of the TPP is the first step of Trump's trade policy. The deal hasn't entered into force, and there will be no major economic fallout for the US. Still, some business groups that had harbored hopes that Trump's negative campaign rhetoric on trade would evaporate after taking office, and business groups are still trying to convince the Trump administration to retain some aspects of the TPP, if not the full agreement, for enacting at a later date. (william.mauldin@wsj.com; @willmauldin)

9:38 ET - The new president just stirred up a bout of volatility in the bond market. Bond yields initially ticked higher after he tells business leaders in a meeting about his promise to cut taxes "massively" for middle class and companies. But yields fell again as he says that the US will impose "major" border tax if companies move outside the country. The US 10-year yield rose to 2.467% earlier but pulls back to 2.454% vs 2.466% Friday. (min.zeng@wsj.com)

(END) Dow Jones Newswires

January 23, 2017 10:50 ET (15:50 GMT)

**CO** phisem : NXP Semiconductors N.V. | qcom : Qualcomm Incorporated

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c1521 : Analysts' Comments/Recommendations \| c181 : Acquisitions/Mergers/Divestments \| c34 : Anti-Competition Issues \| gdip : International Relations \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| c13 : Regulation/Government Policy \| cacqu : Acquisitions/Mergers \| c15 : Financial Performance \| c152 : Earnings Projections \| c18 : Ownership Changes \| cactio : Corporate Actions \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gpir : Politics/International Relations \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| eurz : Europe \| usdc : Washington DC \| namz : North America \| uss : Southern U.S. |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170123ed1n002ve |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk**

**WC** 156 words

**PD** 23 January 2017

**ET** 10:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:50 ET - Nomura Instinet says "recent rulings and lawsuits are stronger and broader than anticipated," when it comes to Qualcomm (QCOM) and they could cause a delay in regulatory approval of its deal buy NXP Semiconductors (NXPI). The brokerage lowers QCOM to neutral from buy and cuts the target price to $70 from $80. Nomura's caution was triggered by the $1B suit Apple brought against QCOM Friday over licensing practices. Also last week, the FTC sued QCOM claiming illegal tactics to maintain a monopoly on a key type of chip. Nomura thinks the added scrutiny now brings uncertainty "around the timing of accretion and diversification benefits from the NXPI acquisition," which the brokerage believed would close in 2H 2017. QCOM off 13% to $54.69. (patrick.sheridan@wsj.com)

-0-

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

January 23, 2017 10:50 ET (15:50 GMT)

**CO** phisem : NXP Semiconductors N.V. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | c181 : Acquisitions/Mergers/Divestments | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | cacqu : Acquisitions/Mergers | c15 : Financial Performance | c152 : Earnings Projections | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n002r2

 © 2023 Factiva, Inc. All rights reserved.

PX32

DOW JONES NEWSWIRES

HD **Pay-TV Revenues Grow Despite Cord-cutting -- Market Talk**

WC 1,485 words

PD 23 January 2017

ET 11:12

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

11:12 ET - SNL Kagan, a prominent media industry consulting firm, reports that cable network advertising revenues grew 1.9% to $28.28B in 2016 while affiliate revenues jumped 7.5% to $37.58B. Total revenue increased 5.3% to $63.63B. The gains come despite many cable networks including Walt Disney's (DIS) ESPN losing subscribers to cord-cutting. Overall, SNL Kagan said fully distributed cable networks are enduring subscription declines of roughly 2% annually. Smaller cable networks are particularly challenged and some are shutting down including NBCUniversal's Esquire, which said last week it will transition to an online only platform later this year. The strongest networks in the past 12 months were the news channels thanks to election coverage. Fox News, CNN and MSNBC all saw ratings growth last year. (joe.flint@wsj.com; @JBFlint)

TD

11:02 ET - Investors are picking up government bonds and their stock-market proxies on President Donald Trump's first Monday in office, lifting trades that largely sold off through the postelection rally. Shares of real estate and utilities companies in the S&P 500--dividend-heavy sectors that are considered to behave like bonds--are two of the three sectors in positive territory so far, posting 0.3% and 0.1% gains respectively. Meanwhile, government bonds are strengthening after their worst week in more than a month. The yield on the US 10-year Treasury note falls to 2.425% from 2.466% Friday. The moves come as investors broadly taper bullish bets, increasing cash holdings and hedging against potential volatility. (akane.otani@wsj.com; @akaneotani)

10:50 ET - Nomura Instinet says "recent rulings and lawsuits are stronger and broader than anticipated," when it comes to Qualcomm (QCOM) and they could cause a delay in regulatory approval of its deal buy NXP Semiconductors (NXPI). The brokerage lowers QCOM to neutral from buy and cuts the target price to $70 from $80. Nomura's caution was triggered by the $1B suit Apple brought against QCOM Friday over licensing practices. Also last week, the FTC sued QCOM claiming illegal tactics to maintain a monopoly on a key type of chip. Nomura thinks the added scrutiny now brings uncertainty "around the timing of accretion and diversification benefits from the NXPI acquisition," which the brokerage believed would close in 2H 2017. QCOM off 13% to $54.69. (patrick.sheridan@wsj.com)

-0-

10:47 ET - Companies with US businesses that offshore operations are looking for on-shore alternatives, even in the relatively low-profile sector of IT and business-process outsourcing, but automation will cut into job repatriation. Vendors that provide outsourced services are pushing automation as a cost-effective way to re-shore work--but not necessarily jobs. It's an especially cost-effective solution at a time when wages are rising fast in China and other developing countries. With automation, "instead of 3,000 or 5,000 offshore jobs, maybe I'll have 50 onshore," said RG Conlee, chief innovation officer at Congruent Inc. "The number of jobs needed to monitor [software] is much smaller than the number needed to do data entry." (lauren.weber@wsj.com; @laurenweberWSJ)

10:46 ET - NuTonomy, the Cambridge, Mass.-startup aiming to put its self-driving car software in commercial robot taxis next year, has hired a senior executive to work with potential partners who has experience

dealing with Ford Motor, Toyota Motor and Alphabet's Google. Gretchen Effgen, who takes on the role of vice president of partnerships, arrives most recently from CivicSmart where she worked on parking solutions in cities. She was previously at Zipcar where she worked with auto maker partners. Partnerships will be a key part of NuTonomy's strategy to put its software on roadways around the world. It recently began testing a self-driving car in Boston and has had a trial program in Singapore since last August. (tim.higgins@wsj.com)

10:39 ET - Ford's (F) CEO Mark Fields is among several top executives meeting with President Donald Trump at the White House to discuss US manufacturing. On the campaign trail and in the weeks following the election, Trump hammered F for plans to move small-car production to Mexico. Earlier this month, F announced it would scrap plans for a $1.6B factory in Mexico and instead reinvest part of that money in expanding a plant in Michigan--a move that Fields described as a "vote of confidence," in the new administration's efforts to make building cars in the US more competitive. Still, Ford plans to relocate production of the Focus compact car from the US to Mexico, moving it to an existing plant. (christina.rogers@wsj.com)

10:34 ET - The US Department of Agriculture's Animal and Plant Health Inspection Service over the weekend issued a 60-day stay on its previous "final ruling" to allow the importation of fresh lemon fruit from Argentina, citing "guidance from the White House issued January 20." The move is leading Argentine investors and government officials to wonder how much Trump's policies may affect trade with Argentina. Argentine officials had touted the prompt opening of the US market to lemons as an example of improving relations between the countries. (taos.turner@wsj.com; @taos)

10:26 ET - Exchange traded products tracking the CBOE Volatility Index, or VIX, saw a flurry of activity over the past week as investors placed bets on Wall Street's "fear gauge" ahead of the presidential inauguration. One of the biggest exchange traded products tracking VIX, the iPath S&P 500 VIX Short-Term Futures ETN (VXX), saw $204M in inflows over the past week, FactSet data show. Meanwhile, the ProShares Ultra VIX Short-Term Futures ETF (UVXY), saw $47.76M of inflows and the VelocityShares Daily 2x VIX Short-Term ETN gained $26.52M. On the flip side, those betting against volatility took money out of the ProShares Short VIX Short-Term Futures ETF (SVXY) and the VelocityShares Daily Inverse VIX Short-Term ETN (XIV) as the two funds lost $156.66M and $59.84M, respectively. (gunjan.banerji@wsj.com; @gunjanjs)

10:14 ET - Why are Actelion shares up more than 2% after announcing that a key drug failed to meet its primary endpoint in a phase 3 trial? A researcher quoted in Actelion's news release blames the "unexpected improvement" of the placebo arm for the trial failure for drug Opsumit. But Actelion shares are probably not down on the news because, as Jefferies says, Wall Street didn't ascribe high sales to a new indication for a relatively small patient population. Most important, Jefferies says it expects talks to sell to Johnson & Johnson (JNJ) won't be affected. (jonathan.rockoff@wsj.com; @jonathanrockoff)

10:07 ET - It's another delay for Dow Chemical's (DOW) merger with DuPont (DD) as European Commission antitrust enforcers say they've extended the deadline by which to render their verdict on the chemical megamerger by 10 days. The EU had been set to rule on the deal, unveiled in December 2015, by Feb 28, but now have until March 14, according to update posted to the European Commission's website. Regulators in the EU, who are scrutinizing the deal alongside other big agriculture-sector combinations like ChemChina-Syngenta and Bayer-Monsanto, have focused on the impact consolidation could have on innovation in seeds and pesticides. (jacob.bunge@wsj.com; @jacobbunge)

10:03 ET - Halliburton (HAL) CEO Dave Lesar says during a Q&A session of a conference call that oilfield services prices are headed up as the industry recovers, and its customers can't stop that. Asked it E&Ps should factor in a 5% to 10% rise in costs, Lesar says "I would be using something higher...As equipment tightens, commodity prices increase and everybody wants available of equipment when they want it, where they want it and how they want it, I don't see how there is going to be the ability for the customers to hold prices down." But, he adds: "we'll work with customers that want to work with us." HAL slips 4.1% to $54.11. (dan.molinski@wsj.com)

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

(END) Dow Jones Newswires

January 23, 2017 11:12 ET (16:12 GMT)

 © 2023 Factiva, Inc. All rights reserved.

**CO** qcom : Qualcomm Incorporated

**IN** i838 : Advertising | ibcs : Business/Consumer Services | imed : Media/Entertainment | iadv : Advertising/Marketing/Public Relations | imark : Marketing | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c151 : Earnings | gtvrad : Television/Radio | gvote1 : National/Presidential Elections | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c1513 : Sales Figures | c15 : Financial Performance | ccat : Corporate/Industrial News | gcat : Political/General News | gent : Arts/Entertainment | gpir : Politics/International Relations | gpol : Domestic Politics | gvote : Elections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n002xm

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm: Instinet Cuts to Hold as NXP Buy Now Faces Delays**

Barron's Blogs, 11:17, 23 January 2017, 336 words, (English)

Shares of Qualcomm (QCOM) are down $8.30, or almost 13%, at $54.59, after multiple outlets reported on Friday that Apple (AAPL), one of its largest customers, has filed suit against Qualcomm for withholding $1 billion in rebates owed Apple,...

Document WCBBE00020170123ed1n001jm

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **Qualcomm dives as $1bn Apple lawsuit prompts downgrade**

**BY** Pan Kwan Yuk

**WC** 334 words

**PD** 23 January 2017

**ET** 11:33

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Don't mess with Apple.

News on Friday that the tech juggernaut has filed a $1bn lawsuit against Qualcomm has sent shares in the chipmaker diving by the most in over a year on Monday.

**TD**

Qualcomm, which fell 2.4 per cent to $62.88 on Friday just before the close when the lawsuit was published, tumbled by another 14.5 per cent within an hour after trading started on Monday as a ratings downgrade and a price target cut added further pressure on the stock.

The lawsuit – the first direct challenge by one of Qualcomm's major customers – prompted Nomura to cut its ratings on the company to Neutral from Buy.

Analyst Romit Shah said his team had upgraded Qualcomm last year on the back of its $47bn blockbuster deal to buy European rival NXP.

But the recent flurry of lawsuits could complicate the process of getting regulatory approval for the deal. In addition to Apple, Qualcomm is also being sued by the US Federal Trade Commission and is the subject of investigations in the EU and Taiwan.

As Mr Shah noted:

QCOM needs approval from multiple countries, including the U.S., China, Japan, South Korea, Taiwan, and the EU, and QCOM has current outstanding investigations with all except for China.

Our downgrade and lower target price multiple are based on the increased uncertainty around the timing of accretion and diversification benefits from the NXPI acquisition, which we previously assumed would close in the second half of 2017.

Apple is demanding a payment of $1bn it believes is due as a rebate for licensing fees, which it claims the chipmaker is holding back as punishment for Apple "responding truthfully" to the South Korean investigation. Qualcomm, it claims, charges Apple at least five times more than what it pays all its other cellular patent licensers combined.

Qualcomm in response has said that Apple had "intentionally mischaracterised" the agreements and negotiations between the two companies.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170123ed1n007bx

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Plunges: Bad News When Your Top Customer Sues You, Says Bernstein**

Barron's Blogs, 11:14, 23 January 2017, 404 words, (English)

Shares of Qualcomm ( QCOM) are down $8.30, or almost 13%, at $54.59, after multiple outlets reported on Friday that Apple ( AAPL), one of its largest customers, has filed suit against Qualcomm for withholding $1 billion in rebates owed Apple,...

Document WCBBE00020170123ed1n001jl

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm: Apple Suit May Not Do Much, History Shows, Says Morgan Stanley**
Barron's Blogs, 12:50, 23 January 2017, 387 words, (English)
Don't presume the worst about Apple's (AAPL) suit against Qualcomm (QCOM), advises Morgan Stanley's James Faucette in a note to clients this morning — these things historically have had little impact, in his view.
Document WCBBE00020170123ed1n0025t

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

HD **Apple Takes a Bite Out of Qualcomm -- Heard on the Street**

BY By Dan Gallagher

WC 315 words

PD 23 January 2017

ET 13:58

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

Qualcomm has survived many legal challenges to its patent-driven business model. The suit filed by Apple is a tougher test.

Investors took note, wiping $13 billion off of Qualcomm's market value since news of the suit hit late Friday. One reason is Apple represents about one-quarter of Qualcomm's licensing revenue, estimates Christopher Caso of CLSA. It is a formidable foe with $132 billion in net cash.

TD

More importantly, the Apple suit hits Qualcomm at a terrible time: Qualcomm is already in the thick of it with regulators in Korea, Europe and the U.S. -- all of whom are examining the company's business practices regarding the deep well of patents that go to the heart of most wireless devices operating today. Licenses from these patents generate about 80% of the company's pretax profit.

Qualcomm is also trying to get regulators to sign off on its $39 billion acquisition of NXP Semiconductors . This is the company's biggest M&A deal to date, as it will add much needed diversity to a business that still relies heavily on the slowing smartphone market.

The lawsuit makes clear that Apple has been discussing Qualcomm with those agencies, many of whom have to sign off on the NXP acquisition for it to proceed. Qualcomm was expecting to complete the deal by the end of this year, but the fact that its stock has now slid back below its price from before the deal was announced suggests that shareholders now see a strong risk of a delay.

That -- plus the prospect of having to lower its royalty rates for a key customer -- have placed another cloud of uncertainty over Qualcomm. The company's future depends on passing this test.

(END) Dow Jones Newswires

January 23, 2017 13:58 ET (18:58 GMT)

CO qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c133 : Patents | c12 : Corporate Crime/Legal Action | c181 : Acquisitions/Mergers/Divestments | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | nhrd : Heard on the Street | npda : DJ Exclusive Analysis - All | npfida : DJ Exclusive Analysis - Fixed Income | npfxda : DJ Exclusive Analysis - FX | npqda : DJ Exclusive Analysis - Equities | ntop : Top Wire News | nttwn : Today's Top Wire News | c18 : Ownership Changes | cactio : Corporate Actions | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n003dm

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

| | |
|---|---|
| **HD** | **QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations** |
| **WC** | 431 words |
| **PD** | 23 January 2017 |
| **ET** | 15:16 |
| **SN** | PR Newswire |
| **SC** | PRN |
| **LA** | English |
| **CY** | Copyright © 2017 PR Newswire Association LLC. All Rights Reserved. |

**LP**

SAN FRANCISCO, Jan. 23, 2017 /PRNewswire/ -- Hagens Berman Sobol Shapiro LLP alerts investors in QUALCOMM Incorporated (NASDAQ: QCOM) that Apple and the FTC have instituted lawsuits against QCOM. Hagens Berman is now investigating whether QCOM and its management may have violated Federal securities laws.

If you purchased or otherwise acquired securities of QCOM before January 20, 2017 and suffered over $100,000 in losses contact Hagens Berman Sobol Shapiro LLP. For more information visit:

**TD**

https://www.hbsslaw.com/cases/QCOM

or contact Reed Kathrein, who is leading the firm's investigation, by calling 510-725-3000 or emailing QCOM@hbsslaw.com.

On January 20, 2017, CNBC reported that Apple sued Qualcomm for roughly $1 billion, alleging Qualcomm charged Apple royalties for technologies Qualcomm had "nothing to do with."

CNBC also reported that Qualcomm has taken "radical steps" that include "withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them." Apple reportedly added, "Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined."

This news drove the price of QCOM shares down nearly 2.5% to close at $62.88 per share.

"We are investigating allegations made by both Apple and the FTC in their complaints filed against Qualcomm," said Hagens Berman partner Reed Kathrein.

Whistleblowers: Persons with non-public information regarding QCOM should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new SEC whistleblower program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 510-725-3000 or email QCOM@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national investor-rights law firm headquartered in Seattle, Washington with offices in 10 cities. The Firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the Firm and its successes can be found at www.hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 510-725-3000

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-investor-alert-hagens-berman-investigating-qualcomms-business-practices-and-ftc-allegations-300394943.html

SOURCE Hagens Berman Sobol Shapiro LLP

/Web site: https://www.hbsslaw.com

(END)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| npress : Press Releases \| gwhis : Whistleblowers \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gcrim : Crime/Legal Action \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **PUB** | PR Newswire Association, Inc. |
| **AN** | Document PRN0000020170123ed1n000mr |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Press Release: QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations** |
| WC | 465 words |
| PD | 23 January 2017 |
| ET | 15:16 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations

PR Newswire

**TD**

SAN FRANCISCO, Jan. 23, 2017

SAN FRANCISCO, Jan. 23, 2017 /PRNewswire/ -- Hagens Berman Sobol Shapiro LLP alerts investors in QUALCOMM Incorporated (NASDAQ: QCOM) that Apple and the FTC have instituted lawsuits against QCOM. Hagens Berman is now investigating whether QCOM and its management may have violated Federal securities laws.

If you purchased or otherwise acquired securities of QCOM before January 20, 2017 and suffered over $100,000 in losses contact Hagens Berman Sobol Shapiro LLP. For more information visit:

https://www.hbsslaw.com/cases/QCOM

or contact Reed Kathrein, who is leading the firm's investigation, by calling 510-725-3000 or emailing QCOM@hbsslaw.com.

On January 20, 2017, CNBC reported that Apple sued Qualcomm for roughly $1 billion, alleging Qualcomm charged Apple royalties for technologies Qualcomm had "nothing to do with."

CNBC also reported that Qualcomm has taken "radical steps" that include "withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them." Apple reportedly added, "Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least

five times more in payments than all the other cellular patent licensors we have agreements with combined."

This news drove the price of QCOM shares down nearly 2.5% to close at $62.88 per share.

"We are investigating allegations made by both Apple and the FTC in their complaints filed against Qualcomm," said Hagens Berman partner Reed Kathrein.

Whistleblowers: Persons with non-public information regarding QCOM should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new SEC whistleblower program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 510-725-3000 or email QCOM@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national investor-rights law firm headquartered in Seattle, Washington with offices in 10 cities. The Firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the Firm and its successes can be found at www.hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 510-725-3000

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-investor-alert-hagens-berman-investigating-qualcomms-business-practices-and-ftc-allegations-300394943.html

SOURCE Hagens Berman Sobol Shapiro LLP

/Web site: https://www.hbsslaw.com

(END) Dow Jones Newswires

January 23, 2017 15:16 ET (20:16 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | neqac : Equities Asset Class News | npress : Press Releases | gwhis : Whistleblowers | ccat : Corporate/Industrial News | gcat : Political/General News | gcrim : Crime/Legal Action | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

 © 2023 Factiva, Inc. All rights reserved.

**AN** Document DJDN000020170123ed1n003lo

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **The Biggest Loser: Qualcomm Tumbles -- Barron's Blog**

**BY** By Ben Levisohn

**WC** 324 words

**PD** 23 January 2017

**ET** 16:21

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm ( QCOM) tumbled to the bottom of the S&P 500 today after Apple ( AAPL) sued the chip maker over its licensing practices.

Qualcomm dropped 12.7% to $54.88, while the S&P 500 fell 0.27% to end at 2,265.2.

**TD**

BMO's Tim Long and team note that Apple's claims sound familiar, but worry about the attention the lawsuit is getting:

We are not lawyers, but we have come across many lawsuits/complaints between Qualcomm and other companies and governments over the years. Below we offer our opinions, understanding that there will be much legal maneuvering on each side before these cases will be resolved. We will not go through all of the 25 counts, but instead will focus on the key elements from a high level. We will focus on items that we have seen before, and ones that we hadn't known about, including the agreements that Apple detailed it has signed in the past with Qualcomm.

We expect this case to get a lot of attention, and for any resolution to take a long time, whether through the courts or a private agreement. We doubt that there will be a meaningful change to Qualcomm royalty rates, but the mention of benefits for exclusive chip supply, denying the right to litigate, and withholding "rebate" payments may cause damage otherwise.

Qualcomm's market capitalization fell to $ billion today from $92.3 billion on Friday. It reported net income of $5.7 billion on sales of $23.6 billion in 2016.

For more on the potential impact of Apple's suit on Qualcomm, read Morgan Stanley's take, Bernstein's take, and Instinet's take over at Barron's Tech Trader Daily.

More at Barron's Stocks to Watch blog,
http://blogs.barrons.com/stockstowatchtoday/
(END) Dow Jones Newswires

January 23, 2017 16:21 ET (21:21 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial

News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n003yl

 © 2023 Factiva, Inc. All rights reserved.

**The Biggest Loser: Qualcomm Tumbles 13%**

Barron's Blogs, 17:11, 23 January 2017, 301 words, (English)

Qualcomm (QCOM) tumbled to the bottom of the S&P 500 today after Apple (AAPL) sued the chip maker over its licensing practices. Qualcomm dropped 12.7% to $54.88, while the S&P 500 fell 0.27% to end at 2,265.2.

Document WCBBE00020170123ed1n003bh

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **The Biggest Loser: Qualcomm Tumbles 13% -- Barron's Blog**

**BY** By Ben Levisohn

**WC** 327 words

**PD** 23 January 2017

**ET** 17:11

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm ( QCOM) tumbled to the bottom of the S&P 500 today after Apple ( AAPL) sued the chip maker over its licensing practices.

Qualcomm dropped 12.7% to $54.88, while the S&P 500 fell 0.27% to end at 2,265.2.

**TD**

BMO's Tim Long and team note that Apple's claims sound familiar, but worry about the attention the lawsuit is getting:

We are not lawyers, but we have come across many lawsuits/complaints between Qualcomm and other companies and governments over the years. Below we offer our opinions, understanding that there will be much legal maneuvering on each side before these cases will be resolved. We will not go through all of the 25 counts, but instead will focus on the key elements from a high level. We will focus on items that we have seen before, and ones that we hadn't known about, including the agreements that Apple detailed it has signed in the past with Qualcomm.

We expect this case to get a lot of attention, and for any resolution to take a long time, whether through the courts or a private agreement. We doubt that there will be a meaningful change to Qualcomm royalty rates, but the mention of benefits for exclusive chip supply, denying the right to litigate, and withholding "rebate" payments may cause damage otherwise.

Qualcomm's market capitalization fell to $81.1 billion today from $92.3 billion on Friday. It reported net income of $5.7 billion on sales of $23.6 billion in 2016.

For more on the potential impact of Apple's suit on Qualcomm, read Morgan Stanley's take, Bernstein's take, and Instinet's take over at Barron's Tech Trader Daily.

More at Barron's Stocks to Watch blog,
http://blogs.barrons.com/stockstowatchtoday/
(END) Dow Jones Newswires

January 23, 2017 17:11 ET (22:11 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial

News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n00443

 © 2023 Factiva, Inc. All rights reserved.

**HD** **SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims on Behalf of Investors of Qualcomm Incorporated - QCOM**

**WC** 244 words

**PD** 23 January 2017

**SN** ACCESSWIRE

**SC** ACWIRE

**LA** English

**CY** Copyright 2017. ACCESSWIRE

**LP**

NEW YORK, NY / ACCESSWIRE / January 23, 2017 / Pomerantz LLP is investigating claims on behalf of investors of Qualcomm Incorporated ("Qualcomm" or the "Company") (NASDAQ: QCOM). Such investors are advised to contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888-476-6529, ext. 9980.

The investigation concerns whether Qualcomm and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**TD**

[Click here to join a class action]

On January 17, 2017, Bloomberg reported that the Federal Trade Commission is poised to bring an enforcement action against Qualcomm following an investigation of the Company's licensing practices. On this news, Qualcomm stock fell $2.69, or 4.02%, to close at $64.19 on January 17, 2017.

The Pomerantz Firm, with offices in New York, Chicago, Florida, and Los Angeles, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

SOURCE: Pomerantz LLP

**CO** ftrade : Federal Trade Commission | phbgag : Pomerantz LLP | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i835 : Legal Services | ibcs : Business/Consumer Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | gsfra : Securities Fraud | npress : Press Releases | ccat : Corporate/Industrial News | gcat : Political/General News | gcrim : Crime/Legal Action | gfinc : Financial Crime | gfraud : Fraud | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** NASDAQ:QCOM

**PUB** Accesswire

**AN** Document ACWIRE0020170123ed1n004h5

THE AUSTRALIAN

HD **5G ‘will benefit entire societies’**

WC 449 words
PD 23 January 2017
SN The Australian - Online
SC AUSTOL
LA English
CY © 2017 News Limited. All rights reserved.

LP

To get a handle on 5G, it made sense to listen to Qualcomm, a semiconductor manufacturer that has been at the forefront of mobile phone component development for decades. Now it’s a flag bearer for 5G, the successor to 4G, due for implementation by 2020.

At the Consumer Electronics Show in Las Vegas, Qualcomm chief executive Steve Mollenkopf said 5G went beyond scaling up speed and bandwidth, and reducing latency. It was an entirely new type of network with new capabilities.

TD

“5G will have an impact similar to the introduction of electricity, or the car, affecting entire economies, and benefiting entire societies,’’ Mr Mollenkopf said. “Today, billions of mobile devices with extraordinary power are uniting with advancements in robotics, artificial intelligence, autonomous vehicles, nanotechnology and so much more. Entire industries will change, and emerge as data speeds go up, and data costs come down.”

It is rumoured the Snapdragon 835 will be used inside Samsung’s Galaxy S8 smartphone this year. The new processor also supports virtual reality when installed inside mobile devices. Qualcomm demonstrated positional tracking using the camera in a VR-enabled smart phone.

It has also released a Snapdragon X50 5G modem, to be available in the second half of the year, which uses the 802.11ad WiFi standard. Mr Mollenkopf said it supported ultrahigh speed zones as fast as 4.6 Gbps, and delivered extremely low latency. You could download a feature-length 4K movie in 18 seconds, or a 1Gb file from the cloud in three seconds, he said.

At CES, there were discussions about peak 5G speeds of up to 26 Gbps.

In Australia, the telcos will continue 5G trials and prepare to introduce 4.5G as a stepping stone. Optus is expected to update its plans around 4.5G next month. In a trial in Sydney last year, Optus and Huawei reached a transmission rate of 35Gbs over the 73 GHz band.

Optus executive Kent Wu said the telco was looking at multiple input, multiple output technology as part of 5G. “Traditionally there is a single lane in each direction. This makes it 32 in each direction,” Mr Wu said.

Telstra outlined its involvement in modifying 5G standards to suit Australian conditions. “The rest of the world forgets how big Australia is, and inevitably they build everything to run to about 30km-40km,” said Mike Wright, group managing director, networks at Telstra. Telstra is to trial 5G at next year’s Commonwealth Games and this month Vodafone Australia announced a five-year deal with Ericsson and Cisco to virtualise its core network ahead of 5G.

Chris Griffith travelled to CES in Las Vegas courtesy of Samsung.

CO qcom : Qualcomm Incorporated

IN ielec : Consumer Electronics | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**RE** austr : Australia | apacz : Asia Pacific | ausnz : Australia/Oceania

**PUB** News Ltd.

**AN** Document AUSTOL0020170123ed1n002gy

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

**CLM** Heard on the Street

**SE** Markets

**HD** **Apple Takes a Bite Out of Qualcomm; Timing of lawsuit throws completion of NXP Semiconductors deal into question, along with future royalties**

**BY** By Dan Gallagher

**WC** 335 words

**PD** 23 January 2017

**ET** 14:12

**SN** The Wall Street Journal Online

**SC** WSJO

**LA** English

**CY** Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

**LP**

Qualcomm has survived many legal challenges to its patent-driven business model. The suit filed by Apple is a tougher test.

Investors took note, wiping $13 billion off of Qualcomm's market value since news of the suit hit late Friday. One reason is Apple represents about one-quarter of Qualcomm's licensing revenue, estimates Christopher Caso of CLSA. It is a formidable foe with $132 billion in net cash.

**TD**

More importantly, the Apple suit hits Qualcomm at a terrible time: Qualcomm is already in the thick of it with regulators in Korea, Europe and the U.S.—all of whom are examining the company's business practices regarding the deep well of patents that go to the heart of most wireless devices operating today. Licenses from these patents generate about 80% of the company's pretax profit.

Qualcomm is also trying to get regulators to sign off on its $39 billion acquisition of NXP Semiconductors . This is the company's biggest M&A deal to date, as it will add much needed diversity to a business that still relies heavily on the slowing smartphone market.

The lawsuit makes clear that Apple has been discussing Qualcomm with those agencies, many of whom have to sign off on the NXP acquisition for it to proceed. Qualcomm was expecting to complete the deal by the end of this year, but the fact that its stock has now slid back below its price from before the deal was announced suggests that shareholders now see a strong risk of a delay.

That—plus the prospect of having to lower its royalty rates for a key customer—have placed another cloud of uncertainty over Qualcomm. The company's future depends on passing this test.

Get financial insights and commentary on global investing from The Wall Street Journal's Heard on the Street team. Subscribe to the podcast.

**CO** phisem : NXP Semiconductors N.V. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | iindele : Industrial Electronics

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c151 : Earnings | cgymtr : Intellectual Property Rights | mcat : Commodity/Financial Market News | ncolu : Columns | nedc : Commentaries/Opinions | c15 : Financial Performance | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**IPD** APPLE

**IPC** I/SEM

**PUB** Dow Jones & Company, Inc.

**AN** Document WSJO000020170123ed1n007ka

Page 187 of 190 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Halliburton, Marinus Pharma** |
| **WC** | 370 words |
| **PD** | 23 January 2017 |
| **ET** | 10:32 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

* Eikon search string for individual stock moves: STXBZ

**TD**

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh

U.S. stocks were off their lows on Monday after President Donald Trump laid out some of his plans to spur economic growth in a meeting with top executives of U.S. companies.

The Dow Jones Industrial Average was down 0.29 percent at 19,769.81, the S&P 500 was down 0.34 percent at 2,263.52 and the Nasdaq Composite was down 0.27 percent at 5,540.223.

** QUALCOMM INC, $54.11, -13.95 pct

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** HALLIBURTON CO, $54.56, -3.35 pct

The world's No. 2 oilfield services provider warned of weakness in markets outside of North America, echoing comments made by larger rival Schlumberger last week.

** SPRINT CORP, $9.13, +2.18 pct

The U.S. wireless carrier said it would buy 33 percent of Tidal, a music streaming service owned by rapper Jay Z.

** MCDONALD'S CORP, $121.23, -0.84 pct

The operator of the world's largest fast-food chain reported a drop in U.S. comparable restaurant sales for the first time in six quarters, suggesting that the novelty of the company's popular all-day breakfast was wearing off.

** MARINUS PHARMACEUTICALS INC, $1.63, +40.52 pct

The drug developer announced preliminary positive data from its ongoing mid-stage study for the treatment of patients with CDKL5 genetic disorder.

** BIOLASE INC, $1.65, +12.24 pct

The medical device maker received FDA clearance for commercial distribution of its new Epic Pro diode laser system for dentistry.

** CYNOSURE INC, $48.50, +10.60 pct

The laser maker is exploring strategic options, including a sale, amid increasing interest in the company's technology from larger global companies, Bloomberg reported on Sunday, citing sources. (Compiled by Diptendu Lahiri in Bengaluru)

**RF** Released: 2017-1-26T15:32:42.000Z

**CO** qcom : Qualcomm Incorporated | hllbt : Halliburton Co

**IN** i257 : Pharmaceuticals | icomp : Computing | i3302 : Computers/Consumer Electronics | i951 : Health Care/Life Sciences | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | i1300005 : Support Activities for Oil/Gas | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** ccat : Corporate/Industrial News

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00pm9

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 01/20/2017 to 01/23/2017 |

| | |
|---|---|
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 110 |
| Timestamp | 26 May 2023 13:33 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES


BUZZ-Qualcomm Inc: Lawsuits pull down stock ....... 2

BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Sprint ....... 4

BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Halliburton ....... 6

U.S. RESEARCH ROUNDUP-CVR Refining, Metlife, Travelport Worldwide ....... 8

Cynosure soars on deal talk; Qualcomm slumps on Apple suit ....... 16

Cynosure soars on deal talk; Qualcomm slumps on Apple suit ....... 18

Qualcomm Cut to Underperform From Buy by CLSA ....... 20

Qualcomm Cut to Neutral From Buy by Nomura ....... 21

Qualcomm Cut to Underperform From Buy by CLSA ....... 22

BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm , Yahoo , Morgan Stanley , ....... 23


 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BUZZ-Qualcomm Inc: Lawsuits pull down stock**

**WC** 212 words

**PD** 23 January 2017

**ET** 10:35

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

** Chipmaker's shares fall as much as 14.44 pct to $53.80; biggest intraday pct loss in more than a year

** Apple Inc filed a $1 bln lawsuit on Friday against Qualcomm for overcharging for chips and refusing to pay some $1 bln in promised rebates

**TD**

** At least 2 brokerages cut PTs, Instinet cuts rating to "neutral" from "buy"

** Instinet says recent rulings have been stronger and broader than anticipated

** It seems inconvenient that, amid increased scrutiny into QTL, Qualcomm requires regulatory approval for the NXPI acquisition from many of the countries where it has outstanding regulatory complaints/litigations - Instinet analysts

** U.S. Federal Trade Commission filed a lawsuit last week, accusing Qualcomm of using "anticompetitive" tactics to keep its monopoly on a key semiconductor used in cellphones

** South Korea's antitrust regulator fined Qualcomm $854 mln in December for what it called unfair patent licensing practices

** More than 34 mln shares traded, 4.3x 30-day moving avg

** 13 of 30 brokerages rate the stock "buy" or higher, 15 "hold" and 2 "sell" or lower; median PT $70

** Up to Friday's close, stock had gained a third of its value in the last 12 months

**RF** Released: 2017-1-26T15:35:20.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c1521 : Analysts' Comments/Recommendations | c12 : Corporate Crime/Legal Action | ccat : Corporate/Industrial News | c1522 : Share Price Movement/Disruptions | c15 : Financial Performance | c152 : Earnings Projections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00pmc

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Sprint** |
| **WC** | 460 words |
| **PD** | 23 January 2017 |
| **ET** | 11:50 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

* Eikon search string for individual stock moves: STXBZ

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

**TD**

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh

U.S. stocks lost ground on Monday as investors digested President Donald Trump's protectionist statements and sought safe-haven assets such as gold and U.S. Treasury bonds.

The Dow Jones Industrial Average was down 0.43 percent at 19,741.7, the S&P 500 was down 0.58 percent at 2,258.09 and the Nasdaq Composite was down 0.52 percent at 5,526.712.

** QUALCOMM INC, $55.35, -11.98 pct

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** AUTOZONE INC, $735.61, -4.47 pct

** ADVANCE AUTO PARTS INC, $166.75, -2.77 pct

** O'REILLY AUTOMOTIVE INC, $264.83, -3.35 pct

** GENUINE PARTS CO, $96.17, -3.58 pct

U.S. auto parts retailers down after NY Post says Amazon may start selling auto parts.

** MCDONALD'S CORP, $120.50, -1.44 pct

The operator of the world's largest fast-food chain reported a drop in U.S. comparable restaurant sales for the first time in six quarters, suggesting that the novelty of the company's popular all-day breakfast was wearing off.

** MARINUS PHARMACEUTICALS INC, $1.60, +37.50 pct

The drug developer announced preliminary positive data from its ongoing mid-stage study for the treatment of patients with CDKL5 genetic disorder.

** HALLIBURTON CO, $54.27, -3.86 pct

The world's No. 2 oilfield services provider said its revenue growth this year would meet or outpace the increase in the number of drilling rigs in North America.

** SPRINT CORP, $9.24, +3.42 pct

The U.S. wireless carrier said it would buy 33 percent of Tidal, a music streaming service owned by rapper Jay Z.

** BIOLASE INC, $1.62, +10.20 pct

The medical device maker received FDA clearance for commercial distribution of its new Epic Pro diode laser system for dentistry.

** CYNOSURE INC, $47.50, +8.32 pct

The laser maker is exploring strategic options, including a sale, amid increasing interest in the company's technology from larger global companies, Bloomberg reported on Sunday, citing sources.

** NCI INC, $12.61, -9.64 pct

The IT and professional services provider to U.S. Federal government agencies will launch an internal probe after preliminary findings revealed that an ex-controller embezzled about $18 mln over last six years. (Compiled by Diptendu Lahiri in Bengaluru)

| | |
|---|---|
| **RF** | Released: 2017-1-26T16:50:19.000Z |
| **CO** | advpts : Advance Auto Parts Inc \| atzone : AutoZone Inc \| qcom : Qualcomm Incorporated \| advhol : Advance Holding Corp |
| **IN** | i353 : Motor Vehicle Parts \| i64 : Retail/Wholesale \| icomp : Computing \| i3302 : Computers/Consumer Electronics \| iaut : Automotive \| itech : Technology \| i34531 : Semiconductors \| i6492 : Automotive Parts/Tire Stores \| i654 : Specialty Stores \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iretail : Retail |
| **NS** | ccat : Corporate/Industrial News |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170123ed1n00spd |

REUTERS

HD **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Halliburton**

WC 539 words

PD 23 January 2017

ET 13:25

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

* Eikon search string for individual stock moves: STXBZ

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

TD

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh

The S&P 500 was on track for its worst day this year as President Donald Trump's protectionist stance on trade sent investors scurrying for safe-haven assets on Monday.

The Dow Jones Industrial Average was down 0.31 percent at 19,766.24, the S&P 500 was down 0.39 percent at 2,262.47 and the Nasdaq Composite was down 0.19 percent at 5,544.683.

** QUALCOMM INC, $55.37, -11.94 pct

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** AUTOZONE INC, $738.69, -4.07 pct

** ADVANCE AUTO PARTS INC, $167.14, -2.54 pct

** O'REILLY AUTOMOTIVE INC, $266.01, -2.92 pct

** GENUINE PARTS CO, $96.33, -3.42 pct

Shares of U.S. auto part retailers fell sharply following a report that Amazon.com Inc had set its sights on the $50 billion do-it-yourself after-market auto parts business.

** MCDONALD'S CORP, $121.72, -0.44 pct

The company's sales at established U.S. restaurants fell for the first time in six quarters as the novelty of all-day breakfast failed to overcome competition from supermarkets and other retailers.

** MARINUS PHARMACEUTICALS INC, $1.54, +32.76 pct

The drug developer announced preliminary positive data from its ongoing mid-stage study for the treatment of patients with CDKL5 genetic disorder.

** HALLIBURTON CO, $54.37, -3.68 pct

The world's No. 2 oilfield services provider said its revenue growth this year would meet or outpace the increase in the number of drilling rigs in North America.

However, its revenue growth in North America in the latest quarter lagged the increase in rig count.

** SPRINT CORP, $9.22, +3.19 pct

The U.S. wireless carrier said it would buy 33 percent of Tidal, a music streaming service owned by rapper Jay Z, marking a move to more content driven services in a highly competitive wireless market.

** BIOLASE INC, $1.62, +10.20 pct

The medical device maker received FDA clearance for commercial distribution of its new Epic Pro diode laser system for dentistry.

** CYNOSURE INC, $47.48, +8.27 pct

The laser maker is exploring strategic options, including a sale, amid increasing interest in the company's technology from larger global companies, Bloomberg reported on Sunday, citing sources.

** NCI INC, $12.63, -9.50 pct

The IT and professional services provider to U.S. Federal government agencies will launch an internal probe after preliminary findings revealed that an ex-controller embezzled about $18 mln over last six years.

** AETNA INC, $119.77, -2.25 pct

** HUMANA INC, $201.02, +0.24 pct

A U.S. federal judge blocked the health insurer's proposed $34 billion merger with rival Humana, saying it was illegal under antitrust law.

(Compiled by Diptendu Lahiri in Bengaluru)

**RF** Released: 2017-1-26T18:25:22.000Z

**CO** advpts : Advance Auto Parts Inc | atzone : AutoZone Inc | qcom : Qualcomm Incorporated | hllbt : Halliburton Co | advhol : Advance Holding Corp

**IN** i353 : Motor Vehicle Parts | i64 : Retail/Wholesale | icomp : Computing | i3302 : Computers/Consumer Electronics | iaut : Automotive | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | i1300005 : Support Activities for Oil/Gas | i34531 : Semiconductors | i6492 : Automotive Parts/Tire Stores | i654 : Specialty Stores | iindele : Industrial Electronics | iindstrls : Industrial Goods | iretail : Retail

**NS** ccat : Corporate/Industrial News

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00vy3

REUTERS

**HD** **U.S. RESEARCH ROUNDUP-CVR Refining, Metlife, Travelport Worldwide**

**WC** 2,699 words

**PD** 23 January 2017

**ET** 17:50

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**TD**

Jan 23 (Reuters) - Wall Street securities analysts revised their ratings and price targets on several U.S.-listed companies, including Metlife and CVR Refining, on Monday.

HIGHLIGHTS
* Camden Property Trust : Barclays cuts to equal weight from overweight
* CVR Refining : Goldman Sachs raises to neutral from sell - Trader
* Metlife Inc : Deutsche Bank raises to buy from hold
* Piedmont Office Realty Trust Inc : Stifel raises to hold from sell
* Travelport Worldwide Ltd : Morgan Stanley cuts to equal weight from overweight

Following is a summary of research actions on U.S. companies reported by Reuters on Monday.
Stock entries are in alphabetical order.

* Achaogen Inc : Guggenheim initiates coverage with a buy rating, $30 target price
* ADMA Biologics Inc : Maxim Group raises to buy from hold; price target $13
* Agilent Technologies Inc : Jefferies raises target price to $55; rating buy
* Alexandria Real Estate Equities : Barclays cuts target price to $116 from $121
* Align Technology Inc : Jefferies raises target price to $110; rating buy
* Ally Financial Inc : Susquehanna starts with positive rating; $28 price target
* Alphabet Inc : BMO raises target price to $1000 from $960; rating outperform
* AMC Networks : Cowen and Company ups target to TO $60 from $54; market perform
* American International Group Inc : KBW raises target price to $80 from $77

* American Vanguard Corp : Roth Capital raises to buy from neutral - Trader
* Ameriprise Financial Inc : Deutsche Bank raises target price to $127 from $120
* Anadarko Petroleum : Barclays raises target price to $62 from $60; equal weight
* Anthem Inc : Citigroup raises target price to $172 from $151
* Apartment Investment and Management Co : Barclays cuts target to $47 from $49
* Applied Materials Inc : Deutsche Bank raises target price to $36 from $33
* Arch Coal Inc : FBR raises target price to $110 from $95
* AstraZeneca Plc : Leerink cuts target price to $32 from $34
* Avalonbay Communities Inc : Barclays cuts target price to $167 from $178
* Bank of Hawaii : Compass Point raises price target to $81 from $80;rating neutral
* Bank of Hawaii : Sandler O'Neill cuts price target by $4 to $90; rating hold
* Bank of Marin Bancorp :D.A. Davidson raises price target to $70 from $68;neutral
* BB&T Corp : Bernstein raises target price to $47 from $46
* Biomarin Pharmaceutical : Credit Suisse assumes coverage with $107 target price
* Biomarin Pharmaceutical : Credit Suisse assumes coverage with outperform rating
* Biospecifics Technologies : Rodman & Renshaw raises target to $72 from $63
* Boston Properties Inc : Barclays cuts target price to $135 from $143
* Brandywine Realty Trust : Barclays cuts target price to $15 from $16
* Bristol-Myers Squibb Co : JP Morgan cuts target price to $66 from $70;overweight
* Bristol-Myers Squibb Co : Leerink cuts target price to $62 from $71
* Brixmor Property Group Inc : Barclays cuts target price to $24 from $28
* Bruker Corp : Jefferies cuts target price to $28; rating buy
* Bryn Mawr Bank Corp : KBW raises target price to $41 from $39
* Cabot Oil & Gas Corp : Barclays raises target price to $25 from $22
* Cabot Oil & Gas Corp : Barclays raises to overweight from equal weight
* Camden Property Trust : Barclays cuts target price to $83 from $89
* Camden Property Trust : Barclays cuts to equal weight from overweight
* Campbell Soup Co : Stifel raises target price to $62 from $56
* Carolina Financial Corp : KBW raises target price to $33 from $30
* CBL & Associates Properties : Barclays cuts target price to $10 from $13
* CBL & Associates Properties :Goldman Sachs cuts target to $10.50 from $12;neutral
* Cenovus Energy Inc : Goldman Sachs cuts to sell - Trader
* Chicago Bridge & Iron Company NV : Citigroup raises target price to $36 from $30
* Chubb Ltd : JMP raises target price to $145 from $140
* Cigna Corp : Citigroup raises target price to $163 from $139
* Citizens Financial Group : Goldman Sachs cuts target price to $42 from $43; buy

 © 2023 Factiva, Inc. All rights reserved.

* Citizens Financial Group Inc : Bernstein cuts target price to $35 from $36
* Citizens Financial Group Inc : KBW raises target price to $39 from $38.5
* Citizens Financial Group Inc : Wedbush raises target price to $37 from $35
* City Office REIT Inc : Deutsche Bank cuts price target to $14.00 from $15.50
* Clovis Oncology Inc : Stifel raises target price to $86 from $52
* CNO Financial Group Inc : Deutsche Bank raises target price to $19 from $18
* Colucid Pharmaceuticals Inc : Barclays cuts to equal weight from overweight
* Columbus Mckinnon : Seaport Global Securities raises target to $30 from $24
* Columbus Mckinnon : Seaport Global Securities raises to buy from neutral
* Community Bank System : Sandler O'Neill cuts price target to $53; rating sell
* Community Financial : KBW raises target price to $30 from $28; market perform
* County Bancorp Inc : Maxim raises target price to $30 from $28
* Credit Acceptance : Susquehanna starts with neutral rating; $226 price target
* CRH Medical : Canaccord Genuity raises target price to $7 from $5.50; buy
* CSX Corp : BMO raises target price to $55 from $38
* CSX Corp : BMO raises to outperform from market perform
* CVR Refining : Goldman Sachs raises to neutral from sell - Trader
* CVR Refining LP : Goldman Sachs raises target price to $12 from $7
* Cytosorbents Corp : Maxim Group raises price target to $10 from $8; rating buy
* Deckers Outdoor Corp : Telsey Advisory Group raises target price to $74 from $72
* Dentsply Sirona Inc : Jefferies cuts target price to $68; rating buy
* Diana Shipping Inc : Jefferies raises price target to $3.50; rating hold
* Digital Realty Trust Inc : Barclays cuts target price to $110 from $118
* Dish Network Corp : Morgan Stanley raises to overweight rating
* Douglas Emmett Inc : Barclays cuts target price to $32 from $35
* Dow Chemical Co : Susquehanna raises target price to $68 from $66; positive
* DSP Group Inc : Wunderlich cuts target price to $13 from $14
* DSW Inc : Telsey Advisory Group cuts target price to $24 from $26
* DU Pont : Susquehanna raises target price to $88 from $84; rating positive
* Duke Realty Corp : Barclays cuts target price to $25 from $26
* Dupont Fabros Technology Inc : Barclays cuts target price to $50 from $52
* Equity Residential : Barclays cuts target price to $61 from $66
* Essex Property Trust Inc : Barclays raises target price to $255 from $232
* Essex Property Trust Inc : Barclays raises to overweight from equal weight
* Ferroglobe Plc : B.Riley cuts target price to $14 from $14.25; rating buy
* First Financial Bancorp : KBW raises target price to $27 from $25

 © 2023 Factiva, Inc. All rights reserved.

* Flowserve Corp : Seaport Global Securities raises target price to $60 from $48
* Flowserve Corp : Seaport Global Securities raises to buy from neutral
* FMC Corp : Seaport Global Securities cuts to neutral from accumulate
* Foot Locker Inc : Telsey Advisory Group cuts target price to $85 from $88
* Genco Shipping & Trading Ltd : Jefferies raises price target to $13.00; buy
* General Electric Co : Credit Suisse cuts target price to $34 from $35; outperform
* General Electric Co : UBS cuts target price to $35 from $36
* General Growth Properties Inc : Barclays cuts target price to $25 from $30
* GrubHub Inc : Craig Hallum starts with hold; target price $41
* Halliburton Co : Credit Suisse cuts price target to $60 from $62; outperform
* Halliburton Co : Evercore ISI raises price target to $65 from $60; rating buy
* HB Fuller Co : JP Morgan cuts target price to $47 from $49
* Healthequity : Keybanc Capital Markets starts with overweight rating;target $60
* Hudson Pacific Properties Inc : Barclays cuts target price to $38 from $39
* Humana Inc : Credit Suisse cuts price target to $208 from $222; rating outperform
* Huntsman Corp : UBS raises target price to $24 from $19
* Incyte Corp : Credit Suisse assumes coverage with outperform; $137 target PRICE
* Independence Realty Trust : Deutsche Bank raises target to $8.00 from $7.50
* Independent Bank Corp : KBW raises target price to $72 from $70
* Ionis Pharmaceuticals Inc : Janney cuts fair value to $42 from $49;rating neutral
* Jones Lang LaSalle Inc : Barclays cuts target price to $119 from $125
* Juniper Networks Inc : JP Morgan raises target price to $32 from $28
* Kansas City Southern : Seaport Global Securities cuts from accumulate to neutral
* KBR Inc : Citigroup raises target price to $18 from $16
* Kimco Realty Corp : Barclays cuts target price to $27 from $32
* Kirby Corp : Credit Suisse raises target price to $58 from $51; rating neutral
* Kirby Corp : Jefferies raises price target to $75.00; rating buy
* Kite Realty Group Trust : Barclays cuts target price to $25 from $31
* Kla-Tencor Corp : Deutsche Bank raises target price to $78 from $75
* Lam Research Corp : DA Davidson raises price target to $140 from $125
* Lam Research Corp : Deutsche Bank raises target price to $125 from $115
* Lexington Realty Trust : Barclays cuts target price to $10 from $11
* Lexington Realty Trust : Barclays cuts to underweight from equal weight
* Liberty Global : Morgan Stanley resumes with equal weight rating; $39 target
* Liberty Siriusxm : Morgan Stanley cuts to equal weight rating

* Lincoln National Corp : Deutsche Bank raises target price to $69 from $66
* Lonestar Resources US Inc : Johnson Rice starts with buy; target price $7.20
* M&T Bank Corp : JP Morgan raises target price to $180 from $170
* Macerich Co : Barclays cuts target price to $69 from $83
* Mack-Cali Realty Corp : Barclays cuts target price to $27 from $28
* Maiden Holdings Ltd : JMP raises target price to $19 from $18
* Marathon Petroleum Corp : Jefferies cuts target price to $61; rating buy
* Mastec Inc : Citigroup raises target price to $38 from $32
* Matador Resources Co : Raymond James starts with outperform rating; target $31
* McDermott International Inc : Citigroup raises target price to $8 from $6
* Merck & Co Inc : Leerink raises target price to $69 from $65
* Metlife Inc : Deutsche Bank raises target price to $65 from $57
* Metlife Inc : Deutsche Bank raises to buy from hold
* Molson Coors Brewing Co : Credit Suisse initiates coverage with neutral rating
* Molson Coors Brewing Co : Credit Suisse initiates coverage with target price $106
* Motorola Solutions Inc : MKM Partners raises fair value to $75 from $72; neutral
* Natera Inc : Benchmark cuts target price to $16 from $20
* Natera Inc : Benchmark cuts target price to $16 from $20
* Nike Inc : Telsey Advisory Group raises target price to $66 from $65
* NRG Yield Inc : Citigroup raises target price to $20 from $19
* OM Asset Management Plc : Sandler O'Neill resumes with hold; target price $15.50
* Patriot National Inc : JMP cuts target price to $9 from $10
* Pennsylvania REIT : Barclays cuts target price to $16 from $20
* Perrigo Company Plc : Jefferies cuts target price to $70 from $84; rating hold
* Perrigo Company Plc : Leerink cuts price target to $78 from $87; market perform
* Philip Morris International Inc : Barclays cuts target price to $103 from $106
* Piedmont Office Realty Trust Inc : Stifel raises target price to $20.50 from $18
* Piedmont Office Realty Trust Inc : Stifel raises to hold from sell
* PNC Financial Services Group Inc : Instinet raises target price to $121 from $116
* PPG Industries Inc : JP Morgan cuts target price to $105 from $110
* Preferred Bank : FBR raises target price to $65 from $60; rating outperform
* Principal Financial Group Inc : Deutsche Bank raises target price to $58 from $54
* Proassurance Corp : JMP raises target price to $60 from $57
* Procter & Gamble Co : Morgan Stanley raises target to $90 from $88; equal-weight
* Procter & Gamble Co : UBS raises target price to $96 from $94
* Prologis Inc : Barclays cuts target price to $54 from $58
* PTC Inc : Berenberg raises target price to $66 from $50; rating buy
* Public Storage : Barclays cuts target price to $215 from $230
* Qualcomm Inc : Bernstein cuts target price to $65 from $80
* Qualcomm Inc : Instinet cuts target price to $70 from $80
* Qualcomm Inc : Instinet cuts to neutral from buy

 © 2023 Factiva, Inc. All rights reserved.

* Quanta Services Inc : Citigroup raises target price to $37 from $31
* Regions Financial Corp : Bernstein raises target price to $15 from $14
* Regions Financial Corp : Compass Point cuts to neutral from buy
* Regions Financial Corp : Compass Point raises target price to $15 from $14.50
* Reinsurance Group of America : Deutsche Bank ups target price to $127 from $121
* Rockwell Automation Inc : Deutsche Bank raises target price to $173 from $126
* Rockwell Collins Inc : Canaccord Genuity raises target to $90 from $88; hold
* Rockwell Collins Inc : Seaport Global Securities raises to buy from neutral
* Santander Consumer USA : Susquehanna initiates coverage with $14 price target
* Santander Consumer USA : Susquehanna initiates coverage with a neutral rating
* Scana Corp : UBS raises target price to $75 from $73
* Schlumberger NV : Deutsche Bank cuts target price to $101 from $113
* Schlumberger NV : Loop Capital Markets raises target price to $97 from $91
* Schlumberger NV : Susquehanna raises target price to $100 from $96
* Schlumberger NV : UBS raises target price to $105 from $100
* Scorpio Bulkers Inc : Jefferies raises price target to $9.00; rating buy
* Selective Insurance Group Inc : Sandler O'Neill starts with hold; target $44
* Sierra Bancorp : D.A. Davidson raises price target to $29 from $25;rating neutral
* Sierra Bancorp : Sandler O'Neill raises price target by $1 to $28; rating hold
* Sierra Wireless Inc : Raymond James raises target price to $20 from $16
* Sierra Wireless Inc : Raymond James raises to outperform from market perform
* Simon Property Group Inc : Barclays cuts target price to $202 from $247
* Skyworks Solutions Inc : Citigroup raises target price to $68 from $64
* SL Green Realty Corp : Barclays cuts target price to $103 from $107
* Southwestern Energy Co : Barclays raises to equal weight from underweight
* Star Bulk Carriers Corp : Jefferies raises price target to $11.00; rating buy
* State National Companies Inc : JMP raises target price to $16 from $14
* Steven Madden Ltd : Telsey Advisory Group raises target price to $40 from $38
* SunTrust Banks Inc : Bernstein raises target price to $60 from $57
* SunTrust Banks Inc : BMO cuts target price to $63 from $65
* SunTrust Banks Inc : Instinet raises target price to $58 from $56
* SunTrust Banks Inc : Morgan Stanley raises target price to $3.82 from $3.71
* SunTrust Banks Inc : Wedbush raises target price to $58 from $55
* Synchrony Financial : Compass Point raises price target to $42; rating buy
* Synchrony Financial : JMP raises target price to $41 from $37

 © 2023 Factiva, Inc. All rights reserved.

* Synchrony Financial : KBW raises target price to $44 from $40
* Synchrony Financial : Morgan Stanley raises target price to $3.15 from $3.14
* T2 Biosystems Inc : Cantor cuts target price to $7 from $9
* Teekay Corp : Jefferies raises price target to $8.50; rating hold
* Teradyne Inc : Deutsche Bank raises target price to $28.00 from $25
* Teva Pharmaceutical : Credit Suisse cuts target price to $41 from $45;outperform
* Thermo Fisher Scientific Inc : Goldman Sachs cuts target price to $162 from $168
* Thermo Fisher Scientific Inc : Jefferies cuts target price to $160; rating hold
* Tim Participacoes : Morgan Stanley raises price target to $16.40 from $14.90
* Tim Participacoes : Morgan Stanley raises to overweight from equal weight
* Torchmark Corp : Deutsche Bank raises target price to $69 from $60
* Travelport Worldwide Ltd : Morgan Stanley cuts to equal weight from overweight
* UDR Inc : Barclays cuts target price to $35 from $37
* Under Armour Inc : Instinet cuts target price to $27 from $31
* Under Armour Inc : Telsey Advisory Group cuts target price to $34 from $35
* Validus Holdings Ltd : JMP raises target price to $62 from $60
* Varian Medical Systems : RBC raises target price to $93 from $91; sector perform
* Ventas Inc : Deutsche Bank cuts price target to $58 from $60
* Verizon Communications : Wells Fargo cuts to market perform from outperform-Trader
* Vornado Realty Trust : Barclays cuts target price to $101 from $103
* Voya Financial Inc : Deutsche Bank raises target price to $48 from $45
* VWR Corp : Jefferies cuts target price to $31; rating buy
* Wal Mart Stores : Morgan Stanley cuts target price to $70 from $74; equal-weight
* Westamerica Bancorp : BMO cuts price target by $3 to $49
* Williams Companies Inc : Jefferies raises to buy; raises target price to $33
* Williams Partners LP : BMO raises to outperform; target price to $47
* Williams Partners LP : Jefferies raises target price to $42; rating hold
* Wolverine World Wide : Telsey Advisory Group ups target price to $25 from $24
* Workiva Inc : Morgan Stanley cuts target price to $16 from $21
* Workiva Inc : Morgan Stanley cuts to equal weight from overweight
* Xilinx Inc : Deutsche Bank raises target price to $55 from $49
* Yahoo Inc : CFRA Research cuts to hold from buy
* 1st Source Corp : KBW raises target price to $42 from $39

(Compiled by Bengaluru Newsroom)

**RF** Released: 2017-1-26T22:50:36.000Z

**CO** achaog : Achaogen, Inc. | camdpr : Camden Property Trust | ctdiss : Travelport Limited | wreiti : Piedmont Office Realty Trust Inc. | deut : Deutsche Bank AG | qcom : Qualcomm Incorporated | simpo : Simon Property Group Inc | sk : Credit Suisse Group AG | blgrou : The Blackstone Group LP

 © 2023 Factiva, Inc. All rights reserved.

**IN** ibnk : Banking/Credit | i257 : Pharmaceuticals | i951 : Health Care/Life Sciences | ifinal : Financial Services | i34531 : Semiconductors | i77001 : Travel Agencies | i814 : Banking | i81502 : Trusts/Funds/Financial Vehicles | i8150206 : Closed-end Funds/Investment Trusts | i815020602 : Real Estate Investment Trusts | icre : Real Estate/Construction | iibnk : Integrated Banks | iindele : Industrial Electronics | iindstrls : Industrial Goods | iinv : Investing/Securities | ilea : Leisure/Arts/Hospitality | iphddd : Drug Discovery/Development | ireest : Real Estate | itech : Technology | itourm : Tourism

**NS** c1521 : Analysts' Comments/Recommendations | ntab : Tables | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00b1a

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

**HD** **Cynosure soars on deal talk; Qualcomm slumps on Apple suit**

**CR** AP

**WC** 244 words

**PD** 23 January 2017

**ET** 16:45

**SN** The Canadian Press

**SC** CPR

**LA** English

**CY** (c) 2017 The Canadian Press. All rights reserved.

**LP**

NEW YORK _ Stocks that moved substantially or traded heavily Monday:

Kate Spade & Co., up 64 cents to $18.40

**TD**

Bloomberg News reported that the handbag maker has attracted takeover interest from Coach, Michael Kors and international companies.

Qualcomm Inc., down $8 to $54.88

Apple is suing the maker of semiconductors, one of its major suppliers, for $1 billion in a patent fight.

Sprint Corp., up 25 cents to $9.18

The mobile phone carrier is buying a 33 per cent stake in Tidal, the music streaming service owned by artists including Jay-Z.

Halliburton Co., down $1.65 to $54.80

The oilfield service company warned of weaker demand in markets outside North America and its revenue missed forecasts.

McDonald's Corp., down 88 cents to $121.38

The world's biggest hamburger chain reported a fourth-quarter drop in sales at established U.S. locations.

United Continental Holdings Inc., down $2.49 to $72.75

Six of the airline's flights were cancelled and 200 more were delayed Sunday because of a computer problem.

Cynosure Inc., up $2.90 to $46.75

The maker of medical lasers is considering a sale or other kind of deal, Bloomberg News reported.

Yahoo Inc., up 35 cents to $42.40

The Securities and Exchange Commission is investigating whether two massive data breaches should have been reported sooner to investors, The Wall Street Journal reported.

**RF** 20170123CPCPB0415

**CO** bigmac : McDonald's Corporation | hllbt : Halliburton Co | lizc : Kate Spade & Company | qcom : Qualcomm Incorporated | ual : United Continental Holdings, Inc. | cochic : Coach Inc

| | |
|---|---|
| **IN** | i1 : Energy \| i13 : Crude Oil/Natural Gas Upstream Operations \| i1300005 : Support Activities for Oil/Gas \| i34531 : Semiconductors \| i453 : Clothing \| i66 : Hotels/Restaurants \| i661 : Restaurants/Cafes/Fast Food Places \| i6612 : Limited-service Eating Places \| i75 : Airlines \| i7501 : Scheduled Passenger Airlines \| iairtr : Air Transport \| iclt : Clothing/Textiles \| icnp : Consumer Goods \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| ilea : Leisure/Arts/Hospitality \| itech : Technology \| itsp : Transportation/Logistics |
| **NS** | nnam : News Agency Materials \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | B |
| **PUB** | The Canadian Press |
| **AN** | Document CPR0000020170124ed1n0006u |

AP

**HD** **Cynosure soars on deal talk; Qualcomm slumps on Apple suit**

**WC** 242 words

**PD** 23 January 2017

**ET** 16:44

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2017. The Associated Press. All Rights Reserved.

**LP**

NEW YORK (AP) — Stocks that moved substantially or traded heavily Monday:

Kate Spade & Co., up 64 cents to $18.40

**TD**

Bloomberg News reported that the handbag maker has attracted takeover interest from Coach, Michael Kors and international companies.

Qualcomm Inc., down $8 to $54.88

Apple is suing the maker of semiconductors, one of its major suppliers, for $1 billion in a patent fight.

Sprint Corp., up 25 cents to $9.18

The mobile phone carrier is buying a 33 percent stake in Tidal, the music streaming service owned by artists including Jay-Z.

Halliburton Co., down $1.65 to $54.80

The oilfield service company warned of weaker demand in markets outside North America and its revenue missed forecasts.

McDonald's Corp., down 88 cents to $121.38

The world's biggest hamburger chain reported a fourth-quarter drop in sales at established U.S. locations.

United Continental Holdings Inc., down $2.49 to $72.75

Six of the airline's flights were canceled and 200 more were delayed Sunday because of a computer problem.

Cynosure Inc., up $2.90 to $46.75

The maker of medical lasers is considering a sale or other kind of deal, Bloomberg News reported.

Yahoo Inc., up 35 cents to $42.40

The Securities and Exchange Commission is investigating whether two massive data breaches should have been reported sooner to investors, The Wall Street Journal reported.

**CO** bigmac : McDonald's Corporation | hllbt : Halliburton Co | lizc : Kate Spade & Company | qcom : Qualcomm Incorporated | ual : United Continental Holdings, Inc. | cochic : Coach Inc

**IN** i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | i1300005 : Support Activities for Oil/Gas | i34531 : Semiconductors | i453 : Clothing | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | i75 : Airlines | i7501 : Scheduled Passenger Airlines | iairtr : Air

Transport | iclt : Clothing/Textiles | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilea : Leisure/Arts/Hospitality | itech : Technology | itsp : Transportation/Logistics

**NS** gcrim : Crime/Legal Action | gcat : Political/General News

**RE** usa : United States | namz : North America

**IPD** Financial Markets

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020170123ed1n00adl

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Cut to Underperform From Buy by CLSA** |
| WC | 27 words |
| PD | 23 January 2017 |
| ET | 10:09 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |
| LP | Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings<br>(END) Dow Jones Newswires |
| TD | 23-01-17 1509GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020170123ed1n000cg |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Cut to Neutral From Buy by Nomura** |
| **WC** | 27 words |
| **PD** | 23 January 2017 |
| **ET** | 06:12 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings<br>(END) Dow Jones Newswires |
| **TD** | 23-01-17 1112GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170123ed1n0009u |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Cut to Underperform From Buy by CLSA** |
| WC | 32 words |
| PD | 23 January 2017 |
| ET | 09:28 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |
| LP | |
| | Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings |
| | (END) Dow Jones Newswires |
| TD | |
| | January 23, 2017 09:28 ET (14:28 GMT) |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| PUB | Dow Jones & Company, Inc. |
| AN | Document DJDN000020170123ed1n002gq |

REUTERS

| | |
|---|---|
| **HD** | **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm , Yahoo , Morgan Stanley ,** |
| **WC** | 344 words |
| **PD** | 23 January 2017 |
| **ET** | 07:53 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

* Eikon search string for individual stock moves: STXBZ

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

**TD**

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh U.S. stock index futures slipped on Monday as investors around the world sought safe-haven assets such as gold and U.S. Treasuries in response to the protectionist sentiments expressed by President Donald Trump in his inauguration speech.

Dow Jones Industrial Average futures were down 0.11 percent at 19,724, S&P 500 futures were down 0.21 percent at 2,261.25 and Nasdaq 100 futures were down 0.22 percent at 5,047.

** APPLE INC , Friday close $120.00, -0.25 pct premarket

** QUALCOMM INC , Friday close $62.88, -2.91 pct premarket

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** HALLIBURTON CO , Friday close $56.45, -0.80 pct premarket

The world's No. 2 oilfield services provider warned of weakness in markets outside of North America, echoing comments made by larger rival Schlumberger last week.

** YAHOO INC , Friday close $42.05, -0.40 pct premarket

The U.S. Securities and Exchange Commission is investigating a previously disclosed data breach at Yahoo , the company said in a filing.

** JOHNSON & JOHNSON , Friday close $114.15, +0.63 pct premarket

A blow to Actelion 's Opsumit drug in a test is unlikely to have an impact on talks over a strategic deal with Johnson & Johnson , analysts said, as the Swiss drugmaker's shares shook off the news.

** MORGAN STANLEY , Friday close $42.59, -1.39 pct premarket

** CITIGROUP INC , Friday close $56.11, -0.12 pct premarket

Morgan Stanley and Citigroup have identified many of the roles that will need to be moved from Britain following its exit from the European Union , sources involved in the processes told Reuters. (Compiled by Diptendu Lahiri)

**RF** Released: 2017-1-26T12:53:15.000Z

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated \| dwitd : Morgan Stanley |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| i814 : Banking \| i831 : Financial Investments \| i83101 : Investment Banking \| ibnk : Banking/Credit \| ifinal : Financial Services \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iinv : Investing/Securities |
| **NS** | c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Reuters News & Media Inc. |
| **AN** | Document LBA0000020170123ed1n00kg5 |

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 01/20/2017 to 01/23/2017 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 110 |
| Timestamp | 26 May 2023 14:19 |

 © 2023 Factiva, Inc. All rights reserved.

**Appendix 11**

**Qualcomm Incorporated**

DOW JONES

Glancy Prongay & Murray LLP Commences Investigation on Behalf of Qualcomm Incorporated Investors ..................5

IMPORTANT INVESTOR ALERT: Goldberg Law PC Announces an Investigation of QUALCOMM Incorporated and Advises Investors with Losses to Contact the Firm ..........7

*Apple Says It Is Suing Qualcomm Over Licensing Practices ..........9

Apple Sues Qualcomm Over Licensing Practices ..........11

Apple sues Qualcomm for $1 billion; Apple suit claims Qualcomm sought 'onerous' terms in chip deal ..........13

Apple Sues Qualcomm Over Licensing Practices ..........15

Qualcomm Sued by Apple over 'Punishment' Tactics, Say Bloomberg, WSJ ..........17

Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk ..........18

Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk ..........19

Apple Suit Ups Pressure on Qualcomm -- Market Talk ..........22

Apple Suit Ups Pressure on Qualcomm -- Market Talk ..........23

Apple files $1bn lawsuit against Qualcomm ..........26

GE's Elephant in the Room: When Will Immelt Go? -- Market Talk ..........27

Disney ABC/TV Group Names New CFO -- Market Talk ..........30

BRIEF-Apple sues Qualcomm for roughly $1 bln over royalties - CNBC ..........33

News Highlights: Top Company News of the Day ..........34

Apple files $1 billion lawsuit against chip supplier Qualcomm ..........36

Apple sues chipmaker Qualcomm for abusing monopoly ..........37

News Highlights: Top Company News of the Day ..........39

Tech Sector Rises on Economic Outlook -- Technology Roundup ..........41

Apple antitrust suit: Qualcomm overcharged 'billions' ..........42

Apple sues Qualcomm over royalty rebates, other patent issues ..........44

Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk ..........46

Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk ..........47

RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk ..........50

Apple Sues Qualcomm Over Licensing Practices -- Update ..........53

Apple Sues Qualcomm Over Licensing Practices ..........55

Apple Sues Qualcomm Over Licensing Practices -- Update ..........57

Apple sues smartphone chip-maker Qualcomm and claims they were overcharged 'billions' by the monopoly ..........59

Apple Seeks $1 Billion in Withheld Rebate Payments From Qualcomm ..........61

 © 2023 Factiva, Inc. All rights reserved.

Apple: Qualcomm Withheld Rebate Payments After Apple Assisted in Korean Regulatory Case....62

Apple Says It Is Suing Qualcomm Over Licensing Practices....63

Apple Alleges Qualcomm Demanded Onerous Licensing Terms for Smartphone Chips....64

RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk....65

News Highlights: Top Company News of the Day....66

Apple: Suit Against Qualcomm Could Help Profit Margin, Says RBC....68

News Highlights: Top Company News of the Day....69

Morgan Stanley Doesn't Think eBay Ad Campaign Made a Difference -- Market Talk....71

Morgan Says Ebay Needs to Watch Out for Competitors -- Market Talk....74

Apple Adds to Qualcomm’s Troubles, Filing Lawsuit Over Rebates....77

Qualcomm Comments on Apple Complaint....80

Apple Sues Qualcomm Over Licensing Practices -- 2nd Update....82

Apple files $1 billion lawsuit against chip supplier Qualcomm....84

Apple Sues Qualcomm Over Licensing Practices -- 2nd Update....86

Apple antitrust suit: Qualcomm overcharged 'billions'....88

Qualcomm Says Apple ‘Encouraging Regulatory Attacks'....90

UPDATE 4-Apple files $1 billion lawsuit against chip supplier Qualcomm....91

BRIEF-Qualcomm terms Apple's claims on lawsuit "baseless"....93

Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk....94

Apple sues Qualcomm for $1bn for abusing its monopoly position....95

Digest....97

Apple sues Qualcomm over patent royalties, antitrust case....99

Apple Sues Qualcomm Over Chips -- WSJ....100

Apple Sues Qualcomm Over Chips -- WSJ....102

Apple Adds to Qualcomm's Troubles, Filing a Lawsuit Over Rebates....104

DJ QUALCOMM Incorporated, Inst Holders, 4Q 2016 (QCOM)....107

BUSINESS BEAT; Apple lawsuit seeks $1 billion from Qualcomm....109

Factory Mutual Insurance Co. Sells 80,000 Shares of Qualcomm Inc.....111

Apple depicts Qualcomm as a shady monopolist in $1B lawsuit....113

in other news....115

Apple challenges Qualcomm; with $1b suit over royalties; Legal battle in S.D. follows FTC's action over alleged unfair patent licensing....116

Qualcomm Issues Statement On Apple Complaint....118

Apple suing Qualcomm for $1 billion over unfair royalties....119

 © 2023 Factiva, Inc. All rights reserved.

Apple Sues Qualcomm Over Licensing Practices; Apple alleges Qualcomm sought onerous terms for technology; Apple had cooperated in Kore... 121

Apple depicts Qualcomm as a shady monopolist in $1B lawsuit 124

Qualcomm Comments on Apple Complaint 126

Global Equities Roundup: Market Talk 127

Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk 130

Business News: Apple Sues Qualcomm Over Chips --- iPhone maker says component supplier unfairly leveraged its monopoly position 133

Apple files $1-B lawsuit vs chip supplier Qualcomm 135

Apple in $1bn lawsuit 137

Apple's lawsuit tests Qualcomm business model 138

Apple Files $1 Bln Lawsuit Against Qualcomm 141

Apple Sues Qualcomm Over Licensing 143

Apple Hits Qualcomm With Licensing Suit 145

Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk 147

Qualcomm Cut to Neutral From Buy by Nomura 148

Nokia may soon launch a phone with Qualcomm's latest 835 Snapdragon processor 149

Tech Today: Qualcomm's Apple Risk, Apple's iPhone Risk, Twilio, Oracle Prospects 151

Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk 152

Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk 153

Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk 156

QUALCOMM NOTIFICATION: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $250,000 Investing In QUALCOMM, Inc. To Contact The Firm 157

Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk 159

Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk 162

Pay-TV Revenues Grow Despite Cord-cutting -- Market Talk 163

Qualcomm: Instinet Cuts to Hold as NXP Buy Now Faces Delays 166

Qualcomm dives as $1bn Apple lawsuit prompts downgrade 167

Qualcomm Plunges: Bad News When Your Top Customer Sues You, Says Bernstein 169

Qualcomm: Apple Suit May Not Do Much, History Shows, Says Morgan Stanley 170

Apple Takes a Bite Out of Qualcomm -- Heard on the Street 171

QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations 173

Press Release: QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations 175

The Biggest Loser: Qualcomm Tumbles -- Barron's Blog 178

 © 2023 Factiva, Inc. All rights reserved.

The Biggest Loser: Qualcomm Tumbles 13% .......... 180

The Biggest Loser: Qualcomm Tumbles 13% -- Barron's Blog .......... 181

SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims on Behalf of Investors of Qualcomm Incorporated - QCOM .......... 183

5G 'will benefit entire societies' .......... 184

Apple Takes a Bite Out of Qualcomm; Timing of lawsuit throws completion of NXP Semiconductors deal into question, along with future royalties .......... 186

BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Halliburton, Marinus Pharma .......... 188

 © 2023 Factiva, Inc. All rights reserved.

HD **Glancy Prongay & Murray LLP Commences Investigation on Behalf of Qualcomm Incorporated Investors**

WC 273 words

PD 20 January 2017

ET 10:30

SN Business Wire

SC BWR

LA English

CY (c) 2017 Business Wire. All Rights Reserved.

LP

LOS ANGELES--(BUSINESS WIRE)--January 20, 2017--
Glancy Prongay & Murray LLP ("GPM") announces an investigation on behalf of Qualcomm Incorporated ("Qualcomm" or the "Company") (NASDAQ: QCOM) investors concerning the Company and its officers' possible violations of federal securities laws.

TD

On January 17, 2017, Bloomberg reported that U.S. antitrust officials were preparing a lawsuit against Qualcomm for allegedly utilizing unfair practices and creating a monopoly over the processing chips used in cellphones. The government's allegations allegedly pertain to licensing agreements Qualcomm entered into with Apple, Inc. to exclusively supply chips for Apple, Inc. phones.

On this news, shares of Qualcomm fell over 4% on January 17, 2016.

If you purchased Qualcomm, have information or would like to learn more about these claims, or have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at http://www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com: http://www.businesswire.com/news/home/20170120005108/en/

CONTACT:
Glancy Prongay & Murray LLP, Los Angeles/New York
Lesley Portnoy, 310-201-9150 or 888-773-9224

shareholders@glancylaw.com

www.glancylaw.com

SOURCE:
Glancy Prongay & Murray LLP
Copyright Business Wire 2017

(END)

**CO** gbiagl : Glancy Prongay & Murray LLP | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i835 : Legal Services | ibcs : Business/Consumer Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Business Wire, Inc.

**AN** Document BWR0000020170120ed1k0005u

 © 2023 Factiva, Inc. All rights reserved.

HD **IMPORTANT INVESTOR ALERT: Goldberg Law PC Announces an Investigation of QUALCOMM Incorporated and Advises Investors with Losses to Contact the Firm**

WC 325 words

PD 20 January 2017

ET 13:23

SN Business Wire

SC BWR

LA English

CY (c) 2017 Business Wire. All Rights Reserved.

LP

LOS ANGELES--(BUSINESS WIRE)--January 20, 2017--
Goldberg Law PC, a national shareholder rights litigation firm, announces that it is investigating QUALCOMM Incorporated ("QUALCOMM" or the "Company") (Nasdaq: QCOM) concerning possible violations of federal securities laws.

TD

If you purchased or otherwise acquired QUALCOMM shares and would like more information regarding the investigation, we encourage you to click here, or contact Michael Goldberg or Brian Schall, of Goldberg Law PC, 1999 Avenue of the Stars Suite 1100, Los Angeles, CA 90067, at 800-977-7401, to discuss your rights without cost to you. You can also reach us through the firm's website at http://www.Goldberglawpc.com, or by email at info@goldberglawpc.com.

On January 17, 2017, Bloomberg revealed that U.S. antitrust officials were organizing a lawsuit against QUALCOMM for allegedly participating in unfair practices and gaining a monopoly over the processing chips used in cellphones.

These allegations regard licensing agreements between QUALCOMM and Apple, Inc. to solely supply chips for Apple, Inc. phones.

When this information was released to the public, the value of QUALCOMM stock fell sharply, causing investors harm.

If you have any questions concerning your legal rights, please immediately contact Goldberg Law PC at 800-977-7401, or visit our website at http://www.Goldberglawpc.com, or email us at info@goldberglawpc.com.

Goldberg Law PC represents shareholders around the world and specializes in securities class actions and shareholder rights litigation.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com: http://www.businesswire.com/news/home/20170120005523/en/

CONTACT: Goldberg Law PC, Los Angeles
Michael Goldberg, Esq., 800-977-7401

Brian Schall, Esq., 800-977-7401

info@goldberglawpc.com

http://www.Goldberglawpc.com

SOURCE: Goldberg Law PC
Copyright Business Wire 2017

(END)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Business Wire, Inc.

**AN** Document BWR0000020170120ed1k0007s

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | ***Apple Says It Is Suing Qualcomm Over Licensing Practices** |
| WC | 502 words |
| PD | 20 January 2017 |
| ET | 15:39 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

20 Jan 2017 15:39 ET *Apple Alleges Qualcomm Demanded Onerous Licensing Terms for Smartphone Chips

20 Jan 2017 15:39 ET *Apple: Qualcomm Withheld Rebate Payments After Apple Assisted in Korean Regulatory Case

**TD**

20 Jan 2017 15:39 ET *Apple Seeks $1 Billion in Withheld Rebate Payments From Qualcomm

20 Jan 2017 15:41 ET Apple Sues Qualcomm Over Licensing Practices

By Tripp Mickle

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

The suit, which Apple said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices -- a decision Qualcomm also vowed to fight.

Apple's suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

That suit highlighted Qualcomm's dealings with Apple.

Qualcomm said earlier this week that it will fight the FTC's suit, which it says is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

In a statement, Apple said, "We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 15:41 ET (20:41 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k00410

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices**

**BY** By Tripp Mickle

**WC** 432 words

**PD** 20 January 2017

**ET** 15:52

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

The suit, which Apple said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices -- a decision Qualcomm also vowed to fight.

Apple's suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

That suit highlighted Qualcomm's dealings with Apple.

Qualcomm said earlier this week that it will fight the FTC's suit, which it says is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

In a statement, Apple said, "We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

20-01-17 2052GMT

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170120ed1k000jr

 © 2023 Factiva, Inc. All rights reserved.

MarketWatch

| | |
|---|---|
| **CLM** | The Wall Street Journal |
| **SE** | News & Commentary |
| **HD** | **Apple sues Qualcomm for $1 billion; Apple suit claims Qualcomm sought 'onerous' terms in chip deal** |
| **BY** | Tripp Mickle |
| **WC** | 338 words |
| **PD** | 20 January 2017 |
| **ET** | 15:55 |
| **SN** | MarketWatch |
| **SC** | MRKWC |
| **LA** | English |
| **CY** | Copyright 2017 MarketWatch, Inc. All Rights Reserved. |

**LP**

Apple suit claims Qualcomm sought 'onerous' terms in chip deal

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

The suit, which Apple (AAPL, US) said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm (QCOM, US) leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices—a decision Qualcomm also vowed to fight.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

An expanded version of this report appears on WSJ.com.

Also popular on WSJ.com:

Trump Inaugural Address: 'It's going to be America first'

Will Trump's 'deliberate chaos' style work in Washington?

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

| | |
|---|---|
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| ncolu : Columns \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | News & Commentary |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document MRKWC00020170120ed1k004v1 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices**

**BY** By Tripp Mickle

**WC** 437 words

**PD** 20 January 2017

**ET** 15:56

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

The suit, which Apple said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices -- a decision Qualcomm also vowed to fight.

Apple's suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

That suit highlighted Qualcomm's dealings with Apple.

Qualcomm said earlier this week that it will fight the FTC's suit, which it says is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

In a statement, Apple said, "We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 15:56 ET (20:56 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0041i

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Sued by Apple over 'Punishment' Tactics, Say Bloomberg, WSJ**
Barron's Blogs, 16:04, 20 January 2017, 261 words, (English)
Shares of wireless chip giant Qualcomm (QCOM) are down $1.24, or 2%, at $63.30, after Bloomberg and The Wall Street Journal both reported Apple (AAPL), one of its largest customers, is suing the company for claims including Qualcomm ...
Document WCBBE00020170120ed1k002bd

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk**

**WC** 149 words

**PD** 20 January 2017

**ET** 16:09

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 16:09 ET (21:09 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k00429

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk**

**WC** 1,474 words

**PD** 20 January 2017

**ET** 16:09

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

**TD**

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

15:25 ET - Metals shine so far among commodities in 2017. Both industrial and precious metals sub-indices rise about 6% year to date while the broader S&P GSCI is near flat. Several banks, including Credit Suisse and TD Securities are broadly bullish about several metals for the year. Metals like copper and zinc are benefiting from limited mining capacity and strong demand, especially from China. Gold -- one of the big losers of the fourth quarter -- and other precious metals are getting a boost from their draw as safe havens, ING says. Uncertainty has doubled by some metrics with the election of Donald Trump, Brexit details and US interest-rate policy, ING says. (tim.puko@wsj.com; @timpuko)

14:45 ET - Investors haven't heard much about infrastructure spending from President Trump since his acceptance speech in November, but he hit on the theme during his inauguration, saying "America's

infrastructure has fallen into disrepair and decay," and "We will build new roads and highways and bridges and airports and tunnels and railways all across our wonderful nation." Terry Haines, policy strategist at Evercore, assigns an 80% likelihood that increased infrastructure spending happens by the end of 2017. "A Trump plan will have to be developed by incoming Transportation Secretary Chao in consultation with Congress, which will take some time. It has been years since markets have seen major legislative sausage made. Markets are about to see quite a lot of sausage made all at once." (chris.dieterich@wsj.com)

14:37 ET - A new year isn't bringing much cheer to the generic-drug industry. Endo (ENDP), Impax (IPXL), Teva (TEVA) and Mylan (MYL) are down more steeply than many other drug stocks year-to-date. "Overall, we remain cautious on the group as bearish generic pricing commentary and Teva's recent disappointing guidance update point to a still difficult operating environment," JPMorgan says. Also, the US Justice Department probably isn't finished with its probe of possible price-fixing in the generic industry. Two former Heritage Pharmaceuticals executives pleaded guilty this month in federal court in Philadelphia to charges of conspiring with competitors to fix prices for certain drugs; they await sentencing scheduled for April. The DOJ has said the charges were part of an ongoing investigation of the industry. (peter.loftus@wsj.com; @Loftus)

14:31 ET - US oil and gas drillers are really ramping up onshore, according to a weekly report from Baker Hughes. The number of active oil and gas rigs operating on land surged by 36--the biggest week-over-week increase since August 2011. The jump in activity comes as producers say they will spend more this year. Preliminary capital spending plans from more than a dozen producers show an average 60% spending increase from the group compared to last year. (erin.ailworth@wsj.com; @ailworth)

14:15 ET - Canada's antitrust agency says it will go to court to challenge HarperCollins's practice of selling e-books. Competition Bureau says it's taking this move after it reached an agreement with three publishers--Hachette, Macmillan and Simon & Schuster--and Apple (AAPL) that resolves "its concerns" related to their conduct in the market for e-books. "As no agreement was reached with HarperCollins, I am taking action to address its ongoing restrictions on competition in Canada," bureau head John Pecman said in statement. A spokeswoman for HarperCollins says it's "disappointed" with the bureau's actions because the publisher believes it hasn't violated any law. The firm "will vigorously defend itself against the [bureau's] allegations," she added. News Corp (NWSA) owns HarperCollins as well as WSJ. (paul.vieira@wsj.com; @paulvieira)

14:13 ET - Released shortly after President Trump was sworn in, the Baker Hughes rig count may hold the distinction of being the first economic news under the new administration, and it was a humdinger. It showed one of the sharpest one-week gains in active oil rigs in years. Trump deserves some of the credit, as his promises to reduce energy regulation and lower costs have inspired firms to resume drilling, especially in Texas. But it's not all rosy; more drilling may simply increase the glut that has kept oil prices low in recent years. The Nymex Feb oil contract dipped slightly on the rig report, but remains up 2.5% at $52.53/bbl. (dan.molinski@wsj.com)

14:09 ET - NASA in several years may launch its first manned Orion space capsule, under development by Lockheed Martin (LMT), without fixing a fuel-system design flaw that has been singled out by independent safety experts. The current configuration makes Orion susceptible to a single-point failure that, under extreme circumstances, could result in loss of both spacecraft and crew. But in their latest update, these experts warned the fallout may prompt still another schedule slip in the multibillion-dollar project. They also indicated that pressure to conduct the initial manned mission, currently slated for 2021, could occur before the full-fledged upper stage is flight tested. (andy.pasztor@wsj.com)

14:09 ET - As Donald Trump steps into power at the White House, one law firm's close ties to the president are about to pay dividends. Jones Day will have 12 attorneys serving in the Trump Administration, the firm says. Jones Day, which has more than 2,500 lawyers, is among a handful of big firms that has a tradition of both sending its lawyers to the government and hiring from government ranks. The most prominent of the Jones Day appointments is Donald McGahn, who served as general counsel to President Trump's campaign and will now be White House counsel. Others include William McGinley, deputy assistant to the president and cabinet secretary; Gregory Katsas, deputy counsel to the president; and Noel Francisco, principal deputy solicitor general. (sara.randazzo@wsj.com; @sara_randazzo)

(END) Dow Jones Newswires

January 20, 2017 16:09 ET (21:09 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | surmor : Jones Day

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **IN** | i211 : Metal Ore Mining \| i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| ibasicm : Basic Materials/Resources \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| imet : Mining/Quarrying \| itech : Technology \| i835 : Legal Services \| ibcs : Business/Consumer Services |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| skorea : South Korea \| usca : California \| usdc : Washington DC \| usw : Western U.S. \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America \| uss : Southern U.S. |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170120ed1k003x5 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Suit Ups Pressure on Qualcomm -- Market Talk**

**WC** 148 words

**PD** 20 January 2017

**ET** 16:21

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 16:21 ET (21:21 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0040e

DOW JONES NEWSWIRES

**HD** **Apple Suit Ups Pressure on Qualcomm -- Market Talk**

**WC** 1,441 words

**PD** 20 January 2017

**ET** 16:21

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

**TD**

16:17 ET - As President Donald Trump takes office, nonprofit hospitals await answers on the future of the Affordable Care Act, but that won't stop the sector's merger and acquisition activity, Moody's analysts say. "M&A activity moved at a rapid pace in 2016 and shows no signs of slowing in the year ahead, a credit positive for the industry," Moody's said. Large hospital operators Community Health Systems (CYH) and Quorum Health Corp. (QHC) are looking to divest as they reshuffle their portfolios. Competition and better bargaining power with health insurance companies will continue to drive consolidation across a market that remains fragmented, despite steady dealmaking in recent years, Moody's said. Small hospitals with capital needs will look for bigger buyers willing to invest, the ratings agency said. (melanie.evans@wsj.com)

16:15 ET - AIG's newly announced reinsurance pact with Berkshire Hathaway (BRKB), together with the global property-casualty insurer's guidance for a material 4Q reserve charge, indicates "that the existing reserve deficiency at AIG is larger than people would have thought," Credit Suisse tells clients. There are "some questions about management's timing in putting this deal in place given last year's $3.8b 4Q charge." Still, AIG's new reinsurance arrangement "likely puts to rest the single greatest uncertainty around the stock.... [AIG's] "deck is finally cleared reserve wise." But investors will have to wait until 4Q earnings for a greater level of detail on the deal, it also notes. (leslie.scism@wsj.com)

16:11 ET - Joaquin "El Chapo" Guzman, the Mexican drug lord who evaded US authorities for years and built a billion-dollar narcotics empire, made his first appearance in a US courtroom, pleading not guilty to the 17 criminal charges against him. Guzman, who successfully escaped twice from maximum-security prisons in Mexico, was extradited to the US late Thursday. His arrival came as a surprise to many, even to US officials, who said they didn't know he was coming until the day of the extradition. (Nicole.hong@wsj.com)

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

15:25 ET - Metals shine so far among commodities in 2017. Both industrial and precious metals sub-indices rise about 6% year to date while the broader S&P GSCI is near flat. Several banks, including Credit Suisse and TD Securities are broadly bullish about several metals for the year. Metals like copper and zinc are benefiting from limited mining capacity and strong demand, especially from China. Gold -- one of the big losers of the fourth quarter -- and other precious metals are getting a boost from their draw as safe havens, ING says. Uncertainty has doubled by some metrics with the election of Donald Trump, Brexit details and US interest-rate policy, ING says. (tim.puko@wsj.com; @timpuko)

14:45 ET - Investors haven't heard much about infrastructure spending from President Trump since his acceptance speech in November, but he hit on the theme during his inauguration, saying "America's infrastructure has fallen into disrepair and decay," and "We will build new roads and highways and bridges and airports and tunnels and railways all across our wonderful nation." Terry Haines, policy strategist at Evercore, assigns an 80% likelihood that increased infrastructure spending happens by the end of 2017. "A Trump plan will have to be developed by incoming Transportation Secretary Chao in consultation with Congress, which will take some time. It has been years since markets have seen major legislative sausage made. Markets are about to see quite a lot of sausage made all at once." (chris.dieterich@wsj.com)

14:37 ET - A new year isn't bringing much cheer to the generic-drug industry. Endo (ENDP), Impax (IPXL), Teva (TEVA) and Mylan (MYL) are down more steeply than many other drug stocks year-to-date. "Overall, we remain cautious on the group as bearish generic pricing commentary and Teva's recent disappointing guidance update point to a still difficult operating environment," JPMorgan says. Also, the US Justice Department probably isn't finished with its probe of possible price-fixing in the generic industry. Two former Heritage Pharmaceuticals executives pleaded guilty this month in federal court in Philadelphia to charges of conspiring with competitors to fix prices for certain drugs; they await sentencing scheduled for April. The DOJ has said the charges were part of an ongoing investigation of the industry. (peter.loftus@wsj.com; @Loftus)

14:31 ET - US oil and gas drillers are really ramping up onshore, according to a weekly report from Baker Hughes. The number of active oil and gas rigs operating on land surged by 36--the biggest week-over-week increase since August 2011. The jump in activity comes as producers say they will spend more this year. Preliminary capital spending plans from more than a dozen producers show an average 60% spending increase from the group compared to last year. (erin.ailworth@wsj.com; @ailworth)

(END) Dow Jones Newswires

January 20, 2017 16:21 ET (21:21 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | ismart : Smartphones | i951 : Health Care/Life Sciences | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec :

 © 2023 Factiva, Inc. All rights reserved.

Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | m11 : Equity Markets | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | mcat : Commodity/Financial Market News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** china : China | skorea : South Korea | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k00437

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **Apple files $1bn lawsuit against Qualcomm**

**BY** Hannah Kuchler

**WC** 213 words

**PD** 20 January 2017

**ET** 16:31

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Apple has filed a $1bn lawsuit against Qualcomm accusing the chipmaker of abusing a monopoly position, after the US and South Korean regulators argued it used its dominance at the expense of handset makers.

Shares in Qualcomm fell 2.4 per cent to $62.88 just before the close when the lawsuit was published, the first direct challenge by one of Qualcomm's major customers, reports Hannah Kuchler in San Francisco.

**TD**

It follows a lawsuit by the US Federal Trade Commission earlier in the week, and a $890m fine from the South Korean regulators late last year.

Apple is demanding a payment of $1bn it believes are due as a rebate for licensing fees – and claiming that the chipmaker is holding back the money as punishment for Apple's contribution to the South Korean investigation.

"Qualcomm built its business on older, legacy, standards but reinforces its dominance through exclusionary tactics and excessive royalties," Apple said in a statement.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined."

Qualcomm did not respond to a request for comment.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170120ed1k00bhx

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **GE's Elephant in the Room: When Will Immelt Go? -- Market Talk** |
| **WC** | 1,450 words |
| **PD** | 20 January 2017 |
| **ET** | 16:32 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

16:32 ET - Could this be the last year of Jeff Immelt's tenure as CEO of GE? Analysts from Barclays think it's possible. The timing of Immelt's eventual departure is "the elephant in the room" at the company, longtime GE analyst Scott Davis says after the company reported 4Q earnings. Immelt has led GE since 2001, but has given no public indication he plans to step down. Davis thinks retirement is "likely" at the end of 2017 or in 2018, and that possible candidates to succeed him will be trying to drive big financial results. "The winning prize is pretty big," he writes, "but for those who 'lose,' assuming they executed well, they normally get CEO nods at other big companies. Those who've lost by failing have seen harsher treatment--no career advancement within GE and a lack of interest elsewhere. Interesting incentive to execute." (ted.mann@wsj.com)

**TD**

16:28 ET - Apple (AAPL) says in its lawsuit against Qualcomm (QCOM) that the chip-maker's business practices deterred it from switching to chips made by competitors. That changed last year when it introduced Intel (INTC) chips into a portion of its iPhone 7. Apple says QCOM is "actively engaging with network carriers in the United States, attempting to persuade them not to support or sell Apple devices with Intel chipsets." (tripp.mickle@wsj.com)

16:27 ET - Megan Ellison, the independent film producer who has been a potent source of financing for award-winning movies released by other studios, is expanding her company to include distribution and marketing services. Her Annapurna Pictures' first release will be director Kathryn Bigelow's untitled project about the 1967 Detroit riots, which will hit theaters Aug 4. Previous, Annapurna produced and financed movies released by other studios, like Sony Pictures' "Zero Dark Thirty" and A24's recent "20th Century Women." Annapurna's expansion makes it more of a competitor to other studios in Hollywood and less of a partner. Ms. Ellison, the daughter of billionaire Oracle co-founder Larry Ellison, has focused exclusively on prestige films from respected directors and eschewed big budget franchise movies. (ben.fritz@wsj.com; @benfritz)

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

16:17 ET - As President Donald Trump takes office, nonprofit hospitals await answers on the future of the Affordable Care Act, but that won't stop the sector's merger and acquisition activity, Moody's analysts say. "M&A activity moved at a rapid pace in 2016 and shows no signs of slowing in the year ahead, a credit positive for the industry," Moody's said. Large hospital operators Community Health Systems (CYH) and Quorum Health Corp. (QHC) are looking to divest as they reshuffle their portfolios. Competition and better bargaining power with health insurance companies will continue to drive consolidation across a market that

remains fragmented, despite steady dealmaking in recent years, Moody's said. Small hospitals with capital needs will look for bigger buyers willing to invest, the ratings agency said. (melanie.evans@wsj.com)

16:15 ET - AIG's newly announced reinsurance pact with Berkshire Hathaway (BRKB), together with the global property-casualty insurer's guidance for a material 4Q reserve charge, indicates "that the existing reserve deficiency at AIG is larger than people would have thought," Credit Suisse tells clients. There are "some questions about management's timing in putting this deal in place given last year's $3.8b 4Q charge." Still, AIG's new reinsurance arrangement "likely puts to rest the single greatest uncertainty around the stock.... [AIG's] "deck is finally cleared reserve wise." But investors will have to wait until 4Q earnings for a greater level of detail on the deal, it also notes. (leslie.scism@wsj.com)

16:11 ET - Joaquin "El Chapo" Guzman, the Mexican drug lord who evaded US authorities for years and built a billion-dollar narcotics empire, made his first appearance in a US courtroom, pleading not guilty to the 17 criminal charges against him. Guzman, who successfully escaped twice from maximum-security prisons in Mexico, was extradited to the US late Thursday. His arrival came as a surprise to many, even to US officials, who said they didn't know he was coming until the day of the extradition. (Nicole.hong@wsj.com)

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

15:25 ET - Metals shine so far among commodities in 2017. Both industrial and precious metals sub-indices rise about 6% year to date while the broader S&P GSCI is near flat. Several banks, including Credit Suisse and TD Securities are broadly bullish about several metals for the year. Metals like copper and zinc are benefiting from limited mining capacity and strong demand, especially from China. Gold -- one of the big losers of the fourth quarter -- and other precious metals are getting a boost from their draw as safe havens, ING says. Uncertainty has doubled by some metrics with the election of Donald Trump, Brexit details and US interest-rate policy, ING says. (tim.puko@wsj.com; @timpuko)

(END) Dow Jones Newswires

January 20, 2017 16:32 ET (21:32 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

 © 2023 Factiva, Inc. All rights reserved.

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c151 : Earnings | c1521 : Analysts' Comments/Recommendations | c411 : Management Moves | gvote1 : National/Presidential Elections | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c11 : Plans/Strategy | cslmc : Senior Level Management | c15 : Financial Performance | c152 : Earnings Projections | c41 : Management | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | gvote : Elections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usct : Connecticut | namz : North America | use : Northeast U.S. | usnew : New England

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0046z

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Disney ABC/TV Group Names New CFO -- Market Talk**

**WC** 1,420 words

**PD** 20 January 2017

**ET** 16:37

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:37 ET - Veteran Disney (DIS) executive Robert Langer has been named chief financial officer of the Disney/ABC Television Group, the second major hire at the unit in the last three months. Langer most recently oversaw DIS operations in Germany, Switzerland and Austria. At the Disney/ABC Television Group he succeeds Peter Seymour who left the company after 20 years last November, soon after Bruce Rosenblum was named president of business operations for the unit. Langer reports to Ben Sherwood, president of the Disney/ABC Television Group. (Joe.Flint@WSJ.com)

**TD**

16:32 ET - Could this be the last year of Jeff Immelt's tenure as CEO of GE? Analysts from Barclays think it's possible. The timing of Immelt's eventual departure is "the elephant in the room" at the company, longtime GE analyst Scott Davis says after the company reported 4Q earnings. Immelt has led GE since 2001, but has given no public indication he plans to step down. Davis thinks retirement is "likely" at the end of 2017 or in 2018, and that possible candidates to succeed him will be trying to drive big financial results. "The winning prize is pretty big," he writes, "but for those who 'lose,' assuming they executed well, they normally get CEO nods at other big companies. Those who've lost by failing have seen harsher treatment--no career advancement within GE and a lack of interest elsewhere. Interesting incentive to execute." (ted.mann@wsj.com)

16:28 ET - Apple (AAPL) says in its lawsuit against Qualcomm (QCOM) that the chip-maker's business practices deterred it from switching to chips made by competitors. That changed last year when it introduced Intel (INTC) chips into a portion of its iPhone 7. Apple says QCOM is "actively engaging with network carriers in the United States, attempting to persuade them not to support or sell Apple devices with Intel chipsets." (tripp.mickle@wsj.com)

16:27 ET - Megan Ellison, the independent film producer who has been a potent source of financing for award-winning movies released by other studios, is expanding her company to include distribution and marketing services. Her Annapurna Pictures' first release will be director Kathryn Bigelow's untitled project about the 1967 Detroit riots, which will hit theaters Aug 4. Previous, Annapurna produced and financed movies released by other studios, like Sony Pictures' "Zero Dark Thirty" and A24's recent "20th Century Women." Annapurna's expansion makes it more of a competitor to other studios in Hollywood and less of a partner. Ms. Ellison, the daughter of billionaire Oracle co-founder Larry Ellison, has focused exclusively on prestige films from respected directors and eschewed big budget franchise movies. (ben.fritz@wsj.com; @benfritz)

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

16:17 ET - As President Donald Trump takes office, nonprofit hospitals await answers on the future of the Affordable Care Act, but that won't stop the sector's merger and acquisition activity, Moody's analysts say. "M&A activity moved at a rapid pace in 2016 and shows no signs of slowing in the year ahead, a credit positive for the industry," Moody's said. Large hospital operators Community Health Systems (CYH) and Quorum Health Corp. (QHC) are looking to divest as they reshuffle their portfolios. Competition and better bargaining power with health insurance companies will continue to drive consolidation across a market that remains fragmented, despite steady dealmaking in recent years, Moody's said. Small hospitals with capital needs will look for bigger buyers willing to invest, the ratings agency said. (melanie.evans@wsj.com)

16:15 ET - AIG's newly announced reinsurance pact with Berkshire Hathaway (BRKB), together with the global property-casualty insurer's guidance for a material 4Q reserve charge, indicates "that the existing reserve deficiency at AIG is larger than people would have thought," Credit Suisse tells clients. There are "some questions about management's timing in putting this deal in place given last year's $3.8b 4Q charge." Still, AIG's new reinsurance arrangement "likely puts to rest the single greatest uncertainty around the stock.... [AIG's] "deck is finally cleared reserve wise." But investors will have to wait until 4Q earnings for a greater level of detail on the deal, it also notes. (leslie.scism@wsj.com)

16:11 ET - Joaquin "El Chapo" Guzman, the Mexican drug lord who evaded US authorities for years and built a billion-dollar narcotics empire, made his first appearance in a US courtroom, pleading not guilty to the 17 criminal charges against him. Guzman, who successfully escaped twice from maximum-security prisons in Mexico, was extradited to the US late Thursday. His arrival came as a surprise to many, even to US officials, who said they didn't know he was coming until the day of the extradition. (Nicole.hong@wsj.com)

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

(END) Dow Jones Newswires

January 20, 2017 16:37 ET (21:37 GMT)

**CO** dsnyw : The Walt Disney Company | qcom : Qualcomm Incorporated | cccom : ABC Inc

**IN** i34531 : Semiconductors | i97411 : Broadcasting | i9741102 : Television Broadcasting | i9741109 : Cable Broadcasting | iindele : Industrial Electronics | iindstrls : Industrial Goods | imed : Media/Entertainment | itech : Technology

**NS** c411 : Management Moves | cslmc : Senior Level Management | gnwktv : Network Television | gpol : Domestic Politics | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c41 : Management | ccat : Corporate/Industrial News | gcat : Political/General News | gent : Arts/Entertainment | gpir : Politics/International Relations | gtvrad : Television/Radio | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** eurz : Europe | gfr : Germany | switz : Switzerland | usca : California | usw : Western U.S. | dach : DACH Countries | eecz : European Union Countries | namz : North America | usa : United States | weurz : Western Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0047g

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **BRIEF-Apple sues Qualcomm for roughly $1 bln over royalties - CNBC** |
| **WC** | 39 words |
| **PD** | 20 January 2017 |
| **ET** | 15:45 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |
| **LP** | |

Jan 20 (Reuters) -

* Apple sues Qualcomm for roughly $1 billion over royalties - CNBC Source text : http://cnb.cx/2jy3p8P Further company coverage:

| | |
|---|---|
| **RF** | Released: 2017-1-20T21:45:42.000Z |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i3454 : Personal Electronics \| icomp : Computing \| i3302 : Computers/Consumer Electronics \| ielec : Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c41 : Management \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170120ed1k015z5 |



PX32

DOW JONES NEWSWIRES

**HD** **News Highlights: Top Company News of the Day**

**WC** 450 words

**PD** 20 January 2017

**ET** 17:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Goldman Trims Stock-Pay for Some Senior Executives

Goldman Sachs cut stock awards for senior executives in 2016 after revenue fell, but didn't disclose compensation for CEO Lloyd Blankfein or several of his top deputies.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

Ford Sees Remeasurement Loss of About $3 Billion

Ford Motor Co. said it plans to take a $3 billion pre-tax charge against its fourth-quarter earnings related to its pension and retiree-benefit plans, following a change in its pension accounting the company made a year ago.

(END) Dow Jones Newswires

January 20, 2017 17:00 ET (22:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0048s

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **Apple files $1 billion lawsuit against chip supplier Qualcomm** |
| **WC** | 109 words |
| **PD** | 20 January 2017 |
| **ET** | 16:10 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |
| **LP** | |

Jan 20 (WASHINGTON) - Apple Inc filed a $1 billion lawsuit against supplier Qualcomm Inc on Friday, following a U.S. government lawsuit which accused the chip maker of using anti-competitive tactics to maintain its monopoly of a key semiconductor used in mobile phones.

In the lawsuit, Apple accused Qualcomm of overcharging for its chips and for refusing to pay some $1 billion in promised rebates for chip purchases. Apple said in its complaint that Qualcomm withheld the rebates because of Apple's discussions with South Korea's antitrust regulator. (Editing by Alan Crosby)

| | |
|---|---|
| **RF** | Released: 2017-1-20T22:10:00.000Z |
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| c41 : Management \| ccat : Corporate/Industrial News \| gpol : Domestic Politics \| gcat : Political/General News \| gpir : Politics/International Relations \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170120ed1k016ft |



PX32

Page 2531

HD **Apple sues chipmaker Qualcomm for abusing monopoly**

WC 380 words

PD 20 January 2017

ET 17:14

SN Agence France Presse

SC AFPR

LA English

CY Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

LP

Apple on Friday sued Qualcomm, accusing the California chipmaker of abusing its market power to demand unfair royalties, echoing charges filed days earlier by US antitrust regulators.

Apple said in the court filing that it has been overcharged "billions of dollars" by its chipmaking partner's "illegal scheme."

TD

Apple also claimed Qualcomm owes it a billion dollars but is refusing to pay in retaliation for the iPhone maker's cooperating with South Korean antitrust regulators looking into the chip maker's actions in that country.

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with," Apple said in an email statement.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

The suit charges Qualcomm of building a business model on using its rights to older, legacy technology considered telecommunication industry standards to jack up royalties when Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said.

Apple noted in the suit that Qualcomm's business practices have come under scrutiny by antitrust regulators in an array of countries for selling its smartphone chipsets only to makers agreeing to its "preferred license terms" for essential mobile telecom patents.

Apple asked for a jury trial, and for damages including Qualcomm paying the company what it owes plus giving up excessive royalties it has raked in.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple filing came three days after the US Federal Trade Commission filed suit in federal court in California claiming Qualcomm abused its market power in as part of its "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

gc/rl

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** US

**PUB** Agence France-Presse

**AN** Document AFPR000020170120ed1k00iir

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **News Highlights: Top Company News of the Day**

**WC** 450 words

**PD** 20 January 2017

**ET** 17:15

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Goldman Trims Stock-Pay for Some Senior Executives

Goldman Sachs cut stock awards for senior executives in 2016 after revenue fell, but didn't disclose compensation for CEO Lloyd Blankfein or several of his top deputies.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

Ford Sees Remeasurement Loss of About $3 Billion

Ford Motor Co. said it plans to take a $3 billion pre-tax charge against its fourth-quarter earnings related to its pension and retiree-benefit plans, following a change in its pension accounting the company made a year ago.

(END) Dow Jones Newswires

January 20, 2017 17:15 ET (22:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004ho

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Tech Sector Rises on Economic Outlook -- Technology Roundup** |
| **WC** | 126 words |
| **PD** | 20 January 2017 |
| **ET** | 17:28 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

Shares of tech companies rose amid optimism about the outlook for economic growth.

Apple filed suit against chip designer Qualcomm, alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Highway safety regulators closed a probe of Tesla Motors' Autopilot system without seeking a recall or other action against the Silicon Valley auto maker after a six-month investigation failed to uncover a defect in the semi-automated technology in use during a fatal crash last year.

-By Rob Curran, rob.curran@dowjones.com

(END) Dow Jones Newswires

January 20, 2017 17:28 ET (22:28 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| ncmac : Commodities Asset Class News \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ecat : Economic News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170120ed1k004id |

 © 2023 Factiva, Inc. All rights reserved.

HD **Apple antitrust suit: Qualcomm overcharged 'billions'**

BY Glenn CHAPMAN

WC 577 words

PD 20 January 2017

ET 17:51

SN Agence France Presse

SC AFPR

LA English

CY Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

LP

Apple on Friday sued Qualcomm, accusing the California chipmaker of abusing its market power to demand unfair royalties, echoing charges filed days earlier by US antitrust regulators.

Apple said in the court filing that it has been overcharged "billions of dollars" by its chipmaking partner's "illegal scheme."

TD

Apple also claimed Qualcomm owes it a billion dollars but is refusing to pay in retaliation for the iPhone maker's cooperating with South Korean antitrust regulators looking into the chipmaker's actions in that country.

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with," Apple said in an email statement.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

The suit charges Qualcomm of building a business model on using its rights to older, legacy technology considered telecommunication industry standards to raise royalties when Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said.

Apple noted in the suit that Qualcomm's business practices have come under scrutiny by antitrust regulators in an array of countries for selling its smartphone chipsets only to makers agreeing to its "preferred license terms" for essential mobile telecom patents.

Apple asked for a jury trial, and for damages including Qualcomm paying the company what it owes plus giving up excessive royalties it has raked in.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple filing came three days after the US Federal Trade Commission filed suit in federal court in California claiming Qualcomm abused its market power in as part of its "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

South Korea's anti-trust watchdog last month slapped Qualcomm with a record fine exceeding $850 million for abusing its dominant market position as a maker of baseband chipsets used in mobile phones.

Apple relies on Qualcomm for chip-based modems that enable iPhones and iPads to communicate with telecommunication networks.

Apple undoubtedly knows of the antitrust tide rising against Qualcomm and would like to help provide room for rival chipmakers to flourish, perhaps letting Intel improve its position, according to analyst Patrick Moorhead of Moor Insight and Strategies.

"I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm," Moorhead said, referring to the mobile device modems.

"Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this."

While the legal case alleges exclusionary contracts and the idea of being overcharged for licensing, it may well be powered by Apple wanting to ramp up competition to Qualcomm so it can negotiate better deals, the analyst said.

Modem chips are separate from processors that act as the brains or graphics engines for mobile devices.

gc/rl

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** Lead

**PUB** Agence France-Presse

**AN** Document AFPR000020170120ed1k00ir1

 © 2023 Factiva, Inc. All rights reserved.

The Washington Post

SE National-Economy

HD **Apple sues Qualcomm over royalty rebates, other patent issues**

WC 696 words

PD 20 January 2017

SN Washington Post.com

SC WPCOM

LA English

CY Copyright 2017, The Washington Post Co. All Rights Reserved.

LP

Apple seeks $1 billion from Qualcomm

Apple filed a lawsuit Friday accusing Qualcomm of monopolizing the market for computer chips for wireless devices and of withholding $1 billion in retaliation for Apple's cooperation with antitrust authorities in South Korea.

TD

Qualcomm has been under fire from regulators around the world for its patent licensing practices. Apple's lawsuit is the first direct challenge by one of Qualcomm's biggest customers.

In December, South Korea fined the company $890 million and described its practices as monopolistic. Qualcomm has said it will appeal the decision.

Under an agreement with Qualcomm, Apple said it was forced to refrain from taking any steps to challenge Qualcomm's business model.

When Apple complied with demands from Korean regulators, Qualcomm said that was a violation of the agreement.

In retaliation, Qualcomm withheld money that it was to pay Apple in royalty rebates, the iPhone maker said.

Apple is demanding that the chipmaker hand over the money.

The suit also challenges the validity of some Qualcomm patents for wireless technologies. Apple is asking the court to rule that, if the patents are upheld, the royalty amount is significantly lower than what Qualcomm charges now.

— Bloomberg News

New Mexico suing Takata, automakers

New Mexico Attorney General Hector Balderas filed a lawsuit Friday against Japanese manufacturer Takata and a list of automakers over the sale of cars with dangerous air bag inflaters.

The attorney general's office argues that the manufacturers had a duty to ensure their products were safe. Concealment of defects in the air bags amounted to unfair, deceptive and unconscionable trade practices under New Mexico law, the suit says.

Takata already has agreed to pay $1 billion in fines and restitution in a plea deal with the federal Justice Department over a years-long scheme to conceal the deadly defect in its inflaters. It also faces other litigation.

A Takata spokesman declined to comment Friday.

New Mexico's case also targets numerous automakers that used the faulty bags in their vehicles.

The state is seeking civil penalties for each defective air bag that entered the New Mexico market and penalties for each day the manufacturers misrepresented the safety of their products. State prosecutors also are seeking a jury trial.

Takata inflaters can explode with too much force, spewing shrapnel at passengers. At least 27 people have died because of the defect.

— Associated Press

- Puerto Rican Gov. Ricardo Rossello is criticizing orders from a federal control board in the first clash over how best to tackle the island's deep economic crisis. Rossello said Friday that the board's demands are unacceptable and differ greatly from his vision to promote economic growth. On Wednesday, the control board ordered the administration to present a plan that would generate $4.5 billion a year in revenue or savings through 2019. Officials said Puerto Rico should reform its tax system, reduce health-care and higher education spending, and cut as the size of its government.

- AT&T signed up new pay-TV customers for the first time in seven quarters, thanks to its new live online video service. DirecTV Now, which targets consumers who don't subscribe to traditional TV, helped woo at least 200,000 video subscribers in the fourth quarter and offset a loss of satellite-TV customers, according to a filing Friday of preliminary results. The gain reflects a promotional offer of $35 a month for 100-plus channels. AT&T introduced DirecTV Now in November and now charges $60 a month for a similar number of channels.

- The ride-hailing company Uber has hired the man behind Google search to help grow its self-driving car program. Amit Singhal announced on his blog Friday that he will join Uber after 15 years at Alphabet, where he led Google's search division. He will be senior vice president of engineering and act as an adviser to chief executive Travis Kalanick and Anthony Levandowski, head of Uber's self-driving efforts. Singhal called Uber "a geek's candy store" and said he was excited by the engineering challenges it is tackling.

— From news services

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | nnam : News Agency Materials | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usdc : Washington DC | namz : North America | usa : United States | uss : Southern U.S.

**IPD** business

**PUB** Washington Post

**AN** Document WPCOM00020170120ed1k007vd

DOW JONES NEWSWIRES

**HD** **Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk**

**WC** 155 words

**PD** 20 January 2017

**ET** 18:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 18:16 ET (23:16 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | cscm : Supply Chain | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004pi

DOW JONES NEWSWIRES

**HD** **Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk**

**WC** 1,523 words
**PD** 20 January 2017
**ET** 18:16
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

**TD**

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

17:12 ET - The prospect of more consumer spending and higher inflation should reverse negative sentiment toward the A-mall industry this year, says BTIG Research. Some REITs that own high-quality malls with strong sales productivity are currently priced at large discounts to their net asset value per share estimates and offer the most upside if sentiment shifts. Retail property landlords have been hit by retailer bankruptcies and store closures, with the lower-end malls struggling the most. REITs managing the country's top regional malls say they are unfairly tarred with the same brush. Occupancy rates are high at the malls managed by Simon Property (SPG), Taubman Centers (TCO) and Macerich (MAC) and there is virtually no new supply, BTIG added. (esther.fung@wsj.com; @estherfung)

16:58 ET - Akamai Technologies (AKAM) says streaming of the US presidential inauguration on its network peaked at a record 8.7 terabits per second, another sign of internet video's gains against traditional TV. That compares with 7.3 Tbps during last year's Euro Cup soccer tournament and a smaller 1.1 Tbps for the 2009 inauguration, when online video was still getting its legs and the iPhone was two years old. AKAM, which delivers online content for most big media companies, said its feed went to 4.6M viewers at one point Friday. That's a large total, though growing viewership has been tempered in recent years by price-cutting competition among streaming video companies. After swooning early last year, AKAM is up 50% over the past 12 months. (andrew.fitzgerald@wsj.com; @drewfitzgerald)

16:51 ET - A 19.3M barrel increase in US gasoline stockpiles over the last three weeks is "disturbingly familiar," recalling the beginning of last year, Jefferies analysts say. The big increase in gasoline supplies echoes late 2015 and early 2016 when better profit margins nudged refiners to make more gasoline than diesel. But much of that gasoline output ended up in storage tanks, which led to a glut that weighed on refiners' margins and let them at times to cut back on the amount of crude oil they bought. But consumers made out well--prices at the pump fell to 12-year lows in some places last year. One big difference from last year is exports--fuel sales abroad averaged 1M barrels a day over the last four weeks, more than double a year ago, the analysts say. (alison.sider@wsj.com; @alyrose)

16:51 ET - Even with a repeal of the Affordable Care Act, commercial health insurance companies' use of incentives for hospitals to closely manage healthcare quality and cost are "well underway," Moody's Investors Service said. Expect hospital companies including HCA Holdings Inc. (HCA) to respond with continued investment in "alternative" locations for care, such as ambulatory surgery centers, urgent care clinics and freestanding emergency rooms, Moody's said. Tenet Healthcare (THC) is "unique" with its joint venture in United Surgical Partners International, the analysts added, which expands the company's reach beyond its hospital markets. (melanie.evans@wsj.com)

(END) Dow Jones Newswires

January 20, 2017 18:16 ET (23:16 GMT)

 © 2023 Factiva, Inc. All rights reserved.

**CO** qcom : Qualcomm Incorporated | sbcatt : AT&T Inc

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004kf

DOW JONES NEWSWIRES

HD **RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk**

WC 1,499 words

PD 20 January 2017

ET 18:42

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

TD

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter

preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

17:12 ET - The prospect of more consumer spending and higher inflation should reverse negative sentiment toward the A-mall industry this year, says BTIG Research. Some REITs that own high-quality malls with strong sales productivity are currently priced at large discounts to their net asset value per share estimates and offer the most upside if sentiment shifts. Retail property landlords have been hit by retailer bankruptcies and store closures, with the lower-end malls struggling the most. REITs managing the country's top regional malls say they are unfairly tarred with the same brush. Occupancy rates are high at the malls managed by Simon Property (SPG), Taubman Centers (TCO) and Macerich (MAC) and there is virtually no new supply, BTIG added. (esther.fung@wsj.com; @estherfung)

16:58 ET - Akamai Technologies (AKAM) says streaming of the US presidential inauguration on its network peaked at a record 8.7 terabits per second, another sign of internet video's gains against traditional TV. That compares with 7.3 Tbps during last year's Euro Cup soccer tournament and a smaller 1.1 Tbps for the 2009 inauguration, when online video was still getting its legs and the iPhone was two years old. AKAM, which delivers online content for most big media companies, said its feed went to 4.6M viewers at one point Friday. That's a large total, though growing viewership has been tempered in recent years by price-cutting competition among streaming video companies. After swooning early last year, AKAM is up 50% over the past 12 months. (andrew.fitzgerald@wsj.com; @drewfitzgerald)

(END) Dow Jones Newswires

January 20, 2017 18:42 ET (23:42 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | royca : Royal Bank of Canada | wesah : RBC Capital Markets Corporation

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i814 : Banking | i831 : Financial Investments | i83101 : Investment Banking | ibnk : Banking/Credit | ifinal : Financial Services | iibnk : Integrated Banks | iinv : Investing/Securities

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004kt

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- Update**

**BY** By Tripp Mickle

**WC** 790 words

**PD** 20 January 2017

**ET** 18:23

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the latest fiscal year.

Qualcomm didn't immediately respond to a request for comment Friday. It said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to according to investment bank CLSA, accounting for three-fourths of Apple's $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in

 © 2023 Factiva, Inc. All rights reserved.

the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says that Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 18:23 ET (23:23 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004n8

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices**

**WC** 826 words

**PD** 20 January 2017

**ET** 15:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek “onerous, unreasonable and costly” terms for patents, and that Qualcomm blocked Apple’s ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple’s participation in an investigation by South Korea’s antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices—a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm “after years of disagreement over what constitutes a fair and reasonable royalty.”

Qualcomm General Counsel Don Rosenberg called Apple’s claims “baseless.” In a statement, he said, Apple “mischaracterized” agreements and negotiations and failed to acknowledge “the enormity and value of the technology” Qualcomm invented.

“We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple’s practices,” Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm’s dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm’s revenue, which totaled $23.5 billion in the company’s latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC’s suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. “There’s nothing clear-cut about this case,” he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display—not Qualcomm's chip —Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016—a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 15:50 ET (20:50 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k003vz

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- Update**

**BY** By Tripp Mickle

**WC** 790 words

**PD** 20 January 2017

**ET** 18:38

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the latest fiscal year.

Qualcomm didn't immediately respond to a request for comment Friday. It said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to according to investment bank CLSA, accounting for three-fourths of Apple's $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in

the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says that Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 18:38 ET (23:38 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004py

 © 2023 Factiva, Inc. All rights reserved.

MailOnline

SE News

HD **Apple sues smartphone chip-maker Qualcomm and claims they were overcharged 'billions' by the monopoly**

BY AFP

WC 659 words

PD 20 January 2017

ET 17:38

SN Mail Online

SC DAMONL

LA English

CY Copyright 2017

LP

* Charges echo those filed by United States antitrust regulators earlier this week

* Apple claims it has been overcharged 'billions of dollars' by Qualcomm

TD

* Qualcomm said Apple mischaracterized agreements and technology's value

Apple has sued Qualcomm, accusing the California chip-maker of abusing its market power to demand unfair royalties.

These charges echo those filed days earlier by US antitrust regulators.

Apple said in the court filing that it has been overcharged 'billions of dollars' by its chip-making partner's 'illegal scheme.'

The company also claimed Qualcomm owes it a billion dollars, but is refusing to pay due to Apple cooperating with South Korean antitrust regulators looking into the company.

'For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with,' Apple said in an email statement.

'To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them.'

Qualcomm rejected Apple's claims, saying the iPhone maker 'intentionally mischaracterized' agreements as well as the value of the company's technology.

'Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world... by misrepresenting facts and withholding information,' Qualcomm general counsel Don Rosenberg said in a statement.

'We welcome the opportunity to have these meritless claims heard in court.'

The suit claims Qualcomm built a business model that charges raised royalty fees every time Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

The charges say that Qualacomm believes it has the rights to charge these raised royalties by claiming legacy technology.

'Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined,' Apple said.

Apple noted that Qualcomm's business practices have come under scrutiny by antitrust regulators in many countries.

The company has asked for a jury trial, and for Qualcomm to the company what it owes plus giving up excessive royalties.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple suit came three days after the US Federal Trade Commission filed in federal court claiming Qualcomm abused its market power in as part of its 'unlawful maintenance of a monopoly in baseband processors.'

Baseband processors are are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as 'significantly flawed,' arguing that reasoning at the heart of the civil complaint is wrong.

South Korea's anti-trust watchdog last month slapped Qualcomm with a record fine exceeding $850 million for abusing its dominant market position as a maker of baseband chip-sets used in mobile phones.

Apple relies on Qualcomm for chip-based modems that enable iPhones and iPads to communicate with telecommunication networks.

The company knows of the antitrust tide rising against Qualcomm and would like to help provide room for rival chip-makers to flourish, perhaps letting Intel improve its position, according to analyst Patrick Moorhead of Moor Insights and Strategy.

'I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm,' Moorhead said, referring to the mobile device modems.

'Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this.'

While the legal case alleges exclusionary contracts and the idea of being overcharged for licensing, it may well be powered by Apple wanting to ramp up competition to Qualcomm so it can negotiate better deals, the analyst said.

Modem chips are separate from processors that act as the brains or graphics engines for mobile devices.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | nnam : News Agency Materials | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** uk : United Kingdom | eecz : European Union Countries | eurz : Europe | weurz : Western Europe

**PUB** DMG Media Limited

**AN** Document DAMONL0020170121ed1k0020c

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Seeks $1 Billion in Withheld Rebate Payments From Qualcomm** |
| **WC** | 34 words |
| **PD** | 20 January 2017 |
| **ET** | 15:41 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2041GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jn |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple: Qualcomm Withheld Rebate Payments After Apple Assisted in Korean Regulatory Case** |
| **WC** | 36 words |
| **PD** | 20 January 2017 |
| **ET** | 15:40 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2040GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jm |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Says It Is Suing Qualcomm Over Licensing Practices** |
| **WC** | 33 words |
| **PD** | 20 January 2017 |
| **ET** | 15:40 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2040GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jk |



PX32

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Alleges Qualcomm Demanded Onerous Licensing Terms for Smartphone Chips** |
| **WC** | 34 words |
| **PD** | 20 January 2017 |
| **ET** | 15:40 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

(MORE TO FOLLOW) Dow Jones Newswires

January 20, 2017 15:39 ET (20:39 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

20-01-17 2040GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jl |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk**

**WC** 121 words

**PD** 20 January 2017

**ET** 18:42

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:42 EST [Dow Jones ]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 18:42 ET (23:42 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics

**NS** c12 : Corporate Crime/Legal Action | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004q0



PX32

DOW JONES NEWSWIRES

HD **News Highlights: Top Company News of the Day**

WC 458 words

PD 20 January 2017

ET 19:00

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

TD

Morgan Stanley Gives CEO a Raise; Goldman Trims Stock-Pay for Some

James Gorman, chairman and chief executive of Morgan Stanley, saw a 7% raise for 2016, while Goldman Sachs cut stock awards for several executives after revenue fell 9%.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Snapchat Parent Plans to Pay Banks 2.5% of IPO Proceeds

The banks managing Snap's initial public offering are set to share 2.5% of the money raised in the deal, a relatively low rate that indicates the popular technology company's leverage in dictating the terms of its public debut.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

(END) Dow Jones Newswires

January 20, 2017 19:00 ET (00:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00001

**Apple: Suit Against Qualcomm Could Help Profit Margin, Says RBC**

Barron's Blogs, 19:01, 20 January 2017, 405 words, (English)

Shares of Apple ( AAPL) are up 3 cents at $120.03, in late trading, after both Bloomberg and The Wall Street Journal reported just before market close that the company is suing one of its big chip suppliers, Qualcomm ( QCOM), and it has not ...

Document WCBBE00020170121ed1l00001

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **News Highlights: Top Company News of the Day**

**WC** 458 words

**PD** 20 January 2017

**ET** 19:15

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Morgan Stanley Gives CEO a Raise; Goldman Trims Stock-Pay for Some

James Gorman, chairman and chief executive of Morgan Stanley, saw a 7% raise for 2016, while Goldman Sachs cut stock awards for several executives after revenue fell 9%.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Snapchat Parent Plans to Pay Banks 2.5% of IPO Proceeds

The banks managing Snap's initial public offering are set to share 2.5% of the money raised in the deal, a relatively low rate that indicates the popular technology company's leverage in dictating the terms of its public debut.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

(END) Dow Jones Newswires

January 20, 2017 19:15 ET (00:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00032

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Morgan Stanley Doesn't Think eBay Ad Campaign Made a Difference -- Market Talk**

WC 1,473 words
PD 20 January 2017
ET 19:18
SN Dow Jones Institutional News
SC DJDN
LA English
CY Copyright © 2017, Dow Jones & Company, Inc.

LP

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

TD

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly

four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

17:12 ET - The prospect of more consumer spending and higher inflation should reverse negative sentiment toward the A-mall industry this year, says BTIG Research. Some REITs that own high-quality malls with strong sales productivity are currently priced at large discounts to their net asset value per share estimates and offer the most upside if sentiment shifts. Retail property landlords have been hit by retailer bankruptcies and store closures, with the lower-end malls struggling the most. REITs managing the country's top regional malls say they are unfairly tarred with the same brush. Occupancy rates are high at the malls managed by Simon Property (SPG), Taubman Centers (TCO) and Macerich (MAC) and there is virtually no new supply, BTIG added. (esther.fung@wsj.com; @estherfung)

(END) Dow Jones Newswires

January 20, 2017 19:18 ET (00:18 GMT)

**CO** ebayus : eBay Incorporated | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i64 : Retail/Wholesale | i656000301 : Etailing | iecom : E-commerce | iindele : Industrial Electronics | iindstrls : Industrial Goods | iint : Internet/Online | ionlauc : Online Auctions | iretail : Retail | itech : Technology

**NS** gvote1 : National/Presidential Elections | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c181 : Acquisitions/Mergers/Divestments | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | gvote : Elections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0005u

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Morgan Says Ebay Needs to Watch Out for Competitors -- Market Talk** |
| WC | 1,474 words |
| PD | 20 January 2017 |
| ET | 19:22 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

1919 ET [Dow Jones] EBay needs to watch its back. That's what Morgan Stanley analysts say as Amazon and other start-up competitors become an increasing threat to the e-commerce site. Amazon's Prime membership is growing, increasingly threatening eBay's potential customer growth, the analysts say. But perhaps just as important are a bunch of new mobile startups, like OfferUp, 5Miles and LetGo-- which are generating sales without charging sellers transaction fees. "We acknowledge these competitors will need to charge fees at some point to survive, but its difficult to imagine they will charge fees as high as eBay...which, in our view, raises long-term question marks around eBay's ability to monetize its core Marketplace business," the analysts add. (laura.stevens@wsj.com; @LauraStevensWSJ)

**TD**

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

(END) Dow Jones Newswires

January 20, 2017 19:22 ET (00:22 GMT)

**CO** amzcom : Amazon.com, Inc. | ebayus : eBay Incorporated | qcom : Qualcomm Incorporated

| | |
|---|---|
| **IN** | i34531 : Semiconductors \| i64 : Retail/Wholesale \| i656000301 : Etailing \| iecom : E-commerce \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iint : Internet/Online \| ionlauc : Online Auctions \| iretail : Retail \| itech : Technology |
| **NS** | mcat : Commodity/Financial Market News \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170121ed1l0005v |

 © 2023 Factiva, Inc. All rights reserved.

The New York Times

SE Technology

HD **Apple Adds to Qualcomm's Troubles, Filing Lawsuit Over Rebates**

BY By QUENTIN HARDY

WC 1,182 words

PD 20 January 2017

ET 19:25

SN NYTimes.com Feed

SC NYTFEED

LA English

CY Copyright 2017. The New York Times Company. All Rights Reserved.

LP

SAN FRANCISCO — By mastering some tough computer chip technology and then pulling off an audacious business strategy based on selling its smartphone knowledge, Qualcomm has made billions of dollars and seized influence in the tech industry.

Some days that is a real drag.

TD

On Friday, Apple, its longtime partner, sued Qualcomm over what it said was $1 billion in withheld rebates. In the lawsuit, filed in Federal District Court for the Southern District of California, in San Diego, Apple said the money had been promised in conjunction with an agreement not to buy chips from other suppliers or to divulge Qualcomm's intellectual property licensing practices. The suit seeks the rebates, among other things.

Apple sued three days after the Federal Trade Commission accused Qualcomm of using anticompetitive practices to guarantee its high royalty payments for advanced wireless technology. The commission cited Qualcomm's deals with Taiwanese companies that manufacture Apple iPhones over semiconductors it sells for the iPhone.

In its complaint, the commission described Qualcomm as "the world's dominant supplier" of semiconductors that manage smartphone communications. The commission said Qualcomm had obtained "elevated royalties" for its patented intellectual property on wireless communications. Other smartphone chip makers have to pay Qualcomm for that intellectual property, too.

The commission and Apple complaints follow several other problems, including a $975 million fine by Chinese regulators in 2015 and activist shareholder complaints later that year that forced layoffs at Qualcomm. Last month, Qualcomm was fined $850 million in South Korea for unfair patent licensing.

When Apple provided information to South Korean regulators in that case, and sought competing chips from Intel, Qualcomm refused to pay Apple its promised money, Apple said.

Qualcomm, which has vowed to fight the South Korean charge and the F.T.C. suit, had no immediate comment on Apple's lawsuit.

Few expect Qualcomm to back down. It was shaped by its founders to be brainy, combative and profitable.

"They are seasoned, and equipped to fight," said Mark Hung, an analyst at Gartner. "But when such a big company is so reliant on the way it sells its intellectual property, and under the microscope in various geographies, it's tough."

Qualcomm, based in San Diego, far from Silicon Valley, was founded in 1985 by seven people, including Irwin Jacobs and Andrew Viterbi. The two were well-regarded electrical engineering professors who had formed a military satellite communications company.

Qualcomm's engineers work at a 41-building campus between a park and the University of California, San Diego. They have earned thousands of patents, including for the airplane mode on smartphones and the way apps are downloaded from stores.

Companies like Samsung and Apple need Qualcomm for the technology that enables things like high-speed wireless video for millions of people at once.

Its major technology is spread spectrum, which harnesses lots of computation and clever radio engineering for use in the various functions of smartphones.

Qualcomm's radio technology is called CDMA, for code division multiple access, a way voice calls work more efficiently over cellphone networks. And the company's influence grew over the last several years with the advent of third-generation, or 3G, phones as people started downloading lots of mobile data.

Many thought Qualcomm's success would be limited to that transition. Instead, Qualcomm innovated in 4G wireless for the smartphones from Samsung and Apple that toppled Nokia and Motorola. In its last fiscal year, Qualcomm had revenue of $23.6 billion and a profit of $5.7 billion.

Qualcomm's ventures in phones and network gear helped promote CDMA but did not make much money because older companies did not need CDMA until the success of wireless began to tax the capacity of their networks. Qualcomm turned to Asian companies that wanted to get into wireless.

"You'd never have seen the Koreans or the Chinese in wireless if not for Qualcomm and CDMA," said Clint McClellan, a 17-year employee of Qualcomm who now runs a wireless health business. "We enabled those markets."

South Korea, in particular, made CDMA an industrial policy, which carried Qualcomm for years. More recently, China accounted for half of Qualcomm's revenue. Apple's Taiwanese manufacturers, which pay Qualcomm royalties for iPhones, are another big profit center.

Qualcomm would not say what it charges for its intellectual property, but analysts figure the fee usually amounts to 5 percent of the selling price of a phone — at least it did, until the 2015 Chinese fine, which included an agreement that Chinese manufacturers pay only about half the old Qualcomm royalty.

That, and problems collecting Chinese royalties even before the agreement, hurt Qualcomm's share price. In 2015, Jana Partners, an activist hedge fund, stepped in and pressed for a breakup of the company into separate intellectual property and chip businesses.

That did not happen, but Qualcomm cut about 15 percent of its staff, cut executive pay and gave Jana three board seats. The stock has recovered to about where it was just before the fine, but not to the heights it reached before the problems.

By helping to create today's smartphone giants, Qualcomm may have engineered its current woes. Qualcomm executives say they see a connection between the China discounts, which Qualcomm had hoped would be limited to that country, and the latest regulatory attacks.

"We believe Samsung had a major role to play in the Korean decision," said Don Rosenberg, a lawyer for Qualcomm. The regulators, he said, "were prodded and mislead by commercial interests."

In an email, Hea-Ryoung Jee, a spokeswoman for Samsung, said it "was one of many multinational corporations" that responded to questions from South Korean regulators.

Qualcomm's lawyer figures the Korean case may take years to move through the courts. And recent events, including the impeachment of South Korea's president and a bribery scandal at Samsung, could complicate, or eliminate, Qualcomm's regulatory issues there.

Additionally, the F.T.C. has just three of its normal five commissioners. One of those, Maureen Ohlhausen, a Republican, voted against the suit. She may be named chairwoman when Edith Ramirez, a Democrat, steps down on Feb. 10.

Neither the F.T.C. nor Apple would comment on the United States case against Qualcomm.

“It’s disappointing when our partners want to pay less after we’ve contributed to their success,” said Derek Aberle, Qualcomm’s president. “By sharing our technology, we enable others.”

Now it must get out ahead of other technology inventors in 5G, possibly while paying billions in fines and dealing with a painful restructuring and fraying relationships with its biggest customers.

“We’re not sitting still” while the problems are sorted, Mr. Aberle said. “You have to invest, and invent cool stuff that will change the way people live their lives.”

In other words, create unique technology so people will keep paying for Qualcomm’s expensive intellectual property.

**ART** A Las Vegas show this month. In December, Qualcomm was fined $850 million in South Korea. | George Rose/Getty Images

**CO** ftrade : Federal Trade Commission | applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | sfra : San Francisco | skorea : South Korea | usca : California | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | usw : Western U.S.

**IPD** Suits and Litigation (Civil)

**PUB** The New York Times Company

**AN** Document NYTFEED020170121ed1l0005m

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm Comments on Apple Complaint**

**WC** 331 words

**PD** 20 January 2017

**ET** 19:57

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

SAN DIEGO, Jan. 20, 2017 /PRNewswire/ -- "While we are still in the process of reviewing the complaint in detail, it is quite clear that Apple's claims are baseless. Apple has intentionally mischaracterized our agreements and negotiations, as well as the enormity and value of the technology we have invented, contributed and shared with all mobile device makers through our licensing program. Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information. We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated.

About Qualcomm

**TD**

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Tina Asmar, Public Affairs

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/qualcomm-comments-on-apple-complaint-300394418.html

SOURCE Qualcomm Incorporated

(END)



PX32

**CO** qcom : Qualcomm Incorporated | applc : Apple Inc.

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | namz : North America

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170121ed1l00004

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Apple Sues Qualcomm Over Licensing Practices -- 2nd Update**

BY By Tripp Mickle

WC 838 words

PD 20 January 2017

ET 20:01

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 20:01 ET (01:01 GMT)

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c334 : Licensing Agreements \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| c33 : Contracts/Orders \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usca : California \| usw : Western U.S. \| namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170121ed1l0003h |

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **Apple files $1 billion lawsuit against chip supplier Qualcomm**

**WC** 641 words

**PD** 20 January 2017

**ET** 20:10

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

(Reuters) - Apple Inc filed a $1 billion lawsuit against supplier Qualcomm Inc on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

Qualcomm is a major supplier to both Apple and Samsung Electronics Co Ltd for "modem" chips that connect phones to wireless networks. The two companies together accounted for 40 percent of Qualcomm's $23.5 billion in revenue in its most recent fiscal year.

**TD**

In the lawsuit filed in U.S. District Court for the Southern District of California, Apple accused Qualcomm of overcharging for chips and refusing to pay some $1 billion in promised rebates. Apple said in its complaint that Qualcomm withheld the rebates because of Apple's discussions with South Korea's antitrust regulator, the Korea Fair Trade Commission.

"If that were not enough, Qualcomm then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments to Apple. Apple refused," Apple said in its lawsuit.

In a statement, Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless."

"Apple has been actively encouraging regulatory attacks on Qualcomm’s business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information," Rosenberg said in the statement.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple’s practices and a robust examination of the merits.”

Qualcomm's stock closed 2.4 percent lower at $62.88 on the news.

Qualcomm has patents for chips which include standard essential patents, a term used to describe technology that is required to be licensed broadly and on "reasonable" terms.

In its lawsuit, Apple accused Qualcomm of refusing to license the technology to other manufacturers to prevent them from making the chips.

It also accused Qualcomm of selling chips while requiring Apple to pay a separate licensing fee for the same chips, in a "no license, no chip" policy.

In addition, Qualcomm pressured network carriers to not sell or support Apple devices made with Intel chipsets Apple said.

The KFTC fined Qualcomm $854 million in December for what it called unfair patent licensing practices.

In February 2015, Qualcomm paid a $975 million fine in China, while the European Union in December 2015 accused it of abusing its market power to thwart rivals.

On Tuesday, the U.S. Federal Trade Commission filed a lawsuit against Qualcomm, saying the San Diego-based company used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers. Qualcomm said it would contest the FTC complaint.

Qualcomm was the sole supplier of modem chips for Apple’s phones until the release of the iPhone 7 in September. Intel Corp supplied about half of the modem chips for the newest models, said Stacy Rasgon, a senior analyst at Bernstein Research. Intel's shares closed up 1 percent at $36.94 after the Qualcomm suit was announced.

Apple made the move around the same time that Samsung, which had switched to using its own internal chips for its Galaxy S6 phones, returned to Qualcomm for the Galaxy S7.

Qualcomm "has been able to manage through (the Apple contract loss) pretty well because they got back Samsung at the same time," Rasgon said.

Apple is known for seeking multiple suppliers to keep prices down, said Jim Morrison, vice president of technical intelligence for TechInsights, which tears down devices to analyze their parts.

(Reporting by Diane Bartz in Washington and Stephen Nellis in San Francisco; Editing by Matthew Lewis and Cynthia Osterman)

**RF** Released: 2017-1-21T01:10:54.000Z

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | sansel : Samsung Electronics Co Ltd | usagov : United States Federal Government

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ielec : Consumer Electronics | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gpol : Domestic Politics | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:RTRFLN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170120ed1k016wh

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Sues Qualcomm Over Licensing Practices -- 2nd Update** |
| **BY** | By Tripp Mickle |
| **WC** | 838 words |
| **PD** | 20 January 2017 |
| **ET** | 20:16 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

 © 2023 Factiva, Inc. All rights reserved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 20:16 ET (01:16 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0000r

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Apple antitrust suit: Qualcomm overcharged 'billions'**

**BY** Glenn CHAPMAN

**WC** 648 words

**PD** 20 January 2017

**ET** 20:29

**SN** Agence France Presse

**SC** AFPR

**LA** English

**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Apple on Friday sued Qualcomm, accusing the California chipmaker of abusing its market power to demand unfair royalties, echoing charges filed days earlier by US antitrust regulators.

Tech giant Apple said in the court filing that it has been overcharged "billions of dollars" by its chipmaking partner's "illegal scheme."

**TD**

The company also claimed Qualcomm owes it a billion dollars but is refusing to pay in retaliation for the iPhone maker's cooperating with South Korean antitrust regulators looking into the chipmaker's actions in that country.

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with," Apple said in an email statement.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

Qualcomm rejected Apple's claims at baseless, contending the iPhone maker "intentionally mischaracterized" agreements as well as the value of the company's technology.

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world... by misrepresenting facts and withholding information," Qualcomm general counsel Don Rosenberg said in a statement.

"We welcome the opportunity to have these meritless claims heard in court."

The suit charges Qualcomm of building a business model on using its rights to older, legacy technology considered telecommunication industry standards to raise royalties when Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said.

Apple noted in the suit that Qualcomm's business practices have come under scrutiny by antitrust regulators in an array of countries for selling its smartphone chipsets only to makers agreeing to its "preferred license terms" for essential mobile telecom patents.

Apple asked for a jury trial, and for damages including Qualcomm paying the company what it owes plus giving up excessive royalties it has raked in.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple filing came three days after the US Federal Trade Commission filed suit in federal court in California claiming Qualcomm abused its market power in as part of its "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

South Korea's anti-trust watchdog last month slapped Qualcomm with a record fine exceeding $850 million for abusing its dominant market position as a maker of baseband chipsets used in mobile phones.

Apple relies on Qualcomm for chip-based modems that enable iPhones and iPads to communicate with telecommunication networks.

Apple undoubtedly knows of the antitrust tide rising against Qualcomm and would like to help provide room for rival chipmakers to flourish, perhaps letting Intel improve its position, according to analyst Patrick Moorhead of Moor Insights and Strategy.

"I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm," Moorhead said, referring to the mobile device modems.

"Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this."

While the legal case alleges exclusionary contracts and the idea of being overcharged for licensing, it may well be powered by Apple wanting to ramp up competition to Qualcomm so it can negotiate better deals, the analyst said.

Modem chips are separate from processors that act as the brains or graphics engines for mobile devices.

gc/mdo

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** 2ndlead

**PUB** Agence France-Presse

**AN** Document AFPR000020170121ed1l000m9

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Says Apple 'Encouraging Regulatory Attacks'**

Barron's Blogs, 20:34, 20 January 2017, 216 words, (English)

Following word this afternoon that Apple (AAPL) has filed suit against one of its biggest suppliers, chip maker Qualcomm (QCOM), Qualcomm sent out a statement calling Apple's claims baseless.

Document WCBBE00020170121ed1l0002t

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **UPDATE 4-Apple files $1 billion lawsuit against chip supplier Qualcomm**

WC 657 words

PD 20 January 2017

ET 20:10

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

(Adds comment from Qualcomm, stock moves)

By Diane Bartz and Stephen Nellis

TD

Jan 20 (Reuters) - Apple Inc filed a $1 billion lawsuit against supplier Qualcomm Inc on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

Qualcomm is a major supplier to both Apple and Samsung Electronics Co Ltd for "modem" chips that connect phones to wireless networks. The two companies together accounted for 40 percent of Qualcomm's $23.5 billion in revenue in its most recent fiscal year.

In the lawsuit filed in U.S. District Court for the Southern District of California, Apple accused Qualcomm of overcharging for chips and refusing to pay some $1 billion in promised rebates. Apple said in its complaint that Qualcomm withheld the rebates because of Apple's discussions with South Korea's antitrust regulator, the Korea Fair Trade Commission.

"If that were not enough, Qualcomm then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments to Apple. Apple refused," Apple said in its lawsuit.

In a statement, Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless."

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information," Rosenberg said in the statement.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits."

Qualcomm's stock closed 2.4 percent lower at $62.88 on the news.

Qualcomm has patents for chips which include standard essential patents, a term used to describe technology that is required to be licensed broadly and on "reasonable" terms.

In its lawsuit, Apple accused Qualcomm of refusing to license the technology to other manufacturers to prevent them from making the chips.

It also accused Qualcomm of selling chips while requiring Apple to pay a separate licensing fee for the same chips, in a "no license, no chip" policy.

In addition, Qualcomm pressured network carriers to not sell or support Apple devices made with Intel chipsets Apple said.

The KFTC fined Qualcomm $854 million in December for what it called unfair patent licensing practices.

In February 2015, Qualcomm paid a $975 million fine in China, while the European Union in December 2015 accused it of abusing its market power to thwart rivals.

On Tuesday, the U.S. Federal Trade Commission filed a lawsuit against Qualcomm, saying the San Diego-based company used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers. Qualcomm said it would contest the FTC complaint.

Qualcomm was the sole supplier of modem chips for Apple's phones until the release of the iPhone 7 in September. Intel Corp supplied about half of the modem chips for the newest models, said Stacy Rasgon, a senior analyst at Bernstein Research. Intel's shares closed up 1 percent at $36.94 after the Qualcomm suit was announced.

Apple made the move around the same time that Samsung, which had switched to using its own internal chips for its Galaxy S6 phones, returned to Qualcomm for the Galaxy S7.

Qualcomm "has been able to manage through (the Apple contract loss) pretty well because they got back Samsung at the same time," Rasgon said.

Apple is known for seeking multiple suppliers to keep prices down, said Jim Morrison, vice president of technical intelligence for TechInsights, which tears down devices to analyze their parts. (Reporting by Diane Bartz in Washington and Stephen Nellis in San Francisco; Editing by Matthew Lewis and Cynthia Osterman)

**RF** Released: 2017-1-21T02:10:11.000Z

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | sansel : Samsung Electronics Co Ltd

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | ielec : Consumer Electronics | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c41 : Management | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170120ed1k017it

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **BRIEF-Qualcomm terms Apple's claims on lawsuit "baseless"**

WC 49 words

PD 20 January 2017

ET 20:12

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

Jan 20 (Reuters) - Qualcomm Inc

* Qualcomm comments on Apple complaint

TD

* Says are still in process of reviewing complaint in detail

* Says that Apple's claims are baseless Source text for Eikon: Further company coverage:

RF Released: 2017-1-21T02:12:52.000Z

CO qcom : Qualcomm Incorporated

IN icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

NS c12 : Corporate Crime/Legal Action | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

RE usa : United States | namz : North America

IPD Business

IPC SERVICE:ABN

PUB Thomson Reuters (Markets) LLC

AN Document LBA0000020170121ed1l0018i

DOW JONES
NEWSWIRES

**HD** **Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk**

**WC** 172 words

**PD** 20 January 2017

**ET** 21:22

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

2121 ET [Dow Jones] With Apple Inc.'s lawsuit against Qualcomm Inc. filed on Friday, the iPhone maker piled on behind the South Korean Fair Trade Commission and the U.S. Federal Trade Commission in accusing the chip maker of anti-competitive business practices. Apple accused Qualcomm of allegedly withholding rebates on chip royalty payments that it said it was due in return for agreeing to use Qualcomm's modem chips exclusively in its phones between 2011 and 2016. Only days earlier, the FTC had sued Qualcomm for allegedly paying Apple rebates for the same commitment of exclusivity, thus blocking competitors and licensing essential smartphone patents in a discriminatory fashion. Stacy Rasgon, an analyst with Sanford L. Bernstein noted the irony: "Apple," he said, "seems to be suing Qualcomm for stopping something that the FTC is suing them for doing." (ted.greenwald@wsj.com)

(MORE TO FOLLOW) Dow Jones Newswires

**TD**

January 20, 2017 21:22 ET (02:22 GMT)

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0003x

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **Apple sues Qualcomm for $1bn for abusing its monopoly position**

**BY** Hannah Kuchler in San Francisco

**WC** 551 words

**PD** 20 January 2017

**ET** 20:57

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Apple has filed a $1bn lawsuit against Qualcomm accusing the chipmaker of abusing a monopoly position, after the US and South Korean regulators argued it exploited its market dominance at the expense of handset makers.

Shares in Qualcomm fell 2.4 per cent to $62.88 just before the markets closed on Friday when the lawsuit was published. This is the first direct challenge by one of Qualcomm's major customers but it follows a lawsuit by the US Federal Trade Commission on Tuesday, and an $890m fine from the South Korean antitrust authorities late last year.

**TD**

Apple is demanding a payment of $1bn it believes is due as a rebate for licensing fees, which it claims the chipmaker is holding back as punishment for Apple "responding truthfully" to the South Korean investigation. Qualcomm, it claims, charges Apple at least five times more than what it pays all its other cellular patent licensers combined.

"Qualcomm built its business on older, legacy, standards but reinforces its dominance through exclusionary tactics and excessive royalties," Apple said in a statement.

"We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Qualcomm said that Apple had "intentionally mischaracterised" the agreements and negotiations between the two companies.

The smartphone patent wars are heating up, as questions left unanswered in the last round of litigation between Apple, Samsung, Google and Motorola emerge again.

Last month, Apple and Nokia launched legal challenges against each other on both sides of the Atlantic, with Apple accusing two companies associated with the Finnish group of trying to extract and extort exorbitant revenue, and Nokia claiming Apple had infringed 32 of its patents in products that include the iPhone and iPad.

In the complaint in the Qualcomm case, Apple asks the court to look at a representative sample of Qualcomm's patents to see if they are valid and to examine if the royalties are too high. Every time Apple adds a new feature, such as touch ID to access Apple Pay, or increasing the memory on an iPhone, Qualcomm collects a larger royalty, the complaint claims.

"Apple products are among the most innovative in the world, yet because of its monopoly power, its suppression of the disclosure of information to government agencies investigating Qualcomm, and an

abusive licensing model, Qualcomm believes it is entitled to collect its 'tribute' on every such improvement," it writes.

Apple also accuses Qualcomm of coercing customers into remaining quiet in an effort to keep courts and regulators in the dark.

"Qualcomm pursues its illegal practices through a secret web of agreements designed to obfuscate its conduct," it added.

Dan Rosenberg, Qualcomm's executive vice-president and general counsel, said Qualcomm was still reviewing the complaint but it was clear the claims were "baseless".

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world," he said. "We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits."

**CO** ftrade : Federal Trade Commission | applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170120ed1k00bq9

 © 2023 Factiva, Inc. All rights reserved.

The Washington Post

SE A-Section
HD **Digest**
WC 674 words
PD 21 January 2017
SN The Washington Post
SC WP
ED FINAL
PG A07
LA English
CY Copyright 2017, The Washington Post Co. All Rights Reserved

LP

TECHNOLOGY

Apple seeks $1 billion from Qualcomm

TD

Apple filed a lawsuit Friday accusing Qualcomm of monopolizing the market for computer chips for wireless devices and of withholding $1 billion in retaliation for Apple's cooperation with antitrust authorities in South Korea.

Qualcomm has been under fire from regulators around the world for its patent licensing practices. Apple's lawsuit is the first direct challenge by one of Qualcomm's biggest customers.

In December, South Korea fined the company $890 million and described its practices as monopolistic. Qualcomm has said it will appeal the decision.

Under an agreement with Qualcomm, Apple said, it was forced to refrain from taking any steps to challenge Qualcomm's business model.

When Apple complied with demands from Korean regulators, Qualcomm said that was a violation of the agreement.

In retaliation, Qualcomm withheld money that it was to pay Apple in royalty rebates, the iPhone maker said.

Apple is demanding that the chipmaker hand over the money.

The suit also challenges the validity of some Qualcomm patents for wireless technologies. Apple is asking the court to rule that, if the patents are upheld, the royalty amount is significantly lower than what Qualcomm charges now.

- Bloomberg News

AUTO INDUSTRY

New Mexico suing Takata, automakers

New Mexico Attorney General Hector Balderas filed a lawsuit Friday against Japanese manufacturer Takata and a list of automakers over the sale of cars with dangerous air bag inflaters.

The attorney general's office argues that the manufacturers had a duty to ensure that their products were safe. Concealment of defects in the air bags amounted to unfair, deceptive and unconscionable trade practices under New Mexico law, the suit says.

Takata already has agreed to pay $1 billion in fines and restitution in a plea deal with the federal Justice Department over a years-long scheme to conceal the deadly defect in its inflaters. It also faces other litigation.

New Mexico's case also targets numerous automakers that used the faulty bags in their vehicles.

The state is seeking civil penalties for each defective air bag that entered the New Mexico market and penalties for each day the manufacturers misrepresented the safety of their products. State prosecutors also are seeking a jury trial.

Takata air bag inflaters can explode with too much force, spewing shrapnel at passengers. At least 27 people have died because of the defect.

- Associated Press

Also in Business

l Puerto Rican Gov. Ricardo Rossello is criticizing orders from a federal control board in the first clash over how best to tackle the island's deep economic crisis. Rossello said Friday that the board's demands are unacceptable and differ greatly from his vision to promote economic growth. On Wednesday, the control board ordered the administration to present a plan that would generate $4.5 billion a year in revenue or savings through 2019. Officials said Puerto Rico should reform its tax system, reduce health-care and higher education spending, and cut the size of its government.

l AT&T signed up new pay-TV customers for the first time in seven quarters, thanks to its new live online video service. DirecTV Now, which targets consumers who don't subscribe to traditional TV, helped woo at least 200,000 video subscribers in the fourth quarter and offset a loss of satellite-TV customers, according to a filing Friday of preliminary results. The gain reflects a promotional offer of $35 a month for 100-plus channels. AT&T introduced DirecTV Now in November and now charges $60 a month for a similar number of channels.

l The ride-hailing company Uber has hired the man behind Google search to help grow its self-driving car program. Amit Singhal announced on his blog Friday that he will join Uber after 15 years at Alphabet, where he led Google's search division. He will be senior vice president of engineering. Singhal called Uber "a geek's candy store" and said he was excited by the engineering challenges it is tackling.

- From news services

**CT**

**RF** WP20170121digest0121

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | nnam : News Agency Materials | nsum : News Digests | ncdig : Corporate Digests | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usa : United States | namz : North America

**IPD** National-Economy

**PUB** Washington Post

**AN** Document WP00000020170121ed1l0002z

 © 2023 Factiva, Inc. All rights reserved.

NATIONAL POST

SE Financial Post

HD **Apple sues Qualcomm over patent royalties, antitrust case**

BY Susan Decker

CR Bloomberg News

WC 142 words

PD 21 January 2017

SN National Post

SC FINP

ED All_but_Toronto

PG FP2

LA English

CY © 2017 National Post . All Rights Reserved.

LP

Apple Inc. filed a lawsuit accusing Qualcomm Inc. of monopolizing the market for chips for wireless devices, and of withholding US$1 billion in retaliation for co-operating with antitrust authorities in South Korea.

Qualcomm has been under fire for its patent licensing practices. The lawsuit filed Friday is the first direct challenge by one of its biggest customers.

TD

Apple is demanding Qualcomm hand over money that was supposed to be a rebate for licensing fees. Qualcomm is holding back the money as punishment for Apple cooperating with Korean antitrust regulators, according to the complaint.

The complaint also challenges the validity of some key Qualcomm patents. Apple asks the court to rule that, if the patents are upheld, the royalty amount is significantly lower than what Qualcomm charges now.

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | nnam : News Agency Materials | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

RE cana : Canada | namz : North America

IPD News

PUB National Post

AN Document FINP000020170121ed1l0001d

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Chips -- WSJ**

**WC** 846 words

**PD** 21 January 2017

**ET** 02:32

**SN** Dow Jones Institutional News

**SC** DJDN

**PG** B3

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

iPhone maker says component supplier unfairly leveraged its monopoly position

By Tripp Mickle

**TD**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has

never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 21, 2017 02:32 ET (07:32 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0002c

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Sues Qualcomm Over Chips -- WSJ** |
| **WC** | 846 words |
| **PD** | 21 January 2017 |
| **ET** | 02:47 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **PG** | B3 |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

iPhone maker says component supplier unfairly leveraged its monopoly position

By Tripp Mickle

**TD**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has

never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 21, 2017 02:47 ET (07:47 GMT)


**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00083

The New York Times

SE Business/Financial Desk; SECTB

HD **Apple Adds to Qualcomm's Troubles, Filing a Lawsuit Over Rebates**

BY By QUENTIN HARDY

WC 1,208 words

PD 21 January 2017

SN The New York Times

SC NYTF

ED Late Edition - Final

PG 1

LA English

CY Copyright 2017 The New York Times Company. All Rights Reserved.

LP

SAN FRANCISCO -- By mastering some tough computer chip technology and then pulling off an audacious business strategy based on selling its smartphone knowledge, Qualcomm has made billions of dollars and seized influence in the tech industry.

Some days that is a real drag.

TD

On Friday, Apple, its longtime partner, sued Qualcomm over what it said was $1 billion in withheld rebates. In the lawsuit, filed in Federal District Court for the Southern District of California, in San Diego, Apple said the money had been promised in conjunction with an agreement not to buy chips from other suppliers or to divulge Qualcomm's intellectual property licensing practices. The suit seeks the rebates, among other things.

Apple sued three days after the Federal Trade Commission accused Qualcomm of using anticompetitive practices to guarantee its high royalty payments for advanced wireless technology. The commission cited Qualcomm's deals with Taiwanese companies that manufacture Apple iPhones over semiconductors it sells for the iPhone.

In its complaint, the commission described Qualcomm as "the world's dominant supplier" of semiconductors that manage smartphone communications. The commission said Qualcomm had obtained "elevated royalties" for its patented intellectual property on wireless communications. Other smartphone chip makers have to pay Qualcomm for that intellectual property, too.

The commission and Apple complaints follow several other problems, including a $975 million fine by Chinese regulators in 2015 and activist shareholder complaints later that year that forced layoffs at Qualcomm. Last month, Qualcomm was fined $850 million in South Korea for unfair patent licensing.

When Apple provided information to South Korean regulators in that case, and sought competing chips from Intel, Qualcomm refused to pay Apple its promised money, Apple said.

Qualcomm has vowed to fight the South Korean charge and the F.T.C. suit. "Apple has intentionally mischaracterized our agreements and negotiations," Qualcomm said in a statement, adding that it would fight that lawsuit, too.

Few expect Qualcomm to back down. It was shaped by its founders to be brainy, combative and profitable.

"They are seasoned, and equipped to fight," said Mark Hung, an analyst at Gartner. "But when such a big company is so reliant on the way it sells its intellectual property, and under the microscope in various geographies, it's tough."

Qualcomm, which is based in San Diego, far from Silicon Valley, was founded in 1985 by seven people, including Irwin Jacobs and Andrew Viterbi. The two were well-regarded electrical engineering professors who had formed a military satellite communications company.

Qualcomm's engineers work at a 41-building campus between a park and the University of California, San Diego. They have earned thousands of patents, including for the airplane mode on smartphones and the way apps are downloaded from stores.

Companies like Samsung and Apple need Qualcomm for the technology that enables things like high-speed wireless video for millions of people at once.

Its major technology is spread spectrum, which harnesses lots of computation and clever radio engineering for use in the various functions of smartphones.

Qualcomm's radio technology is called CDMA, for code division multiple access, a way voice calls work more efficiently over cellphone networks. And the company's influence grew over the last several years with the advent of third-generation, or 3G, phones as people started downloading lots of mobile data as well as making calls.

At the time, many thought Qualcomm's success would be limited to that transition. Instead, Qualcomm innovated in 4G wireless for the new smartphones from Samsung and Apple that toppled Nokia and Motorola. In its last fiscal year, Qualcomm had revenue of $23.6 billion and a profit of $5.7 billion.

Qualcomm's ventures in phones and network gear helped promote CDMA but did not make much money because older companies did not need CDMA until the success of wireless began to tax the capacity of their networks. Qualcomm turned to Asian companies that wanted to get into wireless.

"You'd never have seen the Koreans or the Chinese in wireless if not for Qualcomm and CDMA," said Clint McClellan, a 17-year employee of Qualcomm who now runs a wireless health business. "We enabled those markets."

South Korea, in particular, made CDMA an industrial policy, which carried Qualcomm for years. More recently, China accounted for half of Qualcomm's revenue. Apple's Taiwanese manufacturers, which pay Qualcomm royalties for iPhones, are another big profit center.

Qualcomm would not say what it charges for its intellectual property, but analysts figure the fee usually amounts to 5 percent of the selling price of a phone -- at least it did, until the 2015 Chinese fine, which included an agreement that Chinese manufacturers pay only about half the old Qualcomm royalty.

That, and problems collecting Chinese royalties even before the agreement, hurt Qualcomm's share price. In 2015, Jana Partners, an activist hedge fund, stepped in and pressed for a breakup of the company into separate intellectual property and chip businesses.

That did not happen, but Qualcomm cut about 15 percent of its staff, cut executive pay and gave Jana three board seats. The stock has recovered to about where it was just before the fine, but not to the heights it reached before the problems.

By helping to create today's smartphone giants, Qualcomm may have engineered its current woes. Qualcomm executives say they see a connection between the China discounts, which Qualcomm had hoped would be limited to that country, and the latest regulatory attacks.

"We believe Samsung had a major role to play in the Korean decision," said Don Rosenberg, a lawyer for Qualcomm. The regulators, he said, "were prodded and misled by commercial interests."

In an email, Hea-Ryoung Jee, a spokeswoman for Samsung, said it "was one of many multinational corporations" that responded to questions from South Korean regulators.

Qualcomm's lawyer figures the Korean case may take years to move through the courts. And recent events, including the impeachment of South Korea's president and a bribery scandal at Samsung, could complicate, or eliminate, Qualcomm's regulatory issues there.

 © 2023 Factiva, Inc. All rights reserved.

Additionally, the F.T.C. has just three of its normal five commissioners. One of those, Maureen Ohlhausen, a Republican, voted against the suit. She may be named chairwoman when the current chairwoman, Edith Ramirez, a Democrat, steps down on Feb. 10.

Neither the F.T.C. nor Apple would comment on the United States case against Qualcomm.

"It's disappointing when our partners want to pay less after we've contributed to their success," said Derek Aberle, Qualcomm's president.

Now it must get out ahead of other technology inventors in 5G, possibly while paying billions in fines and dealing with a painful restructuring and fraying relationships with its biggest customers.

"We're not sitting still" while the problems are sorted, Mr. Aberle said. "You have to invest, and invent cool stuff that will change the way people live their lives."

In other words, create unique technology so people will keep paying for Qualcomm's expensive intellectual property.

**ART** A Las Vegas show this month. In December, Qualcomm was fined $850 million in South Korea. (PHOTOGRAPH BY GEORGE ROSE/GETTY IMAGES) (B4)

**CO** ftrade : Federal Trade Commission | applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | skorea : South Korea | usca : California | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | usw : Western U.S.

**IPD** Business/Financial Desk

**PUB** The New York Times Company

**AN** Document NYTF000020170121ed1l0005a

DOW JONES NEWSWIRES

HD **DJ QUALCOMM Incorporated, Inst Holders, 4Q 2016 (QCOM)**

WC 759 words

PD 21 January 2017

ET 03:03

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

The following table shows the largest shareholders in QUALCOMM INC COM (QCOM) for the quarter ended December 31, 2016, listed by holding size. The list represents up to 50 of the largest holders in the company.

Note: Unless otherwise mentioned the reporting date is 12/31/2016

TD

| Institution | Shares Held | Shares Changed | % Held | Last Report |
|---|---|---|---|---|
| The Vanguard Group Inc. | 97,198,871 | 2,819,248 | 6.581 | 09/30 |
| SSgA Funds Management Inc. | 66,472,162 | 8,136,506 | 4.501 | 09/30 |
| BlackRock Fund Advisors | 61,177,676 | 3,816,224 | 4.142 | 09/30 |
| Fidelity Management & Research | 60,662,768 | 8,300,448 | 4.107 | 09/30 |
| Barrow Hanley Mewhinney & St | 21,024,535 | (573,470) | 1.424 | 09/30 |
| Northern Trust Investments In | 20,283,988 | 513,204 | 1.373 | 09/30 |
| T. Rowe Price Associates Inc. | 18,415,572 | 1,647,152 | 1.247 | 09/30 |
| Jennison Associates LLC | 17,576,366 | 10,234,556 | 1.190 | 09/30 |
| Columbia Management Investment | 17,097,778 | 985,902 | 1.158 | 09/30 |
| PRIMECAP Management Co. | 16,980,554 | (339,570) | 1.150 | 09/30 |
| Orbis Investment Management Lt | 16,207,559 | (1,738,213) | 1.097 | 09/30 |
| Capital Research & Management | 15,964,849 | 1,498,389 | 1.081 | 09/30 |
| Loomis Sayles & Co. LP | 15,927,250 | 487,780 | 1.078 | 09/30 |
| Jackson Square Partners LLC | 14,995,509 | (2,203,552) | 1.015 | 09/30 |
| Geode Capital Management LLC | 14,634,512 | 858,063 | 0.991 | 09/30 |
| Invesco PowerShares Capital Ma | 13,617,925 | 1,712,141 | 0.922 | 09/30 |
| The Caisse de depot et placeme | 12,269,100 | (65,900) | 0.831 | 09/30 |
| Mellon Capital Management Corp | 11,724,309 | 485,403 | 0.794 | 09/30 |
| BlackRock Advisors LLC | 11,688,812 | (2,131,452) | 0.791 | 09/30 |
| Capital Research & Management | 11,400,000 | 4,150,000 | 0.772 | 09/30 |
| Managed Account Advisors LLC | 10,660,558 | (364,875) | 0.722 | 09/30 |
| Wells Fargo Advisors LLC | 10,494,301 | 65,365 | 0.711 | 09/30 |
| Invesco Advisers Inc. | 10,430,056 | (157,161) | 0.706 | 09/30 |
| Brown Brothers Harriman & Co. | 10,198,713 | (1,257,978) | 0.691 | 09/30 |
| BlackRock Investment Managemen | 10,067,130 | (1,220,919) | 0.682 | 09/30 |
| Fisher Asset Management LLC | 9,688,348 | (2,893) | 0.656 | 12/31 |
| Wellington Management Co. LLP | 9,457,772 | 4,223,400 | 0.640 | 09/30 |
| Magellan Asset Management Ltd. | 9,453,133 | 206,974 | 0.640 | 09/30 |

| | | | | |
|---|---|---|---|---|
| Dimensional Fund Advisors LP | 8,944,700 | 1,188,903 | 0.606 | 09/30 |
| Merrill Lynch Pierce Fenner | 8,770,013 | (1,140,151) | 0.594 | 09/30 |
| JPMorgan Investment Management | 8,512,706 | 1,505,056 | 0.576 | 09/30 |
| Artisan Partners LP | 8,439,482 | (62,435) | 0.571 | 09/30 |
| Grantham Mayo Van Otterloo & | 8,287,646 | (855,014) | 0.561 | 09/30 |
| BlackRock Investment Managemen | 7,820,824 | (527,273) | 0.530 | 09/30 |
| Morgan Stanley Smith Barney LL | 7,717,149 | 271,297 | 0.523 | 09/30 |
| LSV Asset Management | 7,702,168 | 711,245 | 0.522 | 09/30 |
| Legal & General Investment Man | 7,118,938 | 31,859 | 0.482 | 09/30 |
| Deutsche Asset Management Inve | 7,082,642 | 617,364 | 0.480 | 09/30 |
| The Bank of New York Mellon Co | 6,917,797 | 1,258,886 | 0.468 | 09/30 |
| Charles Schwab Investment Mana | 6,518,242 | 398,983 | 0.441 | 09/30 |
| Harris Associates LP | 6,183,306 | 15,251 | 0.419 | 09/30 |
| TIAA-CREF Investment Managemen | 5,717,069 | 533,158 | 0.387 | 09/30 |
| Parametric Portfolio Associate | 5,665,552 | (85,815) | 0.384 | 09/30 |
| BlackRock Advisors (UK) Ltd. | 5,522,153 | (66,355) | 0.374 | 09/30 |
| Goldman Sachs Asset Management | 5,513,268 | (386,084) | 0.373 | 09/30 |
| Lord Abbett & Co. LLC | 5,333,996 | 327,493 | 0.361 | 09/30 |
| Manulife Asset Management (US) | 5,131,905 | (1,273,986) | 0.347 | 09/30 |
| Franklin Advisers Inc. | 4,896,817 | (983,590) | 0.332 | 09/30 |
| Credit Suisse Securities (USA) | 4,831,438 | 276,588 | 0.327 | 09/30 |
| Quantitative Management Associ | 4,741,644 | 679,904 | 0.321 | 09/30 |

13F data provided by: Factset Research Systems Inc.;
Please send questions to ownership@factset.com.
Copyright, Factset Research Systems, 2017. All Rights Reserved.

(END) Dow Jones Newswires

January 21, 2017 03:03 ET (08:03 GMT)

**CO** vngd : The Vanguard Group Inc | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i831 : Financial Investments | ifinal : Financial Services | iinv : Investing/Securities

**NS** c181 : Acquisitions/Mergers/Divestments | ceqpm : Equity Portfolios of $100 Million (13F) | cgvfil : Government Filings | neqac : Equities Asset Class News | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0008m

Los Angeles Times

SE Business; Business Desk

HD **BUSINESS BEAT; Apple lawsuit seeks $1 billion from Qualcomm**

CR Associated Press
WC 298 words
PD 21 January 2017
SN Los Angeles Times
SC LATM
ED Home Edition
PG C-2
LA English
CY Copyright 2017 The Los Angeles Times

LP

Apple Inc. is suing mobile chip maker Qualcomm Inc. for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The complaint filed Friday in a San Diego federal court depicts Qualcomm as a monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

TD

Apple says it has been cooperating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

Qualcomm didn't immediately respond to requests for comment. The San Diego company has said that its 3G and 4G cellular patents are essential to what makes smartphones truly mobile, with the ability to link to the Internet from almost anywhere. The royalties it has been charging for these key technologies for more than two decades are not unreasonable, the company contends.

Cupertino, Calif.-based Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging that Qualcomm has been imposing unfair licensing terms on manufacturers.

The FTC alleged that Qualcomm used its dominant market share in wireless chips to get excessive royalties on key, standard essential patents, which are supposed to be made available at reasonable rates under law.

The agency also accused Qualcomm of giving Apple rebates in exchange for being the exclusive supplier of cellular modems in iPhones from 2011 through 2015 -- hurting competitors. And the FTC lawsuit came a month after a South Korean regulator, the Korea Fair Trade Commission, fined Qualcomm $865 million over patent royalties.

--

San Diego Union-Tribune staff writer Mike Freeman contributed to this report.

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

| | |
|---|---|
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| nnam : News Agency Materials \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Wire |
| **PUB** | Tribune Publishing Company |
| **AN** | Document LATM000020170121ed1l0001e |

 © 2023 Factiva, Inc. All rights reserved.

Cyprus Mail
Internet Edition

**HD** **Factory Mutual Insurance Co. Sells 80,000 Shares of Qualcomm Inc.**

**WC** 892 words
**PD** 21 January 2017
**SN** Cyprus Mail
**SC** CYMAIL
**LA** English
**CY** © 2017, Cyprus Mail, All rights Reserved - Provided by SyndiGate Media Inc.

**LP**

Factory Mutual Insurance Co. reduced its stake in Qualcomm Inc. (NASDAQ:QCOM) by 6.0% during the third quarter, according to its most recent Form 13F filing with the Securities and Exchange Commission. The firm owned 1,263,700 shares of the wireless technology companys stock after selling 80,000 shares during the period. Factory Mutual Insurance Co. owned 0.09% of Qualcomm worth $86,563,000 at the end of the most recent reporting period.

**TD**

Several other institutional investors have also bought and sold shares of QCOM. Capital Research Global Investors acquired a new position in Qualcomm during the second quarter valued at $774,968,000. Capital World Investors acquired a new position in Qualcomm during the second quarter valued at $388,383,000. FMR LLC increased its position in Qualcomm by 9.2% in the second quarter. FMR LLC now owns 56,983,582 shares of the wireless technology companys stock valued at $3,052,610,000 after buying an additional 4,823,120 shares during the last quarter. Franklin Resources Inc. increased its position in Qualcomm by 23.4% in the second quarter. Franklin Resources Inc. now owns 9,300,593 shares of the wireless technology companys stock valued at $498,233,000 after buying an additional 1,761,425 shares during the last quarter. Finally, Bank of Montreal Can acquired a new position in Qualcomm during the second quarter valued at $87,048,000. Hedge funds and other institutional investors own 78.41% of the companys stock.

Shares of Qualcomm Inc. (NASDAQ:QCOM) opened at 64.44 on Friday. The firms 50-day moving average is $66.49 and its 200-day moving average is $64.19. The company has a market cap of $95.17 billion, a PE ratio of 16.91 and a beta of 1.35. Qualcomm Inc. has a 1-year low of $42.24 and a 1-year high of $71.62.

Qualcomm (NASDAQ:QCOM) last posted its earnings results on Wednesday, November 2nd. The wireless technology company reported $1.28 earnings per share (EPS) for the quarter, beating the consensus estimate of $1.13 by $0.15. Qualcomm had a return on equity of 19.31% and a net margin of 24.22%. The company had revenue of $9.17 billion for the quarter, compared to analyst estimates of $5.84 billion. During the same quarter in the previous year, the firm earned $0.91 earnings per share. The firms quarterly revenue was up 68.2% compared to the same quarter last year. On average, equities analysts forecast that Qualcomm Inc. will post $4.76 earnings per share for the current fiscal year.

The firm also recently declared a quarterly dividend, which will be paid on Wednesday, March 22nd. Stockholders of record on Wednesday, March 1st will be paid a dividend of $0.53 per share. The ex-dividend date is Monday, February 27th. This represents a $2.12 dividend on an annualized basis and a dividend yield of 3.29%. Qualcomms payout ratio is 55.64%.

QCOM has been the subject of several recent analyst reports. Mizuho raised shares of Qualcomm from a neutral rating to a buy rating and set a $75.00 price objective for the company in a research note on Thursday, September 29th. Cowen and Company reaffirmed an outperform rating and set a $74.00 price objective on shares of Qualcomm in a research note on Monday, October 10th. Susquehanna initiated coverage on shares of Qualcomm in a research note on Tuesday, December 20th. They set a positive rating and a $80.00 price objective for the company. Nomura raised shares of Qualcomm from a neutral rating to a buy rating and boosted their price objective for the company from $55.00 to $80.00 in a research note on Monday, October 31st. Finally, Vetr cut shares of Qualcomm from a buy rating to a hold rating and set a

$71.00 price objective for the company. in a research note on Monday, October 3rd. Eighteen investment analysts have rated the stock with a hold rating, nineteen have given a buy rating and one has issued a strong buy rating to the stock. The stock has an average rating of Buy and an average price target of $67.92.

In other news, EVP Alexander H. Rogers sold 8,993 shares of the businesss stock in a transaction dated Thursday, December 29th. The stock was sold at an average price of $65.50, for a total transaction of $589,041.50. Following the sale, the executive vice president now owns 655 shares in the company, valued at $42,902.50. The sale was disclosed in a legal filing with the Securities & Exchange Commission, which is available through this hyperlink. Also, Director Stiles Barbara Alexander sold 22,000 shares of the businesss stock in a transaction dated Tuesday, November 8th. The stock was sold at an average price of $68.52, for a total value of $1,507,440.00. Following the sale, the director now owns 2,440 shares in the company, valued at approximately $167,188.80. The disclosure for this sale can be found here. Insiders have sold 99,758 shares of company stock worth $6,704,656 in the last 90 days. Insiders own 0.24% of the companys stock.

**CO** fmi : Factory Mutual Insurance Co | fmrc : FMR LLC | qcom : Qualcomm Incorporated

**IN** i79022 : Wireless Telecommunications Services | i7902 : Telecommunication Services | i34531 : Semiconductors | i82 : Insurance | i82003 : Non-life Insurance | i831 : Financial Investments | ifinal : Financial Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | iinv : Investing/Securities | itech : Technology

**NS** c181 : Acquisitions/Mergers/Divestments | c151 : Earnings | ceqpm : Equity Portfolios of $100 Million (13F) | c182 : Physical Asset Transactions | c15 : Financial Performance | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | cgvfil : Government Filings | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**IPD** Financial Services

**PUB** Cyprus Mail Ltd

**AN** Document CYMAIL0020170121ed1l0008f

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

| | |
|---|---|
| **HD** | **Apple depicts Qualcomm as a shady monopolist in $1B lawsuit** |
| **CR** | AP |
| **WC** | 335 words |
| **PD** | 20 January 2017 |
| **ET** | 20:59 |
| **SN** | The Canadian Press |
| **SC** | CPR |
| **LA** | English |
| **CY** | (c) 2017 The Canadian Press. All rights reserved. |

**LP**

SAN FRANCISCO _ Apple is suing mobile chip maker Qualcomm for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The 100-page complaint filed Friday in a San Diego federal court depicts Qualcomm as a greedy monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

**TD**

For instance, Qualcomm demanded royalties on Apple's fingerprint identification system built into recent models of the iPhone and also for larger storage capacities on the devices, according to the lawsuit.

Qualcomm denied the allegations.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, Qualcomm's general counsel.

Apple says it has been co-operating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

"Qualcomm's recent effort to cover its tracks _ by punishing Apple for providing truthful testimony at the request of government regulators _ underscores the lengths to which Qualcomm will go to protect its extortion scheme," the lawsuit alleges.

Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging Qualcomm has been imposing unfair licensing terms on manufacturers.

Besides co-operating with the FTC's investigation, Apple says it has been providing information about its dealings with Qualcomm to regulators in Europe, South Korea and Taiwan.

South Korea regulators last month imposed an $853 million fine on Qualcomm for violating its antitrust laws, a decision that Qualcomm is fighting.

Shares in San Diego-based Qualcomm Inc. fell $1.56, or 2.4 per cent, to close Friday at $62.88. Those of Apple Inc., which is based in Cupertino, California, ended up 22 cents at $120.

| | |
|---|---|
| **RF** | 20170120CPCPB9690 |
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | ismart : Smartphones \| i3302 : Computers/Consumer Electronics \| i3441 : Telecommunications Technology/Equipment \| i34411 : Mobile Communications Equipment \| i3454 : Personal Electronics \| |

| | |
|---|---|
| | icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| nnam : News Agency Materials \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usca : California \| namz : North America \| usa : United States \| usw : Western U.S. |
| **IPD** | B |
| **PUB** | The Canadian Press |
| **AN** | Document CPR0000020170121ed1l0008b |

 © 2023 Factiva, Inc. All rights reserved.

U-T San Diego

SE News

HD **in other news**

WC 74 words

PD 21 January 2017

SN San Diego Union-Tribune

SC SDU

ED Final ME

PG 1

LA English

CY Copyright 2017, San Diego Union-Tribune. Distributed by NewsBank, Inc.

LP

Apple suing Qualcomm

Apple is suing Qualcomm for roughly $1 billion, saying Qualcomm has been "charging royalties for technologies they have nothing to do with."

TD

The complaint was filed on Friday. Story, C1

Storm pounds county

Winds gusting upward of 50 mph whipped the region Friday, knocking out power to 36,000 customers, shutting theme parks and forcing motorists to keep a tight grip on their steering wheels. Story, B1

CO qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS npag : Page-One Stories | ncat : Content Types

RE usca : California | namz : North America | usa : United States | usw : Western U.S.

PUB Union-Tribune Publishing Company

AN Document SDU0000020170121ed1l0000i

U-T San Diego

**SE** Business

**HD** **Apple challenges Qualcomm; with $1b suit over royalties; Legal battle in S.D. follows FTC's action over alleged unfair patent licensing**

**BY** Mike Freeman

**WC** 574 words

**PD** 21 January 2017

**SN** San Diego Union-Tribune

**SC** SDU

**ED** Final ME

**PG** 1

**LA** English

**CY** Copyright 2017, San Diego Union-Tribune. Distributed by NewsBank, Inc.

**LP**

Apple is suing Qualcomm for roughly $1 billion, saying Qualcomm has been "charging royalties for technologies they have nothing to do with."

The suit follows the U.S. Federal Trade Commission's lawsuit against Qualcomm this week over alleged unfair patent-licensing practices.

**TD**

The complaint, filed in U.S. District Court in San Diego on Friday, alleges that Qualcomm has withheld $1 billion in rebate payments owed to Apple under an agreement between the two companies because Apple cooperated with an anti-trust investigation by the Korea Fair Trade Commission (KFTC).

Qualcomm is a major supplier to Apple and Samsung for "modem" chips that help phones connect to wireless networks.

The South Korean anti-trust regulator in December fined Qualcomm a record $865 million for anti-competitive patent-licensing practices.

"Qualcomm has withheld the required contractual payments from Apple even though the agreement clearly permits Apple to respond to the KFTC's lawful investigation and requests for information," according to the lawsuit. "If that were not enough, Qualcomm then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments to Apple. Apple refused."

In an email response, Qualcomm General Counsel Don Rosenberg called Apple's allegations "baseless."

Efforts to reach Qualcomm have been unsuccessful. The company has said in the past that its 3G and 4G cellular patents are essential to what makes smartphones truly mobile with the ability to link to the Internet from almost anywhere. The royalties it has been charging for these key technologies for more than two decades are not unreasonable, the company contends.

The San Diego wireless giant also vigorously denies claims made by the FTC and the Korea Fair Trade Commission, saying they are based on a flawed legal theory and inaccurate information about the mobile industry.

Apple issued the following statement regarding the lawsuit:

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with. The more Apple innovates with unique features such as TouchID, advanced displays, and cameras, to name just a few, the more money Qualcomm collects for no reason and the more expensive it becomes for

Apple to fund these innovations. Qualcomm built its business on older, legacy standards but reinforces its dominance through exclusionary tactics and excessive royalties. Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1B in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them.

"Apple believes deeply in innovation and we have always been willing to pay fair and reasonable rates for patents we use. We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

mike.freeman@sduniontribune.

com (760) 529-4973

Twitter: @TechDiego

**ART** Qualcomm last month was fined a record $865 million by South Korea over its patent practices. Gregory Bull AP

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Union-Tribune Publishing Company

**AN** Document SDU0000020170121ed1l0000k

 © 2023 Factiva, Inc. All rights reserved.

**SE** Business

**HD** **Qualcomm Issues Statement On Apple Complaint**

**WC** 163 words

**PD** 21 January 2017

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2017 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - Qualcomm Incorporated (QCOM) said the claims made by Apple in its lawsuit against the company are baseless. On Friday, Apple filed a $1 billion lawsuit against Qualcomm in U.S. alleging non-payment of promised rebates.

"Apple has intentionally mischaracterized our agreements and negotiations, as well as the enormity and value of the technology we have invented, contributed and shared with all mobile device makers through our licensing program. Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world by misrepresenting facts and withholding information," said Don Rosenberg, general counsel, Qualcomm.

**TD**

On January 17, The Federal Trade Commission filed a complaint in federal district court charging Qualcomm with using anticompetitive tactics to maintain its monopoly in the supply of a key semiconductor device used in cell phones and other consumer products.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2017 RTTNews.com. All Rights Reserved

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated | applc : Apple Inc.

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020170121ed1l0005l

**Deutsche Welle**

**HD** **Apple suing Qualcomm for $1 billion over unfair royalties**

**WC** 400 words

**PD** 20 January 2017

**ET** 23:47

**SN** Deutsche Welle

**SC** DEUEN

**LA** English

**CY** (c) 2017. Deutsche Welle.

**LP**

Apple is suing mobile chip maker Qualcomm over claims it abused market power to demand unfair royalties. Apple uses Qualcomm products in its mobile devices to work with telecommunication networks.

Technology giant Apple sued mobile chip producer Qualcomm in San Diego federal court Friday for $1 billion (934 million euros) for charging unfair royalties on innovations on the iPhone, Apple's popular mobile phone.

**TD**

In an email to French press agency AFP, Apple charged that "to protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

In the 100-page complaint, Apple stated Qualcomm demanded royalties on Apple's fingerprint identification system on recent versions of the iPhone, as well as larger storage capabilities on the mobile phones, according to the lawsuit.

Qualcomm rejected Apple's claims. "Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world…by misrepresenting facts and withholding information," said Qualcomm executive vice president Don Rosenberg in a statement.

Apple uses Qualcomm products in its iPhones and iPad tablets to work with telecommunication networks.

Qualcomm in trouble

The Apple suit comes three days following the Federal Trade Commission (FTC) filed a lawsuit stating Qualcomm imposed unfair licensing terms on manufacturers. Apple also noted Qualcomm's license terms in its suit. Qualcomm called the FTC suit "significantly flawed."

Qualcomm is in hot water in South Korea as well, as regulators in the Asian country imposed a fine of over $850 million against the San Diego-based Qualcomm in December for violating the country's antitrust laws. Qualcomm is fighting this decision.

Moor Insights and Strategy analyst Patrick Moorhead told AFP that the antitrust suits against Qualcomm may cause rival chip producers to gain ground.

"I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm," said Moorhead.

"Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this," Moorhead added.

Qualcomm shares fell 2.4 percent and Apple shares edged up just below 0.2 percent Friday.

kbd/kl (AFP, AP)

**RF** 37219348

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i7902202 : Mobile Telecommunications | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services | i83944 : Internet Service Providers | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iint : Internet/Online | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** ntra : Transcripts | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | niwe : IWE Filter

**IPD** News

**PUB** Deutsche Welle

**AN** Document DEUEN00020170121ed1l000h2

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

**SE** Tech

**HD** **Apple Sues Qualcomm Over Licensing Practices; Apple alleges Qualcomm sought onerous terms for technology; Apple had cooperated in Korean probe into Qualcomm's licensing practices**

**BY** By Tripp Mickle

**WC** 897 words

**PD** 20 January 2017

**ET** 20:01

**SN** The Wall Street Journal Online

**SC** WSJO

**LA** English

**CY** Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices—a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commissionsued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display—not Qualcomm's chip —Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016—a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

Related

* FTC's Qualcomm Suit Exposes Tensions in Smartphone Industry (Jan. 19, 2017)

* Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm (Jan. 17, 2017)

* Apple Confirms $1 Billion Investment in SoftBank Vision Fund (Jan 5, 2017)

* Qualcomm to Pay $975 Million Antitrust Fine to China (Feb. 10, 2015)

* Qualcomm Says FTC Is Investigating It (Nov. 5, 2014)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | i7902 : Telecommunication Services | icph : Computer Hardware | iindstrls : Industrial Goods | iint : Internet/Online | itech : Technology | icomp : Computing | iindele : Industrial Electronics

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c151 : Earnings | c34 : Anti-Competition Issues | gcat : Political/General News | c15 : Financial Performance | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** ANTICOMPETITIVE

**IPC** 005930.SE

**PUB** Dow Jones & Company, Inc.

 © 2023 Factiva, Inc. All rights reserved.

**AN** Document WSJO000020170120ed1k009n9

 © 2023 Factiva, Inc. All rights reserved.

AP

**HD** **Apple depicts Qualcomm as a shady monopolist in $1B lawsuit**

**WC** 331 words

**PD** 20 January 2017

**ET** 20:58

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2017. The Associated Press. All Rights Reserved.

**LP**

SAN FRANCISCO (AP) — Apple is suing mobile chip maker Qualcomm for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The 100-page complaint filed Friday in a San Diego federal court depicts Qualcomm as a greedy monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

**TD**

For instance, Qualcomm demanded royalties on Apple's fingerprint identification system built into recent models of the iPhone and also for larger storage capacities on the devices, according to the lawsuit.

Qualcomm denied the allegations.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, Qualcomm's general counsel.

Apple says it has been cooperating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

"Qualcomm's recent effort to cover its tracks — by punishing Apple for providing truthful testimony at the request of government regulators — underscores the lengths to which Qualcomm will go to protect its extortion scheme," the lawsuit alleges.

Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging Qualcomm has been imposing unfair licensing terms on manufacturers.

Besides cooperating with the FTC's investigation, Apple says it has been providing information about its dealings with Qualcomm to regulators in Europe, South Korea and Taiwan.

South Korea regulators last month imposed an $853 million fine on Qualcomm for violating its antitrust laws, a decision that Qualcomm is fighting.

Shares in San Diego-based Qualcomm Inc. fell $1.56, or 2.4 percent, to close Friday at $62.88. Those of Apple Inc., which is based in Cupertino, California, ended up 22 cents at $120.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i3302 : Computers/Consumer Electronics | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | gpol : Domestic Politics | gtel : Telecommunications | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | gpir : Politics/International Relations | gsci : Sciences/Humanities | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** sfra : San Francisco | usa : United States | usca : California | namz : North America | usw : Western U.S.

**IPD** US

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020170120ed1k00f1u

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

**HD** **Qualcomm Comments on Apple Complaint**

**WC** 318 words
**PD** 21 January 2017
**SN** M2 Presswire
**SC** MTPW
**LA** English
**CY** © 2017, M2 Communications. All rights reserved.

**LP**

SAN DIEGO - “While we are still in the process of reviewing the complaint in detail, it is quite clear that Apple’s claims are baseless. Apple has intentionally mischaracterized our agreements and negotiations, as well as the enormity and value of the technology we have invented, contributed and shared with all mobile device makers through our licensing program. Apple has been actively encouraging regulatory attacks on Qualcomm’s business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information. We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple’s practices and a robust examination of the merits,” said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated.

About Qualcomm

**TD**

Qualcomm’s technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm’s website, blog, Twitter and Facebook pages. Qualcomm contacts: Tina Asmar John Sinnott

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | namz : North America

**PUB** Normans Media Ltd

**AN** Document MTPW000020170123ed1l003mn

DOW JONES NEWSWIRES

**HD** **Global Equities Roundup: Market Talk**

**WC** 1,484 words
**PD** 20 January 2017
**ET** 21:22
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

2121 ET [Dow Jones] With Apple Inc.'s lawsuit against Qualcomm Inc. filed on Friday, the iPhone maker piled on behind the South Korean Fair Trade Commission and the U.S. Federal Trade Commission in accusing the chip maker of anti-competitive business practices. Apple accused Qualcomm of allegedly withholding rebates on chip royalty payments that it said it was due in return for agreeing to use Qualcomm's modem chips exclusively in its phones between 2011 and 2016.

**TD**

Only days earlier, the FTC had sued Qualcomm for allegedly paying Apple rebates for the same commitment of exclusivity, thus blocking competitors and licensing essential smartphone patents in a discriminatory fashion. Stacy Rasgon, an analyst with Sanford L. Bernstein noted the irony: "Apple," he said, "seems to be suing Qualcomm for stopping something that the FTC is suing them for doing." (ted.greenwald@wsj.com)

1923 ET: A Canadian court has rejected a bid by a group of villagers from Ecuador to enforce a $9.5 billion judgment against Chevron Corp. through the company's Canadian subsidiary. The case stems from a 2011 Ecuadorean judgment that found Chevron Corp. liable for pollution by Texaco, a company Chevron had acquired. Chevron has no assets in Ecuador, so lawyers for the villagers have turned to other jurisdictions in an effort to enforce the judgment, including Canada. The Canadian court ruled Friday that the judgment couldn't be enforced against Chevron Canada Ltd., which it said was too far removed from the parent company. However, Friday's ruling doesn't prevent a trial from going ahead in Canada against Chevron Corp. (kim.mackrael@wsj.com, @kimmackrael)

1919 ET [Dow Jones] EBay needs to watch its back. That's what Morgan Stanley analysts say as Amazon and other start-up competitors become an increasing threat to the e-commerce site. Amazon's Prime membership is growing, increasingly threatening eBay's potential customer growth, the analysts say. But perhaps just as important are a bunch of new mobile startups, like OfferUp, 5Miles and LetGo-- which are generating sales without charging sellers transaction fees. "We acknowledge these competitors will need to charge fees at some point to survive, but its difficult to imagine they will charge fees as high as eBay...which, in our view, raises long-term question marks around eBay's ability to monetize its core Marketplace business," the analysts add. (laura.stevens@wsj.com; @LauraStevensWSJ)

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today.

Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

(END) Dow Jones Newswires

January 20, 2017 21:22 ET (02:22 GMT)

| | |
|---|---|
| **CO** | applc : Apple Inc. \| ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated \| socal : Chevron Corporation \| ftcey : Taiwan Fair Trade Commission |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| ismart : Smartphones \| i3441 : Telecommunications Equipment \| i34411 : Mobile Communications Devices \| i3454 : Personal Electronics \| icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology \| i1 : Energy \| i13 : Crude Oil/Natural Gas Upstream Operations \| iioil : Integrated Oil/Gas |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| gptech : Personal Technology \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| gcat : Political/General News \| glife : Living/Lifestyle \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | cana : Canada \| skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170121ed1l0006k |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk**

**WC** 1,507 words

**PD** 20 January 2017

**ET** 21:22

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

2121 ET [Dow Jones] With Apple Inc.'s lawsuit against Qualcomm Inc. filed on Friday, the iPhone maker piled on behind the South Korean Fair Trade Commission and the U.S. Federal Trade Commission in accusing the chip maker of anti-competitive business practices. Apple accused Qualcomm of allegedly withholding rebates on chip royalty payments that it said it was due in return for agreeing to use Qualcomm's modem chips exclusively in its phones between 2011 and 2016. Only days earlier, the FTC had sued Qualcomm for allegedly paying Apple rebates for the same commitment of exclusivity, thus blocking competitors and licensing essential smartphone patents in a discriminatory fashion.

**TD**

Stacy Rasgon, an analyst with Sanford L. Bernstein noted the irony: "Apple," he said, "seems to be suing Qualcomm for stopping something that the FTC is suing them for doing." (ted.greenwald@wsj.com)

1923 ET: A Canadian court has rejected a bid by a group of villagers from Ecuador to enforce a $9.5 billion judgment against Chevron Corp. through the company's Canadian subsidiary. The case stems from a 2011 Ecuadorean judgment that found Chevron Corp. liable for pollution by Texaco, a company Chevron had acquired. Chevron has no assets in Ecuador, so lawyers for the villagers have turned to other jurisdictions in an effort to enforce the judgment, including Canada. The Canadian court ruled Friday that the judgment couldn't be enforced against Chevron Canada Ltd., which it said was too far removed from the parent company. However, Friday's ruling doesn't prevent a trial from going ahead in Canada against Chevron Corp. (kim.mackrael@wsj.com, @kimmackrael)

1919 ET [Dow Jones] EBay needs to watch its back. That's what Morgan Stanley analysts say as Amazon and other start-up competitors become an increasing threat to the e-commerce site. Amazon's Prime membership is growing, increasingly threatening eBay's potential customer growth, the analysts say. But perhaps just as important are a bunch of new mobile startups, like OfferUp, 5Miles and LetGo-- which are generating sales without charging sellers transaction fees. "We acknowledge these competitors will need to charge fees at some point to survive, but its difficult to imagine they will charge fees as high as eBay...which, in our view, raises long-term question marks around eBay's ability to monetize its core Marketplace business," the analysts add. (laura.stevens@wsj.com; @LauraStevensWSJ)

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today.

Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

(END) Dow Jones Newswires

January 20, 2017 21:22 ET (02:22 GMT)

 © 2023 Factiva, Inc. All rights reserved.

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated | socal : Chevron Corporation | ftcey : Taiwan Fair Trade Commission

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ismart : Smartphones | i3441 : Telecommunications Equipment | i34411 : Mobile Communications Devices | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | iioil : Integrated Oil/Gas

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gptech : Personal Technology | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | glife : Living/Lifestyle | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** cana : Canada | skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00017

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

**HD** **Business News: Apple Sues Qualcomm Over Chips --- iPhone maker says component supplier unfairly leveraged its monopoly position**

**BY** By Tripp Mickle

**WC** 594 words

**PD** 21 January 2017

**SN** The Wall Street Journal

**SC** J

**PG** B3

**LA** English

**CY** Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm didn't respond to a request for comment Friday. It said earlier in the week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of technology-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

---

Ted Greenwald contributed to this article.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**IPC** ABO

**PUB** Dow Jones & Company, Inc.

**AN** Document J000000020170121ed1l00033

 © 2023 Factiva, Inc. All rights reserved.

philstar GLOBAL

**HD** **Apple files $1-B lawsuit vs chip supplier Qualcomm**

**WC** 329 words

**PD** 22 January 2017

**SN** The Philippine Star

**SC** PHSTAR

**LA** English

**CY** (c) 2017 Philstar Global Corporation

**LP**

SAN FRANCISCO – Apple is suing mobile chip maker Qualcomm for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The 100-page complaint filed Friday in a San Diego federal court depicts Qualcomm as a greedy monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

**TD**

For instance, Qualcomm demanded royalties on Apple's fingerprint identification system built into recent models of the iPhone and also for larger storage capacities on the devices, according to the lawsuit.

Qualcomm denied the allegations.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, Qualcomm's general counsel.

Apple says it has been cooperating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

"Qualcomm's recent effort to cover its tracks – by punishing Apple for providing truthful testimony at the request of government regulators – underscores the lengths to which Qualcomm will go to protect its extortion scheme," the lawsuit alleges.

Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging Qualcomm has been imposing unfair licensing terms on manufacturers.

Besides cooperating with the FTC's investigation, Apple says it has been providing information about its dealings with Qualcomm to regulators in Europe, South Korea and Taiwan.

South Korea regulators last month imposed an $853 million fine on Qualcomm for violating its antitrust laws, a decision that Qualcomm is fighting.

Shares in San Diego-based Qualcomm Inc. fell $1.56, or 2.4 percent, to close Friday at $62.88. Those of Apple Inc., which is based in Cupertino, California, ended up 22 cents at $120.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | namz : North America | usa : United States | usw : Western U.S.

**PUB** Philstar Global Corporation

**AN** Document PHSTAR0020170121ed1m00036

 © 2023 Factiva, Inc. All rights reserved.

THE SUNDAY TIMES

SE Business

HD **Apple in $1bn lawsuit**

WC 87 words

PD 22 January 2017

SN The Sunday Times

SC ST

ED 1; National

PG 2

LA English

CY © Times Newspapers Limited 2017

LP

Business Digest

Apple has filed a lawsuit against chip maker Qualcomm, alleging it demanded unfair terms for its technology. The US suit, filed on Friday, claims that Qualcomm used its monopoly over chipsets to seek "onerous, unreasonable and costly" deals. Apple is looking for $1bn in rebate payments, claiming that money was witheld after it helped South Korean authorities investigate Qualcomm. Apple said the suit followed "years of disagreement over what constitutes a fair and reasonable royalty". Qualcomm called the claims "baseless".

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c12 : Corporate Crime/Legal Action | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

RE uk : United Kingdom | eecz : European Union Countries | eurz : Europe | weurz : Western Europe

PUB News UK & Ireland Limited

AN Document ST00000020170122ed1m000c7

U-T San Diego

**SE** News

**HD** **Apple's lawsuit tests Qualcomm business model**

**BY** Mike Freeman

**WC** 1,194 words

**PD** 22 January 2017

**SN** San Diego Union-Tribune

**SC** SDU

**ED** Final ME

**PG** 1

**LA** English

**CY** Copyright 2017, San Diego Union-Tribune. Distributed by NewsBank, Inc.

**LP**

Qualcomm has been called the research and development shop for the wireless industry, investing billions to create technologies to push mobile communications forward.

Now, the way it gets paid for those inventions is under full-fledged assault.

**TD**

Not only government regulators but also top customers are pushing back in court against Qualcomm's patent-licensing practices.

On Friday, Apple filed a lawsuit in a San Diego federal court alleging that Qualcomm is charging too much for "standard essential" patents and is withholding nearly $1 billion in royalty cap "rebates" in retaliation for Apple's cooperation with anti-trust investigators in the U.S., South Korea and elsewhere.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said in a statement.

The Apple lawsuit comes on the heels of the Korea Fair Trade Commission fining Qualcomm $865 million last month and demanding changes in its patent-licensing business.

Then last week, the U.S. Federal Trade Commission joined in - filing a lawsuit objecting to Qualcomm's patent licensing. The FTC complaint, which doesn't seek specific damages, contains many of the same allegations that Apple puts forward in its lawsuit.

The disputes could create headwinds for one of San Diego's largest private-sector employers. Sempra Energy is the only other Fortune 500 company in town.

While patent licensing accounted for only one-third of Qualcomm's $23.6 billion in annual revenue last year, it made up the bulk of its annual profit before taxes and other items. Qualcomm posted net income of $5.7 billion last year.

Qualcomm vehemently denies the claims and vows to fight. It has experience - including tough legal battles over the years with Nokia, Broadcom and others.

Don Rosenberg, Qualcomm's general counsel, joined the company in 2007 after serving as Apple's top lawyer for about 10 months.

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent Korea Fair Trade Commission decision and FTC complaint, by misrepresenting facts and withholding information," said Rosenberg in a statement.

The barrage of lawsuits follow a 2015 settlement between the company and China's anti-monopoly regulator that appears to have spilled over into other nations.

In the China settlement, Qualcomm paid a $975 million fine and reduced royalty rates on certain phones sold only in China.

Despite the fine, the deal was considered good for Qualcomm. It affirmed the company's right to collect royalties in China on its patents - which some Wall Street analysts doubted would happen.

In the wake of the China settlement, however, other government regulators have ratcheted up their scrutiny of Qualcomm's licensing business. In addition to the U.S. and South Korean actions, investigations are under way in Europe, Taiwan and Japan.

In 2015, Qualcomm considered splitting its patent-licensing arm from its chip-making business - creating two companies. Activist investor Jana Partners agitated for the split, which could moot key anti-trust allegations against Qualcomm that it uses its dominance in cellular chips to extract higher-than-deserved royalties from customers.

The company says it has never withheld or threatened to withhold chip supply in order to obtain unfair or unreasonable licensing terms. Qualcomm's board of directors voted against the split.

The legal maneuvers come amid a slowdown in smartphone sales, which are growing about 1 percent after several years of double-digit annual growth, according to industry research firm International Data Corp. That has smartphone makers looking for ways to cut costs.

In 2015, Qualcomm slashed its global workforce by 15 percent because of the slowing market. Most of the layoffs came from its semiconductor division. Qualcomm now employs 30,000 worldwide.

Analysts say it's too early to know what Apple's entry into the fray means. It doesn't, however, bode well for customer relations between Qualcomm, which supplies chips used in some iPhones, and one of the world's best known brands, said Stacy Rasgon of Bernstein Research.

"It's not just governments now. It's one of their large customers," said Rasgon. "They can't catch a break."

Rasgon and other Wall Street analysts speculated that the FTC might withdraw the complaint relatively soon with the transition to the Trump administration, which is expected to appoint a Republican majority to the FTC, given current vacancies and pending departures.

The lone sitting Republican on the commission, Maureen Ohlhausen, wrote a scathing dissent to the FTC's decision to sue, saying it's based on a flawed legal theory and flimsy evidence.

Apple's lawsuit, however, could make commissioners think twice about withdrawing, because it supports the agency's lawsuit.

Apple paints a picture of Qualcomm taking various steps to "gouge" Apple and other smartphone makers for licensing standard essential cellular patents.

These patents cover key technologies to making cellular communications work. Patent holders agree to share them at reasonable rates during an industry standard-setting process.

What's reasonable isn't defined. But Apple alleges Qualcomm overcharged it billions of dollars with its "illegal scheme."

Qualcomm doesn't disclose royalty rates. Analysts believe they are roughly 5 percent of the wholesale price of the handset - with offsets under certain circumstances. Apple sees that as unfair.

"When Apple spends billions redefining the concept of a smartphone camera, Qualcomm's royalty payments go up," the company said in the lawsuit. "Even when Apple sells an iPhone with added memory - 256 gigabits instead of 128 gigabits - Qualcomm collects a larger royalty just because of that added memory."

Qualcomm argues that the wireless industry has based royalties on the price of "compliant devices" for more than two decades. The 3G and 4G LTE cellular technologies that Qualcomm created enable smartphones users to stream video, get emails and make reliable calls from nearly anywhere - thus contributing significantly to what makes smartphones valuable to consumers.

The lawsuit also alleges that Qualcomm owes nearly $1 billion to Apple under a "rebate" agreement between the two companies. According to the lawsuit, Qualcomm stopped payments in retaliation for Apple cooperating with South Korean anti-trust investigators.

Qualcomm denies that claim. "We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," Rosenberg said in a statement.

Analysts believe it could take years to resolve the legal disputes. Meanwhile, Qualcomm is investing in next generation 5G mobile technologies. And it's buying NXP Semiconductors for $47 billion, including assumption of debt, to diversify its business beyond smartphones and into automotive, the Internet of Things and other markets.

Analysts don't believe the legal disputes will impact the NXP deal, which is slated to be completed late this year. Qualcomm reports fiscal first quarter earnings on Wednesday, where it may shed further light on the lawsuits.

mike.freeman@sduniontribune.com

Twitter:@TechDiego

(760) 529-4973

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i7902 : Telecommunication Services | i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | npag : Page-One Stories | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** china : China | usa : United States | skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**PUB** Union-Tribune Publishing Company

**AN** Document SDU0000020170122ed1m0000a

 © 2023 Factiva, Inc. All rights reserved.

**SE** Business

**HD** **Apple Files $1 Bln Lawsuit Against Qualcomm**

**WC** 400 words

**PD** 22 January 2017

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2017 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - Apple Inc. (AAPL) has filed a $1 billion lawsuit against Qualcomm Inc. (QCOM) on Friday, accusing the chipmaker of charging royalties for technologies it has nothing to do with and for not paying about $1 billion in promised rebates.

According to Apple, the maker of iPhones, as it innovates with unique features such as TouchID, advanced displays and cameras, Qualcomm collects royalties for no reason and thus, it becomes more expensive for Apple to fund these innovations.

**TD**

Apple accused Qualcomm of charging it at least five times in payments than all the other cellular patent licensors that Apple has agreements with combined. Qualcomm is a key supplier of modem chips to both Apple and Samsung Electronics Co. (SMSN.L, SSNNF.OB, SSNLF.OB).

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1B in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them," Apple said in a statement.

"We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts," Apple added.

Qualcomm responded on Saturday by saying that Apple's claims are "baseless".

Don Rosenberg, executive vice president and general counsel of Qualcomm said, "Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information."

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," Rosenberg added.

Apple's lawsuit comes after the U.S. Federal Trade Commission or FTC said earlier this week that it filed a lawsuit, charging Qualcomm with using anticompetitive tactics to maintain its monopoly in the supply of a key semiconductor device used in cell phones and other consumer products.

In December 2016, the Korea Fair Trade Commission or KFTC fined Qualcomm about 1.03 trillion South Korean won or about $865 million, saying it found certain of Qualcomm's business practices in violation of Korean competition law.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2017 RTTNews.com. All Rights Reserved

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph :

Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | npress : Press Releases | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020170122ed1m0002u

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.
ASIA EDITION

SE Technology

HD **Apple Sues Qualcomm Over Licensing**

BY By Tripp Mickle
WC 521 words
PD 23 January 2017
SN The Wall Street Journal (Asia Edition)
SC AWSJ
PG B3
LA English
CY Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

LP

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said last week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit.

---

Ted Greenwald contributed to this article.

License this article from Dow Jones Reprint Service

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| c334 : Licensing Agreements \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nnam : News Agency Materials \| c33 : Contracts/Orders \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **IPC** | ABO |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document AWSJ000020170122ed1n0000h |

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.
EUROPE EDITION

SE Technology

HD **Apple Hits Qualcomm With Licensing Suit**

BY By Tripp Mickle

WC 297 words

PD 23 January 2017

SN The Wall Street Journal (Europe Edition)

SC WSJE

PG B3

LA English

CY Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved

LP

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine for Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord generally was kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

The Apple suit comes after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

License this article from Dow Jones Reprint Service

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nnam : News Agency Materials | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

| | |
|---|---|
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **IPC** | ABO |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document WSJE000020170123ed1n0000v |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk**

**WC** 150 words

**PD** 23 January 2017

**ET** 01:51

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

23-01-17 0651GMT

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | cscm : Supply Chain | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170123ed1n0006b

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Cut to Neutral From Buy by Nomura** |
| **WC** | 62 words |
| **PD** | 23 January 2017 |
| **ET** | 06:09 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

23 Jan 2017 06:09 ET Qualcomm Price Target Cut to $70.00/Share From $80.00 by Nomura

**TD**

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

(END) Dow Jones Newswires

January 23, 2017 06:09 ET (11:09 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| c15 : Financial Performance \| c152 : Earnings Projections \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170123ed1n001uu |

 © 2023 Factiva, Inc. All rights reserved.

Hindustan Times

SE Hindustan Times, tech$news

HD **Nokia may soon launch a phone with Qualcomm's latest 835 Snapdragon processor**

BY HT?Correspondent

WC 363 words

PD 23 January 2017

SN Hindustan Times

SC HNTM

LA English

CY Copyright 2017. HT Media Limited. All rights reserved.

LP

New Delhi, Jan. 23 -- HMD Global promoted Nokia may soon launch a new handset with Qualcomm's latest 835 Snapdragon processor at the upcoming Mobile World Congress (MWC) event in Barcelona.

According to a post activity on Chinese Twitter-like site Weibo, Nokia via a handle called NokiaPowerUser seems to be claiming that its next flagship smartphone will come with the Snapdragon 835 chip. However, this is a reading from a translation and one cannot be sure.

TD

Either way, the new Snapdragon chip from Qualcomm seems like a safe bet for many of 2017's top-end smartphones, and if the rumours of a high-end device from Nokia are accurate, it wouldn't be all that surprising to see the phone making use of the 835.

HMD Global has also suggested that the 835 Snap-powered device, mostly the P1, will be launched alongside Sharp Aquos Xx3, which was launched last year in Japan.

According to leaks from by Russian publication Worket, the P1 is expected to start retailing at around $800 (roughly Rs. 54,500) for the 128GB model and around $950 (roughly Rs. 64,700) for the 256GB variant.

The P1 is also expected to run on Android Nougat and sports a 5.3-inch display, covered with Gorilla Glass 5, with either full-HD or QHD screen resolution. The Nokia P1 is expected to pack Snapdragon 835 SoC coupled with 6GB of RAM.

In terms of optics, the Nokia P1 smartphone is expected to sport a Zeiss-certified 22.6-megapixel rear camera. The P1, which is IP57-certified, to draw power from a 3,500mAh battery with support for quick charging. There is a fingerprint scanner on the right of the device as well.

A leaked Nokia roadmap suggests that as many as 7 Nokia Android phones are in the works for 2017, with Nokia 6 just the first of these.

Published by HT Syndication with permission from Hindustan Times.

CT For any query with respect to this article or any other content requirement, please contact Editor at htsyndication@hindustantimes.com

CO nokia : Nokia Oyj | qcom : Qualcomm Incorporated

IN ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

| | |
|---|---|
| **NS** | c22 : New Products/Services \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | india : India \| asiaz : Asia \| bric : BRICS Countries \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| indsubz : Indian Subcontinent \| sasiaz : Southern Asia |
| **PUB** | HT Media Limited |
| **AN** | Document HNTM000020170123ed1n00acj |

 © 2023 Factiva, Inc. All rights reserved.

**Tech Today: Qualcomm's Apple Risk, Apple's iPhone Risk, Twilio, Oracle Prospects**
Barron's Blogs, 08:56, 23 January 2017, 803 words, (English)
Here are some things going on today in your world of tech: Shares of Qualcomm (QCOM) are down $2.93, or almost 5%, at $59.95, in pre-market trading, after multiple outlets reported on Friday that Apple (AAPL), one of its largest customers, ...
Document WCBBE00020170123ed1n000ul

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk** |
| **WC** | 104 words |
| **PD** | 23 January 2017 |
| **ET** | 10:00 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

(END) Dow Jones Newswires

**TD**

January 23, 2017 10:00 ET (15:00 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170123ed1n002nk |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk**

**WC** 1,301 words
**PD** 23 January 2017
**ET** 10:00
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

**TD**

9:58 ET - President Donald Trump is expected to withdraw formally from the 12-nation Trans-Pacific Partnership free-trade agreement as early as Monday, according to two people familiar with the plans. Trump made opposition to former President Barack Obama's signature international economic goal a centerpiece of his campaign, and the new White House web site says pulling out of the TPP is the first step of Trump's trade policy. The deal hasn't entered into force, and there will be no major economic fallout for the US. Still, some business groups that had harbored hopes that Trump's negative campaign rhetoric on trade would evaporate after taking office, and business groups are still trying to convince the Trump administration to retain some aspects of the TPP, if not the full agreement, for enacting at a later date. (william.mauldin@wsj.com; @willmauldin)

9:38 ET - The new president just stirred up a bout of volatility in the bond market. Bond yields initially ticked higher after he tells business leaders in a meeting about his promise to cut taxes "massively" for middle class and companies. But yields fell again as he says that the US will impose "major" border tax if companies move outside the country. The US 10-year yield rose to 2.467% earlier but pulls back to 2.454% vs 2.466% Friday. (min.zeng@wsj.com)

9:35 ET - Two of President Donald Trump's cabinet picks could clear an early test on Tuesday. The Senate Commerce Committee is meeting at 10am ET tomorrow and plans to vote on Elaine Chao, nominated to run the Transportation Department, and Wilbur Ross, nominated to run the Commerce Department. Both received relatively gentle treatment at confirmation hearings earlier this month, hinting at a smooth ride ahead. Even after committee approval, both nominees would still require votes by the full Senate to take office. (ben.leubsdorf@wsj.com; @BenLeubsdorf)

9:24 ET - For 4Q results, S&P 500 companies are receiving smaller rewards for beating earnings estimates and bigger punishments for missing estimates, Bank of America Merrill Lynch says. On average, the stocks of companies that beat both the top and bottom line have outperformed the broad index by 1.6 percentage points the following day. For the reverse, stocks have underperformed the S&P 500 the following day by an average of 4.7 percentage points. If the trend holds through subsequent quarters, companies that fail to meet estimates may be in for a rough ride: analysts are predicting double-digit percentage growth for earnings in 2017, a target many investors say is overly optimistic. (akane.otani@wsj.com; @akaneotani)

9:11 ET - US bonds strengthen after the biggest weekly selloff in more than a month. Investors fret about lack of clarity from Trump's policy from Friday's inauguration speech. Some are concerned that Trump's priority is trade protectionism as he emphasizes making American interest first. New debt supply is another focus for the bond market this week with $26B sale of two-year notes due Tuesday; $34B sale of five-year

notes Wednesday and $28B sale of seven-year notes Thursday. This week's key US data are first estimate of US GDP for 4Q Friday. The 10-year yield is 2.443% vs 2.466% Friday. It is little change vs 2.446% at the end of 2015 as the reflation trade after Trump's win in early November has been pulling back over the past month. (min.zeng@wsj.com)

9:03 ET - Oil prices are lower even after OPEC and Russia worked through the weekend to show markets how compliant they are being with promised cuts to oil production. The lower prices could suggest some investors are still skeptical OPEC cuts are being taken, although analysts say the bigger worry is that US shale producers are swooping in to raise production and take OPEC's market share. Friday's rig count data from Baker Hughes, which showed the US added 29 active oil rigs in the past week alone, reinforces those beliefs, and concerns of continued oversupply. The Nymex March 2017 crude oil contract is 1.4% lower at $52.50/bbl. (dan.molinski@wsj.com)

8:59 ET - There's a persistent and harmful myth that professional women tear each other down, says Suni Harford, a managing director at Citigroup and regional head of markets for North America. "I never watched a woman in a cat fight in a boardroom," she said at the Inside ETFs conference in Florida. Another tip: Not all women want to be typecast as the head of diversity programs, she says. (asjylyn.loder@wsj.com; @asjylyn)

8:47 ET - More than half of company executives who've held 4Q earnings calls so far have discussed potential Trump policies, FactSet analyst John Butters says. Of 42 S&P 500 companies that reported results through Friday, 27 mentioned either "Trump" or "the administration" in their earnings calls. The top topic of interest: tax policy (11 mentions), followed by regulation (8 mentions), trade policy (6 mentions) and fiscal stimulus and healthcare (4 mentions each). Most companies highlighted said a change to tax policy could benefit their bottom lines, according to Butters' analysis of earnings call transcripts. "We've been a relatively high taxpayer. And so to the extent to which tax rates come down, we're a beneficiary," Goldman Sachs said on Jan 18. (akane.otani@wsj.com; @akaneotani)

8:27 ET - Big data is crucial to attracting investors to companies with good track records in environmental, social and governance issues, said Alice Handy, chief executive of Investure, at the Inside ETFs conference in Florida. "It's a very dangerous area trying to dictate what the moral overtone of what anyone's portfolio is," she said. (asjylyn.loder@wsj.com; @asjylyn)

8:09 ET - McDonald's (MCD) posts better-than-expected 4Q earnings and sales with a 2.7% rise in global same store sales, despite a 1.3% decrease in the US, as it lapped last year's launch of it's popular all-day breakfast sales. Global sales growth include solid gains in the UK and China. CEO Steve Easterbrook notes a focus on changes in its menu and technology to deliver better customer experience help MCD achieve its strongest annual global comp sales growth since 2011. MCD rises 0.6% to $123 premarket. (patrick.sullivan@wsj.com)

7:30 ET - US stocks futures slip as investors wait for policy certainty from the new Trump administration. While anticipation of slacker regulation, stimulus and lower taxes have boosted market sentiment since the election, there is worry an early focus on trade policies could add to the recent weakness in equity markets. European stock indexes are broadly lower, erasing gains for 2017, as losses in bank shares offset gains in the basic resources sector. The dollar falls against major rivals, particularly the yen, while gold rises and oil slips on worries about growing US shale output. S&P futures fall 3.25 points. (patrick.sullivan@wsj.com)

(END) Dow Jones Newswires

January 23, 2017 10:00 ET (15:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | gdip : International Relations | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | gpir : Politics/International Relations | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

 © 2023 Factiva, Inc. All rights reserved.

**AN** Document DJDN000020170123ed1n002le

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk**

**WC** 99 words

**PD** 23 January 2017

**ET** 10:20

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

(END) Dow Jones Newswires

**TD**

23-01-17 1520GMT

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170123ed1n000cm

PR Newswire
a CISION company

**HD** **QUALCOMM NOTIFICATION: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $250,000 Investing In QUALCOMM, Inc. To Contact The Firm**

**WC** 379 words

**PD** 23 January 2017

**ET** 10:27

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

NEW YORK, Jan. 23, 2017 /PRNewswire/ -- Faruqi & Faruqi, LLP, a leading national securities law firm, is investigating potential securities fraud at QUALCOMM, Inc. ("QUALCOMM" or the "Company") (Nasdaq:QCOM).

The investigation focuses on whether the Company and its executives violated federal securities laws by failing to disclose that the Company has engaged in potentially illegal business practices in its interactions with Apple Inc. ("Apple").

**TD**

Specifically, during aftermarket hours on January 20, 2017, Apple announced that it had filed a suit against QUALCOMM in a California federal court accusing the company of overcharging Apple "billions of dollars" in royalties, withholding nearly $1 billion in rebates, and trying to extort Apple after it cooperated in a Korean regulator's investigation into the chipmaker's licensing practices. After the announcement, QUALCOMM's stock price fell, causing damage to investors.

Request more information now by clicking here: www.faruqilaw.com/QCOM. There is no cost or obligation to you.

Take Action

If you invested in QUALCOMM stock or options and would like to discuss your legal rights, visit www.faruqilaw.com/QCOM. You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com. Faruqi & Faruqi, LLP also encourages anyone with information regarding QUALCOMM's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.

FARUQI & FARUQI, LLP

685 Third Avenue, 26(th) Floor

New York, NY 10017

Attn: Richard Gonnello, Esq.

rgonnello@faruqilaw.com

Telephone: (877) 247-4292 or (212) 983-9330

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-notification-faruqi--faruqi-llp-encourages-investors-who-suffered-losses-in-excess-of-250000-investing-in-qualcomm-inc-to-contact-the-firm-300394709.html

SOURCE Faruqi & Faruqi, LLP

/Web site: http://www.faruqilaw.com

(END)

| | |
|---|---|
| **CO** | applc : Apple Inc. \| fafrql : Faruqi & Faruqi LLP \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| i835 : Legal Services \| ibcs : Business/Consumer Services \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| gfraud : Fraud \| npress : Press Releases \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gcrim : Crime/Legal Action \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **PUB** | PR Newswire Association, Inc. |
| **AN** | Document PRN0000020170123ed1n000e8 |

DOW JONES NEWSWIRES

**HD** **Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk**

**WC** 1,451 words

**PD** 23 January 2017

**ET** 10:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:50 ET - Nomura Instinet says "recent rulings and lawsuits are stronger and broader than anticipated," when it comes to Qualcomm (QCOM) and they could cause a delay in regulatory approval of its deal buy NXP Semiconductors (NXPI). The brokerage lowers QCOM to neutral from buy and cuts the target price to $70 from $80. Nomura's caution was triggered by the $1B suit Apple brought against QCOM Friday over licensing practices. Also last week, the FTC sued QCOM claiming illegal tactics to maintain a monopoly on a key type of chip. Nomura thinks the added scrutiny now brings uncertainty "around the timing of accretion and diversification benefits from the NXPI acquisition," which the brokerage believed would close in 2H 2017. QCOM off 13% to $54.69. (patrick.sheridan@wsj.com)

-0-

**TD**

10:47 ET - Companies with US businesses that offshore operations are looking for on-shore alternatives, even in the relatively low-profile sector of IT and business-process outsourcing, but automation will cut into job repatriation. Vendors that provide outsourced services are pushing automation as a cost-effective way to re-shore work--but not necessarily jobs. It's an especially cost-effective solution at a time when wages are rising fast in China and other developing countries. With automation, "instead of 3,000 or 5,000 offshore jobs, maybe I'll have 50 onshore," said RG Conlee, chief innovation officer at Congruent Inc. "The number of jobs needed to monitor [software] is much smaller than the number needed to do data entry." (lauren.weber@wsj.com; @laurenweberWSJ)

10:46 ET - NuTonomy, the Cambridge, Mass.-startup aiming to put its self-driving car software in commercial robot taxis next year, has hired a senior executive to work with potential partners who has experience dealing with Ford Motor, Toyota Motor and Alphabet's Google. Gretchen Effgen, who takes on the role of vice president of partnerships, arrives most recently from CivicSmart where she worked on parking solutions in cities. She was previously at Zipcar where she worked with auto maker partners. Partnerships will be a key part of NuTonomy's strategy to put its software on roadways around the world. It recently began testing a self-driving car in Boston and has had a trial program in Singapore since last August. (tim.higgins@wsj.com)

10:39 ET - Ford's (F) CEO Mark Fields is among several top executives meeting with President Donald Trump at the White House to discuss US manufacturing. On the campaign trail and in the weeks following the election, Trump hammered F for plans to move small-car production to Mexico. Earlier this month, F announced it would scrap plans for a $1.6B factory in Mexico and instead reinvest part of that money in expanding a plant in Michigan--a move that Fields described as a "vote of confidence," in the new administration's efforts to make building cars in the US more competitive. Still, Ford plans to relocate production of the Focus compact car from the US to Mexico, moving it to an existing plant. (christina.rogers@wsj.com)

10:34 ET - The US Department of Agriculture's Animal and Plant Health Inspection Service over the weekend issued a 60-day stay on its previous "final ruling" to allow the importation of fresh lemon fruit from Argentina, citing "guidance from the White House issued January 20." The move is leading Argentine investors and government officials to wonder how much Trump's policies may affect trade with Argentina.

Argentine officials had touted the prompt opening of the US market to lemons as an example of improving relations between the countries. (taos.turner@wsj.com; @taos)

10:26 ET - Exchange traded products tracking the CBOE Volatility Index, or VIX, saw a flurry of activity over the past week as investors placed bets on Wall Street's "fear gauge" ahead of the presidential inauguration. One of the biggest exchange traded products tracking VIX, the iPath S&P 500 VIX Short-Term Futures ETN (VXX), saw $204M in inflows over the past week, FactSet data show. Meanwhile, the ProShares Ultra VIX Short-Term Futures ETF (UVXY), saw $47.76M of inflows and the VelocityShares Daily 2x VIX Short-Term ETN gained $26.52M. On the flip side, those betting against volatility took money out of the ProShares Short VIX Short-Term Futures ETF (SVXY) and the VelocityShares Daily Inverse VIX Short-Term ETN (XIV) as the two funds lost $156.66M and $59.84M, respectively. (gunjan.banerji@wsj.com; @gunjanjs)

10:14 ET - Why are Actelion shares up more than 2% after announcing that a key drug failed to meet its primary endpoint in a phase 3 trial? A researcher quoted in Actelion's news release blames the "unexpected improvement" of the placebo arm for the trial failure for drug Opsumit. But Actelion shares are probably not down on the news because, as Jefferies says, Wall Street didn't ascribe high sales to a new indication for a relatively small patient population. Most important, Jefferies says it expects talks to sell to Johnson & Johnson (JNJ) won't be affected. (jonathan.rockoff@wsj.com; @jonathanrockoff)

10:07 ET - It's another delay for Dow Chemical's (DOW) merger with DuPont (DD) as European Commission antitrust enforcers say they've extended the deadline by which to render their verdict on the chemical megamerger by 10 days. The EU had been set to rule on the deal, unveiled in December 2015, by Feb 28, but now have until March 14, according to update posted to the European Commission's website. Regulators in the EU, who are scrutinizing the deal alongside other big agriculture-sector combinations like ChemChina-Syngenta and Bayer-Monsanto, have focused on the impact consolidation could have on innovation in seeds and pesticides. (jacob.bunge@wsj.com; @jacobbunge)

10:03 ET - Halliburton (HAL) CEO Dave Lesar says during a Q&A session of a conference call that oilfield services prices are headed up as the industry recovers, and its customers can't stop that. Asked it E&Ps should factor in a 5% to 10% rise in costs, Lesar says "I would be using something higher...As equipment tightens, commodity prices increase and everybody wants available of equipment when they want it, where they want it and how they want it, I don't see how there is going to be the ability for the customers to hold prices down." But, he adds: "we'll work with customers that want to work with us." HAL slips 4.1% to $54.11. (dan.molinski@wsj.com)

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

9:58 ET - President Donald Trump is expected to withdraw formally from the 12-nation Trans-Pacific Partnership free-trade agreement as early as Monday, according to two people familiar with the plans. Trump made opposition to former President Barack Obama's signature international economic goal a centerpiece of his campaign, and the new White House web site says pulling out of the TPP is the first step of Trump's trade policy. The deal hasn't entered into force, and there will be no major economic fallout for the US. Still, some business groups that had harbored hopes that Trump's negative campaign rhetoric on trade would evaporate after taking office, and business groups are still trying to convince the Trump administration to retain some aspects of the TPP, if not the full agreement, for enacting at a later date. (william.mauldin@wsj.com; @willmauldin)

9:38 ET - The new president just stirred up a bout of volatility in the bond market. Bond yields initially ticked higher after he tells business leaders in a meeting about his promise to cut taxes "massively" for middle class and companies. But yields fell again as he says that the US will impose "major" border tax if companies move outside the country. The US 10-year yield rose to 2.467% earlier but pulls back to 2.454% vs 2.466% Friday. (min.zeng@wsj.com)

(END) Dow Jones Newswires

January 23, 2017 10:50 ET (15:50 GMT)

**CO** phisem : NXP Semiconductors N.V. | qcom : Qualcomm Incorporated

 © 2023 Factiva, Inc. All rights reserved.

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | c181 : Acquisitions/Mergers/Divestments | c34 : Anti-Competition Issues | gdip : International Relations | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | cacqu : Acquisitions/Mergers | c15 : Financial Performance | c152 : Earnings Projections | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | eurz : Europe | usdc : Washington DC | namz : North America | uss : Southern U.S.

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n002ve

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk**

**WC** 156 words

**PD** 23 January 2017

**ET** 10:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:50 ET - Nomura Instinet says "recent rulings and lawsuits are stronger and broader than anticipated," when it comes to Qualcomm (QCOM) and they could cause a delay in regulatory approval of its deal buy NXP Semiconductors (NXPI). The brokerage lowers QCOM to neutral from buy and cuts the target price to $70 from $80. Nomura's caution was triggered by the $1B suit Apple brought against QCOM Friday over licensing practices. Also last week, the FTC sued QCOM claiming illegal tactics to maintain a monopoly on a key type of chip. Nomura thinks the added scrutiny now brings uncertainty "around the timing of accretion and diversification benefits from the NXPI acquisition," which the brokerage believed would close in 2H 2017. QCOM off 13% to $54.69. (patrick.sheridan@wsj.com)

-0-

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

January 23, 2017 10:50 ET (15:50 GMT)

**CO** phisem : NXP Semiconductors N.V. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | c181 : Acquisitions/Mergers/Divestments | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | cacqu : Acquisitions/Mergers | c15 : Financial Performance | c152 : Earnings Projections | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n002r2

DOW JONES NEWSWIRES

**HD** **Pay-TV Revenues Grow Despite Cord-cutting -- Market Talk**

**WC** 1,485 words

**PD** 23 January 2017

**ET** 11:12

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

11:12 ET - SNL Kagan, a prominent media industry consulting firm, reports that cable network advertising revenues grew 1.9% to $28.28B in 2016 while affiliate revenues jumped 7.5% to $37.58B. Total revenue increased 5.3% to $63.63B. The gains come despite many cable networks including Walt Disney's (DIS) ESPN losing subscribers to cord-cutting. Overall, SNL Kagan said fully distributed cable networks are enduring subscription declines of roughly 2% annually. Smaller cable networks are particularly challenged and some are shutting down including NBCUniversal's Esquire, which said last week it will transition to an online only platform later this year. The strongest networks in the past 12 months were the news channels thanks to election coverage. Fox News, CNN and MSNBC all saw ratings growth last year. (joe.flint@wsj.com; @JBFlint)

**TD**

11:02 ET - Investors are picking up government bonds and their stock-market proxies on President Donald Trump's first Monday in office, lifting trades that largely sold off through the postelection rally. Shares of real estate and utilities companies in the S&P 500--dividend-heavy sectors that are considered to behave like bonds--are two of the three sectors in positive territory so far, posting 0.3% and 0.1% gains respectively. Meanwhile, government bonds are strengthening after their worst week in more than a month. The yield on the US 10-year Treasury note falls to 2.425% from 2.466% Friday. The moves come as investors broadly taper bullish bets, increasing cash holdings and hedging against potential volatility. (akane.otani@wsj.com; @akaneotani)

10:50 ET - Nomura Instinet says "recent rulings and lawsuits are stronger and broader than anticipated," when it comes to Qualcomm (QCOM) and they could cause a delay in regulatory approval of its deal buy NXP Semiconductors (NXPI). The brokerage lowers QCOM to neutral from buy and cuts the target price to $70 from $80. Nomura's caution was triggered by the $1B suit Apple brought against QCOM Friday over licensing practices. Also last week, the FTC sued QCOM claiming illegal tactics to maintain a monopoly on a key type of chip. Nomura thinks the added scrutiny now brings uncertainty "around the timing of accretion and diversification benefits from the NXPI acquisition," which the brokerage believed would close in 2H 2017. QCOM off 13% to $54.69. (patrick.sheridan@wsj.com)

-0-

10:47 ET - Companies with US businesses that offshore operations are looking for on-shore alternatives, even in the relatively low-profile sector of IT and business-process outsourcing, but automation will cut into job repatriation. Vendors that provide outsourced services are pushing automation as a cost-effective way to re-shore work--but not necessarily jobs. It's an especially cost-effective solution at a time when wages are rising fast in China and other developing countries. With automation, "instead of 3,000 or 5,000 offshore jobs, maybe I'll have 50 onshore," said RG Conlee, chief innovation officer at Congruent Inc. "The number of jobs needed to monitor [software] is much smaller than the number needed to do data entry." (lauren.weber@wsj.com; @laurenweberWSJ)

10:46 ET - NuTonomy, the Cambridge, Mass.-startup aiming to put its self-driving car software in commercial robot taxis next year, has hired a senior executive to work with potential partners who has experience

dealing with Ford Motor, Toyota Motor and Alphabet's Google. Gretchen Effgen, who takes on the role of vice president of partnerships, arrives most recently from CivicSmart where she worked on parking solutions in cities. She was previously at Zipcar where she worked with auto maker partners. Partnerships will be a key part of NuTonomy's strategy to put its software on roadways around the world. It recently began testing a self-driving car in Boston and has had a trial program in Singapore since last August. (tim.higgins@wsj.com)

10:39 ET - Ford's (F) CEO Mark Fields is among several top executives meeting with President Donald Trump at the White House to discuss US manufacturing. On the campaign trail and in the weeks following the election, Trump hammered F for plans to move small-car production to Mexico. Earlier this month, F announced it would scrap plans for a $1.6B factory in Mexico and instead reinvest part of that money in expanding a plant in Michigan--a move that Fields described as a "vote of confidence," in the new administration's efforts to make building cars in the US more competitive. Still, Ford plans to relocate production of the Focus compact car from the US to Mexico, moving it to an existing plant. (christina.rogers@wsj.com)

10:34 ET - The US Department of Agriculture's Animal and Plant Health Inspection Service over the weekend issued a 60-day stay on its previous "final ruling" to allow the importation of fresh lemon fruit from Argentina, citing "guidance from the White House issued January 20." The move is leading Argentine investors and government officials to wonder how much Trump's policies may affect trade with Argentina. Argentine officials had touted the prompt opening of the US market to lemons as an example of improving relations between the countries. (taos.turner@wsj.com; @taos)

10:26 ET - Exchange traded products tracking the CBOE Volatility Index, or VIX, saw a flurry of activity over the past week as investors placed bets on Wall Street's "fear gauge" ahead of the presidential inauguration. One of the biggest exchange traded products tracking VIX, the iPath S&P 500 VIX Short-Term Futures ETN (VXX), saw $204M in inflows over the past week, FactSet data show. Meanwhile, the ProShares Ultra VIX Short-Term Futures ETF (UVXY), saw $47.76M of inflows and the VelocityShares Daily 2x VIX Short-Term ETN gained $26.52M. On the flip side, those betting against volatility took money out of the ProShares Short VIX Short-Term Futures ETF (SVXY) and the VelocityShares Daily Inverse VIX Short-Term ETN (XIV) as the two funds lost $156.66M and $59.84M, respectively. (gunjan.banerji@wsj.com; @gunjanjs)

10:14 ET - Why are Actelion shares up more than 2% after announcing that a key drug failed to meet its primary endpoint in a phase 3 trial? A researcher quoted in Actelion's news release blames the "unexpected improvement" of the placebo arm for the trial failure for drug Opsumit. But Actelion shares are probably not down on the news because, as Jefferies says, Wall Street didn't ascribe high sales to a new indication for a relatively small patient population. Most important, Jefferies says it expects talks to sell to Johnson & Johnson (JNJ) won't be affected. (jonathan.rockoff@wsj.com; @jonathanrockoff)

10:07 ET - It's another delay for Dow Chemical's (DOW) merger with DuPont (DD) as European Commission antitrust enforcers say they've extended the deadline by which to render their verdict on the chemical megamerger by 10 days. The EU had been set to rule on the deal, unveiled in December 2015, by Feb 28, but now have until March 14, according to update posted to the European Commission's website. Regulators in the EU, who are scrutinizing the deal alongside other big agriculture-sector combinations like ChemChina-Syngenta and Bayer-Monsanto, have focused on the impact consolidation could have on innovation in seeds and pesticides. (jacob.bunge@wsj.com; @jacobbunge)

10:03 ET - Halliburton (HAL) CEO Dave Lesar says during a Q&A session of a conference call that oilfield services prices are headed up as the industry recovers, and its customers can't stop that. Asked it E&Ps should factor in a 5% to 10% rise in costs, Lesar says "I would be using something higher...As equipment tightens, commodity prices increase and everybody wants available of equipment when they want it, where they want it and how they want it, I don't see how there is going to be the ability for the customers to hold prices down." But, he adds: "we'll work with customers that want to work with us." HAL slips 4.1% to $54.11. (dan.molinski@wsj.com)

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

(END) Dow Jones Newswires

January 23, 2017 11:12 ET (16:12 GMT)

 © 2023 Factiva, Inc. All rights reserved.

**CO** qcom : Qualcomm Incorporated

**IN** i838 : Advertising | ibcs : Business/Consumer Services | imed : Media/Entertainment | iadv : Advertising/Marketing/Public Relations | imark : Marketing | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c151 : Earnings | gtvrad : Television/Radio | gvote1 : National/Presidential Elections | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c1513 : Sales Figures | c15 : Financial Performance | ccat : Corporate/Industrial News | gcat : Political/General News | gent : Arts/Entertainment | gpir : Politics/International Relations | gpol : Domestic Politics | gvote : Elections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n002xm

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm: Instinet Cuts to Hold as NXP Buy Now Faces Delays**

Barron's Blogs, 11:17, 23 January 2017, 336 words, (English)

Shares of Qualcomm (QCOM) are down $8.30, or almost 13%, at $54.59, after multiple outlets reported on Friday that Apple (AAPL), one of its largest customers, has filed suit against Qualcomm for withholding $1 billion in rebates owed Apple,...

Document WCBBE00020170123ed1n001jm

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **Qualcomm dives as $1bn Apple lawsuit prompts downgrade**

**BY** Pan Kwan Yuk

**WC** 334 words

**PD** 23 January 2017

**ET** 11:33

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Don’t mess with Apple.

News on Friday that the tech juggernaut has filed a $1bn lawsuit against Qualcomm has sent shares in the chipmaker diving by the most in over a year on Monday.

**TD**

Qualcomm, which fell 2.4 per cent to $62.88 on Friday just before the close when the lawsuit was published, tumbled by another 14.5 per cent within an hour after trading started on Monday as a ratings downgrade and a price target cut added further pressure on the stock.

The lawsuit – the first direct challenge by one of Qualcomm’s major customers – prompted Nomura to cut its ratings on the company to Neutral from Buy.

Analyst Romit Shah said his team had upgraded Qualcomm last year on the back of its $47bn blockbuster deal to buy European rival NXP.

But the recent flurry of lawsuits could complicate the process of getting regulatory approval for the deal. In addition to Apple, Qualcomm is also being sued by the US Federal Trade Commission and is the subject of investigations in the EU and Taiwan.

As Mr Shah noted:

QCOM needs approval from multiple countries, including the U.S., China, Japan, South Korea, Taiwan, and the EU, and QCOM has current outstanding investigations with all except for China.

Our downgrade and lower target price multiple are based on the increased uncertainty around the timing of accretion and diversification benefits from the NXPI acquisition, which we previously assumed would close in the second half of 2017.

Apple is demanding a payment of $1bn it believes is due as a rebate for licensing fees, which it claims the chipmaker is holding back as punishment for Apple “responding truthfully” to the South Korean investigation. Qualcomm, it claims, charges Apple at least five times more than what it pays all its other cellular patent licensers combined.

Qualcomm in response has said that Apple had “intentionally mischaracterised” the agreements and negotiations between the two companies.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170123ed1n007bx

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Plunges: Bad News When Your Top Customer Sues You, Says Bernstein**

Barron's Blogs, 11:14, 23 January 2017, 404 words, (English)

Shares of Qualcomm ( QCOM) are down $8.30, or almost 13%, at $54.59, after multiple outlets reported on Friday that Apple ( AAPL), one of its largest customers, has filed suit against Qualcomm for withholding $1 billion in rebates owed Apple,...

Document WCBBE00020170123ed1n001jl

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm: Apple Suit May Not Do Much, History Shows, Says Morgan Stanley**

Barron's Blogs, 12:50, 23 January 2017, 387 words, (English)

Don't presume the worst about Apple's (AAPL) suit against Qualcomm (QCOM), advises Morgan Stanley's James Faucette in a note to clients this morning — these things historically have had little impact, in his view.

Document WCBBE00020170123ed1n0025t

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Takes a Bite Out of Qualcomm -- Heard on the Street**

**BY** By Dan Gallagher

**WC** 315 words

**PD** 23 January 2017

**ET** 13:58

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm has survived many legal challenges to its patent-driven business model. The suit filed by Apple is a tougher test.

Investors took note, wiping $13 billion off of Qualcomm's market value since news of the suit hit late Friday. One reason is Apple represents about one-quarter of Qualcomm's licensing revenue, estimates Christopher Caso of CLSA. It is a formidable foe with $132 billion in net cash.

**TD**

More importantly, the Apple suit hits Qualcomm at a terrible time: Qualcomm is already in the thick of it with regulators in Korea, Europe and the U.S. -- all of whom are examining the company's business practices regarding the deep well of patents that go to the heart of most wireless devices operating today. Licenses from these patents generate about 80% of the company's pretax profit.

Qualcomm is also trying to get regulators to sign off on its $39 billion acquisition of NXP Semiconductors . This is the company's biggest M&A deal to date, as it will add much needed diversity to a business that still relies heavily on the slowing smartphone market.

The lawsuit makes clear that Apple has been discussing Qualcomm with those agencies, many of whom have to sign off on the NXP acquisition for it to proceed. Qualcomm was expecting to complete the deal by the end of this year, but the fact that its stock has now slid back below its price from before the deal was announced suggests that shareholders now see a strong risk of a delay.

That -- plus the prospect of having to lower its royalty rates for a key customer -- have placed another cloud of uncertainty over Qualcomm. The company's future depends on passing this test.

(END) Dow Jones Newswires

January 23, 2017 13:58 ET (18:58 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c181 : Acquisitions/Mergers/Divestments | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | nhrd : Heard on the Street | npda : DJ Exclusive Analysis - All | npfida : DJ Exclusive Analysis - Fixed Income | npfxda : DJ Exclusive Analysis - FX | npqda : DJ Exclusive Analysis - Equities | ntop : Top Wire News | nttwn : Today's Top Wire News | c18 : Ownership Changes | cactio : Corporate Actions | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n003dm

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

| | |
|---|---|
| **HD** | **QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations** |
| **WC** | 431 words |
| **PD** | 23 January 2017 |
| **ET** | 15:16 |
| **SN** | PR Newswire |
| **SC** | PRN |
| **LA** | English |
| **CY** | Copyright © 2017 PR Newswire Association LLC. All Rights Reserved. |

**LP**

SAN FRANCISCO, Jan. 23, 2017 /PRNewswire/ -- Hagens Berman Sobol Shapiro LLP alerts investors in QUALCOMM Incorporated (NASDAQ: QCOM) that Apple and the FTC have instituted lawsuits against QCOM. Hagens Berman is now investigating whether QCOM and its management may have violated Federal securities laws.

If you purchased or otherwise acquired securities of QCOM before January 20, 2017 and suffered over $100,000 in losses contact Hagens Berman Sobol Shapiro LLP. For more information visit:

**TD**

https://www.hbsslaw.com/cases/QCOM

or contact Reed Kathrein, who is leading the firm's investigation, by calling 510-725-3000 or emailing QCOM@hbsslaw.com.

On January 20, 2017, CNBC reported that Apple sued Qualcomm for roughly $1 billion, alleging Qualcomm charged Apple royalties for technologies Qualcomm had "nothing to do with."

CNBC also reported that Qualcomm has taken "radical steps" that include "withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them." Apple reportedly added, "Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined."

This news drove the price of QCOM shares down nearly 2.5% to close at $62.88 per share.

"We are investigating allegations made by both Apple and the FTC in their complaints filed against Qualcomm," said Hagens Berman partner Reed Kathrein.

Whistleblowers: Persons with non-public information regarding QCOM should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new SEC whistleblower program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 510-725-3000 or email QCOM@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national investor-rights law firm headquartered in Seattle, Washington with offices in 10 cities. The Firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the Firm and its successes can be found at www.hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 510-725-3000

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-investor-alert-hagens-berman-investigating-qualcomms-business-practices-and-ftc-allegations-300394943.html

SOURCE Hagens Berman Sobol Shapiro LLP

/Web site: https://www.hbsslaw.com

(END)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| npress : Press Releases \| gwhis : Whistleblowers \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gcrim : Crime/Legal Action \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **PUB** | PR Newswire Association, Inc. |
| **AN** | Document PRN0000020170123ed1n000mr |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Press Release: QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations** |
| WC | 465 words |
| PD | 23 January 2017 |
| ET | 15:16 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations

PR Newswire

**TD**

SAN FRANCISCO, Jan. 23, 2017

SAN FRANCISCO, Jan. 23, 2017 /PRNewswire/ -- Hagens Berman Sobol Shapiro LLP alerts investors in QUALCOMM Incorporated (NASDAQ: QCOM) that Apple and the FTC have instituted lawsuits against QCOM. Hagens Berman is now investigating whether QCOM and its management may have violated Federal securities laws.

If you purchased or otherwise acquired securities of QCOM before January 20, 2017 and suffered over $100,000 in losses contact Hagens Berman Sobol Shapiro LLP. For more information visit:

https://www.hbsslaw.com/cases/QCOM

or contact Reed Kathrein, who is leading the firm's investigation, by calling 510-725-3000 or emailing QCOM@hbsslaw.com.

On January 20, 2017, CNBC reported that Apple sued Qualcomm for roughly $1 billion, alleging Qualcomm charged Apple royalties for technologies Qualcomm had "nothing to do with."

CNBC also reported that Qualcomm has taken "radical steps" that include "withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them." Apple reportedly added, "Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least

five times more in payments than all the other cellular patent licensors we have agreements with combined."

This news drove the price of QCOM shares down nearly 2.5% to close at $62.88 per share.

"We are investigating allegations made by both Apple and the FTC in their complaints filed against Qualcomm," said Hagens Berman partner Reed Kathrein.

Whistleblowers: Persons with non-public information regarding QCOM should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new SEC whistleblower program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 510-725-3000 or email QCOM@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national investor-rights law firm headquartered in Seattle, Washington with offices in 10 cities. The Firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the Firm and its successes can be found at www.hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 510-725-3000

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-investor-alert-hagens-berman-investigating-qualcomms-business-practices-and-ftc-allegations-300394943.html

SOURCE Hagens Berman Sobol Shapiro LLP

/Web site: https://www.hbsslaw.com

(END) Dow Jones Newswires

January 23, 2017 15:16 ET (20:16 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| npress : Press Releases \| gwhis : Whistleblowers \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gcrim : Crime/Legal Action \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usca : California \| usw : Western U.S. \| namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |

**AN** Document DJDN000020170123ed1n003lo

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **The Biggest Loser: Qualcomm Tumbles -- Barron's Blog**

**BY** By Ben Levisohn

**WC** 324 words

**PD** 23 January 2017

**ET** 16:21

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm ( QCOM) tumbled to the bottom of the S&P 500 today after Apple ( AAPL) sued the chip maker over its licensing practices.

Qualcomm dropped 12.7% to $54.88, while the S&P 500 fell 0.27% to end at 2,265.2.

**TD**

BMO's Tim Long and team note that Apple's claims sound familiar, but worry about the attention the lawsuit is getting:

We are not lawyers, but we have come across many lawsuits/complaints between Qualcomm and other companies and governments over the years. Below we offer our opinions, understanding that there will be much legal maneuvering on each side before these cases will be resolved. We will not go through all of the 25 counts, but instead will focus on the key elements from a high level. We will focus on items that we have seen before, and ones that we hadn't known about, including the agreements that Apple detailed it has signed in the past with Qualcomm.

We expect this case to get a lot of attention, and for any resolution to take a long time, whether through the courts or a private agreement. We doubt that there will be a meaningful change to Qualcomm royalty rates, but the mention of benefits for exclusive chip supply, denying the right to litigate, and withholding "rebate" payments may cause damage otherwise.

Qualcomm's market capitalization fell to $ billion today from $92.3 billion on Friday. It reported net income of $5.7 billion on sales of $23.6 billion in 2016.

For more on the potential impact of Apple's suit on Qualcomm, read Morgan Stanley's take, Bernstein's take, and Instinet's take over at Barron's Tech Trader Daily.

More at Barron's Stocks to Watch blog,
http://blogs.barrons.com/stockstowatchtoday/
(END) Dow Jones Newswires

January 23, 2017 16:21 ET (21:21 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial

News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n003yl

 © 2023 Factiva, Inc. All rights reserved.

**The Biggest Loser: Qualcomm Tumbles 13%**

Barron's Blogs, 17:11, 23 January 2017, 301 words, (English)

Qualcomm (QCOM) tumbled to the bottom of the S&P 500 today after Apple (AAPL) sued the chip maker over its licensing practices. Qualcomm dropped 12.7% to $54.88, while the S&P 500 fell 0.27% to end at 2,265.2.

Document WCBBE00020170123ed1n003bh

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **The Biggest Loser: Qualcomm Tumbles 13% -- Barron's Blog**

BY By Ben Levisohn

WC 327 words

PD 23 January 2017

ET 17:11

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

Qualcomm ( QCOM) tumbled to the bottom of the S&P 500 today after Apple ( AAPL) sued the chip maker over its licensing practices.

Qualcomm dropped 12.7% to $54.88, while the S&P 500 fell 0.27% to end at 2,265.2.

TD

BMO's Tim Long and team note that Apple's claims sound familiar, but worry about the attention the lawsuit is getting:

We are not lawyers, but we have come across many lawsuits/complaints between Qualcomm and other companies and governments over the years. Below we offer our opinions, understanding that there will be much legal maneuvering on each side before these cases will be resolved. We will not go through all of the 25 counts, but instead will focus on the key elements from a high level. We will focus on items that we have seen before, and ones that we hadn't known about, including the agreements that Apple detailed it has signed in the past with Qualcomm.

We expect this case to get a lot of attention, and for any resolution to take a long time, whether through the courts or a private agreement. We doubt that there will be a meaningful change to Qualcomm royalty rates, but the mention of benefits for exclusive chip supply, denying the right to litigate, and withholding "rebate" payments may cause damage otherwise.

Qualcomm's market capitalization fell to $81.1 billion today from $92.3 billion on Friday. It reported net income of $5.7 billion on sales of $23.6 billion in 2016.

For more on the potential impact of Apple's suit on Qualcomm, read Morgan Stanley's take, Bernstein's take, and Instinet's take over at Barron's Tech Trader Daily.

More at Barron's Stocks to Watch blog,
http://blogs.barrons.com/stockstowatchtoday/
(END) Dow Jones Newswires

January 23, 2017 17:11 ET (22:11 GMT)

CO qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

NS c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial

News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n00443

 © 2023 Factiva, Inc. All rights reserved.

**HD** **SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims on Behalf of Investors of Qualcomm Incorporated - QCOM**

**WC** 244 words

**PD** 23 January 2017

**SN** ACCESSWIRE

**SC** ACWIRE

**LA** English

**CY** Copyright 2017. ACCESSWIRE

**LP**

NEW YORK, NY / ACCESSWIRE / January 23, 2017 / Pomerantz LLP is investigating claims on behalf of investors of Qualcomm Incorporated ("Qualcomm" or the "Company") (NASDAQ: QCOM). Such investors are advised to contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888-476-6529, ext. 9980.

The investigation concerns whether Qualcomm and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**TD**

[Click here to join a class action]

On January 17, 2017, Bloomberg reported that the Federal Trade Commission is poised to bring an enforcement action against Qualcomm following an investigation of the Company's licensing practices. On this news, Qualcomm stock fell $2.69, or 4.02%, to close at $64.19 on January 17, 2017.

The Pomerantz Firm, with offices in New York, Chicago, Florida, and Los Angeles, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

SOURCE: Pomerantz LLP

**CO** ftrade : Federal Trade Commission | phbgag : Pomerantz LLP | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i835 : Legal Services | ibcs : Business/Consumer Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | gsfra : Securities Fraud | npress : Press Releases | ccat : Corporate/Industrial News | gcat : Political/General News | gcrim : Crime/Legal Action | gfinc : Financial Crime | gfraud : Fraud | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** NASDAQ:QCOM

**PUB** Accesswire

**AN** Document ACWIRE0020170123ed1n004h5

THE AUSTRALIAN

**HD** **5G ‘will benefit entire societies’**

**WC** 449 words
**PD** 23 January 2017
**SN** The Australian - Online
**SC** AUSTOL
**LA** English
**CY** © 2017 News Limited. All rights reserved.

**LP**

To get a handle on 5G, it made sense to listen to Qualcomm, a semiconductor manufacturer that has been at the forefront of mobile phone component development for decades. Now it’s a flag bearer for 5G, the successor to 4G, due for implementation by 2020.

At the Consumer Electronics Show in Las Vegas, Qualcomm chief executive Steve Mollenkopf said 5G went beyond scaling up speed and bandwidth, and reducing latency. It was an entirely new type of network with new capabilities.

**TD**

“5G will have an impact similar to the introduction of electricity, or the car, affecting entire economies, and benefiting entire societies,’’ Mr Mollenkopf said. “Today, billions of mobile devices with extraordinary power are uniting with advancements in robotics, artificial intelligence, autonomous vehicles, nanotechnology and so much more. Entire industries will change, and emerge as data speeds go up, and data costs come down.”

It is rumoured the Snapdragon 835 will be used inside Samsung’s Galaxy S8 smartphone this year. The new processor also supports virtual reality when installed inside mobile devices. Qualcomm demonstrated positional tracking using the camera in a VR-enabled smart phone.

It has also released a Snapdragon X50 5G modem, to be available in the second half of the year, which uses the 802.11ad WiFi standard. Mr Mollenkopf said it supported ultrahigh speed zones as fast as 4.6 Gbps, and delivered extremely low latency. You could download a feature-length 4K movie in 18 seconds, or a 1Gb file from the cloud in three seconds, he said.

At CES, there were discussions about peak 5G speeds of up to 26 Gbps.

In Australia, the telcos will continue 5G trials and prepare to introduce 4.5G as a stepping stone. Optus is expected to update its plans around 4.5G next month. In a trial in Sydney last year, Optus and Huawei reached a transmission rate of 35Gbs over the 73 GHz band.

Optus executive Kent Wu said the telco was looking at multiple input, multiple output technology as part of 5G. “Traditionally there is a single lane in each direction. This makes it 32 in each direction,” Mr Wu said.

Telstra outlined its involvement in modifying 5G standards to suit Australian conditions. “The rest of the world forgets how big Australia is, and inevitably they build everything to run to about 30km-40km,” said Mike Wright, group managing director, networks at Telstra. Telstra is to trial 5G at next year’s Commonwealth Games and this month Vodafone Australia announced a five-year deal with Ericsson and Cisco to virtualise its core network ahead of 5G.

Chris Griffith travelled to CES in Las Vegas courtesy of Samsung.

**CO** qcom : Qualcomm Incorporated

**IN** ielec : Consumer Electronics | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**RE** austr : Australia | apacz : Asia Pacific | ausnz : Australia/Oceania

**PUB** News Ltd.

**AN** Document AUSTOL0020170123ed1n002gy

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

**CLM** Heard on the Street

**SE** Markets

**HD** **Apple Takes a Bite Out of Qualcomm; Timing of lawsuit throws completion of NXP Semiconductors deal into question, along with future royalties**

**BY** By Dan Gallagher

**WC** 335 words

**PD** 23 January 2017

**ET** 14:12

**SN** The Wall Street Journal Online

**SC** WSJO

**LA** English

**CY** Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

**LP**

Qualcomm has survived many legal challenges to its patent-driven business model. The suit filed by Apple is a tougher test.

Investors took note, wiping $13 billion off of Qualcomm's market value since news of the suit hit late Friday. One reason is Apple represents about one-quarter of Qualcomm's licensing revenue, estimates Christopher Caso of CLSA. It is a formidable foe with $132 billion in net cash.

**TD**

More importantly, the Apple suit hits Qualcomm at a terrible time: Qualcomm is already in the thick of it with regulators in Korea, Europe and the U.S.—all of whom are examining the company's business practices regarding the deep well of patents that go to the heart of most wireless devices operating today. Licenses from these patents generate about 80% of the company's pretax profit.

Qualcomm is also trying to get regulators to sign off on its $39 billion acquisition of NXP Semiconductors . This is the company's biggest M&A deal to date, as it will add much needed diversity to a business that still relies heavily on the slowing smartphone market.

The lawsuit makes clear that Apple has been discussing Qualcomm with those agencies, many of whom have to sign off on the NXP acquisition for it to proceed. Qualcomm was expecting to complete the deal by the end of this year, but the fact that its stock has now slid back below its price from before the deal was announced suggests that shareholders now see a strong risk of a delay.

That—plus the prospect of having to lower its royalty rates for a key customer—have placed another cloud of uncertainty over Qualcomm. The company's future depends on passing this test.

Get financial insights and commentary on global investing from The Wall Street Journal's Heard on the Street team. Subscribe to the podcast.

**CO** phisem : NXP Semiconductors N.V. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | iindele : Industrial Electronics

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c151 : Earnings | cgymtr : Intellectual Property Rights | mcat : Commodity/Financial Market News | ncolu : Columns | nedc : Commentaries/Opinions | c15 : Financial Performance | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**IPD** APPLE

**IPC** I/SEM

**PUB** Dow Jones & Company, Inc.

**AN** Document WSJO000020170123ed1n007ka

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| HD | **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Halliburton, Marinus Pharma** |
| WC | 370 words |
| PD | 23 January 2017 |
| ET | 10:32 |
| SN | Reuters News |
| SC | LBA |
| LA | English |
| CY | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

* Eikon search string for individual stock moves: STXBZ

**TD**

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh

U.S. stocks were off their lows on Monday after President Donald Trump laid out some of his plans to spur economic growth in a meeting with top executives of U.S. companies.

The Dow Jones Industrial Average was down 0.29 percent at 19,769.81, the S&P 500 was down 0.34 percent at 2,263.52 and the Nasdaq Composite was down 0.27 percent at 5,540.223.

** QUALCOMM INC, $54.11, -13.95 pct

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** HALLIBURTON CO, $54.56, -3.35 pct

The world's No. 2 oilfield services provider warned of weakness in markets outside of North America, echoing comments made by larger rival Schlumberger last week.

** SPRINT CORP, $9.13, +2.18 pct

The U.S. wireless carrier said it would buy 33 percent of Tidal, a music streaming service owned by rapper Jay Z.

** MCDONALD'S CORP, $121.23, -0.84 pct

The operator of the world's largest fast-food chain reported a drop in U.S. comparable restaurant sales for the first time in six quarters, suggesting that the novelty of the company's popular all-day breakfast was wearing off.

** MARINUS PHARMACEUTICALS INC, $1.63, +40.52 pct

The drug developer announced preliminary positive data from its ongoing mid-stage study for the treatment of patients with CDKL5 genetic disorder.

** BIOLASE INC, $1.65, +12.24 pct

The medical device maker received FDA clearance for commercial distribution of its new Epic Pro diode laser system for dentistry.

** CYNOSURE INC, $48.50, +10.60 pct

The laser maker is exploring strategic options, including a sale, amid increasing interest in the company's technology from larger global companies, Bloomberg reported on Sunday, citing sources. (Compiled by Diptendu Lahiri in Bengaluru)

**RF** Released: 2017-1-26T15:32:42.000Z

**CO** qcom : Qualcomm Incorporated | hllbt : Halliburton Co

**IN** i257 : Pharmaceuticals | icomp : Computing | i3302 : Computers/Consumer Electronics | i951 : Health Care/Life Sciences | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | i1300005 : Support Activities for Oil/Gas | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** ccat : Corporate/Industrial News

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00pm9

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 01/20/2017 to 01/23/2017 |

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 110 |
| Timestamp | 26 May 2023 13:33 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES

BUZZ-Qualcomm Inc: Lawsuits pull down stock ....... 2
BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Sprint ....... 4
BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Halliburton ....... 6
U.S. RESEARCH ROUNDUP-CVR Refining, Metlife, Travelport Worldwide ....... 8
Cynosure soars on deal talk; Qualcomm slumps on Apple suit ....... 16
Cynosure soars on deal talk; Qualcomm slumps on Apple suit ....... 18
Qualcomm Cut to Underperform From Buy by CLSA ....... 20
Qualcomm Cut to Neutral From Buy by Nomura ....... 21
Qualcomm Cut to Underperform From Buy by CLSA ....... 22
BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm , Yahoo , Morgan Stanley , ....... 23

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **BUZZ-Qualcomm Inc: Lawsuits pull down stock**

WC 212 words

PD 23 January 2017

ET 10:35

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

** Chipmaker's shares fall as much as 14.44 pct to $53.80; biggest intraday pct loss in more than a year

** Apple Inc filed a $1 bln lawsuit on Friday against Qualcomm for overcharging for chips and refusing to pay some $1 bln in promised rebates

TD

** At least 2 brokerages cut PTs, Instinet cuts rating to "neutral" from "buy"

** Instinet says recent rulings have been stronger and broader than anticipated

** It seems inconvenient that, amid increased scrutiny into QTL, Qualcomm requires regulatory approval for the NXPI acquisition from many of the countries where it has outstanding regulatory complaints/litigations - Instinet analysts

** U.S. Federal Trade Commission filed a lawsuit last week, accusing Qualcomm of using "anticompetitive" tactics to keep its monopoly on a key semiconductor used in cellphones

** South Korea's antitrust regulator fined Qualcomm $854 mln in December for what it called unfair patent licensing practices

** More than 34 mln shares traded, 4.3x 30-day moving avg

** 13 of 30 brokerages rate the stock "buy" or higher, 15 "hold" and 2 "sell" or lower; median PT $70

** Up to Friday's close, stock had gained a third of its value in the last 12 months

RF Released: 2017-1-26T15:35:20.000Z

CO ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

IN icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

NS c1521 : Analysts' Comments/Recommendations | c12 : Corporate Crime/Legal Action | ccat : Corporate/Industrial News | c1522 : Share Price Movement/Disruptions | c15 : Financial Performance | c152 : Earnings Projections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

RE usa : United States | namz : North America

IPD Business

IPC SERVICE:ABN

PUB Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00pmc

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Sprint**

**WC** 460 words

**PD** 23 January 2017

**ET** 11:50

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

* Eikon search string for individual stock moves: STXBZ

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

**TD**

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh

U.S. stocks lost ground on Monday as investors digested President Donald Trump's protectionist statements and sought safe-haven assets such as gold and U.S. Treasury bonds.

The Dow Jones Industrial Average was down 0.43 percent at 19,741.7, the S&P 500 was down 0.58 percent at 2,258.09 and the Nasdaq Composite was down 0.52 percent at 5,526.712.

** QUALCOMM INC, $55.35, -11.98 pct

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** AUTOZONE INC, $735.61, -4.47 pct

** ADVANCE AUTO PARTS INC, $166.75, -2.77 pct

** O'REILLY AUTOMOTIVE INC, $264.83, -3.35 pct

** GENUINE PARTS CO, $96.17, -3.58 pct

U.S. auto parts retailers down after NY Post says Amazon may start selling auto parts.

** MCDONALD'S CORP, $120.50, -1.44 pct

The operator of the world's largest fast-food chain reported a drop in U.S. comparable restaurant sales for the first time in six quarters, suggesting that the novelty of the company's popular all-day breakfast was wearing off.

** MARINUS PHARMACEUTICALS INC, $1.60, +37.50 pct

The drug developer announced preliminary positive data from its ongoing mid-stage study for the treatment of patients with CDKL5 genetic disorder.

** HALLIBURTON CO, $54.27, -3.86 pct

The world's No. 2 oilfield services provider said its revenue growth this year would meet or outpace the increase in the number of drilling rigs in North America.

** SPRINT CORP, $9.24, +3.42 pct

The U.S. wireless carrier said it would buy 33 percent of Tidal, a music streaming service owned by rapper Jay Z.

** BIOLASE INC, $1.62, +10.20 pct

The medical device maker received FDA clearance for commercial distribution of its new Epic Pro diode laser system for dentistry.

** CYNOSURE INC, $47.50, +8.32 pct

The laser maker is exploring strategic options, including a sale, amid increasing interest in the company's technology from larger global companies, Bloomberg reported on Sunday, citing sources.

** NCI INC, $12.61, -9.64 pct

The IT and professional services provider to U.S. Federal government agencies will launch an internal probe after preliminary findings revealed that an ex-controller embezzled about $18 mln over last six years. (Compiled by Diptendu Lahiri in Bengaluru)

**RF** Released: 2017-1-26T16:50:19.000Z

**CO** advpts : Advance Auto Parts Inc | atzone : AutoZone Inc | qcom : Qualcomm Incorporated | advhol : Advance Holding Corp

**IN** i353 : Motor Vehicle Parts | i64 : Retail/Wholesale | icomp : Computing | i3302 : Computers/Consumer Electronics | iaut : Automotive | itech : Technology | i34531 : Semiconductors | i6492 : Automotive Parts/Tire Stores | i654 : Specialty Stores | iindele : Industrial Electronics | iindstrls : Industrial Goods | iretail : Retail

**NS** ccat : Corporate/Industrial News

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00spd

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Halliburton**

**WC** 539 words

**PD** 23 January 2017

**ET** 13:25

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

* Eikon search string for individual stock moves: STXBZ

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

**TD**

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh

The S&P 500 was on track for its worst day this year as President Donald Trump's protectionist stance on trade sent investors scurrying for safe-haven assets on Monday.

The Dow Jones Industrial Average was down 0.31 percent at 19,766.24, the S&P 500 was down 0.39 percent at 2,262.47 and the Nasdaq Composite was down 0.19 percent at 5,544.683.

** QUALCOMM INC, $55.37, -11.94 pct

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** AUTOZONE INC, $738.69, -4.07 pct

** ADVANCE AUTO PARTS INC, $167.14, -2.54 pct

** O'REILLY AUTOMOTIVE INC, $266.01, -2.92 pct

** GENUINE PARTS CO, $96.33, -3.42 pct

Shares of U.S. auto part retailers fell sharply following a report that Amazon.com Inc had set its sights on the $50 billion do-it-yourself after-market auto parts business.

** MCDONALD'S CORP, $121.72, -0.44 pct

The company's sales at established U.S. restaurants fell for the first time in six quarters as the novelty of all-day breakfast failed to overcome competition from supermarkets and other retailers.

** MARINUS PHARMACEUTICALS INC, $1.54, +32.76 pct

The drug developer announced preliminary positive data from its ongoing mid-stage study for the treatment of patients with CDKL5 genetic disorder.

** HALLIBURTON CO, $54.37, -3.68 pct

The world's No. 2 oilfield services provider said its revenue growth this year would meet or outpace the increase in the number of drilling rigs in North America.

However, its revenue growth in North America in the latest quarter lagged the increase in rig count.

** SPRINT CORP, $9.22, +3.19 pct

The U.S. wireless carrier said it would buy 33 percent of Tidal, a music streaming service owned by rapper Jay Z, marking a move to more content driven services in a highly competitive wireless market.

** BIOLASE INC, $1.62, +10.20 pct

The medical device maker received FDA clearance for commercial distribution of its new Epic Pro diode laser system for dentistry.

** CYNOSURE INC, $47.48, +8.27 pct

The laser maker is exploring strategic options, including a sale, amid increasing interest in the company's technology from larger global companies, Bloomberg reported on Sunday, citing sources.

** NCI INC, $12.63, -9.50 pct

The IT and professional services provider to U.S. Federal government agencies will launch an internal probe after preliminary findings revealed that an ex-controller embezzled about $18 mln over last six years.

** AETNA INC, $119.77, -2.25 pct

** HUMANA INC, $201.02, +0.24 pct

A U.S. federal judge blocked the health insurer's proposed $34 billion merger with rival Humana, saying it was illegal under antitrust law.

(Compiled by Diptendu Lahiri in Bengaluru)

**RF** Released: 2017-1-26T18:25:22.000Z

**CO** advpts : Advance Auto Parts Inc | atzone : AutoZone Inc | qcom : Qualcomm Incorporated | hllbt : Halliburton Co | advhol : Advance Holding Corp

**IN** i353 : Motor Vehicle Parts | i64 : Retail/Wholesale | icomp : Computing | i3302 : Computers/Consumer Electronics | iaut : Automotive | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | i1300005 : Support Activities for Oil/Gas | i34531 : Semiconductors | i6492 : Automotive Parts/Tire Stores | i654 : Specialty Stores | iindele : Industrial Electronics | iindstrls : Industrial Goods | iretail : Retail

**NS** ccat : Corporate/Industrial News

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00vy3

REUTERS

HD **U.S. RESEARCH ROUNDUP-CVR Refining, Metlife, Travelport Worldwide**

WC 2,699 words

PD 23 January 2017

ET 17:50

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

TD

Jan 23 (Reuters) - Wall Street securities analysts revised their ratings and price targets on several U.S.-listed companies, including Metlife and CVR Refining, on Monday.

HIGHLIGHTS

* Camden Property Trust : Barclays cuts to equal weight from overweight
* CVR Refining : Goldman Sachs raises to neutral from sell - Trader
* Metlife Inc : Deutsche Bank raises to buy from hold
* Piedmont Office Realty Trust Inc : Stifel raises to hold from sell
* Travelport Worldwide Ltd : Morgan Stanley cuts to equal weight from overweight

Following is a summary of research actions on U.S. companies reported by Reuters on Monday.
Stock entries are in alphabetical order.

* Achaogen Inc : Guggenheim initiates coverage with a buy rating, $30 target price
* ADMA Biologics Inc : Maxim Group raises to buy from hold; price target $13
* Agilent Technologies Inc : Jefferies raises target price to $55; rating buy
* Alexandria Real Estate Equities : Barclays cuts target price to $116 from $121
* Align Technology Inc : Jefferies raises target price to $110; rating buy
* Ally Financial Inc : Susquehanna starts with positive rating; $28 price target
* Alphabet Inc : BMO raises target price to $1000 from $960; rating outperform
* AMC Networks : Cowen and Company ups target to TO $60 from $54; market perform
* American International Group Inc : KBW raises target price to $80 from $77



PX32

Page 2693

* American Vanguard Corp : Roth Capital raises to buy from neutral - Trader
* Ameriprise Financial Inc : Deutsche Bank raises target price to $127 from $120
* Anadarko Petroleum : Barclays raises target price to $62 from $60; equal weight
* Anthem Inc : Citigroup raises target price to $172 from $151
* Apartment Investment and Management Co : Barclays cuts target to $47 from $49
* Applied Materials Inc : Deutsche Bank raises target price to $36 from $33
* Arch Coal Inc : FBR raises target price to $110 from $95
* AstraZeneca Plc : Leerink cuts target price to $32 from $34
* Avalonbay Communities Inc : Barclays cuts target price to $167 from $178
* Bank of Hawaii : Compass Point raises price target to $81 from $80;rating neutral
* Bank of Hawaii : Sandler O'Neill cuts price target by $4 to $90; rating hold
* Bank of Marin Bancorp :D.A. Davidson raises price target to $70 from $68;neutral
* BB&T Corp : Bernstein raises target price to $47 from $46
* Biomarin Pharmaceutical : Credit Suisse assumes coverage with $107 target price
* Biomarin Pharmaceutical : Credit Suisse assumes coverage with outperform rating
* Biospecifics Technologies : Rodman & Renshaw raises target to $72 from $63
* Boston Properties Inc : Barclays cuts target price to $135 from $143
* Brandywine Realty Trust : Barclays cuts target price to $15 from $16
* Bristol-Myers Squibb Co : JP Morgan cuts target price to $66 from $70;overweight
* Bristol-Myers Squibb Co : Leerink cuts target price to $62 from $71
* Brixmor Property Group Inc : Barclays cuts target price to $24 from $28
* Bruker Corp : Jefferies cuts target price to $28; rating buy
* Bryn Mawr Bank Corp : KBW raises target price to $41 from $39
* Cabot Oil & Gas Corp : Barclays raises target price to $25 from $22
* Cabot Oil & Gas Corp : Barclays raises to overweight from equal weight
* Camden Property Trust : Barclays cuts target price to $83 from $89
* Camden Property Trust : Barclays cuts to equal weight from overweight
* Campbell Soup Co : Stifel raises target price to $62 from $56
* Carolina Financial Corp : KBW raises target price to $33 from $30
* CBL & Associates Properties : Barclays cuts target price to $10 from $13
* CBL & Associates Properties :Goldman Sachs cuts target to $10.50 from $12;neutral
* Cenovus Energy Inc : Goldman Sachs cuts to sell - Trader
* Chicago Bridge & Iron Company NV : Citigroup raises target price to $36 from $30
* Chubb Ltd : JMP raises target price to $145 from $140
* Cigna Corp : Citigroup raises target price to $163 from $139
* Citizens Financial Group : Goldman Sachs cuts target price to $42 from $43; buy

 © 2023 Factiva, Inc. All rights reserved.

* Citizens Financial Group Inc : Bernstein cuts target price to $35 from $36
* Citizens Financial Group Inc : KBW raises target price to $39 from $38.5
* Citizens Financial Group Inc : Wedbush raises target price to $37 from $35
* City Office REIT Inc : Deutsche Bank cuts price target to $14.00 from $15.50
* Clovis Oncology Inc : Stifel raises target price to $86 from $52
* CNO Financial Group Inc : Deutsche Bank raises target price to $19 from $18
* Colucid Pharmaceuticals Inc : Barclays cuts to equal weight from overweight
* Columbus Mckinnon : Seaport Global Securities raises target to $30 from $24
* Columbus Mckinnon : Seaport Global Securities raises to buy from neutral
* Community Bank System : Sandler O'Neill cuts price target to $53; rating sell
* Community Financial : KBW raises target price to $30 from $28; market perform
* County Bancorp Inc : Maxim raises target price to $30 from $28
* Credit Acceptance : Susquehanna starts with neutral rating; $226 price target
* CRH Medical : Canaccord Genuity raises target price to $7 from $5.50; buy
* CSX Corp : BMO raises target price to $55 from $38
* CSX Corp : BMO raises to outperform from market perform
* CVR Refining : Goldman Sachs raises to neutral from sell - Trader
* CVR Refining LP : Goldman Sachs raises target price to $12 from $7
* Cytosorbents Corp : Maxim Group raises price target to $10 from $8; rating buy
* Deckers Outdoor Corp : Telsey Advisory Group raises target price to $74 from $72
* Dentsply Sirona Inc : Jefferies cuts target price to $68; rating buy
* Diana Shipping Inc : Jefferies raises price target to $3.50; rating hold
* Digital Realty Trust Inc : Barclays cuts target price to $110 from $118
* Dish Network Corp : Morgan Stanley raises to overweight rating
* Douglas Emmett Inc : Barclays cuts target price to $32 from $35
* Dow Chemical Co : Susquehanna raises target price to $68 from $66; positive
* DSP Group Inc : Wunderlich cuts target price to $13 from $14
* DSW Inc : Telsey Advisory Group cuts target price to $24 from $26
* DU Pont : Susquehanna raises target price to $88 from $84; rating positive
* Duke Realty Corp : Barclays cuts target price to $25 from $26
* Dupont Fabros Technology Inc : Barclays cuts target price to $50 from $52
* Equity Residential : Barclays cuts target price to $61 from $66
* Essex Property Trust Inc : Barclays raises target price to $255 from $232
* Essex Property Trust Inc : Barclays raises to overweight from equal weight
* Ferroglobe Plc : B.Riley cuts target price to $14 from $14.25; rating buy
* First Financial Bancorp : KBW raises target price to $27 from $25

 © 2023 Factiva, Inc. All rights reserved.

* Flowserve Corp : Seaport Global Securities raises target price to $60 from $48
* Flowserve Corp : Seaport Global Securities raises to buy from neutral
* FMC Corp : Seaport Global Securities cuts to neutral from accumulate
* Foot Locker Inc : Telsey Advisory Group cuts target price to $85 from $88
* Genco Shipping & Trading Ltd : Jefferies raises price target to $13.00; buy
* General Electric Co : Credit Suisse cuts target price to $34 from $35; outperform
* General Electric Co : UBS cuts target price to $35 from $36
* General Growth Properties Inc : Barclays cuts target price to $25 from $30
* GrubHub Inc : Craig Hallum starts with hold; target price $41
* Halliburton Co : Credit Suisse cuts price target to $60 from $62; outperform
* Halliburton Co : Evercore ISI raises price target to $65 from $60; rating buy
* HB Fuller Co : JP Morgan cuts target price to $47 from $49
* Healthequity : Keybanc Capital Markets starts with overweight rating;target $60
* Hudson Pacific Properties Inc : Barclays cuts target price to $38 from $39
* Humana Inc : Credit Suisse cuts price target to $208 from $222; rating outperform
* Huntsman Corp : UBS raises target price to $24 from $19
* Incyte Corp : Credit Suisse assumes coverage with outperform; $137 target PRICE
* Independence Realty Trust : Deutsche Bank raises target to $8.00 from $7.50
* Independent Bank Corp : KBW raises target price to $72 from $70
* Ionis Pharmaceuticals Inc : Janney cuts fair value to $42 from $49;rating neutral
* Jones Lang LaSalle Inc : Barclays cuts target price to $119 from $125
* Juniper Networks Inc : JP Morgan raises target price to $32 from $28
* Kansas City Southern : Seaport Global Securities cuts from accumulate to neutral
* KBR Inc : Citigroup raises target price to $18 from $16
* Kimco Realty Corp : Barclays cuts target price to $27 from $32
* Kirby Corp : Credit Suisse raises target price to $58 from $51; rating neutral
* Kirby Corp : Jefferies raises price target to $75.00; rating buy
* Kite Realty Group Trust : Barclays cuts target price to $25 from $31
* Kla-Tencor Corp : Deutsche Bank raises target price to $78 from $75
* Lam Research Corp : DA Davidson raises price target to $140 from $125
* Lam Research Corp : Deutsche Bank raises target price to $125 from $115
* Lexington Realty Trust : Barclays cuts target price to $10 from $11
* Lexington Realty Trust : Barclays cuts to underweight from equal weight
* Liberty Global : Morgan Stanley resumes with equal weight rating; $39 target
* Liberty Siriusxm : Morgan Stanley cuts to equal weight rating

 © 2023 Factiva, Inc. All rights reserved.

* Lincoln National Corp : Deutsche Bank raises target price to $69 from $66
* Lonestar Resources US Inc : Johnson Rice starts with buy; target price $7.20
* M&T Bank Corp : JP Morgan raises target price to $180 from $170
* Macerich Co : Barclays cuts target price to $69 from $83
* Mack-Cali Realty Corp : Barclays cuts target price to $27 from $28
* Maiden Holdings Ltd : JMP raises target price to $19 from $18
* Marathon Petroleum Corp : Jefferies cuts target price to $61; rating buy
* Mastec Inc : Citigroup raises target price to $38 from $32
* Matador Resources Co : Raymond James starts with outperform rating; target $31
* McDermott International Inc : Citigroup raises target price to $8 from $6
* Merck & Co Inc : Leerink raises target price to $69 from $65
* Metlife Inc : Deutsche Bank raises target price to $65 from $57
* Metlife Inc : Deutsche Bank raises to buy from hold
* Molson Coors Brewing Co : Credit Suisse initiates coverage with neutral rating
* Molson Coors Brewing Co : Credit Suisse initiates coverage with target price $106
* Motorola Solutions Inc : MKM Partners raises fair value to $75 from $72; neutral
* Natera Inc : Benchmark cuts target price to $16 from $20
* Natera Inc : Benchmark cuts target price to $16 from $20
* Nike Inc : Telsey Advisory Group raises target price to $66 from $65
* NRG Yield Inc : Citigroup raises target price to $20 from $19
* OM Asset Management Plc : Sandler O'Neill resumes with hold; target price $15.50
* Patriot National Inc : JMP cuts target price to $9 from $10
* Pennsylvania REIT : Barclays cuts target price to $16 from $20
* Perrigo Company Plc : Jefferies cuts target price to $70 from $84; rating hold
* Perrigo Company Plc : Leerink cuts price target to $78 from $87; market perform
* Philip Morris International Inc : Barclays cuts target price to $103 from $106
* Piedmont Office Realty Trust Inc : Stifel raises target price to $20.50 from $18
* Piedmont Office Realty Trust Inc : Stifel raises to hold from sell
* PNC Financial Services Group Inc : Instinet raises target price to $121 from $116
* PPG Industries Inc : JP Morgan cuts target price to $105 from $110
* Preferred Bank : FBR raises target price to $65 from $60; rating outperform
* Principal Financial Group Inc : Deutsche Bank raises target price to $58 from $54
* Proassurance Corp : JMP raises target price to $60 from $57
* Procter & Gamble Co : Morgan Stanley raises target to $90 from $88; equal-weight
* Procter & Gamble Co : UBS raises target price to $96 from $94
* Prologis Inc : Barclays cuts target price to $54 from $58
* PTC Inc : Berenberg raises target price to $66 from $50; rating buy
* Public Storage : Barclays cuts target price to $215 from $230
* Qualcomm Inc : Bernstein cuts target price to $65 from $80
* Qualcomm Inc : Instinet cuts target price to $70 from $80
* Qualcomm Inc : Instinet cuts to neutral from buy

 © 2023 Factiva, Inc. All rights reserved.

* Quanta Services Inc : Citigroup raises target price to $37 from $31
* Regions Financial Corp : Bernstein raises target price to $15 from $14
* Regions Financial Corp : Compass Point cuts to neutral from buy
* Regions Financial Corp : Compass Point raises target price to $15 from $14.50
* Reinsurance Group of America : Deutsche Bank ups target price to $127 from $121
* Rockwell Automation Inc : Deutsche Bank raises target price to $173 from $126
* Rockwell Collins Inc : Canaccord Genuity raises target to $90 from $88; hold
* Rockwell Collins Inc : Seaport Global Securities raises to buy from neutral
* Santander Consumer USA : Susquehanna initiates coverage with $14 price target
* Santander Consumer USA : Susquehanna initiates coverage with a neutral rating
* Scana Corp : UBS raises target price to $75 from $73
* Schlumberger NV : Deutsche Bank cuts target price to $101 from $113
* Schlumberger NV : Loop Capital Markets raises target price to $97 from $91
* Schlumberger NV : Susquehanna raises target price to $100 from $96
* Schlumberger NV : UBS raises target price to $105 from $100
* Scorpio Bulkers Inc : Jefferies raises price target to $9.00; rating buy
* Selective Insurance Group Inc : Sandler O'Neill starts with hold; target $44
* Sierra Bancorp : D.A. Davidson raises price target to $29 from $25;rating neutral
* Sierra Bancorp : Sandler O'Neill raises price target by $1 to $28; rating hold
* Sierra Wireless Inc : Raymond James raises target price to $20 from $16
* Sierra Wireless Inc : Raymond James raises to outperform from market perform
* Simon Property Group Inc : Barclays cuts target price to $202 from $247
* Skyworks Solutions Inc : Citigroup raises target price to $68 from $64
* SL Green Realty Corp : Barclays cuts target price to $103 from $107
* Southwestern Energy Co : Barclays raises to equal weight from underweight
* Star Bulk Carriers Corp : Jefferies raises price target to $11.00; rating buy
* State National Companies Inc : JMP raises target price to $16 from $14
* Steven Madden Ltd : Telsey Advisory Group raises target price to $40 from $38
* SunTrust Banks Inc : Bernstein raises target price to $60 from $57
* SunTrust Banks Inc : BMO cuts target price to $63 from $65
* SunTrust Banks Inc : Instinet raises target price to $58 from $56
* SunTrust Banks Inc : Morgan Stanley raises target price to $3.82 from $3.71
* SunTrust Banks Inc : Wedbush raises target price to $58 from $55
* Synchrony Financial : Compass Point raises price target to $42; rating buy
* Synchrony Financial : JMP raises target price to $41 from $37

 © 2023 Factiva, Inc. All rights reserved.

* Synchrony Financial : KBW raises target price to $44 from $40
* Synchrony Financial : Morgan Stanley raises target price to $3.15 from $3.14
* T2 Biosystems Inc : Cantor cuts target price to $7 from $9
* Teekay Corp : Jefferies raises price target to $8.50; rating hold
* Teradyne Inc : Deutsche Bank raises target price to $28.00 from $25
* Teva Pharmaceutical : Credit Suisse cuts target price to $41 from $45;outperform
* Thermo Fisher Scientific Inc : Goldman Sachs cuts target price to $162 from $168
* Thermo Fisher Scientific Inc : Jefferies cuts target price to $160; rating hold
* Tim Participacoes : Morgan Stanley raises price target to $16.40 from $14.90
* Tim Participacoes : Morgan Stanley raises to overweight from equal weight
* Torchmark Corp : Deutsche Bank raises target price to $69 from $60
* Travelport Worldwide Ltd : Morgan Stanley cuts to equal weight from overweight
* UDR Inc : Barclays cuts target price to $35 from $37
* Under Armour Inc : Instinet cuts target price to $27 from $31
* Under Armour Inc : Telsey Advisory Group cuts target price to $34 from $35
* Validus Holdings Ltd : JMP raises target price to $62 from $60
* Varian Medical Systems : RBC raises target price to $93 from $91; sector perform
* Ventas Inc : Deutsche Bank cuts price target to $58 from $60
* Verizon Communications : Wells Fargo cuts to market perform from outperform-Trader
* Vornado Realty Trust : Barclays cuts target price to $101 from $103
* Voya Financial Inc : Deutsche Bank raises target price to $48 from $45
* VWR Corp : Jefferies cuts target price to $31; rating buy
* Wal Mart Stores : Morgan Stanley cuts target price to $70 from $74; equal-weight
* Westamerica Bancorp : BMO cuts price target by $3 to $49
* Williams Companies Inc : Jefferies raises to buy; raises target price to $33
* Williams Partners LP : BMO raises to outperform; target price to $47
* Williams Partners LP : Jefferies raises target price to $42; rating hold
* Wolverine World Wide : Telsey Advisory Group ups target price to $25 from $24
* Workiva Inc : Morgan Stanley cuts target price to $16 from $21
* Workiva Inc : Morgan Stanley cuts to equal weight from overweight
* Xilinx Inc : Deutsche Bank raises target price to $55 from $49
* Yahoo Inc : CFRA Research cuts to hold from buy
* 1st Source Corp : KBW raises target price to $42 from $39

(Compiled by Bengaluru Newsroom)

**RF** Released: 2017-1-26T22:50:36.000Z

**CO** achaog : Achaogen, Inc. | camdpr : Camden Property Trust | ctdiss : Travelport Limited | wreiti : Piedmont Office Realty Trust Inc. | deut : Deutsche Bank AG | qcom : Qualcomm Incorporated | simpo : Simon Property Group Inc | sk : Credit Suisse Group AG | blgrou : The Blackstone Group LP

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **IN** | ibnk : Banking/Credit \| i257 : Pharmaceuticals \| i951 : Health Care/Life Sciences \| ifinal : Financial Services \| i34531 : Semiconductors \| i77001 : Travel Agencies \| i814 : Banking \| i81502 : Trusts/Funds/Financial Vehicles \| i8150206 : Closed-end Funds/Investment Trusts \| i815020602 : Real Estate Investment Trusts \| icre : Real Estate/Construction \| iibnk : Integrated Banks \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iinv : Investing/Securities \| ilea : Leisure/Arts/Hospitality \| iphddd : Drug Discovery/Development \| ireest : Real Estate \| itech : Technology \| itourm : Tourism |
| **NS** | c1521 : Analysts' Comments/Recommendations \| ntab : Tables \| c15 : Financial Performance \| c152 : Earnings Projections \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170123ed1n00b1a |

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

HD **Cynosure soars on deal talk; Qualcomm slumps on Apple suit**

CR AP

WC 244 words

PD 23 January 2017

ET 16:45

SN The Canadian Press

SC CPR

LA English

CY (c) 2017 The Canadian Press. All rights reserved.

LP

NEW YORK _ Stocks that moved substantially or traded heavily Monday:

Kate Spade & Co., up 64 cents to $18.40

TD

Bloomberg News reported that the handbag maker has attracted takeover interest from Coach, Michael Kors and international companies.

Qualcomm Inc., down $8 to $54.88

Apple is suing the maker of semiconductors, one of its major suppliers, for $1 billion in a patent fight.

Sprint Corp., up 25 cents to $9.18

The mobile phone carrier is buying a 33 per cent stake in Tidal, the music streaming service owned by artists including Jay-Z.

Halliburton Co., down $1.65 to $54.80

The oilfield service company warned of weaker demand in markets outside North America and its revenue missed forecasts.

McDonald's Corp., down 88 cents to $121.38

The world's biggest hamburger chain reported a fourth-quarter drop in sales at established U.S. locations.

United Continental Holdings Inc., down $2.49 to $72.75

Six of the airline's flights were cancelled and 200 more were delayed Sunday because of a computer problem.

Cynosure Inc., up $2.90 to $46.75

The maker of medical lasers is considering a sale or other kind of deal, Bloomberg News reported.

Yahoo Inc., up 35 cents to $42.40

The Securities and Exchange Commission is investigating whether two massive data breaches should have been reported sooner to investors, The Wall Street Journal reported.

RF 20170123CPCPB0415

CO bigmac : McDonald's Corporation | hllbt : Halliburton Co | lizc : Kate Spade & Company | qcom : Qualcomm Incorporated | ual : United Continental Holdings, Inc. | cochic : Coach Inc

| | |
|---|---|
| **IN** | i1 : Energy \| i13 : Crude Oil/Natural Gas Upstream Operations \| i1300005 : Support Activities for Oil/Gas \| i34531 : Semiconductors \| i453 : Clothing \| i66 : Hotels/Restaurants \| i661 : Restaurants/Cafes/Fast Food Places \| i6612 : Limited-service Eating Places \| i75 : Airlines \| i7501 : Scheduled Passenger Airlines \| iairtr : Air Transport \| iclt : Clothing/Textiles \| icnp : Consumer Goods \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| ilea : Leisure/Arts/Hospitality \| itech : Technology \| itsp : Transportation/Logistics |
| **NS** | nnam : News Agency Materials \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | B |
| **PUB** | The Canadian Press |
| **AN** | Document CPR0000020170124ed1n0006u |

 © 2023 Factiva, Inc. All rights reserved.

AP

**HD** **Cynosure soars on deal talk; Qualcomm slumps on Apple suit**

**WC** 242 words

**PD** 23 January 2017

**ET** 16:44

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2017. The Associated Press. All Rights Reserved.

**LP**

NEW YORK (AP) — Stocks that moved substantially or traded heavily Monday:

Kate Spade & Co., up 64 cents to $18.40

**TD**

Bloomberg News reported that the handbag maker has attracted takeover interest from Coach, Michael Kors and international companies.

Qualcomm Inc., down $8 to $54.88

Apple is suing the maker of semiconductors, one of its major suppliers, for $1 billion in a patent fight.

Sprint Corp., up 25 cents to $9.18

The mobile phone carrier is buying a 33 percent stake in Tidal, the music streaming service owned by artists including Jay-Z.

Halliburton Co., down $1.65 to $54.80

The oilfield service company warned of weaker demand in markets outside North America and its revenue missed forecasts.

McDonald's Corp., down 88 cents to $121.38

The world's biggest hamburger chain reported a fourth-quarter drop in sales at established U.S. locations.

United Continental Holdings Inc., down $2.49 to $72.75

Six of the airline's flights were canceled and 200 more were delayed Sunday because of a computer problem.

Cynosure Inc., up $2.90 to $46.75

The maker of medical lasers is considering a sale or other kind of deal, Bloomberg News reported.

Yahoo Inc., up 35 cents to $42.40

The Securities and Exchange Commission is investigating whether two massive data breaches should have been reported sooner to investors, The Wall Street Journal reported.

**CO** bigmac : McDonald's Corporation | hllbt : Halliburton Co | lizc : Kate Spade & Company | qcom : Qualcomm Incorporated | ual : United Continental Holdings, Inc. | cochic : Coach Inc

**IN** i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | i1300005 : Support Activities for Oil/Gas | i34531 : Semiconductors | i453 : Clothing | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | i75 : Airlines | i7501 : Scheduled Passenger Airlines | iairtr : Air

Transport | iclt : Clothing/Textiles | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilea : Leisure/Arts/Hospitality | itech : Technology | itsp : Transportation/Logistics

**NS** gcrim : Crime/Legal Action | gcat : Political/General News

**RE** usa : United States | namz : North America

**IPD** Financial Markets

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020170123ed1n00adl

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Cut to Underperform From Buy by CLSA** |
| **WC** | 27 words |
| **PD** | 23 January 2017 |
| **ET** | 10:09 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings<br>(END) Dow Jones Newswires |
| **TD** | 23-01-17 1509GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170123ed1n000cg |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Cut to Neutral From Buy by Nomura** |
| WC | 27 words |
| PD | 23 January 2017 |
| ET | 06:12 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |
| LP | |

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

(END) Dow Jones Newswires

| | |
|---|---|
| TD | |

23-01-17 1112GMT

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020170123ed1n0009u |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Cut to Underperform From Buy by CLSA** |
| **WC** | 32 words |
| **PD** | 23 January 2017 |
| **ET** | 09:28 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings<br><br>(END) Dow Jones Newswires |
| **TD** | January 23, 2017 09:28 ET (14:28 GMT) |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170123ed1n002gq |

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm , Yahoo , Morgan Stanley ,**

**WC** 344 words

**PD** 23 January 2017

**ET** 07:53

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

* Eikon search string for individual stock moves: STXBZ

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

**TD**

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh U.S. stock index futures slipped on Monday as investors around the world sought safe-haven assets such as gold and U.S. Treasuries in response to the protectionist sentiments expressed by President Donald Trump in his inauguration speech.

Dow Jones Industrial Average futures were down 0.11 percent at 19,724, S&P 500 futures were down 0.21 percent at 2,261.25 and Nasdaq 100 futures were down 0.22 percent at 5,047.

** APPLE INC , Friday close $120.00, -0.25 pct premarket

** QUALCOMM INC , Friday close $62.88, -2.91 pct premarket

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** HALLIBURTON CO , Friday close $56.45, -0.80 pct premarket

The world's No. 2 oilfield services provider warned of weakness in markets outside of North America, echoing comments made by larger rival Schlumberger last week.

** YAHOO INC , Friday close $42.05, -0.40 pct premarket

The U.S. Securities and Exchange Commission is investigating a previously disclosed data breach at Yahoo , the company said in a filing.

** JOHNSON & JOHNSON , Friday close $114.15, +0.63 pct premarket

A blow to Actelion 's Opsumit drug in a test is unlikely to have an impact on talks over a strategic deal with Johnson & Johnson , analysts said, as the Swiss drugmaker's shares shook off the news.

** MORGAN STANLEY , Friday close $42.59, -1.39 pct premarket

** CITIGROUP INC , Friday close $56.11, -0.12 pct premarket

Morgan Stanley and Citigroup have identified many of the roles that will need to be moved from Britain following its exit from the European Union , sources involved in the processes told Reuters. (Compiled by Diptendu Lahiri)

**RF** Released: 2017-1-26T12:53:15.000Z

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated \| dwitd : Morgan Stanley |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| i814 : Banking \| i831 : Financial Investments \| i83101 : Investment Banking \| ibnk : Banking/Credit \| ifinal : Financial Services \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iinv : Investing/Securities |
| **NS** | c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Reuters News & Media Inc. |
| **AN** | Document LBA0000020170123ed1n00kg5 |

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 01/20/2017 to 01/23/2017 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 110 |
| Timestamp | 26 May 2023 14:19 |

 © 2023 Factiva, Inc. All rights reserved.

**Appendix 12**

**Qualcomm Incorporated**

DOW JONES

Glancy Prongay & Murray LLP Commences Investigation on Behalf of Qualcomm Incorporated Investors ..................5

IMPORTANT INVESTOR ALERT: Goldberg Law PC Announces an Investigation of QUALCOMM Incorporated and Advises Investors with Losses to Contact the Firm ..................7

*Apple Says It Is Suing Qualcomm Over Licensing Practices ..................9

Apple Sues Qualcomm Over Licensing Practices ..................11

Apple sues Qualcomm for $1 billion; Apple suit claims Qualcomm sought 'onerous' terms in chip deal ..................13

Apple Sues Qualcomm Over Licensing Practices ..................15

Qualcomm Sued by Apple over 'Punishment' Tactics, Say Bloomberg, WSJ ..................17

Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk ..................18

Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk ..................19

Apple Suit Ups Pressure on Qualcomm -- Market Talk ..................22

Apple Suit Ups Pressure on Qualcomm -- Market Talk ..................23

Apple files $1bn lawsuit against Qualcomm ..................26

GE's Elephant in the Room: When Will Immelt Go? -- Market Talk ..................27

Disney ABC/TV Group Names New CFO -- Market Talk ..................30

BRIEF-Apple sues Qualcomm for roughly $1 bln over royalties - CNBC ..................33

News Highlights: Top Company News of the Day ..................34

Apple files $1 billion lawsuit against chip supplier Qualcomm ..................36

Apple sues chipmaker Qualcomm for abusing monopoly ..................37

News Highlights: Top Company News of the Day ..................39

Tech Sector Rises on Economic Outlook -- Technology Roundup ..................41

Apple antitrust suit: Qualcomm overcharged 'billions' ..................42

Apple sues Qualcomm over royalty rebates, other patent issues ..................44

Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk ..................46

Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk ..................47

RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk ..................50

Apple Sues Qualcomm Over Licensing Practices -- Update ..................53

Apple Sues Qualcomm Over Licensing Practices ..................55

Apple Sues Qualcomm Over Licensing Practices -- Update ..................57

Apple sues smartphone chip-maker Qualcomm and claims they were overcharged 'billions' by the monopoly ..................59

Apple Seeks $1 Billion in Withheld Rebate Payments From Qualcomm ..................61

 © 2023 Factiva, Inc. All rights reserved.

Apple: Qualcomm Withheld Rebate Payments After Apple Assisted in Korean Regulatory Case....62

Apple Says It Is Suing Qualcomm Over Licensing Practices....63

Apple Alleges Qualcomm Demanded Onerous Licensing Terms for Smartphone Chips....64

RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk....65

News Highlights: Top Company News of the Day....66

Apple: Suit Against Qualcomm Could Help Profit Margin, Says RBC....68

News Highlights: Top Company News of the Day....69

Morgan Stanley Doesn't Think eBay Ad Campaign Made a Difference -- Market Talk....71

Morgan Says Ebay Needs to Watch Out for Competitors -- Market Talk....74

Apple Adds to Qualcomm’s Troubles, Filing Lawsuit Over Rebates....77

Qualcomm Comments on Apple Complaint....80

Apple Sues Qualcomm Over Licensing Practices -- 2nd Update....82

Apple files $1 billion lawsuit against chip supplier Qualcomm....84

Apple Sues Qualcomm Over Licensing Practices -- 2nd Update....86

Apple antitrust suit: Qualcomm overcharged 'billions'....88

Qualcomm Says Apple ‘Encouraging Regulatory Attacks'....90

UPDATE 4-Apple files $1 billion lawsuit against chip supplier Qualcomm....91

BRIEF-Qualcomm terms Apple's claims on lawsuit "baseless"....93

Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk....94

Apple sues Qualcomm for $1bn for abusing its monopoly position....95

Digest....97

Apple sues Qualcomm over patent royalties, antitrust case....99

Apple Sues Qualcomm Over Chips -- WSJ....100

Apple Sues Qualcomm Over Chips -- WSJ....102

Apple Adds to Qualcomm's Troubles, Filing a Lawsuit Over Rebates....104

DJ QUALCOMM Incorporated, Inst Holders, 4Q 2016 (QCOM)....107

BUSINESS BEAT; Apple lawsuit seeks $1 billion from Qualcomm....109

Factory Mutual Insurance Co. Sells 80,000 Shares of Qualcomm Inc.....111

Apple depicts Qualcomm as a shady monopolist in $1B lawsuit....113

in other news....115

Apple challenges Qualcomm; with $1b suit over royalties; Legal battle in S.D. follows FTC's action over alleged unfair patent licensing....116

Qualcomm Issues Statement On Apple Complaint....118

Apple suing Qualcomm for $1 billion over unfair royalties....119

 © 2023 Factiva, Inc. All rights reserved.

Apple Sues Qualcomm Over Licensing Practices; Apple alleges Qualcomm sought onerous terms for technology; Apple had cooperated in Kore... 121

Apple depicts Qualcomm as a shady monopolist in $1B lawsuit 124

Qualcomm Comments on Apple Complaint 126

Global Equities Roundup: Market Talk 127

Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk 130

Business News: Apple Sues Qualcomm Over Chips --- iPhone maker says component supplier unfairly leveraged its monopoly position 133

Apple files $1-B lawsuit vs chip supplier Qualcomm 135

Apple in $1bn lawsuit 137

Apple's lawsuit tests Qualcomm business model 138

Apple Files $1 Bln Lawsuit Against Qualcomm 141

Apple Sues Qualcomm Over Licensing 143

Apple Hits Qualcomm With Licensing Suit 145

Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk 147

Qualcomm Cut to Neutral From Buy by Nomura 148

Nokia may soon launch a phone with Qualcomm's latest 835 Snapdragon processor 149

Tech Today: Qualcomm's Apple Risk, Apple's iPhone Risk, Twilio, Oracle Prospects 151

Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk 152

Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk 153

Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk 156

QUALCOMM NOTIFICATION: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $250,000 Investing In QUALCOMM, Inc. To Contact The Firm 157

Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk 159

Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk 162

Pay-TV Revenues Grow Despite Cord-cutting -- Market Talk 163

Qualcomm: Instinet Cuts to Hold as NXP Buy Now Faces Delays 166

Qualcomm dives as $1bn Apple lawsuit prompts downgrade 167

Qualcomm Plunges: Bad News When Your Top Customer Sues You, Says Bernstein 169

Qualcomm: Apple Suit May Not Do Much, History Shows, Says Morgan Stanley 170

Apple Takes a Bite Out of Qualcomm -- Heard on the Street 171

QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations 173

Press Release: QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations 175

The Biggest Loser: Qualcomm Tumbles -- Barron's Blog 178

 © 2023 Factiva, Inc. All rights reserved.

The Biggest Loser: Qualcomm Tumbles 13% ........ 180

The Biggest Loser: Qualcomm Tumbles 13% -- Barron's Blog ........ 181

SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims on Behalf of Investors of Qualcomm Incorporated - QCOM ........ 183

5G ‘will benefit entire societies’ ........ 184

Apple Takes a Bite Out of Qualcomm; Timing of lawsuit throws completion of NXP Semiconductors deal into question, along with future royalties ........ 186

BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Halliburton, Marinus Pharma ........ 188

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Glancy Prongay & Murray LLP Commences Investigation on Behalf of Qualcomm Incorporated Investors**

**WC** 273 words

**PD** 20 January 2017

**ET** 10:30

**SN** Business Wire

**SC** BWR

**LA** English

**CY** (c) 2017 Business Wire. All Rights Reserved.

**LP**

LOS ANGELES--(BUSINESS WIRE)--January 20, 2017--
Glancy Prongay & Murray LLP ("GPM") announces an investigation on behalf of Qualcomm Incorporated ("Qualcomm" or the "Company") (NASDAQ: QCOM) investors concerning the Company and its officers' possible violations of federal securities laws.

**TD**

On January 17, 2017, Bloomberg reported that U.S. antitrust officials were preparing a lawsuit against Qualcomm for allegedly utilizing unfair practices and creating a monopoly over the processing chips used in cellphones. The government's allegations allegedly pertain to licensing agreements Qualcomm entered into with Apple, Inc. to exclusively supply chips for Apple, Inc. phones.

On this news, shares of Qualcomm fell over 4% on January 17, 2016.

If you purchased Qualcomm, have information or would like to learn more about these claims, or have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at http://www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com: http://www.businesswire.com/news/home/20170120005108/en/

CONTACT:
Glancy Prongay & Murray LLP, Los Angeles/New York
Lesley Portnoy, 310-201-9150 or 888-773-9224

shareholders@glancylaw.com

www.glancylaw.com

SOURCE:
Glancy Prongay & Murray LLP
Copyright Business Wire 2017

(END)

**CO** gbiagl : Glancy Prongay & Murray LLP | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i835 : Legal Services | ibcs : Business/Consumer Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Business Wire, Inc.

**AN** Document BWR0000020170120ed1k0005u

 © 2023 Factiva, Inc. All rights reserved.

businesswire
A BERKSHIRE HATHAWAY COMPANY

**HD** **IMPORTANT INVESTOR ALERT: Goldberg Law PC Announces an Investigation of QUALCOMM Incorporated and Advises Investors with Losses to Contact the Firm**

**WC** 325 words

**PD** 20 January 2017

**ET** 13:23

**SN** Business Wire

**SC** BWR

**LA** English

**CY** (c) 2017 Business Wire. All Rights Reserved.

**LP**

LOS ANGELES--(BUSINESS WIRE)--January 20, 2017--
Goldberg Law PC, a national shareholder rights litigation firm, announces that it is investigating QUALCOMM Incorporated ("QUALCOMM" or the "Company") (Nasdaq: QCOM) concerning possible violations of federal securities laws.

**TD**

If you purchased or otherwise acquired QUALCOMM shares and would like more information regarding the investigation, we encourage you to click here, or contact Michael Goldberg or Brian Schall, of Goldberg Law PC, 1999 Avenue of the Stars Suite 1100, Los Angeles, CA 90067, at 800-977-7401, to discuss your rights without cost to you. You can also reach us through the firm's website at http://www.Goldberglawpc.com, or by email at info@goldberglawpc.com.

On January 17, 2017, Bloomberg revealed that U.S. antitrust officials were organizing a lawsuit against QUALCOMM for allegedly participating in unfair practices and gaining a monopoly over the processing chips used in cellphones.

These allegations regard licensing agreements between QUALCOMM and Apple, Inc. to solely supply chips for Apple, Inc. phones.

When this information was released to the public, the value of QUALCOMM stock fell sharply, causing investors harm.

If you have any questions concerning your legal rights, please immediately contact Goldberg Law PC at 800-977-7401, or visit our website at http://www.Goldberglawpc.com, or email us at info@goldberglawpc.com.

Goldberg Law PC represents shareholders around the world and specializes in securities class actions and shareholder rights litigation.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com: http://www.businesswire.com/news/home/20170120005523/en/

CONTACT: Goldberg Law PC, Los Angeles
Michael Goldberg, Esq., 800-977-7401

Brian Schall, Esq., 800-977-7401

info@goldberglawpc.com

http://www.Goldberglawpc.com

SOURCE: Goldberg Law PC
Copyright Business Wire 2017

(END)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Business Wire, Inc.

**AN** Document BWR0000020170120ed1k0007s

DOW JONES NEWSWIRES

HD ***Apple Says It Is Suing Qualcomm Over Licensing Practices**

WC 502 words

PD 20 January 2017

ET 15:39

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

20 Jan 2017 15:39 ET *Apple Alleges Qualcomm Demanded Onerous Licensing Terms for Smartphone Chips

20 Jan 2017 15:39 ET *Apple: Qualcomm Withheld Rebate Payments After Apple Assisted in Korean Regulatory Case

TD

20 Jan 2017 15:39 ET *Apple Seeks $1 Billion in Withheld Rebate Payments From Qualcomm

20 Jan 2017 15:41 ET Apple Sues Qualcomm Over Licensing Practices

By Tripp Mickle

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

The suit, which Apple said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices -- a decision Qualcomm also vowed to fight.

Apple's suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

That suit highlighted Qualcomm's dealings with Apple.

Qualcomm said earlier this week that it will fight the FTC's suit, which it says is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

In a statement, Apple said, "We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 15:41 ET (20:41 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k00410

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Apple Sues Qualcomm Over Licensing Practices**

BY By Tripp Mickle
WC 432 words
PD 20 January 2017
ET 15:52
SN Dow Jones Newswires Chinese (English)
SC RTNW
LA English
CY Copyright © 2017, Dow Jones & Company, Inc.

LP

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

The suit, which Apple said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices -- a decision Qualcomm also vowed to fight.

Apple's suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

That suit highlighted Qualcomm's dealings with Apple.

Qualcomm said earlier this week that it will fight the FTC's suit, which it says is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

In a statement, Apple said, "We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

20-01-17 2052GMT

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170120ed1k000jr

 © 2023 Factiva, Inc. All rights reserved.

MarketWatch

**CLM** The Wall Street Journal

**SE** News & Commentary

**HD** **Apple sues Qualcomm for $1 billion; Apple suit claims Qualcomm sought ‘onerous’ terms in chip deal**

**BY** Tripp Mickle

**WC** 338 words

**PD** 20 January 2017

**ET** 15:55

**SN** MarketWatch

**SC** MRKWC

**LA** English

**CY** Copyright 2017 MarketWatch, Inc. All Rights Reserved.

**LP**

Apple suit claims Qualcomm sought ‘onerous’ terms in chip deal

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm’s licensing practices.

**TD**

The suit, which Apple (AAPL, US) said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm (QCOM, US) leveraged its position as a manufacturer of a critical chip used in cellphones to seek “onerous, unreasonable and costly” terms for patents and blocked Apple’s ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple’s participation in an investigation by South Korea’s antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices—a decision Qualcomm also vowed to fight.

According to the Apple complaint, Qualcomm’s terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm “then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm’s release of those payments.”

An expanded version of this report appears on WSJ.com.

Also popular on WSJ.com:

Trump Inaugural Address: ‘It’s going to be America first’

Will Trump’s ‘deliberate chaos’ style work in Washington?

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

| | |
|---|---|
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| ncolu : Columns \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | News & Commentary |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document MRKWC00020170120ed1k004v1 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

HD **Apple Sues Qualcomm Over Licensing Practices**

BY By Tripp Mickle

WC 437 words

PD 20 January 2017

ET 15:56

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

The suit, which Apple said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices -- a decision Qualcomm also vowed to fight.

Apple's suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

That suit highlighted Qualcomm's dealings with Apple.

Qualcomm said earlier this week that it will fight the FTC's suit, which it says is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

In a statement, Apple said, "We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 15:56 ET (20:56 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0041i

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Sued by Apple over 'Punishment' Tactics, Say Bloomberg, WSJ**

Barron's Blogs, 16:04, 20 January 2017, 261 words, (English)

Shares of wireless chip giant Qualcomm (QCOM) are down $1.24, or 2%, at $63.30, after Bloomberg and The Wall Street Journal both reported Apple (AAPL), one of its largest customers, is suing the company for claims including Qualcomm ...

Document WCBBE00020170120ed1k002bd

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk**

**WC** 149 words

**PD** 20 January 2017

**ET** 16:09

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 16:09 ET (21:09 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k00429

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk**

**WC** 1,474 words

**PD** 20 January 2017

**ET** 16:09

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

**TD**

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

15:25 ET - Metals shine so far among commodities in 2017. Both industrial and precious metals sub-indices rise about 6% year to date while the broader S&P GSCI is near flat. Several banks, including Credit Suisse and TD Securities are broadly bullish about several metals for the year. Metals like copper and zinc are benefiting from limited mining capacity and strong demand, especially from China. Gold -- one of the big losers of the fourth quarter -- and other precious metals are getting a boost from their draw as safe havens, ING says. Uncertainty has doubled by some metrics with the election of Donald Trump, Brexit details and US interest-rate policy, ING says. (tim.puko@wsj.com; @timpuko)

14:45 ET - Investors haven't heard much about infrastructure spending from President Trump since his acceptance speech in November, but he hit on the theme during his inauguration, saying "America's

infrastructure has fallen into disrepair and decay," and "We will build new roads and highways and bridges and airports and tunnels and railways all across our wonderful nation." Terry Haines, policy strategist at Evercore, assigns an 80% likelihood that increased infrastructure spending happens by the end of 2017. "A Trump plan will have to be developed by incoming Transportation Secretary Chao in consultation with Congress, which will take some time. It has been years since markets have seen major legislative sausage made. Markets are about to see quite a lot of sausage made all at once." (chris.dieterich@wsj.com)

14:37 ET - A new year isn't bringing much cheer to the generic-drug industry. Endo (ENDP), Impax (IPXL), Teva (TEVA) and Mylan (MYL) are down more steeply than many other drug stocks year-to-date. "Overall, we remain cautious on the group as bearish generic pricing commentary and Teva's recent disappointing guidance update point to a still difficult operating environment," JPMorgan says. Also, the US Justice Department probably isn't finished with its probe of possible price-fixing in the generic industry. Two former Heritage Pharmaceuticals executives pleaded guilty this month in federal court in Philadelphia to charges of conspiring with competitors to fix prices for certain drugs; they await sentencing scheduled for April. The DOJ has said the charges were part of an ongoing investigation of the industry. (peter.loftus@wsj.com; @Loftus)

14:31 ET - US oil and gas drillers are really ramping up onshore, according to a weekly report from Baker Hughes. The number of active oil and gas rigs operating on land surged by 36--the biggest week-over-week increase since August 2011. The jump in activity comes as producers say they will spend more this year. Preliminary capital spending plans from more than a dozen producers show an average 60% spending increase from the group compared to last year. (erin.ailworth@wsj.com; @ailworth)

14:15 ET - Canada's antitrust agency says it will go to court to challenge HarperCollins's practice of selling e-books. Competition Bureau says it's taking this move after it reached an agreement with three publishers--Hachette, Macmillan and Simon & Schuster--and Apple (AAPL) that resolves "its concerns" related to their conduct in the market for e-books. "As no agreement was reached with HarperCollins, I am taking action to address its ongoing restrictions on competition in Canada," bureau head John Pecman said in statement. A spokeswoman for HarperCollins says it's "disappointed" with the bureau's actions because the publisher believes it hasn't violated any law. The firm "will vigorously defend itself against the [bureau's] allegations," she added. News Corp (NWSA) owns HarperCollins as well as WSJ. (paul.vieira@wsj.com; @paulvieira)

14:13 ET - Released shortly after President Trump was sworn in, the Baker Hughes rig count may hold the distinction of being the first economic news under the new administration, and it was a humdinger. It showed one of the sharpest one-week gains in active oil rigs in years. Trump deserves some of the credit, as his promises to reduce energy regulation and lower costs have inspired firms to resume drilling, especially in Texas. But it's not all rosy; more drilling may simply increase the glut that has kept oil prices low in recent years. The Nymex Feb oil contract dipped slightly on the rig report, but remains up 2.5% at $52.53/bbl. (dan.molinski@wsj.com)

14:09 ET - NASA in several years may launch its first manned Orion space capsule, under development by Lockheed Martin (LMT), without fixing a fuel-system design flaw that has been singled out by independent safety experts. The current configuration makes Orion susceptible to a single-point failure that, under extreme circumstances, could result in loss of both spacecraft and crew. But in their latest update, these experts warned the fallout may prompt still another schedule slip in the multibillion-dollar project. They also indicated that pressure to conduct the initial manned mission, currently slated for 2021, could occur before the full-fledged upper stage is flight tested. (andy.pasztor@wsj.com)

14:09 ET - As Donald Trump steps into power at the White House, one law firm's close ties to the president are about to pay dividends. Jones Day will have 12 attorneys serving in the Trump Administration, the firm says. Jones Day, which has more than 2,500 lawyers, is among a handful of big firms that has a tradition of both sending its lawyers to the government and hiring from government ranks. The most prominent of the Jones Day appointments is Donald McGahn, who served as general counsel to President Trump's campaign and will now be White House counsel. Others include William McGinley, deputy assistant to the president and cabinet secretary; Gregory Katsas, deputy counsel to the president; and Noel Francisco, principal deputy solicitor general. (sara.randazzo@wsj.com; @sara_randazzo)

(END) Dow Jones Newswires

January 20, 2017 16:09 ET (21:09 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | surmor : Jones Day

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **IN** | i211 : Metal Ore Mining \| i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| ibasicm : Basic Materials/Resources \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| imet : Mining/Quarrying \| itech : Technology \| i835 : Legal Services \| ibcs : Business/Consumer Services |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| skorea : South Korea \| usca : California \| usdc : Washington DC \| usw : Western U.S. \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America \| uss : Southern U.S. |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170120ed1k003x5 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Suit Ups Pressure on Qualcomm -- Market Talk**

**WC** 148 words

**PD** 20 January 2017

**ET** 16:21

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 16:21 ET (21:21 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0040e

DOW JONES NEWSWIRES

**HD** **Apple Suit Ups Pressure on Qualcomm -- Market Talk**

**WC** 1,441 words
**PD** 20 January 2017
**ET** 16:21
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

**TD**

16:17 ET - As President Donald Trump takes office, nonprofit hospitals await answers on the future of the Affordable Care Act, but that won't stop the sector's merger and acquisition activity, Moody's analysts say. "M&A activity moved at a rapid pace in 2016 and shows no signs of slowing in the year ahead, a credit positive for the industry," Moody's said. Large hospital operators Community Health Systems (CYH) and Quorum Health Corp. (QHC) are looking to divest as they reshuffle their portfolios. Competition and better bargaining power with health insurance companies will continue to drive consolidation across a market that remains fragmented, despite steady dealmaking in recent years, Moody's said. Small hospitals with capital needs will look for bigger buyers willing to invest, the ratings agency said. (melanie.evans@wsj.com)

16:15 ET - AIG's newly announced reinsurance pact with Berkshire Hathaway (BRKB), together with the global property-casualty insurer's guidance for a material 4Q reserve charge, indicates "that the existing reserve deficiency at AIG is larger than people would have thought," Credit Suisse tells clients. There are "some questions about management's timing in putting this deal in place given last year's $3.8b 4Q charge." Still, AIG's new reinsurance arrangement "likely puts to rest the single greatest uncertainty around the stock.... [AIG's] "deck is finally cleared reserve wise." But investors will have to wait until 4Q earnings for a greater level of detail on the deal, it also notes. (leslie.scism@wsj.com)

16:11 ET - Joaquin "El Chapo" Guzman, the Mexican drug lord who evaded US authorities for years and built a billion-dollar narcotics empire, made his first appearance in a US courtroom, pleading not guilty to the 17 criminal charges against him. Guzman, who successfully escaped twice from maximum-security prisons in Mexico, was extradited to the US late Thursday. His arrival came as a surprise to many, even to US officials, who said they didn't know he was coming until the day of the extradition. (Nicole.hong@wsj.com)

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

15:25 ET - Metals shine so far among commodities in 2017. Both industrial and precious metals sub-indices rise about 6% year to date while the broader S&P GSCI is near flat. Several banks, including Credit Suisse and TD Securities are broadly bullish about several metals for the year. Metals like copper and zinc are benefiting from limited mining capacity and strong demand, especially from China. Gold -- one of the big losers of the fourth quarter -- and other precious metals are getting a boost from their draw as safe havens, ING says. Uncertainty has doubled by some metrics with the election of Donald Trump, Brexit details and US interest-rate policy, ING says. (tim.puko@wsj.com; @timpuko)

14:45 ET - Investors haven't heard much about infrastructure spending from President Trump since his acceptance speech in November, but he hit on the theme during his inauguration, saying "America's infrastructure has fallen into disrepair and decay," and "We will build new roads and highways and bridges and airports and tunnels and railways all across our wonderful nation." Terry Haines, policy strategist at Evercore, assigns an 80% likelihood that increased infrastructure spending happens by the end of 2017. "A Trump plan will have to be developed by incoming Transportation Secretary Chao in consultation with Congress, which will take some time. It has been years since markets have seen major legislative sausage made. Markets are about to see quite a lot of sausage made all at once." (chris.dieterich@wsj.com)

14:37 ET - A new year isn't bringing much cheer to the generic-drug industry. Endo (ENDP), Impax (IPXL), Teva (TEVA) and Mylan (MYL) are down more steeply than many other drug stocks year-to-date. "Overall, we remain cautious on the group as bearish generic pricing commentary and Teva's recent disappointing guidance update point to a still difficult operating environment," JPMorgan says. Also, the US Justice Department probably isn't finished with its probe of possible price-fixing in the generic industry. Two former Heritage Pharmaceuticals executives pleaded guilty this month in federal court in Philadelphia to charges of conspiring with competitors to fix prices for certain drugs; they await sentencing scheduled for April. The DOJ has said the charges were part of an ongoing investigation of the industry. (peter.loftus@wsj.com; @Loftus)

14:31 ET - US oil and gas drillers are really ramping up onshore, according to a weekly report from Baker Hughes. The number of active oil and gas rigs operating on land surged by 36--the biggest week-over-week increase since August 2011. The jump in activity comes as producers say they will spend more this year. Preliminary capital spending plans from more than a dozen producers show an average 60% spending increase from the group compared to last year. (erin.ailworth@wsj.com; @ailworth)

(END) Dow Jones Newswires

January 20, 2017 16:21 ET (21:21 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | ismart : Smartphones | i951 : Health Care/Life Sciences | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec :

 © 2023 Factiva, Inc. All rights reserved.

Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | m11 : Equity Markets | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | mcat : Commodity/Financial Market News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** china : China | skorea : South Korea | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k00437

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **Apple files $1bn lawsuit against Qualcomm**

**BY** Hannah Kuchler

**WC** 213 words

**PD** 20 January 2017

**ET** 16:31

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Apple has filed a $1bn lawsuit against Qualcomm accusing the chipmaker of abusing a monopoly position, after the US and South Korean regulators argued it used its dominance at the expense of handset makers.

Shares in Qualcomm fell 2.4 per cent to $62.88 just before the close when the lawsuit was published, the first direct challenge by one of Qualcomm's major customers, reports Hannah Kuchler in San Francisco.

**TD**

It follows a lawsuit by the US Federal Trade Commission earlier in the week, and a $890m fine from the South Korean regulators late last year.

Apple is demanding a payment of $1bn it believes are due as a rebate for licensing fees – and claiming that the chipmaker is holding back the money as punishment for Apple's contribution to the South Korean investigation.

"Qualcomm built its business on older, legacy, standards but reinforces its dominance through exclusionary tactics and excessive royalties," Apple said in a statement.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined."

Qualcomm did not respond to a request for comment.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170120ed1k00bhx

DOW JONES NEWSWIRES

**HD** **GE's Elephant in the Room: When Will Immelt Go? -- Market Talk**

**WC** 1,450 words

**PD** 20 January 2017

**ET** 16:32

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:32 ET - Could this be the last year of Jeff Immelt's tenure as CEO of GE? Analysts from Barclays think it's possible. The timing of Immelt's eventual departure is "the elephant in the room" at the company, longtime GE analyst Scott Davis says after the company reported 4Q earnings. Immelt has led GE since 2001, but has given no public indication he plans to step down. Davis thinks retirement is "likely" at the end of 2017 or in 2018, and that possible candidates to succeed him will be trying to drive big financial results. "The winning prize is pretty big," he writes, "but for those who 'lose,' assuming they executed well, they normally get CEO nods at other big companies. Those who've lost by failing have seen harsher treatment--no career advancement within GE and a lack of interest elsewhere. Interesting incentive to execute." (ted.mann@wsj.com)

**TD**

16:28 ET - Apple (AAPL) says in its lawsuit against Qualcomm (QCOM) that the chip-maker's business practices deterred it from switching to chips made by competitors. That changed last year when it introduced Intel (INTC) chips into a portion of its iPhone 7. Apple says QCOM is "actively engaging with network carriers in the United States, attempting to persuade them not to support or sell Apple devices with Intel chipsets." (tripp.mickle@wsj.com)

16:27 ET - Megan Ellison, the independent film producer who has been a potent source of financing for award-winning movies released by other studios, is expanding her company to include distribution and marketing services. Her Annapurna Pictures' first release will be director Kathryn Bigelow's untitled project about the 1967 Detroit riots, which will hit theaters Aug 4. Previous, Annapurna produced and financed movies released by other studios, like Sony Pictures' "Zero Dark Thirty" and A24's recent "20th Century Women." Annapurna's expansion makes it more of a competitor to other studios in Hollywood and less of a partner. Ms. Ellison, the daughter of billionaire Oracle co-founder Larry Ellison, has focused exclusively on prestige films from respected directors and eschewed big budget franchise movies. (ben.fritz@wsj.com; @benfritz)

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

16:17 ET - As President Donald Trump takes office, nonprofit hospitals await answers on the future of the Affordable Care Act, but that won't stop the sector's merger and acquisition activity, Moody's analysts say. "M&A activity moved at a rapid pace in 2016 and shows no signs of slowing in the year ahead, a credit positive for the industry," Moody's said. Large hospital operators Community Health Systems (CYH) and Quorum Health Corp. (QHC) are looking to divest as they reshuffle their portfolios. Competition and better bargaining power with health insurance companies will continue to drive consolidation across a market that

remains fragmented, despite steady dealmaking in recent years, Moody's said. Small hospitals with capital needs will look for bigger buyers willing to invest, the ratings agency said. (melanie.evans@wsj.com)

16:15 ET - AIG's newly announced reinsurance pact with Berkshire Hathaway (BRKB), together with the global property-casualty insurer's guidance for a material 4Q reserve charge, indicates "that the existing reserve deficiency at AIG is larger than people would have thought," Credit Suisse tells clients. There are "some questions about management's timing in putting this deal in place given last year's $3.8b 4Q charge." Still, AIG's new reinsurance arrangement "likely puts to rest the single greatest uncertainty around the stock.... [AIG's] "deck is finally cleared reserve wise." But investors will have to wait until 4Q earnings for a greater level of detail on the deal, it also notes. (leslie.scism@wsj.com)

16:11 ET - Joaquin "El Chapo" Guzman, the Mexican drug lord who evaded US authorities for years and built a billion-dollar narcotics empire, made his first appearance in a US courtroom, pleading not guilty to the 17 criminal charges against him. Guzman, who successfully escaped twice from maximum-security prisons in Mexico, was extradited to the US late Thursday. His arrival came as a surprise to many, even to US officials, who said they didn't know he was coming until the day of the extradition. (Nicole.hong@wsj.com)

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

15:25 ET - Metals shine so far among commodities in 2017. Both industrial and precious metals sub-indices rise about 6% year to date while the broader S&P GSCI is near flat. Several banks, including Credit Suisse and TD Securities are broadly bullish about several metals for the year. Metals like copper and zinc are benefiting from limited mining capacity and strong demand, especially from China. Gold -- one of the big losers of the fourth quarter -- and other precious metals are getting a boost from their draw as safe havens, ING says. Uncertainty has doubled by some metrics with the election of Donald Trump, Brexit details and US interest-rate policy, ING says. (tim.puko@wsj.com; @timpuko)

(END) Dow Jones Newswires

January 20, 2017 16:32 ET (21:32 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

 © 2023 Factiva, Inc. All rights reserved.

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c151 : Earnings | c1521 : Analysts' Comments/Recommendations | c411 : Management Moves | gvote1 : National/Presidential Elections | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c11 : Plans/Strategy | cslmc : Senior Level Management | c15 : Financial Performance | c152 : Earnings Projections | c41 : Management | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | gvote : Elections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usct : Connecticut | namz : North America | use : Northeast U.S. | usnew : New England

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0046z

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Disney ABC/TV Group Names New CFO -- Market Talk**

**WC** 1,420 words

**PD** 20 January 2017

**ET** 16:37

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:37 ET - Veteran Disney (DIS) executive Robert Langer has been named chief financial officer of the Disney/ABC Television Group, the second major hire at the unit in the last three months. Langer most recently oversaw DIS operations in Germany, Switzerland and Austria. At the Disney/ABC Television Group he succeeds Peter Seymour who left the company after 20 years last November, soon after Bruce Rosenblum was named president of business operations for the unit. Langer reports to Ben Sherwood, president of the Disney/ABC Television Group. (Joe.Flint@WSJ.com)

**TD**

16:32 ET - Could this be the last year of Jeff Immelt's tenure as CEO of GE? Analysts from Barclays think it's possible. The timing of Immelt's eventual departure is "the elephant in the room" at the company, longtime GE analyst Scott Davis says after the company reported 4Q earnings. Immelt has led GE since 2001, but has given no public indication he plans to step down. Davis thinks retirement is "likely" at the end of 2017 or in 2018, and that possible candidates to succeed him will be trying to drive big financial results. "The winning prize is pretty big," he writes, "but for those who 'lose,' assuming they executed well, they normally get CEO nods at other big companies. Those who've lost by failing have seen harsher treatment--no career advancement within GE and a lack of interest elsewhere. Interesting incentive to execute." (ted.mann@wsj.com)

16:28 ET - Apple (AAPL) says in its lawsuit against Qualcomm (QCOM) that the chip-maker's business practices deterred it from switching to chips made by competitors. That changed last year when it introduced Intel (INTC) chips into a portion of its iPhone 7. Apple says QCOM is "actively engaging with network carriers in the United States, attempting to persuade them not to support or sell Apple devices with Intel chipsets." (tripp.mickle@wsj.com)

16:27 ET - Megan Ellison, the independent film producer who has been a potent source of financing for award-winning movies released by other studios, is expanding her company to include distribution and marketing services. Her Annapurna Pictures' first release will be director Kathryn Bigelow's untitled project about the 1967 Detroit riots, which will hit theaters Aug 4. Previous, Annapurna produced and financed movies released by other studios, like Sony Pictures' "Zero Dark Thirty" and A24's recent "20th Century Women." Annapurna's expansion makes it more of a competitor to other studios in Hollywood and less of a partner. Ms. Ellison, the daughter of billionaire Oracle co-founder Larry Ellison, has focused exclusively on prestige films from respected directors and eschewed big budget franchise movies. (ben.fritz@wsj.com; @benfritz)

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

16:17 ET - As President Donald Trump takes office, nonprofit hospitals await answers on the future of the Affordable Care Act, but that won't stop the sector's merger and acquisition activity, Moody's analysts say. "M&A activity moved at a rapid pace in 2016 and shows no signs of slowing in the year ahead, a credit positive for the industry," Moody's said. Large hospital operators Community Health Systems (CYH) and Quorum Health Corp. (QHC) are looking to divest as they reshuffle their portfolios. Competition and better bargaining power with health insurance companies will continue to drive consolidation across a market that remains fragmented, despite steady dealmaking in recent years, Moody's said. Small hospitals with capital needs will look for bigger buyers willing to invest, the ratings agency said. (melanie.evans@wsj.com)

16:15 ET - AIG's newly announced reinsurance pact with Berkshire Hathaway (BRKB), together with the global property-casualty insurer's guidance for a material 4Q reserve charge, indicates "that the existing reserve deficiency at AIG is larger than people would have thought," Credit Suisse tells clients. There are "some questions about management's timing in putting this deal in place given last year's $3.8b 4Q charge." Still, AIG's new reinsurance arrangement "likely puts to rest the single greatest uncertainty around the stock.... [AIG's] "deck is finally cleared reserve wise." But investors will have to wait until 4Q earnings for a greater level of detail on the deal, it also notes. (leslie.scism@wsj.com)

16:11 ET - Joaquin "El Chapo" Guzman, the Mexican drug lord who evaded US authorities for years and built a billion-dollar narcotics empire, made his first appearance in a US courtroom, pleading not guilty to the 17 criminal charges against him. Guzman, who successfully escaped twice from maximum-security prisons in Mexico, was extradited to the US late Thursday. His arrival came as a surprise to many, even to US officials, who said they didn't know he was coming until the day of the extradition. (Nicole.hong@wsj.com)

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

(END) Dow Jones Newswires

January 20, 2017 16:37 ET (21:37 GMT)

**CO** dsnyw : The Walt Disney Company | qcom : Qualcomm Incorporated | cccom : ABC Inc

**IN** i34531 : Semiconductors | i97411 : Broadcasting | i9741102 : Television Broadcasting | i9741109 : Cable Broadcasting | iindele : Industrial Electronics | iindstrls : Industrial Goods | imed : Media/Entertainment | itech : Technology

 © 2023 Factiva, Inc. All rights reserved.

**NS** c411 : Management Moves | cslmc : Senior Level Management | gnwktv : Network Television | gpol : Domestic Politics | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c41 : Management | ccat : Corporate/Industrial News | gcat : Political/General News | gent : Arts/Entertainment | gpir : Politics/International Relations | gtvrad : Television/Radio | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** eurz : Europe | gfr : Germany | switz : Switzerland | usca : California | usw : Western U.S. | dach : DACH Countries | eecz : European Union Countries | namz : North America | usa : United States | weurz : Western Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0047g

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| HD | **BRIEF-Apple sues Qualcomm for roughly $1 bln over royalties - CNBC** |
| WC | 39 words |
| PD | 20 January 2017 |
| ET | 15:45 |
| SN | Reuters News |
| SC | LBA |
| LA | English |
| CY | Copyright 2017 Thomson Reuters. All Rights Reserved. |
| LP | |

Jan 20 (Reuters) -

* Apple sues Qualcomm for roughly $1 billion over royalties - CNBC Source text : http://cnb.cx/2jy3p8P Further company coverage:

| | |
|---|---|
| RF | Released: 2017-1-20T21:45:42.000Z |
| CO | qcom : Qualcomm Incorporated |
| IN | i3454 : Personal Electronics \| icomp : Computing \| i3302 : Computers/Consumer Electronics \| ielec : Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| NS | c41 : Management \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | usa : United States \| namz : North America |
| IPD | Business |
| IPC | SERVICE:ABN |
| PUB | Thomson Reuters (Markets) LLC |
| AN | Document LBA0000020170120ed1k015z5 |



PX32

Page 2743

DOW JONES NEWSWIRES

**HD** **News Highlights: Top Company News of the Day**

**WC** 450 words

**PD** 20 January 2017

**ET** 17:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Goldman Trims Stock-Pay for Some Senior Executives

Goldman Sachs cut stock awards for senior executives in 2016 after revenue fell, but didn't disclose compensation for CEO Lloyd Blankfein or several of his top deputies.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

Ford Sees Remeasurement Loss of About $3 Billion

Ford Motor Co. said it plans to take a $3 billion pre-tax charge against its fourth-quarter earnings related to its pension and retiree-benefit plans, following a change in its pension accounting the company made a year ago.

(END) Dow Jones Newswires

January 20, 2017 17:00 ET (22:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0048s

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **Apple files $1 billion lawsuit against chip supplier Qualcomm** |
| **WC** | 109 words |
| **PD** | 20 January 2017 |
| **ET** | 16:10 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |
| **LP** | |

Jan 20 (WASHINGTON) - Apple Inc filed a $1 billion lawsuit against supplier Qualcomm Inc on Friday, following a U.S. government lawsuit which accused the chip maker of using anti-competitive tactics to maintain its monopoly of a key semiconductor used in mobile phones.

In the lawsuit, Apple accused Qualcomm of overcharging for its chips and for refusing to pay some $1 billion in promised rebates for chip purchases. Apple said in its complaint that Qualcomm withheld the rebates because of Apple's discussions with South Korea's antitrust regulator. (Editing by Alan Crosby)

| | |
|---|---|
| **RF** | Released: 2017-1-20T22:10:00.000Z |
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| c41 : Management \| ccat : Corporate/Industrial News \| gpol : Domestic Politics \| gcat : Political/General News \| gpir : Politics/International Relations \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170120ed1k016ft |

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Apple sues chipmaker Qualcomm for abusing monopoly**

**WC** 380 words

**PD** 20 January 2017

**ET** 17:14

**SN** Agence France Presse

**SC** AFPR

**LA** English

**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Apple on Friday sued Qualcomm, accusing the California chipmaker of abusing its market power to demand unfair royalties, echoing charges filed days earlier by US antitrust regulators.

Apple said in the court filing that it has been overcharged "billions of dollars" by its chipmaking partner's "illegal scheme."

**TD**

Apple also claimed Qualcomm owes it a billion dollars but is refusing to pay in retaliation for the iPhone maker's cooperating with South Korean antitrust regulators looking into the chip maker's actions in that country.

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with," Apple said in an email statement.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

The suit charges Qualcomm of building a business model on using its rights to older, legacy technology considered telecommunication industry standards to jack up royalties when Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said.

Apple noted in the suit that Qualcomm's business practices have come under scrutiny by antitrust regulators in an array of countries for selling its smartphone chipsets only to makers agreeing to its "preferred license terms" for essential mobile telecom patents.

Apple asked for a jury trial, and for damages including Qualcomm paying the company what it owes plus giving up excessive royalties it has raked in.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple filing came three days after the US Federal Trade Commission filed suit in federal court in California claiming Qualcomm abused its market power in as part of its "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

gc/rl

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| gcrim : Crime/Legal Action \| ccat : Corporate/Industrial News \| gcat : Political/General News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | namz : North America \| usa : United States |
| **IPD** | US |
| **PUB** | Agence France-Presse |
| **AN** | Document AFPR000020170120ed1k00iir |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **News Highlights: Top Company News of the Day**

WC 450 words

PD 20 January 2017

ET 17:15

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

TD

Goldman Trims Stock-Pay for Some Senior Executives

Goldman Sachs cut stock awards for senior executives in 2016 after revenue fell, but didn't disclose compensation for CEO Lloyd Blankfein or several of his top deputies.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

Ford Sees Remeasurement Loss of About $3 Billion

Ford Motor Co. said it plans to take a $3 billion pre-tax charge against its fourth-quarter earnings related to its pension and retiree-benefit plans, following a change in its pension accounting the company made a year ago.

(END) Dow Jones Newswires

January 20, 2017 17:15 ET (22:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004ho

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Tech Sector Rises on Economic Outlook -- Technology Roundup**

**WC** 126 words

**PD** 20 January 2017

**ET** 17:28

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Shares of tech companies rose amid optimism about the outlook for economic growth.

Apple filed suit against chip designer Qualcomm, alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Highway safety regulators closed a probe of Tesla Motors' Autopilot system without seeking a recall or other action against the Silicon Valley auto maker after a six-month investigation failed to uncover a defect in the semi-automated technology in use during a fatal crash last year.

-By Rob Curran, rob.curran@dowjones.com

(END) Dow Jones Newswires

January 20, 2017 17:28 ET (22:28 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | ncmac : Commodities Asset Class News | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ecat : Economic News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004id

HD **Apple antitrust suit: Qualcomm overcharged 'billions'**

BY Glenn CHAPMAN

WC 577 words

PD 20 January 2017

ET 17:51

SN Agence France Presse

SC AFPR

LA English

CY Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

LP

Apple on Friday sued Qualcomm, accusing the California chipmaker of abusing its market power to demand unfair royalties, echoing charges filed days earlier by US antitrust regulators.

Apple said in the court filing that it has been overcharged "billions of dollars" by its chipmaking partner's "illegal scheme."

TD

Apple also claimed Qualcomm owes it a billion dollars but is refusing to pay in retaliation for the iPhone maker's cooperating with South Korean antitrust regulators looking into the chipmaker's actions in that country.

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with," Apple said in an email statement.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

The suit charges Qualcomm of building a business model on using its rights to older, legacy technology considered telecommunication industry standards to raise royalties when Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said.

Apple noted in the suit that Qualcomm's business practices have come under scrutiny by antitrust regulators in an array of countries for selling its smartphone chipsets only to makers agreeing to its "preferred license terms" for essential mobile telecom patents.

Apple asked for a jury trial, and for damages including Qualcomm paying the company what it owes plus giving up excessive royalties it has raked in.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple filing came three days after the US Federal Trade Commission filed suit in federal court in California claiming Qualcomm abused its market power in as part of its "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

South Korea's anti-trust watchdog last month slapped Qualcomm with a record fine exceeding $850 million for abusing its dominant market position as a maker of baseband chipsets used in mobile phones.

Apple relies on Qualcomm for chip-based modems that enable iPhones and iPads to communicate with telecommunication networks.

Apple undoubtedly knows of the antitrust tide rising against Qualcomm and would like to help provide room for rival chipmakers to flourish, perhaps letting Intel improve its position, according to analyst Patrick Moorhead of Moor Insight and Strategies.

"I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm," Moorhead said, referring to the mobile device modems.

"Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this."

While the legal case alleges exclusionary contracts and the idea of being overcharged for licensing, it may well be powered by Apple wanting to ramp up competition to Qualcomm so it can negotiate better deals, the analyst said.

Modem chips are separate from processors that act as the brains or graphics engines for mobile devices.

gc/rl

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** Lead

**PUB** Agence France-Presse

**AN** Document AFPR000020170120ed1k00ir1

 © 2023 Factiva, Inc. All rights reserved.

The Washington Post

SE National-Economy

HD **Apple sues Qualcomm over royalty rebates, other patent issues**

WC 696 words

PD 20 January 2017

SN Washington Post.com

SC WPCOM

LA English

CY Copyright 2017, The Washington Post Co. All Rights Reserved.

LP

Apple seeks $1 billion from Qualcomm

Apple filed a lawsuit Friday accusing Qualcomm of monopolizing the market for computer chips for wireless devices and of withholding $1 billion in retaliation for Apple's cooperation with antitrust authorities in South Korea.

TD

Qualcomm has been under fire from regulators around the world for its patent licensing practices. Apple's lawsuit is the first direct challenge by one of Qualcomm's biggest customers.

In December, South Korea fined the company $890 million and described its practices as monopolistic. Qualcomm has said it will appeal the decision.

Under an agreement with Qualcomm, Apple said it was forced to refrain from taking any steps to challenge Qualcomm's business model.

When Apple complied with demands from Korean regulators, Qualcomm said that was a violation of the agreement.

In retaliation, Qualcomm withheld money that it was to pay Apple in royalty rebates, the iPhone maker said.

Apple is demanding that the chipmaker hand over the money.

The suit also challenges the validity of some Qualcomm patents for wireless technologies. Apple is asking the court to rule that, if the patents are upheld, the royalty amount is significantly lower than what Qualcomm charges now.

— Bloomberg News

New Mexico suing Takata, automakers

New Mexico Attorney General Hector Balderas filed a lawsuit Friday against Japanese manufacturer Takata and a list of automakers over the sale of cars with dangerous air bag inflaters.

The attorney general's office argues that the manufacturers had a duty to ensure their products were safe. Concealment of defects in the air bags amounted to unfair, deceptive and unconscionable trade practices under New Mexico law, the suit says.

Takata already has agreed to pay $1 billion in fines and restitution in a plea deal with the federal Justice Department over a years-long scheme to conceal the deadly defect in its inflaters. It also faces other litigation.

A Takata spokesman declined to comment Friday.

New Mexico's case also targets numerous automakers that used the faulty bags in their vehicles.

The state is seeking civil penalties for each defective air bag that entered the New Mexico market and penalties for each day the manufacturers misrepresented the safety of their products. State prosecutors also are seeking a jury trial.

Takata inflaters can explode with too much force, spewing shrapnel at passengers. At least 27 people have died because of the defect.

— Associated Press

• Puerto Rican Gov. Ricardo Rossello is criticizing orders from a federal control board in the first clash over how best to tackle the island's deep economic crisis. Rossello said Friday that the board's demands are unacceptable and differ greatly from his vision to promote economic growth. On Wednesday, the control board ordered the administration to present a plan that would generate $4.5 billion a year in revenue or savings through 2019. Officials said Puerto Rico should reform its tax system, reduce health-care and higher education spending, and cut as the size of its government.

• AT&T signed up new pay-TV customers for the first time in seven quarters, thanks to its new live online video service. DirecTV Now, which targets consumers who don't subscribe to traditional TV, helped woo at least 200,000 video subscribers in the fourth quarter and offset a loss of satellite-TV customers, according to a filing Friday of preliminary results. The gain reflects a promotional offer of $35 a month for 100-plus channels. AT&T introduced DirecTV Now in November and now charges $60 a month for a similar number of channels.

• The ride-hailing company Uber has hired the man behind Google search to help grow its self-driving car program. Amit Singhal announced on his blog Friday that he will join Uber after 15 years at Alphabet, where he led Google's search division. He will be senior vice president of engineering and act as an adviser to chief executive Travis Kalanick and Anthony Levandowski, head of Uber's self-driving efforts. Singhal called Uber "a geek's candy store" and said he was excited by the engineering challenges it is tackling.

— From news services

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | nnam : News Agency Materials | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usdc : Washington DC | namz : North America | usa : United States | uss : Southern U.S.

**IPD** business

**PUB** Washington Post

**AN** Document WPCOM00020170120ed1k007vd

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk**

**WC** 155 words

**PD** 20 January 2017

**ET** 18:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 18:16 ET (23:16 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | cscm : Supply Chain | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004pi

DOW JONES NEWSWIRES

**HD** **Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk**

**WC** 1,523 words

**PD** 20 January 2017

**ET** 18:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

**TD**

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

17:12 ET - The prospect of more consumer spending and higher inflation should reverse negative sentiment toward the A-mall industry this year, says BTIG Research. Some REITs that own high-quality malls with strong sales productivity are currently priced at large discounts to their net asset value per share estimates and offer the most upside if sentiment shifts. Retail property landlords have been hit by retailer bankruptcies and store closures, with the lower-end malls struggling the most. REITs managing the country's top regional malls say they are unfairly tarred with the same brush. Occupancy rates are high at the malls managed by Simon Property (SPG), Taubman Centers (TCO) and Macerich (MAC) and there is virtually no new supply, BTIG added. (esther.fung@wsj.com; @estherfung)

16:58 ET - Akamai Technologies (AKAM) says streaming of the US presidential inauguration on its network peaked at a record 8.7 terabits per second, another sign of internet video's gains against traditional TV. That compares with 7.3 Tbps during last year's Euro Cup soccer tournament and a smaller 1.1 Tbps for the 2009 inauguration, when online video was still getting its legs and the iPhone was two years old. AKAM, which delivers online content for most big media companies, said its feed went to 4.6M viewers at one point Friday. That's a large total, though growing viewership has been tempered in recent years by price-cutting competition among streaming video companies. After swooning early last year, AKAM is up 50% over the past 12 months. (andrew.fitzgerald@wsj.com; @drewfitzgerald)

16:51 ET - A 19.3M barrel increase in US gasoline stockpiles over the last three weeks is "disturbingly familiar," recalling the beginning of last year, Jefferies analysts say. The big increase in gasoline supplies echoes late 2015 and early 2016 when better profit margins nudged refiners to make more gasoline than diesel. But much of that gasoline output ended up in storage tanks, which led to a glut that weighed on refiners' margins and let them at times to cut back on the amount of crude oil they bought. But consumers made out well--prices at the pump fell to 12-year lows in some places last year. One big difference from last year is exports--fuel sales abroad averaged 1M barrels a day over the last four weeks, more than double a year ago, the analysts say. (alison.sider@wsj.com; @alyrose)

16:51 ET - Even with a repeal of the Affordable Care Act, commercial health insurance companies' use of incentives for hospitals to closely manage healthcare quality and cost are "well underway," Moody's Investors Service said. Expect hospital companies including HCA Holdings Inc. (HCA) to respond with continued investment in "alternative" locations for care, such as ambulatory surgery centers, urgent care clinics and freestanding emergency rooms, Moody's said. Tenet Healthcare (THC) is "unique" with its joint venture in United Surgical Partners International, the analysts added, which expands the company's reach beyond its hospital markets. (melanie.evans@wsj.com)

(END) Dow Jones Newswires

January 20, 2017 18:16 ET (23:16 GMT)

 © 2023 Factiva, Inc. All rights reserved.

**CO** qcom : Qualcomm Incorporated | sbcatt : AT&T Inc

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004kf

DOW JONES NEWSWIRES

**HD** **RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk**

**WC** 1,499 words

**PD** 20 January 2017

**ET** 18:42

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

**TD**

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter

preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

17:12 ET - The prospect of more consumer spending and higher inflation should reverse negative sentiment toward the A-mall industry this year, says BTIG Research. Some REITs that own high-quality malls with strong sales productivity are currently priced at large discounts to their net asset value per share estimates and offer the most upside if sentiment shifts. Retail property landlords have been hit by retailer bankruptcies and store closures, with the lower-end malls struggling the most. REITs managing the country's top regional malls say they are unfairly tarred with the same brush. Occupancy rates are high at the malls managed by Simon Property (SPG), Taubman Centers (TCO) and Macerich (MAC) and there is virtually no new supply, BTIG added. (esther.fung@wsj.com; @estherfung)

16:58 ET - Akamai Technologies (AKAM) says streaming of the US presidential inauguration on its network peaked at a record 8.7 terabits per second, another sign of internet video's gains against traditional TV. That compares with 7.3 Tbps during last year's Euro Cup soccer tournament and a smaller 1.1 Tbps for the 2009 inauguration, when online video was still getting its legs and the iPhone was two years old. AKAM, which delivers online content for most big media companies, said its feed went to 4.6M viewers at one point Friday. That's a large total, though growing viewership has been tempered in recent years by price-cutting competition among streaming video companies. After swooning early last year, AKAM is up 50% over the past 12 months. (andrew.fitzgerald@wsj.com; @drewfitzgerald)

(END) Dow Jones Newswires

January 20, 2017 18:42 ET (23:42 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | royca : Royal Bank of Canada | wesah : RBC Capital Markets Corporation

 © 2023 Factiva, Inc. All rights reserved.

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i814 : Banking | i831 : Financial Investments | i83101 : Investment Banking | ibnk : Banking/Credit | ifinal : Financial Services | iibnk : Integrated Banks | iinv : Investing/Securities

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004kt

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Sues Qualcomm Over Licensing Practices -- Update** |
| **BY** | By Tripp Mickle |
| **WC** | 790 words |
| **PD** | 20 January 2017 |
| **ET** | 18:23 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the latest fiscal year.

Qualcomm didn't immediately respond to a request for comment Friday. It said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to according to investment bank CLSA, accounting for three-fourths of Apple's $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in

the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says that Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 18:23 ET (23:23 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004n8

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices**

**WC** 826 words

**PD** 20 January 2017

**ET** 15:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek “onerous, unreasonable and costly” terms for patents, and that Qualcomm blocked Apple’s ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple’s participation in an investigation by South Korea’s antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices—a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm “after years of disagreement over what constitutes a fair and reasonable royalty.”

Qualcomm General Counsel Don Rosenberg called Apple’s claims “baseless.” In a statement, he said, Apple “mischaracterized” agreements and negotiations and failed to acknowledge “the enormity and value of the technology” Qualcomm invented.

“We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple’s practices,” Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm’s dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm’s revenue, which totaled $23.5 billion in the company’s latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC’s suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. “There’s nothing clear-cut about this case,” he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display—not Qualcomm's chip —Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016—a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 15:50 ET (20:50 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k003vz

Page 56 of 190 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- Update**

**BY** By Tripp Mickle

**WC** 790 words

**PD** 20 January 2017

**ET** 18:38

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the latest fiscal year.

Qualcomm didn't immediately respond to a request for comment Friday. It said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to according to investment bank CLSA, accounting for three-fourths of Apple's $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in

the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says that Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 18:38 ET (23:38 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004py

 © 2023 Factiva, Inc. All rights reserved.

MailOnline

SE News

**HD Apple sues smartphone chip-maker Qualcomm and claims they were overcharged 'billions' by the monopoly**

BY AFP

WC 659 words

PD 20 January 2017

ET 17:38

SN Mail Online

SC DAMONL

LA English

CY Copyright 2017

LP

* Charges echo those filed by United States antitrust regulators earlier this week

* Apple claims it has been overcharged 'billions of dollars' by Qualcomm

TD

* Qualcomm said Apple mischaracterized agreements and technology's value

Apple has sued Qualcomm, accusing the California chip-maker of abusing its market power to demand unfair royalties.

These charges echo those filed days earlier by US antitrust regulators.

Apple said in the court filing that it has been overcharged 'billions of dollars' by its chip-making partner's 'illegal scheme.'

The company also claimed Qualcomm owes it a billion dollars, but is refusing to pay due to Apple cooperating with South Korean antitrust regulators looking into the company.

'For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with,' Apple said in an email statement.

'To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them.'

Qualcomm rejected Apple's claims, saying the iPhone maker 'intentionally mischaracterized' agreements as well as the value of the company's technology.

'Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world... by misrepresenting facts and withholding information,' Qualcomm general counsel Don Rosenberg said in a statement.

'We welcome the opportunity to have these meritless claims heard in court.'

The suit claims Qualcomm built a business model that charges raised royalty fees every time Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

The charges say that Qualacomm believes it has the rights to charge these raised royalties by claiming legacy technology.

'Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined,' Apple said.

Apple noted that Qualcomm's business practices have come under scrutiny by antitrust regulators in many countries.

The company has asked for a jury trial, and for Qualcomm to the company what it owes plus giving up excessive royalties.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple suit came three days after the US Federal Trade Commission filed in federal court claiming Qualcomm abused its market power in as part of its 'unlawful maintenance of a monopoly in baseband processors.'

Baseband processors are are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as 'significantly flawed,' arguing that reasoning at the heart of the civil complaint is wrong.

South Korea's anti-trust watchdog last month slapped Qualcomm with a record fine exceeding $850 million for abusing its dominant market position as a maker of baseband chip-sets used in mobile phones.

Apple relies on Qualcomm for chip-based modems that enable iPhones and iPads to communicate with telecommunication networks.

The company knows of the antitrust tide rising against Qualcomm and would like to help provide room for rival chip-makers to flourish, perhaps letting Intel improve its position, according to analyst Patrick Moorhead of Moor Insights and Strategy.

'I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm,' Moorhead said, referring to the mobile device modems.

'Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this.'

While the legal case alleges exclusionary contracts and the idea of being overcharged for licensing, it may well be powered by Apple wanting to ramp up competition to Qualcomm so it can negotiate better deals, the analyst said.

Modem chips are separate from processors that act as the brains or graphics engines for mobile devices.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | nnam : News Agency Materials | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** uk : United Kingdom | eecz : European Union Countries | eurz : Europe | weurz : Western Europe

**PUB** DMG Media Limited

**AN** Document DAMONL0020170121ed1k0020c

Page 60 of 190 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Seeks $1 Billion in Withheld Rebate Payments From Qualcomm** |
| **WC** | 34 words |
| **PD** | 20 January 2017 |
| **ET** | 15:41 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2041GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jn |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple: Qualcomm Withheld Rebate Payments After Apple Assisted in Korean Regulatory Case** |
| **WC** | 36 words |
| **PD** | 20 January 2017 |
| **ET** | 15:40 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2040GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jm |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Says It Is Suing Qualcomm Over Licensing Practices** |
| **WC** | 33 words |
| **PD** | 20 January 2017 |
| **ET** | 15:40 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2040GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jk |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Alleges Qualcomm Demanded Onerous Licensing Terms for Smartphone Chips** |
| **WC** | 34 words |
| **PD** | 20 January 2017 |
| **ET** | 15:40 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2040GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jl |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk**

**WC** 121 words

**PD** 20 January 2017

**ET** 18:42

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:42 EST [Dow Jones ]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 18:42 ET (23:42 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics

**NS** c12 : Corporate Crime/Legal Action | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004q0

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **News Highlights: Top Company News of the Day** |
| WC | 458 words |
| PD | 20 January 2017 |
| ET | 19:00 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |

LP

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

TD

Morgan Stanley Gives CEO a Raise; Goldman Trims Stock-Pay for Some

James Gorman, chairman and chief executive of Morgan Stanley, saw a 7% raise for 2016, while Goldman Sachs cut stock awards for several executives after revenue fell 9%.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Snapchat Parent Plans to Pay Banks 2.5% of IPO Proceeds

The banks managing Snap's initial public offering are set to share 2.5% of the money raised in the deal, a relatively low rate that indicates the popular technology company's leverage in dictating the terms of its public debut.

 © 2023 Factiva, Inc. All rights reserved.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

(END) Dow Jones Newswires

January 20, 2017 19:00 ET (00:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00001

 © 2023 Factiva, Inc. All rights reserved.

**Apple: Suit Against Qualcomm Could Help Profit Margin, Says RBC**

Barron's Blogs, 19:01, 20 January 2017, 405 words, (English)

Shares of Apple ( AAPL) are up 3 cents at $120.03, in late trading, after both Bloomberg and The Wall Street Journal reported just before market close that the company is suing one of its big chip suppliers, Qualcomm ( QCOM), and it has not ...

Document WCBBE00020170121ed1l00001

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

HD News Highlights: Top Company News of the Day
WC 458 words
PD 20 January 2017
ET 19:15
SN Dow Jones Institutional News
SC DJDN
LA English
CY Copyright © 2017, Dow Jones & Company, Inc.

LP

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

TD

Morgan Stanley Gives CEO a Raise; Goldman Trims Stock-Pay for Some

James Gorman, chairman and chief executive of Morgan Stanley, saw a 7% raise for 2016, while Goldman Sachs cut stock awards for several executives after revenue fell 9%.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Snapchat Parent Plans to Pay Banks 2.5% of IPO Proceeds

The banks managing Snap's initial public offering are set to share 2.5% of the money raised in the deal, a relatively low rate that indicates the popular technology company's leverage in dictating the terms of its public debut.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

(END) Dow Jones Newswires

January 20, 2017 19:15 ET (00:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00032

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Morgan Stanley Doesn't Think eBay Ad Campaign Made a Difference -- Market Talk**

**WC** 1,473 words
**PD** 20 January 2017
**ET** 19:18
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

**TD**

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly

four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

17:12 ET - The prospect of more consumer spending and higher inflation should reverse negative sentiment toward the A-mall industry this year, says BTIG Research. Some REITs that own high-quality malls with strong sales productivity are currently priced at large discounts to their net asset value per share estimates and offer the most upside if sentiment shifts. Retail property landlords have been hit by retailer bankruptcies and store closures, with the lower-end malls struggling the most. REITs managing the country's top regional malls say they are unfairly tarred with the same brush. Occupancy rates are high at the malls managed by Simon Property (SPG), Taubman Centers (TCO) and Macerich (MAC) and there is virtually no new supply, BTIG added. (esther.fung@wsj.com; @estherfung)

(END) Dow Jones Newswires

January 20, 2017 19:18 ET (00:18 GMT)

**CO** ebayus : eBay Incorporated | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i64 : Retail/Wholesale | i656000301 : Etailing | iecom : E-commerce | iindele : Industrial Electronics | iindstrls : Industrial Goods | iint : Internet/Online | ionlauc : Online Auctions | iretail : Retail | itech : Technology

**NS** gvote1 : National/Presidential Elections | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c181 : Acquisitions/Mergers/Divestments | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | gvote : Elections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0005u

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **Morgan Says Ebay Needs to Watch Out for Competitors -- Market Talk**

**WC** 1,474 words

**PD** 20 January 2017

**ET** 19:22

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

1919 ET [Dow Jones] EBay needs to watch its back. That's what Morgan Stanley analysts say as Amazon and other start-up competitors become an increasing threat to the e-commerce site. Amazon's Prime membership is growing, increasingly threatening eBay's potential customer growth, the analysts say. But perhaps just as important are a bunch of new mobile startups, like OfferUp, 5Miles and LetGo-- which are generating sales without charging sellers transaction fees. "We acknowledge these competitors will need to charge fees at some point to survive, but its difficult to imagine they will charge fees as high as eBay...which, in our view, raises long-term question marks around eBay's ability to monetize its core Marketplace business," the analysts add. (laura.stevens@wsj.com; @LauraStevensWSJ)

**TD**

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

(END) Dow Jones Newswires

January 20, 2017 19:22 ET (00:22 GMT)

**CO** amzcom : Amazon.com, Inc. | ebayus : eBay Incorporated | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i64 : Retail/Wholesale | i656000301 : Etailing | iecom : E-commerce | iindele : Industrial Electronics | iindstrls : Industrial Goods | iint : Internet/Online | ionlauc : Online Auctions | iretail : Retail | itech : Technology

**NS** mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0005v

 © 2023 Factiva, Inc. All rights reserved.

The New York Times

| | |
|---|---|
| **SE** | Technology |
| **HD** | **Apple Adds to Qualcomm's Troubles, Filing Lawsuit Over Rebates** |
| **BY** | By QUENTIN HARDY |
| **WC** | 1,182 words |
| **PD** | 20 January 2017 |
| **ET** | 19:25 |
| **SN** | NYTimes.com Feed |
| **SC** | NYTFEED |
| **LA** | English |
| **CY** | Copyright 2017. The New York Times Company. All Rights Reserved. |

**LP**

SAN FRANCISCO — By mastering some tough computer chip technology and then pulling off an audacious business strategy based on selling its smartphone knowledge, Qualcomm has made billions of dollars and seized influence in the tech industry.

Some days that is a real drag.

**TD**

On Friday, Apple, its longtime partner, sued Qualcomm over what it said was $1 billion in withheld rebates. In the lawsuit, filed in Federal District Court for the Southern District of California, in San Diego, Apple said the money had been promised in conjunction with an agreement not to buy chips from other suppliers or to divulge Qualcomm's intellectual property licensing practices. The suit seeks the rebates, among other things.

Apple sued three days after the Federal Trade Commission accused Qualcomm of using anticompetitive practices to guarantee its high royalty payments for advanced wireless technology. The commission cited Qualcomm's deals with Taiwanese companies that manufacture Apple iPhones over semiconductors it sells for the iPhone.

In its complaint, the commission described Qualcomm as "the world's dominant supplier" of semiconductors that manage smartphone communications. The commission said Qualcomm had obtained "elevated royalties" for its patented intellectual property on wireless communications. Other smartphone chip makers have to pay Qualcomm for that intellectual property, too.

The commission and Apple complaints follow several other problems, including a $975 million fine by Chinese regulators in 2015 and activist shareholder complaints later that year that forced layoffs at Qualcomm. Last month, Qualcomm was fined $850 million in South Korea for unfair patent licensing.

When Apple provided information to South Korean regulators in that case, and sought competing chips from Intel, Qualcomm refused to pay Apple its promised money, Apple said.

Qualcomm, which has vowed to fight the South Korean charge and the F.T.C. suit, had no immediate comment on Apple's lawsuit.

Few expect Qualcomm to back down. It was shaped by its founders to be brainy, combative and profitable.

"They are seasoned, and equipped to fight," said Mark Hung, an analyst at Gartner. "But when such a big company is so reliant on the way it sells its intellectual property, and under the microscope in various geographies, it's tough."

Qualcomm, based in San Diego, far from Silicon Valley, was founded in 1985 by seven people, including Irwin Jacobs and Andrew Viterbi. The two were well-regarded electrical engineering professors who had formed a military satellite communications company.

Qualcomm's engineers work at a 41-building campus between a park and the University of California, San Diego. They have earned thousands of patents, including for the airplane mode on smartphones and the way apps are downloaded from stores.

Companies like Samsung and Apple need Qualcomm for the technology that enables things like high-speed wireless video for millions of people at once.

Its major technology is spread spectrum, which harnesses lots of computation and clever radio engineering for use in the various functions of smartphones.

Qualcomm's radio technology is called CDMA, for code division multiple access, a way voice calls work more efficiently over cellphone networks. And the company's influence grew over the last several years with the advent of third-generation, or 3G, phones as people started downloading lots of mobile data.

Many thought Qualcomm's success would be limited to that transition. Instead, Qualcomm innovated in 4G wireless for the smartphones from Samsung and Apple that toppled Nokia and Motorola. In its last fiscal year, Qualcomm had revenue of $23.6 billion and a profit of $5.7 billion.

Qualcomm's ventures in phones and network gear helped promote CDMA but did not make much money because older companies did not need CDMA until the success of wireless began to tax the capacity of their networks. Qualcomm turned to Asian companies that wanted to get into wireless.

"You'd never have seen the Koreans or the Chinese in wireless if not for Qualcomm and CDMA," said Clint McClellan, a 17-year employee of Qualcomm who now runs a wireless health business. "We enabled those markets."

South Korea, in particular, made CDMA an industrial policy, which carried Qualcomm for years. More recently, China accounted for half of Qualcomm's revenue. Apple's Taiwanese manufacturers, which pay Qualcomm royalties for iPhones, are another big profit center.

Qualcomm would not say what it charges for its intellectual property, but analysts figure the fee usually amounts to 5 percent of the selling price of a phone — at least it did, until the 2015 Chinese fine, which included an agreement that Chinese manufacturers pay only about half the old Qualcomm royalty.

That, and problems collecting Chinese royalties even before the agreement, hurt Qualcomm's share price. In 2015, Jana Partners, an activist hedge fund, stepped in and pressed for a breakup of the company into separate intellectual property and chip businesses.

That did not happen, but Qualcomm cut about 15 percent of its staff, cut executive pay and gave Jana three board seats. The stock has recovered to about where it was just before the fine, but not to the heights it reached before the problems.

By helping to create today's smartphone giants, Qualcomm may have engineered its current woes. Qualcomm executives say they see a connection between the China discounts, which Qualcomm had hoped would be limited to that country, and the latest regulatory attacks.

"We believe Samsung had a major role to play in the Korean decision," said Don Rosenberg, a lawyer for Qualcomm. The regulators, he said, "were prodded and mislead by commercial interests."

In an email, Hea-Ryoung Jee, a spokeswoman for Samsung, said it "was one of many multinational corporations" that responded to questions from South Korean regulators.

Qualcomm's lawyer figures the Korean case may take years to move through the courts. And recent events, including the impeachment of South Korea's president and a bribery scandal at Samsung, could complicate, or eliminate, Qualcomm's regulatory issues there.

Additionally, the F.T.C. has just three of its normal five commissioners. One of those, Maureen Ohlhausen, a Republican, voted against the suit. She may be named chairwoman when Edith Ramirez, a Democrat, steps down on Feb. 10.

 © 2023 Factiva, Inc. All rights reserved.

Neither the F.T.C. nor Apple would comment on the United States case against Qualcomm.

“It’s disappointing when our partners want to pay less after we’ve contributed to their success,” said Derek Aberle, Qualcomm’s president. “By sharing our technology, we enable others.”

Now it must get out ahead of other technology inventors in 5G, possibly while paying billions in fines and dealing with a painful restructuring and fraying relationships with its biggest customers.

“We’re not sitting still” while the problems are sorted, Mr. Aberle said. “You have to invest, and invent cool stuff that will change the way people live their lives.”

In other words, create unique technology so people will keep paying for Qualcomm’s expensive intellectual property.

| | |
|---|---|
| **ART** | A Las Vegas show this month. In December, Qualcomm was fined $850 million in South Korea. \| George Rose/Getty Images |
| **CO** | ftrade : Federal Trade Commission \| applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | ismart : Smartphones \| i3302 : Computers/Consumer Electronics \| i3441 : Telecommunications Technology/Equipment \| i34411 : Mobile Communications Equipment \| i3454 : Personal Electronics \| icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| sfra : San Francisco \| skorea : South Korea \| usca : California \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America \| usw : Western U.S. |
| **IPD** | Suits and Litigation (Civil) |
| **PUB** | The New York Times Company |
| **AN** | Document NYTFEED020170121ed1l0005m |

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm Comments on Apple Complaint**

**WC** 331 words

**PD** 20 January 2017

**ET** 19:57

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

SAN DIEGO, Jan. 20, 2017 /PRNewswire/ -- "While we are still in the process of reviewing the complaint in detail, it is quite clear that Apple's claims are baseless. Apple has intentionally mischaracterized our agreements and negotiations, as well as the enormity and value of the technology we have invented, contributed and shared with all mobile device makers through our licensing program. Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information. We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated.

About Qualcomm

**TD**

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Tina Asmar, Public Affairs

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/qualcomm-comments-on-apple-complaint-300394418.html

SOURCE Qualcomm Incorporated

(END)

**CO** qcom : Qualcomm Incorporated | applc : Apple Inc.

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | namz : North America

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170121ed1l00004

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- 2nd Update**

**BY** By Tripp Mickle

**WC** 838 words

**PD** 20 January 2017

**ET** 20:01

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 20:01 ET (01:01 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0003h

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **Apple files $1 billion lawsuit against chip supplier Qualcomm**

**WC** 641 words

**PD** 20 January 2017

**ET** 20:10

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

(Reuters) - Apple Inc filed a $1 billion lawsuit against supplier Qualcomm Inc on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

Qualcomm is a major supplier to both Apple and Samsung Electronics Co Ltd for "modem" chips that connect phones to wireless networks. The two companies together accounted for 40 percent of Qualcomm's $23.5 billion in revenue in its most recent fiscal year.

**TD**

In the lawsuit filed in U.S. District Court for the Southern District of California, Apple accused Qualcomm of overcharging for chips and refusing to pay some $1 billion in promised rebates. Apple said in its complaint that Qualcomm withheld the rebates because of Apple's discussions with South Korea's antitrust regulator, the Korea Fair Trade Commission.

"If that were not enough, Qualcomm then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments to Apple. Apple refused," Apple said in its lawsuit.

In a statement, Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless."

"Apple has been actively encouraging regulatory attacks on Qualcomm’s business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information," Rosenberg said in the statement.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple’s practices and a robust examination of the merits.”

Qualcomm's stock closed 2.4 percent lower at $62.88 on the news.

Qualcomm has patents for chips which include standard essential patents, a term used to describe technology that is required to be licensed broadly and on "reasonable" terms.

In its lawsuit, Apple accused Qualcomm of refusing to license the technology to other manufacturers to prevent them from making the chips.

It also accused Qualcomm of selling chips while requiring Apple to pay a separate licensing fee for the same chips, in a "no license, no chip" policy.

In addition, Qualcomm pressured network carriers to not sell or support Apple devices made with Intel chipsets Apple said.

The KFTC fined Qualcomm $854 million in December for what it called unfair patent licensing practices.

In February 2015, Qualcomm paid a $975 million fine in China, while the European Union in December 2015 accused it of abusing its market power to thwart rivals.

On Tuesday, the U.S. Federal Trade Commission filed a lawsuit against Qualcomm, saying the San Diego-based company used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers. Qualcomm said it would contest the FTC complaint.

Qualcomm was the sole supplier of modem chips for Apple’s phones until the release of the iPhone 7 in September. Intel Corp supplied about half of the modem chips for the newest models, said Stacy Rasgon, a senior analyst at Bernstein Research. Intel's shares closed up 1 percent at $36.94 after the Qualcomm suit was announced.

Apple made the move around the same time that Samsung, which had switched to using its own internal chips for its Galaxy S6 phones, returned to Qualcomm for the Galaxy S7.

Qualcomm "has been able to manage through (the Apple contract loss) pretty well because they got back Samsung at the same time," Rasgon said.

Apple is known for seeking multiple suppliers to keep prices down, said Jim Morrison, vice president of technical intelligence for TechInsights, which tears down devices to analyze their parts.

(Reporting by Diane Bartz in Washington and Stephen Nellis in San Francisco; Editing by Matthew Lewis and Cynthia Osterman)

**RF** Released: 2017-1-21T01:10:54.000Z

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | sansel : Samsung Electronics Co Ltd | usagov : United States Federal Government

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ielec : Consumer Electronics | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gpol : Domestic Politics | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:RTRFLN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170120ed1k016wh

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- 2nd Update**

**BY** By Tripp Mickle

**WC** 838 words

**PD** 20 January 2017

**ET** 20:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 20:16 ET (01:16 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0000r

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Apple antitrust suit: Qualcomm overcharged 'billions'**

**BY** Glenn CHAPMAN

**WC** 648 words

**PD** 20 January 2017

**ET** 20:29

**SN** Agence France Presse

**SC** AFPR

**LA** English

**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Apple on Friday sued Qualcomm, accusing the California chipmaker of abusing its market power to demand unfair royalties, echoing charges filed days earlier by US antitrust regulators.

Tech giant Apple said in the court filing that it has been overcharged "billions of dollars" by its chipmaking partner's "illegal scheme."

**TD**

The company also claimed Qualcomm owes it a billion dollars but is refusing to pay in retaliation for the iPhone maker's cooperating with South Korean antitrust regulators looking into the chipmaker's actions in that country.

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with," Apple said in an email statement.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

Qualcomm rejected Apple's claims at baseless, contending the iPhone maker "intentionally mischaracterized" agreements as well as the value of the company's technology.

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world... by misrepresenting facts and withholding information," Qualcomm general counsel Don Rosenberg said in a statement.

"We welcome the opportunity to have these meritless claims heard in court."

The suit charges Qualcomm of building a business model on using its rights to older, legacy technology considered telecommunication industry standards to raise royalties when Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said.

Apple noted in the suit that Qualcomm's business practices have come under scrutiny by antitrust regulators in an array of countries for selling its smartphone chipsets only to makers agreeing to its "preferred license terms" for essential mobile telecom patents.

Apple asked for a jury trial, and for damages including Qualcomm paying the company what it owes plus giving up excessive royalties it has raked in.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple filing came three days after the US Federal Trade Commission filed suit in federal court in California claiming Qualcomm abused its market power in as part of its "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

South Korea's anti-trust watchdog last month slapped Qualcomm with a record fine exceeding $850 million for abusing its dominant market position as a maker of baseband chipsets used in mobile phones.

Apple relies on Qualcomm for chip-based modems that enable iPhones and iPads to communicate with telecommunication networks.

Apple undoubtedly knows of the antitrust tide rising against Qualcomm and would like to help provide room for rival chipmakers to flourish, perhaps letting Intel improve its position, according to analyst Patrick Moorhead of Moor Insights and Strategy.

"I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm," Moorhead said, referring to the mobile device modems.

"Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this."

While the legal case alleges exclusionary contracts and the idea of being overcharged for licensing, it may well be powered by Apple wanting to ramp up competition to Qualcomm so it can negotiate better deals, the analyst said.

Modem chips are separate from processors that act as the brains or graphics engines for mobile devices.

gc/mdo

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** 2ndlead

**PUB** Agence France-Presse

**AN** Document AFPR000020170121ed1l000m9

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Says Apple 'Encouraging Regulatory Attacks'**

Barron's Blogs, 20:34, 20 January 2017, 216 words, (English)

Following word this afternoon that Apple (AAPL) has filed suit against one of its biggest suppliers, chip maker Qualcomm (QCOM), Qualcomm sent out a statement calling Apple's claims baseless.

Document WCBBE00020170121ed1l0002t

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| HD | **UPDATE 4-Apple files $1 billion lawsuit against chip supplier Qualcomm** |
| WC | 657 words |
| PD | 20 January 2017 |
| ET | 20:10 |
| SN | Reuters News |
| SC | LBA |
| LA | English |
| CY | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

(Adds comment from Qualcomm, stock moves)

By Diane Bartz and Stephen Nellis

**TD**

Jan 20 (Reuters) - Apple Inc filed a $1 billion lawsuit against supplier Qualcomm Inc on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

Qualcomm is a major supplier to both Apple and Samsung Electronics Co Ltd for "modem" chips that connect phones to wireless networks. The two companies together accounted for 40 percent of Qualcomm's $23.5 billion in revenue in its most recent fiscal year.

In the lawsuit filed in U.S. District Court for the Southern District of California, Apple accused Qualcomm of overcharging for chips and refusing to pay some $1 billion in promised rebates. Apple said in its complaint that Qualcomm withheld the rebates because of Apple's discussions with South Korea's antitrust regulator, the Korea Fair Trade Commission.

"If that were not enough, Qualcomm then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments to Apple. Apple refused," Apple said in its lawsuit.

In a statement, Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless."

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information," Rosenberg said in the statement.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits."

Qualcomm's stock closed 2.4 percent lower at $62.88 on the news.

Qualcomm has patents for chips which include standard essential patents, a term used to describe technology that is required to be licensed broadly and on "reasonable" terms.

In its lawsuit, Apple accused Qualcomm of refusing to license the technology to other manufacturers to prevent them from making the chips.

It also accused Qualcomm of selling chips while requiring Apple to pay a separate licensing fee for the same chips, in a "no license, no chip" policy.

In addition, Qualcomm pressured network carriers to not sell or support Apple devices made with Intel chipsets Apple said.

The KFTC fined Qualcomm $854 million in December for what it called unfair patent licensing practices.

In February 2015, Qualcomm paid a $975 million fine in China, while the European Union in December 2015 accused it of abusing its market power to thwart rivals.

On Tuesday, the U.S. Federal Trade Commission filed a lawsuit against Qualcomm, saying the San Diego-based company used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers. Qualcomm said it would contest the FTC complaint.

Qualcomm was the sole supplier of modem chips for Apple's phones until the release of the iPhone 7 in September. Intel Corp supplied about half of the modem chips for the newest models, said Stacy Rasgon, a senior analyst at Bernstein Research. Intel's shares closed up 1 percent at $36.94 after the Qualcomm suit was announced.

Apple made the move around the same time that Samsung, which had switched to using its own internal chips for its Galaxy S6 phones, returned to Qualcomm for the Galaxy S7.

Qualcomm "has been able to manage through (the Apple contract loss) pretty well because they got back Samsung at the same time," Rasgon said.

Apple is known for seeking multiple suppliers to keep prices down, said Jim Morrison, vice president of technical intelligence for TechInsights, which tears down devices to analyze their parts. (Reporting by Diane Bartz in Washington and Stephen Nellis in San Francisco; Editing by Matthew Lewis and Cynthia Osterman)

**RF** Released: 2017-1-21T02:10:11.000Z

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | sansel : Samsung Electronics Co Ltd

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | ielec : Consumer Electronics | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c41 : Management | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170120ed1k017it

REUTERS

| | |
|---|---|
| **HD** | **BRIEF-Qualcomm terms Apple's claims on lawsuit "baseless"** |
| **WC** | 49 words |
| **PD** | 20 January 2017 |
| **ET** | 20:12 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |
| **LP** | Jan 20 (Reuters) - Qualcomm Inc<br>* Qualcomm comments on Apple complaint |
| **TD** | * Says are still in process of reviewing complaint in detail<br>* Says that Apple's claims are baseless Source text for Eikon: Further company coverage: |
| **RF** | Released: 2017-1-21T02:12:52.000Z |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c12 : Corporate Crime/Legal Action \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170121ed1l0018i |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk**

**WC** 172 words

**PD** 20 January 2017

**ET** 21:22

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

2121 ET [Dow Jones] With Apple Inc.'s lawsuit against Qualcomm Inc. filed on Friday, the iPhone maker piled on behind the South Korean Fair Trade Commission and the U.S. Federal Trade Commission in accusing the chip maker of anti-competitive business practices. Apple accused Qualcomm of allegedly withholding rebates on chip royalty payments that it said it was due in return for agreeing to use Qualcomm's modem chips exclusively in its phones between 2011 and 2016. Only days earlier, the FTC had sued Qualcomm for allegedly paying Apple rebates for the same commitment of exclusivity, thus blocking competitors and licensing essential smartphone patents in a discriminatory fashion. Stacy Rasgon, an analyst with Sanford L. Bernstein noted the irony: "Apple," he said, "seems to be suing Qualcomm for stopping something that the FTC is suing them for doing." (ted.greenwald@wsj.com)

(MORE TO FOLLOW) Dow Jones Newswires

**TD**

January 20, 2017 21:22 ET (02:22 GMT)

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0003x



PX32

Page 2804

FT FINANCIAL TIMES

**HD** **Apple sues Qualcomm for $1bn for abusing its monopoly position**

**BY** Hannah Kuchler in San Francisco

**WC** 551 words

**PD** 20 January 2017

**ET** 20:57

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Apple has filed a $1bn lawsuit against Qualcomm accusing the chipmaker of abusing a monopoly position, after the US and South Korean regulators argued it exploited its market dominance at the expense of handset makers.

Shares in Qualcomm fell 2.4 per cent to $62.88 just before the markets closed on Friday when the lawsuit was published. This is the first direct challenge by one of Qualcomm's major customers but it follows a lawsuit by the US Federal Trade Commission on Tuesday, and an $890m fine from the South Korean antitrust authorities late last year.

**TD**

Apple is demanding a payment of $1bn it believes is due as a rebate for licensing fees, which it claims the chipmaker is holding back as punishment for Apple "responding truthfully" to the South Korean investigation. Qualcomm, it claims, charges Apple at least five times more than what it pays all its other cellular patent licensers combined.

"Qualcomm built its business on older, legacy, standards but reinforces its dominance through exclusionary tactics and excessive royalties," Apple said in a statement.

"We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Qualcomm said that Apple had "intentionally mischaracterised" the agreements and negotiations between the two companies.

The smartphone patent wars are heating up, as questions left unanswered in the last round of litigation between Apple, Samsung, Google and Motorola emerge again.

Last month, Apple and Nokia launched legal challenges against each other on both sides of the Atlantic, with Apple accusing two companies associated with the Finnish group of trying to extract and extort exorbitant revenue, and Nokia claiming Apple had infringed 32 of its patents in products that include the iPhone and iPad.

In the complaint in the Qualcomm case, Apple asks the court to look at a representative sample of Qualcomm's patents to see if they are valid and to examine if the royalties are too high. Every time Apple adds a new feature, such as touch ID to access Apple Pay, or increasing the memory on an iPhone, Qualcomm collects a larger royalty, the complaint claims.

"Apple products are among the most innovative in the world, yet because of its monopoly power, its suppression of the disclosure of information to government agencies investigating Qualcomm, and an

abusive licensing model, Qualcomm believes it is entitled to collect its 'tribute' on every such improvement," it writes.

Apple also accuses Qualcomm of coercing customers into remaining quiet in an effort to keep courts and regulators in the dark.

"Qualcomm pursues its illegal practices through a secret web of agreements designed to obfuscate its conduct," it added.

Dan Rosenberg, Qualcomm's executive vice-president and general counsel, said Qualcomm was still reviewing the complaint but it was clear the claims were "baseless".

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world," he said. "We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits."

**CO** ftrade : Federal Trade Commission | applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170120ed1k00bq9

 © 2023 Factiva, Inc. All rights reserved.

The Washington Post

SE A-Section
HD **Digest**
WC 674 words
PD 21 January 2017
SN The Washington Post
SC WP
ED FINAL
PG A07
LA English
CY Copyright 2017, The Washington Post Co. All Rights Reserved

LP

TECHNOLOGY

Apple seeks $1 billion from Qualcomm

TD

Apple filed a lawsuit Friday accusing Qualcomm of monopolizing the market for computer chips for wireless devices and of withholding $1 billion in retaliation for Apple's cooperation with antitrust authorities in South Korea.

Qualcomm has been under fire from regulators around the world for its patent licensing practices. Apple's lawsuit is the first direct challenge by one of Qualcomm's biggest customers.

In December, South Korea fined the company $890 million and described its practices as monopolistic. Qualcomm has said it will appeal the decision.

Under an agreement with Qualcomm, Apple said, it was forced to refrain from taking any steps to challenge Qualcomm's business model.

When Apple complied with demands from Korean regulators, Qualcomm said that was a violation of the agreement.

In retaliation, Qualcomm withheld money that it was to pay Apple in royalty rebates, the iPhone maker said.

Apple is demanding that the chipmaker hand over the money.

The suit also challenges the validity of some Qualcomm patents for wireless technologies. Apple is asking the court to rule that, if the patents are upheld, the royalty amount is significantly lower than what Qualcomm charges now.

- Bloomberg News

AUTO INDUSTRY

New Mexico suing Takata, automakers

New Mexico Attorney General Hector Balderas filed a lawsuit Friday against Japanese manufacturer Takata and a list of automakers over the sale of cars with dangerous air bag inflaters.

The attorney general's office argues that the manufacturers had a duty to ensure that their products were safe. Concealment of defects in the air bags amounted to unfair, deceptive and unconscionable trade practices under New Mexico law, the suit says.

Takata already has agreed to pay $1 billion in fines and restitution in a plea deal with the federal Justice Department over a years-long scheme to conceal the deadly defect in its inflaters. It also faces other litigation.

New Mexico's case also targets numerous automakers that used the faulty bags in their vehicles.

The state is seeking civil penalties for each defective air bag that entered the New Mexico market and penalties for each day the manufacturers misrepresented the safety of their products. State prosecutors also are seeking a jury trial.

Takata air bag inflaters can explode with too much force, spewing shrapnel at passengers. At least 27 people have died because of the defect.

- Associated Press

Also in Business

l Puerto Rican Gov. Ricardo Rossello is criticizing orders from a federal control board in the first clash over how best to tackle the island's deep economic crisis. Rossello said Friday that the board's demands are unacceptable and differ greatly from his vision to promote economic growth. On Wednesday, the control board ordered the administration to present a plan that would generate $4.5 billion a year in revenue or savings through 2019. Officials said Puerto Rico should reform its tax system, reduce health-care and higher education spending, and cut the size of its government.

l AT&T signed up new pay-TV customers for the first time in seven quarters, thanks to its new live online video service. DirecTV Now, which targets consumers who don't subscribe to traditional TV, helped woo at least 200,000 video subscribers in the fourth quarter and offset a loss of satellite-TV customers, according to a filing Friday of preliminary results. The gain reflects a promotional offer of $35 a month for 100-plus channels. AT&T introduced DirecTV Now in November and now charges $60 a month for a similar number of channels.

l The ride-hailing company Uber has hired the man behind Google search to help grow its self-driving car program. Amit Singhal announced on his blog Friday that he will join Uber after 15 years at Alphabet, where he led Google's search division. He will be senior vice president of engineering. Singhal called Uber "a geek's candy store" and said he was excited by the engineering challenges it is tackling.

- From news services

**CT**

**RF** WP20170121digest0121

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | nnam : News Agency Materials | nsum : News Digests | ncdig : Corporate Digests | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usa : United States | namz : North America

**IPD** National-Economy

**PUB** Washington Post

**AN** Document WP00000020170121ed1l0002z

 © 2023 Factiva, Inc. All rights reserved.

NATIONAL POST

SE Financial Post

HD **Apple sues Qualcomm over patent royalties, antitrust case**

BY Susan Decker

CR Bloomberg News

WC 142 words

PD 21 January 2017

SN National Post

SC FINP

ED All_but_Toronto

PG FP2

LA English

CY © 2017 National Post . All Rights Reserved.

LP

Apple Inc. filed a lawsuit accusing Qualcomm Inc. of monopolizing the market for chips for wireless devices, and of withholding US$1 billion in retaliation for co-operating with antitrust authorities in South Korea.

Qualcomm has been under fire for its patent licensing practices. The lawsuit filed Friday is the first direct challenge by one of its biggest customers.

TD

Apple is demanding Qualcomm hand over money that was supposed to be a rebate for licensing fees. Qualcomm is holding back the money as punishment for Apple cooperating with Korean antitrust regulators, according to the complaint.

The complaint also challenges the validity of some key Qualcomm patents. Apple asks the court to rule that, if the patents are upheld, the royalty amount is significantly lower than what Qualcomm charges now.

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | nnam : News Agency Materials | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

RE cana : Canada | namz : North America

IPD News

PUB National Post

AN Document FINP000020170121ed1l0001d

DOW JONES NEWSWIRES

HD **Apple Sues Qualcomm Over Chips -- WSJ**

WC 846 words

PD 21 January 2017

ET 02:32

SN Dow Jones Institutional News

SC DJDN

PG B3

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

iPhone maker says component supplier unfairly leveraged its monopoly position

By Tripp Mickle

TD

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has

never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 21, 2017 02:32 ET (07:32 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0002c

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Chips -- WSJ**

**WC** 846 words

**PD** 21 January 2017

**ET** 02:47

**SN** Dow Jones Institutional News

**SC** DJDN

**PG** B3

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

iPhone maker says component supplier unfairly leveraged its monopoly position

By Tripp Mickle

**TD**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has

never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 21, 2017 02:47 ET (07:47 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00083

 © 2023 Factiva, Inc. All rights reserved.

The New York Times

SE Business/Financial Desk; SECTB

HD **Apple Adds to Qualcomm's Troubles, Filing a Lawsuit Over Rebates**

BY By QUENTIN HARDY

WC 1,208 words

PD 21 January 2017

SN The New York Times

SC NYTF

ED Late Edition - Final

PG 1

LA English

CY Copyright 2017 The New York Times Company. All Rights Reserved.

LP

SAN FRANCISCO -- By mastering some tough computer chip technology and then pulling off an audacious business strategy based on selling its smartphone knowledge, Qualcomm has made billions of dollars and seized influence in the tech industry.

Some days that is a real drag.

TD

On Friday, Apple, its longtime partner, sued Qualcomm over what it said was $1 billion in withheld rebates. In the lawsuit, filed in Federal District Court for the Southern District of California, in San Diego, Apple said the money had been promised in conjunction with an agreement not to buy chips from other suppliers or to divulge Qualcomm's intellectual property licensing practices. The suit seeks the rebates, among other things.

Apple sued three days after the Federal Trade Commission accused Qualcomm of using anticompetitive practices to guarantee its high royalty payments for advanced wireless technology. The commission cited Qualcomm's deals with Taiwanese companies that manufacture Apple iPhones over semiconductors it sells for the iPhone.

In its complaint, the commission described Qualcomm as "the world's dominant supplier" of semiconductors that manage smartphone communications. The commission said Qualcomm had obtained "elevated royalties" for its patented intellectual property on wireless communications. Other smartphone chip makers have to pay Qualcomm for that intellectual property, too.

The commission and Apple complaints follow several other problems, including a $975 million fine by Chinese regulators in 2015 and activist shareholder complaints later that year that forced layoffs at Qualcomm. Last month, Qualcomm was fined $850 million in South Korea for unfair patent licensing.

When Apple provided information to South Korean regulators in that case, and sought competing chips from Intel, Qualcomm refused to pay Apple its promised money, Apple said.

Qualcomm has vowed to fight the South Korean charge and the F.T.C. suit. "Apple has intentionally mischaracterized our agreements and negotiations," Qualcomm said in a statement, adding that it would fight that lawsuit, too.

Few expect Qualcomm to back down. It was shaped by its founders to be brainy, combative and profitable.

"They are seasoned, and equipped to fight," said Mark Hung, an analyst at Gartner. "But when such a big company is so reliant on the way it sells its intellectual property, and under the microscope in various geographies, it's tough."

Qualcomm, which is based in San Diego, far from Silicon Valley, was founded in 1985 by seven people, including Irwin Jacobs and Andrew Viterbi. The two were well-regarded electrical engineering professors who had formed a military satellite communications company.

Qualcomm's engineers work at a 41-building campus between a park and the University of California, San Diego. They have earned thousands of patents, including for the airplane mode on smartphones and the way apps are downloaded from stores.

Companies like Samsung and Apple need Qualcomm for the technology that enables things like high-speed wireless video for millions of people at once.

Its major technology is spread spectrum, which harnesses lots of computation and clever radio engineering for use in the various functions of smartphones.

Qualcomm's radio technology is called CDMA, for code division multiple access, a way voice calls work more efficiently over cellphone networks. And the company's influence grew over the last several years with the advent of third-generation, or 3G, phones as people started downloading lots of mobile data as well as making calls.

At the time, many thought Qualcomm's success would be limited to that transition. Instead, Qualcomm innovated in 4G wireless for the new smartphones from Samsung and Apple that toppled Nokia and Motorola. In its last fiscal year, Qualcomm had revenue of $23.6 billion and a profit of $5.7 billion.

Qualcomm's ventures in phones and network gear helped promote CDMA but did not make much money because older companies did not need CDMA until the success of wireless began to tax the capacity of their networks. Qualcomm turned to Asian companies that wanted to get into wireless.

"You'd never have seen the Koreans or the Chinese in wireless if not for Qualcomm and CDMA," said Clint McClellan, a 17-year employee of Qualcomm who now runs a wireless health business. "We enabled those markets."

South Korea, in particular, made CDMA an industrial policy, which carried Qualcomm for years. More recently, China accounted for half of Qualcomm's revenue. Apple's Taiwanese manufacturers, which pay Qualcomm royalties for iPhones, are another big profit center.

Qualcomm would not say what it charges for its intellectual property, but analysts figure the fee usually amounts to 5 percent of the selling price of a phone -- at least it did, until the 2015 Chinese fine, which included an agreement that Chinese manufacturers pay only about half the old Qualcomm royalty.

That, and problems collecting Chinese royalties even before the agreement, hurt Qualcomm's share price. In 2015, Jana Partners, an activist hedge fund, stepped in and pressed for a breakup of the company into separate intellectual property and chip businesses.

That did not happen, but Qualcomm cut about 15 percent of its staff, cut executive pay and gave Jana three board seats. The stock has recovered to about where it was just before the fine, but not to the heights it reached before the problems.

By helping to create today's smartphone giants, Qualcomm may have engineered its current woes. Qualcomm executives say they see a connection between the China discounts, which Qualcomm had hoped would be limited to that country, and the latest regulatory attacks.

"We believe Samsung had a major role to play in the Korean decision," said Don Rosenberg, a lawyer for Qualcomm. The regulators, he said, "were prodded and misled by commercial interests."

In an email, Hea-Ryoung Jee, a spokeswoman for Samsung, said it "was one of many multinational corporations" that responded to questions from South Korean regulators.

Qualcomm's lawyer figures the Korean case may take years to move through the courts. And recent events, including the impeachment of South Korea's president and a bribery scandal at Samsung, could complicate, or eliminate, Qualcomm's regulatory issues there.

 © 2023 Factiva, Inc. All rights reserved.

Additionally, the F.T.C. has just three of its normal five commissioners. One of those, Maureen Ohlhausen, a Republican, voted against the suit. She may be named chairwoman when the current chairwoman, Edith Ramirez, a Democrat, steps down on Feb. 10.

Neither the F.T.C. nor Apple would comment on the United States case against Qualcomm.

"It's disappointing when our partners want to pay less after we've contributed to their success," said Derek Aberle, Qualcomm's president.

Now it must get out ahead of other technology inventors in 5G, possibly while paying billions in fines and dealing with a painful restructuring and fraying relationships with its biggest customers.

"We're not sitting still" while the problems are sorted, Mr. Aberle said. "You have to invest, and invent cool stuff that will change the way people live their lives."

In other words, create unique technology so people will keep paying for Qualcomm's expensive intellectual property.

**ART** A Las Vegas show this month. In December, Qualcomm was fined $850 million in South Korea. (PHOTOGRAPH BY GEORGE ROSE/GETTY IMAGES) (B4)

**CO** ftrade : Federal Trade Commission | applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | skorea : South Korea | usca : California | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | usw : Western U.S.

**IPD** Business/Financial Desk

**PUB** The New York Times Company

**AN** Document NYTF000020170121ed1l0005a

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **DJ QUALCOMM Incorporated, Inst Holders, 4Q 2016 (QCOM)**

**WC** 759 words

**PD** 21 January 2017

**ET** 03:03

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

The following table shows the largest shareholders in QUALCOMM INC COM (QCOM) for the quarter ended December 31, 2016, listed by holding size. The list represents up to 50 of the largest holders in the company.

Note: Unless otherwise mentioned the reporting date is 12/31/2016

**TD**

| Institution | Shares Held | Shares Changed | % Held | Last Report |
|---|---|---|---|---|
| The Vanguard Group Inc. | 97,198,871 | 2,819,248 | 6.581 | 09/30 |
| SSgA Funds Management Inc. | 66,472,162 | 8,136,506 | 4.501 | 09/30 |
| BlackRock Fund Advisors | 61,177,676 | 3,816,224 | 4.142 | 09/30 |
| Fidelity Management & Research | 60,662,768 | 8,300,448 | 4.107 | 09/30 |
| Barrow Hanley Mewhinney & St | 21,024,535 | (573,470) | 1.424 | 09/30 |
| Northern Trust Investments In | 20,283,988 | 513,204 | 1.373 | 09/30 |
| T. Rowe Price Associates Inc. | 18,415,572 | 1,647,152 | 1.247 | 09/30 |
| Jennison Associates LLC | 17,576,366 | 10,234,556 | 1.190 | 09/30 |
| Columbia Management Investment | 17,097,778 | 985,902 | 1.158 | 09/30 |
| PRIMECAP Management Co. | 16,980,554 | (339,570) | 1.150 | 09/30 |
| Orbis Investment Management Lt | 16,207,559 | (1,738,213) | 1.097 | 09/30 |
| Capital Research & Management | 15,964,849 | 1,498,389 | 1.081 | 09/30 |
| Loomis Sayles & Co. LP | 15,927,250 | 487,780 | 1.078 | 09/30 |
| Jackson Square Partners LLC | 14,995,509 | (2,203,552) | 1.015 | 09/30 |
| Geode Capital Management LLC | 14,634,512 | 858,063 | 0.991 | 09/30 |
| Invesco PowerShares Capital Ma | 13,617,925 | 1,712,141 | 0.922 | 09/30 |
| The Caisse de depot et placeme | 12,269,100 | (65,900) | 0.831 | 09/30 |
| Mellon Capital Management Corp | 11,724,309 | 485,403 | 0.794 | 09/30 |
| BlackRock Advisors LLC | 11,688,812 | (2,131,452) | 0.791 | 09/30 |
| Capital Research & Management | 11,400,000 | 4,150,000 | 0.772 | 09/30 |
| Managed Account Advisors LLC | 10,660,558 | (364,875) | 0.722 | 09/30 |
| Wells Fargo Advisors LLC | 10,494,301 | 65,365 | 0.711 | 09/30 |
| Invesco Advisers Inc. | 10,430,056 | (157,161) | 0.706 | 09/30 |
| Brown Brothers Harriman & Co. | 10,198,713 | (1,257,978) | 0.691 | 09/30 |
| BlackRock Investment Managemen | 10,067,130 | (1,220,919) | 0.682 | 09/30 |
| Fisher Asset Management LLC | 9,688,348 | (2,893) | 0.656 | 12/31 |
| Wellington Management Co. LLP | 9,457,772 | 4,223,400 | 0.640 | 09/30 |
| Magellan Asset Management Ltd. | 9,453,133 | 206,974 | 0.640 | 09/30 |

| | | | | |
|---|---|---|---|---|
| Dimensional Fund Advisors LP | 8,944,700 | 1,188,903 | 0.606 | 09/30 |
| Merrill Lynch Pierce Fenner | 8,770,013 | (1,140,151) | 0.594 | 09/30 |
| JPMorgan Investment Management | 8,512,706 | 1,505,056 | 0.576 | 09/30 |
| Artisan Partners LP | 8,439,482 | (62,435) | 0.571 | 09/30 |
| Grantham Mayo Van Otterloo & | 8,287,646 | (855,014) | 0.561 | 09/30 |
| BlackRock Investment Managemen | 7,820,824 | (527,273) | 0.530 | 09/30 |
| Morgan Stanley Smith Barney LL | 7,717,149 | 271,297 | 0.523 | 09/30 |
| LSV Asset Management | 7,702,168 | 711,245 | 0.522 | 09/30 |
| Legal & General Investment Man | 7,118,938 | 31,859 | 0.482 | 09/30 |
| Deutsche Asset Management Inve | 7,082,642 | 617,364 | 0.480 | 09/30 |
| The Bank of New York Mellon Co | 6,917,797 | 1,258,886 | 0.468 | 09/30 |
| Charles Schwab Investment Mana | 6,518,242 | 398,983 | 0.441 | 09/30 |
| Harris Associates LP | 6,183,306 | 15,251 | 0.419 | 09/30 |
| TIAA-CREF Investment Managemen | 5,717,069 | 533,158 | 0.387 | 09/30 |
| Parametric Portfolio Associate | 5,665,552 | (85,815) | 0.384 | 09/30 |
| BlackRock Advisors (UK) Ltd. | 5,522,153 | (66,355) | 0.374 | 09/30 |
| Goldman Sachs Asset Management | 5,513,268 | (386,084) | 0.373 | 09/30 |
| Lord Abbett & Co. LLC | 5,333,996 | 327,493 | 0.361 | 09/30 |
| Manulife Asset Management (US) | 5,131,905 | (1,273,986) | 0.347 | 09/30 |
| Franklin Advisers Inc. | 4,896,817 | (983,590) | 0.332 | 09/30 |
| Credit Suisse Securities (USA) | 4,831,438 | 276,588 | 0.327 | 09/30 |
| Quantitative Management Associ | 4,741,644 | 679,904 | 0.321 | 09/30 |

13F data provided by: Factset Research Systems Inc.;
Please send questions to ownership@factset.com.
Copyright, Factset Research Systems, 2017. All Rights Reserved.

(END) Dow Jones Newswires

January 21, 2017 03:03 ET (08:03 GMT)

**CO** vngd : The Vanguard Group Inc | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i831 : Financial Investments | ifinal : Financial Services | iinv : Investing/Securities

**NS** c181 : Acquisitions/Mergers/Divestments | ceqpm : Equity Portfolios of $100 Million (13F) | cgvfil : Government Filings | neqac : Equities Asset Class News | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0008m

Los Angeles Times

SE Business; Business Desk

HD **BUSINESS BEAT; Apple lawsuit seeks $1 billion from Qualcomm**

CR Associated Press

WC 298 words

PD 21 January 2017

SN Los Angeles Times

SC LATM

ED Home Edition

PG C-2

LA English

CY Copyright 2017 The Los Angeles Times

LP

Apple Inc. is suing mobile chip maker Qualcomm Inc. for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The complaint filed Friday in a San Diego federal court depicts Qualcomm as a monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

TD

Apple says it has been cooperating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

Qualcomm didn't immediately respond to requests for comment. The San Diego company has said that its 3G and 4G cellular patents are essential to what makes smartphones truly mobile, with the ability to link to the Internet from almost anywhere. The royalties it has been charging for these key technologies for more than two decades are not unreasonable, the company contends.

Cupertino, Calif.-based Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging that Qualcomm has been imposing unfair licensing terms on manufacturers.

The FTC alleged that Qualcomm used its dominant market share in wireless chips to get excessive royalties on key, standard essential patents, which are supposed to be made available at reasonable rates under law.

The agency also accused Qualcomm of giving Apple rebates in exchange for being the exclusive supplier of cellular modems in iPhones from 2011 through 2015 -- hurting competitors. And the FTC lawsuit came a month after a South Korean regulator, the Korea Fair Trade Commission, fined Qualcomm $865 million over patent royalties.

--

San Diego Union-Tribune staff writer Mike Freeman contributed to this report.

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | nnam : News Agency Materials | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usa : United States | namz : North America

**IPD** Wire

**PUB** Tribune Publishing Company

**AN** Document LATM000020170121ed1l0001e

 © 2023 Factiva, Inc. All rights reserved.

Cyprus Mail
Internet Edition

**HD** **Factory Mutual Insurance Co. Sells 80,000 Shares of Qualcomm Inc.**

**WC** 892 words
**PD** 21 January 2017
**SN** Cyprus Mail
**SC** CYMAIL
**LA** English
**CY** © 2017, Cyprus Mail, All rights Reserved - Provided by SyndiGate Media Inc.

**LP**

Factory Mutual Insurance Co. reduced its stake in Qualcomm Inc. (NASDAQ:QCOM) by 6.0% during the third quarter, according to its most recent Form 13F filing with the Securities and Exchange Commission. The firm owned 1,263,700 shares of the wireless technology companys stock after selling 80,000 shares during the period. Factory Mutual Insurance Co. owned 0.09% of Qualcomm worth $86,563,000 at the end of the most recent reporting period.

**TD**

Several other institutional investors have also bought and sold shares of QCOM. Capital Research Global Investors acquired a new position in Qualcomm during the second quarter valued at $774,968,000. Capital World Investors acquired a new position in Qualcomm during the second quarter valued at $388,383,000. FMR LLC increased its position in Qualcomm by 9.2% in the second quarter. FMR LLC now owns 56,983,582 shares of the wireless technology companys stock valued at $3,052,610,000 after buying an additional 4,823,120 shares during the last quarter. Franklin Resources Inc. increased its position in Qualcomm by 23.4% in the second quarter. Franklin Resources Inc. now owns 9,300,593 shares of the wireless technology companys stock valued at $498,233,000 after buying an additional 1,761,425 shares during the last quarter. Finally, Bank of Montreal Can acquired a new position in Qualcomm during the second quarter valued at $87,048,000. Hedge funds and other institutional investors own 78.41% of the companys stock.

Shares of Qualcomm Inc. (NASDAQ:QCOM) opened at 64.44 on Friday. The firms 50-day moving average is $66.49 and its 200-day moving average is $64.19. The company has a market cap of $95.17 billion, a PE ratio of 16.91 and a beta of 1.35. Qualcomm Inc. has a 1-year low of $42.24 and a 1-year high of $71.62.

Qualcomm (NASDAQ:QCOM) last posted its earnings results on Wednesday, November 2nd. The wireless technology company reported $1.28 earnings per share (EPS) for the quarter, beating the consensus estimate of $1.13 by $0.15. Qualcomm had a return on equity of 19.31% and a net margin of 24.22%. The company had revenue of $9.17 billion for the quarter, compared to analyst estimates of $5.84 billion. During the same quarter in the previous year, the firm earned $0.91 earnings per share. The firms quarterly revenue was up 68.2% compared to the same quarter last year. On average, equities analysts forecast that Qualcomm Inc. will post $4.76 earnings per share for the current fiscal year.

The firm also recently declared a quarterly dividend, which will be paid on Wednesday, March 22nd. Stockholders of record on Wednesday, March 1st will be paid a dividend of $0.53 per share. The ex-dividend date is Monday, February 27th. This represents a $2.12 dividend on an annualized basis and a dividend yield of 3.29%. Qualcomms payout ratio is 55.64%.

QCOM has been the subject of several recent analyst reports. Mizuho raised shares of Qualcomm from a neutral rating to a buy rating and set a $75.00 price objective for the company in a research note on Thursday, September 29th. Cowen and Company reaffirmed an outperform rating and set a $74.00 price objective on shares of Qualcomm in a research note on Monday, October 10th. Susquehanna initiated coverage on shares of Qualcomm in a research note on Tuesday, December 20th. They set a positive rating and a $80.00 price objective for the company. Nomura raised shares of Qualcomm from a neutral rating to a buy rating and boosted their price objective for the company from $55.00 to $80.00 in a research note on Monday, October 31st. Finally, Vetr cut shares of Qualcomm from a buy rating to a hold rating and set a

$71.00 price objective for the company. in a research note on Monday, October 3rd. Eighteen investment analysts have rated the stock with a hold rating, nineteen have given a buy rating and one has issued a strong buy rating to the stock. The stock has an average rating of Buy and an average price target of $67.92.

In other news, EVP Alexander H. Rogers sold 8,993 shares of the businesss stock in a transaction dated Thursday, December 29th. The stock was sold at an average price of $65.50, for a total transaction of $589,041.50. Following the sale, the executive vice president now owns 655 shares in the company, valued at $42,902.50. The sale was disclosed in a legal filing with the Securities & Exchange Commission, which is available through this hyperlink. Also, Director Stiles Barbara Alexander sold 22,000 shares of the businesss stock in a transaction dated Tuesday, November 8th. The stock was sold at an average price of $68.52, for a total value of $1,507,440.00. Following the sale, the director now owns 2,440 shares in the company, valued at approximately $167,188.80. The disclosure for this sale can be found here. Insiders have sold 99,758 shares of company stock worth $6,704,656 in the last 90 days. Insiders own 0.24% of the companys stock.

**CO** fmi : Factory Mutual Insurance Co | fmrc : FMR LLC | qcom : Qualcomm Incorporated

**IN** i79022 : Wireless Telecommunications Services | i7902 : Telecommunication Services | i34531 : Semiconductors | i82 : Insurance | i82003 : Non-life Insurance | i831 : Financial Investments | ifinal : Financial Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | iinv : Investing/Securities | itech : Technology

**NS** c181 : Acquisitions/Mergers/Divestments | c151 : Earnings | ceqpm : Equity Portfolios of $100 Million (13F) | c182 : Physical Asset Transactions | c15 : Financial Performance | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | cgvfil : Government Filings | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**IPD** Financial Services

**PUB** Cyprus Mail Ltd

**AN** Document CYMAIL0020170121ed1l0008f

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

**HD** **Apple depicts Qualcomm as a shady monopolist in $1B lawsuit**

**CR** AP

**WC** 335 words

**PD** 20 January 2017

**ET** 20:59

**SN** The Canadian Press

**SC** CPR

**LA** English

**CY** (c) 2017 The Canadian Press. All rights reserved.

**LP**

SAN FRANCISCO _ Apple is suing mobile chip maker Qualcomm for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The 100-page complaint filed Friday in a San Diego federal court depicts Qualcomm as a greedy monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

**TD**

For instance, Qualcomm demanded royalties on Apple's fingerprint identification system built into recent models of the iPhone and also for larger storage capacities on the devices, according to the lawsuit.

Qualcomm denied the allegations.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, Qualcomm's general counsel.

Apple says it has been co-operating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

"Qualcomm's recent effort to cover its tracks _ by punishing Apple for providing truthful testimony at the request of government regulators _ underscores the lengths to which Qualcomm will go to protect its extortion scheme," the lawsuit alleges.

Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging Qualcomm has been imposing unfair licensing terms on manufacturers.

Besides co-operating with the FTC's investigation, Apple says it has been providing information about its dealings with Qualcomm to regulators in Europe, South Korea and Taiwan.

South Korea regulators last month imposed an $853 million fine on Qualcomm for violating its antitrust laws, a decision that Qualcomm is fighting.

Shares in San Diego-based Qualcomm Inc. fell $1.56, or 2.4 per cent, to close Friday at $62.88. Those of Apple Inc., which is based in Cupertino, California, ended up 22 cents at $120.

**RF** 20170120CPCPB9690

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics |

| | |
|---|---|
| | icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| nnam : News Agency Materials \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usca : California \| namz : North America \| usa : United States \| usw : Western U.S. |
| **IPD** | B |
| **PUB** | The Canadian Press |
| **AN** | Document CPR0000020170121ed1l0008b |

 © 2023 Factiva, Inc. All rights reserved.

U-T San Diego

SE News

HD **in other news**

WC 74 words

PD 21 January 2017

SN San Diego Union-Tribune

SC SDU

ED Final ME

PG 1

LA English

CY Copyright 2017, San Diego Union-Tribune. Distributed by NewsBank, Inc.

LP

Apple suing Qualcomm

Apple is suing Qualcomm for roughly $1 billion, saying Qualcomm has been "charging royalties for technologies they have nothing to do with."

TD

The complaint was filed on Friday. Story, C1

Storm pounds county

Winds gusting upward of 50 mph whipped the region Friday, knocking out power to 36,000 customers, shutting theme parks and forcing motorists to keep a tight grip on their steering wheels. Story, B1

CO qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS npag : Page-One Stories | ncat : Content Types

RE usca : California | namz : North America | usa : United States | usw : Western U.S.

PUB Union-Tribune Publishing Company

AN Document SDU0000020170121ed1l0000i

U-T San Diego

**SE** Business

**HD** **Apple challenges Qualcomm; with $1b suit over royalties; Legal battle in S.D. follows FTC's action over alleged unfair patent licensing**

**BY** Mike Freeman

**WC** 574 words

**PD** 21 January 2017

**SN** San Diego Union-Tribune

**SC** SDU

**ED** Final ME

**PG** 1

**LA** English

**CY** Copyright 2017, San Diego Union-Tribune. Distributed by NewsBank, Inc.

**LP**

Apple is suing Qualcomm for roughly $1 billion, saying Qualcomm has been "charging royalties for technologies they have nothing to do with."

The suit follows the U.S. Federal Trade Commission's lawsuit against Qualcomm this week over alleged unfair patent-licensing practices.

**TD**

The complaint, filed in U.S. District Court in San Diego on Friday, alleges that Qualcomm has withheld $1 billion in rebate payments owed to Apple under an agreement between the two companies because Apple cooperated with an anti-trust investigation by the Korea Fair Trade Commission (KFTC).

Qualcomm is a major supplier to Apple and Samsung for "modem" chips that help phones connect to wireless networks.

The South Korean anti-trust regulator in December fined Qualcomm a record $865 million for anti-competitive patent-licensing practices.

"Qualcomm has withheld the required contractual payments from Apple even though the agreement clearly permits Apple to respond to the KFTC's lawful investigation and requests for information," according to the lawsuit. "If that were not enough, Qualcomm then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments to Apple. Apple refused."

In an email response, Qualcomm General Counsel Don Rosenberg called Apple's allegations "baseless."

Efforts to reach Qualcomm have been unsuccessful. The company has said in the past that its 3G and 4G cellular patents are essential to what makes smartphones truly mobile with the ability to link to the Internet from almost anywhere. The royalties it has been charging for these key technologies for more than two decades are not unreasonable, the company contends.

The San Diego wireless giant also vigorously denies claims made by the FTC and the Korea Fair Trade Commission, saying they are based on a flawed legal theory and inaccurate information about the mobile industry.

Apple issued the following statement regarding the lawsuit:

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with. The more Apple innovates with unique features such as TouchID, advanced displays, and cameras, to name just a few, the more money Qualcomm collects for no reason and the more expensive it becomes for

Apple to fund these innovations. Qualcomm built its business on older, legacy standards but reinforces its dominance through exclusionary tactics and excessive royalties. Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1B in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them.

"Apple believes deeply in innovation and we have always been willing to pay fair and reasonable rates for patents we use. We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

mike.freeman@sduniontribune.

com (760) 529-4973

Twitter: @TechDiego

**ART** Qualcomm last month was fined a record $865 million by South Korea over its patent practices. Gregory Bull AP

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Union-Tribune Publishing Company

**AN** Document SDU0000020170121ed1l0000k

**SE** Business

**HD** **Qualcomm Issues Statement On Apple Complaint**

**WC** 163 words

**PD** 21 January 2017

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2017 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - Qualcomm Incorporated (QCOM) said the claims made by Apple in its lawsuit against the company are baseless. On Friday, Apple filed a $1 billion lawsuit against Qualcomm in U.S. alleging non-payment of promised rebates.

"Apple has intentionally mischaracterized our agreements and negotiations, as well as the enormity and value of the technology we have invented, contributed and shared with all mobile device makers through our licensing program. Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world by misrepresenting facts and withholding information," said Don Rosenberg, general counsel, Qualcomm.

**TD**

On January 17, The Federal Trade Commission filed a complaint in federal district court charging Qualcomm with using anticompetitive tactics to maintain its monopoly in the supply of a key semiconductor device used in cell phones and other consumer products.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2017 RTTNews.com. All Rights Reserved

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated | applc : Apple Inc.

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020170121ed1l0005l

Deutsche Welle

**HD** **Apple suing Qualcomm for $1 billion over unfair royalties**

**WC** 400 words

**PD** 20 January 2017

**ET** 23:47

**SN** Deutsche Welle

**SC** DEUEN

**LA** English

**CY** (c) 2017. Deutsche Welle.

**LP**

Apple is suing mobile chip maker Qualcomm over claims it abused market power to demand unfair royalties. Apple uses Qualcomm products in its mobile devices to work with telecommunication networks.

Technology giant Apple sued mobile chip producer Qualcomm in San Diego federal court Friday for $1 billion (934 million euros) for charging unfair royalties on innovations on the iPhone, Apple's popular mobile phone.

**TD**

In an email to French press agency AFP, Apple charged that "to protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

In the 100-page complaint, Apple stated Qualcomm demanded royalties on Apple's fingerprint identification system on recent versions of the iPhone, as well as larger storage capabilities on the mobile phones, according to the lawsuit.

Qualcomm rejected Apple's claims. "Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world…by misrepresenting facts and withholding information," said Qualcomm executive vice president Don Rosenberg in a statement.

Apple uses Qualcomm products in its iPhones and iPad tablets to work with telecommunication networks.

Qualcomm in trouble

The Apple suit comes three days following the Federal Trade Commission (FTC) filed a lawsuit stating Qualcomm imposed unfair licensing terms on manufacturers. Apple also noted Qualcomm's license terms in its suit. Qualcomm called the FTC suit "significantly flawed."

Qualcomm is in hot water in South Korea as well, as regulators in the Asian country imposed a fine of over $850 million against the San Diego-based Qualcomm in December for violating the country's antitrust laws. Qualcomm is fighting this decision.

Moor Insights and Strategy analyst Patrick Moorhead told AFP that the antitrust suits against Qualcomm may cause rival chip producers to gain ground.

"I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm," said Moorhead.

"Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this," Moorhead added.

Qualcomm shares fell 2.4 percent and Apple shares edged up just below 0.2 percent Friday.

kbd/kl (AFP, AP)



PX32

**RF** 37219348

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i7902202 : Mobile Telecommunications | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services | i83944 : Internet Service Providers | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iint : Internet/Online | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** ntra : Transcripts | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | niwe : IWE Filter

**IPD** News

**PUB** Deutsche Welle

**AN** Document DEUEN00020170121ed1l000h2

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

**SE** Tech

**HD** **Apple Sues Qualcomm Over Licensing Practices; Apple alleges Qualcomm sought onerous terms for technology; Apple had cooperated in Korean probe into Qualcomm's licensing practices**

**BY** By Tripp Mickle

**WC** 897 words

**PD** 20 January 2017

**ET** 20:01

**SN** The Wall Street Journal Online

**SC** WSJO

**LA** English

**CY** Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices—a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commissionsued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display—not Qualcomm's chip —Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016—a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

Related

* FTC's Qualcomm Suit Exposes Tensions in Smartphone Industry (Jan. 19, 2017)

* Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm (Jan. 17, 2017)

* Apple Confirms $1 Billion Investment in SoftBank Vision Fund (Jan 5, 2017)

* Qualcomm to Pay $975 Million Antitrust Fine to China (Feb. 10, 2015)

* Qualcomm Says FTC Is Investigating It (Nov. 5, 2014)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | i7902 : Telecommunication Services | icph : Computer Hardware | iindstrls : Industrial Goods | iint : Internet/Online | itech : Technology | icomp : Computing | iindele : Industrial Electronics

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c151 : Earnings | c34 : Anti-Competition Issues | gcat : Political/General News | c15 : Financial Performance | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** ANTICOMPETITIVE

**IPC** 005930.SE

**PUB** Dow Jones & Company, Inc.

 © 2023 Factiva, Inc. All rights reserved.

**AN** Document WSJO000020170120ed1k009n9

Page 123 of 190 © 2023 Factiva, Inc. All rights reserved.

AP

**HD** **Apple depicts Qualcomm as a shady monopolist in $1B lawsuit**

**WC** 331 words

**PD** 20 January 2017

**ET** 20:58

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2017. The Associated Press. All Rights Reserved.

**LP**

SAN FRANCISCO (AP) — Apple is suing mobile chip maker Qualcomm for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The 100-page complaint filed Friday in a San Diego federal court depicts Qualcomm as a greedy monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

**TD**

For instance, Qualcomm demanded royalties on Apple's fingerprint identification system built into recent models of the iPhone and also for larger storage capacities on the devices, according to the lawsuit.

Qualcomm denied the allegations.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, Qualcomm's general counsel.

Apple says it has been cooperating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

"Qualcomm's recent effort to cover its tracks — by punishing Apple for providing truthful testimony at the request of government regulators — underscores the lengths to which Qualcomm will go to protect its extortion scheme," the lawsuit alleges.

Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging Qualcomm has been imposing unfair licensing terms on manufacturers.

Besides cooperating with the FTC's investigation, Apple says it has been providing information about its dealings with Qualcomm to regulators in Europe, South Korea and Taiwan.

South Korea regulators last month imposed an $853 million fine on Qualcomm for violating its antitrust laws, a decision that Qualcomm is fighting.

Shares in San Diego-based Qualcomm Inc. fell $1.56, or 2.4 percent, to close Friday at $62.88. Those of Apple Inc., which is based in Cupertino, California, ended up 22 cents at $120.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i3302 : Computers/Consumer Electronics | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | gpol : Domestic Politics | gtel : Telecommunications | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | gpir : Politics/International Relations | gsci : Sciences/Humanities | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** sfra : San Francisco | usa : United States | usca : California | namz : North America | usw : Western U.S.

**IPD** US

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020170120ed1k00f1u

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

HD **Qualcomm Comments on Apple Complaint**

WC 318 words

PD 21 January 2017

SN M2 Presswire

SC MTPW

LA English

CY © 2017, M2 Communications. All rights reserved.

LP

SAN DIEGO - "While we are still in the process of reviewing the complaint in detail, it is quite clear that Apple's claims are baseless. Apple has intentionally mischaracterized our agreements and negotiations, as well as the enormity and value of the technology we have invented, contributed and shared with all mobile device makers through our licensing program. Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information. We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated.

About Qualcomm

TD

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages. Qualcomm contacts: Tina Asmar John Sinnott

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS npress : Press Releases | ncat : Content Types

RE usa : United States | namz : North America

PUB Normans Media Ltd

AN Document MTPW000020170123ed1l003mn

DOW JONES NEWSWIRES

**HD** **Global Equities Roundup: Market Talk**

**WC** 1,484 words

**PD** 20 January 2017

**ET** 21:22

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

2121 ET [Dow Jones] With Apple Inc.'s lawsuit against Qualcomm Inc. filed on Friday, the iPhone maker piled on behind the South Korean Fair Trade Commission and the U.S. Federal Trade Commission in accusing the chip maker of anti-competitive business practices. Apple accused Qualcomm of allegedly withholding rebates on chip royalty payments that it said it was due in return for agreeing to use Qualcomm's modem chips exclusively in its phones between 2011 and 2016.

**TD**

Only days earlier, the FTC had sued Qualcomm for allegedly paying Apple rebates for the same commitment of exclusivity, thus blocking competitors and licensing essential smartphone patents in a discriminatory fashion. Stacy Rasgon, an analyst with Sanford L. Bernstein noted the irony: "Apple," he said, "seems to be suing Qualcomm for stopping something that the FTC is suing them for doing." (ted.greenwald@wsj.com)

1923 ET: A Canadian court has rejected a bid by a group of villagers from Ecuador to enforce a $9.5 billion judgment against Chevron Corp. through the company's Canadian subsidiary. The case stems from a 2011 Ecuadorean judgment that found Chevron Corp. liable for pollution by Texaco, a company Chevron had acquired. Chevron has no assets in Ecuador, so lawyers for the villagers have turned to other jurisdictions in an effort to enforce the judgment, including Canada. The Canadian court ruled Friday that the judgment couldn't be enforced against Chevron Canada Ltd., which it said was too far removed from the parent company. However, Friday's ruling doesn't prevent a trial from going ahead in Canada against Chevron Corp. (kim.mackrael@wsj.com, @kimmackrael)

1919 ET [Dow Jones] EBay needs to watch its back. That's what Morgan Stanley analysts say as Amazon and other start-up competitors become an increasing threat to the e-commerce site. Amazon's Prime membership is growing, increasingly threatening eBay's potential customer growth, the analysts say. But perhaps just as important are a bunch of new mobile startups, like OfferUp, 5Miles and LetGo-- which are generating sales without charging sellers transaction fees. "We acknowledge these competitors will need to charge fees at some point to survive, but its difficult to imagine they will charge fees as high as eBay...which, in our view, raises long-term question marks around eBay's ability to monetize its core Marketplace business," the analysts add. (laura.stevens@wsj.com; @LauraStevensWSJ)

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today.

Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

(END) Dow Jones Newswires

January 20, 2017 21:22 ET (02:22 GMT)

 © 2023 Factiva, Inc. All rights reserved.

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated | socal : Chevron Corporation | ftcey : Taiwan Fair Trade Commission

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ismart : Smartphones | i3441 : Telecommunications Equipment | i34411 : Mobile Communications Devices | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | iioil : Integrated Oil/Gas

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gptech : Personal Technology | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | glife : Living/Lifestyle | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** cana : Canada | skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0006k

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk**

**WC** 1,507 words

**PD** 20 January 2017

**ET** 21:22

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

2121 ET [Dow Jones] With Apple Inc.'s lawsuit against Qualcomm Inc. filed on Friday, the iPhone maker piled on behind the South Korean Fair Trade Commission and the U.S. Federal Trade Commission in accusing the chip maker of anti-competitive business practices. Apple accused Qualcomm of allegedly withholding rebates on chip royalty payments that it said it was due in return for agreeing to use Qualcomm's modem chips exclusively in its phones between 2011 and 2016. Only days earlier, the FTC had sued Qualcomm for allegedly paying Apple rebates for the same commitment of exclusivity, thus blocking competitors and licensing essential smartphone patents in a discriminatory fashion.

**TD**

Stacy Rasgon, an analyst with Sanford L. Bernstein noted the irony: "Apple," he said, "seems to be suing Qualcomm for stopping something that the FTC is suing them for doing." (ted.greenwald@wsj.com)

1923 ET: A Canadian court has rejected a bid by a group of villagers from Ecuador to enforce a $9.5 billion judgment against Chevron Corp. through the company's Canadian subsidiary. The case stems from a 2011 Ecuadorean judgment that found Chevron Corp. liable for pollution by Texaco, a company Chevron had acquired. Chevron has no assets in Ecuador, so lawyers for the villagers have turned to other jurisdictions in an effort to enforce the judgment, including Canada. The Canadian court ruled Friday that the judgment couldn't be enforced against Chevron Canada Ltd., which it said was too far removed from the parent company. However, Friday's ruling doesn't prevent a trial from going ahead in Canada against Chevron Corp. (kim.mackrael@wsj.com, @kimmackrael)

1919 ET [Dow Jones] EBay needs to watch its back. That's what Morgan Stanley analysts say as Amazon and other start-up competitors become an increasing threat to the e-commerce site. Amazon's Prime membership is growing, increasingly threatening eBay's potential customer growth, the analysts say. But perhaps just as important are a bunch of new mobile startups, like OfferUp, 5Miles and LetGo-- which are generating sales without charging sellers transaction fees. "We acknowledge these competitors will need to charge fees at some point to survive, but its difficult to imagine they will charge fees as high as eBay...which, in our view, raises long-term question marks around eBay's ability to monetize its core Marketplace business," the analysts add. (laura.stevens@wsj.com; @LauraStevensWSJ)

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today.

Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

(END) Dow Jones Newswires

January 20, 2017 21:22 ET (02:22 GMT)

 © 2023 Factiva, Inc. All rights reserved.

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated | socal : Chevron Corporation | ftcey : Taiwan Fair Trade Commission

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ismart : Smartphones | i3441 : Telecommunications Equipment | i34411 : Mobile Communications Devices | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | iioil : Integrated Oil/Gas

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gptech : Personal Technology | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | glife : Living/Lifestyle | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** cana : Canada | skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00017

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

HD **Business News: Apple Sues Qualcomm Over Chips --- iPhone maker says component supplier unfairly leveraged its monopoly position**

BY By Tripp Mickle

WC 594 words

PD 21 January 2017

SN The Wall Street Journal

SC J

PG B3

LA English

CY Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

LP

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm didn't respond to a request for comment Friday. It said earlier in the week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of technology-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

---

Ted Greenwald contributed to this article.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**IPC** ABO

**PUB** Dow Jones & Company, Inc.

**AN** Document J000000020170121ed1l00033

 © 2023 Factiva, Inc. All rights reserved.

HD **Apple files $1-B lawsuit vs chip supplier Qualcomm**

WC 329 words

PD 22 January 2017

SN The Philippine Star

SC PHSTAR

LA English

CY (c) 2017 Philstar Global Corporation

LP

SAN FRANCISCO – Apple is suing mobile chip maker Qualcomm for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The 100-page complaint filed Friday in a San Diego federal court depicts Qualcomm as a greedy monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

TD

For instance, Qualcomm demanded royalties on Apple's fingerprint identification system built into recent models of the iPhone and also for larger storage capacities on the devices, according to the lawsuit.

Qualcomm denied the allegations.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, Qualcomm's general counsel.

Apple says it has been cooperating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

"Qualcomm's recent effort to cover its tracks – by punishing Apple for providing truthful testimony at the request of government regulators – underscores the lengths to which Qualcomm will go to protect its extortion scheme," the lawsuit alleges.

Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging Qualcomm has been imposing unfair licensing terms on manufacturers.

Besides cooperating with the FTC's investigation, Apple says it has been providing information about its dealings with Qualcomm to regulators in Europe, South Korea and Taiwan.

South Korea regulators last month imposed an $853 million fine on Qualcomm for violating its antitrust laws, a decision that Qualcomm is fighting.

Shares in San Diego-based Qualcomm Inc. fell $1.56, or 2.4 percent, to close Friday at $62.88. Those of Apple Inc., which is based in Cupertino, California, ended up 22 cents at $120.

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

NS c12 : Corporate Crime/Legal Action | c133 : Patents | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

| | |
|---|---|
| **RE** | usca : California \| namz : North America \| usa : United States \| usw : Western U.S. |
| **PUB** | Philstar Global Corporation |
| **AN** | Document PHSTAR0020170121ed1m00036 |

 © 2023 Factiva, Inc. All rights reserved.

THE SUNDAY TIMES

SE Business

HD **Apple in $1bn lawsuit**

WC 87 words

PD 22 January 2017

SN The Sunday Times

SC ST

ED 1; National

PG 2

LA English

CY © Times Newspapers Limited 2017

LP

Business Digest

Apple has filed a lawsuit against chip maker Qualcomm, alleging it demanded unfair terms for its technology. The US suit, filed on Friday, claims that Qualcomm used its monopoly over chipsets to seek "onerous, unreasonable and costly" deals. Apple is looking for $1bn in rebate payments, claiming that money was witheld after it helped South Korean authorities investigate Qualcomm. Apple said the suit followed "years of disagreement over what constitutes a fair and reasonable royalty". Qualcomm called the claims "baseless".

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c12 : Corporate Crime/Legal Action | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

RE uk : United Kingdom | eecz : European Union Countries | eurz : Europe | weurz : Western Europe

PUB News UK & Ireland Limited

AN Document ST00000020170122ed1m000c7

U-T San Diego

**SE** News

**HD** **Apple's lawsuit tests Qualcomm business model**

**BY** Mike Freeman

**WC** 1,194 words

**PD** 22 January 2017

**SN** San Diego Union-Tribune

**SC** SDU

**ED** Final ME

**PG** 1

**LA** English

**CY** Copyright 2017, San Diego Union-Tribune. Distributed by NewsBank, Inc.

**LP**

Qualcomm has been called the research and development shop for the wireless industry, investing billions to create technologies to push mobile communications forward.

Now, the way it gets paid for those inventions is under full-fledged assault.

**TD**

Not only government regulators but also top customers are pushing back in court against Qualcomm's patent-licensing practices.

On Friday, Apple filed a lawsuit in a San Diego federal court alleging that Qualcomm is charging too much for "standard essential" patents and is withholding nearly $1 billion in royalty cap "rebates" in retaliation for Apple's cooperation with anti-trust investigators in the U.S., South Korea and elsewhere.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said in a statement.

The Apple lawsuit comes on the heels of the Korea Fair Trade Commission fining Qualcomm $865 million last month and demanding changes in its patent-licensing business.

Then last week, the U.S. Federal Trade Commission joined in - filing a lawsuit objecting to Qualcomm's patent licensing. The FTC complaint, which doesn't seek specific damages, contains many of the same allegations that Apple puts forward in its lawsuit.

The disputes could create headwinds for one of San Diego's largest private-sector employers. Sempra Energy is the only other Fortune 500 company in town.

While patent licensing accounted for only one-third of Qualcomm's $23.6 billion in annual revenue last year, it made up the bulk of its annual profit before taxes and other items. Qualcomm posted net income of $5.7 billion last year.

Qualcomm vehemently denies the claims and vows to fight. It has experience - including tough legal battles over the years with Nokia, Broadcom and others.

Don Rosenberg, Qualcomm's general counsel, joined the company in 2007 after serving as Apple's top lawyer for about 10 months.

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent Korea Fair Trade Commission decision and FTC complaint, by misrepresenting facts and withholding information," said Rosenberg in a statement.

The barrage of lawsuits follow a 2015 settlement between the company and China's anti-monopoly regulator that appears to have spilled over into other nations.

In the China settlement, Qualcomm paid a $975 million fine and reduced royalty rates on certain phones sold only in China.

Despite the fine, the deal was considered good for Qualcomm. It affirmed the company's right to collect royalties in China on its patents - which some Wall Street analysts doubted would happen.

In the wake of the China settlement, however, other government regulators have ratcheted up their scrutiny of Qualcomm's licensing business. In addition to the U.S. and South Korean actions, investigations are under way in Europe, Taiwan and Japan.

In 2015, Qualcomm considered splitting its patent-licensing arm from its chip-making business - creating two companies. Activist investor Jana Partners agitated for the split, which could moot key anti-trust allegations against Qualcomm that it uses its dominance in cellular chips to extract higher-than-deserved royalties from customers.

The company says it has never withheld or threatened to withhold chip supply in order to obtain unfair or unreasonable licensing terms. Qualcomm's board of directors voted against the split.

The legal maneuvers come amid a slowdown in smartphone sales, which are growing about 1 percent after several years of double-digit annual growth, according to industry research firm International Data Corp. That has smartphone makers looking for ways to cut costs.

In 2015, Qualcomm slashed its global workforce by 15 percent because of the slowing market. Most of the layoffs came from its semiconductor division. Qualcomm now employs 30,000 worldwide.

Analysts say it's too early to know what Apple's entry into the fray means. It doesn't, however, bode well for customer relations between Qualcomm, which supplies chips used in some iPhones, and one of the world's best known brands, said Stacy Rasgon of Bernstein Research.

"It's not just governments now. It's one of their large customers," said Rasgon. "They can't catch a break."

Rasgon and other Wall Street analysts speculated that the FTC might withdraw the complaint relatively soon with the transition to the Trump administration, which is expected to appoint a Republican majority to the FTC, given current vacancies and pending departures.

The lone sitting Republican on the commission, Maureen Ohlhausen, wrote a scathing dissent to the FTC's decision to sue, saying it's based on a flawed legal theory and flimsy evidence.

Apple's lawsuit, however, could make commissioners think twice about withdrawing, because it supports the agency's lawsuit.

Apple paints a picture of Qualcomm taking various steps to "gouge" Apple and other smartphone makers for licensing standard essential cellular patents.

These patents cover key technologies to making cellular communications work. Patent holders agree to share them at reasonable rates during an industry standard-setting process.

What's reasonable isn't defined. But Apple alleges Qualcomm overcharged it billions of dollars with its "illegal scheme."

Qualcomm doesn't disclose royalty rates. Analysts believe they are roughly 5 percent of the wholesale price of the handset - with offsets under certain circumstances. Apple sees that as unfair.

"When Apple spends billions redefining the concept of a smartphone camera, Qualcomm's royalty payments go up," the company said in the lawsuit. "Even when Apple sells an iPhone with added memory - 256 gigabits instead of 128 gigabits - Qualcomm collects a larger royalty just because of that added memory."

 © 2023 Factiva, Inc. All rights reserved.

Qualcomm argues that the wireless industry has based royalties on the price of "compliant devices" for more than two decades. The 3G and 4G LTE cellular technologies that Qualcomm created enable smartphones users to stream video, get emails and make reliable calls from nearly anywhere - thus contributing significantly to what makes smartphones valuable to consumers.

The lawsuit also alleges that Qualcomm owes nearly $1 billion to Apple under a "rebate" agreement between the two companies. According to the lawsuit, Qualcomm stopped payments in retaliation for Apple cooperating with South Korean anti-trust investigators.

Qualcomm denies that claim. "We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," Rosenberg said in a statement.

Analysts believe it could take years to resolve the legal disputes. Meanwhile, Qualcomm is investing in next generation 5G mobile technologies. And it's buying NXP Semiconductors for $47 billion, including assumption of debt, to diversify its business beyond smartphones and into automotive, the Internet of Things and other markets.

Analysts don't believe the legal disputes will impact the NXP deal, which is slated to be completed late this year. Qualcomm reports fiscal first quarter earnings on Wednesday, where it may shed further light on the lawsuits.

mike.freeman@sduniontribune.com

Twitter:@TechDiego

(760) 529-4973

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i7902 : Telecommunication Services | i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | npag : Page-One Stories | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** china : China | usa : United States | skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**PUB** Union-Tribune Publishing Company

**AN** Document SDU0000020170122ed1m0000a

 © 2023 Factiva, Inc. All rights reserved.

**SE** Business

**HD** **Apple Files $1 Bln Lawsuit Against Qualcomm**

**WC** 400 words

**PD** 22 January 2017

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2017 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - Apple Inc. (AAPL) has filed a $1 billion lawsuit against Qualcomm Inc. (QCOM) on Friday, accusing the chipmaker of charging royalties for technologies it has nothing to do with and for not paying about $1 billion in promised rebates.

According to Apple, the maker of iPhones, as it innovates with unique features such as TouchID, advanced displays and cameras, Qualcomm collects royalties for no reason and thus, it becomes more expensive for Apple to fund these innovations.

**TD**

Apple accused Qualcomm of charging it at least five times in payments than all the other cellular patent licensors that Apple has agreements with combined. Qualcomm is a key supplier of modem chips to both Apple and Samsung Electronics Co. (SMSN.L, SSNNF.OB, SSNLF.OB).

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1B in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them," Apple said in a statement.

"We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts," Apple added.

Qualcomm responded on Saturday by saying that Apple's claims are "baseless".

Don Rosenberg, executive vice president and general counsel of Qualcomm said, "Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information."

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," Rosenberg added.

Apple's lawsuit comes after the U.S. Federal Trade Commission or FTC said earlier this week that it filed a lawsuit, charging Qualcomm with using anticompetitive tactics to maintain its monopoly in the supply of a key semiconductor device used in cell phones and other consumer products.

In December 2016, the Korea Fair Trade Commission or KFTC fined Qualcomm about 1.03 trillion South Korean won or about $865 million, saying it found certain of Qualcomm's business practices in violation of Korean competition law.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2017 RTTNews.com. All Rights Reserved

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph :

Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | npress : Press Releases | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020170122ed1m0002u

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.
ASIA EDITION

SE Technology

HD **Apple Sues Qualcomm Over Licensing**

BY By Tripp Mickle
WC 521 words
PD 23 January 2017
SN The Wall Street Journal (Asia Edition)
SC AWSJ
PG B3
LA English
CY Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

LP

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said last week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit.

---

Ted Greenwald contributed to this article.

License this article from Dow Jones Reprint Service

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nnam : News Agency Materials | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**IPC** ABO

**PUB** Dow Jones & Company, Inc.

**AN** Document AWSJ000020170122ed1n0000h

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.
EUROPE EDITION

SE Technology

HD **Apple Hits Qualcomm With Licensing Suit**

BY By Tripp Mickle

WC 297 words

PD 23 January 2017

SN The Wall Street Journal (Europe Edition)

SC WSJE

PG B3

LA English

CY Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved

LP

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine for Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord generally was kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

The Apple suit comes after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

License this article from Dow Jones Reprint Service

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nnam : News Agency Materials | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**IPC** ABO

**PUB** Dow Jones & Company, Inc.

**AN** Document WSJE000020170123ed1n0000v

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk**

**WC** 150 words

**PD** 23 January 2017

**ET** 01:51

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

23-01-17 0651GMT

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | cscm : Supply Chain | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170123ed1n0006b



PX32

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Cut to Neutral From Buy by Nomura** |
| **WC** | 62 words |
| **PD** | 23 January 2017 |
| **ET** | 06:09 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

23 Jan 2017 06:09 ET Qualcomm Price Target Cut to $70.00/Share From $80.00 by Nomura

**TD**

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

(END) Dow Jones Newswires

January 23, 2017 06:09 ET (11:09 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| c15 : Financial Performance \| c152 : Earnings Projections \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170123ed1n001uu |

 © 2023 Factiva, Inc. All rights reserved.

Hindustan Times

| | |
|---|---|
| **SE** | Hindustan Times, tech$news |
| **HD** | **Nokia may soon launch a phone with Qualcomm's latest 835 Snapdragon processor** |
| **BY** | HT?Correspondent |
| **WC** | 363 words |
| **PD** | 23 January 2017 |
| **SN** | Hindustan Times |
| **SC** | HNTM |
| **LA** | English |
| **CY** | Copyright 2017. HT Media Limited. All rights reserved. |

**LP**

New Delhi, Jan. 23 -- HMD Global promoted Nokia may soon launch a new handset with Qualcomm's latest 835 Snapdragon processor at the upcoming Mobile World Congress (MWC) event in Barcelona.

According to a post activity on Chinese Twitter-like site Weibo, Nokia via a handle called NokiaPowerUser seems to be claiming that its next flagship smartphone will come with the Snapdragon 835 chip. However, this is a reading from a translation and one cannot be sure.

**TD**

Either way, the new Snapdragon chip from Qualcomm seems like a safe bet for many of 2017's top-end smartphones, and if the rumours of a high-end device from Nokia are accurate, it wouldn't be all that surprising to see the phone making use of the 835.

HMD Global has also suggested that the 835 Snap-powered device, mostly the P1, will be launched alongside Sharp Aquos Xx3, which was launched last year in Japan.

According to leaks from by Russian publication Worket, the P1 is expected to start retailing at around $800 (roughly Rs. 54,500) for the 128GB model and around $950 (roughly Rs. 64,700) for the 256GB variant.

The P1 is also expected to run on Android Nougat and sports a 5.3-inch display, covered with Gorilla Glass 5, with either full-HD or QHD screen resolution. The Nokia P1 is expected to pack Snapdragon 835 SoC coupled with 6GB of RAM.

In terms of optics, the Nokia P1 smartphone is expected to sport a Zeiss-certified 22.6-megapixel rear camera. The P1, which is IP57-certified, to draw power from a 3,500mAh battery with support for quick charging. There is a fingerprint scanner on the right of the device as well.

A leaked Nokia roadmap suggests that as many as 7 Nokia Android phones are in the works for 2017, with Nokia 6 just the first of these.

Published by HT Syndication with permission from Hindustan Times.

| | |
|---|---|
| **CT** | For any query with respect to this article or any other content requirement, please contact Editor at htsyndication@hindustantimes.com |
| **CO** | nokia : Nokia Oyj \| qcom : Qualcomm Incorporated |
| **IN** | ismart : Smartphones \| i3302 : Computers/Consumer Electronics \| i3441 : Telecommunications Technology/Equipment \| i34411 : Mobile Communications Equipment \| i3454 : Personal Electronics \| icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |

| | |
|---|---|
| **NS** | c22 : New Products/Services \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | india : India \| asiaz : Asia \| bric : BRICS Countries \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| indsubz : Indian Subcontinent \| sasiaz : Southern Asia |
| **PUB** | HT Media Limited |
| **AN** | Document HNTM000020170123ed1n00acj |

 © 2023 Factiva, Inc. All rights reserved.

**Tech Today: Qualcomm's Apple Risk, Apple's iPhone Risk, Twilio, Oracle Prospects**
Barron's Blogs, 08:56, 23 January 2017, 803 words, (English)
Here are some things going on today in your world of tech: Shares of Qualcomm (QCOM) are down $2.93, or almost 5%, at $59.95, in pre-market trading, after multiple outlets reported on Friday that Apple (AAPL), one of its largest customers, ...
Document WCBBE00020170123ed1n000ul

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk** |
| **WC** | 104 words |
| **PD** | 23 January 2017 |
| **ET** | 10:00 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

(END) Dow Jones Newswires

**TD**

January 23, 2017 10:00 ET (15:00 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170123ed1n002nk |

DOW JONES NEWSWIRES

HD **Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk**

WC 1,301 words

PD 23 January 2017

ET 10:00

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

TD

9:58 ET - President Donald Trump is expected to withdraw formally from the 12-nation Trans-Pacific Partnership free-trade agreement as early as Monday, according to two people familiar with the plans. Trump made opposition to former President Barack Obama's signature international economic goal a centerpiece of his campaign, and the new White House web site says pulling out of the TPP is the first step of Trump's trade policy. The deal hasn't entered into force, and there will be no major economic fallout for the US. Still, some business groups that had harbored hopes that Trump's negative campaign rhetoric on trade would evaporate after taking office, and business groups are still trying to convince the Trump administration to retain some aspects of the TPP, if not the full agreement, for enacting at a later date. (william.mauldin@wsj.com; @willmauldin)

9:38 ET - The new president just stirred up a bout of volatility in the bond market. Bond yields initially ticked higher after he tells business leaders in a meeting about his promise to cut taxes "massively" for middle class and companies. But yields fell again as he says that the US will impose "major" border tax if companies move outside the country. The US 10-year yield rose to 2.467% earlier but pulls back to 2.454% vs 2.466% Friday. (min.zeng@wsj.com)

9:35 ET - Two of President Donald Trump's cabinet picks could clear an early test on Tuesday. The Senate Commerce Committee is meeting at 10am ET tomorrow and plans to vote on Elaine Chao, nominated to run the Transportation Department, and Wilbur Ross, nominated to run the Commerce Department. Both received relatively gentle treatment at confirmation hearings earlier this month, hinting at a smooth ride ahead. Even after committee approval, both nominees would still require votes by the full Senate to take office. (ben.leubsdorf@wsj.com; @BenLeubsdorf)

9:24 ET - For 4Q results, S&P 500 companies are receiving smaller rewards for beating earnings estimates and bigger punishments for missing estimates, Bank of America Merrill Lynch says. On average, the stocks of companies that beat both the top and bottom line have outperformed the broad index by 1.6 percentage points the following day. For the reverse, stocks have underperformed the S&P 500 the following day by an average of 4.7 percentage points. If the trend holds through subsequent quarters, companies that fail to meet estimates may be in for a rough ride: analysts are predicting double-digit percentage growth for earnings in 2017, a target many investors say is overly optimistic. (akane.otani@wsj.com; @akaneotani)

9:11 ET - US bonds strengthen after the biggest weekly selloff in more than a month. Investors fret about lack of clarity from Trump's policy from Friday's inauguration speech. Some are concerned that Trump's priority is trade protectionism as he emphasizes making American interest first. New debt supply is another focus for the bond market this week with $26B sale of two-year notes due Tuesday; $34B sale of five-year

notes Wednesday and $28B sale of seven-year notes Thursday. This week's key US data are first estimate of US GDP for 4Q Friday. The 10-year yield is 2.443% vs 2.466% Friday. It is little change vs 2.446% at the end of 2015 as the reflation trade after Trump's win in early November has been pulling back over the past month. (min.zeng@wsj.com)

9:03 ET - Oil prices are lower even after OPEC and Russia worked through the weekend to show markets how compliant they are being with promised cuts to oil production. The lower prices could suggest some investors are still skeptical OPEC cuts are being taken, although analysts say the bigger worry is that US shale producers are swooping in to raise production and take OPEC's market share. Friday's rig count data from Baker Hughes, which showed the US added 29 active oil rigs in the past week alone, reinforces those beliefs, and concerns of continued oversupply. The Nymex March 2017 crude oil contract is 1.4% lower at $52.50/bbl. (dan.molinski@wsj.com)

8:59 ET - There's a persistent and harmful myth that professional women tear each other down, says Suni Harford, a managing director at Citigroup and regional head of markets for North America. "I never watched a woman in a cat fight in a boardroom," she said at the Inside ETFs conference in Florida. Another tip: Not all women want to be typecast as the head of diversity programs, she says. (asjylyn.loder@wsj.com; @asjylyn)

8:47 ET - More than half of company executives who've held 4Q earnings calls so far have discussed potential Trump policies, FactSet analyst John Butters says. Of 42 S&P 500 companies that reported results through Friday, 27 mentioned either "Trump" or "the administration" in their earnings calls. The top topic of interest: tax policy (11 mentions), followed by regulation (8 mentions), trade policy (6 mentions) and fiscal stimulus and healthcare (4 mentions each). Most companies highlighted said a change to tax policy could benefit their bottom lines, according to Butters' analysis of earnings call transcripts. "We've been a relatively high taxpayer. And so to the extent to which tax rates come down, we're a beneficiary," Goldman Sachs said on Jan 18. (akane.otani@wsj.com; @akaneotani)

8:27 ET - Big data is crucial to attracting investors to companies with good track records in environmental, social and governance issues, said Alice Handy, chief executive of Investure, at the Inside ETFs conference in Florida. "It's a very dangerous area trying to dictate what the moral overtone of what anyone's portfolio is," she said. (asjylyn.loder@wsj.com; @asjylyn)

8:09 ET - McDonald's (MCD) posts better-than-expected 4Q earnings and sales with a 2.7% rise in global same store sales, despite a 1.3% decrease in the US, as it lapped last year's launch of it's popular all-day breakfast sales. Global sales growth include solid gains in the UK and China. CEO Steve Easterbrook notes a focus on changes in its menu and technology to deliver better customer experience help MCD achieve its strongest annual global comp sales growth since 2011. MCD rises 0.6% to $123 premarket. (patrick.sullivan@wsj.com)

7:30 ET - US stocks futures slip as investors wait for policy certainty from the new Trump administration. While anticipation of slacker regulation, stimulus and lower taxes have boosted market sentiment since the election, there is worry an early focus on trade policies could add to the recent weakness in equity markets. European stock indexes are broadly lower, erasing gains for 2017, as losses in bank shares offset gains in the basic resources sector. The dollar falls against major rivals, particularly the yen, while gold rises and oil slips on worries about growing US shale output. S&P futures fall 3.25 points. (patrick.sullivan@wsj.com)

(END) Dow Jones Newswires

January 23, 2017 10:00 ET (15:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | gdip : International Relations | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | gpir : Politics/International Relations | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

 © 2023 Factiva, Inc. All rights reserved.

**AN** Document DJDN000020170123ed1n002le

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk** |
| **WC** | 99 words |
| **PD** | 23 January 2017 |
| **ET** | 10:20 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

(END) Dow Jones Newswires

**TD**

23-01-17 1520GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170123ed1n000cm |

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **QUALCOMM NOTIFICATION: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $250,000 Investing In QUALCOMM, Inc. To Contact The Firm**

**WC** 379 words

**PD** 23 January 2017

**ET** 10:27

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

NEW YORK, Jan. 23, 2017 /PRNewswire/ -- Faruqi & Faruqi, LLP, a leading national securities law firm, is investigating potential securities fraud at QUALCOMM, Inc. ("QUALCOMM" or the "Company") (Nasdaq:QCOM).

The investigation focuses on whether the Company and its executives violated federal securities laws by failing to disclose that the Company has engaged in potentially illegal business practices in its interactions with Apple Inc. ("Apple").

**TD**

Specifically, during aftermarket hours on January 20, 2017, Apple announced that it had filed a suit against QUALCOMM in a California federal court accusing the company of overcharging Apple "billions of dollars" in royalties, withholding nearly $1 billion in rebates, and trying to extort Apple after it cooperated in a Korean regulator's investigation into the chipmaker's licensing practices. After the announcement, QUALCOMM's stock price fell, causing damage to investors.

Request more information now by clicking here: www.faruqilaw.com/QCOM. There is no cost or obligation to you.

Take Action

If you invested in QUALCOMM stock or options and would like to discuss your legal rights, visit www.faruqilaw.com/QCOM. You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com. Faruqi & Faruqi, LLP also encourages anyone with information regarding QUALCOMM's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.

FARUQI & FARUQI, LLP

685 Third Avenue, 26(th) Floor

New York, NY 10017

Attn: Richard Gonnello, Esq.

rgonnello@faruqilaw.com

Telephone: (877) 247-4292 or (212) 983-9330

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-notification-faruqi--faruqi-llp-encourages-investors-who-suffered-losses-in-excess-of-250000-investing-in-qualcomm-inc-to-contact-the-firm-300394709.html

SOURCE Faruqi & Faruqi, LLP

/Web site: http://www.faruqilaw.com

(END)

| | |
|---|---|
| **CO** | applc : Apple Inc. \| fafrql : Faruqi & Faruqi LLP \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| i835 : Legal Services \| ibcs : Business/Consumer Services \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| gfraud : Fraud \| npress : Press Releases \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gcrim : Crime/Legal Action \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **PUB** | PR Newswire Association, Inc. |
| **AN** | Document PRN0000020170123ed1n000e8 |

DOW JONES NEWSWIRES

**HD** **Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk**

**WC** 1,451 words

**PD** 23 January 2017

**ET** 10:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:50 ET - Nomura Instinet says "recent rulings and lawsuits are stronger and broader than anticipated," when it comes to Qualcomm (QCOM) and they could cause a delay in regulatory approval of its deal buy NXP Semiconductors (NXPI). The brokerage lowers QCOM to neutral from buy and cuts the target price to $70 from $80. Nomura's caution was triggered by the $1B suit Apple brought against QCOM Friday over licensing practices. Also last week, the FTC sued QCOM claiming illegal tactics to maintain a monopoly on a key type of chip. Nomura thinks the added scrutiny now brings uncertainty "around the timing of accretion and diversification benefits from the NXPI acquisition," which the brokerage believed would close in 2H 2017. QCOM off 13% to $54.69. (patrick.sheridan@wsj.com)

-0-

**TD**

10:47 ET - Companies with US businesses that offshore operations are looking for on-shore alternatives, even in the relatively low-profile sector of IT and business-process outsourcing, but automation will cut into job repatriation. Vendors that provide outsourced services are pushing automation as a cost-effective way to re-shore work--but not necessarily jobs. It's an especially cost-effective solution at a time when wages are rising fast in China and other developing countries. With automation, "instead of 3,000 or 5,000 offshore jobs, maybe I'll have 50 onshore," said RG Conlee, chief innovation officer at Congruent Inc. "The number of jobs needed to monitor [software] is much smaller than the number needed to do data entry." (lauren.weber@wsj.com; @laurenweberWSJ)

10:46 ET - NuTonomy, the Cambridge, Mass.-startup aiming to put its self-driving car software in commercial robot taxis next year, has hired a senior executive to work with potential partners who has experience dealing with Ford Motor, Toyota Motor and Alphabet's Google. Gretchen Effgen, who takes on the role of vice president of partnerships, arrives most recently from CivicSmart where she worked on parking solutions in cities. She was previously at Zipcar where she worked with auto maker partners. Partnerships will be a key part of NuTonomy's strategy to put its software on roadways around the world. It recently began testing a self-driving car in Boston and has had a trial program in Singapore since last August. (tim.higgins@wsj.com)

10:39 ET - Ford's (F) CEO Mark Fields is among several top executives meeting with President Donald Trump at the White House to discuss US manufacturing. On the campaign trail and in the weeks following the election, Trump hammered F for plans to move small-car production to Mexico. Earlier this month, F announced it would scrap plans for a $1.6B factory in Mexico and instead reinvest part of that money in expanding a plant in Michigan--a move that Fields described as a "vote of confidence," in the new administration's efforts to make building cars in the US more competitive. Still, Ford plans to relocate production of the Focus compact car from the US to Mexico, moving it to an existing plant. (christina.rogers@wsj.com)

10:34 ET - The US Department of Agriculture's Animal and Plant Health Inspection Service over the weekend issued a 60-day stay on its previous "final ruling" to allow the importation of fresh lemon fruit from Argentina, citing "guidance from the White House issued January 20." The move is leading Argentine investors and government officials to wonder how much Trump's policies may affect trade with Argentina.

Argentine officials had touted the prompt opening of the US market to lemons as an example of improving relations between the countries. (taos.turner@wsj.com; @taos)

10:26 ET - Exchange traded products tracking the CBOE Volatility Index, or VIX, saw a flurry of activity over the past week as investors placed bets on Wall Street's "fear gauge" ahead of the presidential inauguration. One of the biggest exchange traded products tracking VIX, the iPath S&P 500 VIX Short-Term Futures ETN (VXX), saw $204M in inflows over the past week, FactSet data show. Meanwhile, the ProShares Ultra VIX Short-Term Futures ETF (UVXY), saw $47.76M of inflows and the VelocityShares Daily 2x VIX Short-Term ETN gained $26.52M. On the flip side, those betting against volatility took money out of the ProShares Short VIX Short-Term Futures ETF (SVXY) and the VelocityShares Daily Inverse VIX Short-Term ETN (XIV) as the two funds lost $156.66M and $59.84M, respectively. (gunjan.banerji@wsj.com; @gunjanjs)

10:14 ET - Why are Actelion shares up more than 2% after announcing that a key drug failed to meet its primary endpoint in a phase 3 trial? A researcher quoted in Actelion's news release blames the "unexpected improvement" of the placebo arm for the trial failure for drug Opsumit. But Actelion shares are probably not down on the news because, as Jefferies says, Wall Street didn't ascribe high sales to a new indication for a relatively small patient population. Most important, Jefferies says it expects talks to sell to Johnson & Johnson (JNJ) won't be affected. (jonathan.rockoff@wsj.com; @jonathanrockoff)

10:07 ET - It's another delay for Dow Chemical's (DOW) merger with DuPont (DD) as European Commission antitrust enforcers say they've extended the deadline by which to render their verdict on the chemical megamerger by 10 days. The EU had been set to rule on the deal, unveiled in December 2015, by Feb 28, but now have until March 14, according to update posted to the European Commission's website. Regulators in the EU, who are scrutinizing the deal alongside other big agriculture-sector combinations like ChemChina-Syngenta and Bayer-Monsanto, have focused on the impact consolidation could have on innovation in seeds and pesticides. (jacob.bunge@wsj.com; @jacobbunge)

10:03 ET - Halliburton (HAL) CEO Dave Lesar says during a Q&A session of a conference call that oilfield services prices are headed up as the industry recovers, and its customers can't stop that. Asked it E&Ps should factor in a 5% to 10% rise in costs, Lesar says "I would be using something higher...As equipment tightens, commodity prices increase and everybody wants available of equipment when they want it, where they want it and how they want it, I don't see how there is going to be the ability for the customers to hold prices down." But, he adds: "we'll work with customers that want to work with us." HAL slips 4.1% to $54.11. (dan.molinski@wsj.com)

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

9:58 ET - President Donald Trump is expected to withdraw formally from the 12-nation Trans-Pacific Partnership free-trade agreement as early as Monday, according to two people familiar with the plans. Trump made opposition to former President Barack Obama's signature international economic goal a centerpiece of his campaign, and the new White House web site says pulling out of the TPP is the first step of Trump's trade policy. The deal hasn't entered into force, and there will be no major economic fallout for the US. Still, some business groups that had harbored hopes that Trump's negative campaign rhetoric on trade would evaporate after taking office, and business groups are still trying to convince the Trump administration to retain some aspects of the TPP, if not the full agreement, for enacting at a later date. (william.mauldin@wsj.com; @willmauldin)

9:38 ET - The new president just stirred up a bout of volatility in the bond market. Bond yields initially ticked higher after he tells business leaders in a meeting about his promise to cut taxes "massively" for middle class and companies. But yields fell again as he says that the US will impose "major" border tax if companies move outside the country. The US 10-year yield rose to 2.467% earlier but pulls back to 2.454% vs 2.466% Friday. (min.zeng@wsj.com)

(END) Dow Jones Newswires

January 23, 2017 10:50 ET (15:50 GMT)

**CO** phisem : NXP Semiconductors N.V. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | c181 : Acquisitions/Mergers/Divestments | c34 : Anti-Competition Issues | gdip : International Relations | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | cacqu : Acquisitions/Mergers | c15 : Financial Performance | c152 : Earnings Projections | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | eurz : Europe | usdc : Washington DC | namz : North America | uss : Southern U.S.

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n002ve

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk**

**WC** 156 words

**PD** 23 January 2017

**ET** 10:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:50 ET - Nomura Instinet says "recent rulings and lawsuits are stronger and broader than anticipated," when it comes to Qualcomm (QCOM) and they could cause a delay in regulatory approval of its deal buy NXP Semiconductors (NXPI). The brokerage lowers QCOM to neutral from buy and cuts the target price to $70 from $80. Nomura's caution was triggered by the $1B suit Apple brought against QCOM Friday over licensing practices. Also last week, the FTC sued QCOM claiming illegal tactics to maintain a monopoly on a key type of chip. Nomura thinks the added scrutiny now brings uncertainty "around the timing of accretion and diversification benefits from the NXPI acquisition," which the brokerage believed would close in 2H 2017. QCOM off 13% to $54.69. (patrick.sheridan@wsj.com)

-0-

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

January 23, 2017 10:50 ET (15:50 GMT)

**CO** phisem : NXP Semiconductors N.V. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | c181 : Acquisitions/Mergers/Divestments | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | cacqu : Acquisitions/Mergers | c15 : Financial Performance | c152 : Earnings Projections | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n002r2

DOW JONES NEWSWIRES

**HD** **Pay-TV Revenues Grow Despite Cord-cutting -- Market Talk**

**WC** 1,485 words

**PD** 23 January 2017

**ET** 11:12

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

11:12 ET - SNL Kagan, a prominent media industry consulting firm, reports that cable network advertising revenues grew 1.9% to $28.28B in 2016 while affiliate revenues jumped 7.5% to $37.58B. Total revenue increased 5.3% to $63.63B. The gains come despite many cable networks including Walt Disney's (DIS) ESPN losing subscribers to cord-cutting. Overall, SNL Kagan said fully distributed cable networks are enduring subscription declines of roughly 2% annually. Smaller cable networks are particularly challenged and some are shutting down including NBCUniversal's Esquire, which said last week it will transition to an online only platform later this year. The strongest networks in the past 12 months were the news channels thanks to election coverage. Fox News, CNN and MSNBC all saw ratings growth last year. (joe.flint@wsj.com; @JBFlint)

**TD**

11:02 ET - Investors are picking up government bonds and their stock-market proxies on President Donald Trump's first Monday in office, lifting trades that largely sold off through the postelection rally. Shares of real estate and utilities companies in the S&P 500--dividend-heavy sectors that are considered to behave like bonds--are two of the three sectors in positive territory so far, posting 0.3% and 0.1% gains respectively. Meanwhile, government bonds are strengthening after their worst week in more than a month. The yield on the US 10-year Treasury note falls to 2.425% from 2.466% Friday. The moves come as investors broadly taper bullish bets, increasing cash holdings and hedging against potential volatility. (akane.otani@wsj.com; @akaneotani)

10:50 ET - Nomura Instinet says "recent rulings and lawsuits are stronger and broader than anticipated," when it comes to Qualcomm (QCOM) and they could cause a delay in regulatory approval of its deal buy NXP Semiconductors (NXPI). The brokerage lowers QCOM to neutral from buy and cuts the target price to $70 from $80. Nomura's caution was triggered by the $1B suit Apple brought against QCOM Friday over licensing practices. Also last week, the FTC sued QCOM claiming illegal tactics to maintain a monopoly on a key type of chip. Nomura thinks the added scrutiny now brings uncertainty "around the timing of accretion and diversification benefits from the NXPI acquisition," which the brokerage believed would close in 2H 2017. QCOM off 13% to $54.69. (patrick.sheridan@wsj.com)

-0-

10:47 ET - Companies with US businesses that offshore operations are looking for on-shore alternatives, even in the relatively low-profile sector of IT and business-process outsourcing, but automation will cut into job repatriation. Vendors that provide outsourced services are pushing automation as a cost-effective way to re-shore work--but not necessarily jobs. It's an especially cost-effective solution at a time when wages are rising fast in China and other developing countries. With automation, "instead of 3,000 or 5,000 offshore jobs, maybe I'll have 50 onshore," said RG Conlee, chief innovation officer at Congruent Inc. "The number of jobs needed to monitor [software] is much smaller than the number needed to do data entry." (lauren.weber@wsj.com; @laurenweberWSJ)

10:46 ET - NuTonomy, the Cambridge, Mass.-startup aiming to put its self-driving car software in commercial robot taxis next year, has hired a senior executive to work with potential partners who has experience

dealing with Ford Motor, Toyota Motor and Alphabet's Google. Gretchen Effgen, who takes on the role of vice president of partnerships, arrives most recently from CivicSmart where she worked on parking solutions in cities. She was previously at Zipcar where she worked with auto maker partners. Partnerships will be a key part of NuTonomy's strategy to put its software on roadways around the world. It recently began testing a self-driving car in Boston and has had a trial program in Singapore since last August. (tim.higgins@wsj.com)

10:39 ET - Ford's (F) CEO Mark Fields is among several top executives meeting with President Donald Trump at the White House to discuss US manufacturing. On the campaign trail and in the weeks following the election, Trump hammered F for plans to move small-car production to Mexico. Earlier this month, F announced it would scrap plans for a $1.6B factory in Mexico and instead reinvest part of that money in expanding a plant in Michigan--a move that Fields described as a "vote of confidence," in the new administration's efforts to make building cars in the US more competitive. Still, Ford plans to relocate production of the Focus compact car from the US to Mexico, moving it to an existing plant. (christina.rogers@wsj.com)

10:34 ET - The US Department of Agriculture's Animal and Plant Health Inspection Service over the weekend issued a 60-day stay on its previous "final ruling" to allow the importation of fresh lemon fruit from Argentina, citing "guidance from the White House issued January 20." The move is leading Argentine investors and government officials to wonder how much Trump's policies may affect trade with Argentina. Argentine officials had touted the prompt opening of the US market to lemons as an example of improving relations between the countries. (taos.turner@wsj.com; @taos)

10:26 ET - Exchange traded products tracking the CBOE Volatility Index, or VIX, saw a flurry of activity over the past week as investors placed bets on Wall Street's "fear gauge" ahead of the presidential inauguration. One of the biggest exchange traded products tracking VIX, the iPath S&P 500 VIX Short-Term Futures ETN (VXX), saw $204M in inflows over the past week, FactSet data show. Meanwhile, the ProShares Ultra VIX Short-Term Futures ETF (UVXY), saw $47.76M of inflows and the VelocityShares Daily 2x VIX Short-Term ETN gained $26.52M. On the flip side, those betting against volatility took money out of the ProShares Short VIX Short-Term Futures ETF (SVXY) and the VelocityShares Daily Inverse VIX Short-Term ETN (XIV) as the two funds lost $156.66M and $59.84M, respectively. (gunjan.banerji@wsj.com; @gunjanjs)

10:14 ET - Why are Actelion shares up more than 2% after announcing that a key drug failed to meet its primary endpoint in a phase 3 trial? A researcher quoted in Actelion's news release blames the "unexpected improvement" of the placebo arm for the trial failure for drug Opsumit. But Actelion shares are probably not down on the news because, as Jefferies says, Wall Street didn't ascribe high sales to a new indication for a relatively small patient population. Most important, Jefferies says it expects talks to sell to Johnson & Johnson (JNJ) won't be affected. (jonathan.rockoff@wsj.com; @jonathanrockoff)

10:07 ET - It's another delay for Dow Chemical's (DOW) merger with DuPont (DD) as European Commission antitrust enforcers say they've extended the deadline by which to render their verdict on the chemical megamerger by 10 days. The EU had been set to rule on the deal, unveiled in December 2015, by Feb 28, but now have until March 14, according to update posted to the European Commission's website. Regulators in the EU, who are scrutinizing the deal alongside other big agriculture-sector combinations like ChemChina-Syngenta and Bayer-Monsanto, have focused on the impact consolidation could have on innovation in seeds and pesticides. (jacob.bunge@wsj.com; @jacobbunge)

10:03 ET - Halliburton (HAL) CEO Dave Lesar says during a Q&A session of a conference call that oilfield services prices are headed up as the industry recovers, and its customers can't stop that. Asked it E&Ps should factor in a 5% to 10% rise in costs, Lesar says "I would be using something higher...As equipment tightens, commodity prices increase and everybody wants available of equipment when they want it, where they want it and how they want it, I don't see how there is going to be the ability for the customers to hold prices down." But, he adds: "we'll work with customers that want to work with us." HAL slips 4.1% to $54.11. (dan.molinski@wsj.com)

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

(END) Dow Jones Newswires

January 23, 2017 11:12 ET (16:12 GMT)

 © 2023 Factiva, Inc. All rights reserved.

**CO** qcom : Qualcomm Incorporated

**IN** i838 : Advertising | ibcs : Business/Consumer Services | imed : Media/Entertainment | iadv : Advertising/Marketing/Public Relations | imark : Marketing | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c151 : Earnings | gtvrad : Television/Radio | gvote1 : National/Presidential Elections | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c1513 : Sales Figures | c15 : Financial Performance | ccat : Corporate/Industrial News | gcat : Political/General News | gent : Arts/Entertainment | gpir : Politics/International Relations | gpol : Domestic Politics | gvote : Elections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n002xm

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm: Instinet Cuts to Hold as NXP Buy Now Faces Delays**
Barron's Blogs, 11:17, 23 January 2017, 336 words, (English)
Shares of Qualcomm (QCOM) are down $8.30, or almost 13%, at $54.59, after multiple outlets reported on Friday that Apple (AAPL), one of its largest customers, has filed suit against Qualcomm for withholding $1 billion in rebates owed Apple,...
Document WCBBE00020170123ed1n001jm

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

HD **Qualcomm dives as $1bn Apple lawsuit prompts downgrade**

BY Pan Kwan Yuk

WC 334 words

PD 23 January 2017

ET 11:33

SN Financial Times (FT.Com)

SC FTCMA

LA English

CY Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

LP

Don't mess with Apple.

News on Friday that the tech juggernaut has filed a $1bn lawsuit against Qualcomm has sent shares in the chipmaker diving by the most in over a year on Monday.

TD

Qualcomm, which fell 2.4 per cent to $62.88 on Friday just before the close when the lawsuit was published, tumbled by another 14.5 per cent within an hour after trading started on Monday as a ratings downgrade and a price target cut added further pressure on the stock.

The lawsuit – the first direct challenge by one of Qualcomm's major customers – prompted Nomura to cut its ratings on the company to Neutral from Buy.

Analyst Romit Shah said his team had upgraded Qualcomm last year on the back of its $47bn blockbuster deal to buy European rival NXP.

But the recent flurry of lawsuits could complicate the process of getting regulatory approval for the deal. In addition to Apple, Qualcomm is also being sued by the US Federal Trade Commission and is the subject of investigations in the EU and Taiwan.

As Mr Shah noted:

QCOM needs approval from multiple countries, including the U.S., China, Japan, South Korea, Taiwan, and the EU, and QCOM has current outstanding investigations with all except for China.

Our downgrade and lower target price multiple are based on the increased uncertainty around the timing of accretion and diversification benefits from the NXPI acquisition, which we previously assumed would close in the second half of 2017.

Apple is demanding a payment of $1bn it believes is due as a rebate for licensing fees, which it claims the chipmaker is holding back as punishment for Apple "responding truthfully" to the South Korean investigation. Qualcomm, it claims, charges Apple at least five times more than what it pays all its other cellular patent licensers combined.

Qualcomm in response has said that Apple had "intentionally mischaracterised" the agreements and negotiations between the two companies.

CO ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170123ed1n007bx

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Plunges: Bad News When Your Top Customer Sues You, Says Bernstein**
Barron's Blogs, 11:14, 23 January 2017, 404 words, (English)
Shares of Qualcomm ( QCOM) are down $8.30, or almost 13%, at $54.59, after multiple outlets reported on Friday that Apple ( AAPL), one of its largest customers, has filed suit against Qualcomm for withholding $1 billion in rebates owed Apple,...
Document WCBBE00020170123ed1n001jl

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm: Apple Suit May Not Do Much, History Shows, Says Morgan Stanley**

Barron's Blogs, 12:50, 23 January 2017, 387 words, (English)

Don't presume the worst about Apple's (AAPL) suit against Qualcomm (QCOM), advises Morgan Stanley's James Faucette in a note to clients this morning — these things historically have had little impact, in his view.

Document WCBBE00020170123ed1n0025t

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Takes a Bite Out of Qualcomm -- Heard on the Street**

**BY** By Dan Gallagher

**WC** 315 words

**PD** 23 January 2017

**ET** 13:58

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm has survived many legal challenges to its patent-driven business model. The suit filed by Apple is a tougher test.

Investors took note, wiping $13 billion off of Qualcomm's market value since news of the suit hit late Friday. One reason is Apple represents about one-quarter of Qualcomm's licensing revenue, estimates Christopher Caso of CLSA. It is a formidable foe with $132 billion in net cash.

**TD**

More importantly, the Apple suit hits Qualcomm at a terrible time: Qualcomm is already in the thick of it with regulators in Korea, Europe and the U.S. -- all of whom are examining the company's business practices regarding the deep well of patents that go to the heart of most wireless devices operating today. Licenses from these patents generate about 80% of the company's pretax profit.

Qualcomm is also trying to get regulators to sign off on its $39 billion acquisition of NXP Semiconductors . This is the company's biggest M&A deal to date, as it will add much needed diversity to a business that still relies heavily on the slowing smartphone market.

The lawsuit makes clear that Apple has been discussing Qualcomm with those agencies, many of whom have to sign off on the NXP acquisition for it to proceed. Qualcomm was expecting to complete the deal by the end of this year, but the fact that its stock has now slid back below its price from before the deal was announced suggests that shareholders now see a strong risk of a delay.

That -- plus the prospect of having to lower its royalty rates for a key customer -- have placed another cloud of uncertainty over Qualcomm. The company's future depends on passing this test.

(END) Dow Jones Newswires

January 23, 2017 13:58 ET (18:58 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c181 : Acquisitions/Mergers/Divestments | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | nhrd : Heard on the Street | npda : DJ Exclusive Analysis - All | npfida : DJ Exclusive Analysis - Fixed Income | npfxda : DJ Exclusive Analysis - FX | npqda : DJ Exclusive Analysis - Equities | ntop : Top Wire News | nttwn : Today's Top Wire News | c18 : Ownership Changes | cactio : Corporate Actions | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n003dm

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

HD **QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations**

WC 431 words

PD 23 January 2017

ET 15:16

SN PR Newswire

SC PRN

LA English

CY Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

LP

SAN FRANCISCO, Jan. 23, 2017 /PRNewswire/ -- Hagens Berman Sobol Shapiro LLP alerts investors in QUALCOMM Incorporated (NASDAQ: QCOM) that Apple and the FTC have instituted lawsuits against QCOM. Hagens Berman is now investigating whether QCOM and its management may have violated Federal securities laws.

If you purchased or otherwise acquired securities of QCOM before January 20, 2017 and suffered over $100,000 in losses contact Hagens Berman Sobol Shapiro LLP. For more information visit:

TD

https://www.hbsslaw.com/cases/QCOM

or contact Reed Kathrein, who is leading the firm's investigation, by calling 510-725-3000 or emailing QCOM@hbsslaw.com.

On January 20, 2017, CNBC reported that Apple sued Qualcomm for roughly $1 billion, alleging Qualcomm charged Apple royalties for technologies Qualcomm had "nothing to do with."

CNBC also reported that Qualcomm has taken "radical steps" that include "withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them." Apple reportedly added, "Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined."

This news drove the price of QCOM shares down nearly 2.5% to close at $62.88 per share.

"We are investigating allegations made by both Apple and the FTC in their complaints filed against Qualcomm," said Hagens Berman partner Reed Kathrein.

Whistleblowers: Persons with non-public information regarding QCOM should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new SEC whistleblower program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 510-725-3000 or email QCOM@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national investor-rights law firm headquartered in Seattle, Washington with offices in 10 cities. The Firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the Firm and its successes can be found at www.hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 510-725-3000

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-investor-alert-hagens-berman-investigating-qualcomms-business-practices-and-ftc-allegations-300394943.html

SOURCE Hagens Berman Sobol Shapiro LLP

/Web site: https://www.hbsslaw.com

(END)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | gwhis : Whistleblowers | ccat : Corporate/Industrial News | gcat : Political/General News | gcrim : Crime/Legal Action | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170123ed1n000mr

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Press Release: QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations** |
| WC | 465 words |
| PD | 23 January 2017 |
| ET | 15:16 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations

PR Newswire

**TD**

SAN FRANCISCO, Jan. 23, 2017

SAN FRANCISCO, Jan. 23, 2017 /PRNewswire/ -- Hagens Berman Sobol Shapiro LLP alerts investors in QUALCOMM Incorporated (NASDAQ: QCOM) that Apple and the FTC have instituted lawsuits against QCOM. Hagens Berman is now investigating whether QCOM and its management may have violated Federal securities laws.

If you purchased or otherwise acquired securities of QCOM before January 20, 2017 and suffered over $100,000 in losses contact Hagens Berman Sobol Shapiro LLP. For more information visit:

https://www.hbsslaw.com/cases/QCOM

or contact Reed Kathrein, who is leading the firm's investigation, by calling 510-725-3000 or emailing QCOM@hbsslaw.com.

On January 20, 2017, CNBC reported that Apple sued Qualcomm for roughly $1 billion, alleging Qualcomm charged Apple royalties for technologies Qualcomm had "nothing to do with."

CNBC also reported that Qualcomm has taken "radical steps" that include "withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them." Apple reportedly added, "Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least

five times more in payments than all the other cellular patent licensors we have agreements with combined."

This news drove the price of QCOM shares down nearly 2.5% to close at $62.88 per share.

"We are investigating allegations made by both Apple and the FTC in their complaints filed against Qualcomm," said Hagens Berman partner Reed Kathrein.

Whistleblowers: Persons with non-public information regarding QCOM should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new SEC whistleblower program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 510-725-3000 or email QCOM@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national investor-rights law firm headquartered in Seattle, Washington with offices in 10 cities. The Firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the Firm and its successes can be found at www.hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 510-725-3000

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-investor-alert-hagens-berman-investigating-qualcomms-business-practices-and-ftc-allegations-300394943.html

SOURCE Hagens Berman Sobol Shapiro LLP

/Web site: https://www.hbsslaw.com

(END) Dow Jones Newswires

January 23, 2017 15:16 ET (20:16 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| npress : Press Releases \| gwhis : Whistleblowers \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gcrim : Crime/Legal Action \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usca : California \| usw : Western U.S. \| namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |

 © 2023 Factiva, Inc. All rights reserved.

**AN** Document DJDN000020170123ed1n003lo

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **The Biggest Loser: Qualcomm Tumbles -- Barron's Blog**

**BY** By Ben Levisohn

**WC** 324 words

**PD** 23 January 2017

**ET** 16:21

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm ( QCOM) tumbled to the bottom of the S&P 500 today after Apple ( AAPL) sued the chip maker over its licensing practices.

Qualcomm dropped 12.7% to $54.88, while the S&P 500 fell 0.27% to end at 2,265.2.

**TD**

BMO's Tim Long and team note that Apple's claims sound familiar, but worry about the attention the lawsuit is getting:

We are not lawyers, but we have come across many lawsuits/complaints between Qualcomm and other companies and governments over the years. Below we offer our opinions, understanding that there will be much legal maneuvering on each side before these cases will be resolved. We will not go through all of the 25 counts, but instead will focus on the key elements from a high level. We will focus on items that we have seen before, and ones that we hadn't known about, including the agreements that Apple detailed it has signed in the past with Qualcomm.

We expect this case to get a lot of attention, and for any resolution to take a long time, whether through the courts or a private agreement. We doubt that there will be a meaningful change to Qualcomm royalty rates, but the mention of benefits for exclusive chip supply, denying the right to litigate, and withholding "rebate" payments may cause damage otherwise.

Qualcomm's market capitalization fell to $ billion today from $92.3 billion on Friday. It reported net income of $5.7 billion on sales of $23.6 billion in 2016.

For more on the potential impact of Apple's suit on Qualcomm, read Morgan Stanley's take, Bernstein's take, and Instinet's take over at Barron's Tech Trader Daily.

More at Barron's Stocks to Watch blog,
http://blogs.barrons.com/stockstowatchtoday/
(END) Dow Jones Newswires

January 23, 2017 16:21 ET (21:21 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial

News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n003yl

 © 2023 Factiva, Inc. All rights reserved.

**The Biggest Loser: Qualcomm Tumbles 13%**

Barron's Blogs, 17:11, 23 January 2017, 301 words, (English)

Qualcomm (QCOM) tumbled to the bottom of the S&P 500 today after Apple (AAPL) sued the chip maker over its licensing practices.Qualcomm dropped 12.7% to $54.88, while the S&P 500 fell 0.27% to end at 2,265.2.

Document WCBBE00020170123ed1n003bh

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **The Biggest Loser: Qualcomm Tumbles 13% -- Barron's Blog**

**BY** By Ben Levisohn

**WC** 327 words

**PD** 23 January 2017

**ET** 17:11

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm ( QCOM) tumbled to the bottom of the S&P 500 today after Apple ( AAPL) sued the chip maker over its licensing practices.

Qualcomm dropped 12.7% to $54.88, while the S&P 500 fell 0.27% to end at 2,265.2.

**TD**

BMO's Tim Long and team note that Apple's claims sound familiar, but worry about the attention the lawsuit is getting:

We are not lawyers, but we have come across many lawsuits/complaints between Qualcomm and other companies and governments over the years. Below we offer our opinions, understanding that there will be much legal maneuvering on each side before these cases will be resolved. We will not go through all of the 25 counts, but instead will focus on the key elements from a high level. We will focus on items that we have seen before, and ones that we hadn't known about, including the agreements that Apple detailed it has signed in the past with Qualcomm.

We expect this case to get a lot of attention, and for any resolution to take a long time, whether through the courts or a private agreement. We doubt that there will be a meaningful change to Qualcomm royalty rates, but the mention of benefits for exclusive chip supply, denying the right to litigate, and withholding "rebate" payments may cause damage otherwise.

Qualcomm's market capitalization fell to $81.1 billion today from $92.3 billion on Friday. It reported net income of $5.7 billion on sales of $23.6 billion in 2016.

For more on the potential impact of Apple's suit on Qualcomm, read Morgan Stanley's take, Bernstein's take, and Instinet's take over at Barron's Tech Trader Daily.

More at Barron's Stocks to Watch blog,
http://blogs.barrons.com/stockstowatchtoday/
(END) Dow Jones Newswires

January 23, 2017 17:11 ET (22:11 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial

News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n00443

 © 2023 Factiva, Inc. All rights reserved.

**HD** **SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims on Behalf of Investors of Qualcomm Incorporated - QCOM**

**WC** 244 words

**PD** 23 January 2017

**SN** ACCESSWIRE

**SC** ACWIRE

**LA** English

**CY** Copyright 2017. ACCESSWIRE

**LP**

NEW YORK, NY / ACCESSWIRE / January 23, 2017 / Pomerantz LLP is investigating claims on behalf of investors of Qualcomm Incorporated ("Qualcomm" or the "Company") (NASDAQ: QCOM). Such investors are advised to contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888-476-6529, ext. 9980.

The investigation concerns whether Qualcomm and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**TD**

[Click here to join a class action]

On January 17, 2017, Bloomberg reported that the Federal Trade Commission is poised to bring an enforcement action against Qualcomm following an investigation of the Company's licensing practices. On this news, Qualcomm stock fell $2.69, or 4.02%, to close at $64.19 on January 17, 2017.

The Pomerantz Firm, with offices in New York, Chicago, Florida, and Los Angeles, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

SOURCE: Pomerantz LLP

**CO** ftrade : Federal Trade Commission | phbgag : Pomerantz LLP | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i835 : Legal Services | ibcs : Business/Consumer Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | gsfra : Securities Fraud | npress : Press Releases | ccat : Corporate/Industrial News | gcat : Political/General News | gcrim : Crime/Legal Action | gfinc : Financial Crime | gfraud : Fraud | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** NASDAQ:QCOM

**PUB** Accesswire

**AN** Document ACWIRE0020170123ed1n004h5

THE AUSTRALIAN

**HD** **5G 'will benefit entire societies'**

**WC** 449 words

**PD** 23 January 2017

**SN** The Australian - Online

**SC** AUSTOL

**LA** English

**CY** © 2017 News Limited. All rights reserved.

**LP**

To get a handle on 5G, it made sense to listen to Qualcomm, a semiconductor manufacturer that has been at the forefront of mobile phone component development for decades. Now it's a flag bearer for 5G, the successor to 4G, due for implementation by 2020.

At the Consumer Electronics Show in Las Vegas, Qualcomm chief executive Steve Mollenkopf said 5G went beyond scaling up speed and bandwidth, and reducing latency. It was an entirely new type of network with new capabilities.

**TD**

"5G will have an impact similar to the introduction of electricity, or the car, affecting entire economies, and benefiting entire societies,'' Mr Mollenkopf said. "Today, billions of mobile devices with extraordinary power are uniting with advancements in robotics, artificial intelligence, autonomous vehicles, nanotechnology and so much more. Entire industries will change, and emerge as data speeds go up, and data costs come down."

It is rumoured the Snapdragon 835 will be used inside Samsung's Galaxy S8 smartphone this year. The new processor also supports virtual reality when installed inside mobile devices. Qualcomm demonstrated positional tracking using the camera in a VR-enabled smart phone.

It has also released a Snapdragon X50 5G modem, to be available in the second half of the year, which uses the 802.11ad WiFi standard. Mr Mollenkopf said it supported ultrahigh speed zones as fast as 4.6 Gbps, and delivered extremely low latency. You could download a feature-length 4K movie in 18 seconds, or a 1Gb file from the cloud in three seconds, he said.

At CES, there were discussions about peak 5G speeds of up to 26 Gbps.

In Australia, the telcos will continue 5G trials and prepare to introduce 4.5G as a stepping stone. Optus is expected to update its plans around 4.5G next month. In a trial in Sydney last year, Optus and Huawei reached a transmission rate of 35Gbs over the 73 GHz band.

Optus executive Kent Wu said the telco was looking at multiple input, multiple output technology as part of 5G. "Traditionally there is a single lane in each direction. This makes it 32 in each direction," Mr Wu said.

Telstra outlined its involvement in modifying 5G standards to suit Australian conditions. "The rest of the world forgets how big Australia is, and inevitably they build everything to run to about 30km-40km," said Mike Wright, group managing director, networks at Telstra. Telstra is to trial 5G at next year's Commonwealth Games and this month Vodafone Australia announced a five-year deal with Ericsson and Cisco to virtualise its core network ahead of 5G.

Chris Griffith travelled to CES in Las Vegas courtesy of Samsung.

**CO** qcom : Qualcomm Incorporated

**IN** ielec : Consumer Electronics | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

| | |
|---|---|
| **RE** | austr : Australia \| apacz : Asia Pacific \| ausnz : Australia/Oceania |
| **PUB** | News Ltd. |
| **AN** | Document AUSTOL0020170123ed1n002gy |

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

**CLM** Heard on the Street

**SE** Markets

**HD** **Apple Takes a Bite Out of Qualcomm; Timing of lawsuit throws completion of NXP Semiconductors deal into question, along with future royalties**

**BY** By Dan Gallagher

**WC** 335 words

**PD** 23 January 2017

**ET** 14:12

**SN** The Wall Street Journal Online

**SC** WSJO

**LA** English

**CY** Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

**LP**

Qualcomm has survived many legal challenges to its patent-driven business model. The suit filed by Apple is a tougher test.

Investors took note, wiping $13 billion off of Qualcomm's market value since news of the suit hit late Friday. One reason is Apple represents about one-quarter of Qualcomm's licensing revenue, estimates Christopher Caso of CLSA. It is a formidable foe with $132 billion in net cash.

**TD**

More importantly, the Apple suit hits Qualcomm at a terrible time: Qualcomm is already in the thick of it with regulators in Korea, Europe and the U.S.—all of whom are examining the company's business practices regarding the deep well of patents that go to the heart of most wireless devices operating today. Licenses from these patents generate about 80% of the company's pretax profit.

Qualcomm is also trying to get regulators to sign off on its $39 billion acquisition of NXP Semiconductors . This is the company's biggest M&A deal to date, as it will add much needed diversity to a business that still relies heavily on the slowing smartphone market.

The lawsuit makes clear that Apple has been discussing Qualcomm with those agencies, many of whom have to sign off on the NXP acquisition for it to proceed. Qualcomm was expecting to complete the deal by the end of this year, but the fact that its stock has now slid back below its price from before the deal was announced suggests that shareholders now see a strong risk of a delay.

That—plus the prospect of having to lower its royalty rates for a key customer—have placed another cloud of uncertainty over Qualcomm. The company's future depends on passing this test.

Get financial insights and commentary on global investing from The Wall Street Journal's Heard on the Street team. Subscribe to the podcast.

**CO** phisem : NXP Semiconductors N.V. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | iindele : Industrial Electronics

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c151 : Earnings | cgymtr : Intellectual Property Rights | mcat : Commodity/Financial Market News | ncolu : Columns | nedc : Commentaries/Opinions | c15 : Financial Performance | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**IPD** APPLE

**IPC** I/SEM

**PUB** Dow Jones & Company, Inc.

**AN** Document WSJO000020170123ed1n007ka

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Halliburton, Marinus Pharma**

**WC** 370 words

**PD** 23 January 2017

**ET** 10:32

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

* Eikon search string for individual stock moves: STXBZ

**TD**

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh

U.S. stocks were off their lows on Monday after President Donald Trump laid out some of his plans to spur economic growth in a meeting with top executives of U.S. companies.

The Dow Jones Industrial Average was down 0.29 percent at 19,769.81, the S&P 500 was down 0.34 percent at 2,263.52 and the Nasdaq Composite was down 0.27 percent at 5,540.223.

** QUALCOMM INC, $54.11, -13.95 pct

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** HALLIBURTON CO, $54.56, -3.35 pct

The world's No. 2 oilfield services provider warned of weakness in markets outside of North America, echoing comments made by larger rival Schlumberger last week.

** SPRINT CORP, $9.13, +2.18 pct

The U.S. wireless carrier said it would buy 33 percent of Tidal, a music streaming service owned by rapper Jay Z.

** MCDONALD'S CORP, $121.23, -0.84 pct

The operator of the world's largest fast-food chain reported a drop in U.S. comparable restaurant sales for the first time in six quarters, suggesting that the novelty of the company's popular all-day breakfast was wearing off.

** MARINUS PHARMACEUTICALS INC, $1.63, +40.52 pct

The drug developer announced preliminary positive data from its ongoing mid-stage study for the treatment of patients with CDKL5 genetic disorder.

** BIOLASE INC, $1.65, +12.24 pct

The medical device maker received FDA clearance for commercial distribution of its new Epic Pro diode laser system for dentistry.

** CYNOSURE INC, $48.50, +10.60 pct

The laser maker is exploring strategic options, including a sale, amid increasing interest in the company's technology from larger global companies, Bloomberg reported on Sunday, citing sources. (Compiled by Diptendu Lahiri in Bengaluru)

**RF** Released: 2017-1-26T15:32:42.000Z

**CO** qcom : Qualcomm Incorporated | hllbt : Halliburton Co

**IN** i257 : Pharmaceuticals | icomp : Computing | i3302 : Computers/Consumer Electronics | i951 : Health Care/Life Sciences | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | i1300005 : Support Activities for Oil/Gas | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** ccat : Corporate/Industrial News

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00pm9

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 01/20/2017 to 01/23/2017 |

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 110 |
| Timestamp | 26 May 2023 13:33 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES

BUZZ-Qualcomm Inc: Lawsuits pull down stock ....2
BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Sprint ....4
BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Halliburton ....6
U.S. RESEARCH ROUNDUP-CVR Refining, Metlife, Travelport Worldwide....8
Cynosure soars on deal talk; Qualcomm slumps on Apple suit ....16
Cynosure soars on deal talk; Qualcomm slumps on Apple suit ....18
Qualcomm Cut to Underperform From Buy by CLSA ....20
Qualcomm Cut to Neutral From Buy by Nomura....21
Qualcomm Cut to Underperform From Buy by CLSA ....22
BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm , Yahoo , Morgan Stanley ,....23

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BUZZ-Qualcomm Inc: Lawsuits pull down stock**

**WC** 212 words

**PD** 23 January 2017

**ET** 10:35

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

** Chipmaker's shares fall as much as 14.44 pct to $53.80; biggest intraday pct loss in more than a year

** Apple Inc filed a $1 bln lawsuit on Friday against Qualcomm for overcharging for chips and refusing to pay some $1 bln in promised rebates

**TD**

** At least 2 brokerages cut PTs, Instinet cuts rating to "neutral" from "buy"

** Instinet says recent rulings have been stronger and broader than anticipated

** It seems inconvenient that, amid increased scrutiny into QTL, Qualcomm requires regulatory approval for the NXPI acquisition from many of the countries where it has outstanding regulatory complaints/litigations - Instinet analysts

** U.S. Federal Trade Commission filed a lawsuit last week, accusing Qualcomm of using "anticompetitive" tactics to keep its monopoly on a key semiconductor used in cellphones

** South Korea's antitrust regulator fined Qualcomm $854 mln in December for what it called unfair patent licensing practices

** More than 34 mln shares traded, 4.3x 30-day moving avg

** 13 of 30 brokerages rate the stock "buy" or higher, 15 "hold" and 2 "sell" or lower; median PT $70

** Up to Friday's close, stock had gained a third of its value in the last 12 months

**RF** Released: 2017-1-26T15:35:20.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c1521 : Analysts' Comments/Recommendations | c12 : Corporate Crime/Legal Action | ccat : Corporate/Industrial News | c1522 : Share Price Movement/Disruptions | c15 : Financial Performance | c152 : Earnings Projections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00pmc

© 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Sprint**

WC 460 words

PD 23 January 2017

ET 11:50

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

* Eikon search string for individual stock moves: STXBZ

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

TD

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh

U.S. stocks lost ground on Monday as investors digested President Donald Trump's protectionist statements and sought safe-haven assets such as gold and U.S. Treasury bonds.

The Dow Jones Industrial Average was down 0.43 percent at 19,741.7, the S&P 500 was down 0.58 percent at 2,258.09 and the Nasdaq Composite was down 0.52 percent at 5,526.712.

** QUALCOMM INC, $55.35, -11.98 pct

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** AUTOZONE INC, $735.61, -4.47 pct

** ADVANCE AUTO PARTS INC, $166.75, -2.77 pct

** O'REILLY AUTOMOTIVE INC, $264.83, -3.35 pct

** GENUINE PARTS CO, $96.17, -3.58 pct

U.S. auto parts retailers down after NY Post says Amazon may start selling auto parts.

** MCDONALD'S CORP, $120.50, -1.44 pct

The operator of the world's largest fast-food chain reported a drop in U.S. comparable restaurant sales for the first time in six quarters, suggesting that the novelty of the company's popular all-day breakfast was wearing off.

** MARINUS PHARMACEUTICALS INC, $1.60, +37.50 pct

The drug developer announced preliminary positive data from its ongoing mid-stage study for the treatment of patients with CDKL5 genetic disorder.

** HALLIBURTON CO, $54.27, -3.86 pct

The world's No. 2 oilfield services provider said its revenue growth this year would meet or outpace the increase in the number of drilling rigs in North America.

** SPRINT CORP, $9.24, +3.42 pct

The U.S. wireless carrier said it would buy 33 percent of Tidal, a music streaming service owned by rapper Jay Z.

** BIOLASE INC, $1.62, +10.20 pct

The medical device maker received FDA clearance for commercial distribution of its new Epic Pro diode laser system for dentistry.

** CYNOSURE INC, $47.50, +8.32 pct

The laser maker is exploring strategic options, including a sale, amid increasing interest in the company's technology from larger global companies, Bloomberg reported on Sunday, citing sources.

** NCI INC, $12.61, -9.64 pct

The IT and professional services provider to U.S. Federal government agencies will launch an internal probe after preliminary findings revealed that an ex-controller embezzled about $18 mln over last six years. (Compiled by Diptendu Lahiri in Bengaluru)

**RF** Released: 2017-1-26T16:50:19.000Z

**CO** advpts : Advance Auto Parts Inc | atzone : AutoZone Inc | qcom : Qualcomm Incorporated | advhol : Advance Holding Corp

**IN** i353 : Motor Vehicle Parts | i64 : Retail/Wholesale | icomp : Computing | i3302 : Computers/Consumer Electronics | iaut : Automotive | itech : Technology | i34531 : Semiconductors | i6492 : Automotive Parts/Tire Stores | i654 : Specialty Stores | iindele : Industrial Electronics | iindstrls : Industrial Goods | iretail : Retail

**NS** ccat : Corporate/Industrial News

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00spd

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Halliburton**

WC 539 words

PD 23 January 2017

ET 13:25

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

* Eikon search string for individual stock moves: STXBZ

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

TD

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh

The S&P 500 was on track for its worst day this year as President Donald Trump's protectionist stance on trade sent investors scurrying for safe-haven assets on Monday.

The Dow Jones Industrial Average was down 0.31 percent at 19,766.24, the S&P 500 was down 0.39 percent at 2,262.47 and the Nasdaq Composite was down 0.19 percent at 5,544.683.

** QUALCOMM INC, $55.37, -11.94 pct

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** AUTOZONE INC, $738.69, -4.07 pct

** ADVANCE AUTO PARTS INC, $167.14, -2.54 pct

** O'REILLY AUTOMOTIVE INC, $266.01, -2.92 pct

** GENUINE PARTS CO, $96.33, -3.42 pct

Shares of U.S. auto part retailers fell sharply following a report that Amazon.com Inc had set its sights on the $50 billion do-it-yourself after-market auto parts business.

** MCDONALD'S CORP, $121.72, -0.44 pct

The company's sales at established U.S. restaurants fell for the first time in six quarters as the novelty of all-day breakfast failed to overcome competition from supermarkets and other retailers.

** MARINUS PHARMACEUTICALS INC, $1.54, +32.76 pct

The drug developer announced preliminary positive data from its ongoing mid-stage study for the treatment of patients with CDKL5 genetic disorder.

** HALLIBURTON CO, $54.37, -3.68 pct

The world's No. 2 oilfield services provider said its revenue growth this year would meet or outpace the increase in the number of drilling rigs in North America.

However, its revenue growth in North America in the latest quarter lagged the increase in rig count.

** SPRINT CORP, $9.22, +3.19 pct

The U.S. wireless carrier said it would buy 33 percent of Tidal, a music streaming service owned by rapper Jay Z, marking a move to more content driven services in a highly competitive wireless market.

** BIOLASE INC, $1.62, +10.20 pct

The medical device maker received FDA clearance for commercial distribution of its new Epic Pro diode laser system for dentistry.

** CYNOSURE INC, $47.48, +8.27 pct

The laser maker is exploring strategic options, including a sale, amid increasing interest in the company's technology from larger global companies, Bloomberg reported on Sunday, citing sources.

** NCI INC, $12.63, -9.50 pct

The IT and professional services provider to U.S. Federal government agencies will launch an internal probe after preliminary findings revealed that an ex-controller embezzled about $18 mln over last six years.

** AETNA INC, $119.77, -2.25 pct

** HUMANA INC, $201.02, +0.24 pct

A U.S. federal judge blocked the health insurer's proposed $34 billion merger with rival Humana, saying it was illegal under antitrust law.

(Compiled by Diptendu Lahiri in Bengaluru)

**RF** Released: 2017-1-26T18:25:22.000Z

**CO** advpts : Advance Auto Parts Inc | atzone : AutoZone Inc | qcom : Qualcomm Incorporated | hllbt : Halliburton Co | advhol : Advance Holding Corp

**IN** i353 : Motor Vehicle Parts | i64 : Retail/Wholesale | icomp : Computing | i3302 : Computers/Consumer Electronics | iaut : Automotive | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | i1300005 : Support Activities for Oil/Gas | i34531 : Semiconductors | i6492 : Automotive Parts/Tire Stores | i654 : Specialty Stores | iindele : Industrial Electronics | iindstrls : Industrial Goods | iretail : Retail

**NS** ccat : Corporate/Industrial News

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00vy3

REUTERS

HD **U.S. RESEARCH ROUNDUP-CVR Refining, Metlife, Travelport Worldwide**

WC 2,699 words

PD 23 January 2017

ET 17:50

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

TD

Jan 23 (Reuters) - Wall Street securities analysts revised their ratings and price targets on several U.S.-listed companies, including Metlife and CVR Refining, on Monday.

HIGHLIGHTS

* Camden Property Trust : Barclays cuts to equal weight from overweight
* CVR Refining : Goldman Sachs raises to neutral from sell - Trader
* Metlife Inc : Deutsche Bank raises to buy from hold
* Piedmont Office Realty Trust Inc : Stifel raises to hold from sell
* Travelport Worldwide Ltd : Morgan Stanley cuts to equal weight from overweight

Following is a summary of research actions on U.S. companies reported by Reuters on Monday.
Stock entries are in alphabetical order.

* Achaogen Inc : Guggenheim initiates coverage with a buy rating, $30 target price
* ADMA Biologics Inc : Maxim Group raises to buy from hold; price target $13
* Agilent Technologies Inc : Jefferies raises target price to $55; rating buy
* Alexandria Real Estate Equities : Barclays cuts target price to $116 from $121
* Align Technology Inc : Jefferies raises target price to $110; rating buy
* Ally Financial Inc : Susquehanna starts with positive rating; $28 price target
* Alphabet Inc : BMO raises target price to $1000 from $960; rating outperform
* AMC Networks : Cowen and Company ups target to TO $60 from $54; market perform
* American International Group Inc : KBW raises target price to $80 from $77

* American Vanguard Corp : Roth Capital raises to buy from neutral - Trader
* Ameriprise Financial Inc : Deutsche Bank raises target price to $127 from $120
* Anadarko Petroleum : Barclays raises target price to $62 from $60; equal weight
* Anthem Inc : Citigroup raises target price to $172 from $151
* Apartment Investment and Management Co : Barclays cuts target to $47 from $49
* Applied Materials Inc : Deutsche Bank raises target price to $36 from $33
* Arch Coal Inc : FBR raises target price to $110 from $95
* AstraZeneca Plc : Leerink cuts target price to $32 from $34
* Avalonbay Communities Inc : Barclays cuts target price to $167 from $178
* Bank of Hawaii : Compass Point raises price target to $81 from $80;rating neutral
* Bank of Hawaii : Sandler O'Neill cuts price target by $4 to $90; rating hold
* Bank of Marin Bancorp :D.A. Davidson raises price target to $70 from $68;neutral
* BB&T Corp : Bernstein raises target price to $47 from $46
* Biomarin Pharmaceutical : Credit Suisse assumes coverage with $107 target price
* Biomarin Pharmaceutical : Credit Suisse assumes coverage with outperform rating
* Biospecifics Technologies : Rodman & Renshaw raises target to $72 from $63
* Boston Properties Inc : Barclays cuts target price to $135 from $143
* Brandywine Realty Trust : Barclays cuts target price to $15 from $16
* Bristol-Myers Squibb Co : JP Morgan cuts target price to $66 from $70;overweight
* Bristol-Myers Squibb Co : Leerink cuts target price to $62 from $71
* Brixmor Property Group Inc : Barclays cuts target price to $24 from $28
* Bruker Corp : Jefferies cuts target price to $28; rating buy
* Bryn Mawr Bank Corp : KBW raises target price to $41 from $39
* Cabot Oil & Gas Corp : Barclays raises target price to $25 from $22
* Cabot Oil & Gas Corp : Barclays raises to overweight from equal weight
* Camden Property Trust : Barclays cuts target price to $83 from $89
* Camden Property Trust : Barclays cuts to equal weight from overweight
* Campbell Soup Co : Stifel raises target price to $62 from $56
* Carolina Financial Corp : KBW raises target price to $33 from $30
* CBL & Associates Properties : Barclays cuts target price to $10 from $13
* CBL & Associates Properties :Goldman Sachs cuts target to $10.50 from $12;neutral
* Cenovus Energy Inc : Goldman Sachs cuts to sell - Trader
* Chicago Bridge & Iron Company NV : Citigroup raises target price to $36 from $30
* Chubb Ltd : JMP raises target price to $145 from $140
* Cigna Corp : Citigroup raises target price to $163 from $139
* Citizens Financial Group : Goldman Sachs cuts target price to $42 from $43; buy

 © 2023 Factiva, Inc. All rights reserved.

* Citizens Financial Group Inc : Bernstein cuts target price to $35 from $36
* Citizens Financial Group Inc : KBW raises target price to $39 from $38.5
* Citizens Financial Group Inc : Wedbush raises target price to $37 from $35
* City Office REIT Inc : Deutsche Bank cuts price target to $14.00 from $15.50
* Clovis Oncology Inc : Stifel raises target price to $86 from $52
* CNO Financial Group Inc : Deutsche Bank raises target price to $19 from $18
* Colucid Pharmaceuticals Inc : Barclays cuts to equal weight from overweight
* Columbus Mckinnon : Seaport Global Securities raises target to $30 from $24
* Columbus Mckinnon : Seaport Global Securities raises to buy from neutral
* Community Bank System : Sandler O'Neill cuts price target to $53; rating sell
* Community Financial : KBW raises target price to $30 from $28; market perform
* County Bancorp Inc : Maxim raises target price to $30 from $28
* Credit Acceptance : Susquehanna starts with neutral rating; $226 price target
* CRH Medical : Canaccord Genuity raises target price to $7 from $5.50; buy
* CSX Corp : BMO raises target price to $55 from $38
* CSX Corp : BMO raises to outperform from market perform
* CVR Refining : Goldman Sachs raises to neutral from sell - Trader
* CVR Refining LP : Goldman Sachs raises target price to $12 from $7
* Cytosorbents Corp : Maxim Group raises price target to $10 from $8; rating buy
* Deckers Outdoor Corp : Telsey Advisory Group raises target price to $74 from $72
* Dentsply Sirona Inc : Jefferies cuts target price to $68; rating buy
* Diana Shipping Inc : Jefferies raises price target to $3.50; rating hold
* Digital Realty Trust Inc : Barclays cuts target price to $110 from $118
* Dish Network Corp : Morgan Stanley raises to overweight rating
* Douglas Emmett Inc : Barclays cuts target price to $32 from $35
* Dow Chemical Co : Susquehanna raises target price to $68 from $66; positive
* DSP Group Inc : Wunderlich cuts target price to $13 from $14
* DSW Inc : Telsey Advisory Group cuts target price to $24 from $26
* DU Pont : Susquehanna raises target price to $88 from $84; rating positive
* Duke Realty Corp : Barclays cuts target price to $25 from $26
* Dupont Fabros Technology Inc : Barclays cuts target price to $50 from $52
* Equity Residential : Barclays cuts target price to $61 from $66
* Essex Property Trust Inc : Barclays raises target price to $255 from $232
* Essex Property Trust Inc : Barclays raises to overweight from equal weight
* Ferroglobe Plc : B.Riley cuts target price to $14 from $14.25; rating buy
* First Financial Bancorp : KBW raises target price to $27 from $25

 © 2023 Factiva, Inc. All rights reserved.

* Flowserve Corp : Seaport Global Securities raises target price to $60 from $48
* Flowserve Corp : Seaport Global Securities raises to buy from neutral
* FMC Corp : Seaport Global Securities cuts to neutral from accumulate
* Foot Locker Inc : Telsey Advisory Group cuts target price to $85 from $88
* Genco Shipping & Trading Ltd : Jefferies raises price target to $13.00; buy
* General Electric Co : Credit Suisse cuts target price to $34 from $35; outperform
* General Electric Co : UBS cuts target price to $35 from $36
* General Growth Properties Inc : Barclays cuts target price to $25 from $30
* GrubHub Inc : Craig Hallum starts with hold; target price $41
* Halliburton Co : Credit Suisse cuts price target to $60 from $62; outperform
* Halliburton Co : Evercore ISI raises price target to $65 from $60; rating buy
* HB Fuller Co : JP Morgan cuts target price to $47 from $49
* Healthequity : Keybanc Capital Markets starts with overweight rating;target $60
* Hudson Pacific Properties Inc : Barclays cuts target price to $38 from $39
* Humana Inc : Credit Suisse cuts price target to $208 from $222; rating outperform
* Huntsman Corp : UBS raises target price to $24 from $19
* Incyte Corp : Credit Suisse assumes coverage with outperform; $137 target PRICE
* Independence Realty Trust : Deutsche Bank raises target to $8.00 from $7.50
* Independent Bank Corp : KBW raises target price to $72 from $70
* Ionis Pharmaceuticals Inc : Janney cuts fair value to $42 from $49;rating neutral
* Jones Lang LaSalle Inc : Barclays cuts target price to $119 from $125
* Juniper Networks Inc : JP Morgan raises target price to $32 from $28
* Kansas City Southern : Seaport Global Securities cuts from accumulate to neutral
* KBR Inc : Citigroup raises target price to $18 from $16
* Kimco Realty Corp : Barclays cuts target price to $27 from $32
* Kirby Corp : Credit Suisse raises target price to $58 from $51; rating neutral
* Kirby Corp : Jefferies raises price target to $75.00; rating buy
* Kite Realty Group Trust : Barclays cuts target price to $25 from $31
* Kla-Tencor Corp : Deutsche Bank raises target price to $78 from $75
* Lam Research Corp : DA Davidson raises price target to $140 from $125
* Lam Research Corp : Deutsche Bank raises target price to $125 from $115
* Lexington Realty Trust : Barclays cuts target price to $10 from $11
* Lexington Realty Trust : Barclays cuts to underweight from equal weight
* Liberty Global : Morgan Stanley resumes with equal weight rating; $39 target
* Liberty Siriusxm : Morgan Stanley cuts to equal weight rating

 © 2023 Factiva, Inc. All rights reserved.

* Lincoln National Corp : Deutsche Bank raises target price to $69 from $66
* Lonestar Resources US Inc : Johnson Rice starts with buy; target price $7.20
* M&T Bank Corp : JP Morgan raises target price to $180 from $170
* Macerich Co : Barclays cuts target price to $69 from $83
* Mack-Cali Realty Corp : Barclays cuts target price to $27 from $28
* Maiden Holdings Ltd : JMP raises target price to $19 from $18
* Marathon Petroleum Corp : Jefferies cuts target price to $61; rating buy
* Mastec Inc : Citigroup raises target price to $38 from $32
* Matador Resources Co : Raymond James starts with outperform rating; target $31
* McDermott International Inc : Citigroup raises target price to $8 from $6
* Merck & Co Inc : Leerink raises target price to $69 from $65
* Metlife Inc : Deutsche Bank raises target price to $65 from $57
* Metlife Inc : Deutsche Bank raises to buy from hold
* Molson Coors Brewing Co : Credit Suisse initiates coverage with neutral rating
* Molson Coors Brewing Co : Credit Suisse initiates coverage with target price $106
* Motorola Solutions Inc : MKM Partners raises fair value to $75 from $72; neutral
* Natera Inc : Benchmark cuts target price to $16 from $20
* Natera Inc : Benchmark cuts target price to $16 from $20
* Nike Inc : Telsey Advisory Group raises target price to $66 from $65
* NRG Yield Inc : Citigroup raises target price to $20 from $19
* OM Asset Management Plc : Sandler O'Neill resumes with hold; target price $15.50
* Patriot National Inc : JMP cuts target price to $9 from $10
* Pennsylvania REIT : Barclays cuts target price to $16 from $20
* Perrigo Company Plc : Jefferies cuts target price to $70 from $84; rating hold
* Perrigo Company Plc : Leerink cuts price target to $78 from $87; market perform
* Philip Morris International Inc : Barclays cuts target price to $103 from $106
* Piedmont Office Realty Trust Inc : Stifel raises target price to $20.50 from $18
* Piedmont Office Realty Trust Inc : Stifel raises to hold from sell
* PNC Financial Services Group Inc : Instinet raises target price to $121 from $116
* PPG Industries Inc : JP Morgan cuts target price to $105 from $110
* Preferred Bank : FBR raises target price to $65 from $60; rating outperform
* Principal Financial Group Inc : Deutsche Bank raises target price to $58 from $54
* Proassurance Corp : JMP raises target price to $60 from $57
* Procter & Gamble Co : Morgan Stanley raises target to $90 from $88; equal-weight
* Procter & Gamble Co : UBS raises target price to $96 from $94
* Prologis Inc : Barclays cuts target price to $54 from $58
* PTC Inc : Berenberg raises target price to $66 from $50; rating buy
* Public Storage : Barclays cuts target price to $215 from $230
* Qualcomm Inc : Bernstein cuts target price to $65 from $80
* Qualcomm Inc : Instinet cuts target price to $70 from $80
* Qualcomm Inc : Instinet cuts to neutral from buy

 © 2023 Factiva, Inc. All rights reserved.

* Quanta Services Inc : Citigroup raises target price to $37 from $31
* Regions Financial Corp : Bernstein raises target price to $15 from $14
* Regions Financial Corp : Compass Point cuts to neutral from buy
* Regions Financial Corp : Compass Point raises target price to $15 from $14.50
* Reinsurance Group of America : Deutsche Bank ups target price to $127 from $121
* Rockwell Automation Inc : Deutsche Bank raises target price to $173 from $126
* Rockwell Collins Inc : Canaccord Genuity raises target to $90 from $88; hold
* Rockwell Collins Inc : Seaport Global Securities raises to buy from neutral
* Santander Consumer USA : Susquehanna initiates coverage with $14 price target
* Santander Consumer USA : Susquehanna initiates coverage with a neutral rating
* Scana Corp : UBS raises target price to $75 from $73
* Schlumberger NV : Deutsche Bank cuts target price to $101 from $113
* Schlumberger NV : Loop Capital Markets raises target price to $97 from $91
* Schlumberger NV : Susquehanna raises target price to $100 from $96
* Schlumberger NV : UBS raises target price to $105 from $100
* Scorpio Bulkers Inc : Jefferies raises price target to $9.00; rating buy
* Selective Insurance Group Inc : Sandler O'Neill starts with hold; target $44
* Sierra Bancorp : D.A. Davidson raises price target to $29 from $25;rating neutral
* Sierra Bancorp : Sandler O'Neill raises price target by $1 to $28; rating hold
* Sierra Wireless Inc : Raymond James raises target price to $20 from $16
* Sierra Wireless Inc : Raymond James raises to outperform from market perform
* Simon Property Group Inc : Barclays cuts target price to $202 from $247
* Skyworks Solutions Inc : Citigroup raises target price to $68 from $64
* SL Green Realty Corp : Barclays cuts target price to $103 from $107
* Southwestern Energy Co : Barclays raises to equal weight from underweight
* Star Bulk Carriers Corp : Jefferies raises price target to $11.00; rating buy
* State National Companies Inc : JMP raises target price to $16 from $14
* Steven Madden Ltd : Telsey Advisory Group raises target price to $40 from $38
* SunTrust Banks Inc : Bernstein raises target price to $60 from $57
* SunTrust Banks Inc : BMO cuts target price to $63 from $65
* SunTrust Banks Inc : Instinet raises target price to $58 from $56
* SunTrust Banks Inc : Morgan Stanley raises target price to $3.82 from $3.71
* SunTrust Banks Inc : Wedbush raises target price to $58 from $55
* Synchrony Financial : Compass Point raises price target to $42; rating buy
* Synchrony Financial : JMP raises target price to $41 from $37


PX32
Page 2913

* Synchrony Financial : KBW raises target price to $44 from $40
* Synchrony Financial : Morgan Stanley raises target price to $3.15 from $3.14
* T2 Biosystems Inc : Cantor cuts target price to $7 from $9
* Teekay Corp : Jefferies raises price target to $8.50; rating hold
* Teradyne Inc : Deutsche Bank raises target price to $28.00 from $25
* Teva Pharmaceutical : Credit Suisse cuts target price to $41 from $45;outperform
* Thermo Fisher Scientific Inc : Goldman Sachs cuts target price to $162 from $168
* Thermo Fisher Scientific Inc : Jefferies cuts target price to $160; rating hold
* Tim Participacoes : Morgan Stanley raises price target to $16.40 from $14.90
* Tim Participacoes : Morgan Stanley raises to overweight from equal weight
* Torchmark Corp : Deutsche Bank raises target price to $69 from $60
* Travelport Worldwide Ltd : Morgan Stanley cuts to equal weight from overweight
* UDR Inc : Barclays cuts target price to $35 from $37
* Under Armour Inc : Instinet cuts target price to $27 from $31
* Under Armour Inc : Telsey Advisory Group cuts target price to $34 from $35
* Validus Holdings Ltd : JMP raises target price to $62 from $60
* Varian Medical Systems : RBC raises target price to $93 from $91; sector perform
* Ventas Inc : Deutsche Bank cuts price target to $58 from $60
* Verizon Communications : Wells Fargo cuts to market perform from outperform-Trader
* Vornado Realty Trust : Barclays cuts target price to $101 from $103
* Voya Financial Inc : Deutsche Bank raises target price to $48 from $45
* VWR Corp : Jefferies cuts target price to $31; rating buy
* Wal Mart Stores : Morgan Stanley cuts target price to $70 from $74; equal-weight
* Westamerica Bancorp : BMO cuts price target by $3 to $49
* Williams Companies Inc : Jefferies raises to buy; raises target price to $33
* Williams Partners LP : BMO raises to outperform; target price to $47
* Williams Partners LP : Jefferies raises target price to $42; rating hold
* Wolverine World Wide : Telsey Advisory Group ups target price to $25 from $24
* Workiva Inc : Morgan Stanley cuts target price to $16 from $21
* Workiva Inc : Morgan Stanley cuts to equal weight from overweight
* Xilinx Inc : Deutsche Bank raises target price to $55 from $49
* Yahoo Inc : CFRA Research cuts to hold from buy
* 1st Source Corp : KBW raises target price to $42 from $39

(Compiled by Bengaluru Newsroom)

**RF** Released: 2017-1-26T22:50:36.000Z

**CO** achaog : Achaogen, Inc. | camdpr : Camden Property Trust | ctdiss : Travelport Limited | wreiti : Piedmont Office Realty Trust Inc. | deut : Deutsche Bank AG | qcom : Qualcomm Incorporated | simpo : Simon Property Group Inc | sk : Credit Suisse Group AG | blgrou : The Blackstone Group LP

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **IN** | ibnk : Banking/Credit \| i257 : Pharmaceuticals \| i951 : Health Care/Life Sciences \| ifinal : Financial Services \| i34531 : Semiconductors \| i77001 : Travel Agencies \| i814 : Banking \| i81502 : Trusts/Funds/Financial Vehicles \| i8150206 : Closed-end Funds/Investment Trusts \| i815020602 : Real Estate Investment Trusts \| icre : Real Estate/Construction \| iibnk : Integrated Banks \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iinv : Investing/Securities \| ilea : Leisure/Arts/Hospitality \| iphddd : Drug Discovery/Development \| ireest : Real Estate \| itech : Technology \| itourm : Tourism |
| **NS** | c1521 : Analysts' Comments/Recommendations \| ntab : Tables \| c15 : Financial Performance \| c152 : Earnings Projections \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170123ed1n00b1a |

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

HD **Cynosure soars on deal talk; Qualcomm slumps on Apple suit**

CR AP

WC 244 words

PD 23 January 2017

ET 16:45

SN The Canadian Press

SC CPR

LA English

CY (c) 2017 The Canadian Press. All rights reserved.

LP

NEW YORK _ Stocks that moved substantially or traded heavily Monday:

Kate Spade & Co., up 64 cents to $18.40

TD

Bloomberg News reported that the handbag maker has attracted takeover interest from Coach, Michael Kors and international companies.

Qualcomm Inc., down $8 to $54.88

Apple is suing the maker of semiconductors, one of its major suppliers, for $1 billion in a patent fight.

Sprint Corp., up 25 cents to $9.18

The mobile phone carrier is buying a 33 per cent stake in Tidal, the music streaming service owned by artists including Jay-Z.

Halliburton Co., down $1.65 to $54.80

The oilfield service company warned of weaker demand in markets outside North America and its revenue missed forecasts.

McDonald's Corp., down 88 cents to $121.38

The world's biggest hamburger chain reported a fourth-quarter drop in sales at established U.S. locations.

United Continental Holdings Inc., down $2.49 to $72.75

Six of the airline's flights were cancelled and 200 more were delayed Sunday because of a computer problem.

Cynosure Inc., up $2.90 to $46.75

The maker of medical lasers is considering a sale or other kind of deal, Bloomberg News reported.

Yahoo Inc., up 35 cents to $42.40

The Securities and Exchange Commission is investigating whether two massive data breaches should have been reported sooner to investors, The Wall Street Journal reported.

RF 20170123CPCPB0415

CO bigmac : McDonald's Corporation | hllbt : Halliburton Co | lizc : Kate Spade & Company | qcom : Qualcomm Incorporated | ual : United Continental Holdings, Inc. | cochic : Coach Inc

| | |
|---|---|
| **IN** | i1 : Energy \| i13 : Crude Oil/Natural Gas Upstream Operations \| i1300005 : Support Activities for Oil/Gas \| i34531 : Semiconductors \| i453 : Clothing \| i66 : Hotels/Restaurants \| i661 : Restaurants/Cafes/Fast Food Places \| i6612 : Limited-service Eating Places \| i75 : Airlines \| i7501 : Scheduled Passenger Airlines \| iairtr : Air Transport \| iclt : Clothing/Textiles \| icnp : Consumer Goods \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| ilea : Leisure/Arts/Hospitality \| itech : Technology \| itsp : Transportation/Logistics |
| **NS** | nnam : News Agency Materials \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | B |
| **PUB** | The Canadian Press |
| **AN** | Document CPR0000020170124ed1n0006u |

 © 2023 Factiva, Inc. All rights reserved.

AP

**HD** **Cynosure soars on deal talk; Qualcomm slumps on Apple suit**

**WC** 242 words

**PD** 23 January 2017

**ET** 16:44

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2017. The Associated Press. All Rights Reserved.

**LP**

NEW YORK (AP) — Stocks that moved substantially or traded heavily Monday:

Kate Spade & Co., up 64 cents to $18.40

**TD**

Bloomberg News reported that the handbag maker has attracted takeover interest from Coach, Michael Kors and international companies.

Qualcomm Inc., down $8 to $54.88

Apple is suing the maker of semiconductors, one of its major suppliers, for $1 billion in a patent fight.

Sprint Corp., up 25 cents to $9.18

The mobile phone carrier is buying a 33 percent stake in Tidal, the music streaming service owned by artists including Jay-Z.

Halliburton Co., down $1.65 to $54.80

The oilfield service company warned of weaker demand in markets outside North America and its revenue missed forecasts.

McDonald's Corp., down 88 cents to $121.38

The world's biggest hamburger chain reported a fourth-quarter drop in sales at established U.S. locations.

United Continental Holdings Inc., down $2.49 to $72.75

Six of the airline's flights were canceled and 200 more were delayed Sunday because of a computer problem.

Cynosure Inc., up $2.90 to $46.75

The maker of medical lasers is considering a sale or other kind of deal, Bloomberg News reported.

Yahoo Inc., up 35 cents to $42.40

The Securities and Exchange Commission is investigating whether two massive data breaches should have been reported sooner to investors, The Wall Street Journal reported.

**CO** bigmac : McDonald's Corporation | hllbt : Halliburton Co | lizc : Kate Spade & Company | qcom : Qualcomm Incorporated | ual : United Continental Holdings, Inc. | cochic : Coach Inc

**IN** i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | i1300005 : Support Activities for Oil/Gas | i34531 : Semiconductors | i453 : Clothing | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | i75 : Airlines | i7501 : Scheduled Passenger Airlines | iairtr : Air

Transport | iclt : Clothing/Textiles | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilea : Leisure/Arts/Hospitality | itech : Technology | itsp : Transportation/Logistics

**NS** gcrim : Crime/Legal Action | gcat : Political/General News

**RE** usa : United States | namz : North America

**IPD** Financial Markets

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020170123ed1n00adl

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Cut to Underperform From Buy by CLSA** |
| **WC** | 27 words |
| **PD** | 23 January 2017 |
| **ET** | 10:09 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | |

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

(END) Dow Jones Newswires

**TD**

23-01-17 1509GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170123ed1n000cg |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Cut to Neutral From Buy by Nomura** |
| **WC** | 27 words |
| **PD** | 23 January 2017 |
| **ET** | 06:12 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings<br>(END) Dow Jones Newswires |
| **TD** | 23-01-17 1112GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170123ed1n0009u |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Cut to Underperform From Buy by CLSA** |
| **WC** | 32 words |
| **PD** | 23 January 2017 |
| **ET** | 09:28 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | |

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

(END) Dow Jones Newswires

**TD**

January 23, 2017 09:28 ET (14:28 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170123ed1n002gq |

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm , Yahoo , Morgan Stanley ,**

WC 344 words

PD 23 January 2017

ET 07:53

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

* Eikon search string for individual stock moves: STXBZ

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

TD

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh U.S. stock index futures slipped on Monday as investors around the world sought safe-haven assets such as gold and U.S. Treasuries in response to the protectionist sentiments expressed by President Donald Trump in his inauguration speech.

Dow Jones Industrial Average futures were down 0.11 percent at 19,724, S&P 500 futures were down 0.21 percent at 2,261.25 and Nasdaq 100 futures were down 0.22 percent at 5,047.

** APPLE INC , Friday close $120.00, -0.25 pct premarket

** QUALCOMM INC , Friday close $62.88, -2.91 pct premarket

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** HALLIBURTON CO , Friday close $56.45, -0.80 pct premarket

The world's No. 2 oilfield services provider warned of weakness in markets outside of North America, echoing comments made by larger rival Schlumberger last week.

** YAHOO INC , Friday close $42.05, -0.40 pct premarket

The U.S. Securities and Exchange Commission is investigating a previously disclosed data breach at Yahoo , the company said in a filing.

** JOHNSON & JOHNSON , Friday close $114.15, +0.63 pct premarket

A blow to Actelion 's Opsumit drug in a test is unlikely to have an impact on talks over a strategic deal with Johnson & Johnson , analysts said, as the Swiss drugmaker's shares shook off the news.

** MORGAN STANLEY , Friday close $42.59, -1.39 pct premarket

** CITIGROUP INC , Friday close $56.11, -0.12 pct premarket

Morgan Stanley and Citigroup have identified many of the roles that will need to be moved from Britain following its exit from the European Union , sources involved in the processes told Reuters. (Compiled by Diptendu Lahiri)

RF Released: 2017-1-26T12:53:15.000Z

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated \| dwitd : Morgan Stanley |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| i814 : Banking \| i831 : Financial Investments \| i83101 : Investment Banking \| ibnk : Banking/Credit \| ifinal : Financial Services \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iinv : Investing/Securities |
| **NS** | c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Reuters News & Media Inc. |
| **AN** | Document LBA0000020170123ed1n00kg5 |

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 01/20/2017 to 01/23/2017 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 110 |
| Timestamp | 26 May 2023 14:19 |

 © 2023 Factiva, Inc. All rights reserved.

# PX 33

For the exclusive use of MIN SHAN at QUALCOMM on 18-Nov-2015

November 18, 2015

BERNSTEIN

**Stacy A. Rasgon, Ph.D.** (Senior Analyst) • stacy.rasgon@bernstein.com • +1-212-756-4403
**Shirley Hu** • shirley.hu@bernstein.com • +1-212-756-4587
**Yang Ren** • yang.ren@bernstein.com • +1-212-823-3243

FLASH

# Quick Take - QCOM: Korea Kicks Qualcomm While They're Down...

| Ticker | Rating | CUR | 17 Nov 2015 Closing Price | Target Price | TTM Rel. Perf. | Cash EPS 2015A | Cash EPS 2016E | Cash EPS 2017E | P/E 2015A | P/E 2016E | P/E 2017E | Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QCOM | M | USD | 52.98 | 55.00 | -25.1% | 4.66 | 4.01 | 4.52 | 11.4 | 13.2 | 11.7 | 3.6% |
| SPX | | | 2050.44 | | | 116.70 | 126.99 | 142.81 | 17.6 | 16.1 | 14.4 | 2.1% |

O – Outperform, M – Market-Perform, U – Underperform, N – Not Rated

* QCOM estimates are pro-forma, and fiscal-year (Sept-end).

## Highlights

- In our experience, press releases that come out at 8:30pm on a Tuesday evening rarely contain good news…
- Late last night, Qualcomm confirmed receipt of the Korea Fair Trade Commission's Case Examiner's report regarding the ongoing investigation into their licensing practices.
- So what is a "Case Examiner's Report?" Essentially it is an initial, written allegation of wrong-doing that requires correction.
- Cases at the KFTC undergo two stages: 1) Examination, and if necessary, 2) Deliberation. A Case Examiner's report is issued at the end of the first stage if the examiner determines that legal measures related to the case are required. If the examiner makes a recommendation of correction, the report moves to the Deliberation stage, where it is presented to the examinee (Qualcomm) who has an opportunity to submit objections or comments on it, as well as to the Committee (the commissioners) who review the report and opinions of the examinee, and make a final decision as to whether laws have been violated. If so, the KTFC will impose corrective measures which can include fines, cease-and-desist orders, or prosecution. The examinee can appeal.
- We knew that the current Korean case had to do with licensing, but nothing more specific than that until last night. However, the Case Examiner's report sheds some troubling light on the details of the complaint. Specifically, Qualcomm's press release states that the report alleges ***"…that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law. The [Examiner's Report] proposes remedies including modifications to certain business practices and monetary penalties."***
- Obviously Qualcomm will fight this to the bitter end, stating that ***"the allegations and conclusions contained in the [Examiner's Report] are not supported by the facts and are a serious misapplication of law…we intend to vigorously defend ourselves at the Commission hearings and remain hopeful that the Commission will reject the conclusions of the Examiner's Report. We expect the process to take some time."*** In particular, the point on device-level licensing is critical for Qualcomm to maintain.
- We note that here is at least some precedence for the Commission to disagree with at least some of a Case Examiner's Qualcomm-related report (recall that the company has been at the mercy of the KTFC before). Back in the late 2000's, Qualcomm was under a different KTFC antitrust investigation, with a

*U.S. Semiconductors*

See Disclosure Appendix of this report for important disclosures and analyst certifications.

For the exclusive use of MIN SHAN at QUALCOMM on 18-Nov-2015


**Stacy A. Rasgon, Ph.D.** (Senior Analyst) • stacy.rasgon@bernstein.com • +1-212-756-4403

decision delivered in 2009. The Case Examiner's report in that investigation suggested violations on several points, namely issues with QCOM's integration of multimedia functionality, as well as concerns over discounts and rebates provided to Korean customers on the purchase of both WCDMA and CDMA chipsets. In that particular case, the Commission did not agree with every finding of the Case Examiner's report, finding insufficient evidence on the points around multimedia integration and WCDMA rebates. However, the Commission did find guilt on the CDMA rebate point, and imposed a $208M fine (which was a record at the time[1]). And, the allegations in the current case, and possible remedies, appear much more severe.

- Whatever the outcome of the current case, it is likely to drag on for a considerable amount of time. For example, the prior KTFC ruling was delivered in July 2009, following receipt of the Case Examiner's report in March 2009. Qualcomm appealed the ruling, but was denied by the Korean courts in June 2013 (4 years later). Qualcomm subsequently appealed to the Korean Supreme Court in July 2013, and the case is still ongoing (almost 7 years after the Case Examiner's report was received).
- At this point, we have no idea what the Commission will determine, nor what remedies might be imposed, and we would expect years of appeals before anything concrete (beyond fines) would occur. Nevertheless, the nature of the charges outlined in the Examiner's report is likely going to cause additional angst among investors who are already worried about the long-term sustainability of Qualcomm's licensing business (in particular, the prospect of moving away from device-level royalty determination is of course among the doomsday scenarios for the business).
- We continue to rate Qualcomm's Stock Market Perform with a $55 target price.

**Investment Conclusion**

While QCOM continues to have solid exposure to the 3G/4G device market growth, prospects for the licensing business are currently being capped due to collection issues in China, and competitive issues are significantly impact the chipset business, adding uncertainty to the long-term story. The company is looking at the potential for structural change to drive value creation. We rate the stock Market-Perform with a $55 price target.

[1] Reaching back a bit into our history, please see "***Qualcomm - Korea, Japan, and Europe - How Much Impact Might Recent Antitrust Rulings Have?***" published on July 29, 2009, for our thoughts at the time of the prior Korea ruling.

For the exclusive use of MIN SHAN at QUALCOMM on 18-Nov-2015


**Stacy A. Rasgon, Ph.D.** (Senior Analyst) • stacy.rasgon@bernstein.com • +1-212-756-4403



**Valuation Methodology**

### U.S. Semiconductors

We value companies in our coverage using a combination of Enterprise Value to Sales, Enterprise Value to EBITDA and Price to EPS multiples.

### Qualcomm Inc

We value QCOM by setting a target multiple of ~12x P/FE, applied to our estimate for QCOM's 2017 pro-forma EPS ($4.52) to approximate a forward 12 month horizon one year from today, and set our target price at $55.

**Risks**

### U.S. Semiconductors

The greatest sector-wide risk that could affect all of the stocks in our coverage is the macroeconomic environment. Upside risk to our targets exist if global GDP recovery is quicker than we currently anticipate, which would result in stronger semiconductor industry growth than we currently forecast. Conversely, if GDP recovery from the current downturn is slower than expected, this would result in slower growth for the industry and semiconductor companies.

Beyond the broader macro environment, several company-specific risks may influence the stocks in our coverage:

### Qualcomm Inc

Downside risks to our price target on QCOM include further issues monetizing China, "leakage" of issues outside of China, widespread "revolt" of customers resulting in lower royalty rates, 3G penetration and ramp slower than we model resulting in less device or chipset unit growth, or device and/or chipset ASPs declining faster than we model. Upside risks to our price target include a faster resolution of China issues with minimal changes to the business model, significant upside from new adjacent opportunities, or announcement of even larger cash return.

For the exclusive use of MIN SHAN at QUALCOMM on 18-Nov-2015


## SRO REQUIRED DISCLOSURES

- References to "Bernstein" relate to Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, and Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, collectively.
- Bernstein analysts are compensated based on aggregate contributions to the research franchise as measured by account penetration, productivity and proactivity of investment ideas. No analysts are compensated based on performance in, or contributions to, generating investment banking revenues.
- Bernstein rates stocks based on forecasts of relative performance for the next 6-12 months versus the S&P 500 for stocks listed on the U.S. and Canadian exchanges, versus the MSCI Pan Europe Index for stocks listed on the European exchanges (except for Russian companies), versus the MSCI Emerging Markets Index for Russian companies and stocks listed on emerging markets exchanges outside of the Asia Pacific region, and versus the MSCI Asia Pacific ex-Japan Index for stocks listed on the Asian (ex-Japan) exchanges - unless otherwise specified. We have three categories of ratings:

  Outperform: Stock will outpace the market index by more than 15 pp in the year ahead.

  Market-Perform: Stock will perform in line with the market index to within +/-15 pp in the year ahead.

  Underperform: Stock will trail the performance of the market index by more than 15 pp in the year ahead.

  Not Rated: The stock Rating, Target Price and estimates (if any) have been suspended temporarily.
- As of 11/17/2015, Bernstein's ratings were distributed as follows: Outperform - 49.3% (1.0% banking clients) ; Market-Perform - 42.1% (0.4% banking clients); Underperform - 8.5% (0.0% banking clients); Not Rated - 0.2% (0.0% banking clients). The numbers in parentheses represent the percentage of companies in each category to whom Bernstein provided investment banking services within the last twelve (12) months.
- All statements in this report attributable to Gartner represent Bernstein's interpretation of data, research opinion or viewpoints published as part of a syndicated subscription service by Gartner, Inc., and have not been reviewed by Gartner. Each Gartner publication speaks as of its original publication date (and not as of the date of this report). The opinions expressed in Gartner publications are not representations of fact, and are subject to change without notice.

**12-Month Rating History as of 11/17/2015**

| Ticker | Rating Changes |
|---|---|
| QCOM | M (RC) 07/30/14 |

Rating Guide: O - Outperform, M - Market-Perform, U - Underperform, N - Not Rated
Rating Actions: IC - Initiated Coverage, DC - Dropped Coverage, RC - Rating Change

**QCOM / Qualcomm Inc**

| Date | Rating | Target(USD) |
|---|---|---|
| 10/02/12 | O | 75.00 |
| 11/08/12 | O | 80.00 |
| 01/30/14 | O | 85.00 |
| 04/22/14 | O | 90.00 |
| 07/24/14 | O | 85.00 |
| 07/30/14 | M | 80.00 |
| 11/06/14 | M | 70.00 |
| 01/29/15 | M | 65.00 |
| 03/10/15 | M | 70.00 |
| 04/23/15 | M | 68.00 |
| 09/30/15 | M | 60.00 |




## OTHER DISCLOSURES

A price movement of a security which may be temporary will not necessarily trigger a recommendation change. Bernstein will advise as and when coverage of securities commences and ceases. Bernstein has no policy or standard as to the frequency of any updates or changes to its coverage policies. Although the definition and application of these methods are based on generally accepted industry practices and models, please note that there is a range of reasonable variations within these models. The application of models typically depends on forecasts of a range of economic variables, which may include, but not limited to, interest rates, exchange rates, earnings, cash flows and risk factors that are subject to uncertainty and also may change over time. Any valuation is dependent upon the subjective opinion of the analysts carrying out this valuation.

For the exclusive use of MIN SHAN at QUALCOMM on 18-Nov-2015


Bernstein produces a number of different types of research product including, among others, fundamental analysis and quantitative analysis. Recommendations contained within one type of research product may differ from recommendations contained within other types of research product, whether as a result of differing time horizons, methodologies or otherwise.

This document may not be passed on to any person in the United Kingdom (i) who is a retail client (ii) unless that person or entity qualifies as an authorised person or exempt person within the meaning of section 19 of the UK Financial Services and Markets Act 2000 (the "Act"), or qualifies as a person to whom the financial promotion restriction imposed by the Act does not apply by virtue of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005, or is a person classified as an "professional client" for the purposes of the Conduct of Business Rules of the Financial Conduct Authority.

**To our readers in the United States:** Sanford C. Bernstein & Co., LLC is distributing this publication in the United States and accepts responsibility for its contents. Any U.S. person receiving this publication and wishing to effect securities transactions in any security discussed herein should do so only through Sanford C. Bernstein & Co., LLC.

**To our readers in the United Kingdom:** This publication has been issued or approved for issue in the United Kingdom by Sanford C. Bernstein Limited, authorised and regulated by the Financial Conduct Authority and located at 50 Berkeley Street, London W1J 8SB, +44 (0)20-7170-5000.

**To our readers in member states of the EEA:** This publication is being distributed in the EEA by Sanford C. Bernstein Limited, which is authorised and regulated in the United Kingdom by the Financial Conduct Authority and holds a passport under the Markets in Financial Instruments Directive.

**To our readers in Hong Kong:** This publication is being distributed in Hong Kong by Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, which is licensed and regulated by the Hong Kong Securities and Futures Commission (Central Entity No. AXC846). This publication is solely for professional investors only, as defined in the Securities and Futures Ordinance (Cap. 571).

**To our readers in Singapore:** This publication is being distributed in Singapore by Sanford C. Bernstein, a unit of AllianceBernstein (Singapore) Ltd., only to accredited investors or institutional investors, as defined in the Securities and Futures Act (Chapter 289). Recipients in Singapore should contact AllianceBernstein (Singapore) Ltd. in respect of matters arising from, or in connection with, this publication. AllianceBernstein (Singapore) Ltd. is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C. It is regulated by the Monetary Authority of Singapore and located at 30 Cecil Street, #28-08 Prudential Tower, Singapore 049712, +65-62304600. The business name "Bernstein" is registered under business registration number 53193989L.

**To our readers in the People's Republic of China:** The securities referred to in this document are not being offered or sold and may not be offered or sold, directly or indirectly, in the People's Republic of China (for such purposes, not including the Hong Kong and Macau Special Administrative Regions or Taiwan), except as permitted by the securities laws of the People's Republic of China.

**To our readers in Japan:** This document is not delivered to you for marketing purposes, and any information provided herein should not be construed as a recommendation, solicitation or offer to buy or sell any securities or related financial products.

**To our readers in Australia:** Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited and Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司 are exempt from the requirement to hold an Australian financial services licence under the Corporations Act 2001 in respect of the provision of the following financial services to wholesale clients:

- providing financial product advice;
- dealing in a financial product;
- making a market for a financial product; and
- providing a custodial or depository service.

Sanford C. Bernstein & Co., LLC., Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司 and AllianceBernstein (Singapore) Ltd. are regulated by, respectively, the Securities and Exchange Commission under U.S. laws, by the Financial Conduct Authority under U.K. laws, by the Hong Kong Securities and Futures Commission under Hong Kong laws, and by the Monetary Authority of Singapore under Singapore laws, all of which differ from Australian laws.

One or more of the officers, directors, or employees of Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (business registration number 53193989L) , a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, and/or their affiliates may at any time hold, increase or decrease positions in securities of any company mentioned herein.

Bernstein or its affiliates may provide investment management or other services to the pension or profit sharing plans, or employees of any company mentioned herein, and may give advice to others as to investments in such companies. These entities may effect transactions that are similar to or different from those recommended herein.

Bernstein Research Publications are disseminated to our customers through posting on the firm's password protected website, www.bernsteinresearch.com. Additionally, Bernstein Research Publications are available through email, postal mail and commercial research portals. If you wish to alter your current distribution method, please contact your salesperson for details.

For the exclusive use of MIN SHAN at QUALCOMM on 18-Nov-2015


Bernstein and/or its affiliates do and seek to do business with companies covered in its research publications. As a result, investors should be aware that Bernstein and/or its affiliates may have a conflict of interest that could affect the objectivity of this publication. Investors should consider this publication as only a single factor in making their investment decisions.

This publication has been published and distributed in accordance with Bernstein's policy for management of conflicts of interest in investment research, a copy of which is available from Sanford C. Bernstein & Co., LLC, Director of Compliance, 1345 Avenue of the Americas, New York, N.Y. 10105, Sanford C. Bernstein Limited, Director of Compliance, 50 Berkeley Street, London W1J 8SB, United Kingdom, or Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Director of Compliance, Suites 3206-11, 32/F, One International Finance Centre, 1 Harbour View Street, Central, Hong Kong, or Sanford C. Bernstein (business registration number 53193989L) , a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, Director of Compliance, 30 Cecil Street, #28-08 Prudential Tower, Singapore 049712. Additional disclosures and information regarding Bernstein's business are available on our website www.bernsteinresearch.com.

## CERTIFICATIONS

- I/(we), Stacy A. Rasgon, Ph.D., Senior Analyst(s)/Analyst(s), certify that all of the views expressed in this publication accurately reflect my/(our) personal views about any and all of the subject securities or issuers and that no part of my/(our) compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views in this publication.

Approved By: NK

Copyright 2015, Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited盛博香港有限公司, and AllianceBernstein (Singapore) Ltd., subsidiaries of AllianceBernstein L.P. ~1345 Avenue of the Americas ~ NY, NY 10105 ~212/756-4400. All rights reserved.

This publication is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of, or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Bernstein or any of their subsidiaries or affiliates to any registration or licensing requirement within such jurisdiction. This publication is based upon public sources we believe to be reliable, but no representation is made by us that the publication is accurate or complete. We do not undertake to advise you of any change in the reported information or in the opinions herein. This publication was prepared and issued by Bernstein for distribution to eligible counterparties or professional clients. This publication is not an offer to buy or sell any security, and it does not constitute investment, legal or tax advice. The investments referred to herein may not be suitable for you. Investors must make their own investment decisions in consultation with their professional advisors in light of their specific circumstances. The value of investments may fluctuate, and investments that are denominated in foreign currencies may fluctuate in value as a result of exposure to exchange rate movements. Information about past performance of an investment is not necessarily a guide to, indicator of, or assurance of, future performance.

# PX 34

November 18, 2015

Goldman Sachs

COMPANY UPDATE

# Qualcomm Inc. (QCOM)

Buy

Equity Research

## Lowering price target on increased regulatory risk post KFTC report

### What's changed

On Tuesday, Qualcomm said it had received a staff-generated Case Examiner's Report from the Korea Fair Trade Commission (KFTC); the KFTC investigation was previously disclosed, what is new is the specific allegations. The KFTC staff alleges that Qualcomm's practice of licensing patents only at the device level and requiring that chip customers have an IP license violates Korean competition law. Qualcomm's response is that the allegations are not supported in fact or law and that it will defend itself vigorously at the KFTC hearings, with aim of having the KFTC reject the conclusions of the Examiner's Report, which proposes "modifications of certain business practices and monetary penalties." In terms of the timing of any resolution, prior investigations have stretched over several quarters and even years, and have involved subsequent appeals.

### Implications

To put the potential monetary penalties in context, in February 2015 Qualcomm settled with China's NDRC for $975mn, while in 2009 it was fined $230mn by the KFTC (see page 3 for further details). The potential changes to Qualcomm's licensing model in the event of an adverse ruling are harder to predict; in China, Qualcomm agreed to charge its royalties (5% for CDMA/WCDMA and 3.5% for LTE-only) on the device price discounted by 35% for standard essential patents (SEP), with non-SEP royalties paid separately; this only applied to shipments in China. For context, Korea represents 20mn or 1% of global smartphone volumes; however, Korean customers (Samsung and LG) represent 27%; the exact scope of the KFTC investigation is unclear. Note that our blended royalty rate assumption is already just 3.0% in FY16 and we model it declining to 2.7% by 2022, which would encompass a China-like scenario.

### Valuation

We lower our 12-month price target to $65 from $73, based on 12X (from 14.5X on increased QTL risk) our CY16E EPS of $5.04.

### Key risks

Competition, execution, product cycles, M&A, regulatory actions.

**INVESTMENT LIST MEMBERSHIP**
Americas Buy List

**Investment Profile**




* Returns = Return on Capital. For a complete description of the investment profile measures please refer to the disclosure section of this document.

| Key data | Current |
|---|---|
| Price ($) | 48.00 |
| 12 month price target ($) | 65.00 |
| Market cap ($ mn) | 75,504.0 |
| Dividend yield (%) | 4.2 |
| Net margin (%) | 23.7 |
| Debt/total capital (%) | 27.0 |

| | 9/15 | 9/16E | 9/17E | 9/18E |
|---|---|---|---|---|
| Revenue ($ mn) | 25,277.0 | 24,192.2 | 24,801.6 | 26,318.3 |
| EPS ($) | 3.22 | 3.78 | 4.74 | 5.42 |
| P/E (X) | 21.1 | 12.7 | 10.1 | 8.9 |
| EV/EBITDA (X) | 9.2 | 5.5 | 4.5 | 3.8 |
| ROE (%) | 21.6 | 23.1 | 27.4 | 29.4 |

| | 9/15 | 12/15E | 3/16E | 6/16E |
|---|---|---|---|---|
| EPS ($) | 0.67 | 0.72 | 1.09 | 0.94 |

**Price performance chart**




| Share price performance (%) | 3 month | 6 month | 12 month |
|---|---|---|---|
| Absolute | (21.7) | (31.8) | (33.3) |
| Rel. to S&P 500 | (21.2) | (30.3) | (34.4) |

*Source: Company data, Goldman Sachs Research estimates, FactSet. Price as of 11/18/2015 close.*

**Coverage View: Attractive**

**Simona Jankowski, CFA**
(415) 249-7437 simona.jankowski@gs.com Goldman, Sachs & Co.

**Doug Clark, CFA**
(415) 249-7453 doug.clark@gs.com Goldman, Sachs & Co.

**Balaji Krishnamurthy, CFA**
(415) 249-7482 balaji.krishnamurthy@gs.com Goldman, Sachs & Co.

**Swapnil Sheth**
(212) 934-7679 swapnil.sheth@gs.com Goldman Sachs India SPL

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

# Qualcomm Inc.: Summary Financials

| Profit model ($ mn) | 9/15 | 9/16E | 9/17E | 9/18E |
|---|---|---|---|---|
| Total revenue | 25,277.0 | 24,192.2 | 24,801.6 | 26,318.3 |
| Cost of goods sold | (10,059.0) | (9,667.5) | (9,307.2) | (9,780.0) |
| SG&A | (1,847.0) | (1,747.4) | (1,657.4) | (1,700.7) |
| R&D | (4,787.0) | (4,497.3) | (4,257.5) | (4,459.0) |
| Other operating profit/(expense) | (20.0) | 0.0 | 0.0 | 0.0 |
| ESO expense | (1,026.0) | (904.5) | (808.0) | (808.0) |
| **EBITDA** | **9,778.0** | **9,604.1** | **10,935.5** | **11,766.6** |
| Depreciation & amortization | (1,214.0) | (1,324.0) | (1,356.0) | (1,388.0) |
| **EBIT** | **8,564.0** | **8,280.1** | **9,579.5** | **10,378.6** |
| Net interest income/(expense) | (70.0) | 0.0 | 0.0 | 0.0 |
| Income/(loss) from associates | 0.0 | 0.0 | 0.0 | 0.0 |
| Others | 816.0 | 480.0 | 480.0 | 480.0 |
| **Pretax profits** | **9,310.0** | **8,760.1** | **10,059.5** | **10,858.6** |
| Provision for taxes | (1,670.0) | (1,708.2) | (1,961.6) | (2,117.4) |
| Minority interest | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net income pre-preferred dividends** | **7,640.0** | **7,051.9** | **8,097.9** | **8,741.2** |
| Preferred dividends | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net income (pre-exceptionals)** | **7,640.0** | **7,051.9** | **8,097.9** | **8,741.2** |
| Post tax exceptionals | (2,374.0) | (1,311.5) | (1,212.9) | (1,200.9) |
| **Net income (post-exceptionals)** | **5,270.0** | **5,740.4** | **6,885.0** | **7,540.3** |
| | | | | |
| **EPS (basic, pre-except) ($)** | **4.72** | **4.69** | **5.63** | **6.35** |
| **EPS (diluted, pre-except) ($)** | **4.66** | **4.65** | **5.57** | **6.29** |
| **EPS (basic, post-except) ($)** | **3.26** | **3.82** | **4.78** | **5.48** |
| **EPS (diluted, post-except) ($)** | **3.22** | **3.78** | **4.74** | **5.42** |
| Common dividends paid | (2,912.0) | (3,004.0) | (3,079.3) | (2,987.0) |
| DPS ($) | 1.80 | 2.00 | 2.14 | 2.17 |
| Dividend payout ratio (%) | 38.1 | 42.6 | 38.0 | 34.2 |

| Growth & margins (%) | 9/15 | 9/16E | 9/17E | 9/18E |
|---|---|---|---|---|
| Sales growth | (4.6) | (4.3) | 2.5 | 6.1 |
| EBITDA growth | (3.0) | (1.8) | 13.9 | 7.6 |
| EBIT growth | (4.1) | (3.3) | 15.7 | 8.3 |
| Net income (pre-except) growth | (15.4) | (7.7) | 14.8 | 7.9 |
| EPS growth | (12.0) | (0.6) | 19.9 | 12.8 |
| Gross margin | 60.2 | 60.0 | 62.5 | 62.8 |
| EBITDA margin | 38.7 | 39.7 | 44.1 | 44.7 |
| EBIT margin | 33.9 | 34.2 | 38.6 | 39.4 |

| Cash flow statement ($ mn) | 9/15 | 9/16E | 9/17E | 9/18E |
|---|---|---|---|---|
| Net income | 5,266.0 | 5,740.4 | 6,885.0 | 7,540.3 |
| D&A add-back (incl. ESO) | 1,214.0 | 1,324.0 | 1,356.0 | 1,388.0 |
| Minority interest add-back | 0.0 | 0.0 | 0.0 | 0.0 |
| Net (inc)/dec working capital | (1,947.0) | 183.9 | (87.2) | (275.3) |
| Other operating cash flow | 953.0 | (231.5) | (338.0) | (338.0) |
| **Cash flow from operations** | **5,506.0** | **7,016.7** | **7,815.8** | **8,315.0** |
| | | | | |
| Capital expenditures | (761.0) | (800.0) | (800.0) | (800.0) |
| Acquisitions | 0.0 | 0.0 | 0.0 | 0.0 |
| Divestitures | 0.0 | 0.0 | 0.0 | 0.0 |
| Others | (2,811.0) | 402.8 | 716.9 | 774.1 |
| **Cash flow from investing** | **(3,572.0)** | **(397.2)** | **(83.1)** | **(25.9)** |
| | | | | |
| Dividends paid (common & pref) | (2,881.0) | (3,002.7) | (3,078.3) | (2,986.8) |
| Inc/(dec) in debt | 10,938.0 | 0.0 | 0.0 | 0.0 |
| Other financing cash flows | (10,318.0) | (3,853.5) | (3,455.5) | (3,456.5) |
| **Cash flow from financing** | **(2,281.0)** | **(6,856.2)** | **(6,533.8)** | **(6,443.3)** |
| **Total cash flow** | **(347.0)** | **(236.6)** | **1,198.9** | **1,845.7** |

| Balance sheet ($ mn) | 9/15 | 9/16E | 9/17E | 9/18E |
|---|---|---|---|---|
| Cash & equivalents | 7,560.0 | 7,323.4 | 8,522.2 | 10,368.0 |
| Accounts receivable | 1,964.0 | 2,183.3 | 2,203.5 | 2,295.4 |
| Inventory | 1,492.0 | 1,513.2 | 1,425.0 | 1,531.1 |
| Other current assets | 11,083.0 | 11,192.0 | 11,309.9 | 11,437.6 |
| **Total current assets** | **22,099.0** | **22,211.9** | **23,460.6** | **25,632.1** |
| Net PP&E | 2,534.0 | 2,010.0 | 1,454.0 | 866.0 |
| Net intangibles | 8,059.0 | 8,059.0 | 8,059.0 | 5,479.0 |
| Total investments | 13,626.0 | 13,223.2 | 12,506.3 | 11,732.3 |
| Other long-term assets | 3,316.0 | 3,852.0 | 4,388.0 | 4,924.0 |
| **Total assets** | **50,796.0** | **50,518.1** | **51,029.9** | **52,375.4** |
| | | | | |
| Accounts payable | 1,300.0 | 1,762.4 | 1,648.2 | 1,615.6 |
| Short-term debt | 1,000.0 | 1,000.0 | 1,000.0 | 1,000.0 |
| Other current liabilities | 3,800.0 | 4,775.5 | 5,660.3 | 6,551.5 |
| **Total current liabilities** | **6,100.0** | **7,537.9** | **8,308.5** | **9,167.0** |
| Long-term debt | 9,969.0 | 9,969.0 | 9,969.0 | 9,969.0 |
| Other long-term liabilities | 3,313.0 | 3,313.0 | 3,313.0 | 3,313.0 |
| **Total long-term liabilities** | **13,282.0** | **13,282.0** | **13,282.0** | **13,282.0** |
| **Total liabilities** | **19,382.0** | **20,819.9** | **21,590.5** | **22,449.0** |
| | | | | |
| **Preferred shares** | **0.0** | **0.0** | **0.0** | **0.0** |
| **Total common equity** | **31,421.0** | **29,705.2** | **29,446.4** | **29,933.4** |
| **Minority interest** | **(7.0)** | **(7.0)** | **(7.0)** | **(7.0)** |
| | | | | |
| **Total liabilities & equity** | **50,796.0** | **50,518.1** | **51,029.9** | **52,375.4** |

| Additional financials | 9/15 | 9/16E | 9/17E | 9/18E |
|---|---|---|---|---|
| Net debt/equity (%) | (63.6) | (65.1) | (67.3) | (69.8) |
| Interest cover (X) | NM | NM | NM | NM |
| Inventory days | 53.5 | 56.7 | 57.6 | 55.2 |
| Receivable days | 31.6 | 31.3 | 32.3 | 31.2 |
| BVPS ($) | 19.42 | 19.78 | 20.46 | 21.75 |
| | | | | |
| ROA (%) | 15.4 | 13.9 | 15.9 | 16.9 |
| CROCI (%) | 24.0 | 21.3 | 25.7 | 38.1 |
| | | | | |
| **Dupont ROE (%)** | **24.3** | **23.7** | **27.5** | **29.2** |
| Margin (%) | 30.2 | 29.1 | 32.7 | 33.2 |
| Turnover (X) | 0.5 | 0.5 | 0.5 | 0.5 |
| Leverage (X) | 1.6 | 1.7 | 1.7 | 1.8 |
| | | | | |
| Free cash flow per share ($) | 2.93 | 4.14 | 4.88 | 5.46 |
| Free cash flow yield (%) | 4.3 | 8.6 | 10.2 | 11.4 |

Note: Last actual year may include reported and estimated data.

*Source: Company data, Goldman Sachs Research estimates.*

**Analyst Contributors**

**Simona Jankowski, CFA**
simona.jankowski@gs.com

**Swapnil Sheth**
swapnil.sheth@gs.com

**Doug Clark, CFA**
doug.clark@gs.com

**Balaji Krishnamurthy, CFA**
balaji.krishnamurthy@gs.com

PX34

Page 2932



Q2014FTC03601798

# Lowering price target on increased regulatory risk post KFTC report

On Tuesday evening, Qualcomm disclosed in a press release that it had received a staff-generated Case Examiner's Report (ER) from the Korea Fair Trade Commission (KFTC). As previously disclosed, the KFTC investigation started on March 17, 2015, though the specific allegations were not known, other than that the KFTC was looking into Qualcomm's licensing business under the Korean Monopoly Regulation and Fair Trade Act (MRFTA). Also recall that Qualcomm is currently under investigation by the European Commission, the US Federal Trade Commission (FTC), and Japan's Fair Trade Commission (JFTC).

**KFTC allegations focus on licensing practices** - According to Qualcomm's press release, "[t]he ER alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law. The ER proposes remedies including modifications to certain business practices and monetary penalties." Qualcomm has responded by saying that the "allegations and conclusions are not supported by fact and are a misapplication of the law." While the staff-generated ER is not a final determination and the KFTC can rule otherwise following the hearings, we nonetheless view this news as an incremental negative for Qualcomm.

**Earlier KFTC investigation resulted in a $230mn fine** – Recall that Qualcomm was investigated by the KFTC in 2009, involving Qualcomm's practice of "offering certain discounts and rebates for purchases of its CDMA chipsets and for including in certain agreements language requiring the continued payment of royalties after all licensed patents have expired". The KFTC found Qualcomm in violation and levied a $230mn fine. Qualcomm filed an appeal with the Korea Supreme Court subsequently; the case is still ongoing.

**China's NDRC investigation a recent precedent** – We would highlight China's recent investigation into Qualcomm's business model as a precedent for this case. While the NDRC (National Development and Reform Commission) levied a $975mn fine and set new licensing terms for Chinese smartphones, it did not dispute Qualcomm's right to collect royalties on the device price. If KFTC's ruling were to include amendments to licensing terms, we expect it to apply to shipments in Korea, similar to the resolution in China. Annual smartphone shipments in Korea are around 20mn units, compared to our estimate of 1.4bn smartphone shipments globally in 2015. We estimate Qualcomm's 3G/4G reported device units at 1.5bn (as opposed to global units at 1.7bn) in CY16, implying that Korea would represent under 1.5% of reported units. However, in a worst case scenario, if the investigation allows customers in Korea (Samsung Electronics and LG Electronics) to renegotiate terms on their global shipments, there could be a far more material impact. GS estimates Samsung and LG will ship 314mn and 68mn smartphones respectively in CY15, representing 25% of the global 3G/4G device market (and 27% of global smartphones).

**Lowering 12-month price target to $65 from $73; SOTP analysis** – We view the ongoing investigations in Korea, as well as the US and Europe as potential risks to the company's QTL business and an overhang for the shares. We lower our 12-month price target to $65 from $73, as we lower our target P/E multiple to 12X from 14.5X to reflect the elevated risk profile of the business. Our sum-of-the-parts analysis points to $75/share, including $47 for QTL ($20 in discounted cash flows in 2016-23 and $27 in terminal value), $16 for the chipset business (11X P/E ex-cash) and $13 in net cash/share. Based on the current price ($48), Qualcomm shares assign virtually no terminal value to QTL.

**Exhibit 1: We estimate a value of $75/share using SOTP, with QTL DCF value per share of $47, QCT P/E-based valuation of $16, and $13 in net cash**

Qualcomm sum-of-the-parts valuation analysis

| **QTL - DCF based valuation** (in millions of U.S. Dollars) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Period (CY)** | **2009** | **2010** | **2011** | **2012** | **2013** | **2014** | **2015E** | **2016E** | **2017E** | **2018E** | **2019E** | **2020E** | **2021E** | **2022E** | **2023E** |
| QTL sales | 3,515 | 3,799 | 5,804 | 6,645 | 7,698 | 7,485 | 7,887 | 7,879 | 9,471 | 9,995 | 10,338 | 10,821 | 10,978 | 11,638 | 12,025 |
| *YoY* | *-12%* | *8%* | *53%* | *14%* | *16%* | *-3%* | *5%* | *0%* | *20%* | *6%* | *3%* | *5%* | *1%* | *6%* | *3%* |
| **3G Royalty Rate** | **3.7%** | **3.3%** | **3.7%** | **3.3%** | **3.2%** | **3.1%** | **3.1%** | **3.0%** | **3.0%** | **2.9%** | **2.9%** | **2.8%** | **2.8%** | **2.7%** | **2.7%** |
| **Total QTL devices** | **508** | **656** | **795** | **937** | **1,083** | **1,182** | **1,258** | **1,454** | **1,706** | **1,886** | **2,033** | **2,216** | **2,338** | **2,536** | **2,674** |
| *YoY* | | *29%* | *21%* | *18%* | *16%* | *9%* | *6%* | *16%* | *17%* | *11%* | *8%* | *9%* | *5%* | *8%* | *5%* |
| **Total 3G/4G Handset ASP** | **$193** | **$195** | **$203** | **$214** | **$218** | **$205** | **$202** | **$193** | **$187** | **$181** | **$175** | **$170** | **$164** | **$162** | **$160** |
| *YoY* | | *1%* | *4%* | *5%* | *2%* | *-6%* | *-1%* | *-5%* | *-3%* | *-3%* | *-3%* | *-3%* | *-3%* | *-1%* | *-1%* |
| 3G/4G ASP (ex-white box) | $193 | $195 | $203 | $214 | $218 | $204 | $200 | $190 | $182 | $175 | $168 | $161 | $155 | $149 | $143 |
| *YoY* | *-10%* | *1%* | *4%* | *5%* | *2%* | *-7%* | *-2%* | *-5%* | *-4%* | *-4%* | *-4%* | *-4%* | *-4%* | *-4%* | *-4%* |
| LTE-Only ASP | | | | | | $500 | $450 | $360 | $324 | $308 | $292 | $278 | $264 | $251 | $238 |
| *YoY* | | | | | | | | *-20%* | *-10%* | *-5%* | *-5%* | *-5%* | *-5%* | *-5%* | *-5%* |
| **Total Handsets (2G/3G/4G)** | **1,195** | **1,582** | **1,763** | **1,741** | **1,808** | **1,877** | **1,903** | **1,962** | **2,023** | **2,104** | **2,188** | **2,276** | **2,367** | **2,461** | **2,560** |
| *YoY* | | *32%* | *11%* | *-1%* | *4%* | *4%* | *1%* | *3%* | *3%* | *4%* | *4%* | *4%* | *4%* | *4%* | *4%* |
| 3G/4G "white box" shipments - no royalties collected | 53 | 106 | 41 | 96 | 92 | 208 | 351 | 340 | 336 | 352 | 370 | 389 | 408 | 428 | 450 |
| *YoY* | | | *-62%* | *135%* | *-4%* | *126%* | *69%* | *-3%* | *-1%* | *5%* | *5%* | *5%* | *5%* | *5%* | *5%* |
| *Payable to QCOM (ex-white box):* | | | | | | | | | | | | | | | |
| **3G/4G handsets** | **475** | **602** | **734** | **863** | **988** | **1,082** | **1,127** | **1,253** | **1,419** | **1,491** | **1,558** | **1,654** | **1,689** | **1,701** | **1,639** |
| *YoY* | *12%* | *27%* | *22%* | *18%* | *15%* | *10%* | *4%* | *11%* | *13%* | *5%* | *4%* | *6%* | *2%* | *1%* | *-4%* |
| **LTE-only handsets** | | | | | **0** | **5** | **15** | **27** | **53** | **88** | **123** | **164** | **201** | **332** | **471** |
| *YoY* | | | | | | | *211%* | *87%* | *97%* | *66%* | *39%* | *34%* | *23%* | *65%* | *42%* |
| % of total LTE | | | | | *0%* | *1%* | *2%* | *3%* | *5%* | *7%* | *8%* | *9%* | *10%* | *15%* | *20%* |
| **Cellular Non-Handsets** | **33** | **54** | **61** | **75** | **95** | **95** | **116** | **174** | **233** | **306** | **353** | **398** | **448** | **503** | **564** |
| QTL EBT | 2,967 | 3,140 | 5,127 | 5,849 | 6,728 | 6,499 | 6,709 | 6,790 | 8,213 | 8,596 | 8,890 | 9,306 | 9,441 | 10,009 | 10,341 |
| *YoY* | *-15%* | *6%* | *63%* | *14%* | *15%* | *-3%* | *3%* | *1%* | *21%* | *5%* | *3%* | *5%* | *1%* | *6%* | *3%* |
| QTL EBT margin | 84.4% | 82.7% | 88.3% | 88.0% | 87.4% | 86.8% | 85.1% | 86.2% | 86.7% | 86.0% | 86.0% | 86.0% | 86.0% | 86.0% | 86.0% |
| Tax Rate | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% |
| **QTL cash flow** | 1,929 | 2,041 | 3,333 | 3,802 | 4,373 | 4,224 | 4,361 | 4,414 | 5,338 | 5,587 | 5,779 | 6,049 | 6,136 | 6,506 | 6,722 |
| *yoy* | | *6%* | *63%* | *14%* | *15%* | *-3%* | *3%* | *1%* | *21%* | *5%* | *3%* | *5%* | *1%* | *6%* | *3%* |
| PV of CF | | | | | | | | 4,026 | 4,442 | 4,241 | 4,001 | 3,821 | 3,536 | 3,419 | 3,223 |

| **QTL DCF Valuation** | |
|---|---|
| PV of CF (2016-23) | 30,708 |
| Terminal Multiple: | 13.1x |
| Terminal Value: | 89,919 |
| PV of Terminal Value | 43,110 |
| PV of CF (2016-23) per share | $19.52 |
| PV of Terminal Value per share | $27.41 |
| **QTL Value per Share** | **$46.9** |
| WACC | 9.6% |
| Long-term growth | 2.0% |

| **QCT - P/E based valuation** | |
|---|---|
| | CY16 |
| Sales | 16,655 |
| Operating Margin | 15.0% |
| EBT | 2,491 |
| Tax rate | 10% |
| NOPAT | 2,242 |
| Share count | 1,573 |
| EPS | $1.43 |
| P/E multiple (ex-cash) | 11.0x |
| **QCT Value per Share** | **$15.7** |

| **Total QCOM value/share** | |
|---|---|
| QTL (licensing business) | $47 |
| QCT (chipset business) | $16 |
| Net Cash (Sept-15) | $13 |
| **Per share value for QCOM** | **$75** |

*Source: Company data, Goldman Sachs Global Investment Research.*





**PX34**

**Page 2934**

# Disclosure Appendix

## Reg AC

We, Simona Jankowski, CFA, Doug Clark, CFA, Balaji Krishnamurthy, CFA and Swapnil Sheth, hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## Investment Profile

The Goldman Sachs Investment Profile provides investment context for a security by comparing key attributes of that security to its peer group and market. The four key attributes depicted are: growth, returns, multiple and volatility. Growth, returns and multiple are indexed based on composites of several methodologies to determine the stocks percentile ranking within the region's coverage universe.

The precise calculation of each metric may vary depending on the fiscal year, industry and region but the standard approach is as follows:

**Growth** is a composite of next year's estimate over current year's estimate, e.g. EPS, EBITDA, Revenue. **Return** is a year one prospective aggregate of various return on capital measures, e.g. CROCI, ROACE, and ROE. **Multiple** is a composite of one-year forward valuation ratios, e.g. P/E, dividend yield, EV/FCF, EV/EBITDA, EV/DACF, Price/Book. **Volatility** is measured as trailing twelve-month volatility adjusted for dividends.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## GS SUSTAIN

GS SUSTAIN is a global investment strategy aimed at long-term, long-only performance with a low turnover of ideas. The GS SUSTAIN focus list includes leaders our analysis shows to be well positioned to deliver long term outperformance through sustained competitive advantage and superior returns on capital relative to their global industry peers. Leaders are identified based on quantifiable analysis of three aspects of corporate performance: cash return on cash invested, industry positioning and management quality (the effectiveness of companies' management of the environmental, social and governance issues facing their industry).

## Disclosures

### Coverage group(s) of stocks by primary analyst(s)

Simona Jankowski, CFA: America-Consumer Hardware & Mobility, America-IT Hardware, America-Telecom Equipment. Doug Clark, CFA: America-Consumer Hardware & Mobility, America-IT Hardware, America-Telecom Equipment.

America-Consumer Hardware & Mobility: Apple Inc., BlackBerry Ltd., BlackBerry Ltd., Corning Inc., Garmin Ltd., GoPro Inc., Qualcomm Inc..

America-IT Hardware: Aerohive Networks Inc., Arista Networks Inc., Brocade Communications Systems, Cisco Systems Inc., EMC Corp., F5 Networks Inc., Hewlett Packard Enterprise Co., HP Inc., Motorola Solutions Inc., NetApp Inc., Nimble Storage Inc., Pure Storage Inc., Ruckus Wireless Inc..

America-Telecom Equipment: ADTRAN Inc., ARRIS Group Inc., Ciena Corp., Finisar Corp., Infinera Corp., Juniper Networks Inc., Lumentum Holdings.

### Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs has received compensation for investment banking services in the past 12 months: Qualcomm Inc. ($48.00)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Qualcomm Inc. ($48.00)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: Qualcomm Inc. ($48.00)

Goldman Sachs had a non-investment banking securities-related services client relationship during the past 12 months with: Qualcomm Inc. ($48.00)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Qualcomm Inc. ($48.00)

Goldman Sachs has managed or co-managed a public or Rule 144A offering in the past 12 months: Qualcomm Inc. ($48.00)

Goldman Sachs makes a market in the securities or derivatives thereof: Qualcomm Inc. ($48.00)

### Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global coverage universe

| | Rating Distribution | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|---|
| | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 32% | 53% | 15% | 63% | 57% | 52% |

As of October 1, 2015, Goldman Sachs Global Investment Research had investment ratings on 3,221 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by NASD/NYSE rules. See 'Ratings, Coverage groups and views and related definitions' below.

PX34

Page 2935



Q2014FTC03601801

## Price target and rating history chart(s)




The price targets shown should be considered in the context of all prior published Goldman Sachs research, which may or may not have included price targets, as well as developments relating to the company, its industry and financial markets.

## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs usually makes a market in fixed income securities of issuers discussed in this report and usually deals as a principal in these securities.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director, advisory board member or employee of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman, Sachs & Co. and therefore may not be subject to NASD Rule 2711/NYSE Rules 472 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at http://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the issuers the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. **Brazil:** Disclosure information in relation to CVM Instruction 483 is available at http://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 16 of CVM Instruction 483, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. **Singapore:** Further information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W). **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 4 (1) (d) and Article 6 (2) of the European Commission Directive 2003/126/EC is available at http://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific

PX34

disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage groups and views and related definitions

**Buy (B), Neutral (N), Sell (S)** -Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's return potential relative to its coverage group as described below. Any stock not assigned as a Buy or a Sell on an Investment List is deemed Neutral. Each regional Investment Review Committee manages various regional Investment Lists to a global guideline of 25%-35% of stocks as Buy and 10%-15% of stocks as Sell; however, the distribution of Buys and Sells in any particular coverage group may vary as determined by the regional Investment Review Committee. Regional Conviction Buy and Sell lists represent investment recommendations focused on either the size of the potential return or the likelihood of the realization of the return.

**Return potential** represents the price differential between the current share price and the price target expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage groups and views:** A list of all stocks in each coverage group is available by primary analyst, stock and coverage group at http://www.gs.com/research/hedge.html. The analyst assigns one of the following coverage views which represents the analyst's investment outlook on the coverage group relative to the group's historical fundamentals and/or valuation. **Attractive (A).** The investment outlook over the following 12 months is favorable relative to the coverage group's historical fundamentals and/or valuation. **Neutral (N).** The investment outlook over the following 12 months is neutral relative to the coverage group's historical fundamentals and/or valuation. **Cautious (C).** The investment outlook over the following 12 months is unfavorable relative to the coverage group's historical fundamentals and/or valuation.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce equity research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; in Canada by either Goldman Sachs Canada Inc. or Goldman, Sachs & Co.; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman, Sachs & Co. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom; Goldman Sachs AG and Goldman Sachs International Zweigniederlassung Frankfurt, regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht, may also distribute research in Germany.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman, Sachs & Co., the United States broker dealer, is a member of SIPC (http://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage group as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options disclosure documents which are available from Goldman Sachs sales representatives or at http://www.theocc.com/about/publications/character-risks.jsp. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data available on a particular security, please contact your sales representative or go to http://360.gs.com.

Disclosure information is also available at http://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

**© 2015 Goldman Sachs.**

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**

# PX 35

## (Filed Under Seal)

# PX 36

# Qualcomm Comments on Regulatory Matters

Dec 08, 2015, 06:19 ET from Qualcomm Incorporated

SAN DIEGO, Dec. 8, 2015 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today received courtesy copies of two Statements of Objections (SO) from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

"Qualcomm has been cooperating with the Commission since the outset of these matters, and now that we've received the Statements of Objections, we welcome the chance to formally respond," said Qualcomm general counsel and executive vice president, Don Rosenberg. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law."

The matters were previously disclosed by the Company. One SO concerns the supply of Qualcomm's chipsets to a single customer under an existing agreement. The other SO concerns Qualcomm's sales to two customers from 2009 through 2011 of three chipsets incorporated into dongles – small USB devices that at the time were used to provide cellular connectivity for laptops.

Separately, the Taiwan Fair Trade Commission ("TFTC") has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act (the "Act"). This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

**About Qualcomm Incorporated**

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other. For more information, visit Qualcomm's website, OnQ blog, Twitter and Facebook pages.

*Qualcomm is a registered trademark of Qualcomm Incorporated. All other trademarks are the property of their respective owners.*

Qualcomm Contacts: Tina Asmar, Corporate Communications Phone: 1-858-845-5959 Email: corpcomm@qualcomm.com

Warren Kneeshaw, Investor Relations Phone: 1-858-658-4813 Email: ir@qualcomm.com

SOURCE Qualcomm Incorporated

RELATED LINKS

https://www.qualcomm.com

# PX 37

## (Filed Under Seal)

# PX 38

## (Filed Under Seal)

# PX 39

CANACCORD Genuity

To us there are no foreign markets.™

QUALCOMM

Connectivity Technologies

**US Equity Research**
18 January 2017


**T. Michael Walkley** | Analyst | Canaccord Genuity Inc. (US) | mwalkley@canaccordgenuity.com | 612.332.8069
**Matthew D. Ramsay** | Analyst | Canaccord Genuity Inc. (US) | MRamsay@canaccordgenuity.com | 612.332.2208
**Joshua Reilly, CFA** | Associate | Canaccord Genuity Inc. (US) | jreilly@canaccordgenuity.com | 612.252.0056


**BUY**
*unchanged*

| | |
|---|---|
| **PRICE TARGET** | US$81.00 |
| *unchanged* | |
| Price (18-Jan) | US$65.62 |
| Ticker | QCOM-NASDAQ |

| | |
|---|---|
| 52-Week Range (US$): | 45.93 - 75.72 |
| Avg Daily Vol (M) : | 13.5 |
| Market Cap (US$M): | 72,179 |
| Shares Out. (M) : | 1,503.0 |

| FYE Sep | 2016E | 2017E | 2018E |
|---|---|---|---|
| Sales (US$M) | 23,507 | 23,811 | 24,322 |
| EPS Adj&Dil (US$) | 4.45 | 4.81 | 5.08 |

| Quarterly Sales | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2016E | 5,766A | 5,539A | 6,032A | 6,170A |
| 2017E | 6,094 | 5,867 | 5,824 | 6,027 |
| 2018E | 6,355 | 6,242 | 5,844 | 5,882 |

| Quarterly EPS Adj&Dil | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2016E | 0.97A | 1.04A | 1.16A | 1.28A |
| 2017E | 1.18 | 1.20 | 1.16 | 1.28 |
| 2018E | 1.30 | 1.29 | 1.22 | 1.27 |




Source: FactSet

Priced as of close of business 18 January 2017

Exhibit: 866
Witness: LEHN
Date: 2/15/24
CSR#12019: Ashley Soevyn

## Company Update

# FTC complaint concerning, but pending FTC changes create doubt that new leadership will pursue the complaint

**Investment recommendation:** The FTC filed a complaint against Qualcomm in the U.S. District Court of California alleging Qualcomm's business practices violate U.S. competition. While the FTC has been investigating its case since 2014, we were surprised by the timing of the complaint given the pending changes at the Commission and the fact only three of the five FTC commissioners are in place. While Qualcomm management claims the FTC expedited this case ahead of the FTC changes and reached its conclusions with flawed logic and information about Qualcomm's business practices, the claims are significant and create increased long-term risks to Qualcomm's QTL division or licensing business. With FTC Commissioner Maureen Ohlhausen dissenting and the FTC commissioners likely changing, we believe the FTC may not pursue this complaint. While the uncertainty could weigh on the share price, we believe Qualcomm remains an attractive long-term investment given improving royalty collections from Chinese OEMs combined with the potential accretion from the pending NXP acquisition. We believe the NXP merger remains on track and will create a company with significant earnings power and cash flow, developing into a clear industry leader in the mobile, IoT, and automotive semiconductor markets backed by an extremely strong combined Qualcomm, NXP (Philips) and Freescale (Motorola) IP portfolio. Near term, we believe QCT is gaining higher-end Android market share and QTL is returning to growth with stronger collections and new growth from adjacent market opportunities. We maintain our BUY rating and $81 price target.

**Baseband research and development drives strong market share:** One of the key issues throughout the FTC report is the assertion Qualcomm leverages its leading baseband market share to force handset OEMs to pay royalties. Given Qualcomm's wireless expertise and heavy research and development expenses, we believe its baseband leadership position is due to its technology leadership versus its licensing business model. In fact, we remember hosting an investor meeting at Qualcomm headquarters in early 2009 when investor concerns revolved around Qualcomm sharing that 40% of annual research and development expenses were not currently generating revenue. During that meeting, we met with Qualcomm CTO Matt Grob and he explained the majority of that investment was for LTE technologies given his belief the industry was not prepared for the complexities created by this new technology. We believe the strong investments made by Qualcomm enabled the industry to more quickly transition to new wireless technologies. In fact, Qualcomm's QCT business performs best when new air interface technologies are implemented and tends to lose market share as those air interface standards mature. Following its heavy investment in 4G, Qualcomm enjoyed dominant LTE market share from 2010 through 2013, but MediaTek, Samsung, HiSilicon, Intel, and others have gained share the past several years.

Canaccord Genuity is the global capital markets group of Canaccord Genuity Group Inc. (CF : TSX)
The recommendations and opinions expressed in this research report accurately reflect the research analyst's personal, independent and objective views about any and all the companies and securities that are the subject of this report discussed herein.

PX39

**For important information, please see the Important Disclosures beginning on page 5 of this document.**

**FTC claims QTC will not supply OEMs without licensing deals:** The FTC complaint suggests Qualcomm will not supply smartphone OEMs without a licensing deal, and this enables Qualcomm to charge higher royalties. Several times Qualcomm has considered spinning off the QTL business to avoid this industry concern. We believe Qualcomm's QCT business has supplied numerous unlicensed OEMs over the years, including many Chinese OEMs that recently signed updated agreements post the Chinese NDRC review. However, the FTC complaint alleging Qualcomm provided Apple favorable licensing terms for exclusive baseband supply from QTC is in contrast to our belief the businesses are separate, and proving this could become the key aspect of whether the case proceeds. Based on Qualcomm's response to the FTC, we believe this and other issues will be addressed in the company's response to the complaint.

**Potential next steps:** Given the pending change in the FTC Commission, we believe this case might not proceed, and if it does the process could take years. We believe the next step for Qualcomm is for the company to respond to the complaint during the next month. The new FTC Commission would then review Qualcomm's response and decide whether or not to even proceed with its complaint. If the FTC proceeds with the case, then we believe these complex cases could take years to reach a conclusion with the potential for another year of appeals at the 9th Circuit Court. Given the potential that the new FTC Commission may not proceed with the changes, combined with the long time horizon should the case go to trial, we are leaving our estimates, rating, and price target unchanged.



PX39

### Qualcomm

| | C2016E | C2017E | C2018E* |
|---|---|---|---|
| **Revenue** | 23,835 | 24,072 | 24,164 |
| *Growth* | -1% | 1% | 0% |
| *Gross Margin* | *61.1%* | *62.6%* | *63.7%* |
| COGS | 9,279 | 8,998 | 8,840 |
| Gross Proft | 14,555 | 15,074 | 15,386 |
| QCT Revenue | 15,504 | 15,826 | 15,630 |
| QCT GM | 6,667 | 7,304 | 7,620 |
| QCT GM (%) | 43.0% | 46.2% | 48.8% |
| QCT OM | 1,884 | 2,479 | 2,445 |
| QCT OM (%) | 12.2% | 15.7% | 15.6% |
| QTL Revenue | 7,799 | 7,580 | 7,767 |
| QTL GM (%) | 97.5% | 97.0% | 97.0% |
| QTL OM | 6,628 | 6,368 | 6,447 |
| QTL OM (%) | 85.0% | 84.0% | 83.0% |
| Other Losses | (50) | (35) | (20) |
| S&M + G&A | 1,959 | 1,843 | 1,885 |
| R&D | 4,420 | 4,455 | 4,610 |
| Opex | 6,379 | 6,302 | 6,454 |
| **Non-GAAP Op Inc** | 8,176 | 8,772 | 8,932 |
| *Operating Margin* | *34.3%* | *58.2%* | *58.1%* |
| Interest & Other | 308 | 88 | 75 |
| Pre-Tax Income | 8,485 | 8,864 | 8,997 |
| Tax Rate | 18.5% | 18.3% | 18.3% |
| Non-GAAP Net Inc | 6,915 | 7,245 | 7,351 |
| Share Count | 1,493 | 1,400 | 1,360 |
| Non-GAAP EPS | $ 4.63 | $ 5.18 | $ 5.41 |

### NXPI (including FSL, excluding STDP)

| | C2016E | C2017E | C2018E |
|---|---|---|---|
| **Revenue** | 8,281 | 8,934 | 9,559 |
| *Growth* | | 8% | 7% |
| *Gross Margin* | *52.7%* | *53.3%* | *54.0%* |
| COGS | 3,920 | 4,168 | 4,397 |
| Gross Proft | 4,361 | 4,766 | 5,162 |
| S&M + G&A | 750 | 703 | 720 |
| R&D | 1,393 | 1,305 | 1,338 |
| Opex | 2,144 | 2,008 | 2,058 |
| **Non-GAAP Op Inc** | 2,218 | 2,757 | 3,103 |
| *Operating Margin* | *26.8%* | *30.9%* | *32.5%* |
| Interest & Other | (348) | (256) | (224) |
| Pre-Tax Income | 1,870 | 2,501 | 2,879 |
| Tax Rate | 3.5% | 5.0% | 10.0% |
| Discontinued Ops | (53) | (56) | (56) |
| Non-GAAP Net Inc | 1,751 | 2,320 | 2,536 |
| Share Count | 347 | 334 | 320 |
| Non-GAAP EPS | $5.05 | $6.95 | $7.92 |

### Combined Business

| | C2016E | C2017E | C2018E |
|---|---|---|---|
| **Revenue** | 32,116 | 33,006 | 33,723 |
| *Growth* | | 3% | 2% |
| *Gross Margin* | *58.9%* | *60.1%* | *60.9%* |
| COGS | 13,199 | 13,167 | 13,125 |
| Gross Proft | 18,917 | 19,839 | 20,548 |
| QCT Revenue | 23,785 | 24,759 | 25,189 |
| QCT GM | 11,028 | 12,069 | 12,782 |
| QCT GM (%) | 46.4% | 48.7% | 50.7% |
| QCT OM | 3,997 | 5,429 | 6,023 |
| QCT OM (%) | 16.8% | 21.9% | 23.9% |
| QTL Revenue | 7,799 | 7,580 | 7,767 |
| QTL GM (%) | 97.5% | 97.0% | 97.0% |
| QTL OM | 6,628 | 6,368 | 6,447 |
| QTL OM (%) | 85.0% | 84.0% | 83.0% |
| Other Losses | (231) | (200) | (175) |
| S&M + G&A* | 2,709 | 2,482 | 2,305 |
| R&D* | 5,813 | 5,760 | 5,948 |
| Opex | 8,522 | 8,242 | 8,253 |
| **Non-GAAP Op Inc** | 10,394 | 11,597 | 12,295 |
| *Operating Margin* | *32.4%* | *35.1%* | *36.5%* |

* Assumes $300M in 2018 OpEx savings and $50M in CoGS savings both in 2018 $500M in total savings two years post closure
* Conservatively assumes no revenue synergies

**Assumes acquisition at $110/share or $38B in cash, $47B enterprise value**

**Deal done with 100% Cash**

| | C2018E |
|---|---|
| Interest & Other | (1,099) |
| Pre-Tax Income | 11,196 |
| Tax Rate | 16.3% |
| Discontinued Ops | (56) |
| Non-GAAP Net Inc | 9,316 |
| Share Count | 1,493 |
| Non-GAAP EPS | $6.24 |
| Accretion (%) | 15% |
| 13x | $ 81.12 |

Source: Company reports and Canaccord Genuity estimates

Current pricing for covered companies mentioned in this report
NXP Semiconductors NV (NXPI : NASDAQ : $98.10 | HOLD)

CANACCORD Genuity

**QUALCOMM**
**Company Update**

## Qualcomm - QCOM
**Consolidated Income Statement - Proforma, Excluding QSI**
(in millions, except per share information)

| Period | Q1-16 A | Q2-16 A | Q3-16 A | Q4-16 A | Q1-17 E | Q2-17 E | Q3-17 E | Q4-17 E | Q1-18 E | Q2-18 E | Q3-18 E | Q4-18 E | FY-16 A | FY-17 E | FY-18 E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | 12/31/2015 | 3/31/2016 | 6/30/2016 | 9/30/2016 | 12/31/2016 | 3/31/2017 | 6/30/2017 | 9/30/2017 | 12/31/2017 | 3/31/2018 | 6/30/2018 | 9/30/2018 | 9/30/2016 | 9/30/2017 | 9/30/2018 |
| Notes | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| **Income Statement** | | | | | | | | | | | | | | | |
| **Qualcomm Technology Licensing (QTL)** | | | | | | | | | | | | | | | |
| **Total 3G/4G device shipments** | 373.66 | 406.04 | 354.04 | 401.85 | 397.56 | 452.74 | 398.41 | 423.07 | 443.59 | 492.85 | 443.56 | 448.61 | 1,535.58 | 1,671.77 | 1,828.61 |
| **Total 3G/4G royalty paying devices** | 309.39 | 337.01 | 322.88 | 401.85 | 337.92 | 402.94 | 354.58 | 380.76 | 399.23 | 443.56 | 403.64 | 408.24 | 1,371.13 | 1,476.21 | 1,654.67 |
| Blended CDMA/WCDMA ASP | $196.00 | $208.00 | $194.00 | $184.50 | $180.81 | $177.19 | $175.42 | $173.67 | $171.93 | $170.21 | $168.51 | $166.82 | $195.70 | $176.74 | $169.38 |
| Total CDMA Device Sales for Global Market ($B) | $60.64 | $70.10 | $62.64 | $74.14 | $61.10 | $71.40 | $62.20 | $66.13 | $68.64 | $75.50 | $68.02 | $68.10 | $267.52 | $260.83 | $280.26 |
| Total Blended Royalty Rate | 2.65% | 3.05% | 3.25% | 2.54% | 2.85% | 2.85% | 2.85% | 2.85% | 2.75% | 2.75% | 2.75% | 2.75% | 2.86% | 2.85% | 2.75% |
| Royalty Received per unit | $5.19 | $6.34 | $6.31 | $4.69 | $5.15 | $5.05 | $5.00 | $4.95 | $4.73 | $4.68 | $4.63 | $4.59 | $5.59 | $5.04 | $4.66 |
| **Qualcomm Technology Licensing (QTL) Revenue** | 1,607.00 | 2,135.00 | 2,038.00 | 1,885.00 | 1,741.34 | 2,034.84 | 1,772.75 | 1,884.60 | 1,887.59 | 2,076.25 | 1,870.49 | 1,872.86 | 7,665.00 | 7,433.53 | 7,707.18 |
| **Qualcomm CDMA Technologies (QCT)** | | | | | | | | | | | | | | | |
| **Total MSM shipments** | 242.00 | 189.00 | 201.00 | 211.00 | 217.63 | 186.78 | 195.89 | 200.43 | 219.99 | 208.64 | 196.55 | 198.31 | 843.00 | 800.72 | 823.49 |
| Blended Revenue/MSM | $16.93 | $17.66 | $19.17 | $19.55 | $19.25 | $19.64 | $19.83 | $19.83 | $19.54 | $19.15 | $19.34 | $19.34 | $18.32 | $19.64 | $19.34 |
| **Qualcomm CDMA Technologies (QCT) Revenue** | 4,096.00 | 3,337.00 | 3,853.00 | 4,124.00 | 4,189.77 | 3,667.72 | 3,885.07 | 3,975.12 | 4,297.72 | 3,994.38 | 3,800.58 | 3,834.61 | 15,410.00 | 15,717.68 | 15,927.29 |
| **Qualcomm Wireless & Internet (QWI) Revenue** | 63.00 | 67.00 | 141.00 | 161.00 | 162.61 | 164.24 | 165.88 | 167.54 | 169.21 | 170.90 | 172.61 | 174.34 | 432.00 | 660.26 | 687.07 |
| Other | – | – | – | – | – | – | – | – | – | – | – | – | – | | |
| **Total Net Operating Revenue** | $5,766.00 | $5,539.00 | $6,032.00 | $6,170.00 | $6,093.72 | $5,866.79 | $5,823.70 | $6,027.25 | $6,354.52 | $6,241.53 | $5,843.68 | $5,881.81 | $23,507.00 | $23,811.47 | $24,321.54 |
| Cost of Goods Sold | 2,377.00 | 2,017.00 | 2,395.00 | 2,430.00 | 2,437.49 | 2,170.71 | 2,213.01 | 2,199.95 | 2,414.72 | 2,309.37 | 2,080.35 | 2,029.22 | 9,219.00 | 9,021.15 | 8,833.66 |
| Gross Profit | 3,389.00 | 3,522.00 | 3,637.00 | 3,740.00 | 3,656.23 | 3,696.08 | 3,610.69 | 3,827.31 | 3,939.80 | 3,932.16 | 3,763.33 | 3,852.58 | 14,288.00 | 14,790.31 | 15,487.88 |
| Research & Development | 1,182.00 | 1,138.00 | 1,093.00 | 1,089.00 | 1,099.89 | 1,099.89 | 1,099.89 | 1,110.89 | 1,144.22 | 1,155.66 | 1,144.10 | 1,155.54 | 4,502.00 | 4,410.56 | 4,599.52 |
| Sales, Marketing, and Administrative | 466.00 | 499.00 | 512.00 | 475.00 | 472.63 | 465.54 | 451.57 | 456.09 | 469.77 | 486.21 | 461.90 | 466.52 | 1,952.00 | 1,845.82 | 1,884.39 |
| Operating Expenses | 1,648.00 | 1,637.00 | 1,605.00 | 1,564.00 | 1,572.52 | 1,565.43 | 1,551.46 | 1,566.97 | 1,613.98 | 1,641.87 | 1,606.00 | 1,622.06 | 6,454.00 | 6,256.37 | 6,483.91 |
| **Operating Income** | 1,741.00 | 1,885.00 | 2,032.00 | 2,176.00 | 2,083.72 | 2,130.65 | 2,059.23 | 2,260.33 | 2,325.82 | 2,290.30 | 2,157.33 | 2,230.52 | 7,834.00 | 8,533.94 | 9,003.97 |
| Investment/Interest Income | 38.00 | 12.00 | 104.00 | 167.00 | 25.00 | 23.75 | 22.56 | 21.43 | 20.36 | 19.34 | 18.38 | 17.46 | 321.00 | 92.75 | 75.54 |
| QTL Pre-tax Income | 1,339.00 | 1,857.00 | 1,749.00 | 1,584.00 | 1,438.35 | 1,729.61 | 1,489.11 | 1,573.64 | 1,576.13 | 1,764.81 | 1,561.86 | 1,563.84 | 6,529.00 | 6,230.71 | 6,466.64 |
| QTL Pre-Tax Income margin | 83% | 87% | 86% | 84% | 83% | 85% | 84% | 84% | 84% | 85% | 84% | 84% | 85% | 84% | 84% |
| QCT Pre-tax Income | 590.00 | 170.00 | 365.00 | 687.00 | 661.98 | 476.80 | 555.57 | 715.52 | 730.61 | 479.33 | 570.09 | 690.23 | 1,812.00 | 2,409.87 | 2,470.25 |
| QCT Pre-Tax Income margin | 14.4% | 5.1% | 9.5% | 16.7% | 15.8% | 13.0% | 14.3% | 18.0% | 17.0% | 12.0% | 15.0% | 18.0% | 11.8% | 15.3% | 15.5% |
| Other Pre-tax Income | (150.00) | (130.00) | 22.00 | 72.00 | 8.39 | (52.01) | 37.12 | (7.40) | 39.43 | 65.51 | 43.76 | (6.09) | (186.00) | (13.90) | 142.62 |
| Pre-tax Income | 1,779.00 | 1,897.00 | 2,136.00 | 2,343.00 | 2,108.72 | 2,154.40 | 2,081.80 | 2,281.77 | 2,346.18 | 2,309.64 | 2,175.71 | 2,247.98 | 8,155.00 | 8,626.68 | 9,079.51 |
| Income Taxes | 310.00 | 345.00 | 407.00 | 438.00 | 379.57 | 387.79 | 374.72 | 410.72 | 445.77 | 438.83 | 413.38 | 427.12 | 1,500.00 | 1,552.80 | 1,725.11 |
| **Net Income** | $1,469.00 | $1,552.00 | $1,729.00 | $1,905.00 | $1,729.15 | $1,766.61 | $1,707.07 | $1,871.05 | $1,900.41 | $1,870.81 | $1,762.32 | $1,820.87 | $6,655.00 | $7,073.88 | $7,354.41 |
| **Pro-forma EPS** | $0.97 | $1.04 | $1.16 | $1.28 | $1.18 | $1.20 | $1.16 | $1.28 | $1.30 | $1.29 | $1.22 | $1.27 | $4.45 | $4.81 | $5.08 |
| Stock Based Compensation, QSI, and other per share | (0.02) | 0.26 | 0.19 | 0.22 | 0.21 | 0.21 | 0.21 | 0.21 | 0.18 | 0.18 | 0.18 | 0.18 | 0.65 | 0.84 | 0.70 |
| **GAAP EPS** | $0.99 | $0.78 | $0.97 | $1.06 | $0.97 | $0.99 | $0.95 | $1.07 | $1.13 | $1.11 | $1.04 | $1.09 | $3.80 | $3.97 | $4.38 |
| Fully Diluted Shares | 1,517.00 | 1,498.00 | 1,486.00 | 1,491.00 | 1,471.14 | 1,471.14 | 1,471.14 | 1,463.78 | 1,457.93 | 1,452.10 | 1,444.84 | 1,437.61 | 1,498.00 | 1,469.30 | 1,448.12 |
| **Costs as % Revenue:** | | | | | | | | | | | | | | | |
| Cost of Goods Sold | 41.2 | 36.4 | 39.7 | 39.4 | 40.0 | 37.0 | 38.0 | 36.5 | 38.0 | 37.0 | 35.6 | 34.5 | 39.2 | 37.9 | 36.3 |
| Gross Profit | 58.8 | 63.6 | 60.3 | 60.6 | 60.0 | 63.0 | 62.0 | 63.5 | 62.0 | 63.0 | 64.4 | 65.5 | 60.8 | 62.1 | 63.7 |
| Research & Development | 20.5 | 20.5 | 18.1 | 17.6 | 18.0 | 18.7 | 18.9 | 18.4 | 18.0 | 18.5 | 19.6 | 19.6 | 19.2 | 18.5 | 18.9 |
| Sales, Marketing, and Administrative | 8.1 | 9.0 | 8.5 | 7.7 | 7.8 | 7.9 | 7.8 | 7.6 | 7.4 | 7.8 | 7.9 | 7.9 | 8.3 | 7.8 | 7.7 |
| Operating Income | 30.2 | 34.0 | 33.7 | 35.3 | 34.2 | 36.3 | 35.4 | 37.5 | 36.6 | 36.7 | 36.9 | 37.9 | 33.3 | 35.8 | 37.0 |
| Investment/Interest Income | 0.7 | 0.2 | 1.7 | 2.7 | 0.4 | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 1.4 | 0.4 | 0.3 |
| Net Income | 25.5 | 28.0 | 28.7 | 30.9 | 28.4 | 30.1 | 29.3 | 31.0 | 29.9 | 30.0 | 30.2 | 31.0 | 28.3 | 29.7 | 30.2 |
| Tax Rate (pro-forma) | 17.4 | 18.2 | 19.1 | 18.7 | 18.0 | 18.0 | 18.0 | 18.0 | 19.0 | 19.0 | 19.0 | 19.0 | 18.4 | 18.0 | 19.0 |
| **Quarter/Quarter % change:** | | | | | | | | | | | | | | | |
| Revenue | 5.8% | -3.9% | 8.9% | 2.3% | -1.2% | -3.7% | -0.7% | 3.5% | 5.4% | -1.8% | -6.4% | 0.7% | | | |
| Operating Income | 3.9% | 6.6% | 12.6% | 9.7% | -10.0% | 2.2% | -3.4% | 9.6% | 2.8% | -1.6% | -5.8% | 3.3% | | | |
| **Year/Year % change:** | | | | | | | | | | | | | | | |
| Revenue | -18.8% | -19.7% | 3.4% | 13.2% | 5.7% | 5.9% | -3.5% | -2.3% | 4.3% | 6.4% | 0.3% | -2.4% | -7% | 1% | 2% |
| QTL | -11.5% | -11.6% | 5.5% | 5.6% | 8.4% | -4.7% | -13.0% | 0.0% | 8.4% | 2.0% | 5.5% | -0.6% | -4% | -3% | 4% |
| QCT | -21.9% | -24.7% | 0.0% | 13.8% | 2.3% | 9.9% | 0.8% | -3.6% | 2.6% | 8.9% | -2.2% | -3.5% | -10% | 2% | 1% |
| QWI | 53.7% | 45.7% | 193.8% | 283.3% | 158.1% | 145.1% | 17.6% | 4.1% | 4.1% | 4.1% | 4.1% | 4.1% | 144% | 0% | 0% |
| **Other** | | | | | | | | | | | | | | | |
| Operating Income | -31.2% | -30.4% | 18.9% | 34.6% | 19.7% | 13.0% | 1.3% | 3.9% | 11.6% | 7.5% | 4.8% | -1.3% | -9% | 9% | 6% |
| Net Income | -35.1% | -33.6% | 7.3% | 33.5% | 17.7% | 13.8% | -1.3% | -1.8% | 9.9% | 5.9% | 3.2% | -2.7% | -13% | 6% | 4% |

**Notes to Income Statement**
**1. Proforma earnings exclude the QSI division, other gains and losses related to strategic investments, and stock based compensation.**

T. Michael Walkley
Canaccord Genuity
612.332.8069
Updated January 18, 2017

**Source: Company reports and Canaccord Genuity estimates**

A more detailed financial model, including balance sheet, income statement, and cash flow projections, if available, may be obtained by contacting your Canaccord Genuity Sales Person or the Authoring Analyst, whose contact information appears on the front page of this report.

PX39
Page 3010

# Appendix: Important Disclosures

**Analyst Certification**

Each authoring analyst of Canaccord Genuity whose name appears on the front page of this research hereby certifies that (i) the recommendations and opinions expressed in this research accurately reflect the authoring analyst's personal, independent and objective views about any and all of the designated investments or relevant issuers discussed herein that are within such authoring analyst's coverage universe and (ii) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analyst in the research.

Analysts employed outside the US are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity Inc. and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**Sector Coverage**

Individuals identified as "Sector Coverage" cover a subject company's industry in the identified jurisdiction, but are not authoring analysts of the report.

**Investment Recommendation**

Date and time of first dissemination: January 18, 2017, 10:39 ET

Date and time of production: January 18, 2017, 10:39 ET

**Target Price / Valuation Methodology:**

QUALCOMM - QCOM

Our $81 price target is based on shares trading at roughly 13x our C'18 pro forma non-GAAP EPS estimate of $6.24 for the combined Qualcomm and NXP businesses.

NXP Semiconductors NV - NXPI

Our $110 price target is based on the offer price of the Qualcomm acquisition bid for NXP of $110/share in cash..

**Risks to achieving Target Price / Valuation:**

QUALCOMM - QCOM

Risks to our investment thesis include: 1. Global wireless devices sales in the CDMA and WCDMA markets could grow slower than our estimates. 2. Qualcomm's ability to maintain its long-term licensing model and generate stable royalty rates. 3. Qualcomm's ability to maintain its industry-leading chipset market share and operating margins.

NXP Semiconductors NV - NXPI

Risks to our estimates and price target include:

1. NXP operates with high fixed costs – both in terms of debt and capital infrastructure for manufacturing – that provide risks should sales slow materially in the notoriously cyclical broad semiconductor market.

2. We believe NXP is well positioned in exciting growth markets for mixed-signal, microcontroller, and security semiconductors including smarter and autonomous automobiles, broader adoption of current and new eBanking and NFC mobile payment applications, and several emerging Internet-of-Things (IoT) verticals. However, these markets are largely nascent and unproven, and therefore our and other analysts' estimates for growth in these markets could prove aggressive.

3. With debt levels now above management's target range again post the Freescale deal but returning quickly and financials nearing the target operating model, we will continue to monitor management's disciplined use of an increasing R&D budget and FCF stream. Should management make hasty acquisitions or over-spend on new R&D, margins could suffer.

4. Similar to essentially all semiconductor companies, NXP faces two inherent risks: 1) product development execution and 2) macro-economic risks.

**Distribution of Ratings:**

**Global Stock Ratings (as of 01/18/17)**

| Rating | Coverage Universe # | Coverage Universe % | IB Clients % |
|---|---|---|---|
| Buy | 596 | 61.51% | 37.42% |
| Hold | 281 | 29.00% | 17.44% |
| Sell | 29 | 2.99% | 24.14% |
| Speculative Buy | 63 | 6.50% | 71.43% |
| | 969* | 100.0% | |

*Total includes stocks that are Under Review

**Canaccord Genuity Ratings System**

**BUY**: The stock is expected to generate risk-adjusted returns of over 10% during the next 12 months.

**HOLD**: The stock is expected to generate risk-adjusted returns of 0-10% during the next 12 months.

**SELL**: The stock is expected to generate negative risk-adjusted returns during the next 12 months.

**NOT RATED:** Canaccord Genuity does not provide research coverage of the relevant issuer.

"Risk-adjusted return" refers to the expected return in relation to the amount of risk associated with the designated investment or the relevant issuer.

**Risk Qualifier**

**SPECULATIVE**: Stocks bear significantly higher risk that typically cannot be valued by normal fundamental criteria. Investments in the stock may result in material loss.

**12-Month Recommendation History** (as of date same as the **Global Stock Ratings** table)

A list of all the recommendations on any issuer under coverage that was disseminated during the preceding 12-month period may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures-mar.canaccordgenuity.com/EN/Pages/default.aspx

**Required Company-Specific Disclosures (as of date of this publication)**

Canaccord Genuity or one or more of its affiliated companies is a market maker or liquidity provider in the securities of QUALCOMM and NXP Semiconductors NV or in any related derivatives.

Canaccord Genuity or one or more of its affiliated companies intend to seek or expect to receive compensation for Investment Banking services from QUALCOMM and NXP Semiconductors NV in the next three months.

An analyst has visited the material operations of QUALCOMM. No payment was received for the related travel costs.

**QUALCOMM Rating History as of 01/17/2017**






**Online Disclosures**

Up-to-date disclosures may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures.canaccordgenuity.com/EN/Pages/default.aspx; or by sending a request to Canaccord Genuity Corp. Research, Attn: Disclosures, P.O. Box 10337 Pacific Centre, 2200-609 Granville Street, Vancouver, BC, Canada V7Y 1H2; or by sending a request by email to disclosures@canaccordgenuity.com. The reader may also obtain a copy of Canaccord Genuity's policies and procedures regarding the dissemination of research by following the steps outlined above.

**General Disclaimers**

See "Required Company-Specific Disclosures" above for any of the following disclosures required as to companies referred to in this report: manager or co-manager roles; 1% or other ownership; compensation for certain services; types of client relationships; research analyst conflicts; managed/co-managed public offerings in prior periods; directorships; market making in equity securities and related derivatives. For reports identified above as compendium reports, the foregoing required company-specific disclosures can be found in a hyperlink located in the section labeled, "Compendium Reports." "Canaccord Genuity" is the business name used by certain wholly owned subsidiaries of Canaccord Genuity Group Inc., including Canaccord Genuity Inc., Canaccord Genuity Limited, Canaccord Genuity Corp., and Canaccord Genuity (Australia) Limited, an affiliated company that is 50%-owned by Canaccord Genuity Group Inc.

The authoring analysts who are responsible for the preparation of this research are employed by Canaccord Genuity Corp. a Canadian broker-dealer with principal offices located in Vancouver, Calgary, Toronto, Montreal, or Canaccord Genuity Inc., a US broker-dealer with principal offices located in New York, Boston, San Francisco and Houston, or Canaccord Genuity Limited., a UK broker-dealer with principal offices located in London (UK) and Dublin (Ireland), or Canaccord Genuity (Australia) Limited, an Australian broker-dealer with principal offices located in Sydney and Melbourne.

The authoring analysts who are responsible for the preparation of this research have received (or will receive) compensation based upon (among other factors) the Investment Banking revenues and general profits of Canaccord Genuity. However, such authoring analysts have not received, and will not receive, compensation that is directly based upon or linked to one or more specific Investment Banking activities, or to recommendations contained in the research.

Some regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of research. This research has been prepared in accordance with Canaccord Genuity's policy on managing conflicts of interest, and information barriers or firewalls have been used where appropriate. Canaccord Genuity's policy is available upon request.

The information contained in this research has been compiled by Canaccord Genuity from sources believed to be reliable, but (with the exception of the information about Canaccord Genuity) no representation or warranty, express or implied, is made by Canaccord Genuity, its affiliated companies or any other person as to its fairness, accuracy, completeness or correctness. Canaccord Genuity has not independently verified the facts, assumptions, and estimates contained herein. All estimates, opinions and other information contained in this research constitute Canaccord Genuity's judgement as of the date of this research, are subject to change without notice and are provided in good faith but without legal responsibility or liability.

From time to time, Canaccord Genuity salespeople, traders, and other professionals provide oral or written market commentary or trading strategies to our clients and our principal trading desk that reflect opinions that are contrary to the opinions expressed in this research. Canaccord Genuity's affiliates, principal trading desk, and investing businesses also from time to time make investment decisions that are inconsistent with the recommendations or views expressed in this research.

This research is provided for information purposes only and does not constitute an offer or solicitation to buy or sell any designated investments discussed herein in any jurisdiction where such offer or solicitation would be prohibited. As a result, the designated investments discussed in this research may not be eligible for sale in some jurisdictions. This research is not, and under no

circumstances should be construed as, a solicitation to act as a securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. This material is prepared for general circulation to clients and does not have regard to the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. To the fullest extent permitted by law, none of Canaccord Genuity, its affiliated companies or any other person accepts any liability whatsoever for any direct or consequential loss arising from or relating to any use of the information contained in this research.

**Research Distribution Policy**

Canaccord Genuity research is posted on the Canaccord Genuity Research Portal and will be available simultaneously for access by all of Canaccord Genuity's customers who are entitled to receive the firm's research. In addition research may be distributed by the firm's sales and trading personnel via email, instant message or other electronic means. Customers entitled to receive research may also receive it via third party vendors. Until such time as research is made available to Canaccord Genuity's customers as described above, Authoring Analysts will not discuss the contents of their research with Sales and Trading or Investment Banking employees without prior compliance consent.

For further information about the proprietary model(s) associated with the covered issuer(s) in this research report, clients should contact their local sales representative.

**Short-Term Trade Ideas**

Research Analysts may, from time to time, discuss "short-term trade ideas" in research reports. A short-term trade idea offers a near-term view on how a security may trade, based on market and trading events or catalysts, and the resulting trading opportunity that may be available. Any such trading strategies are distinct from and do not affect the analysts' fundamental equity rating for such stocks. A short-term trade idea may differ from the price targets and recommendations in our published research reports that reflect the research analyst's views of the longer-term (i.e. one-year or greater) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. It is possible, for example, that a subject company's common equity that is considered a long-term 'Hold' or 'Sell' might present a short-term buying opportunity as a result of temporary selling pressure in the market or for other reasons described in the research report; conversely, a subject company's stock rated a long-term 'Buy' or "Speculative Buy' could be considered susceptible to a downward price correction, or other factors may exist that lead the research analyst to suggest a sale over the short-term. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm does not intend, and does not undertake any obligation, to maintain or update short-term trade ideas. Short-term trade ideas are not suitable for all investors and are not tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your salesperson for more information regarding Canaccord Genuity's research.

**For Canadian Residents:**

This research has been approved by Canaccord Genuity Corp., which accepts sole responsibility for this research and its dissemination in Canada. Canaccord Genuity Corp. is registered and regulated by the Investment Industry Regulatory Organization of Canada (IIROC) and is a Member of the Canadian Investor Protection Fund. Canadian clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity Corp. in their particular province or territory.

**For United States Persons:**

Canaccord Genuity Inc., a US registered broker-dealer, accepts responsibility for this research and its dissemination in the United States. This research is intended for distribution in the United States only to certain US institutional investors. US clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity Inc. Analysts employed outside the US, as specifically indicated elsewhere in this report, are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity Inc. and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**For United Kingdom and European Residents:**

This research is distributed in the United Kingdom and elsewhere Europe, as third party research by Canaccord Genuity Limited, which is authorized and regulated by the Financial Conduct Authority. This research is for distribution only to persons who are Eligible Counterparties or Professional Clients only and is exempt from the general restrictions in section 21 of the Financial Services and Markets Act 2000 on the communication of invitations or inducements to engage in investment activity on the grounds that it is being distributed in the United Kingdom only to persons of a kind described in Article 19(5) (Investment Professionals) and 49(2) (High Net Worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended). It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. This material is not for distribution in the United Kingdom or elsewhere in Europe to retail clients, as defined under the rules of the Financial Conduct Authority.

**For Jersey, Guernsey and Isle of Man Residents:**

This research is sent to you by Canaccord Genuity Wealth (International) Limited (CGWI) for information purposes and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research has been produced by an affiliate of CGWI for circulation to its institutional clients and also CGWI. Its contents have been approved by CGWI and we are providing it to you on the basis that we believe it to be of interest to you. This statement should be read in conjunction with your client

agreement, CGWI's current terms of business and the other disclosures and disclaimers contained within this research. If you are in any doubt, you should consult your financial adviser.

CGWI is licensed and regulated by the Guernsey Financial Services Commission, the Jersey Financial Services Commission and the Isle of Man Financial Supervision Commission. CGWI is registered in Guernsey and is a wholly owned subsidiary of Canaccord Genuity Group Inc.

**For Australian Residents:**

This research is distributed in Australia by Canaccord Genuity (Australia) Limited ABN 19 075 071 466 holder of AFS Licence No 234666. To the extent that this research contains any advice, this is limited to general advice only. Recipients should take into account their own personal circumstances before making an investment decision. Clients wishing to effect any transactions in any financial products discussed in the research should do so through a qualified representative of Canaccord Genuity (Australia) Limited. Canaccord Genuity Wealth Management is a division of Canaccord Genuity (Australia) Limited.

**For Hong Kong Residents:**

This research is distributed in Hong Kong by Canaccord Genuity (Hong Kong) Limited which is licensed by the Securities and Futures Commission. This research is only intended for persons who fall within the definition of professional investor as defined in the Securities and Futures Ordinance. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. Recipients of this report can contact Canaccord Genuity (Hong Kong) Limited. (Contact Tel: +852 3919 2561) in respect of any matters arising from, or in connection with, this research.

**Additional information is available on request.**

Copyright © Canaccord Genuity Corp. 2017 – Member IIROC/Canadian Investor Protection Fund

Copyright © Canaccord Genuity Limited. 2017 – Member LSE, authorized and regulated by the Financial Conduct Authority.

Copyright © Canaccord Genuity Inc. 2017 – Member FINRA/SIPC

Copyright © Canaccord Genuity (Australia) Limited. 2017 – Participant of ASX Group, Chi-x Australia and of the NSX. Authorized and regulated by ASIC.

All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Canaccord Genuity Corp., Canaccord Genuity Limited, Canaccord Genuity Inc or Canaccord Genuity Group Inc. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of the entities listed above.

**None of the material, nor its content, nor any copy of it, may be altered in any way, reproduced, or distributed to any other party including by way of any form of social media, without the prior express written permission of the entities listed above.**