# PX 50

**From:** Zulka, Rebecca
**To:** QCMI_News
**Sent:** 7/16/2009 7:51:29 PM
**Subject:** Afternoon News July 16, 2009

| Headline | Date | Outlet | Links |
|---|---|---|---|
| **Executive (2)** | | | |
| **People should dream and not be afraid of it** | 07/16/2009 | *Financial Express - Mumbai Edition* | Text View Clip |
| **Qualcomm Chairman and CEO Dr. Paul Jacobs: Wireless Evolution** | 07/11/2009 | *Modern Weekly* | Text View Clip |
| **Executive; Plaza (1)** | | | |
| **QIS Moving Ahead with Plaza** | 07/16/2009 | *Wireless Week - Online* | Text View Clip |
| **Financials (5)** | | | |
| **Nokia Falls Most in Five Years on Cuts to Targets (Update2)** | 07/16/2009 | *Bloomberg News* | Text View Clip |
| **Nokia's Second Quarter Fails to Please Investors** | 07/16/2009 | *BusinessWeek - Frankfurt* | Text View Clip |
| **Analysis: 5 cautionary notes from Intel's Q2 results** | 07/16/2009 | *EE Times* | Text View Clip |
| **Device Depression for Nokia, Sony Ericsson** | 07/16/2009 | *Light Reading* | Text View Clip |
| **Tech Rumor of the Day: Nokia's Smartphone Stumbles** | 07/16/2009 | *TheStreet.com* | Text View Clip |
| **Mobile Health (1)** | | | |
| **Qualcomm, Unable to Raise Capital, May Be Terminating LifeComm** | 07/16/2009 | *Xconomy* | Text View Clip |
| **Patents (1)** | | | |
| **RIM Pays $267.5 Million to Settle Patent Suit** | 07/16/2009 | *Dow Jones Newswires - Toronto Bureau* | Text View Clip |
| **Peers (2)** | | | |
| **Nokia May Be Turning Around In Difficult North American Mkt** | 07/16/2009 | *Dow Jones Newswires - New York Bureau* | Text View Clip |
| **The chip company that dares to battle Intel** | 07/16/2009 | *Fortune* | Text View Clip |

Δπ EXHIBIT 424
Deponent Jacobs
Date 9/9/22 Rptr. lt
WWW.DEPOBOOKPRODUCTS.COM

**People should dream and not be afraid of it** | View Clip
**07/16/2009**
***Financial Express - Mumbai Edition***

He lives in the future. Kanwalinder Singh, senior vice-president, Qualcomm Inc, and president, Qualcomm India and South Asia, is actively engaged in research in technology. It is yet to hit the market but when it does, it will make connectivity and communication an everyday affair with the help of simple gadgets. He is perplexed that most people in India fear the computer and other gadgets. What is so mysterious about technology, he

wonders aloud. "Most people in India look at the computer as a complex device. I want to make it simpler." Seated away from his workspace in his Mumbai office and wearing a jacket without a tie ("I find ties very formal," he says to the photographer), Singh relates with excitement how his team at Qualcomm is working to make 3G a mainstream service in India, supported by affordable devices and enriched collaboration in the ecosystem. 3G will also trigger the growth of wireless broadband in India. Yet, technology was not something Singh was introduced to in classrooms or workplaces. His association with it began in rural Nangal, famous for the Bhakra Nangal dam in Punjab in his growing years where his father and the villagers always spoke of doing work "automatically". The word translated into technology for Singh, which he saw being used to make work on agriculture easier. "A lot of agriculturists way back then would adopt all kinds of machinery and capital equipment to go in for more automation." Singh recalls that very early on he was a detail-oriented person and would do projects on his own. "I remember doing projects with wires lying around. I first used a computer in the ninth grade. Soon I started programming it too. I was comfortable with electronics all along." It is not surprising then that he went on to pursue graduation in electronics and electrical communication from Punjab engineering college. At his first job in Hitachi, he was sent to the Mecca of technology – Japan. For him, his association with Hitachi stands out for two memorable lessons. The Japanese, he says, are disciplined about what they do. " It was well-known that they have equipment, precision and focus in quality, but what was new for me was to discover that it began from the micron stage itself." The other thing Singh appreciates, is their adherence to ethics. "In 1983, when I was in Japan, one afternoon per week was set aside for cleaning out offices and this was done by both employees and the bosses. Even the CEO of Hitachi would do it. It was an eye opener for me coming from India where one is used to having others do these tasks," he adds. Education is the key to any development, Singh realised early on. It helped that he was always studious. The US was the next stop in this journey simply because that's where most of his extended family members lived and were doing well. "Its a place to go for education and for the opportunities it offers," he says. Bucknell University in ennsylvania helped him finetune his professional skills. Besides, there were many things so distinctly different in his course of study that "rounded" his individuality. "I took up teaching because of the scholarship and aid. Teaching at the School of Management forced me to look at a curriculum I had never seen before. It helped me become a good communicator. Engineering and management are related and link closely with the environment we live in. I think the single most important learning from my teaching stint was that if you know something, you should pass it on." When Singh's doctorate proposal was rejected, it pushed him to work with technology firms and start his career earlier than he had envisaged. "After my masters at Bucknell, I wanted to pursue my doctorate and was all set to have a 'Dr' against my name but my proposal on automated software development was not approved." However, this proposal got the nod from the team at A&T Bell Laboratories, which had come to Bucknell University for campus recruitment. The rejection at the university was a blessing in disguise because he learnt at A&T how very large telecom networks are engineered, and to manage software. "My happiest moment was when I received a patent on automated software testing." After a long stint in the US, Singh got an opportunity to come home. His India foray came courtesy Lucent Technologies but he did not stay long as he felt they were narrowly focussed on network sales. "I came to India in 2002-03 when wireless started taking off. When Qualcomm came along, I took up the opportunity to work through the ecosystem and also devices besides the network. The journey has been phenomenal," he says with enthusiasm inflecting his tone. "CDMA technology then had less than 10 million subscribers and we set out to build a team and a business that grew to become extremely large. We did not envision the kind of growth that we have now. " Singh believes that it is his style of handpicking people for the job that has helped him to achieve high growth for the company. He is attracted by extremely ambitious people. "People should dream and not be afraid of it. The goal here was to get a million subscribers, which was huge then. What we told the team was: 'No goal is big enough. You have to set incredibly large goals.' That culture has percolated down." He does not think that it becomes daunting for some people? "The key is to build relationships within the company and outside and also with end users and then one is working in concert with a lot of people. That is how 40 people here worked to get a one-million subscriber base." Singh is now looking to introduce gadgets into the marketplace that make working on computers a smarter and easy choice. "Since we were building mobile devices, especially smart phones and high power devices, we invented chipsets that rival the power of those available in computers. In a mobile world, the handsets are designed for very low power consumption. A person must be able to carry it the whole day and the battery should last. We envision the same for computing– always connected through wireless broadband on which you can access the internet with all its capabilities; All the software for it would come from the internet and it would run on battery that lasts the whole day long." On the cards are two gadgets. The first is a smartbook for the classic computing world, which is the size of a netbook and has the simplicity of a smart phone and is light in weight. The other is Kayak, a desktop version with a display and a mouse and is always connected to the internet. It won't be able to load software because all this will come from the internet. No CDs would be required and there would be no fear of virus. Both these gadgets will be out in the latter part of this year. The US honed Singh's skills through education and by offering career opportunities. However, it is also memorable for another reason. He met his wife Deborah, then an undergraduate pursuing English majors. From India to the US and back, life has taken an 'interesting' turn for Singh. "There is a lot more to be done at Qualcomm. There has been phenomenal growth in the technology

industry and there is potential for so much more. I thrive on new opportunities and want to experience newer markets and challenges."

Return to Top

---

**Qualcomm Chairman and CEO Dr. Paul Jacobs: Wireless Evolution | View Clip**
**07/11/2009**
***Modern Weekly***

Wireless Evolution

In the brand-new wireless area where IT and communications are increasingly converging, Qualcomm, the unseen force that has pushed the entire world into the era of mobile internet, is completing a new round of evolution at the hands of Dr. Paul Jacobs, the son of the founder, and adhering to its traditional business model of turning leading technologies into strong revenue.

Will Dr. Paul Jacobs, will the son of the founder of the world's largest wireless chipset manufacturer become a "superman" of the mobile internet era? Tall, thin and a tad bookish due to his holding of a doctorate in engineering, this leader has taken a modest attitude and behaved in a low profile way over the past four years since he became CEO of Qualcomm. "We will keep the current business model unchanged," says Dr. Jacobs, always careful of protecting the traditional technical strategies passed on from his father – investing large amount on R&D and then selling chipsets as well as collecting royalty fees.

Despite this continuity, as Qualcomm's leader Dr. Jacobs is also constantly pushing for more changes. In 2004, Dr. Jacobs made an investment of US$800 million in a mobile phone TV technology called MediaFLO. During that period, Dr. Jacobs often emphasized in public appearances that, "[The] mobile phone is the future TV". He is enthusiastic in talking about the taste of the audience or 15-second commercial ads just like a media giant, though this new business being cultivated has not made a profit to date. Mobile TV is not the only trump card in the hand of Dr. Jacobs. Qualcomm has also extended its reach to more areas, such as mobile payment, mobile healthcare, a new type of display and even wireless [battery] charging technology.

These innovative wireless applications – which seem to deviate from Qualcomm's core businesses and make people dazzled– are gradually outlining the great ambition always hidden in the heart of Dr. Jacobs. He hopes that Qualcomm is not only a mobile phone chipset supplier, or a tax collector for patents that goes to court with an enormous group of lawyers, but that it will also maintain the technical leadership in the general trend that IT and communication are being increasingly converged.

In the foreseeable future, chipset sales and patent licensing will continue to be Qualcomm's principal source of income and profit over an extended period of time. However, Dr. Jacobs hopes that an emerging new business will become a part of this business portfolio and make a tremendous contribution.

Race to Compete in Mobile Internet
As a major supplier of mobile phone chipsets, 60% of Qualcomm revenue came from sales of mobile phone chipsets in FY2008. Even if your mobile phone is not powered by Qualcomm chipsets, Qualcomm will still make a profit as long as it is based on the CDMA or WCDMA standard. As the major holder of CDMA patents, Qualcomm earned royalty fees of up to US$3.6 billion in FY2008, roughly 30% of the total revenue. Moreover, this is almost their net profit.

This is enough to explain why Qualcomm has plentiful cash to support its near-crazy, extensive search for the next business growth points. In the communications market, technology evolution takes a long time, meaning you must have long term vision. To this end, Qualcomm's previous logic was that a new technology should either set the trend for technical standards to drive chipsets sales or set a high patent threshold for its competitors. This was also the persistent pursuit of Dr. Irwin Jacobs, the father of Dr. Paul Jacobs.

Nowadays, the market environment faced by Qualcomm is starkly different from even a few years ago. Manufacturers have talked about convergence for years, but the continuous emergence of new-type converged devices is still something new – from iPhone to Intel's mobile internet device (MID), computing capacity and communication capacity are now seeking the best point of convergence on respective devices.

As for Qualcomm, the biggest new rivals are no longer just mobile phone chipset makers, but also include Intel, which has entered into the communication market again. The market of devices [with screens] of 4 - 10 inches

represents a transitional zone between notebooks and smartphones. Moreover, in addition to Intel, there is another giant, Nokia, that plays a small role. As the world's largest mobile phone maker, Nokia has also started transforming to take on the mobile internet business.

In reality, Qualcomm and Intel, possibly also Nokia, don't differ greatly as to the understanding of what the mobile internet should be like. The only difference is their respective positions in the industrial chain and their competitiveness, which determine what they can do respectively. In possession of nearly 40% of global mobile phone users, Nokia will introduce some software and services to its mobile phone products based on the current user base. At the same time, maintaining a balance between Qualcomm, Intel and other chipset suppliers serves its best interest.

Intel, which produces the most of the world's chipsets, hopes to bring its technical architecture and chipset products to the communication market to maximize the scale benefits of its current production line. Intel has attacked the mobile communication market via the MID product.

Nokia has reached an agreement with Qualcomm and Intel respectively to cooperate on product development. However, Dr. Paul Jacobs must take the initiative in the furious race for the next business growth area. In comparison, Qualcomm's advantages are deeply based on its accumulation of communication technologies and its relationships with operators and mobile phone manufacturers. Therefore, Qualcomm will focus all of its efforts in terms of the mobile internet on these partners. Dr. Jacobs hopes that Qualcomm will not only act as a supplier of chipsets and fundamental communication technologies, but also as a supplier that satisfies their various requirements.

But Dr. Jacobs first has to eliminate barriers.

Fewer Lawsuits, More Businesses
One of the biggest results Dr. Jacobs has achieved in his four-year tenure as CEO is resolving relations with downstream manufacturers, though at a heavy cost.

This April, Qualcomm reconciled with Broadcom over a patent dispute by paying US$891 million to this difficult opponent in the courts so as to settle the dispute on 3G patents once and for all.

A few months earlier, Qualcomm and Nokia also decided to leave their disputes behind and cooperate to develop new mobile phones and mobile devices. In fact, Dr. Jacobs started implementing the reconciliation strategy as early as in 2005. “Our position on the intellectual property has not changed,” he says, not forgetting to emphasize this point. However, finding a win-win solution is more important to Qualcomm.

Compared with the practices of Qualcomm when led by his father, Dr. Jacobs' strategy seems softer. Qualcomm established its business model from the very beginning. At that time, Qualcomm, as a small company, was unable to mass produce the CDMA mobile phones it invented and compete with those established large companies in either technology or position. In this case, providing extensive patent licensing and collecting royalty fees reliably became a method for quickly opening up the market.

By the nature of the business model, Qualcomm has established a CDMA technology camp around itself. In the other end of the “Pacific Sea”, the GSM camp dominated by European operators naturally sees Qualcomm as an enemy. In the 2G era, GSM standards held an absolutely dominating position, and the GSM camp also put forward their 3G evolution roadmap, WCDMA. Qualcomm once believed that the 3G version of the CDMA technology (CDMA2000 and EV-DO) would win the market with the stronger data transmission capacity. Right now, the WCDMA standard is winning more users.

At the same time, changes have also taken place inside Qualcomm. Its mobile phone chipset business has gradually replaced the technology licensing business to become the primary income source. The chipset business and technology licensing business complement each other. As to mobile phone manufacturers, they have two choices – to buy Qualcomm's chipsets or buy its licensing. A mobile phone manufacturer licensed by Qualcomm will have to pay a royalty fee of less than 5% of the sales price of each mobile phone, which provides an already huge financial figure for Qualcomm. Qualcomm wants more – if it directly supplies mobile phone chipsets or other components to mobile phone manufactures, its rate will be more than 5%. Dr. Paul Jacobs admits, “Indeed, we will make the chipset business do something that may influence the licensing income.”

Qualcomm still ranked eighth among global IC manufacturers in 2008, but vaulted to become the sixth largest IC manufacturer in the first quarter of this year. In addition, it is also the IC manufacturer that realized the

biggest sales growth in 2008. The more important Qualcomm is as a chipset maker, the more necessary it will become to break the separate technical camps and shift to open cooperation. Development of the WCDMA market means a vast demand for mobile phone chipsets. In this context, adhering to Qualcomm's prior practices or turning to a market orientation is a question with a clear answer.

Hostility can't be eliminated overnight. Furthermore, Qualcomm owns a share of this market. Thus, legal disputes have happened between Qualcomm and Nokia and Broadcom, and the rivals even requested the court to rule that Qualcomm shall not continue producing WCDMA chipsets. To address this matter, Dr. Paul Jacobs says, "Both companies are trying to change Qualcomm's unique business model." Even though much time has passed, this answer still seems a little indignant.

Fortunately, Qualcomm and its rivals are very clear that the maximum interests of both parties are not to pay a lot of money to lawyers. Nokia is interested in mounting a comeback in the CDMA market, while Broadcom also wants to secure Qualcomm's patent licensing. As for Qualcomm, it certainly doesn't object to getting income from both companies – more importantly, Nokia, the world's largest mobile phone maker, is likely to become Qualcomm's most valuable customer. Therefore, reconciliation was destined to occur sooner than later. During this period, both Qualcomm and Broadcom have changed their general counsels. It seems that new people make it easier to establish favorable impressions.

"At last, after much communication, they have given up [their original opinions], so we have reached a win-win relationship," concludes Dr. Jacobs. Cooperation with Nokia is of particularly great importance, and means that Qualcomm has opened a door to nearly 40% of global mobile phone users.

Without doubt, the more open attitude under the leadership of Dr. Paul Jacobs will become the decisive factor in the future of Qualcomm.

The Son's Bets
An even riskier move is that the changes that are happening under the leadership of Dr. Jacobs may either bring Qualcomm more opportunities, or lead Qualcomm to a dead end.

To eliminate the barriers in the industrial chain is just the first step. Qualcomm is also changing its image. If you check the new business portfolios Jacobs is now building, you will find it is no longer a company with only a chipset business and licensing business.

Evidently, the operating model of the FLO TV business is completely different from chipset design or the formulation of licensing model. Qualcomm has invited TV producers to create programs and talked with advertisers. Such practices tends to evoke the earlier experience of the company – though Qualcomm no longer makes mobile phones, it really built its own mobile phone product line in the early stage to eliminate the doubts of operators towards CDMA. The product line, which turned out to be a failure, was developed under the leadership of Dr. Paul Jacobs.

Outsiders can still clearly feel that the son, who was questioned in the past, hasn't given up any opportunity to prove himself. Recently, Qualcomm has made a plan to promote FLO TV to 39 new countries and areas. The display business also excites Dr. Jacobs. Qualcomm has built a facility in the Science & Technology Park in Taoyuan, Taiwan to produce a MEMS display, a bionic display that adopts the same principle that makes butterfly wings shimmer. In addition to new hardware and services, Qualcomm is also committed to building its own software platforms and ecosystems. Such innovative wireless applications as mobile payment, mobile healthcare, mobile download and even wireless charging have been wildly growing under the encouragement of Dr. Jacobs.

Dr. Jacobs can't accurately forecast Qualcomm's business portfolios in five years, because he really has no idea how fast the display business will grow. "This is my only question now, and I have no answer to the future", said Dr. Jacobs.

However, uncertainty can't drag down Dr. Jacobs' pace in moving forwards. For him, the biggest challenge to build these businesses is to change the way people think. Of course, it is also indispensable to expand the new teams. For example, you can hardly image such a business as FLO TV to have been born from Qualcomm's engineer-lawyer culture. "We have developed the technology, and deployed the network. When you enter a new domain, you will have to introduce a new skill set."

Entering new areas will definitely be accompanied by risks. FLO TV has not made a profit to date. It is always possible that you have selected a wrong path, but this principle also works in Qualcomm's R&D for its core

businesses.

"We have placed some very big bets that haven't brought returns." Dr. Paul Jacobs means the UMB technology which he declared he was giving up on last year. This is a 4G evolution technology based on Qualcomm's CDMA roadmap. If Qualcomm were still a company with merely one advantage, Qualcomm would have been affected heavily by it. Leveraging the large profit platform created by his father, Dr. Jacobs could use the abundant cash flow to refocus resources on the other side of the technology camp, LTE. In spite of the risks, Dr. Paul Jacobs will not give up the possibility of expansion. "What we need to do is to find a market large enough and tap our advantages in finance, technology and partners to become the best, while it's still very difficult for others to enter this market."

After all, these innovative gadgets are finally no match for other developers. Will Dr. Jacobs fail because of this? No. As long as the application market is open and more people buy high-end mobile phones, Qualcomm will make revenue from its business model.

Qualcomm's Three Trump Cards for Mobile Internet

Based on the arrangement of Dr. Paul Jacobs, Qualcomm will no longer be a chipset maker and a patent licenser of wireless communication technologies, but a supplier of wireless internet technologies. He hopes that Qualcomm, which is ubiquitous in the wireless world but is not visible, can convert all the new products and platforms based on the mobile internet into tangible revenue in the future, and lead Qualcomm into a new era.

Scratch for Computing Chipset Market
The convergence of IT and communication, two ecosystems, has already become an inevitable trend. Qualcomm, a mobile phone chipset maker, is making an effort to build up its strengths in the computing chipset field so as to capture a larger share of the wireless netbook [and device] market, [through devices] such as Toshiba's new TG01, with its touch screen and fast data rate.
Response strategy: Snapdragon chipsets and Smartbook program.

Lead Innovative Wireless Applications
In mature markets with mature wireless network coverage and diversified 3G applications, Qualcomm is attempting to present its technical leadership through the innovation of applications closer to consumers. All these applications will ultimately be based on the platform of chipset processing technology.
Response strategy: Wireless charging device and Zeebo gaming console.

Expand Hardware Carriers for Chipsets
As the world's largest supplier of wireless chipsets at present, Qualcomm provides chipset solutions for the full range of mobile devices including high-end, middle-tier and low-end devices. Qualcomm is attempting to prove that it is also a top strategic priority to increase the added value of chipsets and services through such things as wireless heart monitors.
Response strategy: Cooperates with Triage Wireless to develop heart monitors to enter the healthcare hardware market
Imagination Is More Important than Technology

If you simply evaluate Qualcomm as a technology company in the chipset area, it is obviously narrow. Dr. Jacobs is trying to bring Qualcomm to leadership in the mobile internet, and Qualcomm is keen to bring applications and services still beyond our imagination into the real world. Qualcomm insists that consumers, handset manufacturers and operators need to pay for these innovative applications.

M: Although you hope to change the image of Qualcomm as a tax collector, as you mentioned earlier, incomes from the licensing business grew faster than ever before in the latest quarter. Why?

P: I guess I don't call that being a tax collector. What we do is take that money that we get from the royalty business and invest it in new technologies, and there are a lot of new technologies around so there are lots of opportunities to invest. Now, that business is continuing to grow strongly for a few reasons. Obviously, 3G continues to grow and we are projecting something like a 20% increase year-over-year in 3G handset shipments. I think that will continue. Another thing that is happening is we are seeing high-end phones become more popular, so that causes it to continue to grow as well. The average selling price of those phones is higher. So it is those kinds of combinations. If you look at the relevance to the chipset business, obviously, chipsets saw a significant downturn due to the industry contraction. The [effects on the] licensing business we see later than the chipset business because we only account for the licensing revenues when they are paid. We do not project those anymore, so that puts almost a two quarter delay in our bill when we see things and

when they impact. On the other hand, sales still look strong. It is hard to tell how these things will relate to each other.

M : Would you please talk about the impact of your just-concluded lawsuits with Nokia and Broadcom on your incomes? Qualcomm is about to carry out cooperation with them in North America. What does this opportunity mean to Qualcomm?

P: Not on the revenue side, because we do not have any new business. For example, we hope to get business with Nokia, but we don't have that yet. On the revenue side we are getting royalties from Nokia so that does help. Nokia holds a large share in the global handheld device market, so there is no doubt that this cooperation will bring us more opportunities. With respect to not just simply a few mobile phones; for example, we are planning to put Symbian on our chipsets.

M: Broadcom also intends to play a part in the CDMA chipset market. Why are you going to license one of your competitors?

P: That has not been an issue for us. We have always tried to license as widely as possible, including to chip companies. We actually were in the process of negotiations with them when this litigation was filed. We are happy to have competitors in the market. I think that Qualcomm wins in the chipset business by continuing to innovate very rapidly and also by delivering on schedule. When we make a commitment to customers, we meet those commitments, and the customers know they can depend on us. The chip business is separate from the licensing business. The chip business competes however it can compete and the licensing business sees a broader view and tries to license the whole market.

M: After these lawsuits, will Qualcomm change its licensing model?

P: I don't think so. Both of those settlements (Nokia and Broadcom) did not impact our business model. We continue with the licensing business the way the licensing business was. In each case there are some licenses and patents that went back and forth. But it's similar. I think the model that we have is very powerful and beneficial, because we do license so broadly. When we come up with an idea for a new technology, it's a very strong way to get it out into the market. We have already done a number of licenses for 4G. I expect that things will continue very similarly.

M: Qualcomm is expanding in the mobile device computing area. We are aware of the differences between the ecosystems of the IT and communications sectors. Now that Qualcomm has made up its mind to develop in this field, what changes will it need to make to get free of the historic liabilities of the company as both a mobile phone patents maker and a patent monopoly?

P: The ecosystem is merging too. I think you see the mobile phone manufactures, particularly as they go to smartphones and so forth, going up into the computing space, and you see the computing devices, especially with netbooks, coming down into the mobile space.

It is more blurry than you might think. There is also another thing which is the ecosystem in the IT industry. They see Qualcomm as a company that has the ability to be a counter-balance to Intel's power, so we are getting very good traction for our devices because of that.

In addition, we have good performance. Very good performance. Better power performance by a lot. And we have integrated communications capability, which I think is very important for a mobile device so that you have an always-on experience. Not just that you can plug the USB stick into the side of the computer, but that it is always downloading your email, it is always synchronizing your calendar contacts, maybe your Facebook status, maybe information about your friends, doing location-based [services], getting updates to things, and so forth. It is a completely different experience, and that is really where we are going to try and take the netbook category: To be a connected…really a connected device. We get the benefits also of the business model of the wireless industry, which is that the operators get involved. They can help subsidize the devices, bring the prices down even more.

M: In your opinion, is the market where IT and communications converge much larger than the notebook market?

P: Absolutely, because the price points are going to be much lower and when you have lower prices that means the market can expand. Plus, I think it will allow us to address a lot of emerging markets as well, because there are obviously many places in the world where people does not have a computer yet. They will

get one if they can afford it.

M: However, the competition in this market is very fierce. Intel has also announced a lot of strategies targeting this market. How do you view it?

P: For example, you are carrying a laptop, you have a big battery. But batteries can eventually run out of power. The PC does not operate like your phone. Your phone is always on. When you open up your PC, you need to turn it on. When you open it up, you need to turn it on and start up and then you need to connect and everything. Your phone does not do that. I think the same thing is going to be true for the netbook in the future. That is not an area that they compete in.

M: What other areas has Qualcomm invested in for future technology?

P: We have wireless charging technology, which I think is also an important technology that will get rid of the wires and everything. All you have to do is put [your device] down and it charges. Apart from the chipset business, we are working on display technology, which is very low power, sunlight visible. We believe that people nowadays demand a mobile phone that can not only make or answer calls, but, more importantly, is able to display content in any environment.

M: How do you judge whether a project has investment value?

P: It is many different things coming together. I try to find something for which there is a large opportunity. The market should large and it should be such that we can use the strength of Qualcomm—financial strength, technical strength, strength of partnership—to do something that is very hard for other people to do.

If it seems like something a partner can do, we generally do not do it. We might go to a partner and say by the way, I think you should do these things, and then [we] get out of the way and they go and execute themselves. This is generally the way I look at it. At the end of the day, it's really a much more fundamental thing of how big the market opportunity is and how strong are we at being able to address it as opposed to other people.

M: As China's operators are making great efforts to promote 3G, how do you expect the Chinese market's contribution to Qualcomm's growth rate will be in the next few years? Will China replace South Korea to become Qualcomm's largest market?

P: I think it is very likely that China's going to be a larger revenue generator than Korea. In FY2008, China was the world's second largest market, with its revenue accounting for about 21% of global income. South Korea is the largest market for Qualcomm, with revenues accounting for 35% of Qualcomm's income. It is getting close already. I think that might happen

Return to Top

---

**QIS Moving Ahead with Plaza | View Clip**
**07/16/2009**
***Wireless Week - Online***

QIS Moving Ahead with Plaza
WirelessWeek - July 16, 2009
By Monica Alleven

It's been a little over a year since Qualcomm unveiled its Plaza Mobile Internet solution. So where does it stand now?

The company historically has been patient in building up its customer base for specific areas, establishing the BREW ecosystem and evangelizing FLO technology for mobile TV.

With Plaza, the company continues to hold discussions with operators in North America, Europe and Latin America, where there's an interest in providing a better mobile Internet experience on mass-market phones, says Noam Raffaelli, managing director of Plaza Mobile Internet at Qualcomm Internet Services (QIS).

Operators see widgets, which is part of the Plaza platform, as means to drive more data traffic and data users. The aim of Plaza is to offer end-users the familiar Web channels they're used to daily on their desktop –

# PX 51

## (Filed Under Seal)

# PX 52

## (Filed Under Seal)

# PX 53

## (Filed Under Seal)

# PX 54

## (Filed Under Seal)

# PX 55

## (Filed Under Seal)

# PX 56

## (Filed Under Seal)

# PX 57

## (Filed Under Seal)

# PX 58

## (Filed Under Seal)

# PX 59

## (Filed Under Seal)

# PX 60

## (Filed Under Seal)

# PX 61

## Qualcomm Inc 2014 Analyst Meeting

New York City Nov 19, 2014 (Thomson StreetEvents) -- Edited Transcript of Qualcomm Inc corporate analyst meeting</
Wednesday, November 19, 2014 at 3:00:00pm GMT

CORPORATE PARTICIPANTS
- Warren Kneeshaw, Qualcomm Incorporated - VP of IR
- Steven Mollenkopf, Qualcomm Incorporated - CEO
- Derek Aberle, Qualcomm Incorporated - President
- Cristiano Amon, Qualcomm Incorporated - EVP, Qualcomm Technologies, Inc. & Co-President, QCT
- Murthy Renduchintala, Qualcomm Incorporated - EVP, Qualcomm Technologies, Inc. & Co-President, QCT
- George Davis, Qualcomm Incorporated - EVP and CFO

CONFERENCE CALL PARTICIPANTS
- Brian Modoff, Deutsche Bank - Analyst
- Simona Jankowski, Goldman Sachs - Analyst
- Kulbinder Garcha, Credit Suisse - Analyst
- Romit Shah, Nomura Equity Research - Analyst
- Rod Hall, JPMorgan - Analyst
- Ehud Gelblum, Citigroup - Analyst
- Mike Walkley, Canaccord Genuity - Analyst
- Chris Rolland, FBR Capital Markets - Analyst
- Chris Caso, Susquehanna - Analyst
- Tim Long, BMO Capital Markets - Analyst
- James Faucette, Morgan Stanley - Analyst
- Brett Simpson, Arete Research - Analyst
- Sal Cordova, Source Capital Group, Inc. - Analyst
- Blayne Curtis, Barclays Capital - Analyst
- Stacy Rasgon, Sanford Bernstein & Co. LLC - Analyst
- Art Bechhoefer, Independent Investors Forum - Analyst
- Chris Bobinski, Art Investment Management - Analyst

# PRESENTATION

**Operator**

(video playing) Ladies and gentlemen, please welcome Warren Kneeshaw.

**Warren Kneeshaw**, Qualcomm Incorporated - VP of IR

Good morning, everyone, and welcome to the 2014 Qualcomm Analyst Day. It's great to be back here in New York and to see all of you again. I'd also like to welcome those of you on today's webcast. I know you have a very busy schedule. So we appreciate you taking the time to be with us here today. Like to take just a moment and thank the Investor Relations and Event teams for putting on today's program and our executive team for their ongoing commitment to investor communications.

During today's presentation, we will make forward-looking statements regarding our expectations on other future events, which could differ materially from Qualcomm's actual results. I'd like to refer you to our SEC filings, including our most recent Form 10-K for a description of our businesses and associated risks and other factors, which could cause our actual results to differ from these forward-looking statements.

Also, if we use any non-GAAP financial measures as defined by Regulation G, you'll find the required reconciliations to GAAP on our website at www.qualcomm.com and in the handouts, where you also see a copy of our Safe Harbor statement.

Today's agenda includes presentations by Steve Mollenkopf, Derek Aberle, Cristiano Amon, and Murthy Renduchintala, as well as George Davis. Don Rosenberg will join the question-and-answer session. So we have a busy schedule. So let's get right to it. Please join me in welcoming our Chief Executive Officer, Steve Mollenkopf.

**Steven Mollenkopf**, Qualcomm Incorporated - CEO

Alright. I just want to echo what Warren said and welcome everybody. It's good to be here, new location. So we'll see; hopefully, that will work out well for us today and welcome everybody who is on the streaming as well. So I am going to talk a little bit about the business and try to put things in little bit of frame of reference and then turn it over to my colleagues for a little bit more detail.

So fiscal year 2014, I think a pretty strong year, a very different year than what we thought primarily because of the differences in what happened in China. I think it was about a year ago today that we actually had the kind of start of that process, and I think process that through the year pretty well chronicled, I think in terms of what happened last year, but a very strong year for QCT. Actually, it was record results. It was really the year where our investment in the channel in China really was well timed with the transition to LTE in China really contributed to our business. We think that will continue to be an area of strength for us moving forward. QTL also saw record TRDS, I think, really reflecting the strength of the underlying market, but obviously didn't participate in as much as we would like long term.

We started the process of focusing our investments in the portfolio. These are the businesses outside of QTL and QCT. I'll talk a little bit more about that, but we'll continue that through 2015. And we continue to work a bit on operating expense management. I think we did a good job on that in a difficult year and returned a significant amount of free cash flow to the shareholders.

So a little bit about that. If you look at our commitment to capital return, it remains strong. We've returned about $33 billion to

**Analyst:** Chris Rolland, FBR Capital Markets - Analyst

**Question – Chris Rolland:** Chris Rolland, FBR. Thanks for putting the day on guys.

I am interested in your comments around ARM servers, perhaps some more details there. Timing, can we see something in let's say 2016, also your appetite to do this sort of organic versus inorganic and then finally does this signify a greater move into infrastructure, things like [MFE or more CRAM] stuff or embedded processors and you guys don't necessarily have a heritage in networking, how do you supply that component to the puzzle here. Thanks.

**Answer – Steven Mollenkopf:** Sure. So, we are already actively engaged with customers on the server devices. I want to caution you, I think the time from customer engagement to the time for it being significant revenue and contributing business I would put it at the end of our plan period in terms of something and in terms of how we're looking at it. Not inconsistent with most of our really large technology businesses, they take a number of years in order to develop but as I said, I think we have a very strong position, primarily because the design point at the CPU level has moved so high in mobile and we're one of the unique people that will have a need to go to the leading node and therefore I think be differentiated from the rest of the ARM server competitors and just given the thirst for an alternative in that area it's become a fairly attractive business than we think.

We actually do have a networking business today, actually it's part of that $1 billion that we talked about. However, moving forward, that will be something that will have to develop we think long-term. There is also some discussion I think by the people that are in that next wave of the infrastructure side, where they would like to see a different view of the architecture of the rack and architecture of the data center, coding people. It's been sometime since people have made an architectural shift there. And given the enormous scale of mobile, we expect that that will provide an opportunity either through partnership or through organic means. I wouldn't think, consistent with George's slides, that we're going to take a different approach to M&A than what we've done, which tends to be very few large ones and a number of tuck-ins, that tends to be our approach.

---

**Analyst:** Romit Shah, Nomura Equity Research - Analyst

**Question – Romit Shah:** Thanks a lot. Romit Shah, Nomura.

Derek, could you just talk about visibility into when contracts for some of your biggest licensees may come up for re-negotiation or renewal and how will concessions, if any, with China impact those negotiations? And then for Steve, as you may know, we calculate chipset ASPs by just taking revenue divided by MSMs, and I'm just curious how some of these adjacent opportunities may impact that metric going forward? Will you look to sort of report different metrics for QCT?

**Answer – Derek Aberle:** So on the license extensions, we haven't really provided an update on that in quite a while. I think what we've seen in the history of the Company is where we think there have been issues to highlight, we sort of got ahead of that and made people aware of it and talked about what we're going to do to drive it. The tendency of our or generally, our agreements tend to be very long-term agreements and even the ones that aren't structured the way that I described earlier in my presentation that tended to be long terms, 15 years, with both Nokia and Samsung when we announced those. So the structure is that, but we don't really have an update today as to whether there are other negotiations or extensions that are on the horizon.

**Answer – Steven Mollenkopf:** With respect to your question about the so-called Street view ASP for the MSM, I think it becomes less meaningful over time as the additional revenue outside of the phone space grows. I don't know if we've made a decision yet about how we want to report. Clearly providing transparency is something that we want to try to, I don't know if my colleagues have anything they want to add on that.

**Answer – George Davis:** Yes. I would just say that as the individual businesses grow into their potential, I think we'll take a look at each one at that point and see what's the best way to describe our positioning. Right now, this is probably okay as it is. But I agree with Steve, it just gets further and further away from being a helpful indicator.

---

**Analyst:** Rod Hall, JPMorgan - Analyst

**Question – Rod Hall:** Hello, it's Rod Hall with JPMorgan.

I just want to start off with a question for Don and maybe Derek on the FTC and EU investigations. Just wondering if there is anything other than China that might have catalyzed those. And then following on from that, if you could talk a little bit about how those might be used as leverage back against China? Let's say that those guys have been looking at your business practices for a long time. I assume, they've been happy with them for a long time now. All of a sudden, strangely they're investigating you. If those come out in favor, does that have any significant impact on what's going on in China? And then I've got another follow-up to that too.

**Answer – Warren Kneeshaw:** Well, I guess, I'd agree with your characterization of agencies that have been looking us for a while. We don't know what the catalyst was if there was a catalyst, an external catalyst or whether it was just agencies' interest in taking another look.

On the FTC side, as we indicated in our K, the focus is on licensing and FRAND. We can all guess did they decide they want to look at it because others are looking at it. I emphasize all the time, this is a preliminary investigation. The FTC decides it wants to inquire about something and issues a request for information. That doesn't mean they've decided anything. It simply means they want to look at the information and then proceed to determine whether there is anything they want to pursue. But it's an investigation, and as always, we're cooperating and will provide whatever information they ask for, and we will try to be as interactive with them as we possibly can be.

On the EU side, its focus is on chip sales and chip pricing. I've said in the past and it's been my experience in the past, not just at Qualcomm but other places I've worked, when you're successful, there is a lot of scrutiny and sometimes it comes from competitors -- who instigated by competitors who obviously don't like the fact that you're so successful and sometimes it comes from an agency's inquisitiveness as to whether there is anything beyond your skill, foresight and industry that got you to the place you are. And I'm very confident that we'll be able to demonstrate that it's through the great work that you see all the time here and from the 30,000 other employees that -- people will see that where we are is because it's where we deserve to be because of the hard work and dedication and innovative spirit that we have in Qualcomm.

**Question – Rod Hall:** And could you guys just comment following up on that on the political climate in China? That clearly is the

# PX 62

## (Filed Under Seal)

# PX 63

TAIPEI 台北時報 TIMES

# Qualcomm defends licensing fees

By Lisa Wang / Staff reporter, in San Diego, California
Fri, Jun 24, 2016 - Page 13

Qualcomm Inc yesterday said it has been licensing its patents almost at the same rates since the licensing program started three decades ago to help introduce innovative technologies, defending its role in recent competition probes around the globe.

Qualcomm, which supplies chips to Apple Inc's iPhone series and handsets from Taiwan's HTC Corp (宏達電) and Asustek Computer Inc (華碩), made the comments as it faces a slew of probes launched by global competition watchdogs over concerns that the US company's licensing practices might hamper market competition.

Qualcomm settled one case with the Chinese government about 18 months ago by slashing licensing fees by 35 percent for Chinese firms and other companies that sell goods containing Qualcomm's chips. Qualcomm also agreed to pay a fine of US$975 million imposed by Chinese authorities.

Even so, Qualcomm is "not a monopoly," Qualcomm chief legal officer Donald Rosenberg told a small group of reporters from Taiwan at the company's headquarters in San Diego, California, on Wednesday. "Our general royalty rates have not changed from when we started to now. We haven't raised them, even though we added to that portfolio of patents by thousands of thousands."

"When we charge our license, it will be fair, reasonable and non-discriminate. We have done that for 30 years," Rosenberg said.

The royalty terms that Qualcomm mostly uses today are based on the company's negotiation outcome dating back to 1992 with then-industry giants Motorola and AT&T, said Fabian Gonell, a senior vice president of Qualcomm's counsel division.

Since then, Qualcomm has been charging 5 percent of the selling price of a complete device, or mobile phone, Gonell said.

Taiwan's Fair Trade commission in December last year opened an investigation into Qualcomm's patent licensing practices as the regulator was concerned about whether Qualcomm "hampers market competition by abusing its dominance," commission spokesman Chiu Yung-ho (邱永和) said by telephone yesterday.

Chiu said the commission has requested Qualcomm to submit related information for clarification, adding that the probe is large in scale and will take time to collect sufficient information to make a ruling.



PX63
Page 3358

EXHIBIT 775
Deponent Rosenberg
Date 10/12/22 Rptr. [illegible]
WWW.DEPOBOOKPRODUCTS.COM

“We believe that our licensing practices are fair and they are good not just for Qualcomm, but for the entire industry,” Gonell said.

“In Taiwan, we don’t know what the key issues are, or what the fair commission is interested in... We are still in the early stage,” Gonell said.

However, Gonell rejected reports that South Korean and Taiwanese authorities have requested Qualcomm to change its royalty model basing on chip prices, rather than the price of a complete device.

**Published on Taipei Times :**
http://www.taipeitimes.com/News/biz/archives/2016/06/24/2003649305
Copyright 1999-2017 The Taipei Times. All rights reserved.

# PX 64

---

In the United States District Court

Southern District of California

In Re Qualcomm Incorporated Securities Litigation

Case No.: 3:17-cv-00121-JAH-WVG

---

AUDIO START DATE: 02/18/14

AUDIO START TIME: Unknown

CUSTODIAN: Unknown

NAME OF FILE: PowerTalk - The Current State and Future of Mobile with Qualcomms Bill Davidson.mp3

EVENT: PowerTalk interview

INTERVIEWER: Chris Versace

INTERVIEWEE: Bill Davidson

EXHIBIT
576
9/29/22

things that we simply cannot do without, and that I think is a long-term opportunity for Qualcomm.

BILL DAVIDSON: No question. Back to your original comment, most of what we've talked about here today isn't just about providing silicon. It's understanding how people are going to use the device, the sort of capabilities they want in it, and really trying to be that solutions company that's thinking these things through with great partners, both in our traditional ecosystem and we've made so many new partnerships over the years in the healthcare industry and through the utility companies and smart grid and the auto manufacturers. So I can't think of a place that would be more fun to work right now than Qualcomm.

CHRIS VERSACE: Well, let me ask you a typical equity analyst question, Bill. A lot of opportunity ahead, but is there any one or two things out there that kind of make you guys go, "Hmm, we've got to watch out for this or that"?

BILL DAVIDSON: Sure. I think any business that isn't doing that risks being marginalized.

So, on the just straight-out competitor front from a silicon standpoint, I think we have always the appropriate level of paranoia, of being concerned about our competition and not worried but always keeping an eye on things and trying to stay as many steps ahead as we can.

And, you know, the great thing is the chip has become more complex. We have all those individual roadmaps within one chipset now to move and move really quickly, so I think it makes it even harder to catch us to the extent we execute well.

But, Chris, I would say the other is that you look at different areas around the world. It's a great thing, the inventor's capability to patent their inventions. We want to make sure that those rights don't in any way get compromised anywhere in the world. Inventors take a lot of risk and, as I mentioned in the beginning of the call, we as a company took a tremendous amount of risk and the only way we've been able to protect that is by patenting our inventions. And we created this unique business model of not holding our patents to ourselves to advantage our own products, but creating a

product of them and broadly licensing them on a pro-active basis. And if at any point somewhere in the world some government body or quasi-government body takes away the ability of a patent-holder to be rewarded for the incredible risk they take, that's concerning. And so we watch that very closely.

And we tell the story that when the sewing machine was invented there was something like 150 patent lawsuits over that. And to me, it just shows that it's actually the sign of a very vibrant and good opportunity and the system has worked really, really well, in particular the US system. It's hailed around the world.

CHRIS VERSACE: Well, Bill, before we get out of here, we've talked about a lot and I really appreciate you kind of indulging me with that. But is there anything that we have to talk about quickly, whether it's about Qualcomm or the mobile industry, before we get out of here?

BILL DAVIDSON: You know, Chris, it was a really comprehensive discussion. I guess maybe the only other thing would be that I always think of Qualcomm as being unique in so many

# PX 65

## (Filed Under Seal)

# PX 66

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-K

(Mark One)

þ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended September 29, 2013**

**OR**

o **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from __________ to __________ .**

**Commission file number 0-19528**

# QUALCOMM Incorporated

**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware**<br>**(State or other jurisdiction of incorporation or organization)** | **95-3685934**<br>**(I.R.S. Employer Identification No.)** |
| **5775 Morehouse Drive**<br>**San Diego, California**<br>**(Address of principal executive offices)** | **92121-1714**<br>**(Zip Code)** |

**Registrant's telephone number, including area code: (858) 587-1121**

**Securities registered pursuant to section 12(b) of the Act:**

| **Title of Each Class** | **Name of Each Exchange on Which Registered** |
|---|---|
| Common stock, $0.0001 par value | NASDAQ Stock Market LLC |

**Securities registered pursuant to Section 12(g) of the Act:**

None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

YES þ NO o

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. YES o NO þ

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. YES þ NO o

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). YES þ NO o

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. o

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | | |
|---|---|---|---|---|
| Large Accelerated Filer | þ | | Accelerated Filer | o |
| Non-Accelerated Filer | o | (Do not check if a smaller reporting company) | Smaller Reporting Company | o |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). YES o NO þ

The aggregate market value of the voting and non-voting common equity held by non-affiliates of the registrant at March 31, 2013 was $113,760,527,188, based upon the closing price as reported on the NASDAQ Global Select Market.

The number of shares outstanding of the registrant's common stock was 1,689,435,673 at November 4, 2013.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's Definitive Proxy Statement to be filed with the Commission pursuant to Regulation 14A in connection with the registrant's 2014 Annual Meeting of Stockholders, to be filed subsequent to the date hereof, are incorporated by reference into Part III of this Report.

**PX66**

**Page 3370**

communications technologies. GSM has been utilized extensively in Europe, much of Asia, other than Japan and South Korea, and certain other countries. To date, GSM has been more widely adopted than CDMA; however, CDMA technologies have been adopted for all 3G wireless systems. In addition, most GSM operators deployed GPRS, a packet data technology, as a 2G bridge technology, and a number of GSM operators deployed EDGE. However, the majority of GSM operators have already augmented their networks with 3G WCDMA and HSPA. According to the Global mobile Suppliers Association (GSA), as of October 2013, more than 220 wireless operators have commercially deployed and other wireless operators have started testing LTE, a multi-carrier transmission technique based on OFDMA technology. According to GSA, more than 420 wireless operators have committed to deploy LTE networks. We have invested in both the acquisition and the development of OFDMA technology and intellectual property. We expect that upon the initial deployment of OFDMA-based networks, the products implementing such technologies generally will be multimode and will also implement CDMA-based technologies. The licenses granted under our existing CDMA license agreements generally cover multimode CDMA/OFDMA (3G/4G) devices, and our licensees are obligated to pay royalties under their CDMA license agreements for such devices. Further, over 90 companies (including LG, Nokia, Samsung and ZTE) have royalty-bearing licenses under our patent portfolio for use in single-mode OFDMA products (which do not implement any CDMA-based standards).

Since our founding in 1985, we have focused heavily on technology development and innovation. These efforts have resulted in a leading intellectual property portfolio related to, among other things, wireless technology. We have an extensive portfolio of United States and foreign patents, and we continue to pursue patent applications around the world. Our patents have broad coverage in many countries, including Brazil, China, India, Japan, South Korea, Taiwan and countries in Europe and elsewhere. A substantial portion of our patents and patent applications relate to digital wireless communications technologies, including patents that are essential or may be important to the commercial implementation of CDMA2000, WCDMA (UMTS), TD-SCDMA, TD-CDMA and OFDMA products. Because all commercially deployed forms of CDMA and their derivatives require the use of our patents, our patent portfolio is the most widely and extensively licensed portfolio in the industry with over 250 licensees. Over the years, a number of companies have challenged our patent position, but at this time, companies in the mobile communications industry generally recognize that any company seeking to develop, manufacture and/or sell subscriber units or infrastructure equipment that use CDMA and/or OFDMA technologies will require a license or other rights to use our patents.

As part of our strategy to generate licensing revenues that continue to support our research and development investments and support worldwide adoption of our CDMA, OFDMA and other technologies, we provide rights to design, manufacture and sell products utilizing certain portions of our intellectual property to other companies.

We have licensed or otherwise provided rights to use our patented technologies to interested companies on terms that are fair, reasonable and non-discriminatory. Unlike some other companies in our industry that hold back certain key technologies, we offer interested companies essentially our entire patent portfolio for use in cellular subscriber devices and cell site infrastructure equipment. Our strategy to make our patented technologies broadly available has been a catalyst for industry growth, helping to enable a wide range of companies offering a broad array of wireless products and features while increasing the capabilities of and/or driving down average and low-end selling prices for 3G handsets and other wireless devices. By licensing or otherwise providing rights to use our patented technologies to a wide range of equipment manufacturers, encouraging innovative applications, supporting equipment manufacturers with integrated chipset and software products, and focusing on improving the efficiency of the airlink for wireless operators, we have helped 3G CDMA evolve, grow and reduce device pricing all at a faster pace than the 2G technologies that preceded it (e.g., GSM).

Standards bodies have been informed that we hold patents that might be essential for all 3G standards that are based on CDMA. We have committed to such standards bodies that we will offer to license our essential patents for these CDMA standards on a fair, reasonable and non-discriminatory basis. We have also informed standards bodies that we hold patents that might be essential for certain standards that are based on OFDMA technology (e.g., 802.16e, 802.16m and LTE (including FDD and TDD versions)) and have committed to offer to license our essential patents for these OFDMA standards on a fair, reasonable and non-discriminatory basis.

Our license agreements generally provide us rights to use certain of our licensees' technology and intellectual property to manufacture and sell certain components (e.g., Application-Specific Integrated Circuits) and related software, subscriber units and/or infrastructure equipment. In most cases, our use of our licensees' technology and intellectual property does not require us to pay royalties based on the sale of our products. However, under some of the licenses, if we incorporate certain of our licensees' licensed technology or intellectual property into certain of our products, we are obligated to pay royalties on the sale of such products.

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

November 6, 2013

QUALCOMM Incorporated

By /s/ Paul E. Jacobs

Paul E. Jacobs,

Chief Executive Officer and Chairman



**PX66**

**Page 3372**

amendment is necessary to comply with any applicable law or government regulation, or is contemplated by Section [illegible] hereof. No amendment or addition to this Agreement shall be effective unless in writing or in such electronic form as may be designated by the Company.

**20. GOVERNING PLAN DOCUMENT.** Your Deferred Stock Unit Award is subject to this Agreement, the Grant Notice and all the provisions of the Plan, the provisions of which are hereby made a part of this Agreement, and is further subject to all interpretations, amendments, rules and regulations which may from time to time be promulgated and adopted pursuant to the Plan. In the event of any conflict between the provisions of this Agreement, the Grant Notice and those of the Plan, the provisions of the Plan shall control.

**21. SEVERABILITY**. If any provision of this Agreement is held to be unenforceable for any reason, it shall be adjusted rather than voided, if possible, in order to achieve the intent of the parties to the extent possible. In any event, all other provisions of this Agreement shall be deemed valid and enforceable to the full extent possible.

**22. DESCRIPTION OF ELECTRONIC DELIVERY.** The Plan documents, which may include but do not necessarily include: the Plan, the Grant Notice, this Agreement, and any reports of the Company provided generally to the Company's shareholders, may be delivered to you electronically. In addition, if permitted by the Company, you may deliver electronically the Grant Notice to the Company or to such third party involved in administering the Plan as the Company may designate from time to time. Such means of electronic delivery may include but do not necessarily include the delivery of a link to a Company intranet or the internet site of a third party involved in administering the Plan, the delivery of the document via electronic mail ("e-mail") or such other means of electronic delivery specified by the Company.

---

## EXHIBIT 21

## SUBSIDIARIES OF REGISTRANT

QUALCOMM Atheros, Inc. (QCA), a Delaware Corporation, is a wholly-owned subsidiary of the Company. QCA and its subsidiaries, Atheros Communications KK, incorporated in Japan; Atheros International LLC, incorporated in Delaware and QUALCOMM Atheros Canada Corporation, incorporated in Canada, do business under their own names. The Company consolidates QCA in its financial statements.

QUALCOMM Global Trading Pte. Ltd. (QGT), a Singapore corporation, is a wholly-owned subsidiary of the Company. QGT and its subsidiaries, Atheros Communications India Private Limited, incorporated in India, Atheros India, LLC, incorporated in Delaware; DesignArt Networks Ltd, incorporated in Israel; Global Wireless Application Services Private Limited, incorporated in India; Opulan Technologies Corp., incorporated in the Cayman Islands; Opulan Technologies Corp. HK Limited, incorporated in Hong Kong; QT Technologies Ireland Limited, incorporated in Ireland; QUALCOMM Asia Pacific Pte. Ltd., incorporated in Singapore; QUALCOMM Atheros Finland Oy, incorporated in Finland; QUALCOMM Atheros Hong Kong Limited, incorporated in Hong Kong; QUALCOMM Atheros International Ltd., incorporated in Bermuda; QUALCOMM Atheros International (Shanghai) Co., Ltd., incorporated in China; QUALCOMM Atheros (Macao Commercial Offshore) Limited, incorporated in Macao; QUALCOMM Atheros Networks Ltd., incorporated in Bermuda; QUALCOMM Atheros Taiwan Corporation, incorporated in Taiwan; QUALCOMM Atheros Technology Ltd., incorporated in Bermuda; QUALCOMM Canada Inc., incorporated in Canada; QUALCOMM CDMA Technologies Asia-Pacific Pte. Ltd., incorporated in Singapore; QUALCOMM CDMA Technologies GmbH, incorporated in Germany; QUALCOMM CDMA Technologies (Korea) Y.H., incorporated in South Korea; QUALCOMM CDMA Technologies, Y.K., incorporated in Japan; QUALCOMM Communication Technologies Ltd., incorporated in Taiwan; QUALCOMM Communications Gmbh, incorporated in Germany; QUALCOMM Communications UK Limited, incorporated in the United Kingdom; QUALCOMM Finland Oy, incorporated in Finland; QUALCOMM France SARL, incorporated in France; QUALCOMM Global Trading, Inc., incorporated in the British Virgin Islands; QUALCOMM GT Holdings, Inc., incorporated in the British Virgin Islands; QUALCOMM India Private Limited, incorporated in India; QUALCOMM Israel Ltd, incorporated in Israel; QUALCOMM Mauritius Holdings Limited, incorporated in Mauritius; QUALCOMM New Zealand Limited, incorporated in New Zealand; QUALCOMM Panel Manufacturing Ltd., incorporated in Taiwan; QUALCOMM Saudi Arabia LLC, incorporated in Saudi Arabia; QUALCOMM (Shanghai) Co., Ltd., incorporated in China; QUALCOMM Technologies Netherlands B.V., incorporated in the Netherlands; QUALCOMM (UK) Limited, incorporated in the United Kingdom; QUALCOMM Wireless Semi Conductor Technologies Limited, incorporated in China; Spike Technologies LLC, registered under the laws of the State of California and Wireless Business Services Private Limited, incorporated in India, do business under their own names. The Company consolidates QGT in its financial statements.

Qualcomm Technologies, Inc. (QTI), a Delaware Corporation, is a wholly-owned subsidiary of the Company.

The names of other subsidiaries are omitted. Such subsidiaries would not, if considered in the aggregate as a single subsidiary, constitute a significant subsidiary within the meaning of Item 601(b)(21)(ii) of Regulation S-K.

---

## EXHIBIT 23.1

## CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

We hereby consent to the incorporation by reference in the Registration Statements on Form S-8 (No. 333-119904, No. 333-120948, No. 333-131448, No. 333-131157, No. 333-137692, No. 333-137693, No. 333-150423, No. 333-148177, No. 333-148841, No. 333-148556, No. 333-166246, No. 333-173184, No. 333-174649 and No. 333-188104) of QUALCOMM Incorporated of our report dated November 6, 2013 relating to the consolidated financial statements, the financial statement schedule and the effectiveness of internal control over financial reporting, which appears in this Form 10-K.

/s/ PricewaterhouseCoopers LLP

San Diego, California
November 6, 2013

---

## EXHIBIT 31.1

## CERTIFICATION PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002

I, Paul E. Jacobs, certify that:

1. I have reviewed this Annual Report on Form 10-K of QUALCOMM Incorporated;

**PX66**

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;
b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;
c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and
d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of registrant's Board of Directors (or persons performing the equivalent functions):

a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and
b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Dated: November 6, 2013

/s/ Paul E. Jacobs
Paul E. Jacobs,
Chief Executive Officer and Chairman

---

**EXHIBIT 31.2**

**CERTIFICATION PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, George S. Davis, certify that:

1. I have reviewed this Annual Report on Form 10-K of QUALCOMM Incorporated;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;
b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;
c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and
d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of registrant's Board of Directors (or persons performing the equivalent functions):

a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and
b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Dated: November 6, 2013

/s/ George S. Davis
George S. Davis,
Executive Vice President and Chief Financial Officer

---

**EXHIBIT 32.1**

**CERTIFICATION PURSUANT TO SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**
**(18 U.S.C. SECTION 1350)**

In connection with the accompanying Annual Report of QUALCOMM Incorporated (the "Company") on Form 10-K for the fiscal year ended September 29, 2013 (the "Report"), I, Paul E. Jacobs, Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that:

(1) The Report fully complies with the requirements of Section 13(a) of the Securities Exchange Act of 1934; and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Dated: November 6, 2013

/s/ Paul E. Jacobs
Paul E. Jacobs,
Chief Executive Officer and Chairman

---

**EXHIBIT 32.2**

**CERTIFICATION PURSUANT TO SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**
**(18 U.S.C. SECTION 1350)**

In connection with the accompanying Annual Report of QUALCOMM Incorporated (the “Company”) on Form 10-K for the fiscal year ended September 29, 2013 (the “Report”), I, George S. Davis, Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that:

(1) The Report fully complies with the requirements of Section 13(a) of the Securities Exchange Act of 1934; and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Dated: November 6, 2013

/s/ George S. Davis
George S. Davis,
Executive Vice President and Chief Financial Officer

---

# PX 67

## (Filed Under Seal)

# PX 68

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-K

(Mark One)

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended September 27, 2015**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from__________ to __________ .**

**Commission file number 0-19528**

# QUALCOMM Incorporated

**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware**<br>**(State or other jurisdiction of incorporation or organization)** | **95-3685934**<br>**(I.R.S. Employer Identification No.)** |
| **5775 Morehouse Drive**<br>**San Diego, California**<br>**(Address of principal executive offices)** | **92121-1714**<br>**(Zip Code)** |

**Registrant's telephone number, including area code: (858) 587-1121**

**Securities registered pursuant to section 12(b) of the Act:**

| **Title of Each Class** | **Name of Each Exchange on Which Registered** |
|---|---|
| Common stock, $0.0001 par value | NASDAQ Stock Market LLC |

**Securities registered pursuant to Section 12(g) of the Act:**

None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

YES ☑ NO ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. YES☐ NO ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. YES ☑ NO ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). YES ☑ NO ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | | |
|---|---|---|---|---|
| Large Accelerated Filer | ☑ | | Accelerated Filer | ☐ |
| Non-Accelerated Filer | ☐ | (Do not check if a smaller reporting company) | Smaller Reporting Company | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). YES ☐ NO ☑

The aggregate market value of the voting and non-voting common equity held by non-affiliates of the registrant atMarch 29, 2015 (the last business day of the registrant's most recently completed second fiscal quarter) was $109,303,248,283, based upon the closing price of the registrant's common stock on that date as reported on the NASDAQ Global Select Market.

PX68

The number of shares outstanding of the registrant's common stock was1,503,094,004 at November 2, 2015.

Standards bodies have been informed that we hold patents that might be essential for all 3G standards that are based on CDMA. We have committed to such standards bodies that we will offer to license our essential patents for these CDMA standards on a fair, reasonable and non-discriminatory basis. We have also informed standards bodies that we hold patents that might be essential for certain standards that are based on OFDM/OFDMA technology (e.g., 802.16e, 802.16m and LTE, including FDD and TDD versions) and have committed to offer to license our essential patents for these OFDMA standards on a fair, reasonable and non-discriminatory basis. We have made similar commitments with respect to certain other technologies implemented in industry standards.

Our license agreements generally provide us rights to use certain of our licensees' technology and intellectual property to manufacture and sell certain components (e.g., Application-Specific Integrated Circuits) and related software, subscriber units and/or infrastructure equipment. In most cases, our use of our licensees' technology and intellectual property does not require us to pay royalties based on the sale of our products.

***QSI Segment.*** QSI makes strategic investments that are focused on opening new or expanding opportunities for our technologies and supporting the design and introduction of new products and services (or enhancing existing products or services) for voice and data communications. Many of these strategic investments are in early-stage companies in a variety of industries, including, but not limited to, digital media, e-commerce, healthcare and wearable devices. Investments primarily include non-marketable equity instruments, which generally are recorded using the cost method or the equity method, and convertible debt instruments, which are recorded at fair value. QSI also holds wireless spectrum, which at September 27, 2015 consisted of L-Band spectrum in the United Kingdom that was subsequently sold in October 2015. In addition, QSI segment results include revenues and related costs associated with development contracts with one of our equity method investees. As part of our strategic investment activities, we intend to pursue various exit strategies for each of our QSI investments in the foreseeable future.

***Other Businesses.*** Nonreportable segments include our small cell, data center and other wireless technology and service initiatives. Our nonreportable segments develop and offer products and services that include, but are not limited to: products designed for implementation of small cells to address the challenge of meeting the increased demand for data; products for data centers; products and services for mobile health; software products and content and push-to-talk enablement services to wireless operators; development, other services and related products to U.S. government agencies and their contractors; and software products that enable wireless learning for educators and students.

Additional information regarding our operating segments is provided in this Annual Report in "Notes to Consolidated Financial Statements, Note 8. Segment Information." Information regarding seasonality is provided in this Annual Report in "Part II, Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations, Our Business and Operating Segments" under the heading "Seasonality."

**Strategic Realignment Plan**

In the fourth quarter of fiscal 2015, we announced a Strategic Realignment Plan designed to improve execution, enhance financial performance and drive profitable growth as we work to create sustainable long-term value for stockholders. The core elements of this plan include (a) right-sizing our cost structure; (b) reviewing alternatives to our corporate and financial structure; (c) reaffirming our plan to return significant capital to stockholders; (d) adding new Directors with complementary skills while reducing the average tenure of our Board of Directors; (e) further aligning executive compensation with performance and stockholder return objectives; and (f) making disciplined investments in areas that build upon our core technologies and capabilities and offer attractive growth opportunities and returns. As part of this, among other actions, we are implementing a cost reduction plan to reduce annual costs from fiscal 2015 levels (adjusted for variable compensation) of $7.3 billion (as announced on July 22, 2015) by approximately $1.1 billion through a series of targeted reductions across our businesses, particularly in QCT. We also plan to reduce annual share-based compensation grants by approximately $300 million. We expect these cost reduction initiatives to be fully implemented by the end of fiscal 2016. Additional information regarding our Strategic Realignment Plan is provided in this Annual Report in "Notes to Consolidated Financial Statements, Note 10. Strategic Realignment Plan."

**Corporate Structure**

We operate our businesses through our parent company, QUALCOMM Incorporated, and multiple direct and indirect subsidiaries. We have developed our corporate structure in order to address various legal, regulatory, tax, contractual compliance, operations and other matters. Substantially all of our products and services businesses, including QCT, and substantially all of our engineering, research and development functions, are operated by QUALCOMM Technologies, Inc. (QTI), a wholly-owned subsidiary of QUALCOMM Incorporated, and QTI's subsidiaries. QTL is operated by QUALCOMM

and make them available to licensees to help grow the communications industry and generate new or expanded licensing opportunities.

We make investments across a broad spectrum of opportunities that leverage our existing technical and business expertise to deploy new business models and enter into new industry segments, such as technologies to address: the connected home and the Internet of Things; automotive; networking; mobile computing; small cells, which can be used by carriers to extend the capacity of licensed and unlicensed wireless spectrum, and the challenge of meeting the increased demand for data; very high speed connectivity; data centers; mobile health; wireless charging; and machine learning, including robotics.

**Sales and Marketing**

Sales and marketing activities of our operating segments are discussed under Operating Segments. Other marketing activities include public relations, advertising, digital marketing and social media, participation in technical conferences and trade shows, development of business cases and white papers, competitive analyses, industry intelligence and other marketing programs, such as marketing development funds with our customers. Our Corporate Marketing department provides company information on our Internet site and through other channels regarding our products, strategies and technology to industry analysts and media.

**Competition**

Competition faced by our operating segments is discussed under Operating Segments. Competition in the communications industry throughout the world continues to increase at a rapid pace as consumers, businesses and governments realize the potential of wireless communications products and services. We have facilitated competition in the wireless communications industry by licensing our technologies to, and therefore enabling, a large number of manufacturers. Although we have attained a significant position in the industry, many of our current and potential competitors may have advantages over us that include, among others: lower cost structures; motivation by our customers in certain circumstances to utilize their own internally-developed integrated circuit products or to find alternate suppliers or choose alternate technologies; foreign government support of other technologies or our competitors; better known brand names; ownership and control of manufacturing facilities and greater expertise in manufacturing processes; more extensive relationships with local distribution companies and original equipment manufacturers in emerging geographic regions (such as China); and/or a more established presence in certain regions. These relationships may affect customers' decisions to purchase products or license technology from us. Accordingly, new competitors or alliances among competitors could emerge and rapidly acquire significant market positions to our detriment.

We expect competition to increase as our current competitors expand their product offerings and introduce new technologies and services in the future and as additional companies compete with our products or services based on 3G, 4G or other technologies. Although we intend to continue to make substantial investments in developing new products and technologies and improving existing products and technologies, our competitors may introduce alternative products, services or technologies that threaten our business. It is also possible that the prices we charge for our products and services may continue to decline as competition continues to intensify.

**Corporate Responsibility and Sustainability**

We strive to better our local and global communities through ethical business practices, socially empowering technology applications, educational and environmental programs and employee diversity and volunteerism.

- *Our Governance.* We aim to demonstrate accountability, transparency, integrity and ethical business practices throughout our operations and interactions with our stakeholders.
- *Our Products.* We strive to meet or exceed industry standards for product responsibility and supplier management.
- *Our Workplace.* We endeavor to provide a safe and healthy work environment where diversity is embraced and various opportunities for training, growth and advancement are encouraged for all employees.
- *Our Community.* We have strategic relationships with a wide range of local organizations and programs that develop and strengthen communities worldwide.
- *Our Environment.* We aim to expand our operations while minimizing our carbon footprint, conserving water and reducing waste.

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

November 4, 2015

QUALCOMM Incorporated

By /s/ Steve Mollenkopf

Steve Mollenkopf
Chief Executive Officer

**EXHIBIT 32.1**

**CERTIFICATION PURSUANT TO SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

**(18 U.S.C. SECTION 1350)**

In connection with the accompanying Annual Report of QUALCOMM Incorporated (the "Company") on Form 10-K for the fiscal year ended September 27, 2015 (the "Report"), I, Steve Mollenkopf, Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that:

1. The Report fully complies with the requirements of Section 13(a) of the Securities Exchange Act of 1934; and

2. The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Dated: November 4, 2015

/s/ Steve Mollenkopf

Steve Mollenkopf
Chief Executive Officer

# PX 69

10-K 1 qcom10-k2016.htm 10-K

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

# FORM 10-K

(Mark one)

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended September 25, 2016**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from __________ to __________ .**

**Commission File Number 0-19528**

# QUALCOMM Incorporated

**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware**<br>**(State or Other Jurisdiction of Incorporation or Organization)** | **95-3685934**<br>**(I.R.S. Employer Identification No.)** |
| **5775 Morehouse Dr.**<br>**San Diego, California**<br>**(Address of Principal Executive Offices)** | **92121-1714**<br>**(Zip Code)** |

**(858) 587-1121**
**(Registrant's telephone number, including area code)**

**Securities registered pursuant to section 12(b) of the Act:**

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common stock, $0.0001 par value | NASDAQ Stock Market LLC |

**Securities registered pursuant to Section 12(g) of the Act:**

None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes ☒ No ☐

### Competition

Competition faced by our operating segments is discussed under Operating Segments. Competition in the communications industry throughout the world continues to increase at a rapid pace as consumers, businesses and governments realize the potential of wireless communications products and services. We have facilitated competition in the wireless communications industry by licensing our technologies to, and therefore enabling, a large number of manufacturers. Although we have attained a significant position in the industry, many of our current and potential competitors may have advantages over us that include, among others: motivation by our customers in certain circumstances to utilize their own internally-developed integrated circuit products, to use our competitors' integrated circuit products, or to choose alternative technologies; lower cost structures and/or a willingness and ability to accept lower prices and lower or negative margins for their products, particularly in China; foreign government support of other technologies or competitors; better known brand names; ownership and control of manufacturing facilities and greater expertise in manufacturing processes; more extensive relationships with local distribution companies and original equipment manufacturers in emerging geographic regions (such as China); and/or a more established presence in certain regions. These relationships may affect customers' decisions to purchase products or license technology from us. Accordingly, new competitors or alliances among competitors could emerge and rapidly acquire significant market positions to our detriment.

We expect competition to increase as our current competitors expand their product offerings and introduce new technologies and services in the future and as additional companies compete with our products or services based on 3G, 4G or other technologies. Although we intend to continue to make substantial investments in developing new products and technologies and improving existing products and technologies, our competitors may introduce alternative products, services or technologies that threaten our business. It is also possible that the prices we charge for our products and services may continue to decline as competition continues to intensify.

### Corporate Responsibility and Sustainability

We strive to better our local and global communities through ethical business practices, socially empowering technology applications, educational and environmental programs and employee diversity and volunteerism.

- *Our Governance.* We aim to demonstrate accountability, transparency, integrity and ethical business practices throughout our operations and interactions with our stakeholders.
- *Our Products.* We strive to meet or exceed industry standards for product responsibility and supplier management.
- *Our Workplace.* We endeavor to provide a safe and healthy work environment where diversity is embraced and various opportunities for training, growth and advancement are encouraged for all employees.
- *Our Community.* We have strategic relationships with a wide range of local organizations and programs that develop and strengthen communities worldwide.
- *Our Environment.* We aim to expand our operations while minimizing our carbon footprint, conserving water and reducing waste.
- *Qualcomm Wireless Reach.* We invest in strategic programs that foster entrepreneurship, aid in public safety, enhance delivery of health care, enrich teaching and learning and improve environmental sustainability through the use of advanced wireless technologies.

### Employees

At September 25, 2016, we employed approximately 30,500 full-time, part-time and temporary employees. During fiscal 2016, the number of employees decreased by approximately 2,500 primarily due to actions initiated under the Strategic Realignment Plan.

### Available Information

Our Internet address is www.qualcomm.com. There we make available, free of charge, our annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K and any amendments to those reports, as soon as reasonably practicable after we electronically file such material with, or furnish it to, the Securities and Exchange Commission (SEC). We also make available on our Internet site public financial information for which a report is not required to be filed with or furnished to the SEC. Our SEC reports and other financial information can be accessed through the investor relations section of our Internet site. The information found on our Internet site is not part of this or any other report we file with or furnish to the SEC.

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

November 2, 2016

QUALCOMM Incorporated

By /s/ Steve Mollenkopf

Steve Mollenkopf
Chief Executive Officer

# PX 70

## (Filed Under Seal)

# PX 71

## (Filed Under Seal)

# PX 72

EDGAR® Online

EXHIBIT
PENGAD 800-631-6989
809
10/14/22

# QUALCOMM INC/DE

## FORM 10-Q
(Quarterly Report)

Filed 07/23/14 for the Period Ending 06/29/14

| | |
|---|---|
| Address | 5775 MOREHOUSE DR |
| | SAN DIEGO, CA 92121 |
| Telephone | 8585871121 |
| CIK | 0000804328 |
| Symbol | QCOM |
| SIC Code | 3663 - Radio and Television Broadcasting and Communications Equipment |
| Industry | Semiconductors |
| Sector | Technology |
| Fiscal Year | 09/25 |

Powered By EDGAR® Online
http://www.edgar-online.com
© Copyright 2014, EDGAR Online, Inc. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, Inc. Terms of Use.

- China continues to present significant opportunities for us, particularly with the rollout of 4G LTE. We expect the launch of 4G services in China will encourage competition and growth, bring the benefits of 4G LTE to consumers, encourage consumers to replace 2G (GSM) devices and enable new opportunities (e.g., machine-to-machine) for the industry.
- China also presents significant challenges, as our business practices continue to be the subject of an investigation by the China National Development and Reform Commission (NDRC). We also believe that certain licensees in China currently are not fully complying with their contractual obligations to report their sales of licensed products to us (which includes certain licensees underreporting a portion of their 3G/4G device sales and a dispute with a licensee) and that unlicensed companies may seek to delay execution of new licenses while the NDRC investigation is ongoing. Litigation and/or other actions may be necessary to compel these licensees to report such sales and pay the required royalties for such sales and unlicensed companies to execute new licenses. Further, our success in China is in part dependent upon the rate of commercialization of 4G LTE products in China.
- We expect that 3G/4G device prices will continue to vary broadly due to the increased penetration of smartphones combined with active competition throughout the world at all price tiers. Additionally, varying rates of economic growth by region and stronger growth of device shipments in emerging regions, as compared to developed regions, are expected to continue to impact the average and range of selling prices of 3G/4G devices.
- We continue to invest significant resources toward advancements in 3G, 3G/4G and 4G LTE (an OFDMA-based standard) technologies, audio and video codecs, wireless baseband chips, our converged computing/communications (Snapdragon) chips, graphics, connectivity, multimedia products, software and services. We are also investing across a broad spectrum of opportunities that leverage our existing technical and business expertise to deploy new business models and enter into new industry segments, such as new display technologies; products designed for implementation of small cells and the 1000x data challenge; wireless charging; very high speed connectivity; automotive; mobile health; wearable technology; and products for the connected home, the digital 6th sense and the Internet of Everything.

In addition to the foregoing business and market-based matters, we continue to devote resources to working with and educating participants and governments in the wireless value chain as to the benefits of our business model and our extensive technology investments in promoting a highly competitive and innovative wireless industry. However, we expect that certain companies may continue to be dissatisfied with the need to pay reasonable royalties for the use of our technology and not welcome the success of our business model in enabling new, highly cost-effective competitors to their products. We expect that such companies and/or governments or regulators will continue to challenge our business model in various forums throughout the world.

Further discussion of risks related to our business is presented in the Risk Factors included in this Quarterly Report.

**Results of Operations**

***Revenues (in millions)***

| | Three Months Ended | | | Nine Months Ended | | |
|---|---|---|---|---|---|---|
| | **June 29, 2014** | **June 30, 2013** | **Change** | **June 29, 2014** | **June 30, 2013** | **Change** |
| Equipment and services | $ 4,922 | $ 4,286 | $ 636 | $ 13,803 | $ 12,474 | $ 1,329 |
| Licensing | 1,884 | 1,957 | (73) | 5,992 | 5,911 | 81 |
| | $ 6,806 | $ 6,243 | $ 563 | $ 19,795 | $ 18,385 | $ 1,410 |

The increases in equipment and services revenues in the third quarter and the first nine months of fiscal 2014 were primarily due to increases in QCT revenues of $732 million and $1.55 billion, respectively, partially offset by decreases of $89 million and $218 million as a result of the sale of our Omnitracs division during fiscal 2014 . The decrease in licensing revenues in the third quarter of fiscal 2014 was primarily due to a decrease in QTL revenues of $64 million. The increase in licensing revenues in the first nine months of fiscal 2014 was primarily due to an increase in QTL revenues of $94 million.

**EXHIBIT 31.1**

**CERTIFICATION PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Steven M. Mollenkopf, certify that:

1. I have reviewed this Quarterly Report on Form 10-Q of QUALCOMM Incorporated;
2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;
3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;
4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of registrant's board of directors (or persons performing the equivalent functions):

    a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Dated: July 23, 2014

/s/ Steven M. Mollenkopf
Steven M. Mollenkopf
Chief Executive Officer

**EXHIBIT 32.1**

**CERTIFICATION PURSUANT TO SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

**(18 U.S.C. SECTION 1350)**

In connection with the accompanying Quarterly Report of QUALCOMM Incorporated (the "Company") on Form 10-Q for the fiscal quarter ended June 29, 2014 (the "Report"), I, Steven M. Mollenkopf, Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that:

1. The Report fully complies with the requirements of Section 13(a) of the Securities Exchange Act of 1934; and

2. The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Dated: July 23, 2014

/s/ Steven M. Mollenkopf
Steven M. Mollenkopf
Chief Executive Officer

# PX 73

WIPO
WORLD INTELLECTUAL PROPERTY ORGANIZATION

WIPO | MAGAZINE

# The Evolution of Technology Markets: Separating Fact from Fiction

April 2012

**By Intan Hamdan-Livramento**, *Economic Officer, Economics and Statistics Division, WIPO*

The emergence of open, more collaborative models of innovation has attracted a great deal of discussion in recent years. Open innovation – whereby companies rely less on in-house research and development (R&D) and more on external sources – is often held up as a major change in the innovation landscape. But what evidence is there to support this? This second article in the IP Trends series takes a closer look at the data and reflects on the evolution of technology markets and their role in encouraging more collaborative and open innovation practices. The article draws on the findings of the *World Intellectual Property Report: The Changing Face of Innovation* published in November 2011.

## Markets for Technology

Technology markets play a pivotal role in facilitating open innovation. They provide a framework within which firms can license in inventions that complement and enhance their business objectives. They also make it possible for businesses to generate revenue from licensing out those inventions they are not interested in developing or commercializing.

Collaborative innovation fosters a cross-fertilization of ideas and promotes follow-on innovation. In the smartphone industry, companies source technologies from a range of hardware and software manufacturers to produce a wide offering of consumer products. Apple Inc., for example, complements its own know-how by licensing key technologies from the likes of Qualcomm Inc. and Samsung to make their attractive, high-performance devices.

Companies are increasingly licensing their inventions to generate additional revenue. Surveys indicate that one in every five European companies, one in four Japanese companies and one in seven US companies license out their patented technologies. When the number of companies that would like to license out their inventions is factored in, the share increases significantly (see Figure 1).

**Figure 1: The potential to license out patents is far from exhausted**

Δ π EXHIBIT 754
Deponent Rosenberg
Date 10/12/22 Rptr. LE
WWW.DEPOBOOKPRODUCTS.COM




*Share of patents licensed out as a percentage of total patents owned by companies in selected high-income countries, 2003-2005*

Source: Preliminary findings of Paola Giuri and Salvatore Torrisi (2011) on “The Economic Uses of Patents,” Final Conference of the InnoS&T project “Innovative S&T indicators for empirical models and policies: Combining patent data and surveys.” in Munich.

---

In a few cases, licensing is the foundation on which businesses are built. US company, Qualcomm, for example, is in the business of developing groundbreaking technologies that are licensed to external sources. These royalty-bearing licensing agreements generate a sizeable proportion – some 36 percent in 2010 – of the company’s revenue. “The ability to broadly license the technology worldwide to more than 190 suppliers of wireless devices, equipment and related software applications and to earn a reasonable return on investment from licensing the patents is critical to Qualcomm,” notes Donald J. Rosenberg, Qualcomm’s General Counsel.

Specialist firms, that develop their competitive advantage in a specific area and leverage it by licensing out their technologies, form the basis, and encourage the practice, of collaborative innovation. Qualcomm’s Mr. Rosenberg notes, “Qualcomm’s business model – broadly licensing our technology and reinvesting in R&D – is enabling the success of many other companies in the wireless value chain.” He adds “the wide diffusion of Qualcomm’s inventions has generated competition among service providers and device suppliers, enhancing consumer choice and unleashing new economic opportunities for downstream enterprises.”

## Intellectual property: the backbone of technology markets

The emergence of markets for technology has been driven by two key factors: increased use of intellectual property (IP) rights and increasing levels of collaboration across firms.

IP rights set intellectual assets up as tradable commodities. A patent, for example, confers the right to exclude others from making, selling or offering for sale the subject matter defined by the claims in a patent document. Those claims, which define the scope of protection, delineate the boundaries of an intellectual asset, making it possible for the patent holder to prevent others from encroaching on the protected technology. These rights are enforceable and transferable. As such, a patented intellectual asset can be sold to a third party for a specified royalty fee. Such transactions are common in open innovation settings.

The patent system also helps drive the market for technology insofar as the disclosure requirement under patent law (an applicant must describe a claimed invention in sufficient detail for a person skilled in the art to carry it out) makes a rich source of technological information freely and widely available. By monitoring published patent information via online databases, such as WIPO's PATENTSCOPE, a company in the market for a new technology can keep track of key industry developments and identify technologies relevant to its core business. This information can also spark new ideas for innovation, or new applications for existing technologies. Studies reveal that inventors in Japan have been quick to recognize and take advantage of these opportunities. Close monitoring of patent information, also helps safeguard against inadvertently infringing the rights of others.

## Striking the right balance

Economists argue that technology markets underperform where the IP system is weak because companies are reluctant to license out their technologies in the face of high IP theft risk. This causes the pool of technologies available for licensing to shrink and inhibits collaborative and follow-on innovation.

A strong IP regime, however, can inflate the cost of purchasing technologies. In settings in which innovation is cumulative and ownership of essential technologies is spread among many right holders, licensees are vulnerable to "royalty stacking" (whereby the cost of developing new inventions increases because of the sum of royalties incurred from negotiating with each patent holder) and risk "hold-up" of their invention (where a patent holder can refuse to license a key technology, or will only do so for a larger royalty payment). This, too, inhibits follow-on innovation.

While striking the right balance for IP protection can be challenging, there is growing evidence that markets for technology, where they exist, facilitate open innovation.

## Signs of growth

Revenue generated from technology markets is increasing rapidly. For the period 1990 to 2009, royalties and licensing fees derived from the international sale of intellectual assets grew at an average annual rate of 9.9 percent. In comparison, over the same period, the value generated from global imports of merchandise grew on average at a rate of 6.5 percent per year.

A growing number of countries are participating in technology markets. In 1990, just 62 countries licensed in technologies from other countries; but by 2007, 147 countries were doing so. Similarly, in 1990, 43 countries licensed out their technologies whereas, in 2007, the figure had reached 143 countries.

While almost all the technologies licensed out originate in high-income countries, there are slight changes in the geographical makeup of those buying and selling technologies. Over the last decade, the share of receipts from middle-income countries (such as Brazil, China and India) participating in the worldwide sale and purchase of technologies rose from 1 percent in 1999 to 2 percent in 2009.

While technology markets are evolving, growth remains concentrated in a few notable sectors, namely, biotechnology, electronics, semiconductors and information and communication technologies (ICT). Innovation in these sectors tends to be cumulative (with new innovation building on or using existing patented technologies in new ways), making licensing a prerequisite for follow-on innovation. These sectors are naturally more geared up to participate in technology markets.

Despite signs of growth, the market for technology is still in its infancy. Data, where available, reveal that the number of transactions in knowledge markets remains low. Companies surveyed in selected high-income countries over the period 2003 to 2005 stated their willingness to license out their technologies but said they were unable to do so (see Figure 1). In the United States, of the publicly listed firms that disclose details of licensing revenue, only a handful generated revenue from licensing which typically accounted for between 1 and 3 percent of their total income (see Table 1).

**Table 1: Shares and rates of nominal growth for selected companies, 2005 and 2010**

| | | | Royalty revenue, USD millions | | Royalty revenue, share of total revenue | |
|---|---|---|---|---|---|---|
| Company | Country | Sector | 2005 | 2010 | 2005 | 2010 |
| Qualcomm | US | Technology hardware & equipment | 1370 | 4010 | 24.14 % | 36 % |
| Philips | Netherlands | Leisure goods | 665 | 651 | 1.76 % | 1.86 % |
| Ericsson | Sweden | Technology hardware & equipment | NA | 638 | NA | 2.26 % |
| DuPont | US | Chemicals | 877 | 629 | 3.29 % | 1.99 % |
| Astra Zeneca | UK | Pharmaceuticals & biotechnology | 165 | 522 | 0.68 % | 1.61 % |
| Merck | US | Pharmaceuticals & biotechnology | 113 | 347 | 0.51 % | 0.75 % |
| IBM | US | Software & computer services | 367 | 312 | 0.40 % | 0.31 % |
| Dow Chemical | US | Chemicals | 195 | 191 | 0.42 % | 0.35 % |
| Biogen Idec | US | Pharmaceuticals & biotechnology | 93 | 137 | 3.84 % | 2.90 % |

Source: WIPO , based on filings at the U.S. Securities and Exchange Commission (SEC). For a more detailed, but older, analysis
see Feng Gu and Baruch Lev (2004). «The Information Content of Royalty Income», Accounting Horizons, 18 (1), 1-12.

---

## Barriers to growth

Evidence shows positive growth trends for technology markets and broad interest in participating in them. Why then are technology markets not more prominent? The specific characteristics of intellectual assets and the problems associated with their sale and purchase, offer two possible explanations.

Intellectual assets are highly specialized "goods". This makes the process of matching buyers with technology owners difficult. Assessing the "fit" of a given technology to a firm's needs can be challenging. In many cases, the technologies available are not "plug and play" but need to be configured to the specific

needs of the licensee. In addition, the licensor may decide to withhold critical know-how that could be of use to the licensee making it more difficult for the buyer to use the technology at its full potential, for strategic reasons.

Moreover, unlike a stock exchange that facilitates the transaction of stocks and shares, there are traditionally few marketplaces that bring buyers and sellers together. This means there are a handful, if any, benchmarks against which to evaluate the market price of similar assets.

## New intermediaries

In response to these challenges, a range of new intermediaries is emerging to facilitate technology transactions. These include IP clearinghouses, exchanges, auctions and brokerages. Such new commercial entities provide a range of services including IP management support, IP trading platforms, IP portfolio building and licensing and frameworks for patent sharing, sometimes referred to as defensive patent aggregation.

Limited analysis is available on the size and scope of the actual transactions taking place via these intermediaries. There are indications however, that activity linked to patent auctions is beginning, albeit from low initial levels. Again, more analysis is required to determine the extent to which these new collaborative intermediaries are enabling open innovation.

## Watch this space

While transaction levels remain low compared to the trade in goods, technology markets are evolving and showing great potential for growth. If current trends continue, many more firms are likely to enter the technology market - both with a view to acquiring new technologies for further innovation and to generating new streams of revenue by licensing out their own technologies. While it will take some time for technology markets to mature, their ongoing evolution promises to create many new and exciting opportunities for innovation. This, certainly, is a space to watch.

---

< Send a comment on this article
< Back to Contents page

# PX73

# PX 74

## (Filed Under Seal)

# PX 75

## (Filed Under Seal)

# PX 76

## (Filed Under Seal)

# PX 77

# Qualcomm

(QCOM-NASDAQ)

**Stock Rating:** **Outperform**
**Industry Rating:** **Market Perform**

August 14, 2014

**Tim Long** **212-885-4101**
BMO Capital Markets Corp.
tim.long@bmo.com

Alex Spektor / Ari Klein
BMO Capital Markets Corp.
212-885-4189 / 212-885-4103
alex.spektor@bmo.com / ari.klein@bmo.com

## More Detail on China IPR Issues

### Event

Since QCOM reported a few weeks ago, we have been fielding a lot of questions on the Chinese IPR issues for QCOM. There are a lot of moving parts with underpayments, a license dispute, and the investigation by the NDRC. We provide some background on the topic and provide our best guess of potential outcomes. Our FY 2014/2015 EPS estimates of $5.34/$5.55 are unchanged.

### Impact & Analysis

Neutral. Visibility into the legal processes in China is poor. Based on our research and conversations, we believe the NDRC investigation can be completed in the next several months. We believe the most likely outcome is a blanket deal for lower royalty rates for Chinese companies, potentially at half the current rates, with no royalty collected for TD-LTE. We view most of the business practice changes that could be implemented as immaterial. We believe even under this outcome, where EPS would move slightly lower, the resolution would be positive for the shares.

### Valuation & Recommendation

Our unchanged price target of $86 assumes the stock trades to a P/E of 15x our CY2015 estimate. We rate QCOM shares Outperform.

| | | | |
|---|---|---|---|
| **Price (14-Aug)** | $74.50 | **52-Week High** | $81.97 |
| **Target Price** | $86.00 | **52-Week Low** | $65.47 |




| (FY-Sep.) | 2012A | 2013A | 2014E | 2015E |
|---|---|---|---|---|
| **EPS** | $3.72 | $4.60 | $5.34 | $5.55 |
| **P/E** | | | 14.0x | 13.4x |
| **CFPS** | $2.71 | $4.44 | $4.69 | $5.43 |
| **P/CFPS** | | | 15.9x | 13.7x |
| **Rev. ($mm)** | $19,125 | $24,865 | $26,706 | $29,208 |
| **EV ($mm)** | $76,386 | $88,293 | $94,627 | $94,627 |
| **EBITDA ($mm)** | na | na | na | na |
| **EV/EBITDA** | na | na | na | na |

| Quarterly EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| **2012A** | $0.97 | $1.01 | $0.85 | $0.89 |
| **2013A** | $1.26 | $1.17 | $1.03 | $1.15 |
| **2014E** | $1.26a | $1.31a | $1.44a | $1.33 |

| | | | |
|---|---|---|---|
| **Dividend** | $1.54 | **Yield** | 2.1% |
| **Book Value** | $21.42 | **Price/Book** | 3.5x |
| **Shares O/S (mm)** | 1,689.4 | **Mkt. Cap (mm)** | $125,863 |
| **Float O/S (mm)** | 1,668.1 | **Float Cap (mm)** | $124,276 |
| **Wkly Vol (000s)** | 46,673 | **Wkly $ Vol (mm)** | $3,452 |
| **Net Debt ($mm)** | -$32,716 | **Next Rep. Date** | na |

**Notes:** All values in US$
**First Call Mean Estimates:** QUALCOMM INC (US$) 2014E: $5.32; 2015E: $5.56

Exhibit: 864
Witness: LEHN
Date: 2/15/24
CSR#12019: Ashley Soevyn

**Please refer to pages 14 to 17 for Important Disclosures, including the Analyst's Certification.**

Since QCOM reported June quarter results a few weeks ago, all attention has been on China, with some companies underpaying royalties to QCOM, a license dispute, and the ongoing investigation by China's National Development and Reform Commission (NDRC). Visibility into the legal processes in China is very limited. However, below we present some of the factors that we believe will come into play when it comes to a resolution of the China IPR issues. We start with our view of what is the most likely outcome, followed by some background, recent news on the NDRC investigation, and an overview of IDCC happenings in China, and we finish with an updated view of the EPS impact and sensitivities.

## Our Best Guess of Outcome

As we discuss below, there are a lot of moving parts. Based on our research of this topic, this is our most likely view of outcomes for QCOM in China:

- We believe a deal with the NDRC will be reached in the next several months. Based on the timing of the IDCC case, a deal should have been reached by now. But this case is much more complex and involves chips, in addition to royalties.
- QCOM has admitted that a fine could be levied that is 1-10% of revenues. We do not know what revenue stream the fine would be applied to (all China-based revenues, Chinese IPR revenues, etc.). Local press has speculated a fine of about $1.2 billion, and we believe the actual payment will be less than this given political pressures. We would view the fine as immaterial to QCOM's fundamentals given the cash balance of over $32 billion.
- We do believe QCOM will comply with some changes to its business practices in China. See the section below on the NDRC investigation for the seven items at question in the case. Our views on these items include:
  - Three jump out to us as no-brainers – charging for expired patents, bundling nonessential patents with essential patents, and cross-licensing of technology. We believe QCOM's active essential patents are so strong that the company can realize its normal royalty rate without nonessential or old patents. We also believe that QCOM has such a strong stable of cross-licensing deals with global OEMs that not gaining access to the Chinese patents isn't much of a loss.
  - Two of the items don't make sense to us. We do not believe that QCOM bundles chip sales with patent deals. This was a big issue for QCOM years ago in Europe, and the company has since operated its two businesses independently, as we understand it. There is also a statement that QCOM declines to issue licenses to chipset suppliers. We know that QCOM has made deals with Intel, Broadcom, Texas Instruments, Mediatek, and several other semiconductor suppliers. We do not believe QCOM prohibits these deals, but rather would require a level of negotiation to get an agreement signed, similar to what transpired with Mediatek.
  - The biggest issue is likely going to be that of the royalty rate. We believe that on average, Chinese OEMs pay a 4-5% royalty rate, which is above the global rate

of 3.0%. The global rate is lower because most large handset manufacturers have granted QCOM cross-licensing of their patents and, thus, have received a lower ongoing rate.

Contacts in China believe that the royalty rate for Chinese companies could decline from about 5% to 3%. Also, the speculation is that TD-LTE would be royalty free, and FD-LTE would be discounted as well. We believe that something similar to the original deal struck in China 14 years ago could develop. We wouldn't be surprised by very low rates for China-based technologies like TD, lower rates for shipments inside China, and more normal rates for exports, where Chinese companies are more at risk. We are not changing our model at this time, but we believe that the blended rate for Chinese OEMs will be cut in half and three-mode TD-LTE will not pay a royalty.

Under this assumption, our view of the global royalty rate moves from 3.0% to 2.6-2.7%, but the royalty pool increases. If applied to FY2015, this would take only about $0.10-$0.15 out of our currently modeled EPS. We are also assuming that any deal made for Chinese companies would not benefit Foxconn in the same way, as Apple would likely be involved in the negotiations and would not want to expose itself in international markets. It is also unclear how any broad China deal would affect all of the contracts that QCOM has signed with individual companies in the country.

- We do not know who the licensee in dispute is, but believe that Huawei or Lenovo make the most sense. Both have reasonable IPR positions, with Huawei's organic and Lenovo potentially benefitting from the pending Motorola Mobility acquisition. Also, neither has signed a 4G license, which could also be a point of debate. Huawei also achieved a positive result from IDCC, so it may be looking to replicate that successful outcome. Regardless, QCOM has had favorable outcomes in about every one of its patent disputes. This one may be more affected by an overall China deal, however.

## Some History

In 2000, CDMA was introduced to the Chinese market as China Unicom launched the technology in a country that was dominated by GSM. At the time, the Chinese government had designated Unicom to handle the negotiations for the deal. We recall a lot of debate and discussion about the royalty rate, which was in the 4.5-5% range on a global basis.

Our checks at the time indicated a "most favorable nation" clause that was worked into the Chinese licensing deals. Under this deal, the Chinese companies were to pay QCOM a royalty of 2.65% on phones that were sold in China. The payback was that Chinese OEMs needed to pay a 7% royalty on phones that were exported. As a result, the Chinese companies had a favorable rate in their domestic market, but were disadvantaged outside China. We have since learned that this deal lasted only a few years and then reverted to a more standard licensing deal.

## NDRC Investigation Update

We continue to monitor the investigation of QCOM by China's NDRC, which was launched in November 2013. According to Chinese media, QCOM's violations of China's Anti-Monopoly Law span seven alleged factors:

1. Subjecting the entire phone's price to royalties, not just wireless components.
2. Bundling of nonessential patents along with the standards-essential ones.
3. Seeking royalty-free reciprocal cross-licensing of companies' IPR.
4. Charging for expired patents.
5. Bundling patents with chip sales.
6. Not licensing to chip makers and instead passing through costs to their customers.
7. Attaching unreasonable conditions in chip sales agreements.

We believe that the Mobile China Alliance (MCA), an association of 30 Chinese handset vendors and semiconductor companies, has been lobbying these charges against QCOM. The MCA accuses QCOM of cutting into Chinese handset vendors' profit margins and reinvesting the gains in R&D, which raises the competitive barriers for Chinese chip suppliers.

According to QCOM filings, the potential outcome of the investigation can include "issuing an order to cease conduct deemed illegal, confiscating gains deemed illegally obtained, imposing a fine in the range of 1% to 10% of the prior year's revenues and requiring modifications to business practices."

## InterDigital and the NDRC

InterDigital is a licensing company that receives royalty payments from most major handset manufacturers. The company recently settled with the NDRC. While the QCOM case is bigger and more complex given the chipset business in addition to licensing, there may be some lessons learned. That said, we view QCOM's IPR position as well stronger than IDCC's. Below we outline the highlights of IDCC's recent experiences in China.

- **February 21, 2012** – Huawei filed a complaint in Shenzhen, China, that IDCC abused a dominant market position by engaging in differentiated pricing, among other claims.
- **February 4, 2013** – The Shenzhen court ruled that IDCC violated Anti-Monopoly Law and ordered the company to change license terms and pay Huawei RMB 20 million in damages. In addition, the court ruled that royalties paid by Huawei were not to exceed 0.019%.
- **September 23, 2013** – IDCC informed that NDRC was investigating the company for violating Anti-Monopoly Law in its standards-essential patent licensing program.
- **October 2013** – IDCC's appeals were reaffirmed in favor of Huawei.



PX77

Page 3420

QUALCOMM-TABAK-0021902

- **March 3, 2014** – IDCC submitted a proposal for the suspension of the investigation based on the following commitments, effective for five years:
    - IDCC will offer Chinese vendors an option of licensing only standards-essential wireless patents.
    - IDCC will not require Chinese vendors to agree to royalty-free reciprocal cross-licensing of similar standards-essential patents.
    - IDCC will offer the option of arbitration to Chinese vendors prior to seeking an injunction.
- **April 14, 2014** – IDCC filed a petition for a retrial in the Huawei case.
- **May 22, 2014** – NDRC suspended its investigation of IDCC based on the above commitments.

*Source: IDCC filing*

## China Handset Update and Sensitivity Analysis

According to ministry reports, China's handset shipments in July were 42.3 million units, roughly flat with the 42.5 million shipped in June and below the monthly run rate of 45.9 million we have modeled for Q3.

LTE shipments were also on par with the prior month. July shipments of 15.4 million 4G phones were up slightly from 14.8 million in June. In addition, China Mobile has now reported its July LTE net adds. At 6.5 million, these were up slightly from 5.8 million in June. However, the large discrepancy between sell-in and sell-through remains, even accounting for the low initial (not yet reported) 4G shipments at the other carriers.

**Exhibit 1: China 4G Sell-In vs. Sell-Through** (Millions)




Source: Company reports, Chinese ministry reports.



PX77

Page 3421

QUALCOMM-TABAK-0021903

Tallying up the historical numbers in our handset model, we see two positive trends for QCOM royalties as it relates to Chinese OEMs.

- **Share consolidation**. We expect to see a sharp drop-off in domestic market share for smaller Chinese handset vendors this year. Historically, the long tail of vendors (including white box) has benefitted from a healthy consumer appetite for low-cost devices. However, we see the six largest vendors (Coolpad, Huawei, Lenovo, TCL, Xiaomi, and ZTE) gaining share this year, offering higher-end features at increasingly lower prices. The larger companies tend to be in the carrier subsidy programs, as well, which helps market share. We see 3G/4G market share for the domestic vendors excluding these six falling from 48% in 2013 to 37% in 2014.

  As a result of this share consolidation trend, we believe it will be easier for QCOM to audit the Chinese the TRDS royalty pool, as it will minimize the impact of nonpayment from smaller players.

**Exhibit 2: China 3G/4G Market Share** (% of 3G/4G Handsets Shipped)




Source: Company reports, IDC, BMO Capital Markets estimates.

- **Greater external shipments.** China's handset vendors are steadily increasing their presence outside the domestic market. We estimate that export handset shipments by Chinese vendors will grow from 33% in 2013 to 40% in 2014.

  We view this development as a positive for QCOM, as participation in foreign markets exposes Chinese handset vendors to additional IPR risks. Lacking protection from QCOM and often with limited IPR portfolios of their own, Chinese vendors could be more vulnerable overseas. We believe this factor may motivate vendors to negotiate more willingly with QCOM.



PX77

Page 3422

**Exhibit 3: Chinese Handset Vendor Exports** (% Total Handset Shipments)




Source: Company reports, IDC, BMO Capital Markets estimates.

## Total Royalty Device Sales (TRDS) Impact

We have previously discussed the impact of nonpayment by Chinese vendors, with expectations that approximately half of all vendors will not pay this calendar year. This assumption drives a downside of ($0.40) – ($0.50) to the prior FY2015 EPS estimate, though the final model was partly offset by better chips, other, and taxes.

Instead of assuming ongoing nonpayment, we can run the possible scenario that Chinese vendors' royalty rate would get cut in half by the NDRC ruling, going from 4.5% to 2.25%. If this were to happen, the implied royalty rate for FY2015 would go from 3.0% to 2.6-2.7%. However, we can assume that all vendors would once again pay, and the TRDS pool would increase from its current level, and the net FY2015 EPS impact would be the same as in the current model (Outcome A below). If three-mode TD-LTE phones end up not paying regardless—a likely scenario—this could take the FY2015 EPS downside as high as $0.15 (Outcome B) versus the current model, depending on the three-mode versus five-mode mix and the general performance of China's LTE market.

**Exhibit 4: FY2015 EPS Impact**

| | Chinese royalty rate = 4.5% | Chinese royalty rate = 2.25% |
|---|---|---|
| **All Chinese units licensed** | $0.00 **(Baseline)** | ($0.40) - ($0.50) **(Possible Outcome A)** |
| **~50% Chinese units licensed** | ($0.40) - ($0.50) **(Current Model)** | ($0.60) - ($0.75) |
| **0% Chinese units licensed** | ($0.80) - ($1.00) | ($0.80) - ($1.00) |
| **Only three-mode TD-LTE unlicensed** | ($0.10) - ($0.15) | ($0.50) - ($0.65) **(Possible Outcome B)** |

Source: Company reports, BMO Capital Markets estimates.



PX77
Page 3423

In addition to any risk associated with lower royalties for Chinese OEMs, we also want to acknowledge the potential for impact on QCOM's Apple royalties, as these are paid on devices manufactured by Foxconn in China. Apple is a significant contributor to the TRDS pool. We model that Apple/Foxconn will account for 25% of the paid TRDS pool this year. If we assume an above-average royalty rate of 4% for Apple/Foxconn, then cutting Apple royalties in half would make the FY2015 implied royalty rate would go from 3.0% to 2.5%, or about a $0.50 impact to the currently modeled FY2015 EPS. Given the much stronger shipments outside China, we see little risk to a non-China rate change.

## Existing China Licenses

QCOM's most recent earnings highlighted the company having at least 260 CDMA-based licensees, 185 WCDMA/TD-SCDMA licensees, and 110 single-mode OFDMA (used in 4G LTE) licensees. For China, the company has at least 110 3G licensees, of which we believe about half are also licensed for 4G. Below we provide a list of the companies that we believe to be among the largest Chinese licensees, along with an indication of whether they are also OFDMA licensees and their recent shipment volumes.

**Exhibit 5: Selected Chinese Licensees & 3G/4G Phone Shipments for Jul 13-Jun 14** (M Units)

| Licensee | 3G License | 4G License | Domestic | Export |
|---|---|---|---|---|
| FIH Mobile (Foxconn) | X | | 20 | 144 |
| Huawei | X | | 21 | 44 |
| Lenovo | X | | 47 | 7 |
| TCL | X | X | 2 | 25 |
| Xiaomi | X | | 34 | 4 |
| Yulong (Coolpad) | X | | 35 | 2 |
| ZTE | X | X | 19 | 19 |
| Gionee | X | | | |
| Haier | X | | | |
| Hisense | X | | | |
| Konka | X | | | |
| Ningbo Bird | X | | | |
| Oppo | X | | | |
| Smartisan | X | | | |

Source: Company reports, BMO Capital Markets estimates.

**Other companies mentioned (priced as of the close on August 14, 2014):**

Apple (AAPL, $97.50, Outperform by Keith Bachman)
MediaTek (2454-TW, TWD500.00, Not Rated)
InterDigital (IDCC, $42.88, Not Rated)



PX77

Page 3424

QUALCOMM-TABAK-0021906

tim.long@bmo.com
212.885.4101

**QUALCOMM Incorporated**
**Income Statement**
***Fiscal Year Ends September***
***($ & Shares in Millions)***

| | F2012A DecA | F2012A MarA | F2012A JunA | F2012A SepA | F2013A DecA | F2013A MarA | F2013A JunA | F2013A SepA |
|---|---|---|---|---|---|---|---|---|
| Revenue | 4,681 | 4,943 | 4,626 | 4,875 | 6,018 | 6,124 | 6,243 | 6,480 |
| % Change Q/Q | 13.7% | 5.6% | -6.4% | 5.4% | 23.4% | 1.8% | 1.9% | 3.8% |
| % Change Y/Y | 39.8% | 27.7% | 27.7% | 18.4% | 28.6% | 23.9% | 35.0% | 32.9% |
| Cost of Sales | 1,683 | 1,715 | 1,646 | 1,753 | 2,154 | 2,279 | 2,415 | 2,638 |
| Gross Profit | 2,998 | 3,228 | 2,980 | 3,122 | 3,864 | 3,845 | 3,828 | 3,842 |
| Gross Margin | 64.0% | 65.3% | 64.4% | 64.0% | 64.2% | 62.8% | 61.3% | 59.3% |
| R&D | 746 | 832 | 832 | 961 | 949 | 1,056 | 1,130 | 1,182 |
| % of Revenue | 15.9% | 16.8% | 18.0% | 19.7% | 15.8% | 17.2% | 18.1% | 18.2% |
| % Change Q/Q | 2.1% | 11.5% | 0.0% | 15.5% | -1.2% | 11.3% | 7.0% | 4.6% |
| % Change Y/Y | 33.2% | 31.4% | 25.9% | 31.5% | 27.2% | 26.9% | 35.8% | 23.0% |
| SG&A | 381 | 496 | 430 | 545 | 468 | 556 | 505 | 547 |
| % of Revenue | 8.1% | 10.0% | 9.3% | 11.2% | 7.8% | 9.1% | 8.1% | 8.4% |
| % Change Q/Q | 2.7% | 30.2% | -13.3% | 26.7% | -14.1% | 18.8% | -9.2% | 8.3% |
| % Change Y/Y | 11.1% | 14.8% | 17.8% | 46.9% | 22.8% | 12.1% | 17.4% | 0.4% |
| Amortization/Asset Impairment | | | | | | | | |
| Total Opex | 1,127 | 1,328 | 1,262 | 1,506 | 1,417 | 1,612 | 1,635 | 1,729 |
| % Change Seq. | 2.3% | 17.8% | -5.0% | 19.3% | -5.9% | 13.8% | 1.4% | 5.7% |
| % of Revenue | 24.1% | 26.9% | 27.3% | 30.9% | 23.5% | 26.3% | 26.2% | 26.7% |
| Operating Profit (Excl. QSI and options exp.) | 1,871 | 1,900 | 1,718 | 1,616 | 2,447 | 2,233 | 2,193 | 2,113 |
| Operating Margin | 40.0% | 38.4% | 37.1% | 33.1% | 40.7% | 36.5% | 35.1% | 32.6% |
| Interest and Inv Income | 126.0 | 138.0 | 149.0 | 177.0 | 164.0 | 177.0 | 179.0 | 168.0 |
| Interest Expense | (2.0) | (3.0) | (3.0) | (3.0) | (2.0) | (1.0) | (1.0) | (1.0) |
| Other | 81.0 | 107.0 | 77.0 | 143.0 | 91.0 | 55.0 | 20.0 | 119.0 |
| Loss on investments | (14.0) | (12.0) | (19.0) | (9.0) | (5.0) | (10.0) | (181.0) | (53.0) |
| Pretax Profit (Excl. QSI and options exp) | 2,062 | 2,130 | 1,922 | 1,924 | 2,695 | 2,454 | 2,210 | 2,346 |
| Pretax Margin | 44.1% | 43.1% | 41.5% | 39.5% | 44.8% | 40.1% | 35.4% | 36.2% |
| Income tax expense (benefit) | 393.4 | 370.7 | 436.2 | 366.7 | 486.8 | 393.7 | 398.9 | 353.1 |
| Tax rate | 19.0% | 17.4% | 22.6% | 19.0% | 18.0% | 16.0% | 18.0% | 15.0% |
| Pro-forma Net income (Excl. QSI and options exp.) | 1,669 | 1,759 | 1,486 | 1,557 | 2,208 | 2,060 | 1,811 | 1,993 |
| Pro-forma Net Margin | 35.6% | 35.6% | 32.1% | 31.9% | 36.7% | 33.6% | 29.0% | 30.8% |
| Pro-Forma Diluted EPS (Excl. QSI and options ex | $0.97 | $1.01 | $0.85 | $0.89 | $1.26 | $1.17 | $1.03 | $1.15 |
| % Change Y/Y | 18.8% | 16.9% | 16.2% | 11.7% | 30.1% | 15.8% | 21.4% | 28.5% |
| Diluted Shares Outstanding: | 1,721.0 | 1,743.0 | 1,758.0 | 1,745.0 | 1,751.0 | 1,763.0 | 1,765.0 | 1,738.0 |
| | 5.0 | 22.0 | 15.0 | (13.0) | 6.0 | 12.0 | 2.0 | (27.0) |
| Calendar Year Revenue | | | | | | | | |
| Calendar Year EPS | | | | | | | | |
| % Change Y/Y | | | | | | | | |
| ***Est. Impact of FAS123R on FY Basis*** | | | | | | | | |
| Share based Comp (pre tax) | 247.0 | 240.0 | 264.0 | 264.0 | 281.0 | 268.0 | 280.0 | 274.0 |
| Share based Comp (net income) | 194.0 | 184.0 | 210.0 | 210.0 | 219.0 | 220.0 | 222.0 | 226.0 |
| EPS Impact | 0.11 | 0.11 | 0.12 | 0.12 | 0.13 | 0.12 | 0.13 | 0.13 |
| FAS 123R EPS | 0.86 | 0.90 | 0.73 | 0.77 | 1.14 | 1.04 | 0.90 | 1.02 |
| ***Est. Impact of QSI on FY Basis*** | | | | | | | | |
| QSI Pre-Tax | (94) | 1,170 | (16) | (30) | (17) | 33 | 51 | (11) |
| QSI Net Income | (77) | 655 | (12) | (20) | (12) | 36 | 43 | (24) |
| EPS Impact | (0.04) | 0.38 | (0.01) | (0.01) | (0.01) | 0.02 | 0.02 | (0.01) |
| EPS Incl QSI and options | 0.81 | 1.28 | 0.72 | 0.76 | 1.13 | 1.06 | 0.92 | 1.00 |

| | F2014E DecA | F2014E MarA | F2014E JunA | F2014E SepE | F2015E DecE | F2015E MarE | F2015E JunE | F2015E SepE |
|---|---|---|---|---|---|---|---|---|
| Revenue | 6,622 | 6,367 | 6,806 | 6,911 | 7,334 | 7,245 | 7,115 | 7,514 |
| % Change Q/Q | 2.2% | -3.9% | 6.9% | 1.5% | 6.1% | -1.2% | -1.8% | 5.6% |
| % Change Y/Y | 10.0% | 4.0% | 9.0% | 6.6% | 10.7% | 13.8% | 4.5% | 8.7% |
| Cost of Sales | 2,633 | 2,407 | 2,666 | 2,817 | 3,012 | 2,799 | 2,864 | 3,027 |
| Gross Profit | 3,989 | 3,960 | 4,140 | 4,094 | 4,322 | 4,446 | 4,251 | 4,487 |
| Gross Margin | 60.2% | 62.2% | 60.8% | 59.2% | 58.9% | 61.4% | 59.7% | 59.7% |
| R&D | 1,152 | 1,170 | 1,251 | 1,245 | 1,160 | 1,190 | 1,230 | 1,380 |
| % of Revenue | 17.4% | 18.4% | 18.4% | 18.0% | 15.8% | 16.4% | 17.3% | 18.4% |
| % Change Q/Q | -2.5% | 1.6% | 6.9% | -0.5% | -6.8% | 2.6% | 3.4% | 12.2% |
| % Change Y/Y | 21.4% | 10.8% | 10.7% | 5.3% | 0.7% | 1.7% | -1.7% | 10.8% |
| SG&A | 517 | 453 | 484 | 480 | 510 | 530 | 550 | 580 |
| % of Revenue | 7.8% | 7.1% | 7.1% | 6.9% | 7.0% | 7.3% | 7.7% | 7.7% |
| % Change Q/Q | -5.5% | -12.4% | 6.8% | -0.8% | 6.3% | 3.9% | 3.8% | 5.5% |
| % Change Y/Y | 10.5% | -18.5% | -4.2% | -12.2% | -1.4% | 17.0% | 13.6% | 20.8% |
| Amortization/Asset Impairment | | | | | | | | |
| Total Opex | 1,669 | 1,623 | 1,735 | 1,725 | 1,670 | 1,720 | 1,780 | 1,960 |
| % Change Seq. | -3.5% | -2.8% | 6.9% | -0.6% | -3.2% | 3.0% | 3.5% | 10.1% |
| % of Revenue | 25.2% | 25.5% | 25.5% | 25.0% | 22.8% | 23.7% | 25.0% | 26.1% |
| Operating Profit (Excl. QSI and options exp.) | 2,320 | 2,337 | 2,405 | 2,369 | 2,652 | 2,726 | 2,471 | 2,527 |
| Operating Margin | 35.0% | 36.7% | 35.3% | 34.3% | 36.2% | 37.6% | 34.7% | 33.6% |
| Interest and Inv Income | 156.0 | 167.0 | 139.0 | 140.0 | 140.0 | 142.0 | 144.0 | 146.0 |
| Interest Expense | (3.0) | (3.0) | (5.0) | (3.0) | (3.0) | (3.0) | (3.0) | (3.0) |
| Other | 126.0 | 239.0 | 312.0 | 215.0 | 80.0 | 75.0 | 70.0 | 65.0 |
| Loss on investments | (24.0) | (88.0) | (8.0) | (10.0) | (5.0) | (5.0) | (5.0) | (5.0) |
| Pretax Profit (Excl. QSI and options exp) | 2,575 | 2,652 | 2,843 | 2,711 | 2,864 | 2,935 | 2,677 | 2,730 |
| Pretax Margin | 38.9% | 41.7% | 41.8% | 39.2% | 39.1% | 40.5% | 37.6% | 36.3% |
| Income tax expense (benefit) | 413.7 | 398.9 | 370.7 | 435.0 | 459.9 | 470.7 | 429.5 | 438.0 |
| Tax rate | 16.0% | 15.0% | 13.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% |
| Pro-forma Net income (Excl. QSI and options exp.) | 2,161 | 2,253 | 2,472 | 2,276 | 2,404 | 2,464 | 2,248 | 2,292 |
| Pro-forma Net Margin | 32.6% | 35.4% | 36.3% | 32.9% | 32.8% | 34.0% | 31.6% | 30.5% |
| Pro-Forma Diluted EPS (Excl. QSI and options ex | $1.26 | $1.31 | $1.44 | $1.33 | $1.41 | $1.45 | $1.33 | $1.36 |
| % Change Y/Y | -0.5% | 12.2% | 40.6% | 16.2% | 12.4% | 10.7% | -8.0% | 1.9% |
| Diluted Shares Outstanding: | 1,722.0 | 1,719.0 | 1,714.0 | 1,709.0 | 1,704.0 | 1,699.0 | 1,694.0 | 1,689.0 |
| | (16.0) | (3.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) |
| Calendar Year Revenue | | | | | | | | |
| Calendar Year EPS | | | | | | | | |
| % Change Y/Y | | | | | | | | |
| ***Est. Impact of FAS123R on FY Basis*** | | | | | | | | |
| Share based Comp (pre tax) | 281.0 | 251.0 | 274.0 | 274.0 | 274.0 | 274.0 | 274.0 | 274.0 |
| Share based Comp (net income) | 226.0 | 198.0 | 232.0 | 232.0 | 232.0 | 232.0 | 232.0 | 232.0 |
| EPS Impact | 0.13 | 0.12 | 0.14 | 0.14 | 0.14 | 0.14 | 0.14 | 0.14 |
| FAS 123R EPS | 1.12 | 1.20 | 1.31 | 1.20 | 1.27 | 1.31 | 1.19 | 1.22 |
| ***Est. Impact of QSI on FY Basis*** | | | | | | | | |
| QSI Pre-Tax | (5) | (6) | (5) | (10) | (10) | (10) | (10) | (10) |
| QSI Net Income | 4 | (17) | 0 | (5) | (5) | (5) | (5) | (5) |
| EPS Impact | 0.00 | (0.01) | 0.00 | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) |
| EPS Incl QSI and options | 1.13 | 1.19 | 1.31 | 1.19 | 1.27 | 1.31 | 1.19 | 1.22 |

| | 2011A | 2012A | 2013A | 2014E | 2015E |
|---|---|---|---|---|---|
| Revenue | 14,958 | 19,125 | 24,865 | 26,706 | 29,208 |
| % Change Q/Q | | | | | |
| % Change Y/Y | 36.2% | 27.9% | 30.0% | 7.4% | 9.4% |
| Cost of Sales | 4,663 | 6,797 | 9,486 | 10,523 | 11,702 |
| Gross Profit | 10,295 | 12,328 | 15,379 | 16,183 | 17,506 |
| Gross Margin | 68.8% | 64.5% | 61.8% | 60.6% | 59.9% |
| R&D | 2,585 | 3,371 | 4,317 | 4,818 | 4,960 |
| % of Revenue | 17.3% | 17.6% | 17.4% | 18.0% | 17.0% |
| % Change Q/Q | | | | | |
| % Change Y/Y | 20.6% | 30.4% | 28.1% | 11.6% | 2.9% |
| SG&A | 1,511 | 1,852 | 2,076 | 1,934 | 2,170 |
| % of Revenue | 10.1% | 9.7% | 8.3% | 7.2% | 7.4% |
| % Change Q/Q | | | | | |
| % Change Y/Y | 19.7% | 22.6% | 12.1% | -6.8% | 12.2% |
| Amortization/Asset Impairment | 114.0 | 0 | 0 | 0 | 0 |
| Total Opex | 4,210 | 5,223 | 6,393 | 6,752 | 7,130 |
| % Change Seq. | 23.6% | 24.1% | 22.4% | 5.6% | 5.6% |
| % of Revenue | 28.1% | 27.3% | 25.7% | 25.3% | 24.4% |
| Operating Profit (Excl. QSI and options exp.) | 6,085 | 7,105 | 8,986 | 9,431 | 10,376 |
| Operating Margin | 40.7% | 37.2% | 36.1% | 35.3% | 35.5% |
| Interest and Inv Income | 481 | 590 | 688 | 602 | 572 |
| Interest Expense | (15) | (11) | (5) | (14) | (12) |
| Other | 334 | 408 | 285 | 892 | 290 |
| Loss on investments | (45) | (54) | (249) | (130) | (20) |
| Pretax Profit (Excl. QSI and options exp) | 6,840 | 8,038 | 9,705 | 10,781 | 11,206 |
| Pretax Margin | 45.7% | 42.0% | 39.0% | 40.4% | 38.4% |
| Income tax expense (benefit) | 1,423 | 1,567 | 1,632 | 1,618 | 1,798 |
| Tax rate | 20.8% | 19.5% | 16.8% | 15.0% | 16.0% |
| Pro-forma Net income (Excl. QSI and options exp.) | 5,417 | 6,471 | 8,073 | 9,163 | 9,408 |
| Pro-forma Net Margin | 36.2% | 33.8% | 32.5% | 34.3% | 32.2% |
| Pro-Forma Diluted EPS (Excl. QSI and options ex | $3.20 | $3.72 | $4.60 | $5.34 | $5.55 |
| % Change Y/Y | 30.5% | 15.9% | 23.9% | 16.0% | 3.9% |
| Diluted Shares Outstanding: | 1,690.5 | 1,741.8 | 1,754.3 | 1,716.0 | 1,696.5 |
| | 32.5 | 51.3 | 12.5 | (38.3) | (19.5) |
| Calendar Year Revenue | 16,291 | 20,462 | 25,469 | 27,418 | 29,764 |
| Calendar Year EPS | $3.36 | $4.01 | $4.60 | $5.50 | $5.76 |
| % Change Y/Y | 26.4% | 19.3% | 14.7% | 19.6% | 4.9% |
| ***Est. Impact of FAS123R on FY Basis*** | | | | | |
| Share based Comp (pre tax) | 743.0 | 1,015.0 | 1,103.0 | 1,080.0 | 1,096.0 |
| Share based Comp (net income) | 621.0 | 798.0 | 887.0 | 888.0 | 928.0 |
| EPS Impact | 0.37 | 0.5 | 0.5 | 0.5 | 0.5 |
| FAS 123R EPS | 2.84 | 3.26 | 4.10 | 4.82 | 5.00 |
| ***Est. Impact of QSI on FY Basis*** | | | | | |
| QSI Pre-Tax | (385) | 1,030 | 56 | (26) | (40) |
| QSI Net Income | (188) | 546 | 43 | (18) | (20) |
| EPS Impact | (0.11) | 0.31 | 0.02 | (0.01) | (0.01) |
| EPS Incl QSI and options | 2.73 | 3.57 | 4.12 | 4.81 | 4.99 |

Source: Company Reports and BMO Capital Markets





PX77
Page 3425

**QUALCOMM Incorporated**
**Segment Data ($ in millions)**

| Key Assumptions | F2012A DecA | MarA | JunA | SepA | F2013A DecA | MarA | JunA | SepA | F2014E DecA | MarA | JunA | SepE | F2015E DecE | MarE | JunE | SepE | 2011A | 2012A | 2013A | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDMA Devices (CY) | 71 | 64 | 62 | 65 | 71 | 56 | 57 | 58 | 57 | 27 | 15 | 6 | (4) | (20) | (35) | (18) | 242 | 261 | 228 | 44 | (67) |
| WCDMA Devices (CY) | 170 | 145 | 150 | 170 | 210 | 190 | 205 | 220 | 240 | 225 | 240 | 260 | 310 | 290 | 310 | 310 | 553 | 675 | 855 | 1,035 | 1,240 |
| Total Devices (CY) | 241 | 209 | 212 | 235 | 281 | 246 | 262 | 278 | 297 | 252 | 255 | 266 | 306 | 270 | 275 | 292 | 795 | 936 | 1,083 | 1,079 | 1,173 |
| CDMA ASP | $99 | $106 | $103 | $103 | $103 | $108 | $106 | $104 | $106 | $103 | $101 | $99 | $101 | $98 | $96 | $94 | $101 | $103 | $105 | $102 | $97 |
| WCDMA ASP | $262 | $283 | $266 | $274 | $255 | $265 | $257 | $255 | $257 | $247 | $237 | $233 | $235 | $225 | $216 | $212 | $260 | $271 | $258 | $244 | $222 |
| Total ASP | $214 | $229 | $219 | $227 | $217 | $230 | $230 | $222 | $224 | $231 | $229 | $228 | $231 | $231 | $236 | $226 | $209 | $222 | $224 | $228 | $231 |
| Q/Q Change | -0.4% | 7.0% | -4.2% | 3.5% | -4.4% | 6.0% | 0.0% | -3.5% | 0.9% | 3.0% | -0.6% | -0.7% | 1.6% | -0.2% | 2.1% | -4.1% | 10.5% | 6.2% | 1.1% | 1.5% | 1.4% |
| Total Royalty Device Sales(TRDS) ($ billion) | 51.6 | 47.8 | 46.5 | 53.3 | 61.0 | 56.6 | 60.3 | 61.7 | 66.5 | 58.1 | 58.5 | 60.6 | 70.7 | 62.4 | 65.0 | 66.0 | 157 | 199 | 240 | 244 | 264 |
| Royalty Rate | 3.34% | 3.34% | 3.38% | 3.30% | 3.37% | 3.30% | 3.11% | 3.08% | 3.11% | 3.10% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.45% | 3.18% | 3.15% | 3.09% | 2.94% |
| Total MSMs | 156.0 | 152.0 | 141.0 | 141.0 | 182.0 | 173.0 | 172.0 | 190.0 | 213.0 | 188.0 | 225.0 | 236.5 | 258.6 | 242.2 | 250.4 | 268.4 | 483.0 | 590.0 | 717.0 | 862.5 | 1,019.6 |
| 3G/4G share | 64.7% | 72.9% | 66.5% | 60.1% | 64.8% | 70.3% | 65.6% | 68.3% | 71.7% | 68.1% | 75.4% | 73.0% | 68.0% | 73.0% | 73.0% | 73.0% | 64.2% | 65.8% | 67.2% | 72.1% | 71.7% |
| MSM ASP | $19.8 | $20.1 | $20.3 | $22.2 | $22.6 | $22.6 | $24.5 | $23.5 | $21.7 | $22.6 | $22.0 | $21.6 | $21.2 | $20.9 | $20.7 | $20.5 | $18.3 | $20.6 | $23.3 | $22.0 | $20.8 |
| MSM ASP Change | -2.9% | 1.8% | 1.1% | 9.1% | 2.0% | 0.0% | 8.4% | -4.4% | -7.6% | 4.1% | -2.4% | -2.0% | -2.0% | -1.0% | -1.0% | -1.0% | 9.1% | 12.6% | 13.1% | -5.8% | -5.1% |

| *($ In Millions)* | F2012A DecA | MarA | JunA | SepA | F2013A DecA | MarA | JunA | SepA | F2014E DecA | MarA | JunA | SepE | F2015E DecE | MarE | JunE | SepE | 2011A | 2012A | 2013A | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Segment Revenue | | | | | | | | | | | | | | | | | | | | | |
| CDMA Technologies (QCT) | 3085.0 | 3059.0 | 2869.0 | 3129.0 | 4120.0 | 3916.0 | 4222.0 | 4457.0 | 4616.0 | 4243.0 | 4957.0 | 5105.1 | 5471.4 | 5073.6 | 5192.8 | 5510.0 | 8859.0 | 12142.0 | 16715.0 | 18921.1 | 21247.8 |
| % of Total | 66% | 62% | 62% | 64% | 68% | 64% | 68% | 69% | 70% | 67% | 73% | 74% | 75% | 70% | 73% | 73% | 59% | 63% | 67% | 71% | 73% |
| % Change Y/Y | 45.8% | 55.9% | 30.8% | 21.0% | 33.5% | 28.0% | 47.2% | 42.4% | 12.0% | 8.4% | 17.4% | 14.5% | 18.5% | 19.6% | 4.8% | 7.9% | 32.3% | 37.1% | 37.7% | 13.2% | 12.3% |
| % Change Q/Q | 19.3% | -0.8% | -6.2% | 9.1% | 31.7% | -5.0% | 7.8% | 5.6% | 3.6% | -8.1% | 16.8% | 3.0% | 7.2% | -7.3% | 2.4% | 6.1% | | | | | |
| Technology Licensing (QTL) | 1440.0 | 1723.0 | 1593.0 | 1572.0 | 1757.0 | 2057.0 | 1867.0 | 1874.0 | 1900.0 | 2071.0 | 1803.0 | 1755.8 | 1817.3 | 2121.9 | 1872.3 | 1948.9 | 5421.0 | 6328.0 | 7555.0 | 7529.8 | 7760.3 |
| % of Total | 31% | 35% | 34% | 32% | 29% | 34% | 30% | 29% | 29% | 33% | 26% | 25% | 25% | 29% | 26% | 26% | 36% | 33% | 30% | 28% | 27% |
| % Change Y/Y | 36.2% | -1.3% | 26.7% | 15.5% | 22.0% | 19.4% | 17.2% | 19.2% | 8.1% | 0.7% | -3.4% | -6.3% | -4.4% | 2.5% | 3.8% | 11.0% | 48.2% | 16.7% | 19.4% | -0.3% | 3.1% |
| % Change Q/Q | 5.8% | 19.7% | -7.5% | -1.3% | 11.8% | 17.1% | -9.2% | 0.4% | 1.4% | 9.0% | -12.9% | -2.6% | 3.5% | 16.8% | -11.8% | 4.1% | | | | | |
| Other/Reconciling items | 156.0 | 161.0 | 164.0 | 174.0 | 141.0 | 151.0 | 154.0 | 149.0 | 106.0 | 53.0 | 46.0 | 50.0 | 45.0 | 50.0 | 50.0 | 55.0 | 678.0 | 655.0 | 595.0 | 255.0 | 200.0 |
| % of Total | 3% | 3% | 4% | 4% | 2% | 2% | 2% | 2% | 2% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 5% | 3% | 2% | 1% | 1% |
| % Change Y/Y | | | | | | | | | | | | | | | | | | | | | |
| % Change Q/Q | nm | nm | nm | nm | nm | nm | nm | nm | nm | nm | nm | nm | nm | nm | nm | nm | | | | | |
| Total Revenue | 4681.0 | 4943.0 | 4626.0 | 4875.0 | 6018.0 | 6124.0 | 6243.0 | 6480.0 | 6622.0 | 6367.0 | 6806.0 | 6910.9 | 7333.7 | 7245.5 | 7115.1 | 7513.9 | 14958.0 | 19125.0 | 24865.0 | 26705.9 | 29208.2 |
| % Change Y/Y | 39.8% | 27.7% | 27.7% | 18.4% | 28.6% | 23.9% | 35.0% | 32.9% | 10.0% | 4.0% | 9.0% | 6.6% | 10.7% | 13.8% | 4.5% | 8.7% | 36.2% | 27.9% | 30.0% | 7.4% | 9.4% |
| % Change Q/Q | 13.7% | 5.6% | -6.4% | 5.4% | 23.4% | 1.8% | 1.9% | 3.8% | 2.2% | -3.9% | 6.9% | 1.5% | 6.1% | -1.2% | -1.8% | 5.6% | | | | | |

| Segment Pretax Profit | F2012A DecA | MarA | JunA | SepA | F2013A DecA | MarA | JunA | SepA | F2014E DecA | MarA | JunA | SepE | F2015E DecE | MarE | JunE | SepE | 2011A | 2012A | 2013A | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDMA Technologies (QCT) | 739.0 | 599.0 | 472.0 | 486.0 | 1068.0 | 681.0 | 738.0 | 702.0 | 906.0 | 740.0 | 1116.0 | 1158.2 | 1344.7 | 1126.6 | 1139.3 | 1169.9 | 2,056.0 | 2,296.0 | 3,189.0 | 3,920.2 | 4,780.4 |
| Technology Licensing (QTL) | 1267.0 | 1540.0 | 1407.0 | 1370.0 | 1532.0 | 1803.0 | 1633.0 | 1622.0 | 1670.0 | 1834.0 | 1550.0 | 1513.4 | 1581.6 | 1880.1 | 1623.2 | 1677.9 | 4,752.0 | 5,584.0 | 6,590.0 | 6,567.4 | 6,762.7 |
| Other/Reconciling items | 56.0 | -9.0 | 43.0 | 64.0 | 95.0 | -30.0 | -161.0 | -151.0 | -473.0 | 78.0 | 177.0 | 25.0 | -60.0 | -70.0 | -80.0 | -100.0 | 33.0 | 154.0 | (247.0) | (193.0) | (310.0) |
| Pretax Margin by Segment | | | | | | | | | | | | | | | | | | | | | |
| CDMA Technologies (QCT) | 24.0% | 19.6% | 16.5% | 15.5% | 25.9% | 17.4% | 17.5% | 15.8% | 19.6% | 17.4% | 22.5% | 22.7% | 24.6% | 22.2% | 21.9% | 21.2% | 23.2% | 18.9% | 19.1% | 20.7% | 22.5% |
| Technology Licensing (QTL) | 88.0% | 89.4% | 88.3% | 86.3% | 87.2% | 87.7% | 87.5% | 86.6% | 87.9% | 88.6% | 86.0% | 86.2% | 87.0% | 88.6% | 86.7% | 86.1% | 87.7% | 88.2% | 87.2% | 87.2% | 87.1% |
| Other/Reconciling items | 35.9% | -5.6% | 26.2% | 36.8% | 67.4% | -19.9% | -104.5% | -101.3% | -446.2% | 147.2% | 384.8% | 50.0% | -133.3% | -140.0% | -160.0% | -181.8% | 4.9% | 23.5% | -41.5% | -75.7% | -155.0% |
| Total | 44.1% | 43.1% | 41.5% | 39.4% | 44.8% | 40.1% | 35.4% | 33.5% | 31.8% | 41.7% | 41.8% | 39.0% | 39.1% | 40.5% | 37.7% | 36.6% | 45.7% | 42.0% | 38.3% | 38.5% | 38.5% |

Source: Company Reports and BMO Capital Markets

| CDMA/WCDMA Units | 1Q12A | 2Q12A | 3Q12A | 4Q12A | 1Q13A | 2Q13A | 3Q13A | 4Q13A | 1Q14A | 2Q14A | 3Q14E | 4Q14E | 1Q15E | 2Q15E | 3Q15E | 4Q15E | 2012 | 2013 | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apple/Foxconn | 35.0 | 28.0 | 26.9 | 47.8 | 37.4 | 31.2 | 33.8 | 51.0 | 43.7 | 35.2 | 35.4 | 56.0 | 47.0 | 37.5 | 38.0 | 57.5 | 135.7 | 153.4 | 170.3 | 180.0 |
| Samsung | 54.3 | 56.3 | 64.1 | 71.1 | 74.4 | 78.8 | 92.1 | 89.4 | 91.4 | 77.4 | 83.6 | 85.6 | 84.2 | 86.2 | 89.1 | 92.1 | 245.9 | 334.8 | 338.0 | 351.6 |
| Nokia | 16.6 | 15.0 | 10.9 | 10.6 | 8.9 | 10.6 | 12.7 | 12.7 | 10.8 | 12.0 | 11.6 | 12.7 | 10.4 | 12.2 | 13.0 | 15.2 | 53.0 | 44.9 | 47.1 | 50.8 |
| HTC | 7.0 | 9.5 | 7.5 | 6.0 | 4.3 | 6.5 | 4.5 | 4.1 | 3.1 | 5.9 | 4.2 | 4.0 | 3.5 | 4.0 | 3.9 | 3.5 | 30.0 | 19.4 | 17.2 | 14.9 |
| LG | 7.8 | 7.9 | 9.7 | 11.0 | 12.2 | 13.8 | 13.9 | 14.0 | 12.9 | 15.3 | 16.7 | 19.3 | 17.7 | 18.7 | 18.7 | 20.7 | 36.3 | 53.9 | 64.3 | 75.9 |
| Blackberry | 5.6 | 4.2 | 5.6 | 5.7 | 5.1 | 5.8 | 3.2 | 1.8 | 1.2 | 1.3 | 1.7 | 1.8 | 1.5 | 1.4 | 1.3 | 1.4 | 21.2 | 15.9 | 5.9 | 5.6 |
| Sony | 6.1 | 7.4 | 8.8 | 8.7 | 8.1 | 9.6 | 10.0 | 10.7 | 8.8 | 9.4 | 10.0 | 12.0 | 11.6 | 10.0 | 11.0 | 12.0 | 31.0 | 38.4 | 40.2 | 44.6 |
| Motorola | 5.1 | 3.6 | 4.0 | 3.8 | 2.8 | 3.0 | 3.5 | 3.7 | 4.4 | 5.5 | 5.0 | 5.0 | 4.2 | 4.6 | 5.8 | 5.9 | 16.5 | 13.0 | 19.9 | 20.5 |
| Sharp | 1.8 | 0.8 | 2.0 | 1.6 | 1.8 | 1.3 | 1.1 | 1.8 | 1.3 | 1.2 | 1.6 | 1.7 | 1.6 | 1.4 | 1.4 | 1.6 | 6.1 | 6.0 | 5.8 | 6.0 |
| Kyocera | 2.0 | 2.0 | 2.1 | 2.0 | 1.9 | 2.1 | 2.5 | 2.2 | 1.9 | 1.9 | 2.5 | 3.0 | 2.5 | 2.3 | 2.3 | 2.5 | 8.1 | 8.7 | 9.3 | 9.6 |
| Panasonic | 0.8 | 0.8 | 0.6 | 0.5 | 0.8 | 0.6 | 0.5 | 0.3 | 0.2 | 0.1 | - | - | - | - | - | - | 2.7 | 2.2 | 0.3 | - |
| NEC | 0.8 | 0.8 | 0.9 | 0.8 | 0.4 | 0.5 | 0.2 | 0.1 | - | - | - | - | - | - | - | - | 3.3 | 1.2 | - | - |
| Fujitsu | 2.6 | 1.7 | 2.1 | 1.6 | 1.1 | 0.6 | 0.6 | 1.0 | 1.4 | 0.5 | 0.7 | 0.9 | 1.0 | 0.9 | 0.8 | 1.2 | 8.0 | 3.4 | 3.5 | 3.9 |
| Pantech | 2.7 | 1.8 | 1.8 | 1.7 | 1.4 | 1.3 | 1.0 | 1.0 | 0.8 | 1.0 | 1.2 | 1.3 | 1.4 | 1.4 | 1.4 | 1.5 | 8.0 | 4.7 | 4.3 | 5.7 |
| Huawei | 10.0 | 12.0 | 14.0 | 17.0 | 10.6 | 11.9 | 14.3 | 17.5 | 13.6 | 20.1 | 21.5 | 23.5 | 19.0 | 22.0 | 24.0 | 26.0 | 53.0 | 54.3 | 78.7 | 91.0 |
| ZTE | 4.5 | 7.5 | 7.2 | 10.0 | 8.5 | 11.0 | 9.0 | 11.0 | 7.0 | 11.0 | 12.0 | 15.0 | 13.0 | 14.0 | 15.5 | 17.0 | 29.2 | 39.5 | 45.0 | 59.5 |
| Xiaomi | 1.5 | 1.5 | 1.5 | 2.7 | 2.6 | 4.5 | 5.8 | 5.8 | 11.0 | 15.1 | 16.5 | 18.0 | 18.0 | 22.0 | 24.0 | 26.0 | 7.2 | 18.7 | 60.6 | 90.0 |
| TCL | 0.7 | 1.5 | 2.0 | 2.3 | 1.5 | 3.3 | 5.2 | 7.7 | 6.3 | 8.4 | 9.5 | 11.0 | 9.0 | 10.0 | 11.0 | 13.0 | 6.5 | 17.7 | 35.2 | 43.0 |
| Coolpad | 4.0 | 4.4 | 4.0 | 7.7 | 6.0 | 7.0 | 8.0 | 9.0 | 9.0 | 11.0 | 14.0 | 17.0 | 10.0 | 11.0 | 14.0 | 17.0 | 20.1 | 30.0 | 51.0 | 52.0 |
| Lenovo | 2.4 | 4.9 | 7.0 | 9.0 | 7.9 | 11.4 | 11.7 | 13.9 | 12.6 | 15.8 | 16.0 | 17.0 | 16.0 | 17.0 | 19.0 | 21.0 | 23.3 | 44.9 | 61.4 | 73.0 |
| Other Handset | 12.1 | 12.1 | 24.2 | 24.8 | 16.9 | 18.1 | 18.6 | 8.4 | 11.8 | 20.8 | 33.1 | 40.4 | 36.3 | 39.8 | 43.6 | 44.4 | 73.1 | 64.0 | 106.1 | 164.1 |
| Huawei Dongles | 10.9 | 13.1 | 12.6 | 14.0 | 11.7 | 11.9 | 7.4 | 8.0 | 7.8 | 8.0 | 6.0 | 7.0 | 4.0 | 5.0 | 5.0 | 6.0 | 50.6 | 39.0 | 28.8 | 20.0 |
| ZTE Dongles | 6.0 | 7.0 | 3.5 | 3.0 | 4.0 | 4.0 | 4.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 19.5 | 14.0 | 8.0 | 8.0 |
| Other MBB | 1.7 | 1.8 | 1.8 | 1.9 | 1.5 | 1.6 | 1.6 | 1.7 | 1.5 | 1.5 | 1.6 | 1.7 | 1.4 | 1.5 | 1.6 | 1.7 | 7.2 | 6.4 | 6.3 | 6.3 |
| Apple 3G Ipad | 4.7 | 5.8 | 5.2 | 6.9 | 5.8 | 4.8 | 4.7 | 8.3 | 5.2 | 4.8 | 4.7 | 8.4 | 6.6 | 5.5 | 5.5 | 9.3 | 22.6 | 23.6 | 23.1 | 26.9 |
| Other Tablets | 2.2 | 2.7 | 5.1 | 8.9 | 6.3 | 6.9 | 7.9 | 9.9 | 7.8 | 7.3 | 9.3 | 13.0 | 7.9 | 9.4 | 10.7 | 15.2 | 18.9 | 31.0 | 37.2 | 43.2 |
| Total Units | 209 | 212 | 235 | 281 | 246 | 262 | 278 | 297 | 278 | 292 | 320 | 377 | 330 | 340 | 363 | 414 | 937.0 | 1,083.0 | 1,267.5 | 1,446.0 |
| Q/Q growth | -13.3% | 1.4% | 10.8% | 19.6% | -12.5% | 6.5% | 6.1% | 6.8% | -6.6% | 5.4% | 9.6% | 17.7% | -12.5% | 3.0% | 6.7% | 14.0% | 17.9% | 15.6% | 17.0% | 14.1% |
| QCOM check | 209 | 212 | 235 | 281 | 246 | 262 | 278 | 297 | | | | | | | | | | | | |
| Unpaid Units | | | | | | | | | 26 | 45 | 59 | 75 | 64 | 71 | 79 | 86 | | | 205 | 300 |
| Paid Units | | | | | | | | | 252 | 248 | 262 | 302 | 266 | 268 | 284 | 327 | | | 1,063 | 1,146 |
| Unpaid % Chinese | | | | | | | | | 31.5% | 40.0% | 45.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | | | | |

| CDMA/WCDMA ASPs | 1Q12A | 2Q12A | 3Q12A | 4Q12A | 1Q13A | 2Q13A | 3Q13A | 4Q13A | 1Q14A | 2Q14A | 3Q14E | 4Q14E | 1Q15E | 2Q15E | 3Q15E | 4Q15E | 2012 | 2013 | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apple/Foxconn | 262.8 | 264.3 | 294.4 | 291.5 | 284.6 | 275.3 | 326.3 | 297.0 | 311.0 | 293.6 | 328.6 | 326.2 | 317.0 | 335.0 | 326.3 | 297.6 | 279.4 | 296.0 | 316.1 | 316.5 |
| Samsung | 268.6 | 284.8 | 313.5 | 283.2 | 307.0 | 322.1 | 282.2 | 266.2 | 257.1 | 294.3 | 276.6 | 272.6 | 265.4 | 286.7 | 281.5 | 273.3 | 288.2 | 292.8 | 274.4 | 276.8 |
| Nokia | 155.6 | 149.8 | 141.0 | 176.3 | 165.9 | 158.5 | 151.2 | 142.1 | 138.1 | 131.2 | 146.4 | 142.2 | 146.7 | 152.1 | 152.9 | 150.9 | 155.1 | 157.2 | 139.5 | 151.3 |
| HTC | 328.2 | 321.4 | 319.2 | 344.5 | 333.2 | 363.0 | 353.6 | 350.7 | 350.9 | 366.3 | 348.0 | 344.5 | 341.1 | 337.7 | 330.9 | 324.3 | 327.1 | 351.6 | 354.0 | 333.6 |
| LG | 244.6 | 226.8 | 206.6 | 224.1 | 228.7 | 193.4 | 199.3 | 231.3 | 239.5 | 209.5 | 223.8 | 224.0 | 219.8 | 215.8 | 211.4 | 207.9 | 224.5 | 212.8 | 223.6 | 213.5 |
| Blackberry | 272.7 | 228.9 | 250.9 | 248.6 | 283.9 | 343.2 | 206.6 | 246.3 | 273.3 | 250.4 | 244.7 | 239.2 | 242.9 | 232.4 | 225.2 | 220.2 | 251.7 | 285.7 | 250.5 | 230.5 |
| Sony | 243.2 | 291.3 | 263.9 | 215.6 | 287.4 | 299.8 | 309.7 | 296.1 | 296.2 | 327.4 | 311.1 | 301.7 | 302.0 | 302.3 | 302.6 | 302.9 | 252.6 | 298.7 | 308.9 | 302.5 |
| Motorola | 358.5 | 350.0 | 350.0 | 340.0 | 340.0 | 326.0 | 332.5 | 334.6 | 329.5 | 314.5 | 317.7 | 311.3 | 305.1 | 299.0 | 293.0 | 287.2 | 350.3 | 333.2 | 317.8 | 295.2 |
| Sharp | 458.3 | 471.7 | 454.6 | 476.3 | 392.9 | 389.4 | 343.9 | 365.4 | 365.2 | 404.8 | 408.8 | 412.9 | 408.8 | 404.7 | 400.6 | 396.8 | 463.4 | 374.9 | 399.4 | 402.7 |
| Kyocera | 255.4 | 261.6 | 296.3 | 267.3 | 229.2 | 184.9 | 236.1 | 221.2 | 199.0 | 198.5 | 196.5 | 194.6 | 192.6 | 188.8 | 185.0 | 181.3 | 270.5 | 218.5 | 196.8 | 186.9 |
| Panasonic | 452.5 | 443.5 | 434.6 | 425.9 | 421.6 | 413.2 | 404.9 | 396.8 | 392.9 | 385.0 | | | | | | | 440.9 | 412.2 | 390.3 | |
| NEC | 609.9 | 450.2 | 539.1 | 553.5 | 441.7 | 489.6 | 484.7 | 479.9 | | | | | | | | | 538.2 | 471.3 | | |
| Fujitsu | 402.7 | 632.2 | 685.6 | 671.5 | 667.9 | 809.9 | 747.3 | 692.1 | 559.2 | 694 | 673.0 | 654.5 | 647.9 | 641.5 | 635.0 | 628.7 | 579.5 | 715.5 | 625.7 | 637.9 |
| Pantech | 245.0 | 241.9 | 242.5 | 254.0 | 288.7 | 239.9 | 206.8 | 305.5 | 328.1 | 325.8 | 322.5 | 319.3 | 316.1 | 313.0 | 309.8 | 306.7 | 245.7 | 261.5 | 323.4 | 311.3 |
| Huawei | 95.0 | 93.9 | 90.9 | 101.0 | 131.1 | 127.3 | 125.2 | 129.2 | 129.9 | 133.1 | 131.6 | 128.8 | 132.1 | 130.1 | 128.4 | 126.8 | 95.6 | 128.1 | 130.9 | 129.1 |
| ZTE | 110.0 | 125.7 | 127.3 | 96.3 | 96.5 | 97.8 | 96.8 | 95.9 | 94.9 | 93.9 | 93.0 | 92.1 | 91.2 | 90.2 | 89.3 | 88.4 | 113.6 | 96.8 | 93.2 | 89.7 |
| Xiaomi | 317.8 | 314.2 | 221.7 | 266.1 | 306.3 | 298.8 | 178.2 | 273.7 | 167.6 | 198.2 | 210.0 | 220.0 | 190.0 | 190.0 | 190.0 | 190.0 | 277.6 | 254.7 | 202.3 | 190.0 |
| TCL | 94.6 | 101.0 | 101.2 | 105.6 | 104.2 | 99.1 | 83.7 | 87.1 | 88.0 | 88.0 | 88.8 | 88.0 | 87.1 | 86.2 | 85.3 | 84.5 | 102.0 | 89.8 | 88.2 | 85.6 |
| Coolpad | 94.6 | 94.6 | 90.1 | 90.1 | 95.2 | 95.1 | 74.7 | 74.7 | 80.0 | 79.2 | 78.4 | 77.6 | 76.1 | 75.3 | 74.6 | 73.8 | 92.0 | 83.6 | 78.6 | 74.8 |
| Lenovo | 94.6 | 94.6 | 90.1 | 99.5 | 82.8 | 88.9 | 101.9 | 105.8 | 83.6 | 82.8 | 82.0 | 81.2 | 80.3 | 79.5 | 78.7 | 78.0 | 95.1 | 96.5 | 82.3 | 79.1 |
| Other Handset | 207.1 | 123.8 | 98.3 | 83.0 | 84.5 | 99.4 | 99.7 | 126.4 | 98.0 | 97.0 | 96.0 | 95.1 | 94.1 | 93.2 | 92.3 | 91.3 | 114.6 | 92.7 | 96.1 | 92.7 |
| Huawei Dongles | 45.0 | 44.1 | 43.2 | 42.4 | 41.5 | 40.7 | 39.9 | 39.1 | 38.3 | 37.5 | 36.8 | 36.0 | 35.3 | 34.6 | 33.9 | 33.2 | 43.6 | 40.4 | 37.2 | 34.2 |
| ZTE Dongles | 40.0 | 40.0 | 40.0 | 42.0 | 35.0 | 40.0 | 40.0 | 42.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 40.3 | 38.9 | 35.0 | 35.0 |
| Other MBB | 42.5 | 42.1 | 41.6 | 42.2 | 38.3 | 40.3 | 39.9 | 40.5 | 36.6 | 36.3 | 35.9 | 35.5 | 35.2 | 34.8 | 34.5 | 34.1 | 42.1 | 39.8 | 36.1 | 34.6 |
| Apple Ipad | 365.9 | 355.4 | 351.6 | 331.1 | 324.0 | 340.0 | 342.2 | 334.4 | 353.1 | 345.3 | 348.4 | 349.0 | 355.6 | 351.2 | 349.0 | 347.1 | 349.3 | 334.5 | 349.0 | 350.4 |
| Other Tablets | 407.5 | 325.1 | 297.5 | 238.1 | 237.4 | 219.9 | 197.5 | 194.1 | 197.8 | 172.9 | 161.0 | 150.9 | 162.4 | 155.8 | 147.2 | 138.1 | 286.6 | 209.5 | 167.5 | 148.7 |
| Total ASP | 229.0 | 219.0 | 227.0 | 217.0 | 230.0 | 230.0 | 222.0 | 224.0 | 218.7 | 211.1 | 206.3 | 207.2 | 207.7 | 206.0 | 199.4 | 196.8 | 222.6 | 226.3 | 210.4 | 202.1 |
| QCOM check | 229.0 | 219.0 | 227.0 | 217.0 | 230.0 | 230.0 | 222.0 | 224.0 | 231.0 | | | | | | | | 5% | 2% | -7% | -4% |
| Unpaid ASP | | | | | | | | | 100.2 | 107.0 | 108.2 | 107.3 | 106.6 | 107.1 | 106.1 | 104.7 | | | 106.6 | 106.1 |
| Paid ASP | | | | | | | | | 230.7 | 229.9 | 228.3 | 232.1 | 231.8 | 232.3 | 225.3 | 221.0 | | | 230.3 | 227.2 |

| CDMA/WCDMA Revenue | 1Q12A | 2Q12A | 3Q12A | 4Q12A | 1Q13A | 2Q13A | 3Q13A | 4Q13A | 1Q14A | 2Q14A | 3Q14E | 4Q14E | 1Q15E | 2Q15E | 3Q15E | 4Q15E | 2012 | 2013 | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apple/Foxconn | 9,198 | 6,880 | 7,922 | 13,929 | 10,643 | 8,590 | 11,028 | 15,146 | 13,592 | 10,333 | 11,632 | 18,269 | 14,899 | 12,562 | 12,398 | 17,114 | 37,928 | 45,407 | 53,827 | 56,973 |
| Samsung | 14,593 | 16,032 | 20,094 | 20,147 | 22,850 | 25,393 | 25,999 | 23,796 | 23,497 | 22,776 | 23,124 | 23,338 | 22,350 | 24,715 | 25,077 | 25,163 | 70,867 | 98,039 | 92,735 | 97,305 |
| Nokia | 2,579 | 2,243 | 1,536 | 1,868 | 1,652 | 1,684 | 1,921 | 1,808 | 1,489 | 1,568 | 1,705 | 1,810 | 1,553 | 1,851 | 1,985 | 2,294 | 8,225 | 7,064 | 6,571 | 7,682 |
| HTC | 2,297 | 3,053 | 2,394 | 2,067 | 1,433 | 2,359 | 1,591 | 1,438 | 1,086 | 2,161 | 1,462 | 1,378 | 1,194 | 1,351 | 1,291 | 1,135 | 9,812 | 6,822 | 6,089 | 4,970 |
| LG | 1,908 | 1,790 | 1,997 | 2,461 | 2,788 | 2,671 | 2,769 | 3,244 | 3,093 | 3,207 | 3,742 | 4,325 | 3,894 | 4,039 | 3,958 | 4,307 | 8,155 | 11,471 | 14,367 | 16,198 |
| Blackberry | 1,538 | 970 | 1,406 | 1,413 | 1,448 | 1,988 | 656 | 450 | 340 | 324 | 420 | 388 | 370 | 321 | 301 | 304 | 5,327 | 4,542 | 1,471 | 1,297 |
| Sony | 1,484 | 2,156 | 2,323 | 1,876 | 2,328 | 2,878 | 3,097 | 3,168 | 2,607 | 3,078 | 3,111 | 3,621 | 3,504 | 3,023 | 3,329 | 3,635 | 7,838 | 11,472 | 12,416 | 13,491 |
| Motorola | 1,828 | 1,260 | 1,400 | 1,292 | 952 | 978 | 1,164 | 1,238 | 1,450 | 1,730 | 1,588 | 1,557 | 1,281 | 1,375 | 1,700 | 1,694 | 5,780 | 4,332 | 6,325 | 6,051 |
| Sharp | 825 | 368 | 886 | 748 | 707 | 506 | 378 | 658 | 475 | 486 | 654 | 702 | 654 | 567 | 561 | 635 | 2,827 | 2,249 | 2,316 | 2,416 |
| Kyocera | 511 | 523 | 622 | 535 | 435 | 388 | 590 | 487 | 378 | 377 | 491 | 584 | 482 | 434 | 425 | 453 | 2,191 | 1,901 | 1,830 | 1,794 |
| Panasonic | 362 | 355 | 261 | 213 | 337 | 248 | 202 | 119 | 79 | 39 | - | - | - | - | - | - | 1,190 | 907 | 117 | - |
| NEC | 488 | 360 | 485 | 443 | 177 | 220 | 97 | 48 | - | - | - | - | - | - | - | - | 1,776 | 542 | - | - |
| Fujitsu | 1,047 | 1,075 | 1,440 | 1,074 | 735 | 445 | 560 | 692 | 783 | 347 | 471 | 589 | 648 | 577 | 508 | 754 | 4,636 | 2,433 | 2,190 | 2,488 |
| Pantech | 662 | 424 | 436 | 442 | 413 | 304 | 207 | 298 | 267 | 326 | 387 | 415 | 443 | 438 | 434 | 460 | 1,964 | 1,222 | 1,395 | 1,775 |
| Huawei | 950 | 1,127 | 1,273 | 1,717 | 1,390 | 1,515 | 1,790 | 2,261 | 1,767 | 2,676 | 2,830 | 3,027 | 2,510 | 2,862 | 3,082 | 3,298 | 5,067 | 6,956 | 10,300 | 11,751 |
| ZTE | 495 | 943 | 916 | 963 | 821 | 1,076 | 871 | 1,054 | 664 | 1,033 | 1,116 | 1,381 | 1,185 | 1,263 | 1,385 | 1,504 | 3,317 | 3,822 | 4,195 | 5,337 |
| Xiaomi | 477 | 471 | 333 | 718 | 796 | 1,345 | 1,034 | 1,588 | 1,844 | 2,993 | 3,465 | 3,960 | 3,420 | 4,180 | 4,560 | 4,940 | 1,999 | 4,762 | 12,262 | 17,100 |
| TCL | 71 | 147 | 200 | 243 | 156 | 322 | 435 | 671 | 554 | 739 | 844 | 968 | 784 | 862 | 939 | 1,098 | 661 | 1,584 | 3,105 | 3,683 |
| Coolpad | 378 | 416 | 361 | 694 | 571 | 666 | 598 | 673 | 720 | 871 | 1,098 | 1,320 | 761 | 828 | 1,044 | 1,255 | 1,849 | 2,507 | 4,009 | 3,888 |
| Lenovo | 227 | 463 | 631 | 895 | 654 | 1,014 | 1,192 | 1,471 | 1,054 | 1,308 | 1,312 | 1,380 | 1,285 | 1,352 | 1,496 | 1,637 | 2,217 | 4,332 | 5,053 | 5,771 |
| Other Handset | 2,503 | 1,501 | 2,328 | 2,054 | 1,222 | 1,769 | 1,857 | 1,058 | 1,160 | 2,018 | 3,175 | 3,841 | 3,419 | 3,713 | 4,018 | 4,051 | 8,386 | 5,936 | 10,194 | 15,202 |
| Huawei Dongles | 491 | 578 | 545 | 593 | 486 | 484 | 295 | 313 | 299 | 300 | 221 | 252 | 141 | 173 | 170 | 199 | 2,206 | 1,577 | 1,072 | 683 |
| ZTE Dongles | 240 | 280 | 140 | 126 | 140 | 160 | 160 | 84 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 786 | 544 | 280 | 280 |
| Other MBB | 71 | 74 | 76 | 80 | 56 | 63 | 66 | 68 | 53 | 56 | 59 | 60 | 51 | 53 | 56 | 57 | 301 | 253 | 227 | 216 |
| Apple Ipad | 1,727 | 2,059 | 1,826 | 2,270 | 1,893 | 1,638 | 1,592 | 2,782 | 1,847 | 1,653 | 1,630 | 2,931 | 2,336 | 1,931 | 1,926 | 3,230 | 7,882 | 7,906 | 8,062 | 9,425 |
| Other Tablets | 913 | 880 | 1,515 | 2,117 | 1,495 | 1,524 | 1,564 | 1,918 | 1,535 | 1,255 | 1,493 | 1,954 | 1,286 | 1,458 | 1,580 | 2,095 | 5,425 | 6,501 | 6,237 | 6,419 |
| Total CDMA/WCDMA rev. | 47,861 | 46,428 | 53,345 | 60,977 | 56,580 | 60,260 | 61,716 | 66,528 | 60,703 | 61,725 | 66,100 | 78,117 | 68,520 | 70,000 | 72,292 | 81,384 | 208,611 | 245,084 | 266,646 | 292,196 |
| % Change Y/Y | 31% | 19% | 29% | 18% | 18% | 30% | 16% | 9% | 7% | 2% | 7% | 17% | 13% | 13% | 9% | 4% | 23.7% | 17.5% | 8.8% | 9.6% |
| % Change Q/Q | -7% | -3% | 15% | 14% | -7% | 7% | 2% | 8% | -9% | 2% | 7% | 18% | -12% | 2% | 3% | 13% | | | | |
| Unpaid Revenue | | | | | | | | | 2,559 | 4,804 | 6,359 | 8,099 | 6,788 | 7,652 | 8,382 | 9,025 | | | 21,821 | 31,847 |
| Paid Revenue | | | | | | | | | 58,144 | 56,922 | 59,741 | 70,018 | 61,733 | 62,349 | 63,911 | 72,357 | | | 244,825 | 260,349 |

Source: Company reports, BMO Capital Markets Estimates





PX77

Page 3427

QUALCOMM Incorporated
Balance Sheet

tim.long@bmo.com
212.885.4101

| *Fiscal Year Ends September ($ in 000s or Ms)* | 2012A Dec | 2012A Mar | 2012A Jun | 2012A Sep | 2013A Dec | 2013A Mar | 2013A Jun | 2013A Sep | 2014E DecA | 2014E MarA | 2014E JunA | 2014E Sep | 2015E Dec | 2015E Mar | 2015E Jun | 2015E Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | | |
| Cash and Cash Equivalents | 4,964 | 5,998 | 3,412 | 3,807 | 4,293 | 4,093 | 2,533 | 6,142 | 8,292 | 6,337 | 7,944 | 7,972 | 8,885 | 9,780 | 10,696 | 11,330 |
| Investments | 6,576 | 9,081 | 9,983 | 8,567 | 8,982 | 9,400 | 8,928 | 8,824 | 8,988 | 10,291 | 10,209 | 10,209 | 10,209 | 10,209 | 10,209 | 10,209 |
| Accounts Receivable | 1,035 | 1,189 | 1,250 | 1,459 | 1,647 | 1,889 | 1,949 | 2,142 | 1,327 | 2,217 | 2,084 | 1,996 | 1,956 | 2,013 | 1,897 | 1,920 |
| Finance Receivables | | | | | | | | | | | | | | | | |
| Inventories | 714 | 781 | 820 | 1,030 | 1,277 | 1,484 | 1,727 | 1,302 | 1,064 | 1,147 | 1,185 | 1,408 | 1,606 | 1,462 | 1,527 | 1,648 |
| Other Current Assets | 745 | 812 | 912 | 782 | 904 | 900 | 835 | 1,145 | 914 | 1,016 | 986 | 1,175 | 1,173 | 1,014 | 996 | 1,202 |
| **Total Current Assets** | **14,034** | **17,861** | **16,377** | **15,645** | **17,103** | **17,766** | **15,972** | **19,555** | **20,585** | **21,008** | **22,408** | **22,760** | **23,829** | **24,478** | **25,326** | **26,309** |
| Property, Plant and Equipment | 2,607 | 2,760 | 2,888 | 2,851 | 2,874 | 2,971 | 2,974 | 2,995 | 2,562 | 2,573 | 2,555 | 2,590 | 2,630 | 2,670 | 2,745 | 2,780 |
| Marketable Securities | 10,438 | 11,489 | 13,152 | 14,463 | 15,096 | 17,046 | 18,941 | 14,440 | 14,330 | 15,425 | 14,563 | 14,563 | 14,563 | 14,563 | 14,563 | 14,563 |
| Other Assets | 6,903 | 5,814 | 6,185 | 6,136 | 5,839 | 5,841 | 4,927 | 4,550 | 4,593 | 4,643 | 4,646 | 4,976 | 5,134 | 5,434 | 5,336 | 5,260 |
| Finance Receivables | | | | | | | | | | | | | | | | |
| Goodwill | 3,624 | 3,607 | 3,843 | 3,917 | 3,929 | 3,975 | 3,995 | 3,976 | 4,212 | 4,226 | 4,183 | 4,183 | 4,183 | 4,183 | 4,183 | 4,183 |
| **Total Non-Current Assets** | **23,572** | **23,670** | **26,068** | **27,367** | **27,738** | **29,833** | **30,837** | **25,961** | **25,697** | **26,867** | **25,947** | **26,312** | **26,510** | **26,850** | **26,827** | **26,786** |
| **Total Assets** | **37,606** | **41,531** | **42,445** | **43,012** | **44,841** | **47,599** | **46,809** | **45,516** | **46,282** | **47,875** | **48,355** | **49,072** | **50,339** | **51,328** | **52,153** | **53,095** |
| **LIABILITIES** | | | | | | | | | | | | | | | | |
| Accounts Payable | 974 | 1,250 | 1,116 | 1,298 | 1,657 | 1,628 | 1,850 | 1,554 | 1,375 | 1,551 | 1,900 | 1,846 | 1,907 | 2,022 | 2,005 | 1,984 |
| Unearned Revenue | 543 | 558 | 547 | 545 | 733 | 514 | 482 | 501 | 470 | 625 | 705 | 670 | 695 | 720 | 690 | 655 |
| Payroll & Benefit related liabilities | 542 | 572 | 608 | 664 | 618 | 679 | 713 | 839 | 706 | 739 | 740 | 829 | 953 | 869 | 925 | 902 |
| Current Portion of Long Term Debt | 928 | 1,039 | 968 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Liabilities | 2,007 | 1,759 | 2,277 | 2,795 | 1,997 | 2,442 | 1,983 | 2,319 | 2,762 | 2,986 | 2,676 | 2,764 | 2,933 | 2,898 | 2,846 | 3,006 |
| **Total Current Liabilities** | **4,994** | **5,178** | **5,516** | **5,302** | **5,005** | **5,263** | **5,028** | **5,213** | **5,313** | **5,901** | **6,021** | **6,110** | **6,489** | **6,510** | **6,466** | **6,547** |
| Long Term Debt | | | | | | | | | | | | | | | | |
| Long Term unearned revenue | 3,535 | 3,894 | 3,809 | 3,739 | 3,516 | 3,697 | 3,679 | 3,666 | 3,566 | 3,367 | 3,168 | 3,113 | 3,038 | 2,963 | 2,908 | 2,853 |
| Other Liabilities | 580 | 589 | 515 | 426 | 966 | 1,011 | 519 | 550 | 376 | 354 | 379 | 484 | 440 | 362 | 391 | 451 |
| **Total Liabilities** | **9,109** | **9,661** | **9,840** | **9,467** | **9,487** | **9,971** | **9,226** | **9,429** | **9,255** | **9,622** | **9,568** | **9,707** | **9,967** | **9,835** | **9,765** | **9,850** |
| **STOCKHOLDERS' EQUITY** | | | | | | | | | | | | | | | | |
| Common Stock | | | | | | | | | | | | | | | | |
| Paid-in Capital | 10,749 | 11,983 | 12,096 | 11,956 | 12,282 | 12,991 | 12,316 | 9,874 | 9,506 | 9,347 | 8,346 | | | | | |
| Retained Earnings | 17,237 | 19,090 | 19,868 | 20,701 | 22,172 | 23,599 | 24,564 | 25,461 | 26,737 | 28,097 | 29,618 | | | | | |
| **Total Stockholders' Equity** | **28,497** | **31,870** | **32,605** | **33,545** | **35,354** | **37,628** | **37,583** | **36,087** | **37,027** | **38,253** | **38,787** | **39,365** | **40,372** | **41,493** | **42,388** | **43,245** |
| **Total Liabilities and SE** | **37,606** | **41,531** | **42,445** | **43,012** | **44,841** | **47,599** | **46,809** | **45,516** | **46,282** | **47,875** | **48,355** | **49,072** | **50,339** | **51,328** | **52,153** | **53,095** |
| **Total Shares Outstanding (F/D, in Ms)** | **1,721** | **1,743** | **1,758** | **1,745** | **1,751** | **1,763** | **1,765** | **1,738** | **1,722** | **1,719** | **1,714** | **1,709** | **1,704** | **1,699** | **1,694** | **1,689** |

Source: Company Reports and BMO Capital Markets





PX77
Page 3428

QUALCOMM-TABAK-0021910

**QUALCOMM Incorporated**
**Statement of Cash Flows**

| *Fiscal Year Ends September ($ in Millions)* | 2012A Dec | 2012A Mar | 2012A June | 2012A Sep | 2013A Dec | 2013A Mar | 2013A June | 2013A Sep | 2014E DecA | 2014E MarA | 2014E JuneA | 2014E Sep | 2015E Dec | 2015E Mar | 2015E June | 2015E Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Activites** | | | | | | | | | | | | | | | | |
| Net income / Income from Cont Ops | 1,395 | 2,199 | 1,203 | 1,263 | 1,903 | 1,863 | 1,578 | 1,501 | 1,874 | 1,958 | 2,237 | 2,276 | 2,404 | 2,464 | 2,248 | 2,292 |
| Depreciation and amortization | 208 | 211 | 221 | 257 | 241 | 248 | 255 | 273 | 272 | 289 | 292 | 183 | 186 | 189 | 192 | 197 |
| Goodwill Impairment | | 16 | 7 | | | | | | | | | | | | | |
| Non-Cash Charge for Impaired Assets | (31) | (30) | (31) | (30) | (31) | (31) | (31) | (30) | (31) | 19 | (31) | | | | | |
| Net loss (gain) on marketable sec. & other invs | (44) | (1,308) | (70) | (155) | (96) | (98) | (60) | (129) | (145) | (243) | (298) | | | | | |
| Change in fair values of deriv invs | | | (13) | | | | | | | | | | | | | |
| Other-than-temporary losses on mktbl secs & other invs | 20 | | | 19 | 10 | | | 36 | 37 | | | | | | | |
| Equity in losses of investees | | | | | | | | | | | | | | | | |
| Share-based compensation expense | 247 | 241 | 264 | 283 | 283 | 267 | 281 | 274 | 282 | 251 | 274 | | | | | |
| Incremental tax benefits from stock options exercised | (23) | (75) | (29) | (41) | (61) | (42) | (75) | (53) | (99) | (70) | (70) | | | | | |
| Non-cash income tax expense | 118 | 382 | (261) | 156 | 195 | (34) | 59 | 48 | 258 | 10 | (24) | | | | | |
| Other non-cash operating expenses / charges (credits) | | | | | | | | | | | | | | | | |
| Other non-cash non-operating expenses | (39) | 20 | 44 | 69 | 29 | 55 | 195 | 83 | (172) | 100 | 221 | | | | | |
| Purchases of Trading Securities | | | | | | | | | | | | | | | | |
| Increase (decrease) in cash from changes in: | | | | | | | | | | | | | | | | |
| Accounts receivable, net | (38) | (157) | (54) | (207) | (185) | (239) | (21) | (235) | 788 | (884) | 139 | 88 | 41 | (57) | 115 | (23) |
| Finance receivables, net | | | | | | | | | | | | | | | | |
| Inventories, net | 50 | (71) | (32) | (199) | (247) | (207) | (245) | 399 | 237 | (84) | (37) | (223) | (198) | 144 | (65) | (121) |
| Other current assets | (24) | 14 | (21) | (209) | (51) | (150) | 90 | (98) | 69 | 58 | 9 | (519) | (156) | (141) | 116 | (130) |
| Accounts payable, accrued & other liabilities | (17) | 43 | (241) | 245 | (11) | 591 | 70 | 409 | (490) | 423 | 51 | 229 | 310 | (82) | 15 | 175 |
| Unearned revenue | (43) | 403 | (65) | (42) | (4) | (7) | (19) | 45 | (99) | (13) | (90) | (90) | (50) | (50) | (85) | (90) |
| Other liabilities | | | | | | | | | | | | | | | | |
| **Net Cash (used) provided by operating activities** | **1,779** | **1,888** | **922** | **1,409** | **1,975** | **2,216** | **2,077** | **2,523** | **2,781** | **1,814** | **2,673** | **1,944** | **2,537** | **2,466** | **2,536** | **2,301** |
| **Investing Activities** | | | | | | | | | | | | | | | | |
| Capital expenditures | (359) | (276) | (399) | (250) | (205) | (289) | (314) | (200) | (210) | (587) | (158) | (208) | (158) | (108) | (158) | (208) |
| Cash effect of sale of Vesper Oper. Cos., incl. cash bal | | | | | | | | | | | | | | | | |
| Purchase of of available-for-sale securities | (3,164) | (5,009) | (4,768) | (3,707) | (4,259) | (4,160) | (4,663) | (1,839) | (2,840) | (5,772) | (2,488) | | | | | |
| Proceeds from sale of available-for-sale securities | 1,751 | 1,940 | 2,231 | 4,084 | 3,250 | 2,306 | 2,805 | 6,157 | 2,941 | 3,516 | 4,060 | | | | | |
| Collection of notes receivable | | | | | | | | | | | | | | | | |
| Other investments and acquisitions | (300) | (28) | (343) | (156) | (39) | (345) | (142) | (13) | (315) | (41) | (548) | | | | | |
| Other items, net | 4 | 1,868 | (23) | (7) | 26 | 44 | (2) | (4) | 869 | (19) | 40 | | | | | |
| **Net Cash used by investing activities** | **(2,068)** | **(1,505)** | **(3,302)** | **(2)** | **(1,227)** | **(2,444)** | **(2,316)** | **4,449** | **445** | **(2,903)** | **906** | **(208)** | **(158)** | **(108)** | **(158)** | **(208)** |
| **Financing Activities** | | | | | | | | | | | | | | | | |
| Proceeds from issuance of common stock | 228 | 907 | 223 | 355 | 340 | 407 | 217 | 561 | 441 | 512 | 194 | | | | | |
| Repurchase & retirement of common stock | (99) | | (373) | (841) | (250) | | (1,039) | (3,321) | (1,002) | (1,002) | (1,350) | (1,000) | (750) | (750) | (750) | (750) |
| Incremental tax benefits from stock options exercised | 23 | 75 | 29 | | 61 | 42 | 75 | | 99 | 70 | 70 | | | | | |
| Proceeds from put options | | | | 41 | | | | 53 | | | | | | | | |
| Dividends Paid | (362) | (366) | (429) | (426) | (428) | (431) | (604) | (592) | (590) | (589) | (706) | (718) | (716) | (714) | (711) | (709) |
| Other items, net | 19 | (59) | 325 | (146) | 2 | (4) | 37 | (66) | (21) | 141 | (184) | | | | | |
| **Net cash provided (used) by financing activities** | **(191)** | **638** | **(187)** | **(1,017)** | **(275)** | **14** | **(1,272)** | **(3,365)** | **(1,073)** | **(868)** | **(1,976)** | **(1,718)** | **(1,466)** | **(1,464)** | **(1,461)** | **(1,459)** |
| Net cash provided (used) by discontinued operations | | | | | 13 | 18 | (46) | | (4) | 4 | | | | | | |
| Effect of exchange rate changes on cash | (18) | 13 | | 5 | | (4) | -3 | 2 | 1 | (2) | 4 | | | | | |
| **Net Increase (Decrease) in Cash and CE** | **(498)** | **1,034** | **(2,567)** | **395** | **486** | **(200)** | **(1,560)** | **3,609** | **2,150** | **(1,955)** | **1,607** | **18** | **913** | **895** | **916** | **634** |
| Cash and Cash Equivalents at Beginning of Period | 5,452 | 4,954 | 5,988 | 3,421 | 3,816 | 4,302 | 4,102 | 2,542 | 6,151 | 8,301 | 6,346 | 7,953 | 7,972 | 8,885 | 9,780 | 10,696 |
| **Cash and Cash Equivalents at End of Period** | **4,954** | **5,988** | **3,421** | **3,816** | **4,302** | **4,102** | **2,542** | **6,151** | **8,301** | **6,346** | **7,953** | **7,972** | **8,885** | **9,780** | **10,696** | **11,330** |

**Source: Company Reports and BMO Capital Markets**



PX77

Page 3429

# QUALCOMM Incorporated (QCOM)




| FYE (Sep.) | EPS US$ | P/E Hi | P/E Lo | DPS US$ | Yield% Hi | Yield% Lo | Payout % | BV US$ | P/B Hi | P/B Lo | ROE % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1992 | -0.01 | na | na | 0.00 | 0.0 | 0.0 | 0 | 0.1 | 9.0 | 3.9 | |
| 1993 | 0.02 | >100 | 19.5 | 0.00 | 0.0 | 0.0 | 0 | 0.3 | 9.3 | 1.3 | 10 |
| 1994 | 0.03 | 90.4 | 31.3 | 0.00 | 0.0 | 0.0 | 0 | 0.3 | 8.5 | 2.9 | 10 |
| 1995 | 0.03 | >100 | 42.2 | 0.00 | 0.0 | 0.0 | 0 | 0.8 | 4.4 | 1.6 | 6 |
| 1996 | 0.02 | >100 | 94.9 | 0.00 | 0.0 | 0.0 | 0 | 0.8 | 4.3 | 2.4 | 3 |
| 1997 | 0.07 | 58.0 | 31.6 | 0.00 | 0.0 | 0.0 | 0 | 0.9 | 4.3 | 2.4 | 8 |
| 1998 | 0.11 | 40.9 | 23.3 | 0.00 | 0.0 | 0.0 | 0 | 0.9 | 5.3 | 3.0 | 12 |
| 1999 | 0.30 | 82.9 | 7.9 | 0.00 | 0.0 | 0.0 | 0 | 2.2 | 11.2 | 1.1 | 20 |
| 2000 | 0.53 | >100 | 35.9 | 0.00 | 0.0 | 0.0 | 0 | 3.7 | >15 | 5.2 | 18 |
| 2001 | 0.49 | >100 | 43.5 | 0.00 | 0.0 | 0.0 | 0 | 3.2 | >15 | 6.7 | 14 |
| 2002 | 0.49 | 63.8 | 23.7 | 0.00 | 0.0 | 0.0 | 0 | 3.5 | 9.0 | 3.4 | 15 |
| 2003 | 0.84 | 27.4 | 14.9 | 0.14 | 1.1 | 0.6 | 17 | 4.8 | 4.8 | 2.6 | 20 |
| 2004 | 1.14 | 36.1 | 17.6 | 0.14 | 0.7 | 0.3 | 12 | 5.9 | 7.0 | 3.4 | 21 |
| 2005 | 1.17 | 38.5 | 27.4 | 0.36 | 1.1 | 0.8 | 31 | 6.8 | 6.6 | 4.7 | 18 |
| 2006 | 1.64 | 32.3 | 20.0 | 0.48 | 1.5 | 0.9 | 29 | 8.1 | 6.5 | 4.0 | 22 |
| 2007 | 2.01 | 23.7 | 17.0 | 0.56 | 1.6 | 1.2 | 28 | 9.6 | 5.0 | 3.5 | 23 |
| 2008 | 2.24 | 25.4 | 9.2 | 0.64 | 3.1 | 1.1 | 29 | 10.4 | 5.5 | 2.0 | 22 |
| 2009 | 1.46 | 36.7 | 14.1 | 0.68 | 3.3 | 1.3 | 47 | 12.8 | 4.2 | 1.6 | 13 |
| 2010 | 2.46 | 20.2 | 12.9 | 0.76 | 2.4 | 1.5 | 31 | 12.9 | 3.8 | 2.4 | 19 |
| 2011 | 3.20 | 18.7 | 12.2 | 0.86 | 2.2 | 1.4 | 27 | 16.0 | 3.7 | 2.4 | 22 |
| 2012 | 3.72 | 18.5 | 12.5 | 1.00 | 2.2 | 1.5 | 27 | 19.7 | 3.5 | 2.4 | 21 |
| 2013 | 4.60 | 15.3 | 12.5 | 1.40 | 2.4 | 2.0 | 30 | 21.4 | 3.3 | 2.7 | 22 |
| Range*: | | >100 | 7.9 | | 3.3 | 0.0 | | | >15 | 1.1 | |
| Current* | 5.16 | 14.3 | | 1.68 | 2.3 | | 33 | 21.4 | 3.4 | | 24 |
| Growth(%): | | | | | | | | | | | |
| 5 Year: | 28.9 | | | 19.8 | | | | 15.6 | | | |
| 10 Year: | 18.1 | | | 28.2 | | | | 16.2 | | | |
| 20 Year: | 27.5 | | | nm | | | | 24.0 | | | |

QCOM - Rating as of 16-May-11 = OP

* Current EPS is the 4 Quarter Trailing to Q3/2014.
* Valuation metrics are based on high and low for the fiscal year.
* Range indicates the valuation range for the period presented above.

Last Price ( August 8, 2014): $73.88
Sources: IHS Global Insight, Thomson Reuters, BMO Capital Markets.



PX77

Page 3430

## IMPORTANT DISCLOSURES

**Analyst's Certification**
I, Tim Long, hereby certify that the views expressed in this report accurately reflect my personal views about the subject securities or issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Analysts who prepared this report are compensated based upon (among other factors) the overall profitability of BMO Capital Markets and their affiliates, which includes the overall profitability of investment banking services. Compensation for research is based on effectiveness in generating new ideas and in communication of ideas to clients, performance of recommendations, accuracy of earnings estimates, and service to clients.

Analysts employed by BMO Nesbitt Burns Inc. and/or BMO Capital Markets Ltd. are not registered as research analysts with FINRA (exception: Alex Arfaei). These analysts may not be associated persons of BMO Capital Markets Corp. and therefore may not be subject to the NASD Rule 2711 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**Company Specific Disclosure**
Disclosure 9: BMO Capital Markets makes a market in this security.

**Methodology and Risks to Price Target/Valuation**
**Methodology:** Price to Earnings.
**Risks:** 3G device adoption is slower than anticipated. MSM sales slow due to excess channel inventory.

**Distribution of Ratings (June 30, 2014)**

| Rating Category | BMO Rating | BMOCM US Universe* | BMOCM US IB Clients** | BMOCM US IB Clients*** | BMOCM Universe**** | BMOCM IB Clients***** | Starmine Universe |
|---|---|---|---|---|---|---|---|
| Buy | Outperform | 44.1% | 21.1% | 67.5% | 43.3% | 58.6% | 55.4% |
| Hold | Market Perform | 50.9% | 8.4% | 31.3% | 51.2% | 39.9% | 39.5% |
| Sell | Underperform | 5.0% | 3.4% | 1.3% | 5.5% | 1.5% | 5.1% |

* Reflects rating distribution of all companies covered by BMO Capital Markets Corp. equity research analysts.
** Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage within ratings category.
*** Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage of Investment Banking clients.
**** Reflects rating distribution of all companies covered by BMO Capital Markets equity research analysts.
***** Reflects rating distribution of all companies from which BMO Capital Markets has received compensation for Investment Banking services as percentage of Investment Banking clients.

**Rating and Sector Key (as of April 5, 2013):**
We use the following ratings system definitions:
OP = Outperform - Forecast to outperform the analyst's coverage universe on a total return basis
Mkt = Market Perform - Forecast to perform roughly in line with the analyst's coverage universe on a total return basis
Und = Underperform - Forecast to underperform the analyst's coverage universe on a total return basis
(S) = speculative investment;
NR = No rating at this time;
R = Restricted – Dissemination of research is currently restricted.

BMO Capital Markets' seven Top 15 lists guide investors to our best ideas according to different objectives (CDN Large Cap, CDN Small Cap, US Large Cap, US Small cap, Income, CDN Quant, and US Quant have replaced the Top Pick rating).

**Prior BMO Capital Markets Ratings System (January 4, 2010–April 4, 2013):**
http://researchglobal.bmocapitalmarkets.com/documents/2013/prior_rating_system.pdf

**Other Important Disclosures**
For Other Important Disclosures on the stocks discussed in this report, please go to http://researchglobal.bmocapitalmarkets.com/Public/Company_Disclosure_Public.aspx or write to Editorial Department, BMO Capital Markets, 3 Times Square, New York, NY 10036 or Editorial Department, BMO Capital Markets, 1 First Canadian Place, Toronto, Ontario, M5X 1H3.

**Dissemination of Research**
BMO Capital Markets Equity Research is available via our website https://research-ca.bmocapitalmarkets.com/Public/Secure/Login.aspx?ReturnUrl=/Member/Home/ResearchHome.aspx. Institutional clients may also receive our research via Thomson Reuters, Bloomberg, FactSet, and Capital IQ. Research reports and other commentary are required to be simultaneously disseminated internally and externally to our clients.

**General Disclaimer**
BMO Capital Markets" is a trade name used by the BMO Investment Banking Group, which includes the wholesale arm of Bank of Montreal and its subsidiaries BMO Nesbitt Burns Inc., BMO Capital Markets Ltd. in the U.K. and BMO Capital Markets Corp. in the U.S. BMO Nesbitt Burns Inc., BMO Capital Markets Ltd. and BMO Capital Markets Corp are affiliates. Bank of Montreal or its subsidiaries ("BMO Financial Group") has lending arrangements with, or provide other remunerated services to, many issuers covered by BMO Capital Markets. The opinions, estimates and projections contained in this report are those of BMO Capital Markets as of the date of this report and are subject to change without notice. BMO Capital Markets endeavours to ensure that the contents have been compiled or derived from sources that we believe are reliable and contain information and opinions that are accurate and complete. However, BMO Capital Markets makes no representation or warranty, express or implied, in respect thereof, takes no responsibility for any errors and omissions contained herein and accepts no liability whatsoever for any loss arising from any use of, or reliance on, this report or its contents. Information may be available to BMO Capital Markets or its affiliates that is not reflected in this report. The information in this report is not intended to be used as the primary basis of investment decisions, and because of individual client objectives, should not be construed as advice designed to meet the particular investment needs of any investor. This material is for information purposes only and is not an offer to sell or the solicitation of an offer to buy any security. BMO Capital Markets or its affiliates will buy from or sell to customers the securities of issuers mentioned in this report on a principal basis. BMO Capital Markets or its affiliates, officers, directors or employees have a long or short position in many of the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. The reader should assume that BMO Capital Markets or its affiliates may have a conflict of interest and should not rely solely on this report in evaluating whether or not to buy or sell securities of issuers discussed herein.

**Additional Matters**
To Canadian Residents: BMO Nesbitt Burns Inc. furnishes this report to Canadian residents and accepts responsibility for the contents herein subject to the terms set out above. Any Canadian person wishing to effect transactions in any of the securities included in this report should do so through BMO Nesbitt Burns Inc.
The following applies if this research was prepared in whole or in part by Andrew Breichmanas, Iain Reid, Tony Robson, David Round, Edward Sterck or Brendan Warn: This research is not prepared subject to Canadian disclosure requirements. This research is prepared by BMO Capital Markets Limited and subject to the regulations of the Financial Conduct Authority (FCA) in the United Kingdom. FCA regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 5% or more of the equity of the issuer. Canadian regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 1% or more of the equity of the issuer that is the subject of the research. Therefore BMO Capital Markets Limited will only disclose its and its affiliates ownership interest in the subject issuer if such ownership exceeds 5% of the equity of the issuer.
To U.S. Residents: BMO Capital Markets Corp. furnishes this report to U.S. residents and accepts responsibility for the contents herein, except to the extent that it refers to securities of Bank of Montreal. Any U.S. person wishing to effect transactions in any security discussed herein should do so through BMO Capital Markets Corp.
To U.K. Residents: In the UK this document is published by BMO Capital Markets Limited which is authorised and regulated by the Financial Conduct Authority. The contents hereof are intended solely for the use of, and may only be issued or passed on to, (I) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order") or (II) high net worth entities falling within Article 49(2)(a) to (d) of the Order (all such persons together referred to as "relevant persons"). The contents hereof are not intended for the use of and may not be issued or passed on to, retail clients.

Unauthorized reproduction, distribution, transmission or publication without the prior written consent of BMO Capital Markets is strictly prohibited.

Click here for data vendor disclosures when referenced within a BMO Capital Markets research document.

**ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST**

BMO Financial Group (NYSE, TSX: BMO) is an integrated financial services provider offering a range of retail banking, wealth management, and investment and corporate banking products. BMO serves Canadian retail clients through BMO Bank of Montreal and BMO Nesbitt Burns. In the United States, personal and commercial banking clients are served by BMO Harris Bank N.A. (Member FDIC). Investment and corporate banking services are provided in Canada and the US through BMO Capital Markets.

BMO Capital Markets is a trade name used by BMO Financial Group for the wholesale banking businesses of Bank of Montreal, BMO Harris Bank N.A. (Member FDIC), BMO Ireland Plc, and Bank of Montreal (China) Co. Ltd. and the institutional broker dealer businesses of BMO Capital Markets Corp. (Member SIPC) and BMO Capital Markets GKST Inc. (Member SIPC) in the U.S., BMO Nesbitt Burns Inc. (Member Canadian Investor Protection Fund) in Canada, Europe and Asia, BMO Capital Markets Limited in Europe and Australia, and BMO Advisors Private Limited in India.

Nesbitt Burns" is a registered trademark of BMO Nesbitt Burns Corporation Limited, used under license. "BMO Capital Markets" is a trademark of Bank of Montreal, used under license. "BMO (M-Bar roundel symbol)" is a registered trademark of Bank of Montreal, used under license.

® Registered trademark of Bank of Montreal in the United States, Canada and elsewhere.
TM Trademark Bank of Montreal

**©COPYRIGHT 2014 BMO CAPITAL MARKETS CORP**

A member of BMO Financial Group

# PX 78

## (Filed Under Seal)

# PX 79

## (Filed Under Seal)

# PX 80

## Licensing/IPR Overview Conference Call & Webcast

SAN DIEGO Jul 10, 2006 (Thomson StreetEvents) -- Edited Transcript of Qualcomm Inc conference call or presentation Wednesday, June 21, 2006 at 5:00:00pm GMT

CORPORATE PARTICIPANTS

- Christine Trimble, QUALCOMM - Sr. Director, Corp. Communications
- Kanwalinder Singh, QUALCOMM - President, QUALCOMM India and SAARC
- Mike Hartogs, QUALCOMM - VP & Division Counsel, QUALCOMM Technology Licensing
- Jeffrey Belk, QUALCOMM - SVP, Marketing

CONFERENCE CALL PARTICIPANTS

- Dehendra Tribadi, - Analyst
- Sadil Jaferi, - Analyst
- Radish Alir, - Analyst

# PRESENTATION

**Operator**

Good morning. My name is Alene and I will be your conference operator today. At this time, I would like to welcome everyone to the licensing program overview conference call. All lines have been placed on mute to prevent any background noise. After the speakers' remarks, there will be a question and answer session. (OPERATOR INSTRUCTIONS). I would now like to turn the conference over to Ms. Christine Trimble, Senior Director of Corporate Communications. Ms. Trimble, please go ahead.

**Christine Trimble**, QUALCOMM - Sr. Director, Corp. Communications

Thank you. Good morning and welcome to QUALCOMM's webcast. Thank you for joining us today. There has been a lot of interest recently in QUALCOMM's business model and licensing program, so this presentation is designed to give you an overview.

I'd first like to introduce the QUALCOMM executives who will be participating in today's event. We have Kanwalinder Singh, President of QUALCOMM India; Mike Hartogs, Vice President and Division Counsel for QUALCOMM Technology Licensing; and Jeff Belk, Senior Vice President of Marketing for QUALCOMM.

We will start today with introductory remarks from Kanwalinder Singh followed by a presentation by Mike Hartogs and then we will open it up to Q&A. The presentation should take approximately 30 to 35 minutes and then we will have about 20 minutes for a question-and-answer period.

Before we start the presentation, I would like to mention that we may make forward-looking statements in this presentation and that for more information on QUALCOMM, I encourage you to visit our website and view our reports filed with the Securities and Exchange Commission.

Now I would like to turn it over to Kanwalinder Singh.

**Kanwalinder Singh**, QUALCOMM - President, QUALCOMM India and SAARC

Thanks, Christine. Hello, everybody. We at QUALCOMM are very excited about the growth of the wireless industry in India and within that, the growth of CDMA over the last few years. Let me review a few quick facts with you before we start.

CDMA was a later start around 2002, 2003 now has 30% market share in the market. Some quick numbers. India today is at about 107 million wireless subscribers out of which CDMA is about 32 million and GSM is about 75 million. And like I said, we're extremely excited for having contributed to the growth of the wireless industry in India and we look forward to the goals that have been set by the government to very quickly reach 250 million and then 500 million subscribers. Very quickly, let's review why this has happened. Again, the catalyst has been CDMA. CDMA operators, operators like Reliance Communications, and [Padatella] Services, BS&L and others, use the advantages offered by CDMA to introduce service innovations, both in terms of value added services and world leading tariffs. As a result, India went from being among the highest tariffs in the world to among the lowest today. This caused subscribers to come in but still the challenge was handset pricing. QUALCOMM, working with its partners, operators, handset manufactures and the rest of the ecosystem worked this issue to. And today, the handset yet ASP's, average selling prices, these are prices that manufactures sell the handsets to operators, [BVSB's] for CDMA operators are now among the lowest in the world. Recent numbers indicate that we are now very close to $40 wholesale ASP for all manufactures to the operators. These two factors together, leveraging the CDMA advantages on an effort side and as a technology for service innovations and tariff innovations, coupled with world leading handset average selling prices, has created the growth for CDMA, not only the growth for CDMA, but also forced the GSM operators to come from very high tariffs and very high handset prices to where things are.

This kind of competition is very good for the market. We think this kind of competition that QUALCOMM business model enables is what is necessary to now look ahead to cause the 250 million mark to be crossed and beyond that, the 500 million mark to be crossed.

And with those brief remarks, I would like to repeat Christine's comment that over the last few weeks, there have been reports which indicate misunderstandings and perhaps some misinformation about QUALCOMM's business model and the licensing program and this particular call is intended to walk you through the QUALCOMM license model and answer any questions that you might have. Thank you very much.

**Christine Trimble**, QUALCOMM - Sr. Director, Corp. Communications

And now, Mike Hartogs will be giving the presentation.

**Mike Hartogs**, QUALCOMM - VP & Division Counsel, QUALCOMM Technology Licensing

PX80

Page 3450

EXHIBIT 59
Deponent Hartogs
Date 6/24/22 Rptr. Ut
WWW.DEPOBOOKPRODUCTS.COM

and GSM pricing. This slide recently made available through research by the industry analyst group, Yankee Group, that looked at both the distribution of sales of below $50 low-priced handsets for both GSM and CDMA.

Now while admittedly, there is a small price differential for CDMA and GSM handsets, it's on the order of about $4? And notwithstanding that, the sales volume of CDMA handsets under $50 have far exceeded the number of GSM handsets at that level. In fact, nearly two-thirds of all CDMA handsets sold into India today are priced below $50 and over 98% of them are priced below $75. Not shown in this slide is the comparison of the overall average market selling prices for GSM. And CDMA and they're interestingly enough the average selling price for the GSM phone in India far exceeds the average selling price of CDMA phones. It is I think more than a $30 differential. That number I think Yankee has in their report.

One quick aside, as WCDMA, which is going to be the successor technology for many of the GSM networks, has been proliferating, we have seen a rapid price decline there that in fact has shown faster and greater declines than GSM did even in its early days. And as indicated, we believe this is due in large part to the competitive landscape that has been able by QUALCOMM's licensing programs and availability of its enabling technologies. On a global basis, we're seeing low-end phones now in WCDMA on the order of $140 and continuing to come down to where WCDMA begins to look price competitive with even GSM at least in the mid range.

So in summary, QUALCOMM, while hearing a lot of things about our licensing program that aren't entirely flattering actually believes and has demonstrated that QUALCOMM's licensing program promotes vibrant competition in the wireless industry. We have never increased our standard royalty rate although our patent portfolio has grown substantially. And the ultimate effect of our licensing and cross licensing program is the actual reduction in overall royalty stacking. We continue to develop new products and technologies funneling revenues generated back into R&D as evidenced by the $1 billion R&D investment in 2005, enhancing a number of different interface technologies, chip developments and software, which are made available to all of our customers and licensees. And we continue driving this process into 2006.

**Christine Trimble**, QUALCOMM - Sr. Director, Corp. Communications

Thanks, Mike. We're now going to move to the question-and-answer section. We will first answer a few of the questions that were submitted prior to this webcast and then we will open the line up and take questions from the Web and from the phone line. We'll try to get through as many of the questions as we can and our apologies if we're not able to get to each and every question.

The first question is from Mike and it is, can you explain the royalty structure for CDMA handsets sold in India?

**Mike Hartogs**, QUALCOMM - VP & Division Counsel, QUALCOMM Technology Licensing

Thanks, Christine. Yes, as I think we walked through in some detail and I can be more specific about it is the QUALCOMM licenses manufacturing companies. We don't license operators to use our equipment. We provide handset manufactures the right to use QUALCOMM patents, which patents are then exhausted by the sale of those handsets by the manufactures to the operators. We can't go into the details of our license agreements, each of which are confidential with our respective licensees. But it is important to understand that we charge a royalty on the sale of handsets based on the wholesale price of the handset to the operator and no subsequent royalty is charged to the wireless operator. As indicated we are aware of significant media coverage distorting and misrepresenting QUALCOMM's licensing and royalty practices and it's very important to understand that in fact the royalty revenues paid per handset in India are actually the lowest in the world. We have seen frequent comparisons to China but in fact the average royalty per handset sold in India is about 15% lower than the average royalty paid for handsets sold in China.

We don't comment specifically on our license agreement royalty terms because of the confidentiality issues. A number of analysts have speculated or suggested that they would be in the 4 to 5% range. Unless without confirming whether these are or not the numbers, it's pretty easy to tell that at the price points we're seeing in India, the effect of a 4 to 5% royalty on a $40 phone is rather negligible, particularly as compared to what it would be if the royalty rate were only half of that, it references a possible drop between $2 and $1. But hardly a significant driver of cost reductions. And the fact that we're seeing continuing and aggressive price reductions, these are both available and driven by non royalty factors and our efforts have been to continue working on the price drivers.

**Christine Trimble**, QUALCOMM - Sr. Director, Corp. Communications

Our next question received is, would QUALCOMM be willing to negotiate with Reliance on royalties?

**Mike Hartogs**, QUALCOMM - VP & Division Counsel, QUALCOMM Technology Licensing

As I just indicated, we don't have a royalty agreement with Reliance. Reliance buys equipment for manufactures with whom we do have agreements. And as I indicated previously, the overall contributor of royalty to the cost structure of a handset is relatively small, particularly with respect to the pricing of handsets we're seeing in the CDMA networks in India.

**Christine Trimble**, QUALCOMM - Sr. Director, Corp. Communications

Our next question is for Jeff Belk. What is QUALCOMM's reaction to the speculation that Reliance's plans to deploy GSM?

**Jeffrey Belk**, QUALCOMM - SVP, Marketing

Well again, we won't comment specifically on any operator's decisions. We suggest folks speak directly with the operators, but what is clear is that there are some unique situations within the spectrum policy that makes the contemplation of GSM attractive because the regulators are providing twice as much spectrum for GSM as CDMA.

The disadvantages of a move are numerous. If there is a cost of deploying a new network and the long-term challenge of having moved back to 2G1 operators around the world are rapidly moving forward toward 3G. And this is a key point because the growth worldwide is on both of the 3G variants. CDMA 2000 is currently deployed by Reliance and the WCDMA version as well. In fact, recently, in the last couple of weeks, in Japan, it was announced that both Japanese operators, DoKoMo with WCDMA and KDDI with CDMA 2000 have gotten to the point where the majority of Japanese wireless subscribers are on 3G networks. So there' (indiscernible) for any operator currently running a 3G network to continue to evolve that 3G network because it's more especially efficient, both for low and high-end users and gives the operator the ability to evolve to deliver ever more compelling advanced services.

PX80

**Christine Trimble**, QUALCOMM - Sr. Director, Corp. Communications