# PX 326

IR magazine research report
How IR teams interact with the board
Please click here to read the report

APR 30, 2007

# How they do it at Qualcomm

By Staff Writers

## Since succeeding Julie Cunningham as vice president of IR at Qualcomm in 2003, Bill Davidson has gained a second title: vice president of global marketing. It's unusual to see an Iro with such a high-profile sales role, but the positions are not so different.

Since succeeding Julie Cunningham as vice president of IR at Qualcomm in 2003, Bill Davidson has gained a second title: vice president of global marketing. It's unusual to see an Iro with such a high-profile sales role, but the positions are not so different – at least in Davidson's eyes. 'The shareholders and the sell-side analysts are my customers and the product we have is information,' he says. Sales makes him especially conscious of company image, which is



Login

IR magazine

# Why subscribe?

- Receive data-driven research
- Hear directly from the investment community
- Benchmark against your peers
- Multi-user access
- Full access to all digital event replays
- Unlimited access to all online articles

---



**Investor Perception Study – Europe 2022**

Subscribe

# PX 327

Qualcomm Products Support Company

Back to All

PRESS RELEASE

# Qualcomm Promotes William F. Davidson, Jr. to Senior Vice President

May 20, 2007 SAN DIEGO

Qualcomm Incorporated (Nasdaq: QCOM), a leading developer and innovator of Code Division Multiple Access (CDMA) and other advanced wireless technologies, today announced the promotion of William F. Davidson, Jr. to senior vice president of global marketing and investor relations. Davidson's scope increased last year with the addition of marketing and corporate communications to his existing responsibility of investor relations.

"Bill's industry knowledge and experience are great assets to the Company as we introduce innovative new technologies into existing and new geographic markets," said Steve Altman, president of Qualcomm. "The complexity and breadth of issues Qualcomm faces today require his agility, management talent and decisive approach. His diverse leadership skills and success in proactively engaging key constituents – from investors to media – has helped Qualcomm to be recognized as more proactive and open in communications."

Provide Feedback

PX327

Qualcomm

appointed vice president of Qualcomm investor relations in 2003 and previously served as vice president of carrier relations for Qualcomm Internet Services. Prior to joining Qualcomm, Davidson served as senior vice president of corporate affairs and carrier relations at Aether Systems, where he acted as a liaison between the company and wireless carriers, negotiated network carrier contracts and formed joint marketing agreements. He spent 13 years at Bell Atlantic that included substantial experience within the wireline business at New Jersey Bell, as well as serving subsequently as vice president of wireless data sales and marketing for Bell Atlantic Mobile. Davidson also served as vice president of commercial sales operations for GE Capital's telecommunications financial services division.

Qualcomm Incorporated (www.qualcomm.com) is a leader in developing and delivering innovative digital wireless communications products and services based on CDMA and other advanced technologies. Headquartered in San Diego, Calif., Qualcomm is included in the S&P 500 Index and is a 2007 FORTUNE 500® company traded on The Nasdaq Stock Market® under the ticker symbol QCOM.

###

Provide Feedback

Qualcomm and Snapdragon products mentioned within this press release are offered by Qualcomm Technologies, Inc. and/or its subsidiaries.
Qualcomm and Snapdragon are registered trademarks of Qualcomm Incorporated.

PX327

# PX 328

## (Filed Under Seal)

# PX 329

## (Filed Under Seal)

# PX 330

## (Filed Under Seal)

# PX 331

| **Certified Securities Class Actions Rejecting *Comcast* Arguments** |
|---|
| 1. *City of Birmingham Relief & Retirement Sys. v. Acadia Pharm.*, 2024 WL 1060079, at *14-17 (S.D. Cal. Mar. 11, 2024) |
| 2. *Halman Aldubi Provident & Pension Funds Ltd. v. Teva Pharm. Ind. Ltd.*, 2023 WL 7285167, at *21-23 (E.D. Pa. Nov. 3, 2023) |
| 3. *Erikson v. Jernigan Capital, Inc.*, --- F. Supp. 3d ----, 2023 WL 5966785, at *3-4 (S.D.N.Y. Sept. 14, 2023) |
| 4. *In re NIO, Inc. Sec. Litig.*, 2023 WL 5048615, at *16 (E.D.N.Y. Aug. 8, 2023) |
| 5. *Industriens Pensionsforsikring A/S v. Becton, Dickinson & Co.*, 2023 WL 4981716, at *7-8 (D.N.J. Aug. 3, 2023) |
| 6. *Luna v. Carbonite, Inc.*, 2023 WL 4539855, at *11 (D. Mass. July 14, 2023) |
| 7. *Sheet Metal Workers Nat'l Pension Fund v. Bayer Aktiengesellschaft*, 2023 WL 3569981, at *8 (N.D. Cal. May 19, 2023) |
| 8. *Boston Retirement Sys. v. Alexion Pharm.*, 2023 WL 2932485, at *13-14 (D. Conn. Apr. 13, 2023) |
| 9. *Gunaratna v. Dennis Gross Cosmetology LLC*, 2023 WL 5505052, at *18-21 (C.D. Cal. Apr. 4, 2023) |
| 10. *Ferris v. Wynn Resorts Ltd.*, 2023 WL 2337364, at *11-12 (D. Nev. Mar. 1, 2023) |
| 11. *Malriat v. QuantumScape Corp.*, 2022 WL 17974629, at *14-15 (N.D. Cal. Dec. 19, 2022) |
| 12. *Purple Mountain Tr. v. Wells Fargo & Co.*, 2022 WL 3357835, at *5-6 (N.D. Cal. Aug. 15, 2022) |
| 13. *In re EQT Corp. Sec. Litig.*, 2022 WL 3293518, at *26-28 (W.D. Pa. Aug, 11, 2022) |
| 14. *Boston Ret. Sys. v. Uber Techs. Inc.*, 2022 WL 2954937, at *3-4 (N.D. Cal. Jul. 26, 2022) |
| 15. *Strougo v. Tivity Health, Inc.*, 2022 WL 2037966, at *9-10 (M.D. Tenn. Jun. 7, 2022) |
| 16. *City of Sunrise Firefighters' Pension Fund v. Oracle Corp.*, 2022 WL 1459567, at *7-11 (N.D. Cal. May 9, 2022) |
| 17. *Junge v. Geron Corp.*, 2022 WL 1002446, at *5-7 (N.D. Cal. Apr. 2, 2022) |
| 18. *In re Vale S.A. Sec. Litig.*, 2022 WL 969724, at *6 (E.D.N.Y. Mar. 31, 2022) |
| 19. *In re Apple Inc. Sec. Litig.*, 2022 WL 354785, at *10-13 (N.D. Cal. Feb. 4, 2022) |
| 20. *Martinek v. Amtrust Fin. Servs., Inc.*, 2022 WL 326320, at *18-19 (S.D.N.Y. Feb. 3, 2022) |
| 21. *In re Allergan PLC Sec. Litig.*, 2021 WL 4077942, at *14-15 (S.D.N.Y. Sept. 8, 2021) |
| 22. *In re BofI Holding, Inc. Sec. Litig.*, 2021 WL 3742924, at *6-9 (S.D. Cal. Aug. 24, 2021) |
| 23. *Utesch v. Lannett Co., Inc.*, 2021 WL 3560949, at *18-19 (E.D. Pa. Aug. 12, 2021) |
| 24. *Pelletier v. Endo Int'l PLC*, 338 F.R.D. 446, 487 (E.D. Pa. 2021) |

| **Certified Securities Class Actions<br>Rejecting *Comcast* Arguments** |
|---|
| 25. *In re Glob. Brokerage, Inc.*,<br>2021 WL 1160056 (S.D.N.Y. Mar. 18, 2021), *report and recommendation adopted sub nom.*<br>2021 WL 1105367 (S.D.N.Y. Mar. 23, 2021) |
| 26. *In re Teva Sec. Litig.*,<br>2021 WL 872156, at *41-42 (D. Conn. Mar. 9, 2021) |
| 27. *Pearlstein v. BlackBerry Ltd.*,<br>2021 WL 253453, at *22-23 (S.D.N.Y. Jan. 26, 2021) |
| 28. *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.*,<br>2021 WL 229310, at *6-7 (N.D. Cal. Jan. 21, 2021) |
| 29. *In re Celgene Corp. Sec. Litig.*,<br>2020 WL 8870665, at *8 (D.N.J. Nov. 29, 2020) |
| 30. *Dougherty v. Esperion Therapeutics, Inc.*,<br>2020 WL 6793326, at *6-7 (E.D. Mich. Nov. 19, 2020) |
| 31. *Karinski v. Stamps.com, Inc.*,<br>2020 WL 6572660, at *8 (C.D. Cal. Nov. 9, 2020) |
| 32. *Plymouth Cnty. Ret. Sys. v. Patterson Companies, Inc.*,<br>2020 WL 5757695, at *14-15 (D. Minn. Sept. 28, 2020) |
| 33. *In re CenturyLink Sales Pracs. & Sec. Litig.*,<br>337 F.R.D. 193, 212-13 (D. Minn. 2020) |
| 34. *In re Willis Towers Watson PLC Proxy Litig.*,<br>2020 WL 5361582, at *9-11 (E.D. Va. Sept. 4, 2020) |
| 35. *In re Acuity Brands, Inc. Sec. Litig.*,<br>2020 WL 5088092, at *6-7 (N.D. Ga. Aug. 25, 2020) |
| 36. *Cosby v. KPMG, LLP*,<br>2020 WL 3548379, at *26-28 (E.D. Tenn. June 29, 2020), *report and recommendation adopted*,<br>2021 WL 1828114 (E.D. Tenn. May 7, 2021) |
| 37. *SEB Inv. Mgmt. AB v. Symantec Corp.*,<br>335 F.R.D. 276, 287-88 (N.D. Cal. 2020) |
| 38. *Pub. Employees' Ret. Sys. of Mississippi v. TreeHouse Foods, Inc.*,<br>2020 WL 919249, at *10 (N.D. Ill. Feb. 26, 2020) |
| 39. *Weiner v. Tivity Health, Inc.*,<br>2020 WL 467783, at *11 (M.D. Tenn. Jan. 29, 2020) |
| 40. *Rougier v. Applied Optoelectronics, Inc.*,<br>2019 WL 6111303, at *15 (S.D. Tex. Nov. 13, 2019), *report and recommendation adopted*,<br>2019 WL 7020349 (S.D. Tex. Dec. 20, 2019) |
| 41. *Levy v. Gutierrez*,<br>448 F. Supp. 3d 46, 64-67 (D.N.H. 2019) |
| 42. *Di Donato v. Insys Therapeutics, Inc.*,<br>333 F.R.D. 427, 446 (D. Ariz. 2019) |
| 43. *Monroe Cnty. Emps.' Ret. Sys. v. The S. Co.*,<br>2019 WL 3956139, at *24-27 (N.D. Ga. Aug. 22, 2019) |
| 44. *City of Sunrise Gen. Emps.' Ret. Plan v. Fleetcor Techs., Inc.*,<br>2019 WL 3449671, at *6-7 (N.D. Ga. July 17, 2019) |
| 45. *In re Signet Jewelers Ltd. Sec. Litig.*,<br>2019 WL 3001084, at *19-20 (S.D.N.Y. July 10, 2019) |
| 46. *Rooney v. EZCORP Inc.*,<br>2019 WL 691205, at *8 (W.D. Tex. Feb. 19, 2019) |

| **Certified Securities Class Actions<br>Rejecting *Comcast* Arguments** |
|---|
| 47. *In re SunEdison Inc. Sec. Litig.*,<br>329 F.R.D. 124, 142-44 (S.D.N.Y. 2019) |
| 48. *City of Miami Gen. Emps.' & Sanitation Emps.' Ret. Trust v. RH, Inc.*,<br>2018 WL 4931543, at *2-4 (N.D. Cal. Oct. 11, 2018) |
| 49. *Menaldi v. Och-Ziff Capital Mgmt. Grp. LLC*,<br>328 F.R.D. 86, 98-99 (S.D.N.Y. 2018) |
| 50. *Wilson v. LSB Indus. Inc.*,<br>2018 WL 3913115, at *16-17 (S.D.N.Y. Aug. 13, 2018) |
| 51. *Gaynor v. Miller*,<br>2018 WL 3751606, at *16-18 (E.D. Tenn. Aug. 6, 2018) |
| 52. *In re Twitter Inc. Sec. Litig.*,<br>326 F.R.D. 619, 629-30 (N.D. Cal. 2018) |
| 53. *Pirnik v. Fiat Chrysler Autos. NV*,<br>327 F.R.D. 38, 47-48 (S.D.N.Y. 2018) |
| 54. *City of Cape Coral Mun. Firefighters Ret. Plan v. Emergent Biosolutions, Inc., HQ*,<br>322 F. Supp. 3d 676, 691-93 (D. Md. 2018) |
| 55. *In re Banc of Cal. Sec. Litig.*,<br>326 F.R.D. 640, 651 (C.D. Cal. 2018) |
| 56. *Cooper v. Thoratec Corp.*,<br>2018 WL 2117337, at *6-7 (N.D. Cal. May 8, 2018) |
| 57. *Angley v. UTi Worldwide Inc.*,<br>311 F. Supp. 3d 1117, 1128-29 (C.D. Cal. 2018) |
| 58. *Washtenaw Cty. Emps.' Ret. Sys. v. Walgreen Co.*,<br>2018 WL 1535156, at *3-4 (N.D. Ill. Mar. 29, 2018) |
| 59. *City of Pontiac Gen. Emps.' Ret. Sys. v. Dell Inc.*,<br>2018 WL 1558571, at *5-6 (W.D. Tex. Mar. 29, 2018) |
| 60. *W. Va. Pipe Trades Health & Welfare Fund v. Medtronic, Inc.*,<br>325 F.R.D. 280, 290 (D. Minn. 2018) |
| 61. *Baker v. SeaWorld Entm't Inc.*,<br>2017 WL 5885542, at *12-14 (S.D. Cal. Nov. 29, 2017) |
| 62. *Luna v. Marvell Tech. Grp., Ltd.*,<br>2017 WL 4865559, at *5-6 (N.D. Cal. Oct. 27, 2017) |
| 63. *In re Lendingclub Sec. Litig.*,<br>282 F. Supp. 3d 1171, 1184 (N.D. Cal. 2017) |
| 64. *KBC Asset Mgmt. NV v. 3D Sys. Corp.*,<br>2017 WL 4297450, at *6-7 (D.S.C. Sep. 28, 2017) |
| 65. *Howard v. Liquidity Servs. Inc.*,<br>322 F.R.D. 103, 137-41 (D.D.C. 2017) |
| 66. *La. Mun. Police Emps. Ret. Sys. v. Green Mountain Coffee Roasters, Inc.*,<br>2017 WL 3149424, at *6-7 (D. Vt. July 21, 2017) |
| 67. *In re Silver Wheaton Corp. Sec. Litig.*,<br>2017 WL 2039171, at *14-16 (C.D. Cal. May 11, 2017) |
| 68. *Todd v. STAAR Surgical Co.*,<br>2017 WL 821662, at *11 (C.D. Cal. Jan. 5, 2017) |
| 69. *Hayes v. MagnaChip Semiconductor Corp.*,<br>2016 WL 7406418, at *9 (N.D. Cal. Dec. 22, 2016) |
| 70. *W. Palm Beach Police Pension Fund v. DFC Global Corp.*, |

| Certified Securities Class Actions<br>Rejecting *Comcast* Arguments |
| --- |
| 2016 WL 4138613, at *14-15 (E.D. Pa. Aug. 4, 2016)<br>71. *Beaver Cty. Emps.' Ret. Fund v. Tile Shop Holdings Inc.*,<br>2016 WL 4098741, at *11-12 (D. Minn. July 28, 2016)<br>72. *In re Montage Tech. Grp. Ltd. Sec. Litig.*,<br>2016 WL 1598666, at *13 (N.D. Cal. Apr. 21, 2016)<br>73. *In re Barrick Gold Sec. Litig.*,<br>314 F.R.D. 91, 104-07 (S.D.N.Y. 2016)<br>74. *Thorpe v. Walter Inv. Mgmt. Corp.*,<br>2016 WL 4006661, at *15-16 (S.D. Fla. Mar. 16, 2016)<br>75. *Hatamian v. Advanced Micro Devices, Inc.*,<br>2016 WL 1042502, at *8-9 (N.D. Cal. Mar. 16, 2016)<br>76. *Strougo v. Barclays PLC*,<br>312 F.R.D. 307, 313, 327 (S.D.N.Y. 2016)<br>77. *In re Petrobras Sec. Litig.*,<br>312 F.R.D. 354, 371-72 (S.D.N.Y. 2016)<br>78. *Första AP-Fonden v. St Jude Med. Inc.*,<br>312 F.R.D. 511, 516-17 (D. Minn. 2015)<br>79. *Kaplan v. S.A.C. Capital Advisors, L.P.*,<br>311 F.R.D. 373, 382-83 (S.D.N.Y. 2015)<br>80. *In re NII Holdings Inc. Sec. Litig.*,<br>311 F.R.D. 401, 413-14 (E.D. Va. 2015)<br>81. *In re JPMorgan Chase & Co. Sec. Litig.*,<br>2015 WL 10433433, at *7 (S.D.N.Y. 2015)<br>82. *In re Wilmington Trust Sec. Litig.*,<br>310 F.R.D. 243, 245-46 (D. Del. 2015)<br>83. *In re Goldman Sachs Grp. Inc. Sec. Litig.*,<br>2015 WL 5613150, at *7-8 (S.D.N.Y. Sep. 24, 2015)<br>84. *City of Sterling Heights Gen. Emps.' Ret. Sys. v. Prudential Fin., Inc.*,<br>2015 WL 5097883, at *13 (D.N.J. Aug. 31, 2015)<br>85. *Fosbre v. Las Vegas Sands Corp.*,<br>2015 WL 3722496, at *2-6 (D. Nev. June 15, 2015)<br>86. *In re St. Jude Med. Inc. Sec. Litig.*,<br>2014 WL 6908434, at *6-9 (D. Minn. Dec. 8, 2014)<br>87. *Wallace v. IntraLinks*,<br>302 F.R.D. 310, 318 (S.D.N.Y. 2014)<br>88. *In re Groupon, Inc. Sec. Litig.*,<br>2014 WL 5245387, at *1-2 (N.D. Ill. Sep. 23, 2014)<br>89. *McIntire v. China MediaExpress Holdings Inc.*,<br>38 F. Supp. 3d 415, 435-36 (S.D.N.Y. 2014)<br>90. *In re BP plc Sec. Litig.*,<br>2014 WL 2112823, at *8-9 (S.D. Tex. May 20, 2014)<br>91. *Dodona I LLC v. Goldman Sachs & Co.*,<br>296 F.R.D. 261, 270-71 (S.D.N.Y. Jan. 23, 2014)<br>92. *In re Heckmann Corp. Sec. Litig.*,<br>2013 WL 2456104, at *13-14 (D. Del. June 6, 2013)<br>93. *In re Diamond Foods Inc. Sec. Litig.*,<br>295 F.R.D. 240, 251-52 (N.D. Cal. 2013) |

# PX 332

## (Filed Under Seal)

# PX 333

**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No. 3:17-cv-00121-JO-MSB |
|---|---|

# EXPERT REPLY REPORT OF DAVID I. TABAK, PH.D.

## I. SCOPE OF ANALYSIS AND SUMMARY OF FINDINGS

1. This report concerns a securities class action brought on behalf of lead plaintiffs and "all persons or entities who purchased or otherwise acquired the publicly traded common stock of Qualcomm Incorporated ('Qualcomm' or the 'Company') during the period from February 1, 2012 through January 20, 2017, inclusive (the 'Class Period'), and were damaged thereby[.]"[1]

2. On May 19, 2022, I submitted a report on class certification in this matter ("Tabak Class Cert Report"). On July 22, 2022, several experts for Defendants submitted reports on class certification, and on August 22, 2022, I submitted a reply report on class certification ("Tabak Class Cert Reply Report"). On September 28, 2022, Defendants submitted a sur-reply on class certification that included a sur-reply report. On March 20, 2023, the Court granted in part and denied in part Plaintiffs' Motion for Class Certification in the Order Granting In Part and Denying In Part Plaintiffs' Motion for Class Certification ("Class Cert Order" or the "Order"). It is my understanding that the Class Cert Order granted certification with respect to the "bundling" misrepresentations

[1] Consolidated Class Action Complaint for Violation of the Federal Securities Laws dated July 3, 2017 ("Complaint"), p. 1.

but denied certification with respect to allegations related to "device-level licensing practice or refusal to license chips to chipmakers."[2]

3. On September 12, 2023, I submitted a report on damages in this matter ("Tabak Damages Report"), which I incorporate herein by reference. On December 11, 2023, Defendants submitted two rebuttal reports, one from Kenneth M. Lehn ("Lehn Report") and one from Jonah Berger ("Berger Report"). Counsel for Lead Plaintiffs in this matter have asked me to respond to the Lehn and Berger Reports.

## II. Qualifications And Remuneration

4. My qualifications are set out in the Tabak Damages Report. Exhibit 1 to this report provides updates to my curriculum vitae since the date of that report.

5. NERA is being compensated on a non-contingent basis for out-of-pocket costs and at our usual rates for time. My current billing rate is $1,200 per hour. I have been assisted by a number of individuals at NERA working at my direction who are billing at their standard rates.

## III. Materials Relied Upon

6. Materials relied upon for the purposes of this report beyond those already relied upon for purposes of the Tabak Damages Report are listed in Exhibit 2.

## IV. Summary of Opinions

7. My opinions are discussed in detail in this report and are summarized below.

---

[2] See, for example, Class Cert Order, p. 30 (certifying a class with respect to the claims regarding the bundling misrepresentations) and p. 28 (declining to certify a class with respect to the claims regarding "device-level licensing practice or refusal to license chips to chipmakers").

8. In the Tabak Damages Report, I opined that should the finder of fact determine that Qualcomm's bundling and other challenged practices were part of an interwoven course of conduct (i.e., Scenario I of my damages analyses), then there is a causal connection between the disclosures at issue of the regulatory actions and Apple lawsuit and the very facts about which Qualcomm is alleged to have lied (i.e., the bundling allegations). In Scenario I, no disaggregation is required.[3] As discussed in detail below, neither the Lehn Report nor the Berger Report responds to this opinion. Should the finder of fact accept Scenario I as the appropriate damages analysis in this case, Scenario II and disaggregation do not apply and are not required.

9. The Lehn Report responds to my damages analyses in general. In summary:

a. The Lehn Report does not provide any alternative damages or disaggregation analysis.

b. The Lehn Report often attempts to argue Defendants' theory of liability, such as by arguing that one should accept that the truth regarding the "bundling allegations" was already public information or that certain of their claims that Plaintiffs characterize as related to bundling are not, in fact, related to bundling.

c. The Lehn Report manages to claim that I both "do[] not recognize" and "indirectly recognize[]" "the difference between the materialization of known versus unknown risks" when I provide a formula that has two separate variables, one for the known and one for the unknown risks.[4]

d. The Lehn Report claims that I do not tie the corrective disclosures to the allegations, ignoring that these ties were already demonstrated by the

[3] Tabak Damages Report, ¶¶58-73.

[4] Lehn Report, ¶¶69-70 for the first quotations and Tabak Damages Report, ¶¶89-92 for the formula and discussion of its implementation.

evidence, including the evidence described in the Class Cert Order that pointed out these ties.

e. The Lehn Report claims that I should exclude "collateral damage" from damages, ignoring that these damages are explicitly part of Plaintiffs' case theory.

f. The Lehn Report argues for an alternative explanation of my statistical analysis of the movement of licensor companies' stock prices following each of the four remaining alleged corrective disclosures without providing any evidence to reject my conclusions.

g. The Lehn Report makes some general arguments regarding my use of content analysis, a topic that is the focus of the Berger Report.

h. The Lehn Report's sole quantitative analysis is "based on the frequency with which other firms were compared to Qualcomm by equity analysts[,]" a "proportionality" assumption which is the primary basis for content analysis.[5]

10. The Berger Report makes various critiques of my use of content analysis for purposes of disaggregation. A summary of my responses to those critiques is as follows:

a. The Berger Report critiques my use of what it calls a "Proportionality Assumption" despite this assumption's being the standard in the field, being used by Dr. Berger in his academic work, and being used by Dr. Berger in his litigation work.

b. The Berger Report argues that I should have "validated" my content analysis without providing any indication of what sort of validation would be possible and despite examples of Dr. Berger using content analysis without such "validation" in his own academic and litigation work. The

[5] Lehn Report, fn. 65.

Berger Report's critiques of the implementation of my content analysis are mostly speculative (and thereby contrary to the standard that Dr. Berger has set in his own academic and litigation work). Nevertheless, I present tests that validate results of my content analysis.

c. The Lehn and Berger Reports argue that I should have an expanded set of terms for my content analysis, with these reports' suggestions including synonym examples that add to the "non-bundling category." My original analysis contained a balanced list of terms. In the analyses below, I follow on a point in the Tabak Damages Report that the list of terms can be expanded, but, unlike Defendants' experts, I include both additional "bundling" and "non-bundling" terms. The results of these analyses are similar to, and thus help validate, the analyses in the Tabak Damages Report.

## V. THE LEHN AND BERGER REPORTS DO NOT ADDRESS MY FIRST DAMAGES SCENARIO

11. In the Tabak Damages Report, I presented two damages scenarios. In the first (Scenario I), I assumed "that the finder of fact determines that Qualcomm's bundling and other practices challenged by the KFTC, EC, Taiwan FTC, FTC, and/or Apple were part of an interwoven course of conduct."[6] As discussed in the Tabak Damages Report, this means that no disaggregation is necessary, because all of the market-adjusted declines in Qualcomm's stock price as a result of the announcements on the corrective-disclosure dates are ultimately tied back to this interwoven conduct.

12. The Lehn and Berger Reports never mention this damages scenario and neither of those reports addresses the argument that if the finder of fact accepts Plaintiffs' arguments that this scenario is appropriate, then it need not ever consider my content

[6] Tabak Damages Report, ¶58.

analysis in my second scenario (Scenario II). Moreover, the Lehn and Berger Reports do not challenge my conclusions that Qualcomm's stock traded in an efficient market and that there were statistically significant stock-price declines on each of the four alleged disclosure dates. Nor do they challenge the conclusion in the Class Cert Order that no new, material information about the alleged licensing practices was disclosed on any of those days.

## VI. The Lehn Report Does Not Provide Any Alternative Damages or Disaggregation Analysis

13. The Lehn Report limits its analysis to attempting to critique my damages analyses and to generally repeating Defendants' truth-on-the-market arguments. The Lehn Report does not provide an alternative damages analysis, and Dr. Lehn's lack of analysis in this regard allows him to make arguments that would make almost any damages model impossible.

14. Virtually any time a model is used, it can be described as a simplification of reality. The Berger Report, for example, provides an academic citation stating that "the assumption of importance of information item being directly proportional to frequency of mention and other related issues *may not be fully realistic*."[7] The Lehn Report effectively uses "fully realistic" as a standard because it merely critiques my damages analysis without providing any alternative analysis to show how much my damages figures would change if Plaintiffs still prevailed on liability and damages were calculated using an alternative damages-calculation assumption that Dr. Lehn prefers. As such, it is not at all surprising that the Lehn Report can purport to find some areas to criticize in my analysis, though, as discussed below, many of those points are wholly without merit. As further

[7] Berger Report, fn. 62. Emphasis to the original quotation added in the Berger Report.

discussed below, the similar criticisms could be made of the only quantitative analysis in the Lehn Report.[8]

## VII. The Lehn Report Mostly Reargues Defendants' Claims Regarding Liability

15. In ¶¶32-37, the Lehn Report summarizes Dr. Lehn's opinions. It begins, "First, Dr. Tabak ignores the fundamental fact that extensive information about Qualcomm's so-called bundling practices was publicly available prior to the alleged corrective disclosures, including the litigation risks associated with its so-called bundling practices."[9]

16. The material relating to that point is found in ¶¶39-61 of the Lehn Report. Other than a few conclusory statements that I supposedly ignored this information, found in ¶¶39, 40, and 61, the remainder of that section is essentially just listing information from the public record. It is not clear what analysis, if any, Dr. Lehn has provided here. The listing of information from the public record is simply that, providing factual information that the parties already have or could have provided in this matter.

17. The Lehn Report concludes, following its listing of selected public information, that "[t]here is no reliable basis to conclude that any of the residual decline in Qualcomm's stock price following the alleged corrective disclosures is attributable to the repetition of previously disclosed information."[10] The Lehn Report provides no analysis or argument to rebut the evidence provided by Plaintiffs at the class-certification stage of this matter indicating that each corrective disclosure revealed new information about Qualcomm's bundling practices. While the Lehn Report lists certain prior disclosures by Qualcomm, it does not even attempt to tie those to the specific new information that the

[8] See Section XIII.

[9] Lehn Report, ¶32.

[10] Lehn Report, ¶61.

Class Cert Order found, based on the evidence, was newly disclosed by the corrective disclosures.[11] Thus, all the Lehn Report does is demonstrate that some information was public before the corrective disclosures, but not that the specific facts that the Class Cert Order found, based on the evidence presented, were newly disclosed on the corrective-disclosure dates.

18. For purposes of the Class Cert Order, the Court reviewed public information provided by the parties and determined that "Defendants Have Shown a Lack of Price-Impact with Respect to the 'Chip Licensing' Misrepresentations" but that "Defendants Have Not Shown a Lack of Price-Impact with Respect to the 'Bundling' Misrepresentations."[12] The Lehn Report has failed to demonstrate that its listing of public documents contained material not already submitted by the parties and considered by the Court, let alone that would justify a different conclusion with respect to the "bundling" allegations.

19. First, the Lehn Report does not state which, if any, of the documents it lists were not already considered by the Court. Second, to the extent any such documents were not considered, the Lehn Report has made no attempt to show how the material in those documents adds to what the Court has already considered or how that material relates to the specific facts that the Court found were disclosed on the corrective-disclosure dates. Thus, this section of the Lehn Report is devoid of any analysis, and instead is primarily a listing of quotations from documents.

20. As noted above, this section of the Lehn Report claims that I "ignored" this information. That is incorrect. The Lehn Report later expands on this, stating that I "claim[], based on the Court's class certification order, that because Qualcomm's licensing practices were public information before the alleged corrective disclosures, the decline in the Company's stock price …. The fallacy in Dr. Tabak's reasoning is that he

---

[11] Class Cert Order, p. 30.

[12] Class Cert Order, pp. 22 and 28, respectively. Emphasis omitted.

ignores that, as a matter of economics, information about what Plaintiffs characterize as Qualcomm's 'bundling' practices also was publicly known before the alleged corrective disclosures."[13] In other words, the Lehn Report is criticizing me for following the Class Cert Order in one instance (when the Order helps Defendants) but not disregarding it in another (when the Order helps Plaintiffs). I reject that criticism. I do not believe that it is appropriate for me to reach a different conclusion for the purposes of calculating damages. Moreover, nothing in the Lehn Report explains why I should not rely on the holdings or reasoning in the Class Cert Order.

21. The Lehn Report also ignores evidence that the alleged corrective disclosures revealed new information to the market, some of which was discussed in the Tabak Class Cert Reply Report, from which the following material is drawn.[14] Consider, for example, that following the FTC action on January 17, 2017, one analyst firm wrote, "However, the FTC complaint alleging Qualcomm ***provided Apple favorable licensing terms for exclusive baseband supply from*** **QTC is in contrast to our belief** the businesses are separate, and proving this could become the key aspect of whether the case proceeds."[15]

22. Also, consider an analyst report from BMO Capital Markets:[16]

> **The complaint discloses previously unknown relationship details.** Among new revelations is the purported use of rebates that effectively lower AAPL's royalty rate, which QCOM has allegedly withheld in retaliation for AAPL's testimony in Korea. … **QCOM and AAPL have signed multiple agreements over the years.** We had no visibility into these agreements before the filing of this

---

[13] Lehn Report, ¶104.

[14] That report is listed in the Lehn Report's list of Materials Relied Upon. The discussion in this report generally repeats material in ¶¶23, 27, and 28 of the Tabak Class Cert Reply Report.

[15] "FTC complaint concerning, but pending FTC changes create doubt that new leadership will pursue the complaint," *Canaccord Genuity*, January 18, 2017. Emphasis added.

[16] "Clash of the Smartphone Titans," *BMO Capital Markets*, January 22, 2017. All emphases in original.

> complaint. Most of the deals talk about lowering royalty rates, chip exclusivity, and restrictions on AAPL taking legal action against QCOM. … **Items that are new to us[.]** There were a few items unique to this case that we previously had no insights on. 1. AAPL is claiming that QCOM is violating one of the agreements between the companies wherein AAPL was earning what amounts to rebates from QCOM. Apparently this deal was struck in the 2013 Business Cooperation and Patent Agreement. AAPL mentions "nearly $1 billion" in payments being withheld from Q2 to Q4 of 2016. … QCOM and AAPL had forged a number of agreements over the years, which we had no visibility into before the filing of this complaint. Most of the deals talk about lowering effective royalty rates, chip exclusivity, and restrictions on AAPL taking legal action against QCOM. Below are the key agreements with a very brief description, as characterized in the AAPL complaint. … <u>2011 Transition Agreement.</u> This agreement extended royalty relief to CDMA iPhones contingent on using a QCOM chip. … <u>2013 Business Cooperation and Patent Agreement.</u> … The agreement provided for calculated quarterly payments to AAPL as a cap on royalties that reduce the royalty payment.

23. This analyst report highlights the fact that the Apple complaint provided new information that was previously unknown to the analyst including an "agreement [that] extended royalty relief to CDMA iPhones contingent on using a QCOM chip." Consistent with this, an earlier analyst report from BMO Capital Markets published on August 14, 2014 stated, "We do not believe that QCOM bundles chip sales with patent deals."[17]

24. Rather than address these points in the Tabak Class Cert Reply Report demonstrating that the market had not been fully aware of the bundling issues, the Lehn Report simply quotes various public documents with no analysis whatsoever to explain why a finder of fact should reach a different conclusion than the Court reached in the Class Cert Order.

[17] "More Detail on China IPR Issues," *BMO Capital Markets*, August 14, 2014.

## VIII. THE LEHN REPORT INCORRECTLY CLAIMS THAT I DO NOT DISTINGUISH BETWEEN THE MATERIALIZATION OF KNOWN AND UNKNOWN RISKS

25. In ¶69, the Lehn Report claims, “Dr. Tabak does not recognize the difference between the materialization of known versus unknown risks, let alone attempt to address it empirically.” This is not true. In fact, Dr. Lehn is forced to admit that I do “indirectly recognize[] this issue” and provide a “formula [that] depends on two key probabilities, namely, (i) the probability that the market ***would have*** attached to regulatory action and/or litigation but for the alleged misrepresentations, and (ii) the probability that the market actually attached to these actions.”[18]

26. The Lehn Report does not dispute that the formula I provided accurately characterizes the difference between a materialization of a known versus an unknown risk. Thus, the Lehn Report would have the reader believe that I provided an accurate formula to distinguish between the two materializations of these two types of risk without even recognizing that such a difference existed.[19]

27. The Lehn Report next comments on my decision not to specifically quantify two inputs to the formula: (1) the probability that the market assigned to regulatory and legal action and (2) the probability that the market would have assigned to regulatory and legal action had proper disclosures been made. The Lehn Report states that I “claim[] that the finder of fact should estimate the two probabilities based on the ‘evidence presented.’”[20] It then states that I am “asking the fact finder to select these probabilities out of thin

[18] Lehn Report, ¶70. Closing footnote citing to ¶89 of the Tabak Damages Report omitted. Emphasis added (though the fact of the addition is not noted) in the Lehn Report.

[19] Footnote 66 of the Tabak Damages Report points out that I previously discussed this formula (and corrected counsel for Defendants’ misstatement of the formula) in my deposition at the class-certification stage of this case.

[20] Lehn Report, ¶70. Closing footnote omitted.

air[.]"[21] To be clear, I do not view evidence presented in this case as "thin air" and therefore disagree with the Lehn Report.

28. With respect to the probability that the market assigned to regulatory and legal action, I provided evidence to help guide the trier of fact, showing that there was almost no discussion of these risks in the news in the periods leading up to the regulatory actions.[22] After stating that I was asking the fact finder to select probabilities "out of thin air[,]" the Lehn Report then recognizes that I have provided evidence that news stories were not expressing any substantial amount of concern regarding potential regulatory or legal risks. The Lehn Report does not dispute the accuracy of my data, but argues that there must be some public likelihood of regulatory or legal action.[23] Dr. Lehn does not quantify what he believes that public likelihood to be, nor does he explain why if the risk was substantial there was such limited discussion of those risks in news stories.

29. In addition, my reference to "evidence presented" is at the end of a paragraph in the Tabak Damages Report that begins, "It is my understanding that if such an adjustment is required, Plaintiffs will argue that had the public been informed of the allegedly undisclosed bundling practices (including the payments to Apple and the related terms), there would have been an understanding that regulatory and legal actions of an overall magnitude similar to those that actually occurred would have been ***highly likely***."[24] Notably, on September 12, 2023, Plaintiffs submitted a report from Timothy Simcoe stating, "It is my opinion that regulatory actions were ***highly likely*** to occur given Qualcomm's bundling practices and their anticompetitive effects."[25] Dr. Simcoe provides his evidence and arguments for this opinion. Dr. Lehn or other experts for

---

[21] Lehn Report, ¶71.

[22] Tabak Damages Report, ¶92.

[23] Lehn Report, ¶73.

[24] Tabak Damages Report, ¶91. Emphasis added. Closing footnote omitted.

[25] Expert Report of Timothy Simcoe, Ph.D., dated September 12, 2023, ¶164. Emphasis added.

Defendants are, of course, free to debate Dr. Simcoe and to dispute that evidence, but Dr. Lehn's apparent lack of knowledge of Dr. Simcoe's report led him to draw an improper conclusion and to present a false claim that I am asking the trier of fact to make up a probability out of "thin air[.]"[26]

## IX. THE LEHN REPORT'S CLAIMS THAT I DO NOT TIE THE CORRECTIVE DISCLOSURES TO THE ALLEGATIONS ARE MERITLESS AND IGNORE HOW THESE CONNECTIONS WERE ALREADY IDENTIFIED IN THE CLASS CERT ORDER

30. The Lehn Report next argues that I "do[] not identify the disclosures that Qualcomm allegedly could and should have made about its so-called bundling practices during the Class Period, over and above what it had disclosed or what was known about its business practices or the regulatory investigations prior to the alleged corrective disclosures."[27] The Lehn Report further argues, "Dr. Tabak does not establish that there is incremental information associated with any subsequent alleged corrective disclosures that ties to the alleged misrepresentations."[28] My response is that I rely on the underlying evidence, including the evidence that the parties submitted at the class-certification stage, showing that the corrective disclosures revealed new information. Consistent with this evidence, and what Dr. Lehn already recognizes in one part of his report, the Class Cert Order identified "new information about the company's bundling practices" that was revealed on the corrective-disclosure dates:[29]

---

[26] Dr. Simcoe's report does not appear in the list of materials that Dr. Lehn relied upon.

[27] Lehn Report, ¶78.

[28] Lehn Report, ¶79.

[29] Lehn Report, fn. 46. The sources of these quotations from the Class Cert Opinion are from exhibits submitted by Defendants in support of their opposition to class certification, Dkt. 245. The specific references are as follows: (1) "properly negotiate": Defs. Ex. 35 at A815; (2) "illegally paid a major customer for exclusivity using Qualcomm chipsets": Defs. Ex.7 at A423; (3) "withh[eld] its baseband processors unless a customer accept[ed] a license . . . on terms preferred by Qualcomm," "conditioned
(continued)

> Specifically, the Order at 29-30 notes that the "corrective disclosures revealed the following new information about the company's bundling practices: (1) the First Corrective Disclosure allegedly revealed that Qualcomm did not 'properly negotiate' its licenses; (2) the Second Corrective Disclosure allegedly revealed that Qualcomm 'illegally paid a major customer for exclusively using Qualcomm chipsets' to force competitors out of the market; (3) the Third Corrective Disclosure allegedly revealed that Qualcomm 'withh[eld] its baseband processors unless a customer accept[ed] a license . . . on terms preferred by Qualcomm,' 'conditioned partial [royalty] relief on [] exclusive use,' and 'induced certain OEMs to accept its preferred license terms using [] the 'stick' of supply disruption'; and (4) the Fourth Corrective Disclosure allegedly revealed that Qualcomm 'illegally leverage[d] its market power to extract exorbitant royalties.'"

31. To be even more clear, that quotation from the Class Cert Order in the Lehn Report is immediately preceded by the sentence: "Further, the Court finds that the corrective disclosures contained information regarding bundling that was not publicly available prior to the corrective disclosures."[30] Thus, when the Lehn Report claims that I "do[] not establish that there is incremental information associated with any subsequent alleged corrective disclosures that ties to the alleged misrepresentations[,]"[31] it is ignoring evidence submitted at the class-certification stage of this matter, as well as the Class Cert Order and its analysis of that evidence.

32. The Lehn Report continues, "If the fact finder determined, for example, that the first corrective disclosure tied to the alleged bundling misstatements, it is not clear how the subsequent alleged corrective disclosures contained additional corrective information."[32] All Dr. Lehn had to do was refer to the quotation from the Class Cert

---

partial [royalty] relief on [] exclusive use," and "induced certain OEMs to accept its preferred license terms using [] the 'stick' of supply disruption": Defs. Ex. 9; and (4) "leverage[d] its market power to extract exorbitant royalties": Defs. Ex. 11.

[30] Class Cert Order, p. 29.

[31] Lehn Report, ¶79.

[32] Lehn Report, ¶79.

Order above, taken from his own report, to see how this is possible. The Court lists four ***different*** pieces of information, each associated with a different corrective disclosure. The Lehn Report is effectively stating that "it is not clear" how the Court could have reached the conclusion it did that after the first corrective disclosure, "subsequent corrective disclosures contained additional corrective information." To understand this, all Dr. Lehn had to do was read that portion of the Class Cert Order that his own report cited and examine the relevant underlying evidence. Moreover, the fact that Dr. Lehn does not even understand how this is possible calls into question his understanding of Plaintiffs' allegations and the Class Cert Order.

33. The Lehn Report then argues that "the information contained in the four alleged corrective disclosures appear to represent disclosures that Qualcomm made as it received information about the actions of regulators and a major customer, Apple."[33] Here, the Lehn Report does not even seem to recognize that three of the disclosures were not even disclosures made by Qualcomm: the "European Commission's press release" on December 8, 2015; "a Complaint filed publicly by the Federal Trade Commission" on January 17, 2017; and a "Complaint filed by Apple" on January 20, 2017,"[34] Putting that aside, the Lehn Report never explains how, for example, paying Apple for exclusively using Qualcomm chips or threatening to disrupt customers' chip supply if they did not agree to Qualcomm's preferred licensing terms do not represent information that Qualcomm could have (and, according to Plaintiffs' allegations, should have) disclosed on its own before the filing of the complaint by Apple. Once again, the Lehn Report ignores the Class Cert Order's finding that the corrective disclosures revealed information on bundling sufficiently tied to Plaintiffs' allegations to allow the bundling portion of the case to proceed and ignores the underlying evidence cited in that Order supporting that conclusion.

---

[33] Lehn Report, ¶80.

[34] Class Cert Order, pp. 6-7.

34. The Lehn Report then states that "the price declines that Dr. Tabak measures reflect an increase in risk associated with the potential outcomes of the regulatory actions and Apple litigation, regardless of the merits of the underlying allegations."[35] It is my understanding that a similar argument was addressed at the motion-to-dismiss stage, with the Court holding, "The Court finds Plaintiffs do not seek to impose liability for Defendants' failure to accuse itself of wrongdoing. Rather, the allegations claim Defendants' affirmative statements regarding their business practices of providing licenses in a non-discriminatory manner were false."[36] It is my understanding that Plaintiffs' allegations with respect to bundling are similar in that they challenge Qualcomm's failure to disclose and/or make false statements regarding particular practices that could give rise to a risk of adverse consequences should those practices be exposed or disclosed.

35. The Lehn Report then attempts to relitigate many of the arguments that have been made regarding liability in this matter.

***36.*** With regard to the first disclosure, the Lehn Report states, "I understand that ***Plaintiffs claim*** that 'the First Corrective Disclosure allegedly revealed that Qualcomm did not "properly negotiate" its licenses.'"[37] A more complete quote would be as follows: "Further, ***the Court finds*** that the corrective disclosures contained information regarding bundling that was not publicly available prior to the corrective disclosures. The corrective disclosures revealed the following new information about the company's bundling practices: (1) ***the First Corrective Disclosure allegedly revealed that Qualcomm did not 'properly negotiate' its licenses[.]"***[38]

---

[35] Lehn Report, ¶82.

[36] Order Denying Plaintiffs' Motion to Dismiss, dated March 18, 2019 ("MTD Order"), p. 7.

[37] Lehn Report, ¶84. Closing footnote omitted. Emphasis added.

[38] Class Cert Order, pp. 29-30. Emphases added.

37. The Lehn Report then argues that I do not tie this disclosure to the allegations and that "[o]n its face, the statement mentions only licenses; it does not refer to chip sales or any interaction between the two, much less the allegedly undisclosed 'bundling' practices asserted by Plaintiffs."[39] The Lehn Report's argument would sound much different if it had provided a more complete quote at this point showing that in the Class Cert Order, the material is not described as what Plaintiffs claim, but, rather, as what the Court found in certifying the Class as to the bundling claims. In fact, the Lehn Report uses similar misleading language in characterizing the Class Cert Order for all four corrective disclosures.[40]

38. Finally, it is my understanding that Plaintiffs allege that the KFTC's Case Examiner's report ties this disclosure to the bundling claims. See, for example, footnote 192 of the Case Examiner's Report, stating, "The Respondent has been implementing a strategy of linking the chipset purchase and licensing conditions by imposing different royalty rates based on the loyalty level of the mobile device makers, such as the ratio of the Respondent's chipset, and the KFTC had issued a corrective order for the loyalty rebate in 2009. It is known that the Respondent still employs the strategy where it ties the chipset purchases and license agreement by providing certain discounts to mobile device makers who purchase larger quantities of its own chipsets, although it does not constitute loyalty rebates, and still provides the loyalty rebates to foreign mobile device makers." As another example, footnote 105 of the Case Examiner's Report states that it was "as if Respondent is holding its modem chipsets as a hostage and threatening mobile device makers in the negotiation table."

39. With respect to the second disclosure, the Lehn Report states, "I understand that Plaintiffs claim that 'the Second Corrective Disclosure allegedly revealed that Qualcomm "illegally paid a major customer for exclusively using Qualcomm chipsets" to force

---

[39] Lehn Report, ¶84.

[40] See Lehn Report, ¶¶87, 89, and 93 for the final three corrective disclosures.

competitors out of the market.'"[41] Again, the material quoted from the Class Cert Order by the Lehn Report is what the Court identified in certifying the Class and not merely what "Plaintiffs claim[.]" The Lehn Report continues, stating, "I understand that an allegation that Qualcomm 'illegally paid a major customer' for exclusivity relates to an exclusive dealing claim, and that such a claim is separate and distinct from a bundling allegation."[42] Dr. Lehn provides no support or source for this understanding: no footnote and no reference to any document or any assumption provided by counsel for Defendants.

40. The Lehn Report itself elsewhere states that "the Order at 29-30 notes that the 'corrective disclosures revealed ***the following new information about the company's bundling practices:*** … (2) the Second Corrective Disclosure allegedly revealed that Qualcomm 'illegally paid a major customer for exclusively using Qualcomm chipsets' to force competitors out of the market[.]'"[43] Thus, Dr. Lehn's unexplained "understanding" directly contradicts the finding in the Class Cert Order, as well as the underlying evidence that the Court relied upon. I do not treat a completely unsourced and unsupported "understanding" of a factual issue by an expert as providing any meaningful evidence.

41. With respect to the third alleged corrective disclosure, the Lehn Report states:[44]

> I understand that Plaintiffs allege that the "Third Corrective Disclosure allegedly revealed that Qualcomm 'with[held] its

---

[41] Lehn Report, ¶87. Closing footnote omitted.

[42] Lehn Report, ¶87.

[43] Lehn Report, fn. 46. Emphasis added.

[44] Lehn Report, ¶89. Emphases added. Material omitted via ellipses as written in the Lehn Report, which differs from the material omitted by ellipses in the Class Cert Order. Lehn fn. 180 states, "I also note that if Dr. Tabak had calculated the two-day residual return following the FTC disclosure, as he did in the case of the alleged corrective disclosure involving Apple, he would have found that it is not statistically significant with t-statistics of 1.71 and 1.27 under his two estimation periods, respectively. Tabak Report Exhibits 12a and 12b." This footnote fails to point out that price movement on the second day of the price reaction following the Apple disclosure was statistically significant while price movement on the second day of the price reaction following the FTC disclosure was not.

> baseband processors . . . on terms preferred by Qualcomm,'" and "'induced certain OEMs to accept its preferred license terms using [] ***the 'stick' of supply disruption***.'"[179] Dr. Tabak fails to establish how this alleged corrective disclosure ties to the alleged misrepresentations.[180] To the extent this disclosure publicly revealed any so-called bundling practices, the market already was aware that Qualcomm could be accused of such conduct. As explained above, the NDRC ***explicitly investigated this conduct***.[181] Qualcomm issued a press release in early 2015 stating the NDRC charged Qualcomm with "condition[ing] the sale of baseband chips on the chip customer signing a license agreement with terms that the NDRC found to be unreasonable or on the chip customer not challenging unreasonable terms in its license agreement."[182]

42. Footnote 181 of the Lehn Report references ¶84 of that report, which discusses an NDRC investigation involving allegations of a "no license-no chips" policy, with no mention in ¶84 of using "the 'stick' of supply disruption[.]" Consistent with Plaintiffs' allegations and the evidence that led to the Class Cert Order, it is my understanding that potential supply disruption is part of the bundling allegations, while the "no license-no chips" policy is not. This is even clearer when one examines how ¶89 of the Lehn Report extends the ellipses in the Class Cert Order (without noting this change) to cover more material. While the Class Cert Order stated that Qualcomm "withh[eld] its baseband processors *unless a customer accept[ed] a license* . . . on terms preferred by Qualcomm," (with no italics in the Class Cert Order) the Lehn Report omits the words in italics, thereby eliminating the reference to the preferred terms relating to licensing. The Lehn Report also does not reference the Class Cert Order's quote from the FTC Complaint: "Qualcomm has also used its dominant position to negotiate supply terms that leave OEMs vulnerable to a supply disruption in the event of a license dispute . . . Qualcomm has induced certain OEMs to accept its preferred license terms using [] the 'stick' of supply disruption."[45] This ties Qualcomm's dominant position and ability to disrupt chip supply to "a license dispute[,]" meaning that the two items (i.e., chip supply and license disputes) were bundled together.

---

[45] Class Cert Order, p. 7. Ellipses in Class Cert Order.

43. With respect to the fourth corrective disclosure, the Lehn Report states:[46]

> I understand that Plaintiffs allege that the "Fourth Corrective Disclosure allegedly revealed that Qualcomm 'illegally leveraged its market power to extract exorbitant royalties.'" Dr. Tabak fails to establish how this alleged corrective disclosure ties to the alleged misrepresentations. To the extent that this disclosure revealed any so-called bundling practices to the market, the market already was aware that Qualcomm could be (and had been) accused of such conduct. As detailed above, Qualcomm disclosed, and analysts commented on, Qualcomm's alleged market power and royalty practices.

44. As previously noted, the Lehn Report ignores the fact that the Court found, based on the evidence, that the corrective disclosures revealed these allegations to the market. In particular, following the Court's discussion of the four corrective disclosures, it stated:[47]

> Although Defendants submit evidence that Qualcomm's practice of only selling chips to licensees was public, the corrective disclosures allegedly revealed far more than just this one practice. Further, although bundling and royalty rebate accusations had been levied against Qualcomm prior to the corrective disclosures, those prior allegations do not mirror the corrective disclosures quoted above. The latter disclosed far more detail regarding the alleged bundling, including the way it occurred, the customers involved, and Qualcomm's alleged abuse of market power.

45. The Lehn Report never attempts to reconcile its statement that "Qualcomm disclosed, and analysts commented on, Qualcomm's alleged market power and royalty practices" with the Court's holding, based on the evidence, that "those prior allegations do not mirror the corrective disclosures quoted above. The latter disclosed far more detail regarding the alleged bundling, including the way it occurred, the customers involved, and Qualcomm's alleged abuse of market power." The Lehn Report does not even attempt to explain what, if any, evidence it presents that was not considered by the Court

---

[46] Lehn Report, ¶93. Internal footnote omitted.

[47] Class Cert Order, p. 30.

for purposes of the Class Cert Order nor why any such new evidence is substantively different from that prior evidence.

46. The Lehn Report continues by quoting one analyst calling the Apple complaint "familiar[,]"[48] citing a report by BMO. The Lehn Report fails to disclose that this same analyst report stated:[49]

> **The complaint discloses previously unknown relationship details.** Among new revelations is the purported use of rebates that effectively lower AAPL's royalty rate, which QCOM has allegedly withheld in retaliation for AAPL's testimony in Korea. … **QCOM and AAPL have signed multiple agreements over the years.** We had no visibility into these agreements before the filing of this complaint. Most of the deals talk about lowering royalty rates, chip exclusivity, and restrictions on AAPL taking legal action against QCOM. … **Items that are new to us[.]** There were a few items unique to this case that we previously had no insights on. 1. AAPL is claiming that QCOM is violating one of the agreements between the companies wherein AAPL was earning what amounts to rebates from QCOM. Apparently this deal was struck in the 2013 Business Cooperation and Patent Agreement. AAPL mentions "nearly $1 billion" in payments being withheld from Q2 to Q4 of 2016. … QCOM and AAPL have forged a number of agreements over the years, which we had no visibility into before the filing of this complaint. Most of the deals talk about lowering effective royalty rates, chip exclusivity, and restrictions on AAPL taking legal action against QCOM. Below are the key agreements with a very brief description, as characterized in the AAPL complaint. … <u>2011 Transition Agreement.</u> This agreement extended royalty relief to CDMA iPhones contingent on using a QCOM chip. … <u>2013 Business Cooperation and Patent Agreement.</u> … The

---

[48] Lehn Report, ¶93.

[49] "Clash of the Smartphone Titans," *BMO Capital Markets*, January 22, 2017. All emphases in original. Despite quoting from this analyst report discussing how BMO "had no visibility into these agreements before the filing of this complaint [and that m]ost of the deals talk about lowering royalty rates, chip exclusivity, and restrictions on AAPL taking legal action against QCOM[,]" the Lehn Report claims "Analysts who discussed the alleged corrective disclosures did not express surprise about Qualcomm's so-called bundling practices." (Lehn Report ¶97.)

agreement provided for calculated quarterly payments to AAPL as a cap on royalties that reduce the royalty payment.

47. The very analyst report that the Lehn Report relies upon states that the Apple complaint disclosed "previously unknown relationship details" and listed "[i]tems that [we]re new to" the analysts. This accords precisely with the evidence and the Court's finding in the Class Cert Order that the corrective disclosures "disclosed far more detail regarding the alleged bundling, including the way it occurred, the customers involved, and Qualcomm's alleged abuse of market power."[50]

48. Overall, the Lehn Report's arguments in this section—for all four corrective disclosures—are fatally flawed because they ignore the evidence, analysis, and holding in the Class Cert Order that the four corrective disclosures "disclosed far more detail regarding the alleged bundling, including the way it occurred, the customers involved, and Qualcomm's alleged abuse of market power."[51] The Lehn Report makes no attempt to show what evidence, if any, it provides that was not considered by the Court in reaching that finding nor any explanation of why any of its evidence adds anything new to that prior evidence. Indeed, the Lehn Report frequently fails to even acknowledge this holding and in so doing misrepresents the quotation from the Class Cert Order that it provides.

## X. The Lehn Report Ignores that Plaintiffs' Allegations Include What It Refers to as "Collateral Damage"

49. The Lehn Report argues that "[i]t is widely recognized that regulatory investigations and litigation may adversely affect a company's stock price, regardless of the veracity of the underlying allegations because of 'collateral damage' associated with such events. For example, regulatory investigations and litigation typically require target

[50] Class Cert Order, p. 30.

[51] Class Cert Order, p. 30.

companies to incur direct legal costs, as well as indirect costs such as management turnover, distraction of management time, and uncertainty about whether there will be changes to the company's business model, even if the merits of the underlying allegations are invalid. Any reduction in a company's stock price arising from collateral damage is distinct from a reduction in its stock price arising from the disclosure of the alleged underlying misconduct."[52]

50. Dr. Lehn then argues, "It follows, as a matter of economics, that the effect of collateral damage on a company's stock price following alleged corrective disclosures should not be included in an estimate of artificial inflation and damages."[53] I disagree.

51. To begin, from the perspective of an investor, it is not true that "[a]ny reduction in a company's stock price arising from collateral damage is distinct from a reduction in its stock price arising from the disclosure of the alleged underlying misconduct."[54] Had Qualcomm disclosed the alleged practices, the market would have understood that those disclosures would lead to scrutiny that would result in various costs and potential changes to its business practices. Consider an example where an investor buys a share of stock for $100 and several days later, the company announces that it has been engaged in questionable business practices. Suppose that the price of the company's stock falls to $90 ***solely*** because of "collateral damage," because the market expects legal and regulatory challenges that may lead to changes in those business practices. Surely this hypothetical investor has lost $10 because they were unaware of the business practices at issue.

52. Dr. Lehn apparently would argue that even if it is proven that the company's failure to disclose those practices is a violation of the securities laws, and that that failure was the sole cause of the investor's loss, the investor has no claim to damages. Yet, in

---

[52] Lehn Report, ¶95. Internal footnote omitted.

[53] Lehn Report, ¶96.

[54] Lehn Report, ¶95.

the "but-for" world where this hypothetical company had made the same disclosure a little over a week earlier (i.e., just before the investor made their purchase), the investor would not have lost money. Thus, the failure to disclose would be the but-for cause of the investor's loss and the disclosure would be the proximate cause of the investor's loss. Solely ***as a matter of economics***, the investor lost $10 due to the incomplete disclosure and its later correction.

53. While I offer no legal opinion, I note that the Lehn Report has cited not a single case where collateral damage was excluded from damages in a securities litigation.[55] Moreover, in this case, Plaintiffs have alleged that Qualcomm misrepresented its business practices, meaning that arguments that the Lehn Report makes regarding potential changes in Qualcomm's business practices are a part of the allegations[56]

---

[55] Legal arguments regarding collateral damages, referred to as "consequential damages" in an opinion, can be found in *In Re Tesla, Inc. Securities Litigation*, No. 18-cv-04865-EMC, 2022 WL 7374936 (N.D. Cal. Oct. 13, 2022), including at *16: "In the Court's view, insofar as the 'consequential effects' are *proximately caused* by the Musk Tweets, these damages may be recovered under federal securities law." (Emphasis in original.)

Footnote 194 of the Lehn Report cites to two academic articles arguing in favor of excluding collateral damage from damages in securities litigation. Both of those articles are over ten years old. I recall the academic discussion of collateral damage during that time period but am not aware of any court that has accepted the argument that collateral damage should be excluded from securities cases since these articles were published. I view this as ultimately a legal question for which I offer no opinion.

[56] See, for example, MTD Order, pp. 6-7. ("Plaintiffs argue Defendants incorrectly claim Plaintiffs allege a duty to admit to antitrust violations. Plaintiffs maintain they allege that Defendants, in touting Qualcomm's licensing practices, were required to do so in a truthful and non-misleading manner, including by disclosing Qualcomm's policy of refusing to license competitors. ***Therefore, they argue, Defendant inaccurately represented its business practices to investors***. … The Court finds Plaintiffs do not seek to impose liability for Defendants' failure to accuse itself of wrongdoing. Rather, ***the allegations claim Defendants' affirmative statements regarding their business practices*** of providing licenses in a non-discriminatory manner ***were false***." Emphases added.) While I understand that this allegation is no longer part of the case, it is my understanding that Plaintiffs allege that there were omissions and misstatements regarding Qualcomm's bundling practices.

## XI. THE LEHN REPORT'S ARGUMENTS REGARDING MY ANALYSIS OF LICENSOR PEER COMPANIES ARE INCORRECT

54. The Lehn Report next challenges my analysis of licensor peer companies. As described in the Tabak Damages Report, I "compar[ed] Qualcomm's stock-price reaction on each of the four alleged corrective-disclosure dates to those of twenty-four other companies that Defendants' expert Bruce G. Bernstein stated 'continue to license their 3G and 4G SEPs at the device level and use the device price as the royalty base.'"[57] My analysis was based on the assumption that if Qualcomm's practice of charging royalties at the device level was disallowed by regulators or successfully challenged by Apple, the practice would not continue in the industry. Thus, to the extent that a potential change in Qualcomm's business model with respect to device-level licensing was the cause of any of the price declines, either (1) a similar effect would be seen in many of the other twenty-four companies identified as following the same practice by Defendants' expert or (2) Qualcomm was achieving supernormal profits that those other companies were not achieving through device-level marketing.

55. When addressing this analysis, the Lehn Report refers to the companies I analyze as "Qualcomm's 'peer' companies[,]"[58] or "firms in the industry[.]"[59] Then, after having removed my reference to how these companies were selected based on one of Defendants' expert's listing of companies that "continue to license their 3G and 4G SEPs at the device level and use the device price as the royalty base[,]"[60] Dr. Lehn opines, "Dr. Tabak also ignores that, as discussed below, the news articles that he cites highlight that the market was most concerned about the device-level licensing program." The Lehn Report first removes references to device-level licensing from its description of the companies I considered and then touts its "discovery" that the relevant news centers

[57] Tabak Damages Report, ¶65. Closing footnote omitted.

[58] Lehn Report, ¶103.

[59] Lehn fn. 229.

[60] Tabak Damages Report, ¶65. Closing footnote omitted.

around device-level licensing, making it seem as if there may be some mismatch between my peer companies and the news. Not only is this highly misleading, but the Lehn Report's conclusion about what the market was most concerned helps justify my choice of peer companies for this analysis.

56. The Lehn Report also criticizes my analysis as follows:[61]

> He claims, based on the Court's class certification order, that because Qualcomm's licensing practices were public information before the alleged corrective disclosures, the decline in the Company's stock price following the alleged corrective disclosures must have been caused by the release of information about Qualcomm's so-called bundling practices contained in the alleged corrective disclosures. The fallacy in Dr. Tabak's reasoning is that he ignores that, as a matter of economics, information about what Plaintiffs characterize as Qualcomm's "bundling" practices also was publicly known before the alleged corrective disclosures.

57. In other words, the Lehn Report is criticizing me for recognizing the distinction between the finding in the Class Cert Order that the licensing practices were public information and the finding in the Class Cert Order that the bundling practices were not fully disclosed to the public.[62] I do not view following the distinction made in the Class Cert Order to be a "fallacy" and therefore reject Dr. Lehn's criticism.[63]

---

[61] Lehn Report, ¶104. Internal footnote omitted.

[62] Compare the Lehn Report's statement ("The fallacy in Dr. Tabak's reasoning is that he ignores that, as a matter of economics, information about what Plaintiffs characterize as Qualcomm's 'bundling'" practices also was publicly known before the alleged corrective disclosures") with p. 30 of the Class Cert Order ("Although Defendants submit evidence that Qualcomm's practice of only selling chips to licensees was public, the corrective disclosures allegedly revealed far more than just this one practice. Further, although bundling and royalty rebate accusations had been levied against Qualcomm prior to the corrective disclosures, those prior allegations do not mirror the corrective disclosures quoted above. The latter disclosed far more detail regarding the alleged bundling, including the way it occurred, the customers involved, and Qualcomm's alleged abuse of market power.")

[63] As I have stated previously, Defendants (and Dr. Lehn) are free to argue that additional evidence may result in a conclusion different from that in the Class Cert Order, but the
(continued)

58. The Lehn Report then turns to my finding that the Qualcomm licensor peer companies' stock prices generally did not decline following the corrective disclosures. I argued that one reason for this was that Qualcomm was making supernormal profits that the others were not because of its bundling practices. The Lehn Report argues that I "do[] not define what [I] mean[] by 'supernormal profits,' [I] do[] not measure any such supernormal profits, and [I] do[] not establish the relation between the so-called bundling practices of companies and their respective profitability."[64]

59. In response, *first*, by "supernormal profits," I mean what that commonly used economics term means: profits that a firm makes above the level that would be expected in a competitive market.[65] *Second*, there is no need for me to measure the level of such supernormal profits at Qualcomm, as the Lehn Report itself pointed out that news reports highlighted Qualcomm's device-level licensing practices. If other device-level licensors had similar profit levels, then any risk to this practice (which I presume would have

---

Lehn Report has not identified what evidence, if any, it considers to be beyond that already considered by the Court or why that evidence should compel a different conclusion. Moreover, unless Dr. Lehn is opining that the Court committed some "fallacy" in the Class Cert Order, I do not understand why it would be a fallacy to base a damages opinion on a ruling by the Court based on the evidence submitted by the parties or by adopting the same reasoning employed by the Court based on that same evidence.

[64] Lehn Report, ¶105.

[65] A search for "supernormal profits" on scholar.google.com yields over 4,000 hits. While many are no doubt false positives, this still confirms that this is a widely used, and widely understood, term in the academic literature. The term refers to profits that a firm makes above those that would be made in a competitive industry. The term is also used in the New Palgrave Dictionary of Economics, a standard reference text in economics in the definition of "Market Structure": "One consequence that emerges from this is that there is no simple and general link, of the kind central to the old literature, between high concentration and high profitability: it is possible, for example, to have industries with widely different levels of concentration that exhibit no difference in their rates of return on investment. High ('supernormal') profits can, however, arise in these 'free entry' models, through a number of channels." (Sutton, J. (2008). Market Structure. In: The New Palgrave Dictionary of Economics. Palgrave Macmillan, London. https://doi.org/10.1057/978-1-349-95121-5_960-2.)

affected the entire industry) would have at least affected a reasonable number of those licensing peers' stock prices. But, that was not what was observed in the data. *Third*, the Lehn Report argues that I do not establish the relation between bundling and profitability. It is my understanding that this was covered in a report by Timothy Simcoe dated September 12, 2023.

60. The Lehn Report next claims, "In addition, Dr. Tabak ignores that the industry peers would likely benefit from a reduction in Qualcomm's alleged illegal 'bundling' practices."[66] The Lehn Report never explains how this is supposed to occur. If Qualcomm had to reduce its bundling practices due to regulatory changes, those changes would affect all device-level licensors, meaning the companies in my analysis. Thus, those companies would not benefit as licensors (a point, that, again is obscured in the Lehn Report when it repeatedly characterizes those companies by terms that obscure the fact that they were indicated to be device-level licensors by an expert for Defendants).

61. The Lehn Report continues, stating, "Similarly, he ignores that at least some of the peer companies could potentially benefit if Qualcomm was either enjoined from charging royalties based on the device level or was required to sell chips to unlicensed OEMs. Consequently, it is reasonable to expect that the stock prices of peer companies should have increased, not decreased, following the alleged corrective disclosures, yet that did not occur."[67] Again, the "peer companies" were identified as device-level licensors. At best, those that were also licensees or potential licensees could benefit from that aspect of their business, causing an ambiguous net effect on their stock price if Qualcomm were not alone in benefitting from device-level licensing. The Lehn Report here seems to ignore that these are licensor peer companies and instead appears to treat "some of the [licensor] peer companies" as solely licensees or speculates that the effect on these companies as licensees would outweigh the effect on them as licensors.

[66] Lehn Report, ¶106.

[67] Lehn Report, ¶106.

## XII. THE LEHN REPORT'S ARGUMENTS REGARDING MY USE OF CONTENT ANALYSIS ARE INCORRECT

62. The Lehn Report next addresses my use of content analysis. This topic is also the focus of the Berger Report. As many of their arguments are duplicative, I will discuss some of the key arguments made by the Lehn Report here and provide a more detailed discussion of my use of content analysis in the following sections, where I respond to the Berger Report. Any arguments I make in those sections that also apply to the Lehn Report should be considered to also be responses to Dr. Lehn.

63. The Lehn Report attacks my use of content analysis as follows:[68]

> … Dr. Tabak's use of the methodology is based on the false premise that "terms that are cited more frequently than others have greater importance" and that "the importance [which he equates with value-relevance] of a term is directly proportional to the frequency with which it appears in the data."[232] Dr. Tabak provides no reliable basis for this premise, nor am I aware of any.
>
> [232] *[Tabak Damages Report]* ¶75.

64. Paragraph 75 of the Tabak Damages Report states the following:

> In particular, the "*frequency* with which a symbol, idea, reference, or topic occurs in a stream of messages is taken to indicate the *importance of, attention to*, or *emphasis on* that symbol, idea, reference, or topic in the messages."[55] At a minimum, this implies that terms that are cited more frequently than others have greater importance. A stronger conclusion is that the importance of a term is directly proportional to the frequency with which it appears in the data. This latter assumption may be considered to give a best estimate of the value of a term.
>
> [55] Klaus Krippendorf[f], *Content Analysis: An Introduction to Its Methodology*, 2nd edition, 2004, p. 59. (Emphases in original.)

65. The Lehn Report thus fails to cite the text that I provide, which I state "implies" the conclusions that it quotes, and then claims that I "provide[]" no reliable basis for my premise. This is highly misleading. Dr. Lehn is free to argue that a standard text on

---

[68] Lehn Report, ¶110.

content analysis is not reliable or even that I have misinterpreted the text (which I have not), but any reader of that portion of the Lehn Report would come away with the impression that I simply made certain statements with no basis whatsoever.[69]

66. The Lehn Report then continues, stating, "Dr. Tabak attempts to support his ***unconventional*** use of content analysis by citing Kearney, et al. (2014), but he ignores that the paper discusses ***alternative*** weighting schemes that 'allow[] for the possibility that raw word counts [i.e. the scheme that Dr. Tabak employs] are not the best measure of a word's information content.'"[70] The Lehn Report never explains why use of the baseline or standard, as opposed to the "alternative[,]" weighting schemes is "unconventional." Indeed, the fact that the Lehn Report refers to these as "alternative" weighting schemes only supports how my analysis is widely accepted. And the quote from that article that the Lehn Report cites recognizes the use of "raw word counts[,]" the procedure I employ. Of course, there is always a "possibility" that any measure employed is not "the best measure" possible. But proving that a model is the best possible model is not only generally impractical, but would defeat the purpose of a model, which is to be a fair simplification of reality. For example, both Dr. Lehn and I have employed linear market models in our event studies. Yet, surely there is a "possibility" that some non-linear model would be better than a linear one. But to consider every possibility would result in a failure to actually reach a conclusion and obtain any results.

67. The Lehn Report ultimately concludes its review of that academic article by stating, "Consequently, he provides no scientific basis for using content analysis in the way he does, let alone in a way that is consistent with the literature that he himself cites[,]"[71] completely ignoring how that article recognized the use of "raw word counts"

---

[69] The Berger Report cites this Krippendorff text dozens of times, generally for discussions of content analysis that are not in response to my citation of this text.

[70] Lehn Report, ¶111. Emphases added. Internal and closing footnotes omitted.

[71] Lehn Report, ¶112.

and looked at alternative analyses, and further completely ignoring the Krippendorff text that it failed to acknowledge as part of the literature that I cited.

68. The Lehn Report then states, "Another paper cited by Dr. Tabak states that 'Content analysis . . . cannot always isolate the price impact of a significant piece of news if it was in the same announcement as other, significant news,' which also does not support Dr. Tabak's purported use of content analysis in this matter."[72] Of course, just because something does not "always" work does not mean that it does not work in a particular instance. I address this more in my response to the Berger Report. Similarly, the Lehn Report's reference in ¶114 to my own publication on content analysis is included in my response to the Berger Report.

69. In considering how I classify the terms in the content analysis, the Lehn Report states, "For example, with respect to the first alleged corrective disclosure, Dr. Tabak decides that the phrase 'properly negotiate' pertains to the Bundling Claim. … Dr. Tabak's analysis assumes without a reliable basis that the term 'properly negotiate; pertains exclusively to the Bundling Claim when, on its face, the phrase appears to be related to Qualcomm's licensing, not its so-called bundling practices."[73] Here, the Lehn Report again ignores the Class Cert Order, which stated, based on the evidence, "Further, the Court finds that the corrective disclosures contained information regarding bundling that was not publicly available prior to the corrective disclosures. The corrective disclosures revealed the following new information about the company's bundling practices: (1) the First Corrective Disclosure allegedly revealed that Qualcomm did not 'properly negotiate' its licenses[.]"[74]

70. Thus, contrary to what the Lehn Report states, I did not "decide[]" on the classification of this term, but followed the Court's prior ruling finding that this term

[72] Lehn Report, ¶113. Internal footnote omitted.

[73] Lehn Report, ¶116. Closing footnote omitted.

[74] Class Cert Order, pp. 29-30.

reflected "information regarding bundling that was not publicly available prior to the corrective disclosures." Again, it is my understanding that Dr. Lehn and Defendants could choose to introduce new evidence to try to obtain a different decision from the trier of fact, but the Lehn Report's disregard of the Court's ruling is not a valid basis to criticize my analysis for being consistent with that ruling. In addition, Dr. Lehn was free to recategorize that term and any others that he wished to create an alternative damages analysis that he believed accorded with Defendants' positions, but chose not to do so.

71. The Lehn Report also argues, "Dr. Tabak also ignores searching for the term that Plaintiffs have used to describe the Bundling Claim, i.e., the term 'bundling' itself. Dr. Tabak fails to explain why he did not search for that term other than the fact that it does not appear in any news stories covering Qualcomm on the corrective disclosure dates."[75] It should be noted that any relevant hits on that term would only serve to increase damages because "bundling" would be a bundling-related term. More importantly, I chose to focus my analysis on specific terms used in news stories.

72. The Lehn Report also points out that I did not search for the terms "FRAND" or "discriminatory."[76] However, these are not practices, nor are they terms that are distinctly associated with any single practice. My search focused on practices and linked terms. To the extent that these or other terms showed up in the same phrase as a relevant practice, then the practice would be counted in the analysis.

73. The Lehn Report also argues that certain terms related to allegations other than bundling were not included in my analysis. I address this in my response to the Berger Report in Section XV below.

74. The Lehn Report also argues:[77]

---

[75] Lehn Report, ¶117.

[76] Lehn Report, ¶118.

[77] Lehn Report, ¶120.

> Dr. Tabak further ignores terms that pertain to collateral damage. If he had searched articles and analyst reports for terms related to collateral damage, and, in particular, terms concerning potential changes to Qualcomm's business model, Dr. Tabak would have found that, under his criteria, collateral damage had a substantial impact on the Company's stock price following the alleged corrective disclosures.

75. Again, these are terms that do not describe the allegedly undisclosed conduct, but only the potential results of that conduct. Moreover, as, discussed above, I am not aware of any court that has excluded collateral damages from damages in a securities litigation, and certain aspects of collateral damages are explicitly a part of Plaintiffs' damages claim in this matter. Dr. Lehn has cited to no ruling in this matter that the effects of what he terms collateral damage are to be excluded from damages. And, once again, Dr. Lehn was free to add those terms to the analysis to create an alternative calculation of damages but did not to do so.

76. In ¶121, the Lehn Report argues, "Dr. Tabak intentionally excludes certain documents from his review of terms, including analyst reports and Qualcomm's SEC filings and other corporate disclosures." Notably, the Lehn Report treats this as if it were a decision I made out of thin air, without noting that the reasoning is given in an academic article that I cite.[78] The Lehn Report's failure to note that I am following a procedure laid out in the academic literature makes its critique misleading. Dr. Lehn would have been able to extend my analysis by incorporating additional sources to create an alternative damages analysis. Instead, his report attributes material from an academic source that he disagrees with to me and fails to note that my analysis is consistent with that academic literature. In addition, the Lehn Report could have performed an analysis by changing the source material for the content analysis but did not do so.

---

[78] See ¶79 of the Tabak Damages Report. See also Tetlock, P., 2014, "Information transmission in finance," *Annual Review of Financial Economics*, 6, pp. 365-384. ("Most studies use newspaper articles as measures of public information[.]" pp. 370-71.) Thus, my analysis is consistent with "most studies[,]" and the Lehn Report provides no reason why I should deviate from the most common form of analysis in the academic literature or whether doing so would have any material effect on my results.

77. While I discuss some of these issues in more detail below in responding to the Berger Report, overall one main theme clear from the Lehn Report's critique of my content analysis is that it repeatedly ignores information that does not support its thesis, whether that is how the Class Cert Order interpreted the term "properly negotiate" or how my premises were supported by the Krippendorff text or my exclusion of certain news sources was supported by another academic article.[79]

## XIII. The Lehn Report's Sole Quantitative Analysis Relies on a Form of Content Analysis

78. The only quantitative analysis performed by Dr. Lehn is referenced in footnote 65 of his report. Dr. Lehn performs a variety of event studies using a number of indices. Many of the indices were created by third parties (and Dr. Lehn removes Qualcomm from these indices when it is a member) but he also created "various value- and equal-weighted indices based on the frequency with which other firms were compared to Qualcomm by equity analysts who released reports on Qualcomm during the six months prior to the first alleged corrective disclosure." As discussed above, the frequency with which a topic is mentioned is the accepted basis for content analysis.

79. At a minimum, Dr. Lehn's creation of indices based on the "frequency with which other firms were compared to Qualcomm" is an indication that more frequent mentions of a topic are an accepted means of evaluating the importance of a topic. In addition, the Lehn Report makes various assumptions, such as analyzing value-weighted and equal-weighted indices, with no validation that these are the best possible assumptions, which is similar to a critique made against my content analysis by the Berger Report.

[79] As previously noted, this does not apply solely to the Lehn Report's critique of my use of content analysis, as it repeatedly ignores the Court's findings in the Class Cert Order and the evidence that supports those findings.

# XIV. The Berger Report's Critiques of My Use of a "Proportionality Assumption" Ignore Relevant Literature and Dr. Berger's Own Standards in Prior Academic and Litigation Work

## *A. The Academic Literature Supports the "Proportionality Assumption"*

80. The first critique that the Berger Report makes of my analysis is that I employ what it calls a "Proportionality Assumption," meaning that I determine the ratio of total references to bundling-related terms to total terms relevant to Qualcomm's challenged conduct and that I argue that the application of this "ratio can be used to determine the portion of the residual decline in Qualcomm's stock price attributable to disclosures about the Bundling Allegations. In this report, [Dr Berger] refer[s] to this critical assumption as the 'Proportionality Assumption.'"[80]

81. To begin, Dr. Berger does not deny that what he calls the Proportionality Assumption is a standard assumption in content analysis for determining the relative importance of different categories of terms. For example, the Berger Report quotes one academic article as stating that "'the assumption of importance of information item being directly proportional to frequency of mention and other related issues *may not be fully realistic*.'"[81] This quotation implicitly recognizes that the Proportionality Assumption is a baseline (if not *the* baseline) assumption in content analysis, but argues not that it is a faulty assumption, but that it "may not be fully realistic." As discussed above, virtually no model is "fully realistic." For example, the linear regression analyses that both Dr. Lehn and I used to examine stock-price movements are not "fully realistic" because the relationship between the price movements of two securities is not always perfectly (or fully) linear. Yet, like the Proportionality Assumption, linearity is a baseline for certain analyses, and Dr. Lehn did not examine the validity of his use of linear regression analysis.

---

[80] Berger Report, ¶12.

[81] Berger Report, fn. 62. Emphasis added in the Berger Report.

82. The Berger Report also cites another academic article as noting that "while proportional term weighting (*i.e.*, assigning the same weight to every mention of a term) has been used in studies, the appropriateness of this assumption has also been questioned in the academic literature."[82] This quotation makes it clear that proportional term weighting (or the Proportionality Assumption) is a common feature of the content-analysis literature. In fact, that article actually says, "Most studies employ proportional weighting, which treats every word in the list to be equally important."[83] Thus, the Berger Report is critiquing me for using the technique employed in "[m]ost studies[.]" That article discusses numerous articles on content analysis and in one sentence references three studies and states that "the second and third studies question the use of the proportional term-weighting scheme that has been extensively used in earlier studies."[84] In other words, the Berger Report's argument that "the appropriateness of this assumption has also been questioned in the academic literature"[85] is supported by a citation to a paper that references the "extensive[] use[]" of the Proportionality Assumption when noting that two articles have challenged it.

83. The only way to satisfy the Berger Report's critique of my reliance on the academic literature for an appropriate approach to content analysis would be to find a technique that is not only used in at least "[m]ost studies" and "that has been used extensively[,]" but to find a technique that essentially has never been questioned.

84. One relevant paper in the academic literature studies the relationship between sentiment in news stories and stock-price movements: "Giving Content to Investor Sentiment: The Role of Media in the Stock Market." ("Tetlock 2007")[86] This paper

---

[82] Berger Report, fn. 65.

[83] Kearney and Liu 2014, p. 175.

[84] Kearney and Liu 2014, p. 180.

[85] Berger Report, fn. 65.

[86] Tetlock, Paul C., "Giving Content to Investor Sentiment: The Role of Media in the Stock Market," *Journal of Finance*, June 2007.

performs various analyses using a statistically derived measure of "sentiment," or estimations of the positive or negative tone of a news story. It then performs the same analyses using simple word counts from the General Inquirer ("GI"), a content-analysis program, and finds: "Using the GI category for either Negative words or Weak words (the two GI categories most highly correlated with pessimism), I find similar relationships between the media and the market."[87] In other words, it finds "similar relationships" between news stories and stock-price movements whether using a statistically derived measure or simple word counts. Moreover, even if a more complicated measure might potentially be more accurate than pure word counts, in this case, I use the percentage of bundling-related and other words for my disaggregation. Thus, if, for example, the effect of all words would be double under a more complicated measure than using word counts, there would be no effect on the disaggregation analysis.[88]

---

[87] Tetlock 2007, p. 1141.

[88] Tetlock 2007 also states: "Table II shows that one-standard deviation increases in Negative words and Weak words predict that the Dow Jones will fall by 4.4 and 6.0 basis points, respectively. ***Both magnitudes*** are statistically and economically significant, and ***are comparable to the pessimism effect***." (p. 1150. Emphases added.) Thus, a baseline assumption is that even the magnitudes of effects under an analysis of word counts should be similar to those from a more complicated analysis.

See also Henry, Elaine, "Market Reaction to Verbal Components of Earnings Press Releases: Event Study Using a Predictive Algorithm," *Journal of Emerging Technologies in Accounting* 3.1 (2006): 1-19. ("The purpose of this study is to examine whether concurrent disclosure, particularly information contained in the verbal components of earnings press releases and captured with keyword counts, improves prediction of market response to earnings announcements. ... Results show that inclusion of a broad range of financial variables, such as levels and changes of ratios, does not enhance predictive accuracy of market returns incrementally above a model including simple earnings information. However, inclusion of verbal variables does result in greater predictive accuracy" (p. 2.))

See also Henry, Elaine, and Andrew J. Leone, "Measuring Qualitative Information in Capital Markets Research: Comparison of Alternative Methodologies to Measure Disclosure Tone," *The Accounting Review* 91.1 (2016): 153-178. ("We present evidence that word-frequency tone measures based on domain-specific wordlists--compared to
(continued)

85. In addition, Dr. Berger ignores the use of topic models in content analysis. For example, one academic paper states, "For topic $\tau$, let us define $e_{\tau,j}$ as the number of econ words in article j that fall into topic $\tau$ and $e_j$ as the total number of econ words in article j. Then $f_{\tau,j} = e_{\tau,j}/e_j$ defines the fraction of article j's econ words that fall into a specific topic (recall topics are defined as nonoverlapping sets of econ words). We refer to $f_{\tau,j}$ as the frequency of topic $\tau$ in article j."[89] This is ***identical*** to the procedure I use, looking at the share of relevant words ("econ words" in the article; bundling- and other-allegation-related words in my analysis) that are of different subcategories to find the frequency of one subcategory in the larger category.[90]

### *B. Dr. Berger Has Used the Proportionality Assumption in His Litigation Work*

86. On February 6, 2023, Dr. Berger submitted an expert report in *Yuga Labs, Inc. v. Ripps* ("Berger Yuga Report"). As part of his analysis, Dr. Berger examined "tweets that espouse positive, neutral, and negative attitudes towards the BAYC brand" as determined by a model he employed.[91] He then "plot[ted], in green, the proportion of all tweets discussing the BAYC brand that express positive sentiment toward the BAYC brand and,

---

general wordlists--better predict the market reaction to earnings announcements, have greater statistical power in short-window event studies, and exhibit more economically consistent post-announcement drift. … Overall, although more complex techniques are potentially advantageous in certain contexts, equal-weighted, domain-specific, word-frequency tone measures are generally just as powerful in the context of financial disclosure and capital markets." (p. 153.)

[89] Calomiris, C. and H. Mamaysky, 2019, "How news and its context drive risk and returns around the world," *Journal of Financial Economics*, 133 (2), 299–336, p. 306.

[90] While the article does find differences in the effects of certain topics, my analysis only considers terms within a tightly defined topic: Qualcomm practices that are the subject of a new regulatory development or customer litigation. Thus, my two topics would be considered part of the same topic in that paper, and all occurrences of the terms I utilize would be treated equally in the model in that paper. (See the list of topics on p. 303: "Mkt, Govt, Corp, Comms, and Credit.")

[91] Berger Yuga Report, ¶87.

in red, the proportion of all tweets discussing the BAYC brand that express negative sentiment toward that brand."[92]

87. Notably, in the Berger Yuga Report, Dr. Berger counted the number of tweets with different forms of sentiment, thereby weighting each tweet in a given category equally. This is true even if one tweet is somewhat negative (e.g., "BAYC isn't that great") or very negative ("BAYC is absolutely terrible").

88. In Appendix D to the Berger Yuga Report, Dr. Berger writes:[93]

> For each tweet, the output provides an aspect-level classification along with a percentage score for positive, neutral, and negative. If the sentiment related to a given aspect is classified through the model as neutral, but the positive score is greater than the negative score by more than five percentage points, the sentiment toward that aspect is reclassified as positive. Similarly, if the sentiment related to a given aspect is classified through the model as neutral, but the negative score is greater than the positive score by more than five percentage points, the sentiment toward that aspect is reclassified as negative.

89. In other words, the Berger Yuga Report actually performs its analysis by ignoring the strength of the evidence for how positive or negative a tweet is (i.e., the difference between the positive and negative scores) and classifies tweets into three categories: positive, negative, and neutral. Thus, the Berger Yuga Report applies the Proportionality Assumption (treating all tweets of a given sentiment equally). I do not fault Dr. Berger for employing this approach and that standard for applying a content analysis in the Berger Yuga Report, but note that many of the Berger Report's critiques of the Proportionality Assumption could be leveled against the Berger Yuga Report.

90. Dr. Berger also submitted a report on June 27, 2022 in *Doctor Joseph Ciccio et al. v. SmileDirectClub, Inc. et al.* ("Berger SDC Report"). In this report, Dr. Berger states,

---

[92] Berger Yuga Report, ¶88. Closing footnote omitted.

[93] Berger Yuga Report, Appendix D, ¶8.

"Content analysis of public media is a widely used technique in marketing research."[94] Exhibit 6 to that report, "SDC Owned Tweets Identified by Keyword Search," a few pages later, provides the percentage of SDC tweets matching different terms, and then a total across all terms. Again, no weighting is given to the use of different terms, meaning that the relevant terms treated as having equal relevance for this analysis, an implication of the Proportionality Assumption.

91. Dr. Berger also submitted a report in *Fredric N. Eshelman v. Puma Biotechnology, Inc.* ("Berger Puma Report") dated August 16, 2022. In one analysis, Dr. Berger "analyz[ed] news articles aggregated by *Factiva*. [He] searched within all articles aggregated by *Factiva* from various news outlets and publications according to the following search criteria: (((Fredric OR Fred OR Puma OR (Pharmaceutical Product Development) OR PPD OR Ketek OR FDA) AND Eshelman) OR (Eshelman Ventures))] between January 1, 2015 to December 31, 2016. [He] then charted the volume of these articles over time[.]"[95] The volume of articles is simply the count of articles, with no weighting applied.

### *C. Dr. Berger Has Used the Proportionality Assumption in His Published Work*

92. In an article Dr. Berger co-authored, he and his co-author wrote, "We quantified positivity as the difference between the percentage of positive and negative words in an article. We quantified emotionality as the ***percentage of words*** that were classified either as positive or negative."[96] Here, Dr. Berger treated all positive and negative words as having the same value, rather than questioning whether some words were "more positive" or "more negative" than others.

---

[94] Berger SDC Report, ¶39. Closing footnote omitted.

[95] Berger Puma Report, ¶¶34-35. Internal footnote omitted.

[96] Berger, Jonah and Katherine L. Milkman, "What Makes Online Content Viral?," *Journal of Marketing Research*, April 2012, Vol. 49, No. 2 (April 2012), pp. 192-205, p. 194. Emphasis added.

93. In another article, Dr. Berger and his co-authors state, "Count measures have been used to measure the frequency of each entity's occurrence, entities' co-occurrence, or entities' relations. For example, when using dictionaries to evaluate sentiment or other categories, ***researchers often use the proportion of negative and/or positive words*** in the document, or the difference between the two (Berger and Milkman 2012; Borah and Tellis 2016; Pennebaker et al. 2015; Schweidel and Moe 2014; Tirunillai and Tellis 2014)."[97]

### *D. The Berger Report Asks for an Impossible "Validation" of the Proportionality Assumption*

94. An alternative critique in the Berger Report is that I should have performed some empirical analysis to validate my use of the Proportionality Assumption. See, for example, ¶66 of the Berger Report: "Dr. Tabak could have conducted empirical tests of his assumptions, or sought to validate his assumed relationship by reference to external data or analysis." Notably, Dr. Berger did not validate that all tweets or all words he analyzed in his litigation and academic work, respectively, discussed above, obeyed the Proportionality Assumption.

95. The Berger Report never states what sort of empirical tests could be performed here.[98] Even assuming that it is necessary to disaggregate, if one already knew how much of the stock-price movement on each of the four corrective-disclosure dates related to bundling and how much to other issues, then there would be no need to use another form of disaggregation such as content analysis. And, without knowing this in advance, it is

[97] Berger, Jonah, Ashlee Humphreys, Stephen Ludwig, Wendy W. Moe, Oded Netzer, and David A. Schweidel (2020), "Uniting the Tribes: Using Text for Marketing Insight," *Journal of Marketing*, 84(1), 1-25, p. 12. Emphasis added.

[98] It follows that the Berger Report also does not perform a single test to show that the Proportionality Assumption is invalid. While I understand that Dr. Berger is not required to do so, given that this assumption is the one "[m]ost studies employ[,]" it is telling that the Berger Report does not provide any empirical evidence whatsoever to suggest a benefit from employing another weighting scheme or to suggest that this most-common weighting scheme is inappropriate.

not clear what type of test would satisfy Dr. Berger, particularly his apparent need for proof that the approach is "fully realistic."

96. To be more specific, we would not expect many references to bundling or to other challenged issues to affect Qualcomm's stock price on days when there is no new news about those practices introduced to the market. The allegations in this case are that Qualcomm generally misrepresented and/or hid these issues, meaning that there may be no such dates and, furthermore, on those dates (other than the corrective-disclosure dates), Qualcomm presented these practices as non-issues.[99]

97. Indeed, even if one performed a validation analysis on days other than the corrective-disclosure dates, the Berger Report argues that "it could well be the case that a content measure *does not* have an impact on the outcome variable being studied (or may not have an impact on a particular day)."[100] Thus, any analysis on other days would be subject to this critique, meaning that the only way to satisfy the Berger Report's desire for some form of validation analysis of the content analyses of the corrective-disclosure days is to already know what results the disaggregation should yield on each of the corrective disclosure days.

---

[99] The Berger Report argues: "If Dr. Tabak had tested his presumed relationship and found that terms related to 'other challenged issues' are associated with, for example, double the stock price impact as terms related to 'bundling issues,' then the correct ratio for a count of 20 mentions related to 'bundling issues' and 40 mentions related to 'other challenged issues' would be 20 to 100 (*i.e.*, 20 + (40 x 2)), or 0.20 as the fraction of the residual stock price decline attributable to disclosures related to the Bundling Allegations, rather than 0.33." (Berger Report, ¶76.) Here, the Berger Report appears to ignore that there would be no effects of bundling or other challenged issues on dates when there were no new disclosures or regulatory or legal challenges to those issues, which would limit the analyses to the corrective-disclosure days. Alternatively, the Berger Report assumes that there is some unspecified way to perform this analysis on the corrective-disclosure days, which would mean already knowing how much of the price movements on each of those four days related to bundling or other issues. There is no evidence that Dr. Berger considered these points, much less provided any indication of how to deal with them.

[100] Berger Report, ¶49. Emphasis in original.

98. Here, the Berger Report confuses the role of academic literature developing a theory and practical work employing a theory. In much academic work, a large sample of observations is collected and tests are performed to determine, for example, the average relationship between a car's speed and the amount of damage it suffers in a collision with a stationary object. In practical work, these findings may be applied to individual cases, such as to estimate the speed at which a car was traveling before an accident. Here, I take the most common approach used in the content-analysis literature and apply it in this case.

99. In other words, I rely on the academic literature that finds that the Proportionality Assumption is appropriate, based on decades of study and analysis. While this assumption, like virtually every assumption, is "not fully realistic[,]" it is used extensively because it provides informative results that are relied upon in the peer-reviewed literature. Despite all this, later in this report, I will discuss a reasonable validation analysis of my updated content analysis.

100. Finally, it is worth noting that at least part of the Berger Report's critique on this point appears to rest on ¶75, which reads as follows:[101]

> The Tetlock et al. (2008) article also finds that the relationship between negative words and stock returns is not the same for all *types* of news. Instead, the relationship is stronger for news related to firm fundamentals than for other types of news. In other words, the relationship between negative words and stock returns depends on the context in which the words are mentioned. The article finds that if negative words are mentioned in the context of fundamentals, there is a larger effect on stock returns than if they are not mentioned in the context of fundamentals. These findings again raise questions about Dr. Tabak's assumption that all mentions of terms in news stories can simply be assumed to affect stock returns equally, depending only on the frequency of mentions and independent of other characteristics of the content.

[101] Internal and closing footnotes omitted. Emphasis in original.

101. Here, the Berger Report ignores that all of the terms I examine are of the same type and in the same context: they relate to regulatory developments (on three dates) and a lawsuit by a Qualcomm customer (on the fourth date). Of course, negative words like "disappointing" may matter more to the stock market when they are related to earnings (part of firm fundamentals) than to the fact that it rained during the company picnic. But the Berger Report never even seems to consider that the references here are, on each of the four disclosure dates, related to challenged business practices in the context of regulatory developments or the Apple lawsuit.[102] In addition, while the Berger Report cites one article for the claim that context matters, it ignores the many other articles (including those by Dr. Berger) that do not adopt that approach, instead looking solely at a count of terms, as well as Dr. Berger's own use of counts without context when he employed content analysis in litigation, as discussed in sections XIV(A) and (C) above.

### *E. The "Proportionality Assumption" Is Justified for My Analyses*

102. One of the arguments that the Berger Report makes against my use of the Proportionality Assumption is given in its footnote 36:

> Krippendorff (2004) concludes that "[t]he tentative insight we may derive from this exploratory study is that frequencies may not be good indicators of conceptual variables, such as importance or

[102] It should go without saying, but each of the percentages was calculated using data for news immediately following one particular disclosure. Thus, there is no mixing of reactions to different regulatory events and/or the Apple lawsuit in any of the disaggregation calculations.

In ¶76, the Berger Report speculates that perhaps references to other challenged issues could have twice the impact of references to bundling issues. The Berger Report gives no basis for this speculation and could have just as easily have directly speculated about the ultimate disaggregation percentages. One should also consider that references to bundling issues should have a ***larger*** impact than references to other challenged issues because, as the Class Cert Order found, the bundling references disclosed new information in addition to the regulatory or litigation developments while the references to other issues did not disclose new information about the underlying non-bundling practices themselves. Thus, if anything, treating the two sets of references equally may understate damages.

> favoring one side over the other in a complex political controversy. Frequency measures are more likely to succeed as indicators of frequency-related phenomena—for example, the number of mentions of crime and the number of people believing crime to be an issue (not to be confused with actual crime statistics, which can be very detailed and may not correlate with public concerns) …" See Krippendorff (2004), pp. 60–61

103. However, what I am studying is not a "conceptual variable," where importance may be hard to quantify; instead, I am examining how the market reacts to news that may affect the financial value of Qualcomm. This value is measured in dollars and cents. Alternatively, in line with the quote from Krippendorff the number of mentions of bundling or other issues can be thought of as relating to the number of people believing that each is an issue and therefore being motivated to sell Qualcomm's stock as a result.

104. Furthermore, the categories of terms that I consider are particularly appropriate for employing the Proportionality Assumption because they are similar in that they each refers to practices that were challenged by regulators or a major Qualcomm customer or to terms associated with such practices in the news stories. This would not be the case if, for example, a company announced a cash-flow shortfall and a regulatory investigation. In that case, different news sources might have a tendency to focus on one issue or the other (e.g., news outlets that focused on financial issues may discuss the cash-flow shortfall while those that focused on legal issues may discuss the regulatory investigation). Here, the similarity of the issues (i.e., both deal with Qualcomm business practices that faced regulatory and customer scrutiny) makes the Proportionality Assumption appropriate.[103]

---

[103] In ¶48, the Berger Report cites a publication I wrote on the use of content analysis in litigation in which I stated that the Proportionality Assumption relies on strong assumptions. I maintain that view and believe that one possible stronger assumption is that there is a reasonable similarity between the types of terms being examined. Here, we have the similarity of the bundling and other challenged practices, in that both are sets of business practices that faced regulatory and customer scrutiny.

## XV. THE BERGER AND LEHN REPORTS' CRITIQUES OF MY IMPLEMENTATION OF MY CONTENT ANALYSIS CONTAINS A MIX OF INCORRECT ARGUMENTS AND POINTS THAT I ADDRESS

### *A. The Berger and Lehn Reports' Concerns About My Search Terms Are Either Invalid or Can Be Addressed*

105. The Berger Report critiques the implementation of my content analysis. Its first critique is the claim that my selection of terms is unsupported and not replicable. The Berger Report's first argument is, "As an initial matter, Dr. Tabak's selection of terms is unsupported. He does not explain his reasons for selecting the terms in his custom word list or even what standard a term had to meet for that term to 'appear to relate' to a particular issue."[104] Similarly, the Lehn Report claims, "The scheme that Dr. Tabak uses to classify words is based solely on his subjective judgment which is unscientific and unreliable."[105]

106. The use of subjective judgment is a standard approach in creating word lists. For example, in examining financial terms that are negative, positive, unclear, and litigious, one paper states, "To create the Fin-Neg, Fin-Pos, Fin-Unc, and Fin-Lit word lists, we first develop a dictionary of words and word counts from all 10-Ks filed during 1994 to 2008. ***We carefully examine all words occurring in at least 5% of the documents, to consider their most likely usage*** in financial documents (including inflections)."[106] The article further notes, "We account for simple negation only for Fin-Pos words. Simple negation is taken to be observations of one of six words (*no, not, none, neither, never, nobody*) occurring within three words preceding a positive word.

[104] Berger Report, ¶87.

[105] Lehn Report, ¶115.

[106] Loughran, T. and B. McDonald, 2011, "When is a Liability Not a Liability? Textual Analysis, Dictionaries, and 10-Ks," *Journal of Finance*, 66, 45-65 ("Loughran and McDonald 2011"), p. 44, emphasis added. This paper has been cited over 5,000 times in Google Scholar, indicating its influence and the reliance on its methodology and text dictionary.

We would not expect to see phrases such as 'not terrible earnings' in a report, so we do not consider negation for the negative word lists."[107] As opposed to this limited analysis of negation, I specify each negation, or denial by Qualcomm, using red coding and also specify false positives using blue coding, thereby going beyond a standard in the literature.[108]

107. Next, as discussed in the Tabak Damages Report, the reason that I selected terms was that I believed that they were key terms related to the bundling and other challenged practices based in part on my review of news stories. There is no pre-defined list of such terms, thus requiring the creation of a custom list of terms. As is common in securities litigations, experts present their analyses (here, views of what a particular term means) and opposing experts can respond, as discussed in ¶81 of the Tabak Damages Report. In line with this, both Dr. Lehn and Dr. Berger have made arguments about how they disagree with my classification of terms. For example, the Lehn Report states:[109]

> [W]ith respect to the first alleged corrective disclosure, Dr. Tabak decides that the phrase "properly negotiate" pertains to the Bundling Claim. Qualcomm used this phrase in a press release, stating that the KFTC's report "alleges, among other things, that we do not *properly negotiate* aspects of our licenses." Dr. Tabak's analysis assumes without a reliable basis that the term "properly negotiate" pertains exclusively to the Bundling Claim when, on its face, the phrase appears to be related to Qualcomm's licensing, not its so-called bundling practices.

108. I disagree. The Class Cert Order states, "Further, the Court finds that the corrective disclosures contained information regarding bundling that was not publicly

---

[107] Loughran and McDonald 2011, p. 44. Italics in original.

[108] This goes beyond the standard employed by Dr. Berger in the Berger SDC Report, in which Dr. Berger creates his own dictionary of keywords and then counts any mention of those keywords in his analysis as relevant to the topic of "At-Issue Marketing." As Dr. Berger states in that report: "This approach may overestimate the number of posts that I count as including the At-Issue Marketing statements, as the keywords capture phrases that do not relate to the At-Issue marketing." (Berger SDC Report, fn. 58.)

[109] Lehn Report, ¶116. Emphasis in original. Internal and closing footnotes omitted.

available prior to the corrective disclosures. The corrective disclosures revealed the following ***new information about the company's bundling practices***: (1) the First Corrective Disclosure allegedly revealed that Qualcomm did not ***'properly negotiate'*** its licenses[.]"[110] The context of this is Qualcomm's statement: "The ER alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law."[111] The term "properly negotiate" is separated from the device-level licensing and no-license no-chip policies. Moreover, the Lehn Report has provided no other form of negotiating strategy to which the term "properly negotiate" could apply. Of course, Defendants' experts could have provided this information (if it exists) and even attempted to establish some means to apportion references to "properly negotiate." But they did not.

109. My initial list of terms provided a balanced list of key terms with which to perform a content analysis and a review of the evidence (particularly the documents cited in the Class Cert Order) shows that the relationship between those terms and the categories to which I assigned them are reasonable. To make more explicit how the terms I use relate to the allegations, Exhibit 3a to this report lists all the bundling-related terms I used in the Tabak Damages Report and those I use in this report and provides a reference to where they appear in materials in this case or to how they are attributed to bundling or other allegations based on the context in which they appear in the news stories.[112]

---

[110] Class Cert Order, pp. 29-30. Emphases added.

[111] "Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report," *Qualcomm* (press release), November 17, 2015.

[112] I assume that Defendants will not challenge my attribution of any terms to non-bundling issues. While I refer to these as bundling-related terms, they really extend to include all terms related to all allegations that have not been dismissed from the case. In particular, the Class Cert Order certified a class for bundling-related allegations because the Court found that the challenged bundling practices were not revealed to the market before the corrective disclosures (which revealed more information about them) but did
(continued)

110. While the Lehn and Berger Reports do not present their own complete list of relevant terms, they each suggest that more terms as examples they believe should be included in my analysis. In essence, the Lehn and Berger Reports are following the suggestion that I made in the Tabak Damages Report: "To the extent that one believes that there are other words or word combinations that should be added to the lists, they can extend the analysis to show results for any alternative set of words and word combinations."[113] While I have no objection to employing a larger sample of terms, the approach taken by Defendants' experts primarily provides example suggestions for terms not related to bundling (shown in red in Exhibit 4a). Thus, the Berger Report does not attempt to actually perform a comprehensive analysis or identify a complete list of terms that would result in a more accurate analysis or aid the finder of fact. Instead, it primarily suggests example additional terms that would work in Defendants' favor.[114]

111. The terms I used in the Tabak Damages Report were a sufficient sample to conduct a content analysis. I have now expanded the sample to include the additional

---

not certify a class for the licensing-related allegations because the Court found that those practices had already been disclosed to the market. There are also allegations that Qualcomm retaliated against Apple for its testimony to the KFTC. That retaliation was not revealed until the final corrective disclosures and, thus, I treat them as part of the bundling allegations (or, more broadly, the allegations that were revealed on one or more corrective disclosures).

[113] Tabak Damages Report, ¶81.

[114] By considering primarily terms that favor Defendants, the Berger Report presents an unbalanced view of the analysis. While it is always possible that deeper dives into a set of materials or more or less stringent views of the degree of certainty needed to assign ambiguous terms to one category or another could have some effect on results, looking only at changes that could move the results in one direction presents an incomplete and potentially misleading view of whether such changes in methodology are meaningful on net. As an analogy, extending the set of terms considered is similar to conducting an election poll by looking for additional potential voters. However, to obtain a fair result, one cannot solely attempt to identify voters who will vote (or are expected to vote) in a given direction.

Finally, I do not extend the analysis to include additional terms that are ambiguous, as these would not affect my disaggregation percentages or my damages analysis.

synonyms and analogous terms proposed by Lehn and Berger that would work in Defendants' favor, with certain exceptions discussed below and identified in Exhibit 3b. However, in order to create a comprehensive sample without a bias in favor of including terms that favor one party or the other, my staff and I reviewed news articles to identify additional synonyms and analogous terms for both "bundling" and "non-bundling" terms, which are identified in Exhibit 3a.

112. As can be seen from Exhibit 3a, the terms I employ focus on practices that Qualcomm engaged in (or was accused of engaging in) or non-generic terms strongly associated with those practices, resulting in a coherent family of terms. One of the benefits of my listing of all the terms I have used and how much each contributes to the overall count is that to the extent that the finder of fact disagrees with any of the classifications I have made, they can easily find an alternative disaggregation percentage by moving any terms from one category to another.

113. When two terms are in the same phrase (e.g., "engaged in predatory pricing to push out a competitor") they are treated as a single refence and so noted in Exhibit 3a. The question of pushing out or forcing out one or more competitors also is noteworthy. In the Tabak Damages Report, I conservatively treated all references to "pushing out" as related to predatory pricing and not related to bundling. The Berger Report argued that I should have included variants of the term "force out" as well.[115] It fails to note that that the Class Cert Order discusses how "the Second Corrective Disclosure allegedly revealed that Qualcomm 'illegally paid a major customer for exclusively using Qualcomm chipsets' to force competitors out of the market[.]"[116] To deal with the potential ambiguity, whenever the term "push out" or "force out" (or their variants) refer only to some form of predatory pricing or to a single competitor (i.e., Icera), I now classify those as not related to bundling. However, when such a term was not tied to one action and

[115] Berger Report, ¶94.

[116] Class Cert Order, p. 30.

referred to more than one rival or competitor (e.g., "EU Commissioner in charge of competition policy Margrethe Vestager said: '… I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing. …'"[117]), I treat that as ambiguous.

114. Exhibit 3a notably does not include some terms that I could have included to increase the share of bundling-related references in the news reports. For example, due to the way that Factiva (my data source) collected stories, it only has the beginning of certain stories from *Barron's*, leading to the text "that the company doesn't properly …" (with the ellipses in the Factiva story marking the end of the material).[118] While this partial term no doubt would have continued by saying "properly negotiate," I do not include that in the count of bundling-related references.

115. As another example, there are also numerous stories with statements such as: "The US Federal Trade Commission filed a lawsuit in federal court in California claiming Qualcomm's practices amount to 'unlawful maintenance of a monopoly in baseband processors,' which are devices that enable cellular communications in phones and other products."[119] This appears to relate to the demand for exclusive use of Qualcomm chips (i.e., maintaining a monopoly in baseband processors or chips) as part of licensing arrangements, or bundling. This would not reference device-level licensing (which is independent of the source of the chips in the device) or the no-license no-chip policy (which would potentially restrict Qualcomm's sale of chips rather than expand it). However, to be conservative, I do not tag this and similar statements as bundling-related.

116. In addition, I do not tag references to Apple's "$1 billion lawsuit" against Qualcomm as bundling-related, even though this refers to the rebates that Plaintiffs allege

[117] Appendix 5, p. 7.

[118] Appendix 1, p. 32.

[119] Appendix 7, p. 18.

are bundling-related. Instead, I only tag the practice at issue (rebates) when it appears in the news stories.

117. Exhibit 3b lists terms that the Lehn and Berger Reports have suggested I include that I do not find appropriate because they are too vague. For example, the Lehn Report includes the terms "cellphone makers" and "chip makers" as suggested additions.[120] Not only do these terms not refer to any practice by Qualcomm (whether related to bundling or not) or reference any disclosure of new information to the market, but they are so clearly general as to cover basic descriptions of Qualcomm's normal business. However, if such terms are found with any relevant practice, that practice (whether bundling or other) would be included in the appropriate count. The Lehn Report also suggests including "discriminatory" and "FRAND" as terms.[121] However, these terms either show up in non-relevant contexts or when used are either vague or associated with an actual practice (e.g., what Qualcomm allegedly did that was discriminatory), making their inclusion in the list of terms irrelevant. I also did not focus on expanding the list of ambiguous terms, as they do not enter into my disaggregation analysis. Thus, there are some ambiguous terms in the news stories that are not highlighted, as they have no effect on my inflation calculations.[122]

118. Next, both the Lehn and Berger Reports argue that there is something to be made over the fact that I did not include the term "bundling" in my analysis.[123] Drs. Lehn and Berger seem to be under the impression that this term, which can encompass multiple

[120] Lehn Report, ¶119.

[121] Lehn Report, ¶117.

[122] Because there are a variety of terms that may not clearly relate to bundling or other issues, I have made what I believe to be reasonable and conservative (i.e., resulting in lower damages estimates) assumptions when some terms are potentially ambiguous. Drs. Lehn and Berger could have performed an analysis where they considered each of the news stories and provided their own categorizations but did not provide this sort of alternative.

[123] Lehn Report, ¶117 and Berger Report, ¶88.

practices, would be a term that would necessarily be used in news articles, as opposed to references to specific bundling practices. In fact, my review of news articles found that those stories discussed individual practices that would count as bundling rather than referring to "bundling" through the use of that particular term. The Lehn Report goes so far as to argue that my not including the term "bundling" in my list of terms helps indicate that "[i]f anything, Dr. Tabak's word selections alone underscore that the alleged corrective disclosures do not correct or tie to the alleged misstatements remaining in this case."[124] The Lehn Report again ignores how the Court reviewed corrective disclosures and found that they revealed corrective information related to the bundling allegations. The fact that the word "bundling" did not appear in those disclosures did not prevent the Court from recognizing the link between the corrective information and the allegations and explains that insisting on finding terms from legal filings in news articles is not necessary. The Court's quotations from disclosures regarding bundling did not contain the word "bundling."[125] Following the argument in the Lehn and Berger Reports would lead to the absurd conclusion that the Court mistakenly believed that certain disclosures revealed alleged bundling practices because it actually reviewed those disclosures rather than rejected them out-of-hand for not including the word "bundling."[126]

---

[124] Lehn Report, ¶118.

[125] Class Cert Order, p. 30.

[126] The Lehn and Berger Reports do not reference how a J.P. Morgan analyst described the EU investigation as follows: "On Dec 8, 2015, Qualcomm said that it received courtesy copies of two Statements of Objections (SO) from the EC relating to separate matters involving Qualcomm's chipset business. One SO concerns the supply of Qualcomm's chipsets to a single customer under an existing agreement – the 'bundling' investigation." ("Valuation becomes difficult to ignore. Upgrading to Overweight," *J.P. Morgan*, December 17, 2015.) This interpretation of the agreement with a customer accords with the finding in the Class Cert Order that one of the revelations regarding bundling was when "the Second Corrective Disclosure allegedly revealed that Qualcomm 'illegally paid a major customer for exclusively using Qualcomm chipsets' to force competitors out of the market." (Class Cert Order, p. 30.)

119. In response to the Lehn and Berger Reports' calls for an increase to my original list of terms (primarily through the addition of synonyms), my staff and I reviewed the news articles to identify synonyms, analogous terms, and any additional terms that appeared to be the primary means of capturing the relevant information to create expanded lists of "bundling" and "non-bundling" terms. In Appendices 1 through 12 to this report, I expand the list of terms to include synonyms and other terms suggested in the Lehn and Berger Reports (with exceptions noted in Exhibit 3b) plus others that my staff and I identified through further reviewing the news stories.[127] This is similar to a procedure used by Dr. Berger in the Berger SDC Report.[128] Moreover, as Dr. Lehn and Dr. Berger have shown, they could have extended the analysis to include any other terms they felt were appropriate.[129] As previously noted, Exhibit 3a to this report lists each

[127] My analysis looks at full days and does not remove stories that were clearly before each alleged corrective disclosure or after the close of trading at the end of the relevant event window. Pre-market-hours stories never contain any references to the events and post-market hours stories can still reflect how the media was interpreting the news event. Removing those stories would have minimal effects on my results, amounting to under one percent of inflation on any day in the Class Period.

[128] "The list of synonyms I used is based on an iterative manual review of the tweets that were not being identified by the keywords taken directly from the At-Issue Marketing statements." Berger SDC Report, fn. 57.

[129] This is essentially the position taken by Dr. Berger in the *Yuga* matter when retained by counsel for plaintiffs. See Dr. Berger's deposition in that matter dated March 9, 2023. ("Berger Yuga Depo.") ("Q Okay. And I'm not trying to be comical or funny here. You know, these are issues that are very important to my client and so that's why I'm asking the question, okay? Now, you didn't measure whether there was an increase in the proportion of tweets that reference 'BAYC' and 'antisemitism,' correct? [objection] THE WITNESS: I don't want to get stuck in this again but if that was something that the defendant believed was relevant, I would expect that they or an expert associated with them would plot that information. I'm not aware that there is any relevant trend over time and I'm not sure -- and to me that's not the most relevant question, as we've already talked about, as anything to do with racism or antisemitism wouldn't explain consumer confusion or changes in exclusivity. So I have focused on the -- most things that I find most relevant here and they're most relevant to the questions I was asked to answer but if the defense thinks that's relevant they are more than welcome to plot whatever they'd like." (238:11-239:9.))

bundling-related term and provides a basis for its classification. Exhibit 4a to this report shows the updated raw word counts and Exhibit 5a shows the counts by color-coding. Exhibit 6a to this report then provides the new disaggregation percentages. Exhibit 7a lists the disaggregated price reaction and Exhibit 8a lists the inflation per share that correspond to my preferred disaggregation method.[130] Both to reduce the degree of theoretical disputes with Defendants' experts and because the expanded list of terms provides more conservative (i.e., smaller) inflation figures, I choose to adopt the results of the expanded list of terms as the damages figures that I intend to present under Scenario II (i.e., the scenario where disaggregation may be required).

120. The "b" versions of these exhibits redo the analyses without including Qualcomm press releases and news stories that merely reissue those press releases. What is most notable in comparing the results of the "a" and "b" versions of these exhibits is how little effect the Berger Report's criticism here has. Under my preferred parsing methodology, the share of any price reaction attributed to the bundling allegations changes by less than one percentage point for three of the four corrective disclosures and changes by less than 2.1 percentage points for the remaining corrective disclosure, with an average change in absolute magnitude (i.e., not offsetting increases and decreases) of under one percentage point across the four corrective disclosures. More specifically, the four parsing percentages in Exhibit 6a are 11.21%, 41.57%, 75.36% and 72.67% for the disclosures in order, while the corresponding figures in Exhibit 6b are 10.31%, 41.10%, 77.42%, and 72.67%, respectively. This is evidence that the Berger Report is not focusing on material criticisms, but is adopting a "kitchen-sink" approach in which it

[130] The analysis in Exhibit 6 is the same as in the Tabak Damages Report except that I apply the content-analysis percentages to the unadjusted December 8, 2015 price reaction rather than to the portion of that price reaction that parses out the EU Statement of Objections not related to bundling. I make this update because, as discussed below, I have now also separated out the non-bundling terms into those related to that EU Statement of Objections and the TFTC investigation.

includes small potential disagreements about methodology without pointing out that the magnitude of the effects of some of the disagreements it highlights are very small.

121. The Berger Report returns to the theme of classification, stating, "To the extent that Dr. Tabak reviewed a sufficient number of articles to inform him about the frequencies of the various terms in the articles before deciding on how the terms would be categorized, this could potentially bias his findings."[131] This allegation makes no sense. The frequency of times that a term appears has no bearing on its classification as bundling or other. To the extent that Dr. Berger is attempting to argue that I deliberately chose to classify terms in a certain way because of how that would affect my results, that is a baseless allegation that I deny. In addition, this argument in the Berger Report allows it to critique any content analysis that requires the creation of a new dictionary: if one reviews "a sufficient number" of materials, Dr. Berger can argue that the classifications are biased. And if one reviews less than that, certain terms will not appear in the sample reviewed, and Dr. Berger can argue that the identified terms are not sufficiently comprehensive.

122. My initial classifications were based on a review of materials in this case including a sample of news stories. The primary disputes that either of Defendants' experts appear to have with those classifications are based on ignoring the Class Cert Order and the evidence that it cites in support of its finding that the corrective disclosures revealed information about bundling; assuming that "collateral damage" should be excluded from damages; or suggesting that retaliation against Apple is not considered part of the remaining allegations in this matter. My new classifications are based on a review of all of the news stories in my universe and result in similar levels of inflation as

[131] Berger Report, ¶90. Notably, Dr. Berger's list of additional suggested terms presumably comes from reviewing a large number of articles to find terms that were not picked up in my review of a selection of articles. My extended list of terms also comes from a deeper dive and reviewing all of the news articles on the relevant days. While Dr. Berger's review only picked up terms not associated with bundling, my extended review picked up both bundling and non-bundling terms.

those in the Tabak Damages Report, providing support for the robustness of my analyses.[132]

### *B. The Berger Report's Arguments Regarding the Appropriate Data Sample to Study Are Speculative*

123. The Berger Report next argues that my selected data sample may not be relevant for this analysis. The first argument that the Berger Report makes here is that the set of news stories that I select may not be relevant for the analysis.[133] Within this argument, the first point that the Berger Report makes is that my news sample may not be relevant to this analysis of stock-price movements. However, this is sample is similar to the news sample that I used for my analysis of market efficiency, other than extending the sources from *Dow Jones Newswires* to "Top Sources" and limiting the current analysis to focus on the four corrective-disclosure dates instead of the entire Class Period. Thus, I have already demonstrated that the news-selection criteria I use are relevant to such an analysis. Moreover, by being consistent with my prior analysis of the relationship between Qualcomm's stock-price movements and news stories, I avoid the type of potential bias that the Berger Report referred to and discussed immediately above. In other words, because I determined the news-selection criteria before the Class Cert Opinion was issued, I would have had no way of even knowing whether any set of news stories could even potentially favor Plaintiffs or Defendants. Finally, Dr. Berger presents no data suggesting that the choice of news stories should be performed in a certain way or that there is any bias resulting from my choice of news stories.[134]

---

[132] I choose to ultimately present inflation figures based on the additional review in response to the Berger Report's claim that one should have a more comprehensive set of terms. Of course, as just mentioned, Dr. Berger could then argue that this may lead to a bias in term categorizations. However, any such potential bias can or could have been addressed by Dr. Berger presenting his own view of how any terms should be categorized and the finder of fact can determine which categorizations it prefers.

[133] Berger Report, ¶107.

[134] In another matter Dr. Berger testified matter regarding the relevant standards for objecting to the assumptions in a content analysis as follows: "I understand that you are (continued)

124. The Berger Report then argues that my news set does not include analyst reports.[135] In other words, after arguing that my set of news articles has not been shown to be relevant (despite the analysis in the Tabak Class Cert Report showing a Qualcomm stock-price response to news articles), the Berger Report pivots and states that analyst reports are relevant, citing a few statements I make elsewhere in the Tabak Damages Report without providing any supporting analysis.[136] As previously discussed, I follow academic literature for this selection, a point that (like the Lehn Report), the Berger Report does not mention. While I see no problem with analyzing analyst reports, their exclusion is consistent with the academic literature that I cite and there is no reason to believe that their exclusion biases the results in any particular direction. Moreover, had I changed the set of documents I considered from those I had used at the class-certification stage, Dr. Berger could have criticized that change as well. The broad nature of the Berger Report's critiques (e.g., criticizing any included or excluded material while ignoring an actual test of price-response to news for the set of news stories that I analyze) means that there may be no set of documents with which it would not find fault.

125. Nevertheless, I have reviewed the analyst reports and performed the same content analysis on them using the same methodology used in the Tabak Damages Report. Using my methodology of including the "green" and "red" terms, at some points during the Class Period inflation would be higher than in the Tabak Damages Report and at some points, inflation would be lower. However, the maximum difference between the

---

trying to undermine my analyses and I appreciate that, but you haven't put forth any data that's suggesting that this is an issue[.]" (Berger Yuga Depo., 136:22-25.)

In the Berger Puma Report, Dr. Berger obtains articles from Factiva (the same data vendor that I use) without any validation that the news sources that he could pick up (which he does not limit by geography or any other metric) are valid for that analysis. Instead, he relies on a standard set of news sources from Factiva, the same procedure that I employ.

[135] Berger Report, ¶108.

[136] Berger Report, ¶108. As I include the Tabak Class Cert Report as part of the Tabak Damages Report, one of the comments that the Berger Report cites is in both reports.

inflation using just news stories or just analyst reports never exceeds 4% of the daily inflation figures presented for the methodology in the Tabak Damages Report. While the Berger Report never describes how any "validation" analysis should be done, obtaining inflation figures that are always withing 4% of each other through two completely different sets of source documents would generally be considered a strong validation analysis.

126. Next, the Berger Report suggests that I should have excluded Qualcomm press releases from my analysis.[137] I do not think that is necessary, first, because this would change the set of news stories that I used to analyze price response to news in the Tabak Class Cert Report and, second, because the market would react to information in Qualcomm press releases. However, to minimize disputes and to see whether this argument has any material quantitative effect, I have rerun the analysis excluding Qualcomm releases or republications of Qualcomm releases and present alternative results if those are excluded in the "b" versions of exhibits discussed above. The differences between those results and the results in the "a" versions of the analysis are relatively small.

127. The Berger Report also argues that my set of news sources may be too broad because it is not limited to news articles in the United States. One of the bases for the granting of class status for this action is that Qualcomm's stock traded in an efficient market, meaning that it incorporated news from ***all*** public sources. The Berger Report provides no reason to now assume that not all public information is relevant to an analysis of movements in Qualcomm's stock price. Nor has it shown any reason to believe that news in different regions would be expected to have different implications for investors.[138]

---

[137] Berger Report, ¶109.

[138] Dr. Berger has previously treated different types of information similarly. In particular, ¶5 of Appendix D of the Berger Yuga Report states, "All engagement types ('tweet,' 'retweet,' 'reply,' and 'quote') are considered in the analyses." There is also no limitation noted on the geographic source of the tweet. Nor is there any effort made in (continued)

### *C. The Berger Report's Arguments Regarding the Removal of Duplicate and Near-Duplicate News Stories Ignore My Prior Analysis and Would Introduce Additional Subjectivity*

128. The Berger Report next questions why I have not removed duplicate and near-duplicate articles from my analysis, as well as questioning the distribution of news sources.[139] Notably, the Berger Report does not argue that any of these issues make my analysis incorrect. In fact, it doesn't even go as far as to suggest that duplicated articles are in any way biased. Nor does it refute the idea that duplicated articles reflect a greater reach than just having the original article. Essentially, this portion of the Berger Report merely points out a selection choice without providing even a basis for thinking that that choice should result in any directional bias.

129. Again, the analysis of stock-price response to news in the Tabak Class Cert Report was based on this set of news stories over the entire Class Period. Any changes could bring charges of possible bias and would weaken the link between the validation of stock-price response to news in the Tabak Class Cert Report and my damages analysis.

130. Moreover, were I to have removed duplicate articles, the allegation could have been made that I was ignoring additional news reporting. And if I established some cutoff for removing near-duplicate articles (e.g., an 80% or a 90% similarity with another article, however measured), that cutoff could have been considered arbitrary. Essentially, the Berger Report simply points out an alternative set of possible analyses that would introduce a subjective cutoff or cutoffs, does nothing to show that any of those should be expected to be better than my analysis.[140]

---

that report to show why each engagement type should be given the same weight. This is not to criticize the Berger Yuga Report, but to point out the difference between the validation analyses that the Berger Report now finds lacking and his own implicit standard for the use of content analysis as seen in the lack of similar validation analyses in his own work.

[139] Berger Report, ¶112.

[140] To again quote Dr. Berger, "The Twitter [content] analysis is an example of an analysis somebody could do. If someone wanted to, they could extend it further on."
(continued)

### *D. The Berger Report's Speculation Regarding Treating All News Stories Equally Ignores My Prior Analysis and Would Introduce Additional Subjectivity*

131. The Berger Report then argues against my treating all articles equally.[141] The Berger Report offers no suggestion on how one should weight articles differently or why it would be appropriate to do so. The Berger Report again ignores my analysis of price-response to news, which treated all articles equally, both in its overall analysis and by considering the top 10% of trading days sorted by the number of news stories from all sources. Again, changing the news-selection criteria that I validated a stock-price response to news made before knowing which, if any, allegations (i.e., bundling vs. other practices) would later be dismissed would introduce questions of the match between my prior and current analyses and could lead to claims of potential bias. And the Berger Report presents no evidence that my use of the most common assumption, as opposed to any of the myriad of other possible weighting assumptions, is improper.[142]

132. At bottom, the Berger Report is suggesting that there could be some methodology for weighing different news stories. Of course, there are numerous possible models and the Berger Report provides no evidence to show that the equal-weighting methodology I use is inappropriate.[143] Instead, it echoes its earlier citation of academic

---

(Berger Yuga Depo., 127:9-11.) In this matter, Dr. Berger could have—but did not—perform any of the alternative analyses regarding Qualcomm that he suggests.

[141] Berger Report, ¶116.

[142] To again quote Dr. Berger on the relevant standards for challenging a content analysis: "Based on interaction today, I feel like any time period I would have examined, you would have found a reason why I should have examined a different time period, and I respect that that is your job, but I don't have any evidence to believe, and I have not seen any evidence either in this case or more broadly that would suggest that anything like what you're suggesting would occur." (Berger Yuga Depo., 167:3-11.)

[143] Essentially, the Berger Report argues that news stories from different sources should be correlated with different outcomes. If not, the selection of news stories would not matter. To again quote Dr. Berger on the relevant standards for challenging a content analysis: "[N]o one has provided any evidence that those things are correlated. Many
(continued)

literature arguing "that 'the assumption of importance of information item being directly proportional to frequency of mention and other related issues *may not be fully realistic*.'"[144] Again, almost no model is "fully realistic[,]" yet models are used all the time because they are realistic enough.

133. It is noteworthy that when Dr. Lehn performed his content analysis to determine which companies to include in potential peer indices, he did not weight the different analyst reports, but treated them all equally. And in his analysis of the

---

things are possible. If that was something the other side thought was important I would have expected the other side to show that." (Berger Yuga Depo., 118:22-119:1.)

See also Berger Yugo Depo., 168:9-169:15 (with questioning on why he only used Twitter as a source for social-media posts, including "I said I don't think it's necessary to consider data from other platforms. I'm not sure that the results would differ and I haven't seen any information that suggests that it would."), Berger Yugo Depo., 192:16-193:9 (including "[I]f somebody on the other side wants to analyze another channel, that's totally fine. This seemed like the best data to look at for this question. I don't believe that looking at another channel would lead to different results."), and Berger Yugo Depo., 196:7-198:9 (covering questions about whether the user bases for Twitter (which Dr. Berger used) and other social-media platforms (which he did not use) were the same, including "And so even if there are small differences across platforms on a particular dimension, I have no reason to believe that that would change the conclusion of this analysis.").

Finally, see Berger Yugo Depo., 197:11-22 ("Where in your expert report do you attempt to justify your reliance on only Twitter data for your empirical analysis? [Objection] THE WITNESS: I understand you are just doing your job, but whatever analysis I had done you would have said there is another platform. If I had done three platforms you would have said, 'Why didn't you do this fourth one?' If I did a fourth one, you would have said, 'Why didn't you do this fifth one?'")

To be clear, I sympathize with Dr. Berger's point in the *Yuga* case that he was being critiqued for not demonstrating that his analysis was better than any of an untold number of possible alternatives without there being any evidence that his analysis was biased or improper. My point is that in this case, Dr. Berger is making the same sorts of critiques, also without evidence, here with no explanation for his change in position regarding the appropriate standards for when a validation may be necessary or in his view of the standards for what is necessary to challenge the assumptions in a content analysis.

[144] Berger Report, fn. 62. Emphasis added in the Berger Report.

sentiment of tweets in the Berger Yuga Report, Dr. Berger did not weight different tweets differently. Dr. Berger is now attempting to create hurdles that would make almost any application of content analysis to examine an individual company or issue subject to undefined standards that Drs. Lehn and Berger themselves do not employ in such settings.[145]

134. The Berger Report next argues that my content analysis may be subjective because "new technologies have provided a means to both scale content analyses and ensure robust results, in part because manual coding relies on human judgment and can be susceptible to bias. In particular, while human coders can be used to implement content analysis, there is an inherent potential for subjectivity, error, and bias in human review."[146] However, in footnote 57 of the Berger SDC Report, Dr. Berger wrote, "The list of synonyms I used is based on an iterative manual review of the tweets that were not being identified by the keywords taken directly from the At-Issue Marketing statements." In the Berger SDC Report, Dr. Berger does not argue that "there is an inherent potential for subjectivity, error, and bias in human review[,]" but instead implements that very procedure.[147]

135. The Berger Report never explains how a technology can recognize whether a term relates to bundling or other practices.[148] Presumably, the way to do so would be to

---

[145] I refer to these as undefined standards because the Berger Report does not state what the proper standards for questions such as including or excluding news sources is. Instead, it merely suggests that another set of stories other than the ones that I have already used in the Tabak Class Cert Report might be found.

[146] Berger Report, ¶124. Internal and closing footnotes omitted.

[147] I do not question Dr. Berger's use of a manual review in the SDC Berger Report, but I believe that this discrepancy indicates that the Berger Report's critiques of my analyses often do not reflect any consistent standards that Dr. Berger applies to the use of content analysis.

[148] To again quote Dr. Berger on the standards for challenging a content analysis, "You've provided no concrete evidence that this alternative exists and neither has anyone on the defendant's side." (Berger Yuga Depo., 120:15-17.)

train the program using an initial dataset that contains such pairings. But where would the initial dataset come from? The Lehn Report has shown that if one ignored the Class Cert Order, one could come up with pairings that are not consistent with a prior ruling in the case. At a minimum, that shows the subjectivity in the Lehn Report's approach. And this is not a situation where there would be some pre-existing program available, such as one that Dr. Berger used in another matter to analyze sentiment. Essentially, the Berger Report asks for an additional step in the analysis that would add complexity but would not solve the ultimate issue that an expert should use available data to make these classifications, and then other experts should be free to argue with any classification, much as Dr. Lehn has done here.[149]

### *E. The Berger Report's Claim that My "Findings Are Sensitive to Alternative Classification" is a Strength, Not a Weakness, of My Analysis*

136. On page 39, the Berger Report makes the claim: "Dr. Tabak's Findings Are Sensitive to Alternative Classification" and argues:[150]

> For example, I understand from counsel that the terms "Punish* w/s regulat*," "Retaliat* w/s investigat*," and "Extort* w/s KFTC" (which are classified as "bundling issues" by Dr. Tabak) should all be considered to relate to an allegation in Apple's complaint that Qualcomm retaliated against Apple for providing testimony in an investigation conducted by the KFTC. I further understand from counsel that this allegation in Apple's complaint does not relate to "bundling," as alleged by Plaintiffs, and therefore these terms should instead correctly be classified as "other challenged issues," rather than "bundling issues."

137. To be clear, Dr. Berger understands this from counsel for Defendants. In contrast, I developed my understanding based on my review of materials in this case including the Class Cert Order finding a connection between Apple's KFTC testimony

[149] Similarly, in ¶¶128 and 130, the Berger Report notes a misclassification in the coding in the Tabak Damages Report. Those observations are well taken and an adjustment has been made for the coding in this report.

[150] Berger Report, ¶104.

and bundling. ("A month later, also before the Third Corrective Disclosure, Apple made a presentation before the Korean Fair Trade Commission, alleging that Qualcomm 'require[d] bundl[ing] of IPR and chipset' and 'insist[ed] on exclusionary terms in exchange for renewed royalty limits.'").[151] As discussed above, I also recognized that the market learned about the retaliation as a result of corrective disclosures.[152] While I do

[151] Class Cert Order, p. 13. The Class Cert Order continues (after a cite reference): "Based on this public information, ***Defendants argue*** that the market was already aware that Qualcomm only sold its chips to licensees and ***had been accused of improper bundling***, such that the information in the corrective disclosures was not new. *See* Opp. at 10–11, 23–24, 28–30." Emphases added. Pages 10-11 of Defendants' Opposition fall under the heading "Allegations of Royalty Relief for Chip Exclusivity[,]" and include the bullet point: "In August 2016, during public hearings before the KFTC, Apple made a presentation alleging that Qualcomm 'requires bundl[ing] of IPR and chipset' by, among other things, 'insist[ing] on exclusionary terms in exchange for renewed royalty limits'. (Longman Ex. 3 at L115, L120.) However, the KFTC made no finding on Apple's 'bundling' allegations."

Dr. Berger does not explain how his understanding of Defendants' position that the retaliation was "does not relate to 'bundling')" (Berger Report, ¶104) squares with Defendants' filing in this matter that described Apple's testimony as part of "Allegations of Royalty Relief for Chip Exclusivity" and that "Apple made a presentation alleging that Qualcomm 'requires bundl[ing] of IPR and chipset[.]'" Dr. Berger provides no information on anything that he did to validate whether the understanding he was provided by counsel for Defendants was reasonable or consistent with Defendants' prior stated positions in this matter.

Finally, even if Defendants are right that the underlying contracts are not "bundling," that would not change the fact that the Class Cert Order held that the revelation that Qualcomm ""illegally paid a major customer for exclusively using Qualcomm chipsets'" was new information revealed in the second corrective disclosure. (Class Cert Order, pp. 29-30.) Thus, this is, at best, a semantic issue and one can generally reinterpret my references to bundling terms to be references to "terms related to conduct for which a class was certified in the Class Cert Order." (As noted elsewhere in this report, there is a dispute between Plaintiffs and Defendants regarding the "retaliation" references. It is easy enough to include or exclude those references from my calculations.)

[152] See, for example, ¶22 above, citing a report from BMO Capital Markets. That report states, "Among new revelations is the purported use of rebates that effectively lower AAPL's royalty rate, which QCOM has allegedly withheld in retaliation for AAPL's testimony in Korea." The Class Cert Order stated that one of the bundling disclosures was that "the Second Corrective Disclosure allegedly revealed that Qualcomm 'illegally
(continued)

not provide any legal opinion, it appears that the basis for including certain allegations and excluding others in the Class Cert Order depended on whether those allegations were previously disclosed to the market. Thus, there is also a logical reason to include references to retaliation in the continuing allegations in this case.[153] Thus, my classification is based not on a blind faith in representations by counsel (which is all that the Berger Report claims) but also on a review of the Class Cert Order and other documents in this matter.

138. Ultimately, it will be up to the trier of fact to determine whether this issue is or is not a basis for damages. What the Berger Report has shown is that my analysis allows for a damages calculation for either decision, either by including these terms as bundling-related or not. This is actually much more useful than many damages analyses in securities litigation where the trier of fact has little guidance about how to adjust inflation should some, but not all, aspects of plaintiffs' claim be proven.

### *F. Validation Analyses Support the Results of My Content Analysis*

139. As noted above, the Berger Report argues that there should be some unspecified validation analysis for my content analysis. Also as noted above, there are some forms of validation analysis that can be performed, which I discuss in the following paragraphs.

140. With regard to the November 17, 2015 disclosure, the Lehn Report argues: "In addition, as discussed *supra* ¶97 analyst commentary of the KFTC report focuses on

paid a major customer for exclusively using Qualcomm chipsets' to force competitors out of the market[.]" (Class Cert Order, p. 30.) If the rebate payments are tied to bundling, then retaliating against Apple by withholding those payments represents an action that is necessarily dependent on what the Court found to be a bundling practice (i.e., the payment of royalty rebates in return for chipset exclusivity).

[153] Should the finder of fact determine to not include the retaliation-related terms (or any other terms that I currently include under bundling), then my exhibits would allow them to easily recalculate the percentage of the price movement following each disclosure under their alternative classification of terms.

Qualcomm's licensing at the device-level, not on its so-called bundling practices. This further illustrates that Dr. Tabak's classification scheme incorrectly attributes terms to Qualcomm's so-called bundling practices."[154] This argument is deeply flawed. Exhibit 6a of this report shows that, depending on the methodology selected, I attributed between approximately 11% and 14% of the price reaction following that disclosure to bundling practices. Even if one accepts Dr. Lehn's subjective review of analyst reports following the first corrective disclosure (a review that is not comprehensive, but is merely quotations that Dr. Lehn selects from two analyst reports[155]) to be correct, if analyst commentary "focuses" on one topic, that does not mean that no other topic was of interest to the market. If anything, Dr. Lehn's argument helps validate the range of approximately 11% to 14% that I provide, as it is consistent with the Court's finding that that disclosure revealed information regarding bundling while also being consistent with the Lehn Report's claim that analysts "focused" on other issues. Moreover, the Lehn

---

[154] Lehn Report, ¶116.

[155] Lehn Report, ¶97. What Dr. Lehn does here would potentially be considered a form of "qualitative content analysis," though it is not clear that Dr. Lehn has applied any standards to determine what "analyst commentary" focuses on or on how that supposed focus means that no other factor can even be considered relevant. In his determination that his "review of analyst commentary following the alleged corrective disclosures strongly suggests that collateral damage contributed substantially to the residual decline in Qualcomm's stock price following these disclosures[,]" (Lehn Report, ¶97), Dr. Lehn cites two analyst reports on November 18, 2015 (out of at least twelve published that day), one analyst report on December 17, 2015 (out of at least one published that day), four analyst reports on January 17-19, 2017 (out of at least fifteen published over those three days), and four analyst reports from January 22-24 (out of at least twenty-eight published over those three days). The Lehn Report provides no explanation of how it determines that what it calls collateral damage contributed "substantially" or even what that term means nor how it can make that determination without seeing if there are more or fewer analyst reports that discussed other factors. In this list, the Lehn Report quotes from a January 22, 2017 report by BMO discussing in part "the relationship between chip and licensing businesses and the allegation that 'QCOM abuses its monopolistic position by tying its chip and licensing businesses.'" (Lehn Report, ¶97(h).) Thus, even the collateral damage that the Lehn Report attempts to highlight may have its roots, at least in part, in Plaintiffs' bundling allegations.

Report's implicit argument that reviewing analyst reports and pulling out two quotes is enough to determine what the "focus[]" of the disclosure was in order to determine whether any percentage is appropriate allows for a large degree of subjectivity in both the selection of quotations and in the determination of how any quotations relate to a particular disaggregation percentage.

141. With regard to the December 8, 2015 disclosure, Exhibit 6a to this report shows that my preferred parsing finds that 58.43% of the references relate to non-bundling issues. A more specific review of these references shows that there are 104 total "green" (or correct) references, of which 87 relate to one of the EU Statements of Objections and 17 relate to the TFTC investigation.[156] The 87 EU-related references represent 48.9% of all identified (i.e., not ambiguous) terms for that disclosure (calculated as 87/(74+104).[157] In other words, my content analysis attributes 48.9% of the price movement to the non-bundling EU Statement of Objection. In Exhibit 14 to the Tabak Damages Report, I attributed $1.36 out of $2.92, or 46.6% (with an alternative calculation of $1.36 out of $2.94, or 46.3%) to the non-bundling EU Statement of Objection via a calculation based on an analyst report. Notably, neither Dr. Lehn nor Dr. Berger challenges the analysis in Exhibit 14 to the Tabak Damages Report. The similarity of the 46.3% and 48.9% figures helps validate my content analysis (i.e., it demonstrates that the results of the disaggregation via content analysis for this disclosure are highly similar to a separate disaggregation analysis I performed for this disclosure in the Tabak Damages Report that Defendants' experts did not challenge.

142. With regard to the other two disclosures, if one adopts the Lehn Report's approach of just selecting certain commentary, we can see that analysts at Canaccord

[156] The references to the TFTC investigation occur on pages 3, 5, 9, 12, 21, 23, 33, 35, 37, 39, 41, 43, 47, 51, 54, 55, and 65 of Appendix 5. All other green-coded terms in that exhibit relate to the EU Statement of Objections.

[157] There are 74 instances of bundling-related terms and 104 instances of non-bundling terms for this disclosure.

Genuity stated, "However, the FTC complaint alleging Qualcomm provided Apple favorable licensing terms for exclusive baseband supply from QTC is in contrast to our belief the businesses are separate, and proving this could become the key aspect of whether the case proceeds."[158] Analysts at BMO following the Apple litigation are described as saying: "We doubt that there will be a meaningful change to Qualcomm royalty rates, but the mention of benefits for exclusive chip supply, denying the right to litigate, and withholding 'rebate' payments may cause damage otherwise."[159] Thus, the "focus" shown here is not on royalty rates directly, but on three issues that Plaintiffs classify as either bundling-related or not dismissed from this case.[160] This helps validate the attribution of more than half of the price declines following the January 17 and January 20, 2021 corrective disclosures to bundling issues.[161]

### *G. Conclusion on Content Analysis*

143. Where the Berger and Lehn Reports have made arguments about certain classifications in my content analysis (which, again, applies only to my second damages

---

[158] "FTC complaint concerning, but pending FTC changes create doubt that new leadership will pursue the complaint," *Canaccord Genuity*, January 18, 2017, p. 2.

[159] The Biggest Loser: Qualcomm Tumbles – Barron's Blog," *Dow Jones Institutional News*, January 23, 2017, 4:21 p.m.

[160] The Class Cert Order considered licensing and bundling allegations and denied certification for licensing issues because those were known to the market while granting certification for the bundling issues because those were not known to the market and revealed in the corrective disclosures. "[D]enying the right to litigate" appears to be technically neither a licensing or bundling issue directly, but was not previously known to the market and revealed to the market in the corrective disclosures. Thus, following the reasoning in the Class Cert Order, I include those in damages. However, as previously noted, the content analysis can easily be modified, by including or excluding counts of terms, to either add to or subtract from those items that are ultimately determined to be relevant for damages.

[161] Of course, other analysts may present alternative views. This only highlights why a quantitative analysis, such as the content analysis I performed, has advantages over the Lehn Report's selective quoting from just two analyst reports to demonstrate the "focus" of analyst coverage for one disclosure date.

scenario), I have addressed those and provided updated calculations. However, the overwhelming bulk of the Berger Report's arguments are merely claims that there has been no validation of commonly used assumptions (including many used by Dr. Berger in his academic and litigation work), while the Lehn Report calls a commonly used assumption a "false premise." Neither the Lehn nor the Berger Report provides any evidence that there is any bias or inaccuracy in my analyses with regard to these claims. The Lehn Report further does not explain what types of validation analyses it would find satisfactory. Essentially, the Berger Report has made the unsurprising observation that any model is subject to critique, especially if one does not have to show any bias and is able to make critiques that would apply to their own prior work. As such, I stand by my analyses. Most importantly, with regard to the classifications, I provide the finder of fact with my underlying counts for each term considered so that they can recategorize any term(s) they wish depending on their views of the ultimate evidence provided in this matter.

I reserve the right to modify or extend my opinion in light of any new information, including submissions by any experts for Defendants, that becomes available to me.

David I. Tabak
February 2, 2024

NERA
ECONOMIC CONSULTING

**David I. Tabak**
Senior Managing Director

National Economic Research Associates, Inc.
1166 Avenue of the Americas
New York, New York 10036
+1 212 345 2176
david.tabak@nera.com
www.nera.com.

# EXHIBIT 1
# DAVID I. TABAK
## SENIOR MANAGING DIRECTOR

## Expert Reports and Testimony Since the Tabak Damages Report

Deposition before the United States District Court for the Northern District of Ohio in *Ohio Public Employees Retirement System v. Federal Home Loan Mortgage Corporation*, December 20, 2023.

Declaration of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Qualcomm Incorporated Securities Litigation*, November 20, 2023.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Northern District of Ohio in *Ohio Public Employees Retirement System v. Federal Home Loan Mortgage Corporation*, November 16, 2023.

Deposition Testimony before the United States District Court for the Eastern District of New York in *In re Vale S.A. Securities Litigation*, November 8, 2023.

Deposition testimony before the United States District Court for the Southern District of New York in *In re Alibaba Group Ltd. Securities Litigation*, November 2, 2023.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Eastern District of New York in *In re Vale S.A. Securities Litigation*, October 17, 2023.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Alibaba Group Ltd. Securities Litigation*, October 5, 2023.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Qualcomm Incorporated Securities Litigation*, September 12, 2023.

**Exhibit 2**

**Qualcomm Incorporated**

**Additional Materials Relied Upon Beyond Those Relied Upon in the Tabak Damages Report**

***Academic Literature***

Berger, Jonah, Ashlee Humphreys, Stephen Ludwig, Wendy W. Moe, Oded Netzer, and David A. Schweidel (2020), "Uniting the Tribes: Using Text for Marketing Insight," *Journal of Marketing*, 84(1).

Berger, Jonah and Katherine L. Milkman, "What Makes Online Content Viral?," *Journal of Marketing Research*, April 2012, Vol. 49, No. 2 (April 2012).

Calomiris, C. and H. Mamaysky, 2019, "How news and its context drive risk and returns around the world," *Journal of Financial Economics*, 133 (2).

Henry, Elaine, "Market reaction to verbal components of earnings press releases: Event study using a predictive algorithm," *Journal of Emerging Technologies in Accounting* 3.1 (2006).

Henry, Elaine, and Andrew J. Leone, "Measuring qualitative information in capital markets research: Comparison of alternative methodologies to measure disclosure tone," *The Accounting Review* 91.1 (2016).

Kearney, Colm and Sha Liu, "Textual sentiment in finance: A survey of methods and models," *International Review of Financial Analysis* 33 (2014).

Loughran, T. and B. McDonald, 2011, "When is a liability not a liability? Textual analysis, dictionaries, and 10-Ks," *Journal of Finance*, 66.

Sutton, J., "Market Structure," *The New Palgrave Dictionary of Economics,* (2 ed., 2008).

Tetlock, Paul C., "Giving Content to Investor Sentiment: The Role of Media in the Stock Market," *Journal of Finance*, June 2007.

Tetlock, P., 2014, "Information transmission in finance," *Annual Review of Financial Economics,* 6.

***Analyst Reports***

"Clash of the Smartphone Titans," *BMO Capital Markets*, January 22, 2017.

"FTC complaint concerning, but pending FTC changes create doubt that new leadership will pursue the complaint," *Canaccord Genuity*, January 18, 2017.

"More Detail on China IPR Issues," *BMO Capital Markets*, August 14, 2014.

**Exhibit 2**

**Qualcomm Incorporated**

**Additional Materials Relied Upon Beyond Those Relied Upon in the Tabak Damages Report**

"Valuation becomes difficult to ignore. Upgrading to Overweight," *J.P. Morgan,* December 17, 2015.

***Case Law***

*In Re Tesla, Inc. Securities Litigation*, No. 18-cv-04865-EMC (N.D. Cal. Oct. 13, 2022).

***Depositions in this Matter***

Deposition of David Tabak, Ph.D. dated September 23, 2022.

***Depositions (Other)***

Deposition of Jonah Berger, Ph.D. dated March 9, 2023 in *Yuga Labs, Inc. v. Ripps*.

***Expert Reports in this Matter***

Expert Report of Celeste S. Saravia, Ph.D. dated December 11, 2023.

Expert Report of David I. Tabak, Ph.D. dated August 22, 2022.

Expert Report of David I. Tabak, Ph.D. dated May 19, 2022.

Expert Report of David I. Tabak, Ph.D. dated September 12, 2023.

Expert Report of Jonah Berger, Ph.D. dated December 11, 2023 and backup material provided in discovery.

Expert Report of Jonathan Barnett dated December 11, 2023.

Expert Report of Kenneth M. Lehn dated December 11, 2023 and backup material provided in discovery.

Expert Report of Timothy Simcoe, Ph.D. dated September 12, 2023.

***Expert Reports (Other)***

Expert Report of Jonah Berger, Ph.D. dated August 16, 2022 in *Fredric N. Eshelman v. Puma Biotechnology, Inc.*

Expert Report of Jonah Berger, Ph.D. dated June 27, 2022 in *Doctor Joseph Ciccio et al. v. SmileDirectClub, Inc. et al.*

Expert Report of Professor Jonah Berger dated February 6, 2023 in *Yuga Labs, Inc. v. Ripps*.

**Exhibit 2**

**Qualcomm Incorporated**

**Additional Materials Relied Upon Beyond Those Relied Upon in the Tabak Damages Report**

***News Articles***

"Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report," *Qualcomm* (press release), November 17, 2015.

"The Biggest Loser: Qualcomm Tumbles – Barron's Blog," *Dow Jones Institutional News*, January 23, 2017.

See appendices 1-12 for a list of news stories obtained from Factiva Dow Jones used in Exhibits 4-8.

***Pleadings in This Matter***

Consolidated Class Action Complaint for Violation of the Federal Securities Laws dated July 3, 2017.

Order Denying Plaintiffs' Motion to Dismiss dated March 18, 2019.

Order Granting In Part and Denying In Part Plaintiffs' Motion for Class Certification dated March 20, 2023.

***Other Materials***

"Case of Abuse of Market Dominance, Etc. by Qualcomm Inc., Etc. – (Case No. 2015SiGam2118)," *Korean Fair Trade Commission*, November 13, 2015.

Google Scholar search on "Supernormal profits."

**Exhibit 3a**
**Qualcomm Incorporated**
**Examples of Case-Material References to Bundling-Related Content Analysis Terms[1]**

| Term<br>(1) | Reference Quote[2]<br>(2) | Source<br>(3) |
|---|---|---|
| exclusiv* | "The corrective disclosures revealed the following new information about the company's bundling practices: ... (2) the Second Corrective Disclosure allegedly revealed that Qualcomm 'illegally paid a major customer for ***exclusively*** using Qualcomm chipsets' to force competitors out of the market[.]" | Class Cert Order, pp.29-30 |
| rebate* | "Qualcomm was also publicly investigated by various regulatory agencies for allegedly bundling its licensing and chipset businesses and for offering royalty ***rebates*** in exchange for exclusive use of Qualcomm's chips. *See* Defs. Exs. 20, 24, 26; Dkt. 246, Longman Decl., Ex. 3 at L115, L120." | Class Cert Order, p.12 |
| onerous w/5 terms | "In the last hour of trading, on January 20, 2017, it was disclosed that Qualcomm's largest customer, Apple, filed a lawsuit against Qualcomm in the Northern District of California asserting that the Company used its monopoly position to seek ***onerous***, unreasonable, and costly ***terms*** for its technology licenses[.]" | Compl. ¶228 |
| withh* w/5 chip* | "The corrective disclosures revealed the following new information about the company's bundling practices: ... (3) the Third Corrective Disclosure allegedly revealed that Qualcomm '***withh[eld]*** its baseband processors unless a customer accept[ed] a license . . . on terms preferred by Qualcomm[.]'" | Class Cert Order, pp. 29-30; Second set of ellipses in Class Cert Order |
| block* [noun] ability to choose another supplier for chipsets[3] | "In the last hour of trading, on January 20, 2017, it was disclosed that Qualcomm's largest customer, Apple, filed a lawsuit against Qualcomm in the Northern District of California asserting that the Company used its monopoly position to seek onerous, unreasonable, and costly terms for its technology licenses. The complaint specifically stated that Qualcomm had ***blocked*** Apple's ***ability to choose suppliers for chipsets*** by refusing to license to competitors and conditioning billions of dollars of rebates on Apple's exclusive use of Qualcomm chipsets." | Compl. ¶228 |
| retaliat* | "In addition, the action disclosed that Qualcomm owed Apple over a billion dollars in royalty relief rebates, which Qualcomm withheld in response to Apple's testimony to the KFTC."<br><br>"The corrective disclosures revealed the following new information about the company's bundling practices: ... (2) the Second Corrective Disclosure allegedly revealed that Qualcomm 'illegally paid a major customer for exclusively using Qualcomm chipsets' to force competitors out of the market[.]" | Compl. ¶127;<br><br>Class Cert Order, pp.29-30 |
| punish* | "In addition, the action disclosed that Qualcomm owed Apple over a billion dollars in royalty relief rebates, which Qualcomm withheld in response to Apple's testimony to the KFTC."<br><br>"The corrective disclosures revealed the following new information about the company's bundling practices: ... (2) the Second Corrective Disclosure allegedly revealed that Qualcomm 'illegally paid a major customer for exclusively using Qualcomm chipsets' to force competitors out of the market[.]" | Compl. ¶127;<br><br>Class Cert Order, pp.29-30 |
| preferred w/5 terms | "The corrective disclosures revealed the following new information about the company's bundling practices: ... (3) the Third Corrective Disclosure allegedly revealed that Qualcomm 'withh[eld] its baseband processors unless a customer accept[ed] a license. ... on ***terms preferred*** by Qualcomm,' 'conditioned partial [royalty] relief on [] exclusive use,' and 'induced certain OEMs to accept its ***preferred*** license ***terms*** using [] the 'stick' of supply disruption[.]'" | Class Cert Order, pp.29-30 |
| properly negotiat* | "The corrective disclosures revealed the following new information about the company's bundling practices:… (1) the First Corrective Disclosure allegedly revealed that Qualcomm did not '***properly negotiate***' its licenses[.]" | Class Cert Order, pp.29-30 |

**Exhibit 3a**
**Qualcomm Incorporated**
**Examples of Case-Material References to Bundling-Related Content Analysis Terms[1]**

| Term<br>(1) | Reference Quote[2]<br>(2) | Source<br>(3) |
|---|---|---|
| harmed competition | "The first Statement of Objections outlines that since 2011, Qualcomm has paid significant amounts to a major smartphone and tablet manufacturer on condition that it exclusively use Qualcomm baseband chipsets in its smartphones and tablets. The Commission takes the preliminary view that this conduct has reduced the manufacturer's incentives to source chipsets from Qualcomm's competitors and has ***harmed competition*** and innovation in the markets for UMTS and LTE baseband chipsets." | Class Cert Order, p.6;<br>Compl. ¶ 216; Defs. Ex. 7 at A423 |
| extort* w/s KFTC | "In addition, the action disclosed that Qualcomm owed Apple over a billion dollars in royalty relief rebates, which Qualcomm withheld in response to Apple's testimony to the KFTC." | Compl. ¶127; |
| | "The corrective disclosures revealed the following new information about the company's bundling practices: ... (2) the Second Corrective Disclosure allegedly revealed that Qualcomm 'illegally paid a major customer for exclusively using Qualcomm chipsets' to force competitors out of the market[.]" | Class Cert Order, pp.29-30 |
| exclusionary conduct | See exclusiv* above. | |
| threaten* w/s disrupt w/s supply | "As noted above, Defendants' alleged misstatements regarding bundling include statements like the following: ... The foregoing statements are admittedly more general than the specific disclosures that Qualcomm '[withheld] its baseband processors unless a customer accept[ed] a license... on terms preferred by Qualcomm,' or 'induced certain OEMs to accept its preferred license terms using [] the 'stick' of ***supply disruption*** .'" | Class Cert Order, p.29 |
| not to buy chips from other suppliers | "Then, in the Third Corrective Disclosure on January 17, 2017, the FTC filed a civil complaint against Qualcomm, alleging that Qualcomm offered incentive payments tied to chipset purchases and provided conditional royalty payments that operated as penalties for using ***other chip suppliers.*** *See* Third Corrective Disclosure; Pltfs. Ex. 91 ¶¶ 124–30. Finally, in the Fourth Corrective Disclosure on January 20, 2017, Apple accused Qualcomm of deterring it from switching to ***other chip suppliers*** via royalty rebates." | Class Cert Order, p.9 |
| negotiat* w/s handset | "During the Class Period, the Executive Defendants participated in and supervised ***negotiations*** with ***handset*** customers that tied together technology licensing and chipset sales." | Compl. ¶196 |
| elevated royalties that apply to baseband processors supplied by its competitors | "By using its monopoly power to obtain ***elevated royalties that apply to baseband processors supplied by its competitors*** , Qualcomm in effect collects a 'tax' on cell phone manufacturers when they use non-Qualcomm processors. This tax weakens Qualcomm's competitors, including by reducing demand for their processors, and serves to maintain Qualcomm's monopoly in baseband processor markets." | FTC Complaint ¶7 |
| leverag* w/s chip* | "By tying together the markets for ***chipsets*** and licenses to technology in cellular standards, Qualcomm illegally enhances and strengthens its monopoly in each market ... Qualcomm ***leverages*** its market power to extract exorbitant royalties, later agreeing to reduce those somewhat only in exchange for additional anticompetitive advantages." | Class Cert Order, p.8;<br>Compl. ¶228; Defs. Ex. 11 |
| threat* w/5 the* supply | "In particular, the Company stated that it "ha[d] never withheld or ***threatened*** to withhold chip ***supply*** in order to obtain agreement to unfair or unreasonable licensing terms.'" | Compl. ¶227;<br>Press Release, "Qualcomm Responds to Complaint from U.S. Federal Trade Commission" (Jan. 17, 2017). |
| "leverag* w/s chip*" w/s "onerous w/5 terms" | See individual terms above | |
| "exclusiv*" w/s "harmed competititon" | "Qualcomm's ***exclusive*** deal with Apple excluded competition from other baseband processor suppliers and ***harmed competition*** . " | FTC Complaint ¶128 |

PX333
Page 6772

**Exhibit 3a**
**Qualcomm Incorporated**
**Examples of Case-Material References to Bundling-Related Content Analysis Terms[1]**

| Term (1) | Reference Quote[2] (2) | Source (3) |
|---|---|---|
| "rebate*" w/s "punishment" | "In addition, the action disclosed that Qualcomm owed Apple over a billion dollars in royalty relief rebates, which Qualcomm withheld in response to Apple's testimony to the KFTC." | Compl. ¶127; |
| | "The corrective disclosures revealed the following new information about the company's bundling practices: ... (2) the Second Corrective Disclosure allegedly revealed that Qualcomm 'illegally paid a major customer for exclusively using Qualcomm chipsets' to force competitors out of the market[.]" | Class Cert Order, pp.29-30 |
| "retaliat*" w/s "rebate*" | "In addition, the action disclosed that Qualcomm owed Apple over a billion dollars in royalty relief rebates, which Qualcomm withheld in response to Apple's testimony to the KFTC." | Compl. ¶127; |
| | "The corrective disclosures revealed the following new information about the company's bundling practices: ... (2) the Second Corrective Disclosure allegedly revealed that Qualcomm 'illegally paid a major customer for exclusively using Qualcomm chipsets' to force competitors out of the market[.]" | Class Cert Order, pp.29-30 |
| "refusing to pay" w/s "cooperating" | "In addition, the action disclosed that Qualcomm owed Apple over a billion dollars in royalty relief rebates, which Qualcomm withheld in response to Apple's testimony to the KFTC." | Compl. ¶127; |
| | "The corrective disclosures revealed the following new information about the company's bundling practices: ... (2) the Second Corrective Disclosure allegedly revealed that Qualcomm 'illegally paid a major customer for exclusively using Qualcomm chipsets' to force competitors out of the market[.]" | Class Cert Order, pp.29-30 |

**Notes and Sources:**
An "*" is used to indicate a multiple wildcard search. The single character wildcard search looks for terms that match the search term with that single character, "*", replaced.
"w/5" indicates that the second term appears within five words of the first terms occurrence.
"w/s" indicates that the second term appears within the same sentence as the first term or that the first term appears within the same sentence as the second term (i.e., the order of the terms is not considered in these searches).
Internal and closing footnotes omitted from reference quotes.
[1] Content analysis terms obtained from Exhibit 4a.
[2] Terms in each reference quote are **bolded** and *italicized* for this analysis, added to original.
[3] "[noun]" indicates that any noun or pronoun can appear between "block*" and "ability" to complete the phrase.

# Exhibit 3b
# Qualcomm Incorporated
# Additional Terms Suggested by Berger and Lehn

**Berger Terms**[1]

"antitrust" or "anti-trust"

**Lehn Terms**[2]

"cellphone maker(s)"
"chip maker(s)"
"discriminatory"
"for mobile phones"
"FRAND"
"handset maker(s)"
"over the way it licenses its technology"

**Notes and Sources:**

[1] Terms were obtained from ¶97 of Expert Report of Jonah Berger, Ph.D, dated December 11, 2023.

[2] Terms were obtained from ¶117 and ¶119 of Expert Report of Kenneth M. Lehn, dated December 11, 2023.

**Exhibit 4a**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Raw Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure*** [1]
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, and the Combination of Terms Used Together*** [2]

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[3] | December 8, 2015[4] | January 17, 2017[5] | January 20, 2017[6] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| **Count of Terms Related to the "Bundling" Allegation ("Category 1" Terms)** | | | | | |
| exclusiv* | 0 | 63 | 10 | 25 | 98 |
| rebate* | 0 | 0 | 0 | 81 [7] | 81 |
| onerous w/5 terms | 0 | 0 | 12 | 26 | 38 |
| withh* w/5 chip* | 0 | 0 | 13 | 14 | 27 |
| block* [noun] ability to choose another supplier for chipsets[8] | 0 | 0 | 0 | 25 | 25 |
| retaliat*[9] | 0 | 0 | 0 | 20 | 20 |
| punish*[10] | 0 | 0 | 0 | 19 | 19 |
| preferred w/5 terms | 0 | 0 | 10 | 3 | 13 |
| properly negotiat* | 12 [11] | 0 | 0 | 0 | 12 |
| harmed competition | 0 | 11 | 0 | 0 | 11 |
| extort* w/s KFTC | 0 | 0 | 0 | 7 | 7 |
| exclusionary conduct | 0 | 0 | 5 | 0 | 5 |
| threaten* w/s disrupt w/s supply | 0 | 0 | 3 | 0 | 3 |
| not to buy chips from other suppliers | 0 | 0 | 0 | 2 | 2 |
| negotiat* w/s handset | 1 | 0 | 1 | 0 | 2 |
| elevated royalties that apply to baseband processors supplied by its competitors | 0 | 0 | 2 | 0 | 2 |
| leverag* w/s chip* | 0 | 0 | 0 | 1 | 1 |
| threat* w/5 the* supply | 0 | 0 | 1 | 0 | 1 |
| **Two or more terms used together in a phrase:**[2] | | | | | |
| "leverag* w/s chip*" w/s "onerous w/5 terms" | 0 | 0 | 0 | 20 | 20 |
| "exclusiv*" w/s "harmed competititon" | 0 | 0 | 7 | 0 | 7 |
| "rebate*" w/s "punishment" | 0 | 0 | 0 | 4 | 4 |
| "retaliat*" w/s "rebate*" | 0 | 0 | 0 | 3 | 3 |
| "refusing to pay" w/s "cooperating" | 0 | 0 | 0 | 1 | 1 |
| A. ***Total Count of Bundling Related Terms*** | **13** | **74** | **64** [12] | **251** | **402** |
| **Count of Terms Related to the "Other" Allegations ("Category 2" Terms)** | | | | | |
| patent licensing (arrangements \| practices \| terms) | 21 | 12 | 0 | 31 | 64 |
| predatory pricing | 0 | 40 | 0 | 0 | 40 |
| violat* w/s (law \| act \| rules) | 18 [13] | 7 | 3 | 11 | 39 |
| average w/s price | 0 | 0 | 0 | 19 | 19 |
| requir* w/s chip* w/s licens* | 4 | 0 | 0 | 13 | 17 |
| price w/s handset | 15 | 0 | 1 | 1 | 17 |
| pushed out | 0 | 16 | 0 | 0 | 16 |
| device licens* | 14 | 0 | 0 | 0 | 14 |
| technolog* w/s nothing to do with | 0 | 0 | 0 | 14 | 14 |
| issue license w/s chip makers | 13 | 0 | 0 | 0 | 13 |
| KFTC staff members alleged that those practices are illegal | 13 | 0 | 0 | 0 | 13 |
| refus* to license | 0 | 0 | 10 | 2 | 12 |
| (jack up \| elevated \| larger \| raise*) royalties | 0 | 0 | 2 [14] | 9 | 11 |
| handset based or handset-based | 10 | 0 | 0 | 0 | 10 |

PX333

**Exhibit 4a**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Raw Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure*** [1]
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, and the Combination of Terms Used Together*** [2]

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[3] | December 8, 2015[4] | January 17, 2017[5] | January 20, 2017[6] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| stifle | 0 | 9 | 0 | 0 | 9 |
| licens* patents w/s to w/s makers | 9 | 0 | 0 | 0 | 9 |
| chip supply contingent on paying licenses | 0 | 0 | 0 | 9 | 9 |
| qualcomm's cut | 0 | 0 | 0 | 8 | 8 |
| same royalty percentage | 0 | 0 | 0 | 8 | 8 |
| device level or device-level | 7 | 0 | 0 | 0 | 7 |
| qualcomm demanded royalties | 0 | 0 | 0 | 4 | 4 |
| validity of w/s patents | 0 | 0 | 0 | 4 | 4 |
| forc* w/s out | 0 | 3 | 0 | 0 | 3 |
| price w/s (cover \| production) w/s cost | 0 | 3 | 0 | 0 | 3 |
| component level | 0 | 0 | 3 | 0 | 3 |
| overall cost | 2 | 0 | 0 | 0 | 2 |
| pressured network carriers | 0 | 0 | 0 | 2 | 2 |
| squeeze* | 1 | 0 | 0 | 0 | 1 |
| refus* to sell | 0 | 0 | 1 | 0 | 1 |
| abusive licensing model | 0 | 0 | 0 | 1 | 1 |
| no license, no chip | 0 | 0 | 0 | 0 | 0 |
| below cost | 0 | 0 | 0 | 0 | 0 |
| **Two or more terms used together in a phrase:**[2] | | | | | |
| "below cost" w/s "forc* w/s out" | 0 | 16 | 1 | 0 | 17 |
| "price w/s (cover \| production) w/s cost" w/s "forc* w/s out" | 0 | 9 | 0 | 0 | 9 |
| "below cost" w/s "squeeze" | 0 | 8 | 0 | 0 | 8 |
| "patent licensing (arrangements \| practices \| terms)" w/s "violat* w/s (law \| act \| rules)" | 0 | 5 | 0 | 0 | 5 |
| "predatory pricing" w/s "below cost" w/s "hindering competition" | 0 | 4 | 0 | 0 | 4 |
| "below cost" w/s "forc* w/s out" w/s "predatory pricing" | 0 | 3 | 0 | 0 | 3 |
| "(jack up \| elevated \| larger \| raise*) royalties" w/s "no license, no chips" | 0 | 0 | 1 | 0 | 1 |
| "no license, no chip" w/s "patent licensing (arrangements \| practices \| terms)" | 0 | 0 | 1 | 0 | 1 |
| "predatory pricing" w/s "below cost" | 0 | 1 | 0 | 0 | 1 |
| **B. *Total Count of Other Related Terms*** | **127** | **136** | **23** | **136** [15] | **422** |
| **Count of Terms That are Unclear as to "Bundling" and "Other" Allegations ("Category 3" Terms)** | | | | | |
| monopol* | 0 | 0 | 18 | 44 | 62 |
| anticompetiti* or anti-competiti* | 10 | 4 | 2 | 25 | 41 |
| market power or market dominance | 13 | 2 | 0 | 1 | 16 |
| abus* | 0 | 1 | 1 | 4 | 6 |
| dominant position | 0 | 0 | 3 | 2 | 5 |
| **Two or more terms used together in a phrase:**[2] | | | | | |
| "anticompetiti* or anti-competiti*" w/s "monopol*" | 0 | 0 | 6 [16] | 10 | 16 |
| "abus*" w/s "market power or market dominance" | 0 | 2 | 3 | 7 | 12 |
| "abus*" w/s "monopol*" | 0 | 0 | 0 | 8 | 8 |
| "abus*" w/s "dominant position" | 0 | 5 | 2 | 0 | 7 |
| "abus*" w/s "market power or market dominance" w/s "monopol*" | 0 | 0 | 0 | 4 | 4 |
| **C. *Total Count of Unclear Terms*** | **23** | **14** | **35** | **105** | **177** |

PX333

**Exhibit 4a**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Raw Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure [1]***
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, and the Combination of Terms Used Together [2]***

| | | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|---|
| | | November 17, 2015[3] | December 8, 2015[4] | January 17, 2017[5] | January 20, 2017[6] | All Disclosures |
| | | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| D. | Sum of All Terms (D = A + B + C) | 163 | 224 | 122 | 492 | 1,001 |
| E. | Percentage of Category 1 Terms (E = A / D) | 7.98 % | 33.04 % | 52.46 % | 51.02 % | 40.16 % |
| F. | Percentage of Category 2 Terms (F = B / D) | 77.91 | 60.71 | 18.85 | 27.64 | 42.16 |
| G. | Percentage of Category 3 Terms (G = C / D) | 14.11 | 6.25 | 28.69 | 21.34 | 17.68 |

**Notes and Sources:**
Disclosure dates and references obtained from the Consolidated Class Action Complaint dated July 3, 2017.
News articles on Qualcomm published by *Reuters Newswires*, *The Wall Street Journal*, *Dow Jones Newswires*, *Press Release Wires*, or *Major News and Business Sources* as downloaded from Factiva Dow Jones via a company search. These five sources are determined to be "Top Sources" by Factiva Dow Jones. News stories were obtained through a search for news stories categorized as relevant to the company "Qualcomm Incorporated" by Factiva Dow Jones on the day of, and for each statistically significant price reaction day immediately following, each disclosure date. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars…."
An "*" is used to indicate a multiple wildcard search. The single character wildcard search looks for terms that match the search term with that single character, "*", replaced.
"w/5" indicates that the second term appears within five words of the first terms occurrence.
"w/s" indicates that the second term appears within the same sentence as the first term or that the first term appears within the same sentence as the second term (i.e., the order of the terms is not considered in these searches).
"(word one | word two | etc...)" indicates that one of word one, word two, etc... is chosen to follow or precede the other word(s) included in the term.
All counts of terms have been adjusted to remove counts of terms that do not appear in the headline or main text of any article, or counts that correspond to metadata within the news articles.

[1] News articles for the November 17, 2015 disclosure cover the period of November 17, 2015 to November 18, 2015. News articles for the December 8, 2015 disclosure cover the day of December 8, 2015. News articles for the January 17, 2017 disclosure cover the day of January 17, 2017. News articles for the January 20, 2017 disclosure cover the period of January 20, 2017 to January 23, 2017.

[2] This analysis includes terms suggested in the Expert Report of Jonah Berger, Ph.D., dated December 11, 2023, the Expert Report of Kenneth M. Lehn, dated December 11, 2023, and additional terms. When multiple terms form a phrase, the phrase is counted rather than the individual terms.

[3] "[A]fter the close of trading, Qualcomm issued a press release disclosing that it had recently received the KFTC Case Examiner's Report, which stated that Qualcomm suppressed market competition by excluding competitors." ¶212

[4] "[T]he European Commission announced that it had charged Qualcomm with illegal anti-competitive practices, including paying a major customer to use Qualcomm chips exclusively. … On the same day, the Taiwan FTC announced it was initiating an investigation into Qualcomm's licensing arrangements." ¶216

[5] "[D]uring market hours, media reports begain to circulate that the FTC had commenced an antitrust enforcement action against Qualcomm for 'using unfair practices in the way it licenses its technology.'" ¶224

[6] "In the last hour of trading, on January 20, 2017, it was disclosed that Qualcomm's largest customer, Apple, filed a lawsuit against Qualcomm in the Nothern District of California asserting that the Company used its monopoly position to see onerous, unreasonable, and costly terms for its technology licenses." ¶228

[7] The term "rebate" appears twice in excerpts of Barron's blogs, on pages 166 and 169 of Appendix 10, as produced by Factiva Dow Jones. The full blog posts have been removed from Barron's website and are no longer available.

[8] "[noun]" indicates that any noun or pronoun can appear between "block*" and "ability" to complete the phrase.

[9] The term "retaliat*" now subsumes the previous term "retaliat* w/s investigat*."

[10] The term "punish*" now subsumes the previous term "punish* w/s regulat*."

[11] On page 32 of Appendix 1, in the phrase "South Korea's Fair Trade Commission recently sent it [Qualcomm] an 'examiner's report' that alleges that the company doesn't properly…" the next word in the phrase is likely "negotiate," however, Factiva Dow Jones does not print the full article as downloaded. As such, this instance of the term "properly negotiat*" is not included in the count.

**Exhibit 4a**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Raw Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure [1]***
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, and the Combination of Terms Used Together [2]***

| Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|
| November 17, 2015[3] | December 8, 2015[4] | January 17, 2017[5] | January 20, 2017[6] | All Disclosures |
| (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |

[12] On page 46 of Appendix 7, in the sentence "These royalties amount to a tax on the manufacturers' use of baseband processors manufactured by Qualcomm's competitors, **a tax that excludes these competitors** and harms competition[,]" the bolded portion is highlighted in purple as it could be counted as bundling related, but is excluded from the count.
On page 53 of Appendix 7, the sentence "According to the lawsuit, filed in the Northern district of California, Qualcomm unfairly uses its other main business - selling baseband processors to handset makers - to force them to agree to pay higher royalties for its patents[,]" is highlighted in purple as it could be counted as bundling related, but is excluded from the count.
On page 55 of Appendix 7, the sentence "The FTC, which works with the Justice Department to enforce antitrsut law, has been investigating San Diego-based Qualcomm for allegedly abusing its dominant market position by forcing mobile phone makers who need their chips to license an unnecessarily broad range of patents[,]" is highlighted in purple as it could be counted as bundling related, but is excluded from the count.

[13] On page 70 of Appendix 2, the phrase "violates law" is highlighted in green. However, this instance of the term is paired with the other terms preceding it and not counted individually.

[14] When "elevated royalties" is used to qualify a Category 1 term, it is counted as part of the Category 1 term and not counted with Category 2.
On page 20 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "preferred patent-licensing" and is included in the "preferred patent-licensing" count. As such, on page 20 of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.
On page 22 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "preferred patent-licensing" and is included in the "preferred patent-licensing" count. As such, on page 22 of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.
On page 28 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "preferred patent-licensing" and is included in the "preferred patent-licensing" count. As such, on page 28 of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.
On page 30 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "preferred patent-licensing" and is included in the "preferred patent-licensing" count. As such, on page 30 of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.
On page 32 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "preferred patent-licensing" and is included in the "preferred patent-licensing" count. As such, on page 32 of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.
On page 39 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "preferred patent-licensing" and is included in the "preferred patent-licensing" count. As such, on page 39 of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.
On page 41 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "preferred patent-licensing" and is included in the "preferred patent-licensing" count. As such, on page 41 of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.
On page 46 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "threaten w/s disrupt w/s supply" and is included in the "threaten w/s disrupt w/s supply" count. As such, on page 46 of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.

[15] On page 53 of Appendix 11, the phrase "licensing practices" is highlighted in blue, however, "licensing practices" is not a searched term since it is ambiguous unless in context with another term. As such, this highlight is excluded from the count.

[16] The terms "monopoly" and "anticompetitive" appear once in an excerpt of a Barron's blog, on page 25 of Appendix 9, as produced by Factiva Dow Jones. The full blog post has been removed from Barron's website and is no longer available.

**Exhibit 4b**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Raw Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure [1]***
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, and the Combination of Terms Used Together [2]***
***Excluding Press Releases [3]***

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[4] | December 8, 2015[5] | January 17, 2017[6] | January 20, 2017[7] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| **Count of Terms Related to the "Bundling" Allegation ("Category 1" Terms)** | | | | | |
| exclusiv* | 0 | 57 | 7 | 25 | 89 |
| rebate* | 0 | 0 | 0 | 81 [8] | 81 |
| onerous w/5 terms | 0 | 0 | 12 | 26 | 38 |
| block* [noun] ability to choose another supplier for chipsets[9] | 0 | 0 | 0 | 25 | 25 |
| withh* w/5 chip* | 0 | 0 | 9 | 14 | 23 |
| retaliat*[10] | 0 | 0 | 0 | 20 | 20 |
| punish*[11] | 0 | 0 | 0 | 19 | 19 |
| preferred w/5 terms | 0 | 0 | 10 | 3 | 13 |
| properly negotiat* | 10 [12] | 0 | 0 | 0 | 10 |
| harmed competition | 0 | 10 | 0 | 0 | 10 |
| extort* w/s KFTC | 0 | 0 | 0 | 7 | 7 |
| exclusionary conduct | 0 | 0 | 5 | 0 | 5 |
| threaten* w/s disrupt w/s supply | 0 | 0 | 3 | 0 | 3 |
| not to buy chips from other suppliers | 0 | 0 | 0 | 2 | 2 |
| negotiat* w/s handset | 1 | 0 | 1 | 0 | 2 |
| elevated royalties that apply to baseband processors supplied by its competitors | 0 | 0 | 2 | 0 | 2 |
| leverag* w/s chip* | 0 | 0 | 0 | 1 | 1 |
| threat* w/5 the* supply | 0 | 0 | 1 | 0 | 1 |
| **Two or more terms used together in a phrase:[2]** | | | | | |
| "leverag* w/s chip*" w/s "onerous w/5 terms" | 0 | 0 | 0 | 20 | 20 |
| "exclusiv*" w/s "harmed competititon" | 0 | 0 | 7 | 0 | 7 |
| "rebate*" w/s "punishment" | 0 | 0 | 0 | 4 | 4 |
| "retaliat*" w/s "rebate*" | 0 | 0 | 0 | 3 | 3 |
| "refusing to pay" w/s "cooperating" | 0 | 0 | 0 | 1 | 1 |
| A. ***Total Count of Bundling Related Terms*** | **11** | **67** | **57** [13] | **251** | **386** |
| **Count of Terms Related to the "Other" Allegations ("Category 2" Terms)** | | | | | |
| patent licensing (arrangements \| practices \| terms) | 19 | 12 | 0 | 31 | 62 |
| predatory pricing | 0 | 37 | 0 | 0 | 37 |
| violat* w/s (law \| act \| rules) | 16 [14] | 6 | 0 | 11 | 33 |
| average w/s price | 0 | 0 | 0 | 19 | 19 |
| price w/s handset | 15 | 0 | 1 | 1 | 17 |
| requir* w/s chip* w/s licens* | 2 | 0 | 0 | 13 | 15 |
| pushed out | 0 | 15 | 0 | 0 | 15 |
| device licens* | 14 | 0 | 0 | 0 | 14 |
| technolog* w/s nothing to do with | 0 | 0 | 0 | 14 | 14 |
| issue license w/s chip makers | 13 | 0 | 0 | 0 | 13 |

PX333

**Exhibit 4b**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Raw Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure*** [1]
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, and the Combination of Terms Used Together*** [2]
***Excluding Press Releases*** [3]

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[4] | December 8, 2015[5] | January 17, 2017[6] | January 20, 2017[7] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| KFTC staff members alleged that those practices are illegal | 13 | 0 | 0 | 0 | 13 |
| refus* to license | 0 | 0 | 10 | 2 | 12 |
| (jack up \| elevated \| larger \| raise*) royalties | 0 | 0 | 2 [15] | 9 | 11 |
| handset based or handset-based | 10 | 0 | 0 | 0 | 10 |
| stifle | 0 | 9 | 0 | 0 | 9 |
| licens* patents w/s to w/s makers | 9 | 0 | 0 | 0 | 9 |
| chip supply contingent on paying licenses | 0 | 0 | 0 | 9 | 9 |
| qualcomm's cut | 0 | 0 | 0 | 8 | 8 |
| same royalty percentage | 0 | 0 | 0 | 8 | 8 |
| qualcomm demanded royalties | 0 | 0 | 0 | 4 | 4 |
| validity of w/s patents | 0 | 0 | 0 | 4 | 4 |
| device level or device-level | 3 | 0 | 0 | 0 | 3 |
| forc* w/s out | 0 | 3 | 0 | 0 | 3 |
| price w/s (cover \| production) w/s cost | 0 | 3 | 0 | 0 | 3 |
| overall cost | 2 | 0 | 0 | 0 | 2 |
| pressured network carriers | 0 | 0 | 0 | 2 | 2 |
| squeeze* | 1 | 0 | 0 | 0 | 1 |
| refus* to sell | 0 | 0 | 1 | 0 | 1 |
| abusive licensing model | 0 | 0 | 0 | 1 | 1 |
| component level | 0 | 0 | 0 | 0 | 0 |
| no license, no chip | 0 | 0 | 0 | 0 | 0 |
| below cost | 0 | 0 | 0 | 0 | 0 |
| **Two or more terms used together in a phrase:**[2] | | | | | |
| "below cost" w/s "forc* w/s out" | 0 | 15 | 1 | 0 | 16 |
| "price w/s (cover \| production) w/s cost" w/s "forc* w/s out" | 0 | 8 | 0 | 0 | 8 |
| "below cost" w/s "squeeze" | 0 | 8 | 0 | 0 | 8 |
| "patent licensing (arrangements \| practices \| terms)" w/s "violat* w/s (law \| act \| rules)" | 0 | 3 | 0 | 0 | 3 |
| "predatory pricing" w/s "below cost" w/s "hindering competition" | 0 | 3 | 0 | 0 | 3 |
| "below cost" w/s "forc* w/s out" w/s "predatory pricing" | 0 | 3 | 0 | 0 | 3 |
| "(jack up \| elevated \| larger \| raise*) royalties" w/s "no license, no chips" | 0 | 0 | 1 | 0 | 1 |
| "no license, no chip" w/s "patent licensing (arrangements \| practices \| terms)" | 0 | 0 | 1 | 0 | 1 |
| "predatory pricing" w/s "below cost" | 0 | 1 | 0 | 0 | 1 |
| **B. *Total Count of Other Related Terms*** | **117** | **126** | **17** | **136** [16] | **396** |
| **Count of Terms That are Unclear as to "Bundling" and "Other" Allegations ("Category 3" Terms)** | | | | | |
| monopol* | 0 | 0 | 18 | 44 | 62 |
| anticompetiti* or anti-competiti* | 10 | 3 | 2 | 25 | 40 |
| market power or market dominance | 13 | 2 | 0 | 1 | 16 |
| abus* | 0 | 0 | 1 | 4 | 5 |
| dominant position | 0 | 0 | 3 | 2 | 5 |

**Exhibit 4b**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Raw Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure*** [1]
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, and the Combination of Terms Used Together*** [2]
***Excluding Press Releases*** [3]

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[4] | December 8, 2015[5] | January 17, 2017[6] | January 20, 2017[7] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| **Two or more terms used together in a phrase:**[2] | | | | | |
| "anticompetiti* or anti-competiti*" w/s "monopol*" | 0 | 0 | 6 [17] | 10 | 16 |
| "abus*" w/s "market power or market dominance" | 0 | 2 | 3 | 7 | 12 |
| "abus*" w/s "monopol*" | 0 | 0 | 0 | 8 | 8 |
| "abus*" w/s "dominant position" | 0 | 2 | 2 | 0 | 4 |
| "abus*" w/s "market power or market dominance" w/s "monopol*" | 0 | 0 | 0 | 4 | 4 |
| C. ***Total Count of Unclear Terms*** | **23** | **9** | **35** | **105** | **172** |
| **D. Sum of All Terms (D = A + B + C)** | **151** | **202** | **109** | **492** | **954** |
| **E. Percentage of Category 1 Terms (E = A / D)** | **7.28 %** | **33.17 %** | **52.29 %** | **51.02 %** | **40.46 %** |
| **F. Percentage of Category 2 Terms (F = B / D)** | **77.48** | **62.38** | **15.60** | **27.64** | **41.51** |
| **G. Percentage of Category 3 Terms (G = C / D)** | **15.23** | **4.46** | **32.11** | **21.34** | **18.03** |

**Notes and Sources:**
Disclosure dates and references obtained from the Consolidated Class Action Complaint dated July 3, 2017.
News articles on Qualcomm published by *Reuters Newswires*, *The Wall Street Journal*, *Dow Jones Newswires*, *Press Release Wires*, or *Major News and Business Sources* as downloaded from Factiva Dow Jones via a company search. These five sources are determined to be "Top Sources" by Factiva Dow Jones. News stories were obtained through a search for news stories categorized as relevant to the company "Qualcomm Incorporated" by Factiva Dow Jones on the day of, and for each statistically significant price reaction day immediately following, each disclosure date. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars…."
An "*" is used to indicate a multiple wildcard search. The single character wildcard search looks for terms that match the search term with that single character, "*", replaced.
"w/5" indicates that the second term appears within five words of the first terms occurrence.
"w/s" indicates that the second term appears within the same sentence as the first term or that the first term appears within the same sentence as the second term (i.e., the order of the terms is not considered in these searches).
"(word one | word two | etc...)" indicates that one of word one, word two, etc... is chosen to follow or precede the other word(s) included in the term.
All counts of terms have been adjusted to remove counts of terms that do not appear in the headline or main text of any article, or counts that correspond to metadata within the news articles.

[1] News articles for the November 17, 2015 disclosure cover the period of November 17, 2015 to November 18, 2015. News articles for the December 8, 2015 disclosure cover the day of December 8, 2015. News articles for the January 17, 2017 disclosure cover the day of January 17, 2017. News articles for the January 20, 2017 disclosure cover the period of January 20, 2017 to January 23, 2017.

[2] This analysis includes terms suggested in the Expert Report of Jonah Berger, Ph.D., dated December 11, 2023, the Expert Report of Kenneth M. Lehn, dated December 11, 2023, and additional terms. When multiple terms form a phrase, the phrase is counted rather than the individual terms.

[3] This analysis excludes Qualcomm press releases and news stories that merely reissue those press releases.

[4] "[A]fter the close of trading, Qualcomm issued a press release disclosing that it had recently received the KFTC Case Examiner's Report, which stated that Qualcomm suppressed market competition by excluding competitors." ¶212

[5] "[T]he European Commission announced that it had charged Qualcomm with illegal anti-competitive practices, including paying a major customer to use Qualcomm chips exclusively. … On the same day, the Taiwan FTC announced it was initiating an investigation into Qualcomm's licensing arrangements." ¶216

[6] "[D]uring market hours, media reports begain to circulate that the FTC had commenced an antitrust enforcement action against Qualcomm for 'using unfair practices in the way it licenses its technology.'" ¶224

**Exhibit 4b**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Raw Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure [1]***
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, and the Combination of Terms Used Together [2]***
***Excluding Press Releases [3]***

| Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|
| November 17, 2015[4] | December 8, 2015[5] | January 17, 2017[6] | January 20, 2017[7] | All Disclosures |
| (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |

[7] "In the last hour of trading, on January 20, 2017, it was disclosed that Qualcomm's largest customer, Apple, filed a lawsuit against Qualcomm in the Nothern District of California asserting that the Company used its monopoly position to see onerous, unreasonable, and costly terms for its technology licenses." ¶228

[8] The term "rebate" appears twice in excerpts of Barron's blogs, on pages 166 and 169 of Appendix 10, as produced by Factiva Dow Jones. The full blog posts have been removed from Barron's website and are no longer available.

[9] "[noun]" indicates that any noun or pronoun can appear between "block*" and "ability" to complete the phrase.

[10] The term "retaliat*" now subsumes the previous term "retaliat* w/s investigat*."

[11] The term "punish*" now subsumes the previous term "punish* w/s regulat*."

[12] On page 32 of Appendix 1, in the phrase "South Korea's Fair Trade Commission recently sent it [Qualcomm] an 'examiner's report' that alleges that the company doesn't properly…" the next word in the phrase is likely "negotiate," however, Factiva Dow Jones does not print the full article as downloaded. As such, this instance of the term "properly negotiat*" is not included in the count.

[13] On page 46 of Appendix 7, in the sentence "These royalties amount to a tax on the manufacturers' use of baseband processors manufactured by Qualcomm's competitors, **a tax that excludes these competitors** and harms competition[,]" the bolded portion is highlighted in purple as it could be counted as bundling related, but is excluded from the count.
On page 53 of Appendix 7, the sentence "According to the lawsuit, filed in the Northern district of California, Qualcomm unfairly uses its other main business - selling baseband processors to handset makers - to force them to agree to pay higher royalties for its patents[,]" is highlighted in purple as it could be counted as bundling related, but is excluded from the count.
On page 55 of Appendix 7, the sentence "The FTC, which works with the Justice Department to enforce antitrsut law, has been investigating San Diego-based Qualcomm for allegedly abusing its dominant market position by forcing mobile phone makers who need their chips to license an unnecessarily broad range of patents[,]" is highlighted in purple as it could be counted as bundling related, but is excluded from the count.

[14] On page 70 of Appendix 2, the phrase "violates law" is highlighted in green. However, this instance of the term is paired with the other terms preceding it and not counted individually.

[15] When "elevated royalties" is used to qualify a Category 1 term, it is counted as part of the Category 1 term and not counted with Category 2.
On page 20 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "preferred patent-licensing" and is included in the "preferred patent-licensing" count. As such, on page 20 of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.
On page 22 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "preferred patent-licensing" and is included in the "preferred patent-licensing" count. As such, on page 22 of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.
On page 28 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "preferred patent-licensing" and is included in the "preferred patent-licensing" count. As such, on page 28 of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.
On page 30 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "preferred patent-licensing" and is included in the "preferred patent-licensing" count. As such, on page 30 of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.
On page 32 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "preferred patent-licensing" and is included in the "preferred patent-licensing" count. As such, on page 32 of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.
On page 39 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "preferred patent-licensing" and is included in the "preferred patent-licensing" count. As such, on page 39 of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.
On page 41 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "preferred patent-licensing" and is included in the "preferred patent-licensing" count. As such, on page 41 of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.
On page 46 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "threaten w/s disrupt w/s supply" and is included in the "threaten w/s disrupt w/s supply" count. As such, on page 46 of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.

[16] On page 53 of Appendix 11, the phrase "licensing practices" is highlighted in blue, however, "licensing practices" is not a searched term since it is ambiguous unless in context with another term. As such, this highlight is excluded from the count.

[17] The terms "monopoly" and "anticompetitive" appear once in an excerpt of a Barron's blog, on page 25 of Appendix 9, as produced by Factiva Dow Jones. The full blog post has been removed from Barron's website and is no longer available.

**Exhibit 5a**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure [1]***
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors [2], and the Combination of Terms Used Together [3]***

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[4] | December 8, 2015[5] | January 17, 2017[6] | January 20, 2017[7] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| **Count of Terms Related to the "Bundling" Allegation ("Category 1" Terms)** | | | | | |
| exclusiv* | **0** | **63** | **10** | **25** | **98** |
| *Green* | *0* | *63* | *5* | *18* | *86* |
| *Blue* | *0* | *0* | *5* | *7* | *12* |
| rebate* | **0** | **0** | **0** | **81** [8] | **81** |
| *Green* | *0* | *0* | *0* | *77* | *77* |
| *Blue* | *0* | *0* | *0* | *4* | *4* |
| onerous w/5 terms | **0** | **0** | **12** | **26** | **38** |
| *Green* | *0* | *0* | *12* | *24* | *36* |
| *Blue* | *0* | *0* | *0* | *2* | *2* |
| withh* w/5 chip* | **0** | **0** | **13** | **14** | **27** |
| *Red* | *0* | *0* | *13* | *14* | *27* |
| block* [noun] ability to choose another supplier for chipsets[9] | **0** | **0** | **0** | **25** | **25** |
| *Green* | *0* | *0* | *0* | *25* | *25* |
| retaliat*[10] | **0** | **0** | **0** | **20** | **20** |
| *Green* | *0* | *0* | *0* | *20* | *20* |
| punish*[11] | **0** | **0** | **0** | **19** | **19** |
| *Green* | *0* | *0* | *0* | *18* | *18* |
| *Blue* | *0* | *0* | *0* | *1* | *1* |
| preferred w/5 terms | **0** | **0** | **10** | **3** | **13** |
| *Green* | *0* | *0* | *10* | *0* | *10* |
| *Blue* | *0* | *0* | *0* | *3* | *3* |
| properly negotiat* | **12** [12] | **0** | **0** | **0** | **12** |
| *Green* | *12* | *0* | *0* | *0* | *12* |
| harmed competition | **0** | **11** | **0** | **0** | **11** |
| *Green* | *0* | *11* | *0* | *0* | *11* |
| extort* w/s KFTC | **0** | **0** | **0** | **7** | **7** |
| *Green* | *0* | *0* | *0* | *7* | *7* |
| exclusionary conduct | **0** | **0** | **5** | **0** | **5** |
| *Yellow* | *0* | *0* | *5* | *0* | *5* |
| threaten* w/s disrupt w/s supply | **0** | **0** | **3** | **0** | **3** |
| *Green* | *0* | *0* | *3* | *0* | *3* |
| not to buy chips from other suppliers | **0** | **0** | **0** | **2** | **2** |
| *Green* | *0* | *0* | *0* | *2* | *2* |

PX333

**Exhibit 5a**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure [1]***
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors [2], and the Combination of Terms Used Together [3]***

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[4] | December 8, 2015[5] | January 17, 2017[6] | January 20, 2017[7] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| negotiat* w/s handset | **1** | **0** | **1** | **0** | **2** |
| *Yellow* | *0* | *0* | *1* | *0* | *1* |
| *Blue* | *1* | *0* | *0* | *0* | *1* |
| elevated royalties that apply to baseband processors supplied by its competitors | **0** | **0** | **2** | **0** | **2** |
| *Green* | *0* | *0* | *2* | *0* | *2* |
| leverag* w/s chip* | **0** | **0** | **0** | **1** | **1** |
| *Green* | *0* | *0* | *0* | *1* | *1* |
| threat* w/5 the* supply | **0** | **0** | **1** | **0** | **1** |
| *Yellow* | *0* | *0* | *1* | *0* | *1* |
| **Two or more terms used together in a phrase:[3]** | | | | | |
| "leverag* w/s chip*" w/s "onerous w/5 terms" | **0** | **0** | **0** | **20** | **20** |
| *Green* | *0* | *0* | *0* | *20* | *20* |
| "exclusiv*" w/s "harmed competititon" | **0** | **0** | **7** | **0** | **7** |
| *Green* | *0* | *0* | *7* | *0* | *7* |
| "rebate*" w/s "punishment" | **0** | **0** | **0** | **4** | **4** |
| *Green* | *0* | *0* | *0* | *4* | *4* |
| "retaliat*" w/s "rebate*" | **0** | **0** | **0** | **3** | **3** |
| *Green* | *0* | *0* | *0* | *3* | *3* |
| "refusing to pay" w/s "cooperating" | **0** | **0** | **0** | **1** | **1** |
| *Green* | *0* | *0* | *0* | *1* | *1* |
| **A. *Total Count of Bundling Related Terms*** | **13** | **74** | **64** [13] | **251** | **402** |
| *Green* | *12* | *74* | *39* | *220* | *345* |
| *Red* | *0* | *0* | *13* | *14* | *27* |
| *Yellow* | *0* | *0* | *7* | *0* | *7* |
| *Blue* | *1* | *0* | *5* | *17* | *23* |
| **Count of Terms Related to the "Other" Allegations ("Category 2" Terms)** | | | | | |
| patent licensing (arrangements \| practices \| terms) | **21** | **12** | **0** | **31** | **64** |
| *Green* | *5* | *6* | *0* | *0* | *11* |
| *Red* | *3* | *0* | *0* | *0* | *3* |
| *Yellow* | *0* | *0* | *0* | *3* | *3* |
| *Blue* | *13* | *6* | *0* | *28* | *47* |
| predatory pricing | **0** | **40** | **0** | **0** | **40** |
| *Green* | *0* | *40* | *0* | *0* | *40* |
| violat* w/s (law \| act \| rules) | **18** [14] | **7** | **3** | **11** | **39** |
| *Green* | *0* | *6* | *0* | *0* | *6* |
| *Yellow* | *18* | *1* | *3* | *5* | *27* |
| *Blue* | *0* | *0* | *0* | *6* | *6* |

PX333



Page 6784

**Exhibit 5a**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure [1]***
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors [2], and the Combination of Terms Used Together [3]***

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[4] | December 8, 2015[5] | January 17, 2017[6] | January 20, 2017[7] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| average w/s price | **0** | **0** | **0** | **19** | **19** |
| *Green* | *0* | *0* | *0* | *16* | *16* |
| *Blue* | *0* | *0* | *0* | *3* | *3* |
| requir* w/s chip* w/s licens* | **4** | **0** | **0** | **13** | **17** |
| *Green* | *4* | *0* | *0* | *13* | *17* |
| price w/s handset | **15** | **0** | **1** | **1** | **17** |
| *Green* | *15* | *0* | *1* | *0* | *16* |
| *Blue* | *0* | *0* | *0* | *1* | *1* |
| pushed out | **0** | **16** | **0** | **0** | **16** |
| *Yellow* | *0* | *16* | *0* | *0* | *16* |
| device licens* | **14** | **0** | **0** | **0** | **14** |
| *Red* | *14* | *0* | *0* | *0* | *14* |
| technolog* w/s nothing to do with | **0** | **0** | **0** | **14** | **14** |
| *Green* | *0* | *0* | *0* | *14* | *14* |
| issue license w/s chip makers | **13** | **0** | **0** | **0** | **13** |
| *Green* | *13* | *0* | *0* | *0* | *13* |
| KFTC staff members alleged that those practices are illegal | **13** | **0** | **0** | **0** | **13** |
| *Green* | *13* | *0* | *0* | *0* | *13* |
| refus* to license | **0** | **0** | **10** | **2** | **12** |
| *Green* | *0* | *0* | *10* | *2* | *12* |
| (jack up \| elevated \| larger \| raise*) royalties | **0** | **0** | **2** [15] | **9** | **11** |
| *Green* | *0* | *0* | *0* | *7* | *7* |
| *Yellow* | *0* | *0* | *2* | *0* | *2* |
| *Blue* | *0* | *0* | *0* | *2* | *2* |
| handset based or handset-based | **10** | **0** | **0** | **0** | **10** |
| *Green* | *10* | *0* | *0* | *0* | *10* |
| stifle | **0** | **9** | **0** | **0** | **9** |
| *Yellow* | *0* | *9* | *0* | *0* | *9* |
| licens* patents w/s to w/s makers | **9** | **0** | **0** | **0** | **9** |
| *Green* | *9* | *0* | *0* | *0* | *9* |
| chip supply contingent on paying licenses | **0** | **0** | **0** | **9** | **9** |
| *Green* | *0* | *0* | *0* | *9* | *9* |
| qualcomm's cut | **0** | **0** | **0** | **8** | **8** |
| *Green* | *0* | *0* | *0* | *8* | *8* |

**Exhibit 5a**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure [1]***
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors [2], and the Combination of Terms Used Together [3]***

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[4] | December 8, 2015[5] | January 17, 2017[6] | January 20, 2017[7] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| same royalty percentage | **0** | **0** | **0** | **8** | **8** |
| *Green* | *0* | *0* | *0* | *8* | *8* |
| device level or device-level | **7** | **0** | **0** | **0** | **7** |
| *Green* | *4* | *0* | *0* | *0* | *4* |
| *Red* | *3* | *0* | *0* | *0* | *3* |
| qualcomm demanded royalties | **0** | **0** | **0** | **4** | **4** |
| *Green* | *0* | *0* | *0* | *4* | *4* |
| validity of w/s patents | **0** | **0** | **0** | **4** | **4** |
| *Green* | *0* | *0* | *0* | *4* | *4* |
| forc* w/s out | **0** | **3** | **0** | **0** | **3** |
| *Green* | *0* | *3* | *0* | *0* | *3* |
| price w/s (cover \| production) w/s cost | **0** | **3** | **0** | **0** | **3** |
| *Green* | *0* | *3* | *0* | *0* | *3* |
| component level | **0** | **0** | **3** | **0** | **3** |
| *Red* | *0* | *0* | *3* | *0* | *3* |
| overall cost | **2** | **0** | **0** | **0** | **2** |
| *Green* | *2* | *0* | *0* | *0* | *2* |
| pressured network carriers | **0** | **0** | **0** | **2** | **2** |
| *Green* | *0* | *0* | *0* | *2* | *2* |
| squeeze* | **1** | **0** | **0** | **0** | **1** |
| *Blue* | *1* | *0* | *0* | *0* | *1* |
| refus* to sell | **0** | **0** | **1** | **0** | **1** |
| *Green* | *0* | *0* | *1* | *0* | *1* |
| abusive licensing model | **0** | **0** | **0** | **1** | **1** |
| *Green* | *0* | *0* | *0* | *1* | *1* |
| no license, no chip | **0** | **0** | **0** | **0** | **0** |
| *Green* | *0* | *0* | *0* | *0* | *0* |
| below cost | **0** | **0** | **0** | **0** | **0** |
| *Green* | *0* | *0* | *0* | *0* | *0* |
| *Blue* | *0* | *0* | *0* | *0* | *0* |
| **Two or more terms used together in a phrase:[3]** | | | | | |
| "below cost" w/s "forc* w/s out" | **0** | **16** | **1** | **0** | **17** |
| *Green* | *0* | *16* | *0* | *0* | *16* |
| *Blue* | *0* | *0* | *1* | *0* | *1* |

PX333

**Exhibit 5a**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure [1]***
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors [2], and the Combination of Terms Used Together [3]***

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[4] | December 8, 2015[5] | January 17, 2017[6] | January 20, 2017[7] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| "price w/s (cover \| production) w/s cost" w/s "forc* w/s out" | **0** | **9** | **0** | **0** | **9** |
| *Green* | *0* | *9* | *0* | *0* | *9* |
| "below cost" w/s "squeeze" | **0** | **8** | **0** | **0** | **8** |
| *Green* | *0* | *8* | *0* | *0* | *8* |
| "patent licensing (arrangements \| practices \| terms)" w/s "violat* w/s (law \| act \| rules)" | **0** | **5** | **0** | **0** | **5** |
| *Green* | *0* | *5* | *0* | *0* | *5* |
| "predatory pricing" w/s "below cost" w/s "hindering competition" | **0** | **4** | **0** | **0** | **4** |
| *Green* | *0* | *4* | *0* | *0* | *4* |
| "below cost" w/s "forc* w/s out" w/s "predatory pricing" | **0** | **3** | **0** | **0** | **3** |
| *Green* | *0* | *3* | *0* | *0* | *3* |
| "(jack up \| elevated \| larger \| raise*) royalties" w/s "no license, no chips" | **0** | **0** | **1** | **0** | **1** |
| *Green* | *0* | *0* | *1* | *0* | *1* |
| "no license, no chip" w/s "patent licensing (arrangements \| practices \| terms)" | **0** | **0** | **1** | **0** | **1** |
| *Green* | *0* | *0* | *1* | *0* | *1* |
| "predatory pricing" w/s "below cost" | **0** | **1** | **0** | **0** | **1** |
| *Green* | *0* | *1* | *0* | *0* | *1* |
| **B. *Total Count of Other Related Terms*** | **127** | **136** | **23** | **136** [16] | **422** |
| *Green* | *75* | *104* | *14* | *88* | *281* |
| *Red* | *20* | *0* | *3* | *0* | *23* |
| *Yellow* | *18* | *26* | *5* | *8* | *57* |
| *Blue* | *14* | *6* | *1* | *40* | *61* |
| **Count of Terms That are Unclear as to "Bundling" and "Other" Allegations ("Category 3" Terms)** | | | | | |
| monopol* | **0** | **0** | **18** | **44** | **62** |
| *Yellow* | *0* | *0* | *18* | *22* | *40* |
| *Blue* | *0* | *0* | *0* | *22* | *22* |
| anticompetiti* or anti-competiti* | **10** | **4** | **2** | **25** | **41** |
| *Yellow* | *9* | *1* | *2* | *0* | *12* |
| *Blue* | *1* | *3* | *0* | *25* | *29* |
| market power or market dominance | **13** | **2** | **0** | **1** | **16** |
| *Yellow* | *0* | *2* | *0* | *0* | *2* |
| *Blue* | *13* | *0* | *0* | *1* | *14* |
| abus* | **0** | **1** | **1** | **4** | **6** |
| *Yellow* | *0* | *0* | *1* | *1* | *2* |
| *Blue* | *0* | *1* | *0* | *3* | *4* |
| dominant position | **0** | **0** | **3** | **2** | **5** |
| *Yellow* | *0* | *0* | *3* | *0* | *3* |
| *Blue* | *0* | *0* | *0* | *2* | *2* |

PX333

**Exhibit 5a**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure [1]***
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors [2], and the Combination of Terms Used Together [3]***

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[4] | December 8, 2015[5] | January 17, 2017[6] | January 20, 2017[7] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| **Two or more terms used together in a phrase:[3]** | | | | | |
| "anticompetiti* or anti-competiti*" w/s "monopol*" | **0** | **0** | **6** [17] | **10** | **16** |
| *Yellow* | *0* | *0* | *6* | *0* | *6* |
| *Blue* | *0* | *0* | *0* | *10* | *10* |
| "abus*" w/s "market power or market dominance" | **0** | **2** | **3** | **7** | **12** |
| *Yellow* | *0* | *2* | *0* | *5* | *7* |
| *Blue* | *0* | *0* | *3* | *2* | *5* |
| "abus*" w/s "monopol*" | **0** | **0** | **0** | **8** | **8** |
| *Yellow* | *0* | *0* | *0* | *8* | *8* |
| "abus*" w/s "dominant position" | **0** | **5** | **2** | **0** | **7** |
| *Yellow* | *0* | *3* | *2* | *0* | *5* |
| *Blue* | *0* | *2* | *0* | *0* | *2* |
| "abus*" w/s "market power or market dominance" w/s "monopol*" | **0** | **0** | **0** | **4** | **4** |
| *Blue* | *0* | *0* | *0* | *4* | *4* |
| **C. *Total Count of Unclear Terms*** | **23** | **14** | **35** | **105** | **177** |
| *Green* | *0* | *0* | *0* | *0* | *0* |
| *Red* | *0* | *0* | *0* | *0* | *0* |
| *Yellow* | *9* | *8* | *32* | *36* | *85* |
| *Blue* | *14* | *6* | *3* | *69* | *92* |

**Notes and Sources:**
Disclosure dates and references obtained from the Consolidated Class Action Complaint dated July 3, 2017.
News articles on Qualcomm published by *Reuters Newswires*, *The Wall Street Journal*, *Dow Jones Newswires*, *Press Release Wires*, or *Major News and Business Sources* as downloaded from Factiva Dow Jones via a company search. These five sources are determined to be "Top Sources" by Factiva Dow Jones. News stories were obtained through a search for news stories categorized as relevant to the company "Qualcomm Incorporated" by Factiva Dow Jones on the day of, and for each statistically significant price reaction day immediately following, each disclosure date. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars…."
An "*" denotes a wildcard ending for search terms, allowing the search function to return all words that match up until the "*" with variable ending letters.
"w/5" denotes that the second term appears within five words of the first terms occurrence.
"w/s" denotes that the second term appears within the same sentence as the first term or that the first term appears within the same sentence as the second term (i.e., the order of the terms is not considered in these searches).
"(word one | word two | etc...)" indicates that one of word one, word two, etc... is chosen to follow or precede the other word(s) included in the term.
All counts of terms have been adjusted to remove counts of terms that do not appear in the headline or main text of any article, or counts that correspond to metadata within the news articles. Further, each instance of a term has been classified into four categories denoted by Green, Red, Yellow, and Blue. "Green" indicates that the term relates to the particular allegation and either does not describe them or treats the news as negative. "Red" indicates that the term relates to the particular allegation and describes them as unimportant or of low value. "Yellow" indicates that the term relates to some allegation, but it is not clear as to whether it is bundling related or other allegations. "Blue" indicates that the term does not relate to the allegations and is used in some other context, or the news associated with the term is old and repeated.

[1] News articles for the November 17, 2015 disclosure cover the period of November 17, 2015 to November 18, 2015. News articles for the December 8, 2015 disclosure cover the day of December 8, 2015. News articles for the January 17, 2017 disclosure cover the day of January 17, 2017. News articles for the January 20, 2017 disclosure cover the period of January 20, 2017 to January 23, 2017.

[2] The color categorization of all terms have been reviewed, resulting in the re-categorization of the color of certain term highlights. This includes changing the highlight for the terms with comments on pages 701, 1523, 1556, and 1559 of the Expert Report of David I. Tabak, Ph.D., dated September 12, 2023. For more information on previous color categorization of terms see Exhibit 17 attached to the Expert Report of David I. Tabak, Ph.D.

[3] This analysis includes terms suggested in the Expert Report of Jonah Berger, Ph.D., dated December 11, 2023, the Expert Report of Kenneth M. Lehn, dated December 11, 2023, and additional terms. When multiple terms form a phrase, the phrase is counted rather than the individual terms.

[4] "[A]fter the close of trading, Qualcomm issued a press release disclosing that it had recently received the KFTC Case Examiners Report, which stated that Qualcomm suppressed market competition by excluding competitors." ¶212

**Exhibit 5a**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure*** [1]
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors*** [2] ***, and the Combination of Terms Used Together*** [3]

| Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|
| November 17, 2015[4] | December 8, 2015[5] | January 17, 2017[6] | January 20, 2017[7] | All Disclosures |
| (1) | (2) | (3) | (4) | (5) |
| | | | | (1) + (2) + (3) + (4) |

[5] "[T]he European Commission announced that it had charged Qualcomm with illegal anti-competitive practices, including paying a major customer to use Qualcomm chips exclusively. … On the same day, the Taiwan FTC announced it was initiating an investigation into Qualcomm's licensing arrangements." ¶216

[6] "[D]uring market hours, media reports began to circulate that the FTC had commenced an antitrust enforcement action against Qualcomm for 'using unfair practices in the way it licenses its technology.'" ¶224

[7] "In the last hour of trading, on January 20, 2017, it was disclosed that Qualcomm's largest customer, Apple, filed a lawsuit against Qualcomm in the Northern District of California asserting that the Company used its monopoly position to see onerous, unreasonable, and costly terms for its technology licenses." ¶228

[8] The term "rebate" appears twice in excerpts of Barron's blogs, on pages 166 and 169 of Appendix 10, as produced by Factiva Dow Jones. The full blog posts have been removed from Barron's website and are no longer available.

[9] "[noun] indicates that any noun or pronoun can appear between "block*" and "ability" to complete the phrase.

[10] The term "retaliat*" now subsumes the previous term "retaliat* w/s investigat*."

[11] The term "punish*" now subsumes the previous term "punish* w/s regulat*."

[12] On page 32 of Appendix 1, the phrase "South Korea's Fair Trade Commission recently sent it [Qualcomm] an 'examiner's report' that alleges that the company doesn't properly…" The next word in the phrase is likely "negotiate." Factiva Dow Jones does not print the full article as downloaded. As such, this instance of the term "properly negotiat*" is not included in the count.

[13] On page 46 of Appendix 7, in the sentence "These royalties amount to a tax on the manufacturers' use of baseband processors manufactured by Qualcomm's competitors, **a tax that excludes these competitors** and harms competition[,]" the bolded portion is highlighted in purple as it could be counted as bundling related, but is excluded from the count.
On page 53 of Appendix 7, the sentence "According to the lawsuit, filed in the Northern district of California, Qualcomm unfairly uses its other main business - selling baseband processors to handset makers - to force them to agree to pay higher royalties for its patents" is highlighted in purple as it could be counted as bundling related, but is excluded from the count.
On page 55 of Appendix 7, the sentence "The FTC, which works with the Justice Department to enforce antitrsut law, has been investigating San Diego-based Qualcomm for allegedly abusing its dominant market position by forcing mobile phone makers who need their chips to license an unnecessarily broad range of patents[,]" is highlighted in purple as it could be counted as bundling related, but is excluded from the count.

[14] On page 70 of Appendix 2, the phrase "violates law" is highlighted in green. However, this instance of the term is paired with the other terms preceding it and not counted individually.

[15] When "elevated royalties" is used to qualify a Category 1 term, it is counted as part of the Category 1 term and not counted with Category 2.
On pages 20, 22, 28, 30, 32, 39, and 41 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "preferred patent-licensing" and is included in the "preferred patent-licensing" count. As such, on the corresponding pages of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.
On page 46 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "threaten w/s disrupt w/s supply" and is included in the "threaten w/s disrupt w/s supply" count. As such, on page 46 of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.

[16] On page 53 of Appendix 11, the phrase "licensing practices" is highlighted in blue, however, "licensing practices" is not a searched term since it is ambiguous unless in context with another term. As such, this highlight is excluded from the count.

[17] The terms "monopoly" and "anticompetitive" appear once in an excerpt of a Barron's blog, on page 25 of Appendix 9, as produced by Factiva Dow Jones. The full blog post has been removed from Barron's website and is no longer available.

**Exhibit 5b**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure*** [1]
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors*** [2] ***, and the Combination of Terms Used Together*** [3]
***Excluding Press Releases*** [4]

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[5] | December 8, 2015[6] | January 17, 2017[7] | January 20, 2017[8] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| **Count of Terms Related to the "Bundling" Allegation ("Category 1" Terms)** | | | | | |
| exclusiv* | **0** | **57** | **7** | **25** | **89** |
| *Green* | *0* | *57* | *5* | *18* | *80* |
| *Blue* | *0* | *0* | *2* | *7* | *9* |
| rebate* | **0** | **0** | **0** | **81** [9] | **81** |
| *Green* | *0* | *0* | *0* | *77* | *77* |
| *Blue* | *0* | *0* | *0* | *4* | *4* |
| onerous w/5 terms | **0** | **0** | **12** | **26** | **38** |
| *Green* | *0* | *0* | *12* | *24* | *36* |
| *Blue* | *0* | *0* | *0* | *2* | *2* |
| block* [noun] ability to choose another supplier for chipsets[10] | **0** | **0** | **0** | **25** | **25** |
| *Green* | *0* | *0* | *0* | *25* | *25* |
| withh* w/5 chip* | **0** | **0** | **9** | **14** | **23** |
| *Red* | *0* | *0* | *9* | *14* | *23* |
| retaliat*[11] | **0** | **0** | **0** | **20** | **20** |
| *Green* | *0* | *0* | *0* | *20* | *20* |
| punish*[12] | **0** | **0** | **0** | **19** | **19** |
| *Green* | *0* | *0* | *0* | *18* | *18* |
| *Blue* | *0* | *0* | *0* | *1* | *1* |
| preferred w/5 terms | **0** | **0** | **10** | **3** | **13** |
| *Green* | *0* | *0* | *10* | *0* | *10* |
| *Blue* | *0* | *0* | *0* | *3* | *3* |
| properly negotiat* | **10** [13] | **0** | **0** | **0** | **10** |
| *Green* | *10* | *0* | *0* | *0* | *10* |
| harmed competition | **0** | **10** | **0** | **0** | **10** |
| *Green* | *0* | *10* | *0* | *0* | *10* |
| extort* w/s KFTC | **0** | **0** | **0** | **7** | **7** |
| *Green* | *0* | *0* | *0* | *7* | *7* |
| exclusionary conduct | **0** | **0** | **5** | **0** | **5** |
| *Yellow* | *0* | *0* | *5* | *0* | *5* |
| threaten* w/s disrupt w/s supply | **0** | **0** | **3** | **0** | **3** |
| *Green* | *0* | *0* | *3* | *0* | *3* |
| not to buy chips from other suppliers | **0** | **0** | **0** | **2** | **2** |
| *Green* | *0* | *0* | *0* | *2* | *2* |

PX333

**Exhibit 5b**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure [1]***
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors [2], and the Combination of Terms Used Together [3]***
***Excluding Press Releases [4]***

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[5] | December 8, 2015[6] | January 17, 2017[7] | January 20, 2017[8] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| negotiat* w/s handset | **1** | **0** | **1** | **0** | **2** |
| *Yellow* | *0* | *0* | *1* | *0* | *1* |
| *Blue* | *1* | *0* | *0* | *0* | *1* |
| elevated royalties that apply to baseband processors supplied by its competitors | **0** | **0** | **2** | **0** | **2** |
| *Green* | *0* | *0* | *2* | *0* | *2* |
| leverag* w/s chip* | **0** | **0** | **0** | **1** | **1** |
| *Green* | *0* | *0* | *0* | *1* | *1* |
| threat* w/5 the* supply | **0** | **0** | **1** | **0** | **1** |
| *Yellow* | *0* | *0* | *1* | *0* | *1* |
| **Two or more terms used together in a phrase:[3]** | | | | | |
| "leverag* w/s chip*" w/s "onerous w/5 terms" | **0** | **0** | **0** | **20** | **20** |
| *Green* | *0* | *0* | *0* | *20* | *20* |
| "exclusiv*" w/s "harmed competititon" | **0** | **0** | **7** | **0** | **7** |
| *Green* | *0* | *0* | *7* | *0* | *7* |
| "rebate*" w/s "punishment" | **0** | **0** | **0** | **4** | **4** |
| *Green* | *0* | *0* | *0* | *4* | *4* |
| "retaliat*" w/s "rebate*" | **0** | **0** | **0** | **3** | **3** |
| *Green* | *0* | *0* | *0* | *3* | *3* |
| "refusing to pay" w/s "cooperating" | **0** | **0** | **0** | **1** | **1** |
| *Green* | *0* | *0* | *0* | *1* | *1* |
| **A. *Total Count of Bundling Related Terms*** | **11** | **67** | **57** [14] | **251** | **328** |
| *Green* | *10* | *67* | *39* | *220* | *336* |
| *Red* | *0* | *0* | *9* | *14* | *23* |
| *Yellow* | *0* | *0* | *7* | *0* | *7* |
| *Blue* | *1* | *0* | *2* | *17* | *20* |
| **Count of Terms Related to the "Other" Allegations ("Category 2" Terms)** | | | | | |
| patent licensing (arrangements \| practices \| terms) | **19** | **12** | **0** | **31** | **62** |
| *Green* | *5* | *6* | *0* | *0* | *11* |
| *Red* | *1* | *0* | *0* | *0* | *1* |
| *Yellow* | *0* | *0* | *0* | *3* | *3* |
| *Blue* | *13* | *6* | *0* | *28* | *47* |
| predatory pricing | **0** | **37** | **0** | **0** | **37** |
| *Green* | *0* | *37* | *0* | *0* | *37* |

PX333

**Exhibit 5b**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure*** [1]
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors*** [2] ***, and the Combination of Terms Used Together*** [3]
***Excluding Press Releases*** [4]

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[5] | December 8, 2015[6] | January 17, 2017[7] | January 20, 2017[8] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| violat* w/s (law \| act \| rules) | **16** [15] | **6** | **0** | **11** | **33** |
| *Green* | *0* | *6* | *0* | *0* | *6* |
| *Yellow* | *16* | *0* | *0* | *5* | *21* |
| *Blue* | *0* | *0* | *0* | *6* | *6* |
| average w/s price | **0** | **0** | **0** | **19** | **19** |
| *Green* | *0* | *0* | *0* | *16* | *16* |
| *Blue* | *0* | *0* | *0* | *3* | *3* |
| price w/s handset | **15** | **0** | **1** | **1** | **17** |
| *Green* | *15* | *0* | *1* | *0* | *16* |
| *Blue* | *0* | *0* | *0* | *1* | *1* |
| requir* w/s chip* w/s licens* | **2** | **0** | **0** | **13** | **15** |
| *Green* | *2* | *0* | *0* | *13* | *15* |
| pushed out | **0** | **15** | **0** | **0** | **15** |
| *Yellow* | *0* | *15* | *0* | *0* | *15* |
| device licens* | **14** | **0** | **0** | **0** | **14** |
| *Red* | *14* | *0* | *0* | *0* | *14* |
| technolog* w/s nothing to do with | **0** | **0** | **0** | **14** | **14** |
| *Green* | *0* | *0* | *0* | *14* | *14* |
| issue license w/s chip makers | **13** | **0** | **0** | **0** | **13** |
| *Green* | *13* | *0* | *0* | *0* | *13* |
| KFTC staff members alleged that those practices are illegal | **13** | **0** | **0** | **0** | **13** |
| *Green* | *13* | *0* | *0* | *0* | *13* |
| refus* to license | **0** | **0** | **10** | **2** | **12** |
| *Green* | *0* | *0* | *10* | *2* | *12* |
| (jack up \| elevated \| larger \| raise*) royalties | **0** | **0** | **2** [16] | **9** | **11** |
| *Green* | *0* | *0* | *0* | *7* | *7* |
| *Yellow* | *0* | *0* | *2* | *0* | *2* |
| *Blue* | *0* | *0* | *0* | *2* | *2* |
| handset based or handset-based | **10** | **0** | **0** | **0** | **10** |
| *Green* | *10* | *0* | *0* | *0* | *10* |
| stifle | **0** | **9** | **0** | **0** | **9** |
| *Yellow* | *0* | *9* | *0* | *0* | *9* |
| licens* patents w/s to w/s makers | **9** | **0** | **0** | **0** | **9** |
| *Green* | *9* | *0* | *0* | *0* | *9* |

PX333

**Exhibit 5b**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure [1]***
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors [2], and the Combination of Terms Used Together [3]***
***Excluding Press Releases [4]***

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[5] | December 8, 2015[6] | January 17, 2017[7] | January 20, 2017[8] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| chip supply contingent on paying licenses | **0** | **0** | **0** | **9** | **9** |
| *Green* | *0* | *0* | *0* | *9* | *9* |
| qualcomm's cut | **0** | **0** | **0** | **8** | **8** |
| *Green* | *0* | *0* | *0* | *8* | *8* |
| same royalty percentage | **0** | **0** | **0** | **8** | **8** |
| *Green* | *0* | *0* | *0* | *8* | *8* |
| qualcomm demanded royalties | **0** | **0** | **0** | **4** | **4** |
| *Green* | *0* | *0* | *0* | *4* | *4* |
| validity of w/s patents | **0** | **0** | **0** | **4** | **4** |
| *Green* | *0* | *0* | *0* | *4* | *4* |
| device level or device-level | **3** | **0** | **0** | **0** | **3** |
| *Green* | *2* | *0* | *0* | *0* | *2* |
| *Red* | *1* | *0* | *0* | *0* | *1* |
| forc* w/s out | **0** | **3** | **0** | **0** | **3** |
| *Green* | *0* | *3* | *0* | *0* | *3* |
| price w/s (cover \| production) w/s cost | **0** | **3** | **0** | **0** | **3** |
| *Green* | *0* | *3* | *0* | *0* | *3* |
| overall cost | **2** | **0** | **0** | **0** | **2** |
| *Green* | *2* | *0* | *0* | *0* | *2* |
| pressured network carriers | **0** | **0** | **0** | **2** | **2** |
| *Green* | *0* | *0* | *0* | *2* | *2* |
| squeeze* | **1** | **0** | **0** | **0** | **1** |
| *Blue* | *1* | *0* | *0* | *0* | *1* |
| refus* to sell | **0** | **0** | **1** | **0** | **1** |
| *Green* | *0* | *0* | *1* | *0* | *1* |
| abusive licensing model | **0** | **0** | **0** | **1** | **1** |
| *Green* | *0* | *0* | *0* | *1* | *1* |
| component level | **0** | **0** | **0** | **0** | **0** |
| *Green* | *0* | *0* | *0* | *0* | *0* |
| no license, no chip | **0** | **0** | **0** | **0** | **0** |
| *Green* | *0* | *0* | *0* | *0* | *0* |

PX333

**Exhibit 5b**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure [1]***
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors [2], and the Combination of Terms Used Together [3]***
***Excluding Press Releases [4]***

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[5] | December 8, 2015[6] | January 17, 2017[7] | January 20, 2017[8] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |
| below cost | **0** | **0** | **0** | **0** | **0** |
| *Green* | *0* | *0* | *0* | *0* | *0* |
| *Blue* | *0* | *0* | *0* | *0* | *0* |
| **Two or more terms used together in a phrase:[3]** | | | | | |
| "below cost" w/s "forc* w/s out" | **0** | **15** | **1** | **0** | **16** |
| *Green* | *0* | *15* | *0* | *0* | *15* |
| *Blue* | *0* | *0* | *1* | *0* | *1* |
| "price w/s (cover \| production) w/s cost" w/s "forc* w/s out" | **0** | **8** | **0** | **0** | **8** |
| *Green* | *0* | *8* | *0* | *0* | *8* |
| "below cost" w/s "squeeze" | **0** | **8** | **0** | **0** | **8** |
| *Green* | *0* | *8* | *0* | *0* | *8* |
| "patent licensing (arrangements \| practices \| terms)" w/s "violat* w/s (law \| act \| rules)" | **0** | **3** | **0** | **0** | **3** |
| *Green* | *0* | *3* | *0* | *0* | *3* |
| "predatory pricing" w/s "below cost" w/s "hindering competition" | **0** | **3** | **0** | **0** | **3** |
| *Green* | *0* | *3* | *0* | *0* | *3* |
| "below cost" w/s "forc* w/s out" w/s "predatory pricing" | **0** | **3** | **0** | **0** | **3** |
| *Green* | *0* | *3* | *0* | *0* | *3* |
| "(jack up \| elevated \| larger \| raise*) royalties" w/s "no license, no chips" | **0** | **0** | **1** | **0** | **1** |
| *Green* | *0* | *0* | *1* | *0* | *1* |
| "no license, no chip" w/s "patent licensing (arrangements \| practices \| terms)" | **0** | **0** | **1** | **0** | **1** |
| *Green* | *0* | *0* | *1* | *0* | *1* |
| "predatory pricing" w/s "below cost" | **0** | **1** | **0** | **0** | **1** |
| *Green* | *0* | *1* | *0* | *0* | *1* |
| **B. *Total Count of Other Related Terms*** | **117** | **126** | **17** | **136** [17] | **396** |
| *Green* | *71* | *96* | *14* | *88* | *269* |
| *Red* | *16* | *0* | *0* | *0* | *16* |
| *Yellow* | *16* | *24* | *2* | *8* | *50* |
| *Blue* | *14* | *6* | *1* | *40* | *61* |
| **Count of Terms That are Unclear as to "Bundling" and "Other" Allegations ("Category 3" Terms)** | | | | | |
| monopol* | **0** | **0** | **18** | **44** | **62** |
| *Yellow* | *0* | *0* | *18* | *22* | *40* |
| *Blue* | *0* | *0* | *0* | *22* | *22* |

PX333

**Exhibit 5b**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure*** [1]
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors*** [2] ***, and the Combination of Terms Used Together*** [3]
***Excluding Press Releases*** [4]

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | **November 17, 2015**[5] | **December 8, 2015**[6] | **January 17, 2017**[7] | **January 20, 2017**[8] | **All Disclosures** |
| | **(1)** | **(2)** | **(3)** | **(4)** | **(5)** **(1) + (2) + (3) + (4)** |
| anticompetiti* or anti-competiti* | **10** | **3** | **2** | **25** | **40** |
| *Yellow* | *9* | *1* | *2* | *0* | *12* |
| *Blue* | *1* | *2* | *0* | *25* | *28* |
| market power or market dominance | **13** | **2** | **0** | **1** | **16** |
| *Yellow* | *0* | *2* | *0* | *0* | *2* |
| *Blue* | *13* | *0* | *0* | *1* | *14* |
| abus* | **0** | **0** | **1** | **4** | **5** |
| *Yellow* | *0* | *0* | *1* | *1* | *2* |
| *Blue* | *0* | *0* | *0* | *3* | *3* |
| dominant position | **0** | **0** | **3** | **2** | **5** |
| *Yellow* | *0* | *0* | *3* | *0* | *3* |
| *Blue* | *0* | *0* | *0* | *2* | *2* |
| **Two or more terms used together in a phrase:**[3] | | | | | |
| "anticompetiti* or anti-competiti*" w/s "monopol*" | **0** | **0** | **6** [18] | **10** | **16** |
| *Yellow* | *0* | *0* | *6* | *0* | *6* |
| *Blue* | *0* | *0* | *0* | *10* | *10* |
| "abus*" w/s "market power or market dominance" | **0** | **2** | **3** | **7** | **12** |
| *Yellow* | *0* | *2* | *0* | *5* | *7* |
| *Blue* | *0* | *0* | *3* | *2* | *5* |
| "abus*" w/s "monopol*" | **0** | **0** | **0** | **8** | **8** |
| *Yellow* | *0* | *0* | *0* | *8* | *8* |
| "abus*" w/s "dominant position" | **0** | **2** | **2** | **0** | **4** |
| *Yellow* | *0* | *2* | *2* | *0* | *4* |
| "abus*" w/s "market power or market dominance" w/s "monopol*" | **0** | **0** | **0** | **4** | **4** |
| *Blue* | *0* | *0* | *0* | *4* | *4* |
| **C. *Total Count of Unclear Terms*** | **23** | **9** | **35** | **105** | **172** |
| *Green* | *0* | *0* | *0* | *0* | *0* |
| *Red* | *0* | *0* | *0* | *0* | *0* |
| *Yellow* | *9* | *7* | *32* | *36* | *84* |
| *Blue* | *14* | *2* | *3* | *69* | *88* |

**Notes and Sources:**
Disclosure dates and references obtained from the Consolidated Class Action Complaint dated July 3, 2017.
News articles on Qualcomm published by *Reuters Newswires*, *The Wall Street Journal*, *Dow Jones Newswires*, *Press Release Wires*, or *Major News and Business Sources* as downloaded from Factiva Dow Jones via a company search. These five sources are determined to be "Top Sources" by Factiva Dow Jones. News stories were obtained through a search for news stories categorized as relevant to the company "Qualcomm Incorporated" by Factiva Dow Jones on the day of, and for each statistically significant price reaction day immediately following, each disclosure date. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars…."
An "*" denotes a wildcard ending for search terms, allowing the search function to return all words that match up until the "*" with variable ending letters.

PX333

**Exhibit 5b**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure*** [1]
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors*** [2] ***, and the Combination of Terms Used Together*** [3]
***Excluding Press Releases*** [4]

| Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|
| November 17, 2015[5] | December 8, 2015[6] | January 17, 2017[7] | January 20, 2017[8] | All Disclosures |
| (1) | (2) | (3) | (4) | (5)<br>(1) + (2) + (3) + (4) |

"w/5" denotes that the second term appears within five words of the first terms occurrence.
"w/s" denotes that the second term appears within the same sentence as the first term or that the first term appears within the same sentence as the second term (i.e., the order of the terms is not considered in these searches).
"(word one | word two | etc...)" indicates that one of word one, word two, etc... is chosen to follow or precede the other word(s) included in the term.
All counts of terms have been adjusted to remove counts of terms that do not appear in the headline or main text of any article, or counts that correspond to metadata within the news articles. Further, each instance of a term has been classified into four categories denoted by Green, Red, Yellow, and Blue. "Green" indicates that the term relates to the particular allegation and either does not describe them or treats the news as negative. "Red" indicates that the term relates to the particular allegation and describes them as unimportant or of low value. "Yellow" indicates that the term relates to some allegation, but it is not clear as to whether it is bundling related or other allegations. "Blue" indicates that the term does not relate to the allegations and is used in some other context, or the news associated with the term is old and repeated.

[1] News articles for the November 17, 2015 disclosure cover the period of November 17, 2015 to November 18, 2015. News articles for the December 8, 2015 disclosure cover the day of December 8, 2015. News articles for the January 17, 2017 disclosure cover the day of January 17, 2017. News articles for the January 20, 2017 disclosure cover the period of January 20, 2017 to January 23, 2017.

[2] The color categorization of all terms have been reviewed, resulting in the re-categorization of the color of certain term highlights. This includes changing the highlight for the terms with comments on pages 701, 1523, 1556, and 1559 of the Expert Report of David I. Tabak, Ph.D., dated September 12, 2023. For more information on previous color categorization of terms see Exhibit 17 attached to the Expert Report of David I. Tabak, Ph.D.

[3] This analysis includes terms suggested in the Expert Report of Jonah Berger, Ph.D., dated December 11, 2023, the Expert Report of Kenneth M. Lehn, dated December 11, 2023, and additional terms. When multiple terms form a phrase, the phrase is counted rather than the individual terms.

[4] This analysis excludes Qualcomm press releases and news stories that merely reissue those press releases. Thus, this analysis does not include the following pages: Appendices 1-3, pp. 11-12 and 38; Appendices 4-6, pp. 3-8, 19-20; Appendices 7-9, pp. 3-10, 26-27, 48-49, 56-58, 69-70, 75-79; Appendices 10-12, pp. 80-81 and 126.

[5] "[A]fter the close of trading, Qualcomm issued a press release disclosing that it had recently received the KFTC Case Examiner's Report, which stated that Qualcomm suppressed market competition by excluding competitors." ¶212

[6] "[T]he European Commission announced that it had charged Qualcomm with illegal anti-competitive practices, including paying a major customer to use Qualcomm chips exclusively. … On the same day, the Taiwan FTC announced it was initiating an investigation into Qualcomm's licensing arrangements." ¶216

[7] "[D]uring market hours, media reports began to circulate that the FTC had commenced an antitrust enforcement action against Qualcomm for 'using unfair practices in the way it licenses its technology.'" ¶224

[8] "In the last hour of trading, on January 20, 2017, it was disclosed that Qualcomm's largest customer, Apple, filed a lawsuit against Qualcomm in the Northern District of California asserting that the Company used its monopoly position to see onerous, unreasonable, and costly terms for its technology licenses." ¶228

[9] The term "rebate" appears twice in excerpts of Barron's blogs, on pages 166 and 169 of Appendix 10, as produced by Factiva Dow Jones. The full blog posts have been removed from Barron's website and are no longer available.

[10] "[noun] indicates that any noun or pronoun can appear between "block*" and "ability" to complete the phrase.

[11] The term "retaliat*" now subsumes the previous term "retaliat* w/s investigat*."

[12] The term "punish*" now subsumes the previous term "punish* w/s regulat*."

[13] On page 32 of Appendix 1, the phrase "South Korea's Fair Trade Commission recently sent it [Qualcomm] an 'examiner's report' that alleges that the company doesn't properly…" The next word in the phrase is likely "negotiate," however, Factiva Dow Jones does not print the full article as downloaded. As such, this instance of the term "properly negotiat*" is not included in the count.

[14] On page 46 of Appendix 7, in the sentence "These royalties amount to a tax on the manufacturers' use of baseband processors manufactured by Qualcomm's competitors, **a tax that excludes these competitors** and harms competition[,]" the bolded portion is highlighted in purple as it could be counted as bundling related, but is excluded from the count.
On page 53 of Appendix 7, the sentence "According to the lawsuit, filed in the Northern district of California, Qualcomm unfairly uses its other main business - selling baseband processors to handset makers - to force them to agree to pay higher royalties for its patents[,]" is highlighted in purple as it could be counted as bundling related, but is excluded from the count.
On page 55 of Appendix 7, the sentence "The FTC, which works with the Justice Department to enforce antitrsut law, has been investigating San Diego-based Qualcomm for allegedly abusing its dominant market position by forcing mobile phone makers who need their chips to license an unnecessarily broad range of patents[,]" is highlighted in purple as it could be counted as bundling related, but is excluded from the count.

[15] On page 70 of Appendix 2, the phrase "violates law" is highlighted in green. However, this instance of the term is paired with the other terms preceding it and not counted individually.

[16] When "elevated royalties" is used to qualify a Category 1 term, it is counted as part of the Category 1 term and not counted with Category 2.
On pages 20, 22, 28, 30, 32, 39, and 41 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "preferred patent-licensing" and is included in the "preferred patent-licensing" count. As such, on the corresponding pages of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.
On page 46 of Appendix 7, the phrase "elevated royalties" is highlighted as it used in the same phrase as "threaten w/s disrupt w/s supply" and is included in the "threaten w/s disrupt w/s supply" count. As such, on page 46 of Appendix 8, the phrase "elevated royalties" is not highlighted and not included in the count.

**Exhibit 5b**
**Qualcomm Incorporated**
**Content Analysis Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure [1]***
***With the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors [2], and the Combination of Terms Used Together [3]***
***Excluding Press Releases [4]***

| Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|
| November 17, 2015[5] | December 8, 2015[6] | January 17, 2017[7] | January 20, 2017[8] | All Disclosures |
| (1) | (2) | (3) | (4) | (5) (1) + (2) + (3) + (4) |

[17] On page 53 of Appendix 11, the phrase "licensing practices" is highlighted in blue, however, "licensing practices" is not a searched term since it is ambiguous unless in context with another term. As such, this highlight is excluded from the count.

[18] The terms "monopoly" and "anticompetitive" appear once in an excerpt of a Barron's blog, on page 25 of Appendix 9, as produced by Factiva Dow Jones. The full blog post has been removed from Barron's website and is no longer available.

**Exhibit 6a**
**Qualcomm Incorporated**
**Content Analysis Disaggregation Percentages Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure [1]***
***Considering the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors [2], and the Combination of Terms Used Together [3]***

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[4] | December 8, 2015[5] | January 17, 2017[6] | January 20, 2017[7] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) |
| **Disaggregation Percentages:** | | | | | |
| *Considering Green and Red Terms in Category 1 and Category 2* | | | | | |
| **D. Sum of all Relevant Terms ($D = A_{Green} + A_{Red} + B_{Green} + B_{Red}$)[8]** | 107 | 178 | 69 | 322 | 676 |
| **E. Percent of Category 1 Terms ($E = [A_{Green} + A_{Red}] / D$)[8]** | 11.21 % | 41.57 % | 75.36 % | 72.67 % | 55.03 % |
| **F. Percent of Category 2 Terms ($F = [B_{Green} + B_{Red}] / D$)[8]** | 88.79 | 58.43 | 24.64 | 27.33 | 44.97 |
| *Considering Green Terms in Category 1 and Category 2* | | | | | |
| **G. Sum of All Relevant Terms ($G = A_{Green} + B_{Green}$)[8]** | 87 | 178 | 53 | 308 | 626 |
| **H. Percentage of Category 1 Terms ($H = A_{Green} / G$)[8]** | 13.79 % | 41.57 % | 73.58 % | 71.43 % | 55.11 % |
| **I. Percentage of Category 2 Terms ($I = B_{Green} / G$)[8]** | 86.21 | 58.43 | 26.42 | 28.57 | 44.89 |
| *Considering Green and Red Terms in Category 1, Category 2, and Yellow Terms in Category 3* | | | | | |
| **J. Sum of All Relevant Terms ($J = A_{Green} + A_{Red} + B_{Green} + B_{Red} + C_{Yellow}$)[8]** | 116 | 186 | 101 | 358 | 761 |
| **K. Percentage of Category 1 Terms ($K = [A_{Green} + A_{Red}] / J$)[8]** | 10.34 % | 39.78 % | 51.49 % | 65.36 % | 48.88 % |
| **L. Percentage of Category 2 Terms ($I = [B_{Green} + B_{Red}] / J$)[8]** | 81.90 | 55.91 | 16.83 | 24.58 | 39.95 |
| **M. Percentage of Category 3 Terms ($M = C_{Yellow} / J$)[8]** | 7.76 | 4.30 | 31.68 | 10.06 | 11.17 |
| *Considering Green Terms in Category 1, Category 2, and Yellow Terms in Category 3* | | | | | |
| **N. Sum of All Relevant Terms ($N = A_{Green} + B_{Green} + C_{Yellow}$)[8]** | 96 | 186 | 85 | 344 | 711 |
| **O. Percentage of Category 1 Terms ($O = A_{Green} / N$)[8]** | 12.50 % | 39.78 % | 45.88 % | 63.95 % | 48.52 % |
| **P. Percentage of Category 2 Terms ($P = B_{Green} / N$)[8]** | 78.13 | 55.91 | 16.47 | 25.58 | 39.52 |
| **Q. Percentage of Category 3 Terms ($Q = C_{Yellow} / N$)[8]** | 9.38 | 4.30 | 37.65 | 10.47 | 11.95 |

PX333

**Exhibit 6a**
**Qualcomm Incorporated**
**Content Analysis Disaggregation Percentages Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure*** [1]
***Considering the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors*** [2] ***, and the Combination of Terms Used Together*** [3]

**Notes and Sources:**
Disclosure dates and references obtained from the Consolidated Class Action Complaint dated July 3, 2017.
News articles on Qualcomm published by *Reuters Newswires* , *The Wall Street Journal* , *Dow Jones Newswires* , *Press Release Wires* , or *Major News and Business Sources* as downloaded from Factiva Dow Jones via a company search. These five sources are determined to be "Top Sources" by Factiva Dow Jones. News stories were obtained through a search for news stories categorized as relevant to the company "Qualcomm Incorporated" by Factiva Dow Jones on the day of, and for each statistically significant price reaction day immediately following, each disclosure date. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars...." All counts of terms have been adjusted to remove counts of terms that do not appear in the headline or main text of any article, or counts that correspond to metadata within the news articles. Further, each instance of a term has been classified into four categories denoted by Green, Red, Yellow, and Blue. " Green" indicates that the term relates to the particular allegation and either does not describe them or treats the news as negative. "Red" indicates that the term relates to the particular allegation and describes them as unimportant or of low value. " Yellow" indicates that the term relates to some allegation, but it is not clear as to whether it is bundling related or other allegations. " Blue" indicates that the term does not relate to the allegations and is used in some other context, or the news associated with the term is old and repeated. For individual term and color counts, see Exhibit 5a.

[1] News articles for the November 17, 2015 disclosure cover the period of November 17, 2015 to November 18, 2015. News articles for the December 8, 2015 disclosure cover the day of December 8, 2015. News articles for the January 17, 2017 disclosure cover the day of January 17, 2017. News articles for the January 20, 2017 disclosure cover the period of January 20, 2017 to January 23, 2017.

[2] The color categorization of all terms have been reviewed, resulting in the re-categorization of the color of certain term highlights. This includes changing the highlight for the terms with comments on pages 701, 1523, 1556, and 1559 of the Expert Report of David I. Tabak, Ph.D., dated September 12, 2023. For more information on previous color categorization of terms see Exhibit 17 attached to the Expert Report of David I. Tabak, Ph.D.

[3] This analysis includes terms suggested in the Expert Report of Jonah Berger, Ph.D., dated December 11, 2023, the Expert Report of Kenneth M. Lehn, dated December 11, 2023, and additional terms. When multiple terms form a phrase, the phrase is counted rather than the individual terms.

[4] "[A]fter the close of trading, Qualcomm issued a press release disclosing that it had recently received the KFTC Case Examiner's Report, which stated that Qualcomm suppressed market competition by excluding competitors." ¶212

[5] "[T]he European Commission announced that it had charged Qualcomm with illegal anti-competitive practices, including paying a major customer to use Qualcomm chips exclusively. … On the same day, the Taiwan FTC announced it was initiating an investigation into Qualcomm's licensing arrangements." ¶216

[6] "[D]uring market hours, media reports began to circulate that the FTC had commenced an antitrust enforcement action against Qualcomm for 'using unfair practices in the way it licenses its technology.'" ¶224

[7] "In the last hour of trading, on January 20, 2017, it was disclosed that Qualcomm's largest customer, Apple, filed a lawsuit against Qualcomm in the Northern District of California asserting that the Company used its monopoly position to see onerous, unreasonable, and costly terms for its technology licenses." ¶228

[8] Letters **"A"**, **"B"**, and **"C"** refer to total counts of Bundling Related Terms ("Category 1"), Other Related Terms ("Category 2"), and Unclear Terms ("Category 3") respectively. **"$A_{Green}$", "$A_{Red}$", "$B_{Green}$", "$B_{Red}$"**, and **"$C_{Yellow}$"** refer to counts of Category 1 terms highlighted in green, Category 1 terms highlighted in red, Category 2 terms highlighted in green, Category 2 terms highlighted in red, and Category 3 terms highlighted in yellow respectively. For more information on term, color, and total counts, see Exhibit 5a.

# Exhibit 6b
## Qualcomm Incorporated
## Content Analysis Disaggregation Percentages Summary Table
## Count of Select Terms in News Articles Published

*On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure*[1]

*Considering the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors*[2]*, and the Combination of Terms Used Together*[3]

*Excluding Press Releases*[4]

| | Number of Times Each Term is Mentioned in News Articles Released On and During Each Statistically Significant Day: | | | | |
|---|---|---|---|---|---|
| | November 17, 2015[5] | December 8, 2015[6] | January 17, 2017[7] | January 20, 2017[8] | All Disclosures |
| | (1) | (2) | (3) | (4) | (5) |
| **Disaggregation Percentages:** | | | | | |
| *Considering Green and Red Terms in Category 1 and Category 2* | | | | | |
| **D. Sum of all Relevant Terms ($D = A_{Green} + A_{Red} + B_{Green} + B_{Red}$)[9]** | 97 | 163 | 62 | 322 | 644 |
| **E. Percent of Category 1 Terms ($E = [A_{Green} + A_{Red}]/ D$)[9]** | 10.31 % | 41.10 % | 77.42 % | 72.67 % | 55.75 % |
| **F. Percent of Category 2 Terms ($F = [B_{Green} + B_{Red}]/ D$)[9]** | 89.69 | 58.90 | 22.58 | 27.33 | 44.25 |
| *Considering Green Terms in Category 1 and Category 2* | | | | | |
| **G. Sum of All Relevant Terms ($G = A_{Green} + B_{Green}$)[9]** | 81 | 163 | 53 | 308 | 605 |
| **H. Percentage of Category 1 Terms ($H = A_{Green} / G$)[9]** | 12.35 % | 41.10 % | 73.58 % | 71.43 % | 55.54 % |
| **I. Percentage of Category 2 Terms ($I = B_{Green} / G$)[9]** | 87.65 | 58.90 | 26.42 | 28.57 | 44.46 |
| *Considering Green and Red Terms in Category 1, Category 2, and Yellow Terms in Category 3* | | | | | |
| **J. Sum of All Relevant Terms ($J = A_{Green} + A_{Red} + B_{Green} + B_{Red} + C_{Yellow}$)[9]** | 106 | 170 | 94 | 358 | 728 |
| **K. Percentage of Category 1 Terms ($K = [A_{Green} + A_{Red}]/ J$)[9]** | 9.43 % | 39.41 % | 51.06 % | 65.36 % | 49.31 % |
| **L. Percentage of Category 2 Terms ($I = [B_{Green} + B_{Red}]/ J$)[9]** | 82.08 | 56.47 | 14.89 | 24.58 | 39.15 |
| **M. Percentage of Category 3 Terms ($M = C_{Yellow} / J$)[9]** | 8.49 | 4.12 | 34.04 | 10.06 | 11.54 |
| *Considering Green Terms in Category 1, Category 2, and Yellow Terms in Category 3* | | | | | |
| **N. Sum of All Relevant Terms ($N = A_{Green} + B_{Green} + C_{Yellow}$)[9]** | 90 | 170 | 85 | 344 | 689 |
| **O. Percentage of Category 1 Terms ($O = A_{Green} / N$)[9]** | 11.11 % | 39.41 % | 45.88 % | 63.95 % | 48.77 % |
| **P. Percentage of Category 2 Terms ($P = B_{Green} / N$)[9]** | 78.89 | 56.47 | 16.47 | 25.58 | 39.04 |
| **Q. Percentage of Category 3 Terms ($Q = C_{Yellow} / N$)[9]** | 10.00 | 4.12 | 37.65 | 10.47 | 12.19 |

PX333

**Exhibit 6b**
**Qualcomm Incorporated**
**Content Analysis Disaggregation Percentages Summary Table**
**Count of Select Terms in News Articles Published**
***On the Day of and for the Duration of Each Statistically Significant Price Reaction Day Following Each Disclosure [1]***
***Considering the Addition of Berger or Lehn Terms in Red, Other New Terms in Blue, Re-Categorization of Select Term Colors [2], and the Combination of Terms Used Together [3]***
***Excluding Press Releases [4]***

**Notes and Sources:**
Disclosure dates and references obtained from the Consolidated Class Action Complaint dated July 3, 2017.
News articles on Qualcomm published by *Reuters Newswires*, *The Wall Street Journal*, *Dow Jones Newswires*, *Press Release Wires*, or *Major News and Business Sources* as downloaded from Factiva Dow Jones via a company search. These five sources are determined to be "Top Sources" by Factiva Dow Jones. News stories were obtained through a search for news stories categorized as relevant to the company "Qualcomm Incorporated" by Factiva Dow Jones on the day of, and for each statistically significant price reaction day immediately following, each disclosure date. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars...." All counts of terms have been adjusted to remove counts of terms that do not appear in the headline or main text of any article, or counts that correspond to metadata within the news articles. Further, each instance of a term has been classified into four categories denoted by Green, Red, Yellow, and Blue. " Green" indicates that the term relates to the particular allegation and either does not describe them or treats the news as negative. "Red" indicates that the term relates to the particular allegation and describes them as unimportant or of low value. " Yellow" indicates that the term relates to some allegation, but it is not clear as to whether it is bundling related or other allegations. " Blue" indicates that the term does not relate to the allegations and is used in some other context, or the news associated with the term is old and repeated. For individual term and color counts, see Exhibit 5a.

[1] News articles for the November 17, 2015 disclosure cover the period of November 17, 2015 to November 18, 2015. News articles for the December 8, 2015 disclosure cover the day of December 8, 2015. News articles for the January 17, 2017 disclosure cover the day of January 17, 2017. News articles for the January 20, 2017 disclosure cover the period of January 20, 2017 to January 23, 2017.

[2] The color categorization of all terms have been reviewed, resulting in the re-categorization of the color of certain term highlights. This includes changing the highlight for the terms with comments on pages 701, 1523, 1556, and 1559 of the Expert Report of David I. Tabak, Ph.D., dated September 12, 2023. For more information on previous color categorization of terms see Exhibit 17 attached to the Expert Report of David I. Tabak, Ph.D.

[3] This analysis includes terms suggested in the Expert Report of Jonah Berger, Ph.D., dated December 11, 2023, the Expert Report of Kenneth M. Lehn, dated December 11, 2023, and additional terms. When multiple terms form a phrase, the phrase is counted rather than the individual terms.

[4] This analysis excludes Qualcomm press releases and news stories that merely reissue those press releases.

[5] "[A]fter the close of trading, Qualcomm issued a press release disclosing that it had recently received the KFTC Case Examiner's Report, which stated that Qualcomm suppressed market competition by excluding competitors." ¶212

[6] "[T]he European Commission announced that it had charged Qualcomm with illegal anti-competitive practices, including paying a major customer to use Qualcomm chips exclusively. … On the same day, the Taiwan FTC announced it was initiating an investigation into Qualcomm's licensing arrangements." ¶216

[7] "[D]uring market hours, media reports began to circulate that the FTC had commenced an antitrust enforcement action against Qualcomm for 'using unfair practices in the way it licenses its technology.'" ¶224

[8] "In the last hour of trading, on January 20, 2017, it was disclosed that Qualcomm's largest customer, Apple, filed a lawsuit against Qualcomm in the Nothern District of California asserting that the Company used its monopoly position to see onerous, unreasonable, and costly terms for its technology licenses." ¶228

[9] Letters **"A"**, **"B"**, and **"C"** refer to total counts of Bundling Related Terms ("Category 1"), Other Related Terms ("Category 2"), and Unclear Terms ("Category 3") respectively. **"$A_{Green}$"**, **"$A_{Red}$"**, **"$B_{Green}$"**, **"$B_{Red}$"**, and **"$C_{Yellow}$"** refer to counts of Category 1 terms highlighted in green, Category 1 terms highlighted in red, Category 2 terms highlighted in green, Category 2 terms highlighted in red, and Category 3 terms highlighted in yellow respectively. For more information on term, color, and total counts, see Exhibit 5b.

# Exhibit 7a
# Qualcomm Incorporated
# Calculation of Disaggregated Price Reactions for the Disclosures

| Disclosure Date | Adjusted Price Reaction[1] | Disaggregation Considering Green and Red Terms in Category 1 and Category 2[2] | Disaggregated Price Reaction Considering Green and Red Terms in Category 1 and Category 2 |
|---|---|---|---|
| (1) | (2) | (3) | (4)<br>(2) × (3) |
| 11/17/2015 | $ (5.61) | 11.21 % | $ (0.63) |
| 12/8/2015 | (2.92) | 41.57 | (1.21) |
| 1/17/2017 | (1.62) | 75.36 | (1.22) |
| 1/20/2017 | (10.07) | 72.67 | (7.32) |

**Notes and Sources:**

Daily closing price, dividends, and market capitalization data obtained from Bloomberg L.P. and intraday price data obtained from Tick Data, LLC, and excludes all records marked with an "Exclude Record Flag." News articles obtained from Factiva Dow Jones.

[1] Adjusted price reactions are the adjusted smallest price reactions. For more information, see Exhibits 12c and 13 of the Expert Report of David I Tabak Ph.D., dated December 11, 2023.

[2] Disaggregation based on words and word combinations that appeared to relate to both the bundling and licensing practices. For more information, see Exhibits 4a, 5a, and 6a.

# Exhibit 7b
# Qualcomm Incorporated
# Calculation of Disaggregated Price Reactions for the Disclosures
## *Excluding Press Releases* [1]

| Disclosure Date | Adjusted Price Reaction[2] | Disaggregation Considering Green and Red Terms in Category 1 and Category 2[3] | Disaggregated Price Reaction Considering Green and Red Terms in Category 1 and Category 2 |
|---|---|---|---|
| (1) | (2) | (3) | (4)<br>(2) × (3) |
| 11/17/2015 | $ (5.61) | 10.31 % | $ (0.58) |
| 12/8/2015 | (2.92) | 41.10 | (1.20) |
| 1/17/2017 | (1.62) | 77.42 | (1.25) |
| 1/20/2017 | (10.07) | 72.67 | (7.32) |

**Notes and Sources:**
Daily closing price, dividends, and market capitalization data obtained from Bloomberg L.P. and intraday price data obtained from Tick Data, LLC, and excludes all records marked with an "Exclude Record Flag." News articles obtained from Factiva Dow Jones.

[1] This analysis excludes Qualcomm press releases and news stories that merely reissue those press releases.

[2] Adjusted price reactions are the adjusted smallest price reactions. For more information, see Exhibits 12c and 13 of the Expert Report of David I Tabak Ph.D., dated December 11, 2023.

[3] Disaggregation based on words and word combinations that appeared to relate to both the bundling and licensing practices. For more information, see Exhibits 4b, 5b, and 6b.

# Exhibit 8a
# Qualcomm Incorporated
## Disaggregated Inflation Per Share Over the Class Period[1]

| Date Range<br>(1) | Inflation per Share Considering Green and Red Terms in Category 1 and Category 2[2]<br>(2) |
|---|---|
| February 1, 2012 - November 17, 2015 | $ 10.38 |
| November 18, 2015 - December 7, 2015 | 9.75 |
| December 8, 2015 - January 16, 2017 | 8.54 |
| January 17, 2017 - January 19, 2017 | 7.32 |

**Notes and Sources:**
Daily closing price, dividends, and market capitalization data obtained from Bloomberg L.P. and intraday price data obtained from Tick Data, LLC, and excludes all records marked with an "Exclude Record Flag." News articles obtained from Factiva Dow Jones.

[1] The Consolidated Class Action Complaint dated July 3, 2017 alleges a Class Period from February 1, 2012 to January 20, 2017. As the final disclosure occurred during market hours on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017.

[2] Inflation per share is calculated as the sum of the disaggregated price reactions for all disclosures yet to occur. Total inflation may not precisely equal the sum of the price reactions due to rounding. For more information, see Exhibit 7a.

# Exhibit 8b
## Qualcomm Incorporated
## Disaggregated Inflation Per Share Over the Class Period[1]
### *Excluding Press Releases [2]*

| Date Range | Inflation per Share Considering Green and Red Terms in Category 1 and Category 2[3] |
|---|---|
| (1) | (2) |
| February 1, 2012 - November 17, 2015 | $ 10.35 |
| November 18, 2015 - December 7, 2015 | 9.77 |
| December 8, 2015 - January 16, 2017 | 8.57 |
| January 17, 2017 - January 19, 2017 | 7.32 |

**Notes and Sources:**

Daily closing price, dividends, and market capitalization data obtained from Bloomberg L.P. and intraday price data obtained from Tick Data, LLC, and excludes all records marked with an "Exclude Record Flag." News articles obtained from Factiva Dow Jones.

[1] The Consolidated Class Action Complaint dated July 3, 2017 alleges a Class Period from February 1, 2012 to January 20, 2017. As the final disclosure occurred during market hours on January 20, 2017, this analysis assumes that the Class Period ends on January 19, 2017.

[2] This analysis excludes Qualcomm press releases and news stories that merely reissue those press releases.

[3] Inflation per share is calculated as the sum of the disaggregated price reactions for all disclosures yet to occur. Total inflation may not precisely equal the sum of the price reactions due to rounding. For more information, see Exhibit 7b.

**Qualcomm Incorporated**

**Appendix 1 – News Stories (New Terms List)**

**11.17.2015-11.18.2015**

DOW JONES

Unigroup to invest $47b for No 3 slot ....... 3

Chinese group to build chip empire ....... 5

Xilinx Most Likely Next Chip Target, Says Citi; Qualcomm Could Acquire ....... 7

Review: A Single Gadget to End Your Charging Headaches ....... 8

Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report ....... 11

MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog ....... 13

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....... 15

MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog ....... 17

MediaTek: Will China’s Tsinghua Buy A Stake? ....... 19

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....... 20

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....... 22

World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm ....... 24

Press Release: World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm ....... 27

Andreessen Horowitz Launches $200M Bio-Computer Fund, Hires Ex-Stanford Prof ....... 31

Qualcomm Refutes Korean Accusations; Bernstein Sees Investor ‘Angst’ ....... 32

Qualcomm's Licensing Formula Targeted -- Market Talk ....... 33

Qualcomm's Licensing Formula Targeted -- Market Talk ....... 34

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update ....... 37

Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report ....... 39

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....... 40

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update ....... 42

Qualcomm sinks to 52-week low after allegations of antitrust violations in Korea ....... 44

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update ....... 45

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update ....... 47

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations; Chip maker it plans to vigorously contest the allegations ....... 49

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....... 51

Qualcomm Discloses South Korea Antitrust Charges ....... 53

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....... 55

Qualcomm Discloses South Korea Antitrust Charges ....... 57

 © 2023 Factiva, Inc. All rights reserved.

Chip-Industry Merger Bash: Why This Party Isn't Over ........ 59

Qualcomm shares tumble on South Korean antitrust probe ........ 61

Qualcomm says South Korea recommends fine for alleged antitrust violations; Chip maker says findings ‘are not supported by the facts a... ........ 63

BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro, ........ 64

BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro, ........ 67

BUZZ-Qualcomm Inc: Korea regulator alleges competition law violation ........ 70

BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro, ........ 71

Handheld Launches Its First Ultra-Rugged Android Tablet -- the Best-in-Class ALGIZ RT7; Powered by a Qualcomm Snapdragon chipset for... ........ 73

*Qualcomm Discloses South Korea Antitrust Charges ........ 75

*World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm and ........ 76

Qualcomm Says Suggested Penalties Include Monetary Damages ........ 77

Qualcomm Vows to Vigorously Defend Itself in South Korea ........ 78

Qualcomm Discloses South Korea Antitrust Charges ........ 79

 © 2023 Factiva, Inc. All rights reserved.

CHINADAILY

**HD** **Unigroup to invest $47b for No 3 slot**

**BY** Gao Yuan

**WC** 399 words

**PD** 17 November 2015

**SN** China Daily

**SC** CHNDLY

**PG** 13

**LA** English

**CY** Copyright 2015 China Daily Information Company. All rights reserved.

**LP**

Tsinghua Unigroup Ltd plans to invest 300 billion yuan ($47 billion) over the next five years in a bid to become the world's third-biggest chipmaker, Zhao Weiguo, chairman of the Chinese technology conglomerate, said on Monday.

Zhao said the company, controlled by Beijing-based Tsinghua University, was in talks with a United States company involved in the chip industry. A deal could be reached as early as the end of this month, he said.

**TD**

However, buying a majority stake in the US firm was unlikely as it was too "sensitive" for the US government, Zhao said without disclosing any further details.

"If you can't be among the top three giants, it will be very hard to develop your business in the chip industry," Zhao told Reuters.

"The next five years are key... There is an enormous market out there."

Currently, Qualcomm Inc holds the No 3 position in the global chip rankings, behind Samsung Electronics Co Ltd and market leader Intel Corp, which has a market capitalization of $151.5 billion.

When China Daily reached out to Unigroup for the "top three" comment, a public relations officer tried to avoid direct comparison with Qualcomm, saying "a leading global chip vendor" would be more in line with the company's strategy.

The ambitious investment plan of Unigroup comes amid a campaign to boost local chip development and manufacturing industry led by the central government.

The Ministry of Industry and Information Technology said earlier the sector will be a key focus for technology development in the country's next five-year plan which kicks off next year.

In August, the company made an informal $23 billion takeover offer for US vendor Micron Technology Inc, but failed to reach a deal.

Gene Cao, a senior analyst at consultancy Forrester Research Inc, said Unigroup is trying hard to realize its long-time ambition in semiconductor industry as China looks for a strong local chip designer and manufacturer to shake off dependence on overseas giants.

China spent roughly 1.8 trillion yuan importing integrated circuits in 2014. The amount was higher than the country's expense on importing crude oil.

Unigroup's Zhao said he believes overseas acquisitions will speed up the growth of local chip-making industry.

Ma Si and Reuters contributed to this story.

gaoyuan@chinadaily.com.cn

**CO** intl : Intel Corporation | qcom : Qualcomm Incorporated | tsghuu : Tsinghua University | tsnghh : Tsinghua Holdings Company Limited

**IN** i34531 : Semiconductors | i8396 : Diversified Holding Companies | ibcs : Business/Consumer Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c11 : Plans/Strategy | ccat : Corporate/Industrial News

**RE** usa : United States | china : China | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**PUB** China Daily Information Company

**AN** Document CHNDLY0020151116ebbh0002v

Bangkok Post

SE topstories

HD **Chinese group to build chip empire**

BY Paul CarstenYimou Lee
WC 660 words
PD 17 November 2015
SN Bangkok Post
SC BKPOST
LA English
CY (c) 2015. The Post Publishing Public Company Limited. All Rights Reserved.

LP

Tsinghua Unigrouptargets No. 3 spot

BEIJING/HONG KONG: China's Tsinghua Unigroup Co Ltd plans to invest 300 billion yuan ($47 billion) over the next five years in a bid to become the world's third-biggest chipmaker.

TD

Zhao Weiguo, chairman of the state-backed technology conglomerate, also told Reuters in an interview in Beijing that the company controlled by Tsinghua University, which counts President Xi Jinping among its alumni, was in talks with a US-based company involved in the chip industry.

A deal could be finalised as early as the end of this month, he said.

Zhao declined to give more details but said buying a majority stake was unlikely as it was too "sensitive" for the US government.

"If you can't be the top-three giant, it will be very hard to develop your business in the chip industry," hesaid, citing reports that China imported more chips than crude oil every year. "The next five years is key... There is an enormous market out there."

Currently, Qualcomm Inc holds the No. 3 position in the global chip rankings, behind Samsung Electronics Co Ltd and market leader Intel Corp, which has a market capitalisation of $151.5 billion.

The sheer size of Tsinghua Unigroup's planned investments is almost equal to Intel's $50 billion chip revenue last year and could disrupt the NAND chip industry.

The top five chipmakers control more than 90% of the global NAND chip market after years of boom-and-bust squeezed out smaller players.

Tsinghua Unigroup's investment drive comes after a two-year deal-making campaign to bolster China's fledgling chip industry, seen as a strategic priority for the Chinese government.

Beijing is keen to end China's reliance on foreign semiconductors as it seeks to build a modern, digitised armed forces capable of matching other advanced militaries.

It has also attached strategic importance to the development of domestic semiconductor, server and networking equipment industries amid fears of foreign cyberspying.

Tsinghua Unigroup has spent more than $9.4 billion making acquisitions and investments at home and abroad over the past two years, including the purchase of stakes in US data storage company Western Digital Corp and Taiwan's Powertech Technology Inc.

In August, it made an informal $23 billion takeover offer for US giant Micron Technology Inc that was rejected out-of-hand by the Idaho-based chipmaker amid concerns a deal might endanger national security.

Tsinghua's failed bid to buy Micron suggests it is serious about expanding in NAND chips, used for storing music, pictures and other data on mobile devices.

The global chip market was worth $355 billion last year, according to research firm IHS Technology.

Tsinghua Unigroup, which had revenue last year of about 12.3 billion yuan, was also in talks about cooperating with a "world-class memory chip giant" to build a new chip factory in China, Zhao said, a move that could help his company acquire intellectual property needed to manufacture memory chips.

The 90-billion-yuan factory would help meet fast-growing demand of NAND memory chips.

"We don't have plans for DRAM at the moment," Zhao said, referring to dynamic random access memory chips that are used mostly in personal computers. "We need to take one step at a time."

The company isalso suspending plans to invest in Taiwanese tech firms due to regulatory hurdles, after agreeing to take a stake in Powertech Technology Inc and expressing interest in more cross-strait deals.

Industry analysts had expected Tsinghua Unigroup to make further investment in Taiwan, sparking fears on the island that its chip sector may fall prey to China's state-backed drive to become a world-class player.

"The regulations do not allow it, so what's the point of talking (to Taiwanese firms)?" Zhao said, adding that Tsinghua Unigroup was focused on investing in the United States.

**CO** qcom : Qualcomm Incorporated | tsghuu : Tsinghua University

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c11 : Plans/Strategy | ccat : Corporate/Industrial News

**RE** china : China | taiwan : Taiwan | usa : United States | beijin : Beijing | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**PUB** The Post Publishing Public Company Limited

**AN** Document BKPOST0020151117ebbh0002t

 © 2023 Factiva, Inc. All rights reserved.

**Xilinx Most Likely Next Chip Target, Says Citi; Qualcomm Could Acquire**

Barron's Blogs, 10:22, 17 November 2015, 444 words, (English)

Citigroup chip analyst Christopher Danely this morning reflects on M&A and concludes that he doesn't expect analog chip maker Maxim Integrated Products (MXIM) to get bought, and that "Xilinx (XLNX) is the only large-cap semiconductor ...

Document WCBBE00020151117ebbh0012x

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Personal Technology: Joanna Stern

**HD** **Review: A Single Gadget to End Your Charging Headaches**

**BY** By Joanna Stern

**WC** 1,293 words

**PD** 17 November 2015

**ET** 13:33

**SN** Dow Jones Top Energy Stories

**SC** DJTES

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Laptop + Smartphone + Tablet

Smartphone + Tablet + Smartwatch + More

**TD**

The Dream of Wireless Charging

Living next to my bed is a ghastly electronic creature. Think Audrey II from the "Little Shop of Horrors," but with roots firmly in power outlets and long charging cables that multiply and grow. I don't know if I should call an electrician—or an exterminator.

My monster is the progeny of our completely out-of-hand gadget-charging situation. My iPhone uses one charging cable. My laptop another! My smartwatch? You guessed it. I even have a separate charger... for my portable charger.

Not only do our gadgets not use the same cables, but, come on, these mega-companies can only spare wall adapters with one measly USB port?

Sure, wireless charging will liberate us eventually, but for now there's another option to ease the pain: a single charger to power up all your gear.

I went in search of the best multi-port USB wall chargers, testing 15 different options—even some that let you charge laptops as well as phones and tablets. But identifying which one best solves your charging nightmare comes down to listing which gadgets you own, and how many you need to juice up at the same time.

Last weekend, I took my laptop, smartphone and smartwatch on an overnight trip—and packed one pill-bottle-size charger. (I'll understand if you're jealous.) When I got to the hotel, the new Zolt needed just one outlet to charge everything at the same time. No need to commando-crawl under the bed to unplug the lamp or aging alarm clock.

Laptop charging is what makes the $100 Zolt my top choice. The 70-watt octagonal charger—which started shipping Tuesday—comes with eight charging tips compatible with most Windows PCs. One end of the included cord takes the adapter tip to plug into the laptop, while the other end has a USB to plug into the Zolt, which goes straight into the wall.

I charged up Acer, Lenovo and Asus laptop models without a hitch. When I plugged in Dell's Inspiron 13 7000, however, the laptop gave an incompatible-charger error. You can look for your laptop on this list, based on Zolt's compatibility testing. If for some reason your laptop doesn't work, you have 30 days to return it for a full refund.

The best part? Zolt charged up compatible laptops in the same time as the big, heavy, hideous chargers they came with.

Even crazier, if you buy Zolt's $20 MagSafe-to-USB cord, it can charge up most Apple laptops, including all MacBook Air models. That doesn't mean all Apple laptops will work: Due to higher wattage requirements, Zolt doesn't support larger MacBook Pro models. Also, USB Type-C isn't yet compatible, so the new 12-inch MacBook isn't supported either.

Apple warns against using third-party MagSafe cords, as they may not properly communicate with MacBook hardware and software. Zolt acknowledges that Apple doesn't license its MagSafe technology and says it hasn't worked with the company. However, the Zolt charger is certified by UL, a globally recognized, independent safety-testing organization.

I've replaced my 13-inch MacBook Air's standard charger with the Zolt for the past month and have encountered no problems.

The two bottom USB ports on the Zolt are for charging lower-power gadgets, like a phone, tablet, e-reader or smartwatch. In fact, it actually charged up my iPhone nearly an hour faster than Apple's 5-watt cube that comes with the iPhone. (See why that is in the text box below.)

My only complaints about the Zolt are that its 5-foot MagSafe cord is shorter than I'd like, and that it can wobble a bit if you're sitting too far away, because its prongs don't always firmly stick in the socket. It's also pretty pricey—$120 with the Mac cord.

An awesome alternative for MacBook users is Twelve South's $45 PlugBug . It's not as compact as the Zolt, but it adds a USB port to the MacBook charging brick.

If you're focused on phones, tablets, smartwatches and other lower-powered devices, there are far more options that cost far less.

Of the many I tried, I liked Anker's $26 PowerPort 4 best. The 40-watt charger has four USB ports, each capable of outputting 2.5 amps. That means it simultaneously charges up a smartphone, tablet, smartwatch and any other USB-powered gadget, sometimes faster than the charger you get with the device. (As with the Zolt, it was an hour faster to charge my iPhone 6s than Apple's measly 5-watt charger.)

The company's PowerIQ technology detects what type of device you're using and reallocates power to charge at a faster speed, without exceeding the device's native power supply. But be aware: If you have a newer Android phone with Qualcomm's Quick Charge technology, you'll get faster charge speeds with supported bricks. Anker plans to release multi-port Quick Charge options next month.

For Apple products, the PowerPort 4 was a godsend. Not only does it beat carrying around four 12-watt iPad chargers, it also costs only a bit more than just one of them. If you need to charge both an iPad and an iPhone, go with the $14 iClever Dual USB . It's the same size as one of Apple's 12W chargers, but has two USB ports.

Need more than four ports? Anker's $36 PowerPort 6 doesn't stick to a wall, but it's perfect for snaking up behind a desk or nightstand.

That all sounds great but it's almost 2016! Wireless charging has been promised for years, so why are we still carrying around all this wall spaghetti?

Wireless charging has made real strides in the past few years. Popular devices like Samsung's Galaxy S6 have the technology built in. However, serious shortcomings stand in the way of mass adoption.

First, the experience is often frustrating. I tested the PowerSquare Tango charging pad with a compatible case for my iPhone. I had to align the phone carefully to get it to work. And it caused my phone to get quite warm, which is bad for the battery's long-term health. It also took an hour and a half for the phone to go from 80% to 100%.

Starbucks has wireless charging in its newest tables. When I used one of the compatible charging rings (some locations loan them out to customers), my iPhone charged much faster. But that brings me to the second point.

 © 2023 Factiva, Inc. All rights reserved.

There have been a series of wireless charging standards competing for attention . While these companies now are working towards compatibility , there's still fragmentation. Starbucks has Powermat's PMA technology embedded in its table, for instance. The PowerSquare Tango uses the Qi standard. Samsung's Galaxy S6 is a rare example of a device that can charge wirelessly with either.

Until wireless charging just works, or gadget makers settle on a single connector for phones, tablets and laptops—USB Type-C is the likeliest choice—the monsters next to our beds won't go completely extinct. But a good multi-port USB charger is enough to keep them from rising up and taking any more of our sanity.

Write to Joanna Stern at

Corrections & Amplifications: The cost of Anker's PowerPort 4 is $26. In an earlier version of this article, a photo caption incorrectly stated it cost $36.

**CO** sansel : Samsung Electronics Co Ltd | acrser : Acer Incorporated | asust : Asustek Computer Incorporated | applc : Apple Inc. | qcom : Qualcomm Incorporated | sbcoff : Starbucks Corporation | mscgp : Acer Group

**IN** i3303 : Networking | icph : Computer Hardware | itech : Technology | icomp : Computing | i3302003 : Desktop Computers | i3302011 : Portable Computers | i34531 : Semiconductors | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | ielec : Consumer Electronics | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilea : Leisure/Arts/Hospitality | i3302 : Computers/Consumer Electronics

**NS** gcat : Political/General News | glife : Living/Lifestyle | nrvw : Reviews | gtour : Travel | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | gptech : Personal Technology | ncolu : Columns

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTES11020151117ebbh0008g

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

| | |
|---|---|
| **HD** | **Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report** |
| **WC** | 295 words |
| **PD** | 17 November 2015 |
| **ET** | 20:22 |
| **SN** | PR Newswire (U.S.) |
| **SC** | PRN |
| **LA** | English |
| **CY** | Copyright © 2015 PR Newswire Association LLC. All Rights Reserved. |

**LP**

SAN DIEGO, Nov. 17, 2015 /PRNewswire/ -- Qualcomm Incorporated today confirmed that it has recently received the Korea Fair Trade Commission's staff-generated Case Examiner's Report (ER), which commences a process that affords Qualcomm the ability to respond to allegations and defend itself. The ER alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law. The ER proposes remedies including modifications to certain business practices and monetary penalties.

**TD**

The allegations and conclusions contained in the ER are not supported by the facts and are a serious misapplication of law. Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive. Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device.

We intend to vigorously defend ourselves at the Commission hearings and remain hopeful that the Commission will reject the conclusions of the Examiner's Report. We expect the process to take some time. Until then, we intend to continue to invest in leading technologies that drive the industry forward and share those innovations through its licensing program.

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-confirms-receipt-of-korea-fair-trade-commissions-case-examiners-report-300180670.html

SOURCE Qualcomm Incorporated

| | |
|---|---|
| | Web site: http://www.qualcomm.com |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| c133 : Patents \| cgymtr : Intellectual Property Rights \| npress : Press Releases \| c334 : Licensing Agreements \| c33 : Contracts/Orders \| ccat : Corporate/Industrial News \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPC** | NND |
| **PUB** | PR Newswire Association, Inc. |
| **AN** | Document PRN0000020151118ebbi00008 |

DOW JONES NEWSWIRES

HD **MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog**

BY By Shuli Ren

WC 444 words

PD 17 November 2015

ET 21:02

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Taiwan's chip designer MediaTek (2454.Taiwan) is pushed by Qualcomm (QCOM) on the high-end and China's Spreadtrum on the low-end. Its profit margins can be expected to fall further.

Competitor Spreadtrum is playing the price game. According to Economic Daily, Spreadtrum's CEO has said that the company can tolerate below 35% gross profit margin because it has only 4000 employees, versus 15,000 and 32,000 at MediaTek and Qualcomm respectively. MediaTek's gross profit margin fell from 48.8% in 2014 to 44% this year and is expected to slide further to 40.8% in 2016, according to Goldman Sachs estimates.

TD

"We are cautious on Mediatek's margin outlook as Spreadtrum narrows the gap in 4G and Qualcomm launches its much improved Snapdragon 820. Without recovery in the gross profit margin trend, we do not expect re-rating of Mediatek shares," wrote analyst Donald Lu. Goldman this morning lowered its price target to 278 new Taiwan dollars. MediaTek fell 0.6% to NT$263.50.

Talking about re-rating and catalysts, there has been a lot of speculation lately that China's Tsinghua Unigroup may buy a stake in MediaTek, which could lift the latter's profit margins. Tsinghua owns MediaTek's direct competitor Spreadtrum.

According to Bernstein Research, if Tsinghua Unigroup invests in (or even collaborate with) MediaTek, the latter's gross margin could recover to 46% and its earnings per share in 2016 could rise by 25%. In that case, analyst Mark Li thinks MediaTek could be worth NT$310, or 18% upside. Even better, if MediaTek could lower its operating expenditure by 10%, this stock would be worth NT$356, or 32% upside from now.

One can see this market speculation is tempting. MediaTek's stock ramped up all the way to NT$302.50 on November 4 ahead of the meeting between China and Taiwan's presidents. People were hoping for corporate deals?

But this stock has deflated since. This is because many are skeptical this tie-up will happen. Taiwan is very protective of its semiconductor industry and does not even allow Chinese companies to invest in its companies. Plus, "Tsinghua Unigroup already acquired SPRD/RDA and has access to Intel's AP/Modem and 14nm node, it won't make sense to further invest in MediaTek," said Maybank's Warren Lau, who has a Sell rating with NT$205 price target.

More at Barron's Asia Stocks to Watch blog,
http://blogs.barrons.com/asiastocks/

(END) Dow Jones Newswires

November 17, 2015 21:02 ET (02:02 GMT)

**CO** trumcm : Spreadtrum Communications Inc. | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated | tsnghh : Tsinghua Holdings Company Limited

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology | iintcir : Integrated Circuits

**NS** c151 : Earnings | c181 : Acquisitions/Mergers/Shareholdings | nenac : Energy Asset Class News | neqac : Equities Asset Class News | c15 : Financial Performance | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** taiwan : Taiwan | china : China | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi000e5

DOW JONES NEWSWIRES

HD **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

BY By Don Clark

WC 395 words

PD 17 November 2015

ET 23:31

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

TD

A KFTC spokesman did not immediately respond to a request for comment.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the worldwide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 17, 2015 23:31 ET (04:31 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000al |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog**

**BY** By Shuli Ren

**WC** 444 words

**PD** 18 November 2015

**ET** 00:09

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Taiwan's chip designer MediaTek (2454.Taiwan) is pushed by Qualcomm (QCOM) on the high-end and China's Spreadtrum on the low-end. Its profit margins can be expected to fall further.

Competitor Spreadtrum is playing the price game. According to Economic Daily, Spreadtrum's CEO has said that the company can tolerate below 35% gross profit margin because it has only 4000 employees, versus 15,000 and 32,000 at MediaTek and Qualcomm respectively. MediaTek's gross profit margin fell from 48.8% in 2014 to 44% this year and is expected to slide further to 40.8% in 2016, according to Goldman Sachs estimates.

**TD**

"We are cautious on Mediatek's margin outlook as Spreadtrum narrows the gap in 4G and Qualcomm launches its much improved Snapdragon 820. Without recovery in the gross profit margin trend, we do not expect re-rating of Mediatek shares," wrote analyst Donald Lu. Goldman this morning lowered its price target to 278 new Taiwan dollars. MediaTek fell 0.6% to NT$263.50.

Talking about re-rating and catalysts, there has been a lot of speculation lately that China's Tsinghua Unigroup may buy a stake in MediaTek, which could lift the latter's profit margins. Tsinghua owns MediaTek's direct competitor Spreadtrum.

According to Bernstein Research, if Tsinghua Unigroup invests in (or even collaborate with) MediaTek, the latter's gross margin could recover to 46% and its earnings per share in 2016 could rise by 25%. In that case, analyst Mark Li thinks MediaTek could be worth NT$310, or 18% upside. Even better, if MediaTek could lower its operating expenditure by 10%, this stock would be worth NT$356, or 32% upside from now.

One can see this market speculation is tempting. MediaTek's stock ramped up all the way to NT$302.50 on November 4 ahead of the meeting between China and Taiwan's presidents. People were hoping for corporate deals?

But this stock has deflated since. This is because many are skeptical this tie-up will happen. Taiwan is very protective of its semiconductor industry and does not even allow Chinese companies to invest in its companies. Plus, "Tsinghua Unigroup already acquired SPRD/RDA and has access to Intel's AP/Modem and 14nm node, it won't make sense to further invest in MediaTek," said Maybank's Warren Lau, who has a Sell rating with NT$205 price target.

More at Barron's Asia Stocks to Watch blog,
http://blogs.barrons.com/asiastocks/

(END) Dow Jones Newswires

November 18, 2015 00:09 ET (05:09 GMT)



PX333

**CO** trumcm : Spreadtrum Communications Inc. | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated | tsnghh : Tsinghua Holdings Company Limited

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology | iintcir : Integrated Circuits

**NS** c151 : Earnings | c181 : Acquisitions/Mergers/Shareholdings | nenac : Energy Asset Class News | neqac : Equities Asset Class News | c15 : Financial Performance | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** taiwan : Taiwan | china : China | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi000fy

 © 2023 Factiva, Inc. All rights reserved.

**MediaTek: Will China's Tsinghua Buy A Stake?**
Barron's Blogs, 00:09, 18 November 2015, 418 words, (English)
Taiwan's chip designer MediaTek (2454.Taiwan) is pushed by Qualcomm (QCOM) on the high-end and China's Spreadtrum on the low-end. Its profit margins can be expected to fall further.
Document WCBBE00020151118ebbi0002t

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 399 words

**PD** 18 November 2015

**ET** 00:23

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A KFTC spokesman did not immediately respond to a request for comment.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the worldwide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Write to Don Clark at don.clark@wsj.com

Subscribe to WSJ: http://online.wsj.com?mod=djnwires

(END) Dow Jones Newswires

18-11-15 0523GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151118ebbi0005o |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 395 words

**PD** 17 November 2015

**ET** 23:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A KFTC spokesman did not immediately respond to a request for comment.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the worldwide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 17, 2015 23:16 ET (04:16 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| ntop : Top Wire News \| nttwn : Today's Top Wire News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000ad |

 © 2023 Factiva, Inc. All rights reserved.

THOMSON REUTERS

**HD** **World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm**

**WC** 1,033 words

**PD** 18 November 2015

**ET** 02:56

**SN** Nasdaq / Globenewswire

**SC** HUGNEN

**LA** English

**CY** © 2015, The NASDAQ OMX Group, Inc. All Rights Reserved.

**LP**

* LTE Carrier Aggregation (CA) of licensed and unlicensed bands on mobile network and devices enables smartphone users to maintain their LTE connection while getting a speed boost from unlicensed 5GHz spectrum

* Successful over-the-air testing between Ericsson RBS 6402 small cells and a Qualcomm® Snapdragon(TM) X12 LTE modem of LTE CA with unlicensed spectrum conducted on Vodafone's commercial network in the Netherlands

**TD**

* Network testing further validates fair co-existence of LTE in 5 GHz unlicensed band

Ericsson (NASDAQ:ERIC), with Vodafone and Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, today conducted world's first live testing of advanced LTE Carrier Aggregation (CA) of LTE in licensed and unlicensed bands on a commercial mobile network. The trial uses the Ericsson RBS 6402 indoor small cell, which supports LTE CA between licensed and unlicensed bands on Vodafone's commercial network, connected to a LTE unlicensed band capable test device developed by Qualcomm Technologies, Inc.

Matthias Sauder, chief network officer, Vodafone Netherlands: "Our intent in deploying small cells is always to deliver the best customer experience, and we see the potential for LTE aggregation with unlicensed bands on small cells as one way to make that customer experience even better. We are already using Ericsson's RBS 6402 indoor picocell in our own shops in the Netherlands, so it's great to see that it will also support advanced LTE CA capabilities with unlicensed spectrum on our network."

The Vodafone LTE trials with unlicensed spectrum are being conducted over Vodafone's network in the Netherlands. The latest over the air results were achieved by aggregating 20 MHz of Vodafone spectrum in Band 3 (1800 MHz) with 20 MHz of the unlicensed 5 GHz band U-NII-1 band. The testing validated LTE performance in the unlicensed band and fair co-existence with other technologies like Wi-Fi within the unlicensed 5 GHz band. The Ericsson RBS 6402 Indoor Picocell includes a 5GHz LTE enabled radio in addition to multiple LTE radio variants and optional 2.4 GHz Wi-Fi module - all in a sleek, compact package with a tablet-sized footprint. The user equipment utilized in this trial is a test device powered by the Qualcomm® Snapdragon(TM) X12 LTE modem. The Snapdragon X12 LTE modem is a product of Qualcomm Technologies.

Valter D'Avino, Head of Ericsson's Region Western and Central Europe, says: "Vodafone has taken a leadership position in small cells and our LTE trials on unlicensed spectrum with them, together with Qualcomm Technologies, really underscore their continued commitment to improving the performance of indoor networks to ensure better app coverage for their customers. The unlicensed 5 GHz band is a shared resource and, as we have seen, it can be aggregated with LTE bands to provide a speed boost for users to improve app coverage, when spectrum is available - of course, the user also maintains their connection to Vodafone's highly reliable LTE network, so they have a great connection no matter what."

"Users in Europe and the rest of the world demand better, faster and seamless connectivity," said Serge Willenegger, vice president, product management at Qualcomm Technologies, Inc. "The aggregation of licensed and unlicensed bands in 4G and future 5G networks is critical to achieve this goal, and we're pleased to collaborate with Ericsson and Vodafone to test the support of such capabilities in our Snapdragon processors and modems."

LTE CA with an unlicensed band enables operators to combine the reliability of LTE licensed spectrum with incremental downlink throughput improvements provided by the unlicensed band. The functionality includes mechanisms for sharing the unlicensed spectrum with other unlicensed 5 GHz users, like Wi-Fi. This allows operators to leverage unlicensed 5 GHz spectrum for improved peak rates and capacity. LTE CA with the 5GHz unlicensed band is a feature of Ericsson Networks Software 16A, available this year.

Photo: Ericsson RBS 6402 Indoor Picocell supports World's First LTE Carrier Aggregation with unlicensed band trial on Vodafone's commercial network

NOTES TO EDITORS

Ericsson and Qualcomm complete LTE-U over-the-air demonstration in China

Ericsson software unlocks indoor performance for the mobile era

For media kits, backgrounders and high-resolution photos, please visit www.ericsson.com/press

Ericsson is the driving force behind the Networked Society - a world leader in communications technology and services. Our long-term relationships with every major telecom operator in the world allow people, business and society to fulfill their potential and create a more sustainable future.

Our services, software and infrastructure - especially in mobility, broadband and the cloud - are enabling the telecom industry and other sectors to do better business, increase efficiency, improve the user experience and capture new opportunities.

With approximately 115,000 professionals and customers in 180 countries, we combine global scale with technology and services leadership. We support networks that connect more than 2.5 billion subscribers. Forty percent of the world's mobile traffic is carried over Ericsson networks. And our investments in research and development ensure that our solutions - and our customers - stay in front.

Founded in 1876, Ericsson has its headquarters in Stockholm, Sweden. Net sales in 2014 were SEK 228.0 billion (USD 33.1 billion). Ericsson is listed on NASDAQ OMX stock exchange in Stockholm and the NASDAQ in New York.

www.ericsson.com

www.ericsson.com/news

www.twitter.com/ericssonpress

www.facebook.com/ericsson

www.youtube.com/ericsson

FOR FURTHER INFORMATION, PLEASE CONTACT

Ericsson Corporate Communications

Phone: +46 10 719 69 92

E-mail: media.relations@ericsson.com

Ericsson Investor Relations

Phone: +46 10 719 00 00

E-mail: investor.relations@ericsson.com

Qualcomm and Snapdragon are trademarks of Qualcomm Incorporated, registered in the United States and other countries.

Ericsson_Vodafone_Qcomm_LTE CA_Announcement

This announcement is distributed by NASDAQ OMX Corporate Solutions on behalf of NASDAQ OMX Corporate Solutions clients.

The issuer of this announcement warrants that they are solely responsible for the content, accuracy and originality of the information contained therein.

Source: Ericsson via Globenewswire

HUG#1967587

**CT**

**CO** qcom : Qualcomm Incorporated | eric : Telefonaktiebolaget LM Ericsson | ratel : Vodafone Group PLC

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** neth : Netherlands | swed : Sweden | benluxz : Benelux Countries | eecz : European Union Countries | eurz : Europe | nordz : Nordic Countries | scandz : Scandinavia | weurz : Western Europe

**IPD** Technology

**PUB** NASDAQ OMX Corporate Solutions International Limited

**AN** Document HUGNEN0020151118ebbi000m9

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Press Release: World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm** |
| WC | 1,071 words |
| PD | 18 November 2015 |
| ET | 02:56 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| TD | |

-- LTE Carrier Aggregation (CA) of licensed and unlicensed bands on mobile network and devices enables smartphone users to maintain their LTE connection while getting a speed boost from unlicensed 5GHz spectrum

-- Successful over-the-air testing between Ericsson RBS 6402 small cells and

a
Qualcomm(R) Snapdragon(TM) X12 LTE modem of LTE CA with unlicensed spectrum conducted on Vodafone's commercial network in the Netherlands

-- Network testing further validates fair co-existence of LTE in 5 GHz unlicensed band

Ericsson (NASDAQ:ERIC), with Vodafone and Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, today conducted world's first live testing of advanced LTE Carrier Aggregation (CA) of LTE in licensed and unlicensed bands on a commercial mobile network. The trial uses the Ericsson RBS 6402 indoor small cell, which supports LTE CA between licensed and unlicensed bands on Vodafone's commercial network, connected to a LTE unlicensed band capable test device developed by Qualcomm Technologies, Inc.

Matthias Sauder, chief network officer, Vodafone Netherlands: "Our intent in deploying small cells is always to deliver the best customer experience, and we see the potential for LTE aggregation with unlicensed bands on small cells as one way to make that customer experience even better. We are already using Ericsson's RBS 6402 indoor picocell in our own shops in the Netherlands, so it's great to see that it will also support advanced LTE CA capabilities with unlicensed spectrum on our network."

The Vodafone LTE trials with unlicensed spectrum are being conducted over Vodafone's network in the Netherlands. The latest over the air results were achieved by aggregating 20 MHz of Vodafone spectrum in Band 3 (1800 MHz) with 20 MHz of the unlicensed 5 GHz band U-NII-1 band. The testing validated LTE performance in the unlicensed band and fair co-existence with other technologies like Wi-Fi within the unlicensed 5 GHz band. The Ericsson RBS 6402 Indoor Picocell includes a 5GHz LTE



PX333

Page 6833

enabled radio in addition to multiple LTE radio variants and optional 2.4 GHz Wi-Fi module - all in a sleek, compact package with a tablet-sized footprint. The user equipment utilized in this trial is a test device powered by the Qualcomm(R) Snapdragon(TM) X12 LTE modem. The Snapdragon X12 LTE modem is a product of Qualcomm Technologies.

Valter D'Avino, Head of Ericsson's Region Western and Central Europe, says: "Vodafone has taken a leadership position in small cells and our LTE trials on unlicensed spectrum with them, together with Qualcomm Technologies, really underscore their continued commitment to improving the performance of indoor networks to ensure better app coverage for their customers. The unlicensed 5 GHz band is a shared resource and, as we have seen, it can be aggregated with LTE bands to provide a speed boost for users to improve app coverage, when spectrum is available - of course, the user also maintains their connection to Vodafone's highly reliable LTE network, so they have a great connection no matter what."

"Users in Europe and the rest of the world demand better, faster and seamless connectivity," said Serge Willenegger, vice president, product management at Qualcomm Technologies, Inc. "The aggregation of licensed and unlicensed bands in 4G and future 5G networks is critical to achieve this goal, and we're pleased to collaborate with Ericsson and Vodafone to test the support of such capabilities in our Snapdragon processors and modems."

LTE CA with an unlicensed band enables operators to combine the reliability of LTE licensed spectrum with incremental downlink throughput improvements provided by the unlicensed band. The functionality includes mechanisms for sharing the unlicensed spectrum with other unlicensed 5 GHz users, like Wi-Fi. This allows operators to leverage unlicensed 5 GHz spectrum for improved peak rates and capacity. LTE CA with the 5GHz unlicensed band is a feature of Ericsson Networks Software 16A, available this year.

Photo: Ericsson RBS 6402 Indoor Picocell supports World's First LTE Carrier Aggregation with unlicensed band trial on Vodafone's commercial network

NOTES TO EDITORS

Ericsson and Qualcomm complete LTE-U over-the-air demonstration in China
http://www.ericsson.com/news/1954158?query=china+lte-uEricsson software unlocks indoor performance for the mobile era
http://www.ericsson.com/news/1948888

For media kits, backgrounders and high-resolution photos, please visit www.ericsson.com/pressEricsson is the driving force behind the Networked Society - a world
leader in communications technology and services. Our long-term relationships with every major telecom operator in the world allow people, business and society to fulfill their potential and create a more sustainable future.

Our services, software and infrastructure - especially in mobility, broadband and the cloud - are enabling the telecom industry and other sectors to do better business, increase efficiency, improve the user experience and capture new opportunities.

With approximately 115,000 professionals and customers in 180 countries,

we combine global scale with technology and services leadership. We support networks that connect more than 2.5 billion subscribers. Forty percent of the world's mobile traffic is carried over Ericsson networks. And our investments in research and development ensure that our solutions - and our customers - stay in front.

Founded in 1876, Ericsson has its headquarters in Stockholm, Sweden. Net sales in 2014 were SEK 228.0 billion (USD 33.1 billion). Ericsson is listed on NASDAQ OMX stock exchange in Stockholm and the NASDAQ in New York.

www.ericsson.comwww.ericsson.com/newswww.twitter.com/ericssonpress
www.facebook.com/ericssonwww.youtube.com/ericsson

FOR FURTHER INFORMATION, PLEASE CONTACT

Ericsson Corporate Communications

Phone: +46 10 719 69 92

E-mail: media.relations@ericsson.com

Ericsson Investor Relations

Phone: +46 10 719 00 00

E-mail: investor.relations@ericsson.com

Qualcomm and Snapdragon are trademarks of Qualcomm Incorporated, registered in the United States and other countries.

Ericsson_Vodafone_Qcomm_LTE CA_Announcement:
http://hugin.info/1061/R/1967587/718871.pdf

This announcement is distributed by NASDAQ OMX Corporate Solutions on behalf of NASDAQ OMX Corporate Solutions clients.

The issuer of this announcement warrants that they are solely responsible for the content, accuracy and originality of the information contained therein.

Source: Ericsson via Globenewswire

HUG#1967587

http://www.ericsson.com
(END) Dow Jones Newswires

November 18, 2015 02:56 ET (07:56 GMT)

**CO** eric : Telefonaktiebolaget LM Ericsson | qcom : Qualcomm Incorporated | ratel : Vodafone Group PLC

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | npress : Press Releases | ncat : Content Types | nfact : Factiva Filters

**RE** swed : Sweden | eurz : Europe | eecz : European Union Countries | nordz : Nordic Countries | scandz : Scandinavia

 © 2023 Factiva, Inc. All rights reserved.

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi000ry

 © 2023 Factiva, Inc. All rights reserved.

**Andreessen Horowitz Launches $200M Bio-Computer Fund, Hires Ex-Stanford Prof**

WSJ Blogs, 09:46, 18 November 2015, 528 words, (English)

Andreessen Horowitz raised a $200 million fund to invest in startups that combine life science and computer science and has hired a new general partner, former Stanford University professor Vijay Pande, to run it.

Document WCWSJB0020151118ebbi0028m

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Refutes Korean Accusations; Bernstein Sees Investor 'Angst'**

Barron's Blogs, 10:11, 18 November 2015, 460 words, (English)

Shares of wireless chip giant Qualcomm (QCOM) are down $3.40, or 6%, at $49.58, after the company late yesterday said South Korea's Fair Trade Commission recently sent it an "examiner's report" that alleges that the company doesn't properly ...

Document WCBBE00020151118ebbi0015p

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm's Licensing Formula Targeted -- Market Talk**

**WC** 125 words

**PD** 18 November 2015

**ET** 11:38

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

11:37 ET - Qualcomm (QCOM) is no stranger to antitrust cases, but investors are spooked by the attack in South Korea on a pillar of the chip maker's business: charging cellphone makers patent royalties based on a percentage of handset prices. The company was quick to note the allegations are just recommendations of staff at the Korea Fair Trade Commission, which may reject them. Still, Bernstein notes the possibility of ending QCOM's handset-based royalties is one of "the doomsday scenarios for the business." Shares skid 8% to $48.73, hitting a fresh 4-year low. (don.clark@wsj.com; @donal888)

(END) Dow Jones Newswires

**TD**

November 18, 2015 11:38 ET (16:38 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c1521 : Analysts' Comments/Recommendations | c334 : Licensing Agreements | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | c33 : Contracts/Orders | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002d4

DOW JONES NEWSWIRES

**HD** **Qualcomm's Licensing Formula Targeted -- Market Talk**

**WC** 1,244 words

**PD** 18 November 2015

**ET** 11:38

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

11:37 ET - Qualcomm (QCOM) is no stranger to antitrust cases, but investors are spooked by the attack in South Korea on a pillar of the chip maker's business: charging cellphone makers patent royalties based on a percentage of handset prices. The company was quick to note the allegations are just recommendations of staff at the Korea Fair Trade Commission, which may reject them. Still, Bernstein notes the possibility of ending QCOM's handset-based royalties is one of "the doomsday scenarios for the business." Shares skid 8% to $48.73, hitting a fresh 4-year low. (don.clark@wsj.com; @donal888)

**TD**

11:33 ET - ConAgra (CAG) CEO Sean Connolly tells WSJ that by splitting up, the consumer side will work on adding more "clean label, natural and organic foods--as well as premium and gourmet. That's where we've got some real opportunities." That can be done by refreshing older brands like Healthy Choice as well as "opportunistically turn[ing] to the outside." CAG rises 4.1% to $40.97, erasing the rest of the month's stock pullback. (annie.gasparro@wsj.com)

11:33 ET - Banks and financial-service companies lead the way in equality in the workplace for lesbian, gay, bisexual and transgender employees, according to a report from the Human Rights Campaign Foundation. Of the 407 companies worldwide that earned perfect scores under the foundation's rating system, 50 were from the banking and financial sector, including JPMorgan Chase, Bank of America, Citigroup, Wells Fargo, Goldman Sachs and Morgan Stanley. The ratings are based on whether companies have LGBT non-discrimination policies and offer employment benefits for domestic partners, among other factors. (michael.rapoport@wsj.com; @rapoportwsj)

11:16 ET - Law-enforcement authorities are turning to a computer program to overcome a common hurdle in crime labs--making sense of DNA that gets mixed up at crime scenes. But secrecy around the software is stoking a national legal debate. Defense attorneys have tried but failed to get access to the source code of the program, called TrueAllele. They say they can't determine whether the software is erroneously linking their clients to crimes if they are unable to review the instructions the program gives the computer. The dispute could foreshadow other struggles with developers, as computational statistics and other technologies seep into the criminal-justice system. (joe.palazzolo@wsj.com)

11:15 ET - Southeastern businesses expect to see their unit costs rise 1.8% on average in the next 12 months, according to the Atlanta Fed's November business-inflation expectations survey. The 221 firms surveyed -- many of them companies with national or international operations and sales -- reported that 59% of them saw sales levels at or above normal, up from 55% of those surveyed in October. The survey was conducted from Nov. 9-13. Overall producer prices fell 1.6% in October from a year earlier, the goverment recently reported. (cameron.mcwhirter@wsj.com)

11:12 ET - US refinery activity keep churning higher as most plants come off seasonal maintenance schedules, and as demand for product remains strong amid low prices. The EIA says today refinery capacity utilization rose 0.8 percentage points, giving it a 90.3% run-rate. Strong domestic demand, as well as a booming export market for refined US fuel -- which as opposed to crude oil is permitted by the US government -- is keeping plants active. (dan.molinski@wsj.com)

11:12 ET - Valeant (VRX) is putting in place a "retention plan" which involves offering key staff a combination of cash and stock as the company faces questions about its now-severed relationship with specialty pharmacy Philidor. IR chief Laurie Little says during a conference appearance in London that the program started "below executive level" and was initially targeted at 70 people. But it might be broadened in coming weeks "to keep key personnel." Shares have slumped 70% the past 3 months, no doubt hitting worker sentiment some. (denise.roland@wsj.com; @deniseroland)

11:06 ET - With FARO trading at the decade's low on a forward enterprise value/sales basis, Canaccord puts the 3D-measurement firm back at buy after 7 months on the sidelines. Downgrading it amid a downbeat 1Q report, shares were nearly halved after their initial April slump before bottoming out following this month's 3Q report--which included an announcement that CEO Jay Freeland will step down. But after worries in the spring about demand, the investment bank thinks sales will pick up this quarter as end-of-year spending occurs. Canaccord also anticipates better underlying demand in 2016, helped in part by new offerings. FARO rises 8.4% to $30.19, cutting the month's slide to 11% and putting the week's rebound at 15%. (kevin.kingsbury@wsj.com; @kevinkingsbury)

11:04 ET - Barclays (BCS) has agreed to pay $150M to resolve an investigation by New York's banking regulator into a trading practice which allowed the bank to exploit a milliseconds-long lag between an order and its execution to clients' detriment. The penalty is the latest to stem from BCS' foreign-exchange trading, a line of business that--with today's settlement--has cost the British bank more than $2.5B in penalties. (christopher.matthews@wsj.com)

11:03 ET - Perrigo (PRGO), now that it's escaped the entreaties of rival Mylan (MYL), must reckon with living up to some lofty sales growth targets. The drug company's consumer business, in particular, could struggle to reach the goal of 5%-10% topline growth, JPMorgan says, with statins looking unlikely to go over the counter. Perrigo's leading position in the private-label OTC market is a plus, along with its European expansion through the Omega deal completed earlier this year, but JPMorgan expects Perrigo will see sales growth in the mid single digits--the lower end of its topline guidance range--unless it turns to dealmaking of its own. JPMorgan rates Perrigo neutral. (jonathan.rockoff@wsj.com; @jonathanrockoff)

11:00 ET - Caterpillar (CAT) is eager to reassure shareholders it won't get burned on equipment leased to customers in China even as the economy cools there. CAT Financial Services President Kent Adams said during a conference call yesterday that the company keeps tabs on the position of machinery electronically through its Product Link system. "If a customer falls behind, we have the ability to derate the engine or turn the engine off, and we've set up a legal presence in all of the provinces of China." He added CAT also has conservative payment terms in China "because it's still a developing market from a rule-of-law standpoint." (bob.hagerty@wsj.com)

1549 GMT - The future of big sugar industry projects in Australia hinges on the fate of the broader resources sector, says Lindsay Jolly, an International Sugar Organization economist, at an ISO event in London. There are "real questions" over whether the Ord River, Pentland and Etheridge projects -- which would add big mills and energy generation facilities -- will happen, he says. As well as a higher global sugar price, the projects are reliant on new infrastructure that will only be built if more mines get the go-ahead, he says. (ed.ballard@wsj.com)

(END) Dow Jones Newswires

November 18, 2015 11:38 ET (16:38 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | cwrkpa : Workers Pay | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002ia

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update**

BY By Don Clark

WC 406 words

PD 18 November 2015

ET 05:52

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

TD

A spokesman for KFTC said they can't comment on ongoing investigations.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 05:52 ET (10:52 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi0014d |

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

**HD** **Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report**

**WC** 295 words

**PD** 18 November 2015

**SN** M2 Presswire

**SC** MTPW

**LA** English

**CY** © 2015, M2 Communications. All rights reserved.

**LP**

SAN DIEGO — Qualcomm Incorporated today confirmed that it has recently received the Korea Fair Trade Commission's staff-generated Case Examiner's Report (ER), which commences a process that affords Qualcomm the ability to respond to allegations and defend itself. The ER alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law. The ER proposes remedies including modifications to certain business practices and monetary penalties.

**TD**

The allegations and conclusions contained in the ER are not supported by the facts and are a serious misapplication of law. Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive. Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device.

We intend to vigorously defend ourselves at the Commission hearings and remain hopeful that the Commission will reject the conclusions of the Examiner's Report. We expect the process to take some time. Until then, we intend to continue to invest in leading technologies that drive the industry forward and share those innovations through its licensing program.

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | c133 : Patents | cgymtr : Intellectual Property Rights | npress : Press Releases | c334 : Licensing Agreements | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Normans Media Ltd

**AN** Document MTPW000020151118ebbi009nb

**NEWSWIRES**
**DOW JONES**

**CLM** Top Stories

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 604 words

**PD** 18 November 2015

**ET** 03:42

**SN** Dow Jones Top News & Commentary

**SC** DJCOMM

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i34411 : Mobile Communications Equipment | i3441 : Telecommunications Technology/Equipment

**NS** c34 : Anti-Competition Issues | ncolu : Columns | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | ribcol : IB Collection | ribtst : IB - Top Stories | redit : Selection of Top Stories/Trends/Analysis | c133 : Patents | cgymtr : Intellectual Property Rights | c12 : Corporate Crime/Legal Action | cinprp : Industrial Property Rights | nfcpex : C&E Executive News Filter | cwrkpa : Workers Pay | c42 : Labor/Personnel

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJCOMM1120151118ebbi006sr

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update**

**BY** By Don Clark

**WC** 617 words

**PD** 18 November 2015

**ET** 13:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 13:00 ET (18:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c33 : Contracts/Orders | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002ol

DOW JONES NEWSWIRES

**HD** **Qualcomm sinks to 52-week low after allegations of antitrust violations in Korea**

**WC** 160 words

**PD** 18 November 2015

**ET** 13:10

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Shares of Qualcomm Inc. (QCOM) sank to their 52-week low Wednesday after the chip maker announced that it faces patent-related antitrust allegations in South Korea. "The Examiner's Report alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law," said Qualcomm in a statement posted on its website. The company said it plans to vigorously defend itself against the claims detailed in the report. Qualcomm sank 9.1% to its 52-week low of $48.18 to top the worst decliners in the S&P 500. The stock is down 35% year to date.

-Sue Chang; 415-439-6400; AskNewswires@dowjones.com

**TD**

(END) Dow Jones Newswires

18-11-15 1810GMT

**CO** qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | neqac : Equities Asset Class News | c11 : Plans/Strategy | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c33 : Contracts/Orders | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020151118ebbi000jd

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update**

**BY** By Don Clark

**WC** 406 words

**PD** 18 November 2015

**ET** 06:07

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A spokesman for KFTC said they can't comment on ongoing investigations.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 06:07 ET (11:07 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi00124 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update**

**BY** By Don Clark

**WC** 617 words

**PD** 18 November 2015

**ET** 13:15

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 13:15 ET (18:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | nenac : Energy Asset Class News | neqac : Equities Asset Class News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002rs

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

SE Tech

HD **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations; Chip maker it plans to vigorously contest the allegations**

BY By Don Clark

WC 612 words

PD 18 November 2015

ET 13:00

SN The Wall Street Journal Online

SC WSJO

LA English

CY Copyright 2015 Dow Jones & Company, Inc. All Rights Reserved.

LP

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

TD

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing “is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings “are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a “doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i3441 : Telecommunications Technology/Equipment | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | gcrim : Crime/Courts | c11 : Plans/Strategy | c12 : Corporate Crime/Legal Action | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | asiaz : Asia | apacz : Asia Pacific | easiaz : Eastern Asia

**IPD** Technology

**PUB** Dow Jones & Company, Inc.

**AN** Document WSJO000020151118ebbi001xh

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 598 words

**PD** 18 November 2015

**ET** 11:13

**SN** Dow Jones Top North American Equities Stories

**SC** DJTNAE

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at

**CO** qcom : Qualcomm Incorporated

**IN** i3303 : Networking | iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics | icomp : Computing | i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i3441 : Telecommunications Technology/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | ncolu : Columns | c42 : Labor/Personnel

**RE** asiaz : Asia | russ : Russia | skorea : South Korea | apacz : Asia Pacific | bric : BRICS Countries | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | eurz : Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTNAE1120151118ebbi0007f

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **Qualcomm Discloses South Korea Antitrust Charges**

**WC** 608 words

**PD** 18 November 2015

**ET** 11:20

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 11:20 ET (16:20 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002cm

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 598 words

**PD** 18 November 2015

**ET** 11:13

**SN** Dow Jones Top Global Market Stories

**SC** DJTGMS

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at

**CO** qcom : Qualcomm Incorporated

**IN** i3303 : Networking | iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics | icomp : Computing | i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i3441 : Telecommunications Technology/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | ncolu : Columns | c42 : Labor/Personnel

**RE** asiaz : Asia | russ : Russia | skorea : South Korea | apacz : Asia Pacific | bric : BRICS Countries | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | eurz : Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTGMS1120151118ebbi000bk

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **Qualcomm Discloses South Korea Antitrust Charges**

**WC** 608 words
**PD** 18 November 2015
**ET** 11:35
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 11:35 ET (16:35 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002d1

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Heard on the Street

**HD** **Chip-Industry Merger Bash: Why This Party Isn't Over**

**BY** By Dan Gallagher
**WC** 531 words
**PD** 18 November 2015
**ET** 14:13
**SN** Dow Jones Top Energy Stories
**SC** DJTES
**LA** English
**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

All good parties eventually come to an end. But for the one raging in the semiconductor arena, last call still seems a way off.

Investors could be forgiven for thinking otherwise. ON Semiconductor's $2.4 billion deal to acquire Fairchild Semiconductor, announced Wednesday , is just the latest entrant to the chip industry's merger party .

**TD**

And it has been quite the bash: there have been deals worth more than $120 billion across the sector so far this year, according to Dealogic.

That is far and away the all-time record.

What may give pause to investors hoping the festivities continue: the actual number of deals is low, the fewest since 2005. This means deal size is quite high. In fact, this year has seen 14 deals above $1 billion in value so far, including Avago's record-busting pickup of Broadcom for $37 billion. Average deal size this year is more than three times last year's average, according to Dealogic.

That would suggest the merger wave could be peaking. One reason: Many of the industry's biggest players are now busy absorbing their latest acquisitions.

But there may be at least a few more to come . Reports over the past month have indicated both Texas Instruments and Analog Devices are eyeing Maxim Integrated, which sports a market value of about $11.2 billion.

Qualcomm, with about $20 billion in net cash and a pressing need to diversify from its dependence on modem chips for smartphones, just hired a former stock analyst to run M&A for the company. In a report this week, Christopher Danley of Citigroup named Xilinx as an attractive target to a buyer like Qualcomm. Xilinx has a market value of just over $12 billion.

And another deep-pocketed buyer is itching to get into the deals party. The chairman of Tsinghua Unigroup, a state-owned entity based in China, told Reuters earlier this week that the company plans to spend the equivalent of $47 billion over the next five years to build up its chip business. The group reportedly made a bid for Micron earlier this year in the $23 billion range, but that price appears to have been insufficient to lure the memory chip maker to the table.

Cheap debt is also feeding the party. ON Semiconductor already had a net debt position of about $850 million, and plans to issue $2.4 billion of new debt to fund its merger. Avago and Intel are also funding a significant portion of their acquisitions with debt.

True, the U.S. Federal Reserve looks likely to raise interest rates in December. Even then, though, rates will be at very low levels and the Fed isn't likely to set upon a swift rate-increase path.

And valuations aren't insane—yet. The PHLX Semiconductor Index is still down about 4% for the year, and currently trades at a forward price/earnings multiple that is around its five-year average.

For now, the chip industry's merger punch bowl is still looking half full.

Write to Dan Gallagher at

**CO** adev : Analog Devices Inc | avagt : Avago Technologies Inc | bcomnj : Broadcom Corporation | fairsm : Fairchild Semiconductor International Inc | intl : Intel Corporation | mict : Micron Technology Inc | mxprod : Maxim Integrated Products Inc | scghld : ON Semiconductor Corp | qcom : Qualcomm Incorporated | txsil : Texas Instruments Inc | xiln : Xilinx Inc

**IN** icph : Computer Hardware | iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics | icomp : Computing | iintcir : Integrated Circuits | i342 : Electrical Components/Equipment

**NS** cactio : Corporate Actions | c181 : Acquisitions/Mergers/Shareholdings | c18 : Ownership Changes | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | cmerg : Mergers | ncolu : Columns | nhrd : Heard on the Street | npda : DJ Exclusive Analysis - All | npred : Economic Predictions/Forecasts | cacqu : Acquisitions/Mergers

**RE** namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTES11020151118ebbi0007x

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **Qualcomm shares tumble on South Korean antitrust probe**

**BY** Richard Waters in San Francisco

**WC** 481 words

**PD** 18 November 2015

**ET** 16:54

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2015 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Qualcomm's shares tumbled nearly 10 per cent on Wednesday, hitting a four-year low, after it revealed that antitrust authorities in South Korea had become the first to challenge a core aspect of its technology licensing practices.

The regulatory setback was the second blow this month to the US mobile chip company's high-margin licensing business. It had already revealed problems in negotiating new licensing deals with some handset makers in China, following the settlement earlier this year of an antitrust case there. Together, the two have wiped $20bn from its stock market value, adding to pressure on the company at a time when activist investor Jana Partners has already called on it to consider a break-up.

**TD**

A staff-level report from the Korea Fair Trade Commission has concluded that a number of Qualcomm's practices violate the country's competition law, the company said late on Tuesday. These include its insistence on calculating its licence fee on the overall cost of a mobile device, rather than just the chips using its technology.

"Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device," the company said in a statement.

Untying chip licensing fees from the overall cost of a handset could make it harder for Qualcomm to justify its royalty rates and open the door to other regulators to mount similar challenges, said one antitrust lawyer familiar with the case.

Qualcomm claimed the allegations and conclusions in the staff report were "not supported by the facts and are a serious misapplication of law". It said it would contest the conclusions, which had yet to be confirmed by the commission.

"Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive," it said.

The antitrust challenge in Korea, like the earlier one in China, appeared to be provoked partly by concerns about the impact of Qualcomm's licensing on local tech companies, said Patrick Moorhead, a US chip industry analyst. "This could very well be driven by Samsung," he said, given that the Korean company is one of Qualcomm's biggest competitors.

Qualcomm's share of the intellectual property in 4G mobile communications is lower than in previous generations. However, phones are still shipped with earlier versions of the technology to make them compatible with older networks, leaving the company with considerable influence over mobile

communications licensing. “What this is about is, people don’t like that Qualcomm has such a big share of the [IP] stack,” Mr Moorhead said.

The company is also facing antitrust investigations in the US and Europe.

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | c1522 : Share Price Movement/Disruptions | c15 : Financial Performance | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020151118ebbi008y9

 © 2023 Factiva, Inc. All rights reserved.

MarketWatch

CLM The Wall Street Journal

SE News & Commentary

HD **Qualcomm says South Korea recommends fine for alleged antitrust violations; Chip maker says findings ‘are not supported by the facts and are a serious misapplication of law’**

BY Don Clark

WC 231 words

PD 18 November 2015

ET 13:41

SN MarketWatch

SC MRKWC

LA English

CY Copyright 2015 MarketWatch, Inc. All Rights Reserved.

LP

Chip maker says findings ‘are not supported by the facts and are a serious misapplication of law’

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker’s lucrative patent-licensing business.

TD

The company (QCOM, US) said the staff of the country’s antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner’s report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn’t properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing “is the world-wide industry norm.” It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

An expanded version of this report appears at WSJ.com.

CO qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c34 : Anti-Competition Issues | ncolu : Columns | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

RE skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

IPD News & Commentary

PUB Dow Jones & Company, Inc.

AN Document MRKWC00020151118ebbi00335

REUTERS

HD **BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,**

WC 1,043 words

PD 18 November 2015

ET 13:03

SN Reuters News

SC LBA

LA English

CY Copyright 2015 Thomson Reuters. All Rights Reserved.

LP

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s ) Wall Street was higher on Wednesday, boosted by Apple and healthcare stocks, as investors treaded water ahead of minutes from the Federal Reserve's October meeting that could help clarify the central bank's position on a December rate hike. The Dow Jones industrial average was up 0.75 percent at 17,621.21, and the S&P 500 was up 0.75 percent at 2,065.79.

** APPLE INC, $116.5038, +2.48 pct

TD

Goldman Sachs added Apple to its list of top picks in the Americas, saying that the iPhone maker's shares have the potential to rise as much as 43 pct from current levels.

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, $19.39, +8.45 pct

** ON SEMICONDUCTOR CORP, $9.905, -7.77 pct

ON Semiconductor said it would buy the chipmaker in a $2.4 billion deal, the latest in a rapidly consolidating semiconductor industry.

** LOWE'S COS INC, $72.73, -0.16 pct

The No.2 U.S. home improvement chain reported better-than-expected quarterly profit and sales at stores open at least a year, as people spent more on home improvement amid a strong recovery in the U.S. housing market.

** TARGET CORP, $69.12, -5.20 pct

The U.S. retailer reported slower growth in online sales and said gross margins fell slightly because of reimbursement pressure in its pharmacy operations.

** QUALCOMM INC, $48.43, -8.59 pct

The chipmaker said it received communication from Korea Fair Trade Commission, alleging that the company violated South Korean competition law.

** STAR BULK CARRIERS CORP,$0.9702, -20.48 pct

** SCORPIO BULKERS INC,$0.9301, -19.12 pct

** DIANA SHIPPING INC,$4.89, -6.68 pct

Deutsche Bank downgraded the stocks to "hold" and cut their price targets, saying improvement in rates expected at the year-end had not materialized.

** MAXIM INTEGRATED PRODUCTS,$39.545, +2.21 pct

Israeli specialty chip maker TowerJazz has agreed to buy Maxim Integrated Products' wafer manufacturing plant in San Antonio, Texas for $40 million in an all-share transaction.

** CONAGRA FOODS INC, $41.15, +4.55 pct

Slim Jim beef jerky and Chef Boyardee pasta maker said it would spin off its Lamb Weston frozen potato products business into separate public company and rename itself Conagra Brands Inc.

** GOPRO INC, $19.2501, -7.76 pct

Piper Jaffray cut its price target on the wearable camera maker's shares, saying the company may not be able to maintain current margin expectations as selective price reductions were becoming more evident.

** SOLARCITY'S SHARES, $26.58, +2.23 pct

The top U.S. solar installer said PE firm Silver Lake would invest $100 million in the company and SolarCity Chairman Elon Musk and CEO Lyndon Rive would invest another $13 million.

** FARO TECHNOLOGIES,$29.9708, +7.65 pct

Canaccord Genuity upgraded the 3D imaging systems maker's stock to "buy" from "hold", saying "recent weak performance was due to transitory issues that are likely to improve in the coming quarters".

** RADA ELECTRONIC INDUSTRIES LTD,$0.44, -33.33 pct

The Israel-based defense contractor said its quarterly revenue fell 31 percent due to delays in "securing several large avionic product orders".

** AMN HEALTHCARE SERVICES INC, $30.34, +2.88 pct

The healthcare staffing company said it would acquire B.E. Smith, a privately held company that provides healthcare staffing and executive search services, for $160 million.

** VIPSHOP HOLDINGS LTD, $14.1, +12.53 pct

The online discount retailer reported quarterly profit that more than doubled and said it would buy back up to $300 million of its American depositary shares.

** STAPLES INC, $11.88, -4.58 pct

The office supplies retailer reported lower-than-expected quarterly sales, hurt by lower demand for products such as technology accessories and ink and toner.

** CITRIX SYSTEMS INC, $71.48, -8.85 pct

The cloud computing software maker, under pressure from activist hedge fund Elliott Management, said it would spin off its GoTo business into a listed company and cut more than 10 percent of its workforce prompting at least four brokerages to adjust their views on the stock.

** BLUEBIRD BIO INC, $83.1, +4.38 pct

Goldman Sachs started coverage of the stock with a "buy" rating and a price target of $165, saying "current share levels represent an attractive entry point, as we believe fundamentals of the company are intact".

** ANAVEX LIFE SCIENCES, $5.3792, +66.02 pct

The company said it will study experimental Alzheimer's treatment, ANAVEX 2-73, in a large study based on guidance from the U.S. FDA.

** NORFOLK SOUTHERN CORP, $92.01, +5.80 pct

The U.S. railroad operator rejected a $28.4 billion acquisition offer by Canadian Pacific Railway Ltd on Tuesday, calling it "low-premium" and warning it would face significant regulatory hurdles.

 © 2023 Factiva, Inc. All rights reserved.

** SOUFUN HOLDINGS LTD, $7.11, -4.56 pct

The Chinese property website operator posted a bigger quarterly loss as cost of services increased to $188.5 million from $48.8 million mainly due to increased staff, e-commerce costs and higher home decorating expenses.

** JACK IN THE BOX INC, $73.75, +5.37 pct

The hamburger restaurant chain reported better-than-expected quarterly same-store sales growth besides setting 2016 profit forecast above analyst expectations.

** TASER INTERNATIONAL INC, $18.45, +10.08 pct

Brokerage Ladenburg Thalmann upgraded the stock to "buy", saying the company's investment in smaller video products business can produce steady stream of revenue.

** ARAMARK, $32.09, +8.34 pct

The customer service business reported better-than-expected quarterly sales, helped by new accounts in the education business besides raising regular quarterly dividend by 10 percent.

** CAREDX INC,$6.2, +27.84 pct

Centers for Medicare and Medicaid Services (CMS) revised pricing determination for the molecular diagnostics company's device AlloMap for 2016 to $2,821. (Reporting by Nikhil Subba in Bengaluru; Editing by Anil D'Silva)

**RF** Released: 2015-11-21T18:03:45.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | goproz : GoPro, Inc | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | i81401 : Central Banking | i951 : Health Care/Life Sciences | i814 : Banking | ibnk : Banking/Credit | ifinal : Financial Services | itech : Technology | i34531 : Semiconductors | i3733 : Photographic Equipment | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilgood : Leisure/Travel Goods

**NS** ccat : Corporate/Industrial News | reqrcm : Suggested Reading Computers | redit : Selection of Top Stories/Trends/Analysis | reqr : Suggested Reading Industry News

**RE** usa : United States | meastz : Middle East | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151118ebbi00o89

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,**

**WC** 854 words

**PD** 18 November 2015

**ET** 11:34

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s ) Gains in Apple shares and energy stocks boosted Wall Street on Wednesday as investors awaited the release of minutes from the Federal Reserve's October meeting that were likely to underpin expectations of an interest rate hike next month. The Dow Jones industrial average was up 0.73 percent at 17,616.97, and the S&P 500 was up 0.72 percent at 2,065.16.

** APPLE INC, $117.08, +2.98 pct

**TD**

Goldman Sachs added Apple to its list of top picks in the Americas, saying that the iPhone maker's shares have the potential to rise as much as 43 pct from current levels.

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, $19.42, +8.61 pct

** ON SEMICONDUCTOR CORP, $9.615, -10.47 pct

ON Semiconductor said it would buy the chipmaker in a $2.4 billion deal, the latest in a rapidly consolidating semiconductor industry.

** LOWE'S COS INC, $72.56, -0.40 pct

The No.2 U.S. home improvement chain reported better-than-expected quarterly profit and sales at stores open at least a year, as people spent more on home improvement amid a strong recovery in the U.S. housing market.

** TARGET CORP, $69.29, -4.97 pct

The U.S. retailer reported slower growth in online sales and said gross margins fell slightly because of reimbursement pressure in its pharmacy operations.

** QUALCOMM INC, $48.69, -8.10 pct

The chipmaker said it received communication from Korea Fair Trade Commission, alleging that the company violated South Korean competition law.

** CONAGRA FOODS INC, $41.025, +4.23 pct

Slim Jim beef jerky and Chef Boyardee pasta maker said it would spin off its Lamb Weston frozen potato products business into separate public company and rename itself Conagra Brands Inc.

** GOPRO INC, $19.37, -7.19 pct

Piper Jaffray cut its price target on the wearable camera maker's shares, saying the company may not be able to maintain current margin expectations as selective price reductions were becoming more evident.

** SOLARCITY'S SHARES, $27.04, +4.00 pct

The top U.S. solar installer said PE firm Silver Lake would invest $100 million in the company and SolarCity Chairman Elon Musk and CEO Lyndon Rive would invest another $13 million.

** AMN HEALTHCARE SERVICES INC, $30.76, +4.31 pct

The healthcare staffing company said it would acquire B.E. Smith, a privately held company that provides healthcare staffing and executive search services, for $160 million.

** VIPSHOP HOLDINGS LTD, $13.66, +9.02 pct

The online discount retailer reported quarterly profit that more than doubled and said it would buy back up to $300 million of its American depositary shares.

** STAPLES INC, $11.885, -4.54 pct

The office supplies retailer reported lower-than-expected quarterly sales, hurt by lower demand for products such as technology accessories and ink and toner.

** CITRIX SYSTEMS INC, $71.7582, -8.50 pct

The cloud computing software maker, under pressure from activist hedge fund Elliott Management, said it would spin off its GoTo business into a listed company and cut more than 10 percent of its workforce prompting at least four brokerages to adjust their views on the stock.

** BLUEBIRD BIO INC, $83.6007, +5.01 pct

Goldman Sachs started coverage of the stock with a "buy" rating and a price target of $165, saying "current share levels represent an attractive entry point, as we believe fundamentals of the company are intact".

** ANAVEX LIFE SCIENCES, $5.65, +74.38 pct

The company said it will study experimental Alzheimer's treatment, ANAVEX 2-73, in a large study based on guidance from the U.S. FDA.

** NORFOLK SOUTHERN CORP, $92.98, +6.91 pct

The U.S. railroad operator rejected a $28.4 billion acquisition offer by Canadian Pacific Railway Ltd on Tuesday, calling it "low-premium" and warning it would face significant regulatory hurdles.

** SOUFUN HOLDINGS LTD, $7.13, -4.30 pct

The Chinese property website operator posted a bigger quarterly loss as cost of services increased to $188.5 million from $48.8 million mainly due to increased staff, e-commerce costs and higher home decorating expenses.

** JACK IN THE BOX INC, $71.46, +2.10 pct

The hamburger restaurant chain reported better-than-expected quarterly same-store sales growth besides setting 2016 profit forecast above analyst expectations.

** TASER INTERNATIONAL INC, $18.45, +10.08 pct

Brokerage Ladenburg Thalmann upgraded the stock to "buy", saying the company's investment in smaller video products business can produce steady stream of revenue.

** ARAMARK, $32, +8.04 pct

The customer service business reported better-than-expected quarterly sales, helped by new accounts in the education business besides raising regular quarterly dividend by 10 percent. (Reporting by Nikhil Subba in Bengaluru; Editing by Anil D'Silva)

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **RF** | Released: 2015-11-21T16:34:42.000Z |
| **CO** | fairsm : Fairchild Semiconductor International Inc \| scghld : ON Semiconductor Corp \| goproz : GoPro, Inc \| qcom : Qualcomm Incorporated |
| **IN** | i3454 : Personal Electronics \| icomp : Computing \| i3302 : Computers/Consumer Electronics \| ielec : Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| i3733 : Photographic Equipment \| icnp : Consumer Goods \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| ilgood : Leisure/Travel Goods |
| **NS** | cspin : Demergers \| reqrcm : Suggested Reading Computers \| c02 : Corporate Changes \| c11 : Plans/Strategy \| c18 : Ownership Changes \| cactio : Corporate Actions \| ccat : Corporate/Industrial News \| cncc : New Companies Creation \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis \| reqr : Suggested Reading Industry News \| cdiv : Divestments |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151118ebbi00lwy |

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **BUZZ-Qualcomm Inc: Korea regulator alleges competition law violation** |
| **WC** | 151 words |
| **PD** | 18 November 2015 |
| **ET** | 09:49 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2015 Thomson Reuters. All Rights Reserved. |

**LP**

** Chipmaker's shares down 5.7 pct at $49.95

** Stock falls as much as 6.8 pct to over 4-year low of $49.40, is biggest drag on S&P 500 index

**TD**

** Qualcomm said on Tuesday it received communication from Korea Fair Trade Commission alleging company violated South Korean competition law

** Company said regulator alleged "practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property" violates law

** Commission seeking modifications to some of company's business practices and penalties

** Qualcomm denies allegations, says it will "vigorously defend" itself

** Company agreed in February to pay $975 mln fine to end 14-month Chinese government investigation into anti-competitive practices

** Up to Tuesday's close, stock had fallen about 29 pct this year

| | |
|---|---|
| **RF** | Released: 2015-11-21T14:49:58.000Z |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | crbrea : Regulatory Breach \| ginda : Independent Advisory Bodies \| gcrim : Crime/Legal Action \| c12 : Corporate Crime/Legal Action \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gpir : Politics/International Relations \| gpol : Domestic Politics \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151118ebbi00jah |

REUTERS

HD **BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,**

WC 643 words

PD 18 November 2015

ET 10:27

SN Reuters News

SC LBA

LA English

CY Copyright 2015 Thomson Reuters. All Rights Reserved.

LP

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s ) Wall Street was led higher by Apple and energy stocks, ahead of the release of the minutes of the Federal Reserve's October meeting which are likely to underpin expectations of an interest rate increase next month. The Dow Jones industrial average was up 0.62 percent at 17,597.33, and the S&P 500 was up 0.59 percent at 2,062.59.

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, $19.425, +8.64 pct

TD

** ON SEMICONDUCTOR CORP, $9.79, -8.85 pct

ON Semiconductor said it would buy the chipmaker in a $2.4 billion deal, the latest in a rapidly consolidating semiconductor industry.

** APPLE INC, $117.24, +3.12 pct

Goldman Sachs added Apple to its list of top picks in the Americas, saying that the iPhone maker's shares have the potential to rise as much as 43 pct from current levels.

** LOWE'S COS INC, $72.33, -0.71 pct

The No.2 U.S. home improvement chain reported better-than-expected quarterly profit and sales at stores open at least a year, as people spent more on home improvement amid a strong recovery in the U.S. housing market.

** QUALCOMM INC, $49.7453, -6.11 pct

The chipmaker said it received communication from Korea Fair Trade Commission, alleging that the company violated South Korean competition law.

** CONAGRA FOODS INC, $40.95, +4.04 pct

Slim Jim beef jerky and Chef Boyardee pasta maker said it would spin off its Lamb Weston frozen potato products business into separate public company and rename itself Conagra Brands Inc.

** GOPRO INC, $18.935, -9.27 pct

Piper Jaffray cut its price target on the wearable camera maker's shares, saying the company may not be able to maintain current margin expectations as selective price reductions were becoming more evident.

** STAPLES INC, $12.12, -2.65 pct

The office supplies retailer reported lower-than-expected quarterly sales, hurt by lower demand for products such as technology accessories and ink and toner.

** CITRIX SYSTEMS INC, $73, -6.91 pct

The cloud computing software maker, under pressure from activist hedge fund Elliott Management, said it would spin off its GoTo business into a listed company and cut more than 10 percent of its workforce prompting at least four brokerages to adjust their views on the stock.

** BLUEBIRD BIO INC, $83.69, +5.13 pct

Goldman Sachs started coverage of the stock with a "buy" rating and a price target of $165, saying "current share levels represent an attractive entry point, as we believe fundamentals of the company are intact".

** ANAVEX LIFE SCIENCES, $4.36, +34.57 pct

The company said it will study experimental Alzheimer's treatment, ANAVEX 2-73, in a large study based on guidance from the U.S. FDA.

** NORFOLK SOUTHERN CORP, $92.14, +5.94 pct

The U.S. railroad operator rejected a $28.4 billion acquisition offer by Canadian Pacific Railway Ltd on Tuesday, calling it "low-premium" and warning it would face significant regulatory hurdles.

** SOUFUN HOLDINGS LTD, $7.2, -3.36 pct

The Chinese property website operator posted a bigger quarterly loss as cost of services increased to $188.5 million from $48.8 million mainly due to increased staff, e-commerce costs and higher home decorating expenses.

** JACK IN THE BOX INC, $71.715, +2.46 pct

The hamburger restaurant chain reported better-than-expected quarterly same-store sales growth besides setting 2016 profit forecast above analyst expectations. (Reporting by Nikhil Subba in Bengaluru; Editing by Anil D'Silva)

**RF** Released: 2015-11-21T15:27:42.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | goproz : GoPro, Inc | qcom : Qualcomm Incorporated

**IN** i3454 : Personal Electronics | icomp : Computing | i3302 : Computers/Consumer Electronics | ielec : Consumer Electronics | itech : Technology | i34531 : Semiconductors | i3733 : Photographic Equipment | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilgood : Leisure/Travel Goods

**NS** cspin : Demergers | c02 : Corporate Changes | c11 : Plans/Strategy | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | cncc : New Companies Creation | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | cdiv : Divestments

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151118ebbi00jzm

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Handheld Launches Its First Ultra-Rugged Android Tablet -- the Best-in-Class ALGIZ RT7; Powered by a Qualcomm Snapdragon chipset for processing speed, ultra-fast connectivity and long battery life**

**CR** Handheld Group; PR Newswire

**WC** 609 words

**PD** 18 November 2015

**ET** 02:30

**SN** PR Newswire Asia

**SC** PRNASI

**LA** English

**CY** Copyright © 2015 PR Newswire Association LLC. All Rights Reserved.

**LP**

LIDKOPING, Sweden, Nov. 18, 2015 /PRNewswire/ -- Handheld Group , a leading manufacturer of rugged mobile computers, today announced the launch of its new Android tablet, the ALGIZ RT7. The ALGIZ RT7 is a powerful, lightweight and ergonomic 7-inch tablet designed for reliable performance in demanding environments.

To view the Multimedia News Release, please click:

**TD**

http://www.multivu.com/players/English/7688851-handheld-ultra-rugged-android-tablet/

The Algiz RT7 , which runs Android 5.1.1 (Lollipop), provides a wide range of features and exceptional value to mobile workforces. It's fully rugged, meeting stringent MIL-STD-810G U.S. military standards for protection against drops, vibrations and extreme temperatures, and its IP65 rating means that it's waterproof as well as fully sealed against sand and dust. Weighing just 650 grams, the Algiz RT7 is designed for mobility.

Industry-leading technology from Qualcomm - an MSM8916 (Snapdragon) chipset and 1.2 GHz quad-core processor - powers the Algiz RT7 for impressive processing speed, ultra-fast connectivity and long battery life. The Algiz RT7 comes standard with LTE data and voice capabilities as well as 802.11 b/g/n WLAN, BT Class 1 and Class 2, and NFC functionality. It also boasts dual cameras (8-megapixel rear-facing and 2-megapixel front-facing), as well as dual SIM card slots. The unit comes with a built-in accelerometer, gyroscope and e-compass and a stand-alone u-blox GPS receiver for navigation.

Designed for the mobile worker, the Algiz RT7 sports a high-brightness 7-inch outdoor-viewable capacitive display that can handle true outdoor challenges. Battery performance is key for any mobile application, and the Algiz RT7 comes with a long-life 3.7V 6000mAh lithium-ion battery. Four programmable buttons allow users to launch and use applications in the field. To enhance data capture, users can choose an optional 2D imager or RFID plus 2D imager.

"Our new Algiz RT7 offers enterprises an exceptional value and is a highly requested product from both our end users and our extensive partner network," says Jerker Hellstrom, Handheld Group CEO. "This ultra-rugged tablet delivers best-in-class performance to assist fieldworkers in their daily tasks. The Algiz RT7 is built for tough environments and delivers a streamlined Android experience with power and features appropriate for market demands."

The Algiz RT7 can be ordered immediately. Shipping will start in December with volume deliveries starting January 2016.

Helpful links

ALGIZ RT7 product specifications

ALGIZ RT7 press images

Events showing the ALGIZ RT7

About Handheld Group

Handheld product lineup

What does rugged mean?

Tweet this: Handheld launches its first ultra-rugged Android tablet - the best-in-class Algiz RT7 www.handheldgroup.com/RT7

About Handheld

The Handheld Group is a manufacturer of rugged mobile computers, PDAs and tablets. Handheld and its partners worldwide deliver complete mobility solutions to businesses with mobile workers in outdoor or industrial environments. The Handheld Group of Sweden has local offices in Finland, the U.K., the Netherlands, Italy, Germany, Switzerland, Australia and the USA. For more information, please see www.handheldgroup.com

(Photo: http://photos.prnewswire.com/prnh/20151111/286188 )

Video:

http://www.multivu.com/players/English/7688851-handheld-ultra-rugged-android-tablet/

http://rt.prnewswire.com/rt.gif?NewsItemId=EN60535&Transmission_Id=201511180230PR_NEWS_ASPR____ _EN60535&DateId=20151118

**CT** Sofia Lofblad, Marketing Director, Handheld Group, Sweden: +46-510-54-71-70, Amy Urban, Marketing Director, Handheld-US, USA: +1-541-752-0319

**CO** goog : Alphabet Inc. | qcom : Qualcomm Incorporated

**IN** itablcm : Tablet Computers | i3302011 : Portable Computers | i3302 : Computers/Consumer Electronics | i3454 : Personal Electronics | icomp : Computing | icph : Computer Hardware | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | i8395464 : Internet Search Engines | iindele : Industrial Electronics | iindstrls : Industrial Goods | iint : Online Service Providers

**NS** c22 : New Products/Services | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** swed : Sweden | eecz : European Union Countries | eurz : Europe | nordz : Nordic Countries | scandz : Scandinavia

**IPD** Handheld-Group

**IPC** HRD

**PUB** PR Newswire Association, Inc.

**AN** Document PRNASI0020151118ebbi000rt

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | ***Qualcomm Discloses South Korea Antitrust Charges** |
| **WC** | 48 words |
| **PD** | 17 November 2015 |
| **ET** | 20:36 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

17 Nov 2015 20:36 ET *Qualcomm Says Suggested Penalties Include Monetary Damages

17 Nov 2015 20:36 ET *Qualcomm Vows to Vigorously Defend Itself in South Korea

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

November 17, 2015 20:36 ET (01:36 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi0002q |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | ***World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm and** |
| **WC** | 33 words |
| **PD** | 18 November 2015 |
| **ET** | 02:56 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>November 18, 2015 02:56 ET (07:56 GMT) |
| **CO** | ratel : Vodafone Group PLC \| qcom : Qualcomm Incorporated |
| **IN** | i7902 : Telecommunication Services \| i79022 : Wireless Telecommunications Services \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000pm |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Says Suggested Penalties Include Monetary Damages** |
| **WC** | 31 words |
| **PD** | 17 November 2015 |
| **ET** | 20:41 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>November 17, 2015 20:36 ET (01:36 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>18-11-15 0141GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151118ebbi00028 |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Vows to Vigorously Defend Itself in South Korea** |
| **WC** | 33 words |
| **PD** | 17 November 2015 |
| **ET** | 20:42 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>November 17, 2015 20:36 ET (01:36 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>18-11-15 0142GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151118ebbi00029 |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Discloses South Korea Antitrust Charges** |
| **WC** | 30 words |
| **PD** | 17 November 2015 |
| **ET** | 20:38 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>November 17, 2015 20:36 ET (01:36 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>18-11-15 0138GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151118ebbi00023 |

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 11/17/2015 to 11/18/2015 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 42 |
| Timestamp | 5 June 2023 11:46 |

**Qualcomm Incorporated**

**Appendix 2 – News Stories (New Terms List)**

**11.17.2015-11.18.2015**

DOW JONES

Unigroup to invest $47b for No 3 slot ....3

Chinese group to build chip empire ....5

Xilinx Most Likely Next Chip Target, Says Citi; Qualcomm Could Acquire ....7

Review: A Single Gadget to End Your Charging Headaches ....8

Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report ....11

MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog ....13

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....15

MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog ....17

MediaTek: Will China's Tsinghua Buy A Stake? ....19

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....20

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....22

World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm ....24

Press Release: World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm ....27

Andreessen Horowitz Launches $200M Bio-Computer Fund, Hires Ex-Stanford Prof ....31

Qualcomm Refutes Korean Accusations; Bernstein Sees Investor 'Angst' ....32

Qualcomm's Licensing Formula Targeted -- Market Talk ....33

Qualcomm's Licensing Formula Targeted -- Market Talk ....34

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update ....37

Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report ....39

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....40

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update ....42

Qualcomm sinks to 52-week low after allegations of antitrust violations in Korea ....44

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update ....45

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update ....47

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations; Chip maker it plans to vigorously contest the allegations ....49

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....51

Qualcomm Discloses South Korea Antitrust Charges ....53

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....55

Qualcomm Discloses South Korea Antitrust Charges ....57

Chip-Industry Merger Bash: Why This Party Isn't Over ....................59

Qualcomm shares tumble on South Korean antitrust probe ....................61

Qualcomm says South Korea recommends fine for alleged antitrust violations; Chip maker says findings ‘are not supported by the facts a... ....................63

BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro, ....................64

BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro, ....................67

BUZZ-Qualcomm Inc: Korea regulator alleges competition law violation ....................70

BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro, ....................71

Handheld Launches Its First Ultra-Rugged Android Tablet -- the Best-in-Class ALGIZ RT7; Powered by a Qualcomm Snapdragon chipset for... ....................73

*Qualcomm Discloses South Korea Antitrust Charges ....................75

*World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm and ....................76

Qualcomm Says Suggested Penalties Include Monetary Damages ....................77

Qualcomm Vows to Vigorously Defend Itself in South Korea ....................78

Qualcomm Discloses South Korea Antitrust Charges ....................79

 © 2023 Factiva, Inc. All rights reserved.

CHINADAILY

HD **Unigroup to invest $47b for No 3 slot**

BY Gao Yuan

WC 399 words

PD 17 November 2015

SN China Daily

SC CHNDLY

PG 13

LA English

CY Copyright 2015 China Daily Information Company. All rights reserved.

LP

Tsinghua Unigroup Ltd plans to invest 300 billion yuan ($47 billion) over the next five years in a bid to become the world's third-biggest chipmaker, Zhao Weiguo, chairman of the Chinese technology conglomerate, said on Monday.

Zhao said the company, controlled by Beijing-based Tsinghua University, was in talks with a United States company involved in the chip industry. A deal could be reached as early as the end of this month, he said.

TD

However, buying a majority stake in the US firm was unlikely as it was too "sensitive" for the US government, Zhao said without disclosing any further details.

"If you can't be among the top three giants, it will be very hard to develop your business in the chip industry," Zhao told Reuters.

"The next five years are key... There is an enormous market out there."

Currently, Qualcomm Inc holds the No 3 position in the global chip rankings, behind Samsung Electronics Co Ltd and market leader Intel Corp, which has a market capitalization of $151.5 billion.

When China Daily reached out to Unigroup for the "top three" comment, a public relations officer tried to avoid direct comparison with Qualcomm, saying "a leading global chip vendor" would be more in line with the company's strategy.

The ambitious investment plan of Unigroup comes amid a campaign to boost local chip development and manufacturing industry led by the central government.

The Ministry of Industry and Information Technology said earlier the sector will be a key focus for technology development in the country's next five-year plan which kicks off next year.

In August, the company made an informal $23 billion takeover offer for US vendor Micron Technology Inc, but failed to reach a deal.

Gene Cao, a senior analyst at consultancy Forrester Research Inc, said Unigroup is trying hard to realize its long-time ambition in semiconductor industry as China looks for a strong local chip designer and manufacturer to shake off dependence on overseas giants.

China spent roughly 1.8 trillion yuan importing integrated circuits in 2014. The amount was higher than the country's expense on importing crude oil.

Unigroup's Zhao said he believes overseas acquisitions will speed up the growth of local chip-making industry.

Ma Si and Reuters contributed to this story.

gaoyuan@chinadaily.com.cn

**CO** intl : Intel Corporation | qcom : Qualcomm Incorporated | tsghuu : Tsinghua University | tsnghh : Tsinghua Holdings Company Limited

**IN** i34531 : Semiconductors | i8396 : Diversified Holding Companies | ibcs : Business/Consumer Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c11 : Plans/Strategy | ccat : Corporate/Industrial News

**RE** usa : United States | china : China | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**PUB** China Daily Information Company

**AN** Document CHNDLY0020151116ebbh0002v

Bangkok Post

**SE** topstories

**HD** **Chinese group to build chip empire**

**BY** Paul CarstenYimou Lee

**WC** 660 words

**PD** 17 November 2015

**SN** Bangkok Post

**SC** BKPOST

**LA** English

**CY** (c) 2015. The Post Publishing Public Company Limited. All Rights Reserved.

**LP**

Tsinghua Unigrouptargets No. 3 spot

BEIJING/HONG KONG: China's Tsinghua Unigroup Co Ltd plans to invest 300 billion yuan ($47 billion) over the next five years in a bid to become the world's third-biggest chipmaker.

**TD**

Zhao Weiguo, chairman of the state-backed technology conglomerate, also told Reuters in an interview in Beijing that the company controlled by Tsinghua University, which counts President Xi Jinping among its alumni, was in talks with a US-based company involved in the chip industry.

A deal could be finalised as early as the end of this month, he said.

Zhao declined to give more details but said buying a majority stake was unlikely as it was too "sensitive" for the US government.

"If you can't be the top-three giant, it will be very hard to develop your business in the chip industry," hesaid, citing reports that China imported more chips than crude oil every year. "The next five years is key... There is an enormous market out there."

Currently, Qualcomm Inc holds the No. 3 position in the global chip rankings, behind Samsung Electronics Co Ltd and market leader Intel Corp, which has a market capitalisation of $151.5 billion.

The sheer size of Tsinghua Unigroup's planned investments is almost equal to Intel's $50 billion chip revenue last year and could disrupt the NAND chip industry.

The top five chipmakers control more than 90% of the global NAND chip market after years of boom-and-bust squeezed out smaller players.

Tsinghua Unigroup's investment drive comes after a two-year deal-making campaign to bolster China's fledgling chip industry, seen as a strategic priority for the Chinese government.

Beijing is keen to end China's reliance on foreign semiconductors as it seeks to build a modern, digitised armed forces capable of matching other advanced militaries.

It has also attached strategic importance to the development of domestic semiconductor, server and networking equipment industries amid fears of foreign cyberspying.

Tsinghua Unigroup has spent more than $9.4 billion making acquisitions and investments at home and abroad over the past two years, including the purchase of stakes in US data storage company Western Digital Corp and Taiwan's Powertech Technology Inc.

In August, it made an informal $23 billion takeover offer for US giant Micron Technology Inc that was rejected out-of-hand by the Idaho-based chipmaker amid concerns a deal might endanger national security.

Tsinghua's failed bid to buy Micron suggests it is serious about expanding in NAND chips, used for storing music, pictures and other data on mobile devices.

The global chip market was worth $355 billion last year, according to research firm IHS Technology.

Tsinghua Unigroup, which had revenue last year of about 12.3 billion yuan, was also in talks about cooperating with a "world-class memory chip giant" to build a new chip factory in China, Zhao said, a move that could help his company acquire intellectual property needed to manufacture memory chips.

The 90-billion-yuan factory would help meet fast-growing demand of NAND memory chips.

"We don't have plans for DRAM at the moment," Zhao said, referring to dynamic random access memory chips that are used mostly in personal computers. "We need to take one step at a time."

The company isalso suspending plans to invest in Taiwanese tech firms due to regulatory hurdles, after agreeing to take a stake in Powertech Technology Inc and expressing interest in more cross-strait deals.

Industry analysts had expected Tsinghua Unigroup to make further investment in Taiwan, sparking fears on the island that its chip sector may fall prey to China's state-backed drive to become a world-class player.

"The regulations do not allow it, so what's the point of talking (to Taiwanese firms)?" Zhao said, adding that Tsinghua Unigroup was focused on investing in the United States.

**CO** qcom : Qualcomm Incorporated | tsghuu : Tsinghua University

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c11 : Plans/Strategy | ccat : Corporate/Industrial News

**RE** china : China | taiwan : Taiwan | usa : United States | beijin : Beijing | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**PUB** The Post Publishing Public Company Limited

**AN** Document BKPOST0020151117ebbh0002t

**Xilinx Most Likely Next Chip Target, Says Citi; Qualcomm Could Acquire**
Barron's Blogs, 10:22, 17 November 2015, 444 words, (English)
Citigroup chip analyst Christopher Danely this morning reflects on M&A and concludes that he doesn't expect analog chip maker Maxim Integrated Products (MXIM) to get bought, and that “Xilinx (XLNX) is the only large-cap semiconductor ...
Document WCBBE00020151117ebbh0012x

 © 2023 Factiva, Inc. All rights reserved.

PX333

NEWSWIRES
DOW JONES

**CLM** Personal Technology: Joanna Stern

**HD** **Review: A Single Gadget to End Your Charging Headaches**

**BY** By Joanna Stern

**WC** 1,293 words

**PD** 17 November 2015

**ET** 13:33

**SN** Dow Jones Top Energy Stories

**SC** DJTES

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Laptop + Smartphone + Tablet

Smartphone + Tablet + Smartwatch + More

**TD**

The Dream of Wireless Charging

Living next to my bed is a ghastly electronic creature. Think Audrey II from the "Little Shop of Horrors," but with roots firmly in power outlets and long charging cables that multiply and grow. I don't know if I should call an electrician—or an exterminator.

My monster is the progeny of our completely out-of-hand gadget-charging situation. My iPhone uses one charging cable. My laptop another! My smartwatch? You guessed it. I even have a separate charger... for my portable charger.

Not only do our gadgets not use the same cables, but, come on, these mega-companies can only spare wall adapters with one measly USB port?

Sure, wireless charging will liberate us eventually, but for now there's another option to ease the pain: a single charger to power up all your gear.

I went in search of the best multi-port USB wall chargers, testing 15 different options—even some that let you charge laptops as well as phones and tablets. But identifying which one best solves your charging nightmare comes down to listing which gadgets you own, and how many you need to juice up at the same time.

Last weekend, I took my laptop, smartphone and smartwatch on an overnight trip—and packed one pill-bottle-size charger. (I'll understand if you're jealous.) When I got to the hotel, the new Zolt needed just one outlet to charge everything at the same time. No need to commando-crawl under the bed to unplug the lamp or aging alarm clock.

Laptop charging is what makes the $100 Zolt my top choice. The 70-watt octagonal charger—which started shipping Tuesday—comes with eight charging tips compatible with most Windows PCs. One end of the included cord takes the adapter tip to plug into the laptop, while the other end has a USB to plug into the Zolt, which goes straight into the wall.

I charged up Acer, Lenovo and Asus laptop models without a hitch. When I plugged in Dell's Inspiron 13 7000, however, the laptop gave an incompatible-charger error. You can look for your laptop on this list, based on Zolt's compatibility testing. If for some reason your laptop doesn't work, you have 30 days to return it for a full refund.

The best part? Zolt charged up compatible laptops in the same time as the big, heavy, hideous chargers they came with.

Even crazier, if you buy Zolt's $20 MagSafe-to-USB cord, it can charge up most Apple laptops, including all MacBook Air models. That doesn't mean all Apple laptops will work: Due to higher wattage requirements, Zolt doesn't support larger MacBook Pro models. Also, USB Type-C isn't yet compatible, so the new 12-inch MacBook isn't supported either.

Apple warns against using third-party MagSafe cords, as they may not properly communicate with MacBook hardware and software. Zolt acknowledges that Apple doesn't license its MagSafe technology and says it hasn't worked with the company. However, the Zolt charger is certified by UL, a globally recognized, independent safety-testing organization.

I've replaced my 13-inch MacBook Air's standard charger with the Zolt for the past month and have encountered no problems.

The two bottom USB ports on the Zolt are for charging lower-power gadgets, like a phone, tablet, e-reader or smartwatch. In fact, it actually charged up my iPhone nearly an hour faster than Apple's 5-watt cube that comes with the iPhone. (See why that is in the text box below.)

My only complaints about the Zolt are that its 5-foot MagSafe cord is shorter than I'd like, and that it can wobble a bit if you're sitting too far away, because its prongs don't always firmly stick in the socket. It's also pretty pricey—$120 with the Mac cord.

An awesome alternative for MacBook users is Twelve South's $45 PlugBug . It's not as compact as the Zolt, but it adds a USB port to the MacBook charging brick.

If you're focused on phones, tablets, smartwatches and other lower-powered devices, there are far more options that cost far less.

Of the many I tried, I liked Anker's $26 PowerPort 4 best. The 40-watt charger has four USB ports, each capable of outputting 2.5 amps. That means it simultaneously charges up a smartphone, tablet, smartwatch and any other USB-powered gadget, sometimes faster than the charger you get with the device. (As with the Zolt, it was an hour faster to charge my iPhone 6s than Apple's measly 5-watt charger.)

The company's PowerIQ technology detects what type of device you're using and reallocates power to charge at a faster speed, without exceeding the device's native power supply. But be aware: If you have a newer Android phone with Qualcomm's Quick Charge technology, you'll get faster charge speeds with supported bricks. Anker plans to release multi-port Quick Charge options next month.

For Apple products, the PowerPort 4 was a godsend. Not only does it beat carrying around four 12-watt iPad chargers, it also costs only a bit more than just one of them. If you need to charge both an iPad and an iPhone, go with the $14 iClever Dual USB . It's the same size as one of Apple's 12W chargers, but has two USB ports.

Need more than four ports? Anker's $36 PowerPort 6 doesn't stick to a wall, but it's perfect for snaking up behind a desk or nightstand.

That all sounds great but it's almost 2016! Wireless charging has been promised for years, so why are we still carrying around all this wall spaghetti?

Wireless charging has made real strides in the past few years. Popular devices like Samsung's Galaxy S6 have the technology built in. However, serious shortcomings stand in the way of mass adoption.

First, the experience is often frustrating. I tested the PowerSquare Tango charging pad with a compatible case for my iPhone. I had to align the phone carefully to get it to work. And it caused my phone to get quite warm, which is bad for the battery's long-term health. It also took an hour and a half for the phone to go from 80% to 100%.

Starbucks has wireless charging in its newest tables. When I used one of the compatible charging rings (some locations loan them out to customers), my iPhone charged much faster. But that brings me to the second point.

 © 2023 Factiva, Inc. All rights reserved.

There have been a series of wireless charging standards competing for attention . While these companies now are working towards compatibility , there's still fragmentation. Starbucks has Powermat's PMA technology embedded in its table, for instance. The PowerSquare Tango uses the Qi standard. Samsung's Galaxy S6 is a rare example of a device that can charge wirelessly with either.

Until wireless charging just works, or gadget makers settle on a single connector for phones, tablets and laptops—USB Type-C is the likeliest choice—the monsters next to our beds won't go completely extinct. But a good multi-port USB charger is enough to keep them from rising up and taking any more of our sanity.

Write to Joanna Stern at

Corrections & Amplifications: The cost of Anker's PowerPort 4 is $26. In an earlier version of this article, a photo caption incorrectly stated it cost $36.

**CO** sansel : Samsung Electronics Co Ltd | acrser : Acer Incorporated | asust : Asustek Computer Incorporated | applc : Apple Inc. | qcom : Qualcomm Incorporated | sbcoff : Starbucks Corporation | mscgp : Acer Group

**IN** i3303 : Networking | icph : Computer Hardware | itech : Technology | icomp : Computing | i3302003 : Desktop Computers | i3302011 : Portable Computers | i34531 : Semiconductors | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | ielec : Consumer Electronics | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilea : Leisure/Arts/Hospitality | i3302 : Computers/Consumer Electronics

**NS** gcat : Political/General News | glife : Living/Lifestyle | nrvw : Reviews | gtour : Travel | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | gptech : Personal Technology | ncolu : Columns

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTES11020151117ebbh0008g

PR Newswire
a CISION company

| | |
|---|---|
| HD | **Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report** |
| WC | 295 words |
| PD | 17 November 2015 |
| ET | 20:22 |
| SN | PR Newswire (U.S.) |
| SC | PRN |
| LA | English |
| CY | Copyright © 2015 PR Newswire Association LLC. All Rights Reserved. |

LP

SAN DIEGO, Nov. 17, 2015 /PRNewswire/ -- Qualcomm Incorporated today confirmed that it has recently received the Korea Fair Trade Commission's staff-generated Case Examiner's Report (ER), which commences a process that affords Qualcomm the ability to respond to allegations and defend itself. The ER alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law. The ER proposes remedies including modifications to certain business practices and monetary penalties.

TD

The allegations and conclusions contained in the ER are not supported by the facts and are a serious misapplication of law. Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive. Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device.

We intend to vigorously defend ourselves at the Commission hearings and remain hopeful that the Commission will reject the conclusions of the Examiner's Report. We expect the process to take some time. Until then, we intend to continue to invest in leading technologies that drive the industry forward and share those innovations through its licensing program.

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-confirms-receipt-of-korea-fair-trade-commissions-case-examiners-report-300180670.html

SOURCE Qualcomm Incorporated

| | |
|---|---|
| | Web site: http://www.qualcomm.com |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| c133 : Patents \| cgymtr : Intellectual Property Rights \| npress : Press Releases \| c334 : Licensing Agreements \| c33 : Contracts/Orders \| ccat : Corporate/Industrial News \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPC** | NND |
| **PUB** | PR Newswire Association, Inc. |
| **AN** | Document PRN0000020151118ebbi00008 |

DOW JONES NEWSWIRES

**HD** **MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog**

**BY** By Shuli Ren

**WC** 444 words

**PD** 17 November 2015

**ET** 21:02

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Taiwan's chip designer MediaTek (2454.Taiwan) is pushed by Qualcomm (QCOM) on the high-end and China's Spreadtrum on the low-end. Its profit margins can be expected to fall further.

Competitor Spreadtrum is playing the price game. According to Economic Daily, Spreadtrum's CEO has said that the company can tolerate below 35% gross profit margin because it has only 4000 employees, versus 15,000 and 32,000 at MediaTek and Qualcomm respectively. MediaTek's gross profit margin fell from 48.8% in 2014 to 44% this year and is expected to slide further to 40.8% in 2016, according to Goldman Sachs estimates.

**TD**

"We are cautious on Mediatek's margin outlook as Spreadtrum narrows the gap in 4G and Qualcomm launches its much improved Snapdragon 820. Without recovery in the gross profit margin trend, we do not expect re-rating of Mediatek shares," wrote analyst Donald Lu. Goldman this morning lowered its price target to 278 new Taiwan dollars. MediaTek fell 0.6% to NT$263.50.

Talking about re-rating and catalysts, there has been a lot of speculation lately that China's Tsinghua Unigroup may buy a stake in MediaTek, which could lift the latter's profit margins. Tsinghua owns MediaTek's direct competitor Spreadtrum.

According to Bernstein Research, if Tsinghua Unigroup invests in (or even collaborate with) MediaTek, the latter's gross margin could recover to 46% and its earnings per share in 2016 could rise by 25%. In that case, analyst Mark Li thinks MediaTek could be worth NT$310, or 18% upside. Even better, if MediaTek could lower its operating expenditure by 10%, this stock would be worth NT$356, or 32% upside from now.

One can see this market speculation is tempting. MediaTek's stock ramped up all the way to NT$302.50 on November 4 ahead of the meeting between China and Taiwan's presidents. People were hoping for corporate deals?

But this stock has deflated since. This is because many are skeptical this tie-up will happen. Taiwan is very protective of its semiconductor industry and does not even allow Chinese companies to invest in its companies. Plus, "Tsinghua Unigroup already acquired SPRD/RDA and has access to Intel's AP/Modem and 14nm node, it won't make sense to further invest in MediaTek," said Maybank's Warren Lau, who has a Sell rating with NT$205 price target.

More at Barron's Asia Stocks to Watch blog, http://blogs.barrons.com/asiastocks/

(END) Dow Jones Newswires

November 17, 2015 21:02 ET (02:02 GMT)

| | |
|---|---|
| **CO** | trumcm : Spreadtrum Communications Inc. \| mdatek : MediaTek Incorporated \| qcom : Qualcomm Incorporated \| tsnghh : Tsinghua Holdings Company Limited |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology \| iintcir : Integrated Circuits |
| **NS** | c151 : Earnings \| c181 : Acquisitions/Mergers/Shareholdings \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| c15 : Financial Performance \| c18 : Ownership Changes \| cactio : Corporate Actions \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | taiwan : Taiwan \| china : China \| apacz : Asia Pacific \| asiaz : Asia \| bric : BRICS Countries \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000e5 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations** |
| **BY** | By Don Clark |
| **WC** | 395 words |
| **PD** | 17 November 2015 |
| **ET** | 23:31 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A KFTC spokesman did not immediately respond to a request for comment.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the worldwide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 17, 2015 23:31 ET (04:31 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000al |

DOW JONES NEWSWIRES

HD **MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog**

BY By Shuli Ren

WC 444 words

PD 18 November 2015

ET 00:09

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Taiwan's chip designer MediaTek (2454.Taiwan) is pushed by Qualcomm (QCOM) on the high-end and China's Spreadtrum on the low-end. Its profit margins can be expected to fall further.

Competitor Spreadtrum is playing the price game. According to Economic Daily, Spreadtrum's CEO has said that the company can tolerate below 35% gross profit margin because it has only 4000 employees, versus 15,000 and 32,000 at MediaTek and Qualcomm respectively. MediaTek's gross profit margin fell from 48.8% in 2014 to 44% this year and is expected to slide further to 40.8% in 2016, according to Goldman Sachs estimates.

TD

"We are cautious on Mediatek's margin outlook as Spreadtrum narrows the gap in 4G and Qualcomm launches its much improved Snapdragon 820. Without recovery in the gross profit margin trend, we do not expect re-rating of Mediatek shares," wrote analyst Donald Lu. Goldman this morning lowered its price target to 278 new Taiwan dollars. MediaTek fell 0.6% to NT$263.50.

Talking about re-rating and catalysts, there has been a lot of speculation lately that China's Tsinghua Unigroup may buy a stake in MediaTek, which could lift the latter's profit margins. Tsinghua owns MediaTek's direct competitor Spreadtrum.

According to Bernstein Research, if Tsinghua Unigroup invests in (or even collaborate with) MediaTek, the latter's gross margin could recover to 46% and its earnings per share in 2016 could rise by 25%. In that case, analyst Mark Li thinks MediaTek could be worth NT$310, or 18% upside. Even better, if MediaTek could lower its operating expenditure by 10%, this stock would be worth NT$356, or 32% upside from now.

One can see this market speculation is tempting. MediaTek's stock ramped up all the way to NT$302.50 on November 4 ahead of the meeting between China and Taiwan's presidents. People were hoping for corporate deals?

But this stock has deflated since. This is because many are skeptical this tie-up will happen. Taiwan is very protective of its semiconductor industry and does not even allow Chinese companies to invest in its companies. Plus, "Tsinghua Unigroup already acquired SPRD/RDA and has access to Intel's AP/Modem and 14nm node, it won't make sense to further invest in MediaTek," said Maybank's Warren Lau, who has a Sell rating with NT$205 price target.

More at Barron's Asia Stocks to Watch blog,
http://blogs.barrons.com/asiastocks/

(END) Dow Jones Newswires

November 18, 2015 00:09 ET (05:09 GMT)

| | |
|---|---|
| **CO** | trumcm : Spreadtrum Communications Inc. \| mdatek : MediaTek Incorporated \| qcom : Qualcomm Incorporated \| tsnghh : Tsinghua Holdings Company Limited |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology \| iintcir : Integrated Circuits |
| **NS** | c151 : Earnings \| c181 : Acquisitions/Mergers/Shareholdings \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| c15 : Financial Performance \| c18 : Ownership Changes \| cactio : Corporate Actions \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | taiwan : Taiwan \| china : China \| apacz : Asia Pacific \| asiaz : Asia \| bric : BRICS Countries \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000fy |

 © 2023 Factiva, Inc. All rights reserved.

**MediaTek: Will China's Tsinghua Buy A Stake?**

Barron's Blogs, 00:09, 18 November 2015, 418 words, (English)

Taiwan's chip designer MediaTek (2454.Taiwan) is pushed by Qualcomm (QCOM) on the high-end and China's Spreadtrum on the low-end. Its profit margins can be expected to fall further.

Document WCBBE00020151118ebbi0002t

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 399 words

**PD** 18 November 2015

**ET** 00:23

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A KFTC spokesman did not immediately respond to a request for comment.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the worldwide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Write to Don Clark at don.clark@wsj.com

Subscribe to WSJ: http://online.wsj.com?mod=djnwires

(END) Dow Jones Newswires

18-11-15 0523GMT

**CO** qcom : Qualcomm Incorporated

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020151118ebbi0005o

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

BY By Don Clark

WC 395 words

PD 17 November 2015

ET 23:16

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

TD

A KFTC spokesman did not immediately respond to a request for comment.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the worldwide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 17, 2015 23:16 ET (04:16 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| ntop : Top Wire News \| nttwn : Today's Top Wire News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000ad |

 © 2023 Factiva, Inc. All rights reserved.

HD **World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm**

WC 1,033 words

PD 18 November 2015

ET 02:56

SN Nasdaq / Globenewswire

SC HUGNEN

LA English

CY © 2015, The NASDAQ OMX Group, Inc. All Rights Reserved.

LP

* LTE Carrier Aggregation (CA) of licensed and unlicensed bands on mobile network and devices enables smartphone users to maintain their LTE connection while getting a speed boost from unlicensed 5GHz spectrum

* Successful over-the-air testing between Ericsson RBS 6402 small cells and a Qualcomm® Snapdragon(TM) X12 LTE modem of LTE CA with unlicensed spectrum conducted on Vodafone's commercial network in the Netherlands

TD

* Network testing further validates fair co-existence of LTE in 5 GHz unlicensed band

Ericsson (NASDAQ:ERIC), with Vodafone and Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, today conducted world's first live testing of advanced LTE Carrier Aggregation (CA) of LTE in licensed and unlicensed bands on a commercial mobile network. The trial uses the Ericsson RBS 6402 indoor small cell, which supports LTE CA between licensed and unlicensed bands on Vodafone's commercial network, connected to a LTE unlicensed band capable test device developed by Qualcomm Technologies, Inc.

Matthias Sauder, chief network officer, Vodafone Netherlands: "Our intent in deploying small cells is always to deliver the best customer experience, and we see the potential for LTE aggregation with unlicensed bands on small cells as one way to make that customer experience even better. We are already using Ericsson's RBS 6402 indoor picocell in our own shops in the Netherlands, so it's great to see that it will also support advanced LTE CA capabilities with unlicensed spectrum on our network."

The Vodafone LTE trials with unlicensed spectrum are being conducted over Vodafone's network in the Netherlands. The latest over the air results were achieved by aggregating 20 MHz of Vodafone spectrum in Band 3 (1800 MHz) with 20 MHz of the unlicensed 5 GHz band U-NII-1 band. The testing validated LTE performance in the unlicensed band and fair co-existence with other technologies like Wi-Fi within the unlicensed 5 GHz band. The Ericsson RBS 6402 Indoor Picocell includes a 5GHz LTE enabled radio in addition to multiple LTE radio variants and optional 2.4 GHz Wi-Fi module - all in a sleek, compact package with a tablet-sized footprint. The user equipment utilized in this trial is a test device powered by the Qualcomm® Snapdragon(TM) X12 LTE modem. The Snapdragon X12 LTE modem is a product of Qualcomm Technologies.

Valter D'Avino, Head of Ericsson's Region Western and Central Europe, says: "Vodafone has taken a leadership position in small cells and our LTE trials on unlicensed spectrum with them, together with Qualcomm Technologies, really underscore their continued commitment to improving the performance of indoor networks to ensure better app coverage for their customers. The unlicensed 5 GHz band is a shared resource and, as we have seen, it can be aggregated with LTE bands to provide a speed boost for users to improve app coverage, when spectrum is available - of course, the user also maintains their connection to Vodafone's highly reliable LTE network, so they have a great connection no matter what."

"Users in Europe and the rest of the world demand better, faster and seamless connectivity," said Serge Willenegger, vice president, product management at Qualcomm Technologies, Inc. "The aggregation of licensed and unlicensed bands in 4G and future 5G networks is critical to achieve this goal, and we're pleased to collaborate with Ericsson and Vodafone to test the support of such capabilities in our Snapdragon processors and modems."

LTE CA with an unlicensed band enables operators to combine the reliability of LTE licensed spectrum with incremental downlink throughput improvements provided by the unlicensed band. The functionality includes mechanisms for sharing the unlicensed spectrum with other unlicensed 5 GHz users, like Wi-Fi. This allows operators to leverage unlicensed 5 GHz spectrum for improved peak rates and capacity. LTE CA with the 5GHz unlicensed band is a feature of Ericsson Networks Software 16A, available this year.

Photo: Ericsson RBS 6402 Indoor Picocell supports World's First LTE Carrier Aggregation with unlicensed band trial on Vodafone's commercial network

NOTES TO EDITORS

Ericsson and Qualcomm complete LTE-U over-the-air demonstration in China

Ericsson software unlocks indoor performance for the mobile era

For media kits, backgrounders and high-resolution photos, please visit www.ericsson.com/press

Ericsson is the driving force behind the Networked Society - a world leader in communications technology and services. Our long-term relationships with every major telecom operator in the world allow people, business and society to fulfill their potential and create a more sustainable future.

Our services, software and infrastructure - especially in mobility, broadband and the cloud - are enabling the telecom industry and other sectors to do better business, increase efficiency, improve the user experience and capture new opportunities.

With approximately 115,000 professionals and customers in 180 countries, we combine global scale with technology and services leadership. We support networks that connect more than 2.5 billion subscribers. Forty percent of the world's mobile traffic is carried over Ericsson networks. And our investments in research and development ensure that our solutions - and our customers - stay in front.

Founded in 1876, Ericsson has its headquarters in Stockholm, Sweden. Net sales in 2014 were SEK 228.0 billion (USD 33.1 billion). Ericsson is listed on NASDAQ OMX stock exchange in Stockholm and the NASDAQ in New York.

www.ericsson.com

www.ericsson.com/news

www.twitter.com/ericssonpress

www.facebook.com/ericsson

www.youtube.com/ericsson

FOR FURTHER INFORMATION, PLEASE CONTACT

Ericsson Corporate Communications

Phone: +46 10 719 69 92

E-mail: media.relations@ericsson.com

Ericsson Investor Relations

Phone: +46 10 719 00 00

E-mail: investor.relations@ericsson.com

 © 2023 Factiva, Inc. All rights reserved.

Qualcomm and Snapdragon are trademarks of Qualcomm Incorporated, registered in the United States and other countries.

Ericsson_Vodafone_Qcomm_LTE CA_Announcement

This announcement is distributed by NASDAQ OMX Corporate Solutions on behalf of NASDAQ OMX Corporate Solutions clients.

The issuer of this announcement warrants that they are solely responsible for the content, accuracy and originality of the information contained therein.

Source: Ericsson via Globenewswire

HUG#1967587

**CT**

**CO** qcom : Qualcomm Incorporated | eric : Telefonaktiebolaget LM Ericsson | ratel : Vodafone Group PLC

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** neth : Netherlands | swed : Sweden | benluxz : Benelux Countries | eecz : European Union Countries | eurz : Europe | nordz : Nordic Countries | scandz : Scandinavia | weurz : Western Europe

**IPD** Technology

**PUB** NASDAQ OMX Corporate Solutions International Limited

**AN** Document HUGNEN0020151118ebbi000m9

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Press Release: World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm** |
| WC | 1,071 words |
| PD | 18 November 2015 |
| ET | 02:56 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| TD | |

-- LTE Carrier Aggregation (CA) of licensed and unlicensed bands on mobile network and devices enables smartphone users to maintain their LTE connection while getting a speed boost from unlicensed 5GHz spectrum

-- Successful over-the-air testing between Ericsson RBS 6402 small cells and

a
Qualcomm(R) Snapdragon(TM) X12 LTE modem of LTE CA with unlicensed spectrum conducted on Vodafone's commercial network in the Netherlands

-- Network testing further validates fair co-existence of LTE in 5 GHz unlicensed band

Ericsson (NASDAQ: ERIC), with Vodafone and Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, today conducted world's first live testing of advanced LTE Carrier Aggregation (CA) of LTE in licensed and unlicensed bands on a commercial mobile network. The trial uses the Ericsson RBS 6402 indoor small cell, which supports LTE CA between licensed and unlicensed bands on Vodafone's commercial network, connected to a LTE unlicensed band capable test device developed by Qualcomm Technologies, Inc.

Matthias Sauder, chief network officer, Vodafone Netherlands: "Our intent in deploying small cells is always to deliver the best customer experience, and we see the potential for LTE aggregation with unlicensed bands on small cells as one way to make that customer experience even better. We are already using Ericsson's RBS 6402 indoor picocell in our own shops in the Netherlands, so it's great to see that it will also support advanced LTE CA capabilities with unlicensed spectrum on our network."

The Vodafone LTE trials with unlicensed spectrum are being conducted over Vodafone's network in the Netherlands. The latest over the air results were achieved by aggregating 20 MHz of Vodafone spectrum in Band 3 (1800 MHz) with 20 MHz of the unlicensed 5 GHz band U-NII-1 band. The testing validated LTE performance in the unlicensed band and fair co-existence with other technologies like Wi-Fi within the unlicensed 5 GHz band. The Ericsson RBS 6402 Indoor Picocell includes a 5GHz LTE

enabled radio in addition to multiple LTE radio variants and optional 2.4 GHz Wi-Fi module - all in a sleek, compact package with a tablet-sized footprint. The user equipment utilized in this trial is a test device powered by the Qualcomm(R) Snapdragon(TM) X12 LTE modem. The Snapdragon X12 LTE modem is a product of Qualcomm Technologies.

Valter D'Avino, Head of Ericsson's Region Western and Central Europe, says: "Vodafone has taken a leadership position in small cells and our LTE trials on unlicensed spectrum with them, together with Qualcomm Technologies, really underscore their continued commitment to improving the performance of indoor networks to ensure better app coverage for their customers. The unlicensed 5 GHz band is a shared resource and, as we have seen, it can be aggregated with LTE bands to provide a speed boost for users to improve app coverage, when spectrum is available - of course, the user also maintains their connection to Vodafone's highly reliable LTE network, so they have a great connection no matter what."

"Users in Europe and the rest of the world demand better, faster and seamless connectivity," said Serge Willenegger, vice president, product management at Qualcomm Technologies, Inc. "The aggregation of licensed and unlicensed bands in 4G and future 5G networks is critical to achieve this goal, and we're pleased to collaborate with Ericsson and Vodafone to test the support of such capabilities in our Snapdragon processors and modems."

LTE CA with an unlicensed band enables operators to combine the reliability of LTE licensed spectrum with incremental downlink throughput improvements provided by the unlicensed band. The functionality includes mechanisms for sharing the unlicensed spectrum with other unlicensed 5 GHz users, like Wi-Fi. This allows operators to leverage unlicensed 5 GHz spectrum for improved peak rates and capacity. LTE CA with the 5GHz unlicensed band is a feature of Ericsson Networks Software 16A, available this year.

Photo: Ericsson RBS 6402 Indoor Picocell supports World's First LTE Carrier Aggregation with unlicensed band trial on Vodafone's commercial network

NOTES TO EDITORS

Ericsson and Qualcomm complete LTE-U over-the-air demonstration in China http://www.ericsson.com/news/1954158?query=china+lte-uEricsson software unlocks indoor performance for the mobile era
http://www.ericsson.com/news/1948888

For media kits, backgrounders and high-resolution photos, please visit www.ericsson.com/pressEricsson is the driving force behind the Networked Society - a world
leader in communications technology and services. Our long-term relationships with every major telecom operator in the world allow people, business and society to fulfill their potential and create a more sustainable future.

Our services, software and infrastructure - especially in mobility, broadband and the cloud - are enabling the telecom industry and other sectors to do better business, increase efficiency, improve the user experience and capture new opportunities.

With approximately 115,000 professionals and customers in 180 countries,

 © 2023 Factiva, Inc. All rights reserved.

we combine global scale with technology and services leadership. We support networks that connect more than 2.5 billion subscribers. Forty percent of the world's mobile traffic is carried over Ericsson networks. And our investments in research and development ensure that our solutions - and our customers - stay in front.

Founded in 1876, Ericsson has its headquarters in Stockholm, Sweden. Net sales in 2014 were SEK 228.0 billion (USD 33.1 billion). Ericsson is listed on NASDAQ OMX stock exchange in Stockholm and the NASDAQ in New York.

www.ericsson.comwww.ericsson.com/newswww.twitter.com/ericssonpress
www.facebook.com/ericssonwww.youtube.com/ericsson

FOR FURTHER INFORMATION, PLEASE CONTACT

Ericsson Corporate Communications

Phone: +46 10 719 69 92

E-mail: media.relations@ericsson.com

Ericsson Investor Relations

Phone: +46 10 719 00 00

E-mail: investor.relations@ericsson.com

Qualcomm and Snapdragon are trademarks of Qualcomm Incorporated, registered in the United States and other countries.

Ericsson_Vodafone_Qcomm_LTE CA_Announcement:
http://hugin.info/1061/R/1967587/718871.pdf

This announcement is distributed by NASDAQ OMX Corporate Solutions on behalf of NASDAQ OMX Corporate Solutions clients.

The issuer of this announcement warrants that they are solely responsible for the content, accuracy and originality of the information contained therein.

Source: Ericsson via Globenewswire

HUG#1967587

http://www.ericsson.com
(END) Dow Jones Newswires

November 18, 2015 02:56 ET (07:56 GMT)

**CO** eric : Telefonaktiebolaget LM Ericsson | qcom : Qualcomm Incorporated | ratel : Vodafone Group PLC

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | npress : Press Releases | ncat : Content Types | nfact : Factiva Filters

**RE** swed : Sweden | eurz : Europe | eecz : European Union Countries | nordz : Nordic Countries | scandz : Scandinavia

 © 2023 Factiva, Inc. All rights reserved.

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi000ry

 © 2023 Factiva, Inc. All rights reserved.

**Andreessen Horowitz Launches $200M Bio-Computer Fund, Hires Ex-Stanford Prof**

WSJ Blogs, 09:46, 18 November 2015, 528 words, (English)

Andreessen Horowitz raised a $200 million fund to invest in startups that combine life science and computer science and has hired a new general partner, former Stanford University professor Vijay Pande, to run it.

Document WCWSJB0020151118ebbi0028m

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Refutes Korean Accusations; Bernstein Sees Investor 'Angst'**
Barron's Blogs, 10:11, 18 November 2015, 460 words, (English)
Shares of wireless chip giant Qualcomm (QCOM) are down $3.40, or 6%, at $49.58, after the company late yesterday said South Korea's Fair Trade Commission recently sent it an "examiner's report" that alleges that the company doesn't properly ...
Document WCBBE00020151118ebbi0015p

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **Qualcomm's Licensing Formula Targeted -- Market Talk**

**WC** 125 words

**PD** 18 November 2015

**ET** 11:38

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

11:37 ET - Qualcomm (QCOM) is no stranger to antitrust cases, but investors are spooked by the attack in South Korea on a pillar of the chip maker's business: charging cellphone makers patent royalties based on a percentage of handset prices. The company was quick to note the allegations are just recommendations of staff at the Korea Fair Trade Commission, which may reject them. Still, Bernstein notes the possibility of ending QCOM's handset-based royalties is one of "the doomsday scenarios for the business." Shares skid 8% to $48.73, hitting a fresh 4-year low. (don.clark@wsj.com; @donal888)

(END) Dow Jones Newswires

**TD**

November 18, 2015 11:38 ET (16:38 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c1521 : Analysts' Comments/Recommendations | c334 : Licensing Agreements | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | c33 : Contracts/Orders | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002d4

DOW JONES NEWSWIRES

**HD** **Qualcomm's Licensing Formula Targeted -- Market Talk**

**WC** 1,244 words
**PD** 18 November 2015
**ET** 11:38
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

11:37 ET - Qualcomm (QCOM) is no stranger to antitrust cases, but investors are spooked by the attack in South Korea on a pillar of the chip maker's business: charging cellphone makers patent royalties based on a percentage of handset prices. The company was quick to note the allegations are just recommendations of staff at the Korea Fair Trade Commission, which may reject them. Still, Bernstein notes the possibility of ending QCOM's handset-based royalties is one of "the doomsday scenarios for the business." Shares skid 8% to $48.73, hitting a fresh 4-year low. (don.clark@wsj.com; @donal888)

**TD**

11:33 ET - ConAgra (CAG) CEO Sean Connolly tells WSJ that by splitting up, the consumer side will work on adding more "clean label, natural and organic foods--as well as premium and gourmet. That's where we've got some real opportunities." That can be done by refreshing older brands like Healthy Choice as well as "opportunistically turn[ing] to the outside." CAG rises 4.1% to $40.97, erasing the rest of the month's stock pullback. (annie.gasparro@wsj.com)

11:33 ET - Banks and financial-service companies lead the way in equality in the workplace for lesbian, gay, bisexual and transgender employees, according to a report from the Human Rights Campaign Foundation. Of the 407 companies worldwide that earned perfect scores under the foundation's rating system, 50 were from the banking and financial sector, including JPMorgan Chase, Bank of America, Citigroup, Wells Fargo, Goldman Sachs and Morgan Stanley. The ratings are based on whether companies have LGBT non-discrimination policies and offer employment benefits for domestic partners, among other factors. (michael.rapoport@wsj.com; @rapoportwsj)

11:16 ET - Law-enforcement authorities are turning to a computer program to overcome a common hurdle in crime labs--making sense of DNA that gets mixed up at crime scenes. But secrecy around the software is stoking a national legal debate. Defense attorneys have tried but failed to get access to the source code of the program, called TrueAllele. They say they can't determine whether the software is erroneously linking their clients to crimes if they are unable to review the instructions the program gives the computer. The dispute could foreshadow other struggles with developers, as computational statistics and other technologies seep into the criminal-justice system. (joe.palazzolo@wsj.com)

11:15 ET - Southeastern businesses expect to see their unit costs rise 1.8% on average in the next 12 months, according to the Atlanta Fed's November business-inflation expectations survey. The 221 firms surveyed -- many of them companies with national or international operations and sales -- reported that 59% of them saw sales levels at or above normal, up from 55% of those surveyed in October. The survey was conducted from Nov. 9-13. Overall producer prices fell 1.6% in October from a year earlier, the goverment recently reported. (cameron.mcwhirter@wsj.com)

11:12 ET - US refinery activity keep churning higher as most plants come off seasonal maintenance schedules, and as demand for product remains strong amid low prices. The EIA says today refinery capacity utilization rose 0.8 percentage points, giving it a 90.3% run-rate. Strong domestic demand, as well as a booming export market for refined US fuel -- which as opposed to crude oil is permitted by the US government -- is keeping plants active. (dan.molinski@wsj.com)

11:12 ET - Valeant (VRX) is putting in place a "retention plan" which involves offering key staff a combination of cash and stock as the company faces questions about its now-severed relationship with specialty pharmacy Philidor. IR chief Laurie Little says during a conference appearance in London that the program started "below executive level" and was initially targeted at 70 people. But it might be broadened in coming weeks "to keep key personnel." Shares have slumped 70% the past 3 months, no doubt hitting worker sentiment some. (denise.roland@wsj.com; @deniseroland)

11:06 ET - With FARO trading at the decade's low on a forward enterprise value/sales basis, Canaccord puts the 3D-measurement firm back at buy after 7 months on the sidelines. Downgrading it amid a downbeat 1Q report, shares were nearly halved after their initial April slump before bottoming out following this month's 3Q report--which included an announcement that CEO Jay Freeland will step down. But after worries in the spring about demand, the investment bank thinks sales will pick up this quarter as end-of-year spending occurs. Canaccord also anticipates better underlying demand in 2016, helped in part by new offerings. FARO rises 8.4% to $30.19, cutting the month's slide to 11% and putting the week's rebound at 15%. (kevin.kingsbury@wsj.com; @kevinkingsbury)

11:04 ET - Barclays (BCS) has agreed to pay $150M to resolve an investigation by New York's banking regulator into a trading practice which allowed the bank to exploit a milliseconds-long lag between an order and its execution to clients' detriment. The penalty is the latest to stem from BCS' foreign-exchange trading, a line of business that--with today's settlement--has cost the British bank more than $2.5B in penalties. (christopher.matthews@wsj.com)

11:03 ET - Perrigo (PRGO), now that it's escaped the entreaties of rival Mylan (MYL), must reckon with living up to some lofty sales growth targets. The drug company's consumer business, in particular, could struggle to reach the goal of 5%-10% topline growth, JPMorgan says, with statins looking unlikely to go over the counter. Perrigo's leading position in the private-label OTC market is a plus, along with its European expansion through the Omega deal completed earlier this year, but JPMorgan expects Perrigo will see sales growth in the mid single digits--the lower end of its topline guidance range--unless it turns to dealmaking of its own. JPMorgan rates Perrigo neutral. (jonathan.rockoff@wsj.com; @jonathanrockoff)

11:00 ET - Caterpillar (CAT) is eager to reassure shareholders it won't get burned on equipment leased to customers in China even as the economy cools there. CAT Financial Services President Kent Adams said during a conference call yesterday that the company keeps tabs on the position of machinery electronically through its Product Link system. "If a customer falls behind, we have the ability to derate the engine or turn the engine off, and we've set up a legal presence in all of the provinces of China." He added CAT also has conservative payment terms in China "because it's still a developing market from a rule-of-law standpoint." (bob.hagerty@wsj.com)

1549 GMT - The future of big sugar industry projects in Australia hinges on the fate of the broader resources sector, says Lindsay Jolly, an International Sugar Organization economist, at an ISO event in London. There are "real questions" over whether the Ord River, Pentland and Etheridge projects -- which would add big mills and energy generation facilities -- will happen, he says. As well as a higher global sugar price, the projects are reliant on new infrastructure that will only be built if more mines get the go-ahead, he says. (ed.ballard@wsj.com)

(END) Dow Jones Newswires

November 18, 2015 11:38 ET (16:38 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | cwrkpa : Workers Pay | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002ia

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update**

**BY** By Don Clark

**WC** 406 words

**PD** 18 November 2015

**ET** 05:52

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A spokesman for KFTC said they can't comment on ongoing investigations.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 05:52 ET (10:52 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi0014d

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

| | |
|---|---|
| HD | **Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report** |
| WC | 295 words |
| PD | 18 November 2015 |
| SN | M2 Presswire |
| SC | MTPW |
| LA | English |
| CY | © 2015, M2 Communications. All rights reserved. |

**LP**

SAN DIEGO — Qualcomm Incorporated today confirmed that it has recently received the Korea Fair Trade Commission's staff-generated Case Examiner's Report (ER), which commences a process that affords Qualcomm the ability to respond to allegations and defend itself. The ER alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law. The ER proposes remedies including modifications to certain business practices and monetary penalties.

**TD**

The allegations and conclusions contained in the ER are not supported by the facts and are a serious misapplication of law. Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive. Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device.

We intend to vigorously defend ourselves at the Commission hearings and remain hopeful that the Commission will reject the conclusions of the Examiner's Report. We expect the process to take some time. Until then, we intend to continue to invest in leading technologies that drive the industry forward and share those innovations through its licensing program.

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| c133 : Patents \| cgymtr : Intellectual Property Rights \| npress : Press Releases \| c334 : Licensing Agreements \| c33 : Contracts/Orders \| ccat : Corporate/Industrial News \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | usa : United States \| namz : North America |
| PUB | Normans Media Ltd |
| AN | Document MTPW000020151118ebbi009nb |

**NEWSWIRES**
**DOW JONES**

**CLM** Top Stories

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 604 words

**PD** 18 November 2015

**ET** 03:42

**SN** Dow Jones Top News & Commentary

**SC** DJCOMM

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i34411 : Mobile Communications Equipment | i3441 : Telecommunications Technology/Equipment

**NS** c34 : Anti-Competition Issues | ncolu : Columns | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | ribcol : IB Collection | ribtst : IB - Top Stories | redit : Selection of Top Stories/Trends/Analysis | c133 : Patents | cgymtr : Intellectual Property Rights | c12 : Corporate Crime/Legal Action | cinprp : Industrial Property Rights | nfcpex : C&E Executive News Filter | cwrkpa : Workers Pay | c42 : Labor/Personnel

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJCOMM1120151118ebbi006sr

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update**

**BY** By Don Clark

**WC** 617 words

**PD** 18 November 2015

**ET** 13:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 13:00 ET (18:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c33 : Contracts/Orders | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002ol

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm sinks to 52-week low after allegations of antitrust violations in Korea**

**WC** 160 words
**PD** 18 November 2015
**ET** 13:10
**SN** Dow Jones Newswires Chinese (English)
**SC** RTNW
**LA** English
**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Shares of Qualcomm Inc. (QCOM) sank to their 52-week low Wednesday after the chip maker announced that it faces patent-related antitrust allegations in South Korea. "The Examiner's Report alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law," said Qualcomm in a statement posted on its website. The company said it plans to vigorously defend itself against the claims detailed in the report. Qualcomm sank 9.1% to its 52-week low of $48.18 to top the worst decliners in the S&P 500. The stock is down 35% year to date.

-Sue Chang; 415-439-6400; AskNewswires@dowjones.com

**TD**

(END) Dow Jones Newswires

18-11-15 1810GMT

**CO** qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | neqac : Equities Asset Class News | c11 : Plans/Strategy | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c33 : Contracts/Orders | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020151118ebbi000jd



PX333

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update**

**BY** By Don Clark

**WC** 406 words

**PD** 18 November 2015

**ET** 06:07

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A spokesman for KFTC said they can't comment on ongoing investigations.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

 © 2023 Factiva, Inc. All rights reserved.

November 18, 2015 06:07 ET (11:07 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi00124 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update**

**BY** By Don Clark

**WC** 617 words

**PD** 18 November 2015

**ET** 13:15

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 13:15 ET (18:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | nenac : Energy Asset Class News | neqac : Equities Asset Class News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002rs

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

SE Tech

HD **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations; Chip maker it plans to vigorously contest the allegations**

BY By Don Clark

WC 612 words

PD 18 November 2015

ET 13:00

SN The Wall Street Journal Online

SC WSJO

LA English

CY Copyright 2015 Dow Jones & Company, Inc. All Rights Reserved.

LP

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

TD

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a “doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i3441 : Telecommunications Technology/Equipment | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | gcrim : Crime/Courts | c11 : Plans/Strategy | c12 : Corporate Crime/Legal Action | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | asiaz : Asia | apacz : Asia Pacific | easiaz : Eastern Asia

**IPD** Technology

**PUB** Dow Jones & Company, Inc.

**AN** Document WSJO000020151118ebbi001xh

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 598 words

**PD** 18 November 2015

**ET** 11:13

**SN** Dow Jones Top North American Equities Stories

**SC** DJTNAE

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at

**CO** qcom : Qualcomm Incorporated

**IN** i3303 : Networking | iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics | icomp : Computing | i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i3441 : Telecommunications Technology/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | ncolu : Columns | c42 : Labor/Personnel

**RE** asiaz : Asia | russ : Russia | skorea : South Korea | apacz : Asia Pacific | bric : BRICS Countries | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | eurz : Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTNAE1120151118ebbi0007f

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Qualcomm Discloses South Korea Antitrust Charges**

WC 608 words

PD 18 November 2015

ET 11:20

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

TD

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 11:20 ET (16:20 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002cm

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 598 words

**PD** 18 November 2015

**ET** 11:13

**SN** Dow Jones Top Global Market Stories

**SC** DJTGMS

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at

**CO** qcom : Qualcomm Incorporated

**IN** i3303 : Networking | iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics | icomp : Computing | i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i3441 : Telecommunications Technology/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | ncolu : Columns | c42 : Labor/Personnel

**RE** asiaz : Asia | russ : Russia | skorea : South Korea | apacz : Asia Pacific | bric : BRICS Countries | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | eurz : Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTGMS1120151118ebbi000bk

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Discloses South Korea Antitrust Charges**

**WC** 608 words

**PD** 18 November 2015

**ET** 11:35

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 11:35 ET (16:35 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002d1

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

CLM Heard on the Street

HD **Chip-Industry Merger Bash: Why This Party Isn't Over**

BY By Dan Gallagher

WC 531 words

PD 18 November 2015

ET 14:13

SN Dow Jones Top Energy Stories

SC DJTES

LA English

CY Copyright © 2015 Dow Jones & Company, Inc.

LP

All good parties eventually come to an end. But for the one raging in the semiconductor arena, last call still seems a way off.

Investors could be forgiven for thinking otherwise. ON Semiconductor's $2.4 billion deal to acquire Fairchild Semiconductor, announced Wednesday , is just the latest entrant to the chip industry's merger party .

TD

And it has been quite the bash: there have been deals worth more than $120 billion across the sector so far this year, according to Dealogic.

That is far and away the all-time record.

What may give pause to investors hoping the festivities continue: the actual number of deals is low, the fewest since 2005. This means deal size is quite high. In fact, this year has seen 14 deals above $1 billion in value so far, including Avago's record-busting pickup of Broadcom for $37 billion. Average deal size this year is more than three times last year's average, according to Dealogic.

That would suggest the merger wave could be peaking. One reason: Many of the industry's biggest players are now busy absorbing their latest acquisitions.

But there may be at least a few more to come . Reports over the past month have indicated both Texas Instruments and Analog Devices are eyeing Maxim Integrated, which sports a market value of about $11.2 billion.

Qualcomm, with about $20 billion in net cash and a pressing need to diversify from its dependence on modem chips for smartphones, just hired a former stock analyst to run M&A for the company. In a report this week, Christopher Danley of Citigroup named Xilinx as an attractive target to a buyer like Qualcomm. Xilinx has a market value of just over $12 billion.

And another deep-pocketed buyer is itching to get into the deals party. The chairman of Tsinghua Unigroup, a state-owned entity based in China, told Reuters earlier this week that the company plans to spend the equivalent of $47 billion over the next five years to build up its chip business. The group reportedly made a bid for Micron earlier this year in the $23 billion range, but that price appears to have been insufficient to lure the memory chip maker to the table.

Cheap debt is also feeding the party. ON Semiconductor already had a net debt position of about $850 million, and plans to issue $2.4 billion of new debt to fund its merger. Avago and Intel are also funding a significant portion of their acquisitions with debt.

True, the U.S. Federal Reserve looks likely to raise interest rates in December. Even then, though, rates will be at very low levels and the Fed isn't likely to set upon a swift rate-increase path.

And valuations aren't insane—yet. The PHLX Semiconductor Index is still down about 4% for the year, and currently trades at a forward price/earnings multiple that is around its five-year average.

For now, the chip industry's merger punch bowl is still looking half full.

Write to Dan Gallagher at

**CO** adev : Analog Devices Inc | avagt : Avago Technologies Inc | bcomnj : Broadcom Corporation | fairsm : Fairchild Semiconductor International Inc | intl : Intel Corporation | mict : Micron Technology Inc | mxprod : Maxim Integrated Products Inc | scghld : ON Semiconductor Corp | qcom : Qualcomm Incorporated | txsil : Texas Instruments Inc | xiln : Xilinx Inc

**IN** icph : Computer Hardware | iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics | icomp : Computing | iintcir : Integrated Circuits | i342 : Electrical Components/Equipment

**NS** cactio : Corporate Actions | c181 : Acquisitions/Mergers/Shareholdings | c18 : Ownership Changes | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | cmerg : Mergers | ncolu : Columns | nhrd : Heard on the Street | npda : DJ Exclusive Analysis - All | npred : Economic Predictions/Forecasts | cacqu : Acquisitions/Mergers

**RE** namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTES11020151118ebbi0007x

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **Qualcomm shares tumble on South Korean antitrust probe**

**BY** Richard Waters in San Francisco

**WC** 481 words

**PD** 18 November 2015

**ET** 16:54

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2015 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Qualcomm's shares tumbled nearly 10 per cent on Wednesday, hitting a four-year low, after it revealed that antitrust authorities in South Korea had become the first to challenge a core aspect of its technology licensing practices.

The regulatory setback was the second blow this month to the US mobile chip company's high-margin licensing business. It had already revealed problems in negotiating new licensing deals with some handset makers in China, following the settlement earlier this year of an antitrust case there. Together, the two have wiped $20bn from its stock market value, adding to pressure on the company at a time when activist investor Jana Partners has already called on it to consider a break-up.

**TD**

A staff-level report from the Korea Fair Trade Commission has concluded that a number of Qualcomm's practices violate the country's competition law, the company said late on Tuesday. These include its insistence on calculating its licence fee on the overall cost of a mobile device, rather than just the chips using its technology.

"Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device," the company said in a statement.

Untying chip licensing fees from the overall cost of a handset could make it harder for Qualcomm to justify its royalty rates and open the door to other regulators to mount similar challenges, said one antitrust lawyer familiar with the case.

Qualcomm claimed the allegations and conclusions in the staff report were "not supported by the facts and are a serious misapplication of law". It said it would contest the conclusions, which had yet to be confirmed by the commission.

"Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive," it said.

The antitrust challenge in Korea, like the earlier one in China, appeared to be provoked partly by concerns about the impact of Qualcomm's licensing on local tech companies, said Patrick Moorhead, a US chip industry analyst. "This could very well be driven by Samsung," he said, given that the Korean company is one of Qualcomm's biggest competitors.

Qualcomm's share of the intellectual property in 4G mobile communications is lower than in previous generations. However, phones are still shipped with earlier versions of the technology to make them compatible with older networks, leaving the company with considerable influence over mobile

communications licensing. “What this is about is, people don’t like that Qualcomm has such a big share of the [IP] stack,” Mr Moorhead said.

The company is also facing antitrust investigations in the US and Europe.

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | c1522 : Share Price Movement/Disruptions | c15 : Financial Performance | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020151118ebbi008y9

 © 2023 Factiva, Inc. All rights reserved.

MarketWatch

| | |
|---|---|
| **CLM** | The Wall Street Journal |
| **SE** | News & Commentary |
| **HD** | **Qualcomm says South Korea recommends fine for alleged antitrust violations; Chip maker says findings 'are not supported by the facts and are a serious misapplication of law'** |
| **BY** | Don Clark |
| **WC** | 231 words |
| **PD** | 18 November 2015 |
| **ET** | 13:41 |
| **SN** | MarketWatch |
| **SC** | MRKWC |
| **LA** | English |
| **CY** | Copyright 2015 MarketWatch, Inc. All Rights Reserved. |

**LP**

Chip maker says findings 'are not supported by the facts and are a serious misapplication of law'

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

**TD**

The company (QCOM, US) said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

An expanded version of this report appears at WSJ.com.

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ncolu : Columns \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **IPD** | News & Commentary |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document MRKWC00020151118ebbi00335 |

REUTERS

HD **BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,**

WC 1,043 words

PD 18 November 2015

ET 13:03

SN Reuters News

SC LBA

LA English

CY Copyright 2015 Thomson Reuters. All Rights Reserved.

LP

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s ) Wall Street was higher on Wednesday, boosted by Apple and healthcare stocks, as investors treaded water ahead of minutes from the Federal Reserve's October meeting that could help clarify the central bank's position on a December rate hike. The Dow Jones industrial average was up 0.75 percent at 17,621.21, and the S&P 500 was up 0.75 percent at 2,065.79.

** APPLE INC, $116.5038, +2.48 pct

TD

Goldman Sachs added Apple to its list of top picks in the Americas, saying that the iPhone maker's shares have the potential to rise as much as 43 pct from current levels.

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, $19.39, +8.45 pct

** ON SEMICONDUCTOR CORP, $9.905, -7.77 pct

ON Semiconductor said it would buy the chipmaker in a $2.4 billion deal, the latest in a rapidly consolidating semiconductor industry.

** LOWE'S COS INC, $72.73, -0.16 pct

The No.2 U.S. home improvement chain reported better-than-expected quarterly profit and sales at stores open at least a year, as people spent more on home improvement amid a strong recovery in the U.S. housing market.

** TARGET CORP, $69.12, -5.20 pct

The U.S. retailer reported slower growth in online sales and said gross margins fell slightly because of reimbursement pressure in its pharmacy operations.

** QUALCOMM INC, $48.43, -8.59 pct

The chipmaker said it received communication from Korea Fair Trade Commission, alleging that the company violated South Korean competition law.

** STAR BULK CARRIERS CORP,$0.9702, -20.48 pct

** SCORPIO BULKERS INC,$0.9301, -19.12 pct

** DIANA SHIPPING INC,$4.89, -6.68 pct

Deutsche Bank downgraded the stocks to "hold" and cut their price targets, saying improvement in rates expected at the year-end had not materialized.

** MAXIM INTEGRATED PRODUCTS,$39.545, +2.21 pct

Israeli specialty chip maker TowerJazz has agreed to buy Maxim Integrated Products' wafer manufacturing plant in San Antonio, Texas for $40 million in an all-share transaction.

** CONAGRA FOODS INC, $41.15, +4.55 pct

Slim Jim beef jerky and Chef Boyardee pasta maker said it would spin off its Lamb Weston frozen potato products business into separate public company and rename itself Conagra Brands Inc.

** GOPRO INC, $19.2501, -7.76 pct

Piper Jaffray cut its price target on the wearable camera maker's shares, saying the company may not be able to maintain current margin expectations as selective price reductions were becoming more evident.

** SOLARCITY'S SHARES, $26.58, +2.23 pct

The top U.S. solar installer said PE firm Silver Lake would invest $100 million in the company and SolarCity Chairman Elon Musk and CEO Lyndon Rive would invest another $13 million.

** FARO TECHNOLOGIES,$29.9708, +7.65 pct

Canaccord Genuity upgraded the 3D imaging systems maker's stock to "buy" from "hold", saying "recent weak performance was due to transitory issues that are likely to improve in the coming quarters".

** RADA ELECTRONIC INDUSTRIES LTD,$0.44, -33.33 pct

The Israel-based defense contractor said its quarterly revenue fell 31 percent due to delays in "securing several large avionic product orders".

** AMN HEALTHCARE SERVICES INC, $30.34, +2.88 pct

The healthcare staffing company said it would acquire B.E. Smith, a privately held company that provides healthcare staffing and executive search services, for $160 million.

** VIPSHOP HOLDINGS LTD, $14.1, +12.53 pct

The online discount retailer reported quarterly profit that more than doubled and said it would buy back up to $300 million of its American depositary shares.

** STAPLES INC, $11.88, -4.58 pct

The office supplies retailer reported lower-than-expected quarterly sales, hurt by lower demand for products such as technology accessories and ink and toner.

** CITRIX SYSTEMS INC, $71.48, -8.85 pct

The cloud computing software maker, under pressure from activist hedge fund Elliott Management, said it would spin off its GoTo business into a listed company and cut more than 10 percent of its workforce prompting at least four brokerages to adjust their views on the stock.

** BLUEBIRD BIO INC, $83.1, +4.38 pct

Goldman Sachs started coverage of the stock with a "buy" rating and a price target of $165, saying "current share levels represent an attractive entry point, as we believe fundamentals of the company are intact".

** ANAVEX LIFE SCIENCES, $5.3792, +66.02 pct

The company said it will study experimental Alzheimer's treatment, ANAVEX 2-73, in a large study based on guidance from the U.S. FDA.

** NORFOLK SOUTHERN CORP, $92.01, +5.80 pct

The U.S. railroad operator rejected a $28.4 billion acquisition offer by Canadian Pacific Railway Ltd on Tuesday, calling it "low-premium" and warning it would face significant regulatory hurdles.

** SOUFUN HOLDINGS LTD, $7.11, -4.56 pct

The Chinese property website operator posted a bigger quarterly loss as cost of services increased to $188.5 million from $48.8 million mainly due to increased staff, e-commerce costs and higher home decorating expenses.

** JACK IN THE BOX INC, $73.75, +5.37 pct

The hamburger restaurant chain reported better-than-expected quarterly same-store sales growth besides setting 2016 profit forecast above analyst expectations.

** TASER INTERNATIONAL INC, $18.45, +10.08 pct

Brokerage Ladenburg Thalmann upgraded the stock to "buy", saying the company's investment in smaller video products business can produce steady stream of revenue.

** ARAMARK, $32.09, +8.34 pct

The customer service business reported better-than-expected quarterly sales, helped by new accounts in the education business besides raising regular quarterly dividend by 10 percent.

** CAREDX INC,$6.2, +27.84 pct

Centers for Medicare and Medicaid Services (CMS) revised pricing determination for the molecular diagnostics company's device AlloMap for 2016 to $2,821. (Reporting by Nikhil Subba in Bengaluru; Editing by Anil D'Silva)

**RF** Released: 2015-11-21T18:03:45.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | goproz : GoPro, Inc | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | i81401 : Central Banking | i951 : Health Care/Life Sciences | i814 : Banking | ibnk : Banking/Credit | ifinal : Financial Services | itech : Technology | i34531 : Semiconductors | i3733 : Photographic Equipment | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilgood : Leisure/Travel Goods

**NS** ccat : Corporate/Industrial News | reqrcm : Suggested Reading Computers | redit : Selection of Top Stories/Trends/Analysis | reqr : Suggested Reading Industry News

**RE** usa : United States | meastz : Middle East | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151118ebbi00o89

REUTERS

HD **BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,**

WC 854 words

PD 18 November 2015

ET 11:34

SN Reuters News

SC LBA

LA English

CY Copyright 2015 Thomson Reuters. All Rights Reserved.

LP

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s ) Gains in Apple shares and energy stocks boosted Wall Street on Wednesday as investors awaited the release of minutes from the Federal Reserve's October meeting that were likely to underpin expectations of an interest rate hike next month. The Dow Jones industrial average was up 0.73 percent at 17,616.97, and the S&P 500 was up 0.72 percent at 2,065.16.

** APPLE INC, $117.08, +2.98 pct

TD

Goldman Sachs added Apple to its list of top picks in the Americas, saying that the iPhone maker's shares have the potential to rise as much as 43 pct from current levels.

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, $19.42, +8.61 pct

** ON SEMICONDUCTOR CORP, $9.615, -10.47 pct

ON Semiconductor said it would buy the chipmaker in a $2.4 billion deal, the latest in a rapidly consolidating semiconductor industry.

** LOWE'S COS INC, $72.56, -0.40 pct

The No.2 U.S. home improvement chain reported better-than-expected quarterly profit and sales at stores open at least a year, as people spent more on home improvement amid a strong recovery in the U.S. housing market.

** TARGET CORP, $69.29, -4.97 pct

The U.S. retailer reported slower growth in online sales and said gross margins fell slightly because of reimbursement pressure in its pharmacy operations.

** QUALCOMM INC, $48.69, -8.10 pct

The chipmaker said it received communication from Korea Fair Trade Commission, alleging that the company violated South Korean competition law.

** CONAGRA FOODS INC, $41.025, +4.23 pct

Slim Jim beef jerky and Chef Boyardee pasta maker said it would spin off its Lamb Weston frozen potato products business into separate public company and rename itself Conagra Brands Inc.

** GOPRO INC, $19.37, -7.19 pct

Piper Jaffray cut its price target on the wearable camera maker's shares, saying the company may not be able to maintain current margin expectations as selective price reductions were becoming more evident.

** SOLARCITY'S SHARES, $27.04, +4.00 pct

The top U.S. solar installer said PE firm Silver Lake would invest $100 million in the company and SolarCity Chairman Elon Musk and CEO Lyndon Rive would invest another $13 million.

** AMN HEALTHCARE SERVICES INC, $30.76, +4.31 pct

The healthcare staffing company said it would acquire B.E. Smith, a privately held company that provides healthcare staffing and executive search services, for $160 million.

** VIPSHOP HOLDINGS LTD, $13.66, +9.02 pct

The online discount retailer reported quarterly profit that more than doubled and said it would buy back up to $300 million of its American depositary shares.

** STAPLES INC, $11.885, -4.54 pct

The office supplies retailer reported lower-than-expected quarterly sales, hurt by lower demand for products such as technology accessories and ink and toner.

** CITRIX SYSTEMS INC, $71.7582, -8.50 pct

The cloud computing software maker, under pressure from activist hedge fund Elliott Management, said it would spin off its GoTo business into a listed company and cut more than 10 percent of its workforce prompting at least four brokerages to adjust their views on the stock.

** BLUEBIRD BIO INC, $83.6007, +5.01 pct

Goldman Sachs started coverage of the stock with a "buy" rating and a price target of $165, saying "current share levels represent an attractive entry point, as we believe fundamentals of the company are intact".

** ANAVEX LIFE SCIENCES, $5.65, +74.38 pct

The company said it will study experimental Alzheimer's treatment, ANAVEX 2-73, in a large study based on guidance from the U.S. FDA.

** NORFOLK SOUTHERN CORP, $92.98, +6.91 pct

The U.S. railroad operator rejected a $28.4 billion acquisition offer by Canadian Pacific Railway Ltd on Tuesday, calling it "low-premium" and warning it would face significant regulatory hurdles.

** SOUFUN HOLDINGS LTD, $7.13, -4.30 pct

The Chinese property website operator posted a bigger quarterly loss as cost of services increased to $188.5 million from $48.8 million mainly due to increased staff, e-commerce costs and higher home decorating expenses.

** JACK IN THE BOX INC, $71.46, +2.10 pct

The hamburger restaurant chain reported better-than-expected quarterly same-store sales growth besides setting 2016 profit forecast above analyst expectations.

** TASER INTERNATIONAL INC, $18.45, +10.08 pct

Brokerage Ladenburg Thalmann upgraded the stock to "buy", saying the company's investment in smaller video products business can produce steady stream of revenue.

** ARAMARK, $32, +8.04 pct

The customer service business reported better-than-expected quarterly sales, helped by new accounts in the education business besides raising regular quarterly dividend by 10 percent. (Reporting by Nikhil Subba in Bengaluru; Editing by Anil D'Silva)

 © 2023 Factiva, Inc. All rights reserved.

**RF** Released: 2015-11-21T16:34:42.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | goproz : GoPro, Inc | qcom : Qualcomm Incorporated

**IN** i3454 : Personal Electronics | icomp : Computing | i3302 : Computers/Consumer Electronics | ielec : Consumer Electronics | itech : Technology | i34531 : Semiconductors | i3733 : Photographic Equipment | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilgood : Leisure/Travel Goods

**NS** cspin : Demergers | reqrcm : Suggested Reading Computers | c02 : Corporate Changes | c11 : Plans/Strategy | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | cncc : New Companies Creation | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis | reqr : Suggested Reading Industry News | cdiv : Divestments

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151118ebbi00lwy

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BUZZ-Qualcomm Inc: Korea regulator alleges competition law violation**

**WC** 151 words

**PD** 18 November 2015

**ET** 09:49

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

** Chipmaker's shares down 5.7 pct at $49.95

** Stock falls as much as 6.8 pct to over 4-year low of $49.40, is biggest drag on S&P 500 index

**TD**

** Qualcomm said on Tuesday it received communication from Korea Fair Trade Commission alleging company violated South Korean competition law

** Company said regulator alleged "practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property" violates law

** Commission seeking modifications to some of company's business practices and penalties

** Qualcomm denies allegations, says it will "vigorously defend" itself

** Company agreed in February to pay $975 mln fine to end 14-month Chinese government investigation into anti-competitive practices

** Up to Tuesday's close, stock had fallen about 29 pct this year

**RF** Released: 2015-11-21T14:49:58.000Z

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** crbrea : Regulatory Breach | ginda : Independent Advisory Bodies | gcrim : Crime/Legal Action | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151118ebbi00jah

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,**

**WC** 643 words

**PD** 18 November 2015

**ET** 10:27

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s ) Wall Street was led higher by Apple and energy stocks, ahead of the release of the minutes of the Federal Reserve's October meeting which are likely to underpin expectations of an interest rate increase next month. The Dow Jones industrial average was up 0.62 percent at 17,597.33, and the S&P 500 was up 0.59 percent at 2,062.59.

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, $19.425, +8.64 pct

**TD**

** ON SEMICONDUCTOR CORP, $9.79, -8.85 pct

ON Semiconductor said it would buy the chipmaker in a $2.4 billion deal, the latest in a rapidly consolidating semiconductor industry.

** APPLE INC, $117.24, +3.12 pct

Goldman Sachs added Apple to its list of top picks in the Americas, saying that the iPhone maker's shares have the potential to rise as much as 43 pct from current levels.

** LOWE'S COS INC, $72.33, -0.71 pct

The No.2 U.S. home improvement chain reported better-than-expected quarterly profit and sales at stores open at least a year, as people spent more on home improvement amid a strong recovery in the U.S. housing market.

** QUALCOMM INC, $49.7453, -6.11 pct

The chipmaker said it received communication from Korea Fair Trade Commission, alleging that the company violated South Korean competition law.

** CONAGRA FOODS INC, $40.95, +4.04 pct

Slim Jim beef jerky and Chef Boyardee pasta maker said it would spin off its Lamb Weston frozen potato products business into separate public company and rename itself Conagra Brands Inc.

** GOPRO INC, $18.935, -9.27 pct

Piper Jaffray cut its price target on the wearable camera maker's shares, saying the company may not be able to maintain current margin expectations as selective price reductions were becoming more evident.

** STAPLES INC, $12.12, -2.65 pct

The office supplies retailer reported lower-than-expected quarterly sales, hurt by lower demand for products such as technology accessories and ink and toner.

** CITRIX SYSTEMS INC, $73, -6.91 pct

The cloud computing software maker, under pressure from activist hedge fund Elliott Management, said it would spin off its GoTo business into a listed company and cut more than 10 percent of its workforce prompting at least four brokerages to adjust their views on the stock.

** BLUEBIRD BIO INC, $83.69, +5.13 pct

Goldman Sachs started coverage of the stock with a "buy" rating and a price target of $165, saying "current share levels represent an attractive entry point, as we believe fundamentals of the company are intact".

** ANAVEX LIFE SCIENCES, $4.36, +34.57 pct

The company said it will study experimental Alzheimer's treatment, ANAVEX 2-73, in a large study based on guidance from the U.S. FDA.

** NORFOLK SOUTHERN CORP, $92.14, +5.94 pct

The U.S. railroad operator rejected a $28.4 billion acquisition offer by Canadian Pacific Railway Ltd on Tuesday, calling it "low-premium" and warning it would face significant regulatory hurdles.

** SOUFUN HOLDINGS LTD, $7.2, -3.36 pct

The Chinese property website operator posted a bigger quarterly loss as cost of services increased to $188.5 million from $48.8 million mainly due to increased staff, e-commerce costs and higher home decorating expenses.

** JACK IN THE BOX INC, $71.715, +2.46 pct

The hamburger restaurant chain reported better-than-expected quarterly same-store sales growth besides setting 2016 profit forecast above analyst expectations. (Reporting by Nikhil Subba in Bengaluru; Editing by Anil D'Silva)

**RF** Released: 2015-11-21T15:27:42.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | goproz : GoPro, Inc | qcom : Qualcomm Incorporated

**IN** i3454 : Personal Electronics | icomp : Computing | i3302 : Computers/Consumer Electronics | ielec : Consumer Electronics | itech : Technology | i34531 : Semiconductors | i3733 : Photographic Equipment | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilgood : Leisure/Travel Goods

**NS** cspin : Demergers | c02 : Corporate Changes | c11 : Plans/Strategy | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | cncc : New Companies Creation | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | cdiv : Divestments

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151118ebbi00jzm

 © 2023 Factiva, Inc. All rights reserved.

HD **Handheld Launches Its First Ultra-Rugged Android Tablet -- the Best-in-Class ALGIZ RT7; Powered by a Qualcomm Snapdragon chipset for processing speed, ultra-fast connectivity and long battery life**

CR Handheld Group; PR Newswire

WC 609 words

PD 18 November 2015

ET 02:30

SN PR Newswire Asia

SC PRNASI

LA English

CY Copyright © 2015 PR Newswire Association LLC. All Rights Reserved.

LP

LIDKOPING, Sweden, Nov. 18, 2015 /PRNewswire/ -- Handheld Group , a leading manufacturer of rugged mobile computers, today announced the launch of its new Android tablet, the ALGIZ RT7. The ALGIZ RT7 is a powerful, lightweight and ergonomic 7-inch tablet designed for reliable performance in demanding environments.

To view the Multimedia News Release, please click:

TD

http://www.multivu.com/players/English/7688851-handheld-ultra-rugged-android-tablet/

The Algiz RT7 , which runs Android 5.1.1 (Lollipop), provides a wide range of features and exceptional value to mobile workforces. It's fully rugged, meeting stringent MIL-STD-810G U.S. military standards for protection against drops, vibrations and extreme temperatures, and its IP65 rating means that it's waterproof as well as fully sealed against sand and dust. Weighing just 650 grams, the Algiz RT7 is designed for mobility.

Industry-leading technology from Qualcomm - an MSM8916 (Snapdragon) chipset and 1.2 GHz quad-core processor - powers the Algiz RT7 for impressive processing speed, ultra-fast connectivity and long battery life. The Algiz RT7 comes standard with LTE data and voice capabilities as well as 802.11 b/g/n WLAN, BT Class 1 and Class 2, and NFC functionality. It also boasts dual cameras (8-megapixel rear-facing and 2-megapixel front-facing), as well as dual SIM card slots. The unit comes with a built-in accelerometer, gyroscope and e-compass and a stand-alone u-blox GPS receiver for navigation.

Designed for the mobile worker, the Algiz RT7 sports a high-brightness 7-inch outdoor-viewable capacitive display that can handle true outdoor challenges. Battery performance is key for any mobile application, and the Algiz RT7 comes with a long-life 3.7V 6000mAh lithium-ion battery. Four programmable buttons allow users to launch and use applications in the field. To enhance data capture, users can choose an optional 2D imager or RFID plus 2D imager.

"Our new Algiz RT7 offers enterprises an exceptional value and is a highly requested product from both our end users and our extensive partner network," says Jerker Hellstrom, Handheld Group CEO. "This ultra-rugged tablet delivers best-in-class performance to assist fieldworkers in their daily tasks. The Algiz RT7 is built for tough environments and delivers a streamlined Android experience with power and features appropriate for market demands."

The Algiz RT7 can be ordered immediately. Shipping will start in December with volume deliveries starting January 2016.

Helpful links

ALGIZ RT7 product specifications

ALGIZ RT7 press images

Events showing the ALGIZ RT7



PX333

About Handheld Group

Handheld product lineup

What does rugged mean?

Tweet this: Handheld launches its first ultra-rugged Android tablet - the best-in-class Algiz RT7 www.handheldgroup.com/RT7

About Handheld

The Handheld Group is a manufacturer of rugged mobile computers, PDAs and tablets. Handheld and its partners worldwide deliver complete mobility solutions to businesses with mobile workers in outdoor or industrial environments. The Handheld Group of Sweden has local offices in Finland, the U.K., the Netherlands, Italy, Germany, Switzerland, Australia and the USA. For more information, please see www.handheldgroup.com

(Photo: http://photos.prnewswire.com/prnh/20151111/286188 )

Video:

http://www.multivu.com/players/English/7688851-handheld-ultra-rugged-android-tablet/

http://rt.prnewswire.com/rt.gif?NewsItemId=EN60535&Transmission_Id=201511180230PR_NEWS_ASPR____EN60535&DateId=20151118

**CT** Sofia Lofblad, Marketing Director, Handheld Group, Sweden: +46-510-54-71-70, Amy Urban, Marketing Director, Handheld-US, USA: +1-541-752-0319

**CO** goog : Alphabet Inc. | qcom : Qualcomm Incorporated

**IN** itablcm : Tablet Computers | i3302011 : Portable Computers | i3302 : Computers/Consumer Electronics | i3454 : Personal Electronics | icomp : Computing | icph : Computer Hardware | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | i8395464 : Internet Search Engines | iindele : Industrial Electronics | iindstrls : Industrial Goods | iint : Online Service Providers

**NS** c22 : New Products/Services | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** swed : Sweden | eecz : European Union Countries | eurz : Europe | nordz : Nordic Countries | scandz : Scandinavia

**IPD** Handheld-Group

**IPC** HRD

**PUB** PR Newswire Association, Inc.

**AN** Document PRNASI0020151118ebbi000rt

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | ***Qualcomm Discloses South Korea Antitrust Charges** |
| WC | 48 words |
| PD | 17 November 2015 |
| ET | 20:36 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | |

17 Nov 2015 20:36 ET *Qualcomm Says Suggested Penalties Include Monetary Damages

17 Nov 2015 20:36 ET *Qualcomm Vows to Vigorously Defend Itself in South Korea

TD

(MORE TO FOLLOW) Dow Jones Newswires

November 17, 2015 20:36 ET (01:36 GMT)

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| PUB | Dow Jones & Company, Inc. |
| AN | Document DJDN000020151118ebbi0002q |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | ***World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm and** |
| WC | 33 words |
| PD | 18 November 2015 |
| ET | 02:56 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | |

(MORE TO FOLLOW) Dow Jones Newswires

November 18, 2015 02:56 ET (07:56 GMT)

| | |
|---|---|
| CO | ratel : Vodafone Group PLC \| qcom : Qualcomm Incorporated |
| IN | i7902 : Telecommunication Services \| i79022 : Wireless Telecommunications Services \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| RE | eurz : Europe |
| PUB | Dow Jones & Company, Inc. |
| AN | Document DJDN000020151118ebbi000pm |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Says Suggested Penalties Include Monetary Damages** |
| **WC** | 31 words |
| **PD** | 17 November 2015 |
| **ET** | 20:41 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>November 17, 2015 20:36 ET (01:36 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>18-11-15 0141GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151118ebbi00028 |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Vows to Vigorously Defend Itself in South Korea** |
| **WC** | 33 words |
| **PD** | 17 November 2015 |
| **ET** | 20:42 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>November 17, 2015 20:36 ET (01:36 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>18-11-15 0142GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151118ebbi00029 |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Discloses South Korea Antitrust Charges** |
| WC | 30 words |
| PD | 17 November 2015 |
| ET | 20:38 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>November 17, 2015 20:36 ET (01:36 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>18-11-15 0138GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151118ebbi00023 |

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 11/17/2015 to 11/18/2015 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 42 |
| Timestamp | 5 June 2023 11:46 |

**Qualcomm Incorporated**

**Appendix 3 – News Stories (New Terms List)**

**11.17.2015-11.18.2015**

DOW JONES

Unigroup to invest $47b for No 3 slot ....3

Chinese group to build chip empire ....5

Xilinx Most Likely Next Chip Target, Says Citi; Qualcomm Could Acquire ....7

Review: A Single Gadget to End Your Charging Headaches ....8

Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report ....11

MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog ....13

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....15

MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog ....17

MediaTek: Will China's Tsinghua Buy A Stake? ....19

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....20

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....22

World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm ....24

Press Release: World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm ....27

Andreessen Horowitz Launches $200M Bio-Computer Fund, Hires Ex-Stanford Prof ....31

Qualcomm Refutes Korean Accusations; Bernstein Sees Investor ‘Angst’ ....32

Qualcomm's Licensing Formula Targeted -- Market Talk ....33

Qualcomm's Licensing Formula Targeted -- Market Talk ....34

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update ....37

Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report ....39

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....40

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update ....42

Qualcomm sinks to 52-week low after allegations of antitrust violations in Korea ....44

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update ....45

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update ....47

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations; Chip maker it plans to vigorously contest the allegations ....49

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....51

Qualcomm Discloses South Korea Antitrust Charges ....53

Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations ....55

Qualcomm Discloses South Korea Antitrust Charges ....57

 © 2023 Factiva, Inc. All rights reserved.

Chip-Industry Merger Bash: Why This Party Isn't Over ..... 59

Qualcomm shares tumble on South Korean antitrust probe ..... 61

Qualcomm says South Korea recommends fine for alleged antitrust violations; Chip maker says findings ‘are not supported by the facts a... ..... 63

BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro, ..... 64

BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro, ..... 67

BUZZ-Qualcomm Inc: Korea regulator alleges competition law violation ..... 70

BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro, ..... 71

Handheld Launches Its First Ultra-Rugged Android Tablet -- the Best-in-Class ALGIZ RT7; Powered by a Qualcomm Snapdragon chipset for... ..... 73

*Qualcomm Discloses South Korea Antitrust Charges ..... 75

*World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm and ..... 76

Qualcomm Says Suggested Penalties Include Monetary Damages ..... 77

Qualcomm Vows to Vigorously Defend Itself in South Korea ..... 78

Qualcomm Discloses South Korea Antitrust Charges ..... 79

 © 2023 Factiva, Inc. All rights reserved.

CHINADAILY

**HD** **Unigroup to invest $47b for No 3 slot**

**BY** Gao Yuan
**WC** 399 words
**PD** 17 November 2015
**SN** China Daily
**SC** CHNDLY
**PG** 13
**LA** English
**CY** Copyright 2015 China Daily Information Company. All rights reserved.

**LP**

Tsinghua Unigroup Ltd plans to invest 300 billion yuan ($47 billion) over the next five years in a bid to become the world's third-biggest chipmaker, Zhao Weiguo, chairman of the Chinese technology conglomerate, said on Monday.

Zhao said the company, controlled by Beijing-based Tsinghua University, was in talks with a United States company involved in the chip industry. A deal could be reached as early as the end of this month, he said.

**TD**

However, buying a majority stake in the US firm was unlikely as it was too "sensitive" for the US government, Zhao said without disclosing any further details.

"If you can't be among the top three giants, it will be very hard to develop your business in the chip industry," Zhao told Reuters.

"The next five years are key... There is an enormous market out there."

Currently, Qualcomm Inc holds the No 3 position in the global chip rankings, behind Samsung Electronics Co Ltd and market leader Intel Corp, which has a market capitalization of $151.5 billion.

When China Daily reached out to Unigroup for the "top three" comment, a public relations officer tried to avoid direct comparison with Qualcomm, saying "a leading global chip vendor" would be more in line with the company's strategy.

The ambitious investment plan of Unigroup comes amid a campaign to boost local chip development and manufacturing industry led by the central government.

The Ministry of Industry and Information Technology said earlier the sector will be a key focus for technology development in the country's next five-year plan which kicks off next year.

In August, the company made an informal $23 billion takeover offer for US vendor Micron Technology Inc, but failed to reach a deal.

Gene Cao, a senior analyst at consultancy Forrester Research Inc, said Unigroup is trying hard to realize its long-time ambition in semiconductor industry as China looks for a strong local chip designer and manufacturer to shake off dependence on overseas giants.

China spent roughly 1.8 trillion yuan importing integrated circuits in 2014. The amount was higher than the country's expense on importing crude oil.

Unigroup's Zhao said he believes overseas acquisitions will speed up the growth of local chip-making industry.

Ma Si and Reuters contributed to this story.

gaoyuan@chinadaily.com.cn

| | |
|---|---|
| **CO** | intl : Intel Corporation \| qcom : Qualcomm Incorporated \| tsghuu : Tsinghua University \| tsnghh : Tsinghua Holdings Company Limited |
| **IN** | i34531 : Semiconductors \| i8396 : Diversified Holding Companies \| ibcs : Business/Consumer Services \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c11 : Plans/Strategy \| ccat : Corporate/Industrial News |
| **RE** | usa : United States \| china : China \| apacz : Asia Pacific \| asiaz : Asia \| bric : BRICS Countries \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | China Daily Information Company |
| **AN** | Document CHNDLY0020151116ebbh0002v |

Bangkok Post

SE topstories

HD **Chinese group to build chip empire**

BY Paul CarstenYimou Lee
WC 660 words
PD 17 November 2015
SN Bangkok Post
SC BKPOST
LA English
CY (c) 2015. The Post Publishing Public Company Limited. All Rights Reserved.

LP

Tsinghua Unigrouptargets No. 3 spot

BEIJING/HONG KONG: China's Tsinghua Unigroup Co Ltd plans to invest 300 billion yuan ($47 billion) over the next five years in a bid to become the world's third-biggest chipmaker.

TD

Zhao Weiguo, chairman of the state-backed technology conglomerate, also told Reuters in an interview in Beijing that the company controlled by Tsinghua University, which counts President Xi Jinping among its alumni, was in talks with a US-based company involved in the chip industry.

A deal could be finalised as early as the end of this month, he said.

Zhao declined to give more details but said buying a majority stake was unlikely as it was too "sensitive" for the US government.

"If you can't be the top-three giant, it will be very hard to develop your business in the chip industry," hesaid, citing reports that China imported more chips than crude oil every year. "The next five years is key... There is an enormous market out there."

Currently, Qualcomm Inc holds the No. 3 position in the global chip rankings, behind Samsung Electronics Co Ltd and market leader Intel Corp, which has a market capitalisation of $151.5 billion.

The sheer size of Tsinghua Unigroup's planned investments is almost equal to Intel's $50 billion chip revenue last year and could disrupt the NAND chip industry.

The top five chipmakers control more than 90% of the global NAND chip market after years of boom-and-bust squeezed out smaller players.

Tsinghua Unigroup's investment drive comes after a two-year deal-making campaign to bolster China's fledgling chip industry, seen as a strategic priority for the Chinese government.

Beijing is keen to end China's reliance on foreign semiconductors as it seeks to build a modern, digitised armed forces capable of matching other advanced militaries.

It has also attached strategic importance to the development of domestic semiconductor, server and networking equipment industries amid fears of foreign cyberspying.

Tsinghua Unigroup has spent more than $9.4 billion making acquisitions and investments at home and abroad over the past two years, including the purchase of stakes in US data storage company Western Digital Corp and Taiwan's Powertech Technology Inc.

In August, it made an informal $23 billion takeover offer for US giant Micron Technology Inc that was rejected out-of-hand by the Idaho-based chipmaker amid concerns a deal might endanger national security.

Tsinghua's failed bid to buy Micron suggests it is serious about expanding in NAND chips, used for storing music, pictures and other data on mobile devices.

The global chip market was worth $355 billion last year, according to research firm IHS Technology.

Tsinghua Unigroup, which had revenue last year of about 12.3 billion yuan, was also in talks about cooperating with a "world-class memory chip giant" to build a new chip factory in China, Zhao said, a move that could help his company acquire intellectual property needed to manufacture memory chips.

The 90-billion-yuan factory would help meet fast-growing demand of NAND memory chips.

"We don't have plans for DRAM at the moment," Zhao said, referring to dynamic random access memory chips that are used mostly in personal computers. "We need to take one step at a time."

The company isalso suspending plans to invest in Taiwanese tech firms due to regulatory hurdles, after agreeing to take a stake in Powertech Technology Inc and expressing interest in more cross-strait deals.

Industry analysts had expected Tsinghua Unigroup to make further investment in Taiwan, sparking fears on the island that its chip sector may fall prey to China's state-backed drive to become a world-class player.

"The regulations do not allow it, so what's the point of talking (to Taiwanese firms)?" Zhao said, adding that Tsinghua Unigroup was focused on investing in the United States.

**CO** qcom : Qualcomm Incorporated | tsghuu : Tsinghua University

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c11 : Plans/Strategy | ccat : Corporate/Industrial News

**RE** china : China | taiwan : Taiwan | usa : United States | beijin : Beijing | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**PUB** The Post Publishing Public Company Limited

**AN** Document BKPOST0020151117ebbh0002t

 © 2023 Factiva, Inc. All rights reserved.

**Xilinx Most Likely Next Chip Target, Says Citi; Qualcomm Could Acquire**
Barron's Blogs, 10:22, 17 November 2015, 444 words, (English)
Citigroup chip analyst Christopher Danely this morning reflects on M&A and concludes that he doesn't expect analog chip maker Maxim Integrated Products (MXIM) to get bought, and that "Xilinx (XLNX) is the only large-cap semiconductor ...
Document WCBBE00020151117ebbh0012x

 © 2023 Factiva, Inc. All rights reserved.

**NEWSWIRES**
**DOW JONES**

**CLM** Personal Technology: Joanna Stern

**HD** **Review: A Single Gadget to End Your Charging Headaches**

**BY** By Joanna Stern

**WC** 1,293 words

**PD** 17 November 2015

**ET** 13:33

**SN** Dow Jones Top Energy Stories

**SC** DJTES

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Laptop + Smartphone + Tablet

Smartphone + Tablet + Smartwatch + More

**TD**

The Dream of Wireless Charging

Living next to my bed is a ghastly electronic creature. Think Audrey II from the "Little Shop of Horrors," but with roots firmly in power outlets and long charging cables that multiply and grow. I don't know if I should call an electrician—or an exterminator.

My monster is the progeny of our completely out-of-hand gadget-charging situation. My iPhone uses one charging cable. My laptop another! My smartwatch? You guessed it. I even have a separate charger... for my portable charger.

Not only do our gadgets not use the same cables, but, come on, these mega-companies can only spare wall adapters with one measly USB port?

Sure, wireless charging will liberate us eventually, but for now there's another option to ease the pain: a single charger to power up all your gear.

I went in search of the best multi-port USB wall chargers, testing 15 different options—even some that let you charge laptops as well as phones and tablets. But identifying which one best solves your charging nightmare comes down to listing which gadgets you own, and how many you need to juice up at the same time.

Last weekend, I took my laptop, smartphone and smartwatch on an overnight trip—and packed one pill-bottle-size charger. (I'll understand if you're jealous.) When I got to the hotel, the new Zolt needed just one outlet to charge everything at the same time. No need to commando-crawl under the bed to unplug the lamp or aging alarm clock.

Laptop charging is what makes the $100 Zolt my top choice. The 70-watt octagonal charger—which started shipping Tuesday—comes with eight charging tips compatible with most Windows PCs. One end of the included cord takes the adapter tip to plug into the laptop, while the other end has a USB to plug into the Zolt, which goes straight into the wall.

I charged up Acer, Lenovo and Asus laptop models without a hitch. When I plugged in Dell's Inspiron 13 7000, however, the laptop gave an incompatible-charger error. You can look for your laptop on this list, based on Zolt's compatibility testing. If for some reason your laptop doesn't work, you have 30 days to return it for a full refund.

The best part? Zolt charged up compatible laptops in the same time as the big, heavy, hideous chargers they came with.

Even crazier, if you buy Zolt's $20 MagSafe-to-USB cord, it can charge up most Apple laptops, including all MacBook Air models. That doesn't mean all Apple laptops will work: Due to higher wattage requirements, Zolt doesn't support larger MacBook Pro models. Also, USB Type-C isn't yet compatible, so the new 12-inch MacBook isn't supported either.

Apple warns against using third-party MagSafe cords, as they may not properly communicate with MacBook hardware and software. Zolt acknowledges that Apple doesn't license its MagSafe technology and says it hasn't worked with the company. However, the Zolt charger is certified by UL, a globally recognized, independent safety-testing organization.

I've replaced my 13-inch MacBook Air's standard charger with the Zolt for the past month and have encountered no problems.

The two bottom USB ports on the Zolt are for charging lower-power gadgets, like a phone, tablet, e-reader or smartwatch. In fact, it actually charged up my iPhone nearly an hour faster than Apple's 5-watt cube that comes with the iPhone. (See why that is in the text box below.)

My only complaints about the Zolt are that its 5-foot MagSafe cord is shorter than I'd like, and that it can wobble a bit if you're sitting too far away, because its prongs don't always firmly stick in the socket. It's also pretty pricey—$120 with the Mac cord.

An awesome alternative for MacBook users is Twelve South's $45 PlugBug . It's not as compact as the Zolt, but it adds a USB port to the MacBook charging brick.

If you're focused on phones, tablets, smartwatches and other lower-powered devices, there are far more options that cost far less.

Of the many I tried, I liked Anker's $26 PowerPort 4 best. The 40-watt charger has four USB ports, each capable of outputting 2.5 amps. That means it simultaneously charges up a smartphone, tablet, smartwatch and any other USB-powered gadget, sometimes faster than the charger you get with the device. (As with the Zolt, it was an hour faster to charge my iPhone 6s than Apple's measly 5-watt charger.)

The company's PowerIQ technology detects what type of device you're using and reallocates power to charge at a faster speed, without exceeding the device's native power supply. But be aware: If you have a newer Android phone with Qualcomm's Quick Charge technology, you'll get faster charge speeds with supported bricks. Anker plans to release multi-port Quick Charge options next month.

For Apple products, the PowerPort 4 was a godsend. Not only does it beat carrying around four 12-watt iPad chargers, it also costs only a bit more than just one of them. If you need to charge both an iPad and an iPhone, go with the $14 iClever Dual USB . It's the same size as one of Apple's 12W chargers, but has two USB ports.

Need more than four ports? Anker's $36 PowerPort 6 doesn't stick to a wall, but it's perfect for snaking up behind a desk or nightstand.

That all sounds great but it's almost 2016! Wireless charging has been promised for years, so why are we still carrying around all this wall spaghetti?

Wireless charging has made real strides in the past few years. Popular devices like Samsung's Galaxy S6 have the technology built in. However, serious shortcomings stand in the way of mass adoption.

First, the experience is often frustrating. I tested the PowerSquare Tango charging pad with a compatible case for my iPhone. I had to align the phone carefully to get it to work. And it caused my phone to get quite warm, which is bad for the battery's long-term health. It also took an hour and a half for the phone to go from 80% to 100%.

Starbucks has wireless charging in its newest tables. When I used one of the compatible charging rings (some locations loan them out to customers), my iPhone charged much faster. But that brings me to the second point.

 © 2023 Factiva, Inc. All rights reserved.

There have been a series of wireless charging standards competing for attention . While these companies now are working towards compatibility , there's still fragmentation. Starbucks has Powermat's PMA technology embedded in its table, for instance. The PowerSquare Tango uses the Qi standard. Samsung's Galaxy S6 is a rare example of a device that can charge wirelessly with either.

Until wireless charging just works, or gadget makers settle on a single connector for phones, tablets and laptops—USB Type-C is the likeliest choice—the monsters next to our beds won't go completely extinct. But a good multi-port USB charger is enough to keep them from rising up and taking any more of our sanity.

Write to Joanna Stern at

Corrections & Amplifications: The cost of Anker's PowerPort 4 is $26. In an earlier version of this article, a photo caption incorrectly stated it cost $36.

**CO** sansel : Samsung Electronics Co Ltd | acrser : Acer Incorporated | asust : Asustek Computer Incorporated | applc : Apple Inc. | qcom : Qualcomm Incorporated | sbcoff : Starbucks Corporation | mscgp : Acer Group

**IN** i3303 : Networking | icph : Computer Hardware | itech : Technology | icomp : Computing | i3302003 : Desktop Computers | i3302011 : Portable Computers | i34531 : Semiconductors | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | ielec : Consumer Electronics | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilea : Leisure/Arts/Hospitality | i3302 : Computers/Consumer Electronics

**NS** gcat : Political/General News | glife : Living/Lifestyle | nrvw : Reviews | gtour : Travel | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | gptech : Personal Technology | ncolu : Columns

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTES11020151117ebbh0008g

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

| | |
|---|---|
| **HD** | **Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report** |
| **WC** | 295 words |
| **PD** | 17 November 2015 |
| **ET** | 20:22 |
| **SN** | PR Newswire (U.S.) |
| **SC** | PRN |
| **LA** | English |
| **CY** | Copyright © 2015 PR Newswire Association LLC. All Rights Reserved. |

**LP**

SAN DIEGO, Nov. 17, 2015 /PRNewswire/ -- Qualcomm Incorporated today confirmed that it has recently received the Korea Fair Trade Commission's staff-generated Case Examiner's Report (ER), which commences a process that affords Qualcomm the ability to respond to allegations and defend itself. The ER alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law. The ER proposes remedies including modifications to certain business practices and monetary penalties.

**TD**

The allegations and conclusions contained in the ER are not supported by the facts and are a serious misapplication of law. Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive. Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device.

We intend to vigorously defend ourselves at the Commission hearings and remain hopeful that the Commission will reject the conclusions of the Examiner's Report. We expect the process to take some time. Until then, we intend to continue to invest in leading technologies that drive the industry forward and share those innovations through its licensing program.

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-confirms-receipt-of-korea-fair-trade-commissions-case-examiners-report-300180670.html

SOURCE Qualcomm Incorporated



PX333

| | |
|---|---|
| | Web site: http://www.qualcomm.com |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| c133 : Patents \| cgymtr : Intellectual Property Rights \| npress : Press Releases \| c334 : Licensing Agreements \| c33 : Contracts/Orders \| ccat : Corporate/Industrial News \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPC** | NND |
| **PUB** | PR Newswire Association, Inc. |
| **AN** | Document PRN0000020151118ebbi00008 |

DOW JONES NEWSWIRES

**HD** **MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog**

**BY** By Shuli Ren

**WC** 444 words

**PD** 17 November 2015

**ET** 21:02

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Taiwan's chip designer MediaTek (2454.Taiwan) is pushed by Qualcomm (QCOM) on the high-end and China's Spreadtrum on the low-end. Its profit margins can be expected to fall further.

Competitor Spreadtrum is playing the price game. According to Economic Daily, Spreadtrum's CEO has said that the company can tolerate below 35% gross profit margin because it has only 4000 employees, versus 15,000 and 32,000 at MediaTek and Qualcomm respectively. MediaTek's gross profit margin fell from 48.8% in 2014 to 44% this year and is expected to slide further to 40.8% in 2016, according to Goldman Sachs estimates.

**TD**

"We are cautious on Mediatek's margin outlook as Spreadtrum narrows the gap in 4G and Qualcomm launches its much improved Snapdragon 820. Without recovery in the gross profit margin trend, we do not expect re-rating of Mediatek shares," wrote analyst Donald Lu. Goldman this morning lowered its price target to 278 new Taiwan dollars. MediaTek fell 0.6% to NT$263.50.

Talking about re-rating and catalysts, there has been a lot of speculation lately that China's Tsinghua Unigroup may buy a stake in MediaTek, which could lift the latter's profit margins. Tsinghua owns MediaTek's direct competitor Spreadtrum.

According to Bernstein Research, if Tsinghua Unigroup invests in (or even collaborate with) MediaTek, the latter's gross margin could recover to 46% and its earnings per share in 2016 could rise by 25%. In that case, analyst Mark Li thinks MediaTek could be worth NT$310, or 18% upside. Even better, if MediaTek could lower its operating expenditure by 10%, this stock would be worth NT$356, or 32% upside from now.

One can see this market speculation is tempting. MediaTek's stock ramped up all the way to NT$302.50 on November 4 ahead of the meeting between China and Taiwan's presidents. People were hoping for corporate deals?

But this stock has deflated since. This is because many are skeptical this tie-up will happen. Taiwan is very protective of its semiconductor industry and does not even allow Chinese companies to invest in its companies. Plus, "Tsinghua Unigroup already acquired SPRD/RDA and has access to Intel's AP/Modem and 14nm node, it won't make sense to further invest in MediaTek," said Maybank's Warren Lau, who has a Sell rating with NT$205 price target.

More at Barron's Asia Stocks to Watch blog, http://blogs.barrons.com/asiastocks/

(END) Dow Jones Newswires

November 17, 2015 21:02 ET (02:02 GMT)

**CO** trumcm : Spreadtrum Communications Inc. | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated | tsnghh : Tsinghua Holdings Company Limited

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology | iintcir : Integrated Circuits

**NS** c151 : Earnings | c181 : Acquisitions/Mergers/Shareholdings | nenac : Energy Asset Class News | neqac : Equities Asset Class News | c15 : Financial Performance | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** taiwan : Taiwan | china : China | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi000e5

DOW JONES NEWSWIRES

HD **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

BY By Don Clark

WC 395 words

PD 17 November 2015

ET 23:31

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

TD

A KFTC spokesman did not immediately respond to a request for comment.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the worldwide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 17, 2015 23:31 ET (04:31 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000al |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **MediaTek: Will China's Tsinghua Buy A Stake? -- Barron's Blog**

**BY** By Shuli Ren

**WC** 444 words

**PD** 18 November 2015

**ET** 00:09

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Taiwan's chip designer MediaTek (2454.Taiwan) is pushed by Qualcomm (QCOM) on the high-end and China's Spreadtrum on the low-end. Its profit margins can be expected to fall further.

Competitor Spreadtrum is playing the price game. According to Economic Daily, Spreadtrum's CEO has said that the company can tolerate below 35% gross profit margin because it has only 4000 employees, versus 15,000 and 32,000 at MediaTek and Qualcomm respectively. MediaTek's gross profit margin fell from 48.8% in 2014 to 44% this year and is expected to slide further to 40.8% in 2016, according to Goldman Sachs estimates.

**TD**

"We are cautious on Mediatek's margin outlook as Spreadtrum narrows the gap in 4G and Qualcomm launches its much improved Snapdragon 820. Without recovery in the gross profit margin trend, we do not expect re-rating of Mediatek shares," wrote analyst Donald Lu. Goldman this morning lowered its price target to 278 new Taiwan dollars. MediaTek fell 0.6% to NT$263.50.

Talking about re-rating and catalysts, there has been a lot of speculation lately that China's Tsinghua Unigroup may buy a stake in MediaTek, which could lift the latter's profit margins. Tsinghua owns MediaTek's direct competitor Spreadtrum.

According to Bernstein Research, if Tsinghua Unigroup invests in (or even collaborate with) MediaTek, the latter's gross margin could recover to 46% and its earnings per share in 2016 could rise by 25%. In that case, analyst Mark Li thinks MediaTek could be worth NT$310, or 18% upside. Even better, if MediaTek could lower its operating expenditure by 10%, this stock would be worth NT$356, or 32% upside from now.

One can see this market speculation is tempting. MediaTek's stock ramped up all the way to NT$302.50 on November 4 ahead of the meeting between China and Taiwan's presidents. People were hoping for corporate deals?

But this stock has deflated since. This is because many are skeptical this tie-up will happen. Taiwan is very protective of its semiconductor industry and does not even allow Chinese companies to invest in its companies. Plus, "Tsinghua Unigroup already acquired SPRD/RDA and has access to Intel's AP/Modem and 14nm node, it won't make sense to further invest in MediaTek," said Maybank's Warren Lau, who has a Sell rating with NT$205 price target.

More at Barron's Asia Stocks to Watch blog,
http://blogs.barrons.com/asiastocks/

(END) Dow Jones Newswires

November 18, 2015 00:09 ET (05:09 GMT)



PX333

Page 6983

| | |
|---|---|
| **CO** | trumcm : Spreadtrum Communications Inc. \| mdatek : MediaTek Incorporated \| qcom : Qualcomm Incorporated \| tsnghh : Tsinghua Holdings Company Limited |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology \| iintcir : Integrated Circuits |
| **NS** | c151 : Earnings \| c181 : Acquisitions/Mergers/Shareholdings \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| c15 : Financial Performance \| c18 : Ownership Changes \| cactio : Corporate Actions \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | taiwan : Taiwan \| china : China \| apacz : Asia Pacific \| asiaz : Asia \| bric : BRICS Countries \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000fy |

 © 2023 Factiva, Inc. All rights reserved.

**MediaTek: Will China's Tsinghua Buy A Stake?**

Barron's Blogs, 00:09, 18 November 2015, 418 words, (English)

Taiwan's chip designer MediaTek (2454.Taiwan) is pushed by Qualcomm (QCOM) on the high-end and China's Spreadtrum on the low-end. Its profit margins can be expected to fall further.

Document WCBBE00020151118ebbi0002t

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 399 words

**PD** 18 November 2015

**ET** 00:23

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A KFTC spokesman did not immediately respond to a request for comment.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the worldwide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Write to Don Clark at don.clark@wsj.com

Subscribe to WSJ: http://online.wsj.com?mod=djnwires

(END) Dow Jones Newswires

18-11-15 0523GMT

**CO** qcom : Qualcomm Incorporated

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020151118ebbi0005o

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 395 words

**PD** 17 November 2015

**ET** 23:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A KFTC spokesman did not immediately respond to a request for comment.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the worldwide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 17, 2015 23:16 ET (04:16 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| ntop : Top Wire News \| nttwn : Today's Top Wire News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000ad |

 © 2023 Factiva, Inc. All rights reserved.

**HD** **World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm**

**WC** 1,033 words

**PD** 18 November 2015

**ET** 02:56

**SN** Nasdaq / Globenewswire

**SC** HUGNEN

**LA** English

**CY** © 2015, The NASDAQ OMX Group, Inc. All Rights Reserved.

**LP**

* LTE Carrier Aggregation (CA) of licensed and unlicensed bands on mobile network and devices enables smartphone users to maintain their LTE connection while getting a speed boost from unlicensed 5GHz spectrum

* Successful over-the-air testing between Ericsson RBS 6402 small cells and a Qualcomm® Snapdragon(TM) X12 LTE modem of LTE CA with unlicensed spectrum conducted on Vodafone's commercial network in the Netherlands

**TD**

* Network testing further validates fair co-existence of LTE in 5 GHz unlicensed band

Ericsson (NASDAQ:ERIC), with Vodafone and Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, today conducted world's first live testing of advanced LTE Carrier Aggregation (CA) of LTE in licensed and unlicensed bands on a commercial mobile network. The trial uses the Ericsson RBS 6402 indoor small cell, which supports LTE CA between licensed and unlicensed bands on Vodafone's commercial network, connected to a LTE unlicensed band capable test device developed by Qualcomm Technologies, Inc.

Matthias Sauder, chief network officer, Vodafone Netherlands: "Our intent in deploying small cells is always to deliver the best customer experience, and we see the potential for LTE aggregation with unlicensed bands on small cells as one way to make that customer experience even better. We are already using Ericsson's RBS 6402 indoor picocell in our own shops in the Netherlands, so it's great to see that it will also support advanced LTE CA capabilities with unlicensed spectrum on our network."

The Vodafone LTE trials with unlicensed spectrum are being conducted over Vodafone's network in the Netherlands. The latest over the air results were achieved by aggregating 20 MHz of Vodafone spectrum in Band 3 (1800 MHz) with 20 MHz of the unlicensed 5 GHz band U-NII-1 band. The testing validated LTE performance in the unlicensed band and fair co-existence with other technologies like Wi-Fi within the unlicensed 5 GHz band. The Ericsson RBS 6402 Indoor Picocell includes a 5GHz LTE enabled radio in addition to multiple LTE radio variants and optional 2.4 GHz Wi-Fi module - all in a sleek, compact package with a tablet-sized footprint. The user equipment utilized in this trial is a test device powered by the Qualcomm® Snapdragon(TM) X12 LTE modem. The Snapdragon X12 LTE modem is a product of Qualcomm Technologies.

Valter D'Avino, Head of Ericsson's Region Western and Central Europe, says: "Vodafone has taken a leadership position in small cells and our LTE trials on unlicensed spectrum with them, together with Qualcomm Technologies, really underscore their continued commitment to improving the performance of indoor networks to ensure better app coverage for their customers. The unlicensed 5 GHz band is a shared resource and, as we have seen, it can be aggregated with LTE bands to provide a speed boost for users to improve app coverage, when spectrum is available - of course, the user also maintains their connection to Vodafone's highly reliable LTE network, so they have a great connection no matter what."

"Users in Europe and the rest of the world demand better, faster and seamless connectivity," said Serge Willenegger, vice president, product management at Qualcomm Technologies, Inc. "The aggregation of licensed and unlicensed bands in 4G and future 5G networks is critical to achieve this goal, and we're pleased to collaborate with Ericsson and Vodafone to test the support of such capabilities in our Snapdragon processors and modems."

LTE CA with an unlicensed band enables operators to combine the reliability of LTE licensed spectrum with incremental downlink throughput improvements provided by the unlicensed band. The functionality includes mechanisms for sharing the unlicensed spectrum with other unlicensed 5 GHz users, like Wi-Fi. This allows operators to leverage unlicensed 5 GHz spectrum for improved peak rates and capacity. LTE CA with the 5GHz unlicensed band is a feature of Ericsson Networks Software 16A, available this year.

Photo: Ericsson RBS 6402 Indoor Picocell supports World's First LTE Carrier Aggregation with unlicensed band trial on Vodafone's commercial network

NOTES TO EDITORS

Ericsson and Qualcomm complete LTE-U over-the-air demonstration in China

Ericsson software unlocks indoor performance for the mobile era

For media kits, backgrounders and high-resolution photos, please visit www.ericsson.com/press

Ericsson is the driving force behind the Networked Society - a world leader in communications technology and services. Our long-term relationships with every major telecom operator in the world allow people, business and society to fulfill their potential and create a more sustainable future.

Our services, software and infrastructure - especially in mobility, broadband and the cloud - are enabling the telecom industry and other sectors to do better business, increase efficiency, improve the user experience and capture new opportunities.

With approximately 115,000 professionals and customers in 180 countries, we combine global scale with technology and services leadership. We support networks that connect more than 2.5 billion subscribers. Forty percent of the world's mobile traffic is carried over Ericsson networks. And our investments in research and development ensure that our solutions - and our customers - stay in front.

Founded in 1876, Ericsson has its headquarters in Stockholm, Sweden. Net sales in 2014 were SEK 228.0 billion (USD 33.1 billion). Ericsson is listed on NASDAQ OMX stock exchange in Stockholm and the NASDAQ in New York.

www.ericsson.com

www.ericsson.com/news

www.twitter.com/ericssonpress

www.facebook.com/ericsson

www.youtube.com/ericsson

FOR FURTHER INFORMATION, PLEASE CONTACT

Ericsson Corporate Communications

Phone: +46 10 719 69 92

E-mail: media.relations@ericsson.com

Ericsson Investor Relations

Phone: +46 10 719 00 00

E-mail: investor.relations@ericsson.com

 © 2023 Factiva, Inc. All rights reserved.

Qualcomm and Snapdragon are trademarks of Qualcomm Incorporated, registered in the United States and other countries.

Ericsson_Vodafone_Qcomm_LTE CA_Announcement

This announcement is distributed by NASDAQ OMX Corporate Solutions on behalf of NASDAQ OMX Corporate Solutions clients.

The issuer of this announcement warrants that they are solely responsible for the content, accuracy and originality of the information contained therein.

Source: Ericsson via Globenewswire

HUG#1967587

**CT**

**CO** qcom : Qualcomm Incorporated | eric : Telefonaktiebolaget LM Ericsson | ratel : Vodafone Group PLC

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** neth : Netherlands | swed : Sweden | benluxz : Benelux Countries | eecz : European Union Countries | eurz : Europe | nordz : Nordic Countries | scandz : Scandinavia | weurz : Western Europe

**IPD** Technology

**PUB** NASDAQ OMX Corporate Solutions International Limited

**AN** Document HUGNEN0020151118ebbi000m9

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Press Release: World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm**

WC 1,071 words

PD 18 November 2015

ET 02:56

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

TD

-- LTE Carrier Aggregation (CA) of licensed and unlicensed bands on mobile network and devices enables smartphone users to maintain their LTE connection while getting a speed boost from unlicensed 5GHz spectrum

-- Successful over-the-air testing between Ericsson RBS 6402 small cells and a Qualcomm(R) Snapdragon(TM) X12 LTE modem of LTE CA with unlicensed spectrum conducted on Vodafone's commercial network in the Netherlands

-- Network testing further validates fair co-existence of LTE in 5 GHz unlicensed band

Ericsson (NASDAQ:ERIC), with Vodafone and Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, today conducted world's first live testing of advanced LTE Carrier Aggregation (CA) of LTE in licensed and unlicensed bands on a commercial mobile network. The trial uses the Ericsson RBS 6402 indoor small cell, which supports LTE CA between licensed and unlicensed bands on Vodafone's commercial network, connected to a LTE unlicensed band capable test device developed by Qualcomm Technologies, Inc.

Matthias Sauder, chief network officer, Vodafone Netherlands: "Our intent in deploying small cells is always to deliver the best customer experience, and we see the potential for LTE aggregation with unlicensed bands on small cells as one way to make that customer experience even better. We are already using Ericsson's RBS 6402 indoor picocell in our own shops in the Netherlands, so it's great to see that it will also support advanced LTE CA capabilities with unlicensed spectrum on our network."

The Vodafone LTE trials with unlicensed spectrum are being conducted over Vodafone's network in the Netherlands. The latest over the air results were achieved by aggregating 20 MHz of Vodafone spectrum in Band 3 (1800 MHz) with 20 MHz of the unlicensed 5 GHz band U-NII-1 band. The testing validated LTE performance in the unlicensed band and fair co-existence with other technologies like Wi-Fi within the unlicensed 5 GHz band. The Ericsson RBS 6402 Indoor Picocell includes a 5GHz LTE



PX333

Page 6993

enabled radio in addition to multiple LTE radio variants and optional 2.4 GHz Wi-Fi module - all in a sleek, compact package with a tablet-sized footprint. The user equipment utilized in this trial is a test device powered by the Qualcomm(R) Snapdragon(TM) X12 LTE modem. The Snapdragon X12 LTE modem is a product of Qualcomm Technologies.

Valter D'Avino, Head of Ericsson's Region Western and Central Europe, says: "Vodafone has taken a leadership position in small cells and our LTE trials on unlicensed spectrum with them, together with Qualcomm Technologies, really underscore their continued commitment to improving the performance of indoor networks to ensure better app coverage for their customers. The unlicensed 5 GHz band is a shared resource and, as we have seen, it can be aggregated with LTE bands to provide a speed boost for users to improve app coverage, when spectrum is available - of course, the user also maintains their connection to Vodafone's highly reliable LTE network, so they have a great connection no matter what."

"Users in Europe and the rest of the world demand better, faster and seamless connectivity," said Serge Willenegger, vice president, product management at Qualcomm Technologies, Inc. "The aggregation of licensed and unlicensed bands in 4G and future 5G networks is critical to achieve this goal, and we're pleased to collaborate with Ericsson and Vodafone to test the support of such capabilities in our Snapdragon processors and modems."

LTE CA with an unlicensed band enables operators to combine the reliability of LTE licensed spectrum with incremental downlink throughput improvements provided by the unlicensed band. The functionality includes mechanisms for sharing the unlicensed spectrum with other unlicensed 5 GHz users, like Wi-Fi. This allows operators to leverage unlicensed 5 GHz spectrum for improved peak rates and capacity. LTE CA with the 5GHz unlicensed band is a feature of Ericsson Networks Software 16A, available this year.

Photo: Ericsson RBS 6402 Indoor Picocell supports World's First LTE Carrier Aggregation with unlicensed band trial on Vodafone's commercial network

NOTES TO EDITORS

Ericsson and Qualcomm complete LTE-U over-the-air demonstration in China
http://www.ericsson.com/news/1954158?query=china+lte-uEricsson software unlocks indoor performance for the mobile era
http://www.ericsson.com/news/1948888

For media kits, backgrounders and high-resolution photos, please visit www.ericsson.com/pressEricsson is the driving force behind the Networked Society - a world
leader in communications technology and services. Our long-term relationships with every major telecom operator in the world allow people, business and society to fulfill their potential and create a more sustainable future.

Our services, software and infrastructure - especially in mobility, broadband and the cloud - are enabling the telecom industry and other sectors to do better business, increase efficiency, improve the user experience and capture new opportunities.

With approximately 115,000 professionals and customers in 180 countries,

 © 2023 Factiva, Inc. All rights reserved.

we combine global scale with technology and services leadership. We support networks that connect more than 2.5 billion subscribers. Forty percent of the world's mobile traffic is carried over Ericsson networks. And our investments in research and development ensure that our solutions - and our customers - stay in front.

Founded in 1876, Ericsson has its headquarters in Stockholm, Sweden. Net sales in 2014 were SEK 228.0 billion (USD 33.1 billion). Ericsson is listed on NASDAQ OMX stock exchange in Stockholm and the NASDAQ in New York.

www.ericsson.comwww.ericsson.com/newswww.twitter.com/ericssonpress
www.facebook.com/ericssonwww.youtube.com/ericsson

FOR FURTHER INFORMATION, PLEASE CONTACT

Ericsson Corporate Communications

Phone: +46 10 719 69 92

E-mail: media.relations@ericsson.com

Ericsson Investor Relations

Phone: +46 10 719 00 00

E-mail: investor.relations@ericsson.com

Qualcomm and Snapdragon are trademarks of Qualcomm Incorporated, registered in the United States and other countries.

Ericsson_Vodafone_Qcomm_LTE CA_Announcement:
http://hugin.info/1061/R/1967587/718871.pdf

This announcement is distributed by NASDAQ OMX Corporate Solutions on behalf of NASDAQ OMX Corporate Solutions clients.

The issuer of this announcement warrants that they are solely responsible for the content, accuracy and originality of the information contained therein.

Source: Ericsson via Globenewswire

HUG#1967587

http://www.ericsson.com
(END) Dow Jones Newswires

November 18, 2015 02:56 ET (07:56 GMT)

**CO** eric : Telefonaktiebolaget LM Ericsson | qcom : Qualcomm Incorporated | ratel : Vodafone Group PLC

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | npress : Press Releases | ncat : Content Types | nfact : Factiva Filters

**RE** swed : Sweden | eurz : Europe | eecz : European Union Countries | nordz : Nordic Countries | scandz : Scandinavia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi000ry

**Andreessen Horowitz Launches $200M Bio-Computer Fund, Hires Ex-Stanford Prof**

WSJ Blogs, 09:46, 18 November 2015, 528 words, (English)

Andreessen Horowitz raised a $200 million fund to invest in startups that combine life science and computer science and has hired a new general partner, former Stanford University professor Vijay Pande, to run it.

Document WCWSJB0020151118ebbi0028m

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Refutes Korean Accusations; Bernstein Sees Investor 'Angst'**
Barron's Blogs, 10:11, 18 November 2015, 460 words, (English)
Shares of wireless chip giant Qualcomm (QCOM) are down $3.40, or 6%, at $49.58, after the company late yesterday said South Korea's Fair Trade Commission recently sent it an "examiner's report" that alleges that the company doesn't properly ...
Document WCBBE00020151118ebbi0015p

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Qualcomm's Licensing Formula Targeted -- Market Talk**

WC 125 words

PD 18 November 2015

ET 11:38

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

11:37 ET - Qualcomm (QCOM) is no stranger to antitrust cases, but investors are spooked by the attack in South Korea on a pillar of the chip maker's business: charging cellphone makers patent royalties based on a percentage of handset prices. The company was quick to note the allegations are just recommendations of staff at the Korea Fair Trade Commission, which may reject them. Still, Bernstein notes the possibility of ending QCOM's handset-based royalties is one of "the doomsday scenarios for the business." Shares skid 8% to $48.73, hitting a fresh 4-year low. (don.clark@wsj.com; @donal888)

(END) Dow Jones Newswires

TD

November 18, 2015 11:38 ET (16:38 GMT)

CO qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c1521 : Analysts' Comments/Recommendations | c334 : Licensing Agreements | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | c33 : Contracts/Orders | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

RE skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

PUB Dow Jones & Company, Inc.

AN Document DJDN000020151118ebbi002d4

DOW JONES NEWSWIRES

**HD** **Qualcomm's Licensing Formula Targeted -- Market Talk**

**WC** 1,244 words

**PD** 18 November 2015

**ET** 11:38

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

11:37 ET - Qualcomm (QCOM) is no stranger to antitrust cases, but investors are spooked by the attack in South Korea on a pillar of the chip maker's business: charging cellphone makers patent royalties based on a percentage of handset prices. The company was quick to note the allegations are just recommendations of staff at the Korea Fair Trade Commission, which may reject them. Still, Bernstein notes the possibility of ending QCOM's handset-based royalties is one of "the doomsday scenarios for the business." Shares skid 8% to $48.73, hitting a fresh 4-year low. (don.clark@wsj.com; @donal888)

**TD**

11:33 ET - ConAgra (CAG) CEO Sean Connolly tells WSJ that by splitting up, the consumer side will work on adding more "clean label, natural and organic foods--as well as premium and gourmet. That's where we've got some real opportunities." That can be done by refreshing older brands like Healthy Choice as well as "opportunistically turn[ing] to the outside." CAG rises 4.1% to $40.97, erasing the rest of the month's stock pullback. (annie.gasparro@wsj.com)

11:33 ET - Banks and financial-service companies lead the way in equality in the workplace for lesbian, gay, bisexual and transgender employees, according to a report from the Human Rights Campaign Foundation. Of the 407 companies worldwide that earned perfect scores under the foundation's rating system, 50 were from the banking and financial sector, including JPMorgan Chase, Bank of America, Citigroup, Wells Fargo, Goldman Sachs and Morgan Stanley. The ratings are based on whether companies have LGBT non-discrimination policies and offer employment benefits for domestic partners, among other factors. (michael.rapoport@wsj.com; @rapoportwsj)

11:16 ET - Law-enforcement authorities are turning to a computer program to overcome a common hurdle in crime labs--making sense of DNA that gets mixed up at crime scenes. But secrecy around the software is stoking a national legal debate. Defense attorneys have tried but failed to get access to the source code of the program, called TrueAllele. They say they can't determine whether the software is erroneously linking their clients to crimes if they are unable to review the instructions the program gives the computer. The dispute could foreshadow other struggles with developers, as computational statistics and other technologies seep into the criminal-justice system. (joe.palazzolo@wsj.com)

11:15 ET - Southeastern businesses expect to see their unit costs rise 1.8% on average in the next 12 months, according to the Atlanta Fed's November business-inflation expectations survey. The 221 firms surveyed -- many of them companies with national or international operations and sales -- reported that 59% of them saw sales levels at or above normal, up from 55% of those surveyed in October. The survey was conducted from Nov. 9-13. Overall producer prices fell 1.6% in October from a year earlier, the goverment recently reported. (cameron.mcwhirter@wsj.com)

11:12 ET - US refinery activity keep churning higher as most plants come off seasonal maintenance schedules, and as demand for product remains strong amid low prices. The EIA says today refinery capacity utilization rose 0.8 percentage points, giving it a 90.3% run-rate. Strong domestic demand, as well as a booming export market for refined US fuel -- which as opposed to crude oil is permitted by the US government -- is keeping plants active. (dan.molinski@wsj.com)

11:12 ET - Valeant (VRX) is putting in place a "retention plan" which involves offering key staff a combination of cash and stock as the company faces questions about its now-severed relationship with specialty pharmacy Philidor. IR chief Laurie Little says during a conference appearance in London that the program started "below executive level" and was initially targeted at 70 people. But it might be broadened in coming weeks "to keep key personnel." Shares have slumped 70% the past 3 months, no doubt hitting worker sentiment some. (denise.roland@wsj.com; @deniseroland)

11:06 ET - With FARO trading at the decade's low on a forward enterprise value/sales basis, Canaccord puts the 3D-measurement firm back at buy after 7 months on the sidelines. Downgrading it amid a downbeat 1Q report, shares were nearly halved after their initial April slump before bottoming out following this month's 3Q report--which included an announcement that CEO Jay Freeland will step down. But after worries in the spring about demand, the investment bank thinks sales will pick up this quarter as end-of-year spending occurs. Canaccord also anticipates better underlying demand in 2016, helped in part by new offerings. FARO rises 8.4% to $30.19, cutting the month's slide to 11% and putting the week's rebound at 15%. (kevin.kingsbury@wsj.com; @kevinkingsbury)

11:04 ET - Barclays (BCS) has agreed to pay $150M to resolve an investigation by New York's banking regulator into a trading practice which allowed the bank to exploit a milliseconds-long lag between an order and its execution to clients' detriment. The penalty is the latest to stem from BCS' foreign-exchange trading, a line of business that--with today's settlement--has cost the British bank more than $2.5B in penalties. (christopher.matthews@wsj.com)

11:03 ET - Perrigo (PRGO), now that it's escaped the entreaties of rival Mylan (MYL), must reckon with living up to some lofty sales growth targets. The drug company's consumer business, in particular, could struggle to reach the goal of 5%-10% topline growth, JPMorgan says, with statins looking unlikely to go over the counter. Perrigo's leading position in the private-label OTC market is a plus, along with its European expansion through the Omega deal completed earlier this year, but JPMorgan expects Perrigo will see sales growth in the mid single digits--the lower end of its topline guidance range--unless it turns to dealmaking of its own. JPMorgan rates Perrigo neutral. (jonathan.rockoff@wsj.com; @jonathanrockoff)

11:00 ET - Caterpillar (CAT) is eager to reassure shareholders it won't get burned on equipment leased to customers in China even as the economy cools there. CAT Financial Services President Kent Adams said during a conference call yesterday that the company keeps tabs on the position of machinery electronically through its Product Link system. "If a customer falls behind, we have the ability to derate the engine or turn the engine off, and we've set up a legal presence in all of the provinces of China." He added CAT also has conservative payment terms in China "because it's still a developing market from a rule-of-law standpoint." (bob.hagerty@wsj.com)

1549 GMT - The future of big sugar industry projects in Australia hinges on the fate of the broader resources sector, says Lindsay Jolly, an International Sugar Organization economist, at an ISO event in London. There are "real questions" over whether the Ord River, Pentland and Etheridge projects -- which would add big mills and energy generation facilities -- will happen, he says. As well as a higher global sugar price, the projects are reliant on new infrastructure that will only be built if more mines get the go-ahead, he says. (ed.ballard@wsj.com)

(END) Dow Jones Newswires

November 18, 2015 11:38 ET (16:38 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | cwrkpa : Workers Pay | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002ia

 © 2023 Factiva, Inc. All rights reserved.

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update**

**BY** By Don Clark

**WC** 406 words

**PD** 18 November 2015

**ET** 05:52

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A spokesman for KFTC said they can't comment on ongoing investigations.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 05:52 ET (10:52 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi0014d

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

HD **Qualcomm Confirms Receipt of Korea Fair Trade Commission's Case Examiner's Report**

WC 295 words
PD 18 November 2015
SN M2 Presswire
SC MTPW
LA English
CY © 2015, M2 Communications. All rights reserved.

LP

SAN DIEGO — Qualcomm Incorporated today confirmed that it has recently received the Korea Fair Trade Commission’s staff-generated Case Examiner’s Report (ER), which commences a process that affords Qualcomm the ability to respond to allegations and defend itself. The ER alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law. The ER proposes remedies including modifications to certain business practices and monetary penalties.

TD

The allegations and conclusions contained in the ER are not supported by the facts and are a serious misapplication of law. Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive. Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device.

We intend to vigorously defend ourselves at the Commission hearings and remain hopeful that the Commission will reject the conclusions of the Examiner’s Report. We expect the process to take some time. Until then, we intend to continue to invest in leading technologies that drive the industry forward and share those innovations through its licensing program.

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

CO qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c34 : Anti-Competition Issues | c133 : Patents | cgymtr : Intellectual Property Rights | npress : Press Releases | c334 : Licensing Agreements | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

RE usa : United States | namz : North America

PUB Normans Media Ltd

AN Document MTPW000020151118ebbi009nb

NEWSWIRES
DOW JONES

**CLM** Top Stories

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 604 words

**PD** 18 November 2015

**ET** 03:42

**SN** Dow Jones Top News & Commentary

**SC** DJCOMM

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i34411 : Mobile Communications Equipment | i3441 : Telecommunications Technology/Equipment

**NS** c34 : Anti-Competition Issues | ncolu : Columns | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | ribcol : IB Collection | ribtst : IB - Top Stories | redit : Selection of Top Stories/Trends/Analysis | c133 : Patents | cgymtr : Intellectual Property Rights | c12 : Corporate Crime/Legal Action | cinprp : Industrial Property Rights | nfcpex : C&E Executive News Filter | cwrkpa : Workers Pay | c42 : Labor/Personnel

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJCOMM1120151118ebbi006sr

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update**

BY By Don Clark

WC 617 words

PD 18 November 2015

ET 13:00

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

TD

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 13:00 ET (18:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | nenac : Energy Asset Class News | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c33 : Contracts/Orders | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002ol

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm sinks to 52-week low after allegations of antitrust violations in Korea**

**WC** 160 words

**PD** 18 November 2015

**ET** 13:10

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Shares of Qualcomm Inc. (QCOM) sank to their 52-week low Wednesday after the chip maker announced that it faces patent-related antitrust allegations in South Korea. "The Examiner's Report alleges, among other things, that we do not properly negotiate aspects of our licenses, and that our practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property violate Korean competition law," said Qualcomm in a statement posted on its website. The company said it plans to vigorously defend itself against the claims detailed in the report. Qualcomm sank 9.1% to its 52-week low of $48.18 to top the worst decliners in the S&P 500. The stock is down 35% year to date.

-Sue Chang; 415-439-6400; AskNewswires@dowjones.com

**TD**

(END) Dow Jones Newswires

18-11-15 1810GMT

**CO** qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | neqac : Equities Asset Class News | c11 : Plans/Strategy | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c33 : Contracts/Orders | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020151118ebbi000jd

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- Update**

**BY** By Don Clark

**WC** 406 words

**PD** 18 November 2015

**ET** 06:07

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. said the staff of South Korea's antitrust agency has alleged that some of the U.S. chip maker's patent-licensing practices are illegal and recommended that the company be fined.

The company, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, also recommended modifications to its business practices. A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine.

**TD**

A spokesman for KFTC said they can't comment on ongoing investigations.

Qualcomm said it plans to vigorously defend against the allegations before the commission, which it said must approve any action against the company.

The company, in a statement late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

The San Diego-based company, which is known for chips used in smartphones, earns most of its profit from patent royalties that cellphone makers pay based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said, stating that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 06:07 ET (11:07 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi00124 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations -- 2nd Update**

**BY** By Don Clark
**WC** 617 words
**PD** 18 November 2015
**ET** 13:15
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

A Qualcomm spokeswoman said the company hasn't been informed of the size of any potential fine. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 13:15 ET (18:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | nenac : Energy Asset Class News | neqac : Equities Asset Class News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002rs

THE WALL STREET JOURNAL.

SE Tech

HD **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations; Chip maker it plans to vigorously contest the allegations**

BY By Don Clark

WC 612 words

PD 18 November 2015

ET 13:00

SN The Wall Street Journal Online

SC WSJO

LA English

CY Copyright 2015 Dow Jones & Company, Inc. All Rights Reserved.

LP

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

TD

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing “is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings “are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a “doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i3441 : Telecommunications Technology/Equipment | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | gcrim : Crime/Courts | c11 : Plans/Strategy | c12 : Corporate Crime/Legal Action | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | asiaz : Asia | apacz : Asia Pacific | easiaz : Eastern Asia

**IPD** Technology

**PUB** Dow Jones & Company, Inc.

**AN** Document WSJO000020151118ebbi001xh

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

**BY** By Don Clark

**WC** 598 words

**PD** 18 November 2015

**ET** 11:13

**SN** Dow Jones Top North American Equities Stories

**SC** DJTNAE

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at

**CO** qcom : Qualcomm Incorporated

**IN** i3303 : Networking | iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics | icomp : Computing | i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i3441 : Telecommunications Technology/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | ncolu : Columns | c42 : Labor/Personnel

**RE** asiaz : Asia | russ : Russia | skorea : South Korea | apacz : Asia Pacific | bric : BRICS Countries | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | eurz : Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTNAE1120151118ebbi0007f

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Discloses South Korea Antitrust Charges** |
| **WC** | 608 words |
| **PD** | 18 November 2015 |
| **ET** | 11:20 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 11:20 ET (16:20 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002cm

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

CLM Technology

HD **Qualcomm Says South Korea Recommends Fine for Alleged Antitrust Violations**

BY By Don Clark
WC 598 words
PD 18 November 2015
ET 11:13
SN Dow Jones Top Global Market Stories
SC DJTGMS
LA English
CY Copyright © 2015 Dow Jones & Company, Inc.

LP

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

TD

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at

**CO** qcom : Qualcomm Incorporated

**IN** i3303 : Networking | iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics | icomp : Computing | i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i3441 : Telecommunications Technology/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | ncolu : Columns | c42 : Labor/Personnel

**RE** asiaz : Asia | russ : Russia | skorea : South Korea | apacz : Asia Pacific | bric : BRICS Countries | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | eurz : Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTGMS1120151118ebbi000bk

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Discloses South Korea Antitrust Charges**

**WC** 608 words

**PD** 18 November 2015

**ET** 11:35

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

The company said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

**TD**

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

Qualcomm didn't disclose the size of any potential fine and declined to comment beyond its statement. A spokesman for the KFTC said the agency can't comment on ongoing investigations.

Qualcomm's shares were down nearly 9% on the news Wednesday.

The San Diego-based company is the biggest maker of chips used in mobile phones, which account for most of its revenue. But Qualcomm gets more than half its profit from royalties on patents, stemming from its inventions in cellular communications and other technologies.

Qualcomm charges handset makers royalties based on a percentage of the price of their handsets. Qualcomm doesn't typically issue licenses for its wireless technology to other chip makers.

KFTC staff members alleged that those practices are illegal, Qualcomm said. The company stated that the staff's findings "are not supported by the facts and are a serious misapplication of law."

South Korea was one of the first countries to adopt the version of digital cellular technology popularized by Qualcomm known as CDMA, or code division multiple access.

The company's market power has garnered the attention of the KFTC before; in 2009, the regulator ordered Qualcomm to pay a $208 million fine over other practices in a ruling still under appeal.

Qualcomm disclosed the current Korea investigation earlier this year. It faces pending investigations by the U.S. Federal Trade Commission, which is also focusing on its patent licensing practices, and European regulators, who are studying its sales tactics.

In February, Qualcomm agreed to a settlement with antitrust authorities in China that included a $975 million fine and required changes to its business practices. Company executives at the time said they were pleased that Chinese regulators chose not to challenge Qualcomm's model of charging royalties to handset makers.

Qualcomm on Nov. 4 reported a 44% drop in fiscal fourth-quarter profit, and projected financial results below expectations because of delays in reaching licensing deals with Chinese handset makers. The company has been reviewing strategic options that include splitting its chip and licensing businesses in the wake of pressure from activist investor Jana Partners LLC.

Stacy Rasgon, an analyst with Sanford C. Bernstein, said the current dispute in South Korea could drag on for years. But he added that the charges are an additional worry for a company facing other pressures, calling any move away from handset-based royalties a "doomsday scenario" for Qualcomm's licensing business.

Min-Jeong Lee in Seoul contributed to this article

Write to Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

November 18, 2015 11:35 ET (16:35 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34411 : Mobile Communications Equipment | i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | i3441 : Telecommunications Technology/Equipment | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | cwrkpa : Workers Pay | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c42 : Labor/Personnel | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151118ebbi002d1

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Heard on the Street

**HD** **Chip-Industry Merger Bash: Why This Party Isn't Over**

**BY** By Dan Gallagher

**WC** 531 words

**PD** 18 November 2015

**ET** 14:13

**SN** Dow Jones Top Energy Stories

**SC** DJTES

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

All good parties eventually come to an end. But for the one raging in the semiconductor arena, last call still seems a way off.

Investors could be forgiven for thinking otherwise. ON Semiconductor's $2.4 billion deal to acquire Fairchild Semiconductor, announced Wednesday , is just the latest entrant to the chip industry's merger party .

**TD**

And it has been quite the bash: there have been deals worth more than $120 billion across the sector so far this year, according to Dealogic.

That is far and away the all-time record.

What may give pause to investors hoping the festivities continue: the actual number of deals is low, the fewest since 2005. This means deal size is quite high. In fact, this year has seen 14 deals above $1 billion in value so far, including Avago's record-busting pickup of Broadcom for $37 billion. Average deal size this year is more than three times last year's average, according to Dealogic.

That would suggest the merger wave could be peaking. One reason: Many of the industry's biggest players are now busy absorbing their latest acquisitions.

But there may be at least a few more to come . Reports over the past month have indicated both Texas Instruments and Analog Devices are eyeing Maxim Integrated, which sports a market value of about $11.2 billion.

Qualcomm, with about $20 billion in net cash and a pressing need to diversify from its dependence on modem chips for smartphones, just hired a former stock analyst to run M&A for the company. In a report this week, Christopher Danley of Citigroup named Xilinx as an attractive target to a buyer like Qualcomm. Xilinx has a market value of just over $12 billion.

And another deep-pocketed buyer is itching to get into the deals party. The chairman of Tsinghua Unigroup, a state-owned entity based in China, told Reuters earlier this week that the company plans to spend the equivalent of $47 billion over the next five years to build up its chip business. The group reportedly made a bid for Micron earlier this year in the $23 billion range, but that price appears to have been insufficient to lure the memory chip maker to the table.

Cheap debt is also feeding the party. ON Semiconductor already had a net debt position of about $850 million, and plans to issue $2.4 billion of new debt to fund its merger. Avago and Intel are also funding a significant portion of their acquisitions with debt.

True, the U.S. Federal Reserve looks likely to raise interest rates in December. Even then, though, rates will be at very low levels and the Fed isn't likely to set upon a swift rate-increase path.

And valuations aren't insane—yet. The PHLX Semiconductor Index is still down about 4% for the year, and currently trades at a forward price/earnings multiple that is around its five-year average.

For now, the chip industry's merger punch bowl is still looking half full.

Write to Dan Gallagher at

| | |
|---|---|
| **CO** | adev : Analog Devices Inc \| avagt : Avago Technologies Inc \| bcomnj : Broadcom Corporation \| fairsm : Fairchild Semiconductor International Inc \| intl : Intel Corporation \| mict : Micron Technology Inc \| mxprod : Maxim Integrated Products Inc \| scghld : ON Semiconductor Corp \| qcom : Qualcomm Incorporated \| txsil : Texas Instruments Inc \| xiln : Xilinx Inc |
| **IN** | icph : Computer Hardware \| iindele : Industrial Electronics \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| itech : Technology \| i3302 : Computers/Consumer Electronics \| icomp : Computing \| iintcir : Integrated Circuits \| i342 : Electrical Components/Equipment |
| **NS** | cactio : Corporate Actions \| c181 : Acquisitions/Mergers/Shareholdings \| c18 : Ownership Changes \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| cmerg : Mergers \| ncolu : Columns \| nhrd : Heard on the Street \| npda : DJ Exclusive Analysis - All \| npred : Economic Predictions/Forecasts \| cacqu : Acquisitions/Mergers |
| **RE** | namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJTES11020151118ebbi0007x |

FT FINANCIAL TIMES

**HD** **Qualcomm shares tumble on South Korean antitrust probe**

**BY** Richard Waters in San Francisco

**WC** 481 words

**PD** 18 November 2015

**ET** 16:54

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2015 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Qualcomm's shares tumbled nearly 10 per cent on Wednesday, hitting a four-year low, after it revealed that antitrust authorities in South Korea had become the first to challenge a core aspect of its technology licensing practices.

The regulatory setback was the second blow this month to the US mobile chip company's high-margin licensing business. It had already revealed problems in negotiating new licensing deals with some handset makers in China, following the settlement earlier this year of an antitrust case there. Together, the two have wiped $20bn from its stock market value, adding to pressure on the company at a time when activist investor Jana Partners has already called on it to consider a break-up.

**TD**

A staff-level report from the Korea Fair Trade Commission has concluded that a number of Qualcomm's practices violate the country's competition law, the company said late on Tuesday. These include its insistence on calculating its licence fee on the overall cost of a mobile device, rather than just the chips using its technology.

"Device level licensing is the worldwide industry norm, and Korean companies have long enjoyed the benefits and protections of access to our patents, which cover essentially the entire device," the company said in a statement.

Untying chip licensing fees from the overall cost of a handset could make it harder for Qualcomm to justify its royalty rates and open the door to other regulators to mount similar challenges, said one antitrust lawyer familiar with the case.

Qualcomm claimed the allegations and conclusions in the staff report were "not supported by the facts and are a serious misapplication of law". It said it would contest the conclusions, which had yet to be confirmed by the commission.

"Our patent licensing practices, which we and other patent owners have maintained for almost two decades, and which have facilitated the growth of the mobile communications industry in Korea and elsewhere, are lawful and pro-competitive," it said.

The antitrust challenge in Korea, like the earlier one in China, appeared to be provoked partly by concerns about the impact of Qualcomm's licensing on local tech companies, said Patrick Moorhead, a US chip industry analyst. "This could very well be driven by Samsung," he said, given that the Korean company is one of Qualcomm's biggest competitors.

Qualcomm's share of the intellectual property in 4G mobile communications is lower than in previous generations. However, phones are still shipped with earlier versions of the technology to make them compatible with older networks, leaving the company with considerable influence over mobile

communications licensing. “What this is about is, people don’t like that Qualcomm has such a big share of the [IP] stack,” Mr Moorhead said.

The company is also facing antitrust investigations in the US and Europe.

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | c1522 : Share Price Movement/Disruptions | c15 : Financial Performance | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020151118ebbi008y9

 © 2023 Factiva, Inc. All rights reserved.

MarketWatch

**CLM** The Wall Street Journal

**SE** News & Commentary

**HD** **Qualcomm says South Korea recommends fine for alleged antitrust violations; Chip maker says findings 'are not supported by the facts and are a serious misapplication of law'**

**BY** Don Clark

**WC** 231 words

**PD** 18 November 2015

**ET** 13:41

**SN** MarketWatch

**SC** MRKWC

**LA** English

**CY** Copyright 2015 MarketWatch, Inc. All Rights Reserved.

**LP**

Chip maker says findings 'are not supported by the facts and are a serious misapplication of law'

Qualcomm Inc. faces new antitrust charges in South Korea that focus on a foundation of the chip maker's lucrative patent-licensing business.

**TD**

The company (QCOM, US) said the staff of the country's antitrust agency has alleged that the company has violated anticompetition laws there, recommending that the company be fined and required to modify some business practices.

Qualcomm, which has battled antitrust cases in multiple countries, said a case examiner's report generated by the staff of the Korea Fair Trade Commission, known as the KFTC, attacks its practice of licensing patents only to cellphone makers and said the company doesn't properly negotiate aspects of its licenses.

The company said it plans to vigorously contest the allegations before the commission, which it said must approve any action brought against the company.

Qualcomm, in a statement issued late Tuesday, said such device licensing "is the world-wide industry norm." It added that Korean companies have long enjoyed the benefits and protections of access to its patents.

An expanded version of this report appears at WSJ.com.

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | ncolu : Columns | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**IPD** News & Commentary

**PUB** Dow Jones & Company, Inc.

**AN** Document MRKWC00020151118ebbi00335

REUTERS

HD **BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,**

WC 1,043 words
PD 18 November 2015
ET 13:03
SN Reuters News
SC LBA
LA English
CY Copyright 2015 Thomson Reuters. All Rights Reserved.

LP

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s ) Wall Street was higher on Wednesday, boosted by Apple and healthcare stocks, as investors treaded water ahead of minutes from the Federal Reserve's October meeting that could help clarify the central bank's position on a December rate hike. The Dow Jones industrial average was up 0.75 percent at 17,621.21, and the S&P 500 was up 0.75 percent at 2,065.79.

** APPLE INC, $116.5038, +2.48 pct

TD

Goldman Sachs added Apple to its list of top picks in the Americas, saying that the iPhone maker's shares have the potential to rise as much as 43 pct from current levels.

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, $19.39, +8.45 pct

** ON SEMICONDUCTOR CORP, $9.905, -7.77 pct

ON Semiconductor said it would buy the chipmaker in a $2.4 billion deal, the latest in a rapidly consolidating semiconductor industry.

** LOWE'S COS INC, $72.73, -0.16 pct

The No.2 U.S. home improvement chain reported better-than-expected quarterly profit and sales at stores open at least a year, as people spent more on home improvement amid a strong recovery in the U.S. housing market.

** TARGET CORP, $69.12, -5.20 pct

The U.S. retailer reported slower growth in online sales and said gross margins fell slightly because of reimbursement pressure in its pharmacy operations.

** QUALCOMM INC, $48.43, -8.59 pct

The chipmaker said it received communication from Korea Fair Trade Commission, alleging that the company violated South Korean competition law.

** STAR BULK CARRIERS CORP,$0.9702, -20.48 pct

** SCORPIO BULKERS INC,$0.9301, -19.12 pct

** DIANA SHIPPING INC,$4.89, -6.68 pct

Deutsche Bank downgraded the stocks to "hold" and cut their price targets, saying improvement in rates expected at the year-end had not materialized.

** MAXIM INTEGRATED PRODUCTS,$39.545, +2.21 pct

Israeli specialty chip maker TowerJazz has agreed to buy Maxim Integrated Products' wafer manufacturing plant in San Antonio, Texas for $40 million in an all-share transaction.

** CONAGRA FOODS INC, $41.15, +4.55 pct

Slim Jim beef jerky and Chef Boyardee pasta maker said it would spin off its Lamb Weston frozen potato products business into separate public company and rename itself Conagra Brands Inc.

** GOPRO INC, $19.2501, -7.76 pct

Piper Jaffray cut its price target on the wearable camera maker's shares, saying the company may not be able to maintain current margin expectations as selective price reductions were becoming more evident.

** SOLARCITY'S SHARES, $26.58, +2.23 pct

The top U.S. solar installer said PE firm Silver Lake would invest $100 million in the company and SolarCity Chairman Elon Musk and CEO Lyndon Rive would invest another $13 million.

** FARO TECHNOLOGIES,$29.9708, +7.65 pct

Canaccord Genuity upgraded the 3D imaging systems maker's stock to "buy" from "hold", saying "recent weak performance was due to transitory issues that are likely to improve in the coming quarters".

** RADA ELECTRONIC INDUSTRIES LTD,$0.44, -33.33 pct

The Israel-based defense contractor said its quarterly revenue fell 31 percent due to delays in "securing several large avionic product orders".

** AMN HEALTHCARE SERVICES INC, $30.34, +2.88 pct

The healthcare staffing company said it would acquire B.E. Smith, a privately held company that provides healthcare staffing and executive search services, for $160 million.

** VIPSHOP HOLDINGS LTD, $14.1, +12.53 pct

The online discount retailer reported quarterly profit that more than doubled and said it would buy back up to $300 million of its American depositary shares.

** STAPLES INC, $11.88, -4.58 pct

The office supplies retailer reported lower-than-expected quarterly sales, hurt by lower demand for products such as technology accessories and ink and toner.

** CITRIX SYSTEMS INC, $71.48, -8.85 pct

The cloud computing software maker, under pressure from activist hedge fund Elliott Management, said it would spin off its GoTo business into a listed company and cut more than 10 percent of its workforce prompting at least four brokerages to adjust their views on the stock.

** BLUEBIRD BIO INC, $83.1, +4.38 pct

Goldman Sachs started coverage of the stock with a "buy" rating and a price target of $165, saying "current share levels represent an attractive entry point, as we believe fundamentals of the company are intact".

** ANAVEX LIFE SCIENCES, $5.3792, +66.02 pct

The company said it will study experimental Alzheimer's treatment, ANAVEX 2-73, in a large study based on guidance from the U.S. FDA.

** NORFOLK SOUTHERN CORP, $92.01, +5.80 pct

The U.S. railroad operator rejected a $28.4 billion acquisition offer by Canadian Pacific Railway Ltd on Tuesday, calling it "low-premium" and warning it would face significant regulatory hurdles.

** SOUFUN HOLDINGS LTD, $7.11, -4.56 pct

The Chinese property website operator posted a bigger quarterly loss as cost of services increased to $188.5 million from $48.8 million mainly due to increased staff, e-commerce costs and higher home decorating expenses.

** JACK IN THE BOX INC, $73.75, +5.37 pct

The hamburger restaurant chain reported better-than-expected quarterly same-store sales growth besides setting 2016 profit forecast above analyst expectations.

** TASER INTERNATIONAL INC, $18.45, +10.08 pct

Brokerage Ladenburg Thalmann upgraded the stock to "buy", saying the company's investment in smaller video products business can produce steady stream of revenue.

** ARAMARK, $32.09, +8.34 pct

The customer service business reported better-than-expected quarterly sales, helped by new accounts in the education business besides raising regular quarterly dividend by 10 percent.

** CAREDX INC,$6.2, +27.84 pct

Centers for Medicare and Medicaid Services (CMS) revised pricing determination for the molecular diagnostics company's device AlloMap for 2016 to $2,821. (Reporting by Nikhil Subba in Bengaluru; Editing by Anil D'Silva)

**RF** Released: 2015-11-21T18:03:45.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | goproz : GoPro, Inc | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | i81401 : Central Banking | i951 : Health Care/Life Sciences | i814 : Banking | ibnk : Banking/Credit | ifinal : Financial Services | itech : Technology | i34531 : Semiconductors | i3733 : Photographic Equipment | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilgood : Leisure/Travel Goods

**NS** ccat : Corporate/Industrial News | reqrcm : Suggested Reading Computers | redit : Selection of Top Stories/Trends/Analysis | reqr : Suggested Reading Industry News

**RE** usa : United States | meastz : Middle East | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151118ebbi00o89

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,**

**WC** 854 words

**PD** 18 November 2015

**ET** 11:34

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s ) Gains in Apple shares and energy stocks boosted Wall Street on Wednesday as investors awaited the release of minutes from the Federal Reserve's October meeting that were likely to underpin expectations of an interest rate hike next month. The Dow Jones industrial average was up 0.73 percent at 17,616.97, and the S&P 500 was up 0.72 percent at 2,065.16.

** APPLE INC, $117.08, +2.98 pct

**TD**

Goldman Sachs added Apple to its list of top picks in the Americas, saying that the iPhone maker's shares have the potential to rise as much as 43 pct from current levels.

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, $19.42, +8.61 pct

** ON SEMICONDUCTOR CORP, $9.615, -10.47 pct

ON Semiconductor said it would buy the chipmaker in a $2.4 billion deal, the latest in a rapidly consolidating semiconductor industry.

** LOWE'S COS INC, $72.56, -0.40 pct

The No.2 U.S. home improvement chain reported better-than-expected quarterly profit and sales at stores open at least a year, as people spent more on home improvement amid a strong recovery in the U.S. housing market.

** TARGET CORP, $69.29, -4.97 pct

The U.S. retailer reported slower growth in online sales and said gross margins fell slightly because of reimbursement pressure in its pharmacy operations.

** QUALCOMM INC, $48.69, -8.10 pct

The chipmaker said it received communication from Korea Fair Trade Commission, alleging that the company violated South Korean competition law.

** CONAGRA FOODS INC, $41.025, +4.23 pct

Slim Jim beef jerky and Chef Boyardee pasta maker said it would spin off its Lamb Weston frozen potato products business into separate public company and rename itself Conagra Brands Inc.

** GOPRO INC, $19.37, -7.19 pct

Piper Jaffray cut its price target on the wearable camera maker's shares, saying the company may not be able to maintain current margin expectations as selective price reductions were becoming more evident.

** SOLARCITY'S SHARES, $27.04, +4.00 pct

The top U.S. solar installer said PE firm Silver Lake would invest $100 million in the company and SolarCity Chairman Elon Musk and CEO Lyndon Rive would invest another $13 million.

** AMN HEALTHCARE SERVICES INC, $30.76, +4.31 pct

The healthcare staffing company said it would acquire B.E. Smith, a privately held company that provides healthcare staffing and executive search services, for $160 million.

** VIPSHOP HOLDINGS LTD, $13.66, +9.02 pct

The online discount retailer reported quarterly profit that more than doubled and said it would buy back up to $300 million of its American depositary shares.

** STAPLES INC, $11.885, -4.54 pct

The office supplies retailer reported lower-than-expected quarterly sales, hurt by lower demand for products such as technology accessories and ink and toner.

** CITRIX SYSTEMS INC, $71.7582, -8.50 pct

The cloud computing software maker, under pressure from activist hedge fund Elliott Management, said it would spin off its GoTo business into a listed company and cut more than 10 percent of its workforce prompting at least four brokerages to adjust their views on the stock.

** BLUEBIRD BIO INC, $83.6007, +5.01 pct

Goldman Sachs started coverage of the stock with a "buy" rating and a price target of $165, saying "current share levels represent an attractive entry point, as we believe fundamentals of the company are intact".

** ANAVEX LIFE SCIENCES, $5.65, +74.38 pct

The company said it will study experimental Alzheimer's treatment, ANAVEX 2-73, in a large study based on guidance from the U.S. FDA.

** NORFOLK SOUTHERN CORP, $92.98, +6.91 pct

The U.S. railroad operator rejected a $28.4 billion acquisition offer by Canadian Pacific Railway Ltd on Tuesday, calling it "low-premium" and warning it would face significant regulatory hurdles.

** SOUFUN HOLDINGS LTD, $7.13, -4.30 pct

The Chinese property website operator posted a bigger quarterly loss as cost of services increased to $188.5 million from $48.8 million mainly due to increased staff, e-commerce costs and higher home decorating expenses.

** JACK IN THE BOX INC, $71.46, +2.10 pct

The hamburger restaurant chain reported better-than-expected quarterly same-store sales growth besides setting 2016 profit forecast above analyst expectations.

** TASER INTERNATIONAL INC, $18.45, +10.08 pct

Brokerage Ladenburg Thalmann upgraded the stock to "buy", saying the company's investment in smaller video products business can produce steady stream of revenue.

** ARAMARK, $32, +8.04 pct

The customer service business reported better-than-expected quarterly sales, helped by new accounts in the education business besides raising regular quarterly dividend by 10 percent. (Reporting by Nikhil Subba in Bengaluru; Editing by Anil D'Silva)

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **RF** | Released: 2015-11-21T16:34:42.000Z |
| **CO** | fairsm : Fairchild Semiconductor International Inc \| scghld : ON Semiconductor Corp \| goproz : GoPro, Inc \| qcom : Qualcomm Incorporated |
| **IN** | i3454 : Personal Electronics \| icomp : Computing \| i3302 : Computers/Consumer Electronics \| ielec : Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| i3733 : Photographic Equipment \| icnp : Consumer Goods \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| ilgood : Leisure/Travel Goods |
| **NS** | cspin : Demergers \| reqrcm : Suggested Reading Computers \| c02 : Corporate Changes \| c11 : Plans/Strategy \| c18 : Ownership Changes \| cactio : Corporate Actions \| ccat : Corporate/Industrial News \| cncc : New Companies Creation \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis \| reqr : Suggested Reading Industry News \| cdiv : Divestments |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151118ebbi00lwy |

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **BUZZ-Qualcomm Inc: Korea regulator alleges competition law violation** |
| **WC** | 151 words |
| **PD** | 18 November 2015 |
| **ET** | 09:49 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2015 Thomson Reuters. All Rights Reserved. |

**LP**

** Chipmaker's shares down 5.7 pct at $49.95

** Stock falls as much as 6.8 pct to over 4-year low of $49.40, is biggest drag on S&P 500 index

**TD**

** Qualcomm said on Tuesday it received communication from Korea Fair Trade Commission alleging company violated South Korean competition law

** Company said regulator alleged "practice of licensing our patents only at the device level and requiring that our chip customers be licensed to our intellectual property" violates law

** Commission seeking modifications to some of company's business practices and penalties

** Qualcomm denies allegations, says it will "vigorously defend" itself

** Company agreed in February to pay $975 mln fine to end 14-month Chinese government investigation into anti-competitive practices

** Up to Tuesday's close, stock had fallen about 29 pct this year

| | |
|---|---|
| **RF** | Released: 2015-11-21T14:49:58.000Z |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | crbrea : Regulatory Breach \| ginda : Independent Advisory Bodies \| gcrim : Crime/Legal Action \| c12 : Corporate Crime/Legal Action \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gpir : Politics/International Relations \| gpol : Domestic Politics \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151118ebbi00jah |



PX333

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Apple, Fairchild, Qualcomm, GoPro,**

**WC** 643 words

**PD** 18 November 2015

**ET** 10:27

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s ) Wall Street was led higher by Apple and energy stocks, ahead of the release of the minutes of the Federal Reserve's October meeting which are likely to underpin expectations of an interest rate increase next month. The Dow Jones industrial average was up 0.62 percent at 17,597.33, and the S&P 500 was up 0.59 percent at 2,062.59.

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, $19.425, +8.64 pct

**TD**

** ON SEMICONDUCTOR CORP, $9.79, -8.85 pct

ON Semiconductor said it would buy the chipmaker in a $2.4 billion deal, the latest in a rapidly consolidating semiconductor industry.

** APPLE INC, $117.24, +3.12 pct

Goldman Sachs added Apple to its list of top picks in the Americas, saying that the iPhone maker's shares have the potential to rise as much as 43 pct from current levels.

** LOWE'S COS INC, $72.33, -0.71 pct

The No.2 U.S. home improvement chain reported better-than-expected quarterly profit and sales at stores open at least a year, as people spent more on home improvement amid a strong recovery in the U.S. housing market.

** QUALCOMM INC, $49.7453, -6.11 pct

The chipmaker said it received communication from Korea Fair Trade Commission, alleging that the company violated South Korean competition law.

** CONAGRA FOODS INC, $40.95, +4.04 pct

Slim Jim beef jerky and Chef Boyardee pasta maker said it would spin off its Lamb Weston frozen potato products business into separate public company and rename itself Conagra Brands Inc.

** GOPRO INC, $18.935, -9.27 pct

Piper Jaffray cut its price target on the wearable camera maker's shares, saying the company may not be able to maintain current margin expectations as selective price reductions were becoming more evident.

** STAPLES INC, $12.12, -2.65 pct

The office supplies retailer reported lower-than-expected quarterly sales, hurt by lower demand for products such as technology accessories and ink and toner.

** CITRIX SYSTEMS INC, $73, -6.91 pct

The cloud computing software maker, under pressure from activist hedge fund Elliott Management, said it would spin off its GoTo business into a listed company and cut more than 10 percent of its workforce prompting at least four brokerages to adjust their views on the stock.

** BLUEBIRD BIO INC, $83.69, +5.13 pct

Goldman Sachs started coverage of the stock with a "buy" rating and a price target of $165, saying "current share levels represent an attractive entry point, as we believe fundamentals of the company are intact".

** ANAVEX LIFE SCIENCES, $4.36, +34.57 pct

The company said it will study experimental Alzheimer's treatment, ANAVEX 2-73, in a large study based on guidance from the U.S. FDA.

** NORFOLK SOUTHERN CORP, $92.14, +5.94 pct

The U.S. railroad operator rejected a $28.4 billion acquisition offer by Canadian Pacific Railway Ltd on Tuesday, calling it "low-premium" and warning it would face significant regulatory hurdles.

** SOUFUN HOLDINGS LTD, $7.2, -3.36 pct

The Chinese property website operator posted a bigger quarterly loss as cost of services increased to $188.5 million from $48.8 million mainly due to increased staff, e-commerce costs and higher home decorating expenses.

** JACK IN THE BOX INC, $71.715, +2.46 pct

The hamburger restaurant chain reported better-than-expected quarterly same-store sales growth besides setting 2016 profit forecast above analyst expectations. (Reporting by Nikhil Subba in Bengaluru; Editing by Anil D'Silva)

**RF** Released: 2015-11-21T15:27:42.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | goproz : GoPro, Inc | qcom : Qualcomm Incorporated

**IN** i3454 : Personal Electronics | icomp : Computing | i3302 : Computers/Consumer Electronics | ielec : Consumer Electronics | itech : Technology | i34531 : Semiconductors | i3733 : Photographic Equipment | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilgood : Leisure/Travel Goods

**NS** cspin : Demergers | c02 : Corporate Changes | c11 : Plans/Strategy | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | cncc : New Companies Creation | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | cdiv : Divestments

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151118ebbi00jzm

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Handheld Launches Its First Ultra-Rugged Android Tablet -- the Best-in-Class ALGIZ RT7; Powered by a Qualcomm Snapdragon chipset for processing speed, ultra-fast connectivity and long battery life**

**CR** Handheld Group; PR Newswire

**WC** 609 words

**PD** 18 November 2015

**ET** 02:30

**SN** PR Newswire Asia

**SC** PRNASI

**LA** English

**CY** Copyright © 2015 PR Newswire Association LLC. All Rights Reserved.

**LP**

LIDKOPING, Sweden, Nov. 18, 2015 /PRNewswire/ -- Handheld Group , a leading manufacturer of rugged mobile computers, today announced the launch of its new Android tablet, the ALGIZ RT7. The ALGIZ RT7 is a powerful, lightweight and ergonomic 7-inch tablet designed for reliable performance in demanding environments.

To view the Multimedia News Release, please click:

**TD**

http://www.multivu.com/players/English/7688851-handheld-ultra-rugged-android-tablet/

The Algiz RT7 , which runs Android 5.1.1 (Lollipop), provides a wide range of features and exceptional value to mobile workforces. It's fully rugged, meeting stringent MIL-STD-810G U.S. military standards for protection against drops, vibrations and extreme temperatures, and its IP65 rating means that it's waterproof as well as fully sealed against sand and dust. Weighing just 650 grams, the Algiz RT7 is designed for mobility.

Industry-leading technology from Qualcomm - an MSM8916 (Snapdragon) chipset and 1.2 GHz quad-core processor - powers the Algiz RT7 for impressive processing speed, ultra-fast connectivity and long battery life. The Algiz RT7 comes standard with LTE data and voice capabilities as well as 802.11 b/g/n WLAN, BT Class 1 and Class 2, and NFC functionality. It also boasts dual cameras (8-megapixel rear-facing and 2-megapixel front-facing), as well as dual SIM card slots. The unit comes with a built-in accelerometer, gyroscope and e-compass and a stand-alone u-blox GPS receiver for navigation.

Designed for the mobile worker, the Algiz RT7 sports a high-brightness 7-inch outdoor-viewable capacitive display that can handle true outdoor challenges. Battery performance is key for any mobile application, and the Algiz RT7 comes with a long-life 3.7V 6000mAh lithium-ion battery. Four programmable buttons allow users to launch and use applications in the field. To enhance data capture, users can choose an optional 2D imager or RFID plus 2D imager.

"Our new Algiz RT7 offers enterprises an exceptional value and is a highly requested product from both our end users and our extensive partner network," says Jerker Hellstrom, Handheld Group CEO. "This ultra-rugged tablet delivers best-in-class performance to assist fieldworkers in their daily tasks. The Algiz RT7 is built for tough environments and delivers a streamlined Android experience with power and features appropriate for market demands."

The Algiz RT7 can be ordered immediately. Shipping will start in December with volume deliveries starting January 2016.

Helpful links

ALGIZ RT7 product specifications

ALGIZ RT7 press images

Events showing the ALGIZ RT7

About Handheld Group

Handheld product lineup

What does rugged mean?

Tweet this: Handheld launches its first ultra-rugged Android tablet - the best-in-class Algiz RT7 www.handheldgroup.com/RT7

About Handheld

The Handheld Group is a manufacturer of rugged mobile computers, PDAs and tablets. Handheld and its partners worldwide deliver complete mobility solutions to businesses with mobile workers in outdoor or industrial environments. The Handheld Group of Sweden has local offices in Finland, the U.K., the Netherlands, Italy, Germany, Switzerland, Australia and the USA. For more information, please see www.handheldgroup.com

(Photo: http://photos.prnewswire.com/prnh/20151111/286188 )

Video:

http://www.multivu.com/players/English/7688851-handheld-ultra-rugged-android-tablet/

http://rt.prnewswire.com/rt.gif?NewsItemId=EN60535&Transmission_Id=201511180230PR_NEWS_ASPR_____EN60535&DateId=20151118

**CT** Sofia Lofblad, Marketing Director, Handheld Group, Sweden: +46-510-54-71-70, Amy Urban, Marketing Director, Handheld-US, USA: +1-541-752-0319

**CO** goog : Alphabet Inc. | qcom : Qualcomm Incorporated

**IN** itablcm : Tablet Computers | i3302011 : Portable Computers | i3302 : Computers/Consumer Electronics | i3454 : Personal Electronics | icomp : Computing | icph : Computer Hardware | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | i8395464 : Internet Search Engines | iindele : Industrial Electronics | iindstrls : Industrial Goods | iint : Online Service Providers

**NS** c22 : New Products/Services | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** swed : Sweden | eecz : European Union Countries | eurz : Europe | nordz : Nordic Countries | scandz : Scandinavia

**IPD** Handheld-Group

**IPC** HRD

**PUB** PR Newswire Association, Inc.

**AN** Document PRNASI0020151118ebbi000rt

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

| | |
|---|---|
| **HD** | ***Qualcomm Discloses South Korea Antitrust Charges** |
| **WC** | 48 words |
| **PD** | 17 November 2015 |
| **ET** | 20:36 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

17 Nov 2015 20:36 ET *Qualcomm Says Suggested Penalties Include Monetary Damages

17 Nov 2015 20:36 ET *Qualcomm Vows to Vigorously Defend Itself in South Korea

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

November 17, 2015 20:36 ET (01:36 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi0002q |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | ***World's first live LTE Carrier Aggregation of licensed and unlicensed bands on commercial network with Vodafone, Ericsson and Qualcomm and** |
| **WC** | 33 words |
| **PD** | 18 November 2015 |
| **ET** | 02:56 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | |

(MORE TO FOLLOW) Dow Jones Newswires

November 18, 2015 02:56 ET (07:56 GMT)

| | |
|---|---|
| **CO** | ratel : Vodafone Group PLC \| qcom : Qualcomm Incorporated |
| **IN** | i7902 : Telecommunication Services \| i79022 : Wireless Telecommunications Services \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151118ebbi000pm |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Says Suggested Penalties Include Monetary Damages** |
| WC | 31 words |
| PD | 17 November 2015 |
| ET | 20:41 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>November 17, 2015 20:36 ET (01:36 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>18-11-15 0141GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151118ebbi00028 |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Vows to Vigorously Defend Itself in South Korea** |
| **WC** | 33 words |
| **PD** | 17 November 2015 |
| **ET** | 20:42 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>November 17, 2015 20:36 ET (01:36 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>18-11-15 0142GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151118ebbi00029 |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Discloses South Korea Antitrust Charges** |
| WC | 30 words |
| PD | 17 November 2015 |
| ET | 20:38 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

(MORE TO FOLLOW) Dow Jones Newswires

November 17, 2015 20:36 ET (01:36 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

18-11-15 0138GMT

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | skorea : South Korea \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151118ebbi00023 |

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 11/17/2015 to 11/18/2015 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 42 |
| Timestamp | 5 June 2023 11:46 |

**Qualcomm Incorporated**

**Appendix 4 – News Stories (New Terms List)**

**12.08.2015-12.08.2015**

DOW JONES

Qualcomm Comments on Regulatory Matters ....................3

Press Release: Qualcomm Comments on Regulatory Matters ....................5

Antitrust: Commission sends two Statements of Objections on exclusivity payments and predatory pricing to Qualcomm ....................7

Qualcomm Receives European Commission Antitrust Objections Over Sales Tactics ....................9

EU antitrust regulators accuse Qualcomm of hindering rivals ....................11

Qualcomm faces investigation by Taiwan's Fair Trade Commission ....................12

EU accuses Qualcomm of using market power to hinder rivals ....................13

News Highlights: Equities Stories Of The Day ....................15

UPDATE 2-EU accuses Qualcomm of using market power to hinder rivals ....................17

Qualcomm and Xiaomi Sign 3G/4G License Agreement ....................19

EU Slaps Qualcomm with Antitrust Charges --Update ....................21

EU Slaps Qualcomm with Antitrust Charges --Update ....................23

China chips away at U.S., Taiwan semiconductor dominance ....................25

China chips away at U.S., Taiwan semiconductor dominance ....................27

EU starts anti-trust action against Qualcomm over exclusivity payments, predatory pricing ....................29

EU starts anti-trust action against Qualcomm ....................30

BUZZ-Qualcomm accused of muscling aside competition ....................31

EU Slaps Qualcomm With Antitrust Charges ....................33

EU Slaps Qualcomm With Antitrust Charges ....................35

EU Slaps Qualcomm with Antitrust Charges -- 2nd Update ....................37

EU Slaps Qualcomm with Antitrust Charges -- 2nd Update ....................39

EU Slaps Qualcomm With Antitrust Charges ....................41

EU Slaps Qualcomm With Antitrust Charges ....................43

*EU Issues Qualcomm With Two Sets of Formal Charges ....................45

EU slaps Qualcomm with antitrust charges; European Commission says chip maker sought to stifle competition .......... 47

EU Imposes Formal Antitrust Charges on Qualcomm ....................49

EU Imposes Formal Antitrust Charges on Qualcomm ....................50

BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Onconova, United Natural Foods, Onconova, ....................51

*Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says ....................54

Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements ....................55

 © 2023 Factiva, Inc. All rights reserved.

Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules ....56

Qualcomm: Our Sales Practices Have Always Complied with European Competition Law ....57

Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic ....58

Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says ....59

EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets....60

EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments ....61

EU Issues Qualcomm With Two Sets of Formal Charges....62

EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival ....63

EU accuses Qualcomm of impeding rivals....64

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm Comments on Regulatory Matters**

**WC** 468 words

**PD** 8 December 2015

**ET** 06:19

**SN** PR Newswire (U.S.)

**SC** PRN

**LA** English

**CY** Copyright © 2015 PR Newswire Association LLC. All Rights Reserved.

**LP**

SAN DIEGO, Dec. 8, 2015 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today received courtesy copies of two Statements of Objections (SO) from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

**TD**

"Qualcomm has been cooperating with the Commission since the outset of these matters, and now that we've received the Statements of Objections, we welcome the chance to formally respond," said Qualcomm general counsel and executive vice president, Don Rosenberg. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law."

The matters were previously disclosed by the Company. One SO concerns the supply of Qualcomm's chipsets to a single customer under an existing agreement. The other SO concerns Qualcomm's sales to two customers from 2009 through 2011 of three chipsets incorporated into dongles -- small USB devices that at the time were used to provide cellular connectivity for laptops.

Separately, the Taiwan Fair Trade Commission ("TFTC") has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act (the "Act"). This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

About Qualcomm Incorporated

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other. For more information, visit Qualcomm's website, OnQ blog, Twitter and Facebook pages.

Qualcomm is a registered trademark of Qualcomm Incorporated. All other trademarks are the property of their respective owners.

Qualcomm Contacts:

Tina Asmar, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Warren Kneeshaw, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/qualcomm-comments-on-regulatory-matters-300189571.html

SOURCE Qualcomm Incorporated

Web site: https://www.qualcomm.com

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPC** ABO

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020151208ebc80002x

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Press Release: Qualcomm Comments on Regulatory Matters**

**WC** 495 words

**PD** 8 December 2015

**ET** 06:19

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Comments on Regulatory Matters

PR Newswire

**TD**

SAN DIEGO, Dec. 8, 2015

SAN DIEGO, Dec. 8, 2015 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today received courtesy copies of two Statements of Objections (SO) from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

"Qualcomm has been cooperating with the Commission since the outset of these matters, and now that we've received the Statements of Objections, we welcome the chance to formally respond," said Qualcomm general counsel and executive vice president, Don Rosenberg. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law."

The matters were previously disclosed by the Company. One SO concerns the supply of Qualcomm's chipsets to a single customer under an existing agreement. The other SO concerns Qualcomm's sales to two customers from 2009 through 2011 of three chipsets incorporated into dongles -- small USB devices that at the time were used to provide cellular connectivity for laptops.

Separately, the Taiwan Fair Trade Commission ("TFTC") has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act (the "Act"). This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

About Qualcomm Incorporated

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other. For more information, visit Qualcomm's website, OnQ blog, Twitter and Facebook pages.

Qualcomm is a registered trademark of Qualcomm Incorporated. All other trademarks are the property of their respective owners.

Qualcomm Contacts:

Tina Asmar, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Warren Kneeshaw, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/qualcomm-comments-on-regulatory-matters-300189571.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END) Dow Jones Newswires

December 08, 2015 06:19 ET (11:19 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | npress : Press Releases | ncat : Content Types | nfact : Factiva Filters

**RE** eurz : Europe | usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001ai

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Antitrust: Commission sends two Statements of Objections on exclusivity payments and predatory pricing to Qualcomm**

**WC** 848 words

**PD** 8 December 2015

**SN** M2 Presswire

**SC** MTPW

**LA** English

**CY** © 2015, M2 Communications. All rights reserved.

**LP**

The European Commission has informed Qualcomm of its preliminary conclusions that the chipset company illegally paid a major customer for exclusively using Qualcomm chipsets and sold chipsets below cost with the aim of forcing its competitor Icera out of the market, in potential breach of EU antitrust rules.

EU Commissioner in charge of competition policy Margrethe Vestager said: “Many consumers enjoy high-speed internet on smartphones and other devices - baseband chipsets are key components that make this happen. I am concerned that Qualcomm’s actions may have pushed out competitors or prevented them from competing. We need to make sure that European consumers continue to benefit from competition and innovation in an area which is at the heart of today’s economy.”

**TD**

Consumers increasingly access the internet through mobile devices - therefore it is important that effective competition takes place for the supply of one of the key components of such devices: baseband chipsets process communication functions in smartphones, tablets and other mobile broadband devices. They are used both for voice and data transmission.

The Commission has sent two Statements of Objections to Qualcomm in separate investigations, outlining the Commission’s preliminary view that the company has abused its dominant position in the worldwide markets for 3G (UMTS) and 4G (LTE) baseband chipsets, in breach of EU antitrust rules, in particular Article 102 of the Treaty on the Functioning of the European Union (TFEU).

Qualcomm is the world’s largest supplier of baseband chipsets.

Under EU antitrust rules, dominant companies have a responsibility not to abuse their powerful market position by restricting competition. The sending of a statement of objections does not prejudge the outcome of the investigation.

Exclusivity payment Statement of Objections

The first Statement of Objections outlines that since 2011, Qualcomm has paid significant amounts to a major smartphone and tablet manufacturer on condition that it exclusively use Qualcomm baseband chipsets in its smartphones and tablets. The Commission takes the preliminary view that this conduct has reduced the manufacturer’s incentives to source chipsets from Qualcomm’s competitors and has harmed competition and innovation in the markets for UMTS and LTE baseband chipsets. The contract between Qualcomm and the manufacturer containing the exclusivity clauses is still in force.

Predatory pricing Statement of Objections

The second Statement of Objections takes the preliminary view that between 2009 and 2011 Qualcomm engaged in ‘predatory pricing’ by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market. This conduct appears to have taken place at a time when Icera posed a growing threat to Qualcomm in the leading edge segment of the market, offering advanced data rate performance. In the Commission’s preliminary view, Qualcomm reacted to that threat by selling certain

quantities of its UMTS baseband chipsets to two of its customers at prices that did not cover Qualcomm's costs, with the aim of forcing Icera out of the market.

The Commission's investigations

In July 2015, the Commission opened two formal antitrust investigations to assess concerns that Qualcomm may have abused a dominant position in the area of baseband chipsets through two separate conducts.

The Commission has informed Qualcomm and the competition authorities of the Member States that it has issued Statements of Objections in these cases.

Qualcomm now has the opportunity to respond to the Commission's allegations outlined in the Statements of Objections within 3 months as regards the exclusivity payment objections and 4 months as regards the predatory pricing objections, and to ask for an oral hearing in each case.

Procedural background

Article 102 TFEU prohibits the abuse of a dominant position which may affect trade and prevent or restrict competition in the Single Market. The implementation of these provisions is defined in the Antitrust Regulation (Council Regulation No 1/2003), which can be applied by the Commission and by the national competition authorities of EU Member States.

A statement of objections is a formal step in Commission investigations into suspected violations of EU antitrust rules. The Commission informs the parties concerned in writing of the objections raised against them and the parties can examine the documents in the Commission's investigation file, reply in writing and request an oral hearing to present their comments on the case before representatives of the Commission and national competition authorities.

There is no legal deadline to complete inquiries into anti-competitive conduct. The duration of an antitrust investigation depends on a number of factors, including the complexity of the case, the extent to which the undertaking concerned cooperates with the Commission and the exercise of the rights of defence.

More information on this case will be available under the case numbers 39711 and 40220 in the public case register on the Commission's competition website.

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** qcom : Qualcomm Incorporated

**IN** itablcm : Tablet Computers | i3302 : Computers/Consumer Electronics | i3302011 : Portable Computers | i3454 : Personal Electronics | icomp : Computing | icph : Computer Hardware | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** cprpr : Predatory Pricing | c314 : Pricing | c34 : Anti-Competition Issues | npress : Press Releases | c31 : Marketing/Markets | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**PUB** Normans Media Ltd

**AN** Document MTPW000020151208ebc8001uq

**SE** Business

**HD** **Qualcomm Receives European Commission Antitrust Objections Over Sales Tactics**

**WC** 432 words

**PD** 8 December 2015

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2015 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - The European Commission said that it has informed Qualcomm Inc. (QCOM) of its preliminary conclusions that the chipset company illegally paid a major customer for exclusively using Qualcomm chipsets and sold chipsets below cost with the aim of forcing its competitor Icera out of the market, in potential breach of EU antitrust rules.

In a separate press release, Qualcomm said that it received courtesy copies of two Statements of Objections or SO from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

**TD**

The Commission today noted that Qualcomm now has the opportunity to respond to the Commission's allegations outlined in the Statements of Objections within 3 months as regards the exclusivity payment objections and 4 months as regards the predatory pricing objections, and to ask for an oral hearing in each case.

The Commission has sent two Statements of Objections to Qualcomm in separate investigations, outlining the Commission's preliminary view that the company has abused its dominant position in the worldwide markets for 3G (UMTS) and 4G (LTE) baseband chipsets, in breach of EU antitrust rules, in particular Article 102 of the Treaty on the Functioning of the European Union (TFEU).

The first Statement of Objections outlines that since 2011, Qualcomm has paid significant amounts to a major smartphone and tablet manufacturer on condition that it exclusively use Qualcomm baseband chipsets in its smartphones and tablets.

The second Statement of Objections takes the preliminary view that between 2009 and 2011 Qualcomm engaged in 'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market.

In July 2015, the Commission opened two formal antitrust investigations to assess concerns that Qualcomm may have abused a dominant position in the area of baseband chipsets through two separate conducts.

Separately, the Taiwan Fair Trade Commission or "TFTC" has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act . This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2015 RTTNews.com. All Rights Reserved

**CO** qcom : Qualcomm Incorporated | eucmm : European Commission | euruno : The European Union

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020151208ebc8003ec

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **EU antitrust regulators accuse Qualcomm of hindering rivals**

**WC** 115 words

**PD** 8 December 2015

**ET** 05:56

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

BRUSSELS, Dec 8 (Reuters) - European Union antitrust regulators charged U.S. chipmaker Qualcomm on Tuesday of using anti-competitive practices to block rivals.

The accusations by the European Commission set out in a charge sheet known as a statement of objections followed a formal investigation begun in July.

**TD**

"The Commission informed Qualcomm of its preliminary conclusions that the company may have illegally paid a major customer for exclusively using its chipsets and sold chipsets below cost with the aim of forcing a competitor out of the market," the EU executive said. (Reporting by Foo Yun Chee; editing by Philip Blenkinsop)

**RF** Released: 2015-12-8T11:56:29.000Z

**CO** euruno : The European Union | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | ginda : Independent Advisory Bodies | c13 : Regulation/Government Policy | gcrim : Crime/Courts | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eecz : European Union Countries | usa : United States | eurz : Europe | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800bzb



PX333

REUTERS

| | |
|---|---|
| **HD** | **Qualcomm faces investigation by Taiwan's Fair Trade Commission** |
| **WC** | 67 words |
| **PD** | 8 December 2015 |
| **ET** | 06:41 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2015 Thomson Reuters. All Rights Reserved. |
| **LP** | |

Dec 8 (Reuters) - Qualcomm Inc said Taiwan's Fair Trade Commission has launched an investigation into whether the chipmaker's patent licensing arrangements violate the Taiwan Fair Trade Act.

The investigation is in its early stages, Qualcomm said on Tuesday. (Reporting by Anya George Tharakan in Bengaluru; Editing by Saumyadeb Chakrabarty)

| | |
|---|---|
| **RF** | Released: 2015-12-8T12:41:21.000Z |
| **CO** | ftcey : Taiwan Fair Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | taiwan : Taiwan \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151208ebc800dl9 |

REUTERS

**HD** **EU accuses Qualcomm of using market power to hinder rivals**

**BY** By Foo Yun Chee

**WC** 447 words

**PD** 8 December 2015

**ET** 07:46

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

BRUSSELS (Reuters) - European Union antitrust regulators charged Qualcomm on Tuesday with abusing its market power to thwart rivals, putting the world's number one mobile chipset maker at risk of a hefty fine.

The accusations by the European Commission are the latest antitrust problems for the company as regulators in the United States, China, Japan and South Korea look into its licensing model and its dominant patents in mobile networks and devices.

**TD**

Qualcomm, which competes with rival MediaTek Inc, said the Taiwan Fair Trade Commission had also opened an investigation into its patent licensing deals.

The EU executive's accusations, set out in two charge sheets known as statements of objections, followed a formal investigation begun in July.

The EU competition enforcer said Qualcomm might have illegally paid a major customer for exclusively using its chipsets and it also sold chipsets below cost with the aim of forcing a competitor out of the market in a practice known as predatory pricing.

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," European Competition Commissioner Margrethe Vestager said in a statement.

Qualcomm said it has been given several months to respond to the charges of predatory pricing between 2009 and 2011 and of exclusivity payments since 2011.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm’s sales practices have always complied with European competition law," Qualcomm general counsel Don Rosenberg said in a statement.

Qualcomm could face a $2.7 billion fine, equivalent to 10 percent of its 2014 worldwide revenue, if found guilty of breaching EU rules. In February it paid a $975 million fine to end a 14-month investigation by the Chinese government into anti-competitive practices.

The predatory pricing case against the company followed a complaint from British phone software maker Icera, which later was acquired by Nvidia Corp in a bid to enter the market for smartphone chips and compete with Qualcomm.

Qualcomm, which makes software and chips used in smartphones, tablets and gaming devices, is known for its Snapdragon processor used in high-end smartphones and tablets made by Samsung Electronics Co Ltd and HTC Corp.

Apple's iPhone 6 also uses a Qualcomm 4G modem.

In 2009, the EU authority scrapped a two-year antitrust probe into whether Qualcomm charged unreasonably high royalties for integral technology of global 3G phone standards after rivals withdrew their complaints.

(Reporting by Foo Yun Chee; editing by Philip Blenkinsop and Jane Merriman)

**RF** Released: 2015-12-8T12:46:08.000Z

**CO** ftcey : Taiwan Fair Trade Commission | mdatek : MediaTek Incorporated | euruno : The European Union | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits

**NS** c34 : Anti-Competition Issues | cinprp : Industrial Property Rights | ginda : Independent Advisory Bodies | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eecz : European Union Countries | usa : United States | eurz : Europe | namz : North America

**IPD** Business

**IPC** SERVICE:EDXCLM

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800ct5

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **News Highlights: Equities Stories Of The Day**

WC 604 words

PD 8 December 2015

ET 08:16

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Home Depot Sets Long-Term Targets

Home Depot reaffirmed its guidance for the current fiscal year and unveiled new long-term financial targets that include sales topping $100 billion in fiscal 2018.

TD

AutoZone Profit Grows on Inventory Improvements

AutoZone logged profit growth above expectations in its latest quarter as sales got a boost from inventory and distribution improvements.

EU Slaps Qualcomm with Antitrust Charges

Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

NowThis Raises $16.2 Million Round Led by Axel Springer

NowThis, the digital media company that distributes short video clips across social media networks, has raised $16.2 million from an investor group led by Germany's Axel Springer.

Anglo American to Slash Assets, Cut 85,000 Jobs

Anglo American announced a radical restructuring of its business that includes more asset sales and cutting 63% of its workforce in a bid to weather the severe slump in commodity prices.

Norfolk Southern Bucks Revised Offer From Canadian Pacific

Norfolk Southern bucked Canadian Pacific's revised merger offer on Tuesday, calling it "grossly inadequate" and not in the best interest of the company or its shareholders.

Toll Brothers Posts Weaker-Than-Expected Profit

Luxury home builder Toll Brothers reported a weaker-than-expected profit for its fourth quarter even as its revenue and the housing market in general continued to grow.

Rio Tinto Dials Back Budget for Major Projects

Rio Tinto will spend less on major projects next year than it expected, as the miner takes a strict approach to expenditures amid a commodity market downturn.

VTech Has Yet to Put a Price on Hack, Chairman Says

Learning-products maker VTech Holdings is still in the dark over the identity of a hacker who stole personal information of millions of children and adults, Chairman Allan Wong said, and it may be weeks before it's back online.

Chinese Railway Builder, Malaysian Tycoon Join in Bid for 1MDB Land

A Chinese railroad builder and a Malaysian property tycoon have teamed up on a bid for a stake in some Kuala Lumpur land that controversial Malaysian government investment fund 1MDB is selling to reduce debt.

HD Supply Profit Improves on Unit Sale

HD Supply said profit more than quadrupled in its latest quarter, as the industrial distributor benefited from the sale of its power solutions unit, as well as sales growth and gross margin expansion.

Chinese Lender to Start Taking Orders for IPO

Bank of Zhengzhou plans to start taking orders for its up to US$723 million initial public offering in Hong Kong.

Air France-KLM Revenue Slides After Paris Attacks

Air France-KLM said the Paris terror attacks that left 130 people dead in the French capital cost it $54 million in November in lost revenue.

Woodside Drops $8.4 Billion Bid for Rival Oil Search

Woodside Petroleum has abandoned its proposal to create a regional oil-and-gas champion with the acquisition bid.

Newell Rubbermaid, Jarden in Merger Talks

Newell Rubbermaid and Jarden are in talks to combine, in a deal that would unite makers of products like Sharpie markers, Graco baby strollers and Mr. Coffee machines.

Brazil Indicts BTG's Esteves and Sen. Delcidio do Amaral

Brazilian prosecutors indicted the former chief executive officer of investment bank BTG Pactual, André Esteves, and Sen. Delcidio do Amaral on Monday on charges of interfering with a criminal investigation.

(END) Dow Jones Newswires

December 08, 2015 08:16 ET (13:16 GMT)

**CO** qcom : Qualcomm Incorporated | homd : The Home Depot, Inc.

**IN** i34531 : Semiconductors | i64 : Retail/Wholesale | i648 : Household Goods/Hardware Stores | i6483 : Decorating/DIY/Hardware Stores | i654 : Specialty Stores | iindele : Industrial Electronics | iindstrls : Industrial Goods | iretail : Retail | itech : Technology

**NS** c181 : Acquisitions/Mergers/Shareholdings | ncdig : Corporate Digests | nfiac : Fixed Income Asset Class News | nhhour : Headlines of the Hour | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001qu

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **UPDATE 2-EU accuses Qualcomm of using market power to hinder rivals** |
| **WC** | 455 words |
| **PD** | 8 December 2015 |
| **ET** | 07:45 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2015 Thomson Reuters. All Rights Reserved. |

**LP**

(Adds Taiwan investigation, details)

By Foo Yun Chee

**TD**

BRUSSELS, Dec 8 (Reuters) - European Union antitrust regulators charged Qualcomm on Tuesday with abusing its market power to thwart rivals, putting the world's number one mobile chipset maker at risk of a hefty fine.

The accusations by the European Commission are the latest antitrust problems for the company as regulators in the United States, China, Japan and South Korea look into its licensing model and its dominant patents in mobile networks and devices.

Qualcomm, which competes with rival MediaTek Inc, said the Taiwan Fair Trade Commission had also opened an investigation into its patent licensing deals.

The EU executive's accusations, set out in two charge sheets known as statements of objections, followed a formal investigation begun in July.

The EU competition enforcer said Qualcomm might have illegally paid a major customer for exclusively using its chipsets and it also sold chipsets below cost with the aim of forcing a competitor out of the market in a practice known as predatory pricing.

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," European Competition Commissioner Margrethe Vestager said in a statement.

Qualcomm said it has been given several months to respond to the charges of predatory pricing between 2009 and 2011 and of exclusivity payments since 2011.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm general counsel Don Rosenberg said in a statement.

Qualcomm could face a $2.7 billion fine, equivalent to 10 percent of its 2014 worldwide revenue, if found guilty of breaching EU rules. In February it paid a $975 million fine to end a 14-month investigation by the Chinese government into anti-competitive practices.

The predatory pricing case against the company followed a complaint from British phone software maker Icera, which later was acquired by Nvidia Corp in a bid to enter the market for smartphone chips and compete with Qualcomm.

Qualcomm, which makes software and chips used in smartphones, tablets and gaming devices, is known for its Snapdragon processor used in high-end smartphones and tablets made by Samsung Electronics Co Ltd and HTC Corp .

Apple's iPhone 6 also uses a Qualcomm 4G modem.

In 2009, the EU authority scrapped a two-year antitrust probe into whether Qualcomm charged unreasonably high royalties for integral technology of global 3G phone standards after rivals withdrew their complaints. (Reporting by Foo Yun Chee; editing by Philip Blenkinsop and Jane Merriman)

| | |
|---|---|
| **RF** | Released: 2015-12-8T13:45:12.000Z |
| **CO** | ftcey : Taiwan Fair Trade Commission \| mdatek : MediaTek Incorporated \| qcom : Qualcomm Incorporated |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iintcir : Integrated Circuits |
| **NS** | c34 : Anti-Competition Issues \| gcrim : Crime/Courts \| ccat : Corporate/Industrial News \| gcat : Political/General News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eecz : European Union Countries \| usa : United States \| eurz : Europe \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151208ebc800d4p |

 © 2023 Factiva, Inc. All rights reserved.

HD **Qualcomm and Xiaomi Sign 3G/4G License Agreement**

WC 442 words

PD 8 December 2015

SN ENP Newswire

SC ENPNEW

LA English

CY (c) 2015, Electronic News Publishing. All Rights Reserved.

LP

Release date - 07122015

Qualcomm Incorporated (NASDAQ: QCOM) and Xiaomi, a leading Chinese smartphone and Internet company, today announced that they have entered into a new 3G and 4G China patent license agreement.

TD

Under the terms of the agreement, Qualcomm has granted Xiaomi a royalty-bearing patent license to develop, manufacture and sell 3G (WCDMA and CDMA2000) and 4G, including 3-mode (LTE-TDD, TD-SCDMA and GSM), complete devices. The royalties payable by Xiaomi are consistent with the terms of the rectification plan submitted by Qualcomm to China's National Reform and Development Commission.

'Xiaomi prides itself on embracing and leading smartphone innovation through its popular line of Mi devices,' said Lei Jun, CEO of Xiaomi. 'A license from Qualcomm will play an important role in helping us bring the newest and most innovative products to our growing customer base.'

'Qualcomm is committed to the success of its partners in China as they continue to grow their businesses and we are pleased to reach this new agreement with Xiaomi,' said Derek Aberle, President of Qualcomm Incorporated. 'We work closely with our partners, such as Xiaomi, to push the boundaries of what's possible and drive the advancement of the mobile industry.'

About Xiaomi

Xiaomi was founded in 2010 by serial entrepreneur Lei Jun, who believes that high-quality technology doesn't need to cost a fortune. We create remarkable hardware, software, and internet services for and with the help of our Mi fans. We incorporate their feedback into our product range, which currently includes the Mi Note Pro, Mi Note, Mi 4, Redmi 2, Mi TV, Mi Band and other accessories. With more than 61 million handsets sold in 2014, and products launched in Taiwan, Hong Kong, Singapore, Malaysia, Philippines, India, Indonesia and Brazil, Xiaomi is expanding its footprint across the world to become a global brand.

About Qualcomm

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a wholly-owned subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other.

Contact:

Tina Asmar Tel: 1-858-845-5959 Email: corpcomm@qualcomm.com

[Editorial queries for this story should be sent to newswire@enpublishing.co.uk]

**CO** qcom : Qualcomm Incorporated | bxmtcc : Beijing Xiaomi Technology Co. Ltd.

**IN** i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i34531 : Semiconductors | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | ismart : Smartphones | itech : Technology

**NS** c334 : Licensing Agreements | cinprp : Industrial Property Rights | npress : Press Releases | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**PUB** Electronic News Publishing Ltd.

**AN** Document ENPNEW0020151208ebc8000k6

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **EU Slaps Qualcomm with Antitrust Charges --Update**

**BY** By Tom Fairless

**WC** 758 words

**PD** 8 December 2015

**ET** 07:55

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

BRUSSELS--Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips, and selling chips below cost to force a competitor, Icera, out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm said it was cooperating with EU authorities. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm's general counsel Don Rosenberg said.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge. It can also ask for an oral hearing before the regulator to better explain its case.

The chip maker also said that it was being investigated by Taiwan's antitrust authority over its patent-licensing arrangements and that it would cooperate with that probe, adding that it believes it complies with local rules.

Qualcomm is the world's largest supplier of baseband chips, which are used to process communications in smartphones, tablets and other mobile broadband devices. The company scooped rivals in delivering chips able to use fourth-generation LTE wireless networks. Several companies have dropped out of the baseband business, including Texas Instruments Inc. and Broadcom Corp., because of the uphill task of competing with Qualcomm and other suppliers.

But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations into the company so far have focused mainly on its licensing practices.

The U.S. Federal Trade Commission, for example, last autumn notified Qualcomm that it was investigating its licensing business. Qualcomm's patent power was also the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

The EU's predatory pricing investigation stems from concerns raised by Icera Inc., a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU said five months ago it had opened two formal investigations into Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011, on condition that it exclusively use Qualcomm's baseband chips in its smartphones and tablets. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have reacted to a growing threat from Icera by selling chips to two of its customers at prices that didn't cover its costs, "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009, without action against the company.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 07:55 ET (12:55 GMT)

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | cinfpo : Information Technology Policy | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001mi

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **EU Slaps Qualcomm with Antitrust Charges --Update**

BY By Tom Fairless

WC 758 words

PD 8 December 2015

ET 08:10

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

BRUSSELS--Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips, and selling chips below cost to force a competitor, Icera, out of the market.

TD

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm said it was cooperating with EU authorities. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm's general counsel Don Rosenberg said.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge. It can also ask for an oral hearing before the regulator to better explain its case.

The chip maker also said that it was being investigated by Taiwan's antitrust authority over its patent-licensing arrangements and that it would cooperate with that probe, adding that it believes it complies with local rules.

Qualcomm is the world's largest supplier of baseband chips, which are used to process communications in smartphones, tablets and other mobile broadband devices. The company scooped rivals in delivering chips able to use fourth-generation LTE wireless networks. Several companies have dropped out of the baseband business, including Texas Instruments Inc. and Broadcom Corp., because of the uphill task of competing with Qualcomm and other suppliers.

But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations into the company so far have focused mainly on its licensing practices.

The U.S. Federal Trade Commission, for example, last autumn notified Qualcomm that it was investigating its licensing business. Qualcomm's patent power was also the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

The EU's predatory pricing investigation stems from concerns raised by Icera Inc., a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU said five months ago it had opened two formal investigations into Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011, on condition that it exclusively use Qualcomm's baseband chips in its smartphones and tablets. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have reacted to a growing threat from Icera by selling chips to two of its customers at prices that didn't cover its costs, "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009, without action against the company.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 08:10 ET (13:10 GMT)

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | cinfpo : Information Technology Policy | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001qi

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **China chips away at U.S., Taiwan semiconductor dominance**

BY By Yimou Lee

WC 656 words

PD 8 December 2015

ET 16:08

SN Reuters News

SC LBA

LA English

CY Copyright 2015 Thomson Reuters. All Rights Reserved.

LP

HONG KONG (Reuters) - China's multi-billion dollar drive towards self-reliance in semiconductors has spawned a cluster of chip designers that industry experts say could eventually rival leaders Qualcomm Inc <QCOM.O> and MediaTek Inc <2454.TW>.

The world's second-largest economy now boasts nine companies that design and sell chips in the global top 50 from just one in 2009. Clients such as Chinese smartphone manufacturers have also helped compatriot chip designers amass a market share of almost a fifth, according to data analyst TrendForce.

TD

The rise of Chinese designers such as Huawei Technologies Co Ltd [HWT.UL] subsidiary HiSilicon and Spreadtrum Communications comes as the government ploughs funds into home-grown technology to reduce cyber-security risk, following revelations in 2013 of U.S. global cyber-snooping programs.

The revelations have made China a harder place for U.S. tech firms to do business, with Qualcomm saying as recently as last month that it faced delays closing licensing agreements. In contrast, sales at Chinese designers are set to surge this year, some by as much as 40 percent, said researcher IC Insights.

"The Chinese fabless industry is expanding by leaps and bounds," said Bernstein analyst Mark Li, referring to designers which contract out fabrication to so-called foundries such as Taiwan Semiconductor Manufacturing Co Ltd (TSMC) <2330.TW>.

Chinese chip designers lag top rivals in terms of technology by four to five years yet have the potential to disrupt the global chip supply chain, industry experts and executives said.

But in terms of size, China is likely to seize second place in the $20 billion-plus chip design industry from Taiwan this year, Li said.

PAST MISTAKES

Chinese factories use over 60 percent of the world's chips annually, and in 2013 imported more chips by value than crude oil. To promote domestic development, the government has tasked chip firms with raising revenue by more than 20 percent annually and building "a group of world-class companies" by 2030.

China's list of chip design hopefuls include HiSilicon plus Spreadtrum and RDA Microelectronics Inc - both controlled by state-backed Tsinghua Unigroup Ltd - as well as All Winner Technology Co Ltd <300458.SZ>, Leadcore Technology, Galaxycore Microelectronics and Goodix Technology.

"Only by being a market leader can you be profitable," said Tsinghua Unigroup Chairman Zhao Weiguo.

Through a $21.7 billion national fund, as well as at least five other government-led investment vehicles in cities such as Beijing, Shanghai and Nanjing, China has approximately $32 billion under management to build national champions in the chip ecosystem, according to consulting McKinsey & Co.

"Their IC design can become a strong force in a few years," TSMC co-Chief Executive Officer Mark Liu said in a recent interview, referring to chips as integrated circuits (IC).

"However, the system has to reward innovation. You cannot just want market share and dump a lot of low price products into the market. That is not going to help the Chinese IC design sector to grow," Liu said. "So there are good parts and I hope they avoid the bad parts."

There is concern in the industry about a repeat of China's previous efforts to develop industries, such as solar panels and liquid crystal displays (LCD), where overzealous investment led to oversupply and plunging prices.

China made up 14 percent of the global LCD market last year from 3 percent in 2010, while the industry's average profit margin declined to 1.2 percent from 7.8 percent over the same period, wrote Bernstein's Li in a recent report.

"China will not stop until it dominates the market, with value and economics being destroyed every single time," said Li.

(Reporting by Yimou Lee, Miyoung Kim, J.R. Wu; Additional reporting by Paul Carsten; Editing by Christopher Cushing)

**RF** Released: 2015-12-8T21:08:37.000Z

**CO** huawt : Huawei Technologies Co Ltd | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated | trumcm : Spreadtrum Communications Inc. | shhiah : Huawei Investment Holding Co. Ltd. | tsnghh : Tsinghua Holdings Company Limited

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits | itech : Technology | iwrlssl : Wireless Area Network Technology

**NS** ccat : Corporate/Industrial News | ecat : Economic News

**RE** china : China | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**IPD** Business

**IPC** SERVICE:OUSTCM

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800rs1

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **China chips away at U.S., Taiwan semiconductor dominance**

WC 672 words
PD 8 December 2015
ET 16:00
SN Reuters News
SC LBA
LA English
CY Copyright 2015 Thomson Reuters. All Rights Reserved.

LP

* Nine Chinese chip designers feature in top 50

* China commands fifth of chip design market

TD

* Gov't promoting chip investment in self-reliance drive

By Yimou Lee

HONG KONG, Dec 9 (Reuters) - China's multi-billion dollar drive towards self-reliance in semiconductors has spawned a cluster of chip designers that industry experts say could eventually rival leaders Qualcomm Inc and MediaTek Inc .

The world's second-largest economy now boasts nine companies that design and sell chips in the global top 50 from just one in 2009. Clients such as Chinese smartphone manufacturers have also helped compatriot chip designers amass a market share of almost a fifth, according to data analyst TrendForce.

The rise of Chinese designers such as Huawei Technologies Co Ltd subsidiary HiSilicon and Spreadtrum Communications comes as the government ploughs funds into home-grown technology to reduce cyber-security risk, following revelations in 2013 of U.S. global cyber-snooping programmes.

The revelations have made China a harder place for U.S. tech firms to do business, with Qualcomm saying as recently as last month that it faced delays closing licensing agreements. In contrast, sales at Chinese designers are set to surge this year, some by as much as 40 percent, said researcher IC Insights.

"The Chinese fabless industry is expanding by leaps and bounds," said Bernstein analyst Mark Li, referring to designers which contract out fabrication to so-called foundries such as Taiwan Semiconductor Manufacturing Co Ltd (TSMC).

Chinese chip designers lag top rivals in terms of technology by four to five years yet have the potential to disrupt the global chip supply chain, industry experts and executives said.

But in terms of size, China is likely to seize second place in the $20 billion-plus chip design industry from Taiwan this year, Li said.

PAST MISTAKES

Chinese factories use over 60 percent of the world's chips annually, and in 2013 imported more chips by value than crude oil. To promote domestic development, the government has tasked chip firms with raising revenue by more than 20 percent annually and building "a group of world-class companies" by 2030.

China's list of chip design hopefuls include HiSilicon plus Spreadtrum and RDA Microelectronics Inc - both controlled by state-backed Tsinghua Unigroup Ltd - as well as All Winner Technology Co Ltd, Leadcore Technology, Galaxycore Microelectronics and Goodix Technology.

"Only by being a market leader can you be profitable," said Tsinghua Unigroup Chairman Zhao Weiguo.

Through a $21.7 billion national fund, as well as at least five other government-led investment vehicles in cities such as Beijing, Shanghai and Nanjing, China has approximately $32 billion under management to build national champions in the chip ecosystem, according to consulting McKinsey & Co.

"Their IC design can become a strong force in a few years," TSMC co-Chief Executive Officer Mark Liu said in a recent interview, referring to chips as integrated circuits (IC).

"However, the system has to reward innovation. You cannot just want market share and dump a lot of low price products into the market. That is not going to help the Chinese IC design sector to grow," Liu said. "So there are good parts and I hope they avoid the bad parts."

There is concern in the industry about a repeat of China's previous efforts to develop industries, such as solar panels and liquid crystal displays (LCD), where overzealous investment led to oversupply and plunging prices.

China made up 14 percent of the global LCD market last year from 3 percent in 2010, while the industry's average profit margin declined to 1.2 percent from 7.8 percent over the same period, wrote Bernstein's Li in a recent report.

"China will not stop until it dominates the market, with value and economics being destroyed every single time," said Li.

(Reporting by Yimou Lee, Miyoung Kim, J.R. Wu; Additional reporting by Paul Carsten; Editing by Christopher Cushing)

**RF** Released: 2015-12-8T22:00:01.000Z

**CO** huawt : Huawei Technologies Co Ltd | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated | trumcm : Spreadtrum Communications Inc. | shhiah : Huawei Investment Holding Co. Ltd. | tsnghh : Tsinghua Holdings Company Limited

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits | itech : Technology | iwrlssl : Wireless Area Network Technology

**NS** ccat : Corporate/Industrial News

**RE** china : China | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800rmk

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

**HD** **EU starts anti-trust action against Qualcomm over exclusivity payments, predatory pricing**

**CR** AP

**WC** 147 words

**PD** 8 December 2015

**ET** 12:08

**SN** The Canadian Press

**SC** CPR

**LA** English

**CY** (c) 2015 The Canadian Press. All rights reserved.

**LP**

BRUSSELS _ The European Union's anti-trust watchdog says it suspects that Qualcomm illegally made exclusivity payments to a major customer and sold chipsets below cost to force a competitor out of the market.

The EU's executive Commission said Tuesday it has issued a "statement of objections" to the San Diego-based chipmaker, the first formal step in EU anti-trust actions.

**TD**

The Commission said company payments to an unnamed smartphone and tablet manufacturer "reduced the manufacturer's incentives to source chipsets from Qualcomm's competitors and has harmed competition and innovation."

It also accused Qualcomm of "'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market."

Qualcomm has three to four months to respond to the allegations and request a hearing.

**RF** 20151208CPCPB6334

**CO** euruno : The European Union | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** cprpr : Predatory Pricing | c34 : Anti-Competition Issues | nnam : News Agency Materials | c31 : Marketing/Markets | c314 : Pricing | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usa : United States | namz : North America

**IPD** B

**PUB** The Canadian Press

**AN** Document CPR0000020151209ebc80002o

AP

**HD** **EU starts anti-trust action against Qualcomm**

**WC** 142 words

**PD** 8 December 2015

**ET** 06:38

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2015. The Associated Press. All Rights Reserved.

**LP**

BRUSSELS (AP) — The European Union's anti-trust watchdog says it suspects that Qualcomm illegally made exclusivity payments to a major customer and sold chipsets below cost to force a competitor out of the market.

The EU's executive Commission said Tuesday it has issued a "statement of objections" to the San Diego-based chipmaker, the first formal step in EU anti-trust actions.

**TD**

The Commission said company payments to an unnamed smartphone and tablet manufacturer "reduced the manufacturer's incentives to source chipsets from Qualcomm's competitors and has harmed competition and innovation."

It also accused Qualcomm of "'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market."

Qualcomm has three to four months to respond to the allegations and request a hearing.

**CO** euruno : The European Union | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** belg : Belgium | eecz : European Union Countries | eurz : Europe | usa : United States | benluxz : Benelux Countries | namz : North America | weurz : Western Europe

**IPD** EU

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020151208ebc800520

REUTERS

| | |
|---|---|
| HD | **BUZZ-Qualcomm accused of muscling aside competition** |
| WC | 228 words |
| PD | 8 December 2015 |
| ET | 08:01 |
| SN | Reuters News |
| SC | LBA |
| LA | English |
| CY | Copyright 2015 Thomson Reuters. All Rights Reserved. |

**LP**

** Qualcomm shares down 1.7 pct premarket as EU antitrust regulators accuse co of using its power to thwart rivals, putting chipmaker at risk of paying a hefty fine

** Regulator said Qualcomm may have illegally paid a major customer for exclusively using its chipsets and that co engaged in predatory pricing by selling chipsets below cost

**TD**

** Qualcomm, which could face a $2.7 bln fine if found guilty of breaching EU rules, said it has been given several months to respond to the charges

** EU executive's accusations, set out in two charge sheets known as statements of objections, followed a formal investigation begun in July

** Predatory pricing case follows a complaint from British phone software maker Icera, later acquired by Nvidia Corp in a bid to enter the market for smartphone chips and compete with co

** Qualcomm also said the Taiwan Fair Trade Commission had also opened an investigation into its patent licensing deals

** "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm general counsel Don Rosenberg said in a statement

** Qualcomm shares have gained 29 pct so far YTD (RM: lance.tupper.tr.com@reuters.net)

| | |
|---|---|
| RF | Released: 2015-12-11T13:01:58.000Z |
| CO | ftcey : Taiwan Fair Trade Commission \| nvdcrp : NVIDIA Corporation \| qcom : Qualcomm Incorporated |
| IN | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iintcir : Integrated Circuits \| ividbd : Audio/Video/Graphics Integrated Circuits |
| NS | cprpr : Predatory Pricing \| ginda : Independent Advisory Bodies \| c13 : Regulation/Government Policy \| gcrim : Crime/Courts \| c31 : Marketing/Markets \| c314 : Pricing \| c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gpir : Politics/International Relations \| gpol : Domestic Politics \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | eecz : European Union Countries \| usa : United States \| eurz : Europe \| namz : North America |
| IPD | Business |
| IPC | SERVICE:ABN |
| PUB | Thomson Reuters (Markets) LLC |

**AN** Document LBA0000020151208ebc800fid

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **EU Slaps Qualcomm With Antitrust Charges**

**WC** 804 words

**PD** 8 December 2015

**ET** 06:55

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:55 ET (11:55 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | i656 : Mixed Retailing | iindstrls : Industrial Goods | i64 : Retail/Wholesale | iindele : Industrial Electronics | iretail : Retail | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001du

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **EU Slaps Qualcomm With Antitrust Charges**

WC 804 words
PD 8 December 2015
ET 06:40
SN Dow Jones Institutional News
SC DJDN
LA English
CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

TD

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:40 ET (11:40 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | i656 : Mixed Retailing | iindstrls : Industrial Goods | i64 : Retail/Wholesale | iindele : Industrial Electronics | iretail : Retail | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001b3

DOW JONES NEWSWIRES

**HD** **EU Slaps Qualcomm with Antitrust Charges -- 2nd Update**

**BY** By Tom Fairless And Don Clark

**WC** 812 words

**PD** 8 December 2015

**ET** 15:08

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market, " the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 15:08 ET (20:08 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc80034x

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **EU Slaps Qualcomm with Antitrust Charges -- 2nd Update**

BY By Tom Fairless And Don Clark

WC 812 words

PD 8 December 2015

ET 14:53

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

TD

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market, " the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 14:53 ET (19:53 GMT)

| | |
|---|---|
| **CO** | icerai : Icera Inc \| qcom : Qualcomm Incorporated \| nvdcrp : NVIDIA Corporation \| euruno : The European Union |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c13 : Regulation/Government Policy \| c34 : Anti-Competition Issues \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | taiwan : Taiwan \| eurz : Europe \| usca : California \| usw : Western U.S. \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia \| namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151208ebc800322 |

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **EU Slaps Qualcomm With Antitrust Charges**

**BY** By Tom Fairless And Don Clark

**WC** 788 words

**PD** 8 December 2015

**ET** 06:28

**SN** Dow Jones Top Global Market Stories

**SC** DJTGMS

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcommearns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China , which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals , including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at and Don Clark at

**CO** bcomnj : Broadcom Corporation | nvdcrp : NVIDIA Corporation | qcom : Qualcomm Incorporated | sbcoff : Starbucks Corporation | txsil : Texas Instruments Inc | icerai : Icera Inc | euruno : The European Union

**IN** iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | iintcir : Integrated Circuits | ilea : Leisure/Arts/Hospitality | ividbd : Audio/Video/Graphics Integrated Circuits | i342 : Electrical Components/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | ncolu : Columns | cinfpo : Information Technology Policy

**RE** eecz : European Union Countries | asiaz : Asia | eurz : Europe | russ : Russia | namz : North America | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTGMS1120151208ebc80002v

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **EU Slaps Qualcomm With Antitrust Charges**

**BY** By Tom Fairless And Don Clark
**WC** 788 words
**PD** 8 December 2015
**ET** 06:23
**SN** Dow Jones Top North American Equities Stories
**SC** DJTNAE
**LA** English
**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcommearns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China , which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals , including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at and Don Clark at

**CO** bcomnj : Broadcom Corporation | nvdcrp : NVIDIA Corporation | qcom : Qualcomm Incorporated | sbcoff : Starbucks Corporation | txsil : Texas Instruments Inc | icerai : Icera Inc | euruno : The European Union

**IN** iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | iintcir : Integrated Circuits | ilea : Leisure/Arts/Hospitality | ividbd : Audio/Video/Graphics Integrated Circuits | i342 : Electrical Components/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | ncolu : Columns | cinfpo : Information Technology Policy

**RE** eecz : European Union Countries | asiaz : Asia | eurz : Europe | russ : Russia | namz : North America | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTNAE1120151208ebc80002c

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** ***EU Issues Qualcomm With Two Sets of Formal Charges**

**WC** 295 words

**PD** 8 December 2015

**ET** 05:46

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

8 Dec 2015 05:47 ET *EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments

8 Dec 2015 05:47 ET *EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets

**TD**

8 Dec 2015 05:47 ET *EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival

8 Dec 2015 05:47 ET *EU Antitrust Chief Vestager: Qualcomm's Actions May Have Pushed Out Competitors

8 Dec 2015 06:09 ET EU Imposes Formal Antitrust Charges on Qualcomm

By Tom Fairless

BRUSSELS--European Union antitrust regulators have imposed formal charges on Qualcomm Inc. over allegations that the mobile chip maker sought to stifle competition by charging prices below its production costs and paying a client to exclusively use its products.

The European Commission, the bloc's top antitrust authority, said Tuesday it had issued Qualcomm with two sets of formal charges after reaching the preliminary conclusion that the chip maker had attempted to force its competitor Icera out of the market, in potential breach of EU law.

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said in a statement.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue and be forced to change its business practices.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge.

It can also ask for an oral hearing before the regulator to better explain its case.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:09 ET (11:09 GMT)

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c34 : Anti-Competition Issues | cinfpo : Information Technology Policy | cprpr : Predatory Pricing | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c13 : Regulation/Government Policy | c31 : Marketing/Markets | c314 : Pricing | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8002i9

 © 2023 Factiva, Inc. All rights reserved.

MarketWatch

CLM The Wall Street Journal

SE News & Commentary

HD **EU slaps Qualcomm with antitrust charges; European Commission says chip maker sought to stifle competition**

BY Tom Fairless

WC 238 words

PD 8 December 2015

ET 10:12

SN MarketWatch

SC MRKWC

LA English

CY Copyright 2015 MarketWatch, Inc. All Rights Reserved.

LP

European Commission says chip maker sought to stifle competition

BRUSSELS—Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

TD

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips, and selling chips below cost to force a competitor, Icera, out of the market.

If the charges are confirmed, Qualcomm (QCOM, US) could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

https://w.graphiq.com/w/jLSMWMnAgJL Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge. It can also ask for an oral hearing before the regulator to better explain its case.

The chip maker also said that it was being investigated by Taiwan's antitrust authority over its patent-licensing arrangements and that it would cooperate with that probe, adding that it believes it complies with local rules.

An expanded version of this report appears at WSJ.com.

CO qcom : Qualcomm Incorporated | eucmm : European Commission | euruno : The European Union

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c34 : Anti-Competition Issues | ncolu : Columns | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

RE usa : United States | namz : North America

IPD News & Commentary

PUB Dow Jones & Company, Inc.

AN Document MRKWC00020151208ebc800231

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **EU Imposes Formal Antitrust Charges on Qualcomm**

**BY** By Tom Fairless

**WC** 211 words

**PD** 8 December 2015

**ET** 06:24

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

BRUSSELS--European Union antitrust regulators have imposed formal charges on Qualcomm Inc. over allegations that the mobile chip maker sought to stifle competition by charging prices below its production costs and paying a client to exclusively use its products.

The European Commission, the bloc's top antitrust authority, said Tuesday it had issued Qualcomm with two sets of formal charges after reaching the preliminary conclusion that the chip maker had attempted to force its competitor Icera out of the market, in potential breach of EU law.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said in a statement.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue and be forced to change its business practices.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge.

It can also ask for an oral hearing before the regulator to better explain its case.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:24 ET (11:24 GMT)

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001ct



PX333

DOW JONES NEWSWIRES

HD **EU Imposes Formal Antitrust Charges on Qualcomm**

BY By Tom Fairless

WC 206 words

PD 8 December 2015

ET 07:06

SN Dow Jones Newswires Chinese (English)

SC RTNW

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

BRUSSELS--European Union antitrust regulators have imposed formal charges on Qualcomm Inc. over allegations that the mobile chip maker sought to stifle competition by charging prices below its production costs and paying a client to exclusively use its products.

The European Commission, the bloc's top antitrust authority, said Tuesday it had issued Qualcomm with two sets of formal charges after reaching the preliminary conclusion that the chip maker had attempted to force its competitor Icera out of the market, in potential breach of EU law.

TD

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said in a statement.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue and be forced to change its business practices.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge.

It can also ask for an oral hearing before the regulator to better explain its case.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

08-12-15 1206GMT

CO qcom : Qualcomm Incorporated | euruno : The European Union

IN i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

NS c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

RE eurz : Europe

PUB Dow Jones & Company, Inc.

AN Document RTNW000020151208ebc8000af

REUTERS

HD **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Onconova, United Natural Foods, Onconova,**

WC 853 words

PD 8 December 2015

ET 09:13

SN Reuters News

SC LBA

LA English

CY Copyright 2015 Thomson Reuters. All Rights Reserved.

LP

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s )

U.S. stock index e-mini futures fell on Tuesday as weak trade data out of China reignited fears of a global economic slowdown and oil prices continued to slide: Dow Jones industrial average futures were down 1.10 percent at 17,561, S&P 500 futures were down 1.15 percent at 2,057 and Nasdaq 100 futures were down 1.21 percent at 4,644.

TD

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, Monday close $19.53, +7.68 pct premarket

The chipmaker said it received an unsolicited buyout proposal that values the company at $2.46 billion, topping an earlier offer made by ON Semiconductor Corp. The cash offer of $21.70 per share is a 11.1 percent premium to Fairchild's Monday close.

** QUALCOMM INC, Monday close $52.43, -3.49 pct premarket

EU antitrust regulators accuse the chipmaker of using its power to thwart rivals, putting the company at risk of paying a hefty fine. Qualcomm also said Taiwan's Fair Trade Commission had launched an investigation into whether its patent licensing arrangements violate the Taiwan Fair Trade Act.

** CHIPOTLE MEXICAN GRILL, Monday close $551.75, -4.12 pct premarket

Thirty Boston College students got sick after eating at the Chipotle Mexican Grill over the weekend, a school spokesman said, worsening fears of more food poisoning problems at the burrito chain. Chipotle said it had temporarily closed its restaurant in Boston's Cleveland Circle, where a college spokesman said all the students reported eating, while it works with local health officials to investigate the illnesses.

** ONCONOVA THERAPEUTICS INC, Monday close $1.31, +34.35 pct premarket

The drug developer said its oral cancer drug rigosertib, in combination with FDA-approved Vidaza, was effective in a study in patients with myelodysplastic syndrome.

** UNITED NATURAL FOODS INC, Monday close $44.03, -13.29 pct premarket

At least eight brokerages cut their price targets on the natural and organic food distributor's stock by as much as $12 to as low as $39 after it reported a lower-than-expected quarterly profit on Monday.

** OUTERWALL INC, Monday close $58.06, -20.17 pct premarket

At least four brokerages cut their price targets on the Redbox DVD rental kiosks owner's stock after the company cut its full-year forecast to below analysts' expectation on Monday.

** NORFOLK SOUTHERN CORP, Monday close $91.52, -2.75 pct premarket

Canadian Pacific Railway Ltd revised its offer to buy U.S. railroad operator Norfolk, less than a week after its previous $28.4 billion proposal was rejected - and it was promptly rejected again.

** STAPLES INC, Monday close $10.66, -1.50 pct premarket

** OFFICE DEPOT INC, Monday close $5.59, -6.98 pct premarket

The U.S. Federal Trade Commission said it had filed a complaint aimed at stopping Staples, the nation's largest office supply store, from buying its top rival, Office Depot. Canada's Competition Bureau also said on Monday it would challenge the proposed transaction, which has received the green light from competition authorities in China, Australia and New Zealand.

** VALEANT PHARMACEUTICALS INTERNATIONAL INC, Monday close $92.24, -2.86 pct premarket

The Canadian drugmaker is reaching out to potential buyers for its specialty contact lens manufacturing division, Paragon Vision Sciences, amid scrutiny from the Federal Trade Commission, according to two people familiar with the matter.

** CHESAPEAKE ENERGY CORP, Monday close $4.27, -5.62 pct premarket

Barclays Capital cut its price target on the U.S. natgas producer's stock to $3 from $5, citing "very low commodity price realizations driven by unfavorable contract arrangements."

** VERIZON COMMUNICATIONS INC, Monday close $46.06, -0.96 pct premarket

** YAHOO INC, Monday close $34.68, -1.21 pct premarket

Verizon Communications Chief Financial Officer Fran Shammo, said the No. 1 U.S. wireless carrier could look at buying Yahoo's core business, which includes Mail, its news and sports sites and advertising technology, if it is a good fit.

Tech news site Re/code said Yahoo might make big changes to its media unit, restructuring and consolidating it, including making cuts and shuttering some efforts.

** PEP BOYS-MANNY, MOE & JACK, Monday close $16.06, -1.31 pct premarket

The U.S. auto parts retailer said its board determined that Carl Icahn's offer to buy the company for $15.50 per share could result in a "superior proposal" compared with Bridgestone Corp's offer.

** NEWELL RUBBERMAID INC, Monday close $48.16, -0.44 pct premarket

** JARDEN CORP, Monday close $50.09, +2.22 pct premarket

Newell Rubbermaid, known for its Sharpie markers and Parker pens, is in talks to combine with consumer products company Jarden Corp, according to a person familiar with the matter who requested anonymity because the negotiations are confidential. (Compiled by Sruthi Shankar in Bengaluru; Editing by Kirti Pandey)

**RF** Released: 2015-12-11T14:13:51.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | unnatf : United Natural Foods Inc | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | i61 : Wholesalers | i64 : Retail/Wholesale | ifodwh : Food Wholesaling | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** ccat : Corporate/Industrial News | reqrcm : Suggested Reading Computers | redit : Selection of Top Stories/Trends/Analysis | reqr : Suggested Reading Industry News

**RE** usa : United States | namz : North America

**IPD** Business

 © 2023 Factiva, Inc. All rights reserved.

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800h7j

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | ***Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says** |
| **WC** | 90 words |
| **PD** | 8 December 2015 |
| **ET** | 06:14 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

8 Dec 2015 06:14 ET *Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic

8 Dec 2015 06:14 ET *Qualcomm: Our Sales Practices Have Always Complied with European Competition Law

**TD**

8 Dec 2015 06:15 ET *Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements

8 Dec 2015 06:15 ET *Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules

(MORE TO FOLLOW) Dow Jones Newswires

December 08, 2015 06:15 ET (11:15 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| cinfpo : Information Technology Policy \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe \| taiwan : Taiwan \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151208ebc8001ck |



PX333

DOW JONES
NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements** |
| **WC** | 35 words |
| **PD** | 8 December 2015 |
| **ET** | 06:16 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:15 ET (11:15 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1116GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe \| taiwan : Taiwan \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009w |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules** |
| **WC** | 35 words |
| **PD** | 8 December 2015 |
| **ET** | 06:17 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | |
| | (MORE TO FOLLOW) Dow Jones Newswires |
| | December 08, 2015 06:15 ET (11:15 GMT) |
| **TD** | |
| | (MORE TO FOLLOW) Dow Jones Newswires |
| | 08-12-15 1117GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe \| taiwan : Taiwan \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009x |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: Our Sales Practices Have Always Complied with European Competition Law** |
| **WC** | 35 words |
| **PD** | 8 December 2015 |
| **ET** | 06:16 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:14 ET (11:14 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1116GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009v |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic** |
| WC | 33 words |
| PD | 8 December 2015 |
| ET | 06:15 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:14 ET (11:14 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1115GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| RE | eurz : Europe |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc80009u |



PX333

DOW JONES
NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says** |
| **WC** | 34 words |
| **PD** | 8 December 2015 |
| **ET** | 06:15 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br><br>December 08, 2015 06:14 ET (11:14 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br><br>08-12-15 1115GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009t |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets** |
| **WC** | 37 words |
| **PD** | 8 December 2015 |
| **ET** | 05:53 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:47 ET (10:47 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1053GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009c |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments** |
| **WC** | 33 words |
| **PD** | 8 December 2015 |
| **ET** | 05:52 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:47 ET (10:47 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1052GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | cprpr : Predatory Pricing \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| c31 : Marketing/Markets \| c314 : Pricing \| c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009b |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **EU Issues Qualcomm With Two Sets of Formal Charges** |
| **WC** | 34 words |
| **PD** | 8 December 2015 |
| **ET** | 05:48 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | |
| | (MORE TO FOLLOW) Dow Jones Newswires |
| | December 08, 2015 05:46 ET (10:46 GMT) |
| **TD** | |
| | (MORE TO FOLLOW) Dow Jones Newswires |
| | 08-12-15 1048GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc800099 |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival** |
| WC | 36 words |
| PD | 8 December 2015 |
| ET | 05:54 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:47 ET (10:47 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1054GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| RE | eurz : Europe |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc80009d |

FT FINANCIAL TIMES

**HD** **EU accuses Qualcomm of impeding rivals**

**BY** Christian Oliver in Brussels

**WC** 501 words

**PD** 8 December 2015

**ET** 09:01

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2015 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

The European Commission on Tuesday launched two antitrust cases against Qualcomm, charging the US technology company with distorting competition in the critical market for the chips used in smartphones and other mobile devices.

Brussels said that Qualcomm "may have" made illegal payments since 2011 to an unnamed major manufacturer of smartphones and tablets for exclusively using its chipsets.

**TD**

The second charge was that Qualcomm sold its chipsets below cost between 2009 and 2011 to force its British competitor Icera out of the market. Qualcomm said that this charge of "predatory pricing" related to dongles — small USB devices that can be used on laptops to provide connectivity to the internet and external functions, such as audio, video and data.

The charges come after the commission launched an investigation into Qualcomm earlier this year.

Margrethe Vestager, EU competition commissioner, complained that these practices harmed European consumers, as smartphones and tablets play an ever more important role in the European economy.

"Many consumers enjoy high-speed internet on smartphones and other devices — baseband chipsets are key components that make this happen. I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," she said.

Qualcomm has several months to respond to the charge sheets, but insisted that it had done nothing that would hinder competition in the European market.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, Qualcomm's general counsel and executive vice-president.

Qualcomm is the world's largest supplier of baseband chipsets, which are vital components in smartphones, tablets and other mobile devices.

In theory, the commission has the power to levy a fine of anything up to 10 per cent of the previous financial year's turnover in antitrust cases, if it ultimately finds wrongdoing. Qualcomm's revenue in the 2015 fiscal year to September 27 was $25bn, but a fine of $2.5bn would greatly exceed any sum that Brussels has ever demanded as a fine against a single company in one instalment.

The EU's action comes a month after South Korea became the first country to challenge a core aspect of its technology licensing practices, driving shares to a four-year low.

Qualcomm also said on Tuesday that Taiwan's regulators had requested information on the company's patent licensing arrangements. Qualcomm said the case was in its early stages and added that it believed its business practices were legal.

Opening a case against Qualcomm will only fuel accusations from US officials that Ms Vestager is targeting American companies more often than their European rivals.

She opened a landmark antitrust case against Google's retail search business earlier this year and has pursued high-profile investigations into European tax planning of Apple, Amazon, Starbucks and McDonald's. She rejects the accusations of anti-US bias.

**CO** eucmm : European Commission | qcom : Qualcomm Incorporated

**IN** i8361 : Tax Preparation Services | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Equipment | i34411 : Mobile Communications Devices | i3454 : Personal Electronics | i836 : Accounting | iacc : Accounting/Consulting | ibcs : Business/Consumer Services | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gptech : Personal Technology | ccat : Corporate/Industrial News | gcat : Political/General News | glife : Living/Lifestyle | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020151208ebc8005eu

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 12/08/2015 to 12/08/2015 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 39 |
| Timestamp | 5 June 2023 11:43 |

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Incorporated**

**Appendix 5 – News Stories (New Terms List)**

**12.08.2015-12.08.2015**

DOW JONES

Qualcomm Comments on Regulatory Matters ....3

Press Release: Qualcomm Comments on Regulatory Matters ....5

Antitrust: Commission sends two Statements of Objections on exclusivity payments and predatory pricing to Qualcomm ....7

Qualcomm Receives European Commission Antitrust Objections Over Sales Tactics ....9

EU antitrust regulators accuse Qualcomm of hindering rivals ....11

Qualcomm faces investigation by Taiwan's Fair Trade Commission ....12

EU accuses Qualcomm of using market power to hinder rivals ....13

News Highlights: Equities Stories Of The Day ....15

UPDATE 2-EU accuses Qualcomm of using market power to hinder rivals ....17

Qualcomm and Xiaomi Sign 3G/4G License Agreement ....19

EU Slaps Qualcomm with Antitrust Charges --Update ....21

EU Slaps Qualcomm with Antitrust Charges --Update ....23

China chips away at U.S., Taiwan semiconductor dominance ....25

China chips away at U.S., Taiwan semiconductor dominance ....27

EU starts anti-trust action against Qualcomm over exclusivity payments, predatory pricing ....29

EU starts anti-trust action against Qualcomm ....30

BUZZ-Qualcomm accused of muscling aside competition ....31

EU Slaps Qualcomm With Antitrust Charges ....33

EU Slaps Qualcomm With Antitrust Charges ....35

EU Slaps Qualcomm with Antitrust Charges -- 2nd Update ....37

EU Slaps Qualcomm with Antitrust Charges -- 2nd Update ....39

EU Slaps Qualcomm With Antitrust Charges ....41

EU Slaps Qualcomm With Antitrust Charges ....43

*EU Issues Qualcomm With Two Sets of Formal Charges ....45

EU slaps Qualcomm with antitrust charges; European Commission says chip maker sought to stifle competition ....47

EU Imposes Formal Antitrust Charges on Qualcomm ....49

EU Imposes Formal Antitrust Charges on Qualcomm ....50

BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Onconova, United Natural Foods, Onconova, ....51

*Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says ....54

Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements ....55

 © 2023 Factiva, Inc. All rights reserved.

Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules ....56

Qualcomm: Our Sales Practices Have Always Complied with European Competition Law ....57

Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic ....58

Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says ....59

EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets....60

EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments ....61

EU Issues Qualcomm With Two Sets of Formal Charges....62

EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival ....63

EU accuses Qualcomm of impeding rivals....64

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

HD **Qualcomm Comments on Regulatory Matters**

WC 468 words

PD 8 December 2015

ET 06:19

SN PR Newswire (U.S.)

SC PRN

LA English

CY Copyright © 2015 PR Newswire Association LLC. All Rights Reserved.

LP

SAN DIEGO, Dec. 8, 2015 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today received courtesy copies of two Statements of Objections (SO) from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

TD

"Qualcomm has been cooperating with the Commission since the outset of these matters, and now that we've received the Statements of Objections, we welcome the chance to formally respond," said Qualcomm general counsel and executive vice president, Don Rosenberg. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law."

The matters were previously disclosed by the Company. One SO concerns the supply of Qualcomm's chipsets to a single customer under an existing agreement. The other SO concerns Qualcomm's sales to two customers from 2009 through 2011 of three chipsets incorporated into dongles -- small USB devices that at the time were used to provide cellular connectivity for laptops.

Separately, the Taiwan Fair Trade Commission ("TFTC") has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act (the "Act"). This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

About Qualcomm Incorporated

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other. For more information, visit Qualcomm's website, OnQ blog, Twitter and Facebook pages.

Qualcomm is a registered trademark of Qualcomm Incorporated. All other trademarks are the property of their respective owners.

Qualcomm Contacts:

Tina Asmar, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Warren Kneeshaw, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/qualcomm-comments-on-regulatory-matters-300189571.html

SOURCE Qualcomm Incorporated

Web site: https://www.qualcomm.com

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPC** ABO

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020151208ebc80002x

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Press Release: Qualcomm Comments on Regulatory Matters**

**WC** 495 words

**PD** 8 December 2015

**ET** 06:19

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Comments on Regulatory Matters

PR Newswire

**TD**

SAN DIEGO, Dec. 8, 2015

SAN DIEGO, Dec. 8, 2015 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today received courtesy copies of two Statements of Objections (SO) from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

"Qualcomm has been cooperating with the Commission since the outset of these matters, and now that we've received the Statements of Objections, we welcome the chance to formally respond," said Qualcomm general counsel and executive vice president, Don Rosenberg. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law."

The matters were previously disclosed by the Company. One SO concerns the supply of Qualcomm's chipsets to a single customer under an existing agreement. The other SO concerns Qualcomm's sales to two customers from 2009 through 2011 of three chipsets incorporated into dongles -- small USB devices that at the time were used to provide cellular connectivity for laptops.

Separately, the Taiwan Fair Trade Commission ("TFTC") has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act (the "Act"). This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

About Qualcomm Incorporated

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other. For more information, visit Qualcomm's website, OnQ blog, Twitter and Facebook pages.

Qualcomm is a registered trademark of Qualcomm Incorporated. All other trademarks are the property of their respective owners.

Qualcomm Contacts:

Tina Asmar, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Warren Kneeshaw, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/qualcomm-comments-on-regulatory-matters-300189571.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END) Dow Jones Newswires

December 08, 2015 06:19 ET (11:19 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | npress : Press Releases | ncat : Content Types | nfact : Factiva Filters

**RE** eurz : Europe | usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001ai

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

HD **Antitrust: Commission sends two Statements of Objections on exclusivity payments and predatory pricing to Qualcomm**

WC 848 words

PD 8 December 2015

SN M2 Presswire

SC MTPW

LA English

CY © 2015, M2 Communications. All rights reserved.

LP

The European Commission has informed Qualcomm of its preliminary conclusions that the chipset company illegally paid a major customer for exclusively using Qualcomm chipsets and sold chipsets below cost with the aim of forcing its competitor Icera out of the market, in potential breach of EU antitrust rules.

EU Commissioner in charge of competition policy Margrethe Vestager said: “Many consumers enjoy high-speed internet on smartphones and other devices - baseband chipsets are key components that make this happen. I am concerned that Qualcomm’s actions may have pushed out competitors or prevented them from competing. We need to make sure that European consumers continue to benefit from competition and innovation in an area which is at the heart of today’s economy.”

TD

Consumers increasingly access the internet through mobile devices - therefore it is important that effective competition takes place for the supply of one of the key components of such devices: baseband chipsets process communication functions in smartphones, tablets and other mobile broadband devices. They are used both for voice and data transmission.

The Commission has sent two Statements of Objections to Qualcomm in separate investigations, outlining the Commission’s preliminary view that the company has abused its dominant position in the worldwide markets for 3G (UMTS) and 4G (LTE) baseband chipsets, in breach of EU antitrust rules, in particular Article 102 of the Treaty on the Functioning of the European Union (TFEU).

Qualcomm is the world’s largest supplier of baseband chipsets.

Under EU antitrust rules, dominant companies have a responsibility not to abuse their powerful market position by restricting competition. The sending of a statement of objections does not prejudge the outcome of the investigation.

Exclusivity payment Statement of Objections

The first Statement of Objections outlines that since 2011, Qualcomm has paid significant amounts to a major smartphone and tablet manufacturer on condition that it exclusively use Qualcomm baseband chipsets in its smartphones and tablets. The Commission takes the preliminary view that this conduct has reduced the manufacturer’s incentives to source chipsets from Qualcomm’s competitors and has harmed competition and innovation in the markets for UMTS and LTE baseband chipsets. The contract between Qualcomm and the manufacturer containing the exclusivity clauses is still in force.

Predatory pricing Statement of Objections

The second Statement of Objections takes the preliminary view that between 2009 and 2011 Qualcomm engaged in ‘predatory pricing’ by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market. This conduct appears to have taken place at a time when Icera posed a growing threat to Qualcomm in the leading edge segment of the market, offering advanced data rate performance. In the Commission’s preliminary view, Qualcomm reacted to that threat by selling certain

quantities of its UMTS baseband chipsets to two of its customers at prices that did not cover Qualcomm's costs, with the aim of forcing Icera out of the market.

The Commission's investigations

In July 2015, the Commission opened two formal antitrust investigations to assess concerns that Qualcomm may have abused a dominant position in the area of baseband chipsets through two separate conducts.

The Commission has informed Qualcomm and the competition authorities of the Member States that it has issued Statements of Objections in these cases.

Qualcomm now has the opportunity to respond to the Commission's allegations outlined in the Statements of Objections within 3 months as regards the exclusivity payment objections and 4 months as regards the predatory pricing objections, and to ask for an oral hearing in each case.

Procedural background

Article 102 TFEU prohibits the abuse of a dominant position which may affect trade and prevent or restrict competition in the Single Market. The implementation of these provisions is defined in the Antitrust Regulation (Council Regulation No 1/2003), which can be applied by the Commission and by the national competition authorities of EU Member States.

A statement of objections is a formal step in Commission investigations into suspected violations of EU antitrust rules. The Commission informs the parties concerned in writing of the objections raised against them and the parties can examine the documents in the Commission's investigation file, reply in writing and request an oral hearing to present their comments on the case before representatives of the Commission and national competition authorities.

There is no legal deadline to complete inquiries into anti-competitive conduct. The duration of an antitrust investigation depends on a number of factors, including the complexity of the case, the extent to which the undertaking concerned cooperates with the Commission and the exercise of the rights of defence.

More information on this case will be available under the case numbers 39711 and 40220 in the public case register on the Commission's competition website.

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** qcom : Qualcomm Incorporated

**IN** itablcm : Tablet Computers | i3302 : Computers/Consumer Electronics | i3302011 : Portable Computers | i3454 : Personal Electronics | icomp : Computing | icph : Computer Hardware | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** cprpr : Predatory Pricing | c314 : Pricing | c34 : Anti-Competition Issues | npress : Press Releases | c31 : Marketing/Markets | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**PUB** Normans Media Ltd

**AN** Document MTPW000020151208ebc8001uq

 © 2023 Factiva, Inc. All rights reserved.

**SE** Business

**HD** **Qualcomm Receives European Commission Antitrust Objections Over Sales Tactics**

**WC** 432 words

**PD** 8 December 2015

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2015 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - The European Commission said that it has informed Qualcomm Inc. (QCOM) of its preliminary conclusions that the chipset company illegally paid a major customer for exclusively using Qualcomm chipsets and sold chipsets below cost with the aim of forcing its competitor Icera out of the market, in potential breach of EU antitrust rules.

In a separate press release, Qualcomm said that it received courtesy copies of two Statements of Objections or SO from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

**TD**

The Commission today noted that Qualcomm now has the opportunity to respond to the Commission's allegations outlined in the Statements of Objections within 3 months as regards the exclusivity payment objections and 4 months as regards the predatory pricing objections, and to ask for an oral hearing in each case.

The Commission has sent two Statements of Objections to Qualcomm in separate investigations, outlining the Commission's preliminary view that the company has abused its dominant position in the worldwide markets for 3G (UMTS) and 4G (LTE) baseband chipsets, in breach of EU antitrust rules, in particular Article 102 of the Treaty on the Functioning of the European Union (TFEU).

The first Statement of Objections outlines that since 2011, Qualcomm has paid significant amounts to a major smartphone and tablet manufacturer on condition that it exclusively use Qualcomm baseband chipsets in its smartphones and tablets.

The second Statement of Objections takes the preliminary view that between 2009 and 2011 Qualcomm engaged in 'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market.

In July 2015, the Commission opened two formal antitrust investigations to assess concerns that Qualcomm may have abused a dominant position in the area of baseband chipsets through two separate conducts.

Separately, the Taiwan Fair Trade Commission or "TFTC" has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act . This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2015 RTTNews.com. All Rights Reserved

**CO** qcom : Qualcomm Incorporated | eucmm : European Commission | euruno : The European Union

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020151208ebc8003ec

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **EU antitrust regulators accuse Qualcomm of hindering rivals**

**WC** 115 words

**PD** 8 December 2015

**ET** 05:56

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

BRUSSELS, Dec 8 (Reuters) - European Union antitrust regulators charged U.S. chipmaker Qualcomm on Tuesday of using anti-competitive practices to block rivals.

The accusations by the European Commission set out in a charge sheet known as a statement of objections followed a formal investigation begun in July.

**TD**

"The Commission informed Qualcomm of its preliminary conclusions that the company may have illegally paid a major customer for exclusively using its chipsets and sold chipsets below cost with the aim of forcing a competitor out of the market," the EU executive said. (Reporting by Foo Yun Chee; editing by Philip Blenkinsop)

**RF** Released: 2015-12-8T11:56:29.000Z

**CO** euruno : The European Union | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | ginda : Independent Advisory Bodies | c13 : Regulation/Government Policy | gcrim : Crime/Courts | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eecz : European Union Countries | usa : United States | eurz : Europe | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800bzb

REUTERS

| | |
|---|---|
| **HD** | **Qualcomm faces investigation by Taiwan's Fair Trade Commission** |
| **WC** | 67 words |
| **PD** | 8 December 2015 |
| **ET** | 06:41 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2015 Thomson Reuters. All Rights Reserved. |
| **LP** | |

Dec 8 (Reuters) - Qualcomm Inc said Taiwan's Fair Trade Commission has launched an investigation into whether the chipmaker's patent licensing arrangements violate the Taiwan Fair Trade Act.

The investigation is in its early stages, Qualcomm said on Tuesday. (Reporting by Anya George Tharakan in Bengaluru; Editing by Saumyadeb Chakrabarty)

| | |
|---|---|
| **RF** | Released: 2015-12-8T12:41:21.000Z |
| **CO** | ftcey : Taiwan Fair Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | taiwan : Taiwan \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151208ebc800dl9 |

REUTERS

| | |
|---|---|
| **HD** | **EU accuses Qualcomm of using market power to hinder rivals** |
| **BY** | By Foo Yun Chee |
| **WC** | 447 words |
| **PD** | 8 December 2015 |
| **ET** | 07:46 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2015 Thomson Reuters. All Rights Reserved. |

**LP**

BRUSSELS (Reuters) - European Union antitrust regulators charged Qualcomm on Tuesday with abusing its market power to thwart rivals, putting the world's number one mobile chipset maker at risk of a hefty fine.

The accusations by the European Commission are the latest antitrust problems for the company as regulators in the United States, China, Japan and South Korea look into its licensing model and its dominant patents in mobile networks and devices.

**TD**

Qualcomm, which competes with rival MediaTek Inc, said the Taiwan Fair Trade Commission had also opened an investigation into its patent licensing deals.

The EU executive's accusations, set out in two charge sheets known as statements of objections, followed a formal investigation begun in July.

The EU competition enforcer said Qualcomm might have illegally paid a major customer for exclusively using its chipsets and it also sold chipsets below cost with the aim of forcing a competitor out of the market in a practice known as predatory pricing.

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," European Competition Commissioner Margrethe Vestager said in a statement.

Qualcomm said it has been given several months to respond to the charges of predatory pricing between 2009 and 2011 and of exclusivity payments since 2011.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm’s sales practices have always complied with European competition law," Qualcomm general counsel Don Rosenberg said in a statement.

Qualcomm could face a $2.7 billion fine, equivalent to 10 percent of its 2014 worldwide revenue, if found guilty of breaching EU rules. In February it paid a $975 million fine to end a 14-month investigation by the Chinese government into anti-competitive practices.

The predatory pricing case against the company followed a complaint from British phone software maker Icera, which later was acquired by Nvidia Corp in a bid to enter the market for smartphone chips and compete with Qualcomm.

Qualcomm, which makes software and chips used in smartphones, tablets and gaming devices, is known for its Snapdragon processor used in high-end smartphones and tablets made by Samsung Electronics Co Ltd and HTC Corp.

Apple's iPhone 6 also uses a Qualcomm 4G modem.

In 2009, the EU authority scrapped a two-year antitrust probe into whether Qualcomm charged unreasonably high royalties for integral technology of global 3G phone standards after rivals withdrew their complaints.

(Reporting by Foo Yun Chee; editing by Philip Blenkinsop and Jane Merriman)

**RF** Released: 2015-12-8T12:46:08.000Z

**CO** ftcey : Taiwan Fair Trade Commission | mdatek : MediaTek Incorporated | euruno : The European Union | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits

**NS** c34 : Anti-Competition Issues | cinprp : Industrial Property Rights | ginda : Independent Advisory Bodies | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eecz : European Union Countries | usa : United States | eurz : Europe | namz : North America

**IPD** Business

**IPC** SERVICE:EDXCLM

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800ct5

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **News Highlights: Equities Stories Of The Day**

**WC** 604 words

**PD** 8 December 2015

**ET** 08:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Home Depot Sets Long-Term Targets

Home Depot reaffirmed its guidance for the current fiscal year and unveiled new long-term financial targets that include sales topping $100 billion in fiscal 2018.

**TD**

AutoZone Profit Grows on Inventory Improvements

AutoZone logged profit growth above expectations in its latest quarter as sales got a boost from inventory and distribution improvements.

EU Slaps Qualcomm with Antitrust Charges

Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

NowThis Raises $16.2 Million Round Led by Axel Springer

NowThis, the digital media company that distributes short video clips across social media networks, has raised $16.2 million from an investor group led by Germany's Axel Springer.

Anglo American to Slash Assets, Cut 85,000 Jobs

Anglo American announced a radical restructuring of its business that includes more asset sales and cutting 63% of its workforce in a bid to weather the severe slump in commodity prices.

Norfolk Southern Bucks Revised Offer From Canadian Pacific

Norfolk Southern bucked Canadian Pacific's revised merger offer on Tuesday, calling it "grossly inadequate" and not in the best interest of the company or its shareholders.

Toll Brothers Posts Weaker-Than-Expected Profit

Luxury home builder Toll Brothers reported a weaker-than-expected profit for its fourth quarter even as its revenue and the housing market in general continued to grow.

Rio Tinto Dials Back Budget for Major Projects

Rio Tinto will spend less on major projects next year than it expected, as the miner takes a strict approach to expenditures amid a commodity market downturn.

VTech Has Yet to Put a Price on Hack, Chairman Says

Learning-products maker VTech Holdings is still in the dark over the identity of a hacker who stole personal information of millions of children and adults, Chairman Allan Wong said, and it may be weeks before it's back online.

Chinese Railway Builder, Malaysian Tycoon Join in Bid for 1MDB Land

A Chinese railroad builder and a Malaysian property tycoon have teamed up on a bid for a stake in some Kuala Lumpur land that controversial Malaysian government investment fund 1MDB is selling to reduce debt.

HD Supply Profit Improves on Unit Sale

HD Supply said profit more than quadrupled in its latest quarter, as the industrial distributor benefited from the sale of its power solutions unit, as well as sales growth and gross margin expansion.

Chinese Lender to Start Taking Orders for IPO

Bank of Zhengzhou plans to start taking orders for its up to US$723 million initial public offering in Hong Kong.

Air France-KLM Revenue Slides After Paris Attacks

Air France-KLM said the Paris terror attacks that left 130 people dead in the French capital cost it $54 million in November in lost revenue.

Woodside Drops $8.4 Billion Bid for Rival Oil Search

Woodside Petroleum has abandoned its proposal to create a regional oil-and-gas champion with the acquisition bid.

Newell Rubbermaid, Jarden in Merger Talks

Newell Rubbermaid and Jarden are in talks to combine, in a deal that would unite makers of products like Sharpie markers, Graco baby strollers and Mr. Coffee machines.

Brazil Indicts BTG's Esteves and Sen. Delcidio do Amaral

Brazilian prosecutors indicted the former chief executive officer of investment bank BTG Pactual, André Esteves, and Sen. Delcidio do Amaral on Monday on charges of interfering with a criminal investigation.

(END) Dow Jones Newswires

December 08, 2015 08:16 ET (13:16 GMT)

**CO** qcom : Qualcomm Incorporated | homd : The Home Depot, Inc.

**IN** i34531 : Semiconductors | i64 : Retail/Wholesale | i648 : Household Goods/Hardware Stores | i6483 : Decorating/DIY/Hardware Stores | i654 : Specialty Stores | iindele : Industrial Electronics | iindstrls : Industrial Goods | iretail : Retail | itech : Technology

**NS** c181 : Acquisitions/Mergers/Shareholdings | ncdig : Corporate Digests | nfiac : Fixed Income Asset Class News | nhhour : Headlines of the Hour | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001qu

REUTERS

**HD** **UPDATE 2-EU accuses Qualcomm of using market power to hinder rivals**

**WC** 455 words

**PD** 8 December 2015

**ET** 07:45

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

(Adds Taiwan investigation, details)

By Foo Yun Chee

**TD**

BRUSSELS, Dec 8 (Reuters) - European Union antitrust regulators charged Qualcomm on Tuesday with abusing its market power to thwart rivals, putting the world's number one mobile chipset maker at risk of a hefty fine.

The accusations by the European Commission are the latest antitrust problems for the company as regulators in the United States, China, Japan and South Korea look into its licensing model and its dominant patents in mobile networks and devices.

Qualcomm, which competes with rival MediaTek Inc, said the Taiwan Fair Trade Commission had also opened an investigation into its patent licensing deals.

The EU executive's accusations, set out in two charge sheets known as statements of objections, followed a formal investigation begun in July.

The EU competition enforcer said Qualcomm might have illegally paid a major customer for exclusively using its chipsets and it also sold chipsets below cost with the aim of forcing a competitor out of the market in a practice known as predatory pricing.

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," European Competition Commissioner Margrethe Vestager said in a statement.

Qualcomm said it has been given several months to respond to the charges of predatory pricing between 2009 and 2011 and of exclusivity payments since 2011.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm general counsel Don Rosenberg said in a statement.

Qualcomm could face a $2.7 billion fine, equivalent to 10 percent of its 2014 worldwide revenue, if found guilty of breaching EU rules. In February it paid a $975 million fine to end a 14-month investigation by the Chinese government into anti-competitive practices.

The predatory pricing case against the company followed a complaint from British phone software maker Icera, which later was acquired by Nvidia Corp in a bid to enter the market for smartphone chips and compete with Qualcomm.

Qualcomm, which makes software and chips used in smartphones, tablets and gaming devices, is known for its Snapdragon processor used in high-end smartphones and tablets made by Samsung Electronics Co Ltd and HTC Corp .

Apple's iPhone 6 also uses a Qualcomm 4G modem.

In 2009, the EU authority scrapped a two-year antitrust probe into whether Qualcomm charged unreasonably high royalties for integral technology of global 3G phone standards after rivals withdrew their complaints. (Reporting by Foo Yun Chee; editing by Philip Blenkinsop and Jane Merriman)

| | |
|---|---|
| **RF** | Released: 2015-12-8T13:45:12.000Z |
| **CO** | ftcey : Taiwan Fair Trade Commission \| mdatek : MediaTek Incorporated \| qcom : Qualcomm Incorporated |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iintcir : Integrated Circuits |
| **NS** | c34 : Anti-Competition Issues \| gcrim : Crime/Courts \| ccat : Corporate/Industrial News \| gcat : Political/General News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eecz : European Union Countries \| usa : United States \| eurz : Europe \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151208ebc800d4p |

 © 2023 Factiva, Inc. All rights reserved.

HD **Qualcomm and Xiaomi Sign 3G/4G License Agreement**

WC 442 words
PD 8 December 2015
SN ENP Newswire
SC ENPNEW
LA English
CY (c) 2015, Electronic News Publishing. All Rights Reserved.

LP

Release date - 07122015

Qualcomm Incorporated (NASDAQ: QCOM) and Xiaomi, a leading Chinese smartphone and Internet company, today announced that they have entered into a new 3G and 4G China patent license agreement.

TD

Under the terms of the agreement, Qualcomm has granted Xiaomi a royalty-bearing patent license to develop, manufacture and sell 3G (WCDMA and CDMA2000) and 4G, including 3-mode (LTE-TDD, TD-SCDMA and GSM), complete devices. The royalties payable by Xiaomi are consistent with the terms of the rectification plan submitted by Qualcomm to China's National Reform and Development Commission.

'Xiaomi prides itself on embracing and leading smartphone innovation through its popular line of Mi devices,' said Lei Jun, CEO of Xiaomi. 'A license from Qualcomm will play an important role in helping us bring the newest and most innovative products to our growing customer base.'

'Qualcomm is committed to the success of its partners in China as they continue to grow their businesses and we are pleased to reach this new agreement with Xiaomi,' said Derek Aberle, President of Qualcomm Incorporated. 'We work closely with our partners, such as Xiaomi, to push the boundaries of what's possible and drive the advancement of the mobile industry.'

About Xiaomi

Xiaomi was founded in 2010 by serial entrepreneur Lei Jun, who believes that high-quality technology doesn't need to cost a fortune. We create remarkable hardware, software, and internet services for and with the help of our Mi fans. We incorporate their feedback into our product range, which currently includes the Mi Note Pro, Mi Note, Mi 4, Redmi 2, Mi TV, Mi Band and other accessories. With more than 61 million handsets sold in 2014, and products launched in Taiwan, Hong Kong, Singapore, Malaysia, Philippines, India, Indonesia and Brazil, Xiaomi is expanding its footprint across the world to become a global brand.

About Qualcomm

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a wholly-owned subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other.

Contact:

Tina Asmar Tel: 1-858-845-5959 Email: corpcomm@qualcomm.com

[Editorial queries for this story should be sent to newswire@enpublishing.co.uk]

**CO** qcom : Qualcomm Incorporated | bxmtcc : Beijing Xiaomi Technology Co. Ltd.

**IN** i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i34531 : Semiconductors | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | ismart : Smartphones | itech : Technology

**NS** c334 : Licensing Agreements | cinprp : Industrial Property Rights | npress : Press Releases | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**PUB** Electronic News Publishing Ltd.

**AN** Document ENPNEW0020151208ebc8000k6

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **EU Slaps Qualcomm with Antitrust Charges --Update**

**BY** By Tom Fairless

**WC** 758 words

**PD** 8 December 2015

**ET** 07:55

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

BRUSSELS--Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips, and selling chips below cost to force a competitor, Icera, out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm said it was cooperating with EU authorities. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm's general counsel Don Rosenberg said.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge. It can also ask for an oral hearing before the regulator to better explain its case.

The chip maker also said that it was being investigated by Taiwan's antitrust authority over its patent-licensing arrangements and that it would cooperate with that probe, adding that it believes it complies with local rules.

Qualcomm is the world's largest supplier of baseband chips, which are used to process communications in smartphones, tablets and other mobile broadband devices. The company scooped rivals in delivering chips able to use fourth-generation LTE wireless networks. Several companies have dropped out of the baseband business, including Texas Instruments Inc. and Broadcom Corp., because of the uphill task of competing with Qualcomm and other suppliers.

But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations into the company so far have focused mainly on its licensing practices.

The U.S. Federal Trade Commission, for example, last autumn notified Qualcomm that it was investigating its licensing business. Qualcomm's patent power was also the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

The EU's predatory pricing investigation stems from concerns raised by Icera Inc., a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU said five months ago it had opened two formal investigations into Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011, on condition that it exclusively use Qualcomm's baseband chips in its smartphones and tablets. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have reacted to a growing threat from Icera by selling chips to two of its customers at prices that didn't cover its costs, "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009, without action against the company.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 07:55 ET (12:55 GMT)

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | cinfpo : Information Technology Policy | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001mi

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **EU Slaps Qualcomm with Antitrust Charges --Update**

**BY** By Tom Fairless

**WC** 758 words

**PD** 8 December 2015

**ET** 08:10

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

BRUSSELS--Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips, and selling chips below cost to force a competitor, Icera, out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm said it was cooperating with EU authorities. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm's general counsel Don Rosenberg said.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge. It can also ask for an oral hearing before the regulator to better explain its case.

The chip maker also said that it was being investigated by Taiwan's antitrust authority over its patent-licensing arrangements and that it would cooperate with that probe, adding that it believes it complies with local rules.

Qualcomm is the world's largest supplier of baseband chips, which are used to process communications in smartphones, tablets and other mobile broadband devices. The company scooped rivals in delivering chips able to use fourth-generation LTE wireless networks. Several companies have dropped out of the baseband business, including Texas Instruments Inc. and Broadcom Corp., because of the uphill task of competing with Qualcomm and other suppliers.

But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations into the company so far have focused mainly on its licensing practices.

The U.S. Federal Trade Commission, for example, last autumn notified Qualcomm that it was investigating its licensing business. Qualcomm's patent power was also the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

The EU's predatory pricing investigation stems from concerns raised by Icera Inc., a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU said five months ago it had opened two formal investigations into Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011, on condition that it exclusively use Qualcomm's baseband chips in its smartphones and tablets. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have reacted to a growing threat from Icera by selling chips to two of its customers at prices that didn't cover its costs, "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009, without action against the company.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 08:10 ET (13:10 GMT)

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | cinfpo : Information Technology Policy | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001qi

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **China chips away at U.S., Taiwan semiconductor dominance**

BY By Yimou Lee

WC 656 words

PD 8 December 2015

ET 16:08

SN Reuters News

SC LBA

LA English

CY Copyright 2015 Thomson Reuters. All Rights Reserved.

LP

HONG KONG (Reuters) - China's multi-billion dollar drive towards self-reliance in semiconductors has spawned a cluster of chip designers that industry experts say could eventually rival leaders Qualcomm Inc <QCOM.O> and MediaTek Inc <2454.TW>.

The world's second-largest economy now boasts nine companies that design and sell chips in the global top 50 from just one in 2009. Clients such as Chinese smartphone manufacturers have also helped compatriot chip designers amass a market share of almost a fifth, according to data analyst TrendForce.

TD

The rise of Chinese designers such as Huawei Technologies Co Ltd [HWT.UL] subsidiary HiSilicon and Spreadtrum Communications comes as the government ploughs funds into home-grown technology to reduce cyber-security risk, following revelations in 2013 of U.S. global cyber-snooping programs.

The revelations have made China a harder place for U.S. tech firms to do business, with Qualcomm saying as recently as last month that it faced delays closing licensing agreements. In contrast, sales at Chinese designers are set to surge this year, some by as much as 40 percent, said researcher IC Insights.

"The Chinese fabless industry is expanding by leaps and bounds," said Bernstein analyst Mark Li, referring to designers which contract out fabrication to so-called foundries such as Taiwan Semiconductor Manufacturing Co Ltd (TSMC) <2330.TW>.

Chinese chip designers lag top rivals in terms of technology by four to five years yet have the potential to disrupt the global chip supply chain, industry experts and executives said.

But in terms of size, China is likely to seize second place in the $20 billion-plus chip design industry from Taiwan this year, Li said.

PAST MISTAKES

Chinese factories use over 60 percent of the world's chips annually, and in 2013 imported more chips by value than crude oil. To promote domestic development, the government has tasked chip firms with raising revenue by more than 20 percent annually and building "a group of world-class companies" by 2030.

China's list of chip design hopefuls include HiSilicon plus Spreadtrum and RDA Microelectronics Inc - both controlled by state-backed Tsinghua Unigroup Ltd - as well as All Winner Technology Co Ltd <300458.SZ>, Leadcore Technology, Galaxycore Microelectronics and Goodix Technology.

"Only by being a market leader can you be profitable," said Tsinghua Unigroup Chairman Zhao Weiguo.

Through a $21.7 billion national fund, as well as at least five other government-led investment vehicles in cities such as Beijing, Shanghai and Nanjing, China has approximately $32 billion under management to build national champions in the chip ecosystem, according to consulting McKinsey & Co.

"Their IC design can become a strong force in a few years," TSMC co-Chief Executive Officer Mark Liu said in a recent interview, referring to chips as integrated circuits (IC).

"However, the system has to reward innovation. You cannot just want market share and dump a lot of low price products into the market. That is not going to help the Chinese IC design sector to grow," Liu said. "So there are good parts and I hope they avoid the bad parts."

There is concern in the industry about a repeat of China's previous efforts to develop industries, such as solar panels and liquid crystal displays (LCD), where overzealous investment led to oversupply and plunging prices.

China made up 14 percent of the global LCD market last year from 3 percent in 2010, while the industry's average profit margin declined to 1.2 percent from 7.8 percent over the same period, wrote Bernstein's Li in a recent report.

"China will not stop until it dominates the market, with value and economics being destroyed every single time," said Li.

(Reporting by Yimou Lee, Miyoung Kim, J.R. Wu; Additional reporting by Paul Carsten; Editing by Christopher Cushing)

**RF** Released: 2015-12-8T21:08:37.000Z

**CO** huawt : Huawei Technologies Co Ltd | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated | trumcm : Spreadtrum Communications Inc. | shhiah : Huawei Investment Holding Co. Ltd. | tsnghh : Tsinghua Holdings Company Limited

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits | itech : Technology | iwrlssl : Wireless Area Network Technology

**NS** ccat : Corporate/Industrial News | ecat : Economic News

**RE** china : China | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**IPD** Business

**IPC** SERVICE:OUSTCM

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800rs1

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **China chips away at U.S., Taiwan semiconductor dominance**

**WC** 672 words

**PD** 8 December 2015

**ET** 16:00

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

* Nine Chinese chip designers feature in top 50

* China commands fifth of chip design market

**TD**

* Gov't promoting chip investment in self-reliance drive

By Yimou Lee

HONG KONG, Dec 9 (Reuters) - China's multi-billion dollar drive towards self-reliance in semiconductors has spawned a cluster of chip designers that industry experts say could eventually rival leaders Qualcomm Inc and MediaTek Inc .

The world's second-largest economy now boasts nine companies that design and sell chips in the global top 50 from just one in 2009. Clients such as Chinese smartphone manufacturers have also helped compatriot chip designers amass a market share of almost a fifth, according to data analyst TrendForce.

The rise of Chinese designers such as Huawei Technologies Co Ltd subsidiary HiSilicon and Spreadtrum Communications comes as the government ploughs funds into home-grown technology to reduce cyber-security risk, following revelations in 2013 of U.S. global cyber-snooping programmes.

The revelations have made China a harder place for U.S. tech firms to do business, with Qualcomm saying as recently as last month that it faced delays closing licensing agreements. In contrast, sales at Chinese designers are set to surge this year, some by as much as 40 percent, said researcher IC Insights.

"The Chinese fabless industry is expanding by leaps and bounds," said Bernstein analyst Mark Li, referring to designers which contract out fabrication to so-called foundries such as Taiwan Semiconductor Manufacturing Co Ltd (TSMC).

Chinese chip designers lag top rivals in terms of technology by four to five years yet have the potential to disrupt the global chip supply chain, industry experts and executives said.

But in terms of size, China is likely to seize second place in the $20 billion-plus chip design industry from Taiwan this year, Li said.

PAST MISTAKES

Chinese factories use over 60 percent of the world's chips annually, and in 2013 imported more chips by value than crude oil. To promote domestic development, the government has tasked chip firms with raising revenue by more than 20 percent annually and building "a group of world-class companies" by 2030.

China's list of chip design hopefuls include HiSilicon plus Spreadtrum and RDA Microelectronics Inc - both controlled by state-backed Tsinghua Unigroup Ltd - as well as All Winner Technology Co Ltd, Leadcore Technology, Galaxycore Microelectronics and Goodix Technology.

"Only by being a market leader can you be profitable," said Tsinghua Unigroup Chairman Zhao Weiguo.

Through a $21.7 billion national fund, as well as at least five other government-led investment vehicles in cities such as Beijing, Shanghai and Nanjing, China has approximately $32 billion under management to build national champions in the chip ecosystem, according to consulting McKinsey & Co.

"Their IC design can become a strong force in a few years," TSMC co-Chief Executive Officer Mark Liu said in a recent interview, referring to chips as integrated circuits (IC).

"However, the system has to reward innovation. You cannot just want market share and dump a lot of low price products into the market. That is not going to help the Chinese IC design sector to grow," Liu said. "So there are good parts and I hope they avoid the bad parts."

There is concern in the industry about a repeat of China's previous efforts to develop industries, such as solar panels and liquid crystal displays (LCD), where overzealous investment led to oversupply and plunging prices.

China made up 14 percent of the global LCD market last year from 3 percent in 2010, while the industry's average profit margin declined to 1.2 percent from 7.8 percent over the same period, wrote Bernstein's Li in a recent report.

"China will not stop until it dominates the market, with value and economics being destroyed every single time," said Li.

(Reporting by Yimou Lee, Miyoung Kim, J.R. Wu; Additional reporting by Paul Carsten; Editing by Christopher Cushing)

**RF** Released: 2015-12-8T22:00:01.000Z

**CO** huawt : Huawei Technologies Co Ltd | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated | trumcm : Spreadtrum Communications Inc. | shhiah : Huawei Investment Holding Co. Ltd. | tsnghh : Tsinghua Holdings Company Limited

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits | itech : Technology | iwrlssl : Wireless Area Network Technology

**NS** ccat : Corporate/Industrial News

**RE** china : China | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800rmk

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

HD **EU starts anti-trust action against Qualcomm over exclusivity payments, predatory pricing**

CR AP

WC 147 words

PD 8 December 2015

ET 12:08

SN The Canadian Press

SC CPR

LA English

CY (c) 2015 The Canadian Press. All rights reserved.

LP

BRUSSELS _ The European Union's anti-trust watchdog says it suspects that Qualcomm illegally made exclusivity payments to a major customer and sold chipsets below cost to force a competitor out of the market.

The EU's executive Commission said Tuesday it has issued a "statement of objections" to the San Diego-based chipmaker, the first formal step in EU anti-trust actions.

TD

The Commission said company payments to an unnamed smartphone and tablet manufacturer "reduced the manufacturer's incentives to source chipsets from Qualcomm's competitors and has harmed competition and innovation."

It also accused Qualcomm of "'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market."

Qualcomm has three to four months to respond to the allegations and request a hearing.

RF 20151208CPCPB6334

CO euruno : The European Union | qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS cprpr : Predatory Pricing | c34 : Anti-Competition Issues | nnam : News Agency Materials | c31 : Marketing/Markets | c314 : Pricing | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

RE usa : United States | namz : North America

IPD B

PUB The Canadian Press

AN Document CPR0000020151209ebc80002o

AP

**HD** **EU starts anti-trust action against Qualcomm**

**WC** 142 words

**PD** 8 December 2015

**ET** 06:38

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2015. The Associated Press. All Rights Reserved.

**LP**

BRUSSELS (AP) — The European Union's anti-trust watchdog says it suspects that Qualcomm illegally made exclusivity payments to a major customer and sold chipsets below cost to force a competitor out of the market.

The EU's executive Commission said Tuesday it has issued a "statement of objections" to the San Diego-based chipmaker, the first formal step in EU anti-trust actions.

**TD**

The Commission said company payments to an unnamed smartphone and tablet manufacturer "reduced the manufacturer's incentives to source chipsets from Qualcomm's competitors and has harmed competition and innovation."

It also accused Qualcomm of "'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market."

Qualcomm has three to four months to respond to the allegations and request a hearing.

**CO** euruno : The European Union | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** belg : Belgium | eecz : European Union Countries | eurz : Europe | usa : United States | benluxz : Benelux Countries | namz : North America | weurz : Western Europe

**IPD** EU

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020151208ebc800520

REUTERS

**HD** **BUZZ-Qualcomm accused of muscling aside competition**

**WC** 228 words

**PD** 8 December 2015

**ET** 08:01

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

** Qualcomm shares down 1.7 pct premarket as EU antitrust regulators accuse co of using its power to thwart rivals, putting chipmaker at risk of paying a hefty fine

** Regulator said Qualcomm may have illegally paid a major customer for exclusively using its chipsets and that co engaged in predatory pricing by selling chipsets below cost

**TD**

** Qualcomm, which could face a $2.7 bln fine if found guilty of breaching EU rules, said it has been given several months to respond to the charges

** EU executive's accusations, set out in two charge sheets known as statements of objections, followed a formal investigation begun in July

** Predatory pricing case follows a complaint from British phone software maker Icera, later acquired by Nvidia Corp in a bid to enter the market for smartphone chips and compete with co

** Qualcomm also said the Taiwan Fair Trade Commission had also opened an investigation into its patent licensing deals

** "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm general counsel Don Rosenberg said in a statement

** Qualcomm shares have gained 29 pct so far YTD (RM: lance.tupper.tr.com@reuters.net)

**RF** Released: 2015-12-11T13:01:58.000Z

**CO** ftcey : Taiwan Fair Trade Commission | nvdcrp : NVIDIA Corporation | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits | ividbd : Audio/Video/Graphics Integrated Circuits

**NS** cprpr : Predatory Pricing | ginda : Independent Advisory Bodies | c13 : Regulation/Government Policy | gcrim : Crime/Courts | c31 : Marketing/Markets | c314 : Pricing | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eecz : European Union Countries | usa : United States | eurz : Europe | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800fid

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **EU Slaps Qualcomm With Antitrust Charges**

**WC** 804 words

**PD** 8 December 2015

**ET** 06:55

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:55 ET (11:55 GMT)

| | |
|---|---|
| **CO** | icerai : Icera Inc \| qcom : Qualcomm Incorporated \| nvdcrp : NVIDIA Corporation \| euruno : The European Union |
| **IN** | i342 : Electrical Components/Equipment \| i34531 : Semiconductors \| i656 : Mixed Retailing \| iindstrls : Industrial Goods \| i64 : Retail/Wholesale \| iindele : Industrial Electronics \| iretail : Retail \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c13 : Regulation/Government Policy \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ntop : Top Wire News \| nttwn : Today's Top Wire News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis |
| **RE** | taiwan : Taiwan \| eurz : Europe \| usca : California \| usw : Western U.S. \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia \| namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151208ebc8001du |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **EU Slaps Qualcomm With Antitrust Charges**

WC 804 words

PD 8 December 2015

ET 06:40

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

TD

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:40 ET (11:40 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | i656 : Mixed Retailing | iindstrls : Industrial Goods | i64 : Retail/Wholesale | iindele : Industrial Electronics | iretail : Retail | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001b3

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **EU Slaps Qualcomm with Antitrust Charges -- 2nd Update**

**BY** By Tom Fairless And Don Clark
**WC** 812 words
**PD** 8 December 2015
**ET** 15:08
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market, " the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 15:08 ET (20:08 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc80034x

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **EU Slaps Qualcomm with Antitrust Charges -- 2nd Update**

**BY** By Tom Fairless And Don Clark

**WC** 812 words

**PD** 8 December 2015

**ET** 14:53

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market, " the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 14:53 ET (19:53 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc800322

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **EU Slaps Qualcomm With Antitrust Charges**

**BY** By Tom Fairless And Don Clark

**WC** 788 words

**PD** 8 December 2015

**ET** 06:28

**SN** Dow Jones Top Global Market Stories

**SC** DJTGMS

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcommearns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China , which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals , including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at and Don Clark at

**CO** bcomnj : Broadcom Corporation | nvdcrp : NVIDIA Corporation | qcom : Qualcomm Incorporated | sbcoff : Starbucks Corporation | txsil : Texas Instruments Inc | icerai : Icera Inc | euruno : The European Union

**IN** iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | iintcir : Integrated Circuits | ilea : Leisure/Arts/Hospitality | ividbd : Audio/Video/Graphics Integrated Circuits | i342 : Electrical Components/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | ncolu : Columns | cinfpo : Information Technology Policy

**RE** eecz : European Union Countries | asiaz : Asia | eurz : Europe | russ : Russia | namz : North America | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTGMS1120151208ebc80002v

 © 2023 Factiva, Inc. All rights reserved.

**NEWSWIRES**
**DOW JONES**

**CLM** Technology

**HD** **EU Slaps Qualcomm With Antitrust Charges**

**BY** By Tom Fairless And Don Clark

**WC** 788 words

**PD** 8 December 2015

**ET** 06:23

**SN** Dow Jones Top North American Equities Stories

**SC** DJTNAE

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcommearns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China , which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals , including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at and Don Clark at

**CO** bcomnj : Broadcom Corporation | nvdcrp : NVIDIA Corporation | qcom : Qualcomm Incorporated | sbcoff : Starbucks Corporation | txsil : Texas Instruments Inc | icerai : Icera Inc | euruno : The European Union

**IN** iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | iintcir : Integrated Circuits | ilea : Leisure/Arts/Hospitality | ividbd : Audio/Video/Graphics Integrated Circuits | i342 : Electrical Components/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | ncolu : Columns | cinfpo : Information Technology Policy

**RE** eecz : European Union Countries | asiaz : Asia | eurz : Europe | russ : Russia | namz : North America | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTNAE1120151208ebc80002c

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** ***EU Issues Qualcomm With Two Sets of Formal Charges**

**WC** 295 words

**PD** 8 December 2015

**ET** 05:46

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

8 Dec 2015 05:47 ET *EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments

8 Dec 2015 05:47 ET *EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets

**TD**

8 Dec 2015 05:47 ET *EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival

8 Dec 2015 05:47 ET *EU Antitrust Chief Vestager: Qualcomm's Actions May Have Pushed Out Competitors

8 Dec 2015 06:09 ET EU Imposes Formal Antitrust Charges on Qualcomm

By Tom Fairless

BRUSSELS--European Union antitrust regulators have imposed formal charges on Qualcomm Inc. over allegations that the mobile chip maker sought to stifle competition by charging prices below its production costs and paying a client to exclusively use its products.

The European Commission, the bloc's top antitrust authority, said Tuesday it had issued Qualcomm with two sets of formal charges after reaching the preliminary conclusion that the chip maker had attempted to force its competitor Icera out of the market, in potential breach of EU law.

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said in a statement.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue and be forced to change its business practices.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge.

It can also ask for an oral hearing before the regulator to better explain its case.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:09 ET (11:09 GMT)

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c34 : Anti-Competition Issues | cinfpo : Information Technology Policy | cprpr : Predatory Pricing | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c13 : Regulation/Government Policy | c31 : Marketing/Markets | c314 : Pricing | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8002i9

 © 2023 Factiva, Inc. All rights reserved.

MarketWatch

**CLM** The Wall Street Journal

**SE** News & Commentary

**HD** **EU slaps Qualcomm with antitrust charges; European Commission says chip maker sought to stifle competition**

**BY** Tom Fairless

**WC** 238 words

**PD** 8 December 2015

**ET** 10:12

**SN** MarketWatch

**SC** MRKWC

**LA** English

**CY** Copyright 2015 MarketWatch, Inc. All Rights Reserved.

**LP**

European Commission says chip maker sought to stifle competition

BRUSSELS—Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

**TD**

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips, and selling chips below cost to force a competitor, Icera, out of the market.

If the charges are confirmed, Qualcomm (QCOM, US) could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

https://w.graphiq.com/w/jLSMWMnAgJL Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge. It can also ask for an oral hearing before the regulator to better explain its case.

The chip maker also said that it was being investigated by Taiwan's antitrust authority over its patent-licensing arrangements and that it would cooperate with that probe, adding that it believes it complies with local rules.

An expanded version of this report appears at WSJ.com.

**CO** qcom : Qualcomm Incorporated | eucmm : European Commission | euruno : The European Union

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | ncolu : Columns | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** News & Commentary

**PUB** Dow Jones & Company, Inc.

**AN** Document MRKWC00020151208ebc800231

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **EU Imposes Formal Antitrust Charges on Qualcomm**

BY By Tom Fairless

WC 211 words

PD 8 December 2015

ET 06:24

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

BRUSSELS--European Union antitrust regulators have imposed formal charges on Qualcomm Inc. over allegations that the mobile chip maker sought to stifle competition by charging prices below its production costs and paying a client to exclusively use its products.

The European Commission, the bloc's top antitrust authority, said Tuesday it had issued Qualcomm with two sets of formal charges after reaching the preliminary conclusion that the chip maker had attempted to force its competitor Icera out of the market, in potential breach of EU law.

TD

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said in a statement.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue and be forced to change its business practices.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge.

It can also ask for an oral hearing before the regulator to better explain its case.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:24 ET (11:24 GMT)

CO qcom : Qualcomm Incorporated | euruno : The European Union

IN i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

NS c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

RE eurz : Europe

PUB Dow Jones & Company, Inc.

AN Document DJDN000020151208ebc8001ct

DOW JONES NEWSWIRES

**HD** **EU Imposes Formal Antitrust Charges on Qualcomm**

**BY** By Tom Fairless

**WC** 206 words

**PD** 8 December 2015

**ET** 07:06

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

BRUSSELS--European Union antitrust regulators have imposed formal charges on Qualcomm Inc. over allegations that the mobile chip maker sought to stifle competition by charging prices below its production costs and paying a client to exclusively use its products.

The European Commission, the bloc's top antitrust authority, said Tuesday it had issued Qualcomm with two sets of formal charges after reaching the preliminary conclusion that the chip maker had attempted to force its competitor Icera out of the market, in potential breach of EU law.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said in a statement.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue and be forced to change its business practices.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge.

It can also ask for an oral hearing before the regulator to better explain its case.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

08-12-15 1206GMT

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020151208ebc8000af

REUTERS

| | |
|---|---|
| **HD** | **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Onconova, United Natural Foods, Onconova,** |
| **WC** | 853 words |
| **PD** | 8 December 2015 |
| **ET** | 09:13 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2015 Thomson Reuters. All Rights Reserved. |

**LP**

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s )

U.S. stock index e-mini futures fell on Tuesday as weak trade data out of China reignited fears of a global economic slowdown and oil prices continued to slide: Dow Jones industrial average futures were down 1.10 percent at 17,561, S&P 500 futures were down 1.15 percent at 2,057 and Nasdaq 100 futures were down 1.21 percent at 4,644.

**TD**

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, Monday close $19.53, +7.68 pct premarket

The chipmaker said it received an unsolicited buyout proposal that values the company at $2.46 billion, topping an earlier offer made by ON Semiconductor Corp. The cash offer of $21.70 per share is a 11.1 percent premium to Fairchild's Monday close.

** QUALCOMM INC, Monday close $52.43, -3.49 pct premarket

EU antitrust regulators accuse the chipmaker of using its power to thwart rivals, putting the company at risk of paying a hefty fine. Qualcomm also said Taiwan's Fair Trade Commission had launched an investigation into whether its patent licensing arrangements violate the Taiwan Fair Trade Act.

** CHIPOTLE MEXICAN GRILL, Monday close $551.75, -4.12 pct premarket

Thirty Boston College students got sick after eating at the Chipotle Mexican Grill over the weekend, a school spokesman said, worsening fears of more food poisoning problems at the burrito chain. Chipotle said it had temporarily closed its restaurant in Boston's Cleveland Circle, where a college spokesman said all the students reported eating, while it works with local health officials to investigate the illnesses.

** ONCONOVA THERAPEUTICS INC, Monday close $1.31, +34.35 pct premarket

The drug developer said its oral cancer drug rigosertib, in combination with FDA-approved Vidaza, was effective in a study in patients with myelodysplastic syndrome.

** UNITED NATURAL FOODS INC, Monday close $44.03, -13.29 pct premarket

At least eight brokerages cut their price targets on the natural and organic food distributor's stock by as much as $12 to as low as $39 after it reported a lower-than-expected quarterly profit on Monday.

** OUTERWALL INC, Monday close $58.06, -20.17 pct premarket

At least four brokerages cut their price targets on the Redbox DVD rental kiosks owner's stock after the company cut its full-year forecast to below analysts' expectation on Monday.

** NORFOLK SOUTHERN CORP, Monday close $91.52, -2.75 pct premarket

Canadian Pacific Railway Ltd revised its offer to buy U.S. railroad operator Norfolk, less than a week after its previous $28.4 billion proposal was rejected - and it was promptly rejected again.

** STAPLES INC, Monday close $10.66, -1.50 pct premarket

** OFFICE DEPOT INC, Monday close $5.59, -6.98 pct premarket

The U.S. Federal Trade Commission said it had filed a complaint aimed at stopping Staples, the nation's largest office supply store, from buying its top rival, Office Depot. Canada's Competition Bureau also said on Monday it would challenge the proposed transaction, which has received the green light from competition authorities in China, Australia and New Zealand.

** VALEANT PHARMACEUTICALS INTERNATIONAL INC, Monday close $92.24, -2.86 pct premarket

The Canadian drugmaker is reaching out to potential buyers for its specialty contact lens manufacturing division, Paragon Vision Sciences, amid scrutiny from the Federal Trade Commission, according to two people familiar with the matter.

** CHESAPEAKE ENERGY CORP, Monday close $4.27, -5.62 pct premarket

Barclays Capital cut its price target on the U.S. natgas producer's stock to $3 from $5, citing "very low commodity price realizations driven by unfavorable contract arrangements."

** VERIZON COMMUNICATIONS INC, Monday close $46.06, -0.96 pct premarket

** YAHOO INC, Monday close $34.68, -1.21 pct premarket

Verizon Communications Chief Financial Officer Fran Shammo, said the No. 1 U.S. wireless carrier could look at buying Yahoo's core business, which includes Mail, its news and sports sites and advertising technology, if it is a good fit.

Tech news site Re/code said Yahoo might make big changes to its media unit, restructuring and consolidating it, including making cuts and shuttering some efforts.

** PEP BOYS-MANNY, MOE & JACK, Monday close $16.06, -1.31 pct premarket

The U.S. auto parts retailer said its board determined that Carl Icahn's offer to buy the company for $15.50 per share could result in a "superior proposal" compared with Bridgestone Corp's offer.

** NEWELL RUBBERMAID INC, Monday close $48.16, -0.44 pct premarket

** JARDEN CORP, Monday close $50.09, +2.22 pct premarket

Newell Rubbermaid, known for its Sharpie markers and Parker pens, is in talks to combine with consumer products company Jarden Corp, according to a person familiar with the matter who requested anonymity because the negotiations are confidential. (Compiled by Sruthi Shankar in Bengaluru; Editing by Kirti Pandey)

**RF** Released: 2015-12-11T14:13:51.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | unnatf : United Natural Foods Inc | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | i61 : Wholesalers | i64 : Retail/Wholesale | ifodwh : Food Wholesaling | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** ccat : Corporate/Industrial News | reqrcm : Suggested Reading Computers | redit : Selection of Top Stories/Trends/Analysis | reqr : Suggested Reading Industry News

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800h7j

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** ***Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says**

**WC** 90 words

**PD** 8 December 2015

**ET** 06:14

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

8 Dec 2015 06:14 ET *Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic

8 Dec 2015 06:14 ET *Qualcomm: Our Sales Practices Have Always Complied with European Competition Law

**TD**

8 Dec 2015 06:15 ET *Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements

8 Dec 2015 06:15 ET *Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules

(MORE TO FOLLOW) Dow Jones Newswires

December 08, 2015 06:15 ET (11:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | cinfpo : Information Technology Policy | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eurz : Europe | taiwan : Taiwan | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001ck

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements** |
| **WC** | 35 words |
| **PD** | 8 December 2015 |
| **ET** | 06:16 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:15 ET (11:15 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1116GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe \| taiwan : Taiwan \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009w |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules** |
| **WC** | 35 words |
| **PD** | 8 December 2015 |
| **ET** | 06:17 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:15 ET (11:15 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1117GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe \| taiwan : Taiwan \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009x |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm: Our Sales Practices Have Always Complied with European Competition Law** |
| WC | 35 words |
| PD | 8 December 2015 |
| ET | 06:16 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:14 ET (11:14 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1116GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| RE | eurz : Europe |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc80009v |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic** |
| **WC** | 33 words |
| **PD** | 8 December 2015 |
| **ET** | 06:15 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:14 ET (11:14 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1115GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009u |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says** |
| WC | 34 words |
| PD | 8 December 2015 |
| ET | 06:15 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

(MORE TO FOLLOW) Dow Jones Newswires

December 08, 2015 06:14 ET (11:14 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

08-12-15 1115GMT

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | eurz : Europe |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc80009t |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets** |
| **WC** | 37 words |
| **PD** | 8 December 2015 |
| **ET** | 05:53 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:47 ET (10:47 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1053GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009c |

DOW JONES
NEWSWIRES

| | |
|---|---|
| HD | **EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments** |
| WC | 33 words |
| PD | 8 December 2015 |
| ET | 05:52 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:47 ET (10:47 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1052GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | cprpr : Predatory Pricing \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| c31 : Marketing/Markets \| c314 : Pricing \| c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | eurz : Europe |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc80009b |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **EU Issues Qualcomm With Two Sets of Formal Charges** |
| **WC** | 34 words |
| **PD** | 8 December 2015 |
| **ET** | 05:48 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:46 ET (10:46 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1048GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc800099 |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival** |
| **WC** | 36 words |
| **PD** | 8 December 2015 |
| **ET** | 05:54 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:47 ET (10:47 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1054GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009d |

FT FINANCIAL TIMES

HD **EU accuses Qualcomm of impeding rivals**

BY Christian Oliver in Brussels

WC 501 words

PD 8 December 2015

ET 09:01

SN Financial Times (FT.Com)

SC FTCMA

LA English

CY Copyright 2015 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

LP

The European Commission on Tuesday launched two antitrust cases against Qualcomm, charging the US technology company with distorting competition in the critical market for the chips used in smartphones and other mobile devices.

Brussels said that Qualcomm "may have" made illegal payments since 2011 to an unnamed major manufacturer of smartphones and tablets for exclusively using its chipsets.

TD

The second charge was that Qualcomm sold its chipsets below cost between 2009 and 2011 to force its British competitor Icera out of the market. Qualcomm said that this charge of "predatory pricing" related to dongles — small USB devices that can be used on laptops to provide connectivity to the internet and external functions, such as audio, video and data.

The charges come after the commission launched an investigation into Qualcomm earlier this year.

Margrethe Vestager, EU competition commissioner, complained that these practices harmed European consumers, as smartphones and tablets play an ever more important role in the European economy.

"Many consumers enjoy high-speed internet on smartphones and other devices — baseband chipsets are key components that make this happen. I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," she said.

Qualcomm has several months to respond to the charge sheets, but insisted that it had done nothing that would hinder competition in the European market.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, Qualcomm's general counsel and executive vice-president.

Qualcomm is the world's largest supplier of baseband chipsets, which are vital components in smartphones, tablets and other mobile devices.

In theory, the commission has the power to levy a fine of anything up to 10 per cent of the previous financial year's turnover in antitrust cases, if it ultimately finds wrongdoing. Qualcomm's revenue in the 2015 fiscal year to September 27 was $25bn, but a fine of $2.5bn would greatly exceed any sum that Brussels has ever demanded as a fine against a single company in one instalment.

The EU's action comes a month after South Korea became the first country to challenge a core aspect of its technology licensing practices, driving shares to a four-year low.

Qualcomm also said on Tuesday that Taiwan's regulators had requested information on the company's patent licensing arrangements. Qualcomm said the case was in its early stages and added that it believed its business practices were legal.

Opening a case against Qualcomm will only fuel accusations from US officials that Ms Vestager is targeting American companies more often than their European rivals.

She opened a landmark antitrust case against Google's retail search business earlier this year and has pursued high-profile investigations into European tax planning of Apple, Amazon, Starbucks and McDonald's. She rejects the accusations of anti-US bias.

**CO** eucmm : European Commission | qcom : Qualcomm Incorporated

**IN** i8361 : Tax Preparation Services | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Equipment | i34411 : Mobile Communications Devices | i3454 : Personal Electronics | i836 : Accounting | iacc : Accounting/Consulting | ibcs : Business/Consumer Services | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gptech : Personal Technology | ccat : Corporate/Industrial News | gcat : Political/General News | glife : Living/Lifestyle | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020151208ebc8005eu

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 12/08/2015 to 12/08/2015 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 39 |
| Timestamp | 5 June 2023 11:43 |

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Incorporated**

**Appendix 6 – News Stories (New Terms List)**

**12.08.2015-12.08.2015**

DOW JONES

Qualcomm Comments on Regulatory Matters ....................3

Press Release: Qualcomm Comments on Regulatory Matters ....................5

Antitrust: Commission sends two Statements of Objections on exclusivity payments and predatory pricing to Qualcomm ....................7

Qualcomm Receives European Commission Antitrust Objections Over Sales Tactics ....................9

EU antitrust regulators accuse Qualcomm of hindering rivals ....................11

Qualcomm faces investigation by Taiwan's Fair Trade Commission ....................12

EU accuses Qualcomm of using market power to hinder rivals ....................13

News Highlights: Equities Stories Of The Day ....................15

UPDATE 2-EU accuses Qualcomm of using market power to hinder rivals ....................17

Qualcomm and Xiaomi Sign 3G/4G License Agreement ....................19

EU Slaps Qualcomm with Antitrust Charges --Update ....................21

EU Slaps Qualcomm with Antitrust Charges --Update ....................23

China chips away at U.S., Taiwan semiconductor dominance ....................25

China chips away at U.S., Taiwan semiconductor dominance ....................27

EU starts anti-trust action against Qualcomm over exclusivity payments, predatory pricing ....................29

EU starts anti-trust action against Qualcomm ....................30

BUZZ-Qualcomm accused of muscling aside competition ....................31

EU Slaps Qualcomm With Antitrust Charges ....................33

EU Slaps Qualcomm With Antitrust Charges ....................35

EU Slaps Qualcomm with Antitrust Charges -- 2nd Update ....................37

EU Slaps Qualcomm with Antitrust Charges -- 2nd Update ....................39

EU Slaps Qualcomm With Antitrust Charges ....................41

EU Slaps Qualcomm With Antitrust Charges ....................43

*EU Issues Qualcomm With Two Sets of Formal Charges ....................45

EU slaps Qualcomm with antitrust charges; European Commission says chip maker sought to stifle competition .......... 47

EU Imposes Formal Antitrust Charges on Qualcomm ....................49

EU Imposes Formal Antitrust Charges on Qualcomm ....................50

BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Onconova, United Natural Foods, Onconova, ....................51

*Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says ....................54

Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements ....................55

 © 2023 Factiva, Inc. All rights reserved.

Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules ....56

Qualcomm: Our Sales Practices Have Always Complied with European Competition Law ....57

Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic ....58

Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says ....59

EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets....60

EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments ....61

EU Issues Qualcomm With Two Sets of Formal Charges....62

EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival ....63

EU accuses Qualcomm of impeding rivals....64

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm Comments on Regulatory Matters**

**WC** 468 words

**PD** 8 December 2015

**ET** 06:19

**SN** PR Newswire (U.S.)

**SC** PRN

**LA** English

**CY** Copyright © 2015 PR Newswire Association LLC. All Rights Reserved.

**LP**

SAN DIEGO, Dec. 8, 2015 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today received courtesy copies of two Statements of Objections (SO) from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

**TD**

"Qualcomm has been cooperating with the Commission since the outset of these matters, and now that we've received the Statements of Objections, we welcome the chance to formally respond," said Qualcomm general counsel and executive vice president, Don Rosenberg. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law."

The matters were previously disclosed by the Company. One SO concerns the supply of Qualcomm's chipsets to a single customer under an existing agreement. The other SO concerns Qualcomm's sales to two customers from 2009 through 2011 of three chipsets incorporated into dongles -- small USB devices that at the time were used to provide cellular connectivity for laptops.

Separately, the Taiwan Fair Trade Commission ("TFTC") has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act (the "Act"). This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

About Qualcomm Incorporated

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other. For more information, visit Qualcomm's website, OnQ blog, Twitter and Facebook pages.

Qualcomm is a registered trademark of Qualcomm Incorporated. All other trademarks are the property of their respective owners.

Qualcomm Contacts:

Tina Asmar, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Warren Kneeshaw, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/qualcomm-comments-on-regulatory-matters-300189571.html

SOURCE Qualcomm Incorporated

Web site: https://www.qualcomm.com

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPC** ABO

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020151208ebc80002x

DOW JONES NEWSWIRES

**HD** **Press Release: Qualcomm Comments on Regulatory Matters**

**WC** 495 words

**PD** 8 December 2015

**ET** 06:19

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Qualcomm Comments on Regulatory Matters

PR Newswire

**TD**

SAN DIEGO, Dec. 8, 2015

SAN DIEGO, Dec. 8, 2015 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today received courtesy copies of two Statements of Objections (SO) from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

"Qualcomm has been cooperating with the Commission since the outset of these matters, and now that we've received the Statements of Objections, we welcome the chance to formally respond," said Qualcomm general counsel and executive vice president, Don Rosenberg. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law."

The matters were previously disclosed by the Company. One SO concerns the supply of Qualcomm's chipsets to a single customer under an existing agreement. The other SO concerns Qualcomm's sales to two customers from 2009 through 2011 of three chipsets incorporated into dongles -- small USB devices that at the time were used to provide cellular connectivity for laptops.

Separately, the Taiwan Fair Trade Commission ("TFTC") has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act (the "Act"). This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

About Qualcomm Incorporated

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other. For more information, visit Qualcomm's website, OnQ blog, Twitter and Facebook pages.

Qualcomm is a registered trademark of Qualcomm Incorporated. All other trademarks are the property of their respective owners.

Qualcomm Contacts:

Tina Asmar, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Warren Kneeshaw, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/qualcomm-comments-on-regulatory-matters-300189571.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END) Dow Jones Newswires

December 08, 2015 06:19 ET (11:19 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | npress : Press Releases | ncat : Content Types | nfact : Factiva Filters

**RE** eurz : Europe | usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001ai

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

HD **Antitrust: Commission sends two Statements of Objections on exclusivity payments and predatory pricing to Qualcomm**

WC 848 words
PD 8 December 2015
SN M2 Presswire
SC MTPW
LA English
CY © 2015, M2 Communications. All rights reserved.

LP

The European Commission has informed Qualcomm of its preliminary conclusions that the chipset company illegally paid a major customer for exclusively using Qualcomm chipsets and sold chipsets below cost with the aim of forcing its competitor Icera out of the market, in potential breach of EU antitrust rules.

EU Commissioner in charge of competition policy Margrethe Vestager said: “Many consumers enjoy high-speed internet on smartphones and other devices - baseband chipsets are key components that make this happen. I am concerned that Qualcomm’s actions may have pushed out competitors or prevented them from competing. We need to make sure that European consumers continue to benefit from competition and innovation in an area which is at the heart of today’s economy.”

TD

Consumers increasingly access the internet through mobile devices - therefore it is important that effective competition takes place for the supply of one of the key components of such devices: baseband chipsets process communication functions in smartphones, tablets and other mobile broadband devices. They are used both for voice and data transmission.

The Commission has sent two Statements of Objections to Qualcomm in separate investigations, outlining the Commission’s preliminary view that the company has abused its dominant position in the worldwide markets for 3G (UMTS) and 4G (LTE) baseband chipsets, in breach of EU antitrust rules, in particular Article 102 of the Treaty on the Functioning of the European Union (TFEU).

Qualcomm is the world’s largest supplier of baseband chipsets.

Under EU antitrust rules, dominant companies have a responsibility not to abuse their powerful market position by restricting competition. The sending of a statement of objections does not prejudge the outcome of the investigation.

Exclusivity payment Statement of Objections

The first Statement of Objections outlines that since 2011, Qualcomm has paid significant amounts to a major smartphone and tablet manufacturer on condition that it exclusively use Qualcomm baseband chipsets in its smartphones and tablets. The Commission takes the preliminary view that this conduct has reduced the manufacturer’s incentives to source chipsets from Qualcomm’s competitors and has harmed competition and innovation in the markets for UMTS and LTE baseband chipsets. The contract between Qualcomm and the manufacturer containing the exclusivity clauses is still in force.

Predatory pricing Statement of Objections

The second Statement of Objections takes the preliminary view that between 2009 and 2011 Qualcomm engaged in ‘predatory pricing’ by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market. This conduct appears to have taken place at a time when Icera posed a growing threat to Qualcomm in the leading edge segment of the market, offering advanced data rate performance. In the Commission’s preliminary view, Qualcomm reacted to that threat by selling certain

quantities of its UMTS baseband chipsets to two of its customers at prices that did not cover Qualcomm's costs, with the aim of forcing Icera out of the market.

The Commission's investigations

In July 2015, the Commission opened two formal antitrust investigations to assess concerns that Qualcomm may have abused a dominant position in the area of baseband chipsets through two separate conducts.

The Commission has informed Qualcomm and the competition authorities of the Member States that it has issued Statements of Objections in these cases.

Qualcomm now has the opportunity to respond to the Commission's allegations outlined in the Statements of Objections within 3 months as regards the exclusivity payment objections and 4 months as regards the predatory pricing objections, and to ask for an oral hearing in each case.

Procedural background

Article 102 TFEU prohibits the abuse of a dominant position which may affect trade and prevent or restrict competition in the Single Market. The implementation of these provisions is defined in the Antitrust Regulation (Council Regulation No 1/2003), which can be applied by the Commission and by the national competition authorities of EU Member States.

A statement of objections is a formal step in Commission investigations into suspected violations of EU antitrust rules. The Commission informs the parties concerned in writing of the objections raised against them and the parties can examine the documents in the Commission's investigation file, reply in writing and request an oral hearing to present their comments on the case before representatives of the Commission and national competition authorities.

There is no legal deadline to complete inquiries into anti-competitive conduct. The duration of an antitrust investigation depends on a number of factors, including the complexity of the case, the extent to which the undertaking concerned cooperates with the Commission and the exercise of the rights of defence.

More information on this case will be available under the case numbers 39711 and 40220 in the public case register on the Commission's competition website.

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** qcom : Qualcomm Incorporated

**IN** itablcm : Tablet Computers | i3302 : Computers/Consumer Electronics | i3302011 : Portable Computers | i3454 : Personal Electronics | icomp : Computing | icph : Computer Hardware | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** cprpr : Predatory Pricing | c314 : Pricing | c34 : Anti-Competition Issues | npress : Press Releases | c31 : Marketing/Markets | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**PUB** Normans Media Ltd

**AN** Document MTPW000020151208ebc8001uq

**SE** Business

**HD** **Qualcomm Receives European Commission Antitrust Objections Over Sales Tactics**

**WC** 432 words

**PD** 8 December 2015

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2015 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - The European Commission said that it has informed Qualcomm Inc. (QCOM) of its preliminary conclusions that the chipset company illegally paid a major customer for exclusively using Qualcomm chipsets and sold chipsets below cost with the aim of forcing its competitor Icera out of the market, in potential breach of EU antitrust rules.

In a separate press release, Qualcomm said that it received courtesy copies of two Statements of Objections or SO from the European Commission relating to separate matters involving Qualcomm's chipset business. A Statement of Objections informs the subject of the investigation of the allegations against it and provides an opportunity to respond to such allegations. It is not a determination of the final outcome of the investigation. Qualcomm has several months to respond to the preliminary allegations in each SO.

**TD**

The Commission today noted that Qualcomm now has the opportunity to respond to the Commission's allegations outlined in the Statements of Objections within 3 months as regards the exclusivity payment objections and 4 months as regards the predatory pricing objections, and to ask for an oral hearing in each case.

The Commission has sent two Statements of Objections to Qualcomm in separate investigations, outlining the Commission's preliminary view that the company has abused its dominant position in the worldwide markets for 3G (UMTS) and 4G (LTE) baseband chipsets, in breach of EU antitrust rules, in particular Article 102 of the Treaty on the Functioning of the European Union (TFEU).

The first Statement of Objections outlines that since 2011, Qualcomm has paid significant amounts to a major smartphone and tablet manufacturer on condition that it exclusively use Qualcomm baseband chipsets in its smartphones and tablets.

The second Statement of Objections takes the preliminary view that between 2009 and 2011 Qualcomm engaged in 'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market.

In July 2015, the Commission opened two formal antitrust investigations to assess concerns that Qualcomm may have abused a dominant position in the area of baseband chipsets through two separate conducts.

Separately, the Taiwan Fair Trade Commission or "TFTC" has requested information from the Company, and has initiated an investigation into whether the Company's patent licensing arrangements violate the Taiwan Fair Trade Act . This matter is in its early stages. The Company believes it complies with the Act and will cooperate with the TFTC's investigation.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2015 RTTNews.com. All Rights Reserved

**CO** qcom : Qualcomm Incorporated | eucmm : European Commission | euruno : The European Union

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020151208ebc8003ec

 © 2023 Factiva, Inc. All rights reserved.

**HD** **EU antitrust regulators accuse Qualcomm of hindering rivals**

**WC** 115 words

**PD** 8 December 2015

**ET** 05:56

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

BRUSSELS, Dec 8 (Reuters) - European Union antitrust regulators charged U.S. chipmaker Qualcomm on Tuesday of using anti-competitive practices to block rivals.

The accusations by the European Commission set out in a charge sheet known as a statement of objections followed a formal investigation begun in July.

**TD**

"The Commission informed Qualcomm of its preliminary conclusions that the company may have illegally paid a major customer for exclusively using its chipsets and sold chipsets below cost with the aim of forcing a competitor out of the market," the EU executive said. (Reporting by Foo Yun Chee; editing by Philip Blenkinsop)

**RF** Released: 2015-12-8T11:56:29.000Z

**CO** euruno : The European Union | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | ginda : Independent Advisory Bodies | c13 : Regulation/Government Policy | gcrim : Crime/Courts | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eecz : European Union Countries | usa : United States | eurz : Europe | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800bzb

REUTERS

| | |
|---|---|
| **HD** | **Qualcomm faces investigation by Taiwan's Fair Trade Commission** |
| **WC** | 67 words |
| **PD** | 8 December 2015 |
| **ET** | 06:41 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2015 Thomson Reuters. All Rights Reserved. |
| **LP** | |

Dec 8 (Reuters) - Qualcomm Inc said Taiwan's Fair Trade Commission has launched an investigation into whether the chipmaker's patent licensing arrangements violate the Taiwan Fair Trade Act.

The investigation is in its early stages, Qualcomm said on Tuesday. (Reporting by Anya George Tharakan in Bengaluru; Editing by Saumyadeb Chakrabarty)

| | |
|---|---|
| **RF** | Released: 2015-12-8T12:41:21.000Z |
| **CO** | ftcey : Taiwan Fair Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | taiwan : Taiwan \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151208ebc800dl9 |

REUTERS

| | |
|---|---|
| **HD** | **EU accuses Qualcomm of using market power to hinder rivals** |
| **BY** | By Foo Yun Chee |
| **WC** | 447 words |
| **PD** | 8 December 2015 |
| **ET** | 07:46 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2015 Thomson Reuters. All Rights Reserved. |

**LP**

BRUSSELS (Reuters) - European Union antitrust regulators charged Qualcomm on Tuesday with abusing its market power to thwart rivals, putting the world's number one mobile chipset maker at risk of a hefty fine.

The accusations by the European Commission are the latest antitrust problems for the company as regulators in the United States, China, Japan and South Korea look into its licensing model and its dominant patents in mobile networks and devices.

**TD**

Qualcomm, which competes with rival MediaTek Inc, said the Taiwan Fair Trade Commission had also opened an investigation into its patent licensing deals.

The EU executive's accusations, set out in two charge sheets known as statements of objections, followed a formal investigation begun in July.

The EU competition enforcer said Qualcomm might have illegally paid a major customer for exclusively using its chipsets and it also sold chipsets below cost with the aim of forcing a competitor out of the market in a practice known as predatory pricing.

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," European Competition Commissioner Margrethe Vestager said in a statement.

Qualcomm said it has been given several months to respond to the charges of predatory pricing between 2009 and 2011 and of exclusivity payments since 2011.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm’s sales practices have always complied with European competition law," Qualcomm general counsel Don Rosenberg said in a statement.

Qualcomm could face a $2.7 billion fine, equivalent to 10 percent of its 2014 worldwide revenue, if found guilty of breaching EU rules. In February it paid a $975 million fine to end a 14-month investigation by the Chinese government into anti-competitive practices.

The predatory pricing case against the company followed a complaint from British phone software maker Icera, which later was acquired by Nvidia Corp in a bid to enter the market for smartphone chips and compete with Qualcomm.

Qualcomm, which makes software and chips used in smartphones, tablets and gaming devices, is known for its Snapdragon processor used in high-end smartphones and tablets made by Samsung Electronics Co Ltd and HTC Corp.

Apple's iPhone 6 also uses a Qualcomm 4G modem.

In 2009, the EU authority scrapped a two-year antitrust probe into whether Qualcomm charged unreasonably high royalties for integral technology of global 3G phone standards after rivals withdrew their complaints.

(Reporting by Foo Yun Chee; editing by Philip Blenkinsop and Jane Merriman)

**RF** Released: 2015-12-8T12:46:08.000Z

**CO** ftcey : Taiwan Fair Trade Commission | mdatek : MediaTek Incorporated | euruno : The European Union | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits

**NS** c34 : Anti-Competition Issues | cinprp : Industrial Property Rights | ginda : Independent Advisory Bodies | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eecz : European Union Countries | usa : United States | eurz : Europe | namz : North America

**IPD** Business

**IPC** SERVICE:EDXCLM

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800ct5

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **News Highlights: Equities Stories Of The Day**

**WC** 604 words

**PD** 8 December 2015

**ET** 08:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

Home Depot Sets Long-Term Targets

Home Depot reaffirmed its guidance for the current fiscal year and unveiled new long-term financial targets that include sales topping $100 billion in fiscal 2018.

**TD**

AutoZone Profit Grows on Inventory Improvements

AutoZone logged profit growth above expectations in its latest quarter as sales got a boost from inventory and distribution improvements.

EU Slaps Qualcomm with Antitrust Charges

Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

NowThis Raises $16.2 Million Round Led by Axel Springer

NowThis, the digital media company that distributes short video clips across social media networks, has raised $16.2 million from an investor group led by Germany's Axel Springer.

Anglo American to Slash Assets, Cut 85,000 Jobs

Anglo American announced a radical restructuring of its business that includes more asset sales and cutting 63% of its workforce in a bid to weather the severe slump in commodity prices.

Norfolk Southern Bucks Revised Offer From Canadian Pacific

Norfolk Southern bucked Canadian Pacific's revised merger offer on Tuesday, calling it "grossly inadequate" and not in the best interest of the company or its shareholders.

Toll Brothers Posts Weaker-Than-Expected Profit

Luxury home builder Toll Brothers reported a weaker-than-expected profit for its fourth quarter even as its revenue and the housing market in general continued to grow.

Rio Tinto Dials Back Budget for Major Projects

Rio Tinto will spend less on major projects next year than it expected, as the miner takes a strict approach to expenditures amid a commodity market downturn.

VTech Has Yet to Put a Price on Hack, Chairman Says

Learning-products maker VTech Holdings is still in the dark over the identity of a hacker who stole personal information of millions of children and adults, Chairman Allan Wong said, and it may be weeks before it's back online.

Chinese Railway Builder, Malaysian Tycoon Join in Bid for 1MDB Land

A Chinese railroad builder and a Malaysian property tycoon have teamed up on a bid for a stake in some Kuala Lumpur land that controversial Malaysian government investment fund 1MDB is selling to reduce debt.

HD Supply Profit Improves on Unit Sale

HD Supply said profit more than quadrupled in its latest quarter, as the industrial distributor benefited from the sale of its power solutions unit, as well as sales growth and gross margin expansion.

Chinese Lender to Start Taking Orders for IPO

Bank of Zhengzhou plans to start taking orders for its up to US$723 million initial public offering in Hong Kong.

Air France-KLM Revenue Slides After Paris Attacks

Air France-KLM said the Paris terror attacks that left 130 people dead in the French capital cost it $54 million in November in lost revenue.

Woodside Drops $8.4 Billion Bid for Rival Oil Search

Woodside Petroleum has abandoned its proposal to create a regional oil-and-gas champion with the acquisition bid.

Newell Rubbermaid, Jarden in Merger Talks

Newell Rubbermaid and Jarden are in talks to combine, in a deal that would unite makers of products like Sharpie markers, Graco baby strollers and Mr. Coffee machines.

Brazil Indicts BTG's Esteves and Sen. Delcidio do Amaral

Brazilian prosecutors indicted the former chief executive officer of investment bank BTG Pactual, André Esteves, and Sen. Delcidio do Amaral on Monday on charges of interfering with a criminal investigation.

(END) Dow Jones Newswires

December 08, 2015 08:16 ET (13:16 GMT)

**CO** qcom : Qualcomm Incorporated | homd : The Home Depot, Inc.

**IN** i34531 : Semiconductors | i64 : Retail/Wholesale | i648 : Household Goods/Hardware Stores | i6483 : Decorating/DIY/Hardware Stores | i654 : Specialty Stores | iindele : Industrial Electronics | iindstrls : Industrial Goods | iretail : Retail | itech : Technology

**NS** c181 : Acquisitions/Mergers/Shareholdings | ncdig : Corporate Digests | nfiac : Fixed Income Asset Class News | nhhour : Headlines of the Hour | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001qu

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **UPDATE 2-EU accuses Qualcomm of using market power to hinder rivals**

WC 455 words
PD 8 December 2015
ET 07:45
SN Reuters News
SC LBA
LA English
CY Copyright 2015 Thomson Reuters. All Rights Reserved.

LP

(Adds Taiwan investigation, details)

By Foo Yun Chee

TD

BRUSSELS, Dec 8 (Reuters) - European Union antitrust regulators charged Qualcomm on Tuesday with abusing its market power to thwart rivals, putting the world's number one mobile chipset maker at risk of a hefty fine.

The accusations by the European Commission are the latest antitrust problems for the company as regulators in the United States, China, Japan and South Korea look into its licensing model and its dominant patents in mobile networks and devices.

Qualcomm, which competes with rival MediaTek Inc, said the Taiwan Fair Trade Commission had also opened an investigation into its patent licensing deals.

The EU executive's accusations, set out in two charge sheets known as statements of objections, followed a formal investigation begun in July.

The EU competition enforcer said Qualcomm might have illegally paid a major customer for exclusively using its chipsets and it also sold chipsets below cost with the aim of forcing a competitor out of the market in a practice known as predatory pricing.

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," European Competition Commissioner Margrethe Vestager said in a statement.

Qualcomm said it has been given several months to respond to the charges of predatory pricing between 2009 and 2011 and of exclusivity payments since 2011.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm general counsel Don Rosenberg said in a statement.

Qualcomm could face a $2.7 billion fine, equivalent to 10 percent of its 2014 worldwide revenue, if found guilty of breaching EU rules. In February it paid a $975 million fine to end a 14-month investigation by the Chinese government into anti-competitive practices.

The predatory pricing case against the company followed a complaint from British phone software maker Icera, which later was acquired by Nvidia Corp in a bid to enter the market for smartphone chips and compete with Qualcomm.

Qualcomm, which makes software and chips used in smartphones, tablets and gaming devices, is known for its Snapdragon processor used in high-end smartphones and tablets made by Samsung Electronics Co Ltd and HTC Corp .



PX333

Apple's iPhone 6 also uses a Qualcomm 4G modem.

In 2009, the EU authority scrapped a two-year antitrust probe into whether Qualcomm charged unreasonably high royalties for integral technology of global 3G phone standards after rivals withdrew their complaints. (Reporting by Foo Yun Chee; editing by Philip Blenkinsop and Jane Merriman)

| | |
|---|---|
| **RF** | Released: 2015-12-8T13:45:12.000Z |
| **CO** | ftcey : Taiwan Fair Trade Commission \| mdatek : MediaTek Incorporated \| qcom : Qualcomm Incorporated |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iintcir : Integrated Circuits |
| **NS** | c34 : Anti-Competition Issues \| gcrim : Crime/Courts \| ccat : Corporate/Industrial News \| gcat : Political/General News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eecz : European Union Countries \| usa : United States \| eurz : Europe \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020151208ebc800d4p |

 © 2023 Factiva, Inc. All rights reserved.

HD **Qualcomm and Xiaomi Sign 3G/4G License Agreement**

WC 442 words

PD 8 December 2015

SN ENP Newswire

SC ENPNEW

LA English

CY (c) 2015, Electronic News Publishing. All Rights Reserved.

LP

Release date - 07122015

Qualcomm Incorporated (NASDAQ: QCOM) and Xiaomi, a leading Chinese smartphone and Internet company, today announced that they have entered into a new 3G and 4G China patent license agreement.

TD

Under the terms of the agreement, Qualcomm has granted Xiaomi a royalty-bearing patent license to develop, manufacture and sell 3G (WCDMA and CDMA2000) and 4G, including 3-mode (LTE-TDD, TD-SCDMA and GSM), complete devices. The royalties payable by Xiaomi are consistent with the terms of the rectification plan submitted by Qualcomm to China's National Reform and Development Commission.

'Xiaomi prides itself on embracing and leading smartphone innovation through its popular line of Mi devices,' said Lei Jun, CEO of Xiaomi. 'A license from Qualcomm will play an important role in helping us bring the newest and most innovative products to our growing customer base.'

'Qualcomm is committed to the success of its partners in China as they continue to grow their businesses and we are pleased to reach this new agreement with Xiaomi,' said Derek Aberle, President of Qualcomm Incorporated. 'We work closely with our partners, such as Xiaomi, to push the boundaries of what's possible and drive the advancement of the mobile industry.'

About Xiaomi

Xiaomi was founded in 2010 by serial entrepreneur Lei Jun, who believes that high-quality technology doesn't need to cost a fortune. We create remarkable hardware, software, and internet services for and with the help of our Mi fans. We incorporate their feedback into our product range, which currently includes the Mi Note Pro, Mi Note, Mi 4, Redmi 2, Mi TV, Mi Band and other accessories. With more than 61 million handsets sold in 2014, and products launched in Taiwan, Hong Kong, Singapore, Malaysia, Philippines, India, Indonesia and Brazil, Xiaomi is expanding its footprint across the world to become a global brand.

About Qualcomm

Qualcomm Incorporated (NASDAQ: QCOM) is a world leader in 3G, 4G and next-generation wireless technologies. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a wholly-owned subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its semiconductor business, QCT. For more than 30 years, Qualcomm ideas and inventions have driven the evolution of digital communications, linking people everywhere more closely to information, entertainment and each other.

Contact:

Tina Asmar Tel: 1-858-845-5959 Email: corpcomm@qualcomm.com

[Editorial queries for this story should be sent to newswire@enpublishing.co.uk]

**CO** qcom : Qualcomm Incorporated | bxmtcc : Beijing Xiaomi Technology Co. Ltd.

**IN** i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i34531 : Semiconductors | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | ismart : Smartphones | itech : Technology

**NS** c334 : Licensing Agreements | cinprp : Industrial Property Rights | npress : Press Releases | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**PUB** Electronic News Publishing Ltd.

**AN** Document ENPNEW0020151208ebc8000k6

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **EU Slaps Qualcomm with Antitrust Charges --Update**

**BY** By Tom Fairless

**WC** 758 words

**PD** 8 December 2015

**ET** 07:55

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

BRUSSELS--Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips, and selling chips below cost to force a competitor, Icera, out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm said it was cooperating with EU authorities. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm's general counsel Don Rosenberg said.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge. It can also ask for an oral hearing before the regulator to better explain its case.

The chip maker also said that it was being investigated by Taiwan's antitrust authority over its patent-licensing arrangements and that it would cooperate with that probe, adding that it believes it complies with local rules.

Qualcomm is the world's largest supplier of baseband chips, which are used to process communications in smartphones, tablets and other mobile broadband devices. The company scooped rivals in delivering chips able to use fourth-generation LTE wireless networks. Several companies have dropped out of the baseband business, including Texas Instruments Inc. and Broadcom Corp., because of the uphill task of competing with Qualcomm and other suppliers.

But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations into the company so far have focused mainly on its licensing practices.

The U.S. Federal Trade Commission, for example, last autumn notified Qualcomm that it was investigating its licensing business. Qualcomm's patent power was also the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

The EU's predatory pricing investigation stems from concerns raised by Icera Inc., a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU said five months ago it had opened two formal investigations into Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011, on condition that it exclusively use Qualcomm's baseband chips in its smartphones and tablets. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have reacted to a growing threat from Icera by selling chips to two of its customers at prices that didn't cover its costs, "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009, without action against the company.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 07:55 ET (12:55 GMT)

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | cinfpo : Information Technology Policy | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001mi

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

| | |
|---|---|
| **HD** | **EU Slaps Qualcomm with Antitrust Charges --Update** |
| **BY** | By Tom Fairless |
| **WC** | 758 words |
| **PD** | 8 December 2015 |
| **ET** | 08:10 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

BRUSSELS--Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips, and selling chips below cost to force a competitor, Icera, out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm said it was cooperating with EU authorities. "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm's general counsel Don Rosenberg said.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge. It can also ask for an oral hearing before the regulator to better explain its case.

The chip maker also said that it was being investigated by Taiwan's antitrust authority over its patent-licensing arrangements and that it would cooperate with that probe, adding that it believes it complies with local rules.

Qualcomm is the world's largest supplier of baseband chips, which are used to process communications in smartphones, tablets and other mobile broadband devices. The company scooped rivals in delivering chips able to use fourth-generation LTE wireless networks. Several companies have dropped out of the baseband business, including Texas Instruments Inc. and Broadcom Corp., because of the uphill task of competing with Qualcomm and other suppliers.

But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations into the company so far have focused mainly on its licensing practices.

The U.S. Federal Trade Commission, for example, last autumn notified Qualcomm that it was investigating its licensing business. Qualcomm's patent power was also the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

The EU's predatory pricing investigation stems from concerns raised by Icera Inc., a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU said five months ago it had opened two formal investigations into Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011, on condition that it exclusively use Qualcomm's baseband chips in its smartphones and tablets. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have reacted to a growing threat from Icera by selling chips to two of its customers at prices that didn't cover its costs, "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009, without action against the company.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 08:10 ET (13:10 GMT)

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | cinfpo : Information Technology Policy | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001qi

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **China chips away at U.S., Taiwan semiconductor dominance**

**BY** By Yimou Lee

**WC** 656 words

**PD** 8 December 2015

**ET** 16:08

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

HONG KONG (Reuters) - China's multi-billion dollar drive towards self-reliance in semiconductors has spawned a cluster of chip designers that industry experts say could eventually rival leaders Qualcomm Inc <QCOM.O> and MediaTek Inc <2454.TW>.

The world's second-largest economy now boasts nine companies that design and sell chips in the global top 50 from just one in 2009. Clients such as Chinese smartphone manufacturers have also helped compatriot chip designers amass a market share of almost a fifth, according to data analyst TrendForce.

**TD**

The rise of Chinese designers such as Huawei Technologies Co Ltd [HWT.UL] subsidiary HiSilicon and Spreadtrum Communications comes as the government ploughs funds into home-grown technology to reduce cyber-security risk, following revelations in 2013 of U.S. global cyber-snooping programs.

The revelations have made China a harder place for U.S. tech firms to do business, with Qualcomm saying as recently as last month that it faced delays closing licensing agreements. In contrast, sales at Chinese designers are set to surge this year, some by as much as 40 percent, said researcher IC Insights.

"The Chinese fabless industry is expanding by leaps and bounds," said Bernstein analyst Mark Li, referring to designers which contract out fabrication to so-called foundries such as Taiwan Semiconductor Manufacturing Co Ltd (TSMC) <2330.TW>.

Chinese chip designers lag top rivals in terms of technology by four to five years yet have the potential to disrupt the global chip supply chain, industry experts and executives said.

But in terms of size, China is likely to seize second place in the $20 billion-plus chip design industry from Taiwan this year, Li said.

PAST MISTAKES

Chinese factories use over 60 percent of the world's chips annually, and in 2013 imported more chips by value than crude oil. To promote domestic development, the government has tasked chip firms with raising revenue by more than 20 percent annually and building "a group of world-class companies" by 2030.

China's list of chip design hopefuls include HiSilicon plus Spreadtrum and RDA Microelectronics Inc - both controlled by state-backed Tsinghua Unigroup Ltd - as well as All Winner Technology Co Ltd <300458.SZ>, Leadcore Technology, Galaxycore Microelectronics and Goodix Technology.

"Only by being a market leader can you be profitable," said Tsinghua Unigroup Chairman Zhao Weiguo.

Through a $21.7 billion national fund, as well as at least five other government-led investment vehicles in cities such as Beijing, Shanghai and Nanjing, China has approximately $32 billion under management to build national champions in the chip ecosystem, according to consulting McKinsey & Co.

"Their IC design can become a strong force in a few years," TSMC co-Chief Executive Officer Mark Liu said in a recent interview, referring to chips as integrated circuits (IC).

"However, the system has to reward innovation. You cannot just want market share and dump a lot of low price products into the market. That is not going to help the Chinese IC design sector to grow," Liu said. "So there are good parts and I hope they avoid the bad parts."

There is concern in the industry about a repeat of China's previous efforts to develop industries, such as solar panels and liquid crystal displays (LCD), where overzealous investment led to oversupply and plunging prices.

China made up 14 percent of the global LCD market last year from 3 percent in 2010, while the industry's average profit margin declined to 1.2 percent from 7.8 percent over the same period, wrote Bernstein's Li in a recent report.

"China will not stop until it dominates the market, with value and economics being destroyed every single time," said Li.

(Reporting by Yimou Lee, Miyoung Kim, J.R. Wu; Additional reporting by Paul Carsten; Editing by Christopher Cushing)

**RF** Released: 2015-12-8T21:08:37.000Z

**CO** huawt : Huawei Technologies Co Ltd | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated | trumcm : Spreadtrum Communications Inc. | shhiah : Huawei Investment Holding Co. Ltd. | tsnghh : Tsinghua Holdings Company Limited

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits | itech : Technology | iwrlssl : Wireless Area Network Technology

**NS** ccat : Corporate/Industrial News | ecat : Economic News

**RE** china : China | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**IPD** Business

**IPC** SERVICE:OUSTCM

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800rs1

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **China chips away at U.S., Taiwan semiconductor dominance**

**WC** 672 words

**PD** 8 December 2015

**ET** 16:00

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

* Nine Chinese chip designers feature in top 50

* China commands fifth of chip design market

**TD**

* Gov't promoting chip investment in self-reliance drive

By Yimou Lee

HONG KONG, Dec 9 (Reuters) - China's multi-billion dollar drive towards self-reliance in semiconductors has spawned a cluster of chip designers that industry experts say could eventually rival leaders Qualcomm Inc and MediaTek Inc .

The world's second-largest economy now boasts nine companies that design and sell chips in the global top 50 from just one in 2009. Clients such as Chinese smartphone manufacturers have also helped compatriot chip designers amass a market share of almost a fifth, according to data analyst TrendForce.

The rise of Chinese designers such as Huawei Technologies Co Ltd subsidiary HiSilicon and Spreadtrum Communications comes as the government ploughs funds into home-grown technology to reduce cyber-security risk, following revelations in 2013 of U.S. global cyber-snooping programmes.

The revelations have made China a harder place for U.S. tech firms to do business, with Qualcomm saying as recently as last month that it faced delays closing licensing agreements. In contrast, sales at Chinese designers are set to surge this year, some by as much as 40 percent, said researcher IC Insights.

"The Chinese fabless industry is expanding by leaps and bounds," said Bernstein analyst Mark Li, referring to designers which contract out fabrication to so-called foundries such as Taiwan Semiconductor Manufacturing Co Ltd (TSMC).

Chinese chip designers lag top rivals in terms of technology by four to five years yet have the potential to disrupt the global chip supply chain, industry experts and executives said.

But in terms of size, China is likely to seize second place in the $20 billion-plus chip design industry from Taiwan this year, Li said.

PAST MISTAKES

Chinese factories use over 60 percent of the world's chips annually, and in 2013 imported more chips by value than crude oil. To promote domestic development, the government has tasked chip firms with raising revenue by more than 20 percent annually and building "a group of world-class companies" by 2030.

China's list of chip design hopefuls include HiSilicon plus Spreadtrum and RDA Microelectronics Inc - both controlled by state-backed Tsinghua Unigroup Ltd - as well as All Winner Technology Co Ltd, Leadcore Technology, Galaxycore Microelectronics and Goodix Technology.

"Only by being a market leader can you be profitable," said Tsinghua Unigroup Chairman Zhao Weiguo.

Through a $21.7 billion national fund, as well as at least five other government-led investment vehicles in cities such as Beijing, Shanghai and Nanjing, China has approximately $32 billion under management to build national champions in the chip ecosystem, according to consulting McKinsey & Co.

"Their IC design can become a strong force in a few years," TSMC co-Chief Executive Officer Mark Liu said in a recent interview, referring to chips as integrated circuits (IC).

"However, the system has to reward innovation. You cannot just want market share and dump a lot of low price products into the market. That is not going to help the Chinese IC design sector to grow," Liu said. "So there are good parts and I hope they avoid the bad parts."

There is concern in the industry about a repeat of China's previous efforts to develop industries, such as solar panels and liquid crystal displays (LCD), where overzealous investment led to oversupply and plunging prices.

China made up 14 percent of the global LCD market last year from 3 percent in 2010, while the industry's average profit margin declined to 1.2 percent from 7.8 percent over the same period, wrote Bernstein's Li in a recent report.

"China will not stop until it dominates the market, with value and economics being destroyed every single time," said Li.

(Reporting by Yimou Lee, Miyoung Kim, J.R. Wu; Additional reporting by Paul Carsten; Editing by Christopher Cushing)

**RF** Released: 2015-12-8T22:00:01.000Z

**CO** huawt : Huawei Technologies Co Ltd | mdatek : MediaTek Incorporated | qcom : Qualcomm Incorporated | trumcm : Spreadtrum Communications Inc. | shhiah : Huawei Investment Holding Co. Ltd. | tsnghh : Tsinghua Holdings Company Limited

**IN** i3441 : Telecommunications Technology/Equipment | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits | itech : Technology | iwrlssl : Wireless Area Network Technology

**NS** ccat : Corporate/Industrial News

**RE** china : China | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800rmk

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

| | |
|---|---|
| **HD** | **EU starts anti-trust action against Qualcomm over exclusivity payments, predatory pricing** |
| **CR** | AP |
| **WC** | 147 words |
| **PD** | 8 December 2015 |
| **ET** | 12:08 |
| **SN** | The Canadian Press |
| **SC** | CPR |
| **LA** | English |
| **CY** | (c) 2015 The Canadian Press. All rights reserved. |

**LP**

BRUSSELS _ The European Union's anti-trust watchdog says it suspects that Qualcomm illegally made exclusivity payments to a major customer and sold chipsets below cost to force a competitor out of the market.

The EU's executive Commission said Tuesday it has issued a "statement of objections" to the San Diego-based chipmaker, the first formal step in EU anti-trust actions.

**TD**

The Commission said company payments to an unnamed smartphone and tablet manufacturer "reduced the manufacturer's incentives to source chipsets from Qualcomm's competitors and has harmed competition and innovation."

It also accused Qualcomm of "'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market."

Qualcomm has three to four months to respond to the allegations and request a hearing.

| | |
|---|---|
| **RF** | 20151208CPCPB6334 |
| **CO** | euruno : The European Union \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | cprpr : Predatory Pricing \| c34 : Anti-Competition Issues \| nnam : News Agency Materials \| c31 : Marketing/Markets \| c314 : Pricing \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | B |
| **PUB** | The Canadian Press |
| **AN** | Document CPR0000020151209ebc80002o |

AP

**HD** **EU starts anti-trust action against Qualcomm**

**WC** 142 words

**PD** 8 December 2015

**ET** 06:38

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2015. The Associated Press. All Rights Reserved.

**LP**

BRUSSELS (AP) — The European Union's anti-trust watchdog says it suspects that Qualcomm illegally made exclusivity payments to a major customer and sold chipsets below cost to force a competitor out of the market.

The EU's executive Commission said Tuesday it has issued a "statement of objections" to the San Diego-based chipmaker, the first formal step in EU anti-trust actions.

**TD**

The Commission said company payments to an unnamed smartphone and tablet manufacturer "reduced the manufacturer's incentives to source chipsets from Qualcomm's competitors and has harmed competition and innovation."

It also accused Qualcomm of "'predatory pricing' by selling certain baseband chipsets at prices below costs, with the intention of hindering competition in the market."

Qualcomm has three to four months to respond to the allegations and request a hearing.

**CO** euruno : The European Union | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** belg : Belgium | eecz : European Union Countries | eurz : Europe | usa : United States | benluxz : Benelux Countries | namz : North America | weurz : Western Europe

**IPD** EU

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020151208ebc800520

REUTERS

HD **BUZZ-Qualcomm accused of muscling aside competition**

WC 228 words

PD 8 December 2015

ET 08:01

SN Reuters News

SC LBA

LA English

CY Copyright 2015 Thomson Reuters. All Rights Reserved.

LP

** Qualcomm shares down 1.7 pct premarket as EU antitrust regulators accuse co of using its power to thwart rivals, putting chipmaker at risk of paying a hefty fine

** Regulator said Qualcomm may have illegally paid a major customer for exclusively using its chipsets and that co engaged in predatory pricing by selling chipsets below cost

TD

** Qualcomm, which could face a $2.7 bln fine if found guilty of breaching EU rules, said it has been given several months to respond to the charges

** EU executive's accusations, set out in two charge sheets known as statements of objections, followed a formal investigation begun in July

** Predatory pricing case follows a complaint from British phone software maker Icera, later acquired by Nvidia Corp in a bid to enter the market for smartphone chips and compete with co

** Qualcomm also said the Taiwan Fair Trade Commission had also opened an investigation into its patent licensing deals

** "We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," Qualcomm general counsel Don Rosenberg said in a statement

** Qualcomm shares have gained 29 pct so far YTD (RM: lance.tupper.tr.com@reuters.net)

RF Released: 2015-12-11T13:01:58.000Z

CO ftcey : Taiwan Fair Trade Commission | nvdcrp : NVIDIA Corporation | qcom : Qualcomm Incorporated

IN icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | iintcir : Integrated Circuits | ividbd : Audio/Video/Graphics Integrated Circuits

NS cprpr : Predatory Pricing | ginda : Independent Advisory Bodies | c13 : Regulation/Government Policy | gcrim : Crime/Courts | c31 : Marketing/Markets | c314 : Pricing | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

RE eecz : European Union Countries | usa : United States | eurz : Europe | namz : North America

IPD Business

IPC SERVICE:ABN

PUB Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800fid

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **EU Slaps Qualcomm With Antitrust Charges**

WC 804 words

PD 8 December 2015

ET 06:55

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

TD

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:55 ET (11:55 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | i656 : Mixed Retailing | iindstrls : Industrial Goods | i64 : Retail/Wholesale | iindele : Industrial Electronics | iretail : Retail | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001du

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **EU Slaps Qualcomm With Antitrust Charges**

WC 804 words
PD 8 December 2015
ET 06:40
SN Dow Jones Institutional News
SC DJDN
LA English
CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

TD

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:40 ET (11:40 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | i656 : Mixed Retailing | iindstrls : Industrial Goods | i64 : Retail/Wholesale | iindele : Industrial Electronics | iretail : Retail | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc8001b3

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **EU Slaps Qualcomm with Antitrust Charges -- 2nd Update**

BY By Tom Fairless And Don Clark

WC 812 words

PD 8 December 2015

ET 15:08

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

TD

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market, " the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 15:08 ET (20:08 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc80034x

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **EU Slaps Qualcomm with Antitrust Charges -- 2nd Update**

BY By Tom Fairless And Don Clark

WC 812 words

PD 8 December 2015

ET 14:53

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

TD

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcomm earns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China, which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market, " the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals, including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at tom.fairless@wsj.com and Don Clark at don.clark@wsj.com

(END) Dow Jones Newswires

December 08, 2015 14:53 ET (19:53 GMT)

**CO** icerai : Icera Inc | qcom : Qualcomm Incorporated | nvdcrp : NVIDIA Corporation | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** taiwan : Taiwan | eurz : Europe | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020151208ebc800322

 © 2023 Factiva, Inc. All rights reserved.

**NEWSWIRES**
**DOW JONES**

**CLM** Technology

**HD** **EU Slaps Qualcomm With Antitrust Charges**

**BY** By Tom Fairless And Don Clark

**WC** 788 words

**PD** 8 December 2015

**ET** 06:28

**SN** Dow Jones Top Global Market Stories

**SC** DJTGMS

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcommearns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China , which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals , including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at and Don Clark at

**CO** bcomnj : Broadcom Corporation | nvdcrp : NVIDIA Corporation | qcom : Qualcomm Incorporated | sbcoff : Starbucks Corporation | txsil : Texas Instruments Inc | icerai : Icera Inc | euruno : The European Union

**IN** iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | iintcir : Integrated Circuits | ilea : Leisure/Arts/Hospitality | ividbd : Audio/Video/Graphics Integrated Circuits | i342 : Electrical Components/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | ncolu : Columns | cinfpo : Information Technology Policy

**RE** eecz : European Union Countries | asiaz : Asia | eurz : Europe | russ : Russia | namz : North America | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTGMS1120151208ebc80002v

 © 2023 Factiva, Inc. All rights reserved.

NEWSWIRES
DOW JONES

**CLM** Technology

**HD** **EU Slaps Qualcomm With Antitrust Charges**

**BY** By Tom Fairless And Don Clark

**WC** 788 words

**PD** 8 December 2015

**ET** 06:23

**SN** Dow Jones Top North American Equities Stories

**SC** DJTNAE

**LA** English

**CY** Copyright © 2015 Dow Jones & Company, Inc.

**LP**

Qualcomm Inc.'s long-running antitrust problems widened Tuesday, as European regulators leveled charges against the chip maker and a new investigation emerged in Taiwan.

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

**TD**

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

Qualcomm, which disclosed the EU investigation a year ago, said it was cooperating with authorities there.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, the company's executive vice president and general counsel.

Qualcomm has three months to respond to the EU allegation of exclusivity payments and four months to reply to the predatory pricing charge. It can also request an oral hearing before the regulator to better explain its case.

The company's shares fell 5% on the news.

Qualcomm, based in San Diego, is the largest supplier of chips for mobile devices including baseband chips that provide cellular connections and processors that run smartphone applications. But Qualcommearns most of its profits from charging handset makers royalties for using its cellular patents. Most of the government investigations so far have focused on its licensing practices.

That is the subject of the latest investigation in Taiwan, disclosed by Qualcomm on Tuesday. The company said authorities there are investigating whether its licensing practices violate the country's fair trade act. Qualcomm said it believes it complies with the act and plans to cooperate with local authorities.

The U.S. Federal Trade Commission and South Korea's antitrust agency also have pending investigations into Qualcomm's patent licensing practices. In addition, the company's patent power was the main focus of a lengthy antitrust inquiry in China , which the company settled in February by agreeing to pay a $975 million fine and to modify some of its business practices.

EU authorities previously conducted an investigation of Qualcomm's patent-related practices. That probe was closed in 2009 without action against the company.

Some analysts said they were more concerned by the investigation in Taiwan than in Europe, where officials are more likely to fine Qualcomm than force major changes in its business model. But James Faucette, an analyst with Morgan Stanley, observed in a research note that Qualcomm's only major customer in Taiwan is HTC Corp., so any change to licensing terms with that company wouldn't greatly hurt Qualcomm.

The EU's predatory pricing investigation stems from concerns raised by Icera, a U.K.-based maker of baseband technology that filed a complaint with the commission in 2010. The company was acquired in 2011 by Nvidia Corp., which recently said it would wind down the baseband operations.

The EU five months ago said it had opened two formal investigations of Qualcomm over possible predatory pricing tactics and exclusivity clauses in contracts with clients.

In the charges announced Tuesday, the EU alleged that Qualcomm had paid "significant amounts" to a major smartphone and tablet manufacturer since 2011 on condition that it use exclusively Qualcomm's baseband chips. That contract, which is still in force, harmed competition and innovation in the chipset market, the EU said.

In a second set of charges, the EU alleged that Qualcomm sold certain baseband chips below cost between 2009 and 2011 to squeeze competitors. Qualcomm may have sold chips to two of its customers at prices that didn't cover its costs "with the aim of forcing Icera out of the market," the EU said.

The announcements mark the latest crackdown by the EU's muscular antitrust agency on giant U.S. companies. Ms. Vestager made waves in April by becoming the first antitrust regulator to file formal charges against Google Inc.

Her agency has launched investigations into the tax affairs of four U.S. multinationals , including Amazon.com Inc., Apple Inc., Starbucks Corp. and, most recently, McDonald's Corp. And Ms. Vestager is currently pressing ahead with a sweeping investigation into whether e-commerce companies like Amazon have raised barriers to competition in Europe.

Write to Tom Fairless at and Don Clark at

**CO** bcomnj : Broadcom Corporation | nvdcrp : NVIDIA Corporation | qcom : Qualcomm Incorporated | sbcoff : Starbucks Corporation | txsil : Texas Instruments Inc | icerai : Icera Inc | euruno : The European Union

**IN** iindele : Industrial Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | iintcir : Integrated Circuits | ilea : Leisure/Arts/Hospitality | ividbd : Audio/Video/Graphics Integrated Circuits | i342 : Electrical Components/Equipment

**NS** gcat : Political/General News | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | ncolu : Columns | cinfpo : Information Technology Policy

**RE** eecz : European Union Countries | asiaz : Asia | eurz : Europe | russ : Russia | namz : North America | taiwan : Taiwan | usa : United States | apacz : Asia Pacific | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | easiaz : Eastern Asia | eeurz : Central/Eastern Europe | ussrz : CIS Countries

**PUB** Dow Jones & Company, Inc.

**AN** Document DJTNAE1120151208ebc80002c

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** ***EU Issues Qualcomm With Two Sets of Formal Charges**

**WC** 295 words

**PD** 8 December 2015

**ET** 05:46

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

8 Dec 2015 05:47 ET *EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments

8 Dec 2015 05:47 ET *EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets

**TD**

8 Dec 2015 05:47 ET *EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival

8 Dec 2015 05:47 ET *EU Antitrust Chief Vestager: Qualcomm's Actions May Have Pushed Out Competitors

8 Dec 2015 06:09 ET EU Imposes Formal Antitrust Charges on Qualcomm

By Tom Fairless

BRUSSELS--European Union antitrust regulators have imposed formal charges on Qualcomm Inc. over allegations that the mobile chip maker sought to stifle competition by charging prices below its production costs and paying a client to exclusively use its products.

The European Commission, the bloc's top antitrust authority, said Tuesday it had issued Qualcomm with two sets of formal charges after reaching the preliminary conclusion that the chip maker had attempted to force its competitor Icera out of the market, in potential breach of EU law.

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said in a statement.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue and be forced to change its business practices.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge.

It can also ask for an oral hearing before the regulator to better explain its case.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:09 ET (11:09 GMT)

**CO** qcom : Qualcomm Incorporated | euruno : The European Union

**IN** i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

| | |
|---|---|
| **NS** | c34 : Anti-Competition Issues \| cinfpo : Information Technology Policy \| cprpr : Predatory Pricing \| nenac : Energy Asset Class News \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| c13 : Regulation/Government Policy \| c31 : Marketing/Markets \| c314 : Pricing \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020151208ebc8002i9 |

 © 2023 Factiva, Inc. All rights reserved.

MarketWatch

CLM The Wall Street Journal

SE News & Commentary

HD **EU slaps Qualcomm with antitrust charges; European Commission says chip maker sought to stifle competition**

BY Tom Fairless

WC 238 words

PD 8 December 2015

ET 10:12

SN MarketWatch

SC MRKWC

LA English

CY Copyright 2015 MarketWatch, Inc. All Rights Reserved.

LP

European Commission says chip maker sought to stifle competition

BRUSSELS—Qualcomm Inc. has been hit with two sets of charges from European Union regulators over allegations that it sought to stifle competition, adding to the regulatory woes of the San Diego-based chip maker.

TD

The European Commission, the EU's top antitrust authority, said Tuesday it had charged Qualcomm with illegally paying a major customer to exclusively use its chips, and selling chips below cost to force a competitor, Icera, out of the market.

If the charges are confirmed, Qualcomm (QCOM, US) could face fines of up to 10% of its global annual revenue for each charge and be forced to change its business practices. Its revenue totaled $25 billion in fiscal 2015.

https://w.graphiq.com/w/jLSMWMnAgJL Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge. It can also ask for an oral hearing before the regulator to better explain its case.

The chip maker also said that it was being investigated by Taiwan's antitrust authority over its patent-licensing arrangements and that it would cooperate with that probe, adding that it believes it complies with local rules.

An expanded version of this report appears at WSJ.com.

CO qcom : Qualcomm Incorporated | eucmm : European Commission | euruno : The European Union

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c34 : Anti-Competition Issues | ncolu : Columns | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

RE usa : United States | namz : North America

IPD News & Commentary

PUB Dow Jones & Company, Inc.

AN Document MRKWC00020151208ebc800231

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **EU Imposes Formal Antitrust Charges on Qualcomm**

BY By Tom Fairless

WC 211 words

PD 8 December 2015

ET 06:24

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

BRUSSELS--European Union antitrust regulators have imposed formal charges on Qualcomm Inc. over allegations that the mobile chip maker sought to stifle competition by charging prices below its production costs and paying a client to exclusively use its products.

The European Commission, the bloc's top antitrust authority, said Tuesday it had issued Qualcomm with two sets of formal charges after reaching the preliminary conclusion that the chip maker had attempted to force its competitor Icera out of the market, in potential breach of EU law.

TD

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said in a statement.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue and be forced to change its business practices.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge.

It can also ask for an oral hearing before the regulator to better explain its case.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

December 08, 2015 06:24 ET (11:24 GMT)

CO qcom : Qualcomm Incorporated | euruno : The European Union

IN i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

NS c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

RE eurz : Europe

PUB Dow Jones & Company, Inc.

AN Document DJDN000020151208ebc8001ct

DOW JONES NEWSWIRES

HD **EU Imposes Formal Antitrust Charges on Qualcomm**

BY By Tom Fairless

WC 206 words

PD 8 December 2015

ET 07:06

SN Dow Jones Newswires Chinese (English)

SC RTNW

LA English

CY Copyright © 2015, Dow Jones & Company, Inc.

LP

BRUSSELS--European Union antitrust regulators have imposed formal charges on Qualcomm Inc. over allegations that the mobile chip maker sought to stifle competition by charging prices below its production costs and paying a client to exclusively use its products.

The European Commission, the bloc's top antitrust authority, said Tuesday it had issued Qualcomm with two sets of formal charges after reaching the preliminary conclusion that the chip maker had attempted to force its competitor Icera out of the market, in potential breach of EU law.

TD

"I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," the EU's antitrust chief Margrethe Vestager said in a statement.

If the charges are confirmed, Qualcomm could face fines of up to 10% of its global annual revenue and be forced to change its business practices.

Qualcomm has three months to respond to the allegation of exclusivity payments, and four months to reply to the predatory pricing charge.

It can also ask for an oral hearing before the regulator to better explain its case.

Write to Tom Fairless at tom.fairless@wsj.com

(END) Dow Jones Newswires

08-12-15 1206GMT

CO qcom : Qualcomm Incorporated | euruno : The European Union

IN i342 : Electrical Components/Equipment | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

NS c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | c34 : Anti-Competition Issues | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

RE eurz : Europe

PUB Dow Jones & Company, Inc.

AN Document RTNW000020151208ebc8000af

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Onconova, United Natural Foods, Onconova,**

**WC** 853 words

**PD** 8 December 2015

**ET** 09:13

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2015 Thomson Reuters. All Rights Reserved.

**LP**

(For faster updates on individual market-movers, Eikon users please use search string "STXBZ US"; for the Day Ahead newsletter, http://link.reuters.com/mex49s ; for the Morning News Call newsletter, http://link.reuters.com/nex49s )

U.S. stock index e-mini futures fell on Tuesday as weak trade data out of China reignited fears of a global economic slowdown and oil prices continued to slide: Dow Jones industrial average futures were down 1.10 percent at 17,561, S&P 500 futures were down 1.15 percent at 2,057 and Nasdaq 100 futures were down 1.21 percent at 4,644.

**TD**

** FAIRCHILD SEMICONDUCTOR INTERNATIONAL INC, Monday close $19.53, +7.68 pct premarket

The chipmaker said it received an unsolicited buyout proposal that values the company at $2.46 billion, topping an earlier offer made by ON Semiconductor Corp. The cash offer of $21.70 per share is a 11.1 percent premium to Fairchild's Monday close.

** QUALCOMM INC, Monday close $52.43, -3.49 pct premarket

EU antitrust regulators accuse the chipmaker of using its power to thwart rivals, putting the company at risk of paying a hefty fine. Qualcomm also said Taiwan's Fair Trade Commission had launched an investigation into whether its patent licensing arrangements violate the Taiwan Fair Trade Act.

** CHIPOTLE MEXICAN GRILL, Monday close $551.75, -4.12 pct premarket

Thirty Boston College students got sick after eating at the Chipotle Mexican Grill over the weekend, a school spokesman said, worsening fears of more food poisoning problems at the burrito chain. Chipotle said it had temporarily closed its restaurant in Boston's Cleveland Circle, where a college spokesman said all the students reported eating, while it works with local health officials to investigate the illnesses.

** ONCONOVA THERAPEUTICS INC, Monday close $1.31, +34.35 pct premarket

The drug developer said its oral cancer drug rigosertib, in combination with FDA-approved Vidaza, was effective in a study in patients with myelodysplastic syndrome.

** UNITED NATURAL FOODS INC, Monday close $44.03, -13.29 pct premarket

At least eight brokerages cut their price targets on the natural and organic food distributor's stock by as much as $12 to as low as $39 after it reported a lower-than-expected quarterly profit on Monday.

** OUTERWALL INC, Monday close $58.06, -20.17 pct premarket

At least four brokerages cut their price targets on the Redbox DVD rental kiosks owner's stock after the company cut its full-year forecast to below analysts' expectation on Monday.

** NORFOLK SOUTHERN CORP, Monday close $91.52, -2.75 pct premarket

Canadian Pacific Railway Ltd revised its offer to buy U.S. railroad operator Norfolk, less than a week after its previous $28.4 billion proposal was rejected - and it was promptly rejected again.

** STAPLES INC, Monday close $10.66, -1.50 pct premarket

** OFFICE DEPOT INC, Monday close $5.59, -6.98 pct premarket

The U.S. Federal Trade Commission said it had filed a complaint aimed at stopping Staples, the nation's largest office supply store, from buying its top rival, Office Depot. Canada's Competition Bureau also said on Monday it would challenge the proposed transaction, which has received the green light from competition authorities in China, Australia and New Zealand.

** VALEANT PHARMACEUTICALS INTERNATIONAL INC, Monday close $92.24, -2.86 pct premarket

The Canadian drugmaker is reaching out to potential buyers for its specialty contact lens manufacturing division, Paragon Vision Sciences, amid scrutiny from the Federal Trade Commission, according to two people familiar with the matter.

** CHESAPEAKE ENERGY CORP, Monday close $4.27, -5.62 pct premarket

Barclays Capital cut its price target on the U.S. natgas producer's stock to $3 from $5, citing "very low commodity price realizations driven by unfavorable contract arrangements."

** VERIZON COMMUNICATIONS INC, Monday close $46.06, -0.96 pct premarket

** YAHOO INC, Monday close $34.68, -1.21 pct premarket

Verizon Communications Chief Financial Officer Fran Shammo, said the No. 1 U.S. wireless carrier could look at buying Yahoo's core business, which includes Mail, its news and sports sites and advertising technology, if it is a good fit.

Tech news site Re/code said Yahoo might make big changes to its media unit, restructuring and consolidating it, including making cuts and shuttering some efforts.

** PEP BOYS-MANNY, MOE & JACK, Monday close $16.06, -1.31 pct premarket

The U.S. auto parts retailer said its board determined that Carl Icahn's offer to buy the company for $15.50 per share could result in a "superior proposal" compared with Bridgestone Corp's offer.

** NEWELL RUBBERMAID INC, Monday close $48.16, -0.44 pct premarket

** JARDEN CORP, Monday close $50.09, +2.22 pct premarket

Newell Rubbermaid, known for its Sharpie markers and Parker pens, is in talks to combine with consumer products company Jarden Corp, according to a person familiar with the matter who requested anonymity because the negotiations are confidential. (Compiled by Sruthi Shankar in Bengaluru; Editing by Kirti Pandey)

**RF** Released: 2015-12-11T14:13:51.000Z

**CO** fairsm : Fairchild Semiconductor International Inc | scghld : ON Semiconductor Corp | unnatf : United Natural Foods Inc | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | i61 : Wholesalers | i64 : Retail/Wholesale | ifodwh : Food Wholesaling | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** ccat : Corporate/Industrial News | reqrcm : Suggested Reading Computers | redit : Selection of Top Stories/Trends/Analysis | reqr : Suggested Reading Industry News

**RE** usa : United States | namz : North America

**IPD** Business

 © 2023 Factiva, Inc. All rights reserved.

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020151208ebc800h7j

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | ***Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says** |
| WC | 90 words |
| PD | 8 December 2015 |
| ET | 06:14 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |

**LP**

8 Dec 2015 06:14 ET *Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic

8 Dec 2015 06:14 ET *Qualcomm: Our Sales Practices Have Always Complied with European Competition Law

**TD**

8 Dec 2015 06:15 ET *Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements

8 Dec 2015 06:15 ET *Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules

(MORE TO FOLLOW) Dow Jones Newswires

December 08, 2015 06:15 ET (11:15 GMT)

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| cinfpo : Information Technology Policy \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | eurz : Europe \| taiwan : Taiwan \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia |
| PUB | Dow Jones & Company, Inc. |
| AN | Document DJDN000020151208ebc8001ck |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm: Taiwan Regulator Has Opened Antitrust Probe into Patent-Licensing Arrangements** |
| WC | 35 words |
| PD | 8 December 2015 |
| ET | 06:16 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:15 ET (11:15 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1116GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | eurz : Europe \| taiwan : Taiwan \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc80009w |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm: Company is Cooperating with Taiwan, Believes it Complies with Rules** |
| WC | 35 words |
| PD | 8 December 2015 |
| ET | 06:17 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:15 ET (11:15 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1117GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| RE | eurz : Europe \| taiwan : Taiwan \| apacz : Asia Pacific \| asiaz : Asia \| chinaz : Greater China \| devgcoz : Emerging Market Countries \| easiaz : Eastern Asia |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc80009x |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: Our Sales Practices Have Always Complied with European Competition Law** |
| **WC** | 35 words |
| **PD** | 8 December 2015 |
| **ET** | 06:16 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:14 ET (11:14 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1116GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009v |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm: Competition in Wireless Chip Sales Is Strong, Dynamic** |
| WC | 33 words |
| PD | 8 December 2015 |
| ET | 06:15 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |

LP

(MORE TO FOLLOW) Dow Jones Newswires

December 08, 2015 06:14 ET (11:14 GMT)

TD

(MORE TO FOLLOW) Dow Jones Newswires

08-12-15 1115GMT

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| RE | eurz : Europe |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc80009u |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Has Been Cooperating with EU Antitrust Probes, Company Says** |
| **WC** | 34 words |
| **PD** | 8 December 2015 |
| **ET** | 06:15 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 06:14 ET (11:14 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1115GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009t |



PX333

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **EU: Qualcomm May Have Illegally Paid Major Client for Exclusively Using its Chipsets** |
| **WC** | 37 words |
| **PD** | 8 December 2015 |
| **ET** | 05:53 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:47 ET (10:47 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1053GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc80009c |

DOW JONES NEWSWIRES

**HD** **EU Charges Qualcomm Over Predatory Pricing, Exclusivity Payments**

**WC** 33 words

**PD** 8 December 2015

**ET** 05:52

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2015, Dow Jones & Company, Inc.

**LP**

(MORE TO FOLLOW) Dow Jones Newswires

December 08, 2015 05:47 ET (10:47 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

08-12-15 1052GMT

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** cprpr : Predatory Pricing | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c31 : Marketing/Markets | c314 : Pricing | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020151208ebc80009b

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **EU Issues Qualcomm With Two Sets of Formal Charges** |
| **WC** | 34 words |
| **PD** | 8 December 2015 |
| **ET** | 05:48 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2015, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:46 ET (10:46 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1048GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | eurz : Europe |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020151208ebc800099 |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **EU: Qualcomm May Have Sold Chipsets Below Cost to Force Out Rival** |
| WC | 36 words |
| PD | 8 December 2015 |
| ET | 05:54 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2015, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>December 08, 2015 05:47 ET (10:47 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>08-12-15 1054GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| RE | eurz : Europe |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020151208ebc80009d |

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **EU accuses Qualcomm of impeding rivals**

**BY** Christian Oliver in Brussels

**WC** 501 words

**PD** 8 December 2015

**ET** 09:01

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2015 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

The European Commission on Tuesday launched two antitrust cases against Qualcomm, charging the US technology company with distorting competition in the critical market for the chips used in smartphones and other mobile devices.

Brussels said that Qualcomm "may have" made illegal payments since 2011 to an unnamed major manufacturer of smartphones and tablets for exclusively using its chipsets.

**TD**

The second charge was that Qualcomm sold its chipsets below cost between 2009 and 2011 to force its British competitor Icera out of the market. Qualcomm said that this charge of "predatory pricing" related to dongles — small USB devices that can be used on laptops to provide connectivity to the internet and external functions, such as audio, video and data.

The charges come after the commission launched an investigation into Qualcomm earlier this year.

Margrethe Vestager, EU competition commissioner, complained that these practices harmed European consumers, as smartphones and tablets play an ever more important role in the European economy.

"Many consumers enjoy high-speed internet on smartphones and other devices — baseband chipsets are key components that make this happen. I am concerned that Qualcomm's actions may have pushed out competitors or prevented them from competing," she said.

Qualcomm has several months to respond to the charge sheets, but insisted that it had done nothing that would hinder competition in the European market.

"We look forward to demonstrating that competition in the sale of wireless chips has been and remains strong and dynamic, and that Qualcomm's sales practices have always complied with European competition law," said Don Rosenberg, Qualcomm's general counsel and executive vice-president.

Qualcomm is the world's largest supplier of baseband chipsets, which are vital components in smartphones, tablets and other mobile devices.

In theory, the commission has the power to levy a fine of anything up to 10 per cent of the previous financial year's turnover in antitrust cases, if it ultimately finds wrongdoing. Qualcomm's revenue in the 2015 fiscal year to September 27 was $25bn, but a fine of $2.5bn would greatly exceed any sum that Brussels has ever demanded as a fine against a single company in one instalment.

The EU's action comes a month after South Korea became the first country to challenge a core aspect of its technology licensing practices, driving shares to a four-year low.

Qualcomm also said on Tuesday that Taiwan's regulators had requested information on the company's patent licensing arrangements. Qualcomm said the case was in its early stages and added that it believed its business practices were legal.

Opening a case against Qualcomm will only fuel accusations from US officials that Ms Vestager is targeting American companies more often than their European rivals.

She opened a landmark antitrust case against Google's retail search business earlier this year and has pursued high-profile investigations into European tax planning of Apple, Amazon, Starbucks and McDonald's. She rejects the accusations of anti-US bias.

**CO** eucmm : European Commission | qcom : Qualcomm Incorporated

**IN** i8361 : Tax Preparation Services | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Equipment | i34411 : Mobile Communications Devices | i3454 : Personal Electronics | i836 : Accounting | iacc : Accounting/Consulting | ibcs : Business/Consumer Services | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gptech : Personal Technology | ccat : Corporate/Industrial News | gcat : Political/General News | glife : Living/Lifestyle | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020151208ebc8005eu

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 12/08/2015 to 12/08/2015 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 39 |
| Timestamp | 5 June 2023 11:43 |

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Incorporated**

**Appendix 7 – News Stories (New Terms List)**

**01.17.2017-01.17-2017**

DOW JONES

Landmark Study on Impact of 5G Mobile Technology Released ....... 3

Press Release: Landmark Study on Impact of 5G Mobile Technology Released ....... 6

Landmark Study on Impact of 5G Mobile Technology Released; 5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and... ....... 9

BRIEF-Zoom Video Communications says raised $100 mln in series D funding ....... 11

Qualcomm shares drop 4% on report of possible US antitrust case ....... 12

Qualcomm Drops 4% as Bloomberg Says FTC Prepares Suit over Licensing Terms ....... 13

Qualcomm said to face U.S. antitrust case on licensing practices - BBG ....... 14

US regulators bring antitrust case against Qualcomm over licensing ....... 15

Qualcomm: FTC Alleges Special Deal with Apple ....... 17

Mobile chipmaker Qualcomm hit with US antitrust suit ....... 18

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....... 20

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....... 22

U.S. antitrust agency sues Qualcomm over patent licensing ....... 24

Qualcomm Disputes FTC Allegation, Calls Action ‘Rushed' ....... 25

Qualcomm Responds to Complaint from U.S. Federal Trade Commission ....... 26

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update ....... 28

*Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....... 30

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update ....... 32

U.S. antitrust agency sues Qualcomm over patent licensing ....... 34

FTC sues Qualcomm alleging monopoly of semiconductor device ....... 36

Mobile chipmaker Qualcomm hit with US antitrust suit ....... 37

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update ....... 39

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update ....... 41

BRIEF-Qualcomm responds to complaint from U.S. Federal Trade Commission ....... 43

UPDATE 3-U.S. antitrust agency sues Qualcomm over patent licensing ....... 44

U.S. FTC Sues Qualcomm For Anti-competitive Practices ....... 46

Qualcomm Responds to Complaint from U.S. Federal Trade Commission; Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices ....... 48

FTC sues Qualcomm alleging monopoly of semiconductor device ....... 50

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....... 51

US sues Qualcomm over licensing technology for mobiles ....... 53

 © 2023 Factiva, Inc. All rights reserved.

U.S. antitrust agency poised to sue Qualcomm over patent licensing-sources ....................55

*Qualcomm Responds to Complaint From U.S. FTC ....................56

Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM ....................59

Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration' ....................60

Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms ....................61

Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry ....................62

Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM ....................63

Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM ....................64

Qualcomm Responds to Complaint From U.S. FTC ....................65

FTC Seeks Court Order Barring Qualcomm Tactics ....................66

FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones ........ 67

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm Files Antitrust Lawsuit Against ....................68

Qualcomm announces expansion of its Design in India Program; To focus on growing mobile and IoT ecosystem in India with R&D and localization support ....................69

Qualcomm Design in India: Three startups win $100,000 prize money; artificial intelligence is the real winner ....................71

Qualcomm to invest $8.5 million in India to support PM Narendra Modi 's vision of digitisation ....................73

Qualcomm announces expansion of its Design in India Program ....................75

Press Release: Qualcomm announces expansion of its Design in India Program ....................77

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Landmark Study on Impact of 5G Mobile Technology Released**

**WC** 971 words

**PD** 17 January 2017

**ET** 03:00

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and Services by 2035

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced that its subsidiary, Qualcomm Technologies, Inc. commissioned and released a landmark study, The 5G Economy, examining the potential economic and social impact of 5G around the world. The study was conducted jointly by research firms IHS Markit, PSB and leading economist Professor Dr. David Teece, director of the Tusher Center at the Haas School of Business, U.C. California, and principal executive officer of the Berkeley Research Group (BRG).

**TD**

The 5G Economy includes an economic impact study conducted by IHS Markit and validated by Dr. David Teece, as well as opinion research about the expectations for 5G among business and technology leaders carried out by PSB. The combined findings of the study show how 5G will profoundly affect the global economy and that business decision makers in technology and other industries overwhelmingly believe in the transformational nature of 5G.

"These respected researchers confirmed our strong belief that 5G will be a fundamental game changer," said Qualcomm CEO Steve Mollenkopf. "We have been hard at work helping create some of the key technologies and applications that will make 5G a reality, pushing the boundaries of LTE, collaborating with industry leaders, and spearheading the critical research behind the next-generation global wireless standard."

Notably, the study indicates that 5G will catapult mobile into the exclusive realm of General Purpose Technologies, like electricity and the automobile, that provide the foundation for massive innovation, give rise to new industries and benefit entire economies. This will happen as 5G advances mobile from a set of technologies connecting people to people and information to a unified fabric connecting people to everything.

"I've spent many years studying the impact of general purposes technologies, and it's clear that 5G will propel mobile into that category, assuring the technology's long-term impact on society and continued growth for decades," said Dr. David Teece.

Economic Growth Foreseen

According to the study, in 2035, when 5G's full economic benefit should be realized across the globe, a broad range of industries -- from retail to education, transportation to entertainment, and everything in between -- could produce up to $12.3 trillion worth of goods and services enabled by 5G.

The 5G value chain itself is seen as generating up to $3.5 trillion in revenue in 2035, supporting as many as 22 million jobs. Over time, 5G will boost real global GDP growth by $3 trillion dollars cumulatively from 2020 to 2035, roughly the equivalent of adding an economy the size of India to the world in today's dollars.

Complementing the economic study, polling research done by PSB confirms that business decision makers and opinion leaders around the globe expect 5G to bring widespread benefits for society and the economy overall, enabling new products and services, increasing productivity and allowing for new industries to emerge.

Over 90 percent of the more than 3,500 respondents agreed that 5G will enable new products, services and use cases that have not been invented yet.

For an in-depth look at the study, please visit: https://www.qualcomm.com/invention/5g/economy.

About Berkeley Research Group

Berkeley Research Group is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting to Fortune 500 corporations, financial institutions, government agencies, major law firms, and regulatory bodies around the world. It is led by its chairman and founder, David Teece, Tusher Professor of Global Business at the Haas School of Business, University of California, Berkeley.

About IHS Markit

IHS Markit (Nasdaq: INFO) is a world leader in critical information, analytics and solutions for the major industries and markets that drive economies worldwide. The company delivers next-generation information, analytics and solutions to customers in business, finance and government, improving their operational efficiency and providing deep insights that lead to well-informed, confident decisions. IHS Markit has more than 50,000 key business and government customers, including 85 percent of the Fortune Global 500 and the world's leading financial institutions. Headquartered in London, IHS Markit is committed to sustainable, profitable growth.

About PSB

PSB, a member of the WPP Group, is a global research-based consultancy specializing in messaging and communications strategy for blue-chip corporate, political and entertainment clients. PSB's operations include over 200 consultants and a sophisticated in-house market research infrastructure with the capability to conduct work in more than 90 countries. For more information, please visit www.psbresearch.com.

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IOT and healthcare businesses.

Qualcomm Contacts:

Peter Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire,
visit:
http://www.prnewswire.com/news-releases/landmark-study-on-impact-of-5g-mobile-technology-released-300391687.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END)

**CO** qcom : Qualcomm Incorporated | markit : IHS Markit Ltd

**IN** i34531 : Semiconductors | i8395461 : News Syndicates | idistr : Media Content Distribution | iindele : Industrial Electronics | iindstrls : Industrial Goods | imed : Media/Entertainment | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | usca : California | namz : North America | usw : Western U.S.

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170117ed1h0001d

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Press Release: Landmark Study on Impact of 5G Mobile Technology Released**

**WC** 1,001 words

**PD** 17 January 2017

**ET** 05:41

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Landmark Study on Impact of 5G Mobile Technology Released

5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and Services by 2035

**TD**

PR Newswire

SAN DIEGO, Jan. 17, 2017

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced that its subsidiary, Qualcomm Technologies, Inc. commissioned and released a landmark study, The 5G Economy, examining the potential economic and social impact of 5G around the world. The study was conducted jointly by research firms IHS Markit, PSB and leading economist Professor Dr. David Teece, director of the Tusher Center at the Haas School of Business, U.C. California, and principal executive officer of the Berkeley Research Group (BRG).

The 5G Economy includes an economic impact study conducted by IHS Markit and validated by Dr. David Teece, as well as opinion research about the expectations for 5G among business and technology leaders carried out by PSB. The combined findings of the study show how 5G will profoundly affect the global economy and that business decision makers in technology and other industries overwhelmingly believe in the transformational nature of 5G.

"These respected researchers confirmed our strong belief that 5G will be a fundamental game changer," said Qualcomm CEO Steve Mollenkopf. "We have been hard at work helping create some of the key technologies and applications that will make 5G a reality, pushing the boundaries of LTE, collaborating with industry leaders, and spearheading the critical research behind the next-generation global wireless standard."

Notably, the study indicates that 5G will catapult mobile into the exclusive realm of General Purpose Technologies, like electricity and the automobile, that provide the foundation for massive innovation, give rise to new industries and benefit entire economies. This will happen as 5G advances mobile from a set of technologies connecting people to people and information to a unified fabric connecting people to everything.

"I've spent many years studying the impact of general purposes technologies, and it's clear that 5G will propel mobile into that category, assuring the technology's long-term impact on society and continued growth for decades," said Dr. David Teece.

Economic Growth Foreseen

According to the study, in 2035, when 5G's full economic benefit should be realized across the globe, a broad range of industries -- from retail to education, transportation to entertainment, and everything in between -- could produce up to $12.3 trillion worth of goods and services enabled by 5G.

The 5G value chain itself is seen as generating up to $3.5 trillion in revenue in 2035, supporting as many as 22 million jobs. Over time, 5G will boost real global GDP growth by $3 trillion dollars cumulatively from 2020 to 2035, roughly the equivalent of adding an economy the size of India to the world in today's dollars.

Complementing the economic study, polling research done by PSB confirms that business decision makers and opinion leaders around the globe expect 5G to bring widespread benefits for society and the economy overall, enabling new products and services, increasing productivity and allowing for new industries to emerge. Over 90 percent of the more than 3,500 respondents agreed that 5G will enable new products, services and use cases that have not been invented yet.

For an in-depth look at the study, please visit: https://www.qualcomm.com/invention/5g/economy.

About Berkeley Research Group

Berkeley Research Group is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting to Fortune 500 corporations, financial institutions, government agencies, major law firms, and regulatory bodies around the world. It is led by its chairman and founder, David Teece, Tusher Professor of Global Business at the Haas School of Business, University of California, Berkeley.

About IHS Markit

IHS Markit (Nasdaq: INFO) is a world leader in critical information, analytics and solutions for the major industries and markets that drive economies worldwide. The company delivers next-generation information, analytics and solutions to customers in business, finance and government, improving their operational efficiency and providing deep insights that lead to well-informed, confident decisions. IHS Markit has more than 50,000 key business and government customers, including 85 percent of the Fortune Global 500 and the world's leading financial institutions. Headquartered in London, IHS Markit is committed to sustainable, profitable growth.

About PSB

PSB, a member of the WPP Group, is a global research-based consultancy specializing in messaging and communications strategy for blue-chip corporate, political and entertainment clients. PSB's operations include over 200 consultants and a sophisticated in-house market research infrastructure with the capability to conduct work in more than 90 countries. For more information, please visit www.psbresearch.com.

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IOT and healthcare businesses.

Qualcomm Contacts:

Peter Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:

http://www.prnewswire.com/news-releases/landmark-study-on-impact-of-5g-mobile-technology-released-300391687.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END) Dow Jones Newswires

January 17, 2017 05:41 ET (10:41 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c334 : Licensing Agreements | neqac : Equities Asset Class News | npress : Press Releases | c33 : Contracts/Orders | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0012p

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

HD **Landmark Study on Impact of 5G Mobile Technology Released; 5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and Services by 2035**

WC 948 words

PD 17 January 2017

SN M2 Presswire

SC MTPW

LA English

CY © 2017, M2 Communications. All rights reserved.

LP

SAN DIEGO — Qualcomm Incorporated (NASDAQ: QCOM) today announced that its subsidiary, Qualcomm Technologies, Inc. commissioned and released a landmark study, The 5G Economy, examining the potential economic and social impact of 5G around the world. The study was conducted jointly by research firms IHS Markit, PSB and leading economist Professor Dr. David Teece, director of the Tusher Center at the Haas School of Business, U.C. California, and principal executive officer of the Berkeley Research Group (BRG).

The 5G Economy includes an economic impact study conducted by IHS Markit and validated by Dr. David Teece, as well as opinion research about the expectations for 5G among business and technology leaders carried out by PSB. The combined findings of the study show how 5G will profoundly affect the global economy and that business decision makers in technology and other industries overwhelmingly believe in the transformational nature of 5G.

TD

“These respected researchers confirmed our strong belief that 5G will be a fundamental game changer,” said Qualcomm CEO Steve Mollenkopf. “We have been hard at work helping create some of the key technologies and applications that will make 5G a reality, pushing the boundaries of LTE, collaborating with industry leaders, and spearheading the critical research behind the next-generation global wireless standard.”

Notably, the study indicates that 5G will catapult mobile into the exclusive realm of General Purpose Technologies, like electricity and the automobile, that provide the foundation for massive innovation, give rise to new industries and benefit entire economies. This will happen as 5G advances mobile from a set of technologies connecting people to people and information to a unified fabric connecting people to everything.

“I’ve spent many years studying the impact of general purposes technologies, and it’s clear that 5G will propel mobile into that category, assuring the technology’s long-term impact on society and continued growth for decades.” said Dr. David Teece.

Economic Growth Foreseen

According to the study, in 2035, when 5G’s full economic benefit should be realized across the globe, a broad range of industries - from retail to education, transportation to entertainment, and everything in between - could produce up to $12.3 trillion worth of goods and services enabled by 5G.

The 5G value chain itself is seen as generating up to $3.5 trillion in revenue in 2035, supporting as many as 22 million jobs. Over time, 5G will boost real global GDP growth by $3 trillion dollars cumulatively from 2020 to 2035, roughly the equivalent of adding an economy the size of India to the world in today’s dollars.

Complementing the economic study, polling research done by PSB confirms that business decision makers and opinion leaders around the globe expect 5G to bring widespread benefits for society and the economy overall, enabling new products and services, increasing productivity and allowing for new industries to emerge. Over 90 percent of the more than 3,500 respondents agreed that 5G will enable new products, services and use cases that have not been invented yet.

For an in-depth look at the study, please visit: https://www.qualcomm.com/invention/5g/economy.

About Berkeley Research Group

Berkeley Research Group is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting to Fortune 500 corporations, financial institutions, government agencies, major law firms, and regulatory bodies around the world. It is led by its chairman and founder, David Teece, Tusher Professor of Global Business at the Haas School of Business, University of California, Berkeley.

About IHS Markit

IHS Markit (Nasdaq: INFO) is a world leader in critical information, analytics and solutions for the major industries and markets that drive economies worldwide. The company delivers next-generation information, analytics and solutions to customers in business, finance and government, improving their operational efficiency and providing deep insights that lead to well-informed, confident decisions. IHS Markit has more than 50,000 key business and government customers, including 85 percent of the Fortune Global 500 and the world's leading financial institutions. Headquartered in London, IHS Markit is committed to sustainable, profitable growth.

About PSB

PSB, a member of the WPP Group, is a global research-based consultancy specializing in messaging and communications strategy for blue-chip corporate, political and entertainment clients. PSB's operations include over 200 consultants and a sophisticated in-house market research infrastructure with the capability to conduct work in more than 90 countries. For more information, please visit www.psbresearch.com.

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IOT and healthcare businesses. Qualcomm contacts: Pete Lancia John Sinnott

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** hsshbu : Haas School of Business | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | usca : California | namz : North America | usw : Western U.S.

**PUB** Normans Media Ltd

**AN** Document MTPW000020170117ed1h0043f

REUTERS

| | |
|---|---|
| **HD** | **BRIEF-Zoom Video Communications says raised $100 mln in series D funding** |
| **WC** | 57 words |
| **PD** | 17 January 2017 |
| **ET** | 07:55 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

Jan 17 (Reuters) - Zoom Video Communications

* Says raised $100 million in series D funding

**TD**

* Zoom Video Communications - funding from Sequoia, with additional participation from Emergence Capital, Jerry Yang's AME Cloud Ventures, Qualcomm Ventures Source text for Eikon:

| | |
|---|---|
| **RF** | Released: 2017-1-17T13:55:40.000Z |
| **CO** | qualcv : Qualcomm Ventures \| qcom : Qualcomm Incorporated |
| **IN** | i81502 : Trusts/Funds/Financial Vehicles \| i8150203 : Private Equity \| ialtinv : Alternative Investments \| ifinal : Financial Services \| iinv : Investing/Securities \| iventure : Venture Capital |
| **NS** | c171 : Share Capital \| ccat : Corporate/Industrial News \| croufi : Series/Round Financing \| c17 : Corporate Funding \| c173 : Financing Agreements \| cactio : Corporate Actions \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170117ed1h00lda |

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **Qualcomm shares drop 4% on report of possible US antitrust case**

**BY** Pan Kwan Yuk

**WC** 175 words

**PD** 17 January 2017

**ET** 14:06

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Qualcomm, the world's largest mobile chipmaker, saw more than $4.3bn wiped off its market value on Tuesday after a report said the company could be sued by US regulators over its business practices.

Shares in the company fell 4.2 per cent to $63.96 and reduced the group's market cap to $96.4bn.

**TD**

San Diego-based Qualcomm first disclosed in 2014 that the Federal Trade Commission was investigating its licensing practices.

The semiconductor maker is already facing a string of similar probes around the world over its licensing practices for technologies that are core to high-speed wireless communications standards.

Last month, South Korea fined Qualcomm Won1.03tn ($854m), accusing the company of abusing its market dominance in wireless chips to force "excessive" licensing fees on smartphone makers. That comes after Qualcomm agreed to pay $975m to settle a complaint in China in February 2015.

The company is also the subject of investigations in the EU and Taiwan.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1522 : Share Price Movement/Disruptions | c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | c15 : Financial Performance | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170117ed1h00ayh

**Qualcomm Drops 4% as Bloomberg Says FTC Prepares Suit over Licensing Terms**
Barron's Blogs, 15:36, 17 January 2017, 99 words, (English)
Shares of wireless chip giant Qualcomm (QCOM) dropped sharply this afternoon, and are down $2.86, over 4%, at $64.02, after Bloomberg's Ian King, David McLaughlin, and Susan Decker this afternoon reported that the U.S. Federal Trade ...
Document WCBBE00020170117ed1h002xl

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **Qualcomm said to face U.S. antitrust case on licensing practices - BBG**

**WC** 127 words

**PD** 17 January 2017

**ET** 14:46

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

Jan 17 (Reuters) - Qualcomm Inc is set to face a U.S. antitrust case for allegedly using unfair practices in the way the chipmaker licenses its technology, Bloomberg reported, citing people familiar with the matter. (http://bloom.bg/2iLeYus)

Qualcomm's shares fell 4.5 percent to $63.90.

**TD**

The company's technology licensing business has driven profits for years, thanks to the royalties it collects on the chip technology developed by its chipmaking unit.

In 2014, Qualcomm disclosed that the Federal Trade Commission was investigating its licensing practices.

Qualcomm and FTC were not immediately available for comment. (Reporting by Anya George Tharakan in Bengaluru; Editing by Maju Samuel)

**RF** Released: 2017-1-17T20:46:35.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | c13 : Regulation/Government Policy | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170117ed1h012w2

FT FINANCIAL TIMES

**HD** **US regulators bring antitrust case against Qualcomm over licensing**

**BY** Richard Waters

**WC** 304 words

**PD** 17 January 2017

**ET** 16:32

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

US regulators on Tuesday sued Qualcomm over the way it licenses its technology for mobile phones, hitting at the business that generates the bulk of the profits for the US chip company.

The case follows an investigation that was started in 2014, and has accelerated in recent weeks as the Federal Trade Commission moved towards filing a high-profile antitrust case just days before a new administration takes control in Washington.

**TD**

Qualcomm's shares fell by more than 4 per cent earlier in the day after Bloomberg reported the impending action, as investors worried that the company would be forced to change the way it negotiates with handset makers. The action comes three weeks after South Korea said it would slap a $854m fine on the company over similar licensing concerns.

The US complaint centres on patents that other companies need to license to implement communications standards like 3G. Given the obligatory use of these so-called standards essential patents, companies like Qualcomm agree to certain limits in how they negotiate licences.

Qualcomm forces cell phone makers to pay higher royalties by "threatening to disrupt [their] supply of baseband processors," according to the US lawsuit, which was filed in federal court in California.

FTC commissioners voted 2-1 in favour of suing. The agency has been operating with just three commissioners ahead of the change of administration, instead of the typical five.

In an unusual statement of dissent, commissioner Maureen Ohlhausen claimed the action was based on a "flawed legal theory… that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine US intellectual property rights in Asia and worldwide."

Qualcomm did not immediately respond to a request for comment.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170117ed1h00ci1

**Qualcomm: FTC Alleges Special Deal with Apple**

Barron's Blogs, 16:18, 17 January 2017, 299 words, (English)

Confirming a report this afternoon by reporters, the Federal Trade Commission announced just after market close that it has filed a complaint against the company, alleging, "by threatening to disrupt cell phone manufacturers' supply of ...

Document WCBBE00020170117ed1h0035x

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Mobile chipmaker Qualcomm hit with US antitrust suit**

**WC** 334 words

**PD** 17 January 2017

**ET** 16:47

**SN** Agence France Presse

**SC** AFPR

**LA** English

**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Mobile chip giant Qualcomm was hit Tuesday with a US antitrust suit alleging it abused its dominant position in the market for processors used in cell phones and other devices.

The US Federal Trade Commission filed a lawsuit in federal court in California claiming Qualcomm's practices amount to "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

**TD**

Qualcomm, which is the dominant provider of chips for smartphones, has faced similar antitrust investigations in the European Union and China, and last month was hit with a record fine of $850 million by South Korean enforcement regulators.

In the US lawsuit, the FTC said Qualcomm's policy is to supply its processors only on the condition that cell phone manufacturers agree to Qualcomm's "preferred license terms" for patents which are essential for mobile communications.

"By using its monopoly power to obtain elevated royalties that apply to baseband processors supplied by its competitors, Qualcomm in effect collects a 'tax' on cell phone manufacturers when they use non-Qualcomm processors," the lawsuit said.

"This tax weakens Qualcomm's competitors, including by reducing demand for their processors, and serves to maintain Qualcomm's monopoly in baseband processor markets."

Qualcomm's actions have hurt competitors including Taiwan-based Via Technologies, which was acquired by Intel in 2015, and another Taiwan firm, MediaTek Inc.

The suit also alleges that Qualcomm "extracted exclusivity from Apple in exchange for reduced patent royalties," which prevented the iPhone maker from getting processors from Qualcomm's competitors from 2011 to 2016.

Qualcomm did not immediately respond to an AFP request for comment.

The San Diego, California, group in 2015 agreed to pay $975 million to settle antitrust charges in China.

The tech group is challenging an EU competition inquiry which could result in a fine of up to 10 percent of its annual sales, which amounted to $26.5 billion for Qualcomm in 2015.

rl/sg

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

| | |
|---|---|
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | namz : North America \| usa : United States |
| **IPD** | US |
| **PUB** | Agence France-Presse |
| **AN** | Document AFPR000020170117ed1h00h1x |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**BY** By Brent Kendall

**WC** 270 words

**PD** 17 January 2017

**ET** 17:02

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufactures and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

17-01-17 2202GMT

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170117ed1h000ju

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**BY** By Brent Kendall

**WC** 275 words

**PD** 17 January 2017

**ET** 17:03

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufactures and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:03 ET (22:03 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h003u3

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **U.S. antitrust agency sues Qualcomm over patent licensing**

**WC** 115 words

**PD** 17 January 2017

**ET** 16:05

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

WASHINGTON, Jan 17 (Reuters) - The U.S. Federal Trade Commission filed a lawsuit against Qualcomm Inc on Tuesday, accusing the company of antitrust violations in its patent licensing business.

The FTC, which works with the Justice Department to enforce antitrust law, said that Qualcomm used its dominance in supplying baseband processors used in smartphones and tablets to extract elevated royalties for patents in what the complaint dubbed a "no license-no chips" policy.

**TD**

The lawsuit was filed in the U.S. District Court for the Northern District of California in San Jose.

(Reporting by Diane Bartz; editing by Diane Craft)

**RF** Released: 2017-1-17T22:05:49.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | c41 : Management | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170117ed1h015o4

**Qualcomm Disputes FTC Allegation, Calls Action 'Rushed'**

Barron's Blogs, 17:43, 17 January 2017, 812 words, (English)

Shares of Qualcomm (QCOM) are up 16 cents at $64.35, in late trading, after the U.S. Federal Trade Commission said it brought a complaint against the company alleging it used "anticompetitive" practices to maintain a "monopoly" in the ...

Document WCBBE00020170117ed1h003s5

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm Responds to Complaint from U.S. Federal Trade Commission**

**WC** 906 words

**PD** 17 January 2017

**ET** 17:50

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

-- Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices --

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- The U.S. Federal Trade Commission (FTC) has filed a complaint today against Qualcomm in the U.S. District Court in the Northern District of California. The FTC's complaint alleges that certain Qualcomm's business practices, which have enabled the growth and advancement of mobile communications worldwide, are in violation of U.S. competition law. Qualcomm believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

**TD**

The portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary -- the central thesis of the complaint -- is wrong.

As FTC Commissioner Maureen Ohlhausen (who voted against the filing) explained in what she notes is a rare dissenting statement, the Commission's 2-1 decision to sue Qualcomm is "an enforcement action based on a flawed legal theory (including a standalone Section 5 count) that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine U.S. intellectual property rights in Asia and worldwide." As Commissioner Ohlhausen notes, it is telling that the complaint does not allege that Qualcomm charges above fair and reasonable royalties.

Despite an appeal from members of Congress to refrain from "midnight litigation" with novel and untested legal theories that could damage competition in the U.S., the FTC accelerated the investigation of Qualcomm and directed the filing of the complaint just days before the change of the Administration though only three of five FTC commissioners are in place.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new Administration, which reflects a sharp break from FTC practice," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated. "In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions. In fact, Qualcomm was still receiving requests for information from the agency that would be necessary to an informed view of the facts when it became apparent that the FTC was driving to file a complaint before the transition to the new Administration. We have grave concerns about the two Commissioners' decision to bring this case despite a lack of evidence supporting the allegations and theories in the complaint. We look forward to defending our business in federal court, where we are confident we will prevail on the merits."

Rosenberg added, "Qualcomm has been the leader in innovation and invention in the mobile industry for more than 30 years. We have invested billions of dollars in research and development in fundamental mobile technologies that enable the applications and services that have become an essential part of our daily life. Our

contribution of these technologies to standard setting organizations and our broad-based licensing of those technologies on fair, reasonable and non-discriminatory terms has facilitated the explosive growth of the mobile communications industry worldwide, brought enormous benefits to consumers, and fostered competition. Qualcomm's investments and the work of its 30,000 employees have given consumers the ability to access the Internet and massive amounts of data instantaneously on their mobile devices. The historically unprecedented level of innovation and extraordinarily successful worldwide adoption of mobile technology, and the vibrant competition within the industry, make it difficult to understand why the FTC decided to act in this case. The intellectual-property-rights policies of the cellular standards organizations do not require licensing at the component level, and the FTC does not have the authority to rewrite industry policy. That is for the industry, not a regulator, to decide."

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire,
visit:
http://www.prnewswire.com/news-releases/qualcomm-responds-to-complaint-from-us-federal-trade-commission-300392395.html

SOURCE Qualcomm Incorporated

(END)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | namz : North America

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170117ed1h000vj

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update**

**BY** By Brent Kendall
**WC** 476 words
**PD** 17 January 2017
**ET** 17:51
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:51 ET (22:51 GMT)

| | |
|---|---|
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ntop : Top Wire News \| nttwn : Today's Top Wire News \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis |
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170117ed1h0041y |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD ***Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

WC 324 words
PD 17 January 2017
ET 16:03
SN Dow Jones Institutional News
SC DJDN
LA English
CY Copyright © 2017, Dow Jones & Company, Inc.

LP

17 Jan 2017 16:03 ET *FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones

17 Jan 2017 16:03 ET *FTC Seeks Court Order Barring Qualcomm Tactics

TD

17 Jan 2017 16:48 ET Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm

By Brent Kendall

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufactures and hobble competitors.

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 16:48 ET (21:48 GMT)

CO ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

| | |
|---|---|
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ntop : Top Wire News \| nttwn : Today's Top Wire News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis |
| **RE** | usca : California \| usw : Western U.S. \| namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170117ed1h003ts |

DOW JONES NEWSWIRES

HD **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update**

BY By Brent Kendall

WC 476 words

PD 17 January 2017

ET 18:06

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

TD

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 18:06 ET (23:06 GMT)

| | |
|---|---|
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170117ed1h0046e |

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **U.S. antitrust agency sues Qualcomm over patent licensing**

**WC** 516 words

**PD** 17 January 2017

**ET** 18:19

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

WASHINGTON (Reuters) - The U.S. Federal Trade Commission filed a lawsuit against Qualcomm Inc on Tuesday, accusing the company of using "anticompetitive" tactics to maintain its monopoly on a key semiconductor used in mobile phones.

The FTC, which works with the Justice Department to enforce antitrust law, said that San Diego-based Qualcomm used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers and to weaken competitors.

**TD**

Qualcomm said in a statement that it would "vigorously contest" the complaint and denied FTC allegations that it threatened to withhold chips in order to collect unreasonable licensing fees.

Qualcomm shares fell 4 percent to $64.19 on Tuesday.

The complaint is likely the agency's last major action under current Democratic Chairwoman Edith Ramirez, who will step down Feb. 10, and comes just days before U.S. President-elect Donald Trump takes office on Friday.

Trump is expected to name Republican Commissioner Maureen Ohlhausen as acting FTC chairwoman and will fill three vacancies that will reshape the agency.

Ramirez and fellow Democrat Terrell McSweeny voted to approve the complaint but Ohlhausen dissented, saying that the lawsuit was based on a "flawed legal theory ... that lacks economic and evidentiary support."

In its complaint, the FTC said the patents that Qualcomm sought to license are standard essential patents, which means that the industry uses them widely and they are supposed to be licensed on fair, reasonable and non-discriminatory terms.

The FTC complaint also accused Qualcomm of refusing to license some standard essential patents to rival chipmakers, and of entering into an exclusive deal with Apple Inc.

"Qualcomm's customers have accepted elevated royalties and other license terms that do not reflect an assessment of terms that a court or other neutral arbiter would determine to be fair and reasonable," the FTC said in its complaint.

The FTC asked the U.S. District Court for the Northern District of California in San Jose to order Qualcomm to end these practices.

For its part, Qualcomm accused the FTC of a last-minute dash to court.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration," Don Rosenberg, Qualcomm general counsel, said in a statement. "We look forward to defending our business in federal court, where we are confident we will prevail."

The company has faced a series of antitrust rulings and investigations from regulators across the globe.

South Korea's antitrust regulator fined Qualcomm Inc 1.03 trillion won ($854 million) in December for what it called unfair practices in patent licensing, a decision the U.S. chipmaker said it will challenge in court.

In February 2015, Qualcomm paid a $975 million fine in China following a 14-month probe, while the European Union in December 2015 accused it of abusing its market power to thwart rivals.

(Reporting by Diane Bartz; Editing by Soyoung Kim and Alan Crosby)

**RF** Released: 2017-1-17T23:19:46.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:OUSBSM

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170117ed1h012yt

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **HD** | **FTC sues Qualcomm alleging monopoly of semiconductor device** |
| **WC** | 143 words |
| **PD** | 17 January 2017 |
| **ET** | 18:42 |
| **SN** | Associated Press Newswires |
| **SC** | APRS |
| **LA** | English |
| **CY** | (c) 2017. The Associated Press. All Rights Reserved. |

**LP**

NEW YORK (AP) — The Federal Trade Commission is suing Qualcomm Inc. for allegedly maintaining a monopoly over a key device used in cellphones and other electronics.

The agency said Tuesday that Qualcomm, the world's dominant supplier of baseband processors, imposes "onerous" licensing terms on manufacturers and weakens its rivals.

**TD**

The FTC is seeking a court order to undo and prevent Qualcomm's methods.

In a statement, San Diego-based Qualcomm said it believes that the FTC complaint is flawed and advances the interests of companies that have earned billions of dollars made possible by "innovators" such as itself. The chipmaker also noted that the FTC filed its complaint even though only three of five FTC commissioners are in place.

The FTC lawsuit was filed in U.S. District Court for the Northern District of California.

| | |
|---|---|
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | US |
| **IPC** | f |
| **PUB** | The Associated Press |
| **AN** | Document APRS000020170117ed1h00grl |

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Mobile chipmaker Qualcomm hit with US antitrust suit**

**WC** 451 words

**PD** 17 January 2017

**ET** 18:45

**SN** Agence France Presse

**SC** AFPR

**LA** English

**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Mobile chip giant Qualcomm was hit Tuesday with a US antitrust suit alleging it abused its dominant position in the market for processors used in cell phones and other devices.

The US Federal Trade Commission filed a lawsuit in federal court in California claiming Qualcomm's practices amount to "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

**TD**

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

"In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions," Qualcomm general counsel Don Rosenberg said in a released statement.

Qualcomm, which is the dominant provider of chips for smartphones, has faced similar antitrust investigations in the European Union and China, and last month was hit with a record fine of $850 million by South Korean enforcement regulators.

In the US lawsuit, the FTC said Qualcomm's policy is to supply its processors only on the condition that cell phone manufacturers agree to Qualcomm's "preferred license terms" for patents which are essential for mobile communications.

"By using its monopoly power to obtain elevated royalties that apply to baseband processors supplied by its competitors, Qualcomm in effect collects a 'tax' on cell phone manufacturers when they use non-Qualcomm processors," the lawsuit said.

"This tax weakens Qualcomm's competitors, including by reducing demand for their processors, and serves to maintain Qualcomm's monopoly in baseband processor markets."

Qualcomm's actions have hurt competitors including Taiwan-based Via Technologies, which was acquired by Intel in 2015, and another Taiwan firm, MediaTek Inc.

The suit also alleges that Qualcomm "extracted exclusivity from Apple in exchange for reduced patent royalties," which prevented the iPhone maker from getting processors from Qualcomm's competitors from 2011 to 2016.

Qualcomm general counsel Rosenberg maintained that the FTC sped up the investigation, filing the suit just days before a change in the US presidential administration and with only three of five agency commissioners in place.

"This is an extremely disappointing decision to rush to file a complaint," Rosenberg said.

"It became apparent that the FTC was driving to file a complaint before the transition to the new administration."

The San Diego, California, group in 2015 agreed to pay $975 million to settle antitrust charges in China.

The tech group is challenging an EU competition inquiry which could result in a fine of up to 10 percent of its annual sales, which amounted to $26.5 billion for Qualcomm in 2015.

gc-rl/sg

| | |
|---|---|
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | namz : North America \| usa : United States |
| **IPD** | Lead |
| **PUB** | Agence France-Presse |
| **AN** | Document AFPR000020170117ed1h00ili |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update**

BY By Brent Kendall

WC 573 words

PD 17 January 2017

ET 17:57

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

TD

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

Qualcomm said it would fight the FTC's suit, which it said is based on flawed legal theory and "significant misconceptions about the mobile technology industry." The company said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and it accused the FTC of filing the complaint before it had all the facts.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration, which reflects a sharp break from FTC practice," said Don Rosenberg, Qualcomm executive vice president and general counsel.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump

Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:57 ET (22:57 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0040c

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update**

**BY** By Brent Kendall

**WC** 573 words

**PD** 17 January 2017

**ET** 18:12

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

Qualcomm said it would fight the FTC's suit, which it said is based on flawed legal theory and "significant misconceptions about the mobile technology industry." The company said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and it accused the FTC of filing the complaint before it had all the facts.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration, which reflects a sharp break from FTC practice," said Don Rosenberg, Qualcomm executive vice president and general counsel.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump



PX333

Page 7285

Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 18:12 ET (23:12 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0045e

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **BRIEF-Qualcomm responds to complaint from U.S. Federal Trade Commission** |
| **WC** | 122 words |
| **PD** | 17 January 2017 |
| **ET** | 18:01 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

Jan 17 (Reuters) - Qualcomm Inc

**TD**

* Qualcomm responds to complaint from u.s. Federal Trade Commission

* Qualcomm Inc - "Has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms"

* Qualcomm Inc - Portrayal of facts offered by FTC as basis for agency's case is "significantly flawed"

* Will vigorously contest complaint and defend its business practices

* Qualcomm-"grave concerns" about 2 commissioners' decision to bring the case despite lack of evidence supporting allegations and theories in complaint

* Qualcomm - "This is an extremely disappointing decision to rush to file a complaint on eve of chairwoman Ramirez's departure and transition to a new administration"

| | |
|---|---|
| **RF** | Released: 2017-1-18T00:01:09.000Z |
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | ccat : Corporate/Industrial News \| gcrim : Crime/Legal Action \| gcat : Political/General News |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170117ed1h018ra |

REUTERS

HD **UPDATE 3-U.S. antitrust agency sues Qualcomm over patent licensing**

WC 531 words

PD 17 January 2017

ET 18:16

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

(Adds Qualcomm statement that it will contest lawsuit)

By Diane Bartz

TD

WASHINGTON, Jan 17 (Reuters) - The U.S. Federal Trade Commission filed a lawsuit against Qualcomm Inc on Tuesday, accusing the company of using "anticompetitive" tactics to maintain its monopoly on a key semiconductor used in mobile phones.

The FTC, which works with the Justice Department to enforce antitrust law, said that San Diego-based Qualcomm used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers and to weaken competitors.

Qualcomm said in a statement that it would "vigorously contest" the complaint and denied FTC allegations that it threatened to withhold chips in order to collect unreasonable licensing fees.

Qualcomm shares fell 4 percent to $64.19 on Tuesday.

The complaint is likely the agency's last major action under current Democratic Chairwoman Edith Ramirez, who will step down Feb. 10, and comes just days before U.S. President-elect Donald Trump takes office on Friday.

Trump is expected to name Republican Commissioner Maureen Ohlhausen as acting FTC chairwoman and will fill three vacancies that will reshape the agency.

Ramirez and fellow Democrat Terrell McSweeny voted to approve the complaint but Ohlhausen dissented, saying that the lawsuit was based on a "flawed legal theory ... that lacks economic and evidentiary support."

In its complaint, the FTC said the patents that Qualcomm sought to license are standard essential patents, which means that the industry uses them widely and they are supposed to be licensed on fair, reasonable and non-discriminatory terms.

The FTC complaint also accused Qualcomm of refusing to license some standard essential patents to rival chipmakers, and of entering into an exclusive deal with Apple Inc.

"Qualcomm's customers have accepted elevated royalties and other license terms that do not reflect an assessment of terms that a court or other neutral arbiter would determine to be fair and reasonable," the FTC said in its complaint.

The FTC asked the U.S. District Court for the Northern District of California in San Jose to order Qualcomm to end these practices.

For its part, Qualcomm accused the FTC of a last-minute dash to court.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration," Don Rosenberg, Qualcomm general counsel, said in a statement. "We look forward to defending our business in federal court, where we are confident we will prevail."

The company has faced a series of antitrust rulings and investigations from regulators across the globe.

South Korea's antitrust regulator fined Qualcomm Inc 1.03 trillion won ($854 million) in December for what it called unfair practices in patent licensing, a decision the U.S. chipmaker said it will challenge in court.

In February 2015, Qualcomm paid a $975 million fine in China following a 14-month probe, while the European Union in December 2015 accused it of abusing its market power to thwart rivals. (Reporting by Diane Bartz; Editing by Soyoung Kim and Alan Crosby)

**RF** Released: 2017-1-18T00:16:27.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | c41 : Management | ccat : Corporate/Industrial News | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170117ed1h016il

 © 2023 Factiva, Inc. All rights reserved.

**SE** Business

**HD** **U.S. FTC Sues Qualcomm For Anti-competitive Practices**

**WC** 358 words

**PD** 17 January 2017

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2017 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - The U.S. Federal Trade Commission said it filed a complaint in federal district court charging Qualcomm Inc. (QCOM) with using anticompetitive tactics to maintain its monopoly in the supply of a key semiconductor device used in cell phones and other consumer products.

Responding to Complaint from U.S. Federal Trade Commission, Qualcomm said it believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

**TD**

Qualcomm said it will vigorously contest complaint and defend its business practices

Qualcomm noted that the portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary -- the central thesis of the complaint -- is wrong.

The FTC alleged that Qualcomm has used its dominant position as a supplier of certain baseband processors to impose onerous and anticompetitive supply and licensing terms on cell phone manufacturers and to weaken competitors.

According to the complaint, by threatening to disrupt cell phone manufacturers' supply of baseband processors, Qualcomm obtains elevated royalties and other license terms for its standard-essential patents that manufacturers would otherwise reject. These royalties amount to a tax on the manufacturers' use of baseband processors manufactured by Qualcomm's competitors, a tax that excludes these competitors and harms competition. Increased costs imposed by this tax are passed on to consumers, the complaint alleges.

By excluding competitors, Qualcomm impedes innovation that would offer significant consumer benefits, including those that foster the increased interconnectivity of consumer products, vehicles, buildings, and other items commonly referred to as the Internet of Things.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2017 RTTNews.com. All Rights Reserved

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020170118ed1h000gp

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

**HD** **Qualcomm Responds to Complaint from U.S. Federal Trade Commission; Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices**

**WC** 876 words

**PD** 17 January 2017

**SN** M2 Presswire

**SC** MTPW

**LA** English

**CY** © 2017, M2 Communications. All rights reserved.

**LP**

SAN DIEGO — The U.S. Federal Trade Commission (FTC) has filed a complaint today against Qualcomm in the U.S. District Court in the Northern District of California. The FTC's complaint alleges that certain Qualcomm's business practices, which have enabled the growth and advancement of mobile communications worldwide, are in violation of U.S. competition law. Qualcomm believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

**TD**

The portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary — the central thesis of the complaint — is wrong.

As FTC Commissioner Maureen Ohlhausen (who voted against the filing) explained in what she notes is a rare dissenting statement, the Commission's 2-1 decision to sue Qualcomm is "an enforcement action based on a flawed legal theory (including a standalone Section 5 count) that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine U.S. intellectual property rights in Asia and worldwide." As Commissioner Ohlhausen notes, it is telling that the complaint does not allege that Qualcomm charges above fair and reasonable royalties.

Despite an appeal from members of Congress to refrain from "midnight litigation" with novel and untested legal theories that could damage competition in the U.S., the FTC accelerated the investigation of Qualcomm and directed the filing of the complaint just days before the change of the Administration though only three of five FTC commissioners are in place.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new Administration, which reflects a sharp break from FTC practice," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated. "In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions. In fact, Qualcomm was still receiving requests for information from the agency that would be necessary to an informed view of the facts when it became apparent that the FTC was driving to file a complaint before the transition to the new Administration. We have grave concerns about the two Commissioners' decision to bring this case despite a lack of evidence supporting the allegations and theories in the complaint. We look forward to defending our business in federal court, where we are confident we will prevail on the merits."

Rosenberg added, "Qualcomm has been the leader in innovation and invention in the mobile industry for more than 30 years. We have invested billions of dollars in research and development in fundamental mobile technologies that enable the applications and services that have become an essential part of our daily life. Our contribution of these technologies to standard setting organizations and our broad-based licensing of those technologies on fair, reasonable and non-discriminatory terms has facilitated the explosive growth of

the mobile communications industry worldwide, brought enormous benefits to consumers, and fostered competition. Qualcomm's investments and the work of its 30,000 employees have given consumers the ability to access the Internet and massive amounts of data instantaneously on their mobile devices. The historically unprecedented level of innovation and extraordinarily successful worldwide adoption of mobile technology, and the vibrant competition within the industry, make it difficult to understand why the FTC decided to act in this case. The intellectual-property-rights policies of the cellular standards organizations do not require licensing at the component level, and the FTC does not have the authority to rewrite industry policy. That is for the industry, not a regulator, to decide."

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

Qualcomm contacts: Pete Lancia John Sinnott

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | usca : California | namz : North America | usw : Western U.S.

**PUB** Normans Media Ltd

**AN** Document MTPW000020170118ed1h002s1

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

**HD** **FTC sues Qualcomm alleging monopoly of semiconductor device**

**CR** AP

**WC** 144 words

**PD** 17 January 2017

**ET** 18:43

**SN** The Canadian Press

**SC** CPR

**LA** English

**CY** (c) 2017 The Canadian Press. All rights reserved.

**LP**

NEW YORK _ The Federal Trade Commission is suing Qualcomm Inc. for allegedly maintaining a monopoly over a key device used in cellphones and other electronics.

The agency said Tuesday that Qualcomm, the world's dominant supplier of baseband processors, imposes "onerous" licensing terms on manufacturers and weakens its rivals.

**TD**

The FTC is seeking a court order to undo and prevent Qualcomm's methods.

In a statement, San Diego-based Qualcomm said it believes that the FTC complaint is flawed and advances the interests of companies that have earned billions of dollars made possible by "innovators" such as itself. The chipmaker also noted that the FTC filed its complaint even though only three of five FTC commissioners are in place.

The FTC lawsuit was filed in U.S. District Court for the Northern District of California.

**RF** 20170117CPCPB7378

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | nnam : News Agency Materials | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usa : United States | namz : North America

**IPD** B

**PUB** The Canadian Press

**AN** Document CPR0000020170118ed1h000a6

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**WC** 889 words

**PD** 17 January 2017

**ET** 17:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON—The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the semiconductor company engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm, which holds patents on essential cellular technologies, won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which force phone makers to pay elevated patent royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The complaint specifically highlighted Qualcomm's dealings with Apple Inc., saying that when the iPhone maker sought relief from high royalties, Qualcomm conditioned partial relief on Apple using Qualcomm's baseband chips exclusively from 2011 to 2016.

Qualcomm said it would fight the FTC's suit, which it said is based on flawed legal theory and "significant misconceptions about the mobile technology industry." The company said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and it accused the FTC of filing the complaint before it had all the facts.

Apple declined to comment.

Qualcomm shares fell 4% in 4 p.m. trading on the Nasdaq Stock Market, though shares regained some of those losses in after-hours trading.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cellphones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down on Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration, which reflects a sharp break from FTC practice," said Don Rosenberg, Qualcomm executive vice president and general counsel.

The FTC normally has five members but has been operating with three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump Administration to fill those openings, but an eventual Republican-majority at the FTC potentially would have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and world-wide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

The FTC action is the latest of a series of recent regulatory challenges to Qualcomm's business model. The company got about two thirds of its $23.56 billion in revenue in its latest fiscal year from selling chips, but the majority of its pretax profit comes from royalties for its technology. It typically licenses its patents to handset makers as a comprehensive package, charging a royalty of up to 5% of the wholesale price of each device, whether or not it uses a Qualcomm chip. Qualcomm typically doesn't license intellectual property to other chip makers.

South Korea's antitrust authority in late December said it would fine the company about $853 million for alleged violations, the highest such penalty levied on a company in that country. Qualcomm said it would contest that decision. The South Korean authority, like the FTC, demanded that Qualcomm cease selling chips to handset makers only if they buy a license. It also demanded that the company unbundle its patent licenses and offer them to chip makers.

Last year, Qualcomm agreed to a settlement with Chinese antitrust authorities that included a $975 million fine and required the company to alter its business practices. Chinese regulators, however, didn't challenge Qualcomm's model of charging royalties to handset makers.

In addition, The European Commission in late 2015 said it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

Write to Brent Kendall at brent.kendall@wsj.com and Ted Greenwald at Ted.Greenwald@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:00 ET (22:00 GMT)

| | |
|---|---|
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| cgymtr : Intellectual Property Rights \| ntop : Top Wire News \| nttwn : Today's Top Wire News \| ccat : Corporate/Industrial News \| cinprp : Industrial Property Rights \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis |
| **RE** | usa : United States \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170117ed1h003wc |

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **US sues Qualcomm over licensing technology for mobiles**

**BY** Richard Waters in San Francisco

**WC** 681 words

**PD** 17 January 2017

**ET** 18:24

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

The US has sued Qualcomm over the way it licenses its technology for mobile phones, hitting at the business that generates most of the US chip company's profits.

The case follows an investigation begun in 2014, but which was accelerated in recent weeks as the Federal Trade Commission moved towards filing a high-profile antitrust case just days before a new administration takes control in Washington.

**TD**

Qualcomm's shares fell more than 4 per cent on a report by Bloomberg about the impending action. It comes three weeks after South Korea said it would slap a $854m fine on the company over similar licensing concerns.

The FTC's decision to sue was on a majority 2-1 vote by its commissioners, whose ranks were depleted from the normal five ahead of the change of administration.

In an unusual statement of dissent, commissioner Maureen Ohlhausen claimed the action was based on a "flawed legal theory . . . that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine US intellectual property rights in Asia and worldwide". Ms Ohlhausen, a Republican appointee, was outvoted by the two Democratic appointees on the commission.

"Given the dissent of one commissioner and the change in administration that will bring major changes in the composition of the commission, this may be last-minute grandstanding with little danger to Qualcomm," said Erik Gordon, assistant professor at the University of Michigan's Ross School of Business.

The US complaint centres on the patents that other companies need to license to be able to implement communications standards such as 3G. Given the obligatory use of these so-called standards essential patents, companies like Qualcomm agree to certain limits on how they negotiate licences.

According to the lawsuit, filed in the Northern district of California, Qualcomm unfairly uses its other main business — selling baseband processors to handset makers — to force them to agree to pay higher royalties for its patents. Under a company policy called "no licence, no chips", Qualcomm threatens to cut off the supply of its basebands unless the customers agree to its patent licensing terms, resulting in higher fees, the FTC alleges.

The US action also challenged the chip company over its practice of only licensing its technology to handset makers, and refusing to sell it to rival makers of basebands such as Intel and Taiwan's MediaTek, which compete with it in selling components for devices like smartphones.

That complaint echoed the action late last year by South Korean regulators, who also said Qualcomm should make its technology available to component suppliers. Critics say that levying royalties only on handset

makers, based on the total cost of their products, is a way for the chipmaker to charge higher fees than it would otherwise be able to.

However, Qualcomm executives argue that only a small portion of their patents are exclusively linked to cell phone basebands, which handle communications between the device and a mobile network. They claim their technology is integral to many other aspects of how phones function, making it natural to charge based on the overall product.

In a further allegation, the FTC accused Qualcomm of giving Apple preferential royalty rates in return for buying only Qualcomm basebands between 2011 and 2016, a policy that the regulators say was designed to hurt other makers of basebands.

Qualcomm shot back at the FTC, accusing it of rushing to file a case before this week's presidential inauguration and of coming up with a complaint that was based on a flawed legal theory, a lack of economic support and misconceptions about the mobile technology industry.

"This is an extremely disappointing decision to rush to file a complaint on the eve of . . . the transition to a new administration," said Don Rosenberg, general counsel.

Qualcomm denied the central argument in the FTC's case, that it "withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms".

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170117ed1h00dt9

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **U.S. antitrust agency poised to sue Qualcomm over patent licensing-sources**

**WC** 97 words

**PD** 17 January 2017

**ET** 15:23

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

WASHINGTON, Jan 17 (Reuters) - The U.S. Federal Trade Commission is expected to sue Qualcomm Inc as early as Tuesday over alleged antitrust violations in its patent licensing business, according to people familiar with the matter.

**TD**

The FTC, which works with the Justice Department to enforce antitrust law, has been investigating San Diego-based Qualcomm for allegedly abusing its dominant market position by forcing mobile phone makers who need their chips to license an unnecessarily broad range of patents.

**RF** Released: 2017-1-17T21:23:32.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c34 : Anti-Competition Issues | c41 : Management | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170125ed1h0106t

DOW JONES NEWSWIRES

HD ***Qualcomm Responds to Complaint From U.S. FTC**

WC 1,089 words

PD 17 January 2017

ET 17:50

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

17 Jan 2017 17:51 ET *Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM

17 Jan 2017 17:51 ET *Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM

TD

17 Jan 2017 17:52 ET *Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry

17 Jan 2017 17:52 ET *Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms

17 Jan 2017 17:54 ET *Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration'

17 Jan 2017 17:54 ET *Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM

17 Jan 2017 17:57 ET Press Release: Qualcomm Responds to Complaint from U.S. Federal Trade Commission Responds to Complaint from

Qualcomm Responds to Complaint from U.S. Federal Trade Commission Responds to Complaint from

-- Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices --

PR Newswire

SAN DIEGO, Jan. 17, 2017

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- The U.S. Federal Trade Commission (FTC) has filed a complaint today against Qualcomm in the U.S. District Court in the Northern District of California. The FTC's complaint alleges that certain Qualcomm's business practices, which have enabled the growth and advancement of mobile communications worldwide, are in violation of U.S. competition law. Qualcomm believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

The portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary -- the central thesis of the complaint -- is wrong.

As FTC Commissioner Maureen Ohlhausen (who voted against the filing) explained in what she notes is a rare dissenting statement, the Commission's 2-1 decision to sue Qualcomm is "an enforcement action based on a

flawed legal theory (including a standalone Section 5 count) that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine U.S. intellectual property rights in Asia and worldwide." As Commissioner Ohlhausen notes, it is telling that the complaint does not allege that Qualcomm charges above fair and reasonable royalties.

Despite an appeal from members of Congress to refrain from "midnight litigation" with novel and untested legal theories that could damage competition in the U.S., the FTC accelerated the investigation of Qualcomm and directed the filing of the complaint just days before the change of the Administration though only three of five FTC commissioners are in place.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new Administration, which reflects a sharp break from FTC practice," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated. "In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions. In fact, Qualcomm was still receiving requests for information from the agency that would be necessary to an informed view of the facts when it became apparent that the FTC was driving to file a complaint before the transition to the new Administration. We have grave concerns about the two Commissioners' decision to bring this case despite a lack of evidence supporting the allegations and theories in the complaint. We look forward to defending our business in federal court, where we are confident we will prevail on the merits."

Rosenberg added, "Qualcomm has been the leader in innovation and invention in the mobile industry for more than 30 years. We have invested billions of dollars in research and development in fundamental mobile technologies that enable the applications and services that have become an essential part of our daily life. Our contribution of these technologies to standard setting organizations and our broad-based licensing of those technologies on fair, reasonable and non-discriminatory terms has facilitated the explosive growth of the mobile communications industry worldwide, brought enormous benefits to consumers, and fostered competition. Qualcomm's investments and the work of its 30,000 employees have given consumers the ability to access the Internet and massive amounts of data instantaneously on their mobile devices. The historically unprecedented level of innovation and extraordinarily successful worldwide adoption of mobile technology, and the vibrant competition within the industry, make it difficult to understand why the FTC decided to act in this case. The intellectual-property-rights policies of the cellular standards organizations do not require licensing at the component level, and the FTC does not have the authority to rewrite industry policy. That is for the industry, not a regulator, to decide."

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

 © 2023 Factiva, Inc. All rights reserved.

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-responds-to-complaint-from-us-federal-trade-commission-300392395.html

SOURCE Qualcomm Incorporated

(END) Dow Jones Newswires

January 17, 2017 17:57 ET (22:57 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0041w

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM** |
| **WC** | 42 words |
| **PD** | 17 January 2017 |
| **ET** | 18:05 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | |

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

January 17, 2017 17:54 ET (22:54 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

17-01-17 2305GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000kp |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration'** |
| **WC** | 45 words |
| **PD** | 17 January 2017 |
| **ET** | 18:04 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:54 ET (22:54 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2304GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000ko |

DOW JONES
NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms** |
| **WC** | 52 words |
| **PD** | 17 January 2017 |
| **ET** | 18:02 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:52 ET (22:52 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2302GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000kn |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry** |
| WC | 46 words |
| PD | 17 January 2017 |
| ET | 17:59 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:52 ET (22:52 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2259GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020170117ed1h000km |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM** |
| **WC** | 41 words |
| **PD** | 17 January 2017 |
| **ET** | 17:56 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br><br>January 17, 2017 17:51 ET (22:51 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br><br>17-01-17 2256GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000ki |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM** |
| **WC** | 43 words |
| **PD** | 17 January 2017 |
| **ET** | 17:55 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:51 ET (22:51 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2255GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000kg |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Responds to Complaint From U.S. FTC** |
| **WC** | 38 words |
| **PD** | 17 January 2017 |
| **ET** | 17:53 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:50 ET (22:50 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2253GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | usa : United States \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000ke |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **FTC Seeks Court Order Barring Qualcomm Tactics** |
| **WC** | 32 words |
| **PD** | 17 January 2017 |
| **ET** | 16:04 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br><br>January 17, 2017 16:03 ET (21:03 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br><br>17-01-17 2104GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ncmac : Commodities Asset Class News \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| ntop : Top Wire News \| redit : Selection of Top Stories/Trends/Analysis |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000j2 |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones** |
| **WC** | 40 words |
| **PD** | 17 January 2017 |
| **ET** | 16:04 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 17, 2017 16:03 ET (21:03 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>17-01-17 2104GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| gcrim : Crime/Legal Action \| ncmac : Commodities Asset Class News \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ccat : Corporate/Industrial News \| gcat : Political/General News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| ntop : Top Wire News \| redit : Selection of Top Stories/Trends/Analysis |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000j0 |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm Files Antitrust Lawsuit Against** |
| **WC** | 33 words |
| **PD** | 17 January 2017 |
| **ET** | 16:03 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 17, 2017 16:03 ET (21:03 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>17-01-17 2103GMT |
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ncmac : Commodities Asset Class News \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| ntop : Top Wire News \| redit : Selection of Top Stories/Trends/Analysis |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000iz |

M2 PressWIRE

HD Qualcomm announces expansion of its Design in India Program; To focus on growing mobile and IoT ecosystem in India with R&D and localization support

WC 636 words

PD 17 January 2017

SN M2 Presswire

SC MTPW

LA English

CY © 2017, M2 Communications. All rights reserved.

LP

News Highlights

- Announces winners for Qualcomm Design in India Challenge (QDIC) 2016.

TD

- Expands QDIC ‘17 to support 16 start-ups in areas of new technologies

- Invests in new Innovation Lab at Hyderabad and expansion of Innovation lab at Bangalore

NEW DELHI — Qualcomm Incorporated (NASDAQ: QCOM) today announced the top three winners of its first edition of the Qualcomm Design in India Challenge (QDIC), which was launched in December 2015, in association with the National Association of Software and Services Companies (NASSCOM ). Over the last 12 months, ten shortlisted companies were incubated with initial prize money of USD 10,000 each and engineering support at Qualcomm India ’s Innovation Lab in Bangalore where they could transform their ideas into prototypes. In the final round, the companies were judged by the jury members consisting of Industry, Government and Qualcomm executives. In addition,

the selected winners were awarded USD 100,000 each as part of the Challenge.

The winners are Carnot Technologies, IFuture Robotics and Uncanny Vision.

Qualcomm also announced investment of USD 8.5 Mn for expansion of their design initiatives in India, to be called henceforth the ‘Qualcomm Design in India Program’ (QDIP). Under this program two key initiatives were announced:

- The Qualcomm “Design in India Challenge II” will support companies in the areas of Rural technology, Biometric Devices, Payment Terminals, Agri Technology, Medical Technology and Smart Infrastructure

- Enable India mobile and IoT vendors by providing advanced Camera, Audio, and RF design in India with the launch of a new Innovation Lab at Hyderabad and expansion of the current Innovation Lab in Bangalore

Speaking on the occasion, John Han, senior vice president and general manager, Qualcomm Technology Licensing, said, “Qualcomm is passionate about innovation, every year we invest billions in risky R&D to invent technologies that bring advancements in various aspect of our lives. With Prime Minister Narendra Modi ’s vision to transform India into a digitally empowered society, Qualcomm is committed to offering support to help India’s ecosystem to grow and cater to increasing consumer choices.”

“Qualcomm Design in India Challenge is one of the most successful initiatives by Qualcomm to nurture some of the talented startups in India. After seeing the overpowering response during the 2016 edition, we decided to go ahead with a second year, as well as expanding the number of participants Qualcomm nurtures through this program from 10 to 16 participants in 2017.” said Jim Cathey, senior vice president & president, Asia Pacific & India, Qualcomm Technologies Inc .

More information on Qualcomm Design In India Challenge II is available on http://www.qualcomm.co.in/design-in-india

About Qualcomm

Qualcomm 's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc ., a subsidiary of Qualcomm Incorporated , operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm 's website, blog, Twitter and Facebook pages. Qualcomm contacts: John Sinnott Pete Lancia

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** nsffvp : National Association of Software and Service Companies | qcom : Qualcomm Incorporated

**IN** iioft : Internet-of-Things Technologies | i3302 : Computers/Consumer Electronics | i3303 : Networking | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** npress : Press Releases | c23 : Research/Development | ccat : Corporate/Industrial News | ncat : Content Types

**RE** india : India | banga : Bengaluru | karna : Karnataka | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** Normans Media Ltd

**AN** Document MTPW000020170117ed1h0043d

THE FINANCIAL EXPRESS

**SE** Technology

**HD** **Qualcomm Design in India: Three startups win $100,000 prize money; artificial intelligence is the real winner**

**BY** Sumit Chakraborty
**WC** 479 words
**PD** 17 January 2017
**SN** Financial Express
**SC** AIWFIE
**LA** English
**CY** Copyright 2017 Indian Express Online Media Pvt. Ltd.

**LP**

Qualcomm , the chip maker, in the grand finale of its Design in India challenge, announced three winners, in while each startup won a prize money of $100,000. The challenge was started by the tech major in 2015, in while more than 400 startups had participated. The event to declare the winners was organised in New Delhi today and the startups which won the awards were Uncanny Vision, Carnot Technologies and iFuture Robotics. These three were selected from the top 10 shortlisted startups. In the event were present, Union minister for Law and Justice Ravi Shankar Prasad, NASSCOM President R. Chandrashekhar, Aruna Sundararajan, Secretary to Ministry of Electronics and Information Technology and J.S Deepak, Secretary Department of Telecommunications. The tech giant Qualcomm , also announced that it will invest $8.5 million in India, with an aim to expand its design initiatives in the country.

**TD**

iFuture Robotics is a startup which makes industrial automation robots which read environment data to move and deliver objects in warehouses which reduce labour cost as well as human injuries from heavy machinery. Uncanny Vision demonstrated an intelligent surveillance camera which can solve many security problems in places like ATMs. The camera uses machine learning to detect human actions for face and movement. Meanwhile, Carnot technologies is a telematics startup for low-cost bikes. The machine that they presented could connect a bike to a user's smartphone which can be useful for the safety of the vehicle even during emergency situations.

Also read | Qualcomm to invest $8.5 million in India to support PM Narendra Modi 's vision of digitisation

In the next initiative, Qualcomm with its Design in India Challenge II will be supporting companies in fields like Rural technology, payment methods, agricultural technology, health, biometric and more. The company will also enable mobiles and Internet of Things vendors from India by giving them better Camera, RF and Audio design technology. The company said that it will launch a new Innovation lab in Hyderabad and expand its existing one in Bangalore.

You may also like to watch:

During the event, John Han, senior vice president and GM , Qualcomm technology Licensing said that the company is very passionate about innovation and it is evident in the fact that it invests a lot of money in risky research and development projects. He added that Qualcomm is committed to supporting PM Narendra Modi to help the Indian ecosystem become a digitally empowered society.

The event to declare the winners of the Qualcomm challenge was organised in New Delhi today and the startups which won the awards were Uncanny Vision, Carnot Technologies and iFuture Robotics. In the event were present, Union minister for Law and Justice Ravi Shankar Prasad and NASSCOM President R. Chandrashekhar. (FE Photo)

**CO** qcom : Qualcomm Incorporated

| | |
|---|---|
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | gpol : Domestic Politics \| grobo : Robotics \| gcat : Political/General News \| gpir : Politics/International Relations \| gsci : Sciences/Humanities |
| **RE** | india : India \| delhi : Delhi \| asiaz : Asia \| bric : BRICS Countries \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| indsubz : Indian Subcontinent \| sasiaz : Southern Asia |
| **PUB** | India Express Mumbai Limited |
| **AN** | Document AIWFIE0020170117ed1h000c4 |

 © 2023 Factiva, Inc. All rights reserved.

THE FINANCIAL EXPRESS

**SE** Technology

**HD** **Qualcomm to invest $8.5 million in India to support PM Narendra Modi 's vision of digitisation**

**BY** Sumit Chakraborty

**WC** 530 words

**PD** 17 January 2017

**SN** Financial Express

**SC** AIWFIE

**LA** English

**CY** Copyright 2017 Indian Express Online Media Pvt. Ltd.

**LP**

Technology major Qualcomm has announced that it will invest $8.5 million in India, with an aim to expand its digital design initiatives in the country. The Design in India challenge was announced back two years ago in 2015 and had around 400 participating members. Today, at an event, three startups among the top 10 participants who were shortlisted, won a prize money of $100,000 each. The event was also attended by Union minister for Law and Justice Ravi Shankar Prasad and NASSCOM President R. Chandrashekhar. The startups which won the prizes were iFuture Robotics, Uncanny Vision and Carnot Technologies. During the event, John Han, senior vice president and GM , Qualcomm technology Licensing said that the company is very passionate about innovation and it is evident in the fact that it invests a lot of money in risky research and development projects. He added that Qualcomm is committed to supporting PM Narendra Modi to help the Indian ecosystem become a digitally empowered society.

**TD**

At the event, Ravi Shankar Prasad said that Indians are now more desirous of technology than ever before. He said that India is ready for innovations in digital designs. He asked the young entrepreneurs to work more towards India-focused research including rural health and education. HE also talked about how Adhaar card's technological prowess is now admired globally. Prasad also insisted on the need of more human resource in the area of research and talked about how the government is trying to create an ecosystem suitable for startups. He also asked Qualcomm to make a chip which is integral to the Aadhaar itself.

Also read | Qualcomm Design in India: Three startups win $100,000 prize money; artificial intelligence is the real winner

Among the prize winners, iFuture Robotics is a startup which makes industrial automation robots which read environment data to move and deliver objects in warehouses which reduce labour cost as well as human injuries from heavy machinery. Uncanny Vision demonstrated an intelligent surveillance camera which can solve many security problems in places like ATMs. The camera uses machine learning to detect human actions for face and movement. Meanwhile, Carnot technologies is a telematics startup for low-cost bikes. The machine that they presented could connect a bike to a user's smartphone which can be useful for the safety of the vehicle even during emergency situations.

You may also like to watch:

In the next initiative, Qualcomm with its Design in India Challenge II will be supporting companies in fields like Rural technology, payment methods, agricultural technology, health, biometric and more. The company will also enable mobiles and Internet of Things vendors from India by giving them better Camera, RF and Audio design technology. The company said that it will launch a new Innovation lab in Hyderabad and expand its existing one in Bangalore.

Qualcomm's Design in India challenge was announced two years ago in 2015 and had around 400 participating members. Today, at an event, three startups among the top 10 participants who were shortlisted, won a prize money of $100,000 each.

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** gpol : Domestic Politics | grobo : Robotics | c23 : Research/Development | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gsci : Sciences/Humanities

**RE** india : India | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** India Express Mumbai Limited

**AN** Document AIWFIE0020170117ed1h000bz

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm announces expansion of its Design in India Program**

**WC** 637 words

**PD** 17 January 2017

**ET** 03:00

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

To focus on growing mobile and IoT ecosystem in India with R&D and localization support

NEW DELHI, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced the top three winners of its first edition of the Qualcomm Design in India Challenge (QDIC), which was launched in December 2015, in association with the National Association of Software and Services Companies (NASSCOM ). Over the last 12 months, ten shortlisted companies were incubated with initial prize money of USD 10,000 each and engineering support at Qualcomm India 's Innovation Lab in Bangalore where they could transform their ideas into prototypes. In the final round, the companies were judged by the jury members consisting of Industry, Government and Qualcomm executives. In addition, the selected winners were awarded USD 100,000 each as part of the Challenge.

**TD**

The winners are Carnot Technologies, IFuture Robotics and Uncanny Vision.

Qualcomm also announced investment of USD 8.5 Mn for expansion of their design initiatives in India, to be called henceforth the 'Qualcomm Design in India Program' (QDIP). Under this program two key initiatives were announced:

```
   -- The
Qualcomm  "Design in India Challenge II" will support companies in the
      areas of Rural Technology, Biometric Devices, Payment Terminals, Agri
      Technology, Medical Technology and Smart Infrastructure

   -- Enable India mobile and IoT vendors by providing advanced Camera, Audio,
      and RF design in India with the launch of a new Innovation Lab at
      Hyderabad and expansion of the current Innovation Lab in Bangalore
```

Speaking on the occasion, John Han, senior vice president and general manager, Qualcomm Technology Licensing, said, "Qualcomm is passionate about innovation, every year we invest billions in risky R&D to invent technologies that bring advancements in various aspect of our lives. With Prime Minister Narendra Modi 's vision to transform India into a digitally empowered society, Qualcomm is committed to offering support to help India's ecosystem to grow and cater to increasing consumer choices."

"Qualcomm Design in India Challenge is one of the most successful initiatives by Qualcomm to nurture some of the talented start-ups in India. After seeing the overpowering response during the 2016 edition, we decided to go ahead with a second year, as well as expanding the number of participants Qualcomm nurtures through this program from 10 to 16 participants in 2017," said Jim Cathey, senior vice president & president, Asia Pacific & India, Qualcomm Technologies, Inc .

More information on Qualcomm Design In India Challenge II is available on http://www.qualcomm.co.in/design-in-india

About Qualcomm

Qualcomm 's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc ., a subsidiary of Qualcomm Incorporated , operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm 's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Dechama Uthappa, Qualcomm India Public Relations

Phone: +91 9845087220

Email: duthappa@qti.qualcomm.com

John Sinnott , Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-announces-expansion-of-its-design-in-india-program-300391628.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END)

**CO** nsffvp : National Association of Software and Service Companies | qcom : Qualcomm Incorporated

**IN** iioft : Internet-of-Things Technologies | i3302 : Computers/Consumer Electronics | i3303 : Networking | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** npress : Press Releases | ncat : Content Types

**RE** india : India | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170117ed1h0001c

DOW JONES NEWSWIRES

**HD** **Press Release: Qualcomm announces expansion of its Design in India Program**

**WC** 706 words

**PD** 17 January 2017

**ET** 05:41

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm announces expansion of its Design in India Program

To focus on growing mobile and IoT ecosystem in India with R&D and localization support

**TD**

News Highlights

- Announces winners for Qualcomm Design in India Challenge (QDIC) 2016.

- Expands QDIC '17 to support 16 start-ups in areas of new technologies

- Invests in new Innovation Lab at Hyderabad and expansion of Innovation lab at Bangalore

PR Newswire

NEW DELHI, Jan. 17, 2017

NEW DELHI, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced the top three winners of its first edition of the Qualcomm Design in India Challenge (QDIC), which was launched in December 2015, in association with the National Association of Software and Services Companies (NASSCOM ). Over the last 12 months, ten shortlisted companies were incubated with initial prize money of USD 10,000 each and engineering support at Qualcomm India 's Innovation Lab in Bangalore where they could transform their ideas into prototypes. In the final round, the companies were judged by the jury members consisting of Industry, Government and Qualcomm executives. In addition, the selected winners were awarded USD 100,000 each as part of the Challenge.

The winners are Carnot Technologies, IFuture Robotics and Uncanny Vision.

Qualcomm also announced investment of USD 8.5 Mn for expansion of their design initiatives in India, to be called henceforth the 'Qualcomm Design in India Program' (QDIP). Under this program two key initiatives were announced:

```
   -- The
Qualcomm  "Design in India Challenge II" will support companies in the
      areas of Rural Technology, Biometric Devices, Payment Terminals, Agri
      Technology, Medical Technology and Smart Infrastructure

   -- Enable India mobile and IoT vendors by providing advanced Camera, Audio,
      and RF design in India with the launch of a new Innovation Lab at
      Hyderabad and expansion of the current Innovation Lab in Bangalore
```

Speaking on the occasion, John Han, senior vice president and general manager, Qualcomm Technology Licensing, said, "Qualcomm is passionate about innovation, every year we invest billions in risky R&D to invent

 © 2023 Factiva, Inc. All rights reserved.

PX333

Page 7321

technologies that bring advancements in various aspect of our lives. With Prime Minister Narendra Modi 's vision to transform India into a digitally empowered society, Qualcomm is committed to offering support to help India's ecosystem to grow and cater to increasing consumer choices."

"Qualcomm Design in India Challenge is one of the most successful initiatives by Qualcomm to nurture some of the talented start-ups in India. After seeing the overpowering response during the 2016 edition, we decided to go ahead with a second year, as well as expanding the number of participants Qualcomm nurtures through this program from 10 to 16 participants in 2017," said Jim Cathey, senior vice president & president, Asia Pacific & India, Qualcomm Technologies, Inc .

More information on Qualcomm Design In India Challenge II is available on http://www.qualcomm.co.in/design-in-india

About Qualcomm

Qualcomm 's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc ., a subsidiary of Qualcomm Incorporated , operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm 's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Dechama Uthappa, Qualcomm India Public Relations

Phone: +91 9845087220

Email: duthappa@qti.qualcomm.com

John Sinnott , Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-announces-expansion-of-its-design-in-india-program-300391628.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END) Dow Jones Newswires

January 17, 2017 05:41 ET (10:41 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | npress : Press Releases | ncat : Content Types | nfact : Factiva Filters

 © 2023 Factiva, Inc. All rights reserved.

**RE** india : India | banga : Bengaluru | delhi : Delhi | karna : Karnataka | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0012o

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 01/17/2017 to 01/17/2017 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 47 |
| Timestamp | 5 June 2023 11:48 |

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Incorporated**

**Appendix 8 – News Stories (New Terms List)**

**01.17.2017-01.17.2017**

DOW JONES

Landmark Study on Impact of 5G Mobile Technology Released ....3

Press Release: Landmark Study on Impact of 5G Mobile Technology Released ....6

Landmark Study on Impact of 5G Mobile Technology Released; 5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and... ....9

BRIEF-Zoom Video Communications says raised $100 mln in series D funding ....11

Qualcomm shares drop 4% on report of possible US antitrust case ....12

Qualcomm Drops 4% as Bloomberg Says FTC Prepares Suit over Licensing Terms ....13

Qualcomm said to face U.S. antitrust case on licensing practices - BBG ....14

US regulators bring antitrust case against Qualcomm over licensing ....15

Qualcomm: FTC Alleges Special Deal with Apple ....17

Mobile chipmaker Qualcomm hit with US antitrust suit ....18

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....20

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....22

U.S. antitrust agency sues Qualcomm over patent licensing ....24

Qualcomm Disputes FTC Allegation, Calls Action ‘Rushed' ....25

Qualcomm Responds to Complaint from U.S. Federal Trade Commission ....26

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update ....28

*Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....30

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update ....32

U.S. antitrust agency sues Qualcomm over patent licensing ....34

FTC sues Qualcomm alleging monopoly of semiconductor device ....36

Mobile chipmaker Qualcomm hit with US antitrust suit ....37

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update ....39

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update ....41

BRIEF-Qualcomm responds to complaint from U.S. Federal Trade Commission ....43

UPDATE 3-U.S. antitrust agency sues Qualcomm over patent licensing ....44

U.S. FTC Sues Qualcomm For Anti-competitive Practices ....46

Qualcomm Responds to Complaint from U.S. Federal Trade Commission; Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices ....48

FTC sues Qualcomm alleging monopoly of semiconductor device ....50

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....51

US sues Qualcomm over licensing technology for mobiles ....53

 © 2023 Factiva, Inc. All rights reserved.

U.S. antitrust agency poised to sue Qualcomm over patent licensing-sources ........ 55

*Qualcomm Responds to Complaint From U.S. FTC ........ 56

Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM ........ 59

Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration' ........ 60

Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms ........ 61

Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry ........ 62

Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM ........ 63

Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM ........ 64

Qualcomm Responds to Complaint From U.S. FTC ........ 65

FTC Seeks Court Order Barring Qualcomm Tactics ........ 66

FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones ........ 67

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm Files Antitrust Lawsuit Against ........ 68

Qualcomm announces expansion of its Design in India Program; To focus on growing mobile and IoT ecosystem in India with R&D and localization support ........ 69

Qualcomm Design in India: Three startups win $100,000 prize money; artificial intelligence is the real winner ........ 71

Qualcomm to invest $8.5 million in India to support PM Narendra Modi 's vision of digitisation ........ 73

Qualcomm announces expansion of its Design in India Program ........ 75

Press Release: Qualcomm announces expansion of its Design in India Program ........ 77

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Landmark Study on Impact of 5G Mobile Technology Released**

**WC** 971 words

**PD** 17 January 2017

**ET** 03:00

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and Services by 2035

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced that its subsidiary, Qualcomm Technologies, Inc. commissioned and released a landmark study, The 5G Economy, examining the potential economic and social impact of 5G around the world. The study was conducted jointly by research firms IHS Markit, PSB and leading economist Professor Dr. David Teece, director of the Tusher Center at the Haas School of Business, U.C. California, and principal executive officer of the Berkeley Research Group (BRG).

**TD**

The 5G Economy includes an economic impact study conducted by IHS Markit and validated by Dr. David Teece, as well as opinion research about the expectations for 5G among business and technology leaders carried out by PSB. The combined findings of the study show how 5G will profoundly affect the global economy and that business decision makers in technology and other industries overwhelmingly believe in the transformational nature of 5G.

"These respected researchers confirmed our strong belief that 5G will be a fundamental game changer," said Qualcomm CEO Steve Mollenkopf. "We have been hard at work helping create some of the key technologies and applications that will make 5G a reality, pushing the boundaries of LTE, collaborating with industry leaders, and spearheading the critical research behind the next-generation global wireless standard."

Notably, the study indicates that 5G will catapult mobile into the exclusive realm of General Purpose Technologies, like electricity and the automobile, that provide the foundation for massive innovation, give rise to new industries and benefit entire economies. This will happen as 5G advances mobile from a set of technologies connecting people to people and information to a unified fabric connecting people to everything.

"I've spent many years studying the impact of general purposes technologies, and it's clear that 5G will propel mobile into that category, assuring the technology's long-term impact on society and continued growth for decades," said Dr. David Teece.

Economic Growth Foreseen

According to the study, in 2035, when 5G's full economic benefit should be realized across the globe, a broad range of industries -- from retail to education, transportation to entertainment, and everything in between -- could produce up to $12.3 trillion worth of goods and services enabled by 5G.

The 5G value chain itself is seen as generating up to $3.5 trillion in revenue in 2035, supporting as many as 22 million jobs. Over time, 5G will boost real global GDP growth by $3 trillion dollars cumulatively from 2020 to 2035, roughly the equivalent of adding an economy the size of India to the world in today's dollars.

Complementing the economic study, polling research done by PSB confirms that business decision makers and opinion leaders around the globe expect 5G to bring widespread benefits for society and the economy overall, enabling new products and services, increasing productivity and allowing for new industries to emerge.

Over 90 percent of the more than 3,500 respondents agreed that 5G will enable new products, services and use cases that have not been invented yet.

For an in-depth look at the study, please visit: https://www.qualcomm.com/invention/5g/economy.

About Berkeley Research Group

Berkeley Research Group is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting to Fortune 500 corporations, financial institutions, government agencies, major law firms, and regulatory bodies around the world. It is led by its chairman and founder, David Teece, Tusher Professor of Global Business at the Haas School of Business, University of California, Berkeley.

About IHS Markit

IHS Markit (Nasdaq: INFO) is a world leader in critical information, analytics and solutions for the major industries and markets that drive economies worldwide. The company delivers next-generation information, analytics and solutions to customers in business, finance and government, improving their operational efficiency and providing deep insights that lead to well-informed, confident decisions. IHS Markit has more than 50,000 key business and government customers, including 85 percent of the Fortune Global 500 and the world's leading financial institutions. Headquartered in London, IHS Markit is committed to sustainable, profitable growth.

About PSB

PSB, a member of the WPP Group, is a global research-based consultancy specializing in messaging and communications strategy for blue-chip corporate, political and entertainment clients. PSB's operations include over 200 consultants and a sophisticated in-house market research infrastructure with the capability to conduct work in more than 90 countries. For more information, please visit www.psbresearch.com.

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IOT and healthcare businesses.

Qualcomm Contacts:

Peter Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/landmark-study-on-impact-of-5g-mobile-technology-released-300391687.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END)

**CO** qcom : Qualcomm Incorporated | markit : IHS Markit Ltd

**IN** i34531 : Semiconductors | i8395461 : News Syndicates | idistr : Media Content Distribution | iindele : Industrial Electronics | iindstrls : Industrial Goods | imed : Media/Entertainment | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | usca : California | namz : North America | usw : Western U.S.

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170117ed1h0001d

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Press Release: Landmark Study on Impact of 5G Mobile Technology Released**

**WC** 1,001 words

**PD** 17 January 2017

**ET** 05:41

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Landmark Study on Impact of 5G Mobile Technology Released

5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and Services by 2035

**TD**

PR Newswire

SAN DIEGO, Jan. 17, 2017

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced that its subsidiary, Qualcomm Technologies, Inc. commissioned and released a landmark study, The 5G Economy, examining the potential economic and social impact of 5G around the world. The study was conducted jointly by research firms IHS Markit, PSB and leading economist Professor Dr. David Teece, director of the Tusher Center at the Haas School of Business, U.C. California, and principal executive officer of the Berkeley Research Group (BRG).

The 5G Economy includes an economic impact study conducted by IHS Markit and validated by Dr. David Teece, as well as opinion research about the expectations for 5G among business and technology leaders carried out by PSB. The combined findings of the study show how 5G will profoundly affect the global economy and that business decision makers in technology and other industries overwhelmingly believe in the transformational nature of 5G.

"These respected researchers confirmed our strong belief that 5G will be a fundamental game changer," said Qualcomm CEO Steve Mollenkopf. "We have been hard at work helping create some of the key technologies and applications that will make 5G a reality, pushing the boundaries of LTE, collaborating with industry leaders, and spearheading the critical research behind the next-generation global wireless standard."

Notably, the study indicates that 5G will catapult mobile into the exclusive realm of General Purpose Technologies, like electricity and the automobile, that provide the foundation for massive innovation, give rise to new industries and benefit entire economies. This will happen as 5G advances mobile from a set of technologies connecting people to people and information to a unified fabric connecting people to everything.

"I've spent many years studying the impact of general purposes technologies, and it's clear that 5G will propel mobile into that category, assuring the technology's long-term impact on society and continued growth for decades," said Dr. David Teece.

Economic Growth Foreseen

According to the study, in 2035, when 5G's full economic benefit should be realized across the globe, a broad range of industries -- from retail to education, transportation to entertainment, and everything in between -- could produce up to $12.3 trillion worth of goods and services enabled by 5G.

The 5G value chain itself is seen as generating up to $3.5 trillion in revenue in 2035, supporting as many as 22 million jobs. Over time, 5G will boost real global GDP growth by $3 trillion dollars cumulatively from 2020 to 2035, roughly the equivalent of adding an economy the size of India to the world in today's dollars.

Complementing the economic study, polling research done by PSB confirms that business decision makers and opinion leaders around the globe expect 5G to bring widespread benefits for society and the economy overall, enabling new products and services, increasing productivity and allowing for new industries to emerge. Over 90 percent of the more than 3,500 respondents agreed that 5G will enable new products, services and use cases that have not been invented yet.

For an in-depth look at the study, please visit: https://www.qualcomm.com/invention/5g/economy.

About Berkeley Research Group

Berkeley Research Group is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting to Fortune 500 corporations, financial institutions, government agencies, major law firms, and regulatory bodies around the world. It is led by its chairman and founder, David Teece, Tusher Professor of Global Business at the Haas School of Business, University of California, Berkeley.

About IHS Markit

IHS Markit (Nasdaq: INFO) is a world leader in critical information, analytics and solutions for the major industries and markets that drive economies worldwide. The company delivers next-generation information, analytics and solutions to customers in business, finance and government, improving their operational efficiency and providing deep insights that lead to well-informed, confident decisions. IHS Markit has more than 50,000 key business and government customers, including 85 percent of the Fortune Global 500 and the world's leading financial institutions. Headquartered in London, IHS Markit is committed to sustainable, profitable growth.

About PSB

PSB, a member of the WPP Group, is a global research-based consultancy specializing in messaging and communications strategy for blue-chip corporate, political and entertainment clients. PSB's operations include over 200 consultants and a sophisticated in-house market research infrastructure with the capability to conduct work in more than 90 countries. For more information, please visit www.psbresearch.com.

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IOT and healthcare businesses.

Qualcomm Contacts:

Peter Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:

http://www.prnewswire.com/news-releases/landmark-study-on-impact-of-5g-mobile-technology-released-300391687.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END) Dow Jones Newswires

January 17, 2017 05:41 ET (10:41 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c334 : Licensing Agreements | neqac : Equities Asset Class News | npress : Press Releases | c33 : Contracts/Orders | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0012p

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

HD **Landmark Study on Impact of 5G Mobile Technology Released; 5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and Services by 2035**

WC 948 words
PD 17 January 2017
SN M2 Presswire
SC MTPW
LA English
CY © 2017, M2 Communications. All rights reserved.

LP

SAN DIEGO — Qualcomm Incorporated (NASDAQ: QCOM) today announced that its subsidiary, Qualcomm Technologies, Inc. commissioned and released a landmark study, The 5G Economy, examining the potential economic and social impact of 5G around the world. The study was conducted jointly by research firms IHS Markit, PSB and leading economist Professor Dr. David Teece, director of the Tusher Center at the Haas School of Business, U.C. California, and principal executive officer of the Berkeley Research Group (BRG).

The 5G Economy includes an economic impact study conducted by IHS Markit and validated by Dr. David Teece, as well as opinion research about the expectations for 5G among business and technology leaders carried out by PSB. The combined findings of the study show how 5G will profoundly affect the global economy and that business decision makers in technology and other industries overwhelmingly believe in the transformational nature of 5G.

TD

"These respected researchers confirmed our strong belief that 5G will be a fundamental game changer," said Qualcomm CEO Steve Mollenkopf. "We have been hard at work helping create some of the key technologies and applications that will make 5G a reality, pushing the boundaries of LTE, collaborating with industry leaders, and spearheading the critical research behind the next-generation global wireless standard."

Notably, the study indicates that 5G will catapult mobile into the exclusive realm of General Purpose Technologies, like electricity and the automobile, that provide the foundation for massive innovation, give rise to new industries and benefit entire economies. This will happen as 5G advances mobile from a set of technologies connecting people to people and information to a unified fabric connecting people to everything.

"I've spent many years studying the impact of general purposes technologies, and it's clear that 5G will propel mobile into that category, assuring the technology's long-term impact on society and continued growth for decades." said Dr. David Teece.

Economic Growth Foreseen

According to the study, in 2035, when 5G's full economic benefit should be realized across the globe, a broad range of industries - from retail to education, transportation to entertainment, and everything in between - could produce up to $12.3 trillion worth of goods and services enabled by 5G.

The 5G value chain itself is seen as generating up to $3.5 trillion in revenue in 2035, supporting as many as 22 million jobs. Over time, 5G will boost real global GDP growth by $3 trillion dollars cumulatively from 2020 to 2035, roughly the equivalent of adding an economy the size of India to the world in today's dollars.

Complementing the economic study, polling research done by PSB confirms that business decision makers and opinion leaders around the globe expect 5G to bring widespread benefits for society and the economy overall, enabling new products and services, increasing productivity and allowing for new industries to emerge. Over 90 percent of the more than 3,500 respondents agreed that 5G will enable new products, services and use cases that have not been invented yet.

For an in-depth look at the study, please visit: https://www.qualcomm.com/invention/5g/economy.

About Berkeley Research Group

Berkeley Research Group is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting to Fortune 500 corporations, financial institutions, government agencies, major law firms, and regulatory bodies around the world. It is led by its chairman and founder, David Teece, Tusher Professor of Global Business at the Haas School of Business, University of California, Berkeley.

About IHS Markit

IHS Markit (Nasdaq: INFO) is a world leader in critical information, analytics and solutions for the major industries and markets that drive economies worldwide. The company delivers next-generation information, analytics and solutions to customers in business, finance and government, improving their operational efficiency and providing deep insights that lead to well-informed, confident decisions. IHS Markit has more than 50,000 key business and government customers, including 85 percent of the Fortune Global 500 and the world's leading financial institutions. Headquartered in London, IHS Markit is committed to sustainable, profitable growth.

About PSB

PSB, a member of the WPP Group, is a global research-based consultancy specializing in messaging and communications strategy for blue-chip corporate, political and entertainment clients. PSB's operations include over 200 consultants and a sophisticated in-house market research infrastructure with the capability to conduct work in more than 90 countries. For more information, please visit www.psbresearch.com.

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IOT and healthcare businesses. Qualcomm contacts: Pete Lancia John Sinnott

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** hsshbu : Haas School of Business | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | usca : California | namz : North America | usw : Western U.S.

**PUB** Normans Media Ltd

**AN** Document MTPW000020170117ed1h0043f

REUTERS

HD **BRIEF-Zoom Video Communications says raised $100 mln in series D funding**

WC 57 words

PD 17 January 2017

ET 07:55

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

Jan 17 (Reuters) - Zoom Video Communications

* Says raised $100 million in series D funding

TD

* Zoom Video Communications - funding from Sequoia, with additional participation from Emergence Capital, Jerry Yang's AME Cloud Ventures, Qualcomm Ventures Source text for Eikon:

RF Released: 2017-1-17T13:55:40.000Z

CO qualcv : Qualcomm Ventures | qcom : Qualcomm Incorporated

IN i81502 : Trusts/Funds/Financial Vehicles | i8150203 : Private Equity | ialtinv : Alternative Investments | ifinal : Financial Services | iinv : Investing/Securities | iventure : Venture Capital

NS c171 : Share Capital | ccat : Corporate/Industrial News | croufi : Series/Round Financing | c17 : Corporate Funding | c173 : Financing Agreements | cactio : Corporate Actions | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

IPD Business

IPC SERVICE:ABN

PUB Thomson Reuters (Markets) LLC

AN Document LBA0000020170117ed1h00lda

FT FINANCIAL TIMES

**HD** **Qualcomm shares drop 4% on report of possible US antitrust case**

**BY** Pan Kwan Yuk

**WC** 175 words

**PD** 17 January 2017

**ET** 14:06

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Qualcomm, the world's largest mobile chipmaker, saw more than $4.3bn wiped off its market value on Tuesday after a report said the company could be sued by US regulators over its business practices.

Shares in the company fell 4.2 per cent to $63.96 and reduced the group's market cap to $96.4bn.

**TD**

San Diego-based Qualcomm first disclosed in 2014 that the Federal Trade Commission was investigating its licensing practices.

The semiconductor maker is already facing a string of similar probes around the world over its licensing practices for technologies that are core to high-speed wireless communications standards.

Last month, South Korea fined Qualcomm Won1.03tn ($854m), accusing the company of abusing its market dominance in wireless chips to force "excessive" licensing fees on smartphone makers. That comes after Qualcomm agreed to pay $975m to settle a complaint in China in February 2015.

The company is also the subject of investigations in the EU and Taiwan.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1522 : Share Price Movement/Disruptions | c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | c15 : Financial Performance | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170117ed1h00ayh

**Qualcomm Drops 4% as Bloomberg Says FTC Prepares Suit over Licensing Terms**

Barron's Blogs, 15:36, 17 January 2017, 99 words, (English)

Shares of wireless chip giant Qualcomm (QCOM) dropped sharply this afternoon, and are down $2.86, over 4%, at $64.02, after Bloomberg's Ian King, David McLaughlin, and Susan Decker this afternoon reported that the U.S. Federal Trade ...

Document WCBBE00020170117ed1h002xl

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **Qualcomm said to face U.S. antitrust case on licensing practices - BBG** |
| **WC** | 127 words |
| **PD** | 17 January 2017 |
| **ET** | 14:46 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

Jan 17 (Reuters) - Qualcomm Inc is set to face a U.S. antitrust case for allegedly using unfair practices in the way the chipmaker licenses its technology, Bloomberg reported, citing people familiar with the matter. (http://bloom.bg/2iLeYus)

Qualcomm's shares fell 4.5 percent to $63.90.

**TD**

The company's technology licensing business has driven profits for years, thanks to the royalties it collects on the chip technology developed by its chipmaking unit.

In 2014, Qualcomm disclosed that the Federal Trade Commission was investigating its licensing practices.

Qualcomm and FTC were not immediately available for comment. (Reporting by Anya George Tharakan in Bengaluru; Editing by Maju Samuel)

| | |
|---|---|
| **RF** | Released: 2017-1-17T20:46:35.000Z |
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| c13 : Regulation/Government Policy \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170117ed1h012w2 |

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **US regulators bring antitrust case against Qualcomm over licensing**

**BY** Richard Waters

**WC** 304 words

**PD** 17 January 2017

**ET** 16:32

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

US regulators on Tuesday sued Qualcomm over the way it licenses its technology for mobile phones, hitting at the business that generates the bulk of the profits for the US chip company.

The case follows an investigation that was started in 2014, and has accelerated in recent weeks as the Federal Trade Commission moved towards filing a high-profile antitrust case just days before a new administration takes control in Washington.

**TD**

Qualcomm's shares fell by more than 4 per cent earlier in the day after Bloomberg reported the impending action, as investors worried that the company would be forced to change the way it negotiates with handset makers. The action comes three weeks after South Korea said it would slap a $854m fine on the company over similar licensing concerns.

The US complaint centres on patents that other companies need to license to implement communications standards like 3G. Given the obligatory use of these so-called standards essential patents, companies like Qualcomm agree to certain limits in how they negotiate licences.

Qualcomm forces cell phone makers to pay higher royalties by "threatening to disrupt [their] supply of baseband processors," according to the US lawsuit, which was filed in federal court in California.

FTC commissioners voted 2-1 in favour of suing. The agency has been operating with just three commissioners ahead of the change of administration, instead of the typical five.

In an unusual statement of dissent, commissioner Maureen Ohlhausen claimed the action was based on a "flawed legal theory… that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine US intellectual property rights in Asia and worldwide."

Qualcomm did not immediately respond to a request for comment.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170117ed1h00ci1

**Qualcomm: FTC Alleges Special Deal with Apple**

Barron's Blogs, 16:18, 17 January 2017, 299 words, (English)

Confirming a report this afternoon by reporters, the Federal Trade Commission announced just after market close that it has filed a complaint against the company, alleging, "by threatening to disrupt cell phone manufacturers' supply of ...

Document WCBBE00020170117ed1h0035x

 © 2023 Factiva, Inc. All rights reserved.

HD **Mobile chipmaker Qualcomm hit with US antitrust suit**

WC 334 words

PD 17 January 2017

ET 16:47

SN Agence France Presse

SC AFPR

LA English

CY Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

LP

Mobile chip giant Qualcomm was hit Tuesday with a US antitrust suit alleging it abused its dominant position in the market for processors used in cell phones and other devices.

The US Federal Trade Commission filed a lawsuit in federal court in California claiming Qualcomm's practices amount to "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

TD

Qualcomm, which is the dominant provider of chips for smartphones, has faced similar antitrust investigations in the European Union and China, and last month was hit with a record fine of $850 million by South Korean enforcement regulators.

In the US lawsuit, the FTC said Qualcomm's policy is to supply its processors only on the condition that cell phone manufacturers agree to Qualcomm's "preferred license terms" for patents which are essential for mobile communications.

"By using its monopoly power to obtain elevated royalties that apply to baseband processors supplied by its competitors, Qualcomm in effect collects a 'tax' on cell phone manufacturers when they use non-Qualcomm processors," the lawsuit said.

"This tax weakens Qualcomm's competitors, including by reducing demand for their processors, and serves to maintain Qualcomm's monopoly in baseband processor markets."

Qualcomm's actions have hurt competitors including Taiwan-based Via Technologies, which was acquired by Intel in 2015, and another Taiwan firm, MediaTek Inc.

The suit also alleges that Qualcomm "extracted exclusivity from Apple in exchange for reduced patent royalties," which prevented the iPhone maker from getting processors from Qualcomm's competitors from 2011 to 2016.

Qualcomm did not immediately respond to an AFP request for comment.

The San Diego, California, group in 2015 agreed to pay $975 million to settle antitrust charges in China.

The tech group is challenging an EU competition inquiry which could result in a fine of up to 10 percent of its annual sales, which amounted to $26.5 billion for Qualcomm in 2015.

rl/sg

CO ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** US

**PUB** Agence France-Presse

**AN** Document AFPR000020170117ed1h00h1x

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**BY** By Brent Kendall

**WC** 270 words

**PD** 17 January 2017

**ET** 17:02

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufactures and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

17-01-17 2202GMT

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

| | |
|---|---|
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000ju |

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**BY** By Brent Kendall

**WC** 275 words

**PD** 17 January 2017

**ET** 17:03

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufactures and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:03 ET (22:03 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

| | |
|---|---|
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170117ed1h003u3 |

REUTERS

**HD** **U.S. antitrust agency sues Qualcomm over patent licensing**

**WC** 115 words

**PD** 17 January 2017

**ET** 16:05

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

WASHINGTON, Jan 17 (Reuters) - The U.S. Federal Trade Commission filed a lawsuit against Qualcomm Inc on Tuesday, accusing the company of antitrust violations in its patent licensing business.

The FTC, which works with the Justice Department to enforce antitrust law, said that Qualcomm used its dominance in supplying baseband processors used in smartphones and tablets to extract elevated royalties for patents in what the complaint dubbed a "no license-no chips" policy.

**TD**

The lawsuit was filed in the U.S. District Court for the Northern District of California in San Jose.

(Reporting by Diane Bartz; editing by Diane Craft)

**RF** Released: 2017-1-17T22:05:49.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | c41 : Management | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170117ed1h015o4

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Disputes FTC Allegation, Calls Action 'Rushed'**

Barron's Blogs, 17:43, 17 January 2017, 812 words, (English)

Shares of Qualcomm (QCOM) are up 16 cents at $64.35, in late trading, after the U.S. Federal Trade Commission said it brought a complaint against the company alleging it used "anticompetitive" practices to maintain a "monopoly" in the ...

Document WCBBE00020170117ed1h003s5

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

HD **Qualcomm Responds to Complaint from U.S. Federal Trade Commission**

WC 906 words

PD 17 January 2017

ET 17:50

SN PR Newswire

SC PRN

LA English

CY Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

LP

-- Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices --

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- The U.S. Federal Trade Commission (FTC) has filed a complaint today against Qualcomm in the U.S. District Court in the Northern District of California. The FTC's complaint alleges that certain Qualcomm's business practices, which have enabled the growth and advancement of mobile communications worldwide, are in violation of U.S. competition law. Qualcomm believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

TD

The portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary -- the central thesis of the complaint -- is wrong.

As FTC Commissioner Maureen Ohlhausen (who voted against the filing) explained in what she notes is a rare dissenting statement, the Commission's 2-1 decision to sue Qualcomm is "an enforcement action based on a flawed legal theory (including a standalone Section 5 count) that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine U.S. intellectual property rights in Asia and worldwide." As Commissioner Ohlhausen notes, it is telling that the complaint does not allege that Qualcomm charges above fair and reasonable royalties.

Despite an appeal from members of Congress to refrain from "midnight litigation" with novel and untested legal theories that could damage competition in the U.S., the FTC accelerated the investigation of Qualcomm and directed the filing of the complaint just days before the change of the Administration though only three of five FTC commissioners are in place.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new Administration, which reflects a sharp break from FTC practice," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated. "In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions. In fact, Qualcomm was still receiving requests for information from the agency that would be necessary to an informed view of the facts when it became apparent that the FTC was driving to file a complaint before the transition to the new Administration. We have grave concerns about the two Commissioners' decision to bring this case despite a lack of evidence supporting the allegations and theories in the complaint. We look forward to defending our business in federal court, where we are confident we will prevail on the merits."

Rosenberg added, "Qualcomm has been the leader in innovation and invention in the mobile industry for more than 30 years. We have invested billions of dollars in research and development in fundamental mobile technologies that enable the applications and services that have become an essential part of our daily life. Our

contribution of these technologies to standard setting organizations and our broad-based licensing of those technologies on fair, reasonable and non-discriminatory terms has facilitated the explosive growth of the mobile communications industry worldwide, brought enormous benefits to consumers, and fostered competition. Qualcomm's investments and the work of its 30,000 employees have given consumers the ability to access the Internet and massive amounts of data instantaneously on their mobile devices. The historically unprecedented level of innovation and extraordinarily successful worldwide adoption of mobile technology, and the vibrant competition within the industry, make it difficult to understand why the FTC decided to act in this case. The intellectual-property-rights policies of the cellular standards organizations do not require licensing at the component level, and the FTC does not have the authority to rewrite industry policy. That is for the industry, not a regulator, to decide."

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-responds-to-complaint-from-us-federal-trade-commission-300392395.html

SOURCE Qualcomm Incorporated

(END)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | namz : North America

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170117ed1h000vj

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update**

**BY** By Brent Kendall

**WC** 476 words

**PD** 17 January 2017

**ET** 17:51

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:51 ET (22:51 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0041y

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** ***Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**WC** 324 words

**PD** 17 January 2017

**ET** 16:03

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

17 Jan 2017 16:03 ET *FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones

17 Jan 2017 16:03 ET *FTC Seeks Court Order Barring Qualcomm Tactics

**TD**

17 Jan 2017 16:48 ET Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm

By Brent Kendall

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufactures and hobble competitors.

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 16:48 ET (21:48 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

| | |
|---|---|
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ntop : Top Wire News \| nttwn : Today's Top Wire News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis |
| **RE** | usca : California \| usw : Western U.S. \| namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170117ed1h003ts |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update**

BY By Brent Kendall

WC 476 words

PD 17 January 2017

ET 18:06

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

TD

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 18:06 ET (23:06 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0046e

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **U.S. antitrust agency sues Qualcomm over patent licensing**

WC 516 words

PD 17 January 2017

ET 18:19

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

WASHINGTON (Reuters) - The U.S. Federal Trade Commission filed a lawsuit against Qualcomm Inc on Tuesday, accusing the company of using "anticompetitive" tactics to maintain its monopoly on a key semiconductor used in mobile phones.

The FTC, which works with the Justice Department to enforce antitrust law, said that San Diego-based Qualcomm used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers and to weaken competitors.

TD

Qualcomm said in a statement that it would "vigorously contest" the complaint and denied FTC allegations that it threatened to withhold chips in order to collect unreasonable licensing fees.

Qualcomm shares fell 4 percent to $64.19 on Tuesday.

The complaint is likely the agency's last major action under current Democratic Chairwoman Edith Ramirez, who will step down Feb. 10, and comes just days before U.S. President-elect Donald Trump takes office on Friday.

Trump is expected to name Republican Commissioner Maureen Ohlhausen as acting FTC chairwoman and will fill three vacancies that will reshape the agency.

Ramirez and fellow Democrat Terrell McSweeny voted to approve the complaint but Ohlhausen dissented, saying that the lawsuit was based on a "flawed legal theory ... that lacks economic and evidentiary support."

In its complaint, the FTC said the patents that Qualcomm sought to license are standard essential patents, which means that the industry uses them widely and they are supposed to be licensed on fair, reasonable and non-discriminatory terms.

The FTC complaint also accused Qualcomm of refusing to license some standard essential patents to rival chipmakers, and of entering into an exclusive deal with Apple Inc.

"Qualcomm's customers have accepted elevated royalties and other license terms that do not reflect an assessment of terms that a court or other neutral arbiter would determine to be fair and reasonable," the FTC said in its complaint.

The FTC asked the U.S. District Court for the Northern District of California in San Jose to order Qualcomm to end these practices.

For its part, Qualcomm accused the FTC of a last-minute dash to court.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration," Don Rosenberg, Qualcomm general counsel, said in a statement. "We look forward to defending our business in federal court, where we are confident we will prevail."

The company has faced a series of antitrust rulings and investigations from regulators across the globe.

South Korea's antitrust regulator fined Qualcomm Inc 1.03 trillion won ($854 million) in December for what it called unfair practices in patent licensing, a decision the U.S. chipmaker said it will challenge in court.

In February 2015, Qualcomm paid a $975 million fine in China following a 14-month probe, while the European Union in December 2015 accused it of abusing its market power to thwart rivals.

(Reporting by Diane Bartz; Editing by Soyoung Kim and Alan Crosby)

**RF** Released: 2017-1-17T23:19:46.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:OUSBSM

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170117ed1h012yt

 © 2023 Factiva, Inc. All rights reserved.

AP

**HD** **FTC sues Qualcomm alleging monopoly of semiconductor device**

**WC** 143 words

**PD** 17 January 2017

**ET** 18:42

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2017. The Associated Press. All Rights Reserved.

**LP**

NEW YORK (AP) — The Federal Trade Commission is suing Qualcomm Inc. for allegedly maintaining a monopoly over a key device used in cellphones and other electronics.

The agency said Tuesday that Qualcomm, the world's dominant supplier of baseband processors, imposes "onerous" licensing terms on manufacturers and weakens its rivals.

**TD**

The FTC is seeking a court order to undo and prevent Qualcomm's methods.

In a statement, San Diego-based Qualcomm said it believes that the FTC complaint is flawed and advances the interests of companies that have earned billions of dollars made possible by "innovators" such as itself. The chipmaker also noted that the FTC filed its complaint even though only three of five FTC commissioners are in place.

The FTC lawsuit was filed in U.S. District Court for the Northern District of California.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** US

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020170117ed1h00grl

**HD** **Mobile chipmaker Qualcomm hit with US antitrust suit**

**WC** 451 words

**PD** 17 January 2017

**ET** 18:45

**SN** Agence France Presse

**SC** AFPR

**LA** English

**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Mobile chip giant Qualcomm was hit Tuesday with a US antitrust suit alleging it abused its dominant position in the market for processors used in cell phones and other devices.

The US Federal Trade Commission filed a lawsuit in federal court in California claiming Qualcomm's practices amount to "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

**TD**

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

"In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions," Qualcomm general counsel Don Rosenberg said in a released statement.

Qualcomm, which is the dominant provider of chips for smartphones, has faced similar antitrust investigations in the European Union and China, and last month was hit with a record fine of $850 million by South Korean enforcement regulators.

In the US lawsuit, the FTC said Qualcomm's policy is to supply its processors only on the condition that cell phone manufacturers agree to Qualcomm's "preferred license terms" for patents which are essential for mobile communications.

"By using its monopoly power to obtain elevated royalties that apply to baseband processors supplied by its competitors, Qualcomm in effect collects a 'tax' on cell phone manufacturers when they use non-Qualcomm processors," the lawsuit said.

"This tax weakens Qualcomm's competitors, including by reducing demand for their processors, and serves to maintain Qualcomm's monopoly in baseband processor markets."

Qualcomm's actions have hurt competitors including Taiwan-based Via Technologies, which was acquired by Intel in 2015, and another Taiwan firm, MediaTek Inc.

The suit also alleges that Qualcomm "extracted exclusivity from Apple in exchange for reduced patent royalties," which prevented the iPhone maker from getting processors from Qualcomm's competitors from 2011 to 2016.

Qualcomm general counsel Rosenberg maintained that the FTC sped up the investigation, filing the suit just days before a change in the US presidential administration and with only three of five agency commissioners in place.

"This is an extremely disappointing decision to rush to file a complaint," Rosenberg said.

"It became apparent that the FTC was driving to file a complaint before the transition to the new administration."

The San Diego, California, group in 2015 agreed to pay $975 million to settle antitrust charges in China.

The tech group is challenging an EU competition inquiry which could result in a fine of up to 10 percent of its annual sales, which amounted to $26.5 billion for Qualcomm in 2015.

gc-rl/sg

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** Lead

**PUB** Agence France-Presse

**AN** Document AFPR000020170117ed1h00ili

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update**

**BY** By Brent Kendall

**WC** 573 words

**PD** 17 January 2017

**ET** 17:57

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

Qualcomm said it would fight the FTC's suit, which it said is based on flawed legal theory and "significant misconceptions about the mobile technology industry." The company said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and it accused the FTC of filing the complaint before it had all the facts.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration, which reflects a sharp break from FTC practice," said Don Rosenberg, Qualcomm executive vice president and general counsel.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump

Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:57 ET (22:57 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0040c

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update**

**BY** By Brent Kendall

**WC** 573 words

**PD** 17 January 2017

**ET** 18:12

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

Qualcomm said it would fight the FTC's suit, which it said is based on flawed legal theory and "significant misconceptions about the mobile technology industry." The company said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and it accused the FTC of filing the complaint before it had all the facts.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration, which reflects a sharp break from FTC practice," said Don Rosenberg, Qualcomm executive vice president and general counsel.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump

Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 18:12 ET (23:12 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0045e

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| HD | **BRIEF-Qualcomm responds to complaint from U.S. Federal Trade Commission** |
| WC | 122 words |
| PD | 17 January 2017 |
| ET | 18:01 |
| SN | Reuters News |
| SC | LBA |
| LA | English |
| CY | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

Jan 17 (Reuters) - Qualcomm Inc

**TD**

* Qualcomm responds to complaint from u.s. Federal Trade Commission

* Qualcomm Inc - "Has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms"

* Qualcomm Inc - Portrayal of facts offered by FTC as basis for agency's case is "significantly flawed"

* Will vigorously contest complaint and defend its business practices

* Qualcomm-"grave concerns" about 2 commissioners' decision to bring the case despite lack of evidence supporting allegations and theories in complaint

* Qualcomm - "This is an extremely disappointing decision to rush to file a complaint on eve of chairwoman Ramirez's departure and transition to a new administration"

| | |
|---|---|
| RF | Released: 2017-1-18T00:01:09.000Z |
| CO | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | ccat : Corporate/Industrial News \| gcrim : Crime/Legal Action \| gcat : Political/General News |
| RE | usa : United States \| namz : North America |
| IPD | Business |
| IPC | SERVICE:ABN |
| PUB | Thomson Reuters (Markets) LLC |
| AN | Document LBA0000020170117ed1h018ra |

REUTERS

**HD** **UPDATE 3-U.S. antitrust agency sues Qualcomm over patent licensing**

**WC** 531 words

**PD** 17 January 2017

**ET** 18:16

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

(Adds Qualcomm statement that it will contest lawsuit)

By Diane Bartz

**TD**

WASHINGTON, Jan 17 (Reuters) - The U.S. Federal Trade Commission filed a lawsuit against Qualcomm Inc on Tuesday, accusing the company of using "anticompetitive" tactics to maintain its monopoly on a key semiconductor used in mobile phones.

The FTC, which works with the Justice Department to enforce antitrust law, said that San Diego-based Qualcomm used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers and to weaken competitors.

Qualcomm said in a statement that it would "vigorously contest" the complaint and denied FTC allegations that it threatened to withhold chips in order to collect unreasonable licensing fees.

Qualcomm shares fell 4 percent to $64.19 on Tuesday.

The complaint is likely the agency's last major action under current Democratic Chairwoman Edith Ramirez, who will step down Feb. 10, and comes just days before U.S. President-elect Donald Trump takes office on Friday.

Trump is expected to name Republican Commissioner Maureen Ohlhausen as acting FTC chairwoman and will fill three vacancies that will reshape the agency.

Ramirez and fellow Democrat Terrell McSweeny voted to approve the complaint but Ohlhausen dissented, saying that the lawsuit was based on a "flawed legal theory ... that lacks economic and evidentiary support."

In its complaint, the FTC said the patents that Qualcomm sought to license are standard essential patents, which means that the industry uses them widely and they are supposed to be licensed on fair, reasonable and non-discriminatory terms.

The FTC complaint also accused Qualcomm of refusing to license some standard essential patents to rival chipmakers, and of entering into an exclusive deal with Apple Inc.

"Qualcomm's customers have accepted elevated royalties and other license terms that do not reflect an assessment of terms that a court or other neutral arbiter would determine to be fair and reasonable," the FTC said in its complaint.

The FTC asked the U.S. District Court for the Northern District of California in San Jose to order Qualcomm to end these practices.

For its part, Qualcomm accused the FTC of a last-minute dash to court.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration," Don Rosenberg, Qualcomm general counsel, said in a statement. "We look forward to defending our business in federal court, where we are confident we will prevail."

The company has faced a series of antitrust rulings and investigations from regulators across the globe.

South Korea's antitrust regulator fined Qualcomm Inc 1.03 trillion won ($854 million) in December for what it called unfair practices in patent licensing, a decision the U.S. chipmaker said it will challenge in court.

In February 2015, Qualcomm paid a $975 million fine in China following a 14-month probe, while the European Union in December 2015 accused it of abusing its market power to thwart rivals. (Reporting by Diane Bartz; Editing by Soyoung Kim and Alan Crosby)

**RF** Released: 2017-1-18T00:16:27.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | c41 : Management | ccat : Corporate/Industrial News | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170117ed1h016il

 © 2023 Factiva, Inc. All rights reserved.

**SE** Business

**HD** **U.S. FTC Sues Qualcomm For Anti-competitive Practices**

**WC** 358 words

**PD** 17 January 2017

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2017 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - The U.S. Federal Trade Commission said it filed a complaint in federal district court charging Qualcomm Inc. (QCOM) with using anticompetitive tactics to maintain its monopoly in the supply of a key semiconductor device used in cell phones and other consumer products.

Responding to Complaint from U.S. Federal Trade Commission, Qualcomm said it believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

**TD**

Qualcomm said it will vigorously contest complaint and defend its business practices

Qualcomm noted that the portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary -- the central thesis of the complaint -- is wrong.

The FTC alleged that Qualcomm has used its dominant position as a supplier of certain baseband processors to impose onerous and anticompetitive supply and licensing terms on cell phone manufacturers and to weaken competitors.

According to the complaint, by threatening to disrupt cell phone manufacturers' supply of baseband processors, Qualcomm obtains elevated royalties and other license terms for its standard-essential patents that manufacturers would otherwise reject. These royalties amount to a tax on the manufacturers' use of baseband processors manufactured by Qualcomm's competitors, a tax that excludes these competitors and harms competition. Increased costs imposed by this tax are passed on to consumers, the complaint alleges.

By excluding competitors, Qualcomm impedes innovation that would offer significant consumer benefits, including those that foster the increased interconnectivity of consumer products, vehicles, buildings, and other items commonly referred to as the Internet of Things.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2017 RTTNews.com. All Rights Reserved

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020170118ed1h000gp

M2 PressWIRE

HD **Qualcomm Responds to Complaint from U.S. Federal Trade Commission; Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices**

WC 876 words

PD 17 January 2017

SN M2 Presswire

SC MTPW

LA English

CY © 2017, M2 Communications. All rights reserved.

LP

SAN DIEGO — The U.S. Federal Trade Commission (FTC) has filed a complaint today against Qualcomm in the U.S. District Court in the Northern District of California. The FTC's complaint alleges that certain Qualcomm's business practices, which have enabled the growth and advancement of mobile communications worldwide, are in violation of U.S. competition law. Qualcomm believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

TD

The portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary — the central thesis of the complaint — is wrong.

As FTC Commissioner Maureen Ohlhausen (who voted against the filing) explained in what she notes is a rare dissenting statement, the Commission's 2-1 decision to sue Qualcomm is "an enforcement action based on a flawed legal theory (including a standalone Section 5 count) that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine U.S. intellectual property rights in Asia and worldwide." As Commissioner Ohlhausen notes, it is telling that the complaint does not allege that Qualcomm charges above fair and reasonable royalties.

Despite an appeal from members of Congress to refrain from "midnight litigation" with novel and untested legal theories that could damage competition in the U.S., the FTC accelerated the investigation of Qualcomm and directed the filing of the complaint just days before the change of the Administration though only three of five FTC commissioners are in place.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new Administration, which reflects a sharp break from FTC practice," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated. "In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions. In fact, Qualcomm was still receiving requests for information from the agency that would be necessary to an informed view of the facts when it became apparent that the FTC was driving to file a complaint before the transition to the new Administration. We have grave concerns about the two Commissioners' decision to bring this case despite a lack of evidence supporting the allegations and theories in the complaint. We look forward to defending our business in federal court, where we are confident we will prevail on the merits."

Rosenberg added, "Qualcomm has been the leader in innovation and invention in the mobile industry for more than 30 years. We have invested billions of dollars in research and development in fundamental mobile technologies that enable the applications and services that have become an essential part of our daily life. Our contribution of these technologies to standard setting organizations and our broad-based licensing of those technologies on fair, reasonable and non-discriminatory terms has facilitated the explosive growth of

the mobile communications industry worldwide, brought enormous benefits to consumers, and fostered competition. Qualcomm's investments and the work of its 30,000 employees have given consumers the ability to access the Internet and massive amounts of data instantaneously on their mobile devices. The historically unprecedented level of innovation and extraordinarily successful worldwide adoption of mobile technology, and the vibrant competition within the industry, make it difficult to understand why the FTC decided to act in this case. The intellectual-property-rights policies of the cellular standards organizations do not require licensing at the component level, and the FTC does not have the authority to rewrite industry policy. That is for the industry, not a regulator, to decide."

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

Qualcomm contacts: Pete Lancia John Sinnott

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | usca : California | namz : North America | usw : Western U.S.

**PUB** Normans Media Ltd

**AN** Document MTPW000020170118ed1h002s1

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

HD **FTC sues Qualcomm alleging monopoly of semiconductor device**

CR AP

WC 144 words

PD 17 January 2017

ET 18:43

SN The Canadian Press

SC CPR

LA English

CY (c) 2017 The Canadian Press. All rights reserved.

LP

NEW YORK _ The Federal Trade Commission is suing Qualcomm Inc. for allegedly maintaining a monopoly over a key device used in cellphones and other electronics.

The agency said Tuesday that Qualcomm, the world's dominant supplier of baseband processors, imposes "onerous" licensing terms on manufacturers and weakens its rivals.

TD

The FTC is seeking a court order to undo and prevent Qualcomm's methods.

In a statement, San Diego-based Qualcomm said it believes that the FTC complaint is flawed and advances the interests of companies that have earned billions of dollars made possible by "innovators" such as itself. The chipmaker also noted that the FTC filed its complaint even though only three of five FTC commissioners are in place.

The FTC lawsuit was filed in U.S. District Court for the Northern District of California.

RF 20170117CPCPB7378

CO ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c34 : Anti-Competition Issues | nnam : News Agency Materials | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

RE usa : United States | namz : North America

IPD B

PUB The Canadian Press

AN Document CPR0000020170118ed1h000a6



PX333

Page 7374

DOW JONES NEWSWIRES

HD **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

WC 889 words
PD 17 January 2017
ET 17:00
SN Dow Jones Institutional News
SC DJDN
LA English
CY Copyright © 2017, Dow Jones & Company, Inc.

LP

WASHINGTON—The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the semiconductor company engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

TD

Qualcomm, which holds patents on essential cellular technologies, won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which force phone makers to pay elevated patent royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The complaint specifically highlighted Qualcomm's dealings with Apple Inc., saying that when the iPhone maker sought relief from high royalties, Qualcomm conditioned partial relief on Apple using Qualcomm's baseband chips exclusively from 2011 to 2016.

Qualcomm said it would fight the FTC's suit, which it said is based on flawed legal theory and "significant misconceptions about the mobile technology industry." The company said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and it accused the FTC of filing the complaint before it had all the facts.

Apple declined to comment.

Qualcomm shares fell 4% in 4 p.m. trading on the Nasdaq Stock Market, though shares regained some of those losses in after-hours trading.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cellphones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down on Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration, which reflects a sharp break from FTC practice," said Don Rosenberg, Qualcomm executive vice president and general counsel.

The FTC normally has five members but has been operating with three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump Administration to fill those openings, but an eventual Republican-majority at the FTC potentially would have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and world-wide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

The FTC action is the latest of a series of recent regulatory challenges to Qualcomm's business model. The company got about two thirds of its $23.56 billion in revenue in its latest fiscal year from selling chips, but the majority of its pretax profit comes from royalties for its technology. It typically licenses its patents to handset makers as a comprehensive package, charging a royalty of up to 5% of the wholesale price of each device, whether or not it uses a Qualcomm chip. Qualcomm typically doesn't license intellectual property to other chip makers.

South Korea's antitrust authority in late December said it would fine the company about $853 million for alleged violations, the highest such penalty levied on a company in that country. Qualcomm said it would contest that decision. The South Korean authority, like the FTC, demanded that Qualcomm cease selling chips to handset makers only if they buy a license. It also demanded that the company unbundle its patent licenses and offer them to chip makers.

Last year, Qualcomm agreed to a settlement with Chinese antitrust authorities that included a $975 million fine and required the company to alter its business practices. Chinese regulators, however, didn't challenge Qualcomm's model of charging royalties to handset makers.

In addition, The European Commission in late 2015 said it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

Write to Brent Kendall at brent.kendall@wsj.com and Ted Greenwald at Ted.Greenwald@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:00 ET (22:00 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h003wc

FT FINANCIAL TIMES

**HD** **US sues Qualcomm over licensing technology for mobiles**

**BY** Richard Waters in San Francisco

**WC** 681 words

**PD** 17 January 2017

**ET** 18:24

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

The US has sued Qualcomm over the way it licenses its technology for mobile phones, hitting at the business that generates most of the US chip company's profits.

The case follows an investigation begun in 2014, but which was accelerated in recent weeks as the Federal Trade Commission moved towards filing a high-profile antitrust case just days before a new administration takes control in Washington.

**TD**

Qualcomm's shares fell more than 4 per cent on a report by Bloomberg about the impending action. It comes three weeks after South Korea said it would slap a $854m fine on the company over similar licensing concerns.

The FTC's decision to sue was on a majority 2-1 vote by its commissioners, whose ranks were depleted from the normal five ahead of the change of administration.

In an unusual statement of dissent, commissioner Maureen Ohlhausen claimed the action was based on a "flawed legal theory . . . that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine US intellectual property rights in Asia and worldwide". Ms Ohlhausen, a Republican appointee, was outvoted by the two Democratic appointees on the commission.

"Given the dissent of one commissioner and the change in administration that will bring major changes in the composition of the commission, this may be last-minute grandstanding with little danger to Qualcomm," said Erik Gordon, assistant professor at the University of Michigan's Ross School of Business.

The US complaint centres on the patents that other companies need to license to be able to implement communications standards such as 3G. Given the obligatory use of these so-called standards essential patents, companies like Qualcomm agree to certain limits on how they negotiate licences.

According to the lawsuit, filed in the Northern district of California, Qualcomm unfairly uses its other main business — selling baseband processors to handset makers — to force them to agree to pay higher royalties for its patents. Under a company policy called "no licence, no chips", Qualcomm threatens to cut off the supply of its basebands unless the customers agree to its patent licensing terms, resulting in higher fees, the FTC alleges.

The US action also challenged the chip company over its practice of only licensing its technology to handset makers, and refusing to sell it to rival makers of basebands such as Intel and Taiwan's MediaTek, which compete with it in selling components for devices like smartphones.

That complaint echoed the action late last year by South Korean regulators, who also said Qualcomm should make its technology available to component suppliers. Critics say that levying royalties only on handset

makers, based on the total cost of their products, is a way for the chipmaker to charge higher fees than it would otherwise be able to.

However, Qualcomm executives argue that only a small portion of their patents are exclusively linked to cell phone basebands, which handle communications between the device and a mobile network. They claim their technology is integral to many other aspects of how phones function, making it natural to charge based on the overall product.

In a further allegation, the FTC accused Qualcomm of giving Apple preferential royalty rates in return for buying only Qualcomm basebands between 2011 and 2016, a policy that the regulators say was designed to hurt other makers of basebands.

Qualcomm shot back at the FTC, accusing it of rushing to file a case before this week's presidential inauguration and of coming up with a complaint that was based on a flawed legal theory, a lack of economic support and misconceptions about the mobile technology industry.

"This is an extremely disappointing decision to rush to file a complaint on the eve of . . . the transition to a new administration," said Don Rosenberg, general counsel.

Qualcomm denied the central argument in the FTC's case, that it "withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms".

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170117ed1h00dt9

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **U.S. antitrust agency poised to sue Qualcomm over patent licensing-sources** |
| **WC** | 97 words |
| **PD** | 17 January 2017 |
| **ET** | 15:23 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

WASHINGTON, Jan 17 (Reuters) - The U.S. Federal Trade Commission is expected to sue Qualcomm Inc as early as Tuesday over alleged antitrust violations in its patent licensing business, according to people familiar with the matter.

**TD**

The FTC, which works with the Justice Department to enforce antitrust law, has been investigating San Diego-based Qualcomm for allegedly abusing its dominant market position by forcing mobile phone makers who need their chips to license an unnecessarily broad range of patents.

| | |
|---|---|
| **RF** | Released: 2017-1-17T21:23:32.000Z |
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c133 : Patents \| c34 : Anti-Competition Issues \| c41 : Management \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| c13 : Regulation/Government Policy \| gcrim : Crime/Legal Action \| cinprp : Industrial Property Rights \| gcat : Political/General News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170125ed1h0106t |

DOW JONES NEWSWIRES

**HD** ***Qualcomm Responds to Complaint From U.S. FTC**

**WC** 1,089 words

**PD** 17 January 2017

**ET** 17:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

17 Jan 2017 17:51 ET *Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM

17 Jan 2017 17:51 ET *Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM

**TD**

17 Jan 2017 17:52 ET *Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry

17 Jan 2017 17:52 ET *Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms

17 Jan 2017 17:54 ET *Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration'

17 Jan 2017 17:54 ET *Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM

17 Jan 2017 17:57 ET Press Release: Qualcomm Responds to Complaint from U.S. Federal Trade Commission Responds to Complaint from

Qualcomm Responds to Complaint from U.S. Federal Trade Commission Responds to Complaint from

-- Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices --

PR Newswire

SAN DIEGO, Jan. 17, 2017

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- The U.S. Federal Trade Commission (FTC) has filed a complaint today against Qualcomm in the U.S. District Court in the Northern District of California. The FTC's complaint alleges that certain Qualcomm's business practices, which have enabled the growth and advancement of mobile communications worldwide, are in violation of U.S. competition law. Qualcomm believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

The portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary -- the central thesis of the complaint -- is wrong.

As FTC Commissioner Maureen Ohlhausen (who voted against the filing) explained in what she notes is a rare dissenting statement, the Commission's 2-1 decision to sue Qualcomm is "an enforcement action based on a

flawed legal theory (including a standalone Section 5 count) that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine U.S. intellectual property rights in Asia and worldwide." As Commissioner Ohlhausen notes, it is telling that the complaint does not allege that Qualcomm charges above fair and reasonable royalties.

Despite an appeal from members of Congress to refrain from "midnight litigation" with novel and untested legal theories that could damage competition in the U.S., the FTC accelerated the investigation of Qualcomm and directed the filing of the complaint just days before the change of the Administration though only three of five FTC commissioners are in place.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new Administration, which reflects a sharp break from FTC practice," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated. "In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions. In fact, Qualcomm was still receiving requests for information from the agency that would be necessary to an informed view of the facts when it became apparent that the FTC was driving to file a complaint before the transition to the new Administration. We have grave concerns about the two Commissioners' decision to bring this case despite a lack of evidence supporting the allegations and theories in the complaint. We look forward to defending our business in federal court, where we are confident we will prevail on the merits."

Rosenberg added, "Qualcomm has been the leader in innovation and invention in the mobile industry for more than 30 years. We have invested billions of dollars in research and development in fundamental mobile technologies that enable the applications and services that have become an essential part of our daily life. Our contribution of these technologies to standard setting organizations and our broad-based licensing of those technologies on fair, reasonable and non-discriminatory terms has facilitated the explosive growth of the mobile communications industry worldwide, brought enormous benefits to consumers, and fostered competition. Qualcomm's investments and the work of its 30,000 employees have given consumers the ability to access the Internet and massive amounts of data instantaneously on their mobile devices. The historically unprecedented level of innovation and extraordinarily successful worldwide adoption of mobile technology, and the vibrant competition within the industry, make it difficult to understand why the FTC decided to act in this case. The intellectual-property-rights policies of the cellular standards organizations do not require licensing at the component level, and the FTC does not have the authority to rewrite industry policy. That is for the industry, not a regulator, to decide."

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

 © 2023 Factiva, Inc. All rights reserved.

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-responds-to-complaint-from-us-federal-trade-commission-300392395.html

SOURCE Qualcomm Incorporated

(END) Dow Jones Newswires

January 17, 2017 17:57 ET (22:57 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0041w

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM** |
| **WC** | 42 words |
| **PD** | 17 January 2017 |
| **ET** | 18:05 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:54 ET (22:54 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2305GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000kp |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration'** |
| **WC** | 45 words |
| **PD** | 17 January 2017 |
| **ET** | 18:04 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:54 ET (22:54 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2304GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000ko |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms** |
| **WC** | 52 words |
| **PD** | 17 January 2017 |
| **ET** | 18:02 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:52 ET (22:52 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2302GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000kn |

DOW JONES
NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry** |
| **WC** | 46 words |
| **PD** | 17 January 2017 |
| **ET** | 17:59 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:52 ET (22:52 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2259GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000km |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM** |
| **WC** | 41 words |
| **PD** | 17 January 2017 |
| **ET** | 17:56 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br><br>January 17, 2017 17:51 ET (22:51 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br><br>17-01-17 2256GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000ki |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM** |
| WC | 43 words |
| PD | 17 January 2017 |
| ET | 17:55 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

January 17, 2017 17:51 ET (22:51 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

17-01-17 2255GMT

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020170117ed1h000kg |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Responds to Complaint From U.S. FTC** |
| **WC** | 38 words |
| **PD** | 17 January 2017 |
| **ET** | 17:53 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br><br>January 17, 2017 17:50 ET (22:50 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br><br>17-01-17 2253GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | usa : United States \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000ke |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **FTC Seeks Court Order Barring Qualcomm Tactics** |
| **WC** | 32 words |
| **PD** | 17 January 2017 |
| **ET** | 16:04 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 17, 2017 16:03 ET (21:03 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>17-01-17 2104GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ncmac : Commodities Asset Class News \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| ntop : Top Wire News \| redit : Selection of Top Stories/Trends/Analysis |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000j2 |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones** |
| **WC** | 40 words |
| **PD** | 17 January 2017 |
| **ET** | 16:04 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 17, 2017 16:03 ET (21:03 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>17-01-17 2104GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| gcrim : Crime/Legal Action \| ncmac : Commodities Asset Class News \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ccat : Corporate/Industrial News \| gcat : Political/General News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| ntop : Top Wire News \| redit : Selection of Top Stories/Trends/Analysis |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000j0 |

DOW JONES
NEWSWIRES

| | |
|---|---|
| **HD** | **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm Files Antitrust Lawsuit Against** |
| **WC** | 33 words |
| **PD** | 17 January 2017 |
| **ET** | 16:03 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

(MORE TO FOLLOW) Dow Jones Newswires

January 17, 2017 16:03 ET (21:03 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

17-01-17 2103GMT

| | |
|---|---|
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ncmac : Commodities Asset Class News \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| ntop : Top Wire News \| redit : Selection of Top Stories/Trends/Analysis |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000iz |

M2 PressWIRE

HD **Qualcomm announces expansion of its Design in India Program; To focus on growing mobile and IoT ecosystem in India with R&D and localization support**

WC 636 words

PD 17 January 2017

SN M2 Presswire

SC MTPW

LA English

CY © 2017, M2 Communications. All rights reserved.

LP

News Highlights

- Announces winners for Qualcomm Design in India Challenge (QDIC) 2016.

TD

- Expands QDIC ‘17 to support 16 start-ups in areas of new technologies

- Invests in new Innovation Lab at Hyderabad and expansion of Innovation lab at Bangalore

NEW DELHI — Qualcomm Incorporated (NASDAQ: QCOM) today announced the top three winners of its first edition of the Qualcomm Design in India Challenge (QDIC), which was launched in December 2015, in association with the National Association of Software and Services Companies (NASSCOM ). Over the last 12 months, ten shortlisted companies were incubated with initial prize money of USD 10,000 each and engineering support at Qualcomm India ’s Innovation Lab in Bangalore where they could transform their ideas into prototypes. In the final round, the companies were judged by the jury members consisting of Industry, Government and Qualcomm executives. In addition,

the selected winners were awarded USD 100,000 each as part of the Challenge.

The winners are Carnot Technologies, IFuture Robotics and Uncanny Vision.

Qualcomm also announced investment of USD 8.5 Mn for expansion of their design initiatives in India, to be called henceforth the ‘Qualcomm Design in India Program’ (QDIP). Under this program two key initiatives were announced:

- The Qualcomm “Design in India Challenge II” will support companies in the areas of Rural technology, Biometric Devices, Payment Terminals, Agri Technology, Medical Technology and Smart Infrastructure

- Enable India mobile and IoT vendors by providing advanced Camera, Audio, and RF design in India with the launch of a new Innovation Lab at Hyderabad and expansion of the current Innovation Lab in Bangalore

Speaking on the occasion, John Han, senior vice president and general manager, Qualcomm Technology Licensing, said, “Qualcomm is passionate about innovation, every year we invest billions in risky R&D to invent technologies that bring advancements in various aspect of our lives. With Prime Minister Narendra Modi ’s vision to transform India into a digitally empowered society, Qualcomm is committed to offering support to help India’s ecosystem to grow and cater to increasing consumer choices.”

“Qualcomm Design in India Challenge is one of the most successful initiatives by Qualcomm to nurture some of the talented startups in India. After seeing the overpowering response during the 2016 edition, we decided to go ahead with a second year, as well as expanding the number of participants Qualcomm nurtures through this program from 10 to 16 participants in 2017.” said Jim Cathey, senior vice president & president, Asia Pacific & India, Qualcomm Technologies Inc .

More information on Qualcomm Design In India Challenge II is available on http://www.qualcomm.co.in/design-in-india

About Qualcomm

Qualcomm 's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc ., a subsidiary of Qualcomm Incorporated , operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm 's website, blog, Twitter and Facebook pages. Qualcomm contacts: John Sinnott Pete Lancia

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** nsffvp : National Association of Software and Service Companies | qcom : Qualcomm Incorporated

**IN** iioft : Internet-of-Things Technologies | i3302 : Computers/Consumer Electronics | i3303 : Networking | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** npress : Press Releases | c23 : Research/Development | ccat : Corporate/Industrial News | ncat : Content Types

**RE** india : India | banga : Bengaluru | karna : Karnataka | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** Normans Media Ltd

**AN** Document MTPW000020170117ed1h0043d

THE FINANCIAL EXPRESS

**SE** Technology

**HD** **Qualcomm Design in India: Three startups win $100,000 prize money; artificial intelligence is the real winner**

**BY** Sumit Chakraborty

**WC** 479 words

**PD** 17 January 2017

**SN** Financial Express

**SC** AIWFIE

**LA** English

**CY** Copyright 2017 Indian Express Online Media Pvt. Ltd.

**LP**

Qualcomm , the chip maker, in the grand finale of its Design in India challenge, announced three winners, in while each startup won a prize money of $100,000. The challenge was started by the tech major in 2015, in while more than 400 startups had participated. The event to declare the winners was organised in New Delhi today and the startups which won the awards were Uncanny Vision, Carnot Technologies and iFuture Robotics. These three were selected from the top 10 shortlisted startups. In the event were present, Union minister for Law and Justice Ravi Shankar Prasad, NASSCOM President R. Chandrashekhar, Aruna Sundararajan, Secretary to Ministry of Electronics and Information Technology and J.S Deepak, Secretary Department of Telecommunications. The tech giant Qualcomm , also announced that it will invest $8.5 million in India, with an aim to expand its design initiatives in the country.

**TD**

iFuture Robotics is a startup which makes industrial automation robots which read environment data to move and deliver objects in warehouses which reduce labour cost as well as human injuries from heavy machinery. Uncanny Vision demonstrated an intelligent surveillance camera which can solve many security problems in places like ATMs. The camera uses machine learning to detect human actions for face and movement. Meanwhile, Carnot technologies is a telematics startup for low-cost bikes. The machine that they presented could connect a bike to a user's smartphone which can be useful for the safety of the vehicle even during emergency situations.

Also read | Qualcomm to invest $8.5 million in India to support PM Narendra Modi 's vision of digitisation

In the next initiative, Qualcomm with its Design in India Challenge II will be supporting companies in fields like Rural technology, payment methods, agricultural technology, health, biometric and more. The company will also enable mobiles and Internet of Things vendors from India by giving them better Camera, RF and Audio design technology. The company said that it will launch a new Innovation lab in Hyderabad and expand its existing one in Bangalore.

You may also like to watch:

During the event, John Han, senior vice president and GM , Qualcomm technology Licensing said that the company is very passionate about innovation and it is evident in the fact that it invests a lot of money in risky research and development projects. He added that Qualcomm is committed to supporting PM Narendra Modi to help the Indian ecosystem become a digitally empowered society.

The event to declare the winners of the Qualcomm challenge was organised in New Delhi today and the startups which won the awards were Uncanny Vision, Carnot Technologies and iFuture Robotics. In the event were present, Union minister for Law and Justice Ravi Shankar Prasad and NASSCOM President R. Chandrashekhar. (FE Photo)

**CO** qcom : Qualcomm Incorporated

| | |
|---|---|
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | gpol : Domestic Politics \| grobo : Robotics \| gcat : Political/General News \| gpir : Politics/International Relations \| gsci : Sciences/Humanities |
| **RE** | india : India \| delhi : Delhi \| asiaz : Asia \| bric : BRICS Countries \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| indsubz : Indian Subcontinent \| sasiaz : Southern Asia |
| **PUB** | India Express Mumbai Limited |
| **AN** | Document AIWFIE0020170117ed1h000c4 |

 © 2023 Factiva, Inc. All rights reserved.

THE FINANCIAL EXPRESS

**SE** Technology

**HD** **Qualcomm to invest $8.5 million in India to support PM Narendra Modi 's vision of digitisation**

**BY** Sumit Chakraborty

**WC** 530 words

**PD** 17 January 2017

**SN** Financial Express

**SC** AIWFIE

**LA** English

**CY** Copyright 2017 Indian Express Online Media Pvt. Ltd.

**LP**

Technology major Qualcomm has announced that it will invest $8.5 million in India, with an aim to expand its digital design initiatives in the country. The Design in India challenge was announced back two years ago in 2015 and had around 400 participating members. Today, at an event, three startups among the top 10 participants who were shortlisted, won a prize money of $100,000 each. The event was also attended by Union minister for Law and Justice Ravi Shankar Prasad and NASSCOM President R. Chandrashekhar. The startups which won the prizes were iFuture Robotics, Uncanny Vision and Carnot Technologies. During the event, John Han, senior vice president and GM , Qualcomm technology Licensing said that the company is very passionate about innovation and it is evident in the fact that it invests a lot of money in risky research and development projects. He added that Qualcomm is committed to supporting PM Narendra Modi to help the Indian ecosystem become a digitally empowered society.

**TD**

At the event, Ravi Shankar Prasad said that Indians are now more desirous of technology than ever before. He said that India is ready for innovations in digital designs. He asked the young entrepreneurs to work more towards India-focused research including rural health and education. HE also talked about how Adhaar card's technological prowess is now admired globally. Prasad also insisted on the need of more human resource in the area of research and talked about how the government is trying to create an ecosystem suitable for startups. He also asked Qualcomm to make a chip which is integral to the Aadhaar itself.

Also read | Qualcomm Design in India: Three startups win $100,000 prize money; artificial intelligence is the real winner

Among the prize winners, iFuture Robotics is a startup which makes industrial automation robots which read environment data to move and deliver objects in warehouses which reduce labour cost as well as human injuries from heavy machinery. Uncanny Vision demonstrated an intelligent surveillance camera which can solve many security problems in places like ATMs. The camera uses machine learning to detect human actions for face and movement. Meanwhile, Carnot technologies is a telematics startup for low-cost bikes. The machine that they presented could connect a bike to a user's smartphone which can be useful for the safety of the vehicle even during emergency situations.

You may also like to watch:

In the next initiative, Qualcomm with its Design in India Challenge II will be supporting companies in fields like Rural technology, payment methods, agricultural technology, health, biometric and more. The company will also enable mobiles and Internet of Things vendors from India by giving them better Camera, RF and Audio design technology. The company said that it will launch a new Innovation lab in Hyderabad and expand its existing one in Bangalore.

Qualcomm's Design in India challenge was announced two years ago in 2015 and had around 400 participating members. Today, at an event, three startups among the top 10 participants who were shortlisted, won a prize money of $100,000 each.

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** gpol : Domestic Politics | grobo : Robotics | c23 : Research/Development | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gsci : Sciences/Humanities

**RE** india : India | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** India Express Mumbai Limited

**AN** Document AIWFIE0020170117ed1h000bz

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm announces expansion of its Design in India Program**

**WC** 637 words

**PD** 17 January 2017

**ET** 03:00

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

To focus on growing mobile and IoT ecosystem in India with R&D and localization support

NEW DELHI, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced the top three winners of its first edition of the Qualcomm Design in India Challenge (QDIC), which was launched in December 2015, in association with the National Association of Software and Services Companies (NASSCOM ). Over the last 12 months, ten shortlisted companies were incubated with initial prize money of USD 10,000 each and engineering support at Qualcomm India 's Innovation Lab in Bangalore where they could transform their ideas into prototypes. In the final round, the companies were judged by the jury members consisting of Industry, Government and Qualcomm executives. In addition, the selected winners were awarded USD 100,000 each as part of the Challenge.

**TD**

The winners are Carnot Technologies, IFuture Robotics and Uncanny Vision.

Qualcomm also announced investment of USD 8.5 Mn for expansion of their design initiatives in India, to be called henceforth the 'Qualcomm Design in India Program' (QDIP). Under this program two key initiatives were announced:

```
   -- The
Qualcomm  "Design in India Challenge II" will support companies in the
      areas of Rural Technology, Biometric Devices, Payment Terminals, Agri
      Technology, Medical Technology and Smart Infrastructure

   -- Enable India mobile and IoT vendors by providing advanced Camera, Audio,
      and RF design in India with the launch of a new Innovation Lab at
      Hyderabad and expansion of the current Innovation Lab in Bangalore
```

Speaking on the occasion, John Han, senior vice president and general manager, Qualcomm Technology Licensing, said, "Qualcomm is passionate about innovation, every year we invest billions in risky R&D to invent technologies that bring advancements in various aspect of our lives. With Prime Minister Narendra Modi 's vision to transform India into a digitally empowered society, Qualcomm is committed to offering support to help India's ecosystem to grow and cater to increasing consumer choices."

"Qualcomm Design in India Challenge is one of the most successful initiatives by Qualcomm to nurture some of the talented start-ups in India. After seeing the overpowering response during the 2016 edition, we decided to go ahead with a second year, as well as expanding the number of participants Qualcomm nurtures through this program from 10 to 16 participants in 2017," said Jim Cathey, senior vice president & president, Asia Pacific & India, Qualcomm Technologies, Inc .

More information on Qualcomm Design In India Challenge II is available on http://www.qualcomm.co.in/design-in-india

About Qualcomm

Qualcomm 's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc ., a subsidiary of Qualcomm Incorporated , operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm 's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Dechama Uthappa, Qualcomm India Public Relations

Phone: +91 9845087220

Email: duthappa@qti.qualcomm.com

John Sinnott , Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-announces-expansion-of-its-design-in-india-program-300391628.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END)

**CO** nsffvp : National Association of Software and Service Companies | qcom : Qualcomm Incorporated

**IN** iioft : Internet-of-Things Technologies | i3302 : Computers/Consumer Electronics | i3303 : Networking | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** npress : Press Releases | ncat : Content Types

**RE** india : India | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170117ed1h0001c

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Press Release: Qualcomm announces expansion of its Design in India Program**

**WC** 706 words

**PD** 17 January 2017

**ET** 05:41

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm announces expansion of its Design in India Program

To focus on growing mobile and IoT ecosystem in India with R&D and localization support

**TD**

News Highlights

- Announces winners for Qualcomm Design in India Challenge (QDIC) 2016.

- Expands QDIC '17 to support 16 start-ups in areas of new technologies

- Invests in new Innovation Lab at Hyderabad and expansion of Innovation lab at Bangalore

PR Newswire

NEW DELHI, Jan. 17, 2017

NEW DELHI, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced the top three winners of its first edition of the Qualcomm Design in India Challenge (QDIC), which was launched in December 2015, in association with the National Association of Software and Services Companies (NASSCOM ). Over the last 12 months, ten shortlisted companies were incubated with initial prize money of USD 10,000 each and engineering support at Qualcomm India 's Innovation Lab in Bangalore where they could transform their ideas into prototypes. In the final round, the companies were judged by the jury members consisting of Industry, Government and Qualcomm executives. In addition, the selected winners were awarded USD 100,000 each as part of the Challenge.

The winners are Carnot Technologies, IFuture Robotics and Uncanny Vision.

Qualcomm also announced investment of USD 8.5 Mn for expansion of their design initiatives in India, to be called henceforth the 'Qualcomm Design in India Program' (QDIP). Under this program two key initiatives were announced:

```
   -- The
Qualcomm  "Design in India Challenge II" will support companies in the
      areas of Rural Technology, Biometric Devices, Payment Terminals, Agri
      Technology, Medical Technology and Smart Infrastructure

   -- Enable India mobile and IoT vendors by providing advanced Camera, Audio,
      and RF design in India with the launch of a new Innovation Lab at
      Hyderabad and expansion of the current Innovation Lab in Bangalore
```

Speaking on the occasion, John Han, senior vice president and general manager, Qualcomm Technology Licensing, said, "Qualcomm is passionate about innovation, every year we invest billions in risky R&D to invent

technologies that bring advancements in various aspect of our lives. With Prime Minister Narendra Modi 's vision to transform India into a digitally empowered society, Qualcomm is committed to offering support to help India's ecosystem to grow and cater to increasing consumer choices."

"Qualcomm Design in India Challenge is one of the most successful initiatives by Qualcomm to nurture some of the talented start-ups in India. After seeing the overpowering response during the 2016 edition, we decided to go ahead with a second year, as well as expanding the number of participants Qualcomm nurtures through this program from 10 to 16 participants in 2017," said Jim Cathey, senior vice president & president, Asia Pacific & India, Qualcomm Technologies, Inc .

More information on Qualcomm Design In India Challenge II is available on http://www.qualcomm.co.in/design-in-india

About Qualcomm

Qualcomm 's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc ., a subsidiary of Qualcomm Incorporated , operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm 's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Dechama Uthappa, Qualcomm India Public Relations

Phone: +91 9845087220

Email: duthappa@qti.qualcomm.com

John Sinnott , Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-announces-expansion-of-its-design-in-india-program-300391628.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END) Dow Jones Newswires

January 17, 2017 05:41 ET (10:41 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | npress : Press Releases | ncat : Content Types | nfact : Factiva Filters

 © 2023 Factiva, Inc. All rights reserved.

**RE** india : India | banga : Bengaluru | delhi : Delhi | karna : Karnataka | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0012o

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 01/17/2017 to 01/17/2017 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 47 |
| Timestamp | 5 June 2023 11:48 |

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Incorporated**

**Appendix 9 – News Stories (New Terms List)**

**01.17.2017-01.17.2017**

DOW JONES

Landmark Study on Impact of 5G Mobile Technology Released ....3

Press Release: Landmark Study on Impact of 5G Mobile Technology Released ....6

Landmark Study on Impact of 5G Mobile Technology Released; 5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and... ....9

BRIEF-Zoom Video Communications says raised $100 mln in series D funding ....11

Qualcomm shares drop 4% on report of possible US antitrust case ....12

Qualcomm Drops 4% as Bloomberg Says FTC Prepares Suit over Licensing Terms ....13

Qualcomm said to face U.S. antitrust case on licensing practices - BBG ....14

US regulators bring antitrust case against Qualcomm over licensing ....15

Qualcomm: FTC Alleges Special Deal with Apple ....17

Mobile chipmaker Qualcomm hit with US antitrust suit ....18

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....20

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....22

U.S. antitrust agency sues Qualcomm over patent licensing ....24

Qualcomm Disputes FTC Allegation, Calls Action ‘Rushed' ....25

Qualcomm Responds to Complaint from U.S. Federal Trade Commission ....26

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update ....28

*Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....30

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update ....32

U.S. antitrust agency sues Qualcomm over patent licensing ....34

FTC sues Qualcomm alleging monopoly of semiconductor device ....36

Mobile chipmaker Qualcomm hit with US antitrust suit ....37

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update ....39

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update ....41

BRIEF-Qualcomm responds to complaint from U.S. Federal Trade Commission ....43

UPDATE 3-U.S. antitrust agency sues Qualcomm over patent licensing ....44

U.S. FTC Sues Qualcomm For Anti-competitive Practices ....46

Qualcomm Responds to Complaint from U.S. Federal Trade Commission; Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices ....48

FTC sues Qualcomm alleging monopoly of semiconductor device ....50

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm ....51

US sues Qualcomm over licensing technology for mobiles ....53

 © 2023 Factiva, Inc. All rights reserved.

U.S. antitrust agency poised to sue Qualcomm over patent licensing-sources ....55

*Qualcomm Responds to Complaint From U.S. FTC ....56

Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM ....59

Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration' ....60

Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms ....61

Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry ....62

Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM ....63

Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM ....64

Qualcomm Responds to Complaint From U.S. FTC ....65

FTC Seeks Court Order Barring Qualcomm Tactics ....66

FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones ........ 67

Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm Files Antitrust Lawsuit Against ....68

Qualcomm announces expansion of its Design in India Program; To focus on growing mobile and IoT ecosystem in India with R&D and localization support ....69

Qualcomm Design in India: Three startups win $100,000 prize money; artificial intelligence is the real winner ....71

Qualcomm to invest $8.5 million in India to support PM Narendra Modi ’s vision of digitisation ....73

Qualcomm announces expansion of its Design in India Program ....75

Press Release: Qualcomm announces expansion of its Design in India Program ....77

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Landmark Study on Impact of 5G Mobile Technology Released**

**WC** 971 words

**PD** 17 January 2017

**ET** 03:00

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and Services by 2035

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced that its subsidiary, Qualcomm Technologies, Inc. commissioned and released a landmark study, The 5G Economy, examining the potential economic and social impact of 5G around the world. The study was conducted jointly by research firms IHS Markit, PSB and leading economist Professor Dr. David Teece, director of the Tusher Center at the Haas School of Business, U.C. California, and principal executive officer of the Berkeley Research Group (BRG).

**TD**

The 5G Economy includes an economic impact study conducted by IHS Markit and validated by Dr. David Teece, as well as opinion research about the expectations for 5G among business and technology leaders carried out by PSB. The combined findings of the study show how 5G will profoundly affect the global economy and that business decision makers in technology and other industries overwhelmingly believe in the transformational nature of 5G.

"These respected researchers confirmed our strong belief that 5G will be a fundamental game changer," said Qualcomm CEO Steve Mollenkopf. "We have been hard at work helping create some of the key technologies and applications that will make 5G a reality, pushing the boundaries of LTE, collaborating with industry leaders, and spearheading the critical research behind the next-generation global wireless standard."

Notably, the study indicates that 5G will catapult mobile into the exclusive realm of General Purpose Technologies, like electricity and the automobile, that provide the foundation for massive innovation, give rise to new industries and benefit entire economies. This will happen as 5G advances mobile from a set of technologies connecting people to people and information to a unified fabric connecting people to everything.

"I've spent many years studying the impact of general purposes technologies, and it's clear that 5G will propel mobile into that category, assuring the technology's long-term impact on society and continued growth for decades," said Dr. David Teece.

Economic Growth Foreseen

According to the study, in 2035, when 5G's full economic benefit should be realized across the globe, a broad range of industries -- from retail to education, transportation to entertainment, and everything in between -- could produce up to $12.3 trillion worth of goods and services enabled by 5G.

The 5G value chain itself is seen as generating up to $3.5 trillion in revenue in 2035, supporting as many as 22 million jobs. Over time, 5G will boost real global GDP growth by $3 trillion dollars cumulatively from 2020 to 2035, roughly the equivalent of adding an economy the size of India to the world in today's dollars.

Complementing the economic study, polling research done by PSB confirms that business decision makers and opinion leaders around the globe expect 5G to bring widespread benefits for society and the economy overall, enabling new products and services, increasing productivity and allowing for new industries to emerge.

Over 90 percent of the more than 3,500 respondents agreed that 5G will enable new products, services and use cases that have not been invented yet.

For an in-depth look at the study, please visit: https://www.qualcomm.com/invention/5g/economy.

About Berkeley Research Group

Berkeley Research Group is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting to Fortune 500 corporations, financial institutions, government agencies, major law firms, and regulatory bodies around the world. It is led by its chairman and founder, David Teece, Tusher Professor of Global Business at the Haas School of Business, University of California, Berkeley.

About IHS Markit

IHS Markit (Nasdaq: INFO) is a world leader in critical information, analytics and solutions for the major industries and markets that drive economies worldwide. The company delivers next-generation information, analytics and solutions to customers in business, finance and government, improving their operational efficiency and providing deep insights that lead to well-informed, confident decisions. IHS Markit has more than 50,000 key business and government customers, including 85 percent of the Fortune Global 500 and the world's leading financial institutions. Headquartered in London, IHS Markit is committed to sustainable, profitable growth.

About PSB

PSB, a member of the WPP Group, is a global research-based consultancy specializing in messaging and communications strategy for blue-chip corporate, political and entertainment clients. PSB's operations include over 200 consultants and a sophisticated in-house market research infrastructure with the capability to conduct work in more than 90 countries. For more information, please visit www.psbresearch.com.

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IOT and healthcare businesses.

Qualcomm Contacts:

Peter Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire,
visit:
http://www.prnewswire.com/news-releases/landmark-study-on-impact-of-5g-mobile-technology-released-300391687.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

 © 2023 Factiva, Inc. All rights reserved.

(END)

**CO** qcom : Qualcomm Incorporated | markit : IHS Markit Ltd

**IN** i34531 : Semiconductors | i8395461 : News Syndicates | idistr : Media Content Distribution | iindele : Industrial Electronics | iindstrls : Industrial Goods | imed : Media/Entertainment | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | usca : California | namz : North America | usw : Western U.S.

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170117ed1h0001d

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Press Release: Landmark Study on Impact of 5G Mobile Technology Released**

**WC** 1,001 words

**PD** 17 January 2017

**ET** 05:41

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Landmark Study on Impact of 5G Mobile Technology Released

5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and Services by 2035

**TD**

PR Newswire

SAN DIEGO, Jan. 17, 2017

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced that its subsidiary, Qualcomm Technologies, Inc. commissioned and released a landmark study, The 5G Economy, examining the potential economic and social impact of 5G around the world. The study was conducted jointly by research firms IHS Markit, PSB and leading economist Professor Dr. David Teece, director of the Tusher Center at the Haas School of Business, U.C. California, and principal executive officer of the Berkeley Research Group (BRG).

The 5G Economy includes an economic impact study conducted by IHS Markit and validated by Dr. David Teece, as well as opinion research about the expectations for 5G among business and technology leaders carried out by PSB. The combined findings of the study show how 5G will profoundly affect the global economy and that business decision makers in technology and other industries overwhelmingly believe in the transformational nature of 5G.

"These respected researchers confirmed our strong belief that 5G will be a fundamental game changer," said Qualcomm CEO Steve Mollenkopf. "We have been hard at work helping create some of the key technologies and applications that will make 5G a reality, pushing the boundaries of LTE, collaborating with industry leaders, and spearheading the critical research behind the next-generation global wireless standard."

Notably, the study indicates that 5G will catapult mobile into the exclusive realm of General Purpose Technologies, like electricity and the automobile, that provide the foundation for massive innovation, give rise to new industries and benefit entire economies. This will happen as 5G advances mobile from a set of technologies connecting people to people and information to a unified fabric connecting people to everything.

"I've spent many years studying the impact of general purposes technologies, and it's clear that 5G will propel mobile into that category, assuring the technology's long-term impact on society and continued growth for decades," said Dr. David Teece.

Economic Growth Foreseen

According to the study, in 2035, when 5G's full economic benefit should be realized across the globe, a broad range of industries -- from retail to education, transportation to entertainment, and everything in between -- could produce up to $12.3 trillion worth of goods and services enabled by 5G.

The 5G value chain itself is seen as generating up to $3.5 trillion in revenue in 2035, supporting as many as 22 million jobs. Over time, 5G will boost real global GDP growth by $3 trillion dollars cumulatively from 2020 to 2035, roughly the equivalent of adding an economy the size of India to the world in today's dollars.

Complementing the economic study, polling research done by PSB confirms that business decision makers and opinion leaders around the globe expect 5G to bring widespread benefits for society and the economy overall, enabling new products and services, increasing productivity and allowing for new industries to emerge. Over 90 percent of the more than 3,500 respondents agreed that 5G will enable new products, services and use cases that have not been invented yet.

For an in-depth look at the study, please visit: https://www.qualcomm.com/invention/5g/economy.

About Berkeley Research Group

Berkeley Research Group is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting to Fortune 500 corporations, financial institutions, government agencies, major law firms, and regulatory bodies around the world. It is led by its chairman and founder, David Teece, Tusher Professor of Global Business at the Haas School of Business, University of California, Berkeley.

About IHS Markit

IHS Markit (Nasdaq: INFO) is a world leader in critical information, analytics and solutions for the major industries and markets that drive economies worldwide. The company delivers next-generation information, analytics and solutions to customers in business, finance and government, improving their operational efficiency and providing deep insights that lead to well-informed, confident decisions. IHS Markit has more than 50,000 key business and government customers, including 85 percent of the Fortune Global 500 and the world's leading financial institutions. Headquartered in London, IHS Markit is committed to sustainable, profitable growth.

About PSB

PSB, a member of the WPP Group, is a global research-based consultancy specializing in messaging and communications strategy for blue-chip corporate, political and entertainment clients. PSB's operations include over 200 consultants and a sophisticated in-house market research infrastructure with the capability to conduct work in more than 90 countries. For more information, please visit www.psbresearch.com.

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IOT and healthcare businesses.

Qualcomm Contacts:

Peter Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:

http://www.prnewswire.com/news-releases/landmark-study-on-impact-of-5g-mobile-technology-released-300391687.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END) Dow Jones Newswires

January 17, 2017 05:41 ET (10:41 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c334 : Licensing Agreements | neqac : Equities Asset Class News | npress : Press Releases | c33 : Contracts/Orders | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0012p

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

| | |
|---|---|
| HD | **Landmark Study on Impact of 5G Mobile Technology Released; 5G Expected to Create 22 Million Jobs, Produce Up to $12.3 Trillion of Goods and Services by 2035** |
| WC | 948 words |
| PD | 17 January 2017 |
| SN | M2 Presswire |
| SC | MTPW |
| LA | English |
| CY | © 2017, M2 Communications. All rights reserved. |

**LP**

SAN DIEGO — Qualcomm Incorporated (NASDAQ: QCOM) today announced that its subsidiary, Qualcomm Technologies, Inc. commissioned and released a landmark study, The 5G Economy, examining the potential economic and social impact of 5G around the world. The study was conducted jointly by research firms IHS Markit, PSB and leading economist Professor Dr. David Teece, director of the Tusher Center at the Haas School of Business, U.C. California, and principal executive officer of the Berkeley Research Group (BRG).

The 5G Economy includes an economic impact study conducted by IHS Markit and validated by Dr. David Teece, as well as opinion research about the expectations for 5G among business and technology leaders carried out by PSB. The combined findings of the study show how 5G will profoundly affect the global economy and that business decision makers in technology and other industries overwhelmingly believe in the transformational nature of 5G.

**TD**

“These respected researchers confirmed our strong belief that 5G will be a fundamental game changer,” said Qualcomm CEO Steve Mollenkopf. “We have been hard at work helping create some of the key technologies and applications that will make 5G a reality, pushing the boundaries of LTE, collaborating with industry leaders, and spearheading the critical research behind the next-generation global wireless standard.”

Notably, the study indicates that 5G will catapult mobile into the exclusive realm of General Purpose Technologies, like electricity and the automobile, that provide the foundation for massive innovation, give rise to new industries and benefit entire economies. This will happen as 5G advances mobile from a set of technologies connecting people to people and information to a unified fabric connecting people to everything.

“I’ve spent many years studying the impact of general purposes technologies, and it’s clear that 5G will propel mobile into that category, assuring the technology’s long-term impact on society and continued growth for decades.” said Dr. David Teece.

Economic Growth Foreseen

According to the study, in 2035, when 5G’s full economic benefit should be realized across the globe, a broad range of industries - from retail to education, transportation to entertainment, and everything in between - could produce up to $12.3 trillion worth of goods and services enabled by 5G.

The 5G value chain itself is seen as generating up to $3.5 trillion in revenue in 2035, supporting as many as 22 million jobs. Over time, 5G will boost real global GDP growth by $3 trillion dollars cumulatively from 2020 to 2035, roughly the equivalent of adding an economy the size of India to the world in today’s dollars.

Complementing the economic study, polling research done by PSB confirms that business decision makers and opinion leaders around the globe expect 5G to bring widespread benefits for society and the economy overall, enabling new products and services, increasing productivity and allowing for new industries to emerge. Over 90 percent of the more than 3,500 respondents agreed that 5G will enable new products, services and use cases that have not been invented yet.

For an in-depth look at the study, please visit: https://www.qualcomm.com/invention/5g/economy.

About Berkeley Research Group

Berkeley Research Group is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting to Fortune 500 corporations, financial institutions, government agencies, major law firms, and regulatory bodies around the world. It is led by its chairman and founder, David Teece, Tusher Professor of Global Business at the Haas School of Business, University of California, Berkeley.

About IHS Markit

IHS Markit (Nasdaq: INFO) is a world leader in critical information, analytics and solutions for the major industries and markets that drive economies worldwide. The company delivers next-generation information, analytics and solutions to customers in business, finance and government, improving their operational efficiency and providing deep insights that lead to well-informed, confident decisions. IHS Markit has more than 50,000 key business and government customers, including 85 percent of the Fortune Global 500 and the world's leading financial institutions. Headquartered in London, IHS Markit is committed to sustainable, profitable growth.

About PSB

PSB, a member of the WPP Group, is a global research-based consultancy specializing in messaging and communications strategy for blue-chip corporate, political and entertainment clients. PSB's operations include over 200 consultants and a sophisticated in-house market research infrastructure with the capability to conduct work in more than 90 countries. For more information, please visit www.psbresearch.com.

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IOT and healthcare businesses. Qualcomm contacts: Pete Lancia John Sinnott

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** hsshbu : Haas School of Business | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | usca : California | namz : North America | usw : Western U.S.

**PUB** Normans Media Ltd

**AN** Document MTPW000020170117ed1h0043f

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **BRIEF-Zoom Video Communications says raised $100 mln in series D funding** |
| **WC** | 57 words |
| **PD** | 17 January 2017 |
| **ET** | 07:55 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

Jan 17 (Reuters) - Zoom Video Communications

* Says raised $100 million in series D funding

**TD**

* Zoom Video Communications - funding from Sequoia, with additional participation from Emergence Capital, Jerry Yang's AME Cloud Ventures, Qualcomm Ventures Source text for Eikon:

| | |
|---|---|
| **RF** | Released: 2017-1-17T13:55:40.000Z |
| **CO** | qualcv : Qualcomm Ventures \| qcom : Qualcomm Incorporated |
| **IN** | i81502 : Trusts/Funds/Financial Vehicles \| i8150203 : Private Equity \| ialtinv : Alternative Investments \| ifinal : Financial Services \| iinv : Investing/Securities \| iventure : Venture Capital |
| **NS** | c171 : Share Capital \| ccat : Corporate/Industrial News \| croufi : Series/Round Financing \| c17 : Corporate Funding \| c173 : Financing Agreements \| cactio : Corporate Actions \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170117ed1h00lda |

FT FINANCIAL TIMES

**HD** **Qualcomm shares drop 4% on report of possible US antitrust case**

**BY** Pan Kwan Yuk

**WC** 175 words

**PD** 17 January 2017

**ET** 14:06

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Qualcomm, the world's largest mobile chipmaker, saw more than $4.3bn wiped off its market value on Tuesday after a report said the company could be sued by US regulators over its business practices.

Shares in the company fell 4.2 per cent to $63.96 and reduced the group's market cap to $96.4bn.

**TD**

San Diego-based Qualcomm first disclosed in 2014 that the Federal Trade Commission was investigating its licensing practices.

The semiconductor maker is already facing a string of similar probes around the world over its licensing practices for technologies that are core to high-speed wireless communications standards.

Last month, South Korea fined Qualcomm Won1.03tn ($854m), accusing the company of abusing its market dominance in wireless chips to force "excessive" licensing fees on smartphone makers. That comes after Qualcomm agreed to pay $975m to settle a complaint in China in February 2015.

The company is also the subject of investigations in the EU and Taiwan.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1522 : Share Price Movement/Disruptions | c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | c15 : Financial Performance | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170117ed1h00ayh

**Qualcomm Drops 4% as Bloomberg Says FTC Prepares Suit over Licensing Terms**

Barron's Blogs, 15:36, 17 January 2017, 99 words, (English)

Shares of wireless chip giant Qualcomm (QCOM) dropped sharply this afternoon, and are down $2.86, over 4%, at $64.02, after Bloomberg's Ian King, David McLaughlin, and Susan Decker this afternoon reported that the U.S. Federal Trade ...

Document WCBBE00020170117ed1h002xl

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **Qualcomm said to face U.S. antitrust case on licensing practices - BBG**

**WC** 127 words

**PD** 17 January 2017

**ET** 14:46

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

Jan 17 (Reuters) - Qualcomm Inc is set to face a U.S. antitrust case for allegedly using unfair practices in the way the chipmaker licenses its technology, Bloomberg reported, citing people familiar with the matter. (http://bloom.bg/2iLeYus)

Qualcomm's shares fell 4.5 percent to $63.90.

**TD**

The company's technology licensing business has driven profits for years, thanks to the royalties it collects on the chip technology developed by its chipmaking unit.

In 2014, Qualcomm disclosed that the Federal Trade Commission was investigating its licensing practices.

Qualcomm and FTC were not immediately available for comment. (Reporting by Anya George Tharakan in Bengaluru; Editing by Maju Samuel)

**RF** Released: 2017-1-17T20:46:35.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | c13 : Regulation/Government Policy | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170117ed1h012w2

FT FINANCIAL TIMES

**HD** **US regulators bring antitrust case against Qualcomm over licensing**

**BY** Richard Waters

**WC** 304 words

**PD** 17 January 2017

**ET** 16:32

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

US regulators on Tuesday sued Qualcomm over the way it licenses its technology for mobile phones, hitting at the business that generates the bulk of the profits for the US chip company.

The case follows an investigation that was started in 2014, and has accelerated in recent weeks as the Federal Trade Commission moved towards filing a high-profile antitrust case just days before a new administration takes control in Washington.

**TD**

Qualcomm's shares fell by more than 4 per cent earlier in the day after Bloomberg reported the impending action, as investors worried that the company would be forced to change the way it negotiates with handset makers. The action comes three weeks after South Korea said it would slap a $854m fine on the company over similar licensing concerns.

The US complaint centres on patents that other companies need to license to implement communications standards like 3G. Given the obligatory use of these so-called standards essential patents, companies like Qualcomm agree to certain limits in how they negotiate licences.

Qualcomm forces cell phone makers to pay higher royalties by "threatening to disrupt [their] supply of baseband processors," according to the US lawsuit, which was filed in federal court in California.

FTC commissioners voted 2-1 in favour of suing. The agency has been operating with just three commissioners ahead of the change of administration, instead of the typical five.

In an unusual statement of dissent, commissioner Maureen Ohlhausen claimed the action was based on a "flawed legal theory… that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine US intellectual property rights in Asia and worldwide."

Qualcomm did not immediately respond to a request for comment.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)



PX333

**AN** Document FTCMA00020170117ed1h00ci1

**Qualcomm: FTC Alleges Special Deal with Apple**

Barron's Blogs, 16:18, 17 January 2017, 299 words, (English)

Confirming a report this afternoon by reporters, the Federal Trade Commission announced just after market close that it has filed a complaint against the company, alleging, "by threatening to disrupt cell phone manufacturers' supply of ...

Document WCBBE00020170117ed1h0035x

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Mobile chipmaker Qualcomm hit with US antitrust suit**

**WC** 334 words

**PD** 17 January 2017

**ET** 16:47

**SN** Agence France Presse

**SC** AFPR

**LA** English

**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Mobile chip giant Qualcomm was hit Tuesday with a US antitrust suit alleging it abused its dominant position in the market for processors used in cell phones and other devices.

The US Federal Trade Commission filed a lawsuit in federal court in California claiming Qualcomm's practices amount to "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

**TD**

Qualcomm, which is the dominant provider of chips for smartphones, has faced similar antitrust investigations in the European Union and China, and last month was hit with a record fine of $850 million by South Korean enforcement regulators.

In the US lawsuit, the FTC said Qualcomm's policy is to supply its processors only on the condition that cell phone manufacturers agree to Qualcomm's "preferred license terms" for patents which are essential for mobile communications.

"By using its monopoly power to obtain elevated royalties that apply to baseband processors supplied by its competitors, Qualcomm in effect collects a 'tax' on cell phone manufacturers when they use non-Qualcomm processors," the lawsuit said.

"This tax weakens Qualcomm's competitors, including by reducing demand for their processors, and serves to maintain Qualcomm's monopoly in baseband processor markets."

Qualcomm's actions have hurt competitors including Taiwan-based Via Technologies, which was acquired by Intel in 2015, and another Taiwan firm, MediaTek Inc.

The suit also alleges that Qualcomm "extracted exclusivity from Apple in exchange for reduced patent royalties," which prevented the iPhone maker from getting processors from Qualcomm's competitors from 2011 to 2016.

Qualcomm did not immediately respond to an AFP request for comment.

The San Diego, California, group in 2015 agreed to pay $975 million to settle antitrust charges in China.

The tech group is challenging an EU competition inquiry which could result in a fine of up to 10 percent of its annual sales, which amounted to $26.5 billion for Qualcomm in 2015.

rl/sg

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** US

**PUB** Agence France-Presse

**AN** Document AFPR000020170117ed1h00h1x

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**BY** By Brent Kendall

**WC** 270 words

**PD** 17 January 2017

**ET** 17:02

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufactures and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

17-01-17 2202GMT

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

| | |
|---|---|
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000ju |

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**BY** By Brent Kendall

**WC** 275 words

**PD** 17 January 2017

**ET** 17:03

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufactures and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:03 ET (22:03 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

| | |
|---|---|
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170117ed1h003u3 |

REUTERS

HD **U.S. antitrust agency sues Qualcomm over patent licensing**

WC 115 words

PD 17 January 2017

ET 16:05

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

WASHINGTON, Jan 17 (Reuters) - The U.S. Federal Trade Commission filed a lawsuit against Qualcomm Inc on Tuesday, accusing the company of antitrust violations in its patent licensing business.

The FTC, which works with the Justice Department to enforce antitrust law, said that Qualcomm used its dominance in supplying baseband processors used in smartphones and tablets to extract elevated royalties for patents in what the complaint dubbed a "no license-no chips" policy.

TD

The lawsuit was filed in the U.S. District Court for the Northern District of California in San Jose.

(Reporting by Diane Bartz; editing by Diane Craft)

RF Released: 2017-1-17T22:05:49.000Z

CO ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

IN icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

NS c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | c41 : Management | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

RE usa : United States | namz : North America

IPD Business

IPC SERVICE:ABN

PUB Thomson Reuters (Markets) LLC

AN Document LBA0000020170117ed1h015o4

**Qualcomm Disputes FTC Allegation, Calls Action 'Rushed'**

Barron's Blogs, 17:43, 17 January 2017, 812 words, (English)

Shares of Qualcomm (QCOM) are up 16 cents at $64.35, in late trading, after the U.S. Federal Trade Commission said it brought a complaint against the company alleging it used "anticompetitive" practices to maintain a "monopoly" in the ...

Document WCBBE00020170117ed1h003s5

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm Responds to Complaint from U.S. Federal Trade Commission**

**WC** 906 words

**PD** 17 January 2017

**ET** 17:50

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

-- Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices --

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- The U.S. Federal Trade Commission (FTC) has filed a complaint today against Qualcomm in the U.S. District Court in the Northern District of California. The FTC's complaint alleges that certain Qualcomm's business practices, which have enabled the growth and advancement of mobile communications worldwide, are in violation of U.S. competition law. Qualcomm believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

**TD**

The portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary -- the central thesis of the complaint -- is wrong.

As FTC Commissioner Maureen Ohlhausen (who voted against the filing) explained in what she notes is a rare dissenting statement, the Commission's 2-1 decision to sue Qualcomm is "an enforcement action based on a flawed legal theory (including a standalone Section 5 count) that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine U.S. intellectual property rights in Asia and worldwide." As Commissioner Ohlhausen notes, it is telling that the complaint does not allege that Qualcomm charges above fair and reasonable royalties.

Despite an appeal from members of Congress to refrain from "midnight litigation" with novel and untested legal theories that could damage competition in the U.S., the FTC accelerated the investigation of Qualcomm and directed the filing of the complaint just days before the change of the Administration though only three of five FTC commissioners are in place.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new Administration, which reflects a sharp break from FTC practice," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated. "In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions. In fact, Qualcomm was still receiving requests for information from the agency that would be necessary to an informed view of the facts when it became apparent that the FTC was driving to file a complaint before the transition to the new Administration. We have grave concerns about the two Commissioners' decision to bring this case despite a lack of evidence supporting the allegations and theories in the complaint. We look forward to defending our business in federal court, where we are confident we will prevail on the merits."

Rosenberg added, "Qualcomm has been the leader in innovation and invention in the mobile industry for more than 30 years. We have invested billions of dollars in research and development in fundamental mobile technologies that enable the applications and services that have become an essential part of our daily life. Our

contribution of these technologies to standard setting organizations and our broad-based licensing of those technologies on fair, reasonable and non-discriminatory terms has facilitated the explosive growth of the mobile communications industry worldwide, brought enormous benefits to consumers, and fostered competition. Qualcomm's investments and the work of its 30,000 employees have given consumers the ability to access the Internet and massive amounts of data instantaneously on their mobile devices. The historically unprecedented level of innovation and extraordinarily successful worldwide adoption of mobile technology, and the vibrant competition within the industry, make it difficult to understand why the FTC decided to act in this case. The intellectual-property-rights policies of the cellular standards organizations do not require licensing at the component level, and the FTC does not have the authority to rewrite industry policy. That is for the industry, not a regulator, to decide."

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire,
visit:
http://www.prnewswire.com/news-releases/qualcomm-responds-to-complaint-from-us-federal-trade-commission-300392395.html

SOURCE Qualcomm Incorporated

(END)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | namz : North America

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170117ed1h000vj

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update**

**BY** By Brent Kendall

**WC** 476 words

**PD** 17 January 2017

**ET** 17:51

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:51 ET (22:51 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0041y

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** ***Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**WC** 324 words

**PD** 17 January 2017

**ET** 16:03

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

17 Jan 2017 16:03 ET *FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones

17 Jan 2017 16:03 ET *FTC Seeks Court Order Barring Qualcomm Tactics

**TD**

17 Jan 2017 16:48 ET Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm

By Brent Kendall

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufactures and hobble competitors.

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 16:48 ET (21:48 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nhotbn : Hot Business News | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h003ts

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- Update**

**BY** By Brent Kendall

**WC** 476 words

**PD** 17 January 2017

**ET** 18:06

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

Qualcomm couldn't immediately be reached to comment.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 18:06 ET (23:06 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0046e

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **U.S. antitrust agency sues Qualcomm over patent licensing**

**WC** 516 words

**PD** 17 January 2017

**ET** 18:19

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

WASHINGTON (Reuters) - The U.S. Federal Trade Commission filed a lawsuit against Qualcomm Inc on Tuesday, accusing the company of using "anticompetitive" tactics to maintain its monopoly on a key semiconductor used in mobile phones.

The FTC, which works with the Justice Department to enforce antitrust law, said that San Diego-based Qualcomm used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers and to weaken competitors.

**TD**

Qualcomm said in a statement that it would "vigorously contest" the complaint and denied FTC allegations that it threatened to withhold chips in order to collect unreasonable licensing fees.

Qualcomm shares fell 4 percent to $64.19 on Tuesday.

The complaint is likely the agency's last major action under current Democratic Chairwoman Edith Ramirez, who will step down Feb. 10, and comes just days before U.S. President-elect Donald Trump takes office on Friday.

Trump is expected to name Republican Commissioner Maureen Ohlhausen as acting FTC chairwoman and will fill three vacancies that will reshape the agency.

Ramirez and fellow Democrat Terrell McSweeny voted to approve the complaint but Ohlhausen dissented, saying that the lawsuit was based on a "flawed legal theory ... that lacks economic and evidentiary support."

In its complaint, the FTC said the patents that Qualcomm sought to license are standard essential patents, which means that the industry uses them widely and they are supposed to be licensed on fair, reasonable and non-discriminatory terms.

The FTC complaint also accused Qualcomm of refusing to license some standard essential patents to rival chipmakers, and of entering into an exclusive deal with Apple Inc.

"Qualcomm's customers have accepted elevated royalties and other license terms that do not reflect an assessment of terms that a court or other neutral arbiter would determine to be fair and reasonable," the FTC said in its complaint.

The FTC asked the U.S. District Court for the Northern District of California in San Jose to order Qualcomm to end these practices.

For its part, Qualcomm accused the FTC of a last-minute dash to court.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration," Don Rosenberg, Qualcomm general counsel, said in a statement. "We look forward to defending our business in federal court, where we are confident we will prevail."

The company has faced a series of antitrust rulings and investigations from regulators across the globe.

South Korea's antitrust regulator fined Qualcomm Inc 1.03 trillion won ($854 million) in December for what it called unfair practices in patent licensing, a decision the U.S. chipmaker said it will challenge in court.

In February 2015, Qualcomm paid a $975 million fine in China following a 14-month probe, while the European Union in December 2015 accused it of abusing its market power to thwart rivals.

(Reporting by Diane Bartz; Editing by Soyoung Kim and Alan Crosby)

**RF** Released: 2017-1-17T23:19:46.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:OUSBSM

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170117ed1h012yt

 © 2023 Factiva, Inc. All rights reserved.

AP

**HD** **FTC sues Qualcomm alleging monopoly of semiconductor device**

**WC** 143 words

**PD** 17 January 2017

**ET** 18:42

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2017. The Associated Press. All Rights Reserved.

**LP**

NEW YORK (AP) — The Federal Trade Commission is suing Qualcomm Inc. for allegedly maintaining a monopoly over a key device used in cellphones and other electronics.

The agency said Tuesday that Qualcomm, the world's dominant supplier of baseband processors, imposes "onerous" licensing terms on manufacturers and weakens its rivals.

**TD**

The FTC is seeking a court order to undo and prevent Qualcomm's methods.

In a statement, San Diego-based Qualcomm said it believes that the FTC complaint is flawed and advances the interests of companies that have earned billions of dollars made possible by "innovators" such as itself. The chipmaker also noted that the FTC filed its complaint even though only three of five FTC commissioners are in place.

The FTC lawsuit was filed in U.S. District Court for the Northern District of California.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** US

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020170117ed1h00grl

**HD** **Mobile chipmaker Qualcomm hit with US antitrust suit**

**WC** 451 words

**PD** 17 January 2017

**ET** 18:45

**SN** Agence France Presse

**SC** AFPR

**LA** English

**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Mobile chip giant Qualcomm was hit Tuesday with a US antitrust suit alleging it abused its dominant position in the market for processors used in cell phones and other devices.

The US Federal Trade Commission filed a lawsuit in federal court in California claiming Qualcomm's practices amount to "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

**TD**

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

"In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions," Qualcomm general counsel Don Rosenberg said in a released statement.

Qualcomm, which is the dominant provider of chips for smartphones, has faced similar antitrust investigations in the European Union and China, and last month was hit with a record fine of $850 million by South Korean enforcement regulators.

In the US lawsuit, the FTC said Qualcomm's policy is to supply its processors only on the condition that cell phone manufacturers agree to Qualcomm's "preferred license terms" for patents which are essential for mobile communications.

"By using its monopoly power to obtain elevated royalties that apply to baseband processors supplied by its competitors, Qualcomm in effect collects a 'tax' on cell phone manufacturers when they use non-Qualcomm processors," the lawsuit said.

"This tax weakens Qualcomm's competitors, including by reducing demand for their processors, and serves to maintain Qualcomm's monopoly in baseband processor markets."

Qualcomm's actions have hurt competitors including Taiwan-based Via Technologies, which was acquired by Intel in 2015, and another Taiwan firm, MediaTek Inc.

The suit also alleges that Qualcomm "extracted exclusivity from Apple in exchange for reduced patent royalties," which prevented the iPhone maker from getting processors from Qualcomm's competitors from 2011 to 2016.

Qualcomm general counsel Rosenberg maintained that the FTC sped up the investigation, filing the suit just days before a change in the US presidential administration and with only three of five agency commissioners in place.

"This is an extremely disappointing decision to rush to file a complaint," Rosenberg said.

"It became apparent that the FTC was driving to file a complaint before the transition to the new administration."

The San Diego, California, group in 2015 agreed to pay $975 million to settle antitrust charges in China.

The tech group is challenging an EU competition inquiry which could result in a fine of up to 10 percent of its annual sales, which amounted to $26.5 billion for Qualcomm in 2015.

gc-rl/sg

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** Lead

**PUB** Agence France-Presse

**AN** Document AFPR000020170117ed1h00ili

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update**

**BY** By Brent Kendall

**WC** 573 words

**PD** 17 January 2017

**ET** 17:57

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

Qualcomm said it would fight the FTC's suit, which it said is based on flawed legal theory and "significant misconceptions about the mobile technology industry." The company said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and it accused the FTC of filing the complaint before it had all the facts.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration, which reflects a sharp break from FTC practice," said Don Rosenberg, Qualcomm executive vice president and general counsel.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump

Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:57 ET (22:57 GMT)

| | |
|---|---|
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ntop : Top Wire News \| nttwn : Today's Top Wire News \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| redit : Selection of Top Stories/Trends/Analysis |
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170117ed1h0040c |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm -- 2nd Update**

**BY** By Brent Kendall

**WC** 573 words

**PD** 17 January 2017

**ET** 18:12

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON -- The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the chip maker engaged in unlawful tactics to maintain its monopoly on a semiconductor device used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which forces phone makers to pay elevated royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so. The lawsuit additionally alleged that a Qualcomm exclusive deal with device maker Apple Inc. harmed competition.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cell phones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down Feb. 10.

Qualcomm said it would fight the FTC's suit, which it said is based on flawed legal theory and "significant misconceptions about the mobile technology industry." The company said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and it accused the FTC of filing the complaint before it had all the facts.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration, which reflects a sharp break from FTC practice," said Don Rosenberg, Qualcomm executive vice president and general counsel.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

The FTC normally has five members but has been operating with only three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump

Administration to fill those openings, but an eventual Republican-majority at the FTC would potentially have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and worldwide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

Write to Brent Kendall at brent.kendall@wsj.com

(END) Dow Jones Newswires

January 17, 2017 18:12 ET (23:12 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0045e

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| HD | **BRIEF-Qualcomm responds to complaint from U.S. Federal Trade Commission** |
| WC | 122 words |
| PD | 17 January 2017 |
| ET | 18:01 |
| SN | Reuters News |
| SC | LBA |
| LA | English |
| CY | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

Jan 17 (Reuters) - Qualcomm Inc

**TD**

* Qualcomm responds to complaint from u.s. Federal Trade Commission

* Qualcomm Inc - "Has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms"

* Qualcomm Inc - Portrayal of facts offered by FTC as basis for agency's case is "significantly flawed"

* Will vigorously contest complaint and defend its business practices

* Qualcomm-"grave concerns" about 2 commissioners' decision to bring the case despite lack of evidence supporting allegations and theories in complaint

* Qualcomm - "This is an extremely disappointing decision to rush to file a complaint on eve of chairwoman Ramirez's departure and transition to a new administration"

| | |
|---|---|
| RF | Released: 2017-1-18T00:01:09.000Z |
| CO | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | ccat : Corporate/Industrial News \| gcrim : Crime/Legal Action \| gcat : Political/General News |
| RE | usa : United States \| namz : North America |
| IPD | Business |
| IPC | SERVICE:ABN |
| PUB | Thomson Reuters (Markets) LLC |
| AN | Document LBA0000020170117ed1h018ra |

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **UPDATE 3-U.S. antitrust agency sues Qualcomm over patent licensing**

WC 531 words

PD 17 January 2017

ET 18:16

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

(Adds Qualcomm statement that it will contest lawsuit)

By Diane Bartz

TD

WASHINGTON, Jan 17 (Reuters) - The U.S. Federal Trade Commission filed a lawsuit against Qualcomm Inc on Tuesday, accusing the company of using "anticompetitive" tactics to maintain its monopoly on a key semiconductor used in mobile phones.

The FTC, which works with the Justice Department to enforce antitrust law, said that San Diego-based Qualcomm used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers and to weaken competitors.

Qualcomm said in a statement that it would "vigorously contest" the complaint and denied FTC allegations that it threatened to withhold chips in order to collect unreasonable licensing fees.

Qualcomm shares fell 4 percent to $64.19 on Tuesday.

The complaint is likely the agency's last major action under current Democratic Chairwoman Edith Ramirez, who will step down Feb. 10, and comes just days before U.S. President-elect Donald Trump takes office on Friday.

Trump is expected to name Republican Commissioner Maureen Ohlhausen as acting FTC chairwoman and will fill three vacancies that will reshape the agency.

Ramirez and fellow Democrat Terrell McSweeny voted to approve the complaint but Ohlhausen dissented, saying that the lawsuit was based on a "flawed legal theory ... that lacks economic and evidentiary support."

In its complaint, the FTC said the patents that Qualcomm sought to license are standard essential patents, which means that the industry uses them widely and they are supposed to be licensed on fair, reasonable and non-discriminatory terms.

The FTC complaint also accused Qualcomm of refusing to license some standard essential patents to rival chipmakers, and of entering into an exclusive deal with Apple Inc.

"Qualcomm's customers have accepted elevated royalties and other license terms that do not reflect an assessment of terms that a court or other neutral arbiter would determine to be fair and reasonable," the FTC said in its complaint.

The FTC asked the U.S. District Court for the Northern District of California in San Jose to order Qualcomm to end these practices.

For its part, Qualcomm accused the FTC of a last-minute dash to court.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration," Don Rosenberg, Qualcomm general counsel, said in a statement. "We look forward to defending our business in federal court, where we are confident we will prevail."

The company has faced a series of antitrust rulings and investigations from regulators across the globe.

South Korea's antitrust regulator fined Qualcomm Inc 1.03 trillion won ($854 million) in December for what it called unfair practices in patent licensing, a decision the U.S. chipmaker said it will challenge in court.

In February 2015, Qualcomm paid a $975 million fine in China following a 14-month probe, while the European Union in December 2015 accused it of abusing its market power to thwart rivals. (Reporting by Diane Bartz; Editing by Soyoung Kim and Alan Crosby)

**RF** Released: 2017-1-18T00:16:27.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | c41 : Management | ccat : Corporate/Industrial News | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170117ed1h016il

 © 2023 Factiva, Inc. All rights reserved.

**SE** Business

**HD** **U.S. FTC Sues Qualcomm For Anti-competitive Practices**

**WC** 358 words

**PD** 17 January 2017

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2017 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - The U.S. Federal Trade Commission said it filed a complaint in federal district court charging Qualcomm Inc. (QCOM) with using anticompetitive tactics to maintain its monopoly in the supply of a key semiconductor device used in cell phones and other consumer products.

Responding to Complaint from U.S. Federal Trade Commission, Qualcomm said it believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

**TD**

Qualcomm said it will vigorously contest complaint and defend its business practices

Qualcomm noted that the portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary -- the central thesis of the complaint -- is wrong.

The FTC alleged that Qualcomm has used its dominant position as a supplier of certain baseband processors to impose onerous and anticompetitive supply and licensing terms on cell phone manufacturers and to weaken competitors.

According to the complaint, by threatening to disrupt cell phone manufacturers' supply of baseband processors, Qualcomm obtains elevated royalties and other license terms for its standard-essential patents that manufacturers would otherwise reject. These royalties amount to a tax on the manufacturers' use of baseband processors manufactured by Qualcomm's competitors, a tax that excludes these competitors and harms competition. Increased costs imposed by this tax are passed on to consumers, the complaint alleges.

By excluding competitors, Qualcomm impedes innovation that would offer significant consumer benefits, including those that foster the increased interconnectivity of consumer products, vehicles, buildings, and other items commonly referred to as the Internet of Things.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2017 RTTNews.com. All Rights Reserved

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020170118ed1h000gp

M2 PressWIRE

HD **Qualcomm Responds to Complaint from U.S. Federal Trade Commission; Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices**

WC 876 words

PD 17 January 2017

SN M2 Presswire

SC MTPW

LA English

CY © 2017, M2 Communications. All rights reserved.

LP

SAN DIEGO — The U.S. Federal Trade Commission (FTC) has filed a complaint today against Qualcomm in the U.S. District Court in the Northern District of California. The FTC's complaint alleges that certain Qualcomm's business practices, which have enabled the growth and advancement of mobile communications worldwide, are in violation of U.S. competition law. Qualcomm believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

TD

The portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary — the central thesis of the complaint — is wrong.

As FTC Commissioner Maureen Ohlhausen (who voted against the filing) explained in what she notes is a rare dissenting statement, the Commission's 2-1 decision to sue Qualcomm is "an enforcement action based on a flawed legal theory (including a standalone Section 5 count) that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine U.S. intellectual property rights in Asia and worldwide." As Commissioner Ohlhausen notes, it is telling that the complaint does not allege that Qualcomm charges above fair and reasonable royalties.

Despite an appeal from members of Congress to refrain from "midnight litigation" with novel and untested legal theories that could damage competition in the U.S., the FTC accelerated the investigation of Qualcomm and directed the filing of the complaint just days before the change of the Administration though only three of five FTC commissioners are in place.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new Administration, which reflects a sharp break from FTC practice," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated. "In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions. In fact, Qualcomm was still receiving requests for information from the agency that would be necessary to an informed view of the facts when it became apparent that the FTC was driving to file a complaint before the transition to the new Administration. We have grave concerns about the two Commissioners' decision to bring this case despite a lack of evidence supporting the allegations and theories in the complaint. We look forward to defending our business in federal court, where we are confident we will prevail on the merits."

Rosenberg added, "Qualcomm has been the leader in innovation and invention in the mobile industry for more than 30 years. We have invested billions of dollars in research and development in fundamental mobile technologies that enable the applications and services that have become an essential part of our daily life. Our contribution of these technologies to standard setting organizations and our broad-based licensing of those technologies on fair, reasonable and non-discriminatory terms has facilitated the explosive growth of

the mobile communications industry worldwide, brought enormous benefits to consumers, and fostered competition. Qualcomm's investments and the work of its 30,000 employees have given consumers the ability to access the Internet and massive amounts of data instantaneously on their mobile devices. The historically unprecedented level of innovation and extraordinarily successful worldwide adoption of mobile technology, and the vibrant competition within the industry, make it difficult to understand why the FTC decided to act in this case. The intellectual-property-rights policies of the cellular standards organizations do not require licensing at the component level, and the FTC does not have the authority to rewrite industry policy. That is for the industry, not a regulator, to decide."

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

Qualcomm contacts: Pete Lancia John Sinnott

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | usca : California | namz : North America | usw : Western U.S.

**PUB** Normans Media Ltd

**AN** Document MTPW000020170118ed1h002s1

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

HD **FTC sues Qualcomm alleging monopoly of semiconductor device**

CR AP

WC 144 words

PD 17 January 2017

ET 18:43

SN The Canadian Press

SC CPR

LA English

CY (c) 2017 The Canadian Press. All rights reserved.

LP

NEW YORK _ The Federal Trade Commission is suing Qualcomm Inc. for allegedly maintaining a monopoly over a key device used in cellphones and other electronics.

The agency said Tuesday that Qualcomm, the world's dominant supplier of baseband processors, imposes "onerous" licensing terms on manufacturers and weakens its rivals.

TD

The FTC is seeking a court order to undo and prevent Qualcomm's methods.

In a statement, San Diego-based Qualcomm said it believes that the FTC complaint is flawed and advances the interests of companies that have earned billions of dollars made possible by "innovators" such as itself. The chipmaker also noted that the FTC filed its complaint even though only three of five FTC commissioners are in place.

The FTC lawsuit was filed in U.S. District Court for the Northern District of California.

RF 20170117CPCPB7378

CO ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c34 : Anti-Competition Issues | nnam : News Agency Materials | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

RE usa : United States | namz : North America

IPD B

PUB The Canadian Press

AN Document CPR0000020170118ed1h000a6

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm**

**WC** 889 words
**PD** 17 January 2017
**ET** 17:00
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

WASHINGTON—The Federal Trade Commission on Tuesday sued Qualcomm Inc., alleging the semiconductor company engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

The FTC, in a suit filed in a California federal court, alleged that Qualcomm used its position as the dominant provider of baseband processors, devices that enable cellular communications, to impose onerous terms on phone manufacturers and hobble competitors.

**TD**

Qualcomm, which holds patents on essential cellular technologies, won't sell its processors unless a customer agrees to the company's preferred patent-licensing terms, which force phone makers to pay elevated patent royalties to Qualcomm when they use a competitor's chips, the FTC alleged.

The complaint specifically highlighted Qualcomm's dealings with Apple Inc., saying that when the iPhone maker sought relief from high royalties, Qualcomm conditioned partial relief on Apple using Qualcomm's baseband chips exclusively from 2011 to 2016.

Qualcomm said it would fight the FTC's suit, which it said is based on flawed legal theory and "significant misconceptions about the mobile technology industry." The company said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and it accused the FTC of filing the complaint before it had all the facts.

Apple declined to comment.

Qualcomm shares fell 4% in 4 p.m. trading on the Nasdaq Stock Market, though shares regained some of those losses in after-hours trading.

The commission also alleged that Qualcomm wrongly refused to license its "standard-essential" patents to competitors despite an obligation to do so.

"Qualcomm has engaged in exclusionary conduct that taxes its competitors' baseband processor sales, reduces competitors' ability and incentive to innovate, and raises prices paid by consumers for cellphones and tablets," the FTC said in its court filing.

The suit asks a federal judge to prohibit the alleged conduct and to take actions to restore a competitive landscape. The suit also seeks "redress" for Qualcomm's alleged violations, which potentially would allow a judge to impose monetary penalties.

The FTC's action came on a 2-1 partisan vote in the waning days of a Democratic majority at the commission. Current FTC Chairwoman Edith Ramirez, an Obama appointee, announced last week that she would step down on Feb. 10.

The FTC's current lone Republican, Commissioner Maureen Ohlhausen, dissented from the filing of the lawsuit. She is likely to become acting head of the agency after President-elect Donald Trump takes office.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new administration, which reflects a sharp break from FTC practice," said Don Rosenberg, Qualcomm executive vice president and general counsel.

The FTC normally has five members but has been operating with three commissioners for nearly a year. When Ms. Ramirez leaves, the FTC will have three vacancies. It could take months for the Trump Administration to fill those openings, but an eventual Republican-majority at the FTC potentially would have the ability to take a different course of action regarding Qualcomm.

In the intervening months, the lawsuit could leave Ms. Ohlhausen overseeing a case she didn't support.

In dissent, she said the lawsuit "lacks economic and evidentiary support" and would "undermine U.S. intellectual property rights in Asia and world-wide."

The FTC's probe of Qualcomm has been long-running, but commission staffers only finished their investigation recently, and that is why the lawsuit came so late in Ms. Ramirez's tenure, according to a person familiar with the matter.

The FTC action is the latest of a series of recent regulatory challenges to Qualcomm's business model. The company got about two thirds of its $23.56 billion in revenue in its latest fiscal year from selling chips, but the majority of its pretax profit comes from royalties for its technology. It typically licenses its patents to handset makers as a comprehensive package, charging a royalty of up to 5% of the wholesale price of each device, whether or not it uses a Qualcomm chip. Qualcomm typically doesn't license intellectual property to other chip makers.

South Korea's antitrust authority in late December said it would fine the company about $853 million for alleged violations, the highest such penalty levied on a company in that country. Qualcomm said it would contest that decision. The South Korean authority, like the FTC, demanded that Qualcomm cease selling chips to handset makers only if they buy a license. It also demanded that the company unbundle its patent licenses and offer them to chip makers.

Last year, Qualcomm agreed to a settlement with Chinese antitrust authorities that included a $975 million fine and required the company to alter its business practices. Chinese regulators, however, didn't challenge Qualcomm's model of charging royalties to handset makers.

In addition, The European Commission in late 2015 said it had charged Qualcomm with illegally paying a major customer to exclusively use its chips and selling chips below cost to force a competitor, Icera Inc., out of the market.

Write to Brent Kendall at brent.kendall@wsj.com and Ted Greenwald at Ted.Greenwald@wsj.com

(END) Dow Jones Newswires

January 17, 2017 17:00 ET (22:00 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | cgymtr : Intellectual Property Rights | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h003wc

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

HD **US sues Qualcomm over licensing technology for mobiles**

BY Richard Waters in San Francisco

WC 681 words

PD 17 January 2017

ET 18:24

SN Financial Times (FT.Com)

SC FTCMA

LA English

CY Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

LP

The US has sued Qualcomm over the way it licenses its technology for mobile phones, hitting at the business that generates most of the US chip company's profits.

The case follows an investigation begun in 2014, but which was accelerated in recent weeks as the Federal Trade Commission moved towards filing a high-profile antitrust case just days before a new administration takes control in Washington.

TD

Qualcomm's shares fell more than 4 per cent on a report by Bloomberg about the impending action. It comes three weeks after South Korea said it would slap a $854m fine on the company over similar licensing concerns.

The FTC's decision to sue was on a majority 2-1 vote by its commissioners, whose ranks were depleted from the normal five ahead of the change of administration.

In an unusual statement of dissent, commissioner Maureen Ohlhausen claimed the action was based on a "flawed legal theory . . . that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine US intellectual property rights in Asia and worldwide". Ms Ohlhausen, a Republican appointee, was outvoted by the two Democratic appointees on the commission.

"Given the dissent of one commissioner and the change in administration that will bring major changes in the composition of the commission, this may be last-minute grandstanding with little danger to Qualcomm," said Erik Gordon, assistant professor at the University of Michigan's Ross School of Business.

The US complaint centres on the patents that other companies need to license to be able to implement communications standards such as 3G. Given the obligatory use of these so-called standards essential patents, companies like Qualcomm agree to certain limits on how they negotiate licences.

According to the lawsuit, filed in the Northern district of California, Qualcomm unfairly uses its other main business — selling baseband processors to handset makers — to force them to agree to pay higher royalties for its patents. Under a company policy called "no licence, no chips", Qualcomm threatens to cut off the supply of its basebands unless the customers agree to its patent licensing terms, resulting in higher fees, the FTC alleges.

The US action also challenged the chip company over its practice of only licensing its technology to handset makers, and refusing to sell it to rival makers of basebands such as Intel and Taiwan's MediaTek, which compete with it in selling components for devices like smartphones.

That complaint echoed the action late last year by South Korean regulators, who also said Qualcomm should make its technology available to component suppliers. Critics say that levying royalties only on handset

makers, based on the total cost of their products, is a way for the chipmaker to charge higher fees than it would otherwise be able to.

However, Qualcomm executives argue that only a small portion of their patents are exclusively linked to cell phone basebands, which handle communications between the device and a mobile network. They claim their technology is integral to many other aspects of how phones function, making it natural to charge based on the overall product.

In a further allegation, the FTC accused Qualcomm of giving Apple preferential royalty rates in return for buying only Qualcomm basebands between 2011 and 2016, a policy that the regulators say was designed to hurt other makers of basebands.

Qualcomm shot back at the FTC, accusing it of rushing to file a case before this week's presidential inauguration and of coming up with a complaint that was based on a flawed legal theory, a lack of economic support and misconceptions about the mobile technology industry.

"This is an extremely disappointing decision to rush to file a complaint on the eve of . . . the transition to a new administration," said Don Rosenberg, general counsel.

Qualcomm denied the central argument in the FTC's case, that it "withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms".

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170117ed1h00dt9

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **U.S. antitrust agency poised to sue Qualcomm over patent licensing-sources**

**WC** 97 words

**PD** 17 January 2017

**ET** 15:23

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

WASHINGTON, Jan 17 (Reuters) - The U.S. Federal Trade Commission is expected to sue Qualcomm Inc as early as Tuesday over alleged antitrust violations in its patent licensing business, according to people familiar with the matter.

**TD**

The FTC, which works with the Justice Department to enforce antitrust law, has been investigating San Diego-based Qualcomm for allegedly abusing its dominant market position by forcing mobile phone makers who need their chips to license an unnecessarily broad range of patents.

**RF** Released: 2017-1-17T21:23:32.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c34 : Anti-Competition Issues | c41 : Management | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | c13 : Regulation/Government Policy | gcrim : Crime/Legal Action | cinprp : Industrial Property Rights | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170125ed1h0106t

DOW JONES NEWSWIRES

**HD** ***Qualcomm Responds to Complaint From U.S. FTC**

**WC** 1,089 words

**PD** 17 January 2017

**ET** 17:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

17 Jan 2017 17:51 ET *Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM

17 Jan 2017 17:51 ET *Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM

**TD**

17 Jan 2017 17:52 ET *Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry

17 Jan 2017 17:52 ET *Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms

17 Jan 2017 17:54 ET *Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration'

17 Jan 2017 17:54 ET *Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM

17 Jan 2017 17:57 ET Press Release: Qualcomm Responds to Complaint from U.S. Federal Trade Commission Responds to Complaint from

Qualcomm Responds to Complaint from U.S. Federal Trade Commission Responds to Complaint from

-- Qualcomm Will Vigorously Contest Complaint and Defend its Business Practices --

PR Newswire

SAN DIEGO, Jan. 17, 2017

SAN DIEGO, Jan. 17, 2017 /PRNewswire/ -- The U.S. Federal Trade Commission (FTC) has filed a complaint today against Qualcomm in the U.S. District Court in the Northern District of California. The FTC's complaint alleges that certain Qualcomm's business practices, which have enabled the growth and advancement of mobile communications worldwide, are in violation of U.S. competition law. Qualcomm believes the complaint is based on a flawed legal theory, a lack of economic support and significant misconceptions about the mobile technology industry. The complaint seeks to advance the interests and bargaining power of companies that have generated billions in profit from sales of products made possible by the fundamental 3G and 4G cellular technology developed by innovators like Qualcomm.

The portrayal of facts offered by the FTC as the basis for the agency's case is significantly flawed. In particular, Qualcomm has never withheld or threatened to withhold chip supply in order to obtain agreement to unfair or unreasonable licensing terms. The FTC's allegation to the contrary -- the central thesis of the complaint -- is wrong.

As FTC Commissioner Maureen Ohlhausen (who voted against the filing) explained in what she notes is a rare dissenting statement, the Commission's 2-1 decision to sue Qualcomm is "an enforcement action based on a

flawed legal theory (including a standalone Section 5 count) that lacks economic and evidentiary support, that was brought on the eve of a new presidential administration, and that, by its mere issuance, will undermine U.S. intellectual property rights in Asia and worldwide." As Commissioner Ohlhausen notes, it is telling that the complaint does not allege that Qualcomm charges above fair and reasonable royalties.

Despite an appeal from members of Congress to refrain from "midnight litigation" with novel and untested legal theories that could damage competition in the U.S., the FTC accelerated the investigation of Qualcomm and directed the filing of the complaint just days before the change of the Administration though only three of five FTC commissioners are in place.

"This is an extremely disappointing decision to rush to file a complaint on the eve of Chairwoman Ramirez's departure and the transition to a new Administration, which reflects a sharp break from FTC practice," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated. "In our recent discussions with the FTC, it became apparent that it still lacked basic information about the industry and was instead relying on inaccurate information and presumptions. In fact, Qualcomm was still receiving requests for information from the agency that would be necessary to an informed view of the facts when it became apparent that the FTC was driving to file a complaint before the transition to the new Administration. We have grave concerns about the two Commissioners' decision to bring this case despite a lack of evidence supporting the allegations and theories in the complaint. We look forward to defending our business in federal court, where we are confident we will prevail on the merits."

Rosenberg added, "Qualcomm has been the leader in innovation and invention in the mobile industry for more than 30 years. We have invested billions of dollars in research and development in fundamental mobile technologies that enable the applications and services that have become an essential part of our daily life. Our contribution of these technologies to standard setting organizations and our broad-based licensing of those technologies on fair, reasonable and non-discriminatory terms has facilitated the explosive growth of the mobile communications industry worldwide, brought enormous benefits to consumers, and fostered competition. Qualcomm's investments and the work of its 30,000 employees have given consumers the ability to access the Internet and massive amounts of data instantaneously on their mobile devices. The historically unprecedented level of innovation and extraordinarily successful worldwide adoption of mobile technology, and the vibrant competition within the industry, make it difficult to understand why the FTC decided to act in this case. The intellectual-property-rights policies of the cellular standards organizations do not require licensing at the component level, and the FTC does not have the authority to rewrite industry policy. That is for the industry, not a regulator, to decide."

About Qualcomm

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

 © 2023 Factiva, Inc. All rights reserved.

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-responds-to-complaint-from-us-federal-trade-commission-300392395.html

SOURCE Qualcomm Incorporated

(END) Dow Jones Newswires

January 17, 2017 17:57 ET (22:57 GMT)

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0041w

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: 'FTC Does Not Have the Authority to Rewrite Industry Policy' >QCOM** |
| **WC** | 42 words |
| **PD** | 17 January 2017 |
| **ET** | 18:05 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:54 ET (22:54 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2305GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000kp |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm: 'FTC Was Driving to File a Complaint Before the Transition to the New Administration'** |
| **WC** | 45 words |
| **PD** | 17 January 2017 |
| **ET** | 18:04 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:54 ET (22:54 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2304GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000ko |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Says It Never Withheld or Threatened to Withhold Chip Supply in Order to Obtain Agreement to Unfair or Unreasonable Licensing Terms** |
| WC | 52 words |
| PD | 17 January 2017 |
| ET | 18:02 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:52 ET (22:52 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2302GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020170117ed1h000kn |



PX333

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Believes Complaint Is Also Based on Lack of Economic Support, Misconceptions About Mobile Technology Industry** |
| **WC** | 46 words |
| **PD** | 17 January 2017 |
| **ET** | 17:59 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

January 17, 2017 17:52 ET (22:52 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

17-01-17 2259GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000km |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Believes Complaint Is Based on a 'Flawed Legal Theory' >QCOM** |
| WC | 41 words |
| PD | 17 January 2017 |
| ET | 17:56 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:51 ET (22:51 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2256GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020170117ed1h000ki |



PX333

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Says It Will Vigorously Contest Complaint and Defend Its Business Practices >QCOM** |
| WC | 43 words |
| PD | 17 January 2017 |
| ET | 17:55 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:51 ET (22:51 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2255GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020170117ed1h000kg |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Responds to Complaint From U.S. FTC** |
| **WC** | 38 words |
| **PD** | 17 January 2017 |
| **ET** | 17:53 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>January 17, 2017 17:50 ET (22:50 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)<br>17-01-17 2253GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | neqac : Equities Asset Class News \| ncat : Content Types \| nfact : Factiva Filters |
| **RE** | usa : United States \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000ke |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **FTC Seeks Court Order Barring Qualcomm Tactics** |
| **WC** | 32 words |
| **PD** | 17 January 2017 |
| **ET** | 16:04 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 17, 2017 16:03 ET (21:03 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>17-01-17 2104GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| ncmac : Commodities Asset Class News \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ccat : Corporate/Industrial News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| ntop : Top Wire News \| redit : Selection of Top Stories/Trends/Analysis |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000j2 |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **FTC Alleges Qualcomm Uses Anticompetitive Tactics to Maintain Monopoly on Key Device Used in Cell Phones** |
| **WC** | 40 words |
| **PD** | 17 January 2017 |
| **ET** | 16:04 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

(MORE TO FOLLOW) Dow Jones Newswires

January 17, 2017 16:03 ET (21:03 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

17-01-17 2104GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c34 : Anti-Competition Issues \| gcrim : Crime/Legal Action \| ncmac : Commodities Asset Class News \| neqac : Equities Asset Class News \| nhotbn : Hot Business News \| ccat : Corporate/Industrial News \| gcat : Political/General News \| ncat : Content Types \| ndj : Dow Jones Top Stories \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter \| ntop : Top Wire News \| redit : Selection of Top Stories/Trends/Analysis |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170117ed1h000j0 |

DOW JONES NEWSWIRES

**HD** **Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm Files Antitrust Lawsuit Against**

**WC** 33 words

**PD** 17 January 2017

**ET** 16:03

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

(MORE TO FOLLOW) Dow Jones Newswires

January 17, 2017 16:03 ET (21:03 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

17-01-17 2103GMT

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c34 : Anti-Competition Issues | ncmac : Commodities Asset Class News | neqac : Equities Asset Class News | nhotbn : Hot Business News | ccat : Corporate/Industrial News | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpin : C&E Industry News Filter | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170117ed1h000iz

M2 PressWIRE

HD **Qualcomm announces expansion of its Design in India Program; To focus on growing mobile and IoT ecosystem in India with R&D and localization support**

WC 636 words
PD 17 January 2017
SN M2 Presswire
SC MTPW
LA English
CY © 2017, M2 Communications. All rights reserved.

LP

News Highlights

- Announces winners for Qualcomm Design in India Challenge (QDIC) 2016.

TD

- Expands QDIC '17 to support 16 start-ups in areas of new technologies

- Invests in new Innovation Lab at Hyderabad and expansion of Innovation lab at Bangalore

NEW DELHI — Qualcomm Incorporated (NASDAQ: QCOM) today announced the top three winners of its first edition of the Qualcomm Design in India Challenge (QDIC), which was launched in December 2015, in association with the National Association of Software and Services Companies (NASSCOM ). Over the last 12 months, ten shortlisted companies were incubated with initial prize money of USD 10,000 each and engineering support at Qualcomm India 's Innovation Lab in Bangalore where they could transform their ideas into prototypes. In the final round, the companies were judged by the jury members consisting of Industry, Government and Qualcomm executives. In addition,

the selected winners were awarded USD 100,000 each as part of the Challenge.

The winners are Carnot Technologies, IFuture Robotics and Uncanny Vision.

Qualcomm also announced investment of USD 8.5 Mn for expansion of their design initiatives in India, to be called henceforth the 'Qualcomm Design in India Program' (QDIP). Under this program two key initiatives were announced:

- The Qualcomm "Design in India Challenge II" will support companies in the areas of Rural technology, Biometric Devices, Payment Terminals, Agri Technology, Medical Technology and Smart Infrastructure

- Enable India mobile and IoT vendors by providing advanced Camera, Audio, and RF design in India with the launch of a new Innovation Lab at Hyderabad and expansion of the current Innovation Lab in Bangalore

Speaking on the occasion, John Han, senior vice president and general manager, Qualcomm Technology Licensing, said, "Qualcomm is passionate about innovation, every year we invest billions in risky R&D to invent technologies that bring advancements in various aspect of our lives. With Prime Minister Narendra Modi 's vision to transform India into a digitally empowered society, Qualcomm is committed to offering support to help India's ecosystem to grow and cater to increasing consumer choices."

"Qualcomm Design in India Challenge is one of the most successful initiatives by Qualcomm to nurture some of the talented startups in India. After seeing the overpowering response during the 2016 edition, we decided to go ahead with a second year, as well as expanding the number of participants Qualcomm nurtures through this program from 10 to 16 participants in 2017." said Jim Cathey, senior vice president & president, Asia Pacific & India, Qualcomm Technologies Inc .

More information on Qualcomm Design In India Challenge II is available on http://www.qualcomm.co.in/design-in-india

About Qualcomm

Qualcomm 's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc ., a subsidiary of Qualcomm Incorporated , operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm 's website, blog, Twitter and Facebook pages. Qualcomm contacts: John Sinnott Pete Lancia

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** nsffvp : National Association of Software and Service Companies | qcom : Qualcomm Incorporated

**IN** iioft : Internet-of-Things Technologies | i3302 : Computers/Consumer Electronics | i3303 : Networking | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** npress : Press Releases | c23 : Research/Development | ccat : Corporate/Industrial News | ncat : Content Types

**RE** india : India | banga : Bengaluru | karna : Karnataka | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** Normans Media Ltd

**AN** Document MTPW000020170117ed1h0043d

THE FINANCIAL EXPRESS

SE Technology

HD **Qualcomm Design in India: Three startups win $100,000 prize money; artificial intelligence is the real winner**

BY Sumit Chakraborty

WC 479 words

PD 17 January 2017

SN Financial Express

SC AIWFIE

LA English

CY Copyright 2017 Indian Express Online Media Pvt. Ltd.

LP

Qualcomm , the chip maker, in the grand finale of its Design in India challenge, announced three winners, in while each startup won a prize money of $100,000. The challenge was started by the tech major in 2015, in while more than 400 startups had participated. The event to declare the winners was organised in New Delhi today and the startups which won the awards were Uncanny Vision, Carnot Technologies and iFuture Robotics. These three were selected from the top 10 shortlisted startups. In the event were present, Union minister for Law and Justice Ravi Shankar Prasad, NASSCOM President R. Chandrashekhar, Aruna Sundararajan, Secretary to Ministry of Electronics and Information Technology and J.S Deepak, Secretary Department of Telecommunications. The tech giant Qualcomm , also announced that it will invest $8.5 million in India, with an aim to expand its design initiatives in the country.

TD

iFuture Robotics is a startup which makes industrial automation robots which read environment data to move and deliver objects in warehouses which reduce labour cost as well as human injuries from heavy machinery. Uncanny Vision demonstrated an intelligent surveillance camera which can solve many security problems in places like ATMs. The camera uses machine learning to detect human actions for face and movement. Meanwhile, Carnot technologies is a telematics startup for low-cost bikes. The machine that they presented could connect a bike to a user's smartphone which can be useful for the safety of the vehicle even during emergency situations.

Also read | Qualcomm to invest $8.5 million in India to support PM Narendra Modi 's vision of digitisation

In the next initiative, Qualcomm with its Design in India Challenge II will be supporting companies in fields like Rural technology, payment methods, agricultural technology, health, biometric and more. The company will also enable mobiles and Internet of Things vendors from India by giving them better Camera, RF and Audio design technology. The company said that it will launch a new Innovation lab in Hyderabad and expand its existing one in Bangalore.

You may also like to watch:

During the event, John Han, senior vice president and GM , Qualcomm technology Licensing said that the company is very passionate about innovation and it is evident in the fact that it invests a lot of money in risky research and development projects. He added that Qualcomm is committed to supporting PM Narendra Modi to help the Indian ecosystem become a digitally empowered society.

The event to declare the winners of the Qualcomm challenge was organised in New Delhi today and the startups which won the awards were Uncanny Vision, Carnot Technologies and iFuture Robotics. In the event were present, Union minister for Law and Justice Ravi Shankar Prasad and NASSCOM President R. Chandrashekhar. (FE Photo)

CO qcom : Qualcomm Incorporated

| | |
|---|---|
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | gpol : Domestic Politics \| grobo : Robotics \| gcat : Political/General News \| gpir : Politics/International Relations \| gsci : Sciences/Humanities |
| **RE** | india : India \| delhi : Delhi \| asiaz : Asia \| bric : BRICS Countries \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| indsubz : Indian Subcontinent \| sasiaz : Southern Asia |
| **PUB** | India Express Mumbai Limited |
| **AN** | Document AIWFIE0020170117ed1h000c4 |

 © 2023 Factiva, Inc. All rights reserved.

THE FINANCIAL EXPRESS

**SE** Technology

**HD** **Qualcomm to invest $8.5 million in India to support PM Narendra Modi ’s vision of digitisation**

**BY** Sumit Chakraborty

**WC** 530 words

**PD** 17 January 2017

**SN** Financial Express

**SC** AIWFIE

**LA** English

**CY** Copyright 2017 Indian Express Online Media Pvt. Ltd.

**LP**

Technology major Qualcomm has announced that it will invest $8.5 million in India, with an aim to expand its digital design initiatives in the country. The Design in India challenge was announced back two years ago in 2015 and had around 400 participating members. Today, at an event, three startups among the top 10 participants who were shortlisted, won a prize money of $100,000 each. The event was also attended by Union minister for Law and Justice Ravi Shankar Prasad and NASSCOM President R. Chandrashekhar. The startups which won the prizes were iFuture Robotics, Uncanny Vision and Carnot Technologies. During the event, John Han, senior vice president and GM , Qualcomm technology Licensing said that the company is very passionate about innovation and it is evident in the fact that it invests a lot of money in risky research and development projects. He added that Qualcomm is committed to supporting PM Narendra Modi to help the Indian ecosystem become a digitally empowered society.

**TD**

At the event, Ravi Shankar Prasad said that Indians are now more desirous of technology than ever before. He said that India is ready for innovations in digital designs. He asked the young entrepreneurs to work more towards India-focused research including rural health and education. HE also talked about how Adhaar card's technological prowess is now admired globally. Prasad also insisted on the need of more human resource in the area of research and talked about how the government is trying to create an ecosystem suitable for startups. He also asked Qualcomm to make a chip which is integral to the Aadhaar itself.

Also read | Qualcomm Design in India: Three startups win $100,000 prize money; artificial intelligence is the real winner

Among the prize winners, iFuture Robotics is a startup which makes industrial automation robots which read environment data to move and deliver objects in warehouses which reduce labour cost as well as human injuries from heavy machinery. Uncanny Vision demonstrated an intelligent surveillance camera which can solve many security problems in places like ATMs. The camera uses machine learning to detect human actions for face and movement. Meanwhile, Carnot technologies is a telematics startup for low-cost bikes. The machine that they presented could connect a bike to a user's smartphone which can be useful for the safety of the vehicle even during emergency situations.

You may also like to watch:

In the next initiative, Qualcomm with its Design in India Challenge II will be supporting companies in fields like Rural technology, payment methods, agricultural technology, health, biometric and more. The company will also enable mobiles and Internet of Things vendors from India by giving them better Camera, RF and Audio design technology. The company said that it will launch a new Innovation lab in Hyderabad and expand its existing one in Bangalore.

Qualcomm's Design in India challenge was announced two years ago in 2015 and had around 400 participating members. Today, at an event, three startups among the top 10 participants who were shortlisted, won a prize money of $100,000 each.

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** gpol : Domestic Politics | grobo : Robotics | c23 : Research/Development | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gsci : Sciences/Humanities

**RE** india : India | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** India Express Mumbai Limited

**AN** Document AIWFIE0020170117ed1h000bz

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm announces expansion of its Design in India Program**

**WC** 637 words

**PD** 17 January 2017

**ET** 03:00

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

To focus on growing mobile and IoT ecosystem in India with R&D and localization support

NEW DELHI, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced the top three winners of its first edition of the Qualcomm Design in India Challenge (QDIC), which was launched in December 2015, in association with the National Association of Software and Services Companies (NASSCOM ). Over the last 12 months, ten shortlisted companies were incubated with initial prize money of USD 10,000 each and engineering support at Qualcomm India 's Innovation Lab in Bangalore where they could transform their ideas into prototypes. In the final round, the companies were judged by the jury members consisting of Industry, Government and Qualcomm executives. In addition, the selected winners were awarded USD 100,000 each as part of the Challenge.

**TD**

The winners are Carnot Technologies, IFuture Robotics and Uncanny Vision.

Qualcomm also announced investment of USD 8.5 Mn for expansion of their design initiatives in India, to be called henceforth the 'Qualcomm Design in India Program' (QDIP). Under this program two key initiatives were announced:

```
   -- The
Qualcomm  "Design in India Challenge II" will support companies in the
      areas of Rural Technology, Biometric Devices, Payment Terminals, Agri
      Technology, Medical Technology and Smart Infrastructure

   -- Enable India mobile and IoT vendors by providing advanced Camera, Audio,
      and RF design in India with the launch of a new Innovation Lab at
      Hyderabad and expansion of the current Innovation Lab in Bangalore
```

Speaking on the occasion, John Han, senior vice president and general manager, Qualcomm Technology Licensing, said, "Qualcomm is passionate about innovation, every year we invest billions in risky R&D to invent technologies that bring advancements in various aspect of our lives. With Prime Minister Narendra Modi 's vision to transform India into a digitally empowered society, Qualcomm is committed to offering support to help India's ecosystem to grow and cater to increasing consumer choices."

"Qualcomm Design in India Challenge is one of the most successful initiatives by Qualcomm to nurture some of the talented start-ups in India. After seeing the overpowering response during the 2016 edition, we decided to go ahead with a second year, as well as expanding the number of participants Qualcomm nurtures through this program from 10 to 16 participants in 2017," said Jim Cathey, senior vice president & president, Asia Pacific & India, Qualcomm Technologies, Inc .

More information on Qualcomm Design In India Challenge II is available on http://www.qualcomm.co.in/design-in-india

About Qualcomm

Qualcomm 's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc ., a subsidiary of Qualcomm Incorporated , operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm 's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Dechama Uthappa, Qualcomm India Public Relations

Phone: +91 9845087220

Email: duthappa@qti.qualcomm.com

John Sinnott , Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-announces-expansion-of-its-design-in-india-program-300391628.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END)

**CO** nsffvp : National Association of Software and Service Companies | qcom : Qualcomm Incorporated

**IN** iioft : Internet-of-Things Technologies | i3302 : Computers/Consumer Electronics | i3303 : Networking | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** npress : Press Releases | ncat : Content Types

**RE** india : India | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170117ed1h0001c

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Press Release: Qualcomm announces expansion of its Design in India Program**

**WC** 706 words

**PD** 17 January 2017

**ET** 05:41

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm announces expansion of its Design in India Program

To focus on growing mobile and IoT ecosystem in India with R&D and localization support

**TD**

News Highlights

- Announces winners for Qualcomm Design in India Challenge (QDIC) 2016.

- Expands QDIC '17 to support 16 start-ups in areas of new technologies

- Invests in new Innovation Lab at Hyderabad and expansion of Innovation lab at Bangalore

PR Newswire

NEW DELHI, Jan. 17, 2017

NEW DELHI, Jan. 17, 2017 /PRNewswire/ -- Qualcomm Incorporated (NASDAQ: QCOM) today announced the top three winners of its first edition of the Qualcomm Design in India Challenge (QDIC), which was launched in December 2015, in association with the National Association of Software and Services Companies (NASSCOM ). Over the last 12 months, ten shortlisted companies were incubated with initial prize money of USD 10,000 each and engineering support at Qualcomm India 's Innovation Lab in Bangalore where they could transform their ideas into prototypes. In the final round, the companies were judged by the jury members consisting of Industry, Government and Qualcomm executives. In addition, the selected winners were awarded USD 100,000 each as part of the Challenge.

The winners are Carnot Technologies, IFuture Robotics and Uncanny Vision.

Qualcomm also announced investment of USD 8.5 Mn for expansion of their design initiatives in India, to be called henceforth the 'Qualcomm Design in India Program' (QDIP). Under this program two key initiatives were announced:

```
   -- The
Qualcomm  "Design in India Challenge II" will support companies in the
      areas of Rural Technology, Biometric Devices, Payment Terminals, Agri
      Technology, Medical Technology and Smart Infrastructure

   -- Enable India mobile and IoT vendors by providing advanced Camera, Audio,
      and RF design in India with the launch of a new Innovation Lab at
      Hyderabad and expansion of the current Innovation Lab in Bangalore
```

Speaking on the occasion, John Han, senior vice president and general manager, Qualcomm Technology Licensing, said, "Qualcomm is passionate about innovation, every year we invest billions in risky R&D to invent



PX333

Page 7481

technologies that bring advancements in various aspect of our lives. With Prime Minister Narendra Modi 's vision to transform India into a digitally empowered society, Qualcomm is committed to offering support to help India's ecosystem to grow and cater to increasing consumer choices."

"Qualcomm Design in India Challenge is one of the most successful initiatives by Qualcomm to nurture some of the talented start-ups in India. After seeing the overpowering response during the 2016 edition, we decided to go ahead with a second year, as well as expanding the number of participants Qualcomm nurtures through this program from 10 to 16 participants in 2017," said Jim Cathey, senior vice president & president, Asia Pacific & India, Qualcomm Technologies, Inc .

More information on Qualcomm Design In India Challenge II is available on http://www.qualcomm.co.in/design-in-india

About Qualcomm

Qualcomm 's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc ., a subsidiary of Qualcomm Incorporated , operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm 's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Pete Lancia, Corporate Communications

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

Dechama Uthappa, Qualcomm India Public Relations

Phone: +91 9845087220

Email: duthappa@qti.qualcomm.com

John Sinnott , Investor Relations

Phone: 1-858-658-5431

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-announces-expansion-of-its-design-in-india-program-300391628.html

SOURCE Qualcomm Incorporated

/Web site: https://www.qualcomm.com

(END) Dow Jones Newswires

January 17, 2017 05:41 ET (10:41 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | npress : Press Releases | ncat : Content Types | nfact : Factiva Filters

 © 2023 Factiva, Inc. All rights reserved.

**RE** india : India | banga : Bengaluru | delhi : Delhi | karna : Karnataka | asiaz : Asia | bric : BRICS Countries | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | indsubz : Indian Subcontinent | sasiaz : Southern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170117ed1h0012o

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 01/17/2017 to 01/17/2017 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 47 |
| Timestamp | 5 June 2023 11:48 |

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Incorporated**

**Appendix 10 – News Stories (New Terms List)**

**01.20.2017-01.23-2017**

DOW JONES

Glancy Prongay & Murray LLP Commences Investigation on Behalf of Qualcomm Incorporated Investors .................5

IMPORTANT INVESTOR ALERT: Goldberg Law PC Announces an Investigation of QUALCOMM Incorporated and Advises Investors with Losses to Contact the Firm .................7

*Apple Says It Is Suing Qualcomm Over Licensing Practices .................9

Apple Sues Qualcomm Over Licensing Practices .................11

Apple sues Qualcomm for $1 billion; Apple suit claims Qualcomm sought 'onerous' terms in chip deal .................13

Apple Sues Qualcomm Over Licensing Practices .................15

Qualcomm Sued by Apple over 'Punishment' Tactics, Say Bloomberg, WSJ .................17

Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk .................18

Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk .................19

Apple Suit Ups Pressure on Qualcomm -- Market Talk .................22

Apple Suit Ups Pressure on Qualcomm -- Market Talk .................23

Apple files $1bn lawsuit against Qualcomm .................26

GE's Elephant in the Room: When Will Immelt Go? -- Market Talk .................27

Disney ABC/TV Group Names New CFO -- Market Talk .................30

BRIEF-Apple sues Qualcomm for roughly $1 bln over royalties - CNBC .................33

News Highlights: Top Company News of the Day .................34

Apple files $1 billion lawsuit against chip supplier Qualcomm .................36

Apple sues chipmaker Qualcomm for abusing monopoly .................37

News Highlights: Top Company News of the Day .................39

Tech Sector Rises on Economic Outlook -- Technology Roundup .................41

Apple antitrust suit: Qualcomm overcharged 'billions' .................42

Apple sues Qualcomm over royalty rebates, other patent issues .................44

Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk .................46

Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk .................47

RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk .................50

Apple Sues Qualcomm Over Licensing Practices -- Update .................53

Apple Sues Qualcomm Over Licensing Practices .................55

Apple Sues Qualcomm Over Licensing Practices -- Update .................57

Apple sues smartphone chip-maker Qualcomm and claims they were overcharged 'billions' by the monopoly .................59

Apple Seeks $1 Billion in Withheld Rebate Payments From Qualcomm .................61

 © 2023 Factiva, Inc. All rights reserved.

Apple: Qualcomm Withheld Rebate Payments After Apple Assisted in Korean Regulatory Case ............ 62

Apple Says It Is Suing Qualcomm Over Licensing Practices ............ 63

Apple Alleges Qualcomm Demanded Onerous Licensing Terms for Smartphone Chips ............ 64

RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk ............ 65

News Highlights: Top Company News of the Day ............ 66

Apple: Suit Against Qualcomm Could Help Profit Margin, Says RBC ............ 68

News Highlights: Top Company News of the Day ............ 69

Morgan Stanley Doesn't Think eBay Ad Campaign Made a Difference -- Market Talk ............ 71

Morgan Says Ebay Needs to Watch Out for Competitors -- Market Talk ............ 74

Apple Adds to Qualcomm’s Troubles, Filing Lawsuit Over Rebates ............ 77

Qualcomm Comments on Apple Complaint ............ 80

Apple Sues Qualcomm Over Licensing Practices -- 2nd Update ............ 82

Apple files $1 billion lawsuit against chip supplier Qualcomm ............ 84

Apple Sues Qualcomm Over Licensing Practices -- 2nd Update ............ 86

Apple antitrust suit: Qualcomm overcharged 'billions' ............ 88

Qualcomm Says Apple ‘Encouraging Regulatory Attacks' ............ 90

UPDATE 4-Apple files $1 billion lawsuit against chip supplier Qualcomm ............ 91

BRIEF-Qualcomm terms Apple's claims on lawsuit "baseless" ............ 93

Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk ............ 94

Apple sues Qualcomm for $1bn for abusing its monopoly position ............ 95

Digest ............ 97

Apple sues Qualcomm over patent royalties, antitrust case ............ 99

Apple Sues Qualcomm Over Chips -- WSJ ............ 100

Apple Sues Qualcomm Over Chips -- WSJ ............ 102

Apple Adds to Qualcomm's Troubles, Filing a Lawsuit Over Rebates ............ 104

DJ QUALCOMM Incorporated, Inst Holders, 4Q 2016 (QCOM) ............ 107

BUSINESS BEAT; Apple lawsuit seeks $1 billion from Qualcomm ............ 109

Factory Mutual Insurance Co. Sells 80,000 Shares of Qualcomm Inc. ............ 111

Apple depicts Qualcomm as a shady monopolist in $1B lawsuit ............ 113

in other news ............ 115

Apple challenges Qualcomm; with $1b suit over royalties; Legal battle in S.D. follows FTC's action over alleged unfair patent licensing ............ 116

Qualcomm Issues Statement On Apple Complaint ............ 118

Apple suing Qualcomm for $1 billion over unfair royalties ............ 119

 © 2023 Factiva, Inc. All rights reserved.

Apple Sues Qualcomm Over Licensing Practices; Apple alleges Qualcomm sought onerous terms for technology; Apple had cooperated in Kore... 121

Apple depicts Qualcomm as a shady monopolist in $1B lawsuit 124

Qualcomm Comments on Apple Complaint 126

Global Equities Roundup: Market Talk 127

Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk 130

Business News: Apple Sues Qualcomm Over Chips --- iPhone maker says component supplier unfairly leveraged its monopoly position 133

Apple files $1-B lawsuit vs chip supplier Qualcomm 135

Apple in $1bn lawsuit 137

Apple's lawsuit tests Qualcomm business model 138

Apple Files $1 Bln Lawsuit Against Qualcomm 141

Apple Sues Qualcomm Over Licensing 143

Apple Hits Qualcomm With Licensing Suit 145

Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk 147

Qualcomm Cut to Neutral From Buy by Nomura 148

Nokia may soon launch a phone with Qualcomm's latest 835 Snapdragon processor 149

Tech Today: Qualcomm's Apple Risk, Apple's iPhone Risk, Twilio, Oracle Prospects 151

Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk 152

Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk 153

Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk 156

QUALCOMM NOTIFICATION: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $250,000 Investing In QUALCOMM, Inc. To Contact The Firm 157

Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk 159

Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk 162

Pay-TV Revenues Grow Despite Cord-cutting -- Market Talk 163

Qualcomm: Instinet Cuts to Hold as NXP Buy Now Faces Delays 166

Qualcomm dives as $1bn Apple lawsuit prompts downgrade 167

Qualcomm Plunges: Bad News When Your Top Customer Sues You, Says Bernstein 169

Qualcomm: Apple Suit May Not Do Much, History Shows, Says Morgan Stanley 170

Apple Takes a Bite Out of Qualcomm -- Heard on the Street 171

QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations 173

Press Release: QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations 175

The Biggest Loser: Qualcomm Tumbles -- Barron's Blog 178

 © 2023 Factiva, Inc. All rights reserved.

The Biggest Loser: Qualcomm Tumbles 13% ........ 180

The Biggest Loser: Qualcomm Tumbles 13% -- Barron's Blog ........ 181

SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims on Behalf of Investors of Qualcomm Incorporated - QCOM ........ 183

5G ‘will benefit entire societies’ ........ 184

Apple Takes a Bite Out of Qualcomm; Timing of lawsuit throws completion of NXP Semiconductors deal into question, along with future royalties ........ 186

BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Halliburton, Marinus Pharma ........ 188

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Glancy Prongay & Murray LLP Commences Investigation on Behalf of Qualcomm Incorporated Investors**

**WC** 273 words

**PD** 20 January 2017

**ET** 10:30

**SN** Business Wire

**SC** BWR

**LA** English

**CY** (c) 2017 Business Wire. All Rights Reserved.

**LP**

LOS ANGELES--(BUSINESS WIRE)--January 20, 2017--
Glancy Prongay & Murray LLP ("GPM") announces an investigation on behalf of Qualcomm Incorporated ("Qualcomm" or the "Company") (NASDAQ: QCOM) investors concerning the Company and its officers' possible violations of federal securities laws.

**TD**

On January 17, 2017, Bloomberg reported that U.S. antitrust officials were preparing a lawsuit against Qualcomm for allegedly utilizing unfair practices and creating a monopoly over the processing chips used in cellphones. The government's allegations allegedly pertain to licensing agreements Qualcomm entered into with Apple, Inc. to exclusively supply chips for Apple, Inc. phones.

On this news, shares of Qualcomm fell over 4% on January 17, 2016.

If you purchased Qualcomm, have information or would like to learn more about these claims, or have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at http://www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com: http://www.businesswire.com/news/home/20170120005108/en/

CONTACT:
Glancy Prongay & Murray LLP, Los Angeles/New York
Lesley Portnoy, 310-201-9150 or 888-773-9224

shareholders@glancylaw.com

www.glancylaw.com

SOURCE:
Glancy Prongay & Murray LLP
Copyright Business Wire 2017

(END)

**CO** gbiagl : Glancy Prongay & Murray LLP | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i835 : Legal Services | ibcs : Business/Consumer Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Business Wire, Inc.

**AN** Document BWR0000020170120ed1k0005u

 © 2023 Factiva, Inc. All rights reserved.

businesswire
A BERKSHIRE HATHAWAY COMPANY

HD **IMPORTANT INVESTOR ALERT: Goldberg Law PC Announces an Investigation of QUALCOMM Incorporated and Advises Investors with Losses to Contact the Firm**

WC 325 words
PD 20 January 2017
ET 13:23
SN Business Wire
SC BWR
LA English
CY (c) 2017 Business Wire. All Rights Reserved.

LP

LOS ANGELES--(BUSINESS WIRE)--January 20, 2017--
Goldberg Law PC, a national shareholder rights litigation firm, announces that it is investigating QUALCOMM Incorporated ("QUALCOMM" or the "Company") (Nasdaq: QCOM) concerning possible violations of federal securities laws.

TD

If you purchased or otherwise acquired QUALCOMM shares and would like more information regarding the investigation, we encourage you to click here, or contact Michael Goldberg or Brian Schall, of Goldberg Law PC, 1999 Avenue of the Stars Suite 1100, Los Angeles, CA 90067, at 800-977-7401, to discuss your rights without cost to you. You can also reach us through the firm's website at http://www.Goldberglawpc.com, or by email at info@goldberglawpc.com.

On January 17, 2017, Bloomberg revealed that U.S. antitrust officials were organizing a lawsuit against QUALCOMM for allegedly participating in unfair practices and gaining a monopoly over the processing chips used in cellphones.

These allegations regard licensing agreements between QUALCOMM and Apple, Inc. to solely supply chips for Apple, Inc. phones.

When this information was released to the public, the value of QUALCOMM stock fell sharply, causing investors harm.

If you have any questions concerning your legal rights, please immediately contact Goldberg Law PC at 800-977-7401, or visit our website at http://www.Goldberglawpc.com, or email us at info@goldberglawpc.com.

Goldberg Law PC represents shareholders around the world and specializes in securities class actions and shareholder rights litigation.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com: http://www.businesswire.com/news/home/20170120005523/en/

CONTACT: Goldberg Law PC, Los Angeles
Michael Goldberg, Esq., 800-977-7401

Brian Schall, Esq., 800-977-7401

info@goldberglawpc.com

http://www.Goldberglawpc.com

SOURCE: Goldberg Law PC
Copyright Business Wire 2017

(END)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Business Wire, Inc.

**AN** Document BWR0000020170120ed1k0007s

DOW JONES NEWSWIRES

**HD** ***Apple Says It Is Suing Qualcomm Over Licensing Practices**

**WC** 502 words

**PD** 20 January 2017

**ET** 15:39

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

20 Jan 2017 15:39 ET *Apple Alleges Qualcomm Demanded Onerous Licensing Terms for Smartphone Chips

20 Jan 2017 15:39 ET *Apple: Qualcomm Withheld Rebate Payments After Apple Assisted in Korean Regulatory Case

**TD**

20 Jan 2017 15:39 ET *Apple Seeks $1 Billion in Withheld Rebate Payments From Qualcomm

20 Jan 2017 15:41 ET Apple Sues Qualcomm Over Licensing Practices

By Tripp Mickle

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

The suit, which Apple said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices -- a decision Qualcomm also vowed to fight.

Apple's suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

That suit highlighted Qualcomm's dealings with Apple.

Qualcomm said earlier this week that it will fight the FTC's suit, which it says is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.



PX333

Page 7493

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

In a statement, Apple said, "We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 15:41 ET (20:41 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k00410

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices**

**BY** By Tripp Mickle

**WC** 432 words

**PD** 20 January 2017

**ET** 15:52

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

The suit, which Apple said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices -- a decision Qualcomm also vowed to fight.

Apple's suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

That suit highlighted Qualcomm's dealings with Apple.

Qualcomm said earlier this week that it will fight the FTC's suit, which it says is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

In a statement, Apple said, "We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

20-01-17 2052GMT

| | |
|---|---|
| **CO** | applc : Apple Inc. \| ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usca : California \| usw : Western U.S. \| namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jr |

 © 2023 Factiva, Inc. All rights reserved.

MarketWatch

**CLM** The Wall Street Journal

**SE** News & Commentary

**HD** **Apple sues Qualcomm for $1 billion; Apple suit claims Qualcomm sought 'onerous' terms in chip deal**

**BY** Tripp Mickle

**WC** 338 words

**PD** 20 January 2017

**ET** 15:55

**SN** MarketWatch

**SC** MRKWC

**LA** English

**CY** Copyright 2017 MarketWatch, Inc. All Rights Reserved.

**LP**

Apple suit claims Qualcomm sought 'onerous' terms in chip deal

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

The suit, which Apple (AAPL, US) said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm (QCOM, US) leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices—a decision Qualcomm also vowed to fight.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

An expanded version of this report appears on WSJ.com.

Also popular on WSJ.com:

Trump Inaugural Address: 'It's going to be America first'

Will Trump's 'deliberate chaos' style work in Washington?

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

| | |
|---|---|
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| ncolu : Columns \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | News & Commentary |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document MRKWC00020170120ed1k004v1 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Apple Sues Qualcomm Over Licensing Practices**

BY By Tripp Mickle

WC 437 words

PD 20 January 2017

ET 15:56

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

The suit, which Apple said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices -- a decision Qualcomm also vowed to fight.

Apple's suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

That suit highlighted Qualcomm's dealings with Apple.

Qualcomm said earlier this week that it will fight the FTC's suit, which it says is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

In a statement, Apple said, "We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 15:56 ET (20:56 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0041i

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Sued by Apple over 'Punishment' Tactics, Say Bloomberg, WSJ**
Barron's Blogs, 16:04, 20 January 2017, 261 words, (English)
Shares of wireless chip giant Qualcomm (QCOM) are down $1.24, or 2%, at $63.30, after Bloomberg and The Wall Street Journal both reported Apple (AAPL), one of its largest customers, is suing the company for claims including Qualcomm ...
Document WCBBE00020170120ed1k002bd

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk**

**WC** 149 words
**PD** 20 January 2017
**ET** 16:09
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 16:09 ET (21:09 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k00429

DOW JONES
NEWSWIRES

**HD** **Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk**

**WC** 1,474 words

**PD** 20 January 2017

**ET** 16:09

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

**TD**

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

15:25 ET - Metals shine so far among commodities in 2017. Both industrial and precious metals sub-indices rise about 6% year to date while the broader S&P GSCI is near flat. Several banks, including Credit Suisse and TD Securities are broadly bullish about several metals for the year. Metals like copper and zinc are benefiting from limited mining capacity and strong demand, especially from China. Gold -- one of the big losers of the fourth quarter -- and other precious metals are getting a boost from their draw as safe havens, ING says. Uncertainty has doubled by some metrics with the election of Donald Trump, Brexit details and US interest-rate policy, ING says. (tim.puko@wsj.com; @timpuko)

14:45 ET - Investors haven't heard much about infrastructure spending from President Trump since his acceptance speech in November, but he hit on the theme during his inauguration, saying "America's

infrastructure has fallen into disrepair and decay," and "We will build new roads and highways and bridges and airports and tunnels and railways all across our wonderful nation." Terry Haines, policy strategist at Evercore, assigns an 80% likelihood that increased infrastructure spending happens by the end of 2017. "A Trump plan will have to be developed by incoming Transportation Secretary Chao in consultation with Congress, which will take some time. It has been years since markets have seen major legislative sausage made. Markets are about to see quite a lot of sausage made all at once." (chris.dieterich@wsj.com)

14:37 ET - A new year isn't bringing much cheer to the generic-drug industry. Endo (ENDP), Impax (IPXL), Teva (TEVA) and Mylan (MYL) are down more steeply than many other drug stocks year-to-date. "Overall, we remain cautious on the group as bearish generic pricing commentary and Teva's recent disappointing guidance update point to a still difficult operating environment," JPMorgan says. Also, the US Justice Department probably isn't finished with its probe of possible price-fixing in the generic industry. Two former Heritage Pharmaceuticals executives pleaded guilty this month in federal court in Philadelphia to charges of conspiring with competitors to fix prices for certain drugs; they await sentencing scheduled for April. The DOJ has said the charges were part of an ongoing investigation of the industry. (peter.loftus@wsj.com; @Loftus)

14:31 ET - US oil and gas drillers are really ramping up onshore, according to a weekly report from Baker Hughes. The number of active oil and gas rigs operating on land surged by 36--the biggest week-over-week increase since August 2011. The jump in activity comes as producers say they will spend more this year. Preliminary capital spending plans from more than a dozen producers show an average 60% spending increase from the group compared to last year. (erin.ailworth@wsj.com; @ailworth)

14:15 ET - Canada's antitrust agency says it will go to court to challenge HarperCollins's practice of selling e-books. Competition Bureau says it's taking this move after it reached an agreement with three publishers--Hachette, Macmillan and Simon & Schuster--and Apple (AAPL) that resolves "its concerns" related to their conduct in the market for e-books. "As no agreement was reached with HarperCollins, I am taking action to address its ongoing restrictions on competition in Canada," bureau head John Pecman said in statement. A spokeswoman for HarperCollins says it's "disappointed" with the bureau's actions because the publisher believes it hasn't violated any law. The firm "will vigorously defend itself against the [bureau's] allegations," she added. News Corp (NWSA) owns HarperCollins as well as WSJ. (paul.vieira@wsj.com; @paulvieira)

14:13 ET - Released shortly after President Trump was sworn in, the Baker Hughes rig count may hold the distinction of being the first economic news under the new administration, and it was a humdinger. It showed one of the sharpest one-week gains in active oil rigs in years. Trump deserves some of the credit, as his promises to reduce energy regulation and lower costs have inspired firms to resume drilling, especially in Texas. But it's not all rosy; more drilling may simply increase the glut that has kept oil prices low in recent years. The Nymex Feb oil contract dipped slightly on the rig report, but remains up 2.5% at $52.53/bbl. (dan.molinski@wsj.com)

14:09 ET - NASA in several years may launch its first manned Orion space capsule, under development by Lockheed Martin (LMT), without fixing a fuel-system design flaw that has been singled out by independent safety experts. The current configuration makes Orion susceptible to a single-point failure that, under extreme circumstances, could result in loss of both spacecraft and crew. But in their latest update, these experts warned the fallout may prompt still another schedule slip in the multibillion-dollar project. They also indicated that pressure to conduct the initial manned mission, currently slated for 2021, could occur before the full-fledged upper stage is flight tested. (andy.pasztor@wsj.com)

14:09 ET - As Donald Trump steps into power at the White House, one law firm's close ties to the president are about to pay dividends. Jones Day will have 12 attorneys serving in the Trump Administration, the firm says. Jones Day, which has more than 2,500 lawyers, is among a handful of big firms that has a tradition of both sending its lawyers to the government and hiring from government ranks. The most prominent of the Jones Day appointments is Donald McGahn, who served as general counsel to President Trump's campaign and will now be White House counsel. Others include William McGinley, deputy assistant to the president and cabinet secretary; Gregory Katsas, deputy counsel to the president; and Noel Francisco, principal deputy solicitor general. (sara.randazzo@wsj.com; @sara_randazzo)

(END) Dow Jones Newswires

January 20, 2017 16:09 ET (21:09 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | surmor : Jones Day

**IN** i211 : Metal Ore Mining | i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ibasicm : Basic Materials/Resources | iindele : Industrial Electronics | iindstrls : Industrial Goods | imet : Mining/Quarrying | itech : Technology | i835 : Legal Services | ibcs : Business/Consumer Services

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | skorea : South Korea | usca : California | usdc : Washington DC | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | uss : Southern U.S.

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k003x5

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Suit Ups Pressure on Qualcomm -- Market Talk**

**WC** 148 words

**PD** 20 January 2017

**ET** 16:21

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 16:21 ET (21:21 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0040e

DOW JONES NEWSWIRES

**HD** **Apple Suit Ups Pressure on Qualcomm -- Market Talk**

**WC** 1,441 words

**PD** 20 January 2017

**ET** 16:21

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

**TD**

16:17 ET - As President Donald Trump takes office, nonprofit hospitals await answers on the future of the Affordable Care Act, but that won't stop the sector's merger and acquisition activity, Moody's analysts say. "M&A activity moved at a rapid pace in 2016 and shows no signs of slowing in the year ahead, a credit positive for the industry," Moody's said. Large hospital operators Community Health Systems (CYH) and Quorum Health Corp. (QHC) are looking to divest as they reshuffle their portfolios. Competition and better bargaining power with health insurance companies will continue to drive consolidation across a market that remains fragmented, despite steady dealmaking in recent years, Moody's said. Small hospitals with capital needs will look for bigger buyers willing to invest, the ratings agency said. (melanie.evans@wsj.com)

16:15 ET - AIG's newly announced reinsurance pact with Berkshire Hathaway (BRKB), together with the global property-casualty insurer's guidance for a material 4Q reserve charge, indicates "that the existing reserve deficiency at AIG is larger than people would have thought," Credit Suisse tells clients. There are "some questions about management's timing in putting this deal in place given last year's $3.8b 4Q charge." Still, AIG's new reinsurance arrangement "likely puts to rest the single greatest uncertainty around the stock.... [AIG's] "deck is finally cleared reserve wise." But investors will have to wait until 4Q earnings for a greater level of detail on the deal, it also notes. (leslie.scism@wsj.com)

16:11 ET - Joaquin "El Chapo" Guzman, the Mexican drug lord who evaded US authorities for years and built a billion-dollar narcotics empire, made his first appearance in a US courtroom, pleading not guilty to the 17 criminal charges against him. Guzman, who successfully escaped twice from maximum-security prisons in Mexico, was extradited to the US late Thursday. His arrival came as a surprise to many, even to US officials, who said they didn't know he was coming until the day of the extradition. (Nicole.hong@wsj.com)

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)



PX333

Page 7507

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

15:25 ET - Metals shine so far among commodities in 2017. Both industrial and precious metals sub-indices rise about 6% year to date while the broader S&P GSCI is near flat. Several banks, including Credit Suisse and TD Securities are broadly bullish about several metals for the year. Metals like copper and zinc are benefiting from limited mining capacity and strong demand, especially from China. Gold -- one of the big losers of the fourth quarter -- and other precious metals are getting a boost from their draw as safe havens, ING says. Uncertainty has doubled by some metrics with the election of Donald Trump, Brexit details and US interest-rate policy, ING says. (tim.puko@wsj.com; @timpuko)

14:45 ET - Investors haven't heard much about infrastructure spending from President Trump since his acceptance speech in November, but he hit on the theme during his inauguration, saying "America's infrastructure has fallen into disrepair and decay," and "We will build new roads and highways and bridges and airports and tunnels and railways all across our wonderful nation." Terry Haines, policy strategist at Evercore, assigns an 80% likelihood that increased infrastructure spending happens by the end of 2017. "A Trump plan will have to be developed by incoming Transportation Secretary Chao in consultation with Congress, which will take some time. It has been years since markets have seen major legislative sausage made. Markets are about to see quite a lot of sausage made all at once." (chris.dieterich@wsj.com)

14:37 ET - A new year isn't bringing much cheer to the generic-drug industry. Endo (ENDP), Impax (IPXL), Teva (TEVA) and Mylan (MYL) are down more steeply than many other drug stocks year-to-date. "Overall, we remain cautious on the group as bearish generic pricing commentary and Teva's recent disappointing guidance update point to a still difficult operating environment," JPMorgan says. Also, the US Justice Department probably isn't finished with its probe of possible price-fixing in the generic industry. Two former Heritage Pharmaceuticals executives pleaded guilty this month in federal court in Philadelphia to charges of conspiring with competitors to fix prices for certain drugs; they await sentencing scheduled for April. The DOJ has said the charges were part of an ongoing investigation of the industry. (peter.loftus@wsj.com; @Loftus)

14:31 ET - US oil and gas drillers are really ramping up onshore, according to a weekly report from Baker Hughes. The number of active oil and gas rigs operating on land surged by 36--the biggest week-over-week increase since August 2011. The jump in activity comes as producers say they will spend more this year. Preliminary capital spending plans from more than a dozen producers show an average 60% spending increase from the group compared to last year. (erin.ailworth@wsj.com; @ailworth)

(END) Dow Jones Newswires

January 20, 2017 16:21 ET (21:21 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | ismart : Smartphones | i951 : Health Care/Life Sciences | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec :

 © 2023 Factiva, Inc. All rights reserved.

Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | m11 : Equity Markets | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | mcat : Commodity/Financial Market News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** china : China | skorea : South Korea | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k00437

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **Apple files $1bn lawsuit against Qualcomm**

**BY** Hannah Kuchler

**WC** 213 words

**PD** 20 January 2017

**ET** 16:31

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Apple has filed a $1bn lawsuit against Qualcomm accusing the chipmaker of abusing a monopoly position, after the US and South Korean regulators argued it used its dominance at the expense of handset makers.

Shares in Qualcomm fell 2.4 per cent to $62.88 just before the close when the lawsuit was published, the first direct challenge by one of Qualcomm's major customers, reports Hannah Kuchler in San Francisco.

**TD**

It follows a lawsuit by the US Federal Trade Commission earlier in the week, and a $890m fine from the South Korean regulators late last year.

Apple is demanding a payment of $1bn it believes are due as a rebate for licensing fees – and claiming that the chipmaker is holding back the money as punishment for Apple's contribution to the South Korean investigation.

"Qualcomm built its business on older, legacy, standards but reinforces its dominance through exclusionary tactics and excessive royalties," Apple said in a statement.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined."

Qualcomm did not respond to a request for comment.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170120ed1k00bhx



PX333

Page 7510

DOW JONES NEWSWIRES

**HD** **GE's Elephant in the Room: When Will Immelt Go? -- Market Talk**

**WC** 1,450 words

**PD** 20 January 2017

**ET** 16:32

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:32 ET - Could this be the last year of Jeff Immelt's tenure as CEO of GE? Analysts from Barclays think it's possible. The timing of Immelt's eventual departure is "the elephant in the room" at the company, longtime GE analyst Scott Davis says after the company reported 4Q earnings. Immelt has led GE since 2001, but has given no public indication he plans to step down. Davis thinks retirement is "likely" at the end of 2017 or in 2018, and that possible candidates to succeed him will be trying to drive big financial results. "The winning prize is pretty big," he writes, "but for those who 'lose,' assuming they executed well, they normally get CEO nods at other big companies. Those who've lost by failing have seen harsher treatment--no career advancement within GE and a lack of interest elsewhere. Interesting incentive to execute." (ted.mann@wsj.com)

**TD**

16:28 ET - Apple (AAPL) says in its lawsuit against Qualcomm (QCOM) that the chip-maker's business practices deterred it from switching to chips made by competitors. That changed last year when it introduced Intel (INTC) chips into a portion of its iPhone 7. Apple says QCOM is "actively engaging with network carriers in the United States, attempting to persuade them not to support or sell Apple devices with Intel chipsets." (tripp.mickle@wsj.com)

16:27 ET - Megan Ellison, the independent film producer who has been a potent source of financing for award-winning movies released by other studios, is expanding her company to include distribution and marketing services. Her Annapurna Pictures' first release will be director Kathryn Bigelow's untitled project about the 1967 Detroit riots, which will hit theaters Aug 4. Previous, Annapurna produced and financed movies released by other studios, like Sony Pictures' "Zero Dark Thirty" and A24's recent "20th Century Women." Annapurna's expansion makes it more of a competitor to other studios in Hollywood and less of a partner. Ms. Ellison, the daughter of billionaire Oracle co-founder Larry Ellison, has focused exclusively on prestige films from respected directors and eschewed big budget franchise movies. (ben.fritz@wsj.com; @benfritz)

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

16:17 ET - As President Donald Trump takes office, nonprofit hospitals await answers on the future of the Affordable Care Act, but that won't stop the sector's merger and acquisition activity, Moody's analysts say. "M&A activity moved at a rapid pace in 2016 and shows no signs of slowing in the year ahead, a credit positive for the industry," Moody's said. Large hospital operators Community Health Systems (CYH) and Quorum Health Corp. (QHC) are looking to divest as they reshuffle their portfolios. Competition and better bargaining power with health insurance companies will continue to drive consolidation across a market that

remains fragmented, despite steady dealmaking in recent years, Moody's said. Small hospitals with capital needs will look for bigger buyers willing to invest, the ratings agency said. (melanie.evans@wsj.com)

16:15 ET - AIG's newly announced reinsurance pact with Berkshire Hathaway (BRKB), together with the global property-casualty insurer's guidance for a material 4Q reserve charge, indicates "that the existing reserve deficiency at AIG is larger than people would have thought," Credit Suisse tells clients. There are "some questions about management's timing in putting this deal in place given last year's $3.8b 4Q charge." Still, AIG's new reinsurance arrangement "likely puts to rest the single greatest uncertainty around the stock.... [AIG's] "deck is finally cleared reserve wise." But investors will have to wait until 4Q earnings for a greater level of detail on the deal, it also notes. (leslie.scism@wsj.com)

16:11 ET - Joaquin "El Chapo" Guzman, the Mexican drug lord who evaded US authorities for years and built a billion-dollar narcotics empire, made his first appearance in a US courtroom, pleading not guilty to the 17 criminal charges against him. Guzman, who successfully escaped twice from maximum-security prisons in Mexico, was extradited to the US late Thursday. His arrival came as a surprise to many, even to US officials, who said they didn't know he was coming until the day of the extradition. (Nicole.hong@wsj.com)

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

15:25 ET - Metals shine so far among commodities in 2017. Both industrial and precious metals sub-indices rise about 6% year to date while the broader S&P GSCI is near flat. Several banks, including Credit Suisse and TD Securities are broadly bullish about several metals for the year. Metals like copper and zinc are benefiting from limited mining capacity and strong demand, especially from China. Gold -- one of the big losers of the fourth quarter -- and other precious metals are getting a boost from their draw as safe havens, ING says. Uncertainty has doubled by some metrics with the election of Donald Trump, Brexit details and US interest-rate policy, ING says. (tim.puko@wsj.com; @timpuko)

(END) Dow Jones Newswires

January 20, 2017 16:32 ET (21:32 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

 © 2023 Factiva, Inc. All rights reserved.

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c151 : Earnings | c1521 : Analysts' Comments/Recommendations | c411 : Management Moves | gvote1 : National/Presidential Elections | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c11 : Plans/Strategy | cslmc : Senior Level Management | c15 : Financial Performance | c152 : Earnings Projections | c41 : Management | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | gvote : Elections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usct : Connecticut | namz : North America | use : Northeast U.S. | usnew : New England

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0046z

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Disney ABC/TV Group Names New CFO -- Market Talk**

**WC** 1,420 words

**PD** 20 January 2017

**ET** 16:37

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:37 ET - Veteran Disney (DIS) executive Robert Langer has been named chief financial officer of the Disney/ABC Television Group, the second major hire at the unit in the last three months. Langer most recently oversaw DIS operations in Germany, Switzerland and Austria. At the Disney/ABC Television Group he succeeds Peter Seymour who left the company after 20 years last November, soon after Bruce Rosenblum was named president of business operations for the unit. Langer reports to Ben Sherwood, president of the Disney/ABC Television Group. (Joe.Flint@WSJ.com)

**TD**

16:32 ET - Could this be the last year of Jeff Immelt's tenure as CEO of GE? Analysts from Barclays think it's possible. The timing of Immelt's eventual departure is "the elephant in the room" at the company, longtime GE analyst Scott Davis says after the company reported 4Q earnings. Immelt has led GE since 2001, but has given no public indication he plans to step down. Davis thinks retirement is "likely" at the end of 2017 or in 2018, and that possible candidates to succeed him will be trying to drive big financial results. "The winning prize is pretty big," he writes, "but for those who 'lose,' assuming they executed well, they normally get CEO nods at other big companies. Those who've lost by failing have seen harsher treatment--no career advancement within GE and a lack of interest elsewhere. Interesting incentive to execute." (ted.mann@wsj.com)

16:28 ET - Apple (AAPL) says in its lawsuit against Qualcomm (QCOM) that the chip-maker's business practices deterred it from switching to chips made by competitors. That changed last year when it introduced Intel (INTC) chips into a portion of its iPhone 7. Apple says QCOM is "actively engaging with network carriers in the United States, attempting to persuade them not to support or sell Apple devices with Intel chipsets." (tripp.mickle@wsj.com)

16:27 ET - Megan Ellison, the independent film producer who has been a potent source of financing for award-winning movies released by other studios, is expanding her company to include distribution and marketing services. Her Annapurna Pictures' first release will be director Kathryn Bigelow's untitled project about the 1967 Detroit riots, which will hit theaters Aug 4. Previous, Annapurna produced and financed movies released by other studios, like Sony Pictures' "Zero Dark Thirty" and A24's recent "20th Century Women." Annapurna's expansion makes it more of a competitor to other studios in Hollywood and less of a partner. Ms. Ellison, the daughter of billionaire Oracle co-founder Larry Ellison, has focused exclusively on prestige films from respected directors and eschewed big budget franchise movies. (ben.fritz@wsj.com; @benfritz)

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

16:17 ET - As President Donald Trump takes office, nonprofit hospitals await answers on the future of the Affordable Care Act, but that won't stop the sector's merger and acquisition activity, Moody's analysts say. "M&A activity moved at a rapid pace in 2016 and shows no signs of slowing in the year ahead, a credit positive for the industry," Moody's said. Large hospital operators Community Health Systems (CYH) and Quorum Health Corp. (QHC) are looking to divest as they reshuffle their portfolios. Competition and better bargaining power with health insurance companies will continue to drive consolidation across a market that remains fragmented, despite steady dealmaking in recent years, Moody's said. Small hospitals with capital needs will look for bigger buyers willing to invest, the ratings agency said. (melanie.evans@wsj.com)

16:15 ET - AIG's newly announced reinsurance pact with Berkshire Hathaway (BRKB), together with the global property-casualty insurer's guidance for a material 4Q reserve charge, indicates "that the existing reserve deficiency at AIG is larger than people would have thought," Credit Suisse tells clients. There are "some questions about management's timing in putting this deal in place given last year's $3.8b 4Q charge." Still, AIG's new reinsurance arrangement "likely puts to rest the single greatest uncertainty around the stock.... [AIG's] "deck is finally cleared reserve wise." But investors will have to wait until 4Q earnings for a greater level of detail on the deal, it also notes. (leslie.scism@wsj.com)

16:11 ET - Joaquin "El Chapo" Guzman, the Mexican drug lord who evaded US authorities for years and built a billion-dollar narcotics empire, made his first appearance in a US courtroom, pleading not guilty to the 17 criminal charges against him. Guzman, who successfully escaped twice from maximum-security prisons in Mexico, was extradited to the US late Thursday. His arrival came as a surprise to many, even to US officials, who said they didn't know he was coming until the day of the extradition. (Nicole.hong@wsj.com)

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

(END) Dow Jones Newswires

January 20, 2017 16:37 ET (21:37 GMT)

**CO** dsnyw : The Walt Disney Company | qcom : Qualcomm Incorporated | cccom : ABC Inc

**IN** i34531 : Semiconductors | i97411 : Broadcasting | i9741102 : Television Broadcasting | i9741109 : Cable Broadcasting | iindele : Industrial Electronics | iindstrls : Industrial Goods | imed : Media/Entertainment | itech : Technology

**NS** c411 : Management Moves | cslmc : Senior Level Management | gnwktv : Network Television | gpol : Domestic Politics | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c41 : Management | ccat : Corporate/Industrial News | gcat : Political/General News | gent : Arts/Entertainment | gpir : Politics/International Relations | gtvrad : Television/Radio | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** eurz : Europe | gfr : Germany | switz : Switzerland | usca : California | usw : Western U.S. | dach : DACH Countries | eecz : European Union Countries | namz : North America | usa : United States | weurz : Western Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0047g

© 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **BRIEF-Apple sues Qualcomm for roughly $1 bln over royalties - CNBC** |
| **WC** | 39 words |
| **PD** | 20 January 2017 |
| **ET** | 15:45 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |
| **LP** | |

Jan 20 (Reuters) -

* Apple sues Qualcomm for roughly $1 billion over royalties - CNBC Source text : http://cnb.cx/2jy3p8P Further company coverage:

| | |
|---|---|
| **RF** | Released: 2017-1-20T21:45:42.000Z |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i3454 : Personal Electronics \| icomp : Computing \| i3302 : Computers/Consumer Electronics \| ielec : Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c41 : Management \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170120ed1k015z5 |

DOW JONES NEWSWIRES

HD **News Highlights: Top Company News of the Day**

WC 450 words

PD 20 January 2017

ET 17:00

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

TD

Goldman Trims Stock-Pay for Some Senior Executives

Goldman Sachs cut stock awards for senior executives in 2016 after revenue fell, but didn't disclose compensation for CEO Lloyd Blankfein or several of his top deputies.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

Ford Sees Remeasurement Loss of About $3 Billion

Ford Motor Co. said it plans to take a $3 billion pre-tax charge against its fourth-quarter earnings related to its pension and retiree-benefit plans, following a change in its pension accounting the company made a year ago.

(END) Dow Jones Newswires

January 20, 2017 17:00 ET (22:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0048s

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **Apple files $1 billion lawsuit against chip supplier Qualcomm** |
| **WC** | 109 words |
| **PD** | 20 January 2017 |
| **ET** | 16:10 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |
| **LP** | |

Jan 20 (WASHINGTON) - Apple Inc filed a $1 billion lawsuit against supplier Qualcomm Inc on Friday, following a U.S. government lawsuit which accused the chip maker of using anti-competitive tactics to maintain its monopoly of a key semiconductor used in mobile phones.

In the lawsuit, Apple accused Qualcomm of overcharging for its chips and for refusing to pay some $1 billion in promised rebates for chip purchases. Apple said in its complaint that Qualcomm withheld the rebates because of Apple's discussions with South Korea's antitrust regulator. (Editing by Alan Crosby)

| | |
|---|---|
| **RF** | Released: 2017-1-20T22:10:00.000Z |
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| c41 : Management \| ccat : Corporate/Industrial News \| gpol : Domestic Politics \| gcat : Political/General News \| gpir : Politics/International Relations \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170120ed1k016ft |

HD **Apple sues chipmaker Qualcomm for abusing monopoly**

WC 380 words

PD 20 January 2017

ET 17:14

SN Agence France Presse

SC AFPR

LA English

CY Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

LP

Apple on Friday sued Qualcomm, accusing the California chipmaker of abusing its market power to demand unfair royalties, echoing charges filed days earlier by US antitrust regulators.

Apple said in the court filing that it has been overcharged "billions of dollars" by its chipmaking partner's "illegal scheme."

TD

Apple also claimed Qualcomm owes it a billion dollars but is refusing to pay in retaliation for the iPhone maker's cooperating with South Korean antitrust regulators looking into the chip maker's actions in that country.

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with," Apple said in an email statement.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

The suit charges Qualcomm of building a business model on using its rights to older, legacy technology considered telecommunication industry standards to jack up royalties when Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said.

Apple noted in the suit that Qualcomm's business practices have come under scrutiny by antitrust regulators in an array of countries for selling its smartphone chipsets only to makers agreeing to its "preferred license terms" for essential mobile telecom patents.

Apple asked for a jury trial, and for damages including Qualcomm paying the company what it owes plus giving up excessive royalties it has raked in.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple filing came three days after the US Federal Trade Commission filed suit in federal court in California claiming Qualcomm abused its market power in as part of its "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

gc/rl

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** US

**PUB** Agence France-Presse

**AN** Document AFPR000020170120ed1k00iir

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **News Highlights: Top Company News of the Day**

**WC** 450 words

**PD** 20 January 2017

**ET** 17:15

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Goldman Trims Stock-Pay for Some Senior Executives

Goldman Sachs cut stock awards for senior executives in 2016 after revenue fell, but didn't disclose compensation for CEO Lloyd Blankfein or several of his top deputies.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

Ford Sees Remeasurement Loss of About $3 Billion

Ford Motor Co. said it plans to take a $3 billion pre-tax charge against its fourth-quarter earnings related to its pension and retiree-benefit plans, following a change in its pension accounting the company made a year ago.

(END) Dow Jones Newswires

January 20, 2017 17:15 ET (22:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004ho

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Tech Sector Rises on Economic Outlook -- Technology Roundup**

WC 126 words

PD 20 January 2017

ET 17:28

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

Shares of tech companies rose amid optimism about the outlook for economic growth.

Apple filed suit against chip designer Qualcomm, alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

TD

Highway safety regulators closed a probe of Tesla Motors' Autopilot system without seeking a recall or other action against the Silicon Valley auto maker after a six-month investigation failed to uncover a defect in the semi-automated technology in use during a fatal crash last year.

-By Rob Curran, rob.curran@dowjones.com

(END) Dow Jones Newswires

January 20, 2017 17:28 ET (22:28 GMT)

CO qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c12 : Corporate Crime/Legal Action | ncmac : Commodities Asset Class News | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ecat : Economic News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

PUB Dow Jones & Company, Inc.

AN Document DJDN000020170120ed1k004id

**HD** **Apple antitrust suit: Qualcomm overcharged 'billions'**

**BY** Glenn CHAPMAN
**WC** 577 words
**PD** 20 January 2017
**ET** 17:51
**SN** Agence France Presse
**SC** AFPR
**LA** English
**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Apple on Friday sued Qualcomm, accusing the California chipmaker of abusing its market power to demand unfair royalties, echoing charges filed days earlier by US antitrust regulators.

Apple said in the court filing that it has been overcharged "billions of dollars" by its chipmaking partner's "illegal scheme."

**TD**

Apple also claimed Qualcomm owes it a billion dollars but is refusing to pay in retaliation for the iPhone maker's cooperating with South Korean antitrust regulators looking into the chipmaker's actions in that country.

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with," Apple said in an email statement.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

The suit charges Qualcomm of building a business model on using its rights to older, legacy technology considered telecommunication industry standards to raise royalties when Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said.

Apple noted in the suit that Qualcomm's business practices have come under scrutiny by antitrust regulators in an array of countries for selling its smartphone chipsets only to makers agreeing to its "preferred license terms" for essential mobile telecom patents.

Apple asked for a jury trial, and for damages including Qualcomm paying the company what it owes plus giving up excessive royalties it has raked in.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple filing came three days after the US Federal Trade Commission filed suit in federal court in California claiming Qualcomm abused its market power in as part of its "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

South Korea's anti-trust watchdog last month slapped Qualcomm with a record fine exceeding $850 million for abusing its dominant market position as a maker of baseband chipsets used in mobile phones.

Apple relies on Qualcomm for chip-based modems that enable iPhones and iPads to communicate with telecommunication networks.

Apple undoubtedly knows of the antitrust tide rising against Qualcomm and would like to help provide room for rival chipmakers to flourish, perhaps letting Intel improve its position, according to analyst Patrick Moorhead of Moor Insight and Strategies.

"I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm," Moorhead said, referring to the mobile device modems.

"Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this."

While the legal case alleges exclusionary contracts and the idea of being overcharged for licensing, it may well be powered by Apple wanting to ramp up competition to Qualcomm so it can negotiate better deals, the analyst said.

Modem chips are separate from processors that act as the brains or graphics engines for mobile devices.

gc/rl

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** Lead

**PUB** Agence France-Presse

**AN** Document AFPR000020170120ed1k00ir1

 © 2023 Factiva, Inc. All rights reserved.

The Washington Post

SE National-Economy

HD **Apple sues Qualcomm over royalty rebates, other patent issues**

WC 696 words

PD 20 January 2017

SN Washington Post.com

SC WPCOM

LA English

CY Copyright 2017, The Washington Post Co. All Rights Reserved.

LP

Apple seeks $1 billion from Qualcomm

Apple filed a lawsuit Friday accusing Qualcomm of monopolizing the market for computer chips for wireless devices and of withholding $1 billion in retaliation for Apple's cooperation with antitrust authorities in South Korea.

TD

Qualcomm has been under fire from regulators around the world for its patent licensing practices. Apple's lawsuit is the first direct challenge by one of Qualcomm's biggest customers.

In December, South Korea fined the company $890 million and described its practices as monopolistic. Qualcomm has said it will appeal the decision.

Under an agreement with Qualcomm, Apple said it was forced to refrain from taking any steps to challenge Qualcomm's business model.

When Apple complied with demands from Korean regulators, Qualcomm said that was a violation of the agreement.

In retaliation, Qualcomm withheld money that it was to pay Apple in royalty rebates, the iPhone maker said.

Apple is demanding that the chipmaker hand over the money.

The suit also challenges the validity of some Qualcomm patents for wireless technologies. Apple is asking the court to rule that, if the patents are upheld, the royalty amount is significantly lower than what Qualcomm charges now.

— Bloomberg News

New Mexico suing Takata, automakers

New Mexico Attorney General Hector Balderas filed a lawsuit Friday against Japanese manufacturer Takata and a list of automakers over the sale of cars with dangerous air bag inflaters.

The attorney general's office argues that the manufacturers had a duty to ensure their products were safe. Concealment of defects in the air bags amounted to unfair, deceptive and unconscionable trade practices under New Mexico law, the suit says.

Takata already has agreed to pay $1 billion in fines and restitution in a plea deal with the federal Justice Department over a years-long scheme to conceal the deadly defect in its inflaters. It also faces other litigation.

A Takata spokesman declined to comment Friday.

New Mexico's case also targets numerous automakers that used the faulty bags in their vehicles.

The state is seeking civil penalties for each defective air bag that entered the New Mexico market and penalties for each day the manufacturers misrepresented the safety of their products. State prosecutors also are seeking a jury trial.

Takata inflaters can explode with too much force, spewing shrapnel at passengers. At least 27 people have died because of the defect.

— Associated Press

• Puerto Rican Gov. Ricardo Rossello is criticizing orders from a federal control board in the first clash over how best to tackle the island's deep economic crisis. Rossello said Friday that the board's demands are unacceptable and differ greatly from his vision to promote economic growth. On Wednesday, the control board ordered the administration to present a plan that would generate $4.5 billion a year in revenue or savings through 2019. Officials said Puerto Rico should reform its tax system, reduce health-care and higher education spending, and cut as the size of its government.

• AT&T signed up new pay-TV customers for the first time in seven quarters, thanks to its new live online video service. DirecTV Now, which targets consumers who don't subscribe to traditional TV, helped woo at least 200,000 video subscribers in the fourth quarter and offset a loss of satellite-TV customers, according to a filing Friday of preliminary results. The gain reflects a promotional offer of $35 a month for 100-plus channels. AT&T introduced DirecTV Now in November and now charges $60 a month for a similar number of channels.

• The ride-hailing company Uber has hired the man behind Google search to help grow its self-driving car program. Amit Singhal announced on his blog Friday that he will join Uber after 15 years at Alphabet, where he led Google's search division. He will be senior vice president of engineering and act as an adviser to chief executive Travis Kalanick and Anthony Levandowski, head of Uber's self-driving efforts. Singhal called Uber "a geek's candy store" and said he was excited by the engineering challenges it is tackling.

— From news services

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | nnam : News Agency Materials | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usdc : Washington DC | namz : North America | usa : United States | uss : Southern U.S.

**IPD** business

**PUB** Washington Post

**AN** Document WPCOM00020170120ed1k007vd

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk**

**WC** 155 words

**PD** 20 January 2017

**ET** 18:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 18:16 ET (23:16 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | cscm : Supply Chain | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004pi

DOW JONES
NEWSWIRES

**HD** **Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk**

**WC** 1,523 words

**PD** 20 January 2017

**ET** 18:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

**TD**

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

17:12 ET - The prospect of more consumer spending and higher inflation should reverse negative sentiment toward the A-mall industry this year, says BTIG Research. Some REITs that own high-quality malls with strong sales productivity are currently priced at large discounts to their net asset value per share estimates and offer the most upside if sentiment shifts. Retail property landlords have been hit by retailer bankruptcies and store closures, with the lower-end malls struggling the most. REITs managing the country's top regional malls say they are unfairly tarred with the same brush. Occupancy rates are high at the malls managed by Simon Property (SPG), Taubman Centers (TCO) and Macerich (MAC) and there is virtually no new supply, BTIG added. (esther.fung@wsj.com; @estherfung)

16:58 ET - Akamai Technologies (AKAM) says streaming of the US presidential inauguration on its network peaked at a record 8.7 terabits per second, another sign of internet video's gains against traditional TV. That compares with 7.3 Tbps during last year's Euro Cup soccer tournament and a smaller 1.1 Tbps for the 2009 inauguration, when online video was still getting its legs and the iPhone was two years old. AKAM, which delivers online content for most big media companies, said its feed went to 4.6M viewers at one point Friday. That's a large total, though growing viewership has been tempered in recent years by price-cutting competition among streaming video companies. After swooning early last year, AKAM is up 50% over the past 12 months. (andrew.fitzgerald@wsj.com; @drewfitzgerald)

16:51 ET - A 19.3M barrel increase in US gasoline stockpiles over the last three weeks is "disturbingly familiar," recalling the beginning of last year, Jefferies analysts say. The big increase in gasoline supplies echoes late 2015 and early 2016 when better profit margins nudged refiners to make more gasoline than diesel. But much of that gasoline output ended up in storage tanks, which led to a glut that weighed on refiners' margins and let them at times to cut back on the amount of crude oil they bought. But consumers made out well--prices at the pump fell to 12-year lows in some places last year. One big difference from last year is exports--fuel sales abroad averaged 1M barrels a day over the last four weeks, more than double a year ago, the analysts say. (alison.sider@wsj.com; @alyrose)

16:51 ET - Even with a repeal of the Affordable Care Act, commercial health insurance companies' use of incentives for hospitals to closely manage healthcare quality and cost are "well underway," Moody's Investors Service said. Expect hospital companies including HCA Holdings Inc. (HCA) to respond with continued investment in "alternative" locations for care, such as ambulatory surgery centers, urgent care clinics and freestanding emergency rooms, Moody's said. Tenet Healthcare (THC) is "unique" with its joint venture in United Surgical Partners International, the analysts added, which expands the company's reach beyond its hospital markets. (melanie.evans@wsj.com)

(END) Dow Jones Newswires

January 20, 2017 18:16 ET (23:16 GMT)

 © 2023 Factiva, Inc. All rights reserved.

**CO** qcom : Qualcomm Incorporated | sbcatt : AT&T Inc

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004kf

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk**

**WC** 1,499 words

**PD** 20 January 2017

**ET** 18:42

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

**TD**

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter

preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

17:12 ET - The prospect of more consumer spending and higher inflation should reverse negative sentiment toward the A-mall industry this year, says BTIG Research. Some REITs that own high-quality malls with strong sales productivity are currently priced at large discounts to their net asset value per share estimates and offer the most upside if sentiment shifts. Retail property landlords have been hit by retailer bankruptcies and store closures, with the lower-end malls struggling the most. REITs managing the country's top regional malls say they are unfairly tarred with the same brush. Occupancy rates are high at the malls managed by Simon Property (SPG), Taubman Centers (TCO) and Macerich (MAC) and there is virtually no new supply, BTIG added. (esther.fung@wsj.com; @estherfung)

16:58 ET - Akamai Technologies (AKAM) says streaming of the US presidential inauguration on its network peaked at a record 8.7 terabits per second, another sign of internet video's gains against traditional TV. That compares with 7.3 Tbps during last year's Euro Cup soccer tournament and a smaller 1.1 Tbps for the 2009 inauguration, when online video was still getting its legs and the iPhone was two years old. AKAM, which delivers online content for most big media companies, said its feed went to 4.6M viewers at one point Friday. That's a large total, though growing viewership has been tempered in recent years by price-cutting competition among streaming video companies. After swooning early last year, AKAM is up 50% over the past 12 months. (andrew.fitzgerald@wsj.com; @drewfitzgerald)

(END) Dow Jones Newswires

January 20, 2017 18:42 ET (23:42 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | royca : Royal Bank of Canada | wesah : RBC Capital Markets Corporation

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i814 : Banking | i831 : Financial Investments | i83101 : Investment Banking | ibnk : Banking/Credit | ifinal : Financial Services | iibnk : Integrated Banks | iinv : Investing/Securities

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004kt

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- Update**

**BY** By Tripp Mickle

**WC** 790 words

**PD** 20 January 2017

**ET** 18:23

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the latest fiscal year.

Qualcomm didn't immediately respond to a request for comment Friday. It said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to according to investment bank CLSA, accounting for three-fourths of Apple's $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in

the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says that Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 18:23 ET (23:23 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004n8

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices**

**WC** 826 words

**PD** 20 January 2017

**ET** 15:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek “onerous, unreasonable and costly” terms for patents, and that Qualcomm blocked Apple’s ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple’s participation in an investigation by South Korea’s antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices—a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm “after years of disagreement over what constitutes a fair and reasonable royalty.”

Qualcomm General Counsel Don Rosenberg called Apple’s claims “baseless.” In a statement, he said, Apple “mischaracterized” agreements and negotiations and failed to acknowledge “the enormity and value of the technology” Qualcomm invented.

“We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple’s practices,” Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm’s dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm’s revenue, which totaled $23.5 billion in the company’s latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC’s suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. “There’s nothing clear-cut about this case,” he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display—not Qualcomm's chip —Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016—a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 15:50 ET (20:50 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k003vz

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- Update**

**BY** By Tripp Mickle

**WC** 790 words

**PD** 20 January 2017

**ET** 18:38

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the latest fiscal year.

Qualcomm didn't immediately respond to a request for comment Friday. It said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to according to investment bank CLSA, accounting for three-fourths of Apple's $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in

the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says that Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 18:38 ET (23:38 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004py

 © 2023 Factiva, Inc. All rights reserved.

MailOnline

SE News
HD **Apple sues smartphone chip-maker Qualcomm and claims they were overcharged 'billions' by the monopoly**
BY AFP
WC 659 words
PD 20 January 2017
ET 17:38
SN Mail Online
SC DAMONL
LA English
CY Copyright 2017

LP

* Charges echo those filed by United States antitrust regulators earlier this week

* Apple claims it has been overcharged 'billions of dollars' by Qualcomm

TD

* Qualcomm said Apple mischaracterized agreements and technology's value

Apple has sued Qualcomm, accusing the California chip-maker of abusing its market power to demand unfair royalties.

These charges echo those filed days earlier by US antitrust regulators.

Apple said in the court filing that it has been overcharged 'billions of dollars' by its chip-making partner's 'illegal scheme.'

The company also claimed Qualcomm owes it a billion dollars, but is refusing to pay due to Apple cooperating with South Korean antitrust regulators looking into the company.

'For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with,' Apple said in an email statement.

'To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them.'

Qualcomm rejected Apple's claims, saying the iPhone maker 'intentionally mischaracterized' agreements as well as the value of the company's technology.

'Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world... by misrepresenting facts and withholding information,' Qualcomm general counsel Don Rosenberg said in a statement.

'We welcome the opportunity to have these meritless claims heard in court.'

The suit claims Qualcomm built a business model that charges raised royalty fees every time Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

The charges say that Qualacomm believes it has the rights to charge these raised royalties by claiming legacy technology.

'Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined,' Apple said.

Apple noted that Qualcomm's business practices have come under scrutiny by antitrust regulators in many countries.

The company has asked for a jury trial, and for Qualcomm to the company what it owes plus giving up excessive royalties.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple suit came three days after the US Federal Trade Commission filed in federal court claiming Qualcomm abused its market power in as part of its 'unlawful maintenance of a monopoly in baseband processors.'

Baseband processors are are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as 'significantly flawed,' arguing that reasoning at the heart of the civil complaint is wrong.

South Korea's anti-trust watchdog last month slapped Qualcomm with a record fine exceeding $850 million for abusing its dominant market position as a maker of baseband chip-sets used in mobile phones.

Apple relies on Qualcomm for chip-based modems that enable iPhones and iPads to communicate with telecommunication networks.

The company knows of the antitrust tide rising against Qualcomm and would like to help provide room for rival chip-makers to flourish, perhaps letting Intel improve its position, according to analyst Patrick Moorhead of Moor Insights and Strategy.

'I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm,' Moorhead said, referring to the mobile device modems.

'Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this.'

While the legal case alleges exclusionary contracts and the idea of being overcharged for licensing, it may well be powered by Apple wanting to ramp up competition to Qualcomm so it can negotiate better deals, the analyst said.

Modem chips are separate from processors that act as the brains or graphics engines for mobile devices.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | nnam : News Agency Materials | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** uk : United Kingdom | eecz : European Union Countries | eurz : Europe | weurz : Western Europe

**PUB** DMG Media Limited

**AN** Document DAMONL0020170121ed1k0020c

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Seeks $1 Billion in Withheld Rebate Payments From Qualcomm** |
| **WC** | 34 words |
| **PD** | 20 January 2017 |
| **ET** | 15:41 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2041GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jn |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple: Qualcomm Withheld Rebate Payments After Apple Assisted in Korean Regulatory Case** |
| **WC** | 36 words |
| **PD** | 20 January 2017 |
| **ET** | 15:40 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2040GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jm |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Says It Is Suing Qualcomm Over Licensing Practices** |
| **WC** | 33 words |
| **PD** | 20 January 2017 |
| **ET** | 15:40 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2040GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jk |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Alleges Qualcomm Demanded Onerous Licensing Terms for Smartphone Chips** |
| **WC** | 34 words |
| **PD** | 20 January 2017 |
| **ET** | 15:40 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

(MORE TO FOLLOW) Dow Jones Newswires

January 20, 2017 15:39 ET (20:39 GMT)

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

20-01-17 2040GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jl |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk**

**WC** 121 words

**PD** 20 January 2017

**ET** 18:42

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:42 EST [Dow Jones ]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 18:42 ET (23:42 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics

**NS** c12 : Corporate Crime/Legal Action | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004q0



PX333

Page 7549

DOW JONES NEWSWIRES

HD **News Highlights: Top Company News of the Day**

WC 458 words

PD 20 January 2017

ET 19:00

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

TD

Morgan Stanley Gives CEO a Raise; Goldman Trims Stock-Pay for Some

James Gorman, chairman and chief executive of Morgan Stanley, saw a 7% raise for 2016, while Goldman Sachs cut stock awards for several executives after revenue fell 9%.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Snapchat Parent Plans to Pay Banks 2.5% of IPO Proceeds

The banks managing Snap's initial public offering are set to share 2.5% of the money raised in the deal, a relatively low rate that indicates the popular technology company's leverage in dictating the terms of its public debut.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

(END) Dow Jones Newswires

January 20, 2017 19:00 ET (00:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00001

 © 2023 Factiva, Inc. All rights reserved.

**Apple: Suit Against Qualcomm Could Help Profit Margin, Says RBC**

Barron's Blogs, 19:01, 20 January 2017, 405 words, (English)

Shares of Apple ( AAPL) are up 3 cents at $120.03, in late trading, after both Bloomberg and The Wall Street Journal reported just before market close that the company is suing one of its big chip suppliers, Qualcomm ( QCOM), and it has not ...

Document WCBBE00020170121ed1l00001

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **News Highlights: Top Company News of the Day**

**WC** 458 words

**PD** 20 January 2017

**ET** 19:15

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Morgan Stanley Gives CEO a Raise; Goldman Trims Stock-Pay for Some

James Gorman, chairman and chief executive of Morgan Stanley, saw a 7% raise for 2016, while Goldman Sachs cut stock awards for several executives after revenue fell 9%.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Snapchat Parent Plans to Pay Banks 2.5% of IPO Proceeds

The banks managing Snap's initial public offering are set to share 2.5% of the money raised in the deal, a relatively low rate that indicates the popular technology company's leverage in dictating the terms of its public debut.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

(END) Dow Jones Newswires

January 20, 2017 19:15 ET (00:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00032

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Morgan Stanley Doesn't Think eBay Ad Campaign Made a Difference -- Market Talk**

**WC** 1,473 words
**PD** 20 January 2017
**ET** 19:18
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

**TD**

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly



PX333

four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

17:12 ET - The prospect of more consumer spending and higher inflation should reverse negative sentiment toward the A-mall industry this year, says BTIG Research. Some REITs that own high-quality malls with strong sales productivity are currently priced at large discounts to their net asset value per share estimates and offer the most upside if sentiment shifts. Retail property landlords have been hit by retailer bankruptcies and store closures, with the lower-end malls struggling the most. REITs managing the country's top regional malls say they are unfairly tarred with the same brush. Occupancy rates are high at the malls managed by Simon Property (SPG), Taubman Centers (TCO) and Macerich (MAC) and there is virtually no new supply, BTIG added. (esther.fung@wsj.com; @estherfung)

(END) Dow Jones Newswires

January 20, 2017 19:18 ET (00:18 GMT)

**CO** ebayus : eBay Incorporated | qcom : Qualcomm Incorporated

| | |
|---|---|
| **IN** | i34531 : Semiconductors \| i64 : Retail/Wholesale \| i656000301 : Etailing \| iecom : E-commerce \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iint : Internet/Online \| ionlauc : Online Auctions \| iretail : Retail \| itech : Technology |
| **NS** | gvote1 : National/Presidential Elections \| mcat : Commodity/Financial Market News \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| c181 : Acquisitions/Mergers/Divestments \| c18 : Ownership Changes \| cactio : Corporate Actions \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gpir : Politics/International Relations \| gpol : Domestic Politics \| gvote : Elections \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170121ed1l0005u |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Morgan Says Ebay Needs to Watch Out for Competitors -- Market Talk**

**WC** 1,474 words

**PD** 20 January 2017

**ET** 19:22

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

1919 ET [Dow Jones] EBay needs to watch its back. That's what Morgan Stanley analysts say as Amazon and other start-up competitors become an increasing threat to the e-commerce site. Amazon's Prime membership is growing, increasingly threatening eBay's potential customer growth, the analysts say. But perhaps just as important are a bunch of new mobile startups, like OfferUp, 5Miles and LetGo-- which are generating sales without charging sellers transaction fees. "We acknowledge these competitors will need to charge fees at some point to survive, but its difficult to imagine they will charge fees as high as eBay...which, in our view, raises long-term question marks around eBay's ability to monetize its core Marketplace business," the analysts add. (laura.stevens@wsj.com; @LauraStevensWSJ)

**TD**

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

(END) Dow Jones Newswires

January 20, 2017 19:22 ET (00:22 GMT)

**CO** amzcom : Amazon.com, Inc. | ebayus : eBay Incorporated | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i64 : Retail/Wholesale | i656000301 : Etailing | iecom : E-commerce | iindele : Industrial Electronics | iindstrls : Industrial Goods | iint : Internet/Online | ionlauc : Online Auctions | iretail : Retail | itech : Technology

**NS** mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0005v

 © 2023 Factiva, Inc. All rights reserved.

The New York Times

SE Technology

HD **Apple Adds to Qualcomm's Troubles, Filing Lawsuit Over Rebates**

BY By QUENTIN HARDY
WC 1,182 words
PD 20 January 2017
ET 19:25
SN NYTimes.com Feed
SC NYTFEED
LA English
CY Copyright 2017. The New York Times Company. All Rights Reserved.

LP

SAN FRANCISCO — By mastering some tough computer chip technology and then pulling off an audacious business strategy based on selling its smartphone knowledge, Qualcomm has made billions of dollars and seized influence in the tech industry.

Some days that is a real drag.

TD

On Friday, Apple, its longtime partner, sued Qualcomm over what it said was $1 billion in withheld rebates. In the lawsuit, filed in Federal District Court for the Southern District of California, in San Diego, Apple said the money had been promised in conjunction with an agreement not to buy chips from other suppliers or to divulge Qualcomm's intellectual property licensing practices. The suit seeks the rebates, among other things.

Apple sued three days after the Federal Trade Commission accused Qualcomm of using anticompetitive practices to guarantee its high royalty payments for advanced wireless technology. The commission cited Qualcomm's deals with Taiwanese companies that manufacture Apple iPhones over semiconductors it sells for the iPhone.

In its complaint, the commission described Qualcomm as "the world's dominant supplier" of semiconductors that manage smartphone communications. The commission said Qualcomm had obtained "elevated royalties" for its patented intellectual property on wireless communications. Other smartphone chip makers have to pay Qualcomm for that intellectual property, too.

The commission and Apple complaints follow several other problems, including a $975 million fine by Chinese regulators in 2015 and activist shareholder complaints later that year that forced layoffs at Qualcomm. Last month, Qualcomm was fined $850 million in South Korea for unfair patent licensing.

When Apple provided information to South Korean regulators in that case, and sought competing chips from Intel, Qualcomm refused to pay Apple its promised money, Apple said.

Qualcomm, which has vowed to fight the South Korean charge and the F.T.C. suit, had no immediate comment on Apple's lawsuit.

Few expect Qualcomm to back down. It was shaped by its founders to be brainy, combative and profitable.

"They are seasoned, and equipped to fight," said Mark Hung, an analyst at Gartner. "But when such a big company is so reliant on the way it sells its intellectual property, and under the microscope in various geographies, it's tough."

Qualcomm, based in San Diego, far from Silicon Valley, was founded in 1985 by seven people, including Irwin Jacobs and Andrew Viterbi. The two were well-regarded electrical engineering professors who had formed a military satellite communications company.

Qualcomm's engineers work at a 41-building campus between a park and the University of California, San Diego. They have earned thousands of patents, including for the airplane mode on smartphones and the way apps are downloaded from stores.

Companies like Samsung and Apple need Qualcomm for the technology that enables things like high-speed wireless video for millions of people at once.

Its major technology is spread spectrum, which harnesses lots of computation and clever radio engineering for use in the various functions of smartphones.

Qualcomm's radio technology is called CDMA, for code division multiple access, a way voice calls work more efficiently over cellphone networks. And the company's influence grew over the last several years with the advent of third-generation, or 3G, phones as people started downloading lots of mobile data.

Many thought Qualcomm's success would be limited to that transition. Instead, Qualcomm innovated in 4G wireless for the smartphones from Samsung and Apple that toppled Nokia and Motorola. In its last fiscal year, Qualcomm had revenue of $23.6 billion and a profit of $5.7 billion.

Qualcomm's ventures in phones and network gear helped promote CDMA but did not make much money because older companies did not need CDMA until the success of wireless began to tax the capacity of their networks. Qualcomm turned to Asian companies that wanted to get into wireless.

"You'd never have seen the Koreans or the Chinese in wireless if not for Qualcomm and CDMA," said Clint McClellan, a 17-year employee of Qualcomm who now runs a wireless health business. "We enabled those markets."

South Korea, in particular, made CDMA an industrial policy, which carried Qualcomm for years. More recently, China accounted for half of Qualcomm's revenue. Apple's Taiwanese manufacturers, which pay Qualcomm royalties for iPhones, are another big profit center.

Qualcomm would not say what it charges for its intellectual property, but analysts figure the fee usually amounts to 5 percent of the selling price of a phone — at least it did, until the 2015 Chinese fine, which included an agreement that Chinese manufacturers pay only about half the old Qualcomm royalty.

That, and problems collecting Chinese royalties even before the agreement, hurt Qualcomm's share price. In 2015, Jana Partners, an activist hedge fund, stepped in and pressed for a breakup of the company into separate intellectual property and chip businesses.

That did not happen, but Qualcomm cut about 15 percent of its staff, cut executive pay and gave Jana three board seats. The stock has recovered to about where it was just before the fine, but not to the heights it reached before the problems.

By helping to create today's smartphone giants, Qualcomm may have engineered its current woes. Qualcomm executives say they see a connection between the China discounts, which Qualcomm had hoped would be limited to that country, and the latest regulatory attacks.

"We believe Samsung had a major role to play in the Korean decision," said Don Rosenberg, a lawyer for Qualcomm. The regulators, he said, "were prodded and mislead by commercial interests."

In an email, Hea-Ryoung Jee, a spokeswoman for Samsung, said it "was one of many multinational corporations" that responded to questions from South Korean regulators.

Qualcomm's lawyer figures the Korean case may take years to move through the courts. And recent events, including the impeachment of South Korea's president and a bribery scandal at Samsung, could complicate, or eliminate, Qualcomm's regulatory issues there.

Additionally, the F.T.C. has just three of its normal five commissioners. One of those, Maureen Ohlhausen, a Republican, voted against the suit. She may be named chairwoman when Edith Ramirez, a Democrat, steps down on Feb. 10.

 © 2023 Factiva, Inc. All rights reserved.

Neither the F.T.C. nor Apple would comment on the United States case against Qualcomm.

“It’s disappointing when our partners want to pay less after we’ve contributed to their success,” said Derek Aberle, Qualcomm’s president. “By sharing our technology, we enable others.”

Now it must get out ahead of other technology inventors in 5G, possibly while paying billions in fines and dealing with a painful restructuring and fraying relationships with its biggest customers.

“We’re not sitting still” while the problems are sorted, Mr. Aberle said. “You have to invest, and invent cool stuff that will change the way people live their lives.”

In other words, create unique technology so people will keep paying for Qualcomm’s expensive intellectual property.

**ART** A Las Vegas show this month. In December, Qualcomm was fined $850 million in South Korea. | George Rose/Getty Images

**CO** ftrade : Federal Trade Commission | applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | sfra : San Francisco | skorea : South Korea | usca : California | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | usw : Western U.S.

**IPD** Suits and Litigation (Civil)

**PUB** The New York Times Company

**AN** Document NYTFEED020170121ed1l0005m

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm Comments on Apple Complaint**

**WC** 331 words

**PD** 20 January 2017

**ET** 19:57

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

SAN DIEGO, Jan. 20, 2017 /PRNewswire/ -- "While we are still in the process of reviewing the complaint in detail, it is quite clear that Apple's claims are baseless. Apple has intentionally mischaracterized our agreements and negotiations, as well as the enormity and value of the technology we have invented, contributed and shared with all mobile device makers through our licensing program. Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information. We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated.

About Qualcomm

**TD**

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Tina Asmar, Public Affairs

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/qualcomm-comments-on-apple-complaint-300394418.html

SOURCE Qualcomm Incorporated

(END)

**CO** qcom : Qualcomm Incorporated | applc : Apple Inc.

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | namz : North America

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170121ed1l00004

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- 2nd Update**

**BY** By Tripp Mickle

**WC** 838 words

**PD** 20 January 2017

**ET** 20:01

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 20:01 ET (01:01 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0003h

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **Apple files $1 billion lawsuit against chip supplier Qualcomm**

WC 641 words

PD 20 January 2017

ET 20:10

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

(Reuters) - Apple Inc filed a $1 billion lawsuit against supplier Qualcomm Inc on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

Qualcomm is a major supplier to both Apple and Samsung Electronics Co Ltd for "modem" chips that connect phones to wireless networks. The two companies together accounted for 40 percent of Qualcomm's $23.5 billion in revenue in its most recent fiscal year.

TD

In the lawsuit filed in U.S. District Court for the Southern District of California, Apple accused Qualcomm of overcharging for chips and refusing to pay some $1 billion in promised rebates. Apple said in its complaint that Qualcomm withheld the rebates because of Apple's discussions with South Korea's antitrust regulator, the Korea Fair Trade Commission.

"If that were not enough, Qualcomm then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments to Apple. Apple refused," Apple said in its lawsuit.

In a statement, Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless."

"Apple has been actively encouraging regulatory attacks on Qualcomm’s business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information," Rosenberg said in the statement.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple’s practices and a robust examination of the merits.”

Qualcomm's stock closed 2.4 percent lower at $62.88 on the news.

Qualcomm has patents for chips which include standard essential patents, a term used to describe technology that is required to be licensed broadly and on "reasonable" terms.

In its lawsuit, Apple accused Qualcomm of refusing to license the technology to other manufacturers to prevent them from making the chips.

It also accused Qualcomm of selling chips while requiring Apple to pay a separate licensing fee for the same chips, in a "no license, no chip" policy.

In addition, Qualcomm pressured network carriers to not sell or support Apple devices made with Intel chipsets Apple said.

The KFTC fined Qualcomm $854 million in December for what it called unfair patent licensing practices.

In February 2015, Qualcomm paid a $975 million fine in China, while the European Union in December 2015 accused it of abusing its market power to thwart rivals.

On Tuesday, the U.S. Federal Trade Commission filed a lawsuit against Qualcomm, saying the San Diego-based company used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers. Qualcomm said it would contest the FTC complaint.

Qualcomm was the sole supplier of modem chips for Apple's phones until the release of the iPhone 7 in September. Intel Corp supplied about half of the modem chips for the newest models, said Stacy Rasgon, a senior analyst at Bernstein Research. Intel's shares closed up 1 percent at $36.94 after the Qualcomm suit was announced.

Apple made the move around the same time that Samsung, which had switched to using its own internal chips for its Galaxy S6 phones, returned to Qualcomm for the Galaxy S7.

Qualcomm "has been able to manage through (the Apple contract loss) pretty well because they got back Samsung at the same time," Rasgon said.

Apple is known for seeking multiple suppliers to keep prices down, said Jim Morrison, vice president of technical intelligence for TechInsights, which tears down devices to analyze their parts.

(Reporting by Diane Bartz in Washington and Stephen Nellis in San Francisco; Editing by Matthew Lewis and Cynthia Osterman)

**RF** Released: 2017-1-21T01:10:54.000Z

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | sansel : Samsung Electronics Co Ltd | usagov : United States Federal Government

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ielec : Consumer Electronics | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gpol : Domestic Politics | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:RTRFLN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170120ed1k016wh

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- 2nd Update**

**BY** By Tripp Mickle

**WC** 838 words

**PD** 20 January 2017

**ET** 20:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 20:16 ET (01:16 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0000r

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Apple antitrust suit: Qualcomm overcharged 'billions'**

**BY** Glenn CHAPMAN

**WC** 648 words

**PD** 20 January 2017

**ET** 20:29

**SN** Agence France Presse

**SC** AFPR

**LA** English

**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Apple on Friday sued Qualcomm, accusing the California chipmaker of abusing its market power to demand unfair royalties, echoing charges filed days earlier by US antitrust regulators.

Tech giant Apple said in the court filing that it has been overcharged "billions of dollars" by its chipmaking partner's "illegal scheme."

**TD**

The company also claimed Qualcomm owes it a billion dollars but is refusing to pay in retaliation for the iPhone maker's cooperating with South Korean antitrust regulators looking into the chipmaker's actions in that country.

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with," Apple said in an email statement.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

Qualcomm rejected Apple's claims at baseless, contending the iPhone maker "intentionally mischaracterized" agreements as well as the value of the company's technology.

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world... by misrepresenting facts and withholding information," Qualcomm general counsel Don Rosenberg said in a statement.

"We welcome the opportunity to have these meritless claims heard in court."

The suit charges Qualcomm of building a business model on using its rights to older, legacy technology considered telecommunication industry standards to raise royalties when Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said.

Apple noted in the suit that Qualcomm's business practices have come under scrutiny by antitrust regulators in an array of countries for selling its smartphone chipsets only to makers agreeing to its "preferred license terms" for essential mobile telecom patents.

Apple asked for a jury trial, and for damages including Qualcomm paying the company what it owes plus giving up excessive royalties it has raked in.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple filing came three days after the US Federal Trade Commission filed suit in federal court in California claiming Qualcomm abused its market power in as part of its "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

South Korea's anti-trust watchdog last month slapped Qualcomm with a record fine exceeding $850 million for abusing its dominant market position as a maker of baseband chipsets used in mobile phones.

Apple relies on Qualcomm for chip-based modems that enable iPhones and iPads to communicate with telecommunication networks.

Apple undoubtedly knows of the antitrust tide rising against Qualcomm and would like to help provide room for rival chipmakers to flourish, perhaps letting Intel improve its position, according to analyst Patrick Moorhead of Moor Insights and Strategy.

"I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm," Moorhead said, referring to the mobile device modems.

"Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this."

While the legal case alleges exclusionary contracts and the idea of being overcharged for licensing, it may well be powered by Apple wanting to ramp up competition to Qualcomm so it can negotiate better deals, the analyst said.

Modem chips are separate from processors that act as the brains or graphics engines for mobile devices.

gc/mdo

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** 2ndlead

**PUB** Agence France-Presse

**AN** Document AFPR000020170121ed1l000m9

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Says Apple 'Encouraging Regulatory Attacks'**

Barron's Blogs, 20:34, 20 January 2017, 216 words, (English)

Following word this afternoon that Apple (AAPL) has filed suit against one of its biggest suppliers, chip maker Qualcomm (QCOM), Qualcomm sent out a statement calling Apple's claims baseless.

Document WCBBE00020170121ed1l0002t

 © 2023 Factiva, Inc. All rights reserved.

PX333

REUTERS

**HD** **UPDATE 4-Apple files $1 billion lawsuit against chip supplier Qualcomm**

**WC** 657 words

**PD** 20 January 2017

**ET** 20:10

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

(Adds comment from Qualcomm, stock moves)

By Diane Bartz and Stephen Nellis

**TD**

Jan 20 (Reuters) - Apple Inc filed a $1 billion lawsuit against supplier Qualcomm Inc on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

Qualcomm is a major supplier to both Apple and Samsung Electronics Co Ltd for "modem" chips that connect phones to wireless networks. The two companies together accounted for 40 percent of Qualcomm's $23.5 billion in revenue in its most recent fiscal year.

In the lawsuit filed in U.S. District Court for the Southern District of California, Apple accused Qualcomm of overcharging for chips and refusing to pay some $1 billion in promised rebates. Apple said in its complaint that Qualcomm withheld the rebates because of Apple's discussions with South Korea's antitrust regulator, the Korea Fair Trade Commission.

"If that were not enough, Qualcomm then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments to Apple. Apple refused," Apple said in its lawsuit.

In a statement, Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless."

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information," Rosenberg said in the statement.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits."

Qualcomm's stock closed 2.4 percent lower at $62.88 on the news.

Qualcomm has patents for chips which include standard essential patents, a term used to describe technology that is required to be licensed broadly and on "reasonable" terms.

In its lawsuit, Apple accused Qualcomm of refusing to license the technology to other manufacturers to prevent them from making the chips.

It also accused Qualcomm of selling chips while requiring Apple to pay a separate licensing fee for the same chips, in a "no license, no chip" policy.

In addition, Qualcomm pressured network carriers to not sell or support Apple devices made with Intel chipsets Apple said.

The KFTC fined Qualcomm $854 million in December for what it called unfair patent licensing practices.

In February 2015, Qualcomm paid a $975 million fine in China, while the European Union in December 2015 accused it of abusing its market power to thwart rivals.

On Tuesday, the U.S. Federal Trade Commission filed a lawsuit against Qualcomm, saying the San Diego-based company used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers. Qualcomm said it would contest the FTC complaint.

Qualcomm was the sole supplier of modem chips for Apple's phones until the release of the iPhone 7 in September. Intel Corp supplied about half of the modem chips for the newest models, said Stacy Rasgon, a senior analyst at Bernstein Research. Intel's shares closed up 1 percent at $36.94 after the Qualcomm suit was announced.

Apple made the move around the same time that Samsung, which had switched to using its own internal chips for its Galaxy S6 phones, returned to Qualcomm for the Galaxy S7.

Qualcomm "has been able to manage through (the Apple contract loss) pretty well because they got back Samsung at the same time," Rasgon said.

Apple is known for seeking multiple suppliers to keep prices down, said Jim Morrison, vice president of technical intelligence for TechInsights, which tears down devices to analyze their parts. (Reporting by Diane Bartz in Washington and Stephen Nellis in San Francisco; Editing by Matthew Lewis and Cynthia Osterman)

**RF** Released: 2017-1-21T02:10:11.000Z

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | sansel : Samsung Electronics Co Ltd

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | ielec : Consumer Electronics | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c41 : Management | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170120ed1k017it

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **BRIEF-Qualcomm terms Apple's claims on lawsuit "baseless"** |
| **WC** | 49 words |
| **PD** | 20 January 2017 |
| **ET** | 20:12 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |
| **LP** | Jan 20 (Reuters) - Qualcomm Inc<br>* Qualcomm comments on Apple complaint |
| **TD** | * Says are still in process of reviewing complaint in detail<br>* Says that Apple's claims are baseless Source text for Eikon: Further company coverage: |
| **RF** | Released: 2017-1-21T02:12:52.000Z |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c12 : Corporate Crime/Legal Action \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170121ed1l0018i |



PX333

DOW JONES NEWSWIRES

**HD** **Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk**

**WC** 172 words

**PD** 20 January 2017

**ET** 21:22

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

2121 ET [Dow Jones] With Apple Inc.'s lawsuit against Qualcomm Inc. filed on Friday, the iPhone maker piled on behind the South Korean Fair Trade Commission and the U.S. Federal Trade Commission in accusing the chip maker of anti-competitive business practices. Apple accused Qualcomm of allegedly withholding rebates on chip royalty payments that it said it was due in return for agreeing to use Qualcomm's modem chips exclusively in its phones between 2011 and 2016. Only days earlier, the FTC had sued Qualcomm for allegedly paying Apple rebates for the same commitment of exclusivity, thus blocking competitors and licensing essential smartphone patents in a discriminatory fashion. Stacy Rasgon, an analyst with Sanford L. Bernstein noted the irony: "Apple," he said, "seems to be suing Qualcomm for stopping something that the FTC is suing them for doing." (ted.greenwald@wsj.com)

(MORE TO FOLLOW) Dow Jones Newswires

**TD**

January 20, 2017 21:22 ET (02:22 GMT)

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0003x



PX333

Page 7578

FT FINANCIAL TIMES

**HD** **Apple sues Qualcomm for $1bn for abusing its monopoly position**

**BY** Hannah Kuchler in San Francisco

**WC** 551 words

**PD** 20 January 2017

**ET** 20:57

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Apple has filed a $1bn lawsuit against Qualcomm accusing the chipmaker of abusing a monopoly position, after the US and South Korean regulators argued it exploited its market dominance at the expense of handset makers.

Shares in Qualcomm fell 2.4 per cent to $62.88 just before the markets closed on Friday when the lawsuit was published. This is the first direct challenge by one of Qualcomm's major customers but it follows a lawsuit by the US Federal Trade Commission on Tuesday, and an $890m fine from the South Korean antitrust authorities late last year.

**TD**

Apple is demanding a payment of $1bn it believes is due as a rebate for licensing fees, which it claims the chipmaker is holding back as punishment for Apple "responding truthfully" to the South Korean investigation. Qualcomm, it claims, charges Apple at least five times more than what it pays all its other cellular patent licensers combined.

"Qualcomm built its business on older, legacy, standards but reinforces its dominance through exclusionary tactics and excessive royalties," Apple said in a statement.

"We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Qualcomm said that Apple had "intentionally mischaracterised" the agreements and negotiations between the two companies.

The smartphone patent wars are heating up, as questions left unanswered in the last round of litigation between Apple, Samsung, Google and Motorola emerge again.

Last month, Apple and Nokia launched legal challenges against each other on both sides of the Atlantic, with Apple accusing two companies associated with the Finnish group of trying to extract and extort exorbitant revenue, and Nokia claiming Apple had infringed 32 of its patents in products that include the iPhone and iPad.

In the complaint in the Qualcomm case, Apple asks the court to look at a representative sample of Qualcomm's patents to see if they are valid and to examine if the royalties are too high. Every time Apple adds a new feature, such as touch ID to access Apple Pay, or increasing the memory on an iPhone, Qualcomm collects a larger royalty, the complaint claims.

"Apple products are among the most innovative in the world, yet because of its monopoly power, its suppression of the disclosure of information to government agencies investigating Qualcomm, and an

abusive licensing model, Qualcomm believes it is entitled to collect its 'tribute' on every such improvement," it writes.

Apple also accuses Qualcomm of coercing customers into remaining quiet in an effort to keep courts and regulators in the dark.

"Qualcomm pursues its illegal practices through a secret web of agreements designed to obfuscate its conduct," it added.

Dan Rosenberg, Qualcomm's executive vice-president and general counsel, said Qualcomm was still reviewing the complaint but it was clear the claims were "baseless".

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world," he said. "We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits."

**CO** ftrade : Federal Trade Commission | applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170120ed1k00bq9

 © 2023 Factiva, Inc. All rights reserved.

The Washington Post

**SE** A-Section

**HD** **Digest**

**WC** 674 words

**PD** 21 January 2017

**SN** The Washington Post

**SC** WP

**ED** FINAL

**PG** A07

**LA** English

**CY** Copyright 2017, The Washington Post Co. All Rights Reserved

**LP**

TECHNOLOGY

Apple seeks $1 billion from Qualcomm

**TD**

Apple filed a lawsuit Friday accusing Qualcomm of monopolizing the market for computer chips for wireless devices and of withholding $1 billion in retaliation for Apple's cooperation with antitrust authorities in South Korea.

Qualcomm has been under fire from regulators around the world for its patent licensing practices. Apple's lawsuit is the first direct challenge by one of Qualcomm's biggest customers.

In December, South Korea fined the company $890 million and described its practices as monopolistic. Qualcomm has said it will appeal the decision.

Under an agreement with Qualcomm, Apple said, it was forced to refrain from taking any steps to challenge Qualcomm's business model.

When Apple complied with demands from Korean regulators, Qualcomm said that was a violation of the agreement.

In retaliation, Qualcomm withheld money that it was to pay Apple in royalty rebates, the iPhone maker said.

Apple is demanding that the chipmaker hand over the money.

The suit also challenges the validity of some Qualcomm patents for wireless technologies. Apple is asking the court to rule that, if the patents are upheld, the royalty amount is significantly lower than what Qualcomm charges now.

- Bloomberg News

AUTO INDUSTRY

New Mexico suing Takata, automakers

New Mexico Attorney General Hector Balderas filed a lawsuit Friday against Japanese manufacturer Takata and a list of automakers over the sale of cars with dangerous air bag inflaters.

The attorney general's office argues that the manufacturers had a duty to ensure that their products were safe. Concealment of defects in the air bags amounted to unfair, deceptive and unconscionable trade practices under New Mexico law, the suit says.

Takata already has agreed to pay $1 billion in fines and restitution in a plea deal with the federal Justice Department over a years-long scheme to conceal the deadly defect in its inflaters. It also faces other litigation.

New Mexico's case also targets numerous automakers that used the faulty bags in their vehicles.

The state is seeking civil penalties for each defective air bag that entered the New Mexico market and penalties for each day the manufacturers misrepresented the safety of their products. State prosecutors also are seeking a jury trial.

Takata air bag inflaters can explode with too much force, spewing shrapnel at passengers. At least 27 people have died because of the defect.

- Associated Press

Also in Business

l Puerto Rican Gov. Ricardo Rossello is criticizing orders from a federal control board in the first clash over how best to tackle the island's deep economic crisis. Rossello said Friday that the board's demands are unacceptable and differ greatly from his vision to promote economic growth. On Wednesday, the control board ordered the administration to present a plan that would generate $4.5 billion a year in revenue or savings through 2019. Officials said Puerto Rico should reform its tax system, reduce health-care and higher education spending, and cut the size of its government.

l AT&T signed up new pay-TV customers for the first time in seven quarters, thanks to its new live online video service. DirecTV Now, which targets consumers who don't subscribe to traditional TV, helped woo at least 200,000 video subscribers in the fourth quarter and offset a loss of satellite-TV customers, according to a filing Friday of preliminary results. The gain reflects a promotional offer of $35 a month for 100-plus channels. AT&T introduced DirecTV Now in November and now charges $60 a month for a similar number of channels.

l The ride-hailing company Uber has hired the man behind Google search to help grow its self-driving car program. Amit Singhal announced on his blog Friday that he will join Uber after 15 years at Alphabet, where he led Google's search division. He will be senior vice president of engineering. Singhal called Uber "a geek's candy store" and said he was excited by the engineering challenges it is tackling.

- From news services

**CT**

**RF** WP20170121digest0121

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | nnam : News Agency Materials | nsum : News Digests | ncdig : Corporate Digests | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usa : United States | namz : North America

**IPD** National-Economy

**PUB** Washington Post

**AN** Document WP00000020170121ed1l0002z

 © 2023 Factiva, Inc. All rights reserved.

NATIONAL POST

**SE** Financial Post

**HD** **Apple sues Qualcomm over patent royalties, antitrust case**

**BY** Susan Decker

**CR** Bloomberg News

**WC** 142 words

**PD** 21 January 2017

**SN** National Post

**SC** FINP

**ED** All_but_Toronto

**PG** FP2

**LA** English

**CY** © 2017 National Post . All Rights Reserved.

**LP**

Apple Inc. filed a lawsuit accusing Qualcomm Inc. of monopolizing the market for chips for wireless devices, and of withholding US$1 billion in retaliation for co-operating with antitrust authorities in South Korea.

Qualcomm has been under fire for its patent licensing practices. The lawsuit filed Friday is the first direct challenge by one of its biggest customers.

**TD**

Apple is demanding Qualcomm hand over money that was supposed to be a rebate for licensing fees. Qualcomm is holding back the money as punishment for Apple cooperating with Korean antitrust regulators, according to the complaint.

The complaint also challenges the validity of some key Qualcomm patents. Apple asks the court to rule that, if the patents are upheld, the royalty amount is significantly lower than what Qualcomm charges now.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | nnam : News Agency Materials | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** cana : Canada | namz : North America

**IPD** News

**PUB** National Post

**AN** Document FINP000020170121ed1l0001d

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Chips -- WSJ**

**WC** 846 words

**PD** 21 January 2017

**ET** 02:32

**SN** Dow Jones Institutional News

**SC** DJDN

**PG** B3

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

iPhone maker says component supplier unfairly leveraged its monopoly position

By Tripp Mickle

**TD**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has

 © 2023 Factiva, Inc. All rights reserved.

never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 21, 2017 02:32 ET (07:32 GMT)

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| ismart : Smartphones \| i3302 : Computers/Consumer Electronics \| i3441 : Telecommunications Technology/Equipment \| i34411 : Mobile Communications Equipment \| i3454 : Personal Electronics \| icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usca : California \| usw : Western U.S. \| namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170121ed1l0002c |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Chips -- WSJ**

**WC** 846 words

**PD** 21 January 2017

**ET** 02:47

**SN** Dow Jones Institutional News

**SC** DJDN

**PG** B3

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

iPhone maker says component supplier unfairly leveraged its monopoly position

By Tripp Mickle

**TD**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has

never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 21, 2017 02:47 ET (07:47 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00083

 © 2023 Factiva, Inc. All rights reserved.

The New York Times

| | |
|---|---|
| **SE** | Business/Financial Desk; SECTB |
| **HD** | **Apple Adds to Qualcomm's Troubles, Filing a Lawsuit Over Rebates** |
| **BY** | By QUENTIN HARDY |
| **WC** | 1,208 words |
| **PD** | 21 January 2017 |
| **SN** | The New York Times |
| **SC** | NYTF |
| **ED** | Late Edition - Final |
| **PG** | 1 |
| **LA** | English |
| **CY** | Copyright 2017 The New York Times Company. All Rights Reserved. |

**LP**

SAN FRANCISCO -- By mastering some tough computer chip technology and then pulling off an audacious business strategy based on selling its smartphone knowledge, Qualcomm has made billions of dollars and seized influence in the tech industry.

Some days that is a real drag.

**TD**

On Friday, Apple, its longtime partner, sued Qualcomm over what it said was $1 billion in withheld rebates. In the lawsuit, filed in Federal District Court for the Southern District of California, in San Diego, Apple said the money had been promised in conjunction with an agreement not to buy chips from other suppliers or to divulge Qualcomm's intellectual property licensing practices. The suit seeks the rebates, among other things.

Apple sued three days after the Federal Trade Commission accused Qualcomm of using anticompetitive practices to guarantee its high royalty payments for advanced wireless technology. The commission cited Qualcomm's deals with Taiwanese companies that manufacture Apple iPhones over semiconductors it sells for the iPhone.

In its complaint, the commission described Qualcomm as "the world's dominant supplier" of semiconductors that manage smartphone communications. The commission said Qualcomm had obtained "elevated royalties" for its patented intellectual property on wireless communications. Other smartphone chip makers have to pay Qualcomm for that intellectual property, too.

The commission and Apple complaints follow several other problems, including a $975 million fine by Chinese regulators in 2015 and activist shareholder complaints later that year that forced layoffs at Qualcomm. Last month, Qualcomm was fined $850 million in South Korea for unfair patent licensing.

When Apple provided information to South Korean regulators in that case, and sought competing chips from Intel, Qualcomm refused to pay Apple its promised money, Apple said.

Qualcomm has vowed to fight the South Korean charge and the F.T.C. suit. "Apple has intentionally mischaracterized our agreements and negotiations," Qualcomm said in a statement, adding that it would fight that lawsuit, too.

Few expect Qualcomm to back down. It was shaped by its founders to be brainy, combative and profitable.

"They are seasoned, and equipped to fight," said Mark Hung, an analyst at Gartner. "But when such a big company is so reliant on the way it sells its intellectual property, and under the microscope in various geographies, it's tough."

Qualcomm, which is based in San Diego, far from Silicon Valley, was founded in 1985 by seven people, including Irwin Jacobs and Andrew Viterbi. The two were well-regarded electrical engineering professors who had formed a military satellite communications company.

Qualcomm's engineers work at a 41-building campus between a park and the University of California, San Diego. They have earned thousands of patents, including for the airplane mode on smartphones and the way apps are downloaded from stores.

Companies like Samsung and Apple need Qualcomm for the technology that enables things like high-speed wireless video for millions of people at once.

Its major technology is spread spectrum, which harnesses lots of computation and clever radio engineering for use in the various functions of smartphones.

Qualcomm's radio technology is called CDMA, for code division multiple access, a way voice calls work more efficiently over cellphone networks. And the company's influence grew over the last several years with the advent of third-generation, or 3G, phones as people started downloading lots of mobile data as well as making calls.

At the time, many thought Qualcomm's success would be limited to that transition. Instead, Qualcomm innovated in 4G wireless for the new smartphones from Samsung and Apple that toppled Nokia and Motorola. In its last fiscal year, Qualcomm had revenue of $23.6 billion and a profit of $5.7 billion.

Qualcomm's ventures in phones and network gear helped promote CDMA but did not make much money because older companies did not need CDMA until the success of wireless began to tax the capacity of their networks. Qualcomm turned to Asian companies that wanted to get into wireless.

"You'd never have seen the Koreans or the Chinese in wireless if not for Qualcomm and CDMA," said Clint McClellan, a 17-year employee of Qualcomm who now runs a wireless health business. "We enabled those markets."

South Korea, in particular, made CDMA an industrial policy, which carried Qualcomm for years. More recently, China accounted for half of Qualcomm's revenue. Apple's Taiwanese manufacturers, which pay Qualcomm royalties for iPhones, are another big profit center.

Qualcomm would not say what it charges for its intellectual property, but analysts figure the fee usually amounts to 5 percent of the selling price of a phone -- at least it did, until the 2015 Chinese fine, which included an agreement that Chinese manufacturers pay only about half the old Qualcomm royalty.

That, and problems collecting Chinese royalties even before the agreement, hurt Qualcomm's share price. In 2015, Jana Partners, an activist hedge fund, stepped in and pressed for a breakup of the company into separate intellectual property and chip businesses.

That did not happen, but Qualcomm cut about 15 percent of its staff, cut executive pay and gave Jana three board seats. The stock has recovered to about where it was just before the fine, but not to the heights it reached before the problems.

By helping to create today's smartphone giants, Qualcomm may have engineered its current woes. Qualcomm executives say they see a connection between the China discounts, which Qualcomm had hoped would be limited to that country, and the latest regulatory attacks.

"We believe Samsung had a major role to play in the Korean decision," said Don Rosenberg, a lawyer for Qualcomm. The regulators, he said, "were prodded and misled by commercial interests."

In an email, Hea-Ryoung Jee, a spokeswoman for Samsung, said it "was one of many multinational corporations" that responded to questions from South Korean regulators.

Qualcomm's lawyer figures the Korean case may take years to move through the courts. And recent events, including the impeachment of South Korea's president and a bribery scandal at Samsung, could complicate, or eliminate, Qualcomm's regulatory issues there.

 © 2023 Factiva, Inc. All rights reserved.

Additionally, the F.T.C. has just three of its normal five commissioners. One of those, Maureen Ohlhausen, a Republican, voted against the suit. She may be named chairwoman when the current chairwoman, Edith Ramirez, a Democrat, steps down on Feb. 10.

Neither the F.T.C. nor Apple would comment on the United States case against Qualcomm.

"It's disappointing when our partners want to pay less after we've contributed to their success," said Derek Aberle, Qualcomm's president.

Now it must get out ahead of other technology inventors in 5G, possibly while paying billions in fines and dealing with a painful restructuring and fraying relationships with its biggest customers.

"We're not sitting still" while the problems are sorted, Mr. Aberle said. "You have to invest, and invent cool stuff that will change the way people live their lives."

In other words, create unique technology so people will keep paying for Qualcomm's expensive intellectual property.

**ART** A Las Vegas show this month. In December, Qualcomm was fined $850 million in South Korea. (PHOTOGRAPH BY GEORGE ROSE/GETTY IMAGES) (B4)

**CO** ftrade : Federal Trade Commission | applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | skorea : South Korea | usca : California | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | usw : Western U.S.

**IPD** Business/Financial Desk

**PUB** The New York Times Company

**AN** Document NYTF000020170121ed1l0005a

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **DJ QUALCOMM Incorporated, Inst Holders, 4Q 2016 (QCOM)**

**WC** 759 words

**PD** 21 January 2017

**ET** 03:03

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

The following table shows the largest shareholders in QUALCOMM INC COM (QCOM) for the quarter ended December 31, 2016, listed by holding size. The list represents up to 50 of the largest holders in the company.

Note: Unless otherwise mentioned the reporting date is 12/31/2016

**TD**

| Institution | Shares Held | Shares Changed | % Held | Last Report |
|---|---|---|---|---|
| The Vanguard Group Inc. | 97,198,871 | 2,819,248 | 6.581 | 09/30 |
| SSgA Funds Management Inc. | 66,472,162 | 8,136,506 | 4.501 | 09/30 |
| BlackRock Fund Advisors | 61,177,676 | 3,816,224 | 4.142 | 09/30 |
| Fidelity Management & Research | 60,662,768 | 8,300,448 | 4.107 | 09/30 |
| Barrow Hanley Mewhinney & St | 21,024,535 | (573,470) | 1.424 | 09/30 |
| Northern Trust Investments In | 20,283,988 | 513,204 | 1.373 | 09/30 |
| T. Rowe Price Associates Inc. | 18,415,572 | 1,647,152 | 1.247 | 09/30 |
| Jennison Associates LLC | 17,576,366 | 10,234,556 | 1.190 | 09/30 |
| Columbia Management Investment | 17,097,778 | 985,902 | 1.158 | 09/30 |
| PRIMECAP Management Co. | 16,980,554 | (339,570) | 1.150 | 09/30 |
| Orbis Investment Management Lt | 16,207,559 | (1,738,213) | 1.097 | 09/30 |
| Capital Research & Management | 15,964,849 | 1,498,389 | 1.081 | 09/30 |
| Loomis Sayles & Co. LP | 15,927,250 | 487,780 | 1.078 | 09/30 |
| Jackson Square Partners LLC | 14,995,509 | (2,203,552) | 1.015 | 09/30 |
| Geode Capital Management LLC | 14,634,512 | 858,063 | 0.991 | 09/30 |
| Invesco PowerShares Capital Ma | 13,617,925 | 1,712,141 | 0.922 | 09/30 |
| The Caisse de depot et placeme | 12,269,100 | (65,900) | 0.831 | 09/30 |
| Mellon Capital Management Corp | 11,724,309 | 485,403 | 0.794 | 09/30 |
| BlackRock Advisors LLC | 11,688,812 | (2,131,452) | 0.791 | 09/30 |
| Capital Research & Management | 11,400,000 | 4,150,000 | 0.772 | 09/30 |
| Managed Account Advisors LLC | 10,660,558 | (364,875) | 0.722 | 09/30 |
| Wells Fargo Advisors LLC | 10,494,301 | 65,365 | 0.711 | 09/30 |
| Invesco Advisers Inc. | 10,430,056 | (157,161) | 0.706 | 09/30 |
| Brown Brothers Harriman & Co. | 10,198,713 | (1,257,978) | 0.691 | 09/30 |
| BlackRock Investment Managemen | 10,067,130 | (1,220,919) | 0.682 | 09/30 |
| Fisher Asset Management LLC | 9,688,348 | (2,893) | 0.656 | 12/31 |
| Wellington Management Co. LLP | 9,457,772 | 4,223,400 | 0.640 | 09/30 |
| Magellan Asset Management Ltd. | 9,453,133 | 206,974 | 0.640 | 09/30 |

| | | | | |
|---|---|---|---|---|
| Dimensional Fund Advisors LP | 8,944,700 | 1,188,903 | 0.606 | 09/30 |
| Merrill Lynch Pierce Fenner | 8,770,013 | (1,140,151) | 0.594 | 09/30 |
| JPMorgan Investment Management | 8,512,706 | 1,505,056 | 0.576 | 09/30 |
| Artisan Partners LP | 8,439,482 | (62,435) | 0.571 | 09/30 |
| Grantham Mayo Van Otterloo & | 8,287,646 | (855,014) | 0.561 | 09/30 |
| BlackRock Investment Managemen | 7,820,824 | (527,273) | 0.530 | 09/30 |
| Morgan Stanley Smith Barney LL | 7,717,149 | 271,297 | 0.523 | 09/30 |
| LSV Asset Management | 7,702,168 | 711,245 | 0.522 | 09/30 |
| Legal & General Investment Man | 7,118,938 | 31,859 | 0.482 | 09/30 |
| Deutsche Asset Management Inve | 7,082,642 | 617,364 | 0.480 | 09/30 |
| The Bank of New York Mellon Co | 6,917,797 | 1,258,886 | 0.468 | 09/30 |
| Charles Schwab Investment Mana | 6,518,242 | 398,983 | 0.441 | 09/30 |
| Harris Associates LP | 6,183,306 | 15,251 | 0.419 | 09/30 |
| TIAA-CREF Investment Managemen | 5,717,069 | 533,158 | 0.387 | 09/30 |
| Parametric Portfolio Associate | 5,665,552 | (85,815) | 0.384 | 09/30 |
| BlackRock Advisors (UK) Ltd. | 5,522,153 | (66,355) | 0.374 | 09/30 |
| Goldman Sachs Asset Management | 5,513,268 | (386,084) | 0.373 | 09/30 |
| Lord Abbett & Co. LLC | 5,333,996 | 327,493 | 0.361 | 09/30 |
| Manulife Asset Management (US) | 5,131,905 | (1,273,986) | 0.347 | 09/30 |
| Franklin Advisers Inc. | 4,896,817 | (983,590) | 0.332 | 09/30 |
| Credit Suisse Securities (USA) | 4,831,438 | 276,588 | 0.327 | 09/30 |
| Quantitative Management Associ | 4,741,644 | 679,904 | 0.321 | 09/30 |

13F data provided by: Factset Research Systems Inc.;
Please send questions to ownership@factset.com.
Copyright, Factset Research Systems, 2017. All Rights Reserved.

(END) Dow Jones Newswires

January 21, 2017 03:03 ET (08:03 GMT)

**CO** vngd : The Vanguard Group Inc | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i831 : Financial Investments | ifinal : Financial Services | iinv : Investing/Securities

**NS** c181 : Acquisitions/Mergers/Divestments | ceqpm : Equity Portfolios of $100 Million (13F) | cgvfil : Government Filings | neqac : Equities Asset Class News | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0008m

Los Angeles Times

**SE** Business; Business Desk

**HD** **BUSINESS BEAT; Apple lawsuit seeks $1 billion from Qualcomm**

**CR** Associated Press

**WC** 298 words

**PD** 21 January 2017

**SN** Los Angeles Times

**SC** LATM

**ED** Home Edition

**PG** C-2

**LA** English

**CY** Copyright 2017 The Los Angeles Times

**LP**

Apple Inc. is suing mobile chip maker Qualcomm Inc. for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The complaint filed Friday in a San Diego federal court depicts Qualcomm as a monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

**TD**

Apple says it has been cooperating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

Qualcomm didn't immediately respond to requests for comment. The San Diego company has said that its 3G and 4G cellular patents are essential to what makes smartphones truly mobile, with the ability to link to the Internet from almost anywhere. The royalties it has been charging for these key technologies for more than two decades are not unreasonable, the company contends.

Cupertino, Calif.-based Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging that Qualcomm has been imposing unfair licensing terms on manufacturers.

The FTC alleged that Qualcomm used its dominant market share in wireless chips to get excessive royalties on key, standard essential patents, which are supposed to be made available at reasonable rates under law.

The agency also accused Qualcomm of giving Apple rebates in exchange for being the exclusive supplier of cellular modems in iPhones from 2011 through 2015 -- hurting competitors. And the FTC lawsuit came a month after a South Korean regulator, the Korea Fair Trade Commission, fined Qualcomm $865 million over patent royalties.

--

San Diego Union-Tribune staff writer Mike Freeman contributed to this report.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

| | |
|---|---|
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| nnam : News Agency Materials \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Wire |
| **PUB** | Tribune Publishing Company |
| **AN** | Document LATM000020170121ed1l0001e |

 © 2023 Factiva, Inc. All rights reserved.

Cyprus Mail
Internet Edition

**HD** **Factory Mutual Insurance Co. Sells 80,000 Shares of Qualcomm Inc.**

**WC** 892 words

**PD** 21 January 2017

**SN** Cyprus Mail

**SC** CYMAIL

**LA** English

**CY** © 2017, Cyprus Mail, All rights Reserved - Provided by SyndiGate Media Inc.

**LP**

Factory Mutual Insurance Co. reduced its stake in Qualcomm Inc. (NASDAQ:QCOM) by 6.0% during the third quarter, according to its most recent Form 13F filing with the Securities and Exchange Commission. The firm owned 1,263,700 shares of the wireless technology companys stock after selling 80,000 shares during the period. Factory Mutual Insurance Co. owned 0.09% of Qualcomm worth $86,563,000 at the end of the most recent reporting period.

**TD**

Several other institutional investors have also bought and sold shares of QCOM. Capital Research Global Investors acquired a new position in Qualcomm during the second quarter valued at $774,968,000. Capital World Investors acquired a new position in Qualcomm during the second quarter valued at $388,383,000. FMR LLC increased its position in Qualcomm by 9.2% in the second quarter. FMR LLC now owns 56,983,582 shares of the wireless technology companys stock valued at $3,052,610,000 after buying an additional 4,823,120 shares during the last quarter. Franklin Resources Inc. increased its position in Qualcomm by 23.4% in the second quarter. Franklin Resources Inc. now owns 9,300,593 shares of the wireless technology companys stock valued at $498,233,000 after buying an additional 1,761,425 shares during the last quarter. Finally, Bank of Montreal Can acquired a new position in Qualcomm during the second quarter valued at $87,048,000. Hedge funds and other institutional investors own 78.41% of the companys stock.

Shares of Qualcomm Inc. (NASDAQ:QCOM) opened at 64.44 on Friday. The firms 50-day moving average is $66.49 and its 200-day moving average is $64.19. The company has a market cap of $95.17 billion, a PE ratio of 16.91 and a beta of 1.35. Qualcomm Inc. has a 1-year low of $42.24 and a 1-year high of $71.62.

Qualcomm (NASDAQ:QCOM) last posted its earnings results on Wednesday, November 2nd. The wireless technology company reported $1.28 earnings per share (EPS) for the quarter, beating the consensus estimate of $1.13 by $0.15. Qualcomm had a return on equity of 19.31% and a net margin of 24.22%. The company had revenue of $9.17 billion for the quarter, compared to analyst estimates of $5.84 billion. During the same quarter in the previous year, the firm earned $0.91 earnings per share. The firms quarterly revenue was up 68.2% compared to the same quarter last year. On average, equities analysts forecast that Qualcomm Inc. will post $4.76 earnings per share for the current fiscal year.

The firm also recently declared a quarterly dividend, which will be paid on Wednesday, March 22nd. Stockholders of record on Wednesday, March 1st will be paid a dividend of $0.53 per share. The ex-dividend date is Monday, February 27th. This represents a $2.12 dividend on an annualized basis and a dividend yield of 3.29%. Qualcomms payout ratio is 55.64%.

QCOM has been the subject of several recent analyst reports. Mizuho raised shares of Qualcomm from a neutral rating to a buy rating and set a $75.00 price objective for the company in a research note on Thursday, September 29th. Cowen and Company reaffirmed an outperform rating and set a $74.00 price objective on shares of Qualcomm in a research note on Monday, October 10th. Susquehanna initiated coverage on shares of Qualcomm in a research note on Tuesday, December 20th. They set a positive rating and a $80.00 price objective for the company. Nomura raised shares of Qualcomm from a neutral rating to a buy rating and boosted their price objective for the company from $55.00 to $80.00 in a research note on Monday, October 31st. Finally, Vetr cut shares of Qualcomm from a buy rating to a hold rating and set a

$71.00 price objective for the company. in a research note on Monday, October 3rd. Eighteen investment analysts have rated the stock with a hold rating, nineteen have given a buy rating and one has issued a strong buy rating to the stock. The stock has an average rating of Buy and an average price target of $67.92.

In other news, EVP Alexander H. Rogers sold 8,993 shares of the businesss stock in a transaction dated Thursday, December 29th. The stock was sold at an average price of $65.50, for a total transaction of $589,041.50. Following the sale, the executive vice president now owns 655 shares in the company, valued at $42,902.50. The sale was disclosed in a legal filing with the Securities & Exchange Commission, which is available through this hyperlink. Also, Director Stiles Barbara Alexander sold 22,000 shares of the businesss stock in a transaction dated Tuesday, November 8th. The stock was sold at an average price of $68.52, for a total value of $1,507,440.00. Following the sale, the director now owns 2,440 shares in the company, valued at approximately $167,188.80. The disclosure for this sale can be found here. Insiders have sold 99,758 shares of company stock worth $6,704,656 in the last 90 days. Insiders own 0.24% of the companys stock.

**CO** fmi : Factory Mutual Insurance Co | fmrc : FMR LLC | qcom : Qualcomm Incorporated

**IN** i79022 : Wireless Telecommunications Services | i7902 : Telecommunication Services | i34531 : Semiconductors | i82 : Insurance | i82003 : Non-life Insurance | i831 : Financial Investments | ifinal : Financial Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | iinv : Investing/Securities | itech : Technology

**NS** c181 : Acquisitions/Mergers/Divestments | c151 : Earnings | ceqpm : Equity Portfolios of $100 Million (13F) | c182 : Physical Asset Transactions | c15 : Financial Performance | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | cgvfil : Government Filings | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**IPD** Financial Services

**PUB** Cyprus Mail Ltd

**AN** Document CYMAIL0020170121ed1l0008f

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

**HD** **Apple depicts Qualcomm as a shady monopolist in $1B lawsuit**

**CR** AP

**WC** 335 words

**PD** 20 January 2017

**ET** 20:59

**SN** The Canadian Press

**SC** CPR

**LA** English

**CY** (c) 2017 The Canadian Press. All rights reserved.

**LP**

SAN FRANCISCO _ Apple is suing mobile chip maker Qualcomm for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The 100-page complaint filed Friday in a San Diego federal court depicts Qualcomm as a greedy monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

**TD**

For instance, Qualcomm demanded royalties on Apple's fingerprint identification system built into recent models of the iPhone and also for larger storage capacities on the devices, according to the lawsuit.

Qualcomm denied the allegations.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, Qualcomm's general counsel.

Apple says it has been co-operating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

"Qualcomm's recent effort to cover its tracks _ by punishing Apple for providing truthful testimony at the request of government regulators _ underscores the lengths to which Qualcomm will go to protect its extortion scheme," the lawsuit alleges.

Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging Qualcomm has been imposing unfair licensing terms on manufacturers.

Besides co-operating with the FTC's investigation, Apple says it has been providing information about its dealings with Qualcomm to regulators in Europe, South Korea and Taiwan.

South Korea regulators last month imposed an $853 million fine on Qualcomm for violating its antitrust laws, a decision that Qualcomm is fighting.

Shares in San Diego-based Qualcomm Inc. fell $1.56, or 2.4 per cent, to close Friday at $62.88. Those of Apple Inc., which is based in Cupertino, California, ended up 22 cents at $120.

**RF** 20170120CPCPB9690

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics |

| | |
|---|---|
| | icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| nnam : News Agency Materials \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usca : California \| namz : North America \| usa : United States \| usw : Western U.S. |
| **IPD** | B |
| **PUB** | The Canadian Press |
| **AN** | Document CPR0000020170121ed1l0008b |

 © 2023 Factiva, Inc. All rights reserved.

U-T San Diego

**SE** News

**HD** **in other news**

**WC** 74 words

**PD** 21 January 2017

**SN** San Diego Union-Tribune

**SC** SDU

**ED** Final ME

**PG** 1

**LA** English

**CY** Copyright 2017, San Diego Union-Tribune. Distributed by NewsBank, Inc.

**LP**

Apple suing Qualcomm

Apple is suing Qualcomm for roughly $1 billion, saying Qualcomm has been "charging royalties for technologies they have nothing to do with."

**TD**

The complaint was filed on Friday. Story, C1

Storm pounds county

Winds gusting upward of 50 mph whipped the region Friday, knocking out power to 36,000 customers, shutting theme parks and forcing motorists to keep a tight grip on their steering wheels. Story, B1

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npag : Page-One Stories | ncat : Content Types

**RE** usca : California | namz : North America | usa : United States | usw : Western U.S.

**PUB** Union-Tribune Publishing Company

**AN** Document SDU0000020170121ed1l0000i

U-T San Diego

**SE** Business

**HD** **Apple challenges Qualcomm; with $1b suit over royalties; Legal battle in S.D. follows FTC's action over alleged unfair patent licensing**

**BY** Mike Freeman

**WC** 574 words

**PD** 21 January 2017

**SN** San Diego Union-Tribune

**SC** SDU

**ED** Final ME

**PG** 1

**LA** English

**CY** Copyright 2017, San Diego Union-Tribune. Distributed by NewsBank, Inc.

**LP**

Apple is suing Qualcomm for roughly $1 billion, saying Qualcomm has been "charging royalties for technologies they have nothing to do with."

The suit follows the U.S. Federal Trade Commission's lawsuit against Qualcomm this week over alleged unfair patent-licensing practices.

**TD**

The complaint, filed in U.S. District Court in San Diego on Friday, alleges that Qualcomm has withheld $1 billion in rebate payments owed to Apple under an agreement between the two companies because Apple cooperated with an anti-trust investigation by the Korea Fair Trade Commission (KFTC).

Qualcomm is a major supplier to Apple and Samsung for "modem" chips that help phones connect to wireless networks.

The South Korean anti-trust regulator in December fined Qualcomm a record $865 million for anti-competitive patent-licensing practices.

"Qualcomm has withheld the required contractual payments from Apple even though the agreement clearly permits Apple to respond to the KFTC's lawful investigation and requests for information," according to the lawsuit. "If that were not enough, Qualcomm then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments to Apple. Apple refused."

In an email response, Qualcomm General Counsel Don Rosenberg called Apple's allegations "baseless."

Efforts to reach Qualcomm have been unsuccessful. The company has said in the past that its 3G and 4G cellular patents are essential to what makes smartphones truly mobile with the ability to link to the Internet from almost anywhere. The royalties it has been charging for these key technologies for more than two decades are not unreasonable, the company contends.

The San Diego wireless giant also vigorously denies claims made by the FTC and the Korea Fair Trade Commission, saying they are based on a flawed legal theory and inaccurate information about the mobile industry.

Apple issued the following statement regarding the lawsuit:

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with. The more Apple innovates with unique features such as TouchID, advanced displays, and cameras, to name just a few, the more money Qualcomm collects for no reason and the more expensive it becomes for

Apple to fund these innovations. Qualcomm built its business on older, legacy standards but reinforces its dominance through exclusionary tactics and excessive royalties. Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1B in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them.

"Apple believes deeply in innovation and we have always been willing to pay fair and reasonable rates for patents we use. We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

mike.freeman@sduniontribune.

com (760) 529-4973

Twitter: @TechDiego

**ART** Qualcomm last month was fined a record $865 million by South Korea over its patent practices. Gregory Bull AP

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Union-Tribune Publishing Company

**AN** Document SDU0000020170121ed1l0000k

 © 2023 Factiva, Inc. All rights reserved.

**SE** Business

**HD** **Qualcomm Issues Statement On Apple Complaint**

**WC** 163 words

**PD** 21 January 2017

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2017 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - Qualcomm Incorporated (QCOM) said the claims made by Apple in its lawsuit against the company are baseless. On Friday, Apple filed a $1 billion lawsuit against Qualcomm in U.S. alleging non-payment of promised rebates.

"Apple has intentionally mischaracterized our agreements and negotiations, as well as the enormity and value of the technology we have invented, contributed and shared with all mobile device makers through our licensing program. Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world by misrepresenting facts and withholding information," said Don Rosenberg, general counsel, Qualcomm.

**TD**

On January 17, The Federal Trade Commission filed a complaint in federal district court charging Qualcomm with using anticompetitive tactics to maintain its monopoly in the supply of a key semiconductor device used in cell phones and other consumer products.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2017 RTTNews.com. All Rights Reserved

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated | applc : Apple Inc.

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020170121ed1l0005l

Deutsche Welle

**HD** **Apple suing Qualcomm for $1 billion over unfair royalties**

**WC** 400 words

**PD** 20 January 2017

**ET** 23:47

**SN** Deutsche Welle

**SC** DEUEN

**LA** English

**CY** (c) 2017. Deutsche Welle.

**LP**

Apple is suing mobile chip maker Qualcomm over claims it abused market power to demand unfair royalties. Apple uses Qualcomm products in its mobile devices to work with telecommunication networks.

Technology giant Apple sued mobile chip producer Qualcomm in San Diego federal court Friday for $1 billion (934 million euros) for charging unfair royalties on innovations on the iPhone, Apple's popular mobile phone.

**TD**

In an email to French press agency AFP, Apple charged that "to protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

In the 100-page complaint, Apple stated Qualcomm demanded royalties on Apple's fingerprint identification system on recent versions of the iPhone, as well as larger storage capabilities on the mobile phones, according to the lawsuit.

Qualcomm rejected Apple's claims. "Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world…by misrepresenting facts and withholding information," said Qualcomm executive vice president Don Rosenberg in a statement.

Apple uses Qualcomm products in its iPhones and iPad tablets to work with telecommunication networks.

Qualcomm in trouble

The Apple suit comes three days following the Federal Trade Commission (FTC) filed a lawsuit stating Qualcomm imposed unfair licensing terms on manufacturers. Apple also noted Qualcomm's license terms in its suit. Qualcomm called the FTC suit "significantly flawed."

Qualcomm is in hot water in South Korea as well, as regulators in the Asian country imposed a fine of over $850 million against the San Diego-based Qualcomm in December for violating the country's antitrust laws. Qualcomm is fighting this decision.

Moor Insights and Strategy analyst Patrick Moorhead told AFP that the antitrust suits against Qualcomm may cause rival chip producers to gain ground.

"I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm," said Moorhead.

"Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this," Moorhead added.

Qualcomm shares fell 2.4 percent and Apple shares edged up just below 0.2 percent Friday.

kbd/kl (AFP, AP)

| | |
|---|---|
| **RF** | 37219348 |
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | i7902202 : Mobile Telecommunications \| ismart : Smartphones \| i3302 : Computers/Consumer Electronics \| i3441 : Telecommunications Technology/Equipment \| i34411 : Mobile Communications Equipment \| i3454 : Personal Electronics \| i7902 : Telecommunication Services \| i79022 : Wireless Telecommunications Services \| i83944 : Internet Service Providers \| icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| iint : Internet/Online \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | ntra : Transcripts \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| niwe : IWE Filter |
| **IPD** | News |
| **PUB** | Deutsche Welle |
| **AN** | Document DEUEN00020170121ed1l000h2 |

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

**SE** Tech

**HD** **Apple Sues Qualcomm Over Licensing Practices; Apple alleges Qualcomm sought onerous terms for technology; Apple had cooperated in Korean probe into Qualcomm's licensing practices**

**BY** By Tripp Mickle

**WC** 897 words

**PD** 20 January 2017

**ET** 20:01

**SN** The Wall Street Journal Online

**SC** WSJO

**LA** English

**CY** Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices—a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commissionsued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display—not Qualcomm's chip —Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016—a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

Related

* FTC's Qualcomm Suit Exposes Tensions in Smartphone Industry (Jan. 19, 2017)

* Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm (Jan. 17, 2017)

* Apple Confirms $1 Billion Investment in SoftBank Vision Fund (Jan 5, 2017)

* Qualcomm to Pay $975 Million Antitrust Fine to China (Feb. 10, 2015)

* Qualcomm Says FTC Is Investigating It (Nov. 5, 2014)

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| i7902 : Telecommunication Services \| icph : Computer Hardware \| iindstrls : Industrial Goods \| iint : Internet/Online \| itech : Technology \| icomp : Computing \| iindele : Industrial Electronics |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c151 : Earnings \| c34 : Anti-Competition Issues \| gcat : Political/General News \| c15 : Financial Performance \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | namz : North America \| usa : United States |
| **IPD** | ANTICOMPETITIVE |
| **IPC** | 005930.SE |
| **PUB** | Dow Jones & Company, Inc. |

 © 2023 Factiva, Inc. All rights reserved.

**AN** Document WSJO000020170120ed1k009n9

 © 2023 Factiva, Inc. All rights reserved.

AP

**HD** **Apple depicts Qualcomm as a shady monopolist in $1B lawsuit**

**WC** 331 words
**PD** 20 January 2017
**ET** 20:58
**SN** Associated Press Newswires
**SC** APRS
**LA** English
**CY** (c) 2017. The Associated Press. All Rights Reserved.

**LP**

SAN FRANCISCO (AP) — Apple is suing mobile chip maker Qualcomm for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The 100-page complaint filed Friday in a San Diego federal court depicts Qualcomm as a greedy monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

**TD**

For instance, Qualcomm demanded royalties on Apple's fingerprint identification system built into recent models of the iPhone and also for larger storage capacities on the devices, according to the lawsuit.

Qualcomm denied the allegations.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, Qualcomm's general counsel.

Apple says it has been cooperating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

"Qualcomm's recent effort to cover its tracks — by punishing Apple for providing truthful testimony at the request of government regulators — underscores the lengths to which Qualcomm will go to protect its extortion scheme," the lawsuit alleges.

Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging Qualcomm has been imposing unfair licensing terms on manufacturers.

Besides cooperating with the FTC's investigation, Apple says it has been providing information about its dealings with Qualcomm to regulators in Europe, South Korea and Taiwan.

South Korea regulators last month imposed an $853 million fine on Qualcomm for violating its antitrust laws, a decision that Qualcomm is fighting.

Shares in San Diego-based Qualcomm Inc. fell $1.56, or 2.4 percent, to close Friday at $62.88. Those of Apple Inc., which is based in Cupertino, California, ended up 22 cents at $120.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i3302 : Computers/Consumer Electronics | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | gpol : Domestic Politics | gtel : Telecommunications | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | gpir : Politics/International Relations | gsci : Sciences/Humanities | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** sfra : San Francisco | usa : United States | usca : California | namz : North America | usw : Western U.S.

**IPD** US

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020170120ed1k00f1u

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

HD **Qualcomm Comments on Apple Complaint**

WC 318 words

PD 21 January 2017

SN M2 Presswire

SC MTPW

LA English

CY © 2017, M2 Communications. All rights reserved.

LP

SAN DIEGO - "While we are still in the process of reviewing the complaint in detail, it is quite clear that Apple's claims are baseless. Apple has intentionally mischaracterized our agreements and negotiations, as well as the enormity and value of the technology we have invented, contributed and shared with all mobile device makers through our licensing program. Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information. We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated.

About Qualcomm

TD

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages. Qualcomm contacts: Tina Asmar John Sinnott

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS npress : Press Releases | ncat : Content Types

RE usa : United States | namz : North America

PUB Normans Media Ltd

AN Document MTPW000020170123ed1l003mn

DOW JONES NEWSWIRES

HD **Global Equities Roundup: Market Talk**

WC 1,484 words

PD 20 January 2017

ET 21:22

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

2121 ET [Dow Jones] With Apple Inc.'s lawsuit against Qualcomm Inc. filed on Friday, the iPhone maker piled on behind the South Korean Fair Trade Commission and the U.S. Federal Trade Commission in accusing the chip maker of anti-competitive business practices. Apple accused Qualcomm of allegedly withholding rebates on chip royalty payments that it said it was due in return for agreeing to use Qualcomm's modem chips exclusively in its phones between 2011 and 2016.

TD

Only days earlier, the FTC had sued Qualcomm for allegedly paying Apple rebates for the same commitment of exclusivity, thus blocking competitors and licensing essential smartphone patents in a discriminatory fashion. Stacy Rasgon, an analyst with Sanford L. Bernstein noted the irony: "Apple," he said, "seems to be suing Qualcomm for stopping something that the FTC is suing them for doing." (ted.greenwald@wsj.com)

1923 ET: A Canadian court has rejected a bid by a group of villagers from Ecuador to enforce a $9.5 billion judgment against Chevron Corp. through the company's Canadian subsidiary. The case stems from a 2011 Ecuadorean judgment that found Chevron Corp. liable for pollution by Texaco, a company Chevron had acquired. Chevron has no assets in Ecuador, so lawyers for the villagers have turned to other jurisdictions in an effort to enforce the judgment, including Canada. The Canadian court ruled Friday that the judgment couldn't be enforced against Chevron Canada Ltd., which it said was too far removed from the parent company. However, Friday's ruling doesn't prevent a trial from going ahead in Canada against Chevron Corp. (kim.mackrael@wsj.com, @kimmackrael)

1919 ET [Dow Jones] EBay needs to watch its back. That's what Morgan Stanley analysts say as Amazon and other start-up competitors become an increasing threat to the e-commerce site. Amazon's Prime membership is growing, increasingly threatening eBay's potential customer growth, the analysts say. But perhaps just as important are a bunch of new mobile startups, like OfferUp, 5Miles and LetGo-- which are generating sales without charging sellers transaction fees. "We acknowledge these competitors will need to charge fees at some point to survive, but its difficult to imagine they will charge fees as high as eBay...which, in our view, raises long-term question marks around eBay's ability to monetize its core Marketplace business," the analysts add. (laura.stevens@wsj.com; @LauraStevensWSJ)

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today.

Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

(END) Dow Jones Newswires

January 20, 2017 21:22 ET (02:22 GMT)

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated | socal : Chevron Corporation | ftcey : Taiwan Fair Trade Commission

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ismart : Smartphones | i3441 : Telecommunications Equipment | i34411 : Mobile Communications Devices | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | iioil : Integrated Oil/Gas

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gptech : Personal Technology | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | glife : Living/Lifestyle | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** cana : Canada | skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0006k

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk**

**WC** 1,507 words
**PD** 20 January 2017
**ET** 21:22
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

2121 ET [Dow Jones] With Apple Inc.'s lawsuit against Qualcomm Inc. filed on Friday, the iPhone maker piled on behind the South Korean Fair Trade Commission and the U.S. Federal Trade Commission in accusing the chip maker of anti-competitive business practices. Apple accused Qualcomm of allegedly withholding rebates on chip royalty payments that it said it was due in return for agreeing to use Qualcomm's modem chips exclusively in its phones between 2011 and 2016. Only days earlier, the FTC had sued Qualcomm for allegedly paying Apple rebates for the same commitment of exclusivity, thus blocking competitors and licensing essential smartphone patents in a discriminatory fashion.

**TD**

Stacy Rasgon, an analyst with Sanford L. Bernstein noted the irony: "Apple," he said, "seems to be suing Qualcomm for stopping something that the FTC is suing them for doing." (ted.greenwald@wsj.com)

1923 ET: A Canadian court has rejected a bid by a group of villagers from Ecuador to enforce a $9.5 billion judgment against Chevron Corp. through the company's Canadian subsidiary. The case stems from a 2011 Ecuadorean judgment that found Chevron Corp. liable for pollution by Texaco, a company Chevron had acquired. Chevron has no assets in Ecuador, so lawyers for the villagers have turned to other jurisdictions in an effort to enforce the judgment, including Canada. The Canadian court ruled Friday that the judgment couldn't be enforced against Chevron Canada Ltd., which it said was too far removed from the parent company. However, Friday's ruling doesn't prevent a trial from going ahead in Canada against Chevron Corp. (kim.mackrael@wsj.com, @kimmackrael)

1919 ET [Dow Jones] EBay needs to watch its back. That's what Morgan Stanley analysts say as Amazon and other start-up competitors become an increasing threat to the e-commerce site. Amazon's Prime membership is growing, increasingly threatening eBay's potential customer growth, the analysts say. But perhaps just as important are a bunch of new mobile startups, like OfferUp, 5Miles and LetGo-- which are generating sales without charging sellers transaction fees. "We acknowledge these competitors will need to charge fees at some point to survive, but its difficult to imagine they will charge fees as high as eBay...which, in our view, raises long-term question marks around eBay's ability to monetize its core Marketplace business," the analysts add. (laura.stevens@wsj.com; @LauraStevensWSJ)

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today.

Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

(END) Dow Jones Newswires

January 20, 2017 21:22 ET (02:22 GMT)

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **CO** | applc : Apple Inc. \| ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated \| socal : Chevron Corporation \| ftcey : Taiwan Fair Trade Commission |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| ismart : Smartphones \| i3441 : Telecommunications Equipment \| i34411 : Mobile Communications Devices \| i3454 : Personal Electronics \| icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology \| i1 : Energy \| i13 : Crude Oil/Natural Gas Upstream Operations \| iioil : Integrated Oil/Gas |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| gptech : Personal Technology \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| gcat : Political/General News \| glife : Living/Lifestyle \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | cana : Canada \| skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170121ed1l00017 |

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

**HD** **Business News: Apple Sues Qualcomm Over Chips --- iPhone maker says component supplier unfairly leveraged its monopoly position**

**BY** By Tripp Mickle

**WC** 594 words

**PD** 21 January 2017

**SN** The Wall Street Journal

**SC** J

**PG** B3

**LA** English

**CY** Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm didn't respond to a request for comment Friday. It said earlier in the week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of technology-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

---

Ted Greenwald contributed to this article.

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| ismart : Smartphones \| i3441 : Telecommunications Technology/Equipment \| i34411 : Mobile Communications Equipment \| i3454 : Personal Electronics \| icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| c334 : Licensing Agreements \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| c33 : Contracts/Orders \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **IPC** | ABO |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document J000000020170121ed1l00033 |

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Apple files $1-B lawsuit vs chip supplier Qualcomm**

**WC** 329 words

**PD** 22 January 2017

**SN** The Philippine Star

**SC** PHSTAR

**LA** English

**CY** (c) 2017 Philstar Global Corporation

**LP**

SAN FRANCISCO – Apple is suing mobile chip maker Qualcomm for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The 100-page complaint filed Friday in a San Diego federal court depicts Qualcomm as a greedy monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

**TD**

For instance, Qualcomm demanded royalties on Apple's fingerprint identification system built into recent models of the iPhone and also for larger storage capacities on the devices, according to the lawsuit.

Qualcomm denied the allegations.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, Qualcomm's general counsel.

Apple says it has been cooperating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

"Qualcomm's recent effort to cover its tracks – by punishing Apple for providing truthful testimony at the request of government regulators – underscores the lengths to which Qualcomm will go to protect its extortion scheme," the lawsuit alleges.

Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging Qualcomm has been imposing unfair licensing terms on manufacturers.

Besides cooperating with the FTC's investigation, Apple says it has been providing information about its dealings with Qualcomm to regulators in Europe, South Korea and Taiwan.

South Korea regulators last month imposed an $853 million fine on Qualcomm for violating its antitrust laws, a decision that Qualcomm is fighting.

Shares in San Diego-based Qualcomm Inc. fell $1.56, or 2.4 percent, to close Friday at $62.88. Those of Apple Inc., which is based in Cupertino, California, ended up 22 cents at $120.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

| | |
|---|---|
| **RE** | usca : California \| namz : North America \| usa : United States \| usw : Western U.S. |
| **PUB** | Philstar Global Corporation |
| **AN** | Document PHSTAR0020170121ed1m00036 |

 © 2023 Factiva, Inc. All rights reserved.

THE SUNDAY TIMES

**SE** Business

**HD** **Apple in $1bn lawsuit**

**WC** 87 words

**PD** 22 January 2017

**SN** The Sunday Times

**SC** ST

**ED** 1; National

**PG** 2

**LA** English

**CY** © Times Newspapers Limited 2017

**LP**

Business Digest

Apple has filed a lawsuit against chip maker Qualcomm, alleging it demanded unfair terms for its technology. The US suit, filed on Friday, claims that Qualcomm used its monopoly over chipsets to seek "onerous, unreasonable and costly" deals. Apple is looking for $1bn in rebate payments, claiming that money was witheld after it helped South Korean authorities investigate Qualcomm. Apple said the suit followed "years of disagreement over what constitutes a fair and reasonable royalty". Qualcomm called the claims "baseless".

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** uk : United Kingdom | eecz : European Union Countries | eurz : Europe | weurz : Western Europe

**PUB** News UK & Ireland Limited

**AN** Document ST00000020170122ed1m000c7

U-T San Diego

**SE** News

**HD** **Apple's lawsuit tests Qualcomm business model**

**BY** Mike Freeman

**WC** 1,194 words

**PD** 22 January 2017

**SN** San Diego Union-Tribune

**SC** SDU

**ED** Final ME

**PG** 1

**LA** English

**CY** Copyright 2017, San Diego Union-Tribune. Distributed by NewsBank, Inc.

**LP**

Qualcomm has been called the research and development shop for the wireless industry, investing billions to create technologies to push mobile communications forward.

Now, the way it gets paid for those inventions is under full-fledged assault.

**TD**

Not only government regulators but also top customers are pushing back in court against Qualcomm's patent-licensing practices.

On Friday, Apple filed a lawsuit in a San Diego federal court alleging that Qualcomm is charging too much for "standard essential" patents and is withholding nearly $1 billion in royalty cap "rebates" in retaliation for Apple's cooperation with anti-trust investigators in the U.S., South Korea and elsewhere.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said in a statement.

The Apple lawsuit comes on the heels of the Korea Fair Trade Commission fining Qualcomm $865 million last month and demanding changes in its patent-licensing business.

Then last week, the U.S. Federal Trade Commission joined in - filing a lawsuit objecting to Qualcomm's patent licensing. The FTC complaint, which doesn't seek specific damages, contains many of the same allegations that Apple puts forward in its lawsuit.

The disputes could create headwinds for one of San Diego's largest private-sector employers. Sempra Energy is the only other Fortune 500 company in town.

While patent licensing accounted for only one-third of Qualcomm's $23.6 billion in annual revenue last year, it made up the bulk of its annual profit before taxes and other items. Qualcomm posted net income of $5.7 billion last year.

Qualcomm vehemently denies the claims and vows to fight. It has experience - including tough legal battles over the years with Nokia, Broadcom and others.

Don Rosenberg, Qualcomm's general counsel, joined the company in 2007 after serving as Apple's top lawyer for about 10 months.

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent Korea Fair Trade Commission decision and FTC complaint, by misrepresenting facts and withholding information," said Rosenberg in a statement.

The barrage of lawsuits follow a 2015 settlement between the company and China's anti-monopoly regulator that appears to have spilled over into other nations.

In the China settlement, Qualcomm paid a $975 million fine and reduced royalty rates on certain phones sold only in China.

Despite the fine, the deal was considered good for Qualcomm. It affirmed the company's right to collect royalties in China on its patents - which some Wall Street analysts doubted would happen.

In the wake of the China settlement, however, other government regulators have ratcheted up their scrutiny of Qualcomm's licensing business. In addition to the U.S. and South Korean actions, investigations are under way in Europe, Taiwan and Japan.

In 2015, Qualcomm considered splitting its patent-licensing arm from its chip-making business - creating two companies. Activist investor Jana Partners agitated for the split, which could moot key anti-trust allegations against Qualcomm that it uses its dominance in cellular chips to extract higher-than-deserved royalties from customers.

The company says it has never withheld or threatened to withhold chip supply in order to obtain unfair or unreasonable licensing terms. Qualcomm's board of directors voted against the split.

The legal maneuvers come amid a slowdown in smartphone sales, which are growing about 1 percent after several years of double-digit annual growth, according to industry research firm International Data Corp. That has smartphone makers looking for ways to cut costs.

In 2015, Qualcomm slashed its global workforce by 15 percent because of the slowing market. Most of the layoffs came from its semiconductor division. Qualcomm now employs 30,000 worldwide.

Analysts say it's too early to know what Apple's entry into the fray means. It doesn't, however, bode well for customer relations between Qualcomm, which supplies chips used in some iPhones, and one of the world's best known brands, said Stacy Rasgon of Bernstein Research.

"It's not just governments now. It's one of their large customers," said Rasgon. "They can't catch a break."

Rasgon and other Wall Street analysts speculated that the FTC might withdraw the complaint relatively soon with the transition to the Trump administration, which is expected to appoint a Republican majority to the FTC, given current vacancies and pending departures.

The lone sitting Republican on the commission, Maureen Ohlhausen, wrote a scathing dissent to the FTC's decision to sue, saying it's based on a flawed legal theory and flimsy evidence.

Apple's lawsuit, however, could make commissioners think twice about withdrawing, because it supports the agency's lawsuit.

Apple paints a picture of Qualcomm taking various steps to "gouge" Apple and other smartphone makers for licensing standard essential cellular patents.

These patents cover key technologies to making cellular communications work. Patent holders agree to share them at reasonable rates during an industry standard-setting process.

What's reasonable isn't defined. But Apple alleges Qualcomm overcharged it billions of dollars with its "illegal scheme."

Qualcomm doesn't disclose royalty rates. Analysts believe they are roughly 5 percent of the wholesale price of the handset - with offsets under certain circumstances. Apple sees that as unfair.

"When Apple spends billions redefining the concept of a smartphone camera, Qualcomm's royalty payments go up," the company said in the lawsuit. "Even when Apple sells an iPhone with added memory - 256 gigabits instead of 128 gigabits - Qualcomm collects a larger royalty just because of that added memory."

 © 2023 Factiva, Inc. All rights reserved.

Qualcomm argues that the wireless industry has based royalties on the price of "compliant devices" for more than two decades. The 3G and 4G LTE cellular technologies that Qualcomm created enable smartphones users to stream video, get emails and make reliable calls from nearly anywhere - thus contributing significantly to what makes smartphones valuable to consumers.

The lawsuit also alleges that Qualcomm owes nearly $1 billion to Apple under a "rebate" agreement between the two companies. According to the lawsuit, Qualcomm stopped payments in retaliation for Apple cooperating with South Korean anti-trust investigators.

Qualcomm denies that claim. "We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," Rosenberg said in a statement.

Analysts believe it could take years to resolve the legal disputes. Meanwhile, Qualcomm is investing in next generation 5G mobile technologies. And it's buying NXP Semiconductors for $47 billion, including assumption of debt, to diversify its business beyond smartphones and into automotive, the Internet of Things and other markets.

Analysts don't believe the legal disputes will impact the NXP deal, which is slated to be completed late this year. Qualcomm reports fiscal first quarter earnings on Wednesday, where it may shed further light on the lawsuits.

mike.freeman@sduniontribune.com

Twitter:@TechDiego

(760) 529-4973

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i7902 : Telecommunication Services | i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | npag : Page-One Stories | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** china : China | usa : United States | skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**PUB** Union-Tribune Publishing Company

**AN** Document SDU0000020170122ed1m0000a

 © 2023 Factiva, Inc. All rights reserved.

**SE** Business

**HD** **Apple Files $1 Bln Lawsuit Against Qualcomm**

**WC** 400 words

**PD** 22 January 2017

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2017 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - Apple Inc. (AAPL) has filed a $1 billion lawsuit against Qualcomm Inc. (QCOM) on Friday, accusing the chipmaker of charging royalties for technologies it has nothing to do with and for not paying about $1 billion in promised rebates.

According to Apple, the maker of iPhones, as it innovates with unique features such as TouchID, advanced displays and cameras, Qualcomm collects royalties for no reason and thus, it becomes more expensive for Apple to fund these innovations.

**TD**

Apple accused Qualcomm of charging it at least five times in payments than all the other cellular patent licensors that Apple has agreements with combined. Qualcomm is a key supplier of modem chips to both Apple and Samsung Electronics Co. (SMSN.L, SSNNF.OB, SSNLF.OB).

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1B in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them," Apple said in a statement.

"We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts," Apple added.

Qualcomm responded on Saturday by saying that Apple's claims are "baseless".

Don Rosenberg, executive vice president and general counsel of Qualcomm said, "Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information."

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," Rosenberg added.

Apple's lawsuit comes after the U.S. Federal Trade Commission or FTC said earlier this week that it filed a lawsuit, charging Qualcomm with using anticompetitive tactics to maintain its monopoly in the supply of a key semiconductor device used in cell phones and other consumer products.

In December 2016, the Korea Fair Trade Commission or KFTC fined Qualcomm about 1.03 trillion South Korean won or about $865 million, saying it found certain of Qualcomm's business practices in violation of Korean competition law.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2017 RTTNews.com. All Rights Reserved

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph :

Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | npress : Press Releases | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020170122ed1m0002u

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.
ASIA EDITION


| | |
|---|---|
| **SE** | Technology |
| **HD** | **Apple Sues Qualcomm Over Licensing** |
| **BY** | By Tripp Mickle |
| **WC** | 521 words |
| **PD** | 23 January 2017 |
| **SN** | The Wall Street Journal (Asia Edition) |
| **SC** | AWSJ |
| **PG** | B3 |
| **LA** | English |
| **CY** | Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved. |


**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said last week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit.

---

Ted Greenwald contributed to this article.

License this article from Dow Jones Reprint Service

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| c334 : Licensing Agreements \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nnam : News Agency Materials \| c33 : Contracts/Orders \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **IPC** | ABO |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document AWSJ000020170122ed1n0000h |

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.
EUROPE EDITION

SE Technology

HD **Apple Hits Qualcomm With Licensing Suit**

BY By Tripp Mickle

WC 297 words

PD 23 January 2017

SN The Wall Street Journal (Europe Edition)

SC WSJE

PG B3

LA English

CY Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved

LP

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine for Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord generally was kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

The Apple suit comes after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

License this article from Dow Jones Reprint Service

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nnam : News Agency Materials | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

| | |
|---|---|
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **IPC** | ABO |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document WSJE000020170123ed1n0000v |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk**

**WC** 150 words

**PD** 23 January 2017

**ET** 01:51

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

23-01-17 0651GMT

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | cscm : Supply Chain | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170123ed1n0006b

DOW JONES
NEWSWIRES

**HD** **Qualcomm Cut to Neutral From Buy by Nomura**

**WC** 62 words

**PD** 23 January 2017

**ET** 06:09

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

23 Jan 2017 06:09 ET Qualcomm Price Target Cut to $70.00/Share From $80.00 by Nomura

**TD**

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

(END) Dow Jones Newswires

January 23, 2017 06:09 ET (11:09 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c1521 : Analysts' Comments/Recommendations | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n001uu

Hindustan Times

**SE** Hindustan Times, tech$news

**HD** **Nokia may soon launch a phone with Qualcomm's latest 835 Snapdragon processor**

**BY** HT?Correspondent

**WC** 363 words

**PD** 23 January 2017

**SN** Hindustan Times

**SC** HNTM

**LA** English

**CY** Copyright 2017. HT Media Limited. All rights reserved.

**LP**

New Delhi, Jan. 23 -- HMD Global promoted Nokia may soon launch a new handset with Qualcomm's latest 835 Snapdragon processor at the upcoming Mobile World Congress (MWC) event in Barcelona.

According to a post activity on Chinese Twitter-like site Weibo, Nokia via a handle called NokiaPowerUser seems to be claiming that its next flagship smartphone will come with the Snapdragon 835 chip. However, this is a reading from a translation and one cannot be sure.

**TD**

Either way, the new Snapdragon chip from Qualcomm seems like a safe bet for many of 2017's top-end smartphones, and if the rumours of a high-end device from Nokia are accurate, it wouldn't be all that surprising to see the phone making use of the 835.

HMD Global has also suggested that the 835 Snap-powered device, mostly the P1, will be launched alongside Sharp Aquos Xx3, which was launched last year in Japan.

According to leaks from by Russian publication Worket, the P1 is expected to start retailing at around $800 (roughly Rs. 54,500) for the 128GB model and around $950 (roughly Rs. 64,700) for the 256GB variant.

The P1 is also expected to run on Android Nougat and sports a 5.3-inch display, covered with Gorilla Glass 5, with either full-HD or QHD screen resolution. The Nokia P1 is expected to pack Snapdragon 835 SoC coupled with 6GB of RAM.

In terms of optics, the Nokia P1 smartphone is expected to sport a Zeiss-certified 22.6-megapixel rear camera. The P1, which is IP57-certified, to draw power from a 3,500mAh battery with support for quick charging. There is a fingerprint scanner on the right of the device as well.

A leaked Nokia roadmap suggests that as many as 7 Nokia Android phones are in the works for 2017, with Nokia 6 just the first of these.

Published by HT Syndication with permission from Hindustan Times.

**CT** For any query with respect to this article or any other content requirement, please contact Editor at htsyndication@hindustantimes.com

**CO** nokia : Nokia Oyj | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

| | |
|---|---|
| **NS** | c22 : New Products/Services \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | india : India \| asiaz : Asia \| bric : BRICS Countries \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| indsubz : Indian Subcontinent \| sasiaz : Southern Asia |
| **PUB** | HT Media Limited |
| **AN** | Document HNTM000020170123ed1n00acj |

 © 2023 Factiva, Inc. All rights reserved.

**Tech Today: Qualcomm's Apple Risk, Apple's iPhone Risk, Twilio, Oracle Prospects**

Barron's Blogs, 08:56, 23 January 2017, 803 words, (English)

Here are some things going on today in your world of tech: Shares of Qualcomm (QCOM) are down $2.93, or almost 5%, at $59.95, in pre-market trading, after multiple outlets reported on Friday that Apple (AAPL), one of its largest customers, ...

Document WCBBE00020170123ed1n000ul

DOW JONES
NEWSWIRES

**HD** **Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk**

**WC** 104 words

**PD** 23 January 2017

**ET** 10:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

(END) Dow Jones Newswires

**TD**

January 23, 2017 10:00 ET (15:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n002nk

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk**

**WC** 1,301 words

**PD** 23 January 2017

**ET** 10:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

**TD**

9:58 ET - President Donald Trump is expected to withdraw formally from the 12-nation Trans-Pacific Partnership free-trade agreement as early as Monday, according to two people familiar with the plans. Trump made opposition to former President Barack Obama's signature international economic goal a centerpiece of his campaign, and the new White House web site says pulling out of the TPP is the first step of Trump's trade policy. The deal hasn't entered into force, and there will be no major economic fallout for the US. Still, some business groups that had harbored hopes that Trump's negative campaign rhetoric on trade would evaporate after taking office, and business groups are still trying to convince the Trump administration to retain some aspects of the TPP, if not the full agreement, for enacting at a later date. (william.mauldin@wsj.com; @willmauldin)

9:38 ET - The new president just stirred up a bout of volatility in the bond market. Bond yields initially ticked higher after he tells business leaders in a meeting about his promise to cut taxes "massively" for middle class and companies. But yields fell again as he says that the US will impose "major" border tax if companies move outside the country. The US 10-year yield rose to 2.467% earlier but pulls back to 2.454% vs 2.466% Friday. (min.zeng@wsj.com)

9:35 ET - Two of President Donald Trump's cabinet picks could clear an early test on Tuesday. The Senate Commerce Committee is meeting at 10am ET tomorrow and plans to vote on Elaine Chao, nominated to run the Transportation Department, and Wilbur Ross, nominated to run the Commerce Department. Both received relatively gentle treatment at confirmation hearings earlier this month, hinting at a smooth ride ahead. Even after committee approval, both nominees would still require votes by the full Senate to take office. (ben.leubsdorf@wsj.com; @BenLeubsdorf)

9:24 ET - For 4Q results, S&P 500 companies are receiving smaller rewards for beating earnings estimates and bigger punishments for missing estimates, Bank of America Merrill Lynch says. On average, the stocks of companies that beat both the top and bottom line have outperformed the broad index by 1.6 percentage points the following day. For the reverse, stocks have underperformed the S&P 500 the following day by an average of 4.7 percentage points. If the trend holds through subsequent quarters, companies that fail to meet estimates may be in for a rough ride: analysts are predicting double-digit percentage growth for earnings in 2017, a target many investors say is overly optimistic. (akane.otani@wsj.com; @akaneotani)

9:11 ET - US bonds strengthen after the biggest weekly selloff in more than a month. Investors fret about lack of clarity from Trump's policy from Friday's inauguration speech. Some are concerned that Trump's priority is trade protectionism as he emphasizes making American interest first. New debt supply is another focus for the bond market this week with $26B sale of two-year notes due Tuesday; $34B sale of five-year

notes Wednesday and $28B sale of seven-year notes Thursday. This week's key US data are first estimate of US GDP for 4Q Friday. The 10-year yield is 2.443% vs 2.466% Friday. It is little change vs 2.446% at the end of 2015 as the reflation trade after Trump's win in early November has been pulling back over the past month. (min.zeng@wsj.com)

9:03 ET - Oil prices are lower even after OPEC and Russia worked through the weekend to show markets how compliant they are being with promised cuts to oil production. The lower prices could suggest some investors are still skeptical OPEC cuts are being taken, although analysts say the bigger worry is that US shale producers are swooping in to raise production and take OPEC's market share. Friday's rig count data from Baker Hughes, which showed the US added 29 active oil rigs in the past week alone, reinforces those beliefs, and concerns of continued oversupply. The Nymex March 2017 crude oil contract is 1.4% lower at $52.50/bbl. (dan.molinski@wsj.com)

8:59 ET - There's a persistent and harmful myth that professional women tear each other down, says Suni Harford, a managing director at Citigroup and regional head of markets for North America. "I never watched a woman in a cat fight in a boardroom," she said at the Inside ETFs conference in Florida. Another tip: Not all women want to be typecast as the head of diversity programs, she says. (asjylyn.loder@wsj.com; @asjylyn)

8:47 ET - More than half of company executives who've held 4Q earnings calls so far have discussed potential Trump policies, FactSet analyst John Butters says. Of 42 S&P 500 companies that reported results through Friday, 27 mentioned either "Trump" or "the administration" in their earnings calls. The top topic of interest: tax policy (11 mentions), followed by regulation (8 mentions), trade policy (6 mentions) and fiscal stimulus and healthcare (4 mentions each). Most companies highlighted said a change to tax policy could benefit their bottom lines, according to Butters' analysis of earnings call transcripts. "We've been a relatively high taxpayer. And so to the extent to which tax rates come down, we're a beneficiary," Goldman Sachs said on Jan 18. (akane.otani@wsj.com; @akaneotani)

8:27 ET - Big data is crucial to attracting investors to companies with good track records in environmental, social and governance issues, said Alice Handy, chief executive of Investure, at the Inside ETFs conference in Florida. "It's a very dangerous area trying to dictate what the moral overtone of what anyone's portfolio is," she said. (asjylyn.loder@wsj.com; @asjylyn)

8:09 ET - McDonald's (MCD) posts better-than-expected 4Q earnings and sales with a 2.7% rise in global same store sales, despite a 1.3% decrease in the US, as it lapped last year's launch of it's popular all-day breakfast sales. Global sales growth include solid gains in the UK and China. CEO Steve Easterbrook notes a focus on changes in its menu and technology to deliver better customer experience help MCD achieve its strongest annual global comp sales growth since 2011. MCD rises 0.6% to $123 premarket. (patrick.sullivan@wsj.com)

7:30 ET - US stocks futures slip as investors wait for policy certainty from the new Trump administration. While anticipation of slacker regulation, stimulus and lower taxes have boosted market sentiment since the election, there is worry an early focus on trade policies could add to the recent weakness in equity markets. European stock indexes are broadly lower, erasing gains for 2017, as losses in bank shares offset gains in the basic resources sector. The dollar falls against major rivals, particularly the yen, while gold rises and oil slips on worries about growing US shale output. S&P futures fall 3.25 points. (patrick.sullivan@wsj.com)

(END) Dow Jones Newswires

January 23, 2017 10:00 ET (15:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | gdip : International Relations | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | gpir : Politics/International Relations | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

 © 2023 Factiva, Inc. All rights reserved.

**AN** Document DJDN000020170123ed1n002le

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk** |
| **WC** | 99 words |
| **PD** | 23 January 2017 |
| **ET** | 10:20 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

(END) Dow Jones Newswires

**TD**

23-01-17 1520GMT

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170123ed1n000cm |

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

| | |
|---|---|
| HD | **QUALCOMM NOTIFICATION: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $250,000 Investing In QUALCOMM, Inc. To Contact The Firm** |
| WC | 379 words |
| PD | 23 January 2017 |
| ET | 10:27 |
| SN | PR Newswire |
| SC | PRN |
| LA | English |
| CY | Copyright © 2017 PR Newswire Association LLC. All Rights Reserved. |

**LP**

NEW YORK, Jan. 23, 2017 /PRNewswire/ -- Faruqi & Faruqi, LLP, a leading national securities law firm, is investigating potential securities fraud at QUALCOMM, Inc. ("QUALCOMM" or the "Company") (Nasdaq:QCOM).

The investigation focuses on whether the Company and its executives violated federal securities laws by failing to disclose that the Company has engaged in potentially illegal business practices in its interactions with Apple Inc. ("Apple").

**TD**

Specifically, during aftermarket hours on January 20, 2017, Apple announced that it had filed a suit against QUALCOMM in a California federal court accusing the company of overcharging Apple "billions of dollars" in royalties, withholding nearly $1 billion in rebates, and trying to extort Apple after it cooperated in a Korean regulator's investigation into the chipmaker's licensing practices. After the announcement, QUALCOMM's stock price fell, causing damage to investors.

Request more information now by clicking here: www.faruqilaw.com/QCOM. There is no cost or obligation to you.

Take Action

If you invested in QUALCOMM stock or options and would like to discuss your legal rights, visit www.faruqilaw.com/QCOM. You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com. Faruqi & Faruqi, LLP also encourages anyone with information regarding QUALCOMM's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.

FARUQI & FARUQI, LLP

685 Third Avenue, 26(th) Floor

New York, NY 10017

Attn: Richard Gonnello, Esq.

rgonnello@faruqilaw.com

Telephone: (877) 247-4292 or (212) 983-9330

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-notification-faruqi--faruqi-llp-encourages-investors-who-suffered-losses-in-excess-of-250000-investing-in-qualcomm-inc-to-contact-the-firm-300394709.html

SOURCE Faruqi & Faruqi, LLP

/Web site: http://www.faruqilaw.com

(END)

| | |
|---|---|
| **CO** | applc : Apple Inc. \| fafrql : Faruqi & Faruqi LLP \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| i835 : Legal Services \| ibcs : Business/Consumer Services \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| gfraud : Fraud \| npress : Press Releases \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gcrim : Crime/Legal Action \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **PUB** | PR Newswire Association, Inc. |
| **AN** | Document PRN0000020170123ed1n000e8 |

DOW JONES NEWSWIRES

HD **Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk**

WC 1,451 words

PD 23 January 2017

ET 10:50

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

10:50 ET - Nomura Instinet says "recent rulings and lawsuits are stronger and broader than anticipated," when it comes to Qualcomm (QCOM) and they could cause a delay in regulatory approval of its deal buy NXP Semiconductors (NXPI). The brokerage lowers QCOM to neutral from buy and cuts the target price to $70 from $80. Nomura's caution was triggered by the $1B suit Apple brought against QCOM Friday over licensing practices. Also last week, the FTC sued QCOM claiming illegal tactics to maintain a monopoly on a key type of chip. Nomura thinks the added scrutiny now brings uncertainty "around the timing of accretion and diversification benefits from the NXPI acquisition," which the brokerage believed would close in 2H 2017. QCOM off 13% to $54.69. (patrick.sheridan@wsj.com)

-0-

TD

10:47 ET - Companies with US businesses that offshore operations are looking for on-shore alternatives, even in the relatively low-profile sector of IT and business-process outsourcing, but automation will cut into job repatriation. Vendors that provide outsourced services are pushing automation as a cost-effective way to re-shore work--but not necessarily jobs. It's an especially cost-effective solution at a time when wages are rising fast in China and other developing countries. With automation, "instead of 3,000 or 5,000 offshore jobs, maybe I'll have 50 onshore," said RG Conlee, chief innovation officer at Congruent Inc. "The number of jobs needed to monitor [software] is much smaller than the number needed to do data entry." (lauren.weber@wsj.com; @laurenweberWSJ)

10:46 ET - NuTonomy, the Cambridge, Mass.-startup aiming to put its self-driving car software in commercial robot taxis next year, has hired a senior executive to work with potential partners who has experience dealing with Ford Motor, Toyota Motor and Alphabet's Google. Gretchen Effgen, who takes on the role of vice president of partnerships, arrives most recently from CivicSmart where she worked on parking solutions in cities. She was previously at Zipcar where she worked with auto maker partners. Partnerships will be a key part of NuTonomy's strategy to put its software on roadways around the world. It recently began testing a self-driving car in Boston and has had a trial program in Singapore since last August. (tim.higgins@wsj.com)

10:39 ET - Ford's (F) CEO Mark Fields is among several top executives meeting with President Donald Trump at the White House to discuss US manufacturing. On the campaign trail and in the weeks following the election, Trump hammered F for plans to move small-car production to Mexico. Earlier this month, F announced it would scrap plans for a $1.6B factory in Mexico and instead reinvest part of that money in expanding a plant in Michigan--a move that Fields described as a "vote of confidence," in the new administration's efforts to make building cars in the US more competitive. Still, Ford plans to relocate production of the Focus compact car from the US to Mexico, moving it to an existing plant. (christina.rogers@wsj.com)

10:34 ET - The US Department of Agriculture's Animal and Plant Health Inspection Service over the weekend issued a 60-day stay on its previous "final ruling" to allow the importation of fresh lemon fruit from Argentina, citing "guidance from the White House issued January 20." The move is leading Argentine investors and government officials to wonder how much Trump's policies may affect trade with Argentina.

Argentine officials had touted the prompt opening of the US market to lemons as an example of improving relations between the countries. (taos.turner@wsj.com; @taos)

10:26 ET - Exchange traded products tracking the CBOE Volatility Index, or VIX, saw a flurry of activity over the past week as investors placed bets on Wall Street's "fear gauge" ahead of the presidential inauguration. One of the biggest exchange traded products tracking VIX, the iPath S&P 500 VIX Short-Term Futures ETN (VXX), saw $204M in inflows over the past week, FactSet data show. Meanwhile, the ProShares Ultra VIX Short-Term Futures ETF (UVXY), saw $47.76M of inflows and the VelocityShares Daily 2x VIX Short-Term ETN gained $26.52M. On the flip side, those betting against volatility took money out of the ProShares Short VIX Short-Term Futures ETF (SVXY) and the VelocityShares Daily Inverse VIX Short-Term ETN (XIV) as the two funds lost $156.66M and $59.84M, respectively. (gunjan.banerji@wsj.com; @gunjanjs)

10:14 ET - Why are Actelion shares up more than 2% after announcing that a key drug failed to meet its primary endpoint in a phase 3 trial? A researcher quoted in Actelion's news release blames the "unexpected improvement" of the placebo arm for the trial failure for drug Opsumit. But Actelion shares are probably not down on the news because, as Jefferies says, Wall Street didn't ascribe high sales to a new indication for a relatively small patient population. Most important, Jefferies says it expects talks to sell to Johnson & Johnson (JNJ) won't be affected. (jonathan.rockoff@wsj.com; @jonathanrockoff)

10:07 ET - It's another delay for Dow Chemical's (DOW) merger with DuPont (DD) as European Commission antitrust enforcers say they've extended the deadline by which to render their verdict on the chemical megamerger by 10 days. The EU had been set to rule on the deal, unveiled in December 2015, by Feb 28, but now have until March 14, according to update posted to the European Commission's website. Regulators in the EU, who are scrutinizing the deal alongside other big agriculture-sector combinations like ChemChina-Syngenta and Bayer-Monsanto, have focused on the impact consolidation could have on innovation in seeds and pesticides. (jacob.bunge@wsj.com; @jacobbunge)

10:03 ET - Halliburton (HAL) CEO Dave Lesar says during a Q&A session of a conference call that oilfield services prices are headed up as the industry recovers, and its customers can't stop that. Asked it E&Ps should factor in a 5% to 10% rise in costs, Lesar says "I would be using something higher...As equipment tightens, commodity prices increase and everybody wants available of equipment when they want it, where they want it and how they want it, I don't see how there is going to be the ability for the customers to hold prices down." But, he adds: "we'll work with customers that want to work with us." HAL slips 4.1% to $54.11. (dan.molinski@wsj.com)

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

9:58 ET - President Donald Trump is expected to withdraw formally from the 12-nation Trans-Pacific Partnership free-trade agreement as early as Monday, according to two people familiar with the plans. Trump made opposition to former President Barack Obama's signature international economic goal a centerpiece of his campaign, and the new White House web site says pulling out of the TPP is the first step of Trump's trade policy. The deal hasn't entered into force, and there will be no major economic fallout for the US. Still, some business groups that had harbored hopes that Trump's negative campaign rhetoric on trade would evaporate after taking office, and business groups are still trying to convince the Trump administration to retain some aspects of the TPP, if not the full agreement, for enacting at a later date. (william.mauldin@wsj.com; @willmauldin)

9:38 ET - The new president just stirred up a bout of volatility in the bond market. Bond yields initially ticked higher after he tells business leaders in a meeting about his promise to cut taxes "massively" for middle class and companies. But yields fell again as he says that the US will impose "major" border tax if companies move outside the country. The US 10-year yield rose to 2.467% earlier but pulls back to 2.454% vs 2.466% Friday. (min.zeng@wsj.com)

(END) Dow Jones Newswires

January 23, 2017 10:50 ET (15:50 GMT)

**CO** phisem : NXP Semiconductors N.V. | qcom : Qualcomm Incorporated

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c1521 : Analysts' Comments/Recommendations \| c181 : Acquisitions/Mergers/Divestments \| c34 : Anti-Competition Issues \| gdip : International Relations \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| c13 : Regulation/Government Policy \| cacqu : Acquisitions/Mergers \| c15 : Financial Performance \| c152 : Earnings Projections \| c18 : Ownership Changes \| cactio : Corporate Actions \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gpir : Politics/International Relations \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| eurz : Europe \| usdc : Washington DC \| namz : North America \| uss : Southern U.S. |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170123ed1n002ve |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk**

**WC** 156 words

**PD** 23 January 2017

**ET** 10:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:50 ET - Nomura Instinet says "recent rulings and lawsuits are stronger and broader than anticipated," when it comes to Qualcomm (QCOM) and they could cause a delay in regulatory approval of its deal buy NXP Semiconductors (NXPI). The brokerage lowers QCOM to neutral from buy and cuts the target price to $70 from $80. Nomura's caution was triggered by the $1B suit Apple brought against QCOM Friday over licensing practices. Also last week, the FTC sued QCOM claiming illegal tactics to maintain a monopoly on a key type of chip. Nomura thinks the added scrutiny now brings uncertainty "around the timing of accretion and diversification benefits from the NXPI acquisition," which the brokerage believed would close in 2H 2017. QCOM off 13% to $54.69. (patrick.sheridan@wsj.com)

-0-

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

January 23, 2017 10:50 ET (15:50 GMT)

**CO** phisem : NXP Semiconductors N.V. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | c181 : Acquisitions/Mergers/Divestments | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | cacqu : Acquisitions/Mergers | c15 : Financial Performance | c152 : Earnings Projections | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n002r2

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Pay-TV Revenues Grow Despite Cord-cutting -- Market Talk**

**WC** 1,485 words

**PD** 23 January 2017

**ET** 11:12

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

11:12 ET - SNL Kagan, a prominent media industry consulting firm, reports that cable network advertising revenues grew 1.9% to $28.28B in 2016 while affiliate revenues jumped 7.5% to $37.58B. Total revenue increased 5.3% to $63.63B. The gains come despite many cable networks including Walt Disney's (DIS) ESPN losing subscribers to cord-cutting. Overall, SNL Kagan said fully distributed cable networks are enduring subscription declines of roughly 2% annually. Smaller cable networks are particularly challenged and some are shutting down including NBCUniversal's Esquire, which said last week it will transition to an online only platform later this year. The strongest networks in the past 12 months were the news channels thanks to election coverage. Fox News, CNN and MSNBC all saw ratings growth last year. (joe.flint@wsj.com; @JBFlint)

**TD**

11:02 ET - Investors are picking up government bonds and their stock-market proxies on President Donald Trump's first Monday in office, lifting trades that largely sold off through the postelection rally. Shares of real estate and utilities companies in the S&P 500--dividend-heavy sectors that are considered to behave like bonds--are two of the three sectors in positive territory so far, posting 0.3% and 0.1% gains respectively. Meanwhile, government bonds are strengthening after their worst week in more than a month. The yield on the US 10-year Treasury note falls to 2.425% from 2.466% Friday. The moves come as investors broadly taper bullish bets, increasing cash holdings and hedging against potential volatility. (akane.otani@wsj.com; @akaneotani)

10:50 ET - Nomura Instinet says "recent rulings and lawsuits are stronger and broader than anticipated," when it comes to Qualcomm (QCOM) and they could cause a delay in regulatory approval of its deal buy NXP Semiconductors (NXPI). The brokerage lowers QCOM to neutral from buy and cuts the target price to $70 from $80. Nomura's caution was triggered by the $1B suit Apple brought against QCOM Friday over licensing practices. Also last week, the FTC sued QCOM claiming illegal tactics to maintain a monopoly on a key type of chip. Nomura thinks the added scrutiny now brings uncertainty "around the timing of accretion and diversification benefits from the NXPI acquisition," which the brokerage believed would close in 2H 2017. QCOM off 13% to $54.69. (patrick.sheridan@wsj.com)

-0-

10:47 ET - Companies with US businesses that offshore operations are looking for on-shore alternatives, even in the relatively low-profile sector of IT and business-process outsourcing, but automation will cut into job repatriation. Vendors that provide outsourced services are pushing automation as a cost-effective way to re-shore work--but not necessarily jobs. It's an especially cost-effective solution at a time when wages are rising fast in China and other developing countries. With automation, "instead of 3,000 or 5,000 offshore jobs, maybe I'll have 50 onshore," said RG Conlee, chief innovation officer at Congruent Inc. "The number of jobs needed to monitor [software] is much smaller than the number needed to do data entry." (lauren.weber@wsj.com; @laurenweberWSJ)

10:46 ET - NuTonomy, the Cambridge, Mass.-startup aiming to put its self-driving car software in commercial robot taxis next year, has hired a senior executive to work with potential partners who has experience

dealing with Ford Motor, Toyota Motor and Alphabet's Google. Gretchen Effgen, who takes on the role of vice president of partnerships, arrives most recently from CivicSmart where she worked on parking solutions in cities. She was previously at Zipcar where she worked with auto maker partners. Partnerships will be a key part of NuTonomy's strategy to put its software on roadways around the world. It recently began testing a self-driving car in Boston and has had a trial program in Singapore since last August. (tim.higgins@wsj.com)

10:39 ET - Ford's (F) CEO Mark Fields is among several top executives meeting with President Donald Trump at the White House to discuss US manufacturing. On the campaign trail and in the weeks following the election, Trump hammered F for plans to move small-car production to Mexico. Earlier this month, F announced it would scrap plans for a $1.6B factory in Mexico and instead reinvest part of that money in expanding a plant in Michigan--a move that Fields described as a "vote of confidence," in the new administration's efforts to make building cars in the US more competitive. Still, Ford plans to relocate production of the Focus compact car from the US to Mexico, moving it to an existing plant. (christina.rogers@wsj.com)

10:34 ET - The US Department of Agriculture's Animal and Plant Health Inspection Service over the weekend issued a 60-day stay on its previous "final ruling" to allow the importation of fresh lemon fruit from Argentina, citing "guidance from the White House issued January 20." The move is leading Argentine investors and government officials to wonder how much Trump's policies may affect trade with Argentina. Argentine officials had touted the prompt opening of the US market to lemons as an example of improving relations between the countries. (taos.turner@wsj.com; @taos)

10:26 ET - Exchange traded products tracking the CBOE Volatility Index, or VIX, saw a flurry of activity over the past week as investors placed bets on Wall Street's "fear gauge" ahead of the presidential inauguration. One of the biggest exchange traded products tracking VIX, the iPath S&P 500 VIX Short-Term Futures ETN (VXX), saw $204M in inflows over the past week, FactSet data show. Meanwhile, the ProShares Ultra VIX Short-Term Futures ETF (UVXY), saw $47.76M of inflows and the VelocityShares Daily 2x VIX Short-Term ETN gained $26.52M. On the flip side, those betting against volatility took money out of the ProShares Short VIX Short-Term Futures ETF (SVXY) and the VelocityShares Daily Inverse VIX Short-Term ETN (XIV) as the two funds lost $156.66M and $59.84M, respectively. (gunjan.banerji@wsj.com; @gunjanjs)

10:14 ET - Why are Actelion shares up more than 2% after announcing that a key drug failed to meet its primary endpoint in a phase 3 trial? A researcher quoted in Actelion's news release blames the "unexpected improvement" of the placebo arm for the trial failure for drug Opsumit. But Actelion shares are probably not down on the news because, as Jefferies says, Wall Street didn't ascribe high sales to a new indication for a relatively small patient population. Most important, Jefferies says it expects talks to sell to Johnson & Johnson (JNJ) won't be affected. (jonathan.rockoff@wsj.com; @jonathanrockoff)

10:07 ET - It's another delay for Dow Chemical's (DOW) merger with DuPont (DD) as European Commission antitrust enforcers say they've extended the deadline by which to render their verdict on the chemical megamerger by 10 days. The EU had been set to rule on the deal, unveiled in December 2015, by Feb 28, but now have until March 14, according to update posted to the European Commission's website. Regulators in the EU, who are scrutinizing the deal alongside other big agriculture-sector combinations like ChemChina-Syngenta and Bayer-Monsanto, have focused on the impact consolidation could have on innovation in seeds and pesticides. (jacob.bunge@wsj.com; @jacobbunge)

10:03 ET - Halliburton (HAL) CEO Dave Lesar says during a Q&A session of a conference call that oilfield services prices are headed up as the industry recovers, and its customers can't stop that. Asked it E&Ps should factor in a 5% to 10% rise in costs, Lesar says "I would be using something higher...As equipment tightens, commodity prices increase and everybody wants available of equipment when they want it, where they want it and how they want it, I don't see how there is going to be the ability for the customers to hold prices down." But, he adds: "we'll work with customers that want to work with us." HAL slips 4.1% to $54.11. (dan.molinski@wsj.com)

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

(END) Dow Jones Newswires

January 23, 2017 11:12 ET (16:12 GMT)

 © 2023 Factiva, Inc. All rights reserved.

**CO** qcom : Qualcomm Incorporated

**IN** i838 : Advertising | ibcs : Business/Consumer Services | imed : Media/Entertainment | iadv : Advertising/Marketing/Public Relations | imark : Marketing | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c151 : Earnings | gtvrad : Television/Radio | gvote1 : National/Presidential Elections | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c1513 : Sales Figures | c15 : Financial Performance | ccat : Corporate/Industrial News | gcat : Political/General News | gent : Arts/Entertainment | gpir : Politics/International Relations | gpol : Domestic Politics | gvote : Elections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n002xm

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm: Instinet Cuts to Hold as NXP Buy Now Faces Delays**
Barron's Blogs, 11:17, 23 January 2017, 336 words, (English)
Shares of Qualcomm (QCOM) are down $8.30, or almost 13%, at $54.59, after multiple outlets reported on Friday that Apple (AAPL), one of its largest customers, has filed suit against Qualcomm for withholding $1 billion in rebates owed Apple,...
Document WCBBE00020170123ed1n001jm

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

HD **Qualcomm dives as $1bn Apple lawsuit prompts downgrade**

BY Pan Kwan Yuk

WC 334 words

PD 23 January 2017

ET 11:33

SN Financial Times (FT.Com)

SC FTCMA

LA English

CY Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

LP

Don't mess with Apple.

News on Friday that the tech juggernaut has filed a $1bn lawsuit against Qualcomm has sent shares in the chipmaker diving by the most in over a year on Monday.

TD

Qualcomm, which fell 2.4 per cent to $62.88 on Friday just before the close when the lawsuit was published, tumbled by another 14.5 per cent within an hour after trading started on Monday as a ratings downgrade and a price target cut added further pressure on the stock.

The lawsuit – the first direct challenge by one of Qualcomm's major customers – prompted Nomura to cut its ratings on the company to Neutral from Buy.

Analyst Romit Shah said his team had upgraded Qualcomm last year on the back of its $47bn blockbuster deal to buy European rival NXP.

But the recent flurry of lawsuits could complicate the process of getting regulatory approval for the deal. In addition to Apple, Qualcomm is also being sued by the US Federal Trade Commission and is the subject of investigations in the EU and Taiwan.

As Mr Shah noted:

QCOM needs approval from multiple countries, including the U.S., China, Japan, South Korea, Taiwan, and the EU, and QCOM has current outstanding investigations with all except for China.

Our downgrade and lower target price multiple are based on the increased uncertainty around the timing of accretion and diversification benefits from the NXPI acquisition, which we previously assumed would close in the second half of 2017.

Apple is demanding a payment of $1bn it believes is due as a rebate for licensing fees, which it claims the chipmaker is holding back as punishment for Apple "responding truthfully" to the South Korean investigation. Qualcomm, it claims, charges Apple at least five times more than what it pays all its other cellular patent licensers combined.

Qualcomm in response has said that Apple had "intentionally mischaracterised" the agreements and negotiations between the two companies.

CO ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170123ed1n007bx

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Plunges: Bad News When Your Top Customer Sues You, Says Bernstein**

Barron's Blogs, 11:14, 23 January 2017, 404 words, (English)

Shares of Qualcomm (QCOM) are down $8.30, or almost 13%, at $54.59, after multiple outlets reported on Friday that Apple (AAPL), one of its largest customers, has filed suit against Qualcomm for withholding $1 billion in rebates owed Apple,...

Document WCBBE00020170123ed1n001jl

**Qualcomm: Apple Suit May Not Do Much, History Shows, Says Morgan Stanley**

Barron's Blogs, 12:50, 23 January 2017, 387 words, (English)

Don't presume the worst about Apple's (AAPL) suit against Qualcomm (QCOM), advises Morgan Stanley's James Faucette in a note to clients this morning — these things historically have had little impact, in his view.

Document WCBBE00020170123ed1n0025t

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Takes a Bite Out of Qualcomm -- Heard on the Street**

**BY** By Dan Gallagher

**WC** 315 words

**PD** 23 January 2017

**ET** 13:58

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm has survived many legal challenges to its patent-driven business model. The suit filed by Apple is a tougher test.

Investors took note, wiping $13 billion off of Qualcomm's market value since news of the suit hit late Friday. One reason is Apple represents about one-quarter of Qualcomm's licensing revenue, estimates Christopher Caso of CLSA. It is a formidable foe with $132 billion in net cash.

**TD**

More importantly, the Apple suit hits Qualcomm at a terrible time: Qualcomm is already in the thick of it with regulators in Korea, Europe and the U.S. -- all of whom are examining the company's business practices regarding the deep well of patents that go to the heart of most wireless devices operating today. Licenses from these patents generate about 80% of the company's pretax profit.

Qualcomm is also trying to get regulators to sign off on its $39 billion acquisition of NXP Semiconductors . This is the company's biggest M&A deal to date, as it will add much needed diversity to a business that still relies heavily on the slowing smartphone market.

The lawsuit makes clear that Apple has been discussing Qualcomm with those agencies, many of whom have to sign off on the NXP acquisition for it to proceed. Qualcomm was expecting to complete the deal by the end of this year, but the fact that its stock has now slid back below its price from before the deal was announced suggests that shareholders now see a strong risk of a delay.

That -- plus the prospect of having to lower its royalty rates for a key customer -- have placed another cloud of uncertainty over Qualcomm. The company's future depends on passing this test.

(END) Dow Jones Newswires

January 23, 2017 13:58 ET (18:58 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c181 : Acquisitions/Mergers/Divestments | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | nhrd : Heard on the Street | npda : DJ Exclusive Analysis - All | npfida : DJ Exclusive Analysis - Fixed Income | npfxda : DJ Exclusive Analysis - FX | npqda : DJ Exclusive Analysis - Equities | ntop : Top Wire News | nttwn : Today's Top Wire News | c18 : Ownership Changes | cactio : Corporate Actions | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n003dm

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

| | |
|---|---|
| HD | **QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations** |
| WC | 431 words |
| PD | 23 January 2017 |
| ET | 15:16 |
| SN | PR Newswire |
| SC | PRN |
| LA | English |
| CY | Copyright © 2017 PR Newswire Association LLC. All Rights Reserved. |

**LP**

SAN FRANCISCO, Jan. 23, 2017 /PRNewswire/ -- Hagens Berman Sobol Shapiro LLP alerts investors in QUALCOMM Incorporated (NASDAQ: QCOM) that Apple and the FTC have instituted lawsuits against QCOM. Hagens Berman is now investigating whether QCOM and its management may have violated Federal securities laws.

If you purchased or otherwise acquired securities of QCOM before January 20, 2017 and suffered over $100,000 in losses contact Hagens Berman Sobol Shapiro LLP. For more information visit:

**TD**

https://www.hbsslaw.com/cases/QCOM

or contact Reed Kathrein, who is leading the firm's investigation, by calling 510-725-3000 or emailing QCOM@hbsslaw.com.

On January 20, 2017, CNBC reported that Apple sued Qualcomm for roughly $1 billion, alleging Qualcomm charged Apple royalties for technologies Qualcomm had "nothing to do with."

CNBC also reported that Qualcomm has taken "radical steps" that include "withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them." Apple reportedly added, "Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined."

This news drove the price of QCOM shares down nearly 2.5% to close at $62.88 per share.

"We are investigating allegations made by both Apple and the FTC in their complaints filed against Qualcomm," said Hagens Berman partner Reed Kathrein.

Whistleblowers: Persons with non-public information regarding QCOM should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new SEC whistleblower program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 510-725-3000 or email QCOM@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national investor-rights law firm headquartered in Seattle, Washington with offices in 10 cities. The Firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the Firm and its successes can be found at www.hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 510-725-3000

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-investor-alert-hagens-berman-investigating-qualcomms-business-practices-and-ftc-allegations-300394943.html

SOURCE Hagens Berman Sobol Shapiro LLP

/Web site: https://www.hbsslaw.com

(END)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| npress : Press Releases \| gwhis : Whistleblowers \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gcrim : Crime/Legal Action \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **PUB** | PR Newswire Association, Inc. |
| **AN** | Document PRN0000020170123ed1n000mr |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Press Release: QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations**

WC 465 words

PD 23 January 2017

ET 15:16

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations

PR Newswire

TD

SAN FRANCISCO, Jan. 23, 2017

SAN FRANCISCO, Jan. 23, 2017 /PRNewswire/ -- Hagens Berman Sobol Shapiro LLP alerts investors in QUALCOMM Incorporated (NASDAQ: QCOM) that Apple and the FTC have instituted lawsuits against QCOM. Hagens Berman is now investigating whether QCOM and its management may have violated Federal securities laws.

If you purchased or otherwise acquired securities of QCOM before January 20, 2017 and suffered over $100,000 in losses contact Hagens Berman Sobol Shapiro LLP. For more information visit:

https://www.hbsslaw.com/cases/QCOM

or contact Reed Kathrein, who is leading the firm's investigation, by calling 510-725-3000 or emailing QCOM@hbsslaw.com.

On January 20, 2017, CNBC reported that Apple sued Qualcomm for roughly $1 billion, alleging Qualcomm charged Apple royalties for technologies Qualcomm had "nothing to do with."

CNBC also reported that Qualcomm has taken "radical steps" that include "withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them." Apple reportedly added, "Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least

five times more in payments than all the other cellular patent licensors we have agreements with combined."

This news drove the price of QCOM shares down nearly 2.5% to close at $62.88 per share.

"We are investigating allegations made by both Apple and the FTC in their complaints filed against Qualcomm," said Hagens Berman partner Reed Kathrein.

Whistleblowers: Persons with non-public information regarding QCOM should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new SEC whistleblower program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 510-725-3000 or email QCOM@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national investor-rights law firm headquartered in Seattle, Washington with offices in 10 cities. The Firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the Firm and its successes can be found at www.hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 510-725-3000

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-investor-alert-hagens-berman-investigating-qualcomms-business-practices-and-ftc-allegations-300394943.html

SOURCE Hagens Berman Sobol Shapiro LLP

/Web site: https://www.hbsslaw.com

(END) Dow Jones Newswires

January 23, 2017 15:16 ET (20:16 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | neqac : Equities Asset Class News | npress : Press Releases | gwhis : Whistleblowers | ccat : Corporate/Industrial News | gcat : Political/General News | gcrim : Crime/Legal Action | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

 © 2023 Factiva, Inc. All rights reserved.

**AN** Document DJDN000020170123ed1n003lo

DOW JONES NEWSWIRES

**HD** **The Biggest Loser: Qualcomm Tumbles -- Barron's Blog**

**BY** By Ben Levisohn

**WC** 324 words

**PD** 23 January 2017

**ET** 16:21

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm ( QCOM) tumbled to the bottom of the S&P 500 today after Apple ( AAPL) sued the chip maker over its licensing practices.

Qualcomm dropped 12.7% to $54.88, while the S&P 500 fell 0.27% to end at 2,265.2.

**TD**

BMO's Tim Long and team note that Apple's claims sound familiar, but worry about the attention the lawsuit is getting:

We are not lawyers, but we have come across many lawsuits/complaints between Qualcomm and other companies and governments over the years. Below we offer our opinions, understanding that there will be much legal maneuvering on each side before these cases will be resolved. We will not go through all of the 25 counts, but instead will focus on the key elements from a high level. We will focus on items that we have seen before, and ones that we hadn't known about, including the agreements that Apple detailed it has signed in the past with Qualcomm.

We expect this case to get a lot of attention, and for any resolution to take a long time, whether through the courts or a private agreement. We doubt that there will be a meaningful change to Qualcomm royalty rates, but the mention of benefits for exclusive chip supply, denying the right to litigate, and withholding "rebate" payments may cause damage otherwise.

Qualcomm's market capitalization fell to $ billion today from $92.3 billion on Friday. It reported net income of $5.7 billion on sales of $23.6 billion in 2016.

For more on the potential impact of Apple's suit on Qualcomm, read Morgan Stanley's take, Bernstein's take, and Instinet's take over at Barron's Tech Trader Daily.

More at Barron's Stocks to Watch blog,
http://blogs.barrons.com/stockstowatchtoday/
(END) Dow Jones Newswires

January 23, 2017 16:21 ET (21:21 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial

News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n003yl

 © 2023 Factiva, Inc. All rights reserved.

**The Biggest Loser: Qualcomm Tumbles 13%**

Barron's Blogs, 17:11, 23 January 2017, 301 words, (English)

Qualcomm (QCOM) tumbled to the bottom of the S&P 500 today after Apple (AAPL) sued the chip maker over its licensing practices. Qualcomm dropped 12.7% to $54.88, while the S&P 500 fell 0.27% to end at 2,265.2.

Document WCBBE00020170123ed1n003bh

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **The Biggest Loser: Qualcomm Tumbles 13% -- Barron's Blog**

BY By Ben Levisohn

WC 327 words

PD 23 January 2017

ET 17:11

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

Qualcomm ( QCOM) tumbled to the bottom of the S&P 500 today after Apple ( AAPL) sued the chip maker over its licensing practices.

Qualcomm dropped 12.7% to $54.88, while the S&P 500 fell 0.27% to end at 2,265.2.

TD

BMO's Tim Long and team note that Apple's claims sound familiar, but worry about the attention the lawsuit is getting:

We are not lawyers, but we have come across many lawsuits/complaints between Qualcomm and other companies and governments over the years. Below we offer our opinions, understanding that there will be much legal maneuvering on each side before these cases will be resolved. We will not go through all of the 25 counts, but instead will focus on the key elements from a high level. We will focus on items that we have seen before, and ones that we hadn't known about, including the agreements that Apple detailed it has signed in the past with Qualcomm.

We expect this case to get a lot of attention, and for any resolution to take a long time, whether through the courts or a private agreement. We doubt that there will be a meaningful change to Qualcomm royalty rates, but the mention of benefits for exclusive chip supply, denying the right to litigate, and withholding "rebate" payments may cause damage otherwise.

Qualcomm's market capitalization fell to $81.1 billion today from $92.3 billion on Friday. It reported net income of $5.7 billion on sales of $23.6 billion in 2016.

For more on the potential impact of Apple's suit on Qualcomm, read Morgan Stanley's take, Bernstein's take, and Instinet's take over at Barron's Tech Trader Daily.

More at Barron's Stocks to Watch blog,
http://blogs.barrons.com/stockstowatchtoday/
(END) Dow Jones Newswires

January 23, 2017 17:11 ET (22:11 GMT)

CO qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

NS c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial

News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n00443

 © 2023 Factiva, Inc. All rights reserved.

**HD** **SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims on Behalf of Investors of Qualcomm Incorporated - QCOM**

**WC** 244 words

**PD** 23 January 2017

**SN** ACCESSWIRE

**SC** ACWIRE

**LA** English

**CY** Copyright 2017. ACCESSWIRE

**LP**

NEW YORK, NY / ACCESSWIRE / January 23, 2017 / Pomerantz LLP is investigating claims on behalf of investors of Qualcomm Incorporated ("Qualcomm" or the "Company") (NASDAQ: QCOM). Such investors are advised to contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888-476-6529, ext. 9980.

The investigation concerns whether Qualcomm and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**TD**

[Click here to join a class action]

On January 17, 2017, Bloomberg reported that the Federal Trade Commission is poised to bring an enforcement action against Qualcomm following an investigation of the Company's licensing practices. On this news, Qualcomm stock fell $2.69, or 4.02%, to close at $64.19 on January 17, 2017.

The Pomerantz Firm, with offices in New York, Chicago, Florida, and Los Angeles, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

SOURCE: Pomerantz LLP

**CO** ftrade : Federal Trade Commission | phbgag : Pomerantz LLP | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i835 : Legal Services | ibcs : Business/Consumer Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | gsfra : Securities Fraud | npress : Press Releases | ccat : Corporate/Industrial News | gcat : Political/General News | gcrim : Crime/Legal Action | gfinc : Financial Crime | gfraud : Fraud | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** NASDAQ:QCOM

**PUB** Accesswire

**AN** Document ACWIRE0020170123ed1n004h5

THE AUSTRALIAN

**HD** **5G 'will benefit entire societies'**

**WC** 449 words
**PD** 23 January 2017
**SN** The Australian - Online
**SC** AUSTOL
**LA** English
**CY** © 2017 News Limited. All rights reserved.

**LP**

To get a handle on 5G, it made sense to listen to Qualcomm, a semiconductor manufacturer that has been at the forefront of mobile phone component development for decades. Now it's a flag bearer for 5G, the successor to 4G, due for implementation by 2020.

At the Consumer Electronics Show in Las Vegas, Qualcomm chief executive Steve Mollenkopf said 5G went beyond scaling up speed and bandwidth, and reducing latency. It was an entirely new type of network with new capabilities.

**TD**

"5G will have an impact similar to the introduction of electricity, or the car, affecting entire economies, and benefiting entire societies,'' Mr Mollenkopf said. "Today, billions of mobile devices with extraordinary power are uniting with advancements in robotics, artificial intelligence, autonomous vehicles, nanotechnology and so much more. Entire industries will change, and emerge as data speeds go up, and data costs come down."

It is rumoured the Snapdragon 835 will be used inside Samsung's Galaxy S8 smartphone this year. The new processor also supports virtual reality when installed inside mobile devices. Qualcomm demonstrated positional tracking using the camera in a VR-enabled smart phone.

It has also released a Snapdragon X50 5G modem, to be available in the second half of the year, which uses the 802.11ad WiFi standard. Mr Mollenkopf said it supported ultrahigh speed zones as fast as 4.6 Gbps, and delivered extremely low latency. You could download a feature-length 4K movie in 18 seconds, or a 1Gb file from the cloud in three seconds, he said.

At CES, there were discussions about peak 5G speeds of up to 26 Gbps.

In Australia, the telcos will continue 5G trials and prepare to introduce 4.5G as a stepping stone. Optus is expected to update its plans around 4.5G next month. In a trial in Sydney last year, Optus and Huawei reached a transmission rate of 35Gbs over the 73 GHz band.

Optus executive Kent Wu said the telco was looking at multiple input, multiple output technology as part of 5G. "Traditionally there is a single lane in each direction. This makes it 32 in each direction," Mr Wu said.

Telstra outlined its involvement in modifying 5G standards to suit Australian conditions. "The rest of the world forgets how big Australia is, and inevitably they build everything to run to about 30km-40km," said Mike Wright, group managing director, networks at Telstra. Telstra is to trial 5G at next year's Commonwealth Games and this month Vodafone Australia announced a five-year deal with Ericsson and Cisco to virtualise its core network ahead of 5G.

Chris Griffith travelled to CES in Las Vegas courtesy of Samsung.

**CO** qcom : Qualcomm Incorporated

**IN** ielec : Consumer Electronics | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

| | |
|---|---|
| **RE** | austr : Australia \| apacz : Asia Pacific \| ausnz : Australia/Oceania |
| **PUB** | News Ltd. |
| **AN** | Document AUSTOL0020170123ed1n002gy |

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

CLM Heard on the Street
SE Markets

HD **Apple Takes a Bite Out of Qualcomm; Timing of lawsuit throws completion of NXP Semiconductors deal into question, along with future royalties**

BY By Dan Gallagher
WC 335 words
PD 23 January 2017
ET 14:12
SN The Wall Street Journal Online
SC WSJO
LA English
CY Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

LP

Qualcomm has survived many legal challenges to its patent-driven business model. The suit filed by Apple is a tougher test.

Investors took note, wiping $13 billion off of Qualcomm's market value since news of the suit hit late Friday. One reason is Apple represents about one-quarter of Qualcomm's licensing revenue, estimates Christopher Caso of CLSA. It is a formidable foe with $132 billion in net cash.

TD

More importantly, the Apple suit hits Qualcomm at a terrible time: Qualcomm is already in the thick of it with regulators in Korea, Europe and the U.S.—all of whom are examining the company's business practices regarding the deep well of patents that go to the heart of most wireless devices operating today. Licenses from these patents generate about 80% of the company's pretax profit.

Qualcomm is also trying to get regulators to sign off on its $39 billion acquisition of NXP Semiconductors . This is the company's biggest M&A deal to date, as it will add much needed diversity to a business that still relies heavily on the slowing smartphone market.

The lawsuit makes clear that Apple has been discussing Qualcomm with those agencies, many of whom have to sign off on the NXP acquisition for it to proceed. Qualcomm was expecting to complete the deal by the end of this year, but the fact that its stock has now slid back below its price from before the deal was announced suggests that shareholders now see a strong risk of a delay.

That—plus the prospect of having to lower its royalty rates for a key customer—have placed another cloud of uncertainty over Qualcomm. The company's future depends on passing this test.

Get financial insights and commentary on global investing from The Wall Street Journal's Heard on the Street team. Subscribe to the podcast.

CO phisem : NXP Semiconductors N.V. | qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | iindele : Industrial Electronics

NS c12 : Corporate Crime/Legal Action | c133 : Patents | c151 : Earnings | cgymtr : Intellectual Property Rights | mcat : Commodity/Financial Market News | ncolu : Columns | nedc : Commentaries/Opinions | c15 : Financial Performance | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

IPD APPLE

| | |
|---|---|
| **IPC** | I/SEM |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document WSJO000020170123ed1n007ka |

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Halliburton, Marinus Pharma**

WC 370 words

PD 23 January 2017

ET 10:32

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

* Eikon search string for individual stock moves: STXBZ

TD

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh

U.S. stocks were off their lows on Monday after President Donald Trump laid out some of his plans to spur economic growth in a meeting with top executives of U.S. companies.

The Dow Jones Industrial Average was down 0.29 percent at 19,769.81, the S&P 500 was down 0.34 percent at 2,263.52 and the Nasdaq Composite was down 0.27 percent at 5,540.223.

** QUALCOMM INC, $54.11, -13.95 pct

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** HALLIBURTON CO, $54.56, -3.35 pct

The world's No. 2 oilfield services provider warned of weakness in markets outside of North America, echoing comments made by larger rival Schlumberger last week.

** SPRINT CORP, $9.13, +2.18 pct

The U.S. wireless carrier said it would buy 33 percent of Tidal, a music streaming service owned by rapper Jay Z.

** MCDONALD'S CORP, $121.23, -0.84 pct

The operator of the world's largest fast-food chain reported a drop in U.S. comparable restaurant sales for the first time in six quarters, suggesting that the novelty of the company's popular all-day breakfast was wearing off.

** MARINUS PHARMACEUTICALS INC, $1.63, +40.52 pct

The drug developer announced preliminary positive data from its ongoing mid-stage study for the treatment of patients with CDKL5 genetic disorder.

** BIOLASE INC, $1.65, +12.24 pct

The medical device maker received FDA clearance for commercial distribution of its new Epic Pro diode laser system for dentistry.

** CYNOSURE INC, $48.50, +10.60 pct

The laser maker is exploring strategic options, including a sale, amid increasing interest in the company's technology from larger global companies, Bloomberg reported on Sunday, citing sources. (Compiled by Diptendu Lahiri in Bengaluru)

**RF** Released: 2017-1-26T15:32:42.000Z

**CO** qcom : Qualcomm Incorporated | hllbt : Halliburton Co

**IN** i257 : Pharmaceuticals | icomp : Computing | i3302 : Computers/Consumer Electronics | i951 : Health Care/Life Sciences | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | i1300005 : Support Activities for Oil/Gas | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** ccat : Corporate/Industrial News

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00pm9

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 01/20/2017 to 01/23/2017 |

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 110 |
| Timestamp | 26 May 2023 13:33 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES

BUZZ-Qualcomm Inc: Lawsuits pull down stock ..... 2
BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Sprint ..... 4
BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Halliburton ..... 6
U.S. RESEARCH ROUNDUP-CVR Refining, Metlife, Travelport Worldwide ..... 8
Cynosure soars on deal talk; Qualcomm slumps on Apple suit ..... 16
Cynosure soars on deal talk; Qualcomm slumps on Apple suit ..... 18
Qualcomm Cut to Underperform From Buy by CLSA ..... 20
Qualcomm Cut to Neutral From Buy by Nomura ..... 21
Qualcomm Cut to Underperform From Buy by CLSA ..... 22
BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm , Yahoo , Morgan Stanley , ..... 23

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **BUZZ-Qualcomm Inc: Lawsuits pull down stock**

WC 212 words

PD 23 January 2017

ET 10:35

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

** Chipmaker's shares fall as much as 14.44 pct to $53.80; biggest intraday pct loss in more than a year

** Apple Inc filed a $1 bln lawsuit on Friday against Qualcomm for overcharging for chips and refusing to pay some $1 bln in promised rebates

TD

** At least 2 brokerages cut PTs, Instinet cuts rating to "neutral" from "buy"

** Instinet says recent rulings have been stronger and broader than anticipated

** It seems inconvenient that, amid increased scrutiny into QTL, Qualcomm requires regulatory approval for the NXPI acquisition from many of the countries where it has outstanding regulatory complaints/litigations - Instinet analysts

** U.S. Federal Trade Commission filed a lawsuit last week, accusing Qualcomm of using "anticompetitive" tactics to keep its monopoly on a key semiconductor used in cellphones

** South Korea's antitrust regulator fined Qualcomm $854 mln in December for what it called unfair patent licensing practices

** More than 34 mln shares traded, 4.3x 30-day moving avg

** 13 of 30 brokerages rate the stock "buy" or higher, 15 "hold" and 2 "sell" or lower; median PT $70

** Up to Friday's close, stock had gained a third of its value in the last 12 months

RF Released: 2017-1-26T15:35:20.000Z

CO ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

IN icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

NS c1521 : Analysts' Comments/Recommendations | c12 : Corporate Crime/Legal Action | ccat : Corporate/Industrial News | c1522 : Share Price Movement/Disruptions | c15 : Financial Performance | c152 : Earnings Projections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

RE usa : United States | namz : North America

IPD Business

IPC SERVICE:ABN

PUB Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00pmc

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Sprint**

WC 460 words

PD 23 January 2017

ET 11:50

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

* Eikon search string for individual stock moves: STXBZ

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

TD

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh

U.S. stocks lost ground on Monday as investors digested President Donald Trump's protectionist statements and sought safe-haven assets such as gold and U.S. Treasury bonds.

The Dow Jones Industrial Average was down 0.43 percent at 19,741.7, the S&P 500 was down 0.58 percent at 2,258.09 and the Nasdaq Composite was down 0.52 percent at 5,526.712.

** QUALCOMM INC, $55.35, -11.98 pct

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** AUTOZONE INC, $735.61, -4.47 pct

** ADVANCE AUTO PARTS INC, $166.75, -2.77 pct

** O'REILLY AUTOMOTIVE INC, $264.83, -3.35 pct

** GENUINE PARTS CO, $96.17, -3.58 pct

U.S. auto parts retailers down after NY Post says Amazon may start selling auto parts.

** MCDONALD'S CORP, $120.50, -1.44 pct

The operator of the world's largest fast-food chain reported a drop in U.S. comparable restaurant sales for the first time in six quarters, suggesting that the novelty of the company's popular all-day breakfast was wearing off.

** MARINUS PHARMACEUTICALS INC, $1.60, +37.50 pct

The drug developer announced preliminary positive data from its ongoing mid-stage study for the treatment of patients with CDKL5 genetic disorder.

** HALLIBURTON CO, $54.27, -3.86 pct

The world's No. 2 oilfield services provider said its revenue growth this year would meet or outpace the increase in the number of drilling rigs in North America.

** SPRINT CORP, $9.24, +3.42 pct

The U.S. wireless carrier said it would buy 33 percent of Tidal, a music streaming service owned by rapper Jay Z.

** BIOLASE INC, $1.62, +10.20 pct

The medical device maker received FDA clearance for commercial distribution of its new Epic Pro diode laser system for dentistry.

** CYNOSURE INC, $47.50, +8.32 pct

The laser maker is exploring strategic options, including a sale, amid increasing interest in the company's technology from larger global companies, Bloomberg reported on Sunday, citing sources.

** NCI INC, $12.61, -9.64 pct

The IT and professional services provider to U.S. Federal government agencies will launch an internal probe after preliminary findings revealed that an ex-controller embezzled about $18 mln over last six years. (Compiled by Diptendu Lahiri in Bengaluru)

**RF** Released: 2017-1-26T16:50:19.000Z

**CO** advpts : Advance Auto Parts Inc | atzone : AutoZone Inc | qcom : Qualcomm Incorporated | advhol : Advance Holding Corp

**IN** i353 : Motor Vehicle Parts | i64 : Retail/Wholesale | icomp : Computing | i3302 : Computers/Consumer Electronics | iaut : Automotive | itech : Technology | i34531 : Semiconductors | i6492 : Automotive Parts/Tire Stores | i654 : Specialty Stores | iindele : Industrial Electronics | iindstrls : Industrial Goods | iretail : Retail

**NS** ccat : Corporate/Industrial News

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00spd

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Halliburton**

**WC** 539 words

**PD** 23 January 2017

**ET** 13:25

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

* Eikon search string for individual stock moves: STXBZ

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

**TD**

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh

The S&P 500 was on track for its worst day this year as President Donald Trump's protectionist stance on trade sent investors scurrying for safe-haven assets on Monday.

The Dow Jones Industrial Average was down 0.31 percent at 19,766.24, the S&P 500 was down 0.39 percent at 2,262.47 and the Nasdaq Composite was down 0.19 percent at 5,544.683.

** QUALCOMM INC, $55.37, -11.94 pct

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** AUTOZONE INC, $738.69, -4.07 pct

** ADVANCE AUTO PARTS INC, $167.14, -2.54 pct

** O'REILLY AUTOMOTIVE INC, $266.01, -2.92 pct

** GENUINE PARTS CO, $96.33, -3.42 pct

Shares of U.S. auto part retailers fell sharply following a report that Amazon.com Inc had set its sights on the $50 billion do-it-yourself after-market auto parts business.

** MCDONALD'S CORP, $121.72, -0.44 pct

The company's sales at established U.S. restaurants fell for the first time in six quarters as the novelty of all-day breakfast failed to overcome competition from supermarkets and other retailers.

** MARINUS PHARMACEUTICALS INC, $1.54, +32.76 pct

The drug developer announced preliminary positive data from its ongoing mid-stage study for the treatment of patients with CDKL5 genetic disorder.

** HALLIBURTON CO, $54.37, -3.68 pct

The world's No. 2 oilfield services provider said its revenue growth this year would meet or outpace the increase in the number of drilling rigs in North America.

However, its revenue growth in North America in the latest quarter lagged the increase in rig count.

** SPRINT CORP, $9.22, +3.19 pct

The U.S. wireless carrier said it would buy 33 percent of Tidal, a music streaming service owned by rapper Jay Z, marking a move to more content driven services in a highly competitive wireless market.

** BIOLASE INC, $1.62, +10.20 pct

The medical device maker received FDA clearance for commercial distribution of its new Epic Pro diode laser system for dentistry.

** CYNOSURE INC, $47.48, +8.27 pct

The laser maker is exploring strategic options, including a sale, amid increasing interest in the company's technology from larger global companies, Bloomberg reported on Sunday, citing sources.

** NCI INC, $12.63, -9.50 pct

The IT and professional services provider to U.S. Federal government agencies will launch an internal probe after preliminary findings revealed that an ex-controller embezzled about $18 mln over last six years.

** AETNA INC, $119.77, -2.25 pct

** HUMANA INC, $201.02, +0.24 pct

A U.S. federal judge blocked the health insurer's proposed $34 billion merger with rival Humana, saying it was illegal under antitrust law.

(Compiled by Diptendu Lahiri in Bengaluru)

**RF** Released: 2017-1-26T18:25:22.000Z

**CO** advpts : Advance Auto Parts Inc | atzone : AutoZone Inc | qcom : Qualcomm Incorporated | hllbt : Halliburton Co | advhol : Advance Holding Corp

**IN** i353 : Motor Vehicle Parts | i64 : Retail/Wholesale | icomp : Computing | i3302 : Computers/Consumer Electronics | iaut : Automotive | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | i1300005 : Support Activities for Oil/Gas | i34531 : Semiconductors | i6492 : Automotive Parts/Tire Stores | i654 : Specialty Stores | iindele : Industrial Electronics | iindstrls : Industrial Goods | iretail : Retail

**NS** ccat : Corporate/Industrial News

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00vy3

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **U.S. RESEARCH ROUNDUP-CVR Refining, Metlife, Travelport Worldwide**

**WC** 2,699 words
**PD** 23 January 2017
**ET** 17:50
**SN** Reuters News
**SC** LBA
**LA** English
**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**TD**

Jan 23 (Reuters) - Wall Street securities analysts revised their ratings and price targets on several U.S.-listed companies, including Metlife and CVR Refining, on Monday.

HIGHLIGHTS
* Camden Property Trust : Barclays cuts to equal weight from overweight
* CVR Refining : Goldman Sachs raises to neutral from sell - Trader
* Metlife Inc : Deutsche Bank raises to buy from hold
* Piedmont Office Realty Trust Inc : Stifel raises to hold from sell
* Travelport Worldwide Ltd : Morgan Stanley cuts to equal weight from overweight

Following is a summary of research actions on U.S. companies reported by Reuters on Monday.
Stock entries are in alphabetical order.

* Achaogen Inc : Guggenheim initiates coverage with a buy rating, $30 target price
* ADMA Biologics Inc : Maxim Group raises to buy from hold; price target $13
* Agilent Technologies Inc : Jefferies raises target price to $55; rating buy
* Alexandria Real Estate Equities : Barclays cuts target price to $116 from $121
* Align Technology Inc : Jefferies raises target price to $110; rating buy
* Ally Financial Inc : Susquehanna starts with positive rating; $28 price target
* Alphabet Inc : BMO raises target price to $1000 from $960; rating outperform
* AMC Networks : Cowen and Company ups target to TO $60 from $54; market perform
* American International Group Inc : KBW raises target price to $80 from $77


PX333
Page 7682

* American Vanguard Corp : Roth Capital raises to buy from neutral - Trader
* Ameriprise Financial Inc : Deutsche Bank raises target price to $127 from $120
* Anadarko Petroleum : Barclays raises target price to $62 from $60; equal weight
* Anthem Inc : Citigroup raises target price to $172 from $151
* Apartment Investment and Management Co : Barclays cuts target to $47 from $49
* Applied Materials Inc : Deutsche Bank raises target price to $36 from $33
* Arch Coal Inc : FBR raises target price to $110 from $95
* AstraZeneca Plc : Leerink cuts target price to $32 from $34
* Avalonbay Communities Inc : Barclays cuts target price to $167 from $178
* Bank of Hawaii : Compass Point raises price target to $81 from $80;rating neutral
* Bank of Hawaii : Sandler O'Neill cuts price target by $4 to $90; rating hold
* Bank of Marin Bancorp :D.A. Davidson raises price target to $70 from $68;neutral
* BB&T Corp : Bernstein raises target price to $47 from $46
* Biomarin Pharmaceutical : Credit Suisse assumes coverage with $107 target price
* Biomarin Pharmaceutical : Credit Suisse assumes coverage with outperform rating
* Biospecifics Technologies : Rodman & Renshaw raises target to $72 from $63
* Boston Properties Inc : Barclays cuts target price to $135 from $143
* Brandywine Realty Trust : Barclays cuts target price to $15 from $16
* Bristol-Myers Squibb Co : JP Morgan cuts target price to $66 from $70;overweight
* Bristol-Myers Squibb Co : Leerink cuts target price to $62 from $71
* Brixmor Property Group Inc : Barclays cuts target price to $24 from $28
* Bruker Corp : Jefferies cuts target price to $28; rating buy
* Bryn Mawr Bank Corp : KBW raises target price to $41 from $39
* Cabot Oil & Gas Corp : Barclays raises target price to $25 from $22
* Cabot Oil & Gas Corp : Barclays raises to overweight from equal weight
* Camden Property Trust : Barclays cuts target price to $83 from $89
* Camden Property Trust : Barclays cuts to equal weight from overweight
* Campbell Soup Co : Stifel raises target price to $62 from $56
* Carolina Financial Corp : KBW raises target price to $33 from $30
* CBL & Associates Properties : Barclays cuts target price to $10 from $13
* CBL & Associates Properties :Goldman Sachs cuts target to $10.50 from $12;neutral
* Cenovus Energy Inc : Goldman Sachs cuts to sell - Trader
* Chicago Bridge & Iron Company NV : Citigroup raises target price to $36 from $30
* Chubb Ltd : JMP raises target price to $145 from $140
* Cigna Corp : Citigroup raises target price to $163 from $139
* Citizens Financial Group : Goldman Sachs cuts target price to $42 from $43; buy

© 2023 Factiva, Inc. All rights reserved.

* Citizens Financial Group Inc : Bernstein cuts target price to $35 from $36
* Citizens Financial Group Inc : KBW raises target price to $39 from $38.5
* Citizens Financial Group Inc : Wedbush raises target price to $37 from $35
* City Office REIT Inc : Deutsche Bank cuts price target to $14.00 from $15.50
* Clovis Oncology Inc : Stifel raises target price to $86 from $52
* CNO Financial Group Inc : Deutsche Bank raises target price to $19 from $18
* Colucid Pharmaceuticals Inc : Barclays cuts to equal weight from overweight
* Columbus Mckinnon : Seaport Global Securities raises target to $30 from $24
* Columbus Mckinnon : Seaport Global Securities raises to buy from neutral
* Community Bank System : Sandler O'Neill cuts price target to $53; rating sell
* Community Financial : KBW raises target price to $30 from $28; market perform
* County Bancorp Inc : Maxim raises target price to $30 from $28
* Credit Acceptance : Susquehanna starts with neutral rating; $226 price target
* CRH Medical : Canaccord Genuity raises target price to $7 from $5.50; buy
* CSX Corp : BMO raises target price to $55 from $38
* CSX Corp : BMO raises to outperform from market perform
* CVR Refining : Goldman Sachs raises to neutral from sell - Trader
* CVR Refining LP : Goldman Sachs raises target price to $12 from $7
* Cytosorbents Corp : Maxim Group raises price target to $10 from $8; rating buy
* Deckers Outdoor Corp : Telsey Advisory Group raises target price to $74 from $72
* Dentsply Sirona Inc : Jefferies cuts target price to $68; rating buy
* Diana Shipping Inc : Jefferies raises price target to $3.50; rating hold
* Digital Realty Trust Inc : Barclays cuts target price to $110 from $118
* Dish Network Corp : Morgan Stanley raises to overweight rating
* Douglas Emmett Inc : Barclays cuts target price to $32 from $35
* Dow Chemical Co : Susquehanna raises target price to $68 from $66; positive
* DSP Group Inc : Wunderlich cuts target price to $13 from $14
* DSW Inc : Telsey Advisory Group cuts target price to $24 from $26
* DU Pont : Susquehanna raises target price to $88 from $84; rating positive
* Duke Realty Corp : Barclays cuts target price to $25 from $26
* Dupont Fabros Technology Inc : Barclays cuts target price to $50 from $52
* Equity Residential : Barclays cuts target price to $61 from $66
* Essex Property Trust Inc : Barclays raises target price to $255 from $232
* Essex Property Trust Inc : Barclays raises to overweight from equal weight
* Ferroglobe Plc : B.Riley cuts target price to $14 from $14.25; rating buy
* First Financial Bancorp : KBW raises target price to $27 from $25

 © 2023 Factiva, Inc. All rights reserved.

* Flowserve Corp : Seaport Global Securities raises target price to $60 from $48
* Flowserve Corp : Seaport Global Securities raises to buy from neutral
* FMC Corp : Seaport Global Securities cuts to neutral from accumulate
* Foot Locker Inc : Telsey Advisory Group cuts target price to $85 from $88
* Genco Shipping & Trading Ltd : Jefferies raises price target to $13.00; buy
* General Electric Co : Credit Suisse cuts target price to $34 from $35; outperform
* General Electric Co : UBS cuts target price to $35 from $36
* General Growth Properties Inc : Barclays cuts target price to $25 from $30
* GrubHub Inc : Craig Hallum starts with hold; target price $41
* Halliburton Co : Credit Suisse cuts price target to $60 from $62; outperform
* Halliburton Co : Evercore ISI raises price target to $65 from $60; rating buy
* HB Fuller Co : JP Morgan cuts target price to $47 from $49
* Healthequity : Keybanc Capital Markets starts with overweight rating;target $60
* Hudson Pacific Properties Inc : Barclays cuts target price to $38 from $39
* Humana Inc : Credit Suisse cuts price target to $208 from $222; rating outperform
* Huntsman Corp : UBS raises target price to $24 from $19
* Incyte Corp : Credit Suisse assumes coverage with outperform; $137 target PRICE
* Independence Realty Trust : Deutsche Bank raises target to $8.00 from $7.50
* Independent Bank Corp : KBW raises target price to $72 from $70
* Ionis Pharmaceuticals Inc : Janney cuts fair value to $42 from $49;rating neutral
* Jones Lang LaSalle Inc : Barclays cuts target price to $119 from $125
* Juniper Networks Inc : JP Morgan raises target price to $32 from $28
* Kansas City Southern : Seaport Global Securities cuts from accumulate to neutral
* KBR Inc : Citigroup raises target price to $18 from $16
* Kimco Realty Corp : Barclays cuts target price to $27 from $32
* Kirby Corp : Credit Suisse raises target price to $58 from $51; rating neutral
* Kirby Corp : Jefferies raises price target to $75.00; rating buy
* Kite Realty Group Trust : Barclays cuts target price to $25 from $31
* Kla-Tencor Corp : Deutsche Bank raises target price to $78 from $75
* Lam Research Corp : DA Davidson raises price target to $140 from $125
* Lam Research Corp : Deutsche Bank raises target price to $125 from $115
* Lexington Realty Trust : Barclays cuts target price to $10 from $11
* Lexington Realty Trust : Barclays cuts to underweight from equal weight
* Liberty Global : Morgan Stanley resumes with equal weight rating; $39 target
* Liberty Siriusxm : Morgan Stanley cuts to equal weight rating

 © 2023 Factiva, Inc. All rights reserved.

* Lincoln National Corp : Deutsche Bank raises target price to $69 from $66
* Lonestar Resources US Inc : Johnson Rice starts with buy; target price $7.20
* M&T Bank Corp : JP Morgan raises target price to $180 from $170
* Macerich Co : Barclays cuts target price to $69 from $83
* Mack-Cali Realty Corp : Barclays cuts target price to $27 from $28
* Maiden Holdings Ltd : JMP raises target price to $19 from $18
* Marathon Petroleum Corp : Jefferies cuts target price to $61; rating buy
* Mastec Inc : Citigroup raises target price to $38 from $32
* Matador Resources Co : Raymond James starts with outperform rating; target $31
* McDermott International Inc : Citigroup raises target price to $8 from $6
* Merck & Co Inc : Leerink raises target price to $69 from $65
* Metlife Inc : Deutsche Bank raises target price to $65 from $57
* Metlife Inc : Deutsche Bank raises to buy from hold
* Molson Coors Brewing Co : Credit Suisse initiates coverage with neutral rating
* Molson Coors Brewing Co : Credit Suisse initiates coverage with target price $106
* Motorola Solutions Inc : MKM Partners raises fair value to $75 from $72; neutral
* Natera Inc : Benchmark cuts target price to $16 from $20
* Natera Inc : Benchmark cuts target price to $16 from $20
* Nike Inc : Telsey Advisory Group raises target price to $66 from $65
* NRG Yield Inc : Citigroup raises target price to $20 from $19
* OM Asset Management Plc : Sandler O'Neill resumes with hold; target price $15.50
* Patriot National Inc : JMP cuts target price to $9 from $10
* Pennsylvania REIT : Barclays cuts target price to $16 from $20
* Perrigo Company Plc : Jefferies cuts target price to $70 from $84; rating hold
* Perrigo Company Plc : Leerink cuts price target to $78 from $87; market perform
* Philip Morris International Inc : Barclays cuts target price to $103 from $106
* Piedmont Office Realty Trust Inc : Stifel raises target price to $20.50 from $18
* Piedmont Office Realty Trust Inc : Stifel raises to hold from sell
* PNC Financial Services Group Inc : Instinet raises target price to $121 from $116
* PPG Industries Inc : JP Morgan cuts target price to $105 from $110
* Preferred Bank : FBR raises target price to $65 from $60; rating outperform
* Principal Financial Group Inc : Deutsche Bank raises target price to $58 from $54
* Proassurance Corp : JMP raises target price to $60 from $57
* Procter & Gamble Co : Morgan Stanley raises target to $90 from $88; equal-weight
* Procter & Gamble Co : UBS raises target price to $96 from $94
* Prologis Inc : Barclays cuts target price to $54 from $58
* PTC Inc : Berenberg raises target price to $66 from $50; rating buy
* Public Storage : Barclays cuts target price to $215 from $230
* Qualcomm Inc : Bernstein cuts target price to $65 from $80
* Qualcomm Inc : Instinet cuts target price to $70 from $80
* Qualcomm Inc : Instinet cuts to neutral from buy

* Quanta Services Inc : Citigroup raises target price to $37 from $31
* Regions Financial Corp : Bernstein raises target price to $15 from $14
* Regions Financial Corp : Compass Point cuts to neutral from buy
* Regions Financial Corp : Compass Point raises target price to $15 from $14.50
* Reinsurance Group of America : Deutsche Bank ups target price to $127 from $121
* Rockwell Automation Inc : Deutsche Bank raises target price to $173 from $126
* Rockwell Collins Inc : Canaccord Genuity raises target to $90 from $88; hold
* Rockwell Collins Inc : Seaport Global Securities raises to buy from neutral
* Santander Consumer USA : Susquehanna initiates coverage with $14 price target
* Santander Consumer USA : Susquehanna initiates coverage with a neutral rating
* Scana Corp : UBS raises target price to $75 from $73
* Schlumberger NV : Deutsche Bank cuts target price to $101 from $113
* Schlumberger NV : Loop Capital Markets raises target price to $97 from $91
* Schlumberger NV : Susquehanna raises target price to $100 from $96
* Schlumberger NV : UBS raises target price to $105 from $100
* Scorpio Bulkers Inc : Jefferies raises price target to $9.00; rating buy
* Selective Insurance Group Inc : Sandler O'Neill starts with hold; target $44
* Sierra Bancorp : D.A. Davidson raises price target to $29 from $25;rating neutral
* Sierra Bancorp : Sandler O'Neill raises price target by $1 to $28; rating hold
* Sierra Wireless Inc : Raymond James raises target price to $20 from $16
* Sierra Wireless Inc : Raymond James raises to outperform from market perform
* Simon Property Group Inc : Barclays cuts target price to $202 from $247
* Skyworks Solutions Inc : Citigroup raises target price to $68 from $64
* SL Green Realty Corp : Barclays cuts target price to $103 from $107
* Southwestern Energy Co : Barclays raises to equal weight from underweight
* Star Bulk Carriers Corp : Jefferies raises price target to $11.00; rating buy
* State National Companies Inc : JMP raises target price to $16 from $14
* Steven Madden Ltd : Telsey Advisory Group raises target price to $40 from $38
* SunTrust Banks Inc : Bernstein raises target price to $60 from $57
* SunTrust Banks Inc : BMO cuts target price to $63 from $65
* SunTrust Banks Inc : Instinet raises target price to $58 from $56
* SunTrust Banks Inc : Morgan Stanley raises target price to $3.82 from $3.71
* SunTrust Banks Inc : Wedbush raises target price to $58 from $55
* Synchrony Financial : Compass Point raises price target to $42; rating buy
* Synchrony Financial : JMP raises target price to $41 from $37

 © 2023 Factiva, Inc. All rights reserved.

* Synchrony Financial : KBW raises target price to $44 from $40
* Synchrony Financial : Morgan Stanley raises target price to $3.15 from $3.14
* T2 Biosystems Inc : Cantor cuts target price to $7 from $9
* Teekay Corp : Jefferies raises price target to $8.50; rating hold
* Teradyne Inc : Deutsche Bank raises target price to $28.00 from $25
* Teva Pharmaceutical : Credit Suisse cuts target price to $41 from $45;outperform
* Thermo Fisher Scientific Inc : Goldman Sachs cuts target price to $162 from $168
* Thermo Fisher Scientific Inc : Jefferies cuts target price to $160; rating hold
* Tim Participacoes : Morgan Stanley raises price target to $16.40 from $14.90
* Tim Participacoes : Morgan Stanley raises to overweight from equal weight
* Torchmark Corp : Deutsche Bank raises target price to $69 from $60
* Travelport Worldwide Ltd : Morgan Stanley cuts to equal weight from overweight
* UDR Inc : Barclays cuts target price to $35 from $37
* Under Armour Inc : Instinet cuts target price to $27 from $31
* Under Armour Inc : Telsey Advisory Group cuts target price to $34 from $35
* Validus Holdings Ltd : JMP raises target price to $62 from $60
* Varian Medical Systems : RBC raises target price to $93 from $91; sector perform
* Ventas Inc : Deutsche Bank cuts price target to $58 from $60
* Verizon Communications : Wells Fargo cuts to market perform from outperform-Trader
* Vornado Realty Trust : Barclays cuts target price to $101 from $103
* Voya Financial Inc : Deutsche Bank raises target price to $48 from $45
* VWR Corp : Jefferies cuts target price to $31; rating buy
* Wal Mart Stores : Morgan Stanley cuts target price to $70 from $74; equal-weight
* Westamerica Bancorp : BMO cuts price target by $3 to $49
* Williams Companies Inc : Jefferies raises to buy; raises target price to $33
* Williams Partners LP : BMO raises to outperform; target price to $47
* Williams Partners LP : Jefferies raises target price to $42; rating hold
* Wolverine World Wide : Telsey Advisory Group ups target price to $25 from $24
* Workiva Inc : Morgan Stanley cuts target price to $16 from $21
* Workiva Inc : Morgan Stanley cuts to equal weight from overweight
* Xilinx Inc : Deutsche Bank raises target price to $55 from $49
* Yahoo Inc : CFRA Research cuts to hold from buy
* 1st Source Corp : KBW raises target price to $42 from $39

(Compiled by Bengaluru Newsroom)

**RF** Released: 2017-1-26T22:50:36.000Z

**CO** achaog : Achaogen, Inc. | camdpr : Camden Property Trust | ctdiss : Travelport Limited | wreiti : Piedmont Office Realty Trust Inc. | deut : Deutsche Bank AG | qcom : Qualcomm Incorporated | simpo : Simon Property Group Inc | sk : Credit Suisse Group AG | blgrou : The Blackstone Group LP

| | |
|---|---|
| **IN** | ibnk : Banking/Credit \| i257 : Pharmaceuticals \| i951 : Health Care/Life Sciences \| ifinal : Financial Services \| i34531 : Semiconductors \| i77001 : Travel Agencies \| i814 : Banking \| i81502 : Trusts/Funds/Financial Vehicles \| i8150206 : Closed-end Funds/Investment Trusts \| i815020602 : Real Estate Investment Trusts \| icre : Real Estate/Construction \| iibnk : Integrated Banks \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iinv : Investing/Securities \| ilea : Leisure/Arts/Hospitality \| iphddd : Drug Discovery/Development \| ireest : Real Estate \| itech : Technology \| itourm : Tourism |
| **NS** | c1521 : Analysts' Comments/Recommendations \| ntab : Tables \| c15 : Financial Performance \| c152 : Earnings Projections \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170123ed1n00b1a |

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

**HD** **Cynosure soars on deal talk; Qualcomm slumps on Apple suit**

**CR** AP

**WC** 244 words

**PD** 23 January 2017

**ET** 16:45

**SN** The Canadian Press

**SC** CPR

**LA** English

**CY** (c) 2017 The Canadian Press. All rights reserved.

**LP**

NEW YORK _ Stocks that moved substantially or traded heavily Monday:

Kate Spade & Co., up 64 cents to $18.40

**TD**

Bloomberg News reported that the handbag maker has attracted takeover interest from Coach, Michael Kors and international companies.

Qualcomm Inc., down $8 to $54.88

Apple is suing the maker of semiconductors, one of its major suppliers, for $1 billion in a patent fight.

Sprint Corp., up 25 cents to $9.18

The mobile phone carrier is buying a 33 per cent stake in Tidal, the music streaming service owned by artists including Jay-Z.

Halliburton Co., down $1.65 to $54.80

The oilfield service company warned of weaker demand in markets outside North America and its revenue missed forecasts.

McDonald's Corp., down 88 cents to $121.38

The world's biggest hamburger chain reported a fourth-quarter drop in sales at established U.S. locations.

United Continental Holdings Inc., down $2.49 to $72.75

Six of the airline's flights were cancelled and 200 more were delayed Sunday because of a computer problem.

Cynosure Inc., up $2.90 to $46.75

The maker of medical lasers is considering a sale or other kind of deal, Bloomberg News reported.

Yahoo Inc., up 35 cents to $42.40

The Securities and Exchange Commission is investigating whether two massive data breaches should have been reported sooner to investors, The Wall Street Journal reported.

**RF** 20170123CPCPB0415

**CO** bigmac : McDonald's Corporation | hllbt : Halliburton Co | lizc : Kate Spade & Company | qcom : Qualcomm Incorporated | ual : United Continental Holdings, Inc. | cochic : Coach Inc

| | |
|---|---|
| **IN** | i1 : Energy \| i13 : Crude Oil/Natural Gas Upstream Operations \| i1300005 : Support Activities for Oil/Gas \| i34531 : Semiconductors \| i453 : Clothing \| i66 : Hotels/Restaurants \| i661 : Restaurants/Cafes/Fast Food Places \| i6612 : Limited-service Eating Places \| i75 : Airlines \| i7501 : Scheduled Passenger Airlines \| iairtr : Air Transport \| iclt : Clothing/Textiles \| icnp : Consumer Goods \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| ilea : Leisure/Arts/Hospitality \| itech : Technology \| itsp : Transportation/Logistics |
| **NS** | nnam : News Agency Materials \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | B |
| **PUB** | The Canadian Press |
| **AN** | Document CPR0000020170124ed1n0006u |

 © 2023 Factiva, Inc. All rights reserved.

AP

**HD** **Cynosure soars on deal talk; Qualcomm slumps on Apple suit**

**WC** 242 words
**PD** 23 January 2017
**ET** 16:44
**SN** Associated Press Newswires
**SC** APRS
**LA** English
**CY** (c) 2017. The Associated Press. All Rights Reserved.

**LP**

NEW YORK (AP) — Stocks that moved substantially or traded heavily Monday:

Kate Spade & Co., up 64 cents to $18.40

**TD**

Bloomberg News reported that the handbag maker has attracted takeover interest from Coach, Michael Kors and international companies.

Qualcomm Inc., down $8 to $54.88

Apple is suing the maker of semiconductors, one of its major suppliers, for $1 billion in a patent fight.

Sprint Corp., up 25 cents to $9.18

The mobile phone carrier is buying a 33 percent stake in Tidal, the music streaming service owned by artists including Jay-Z.

Halliburton Co., down $1.65 to $54.80

The oilfield service company warned of weaker demand in markets outside North America and its revenue missed forecasts.

McDonald's Corp., down 88 cents to $121.38

The world's biggest hamburger chain reported a fourth-quarter drop in sales at established U.S. locations.

United Continental Holdings Inc., down $2.49 to $72.75

Six of the airline's flights were canceled and 200 more were delayed Sunday because of a computer problem.

Cynosure Inc., up $2.90 to $46.75

The maker of medical lasers is considering a sale or other kind of deal, Bloomberg News reported.

Yahoo Inc., up 35 cents to $42.40

The Securities and Exchange Commission is investigating whether two massive data breaches should have been reported sooner to investors, The Wall Street Journal reported.

**CO** bigmac : McDonald's Corporation | hllbt : Halliburton Co | lizc : Kate Spade & Company | qcom : Qualcomm Incorporated | ual : United Continental Holdings, Inc. | cochic : Coach Inc

**IN** i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | i1300005 : Support Activities for Oil/Gas | i34531 : Semiconductors | i453 : Clothing | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | i75 : Airlines | i7501 : Scheduled Passenger Airlines | iairtr : Air

Transport | iclt : Clothing/Textiles | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilea : Leisure/Arts/Hospitality | itech : Technology | itsp : Transportation/Logistics

**NS** gcrim : Crime/Legal Action | gcat : Political/General News

**RE** usa : United States | namz : North America

**IPD** Financial Markets

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020170123ed1n00adl

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Cut to Underperform From Buy by CLSA** |
| WC | 27 words |
| PD | 23 January 2017 |
| ET | 10:09 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |
| LP | |

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

(END) Dow Jones Newswires

| | |
|---|---|
| TD | |

23-01-17 1509GMT

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020170123ed1n000cg |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Cut to Neutral From Buy by Nomura** |
| WC | 27 words |
| PD | 23 January 2017 |
| ET | 06:12 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |

LP

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

(END) Dow Jones Newswires

TD

23-01-17 1112GMT

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020170123ed1n0009u |

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Cut to Underperform From Buy by CLSA** |
| WC | 32 words |
| PD | 23 January 2017 |
| ET | 09:28 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |
| LP | |

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

(END) Dow Jones Newswires

| | |
|---|---|
| TD | |

January 23, 2017 09:28 ET (14:28 GMT)

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| PUB | Dow Jones & Company, Inc. |
| AN | Document DJDN000020170123ed1n002gq |

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm , Yahoo , Morgan Stanley ,**

**WC** 344 words

**PD** 23 January 2017

**ET** 07:53

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

* Eikon search string for individual stock moves: STXBZ

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

**TD**

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh U.S. stock index futures slipped on Monday as investors around the world sought safe-haven assets such as gold and U.S. Treasuries in response to the protectionist sentiments expressed by President Donald Trump in his inauguration speech.

Dow Jones Industrial Average futures were down 0.11 percent at 19,724, S&P 500 futures were down 0.21 percent at 2,261.25 and Nasdaq 100 futures were down 0.22 percent at 5,047.

** APPLE INC , Friday close $120.00, -0.25 pct premarket

** QUALCOMM INC , Friday close $62.88, -2.91 pct premarket

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** HALLIBURTON CO , Friday close $56.45, -0.80 pct premarket

The world's No. 2 oilfield services provider warned of weakness in markets outside of North America, echoing comments made by larger rival Schlumberger last week.

** YAHOO INC , Friday close $42.05, -0.40 pct premarket

The U.S. Securities and Exchange Commission is investigating a previously disclosed data breach at Yahoo , the company said in a filing.

** JOHNSON & JOHNSON , Friday close $114.15, +0.63 pct premarket

A blow to Actelion 's Opsumit drug in a test is unlikely to have an impact on talks over a strategic deal with Johnson & Johnson , analysts said, as the Swiss drugmaker's shares shook off the news.

** MORGAN STANLEY , Friday close $42.59, -1.39 pct premarket

** CITIGROUP INC , Friday close $56.11, -0.12 pct premarket

Morgan Stanley and Citigroup have identified many of the roles that will need to be moved from Britain following its exit from the European Union , sources involved in the processes told Reuters. (Compiled by Diptendu Lahiri)

**RF** Released: 2017-1-26T12:53:15.000Z

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated \| dwitd : Morgan Stanley |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| i814 : Banking \| i831 : Financial Investments \| i83101 : Investment Banking \| ibnk : Banking/Credit \| ifinal : Financial Services \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iinv : Investing/Securities |
| **NS** | c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Reuters News & Media Inc. |
| **AN** | Document LBA0000020170123ed1n00kg5 |

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 01/20/2017 to 01/23/2017 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 110 |
| Timestamp | 26 May 2023 14:19 |

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Incorporated**

**Appendix 11 – News Stories (New Terms List)**

**01.20.2017-01.23.2017**

DOW JONES

Glancy Prongay & Murray LLP Commences Investigation on Behalf of Qualcomm Incorporated Investors .................5

IMPORTANT INVESTOR ALERT: Goldberg Law PC Announces an Investigation of QUALCOMM Incorporated and Advises Investors with Losses to Contact the Firm .......................................7

*Apple Says It Is Suing Qualcomm Over Licensing Practices.......................................9

Apple Sues Qualcomm Over Licensing Practices.......................................11

Apple sues Qualcomm for $1 billion; Apple suit claims Qualcomm sought ‘onerous’ terms in chip deal......................13

Apple Sues Qualcomm Over Licensing Practices.......................................15

Qualcomm Sued by Apple over ‘Punishment' Tactics, Say Bloomberg, WSJ.......................................17

Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk .......................................18

Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk .......................................19

Apple Suit Ups Pressure on Qualcomm -- Market Talk.......................................22

Apple Suit Ups Pressure on Qualcomm -- Market Talk.......................................23

Apple files $1bn lawsuit against Qualcomm.......................................26

GE's Elephant in the Room: When Will Immelt Go? -- Market Talk .......................................27

Disney ABC/TV Group Names New CFO -- Market Talk .......................................30

BRIEF-Apple sues Qualcomm for roughly $1 bln over royalties - CNBC.......................................33

News Highlights: Top Company News of the Day.......................................34

Apple files $1 billion lawsuit against chip supplier Qualcomm .......................................36

Apple sues chipmaker Qualcomm for abusing monopoly .......................................37

News Highlights: Top Company News of the Day.......................................39

Tech Sector Rises on Economic Outlook -- Technology Roundup .......................................41

Apple antitrust suit: Qualcomm overcharged 'billions' .......................................42

Apple sues Qualcomm over royalty rebates, other patent issues .......................................44

Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk .......................................46

Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk .......................................47

RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk .......................................50

Apple Sues Qualcomm Over Licensing Practices -- Update.......................................53

Apple Sues Qualcomm Over Licensing Practices.......................................55

Apple Sues Qualcomm Over Licensing Practices -- Update.......................................57

Apple sues smartphone chip-maker Qualcomm and claims they were overcharged 'billions' by the monopoly...........59

Apple Seeks $1 Billion in Withheld Rebate Payments From Qualcomm .......................................61

 © 2023 Factiva, Inc. All rights reserved.

Apple: Qualcomm Withheld Rebate Payments After Apple Assisted in Korean Regulatory Case....62
Apple Says It Is Suing Qualcomm Over Licensing Practices....63
Apple Alleges Qualcomm Demanded Onerous Licensing Terms for Smartphone Chips....64
RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk....65
News Highlights: Top Company News of the Day....66
Apple: Suit Against Qualcomm Could Help Profit Margin, Says RBC....68
News Highlights: Top Company News of the Day....69
Morgan Stanley Doesn't Think eBay Ad Campaign Made a Difference -- Market Talk....71
Morgan Says Ebay Needs to Watch Out for Competitors -- Market Talk....74
Apple Adds to Qualcomm’s Troubles, Filing Lawsuit Over Rebates....77
Qualcomm Comments on Apple Complaint....80
Apple Sues Qualcomm Over Licensing Practices -- 2nd Update....82
Apple files $1 billion lawsuit against chip supplier Qualcomm....84
Apple Sues Qualcomm Over Licensing Practices -- 2nd Update....86
Apple antitrust suit: Qualcomm overcharged 'billions'....88
Qualcomm Says Apple ‘Encouraging Regulatory Attacks'....90
UPDATE 4-Apple files $1 billion lawsuit against chip supplier Qualcomm....91
BRIEF-Qualcomm terms Apple's claims on lawsuit "baseless"....93
Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk....94
Apple sues Qualcomm for $1bn for abusing its monopoly position....95
Digest....97
Apple sues Qualcomm over patent royalties, antitrust case....99
Apple Sues Qualcomm Over Chips -- WSJ....100
Apple Sues Qualcomm Over Chips -- WSJ....102
Apple Adds to Qualcomm's Troubles, Filing a Lawsuit Over Rebates....104
DJ QUALCOMM Incorporated, Inst Holders, 4Q 2016 (QCOM)....107
BUSINESS BEAT; Apple lawsuit seeks $1 billion from Qualcomm....109
Factory Mutual Insurance Co. Sells 80,000 Shares of Qualcomm Inc.....111
Apple depicts Qualcomm as a shady monopolist in $1B lawsuit....113
in other news....115
Apple challenges Qualcomm; with $1b suit over royalties; Legal battle in S.D. follows FTC's action over alleged unfair patent licensing....116
Qualcomm Issues Statement On Apple Complaint....118
Apple suing Qualcomm for $1 billion over unfair royalties....119

 © 2023 Factiva, Inc. All rights reserved.

Apple Sues Qualcomm Over Licensing Practices; Apple alleges Qualcomm sought onerous terms for technology; Apple had cooperated in Kore... 121

Apple depicts Qualcomm as a shady monopolist in $1B lawsuit 124

Qualcomm Comments on Apple Complaint 126

Global Equities Roundup: Market Talk 127

Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk 130

Business News: Apple Sues Qualcomm Over Chips --- iPhone maker says component supplier unfairly leveraged its monopoly position 133

Apple files $1-B lawsuit vs chip supplier Qualcomm 135

Apple in $1bn lawsuit 137

Apple's lawsuit tests Qualcomm business model 138

Apple Files $1 Bln Lawsuit Against Qualcomm 141

Apple Sues Qualcomm Over Licensing 143

Apple Hits Qualcomm With Licensing Suit 145

Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk 147

Qualcomm Cut to Neutral From Buy by Nomura 148

Nokia may soon launch a phone with Qualcomm's latest 835 Snapdragon processor 149

Tech Today: Qualcomm's Apple Risk, Apple's iPhone Risk, Twilio, Oracle Prospects 151

Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk 152

Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk 153

Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk 156

QUALCOMM NOTIFICATION: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $250,000 Investing In QUALCOMM, Inc. To Contact The Firm 157

Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk 159

Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk 162

Pay-TV Revenues Grow Despite Cord-cutting -- Market Talk 163

Qualcomm: Instinet Cuts to Hold as NXP Buy Now Faces Delays 166

Qualcomm dives as $1bn Apple lawsuit prompts downgrade 167

Qualcomm Plunges: Bad News When Your Top Customer Sues You, Says Bernstein 169

Qualcomm: Apple Suit May Not Do Much, History Shows, Says Morgan Stanley 170

Apple Takes a Bite Out of Qualcomm -- Heard on the Street 171

QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations 173

Press Release: QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations 175

The Biggest Loser: Qualcomm Tumbles -- Barron's Blog 178

 © 2023 Factiva, Inc. All rights reserved.

The Biggest Loser: Qualcomm Tumbles 13% ........ 180

The Biggest Loser: Qualcomm Tumbles 13% -- Barron's Blog ........ 181

SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims on Behalf of Investors of Qualcomm Incorporated - QCOM ........ 183

5G ‘will benefit entire societies’ ........ 184

Apple Takes a Bite Out of Qualcomm; Timing of lawsuit throws completion of NXP Semiconductors deal into question, along with future royalties ........ 186

BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Halliburton, Marinus Pharma ........ 188

 © 2023 Factiva, Inc. All rights reserved.

HD **Glancy Prongay & Murray LLP Commences Investigation on Behalf of Qualcomm Incorporated Investors**

WC 273 words
PD 20 January 2017
ET 10:30
SN Business Wire
SC BWR
LA English
CY (c) 2017 Business Wire. All Rights Reserved.

LP

LOS ANGELES--(BUSINESS WIRE)--January 20, 2017--
Glancy Prongay & Murray LLP ("GPM") announces an investigation on behalf of Qualcomm Incorporated ("Qualcomm" or the "Company") (NASDAQ: QCOM) investors concerning the Company and its officers' possible violations of federal securities laws.

TD

On January 17, 2017, Bloomberg reported that U.S. antitrust officials were preparing a lawsuit against Qualcomm for allegedly utilizing unfair practices and creating a monopoly over the processing chips used in cellphones. The government's allegations allegedly pertain to licensing agreements Qualcomm entered into with Apple, Inc. to exclusively supply chips for Apple, Inc. phones.

On this news, shares of Qualcomm fell over 4% on January 17, 2016.

If you purchased Qualcomm, have information or would like to learn more about these claims, or have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at http://www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com: http://www.businesswire.com/news/home/20170120005108/en/

CONTACT:
Glancy Prongay & Murray LLP, Los Angeles/New York
Lesley Portnoy, 310-201-9150 or 888-773-9224

shareholders@glancylaw.com

www.glancylaw.com

SOURCE:
Glancy Prongay & Murray LLP
Copyright Business Wire 2017

(END)

**CO** gbiagl : Glancy Prongay & Murray LLP | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i835 : Legal Services | ibcs : Business/Consumer Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Business Wire, Inc.

**AN** Document BWR0000020170120ed1k0005u

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| HD | **IMPORTANT INVESTOR ALERT: Goldberg Law PC Announces an Investigation of QUALCOMM Incorporated and Advises Investors with Losses to Contact the Firm** |
| WC | 325 words |
| PD | 20 January 2017 |
| ET | 13:23 |
| SN | Business Wire |
| SC | BWR |
| LA | English |
| CY | (c) 2017 Business Wire. All Rights Reserved. |

**LP**

LOS ANGELES--(BUSINESS WIRE)--January 20, 2017--
Goldberg Law PC, a national shareholder rights litigation firm, announces that it is investigating QUALCOMM Incorporated ("QUALCOMM" or the "Company") (Nasdaq: QCOM) concerning possible violations of federal securities laws.

**TD**

If you purchased or otherwise acquired QUALCOMM shares and would like more information regarding the investigation, we encourage you to click here, or contact Michael Goldberg or Brian Schall, of Goldberg Law PC, 1999 Avenue of the Stars Suite 1100, Los Angeles, CA 90067, at 800-977-7401, to discuss your rights without cost to you. You can also reach us through the firm's website at http://www.Goldberglawpc.com, or by email at info@goldberglawpc.com.

On January 17, 2017, Bloomberg revealed that U.S. antitrust officials were organizing a lawsuit against QUALCOMM for allegedly participating in unfair practices and gaining a monopoly over the processing chips used in cellphones.

These allegations regard licensing agreements between QUALCOMM and Apple, Inc. to solely supply chips for Apple, Inc. phones.

When this information was released to the public, the value of QUALCOMM stock fell sharply, causing investors harm.

If you have any questions concerning your legal rights, please immediately contact Goldberg Law PC at 800-977-7401, or visit our website at http://www.Goldberglawpc.com, or email us at info@goldberglawpc.com.

Goldberg Law PC represents shareholders around the world and specializes in securities class actions and shareholder rights litigation.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com: http://www.businesswire.com/news/home/20170120005523/en/

CONTACT: Goldberg Law PC, Los Angeles
Michael Goldberg, Esq., 800-977-7401

Brian Schall, Esq., 800-977-7401

info@goldberglawpc.com

http://www.Goldberglawpc.com

SOURCE: Goldberg Law PC
Copyright Business Wire 2017

(END)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Business Wire, Inc.

**AN** Document BWR0000020170120ed1k0007s

DOW JONES NEWSWIRES

**HD** ***Apple Says It Is Suing Qualcomm Over Licensing Practices**

**WC** 502 words

**PD** 20 January 2017

**ET** 15:39

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

20 Jan 2017 15:39 ET *Apple Alleges Qualcomm Demanded Onerous Licensing Terms for Smartphone Chips

20 Jan 2017 15:39 ET *Apple: Qualcomm Withheld Rebate Payments After Apple Assisted in Korean Regulatory Case

**TD**

20 Jan 2017 15:39 ET *Apple Seeks $1 Billion in Withheld Rebate Payments From Qualcomm

20 Jan 2017 15:41 ET Apple Sues Qualcomm Over Licensing Practices

By Tripp Mickle

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

The suit, which Apple said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices -- a decision Qualcomm also vowed to fight.

Apple's suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

That suit highlighted Qualcomm's dealings with Apple.

Qualcomm said earlier this week that it will fight the FTC's suit, which it says is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.



PX333

Page 7708

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

In a statement, Apple said, "We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 15:41 ET (20:41 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k00410

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Apple Sues Qualcomm Over Licensing Practices**

BY By Tripp Mickle

WC 432 words

PD 20 January 2017

ET 15:52

SN Dow Jones Newswires Chinese (English)

SC RTNW

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

The suit, which Apple said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices -- a decision Qualcomm also vowed to fight.

Apple's suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

That suit highlighted Qualcomm's dealings with Apple.

Qualcomm said earlier this week that it will fight the FTC's suit, which it says is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

In a statement, Apple said, "We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

20-01-17 2052GMT

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170120ed1k000jr

 © 2023 Factiva, Inc. All rights reserved.

MarketWatch

**CLM** The Wall Street Journal

**SE** News & Commentary

**HD** **Apple sues Qualcomm for $1 billion; Apple suit claims Qualcomm sought 'onerous' terms in chip deal**

**BY** Tripp Mickle

**WC** 338 words

**PD** 20 January 2017

**ET** 15:55

**SN** MarketWatch

**SC** MRKWC

**LA** English

**CY** Copyright 2017 MarketWatch, Inc. All Rights Reserved.

**LP**

Apple suit claims Qualcomm sought 'onerous' terms in chip deal

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

The suit, which Apple (AAPL, US) said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm (QCOM, US) leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices—a decision Qualcomm also vowed to fight.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

An expanded version of this report appears on WSJ.com.

Also popular on WSJ.com:

Trump Inaugural Address: 'It's going to be America first'

Will Trump's 'deliberate chaos' style work in Washington?

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

| | |
|---|---|
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| ncolu : Columns \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | News & Commentary |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document MRKWC00020170120ed1k004v1 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Apple Sues Qualcomm Over Licensing Practices**

BY By Tripp Mickle
WC 437 words
PD 20 January 2017
ET 15:56
SN Dow Jones Institutional News
SC DJDN
LA English
CY Copyright © 2017, Dow Jones & Company, Inc.

LP

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

The suit, which Apple said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices -- a decision Qualcomm also vowed to fight.

Apple's suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

That suit highlighted Qualcomm's dealings with Apple.

Qualcomm said earlier this week that it will fight the FTC's suit, which it says is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

In a statement, Apple said, "We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 15:56 ET (20:56 GMT)

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindstrls : Industrial Goods \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usca : California \| usw : Western U.S. \| namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170120ed1k0041i |

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Sued by Apple over 'Punishment' Tactics, Say Bloomberg, WSJ**
Barron's Blogs, 16:04, 20 January 2017, 261 words, (English)
Shares of wireless chip giant Qualcomm (QCOM) are down $1.24, or 2%, at $63.30, after Bloomberg and The Wall Street Journal both reported Apple (AAPL), one of its largest customers, is suing the company for claims including Qualcomm ...
Document WCBBE00020170120ed1k002bd

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk**

**WC** 149 words

**PD** 20 January 2017

**ET** 16:09

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 16:09 ET (21:09 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k00429

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk**

**WC** 1,474 words

**PD** 20 January 2017

**ET** 16:09

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

**TD**

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

15:25 ET - Metals shine so far among commodities in 2017. Both industrial and precious metals sub-indices rise about 6% year to date while the broader S&P GSCI is near flat. Several banks, including Credit Suisse and TD Securities are broadly bullish about several metals for the year. Metals like copper and zinc are benefiting from limited mining capacity and strong demand, especially from China. Gold -- one of the big losers of the fourth quarter -- and other precious metals are getting a boost from their draw as safe havens, ING says. Uncertainty has doubled by some metrics with the election of Donald Trump, Brexit details and US interest-rate policy, ING says. (tim.puko@wsj.com; @timpuko)

14:45 ET - Investors haven't heard much about infrastructure spending from President Trump since his acceptance speech in November, but he hit on the theme during his inauguration, saying "America's



PX333

Page 7718

infrastructure has fallen into disrepair and decay," and "We will build new roads and highways and bridges and airports and tunnels and railways all across our wonderful nation." Terry Haines, policy strategist at Evercore, assigns an 80% likelihood that increased infrastructure spending happens by the end of 2017. "A Trump plan will have to be developed by incoming Transportation Secretary Chao in consultation with Congress, which will take some time. It has been years since markets have seen major legislative sausage made. Markets are about to see quite a lot of sausage made all at once." (chris.dieterich@wsj.com)

14:37 ET - A new year isn't bringing much cheer to the generic-drug industry. Endo (ENDP), Impax (IPXL), Teva (TEVA) and Mylan (MYL) are down more steeply than many other drug stocks year-to-date. "Overall, we remain cautious on the group as bearish generic pricing commentary and Teva's recent disappointing guidance update point to a still difficult operating environment," JPMorgan says. Also, the US Justice Department probably isn't finished with its probe of possible price-fixing in the generic industry. Two former Heritage Pharmaceuticals executives pleaded guilty this month in federal court in Philadelphia to charges of conspiring with competitors to fix prices for certain drugs; they await sentencing scheduled for April. The DOJ has said the charges were part of an ongoing investigation of the industry. (peter.loftus@wsj.com; @Loftus)

14:31 ET - US oil and gas drillers are really ramping up onshore, according to a weekly report from Baker Hughes. The number of active oil and gas rigs operating on land surged by 36--the biggest week-over-week increase since August 2011. The jump in activity comes as producers say they will spend more this year. Preliminary capital spending plans from more than a dozen producers show an average 60% spending increase from the group compared to last year. (erin.ailworth@wsj.com; @ailworth)

14:15 ET - Canada's antitrust agency says it will go to court to challenge HarperCollins's practice of selling e-books. Competition Bureau says it's taking this move after it reached an agreement with three publishers--Hachette, Macmillan and Simon & Schuster--and Apple (AAPL) that resolves "its concerns" related to their conduct in the market for e-books. "As no agreement was reached with HarperCollins, I am taking action to address its ongoing restrictions on competition in Canada," bureau head John Pecman said in statement. A spokeswoman for HarperCollins says it's "disappointed" with the bureau's actions because the publisher believes it hasn't violated any law. The firm "will vigorously defend itself against the [bureau's] allegations," she added. News Corp (NWSA) owns HarperCollins as well as WSJ. (paul.vieira@wsj.com; @paulvieira)

14:13 ET - Released shortly after President Trump was sworn in, the Baker Hughes rig count may hold the distinction of being the first economic news under the new administration, and it was a humdinger. It showed one of the sharpest one-week gains in active oil rigs in years. Trump deserves some of the credit, as his promises to reduce energy regulation and lower costs have inspired firms to resume drilling, especially in Texas. But it's not all rosy; more drilling may simply increase the glut that has kept oil prices low in recent years. The Nymex Feb oil contract dipped slightly on the rig report, but remains up 2.5% at $52.53/bbl. (dan.molinski@wsj.com)

14:09 ET - NASA in several years may launch its first manned Orion space capsule, under development by Lockheed Martin (LMT), without fixing a fuel-system design flaw that has been singled out by independent safety experts. The current configuration makes Orion susceptible to a single-point failure that, under extreme circumstances, could result in loss of both spacecraft and crew. But in their latest update, these experts warned the fallout may prompt still another schedule slip in the multibillion-dollar project. They also indicated that pressure to conduct the initial manned mission, currently slated for 2021, could occur before the full-fledged upper stage is flight tested. (andy.pasztor@wsj.com)

14:09 ET - As Donald Trump steps into power at the White House, one law firm's close ties to the president are about to pay dividends. Jones Day will have 12 attorneys serving in the Trump Administration, the firm says. Jones Day, which has more than 2,500 lawyers, is among a handful of big firms that has a tradition of both sending its lawyers to the government and hiring from government ranks. The most prominent of the Jones Day appointments is Donald McGahn, who served as general counsel to President Trump's campaign and will now be White House counsel. Others include William McGinley, deputy assistant to the president and cabinet secretary; Gregory Katsas, deputy counsel to the president; and Noel Francisco, principal deputy solicitor general. (sara.randazzo@wsj.com; @sara_randazzo)

(END) Dow Jones Newswires

January 20, 2017 16:09 ET (21:09 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | surmor : Jones Day

 © 2023 Factiva, Inc. All rights reserved.

**IN** i211 : Metal Ore Mining | i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ibasicm : Basic Materials/Resources | iindele : Industrial Electronics | iindstrls : Industrial Goods | imet : Mining/Quarrying | itech : Technology | i835 : Legal Services | ibcs : Business/Consumer Services

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | skorea : South Korea | usca : California | usdc : Washington DC | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | uss : Southern U.S.

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k003x5

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Suit Ups Pressure on Qualcomm -- Market Talk**

**WC** 148 words

**PD** 20 January 2017

**ET** 16:21

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 16:21 ET (21:21 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0040e

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Suit Ups Pressure on Qualcomm -- Market Talk**

**WC** 1,441 words
**PD** 20 January 2017
**ET** 16:21
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

**TD**

16:17 ET - As President Donald Trump takes office, nonprofit hospitals await answers on the future of the Affordable Care Act, but that won't stop the sector's merger and acquisition activity, Moody's analysts say. "M&A activity moved at a rapid pace in 2016 and shows no signs of slowing in the year ahead, a credit positive for the industry," Moody's said. Large hospital operators Community Health Systems (CYH) and Quorum Health Corp. (QHC) are looking to divest as they reshuffle their portfolios. Competition and better bargaining power with health insurance companies will continue to drive consolidation across a market that remains fragmented, despite steady dealmaking in recent years, Moody's said. Small hospitals with capital needs will look for bigger buyers willing to invest, the ratings agency said. (melanie.evans@wsj.com)

16:15 ET - AIG's newly announced reinsurance pact with Berkshire Hathaway (BRKB), together with the global property-casualty insurer's guidance for a material 4Q reserve charge, indicates "that the existing reserve deficiency at AIG is larger than people would have thought," Credit Suisse tells clients. There are "some questions about management's timing in putting this deal in place given last year's $3.8b 4Q charge." Still, AIG's new reinsurance arrangement "likely puts to rest the single greatest uncertainty around the stock.... [AIG's] "deck is finally cleared reserve wise." But investors will have to wait until 4Q earnings for a greater level of detail on the deal, it also notes. (leslie.scism@wsj.com)

16:11 ET - Joaquin "El Chapo" Guzman, the Mexican drug lord who evaded US authorities for years and built a billion-dollar narcotics empire, made his first appearance in a US courtroom, pleading not guilty to the 17 criminal charges against him. Guzman, who successfully escaped twice from maximum-security prisons in Mexico, was extradited to the US late Thursday. His arrival came as a surprise to many, even to US officials, who said they didn't know he was coming until the day of the extradition. (Nicole.hong@wsj.com)

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

15:25 ET - Metals shine so far among commodities in 2017. Both industrial and precious metals sub-indices rise about 6% year to date while the broader S&P GSCI is near flat. Several banks, including Credit Suisse and TD Securities are broadly bullish about several metals for the year. Metals like copper and zinc are benefiting from limited mining capacity and strong demand, especially from China. Gold -- one of the big losers of the fourth quarter -- and other precious metals are getting a boost from their draw as safe havens, ING says. Uncertainty has doubled by some metrics with the election of Donald Trump, Brexit details and US interest-rate policy, ING says. (tim.puko@wsj.com; @timpuko)

14:45 ET - Investors haven't heard much about infrastructure spending from President Trump since his acceptance speech in November, but he hit on the theme during his inauguration, saying "America's infrastructure has fallen into disrepair and decay," and "We will build new roads and highways and bridges and airports and tunnels and railways all across our wonderful nation." Terry Haines, policy strategist at Evercore, assigns an 80% likelihood that increased infrastructure spending happens by the end of 2017. "A Trump plan will have to be developed by incoming Transportation Secretary Chao in consultation with Congress, which will take some time. It has been years since markets have seen major legislative sausage made. Markets are about to see quite a lot of sausage made all at once." (chris.dieterich@wsj.com)

14:37 ET - A new year isn't bringing much cheer to the generic-drug industry. Endo (ENDP), Impax (IPXL), Teva (TEVA) and Mylan (MYL) are down more steeply than many other drug stocks year-to-date. "Overall, we remain cautious on the group as bearish generic pricing commentary and Teva's recent disappointing guidance update point to a still difficult operating environment," JPMorgan says. Also, the US Justice Department probably isn't finished with its probe of possible price-fixing in the generic industry. Two former Heritage Pharmaceuticals executives pleaded guilty this month in federal court in Philadelphia to charges of conspiring with competitors to fix prices for certain drugs; they await sentencing scheduled for April. The DOJ has said the charges were part of an ongoing investigation of the industry. (peter.loftus@wsj.com; @Loftus)

14:31 ET - US oil and gas drillers are really ramping up onshore, according to a weekly report from Baker Hughes. The number of active oil and gas rigs operating on land surged by 36--the biggest week-over-week increase since August 2011. The jump in activity comes as producers say they will spend more this year. Preliminary capital spending plans from more than a dozen producers show an average 60% spending increase from the group compared to last year. (erin.ailworth@wsj.com; @ailworth)

(END) Dow Jones Newswires

January 20, 2017 16:21 ET (21:21 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | ismart : Smartphones | i951 : Health Care/Life Sciences | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec :

Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | m11 : Equity Markets | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | mcat : Commodity/Financial Market News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** china : China | skorea : South Korea | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k00437

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **Apple files $1bn lawsuit against Qualcomm**

**BY** Hannah Kuchler

**WC** 213 words

**PD** 20 January 2017

**ET** 16:31

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Apple has filed a $1bn lawsuit against Qualcomm accusing the chipmaker of abusing a monopoly position, after the US and South Korean regulators argued it used its dominance at the expense of handset makers.

Shares in Qualcomm fell 2.4 per cent to $62.88 just before the close when the lawsuit was published, the first direct challenge by one of Qualcomm's major customers, reports Hannah Kuchler in San Francisco.

**TD**

It follows a lawsuit by the US Federal Trade Commission earlier in the week, and a $890m fine from the South Korean regulators late last year.

Apple is demanding a payment of $1bn it believes are due as a rebate for licensing fees – and claiming that the chipmaker is holding back the money as punishment for Apple's contribution to the South Korean investigation.

"Qualcomm built its business on older, legacy, standards but reinforces its dominance through exclusionary tactics and excessive royalties," Apple said in a statement.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined."

Qualcomm did not respond to a request for comment.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170120ed1k00bhx

DOW JONES NEWSWIRES

**HD** **GE's Elephant in the Room: When Will Immelt Go? -- Market Talk**

**WC** 1,450 words
**PD** 20 January 2017
**ET** 16:32
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:32 ET - Could this be the last year of Jeff Immelt's tenure as CEO of GE? Analysts from Barclays think it's possible. The timing of Immelt's eventual departure is "the elephant in the room" at the company, longtime GE analyst Scott Davis says after the company reported 4Q earnings. Immelt has led GE since 2001, but has given no public indication he plans to step down. Davis thinks retirement is "likely" at the end of 2017 or in 2018, and that possible candidates to succeed him will be trying to drive big financial results. "The winning prize is pretty big," he writes, "but for those who 'lose,' assuming they executed well, they normally get CEO nods at other big companies. Those who've lost by failing have seen harsher treatment--no career advancement within GE and a lack of interest elsewhere. Interesting incentive to execute." (ted.mann@wsj.com)

**TD**

16:28 ET - Apple (AAPL) says in its lawsuit against Qualcomm (QCOM) that the chip-maker's business practices deterred it from switching to chips made by competitors. That changed last year when it introduced Intel (INTC) chips into a portion of its iPhone 7. Apple says QCOM is "actively engaging with network carriers in the United States, attempting to persuade them not to support or sell Apple devices with Intel chipsets." (tripp.mickle@wsj.com)

16:27 ET - Megan Ellison, the independent film producer who has been a potent source of financing for award-winning movies released by other studios, is expanding her company to include distribution and marketing services. Her Annapurna Pictures' first release will be director Kathryn Bigelow's untitled project about the 1967 Detroit riots, which will hit theaters Aug 4. Previous, Annapurna produced and financed movies released by other studios, like Sony Pictures' "Zero Dark Thirty" and A24's recent "20th Century Women." Annapurna's expansion makes it more of a competitor to other studios in Hollywood and less of a partner. Ms. Ellison, the daughter of billionaire Oracle co-founder Larry Ellison, has focused exclusively on prestige films from respected directors and eschewed big budget franchise movies. (ben.fritz@wsj.com; @benfritz)

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

16:17 ET - As President Donald Trump takes office, nonprofit hospitals await answers on the future of the Affordable Care Act, but that won't stop the sector's merger and acquisition activity, Moody's analysts say. "M&A activity moved at a rapid pace in 2016 and shows no signs of slowing in the year ahead, a credit positive for the industry," Moody's said. Large hospital operators Community Health Systems (CYH) and Quorum Health Corp. (QHC) are looking to divest as they reshuffle their portfolios. Competition and better bargaining power with health insurance companies will continue to drive consolidation across a market that

remains fragmented, despite steady dealmaking in recent years, Moody's said. Small hospitals with capital needs will look for bigger buyers willing to invest, the ratings agency said. (melanie.evans@wsj.com)

16:15 ET - AIG's newly announced reinsurance pact with Berkshire Hathaway (BRKB), together with the global property-casualty insurer's guidance for a material 4Q reserve charge, indicates "that the existing reserve deficiency at AIG is larger than people would have thought," Credit Suisse tells clients. There are "some questions about management's timing in putting this deal in place given last year's $3.8b 4Q charge." Still, AIG's new reinsurance arrangement "likely puts to rest the single greatest uncertainty around the stock.... [AIG's] "deck is finally cleared reserve wise." But investors will have to wait until 4Q earnings for a greater level of detail on the deal, it also notes. (leslie.scism@wsj.com)

16:11 ET - Joaquin "El Chapo" Guzman, the Mexican drug lord who evaded US authorities for years and built a billion-dollar narcotics empire, made his first appearance in a US courtroom, pleading not guilty to the 17 criminal charges against him. Guzman, who successfully escaped twice from maximum-security prisons in Mexico, was extradited to the US late Thursday. His arrival came as a surprise to many, even to US officials, who said they didn't know he was coming until the day of the extradition. (Nicole.hong@wsj.com)

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

15:25 ET - Metals shine so far among commodities in 2017. Both industrial and precious metals sub-indices rise about 6% year to date while the broader S&P GSCI is near flat. Several banks, including Credit Suisse and TD Securities are broadly bullish about several metals for the year. Metals like copper and zinc are benefiting from limited mining capacity and strong demand, especially from China. Gold -- one of the big losers of the fourth quarter -- and other precious metals are getting a boost from their draw as safe havens, ING says. Uncertainty has doubled by some metrics with the election of Donald Trump, Brexit details and US interest-rate policy, ING says. (tim.puko@wsj.com; @timpuko)

(END) Dow Jones Newswires

January 20, 2017 16:32 ET (21:32 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

 © 2023 Factiva, Inc. All rights reserved.

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c151 : Earnings | c1521 : Analysts' Comments/Recommendations | c411 : Management Moves | gvote1 : National/Presidential Elections | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c11 : Plans/Strategy | cslmc : Senior Level Management | c15 : Financial Performance | c152 : Earnings Projections | c41 : Management | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | gvote : Elections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usct : Connecticut | namz : North America | use : Northeast U.S. | usnew : New England

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0046z

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Disney ABC/TV Group Names New CFO -- Market Talk**

WC 1,420 words

PD 20 January 2017

ET 16:37

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

16:37 ET - Veteran Disney (DIS) executive Robert Langer has been named chief financial officer of the Disney/ABC Television Group, the second major hire at the unit in the last three months. Langer most recently oversaw DIS operations in Germany, Switzerland and Austria. At the Disney/ABC Television Group he succeeds Peter Seymour who left the company after 20 years last November, soon after Bruce Rosenblum was named president of business operations for the unit. Langer reports to Ben Sherwood, president of the Disney/ABC Television Group. (Joe.Flint@WSJ.com)

TD

16:32 ET - Could this be the last year of Jeff Immelt's tenure as CEO of GE? Analysts from Barclays think it's possible. The timing of Immelt's eventual departure is "the elephant in the room" at the company, longtime GE analyst Scott Davis says after the company reported 4Q earnings. Immelt has led GE since 2001, but has given no public indication he plans to step down. Davis thinks retirement is "likely" at the end of 2017 or in 2018, and that possible candidates to succeed him will be trying to drive big financial results. "The winning prize is pretty big," he writes, "but for those who 'lose,' assuming they executed well, they normally get CEO nods at other big companies. Those who've lost by failing have seen harsher treatment--no career advancement within GE and a lack of interest elsewhere. Interesting incentive to execute." (ted.mann@wsj.com)

16:28 ET - Apple (AAPL) says in its lawsuit against Qualcomm (QCOM) that the chip-maker's business practices deterred it from switching to chips made by competitors. That changed last year when it introduced Intel (INTC) chips into a portion of its iPhone 7. Apple says QCOM is "actively engaging with network carriers in the United States, attempting to persuade them not to support or sell Apple devices with Intel chipsets." (tripp.mickle@wsj.com)

16:27 ET - Megan Ellison, the independent film producer who has been a potent source of financing for award-winning movies released by other studios, is expanding her company to include distribution and marketing services. Her Annapurna Pictures' first release will be director Kathryn Bigelow's untitled project about the 1967 Detroit riots, which will hit theaters Aug 4. Previous, Annapurna produced and financed movies released by other studios, like Sony Pictures' "Zero Dark Thirty" and A24's recent "20th Century Women." Annapurna's expansion makes it more of a competitor to other studios in Hollywood and less of a partner. Ms. Ellison, the daughter of billionaire Oracle co-founder Larry Ellison, has focused exclusively on prestige films from respected directors and eschewed big budget franchise movies. (ben.fritz@wsj.com; @benfritz)

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

16:17 ET - As President Donald Trump takes office, nonprofit hospitals await answers on the future of the Affordable Care Act, but that won't stop the sector's merger and acquisition activity, Moody's analysts say. "M&A activity moved at a rapid pace in 2016 and shows no signs of slowing in the year ahead, a credit positive for the industry," Moody's said. Large hospital operators Community Health Systems (CYH) and Quorum Health Corp. (QHC) are looking to divest as they reshuffle their portfolios. Competition and better bargaining power with health insurance companies will continue to drive consolidation across a market that remains fragmented, despite steady dealmaking in recent years, Moody's said. Small hospitals with capital needs will look for bigger buyers willing to invest, the ratings agency said. (melanie.evans@wsj.com)

16:15 ET - AIG's newly announced reinsurance pact with Berkshire Hathaway (BRKB), together with the global property-casualty insurer's guidance for a material 4Q reserve charge, indicates "that the existing reserve deficiency at AIG is larger than people would have thought," Credit Suisse tells clients. There are "some questions about management's timing in putting this deal in place given last year's $3.8b 4Q charge." Still, AIG's new reinsurance arrangement "likely puts to rest the single greatest uncertainty around the stock.... [AIG's] "deck is finally cleared reserve wise." But investors will have to wait until 4Q earnings for a greater level of detail on the deal, it also notes. (leslie.scism@wsj.com)

16:11 ET - Joaquin "El Chapo" Guzman, the Mexican drug lord who evaded US authorities for years and built a billion-dollar narcotics empire, made his first appearance in a US courtroom, pleading not guilty to the 17 criminal charges against him. Guzman, who successfully escaped twice from maximum-security prisons in Mexico, was extradited to the US late Thursday. His arrival came as a surprise to many, even to US officials, who said they didn't know he was coming until the day of the extradition. (Nicole.hong@wsj.com)

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

(END) Dow Jones Newswires

January 20, 2017 16:37 ET (21:37 GMT)

**CO** dsnyw : The Walt Disney Company | qcom : Qualcomm Incorporated | cccom : ABC Inc

**IN** i34531 : Semiconductors | i97411 : Broadcasting | i9741102 : Television Broadcasting | i9741109 : Cable Broadcasting | iindele : Industrial Electronics | iindstrls : Industrial Goods | imed : Media/Entertainment | itech : Technology

 © 2023 Factiva, Inc. All rights reserved.

**NS** c411 : Management Moves | cslmc : Senior Level Management | gnwktv : Network Television | gpol : Domestic Politics | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c41 : Management | ccat : Corporate/Industrial News | gcat : Political/General News | gent : Arts/Entertainment | gpir : Politics/International Relations | gtvrad : Television/Radio | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** eurz : Europe | gfr : Germany | switz : Switzerland | usca : California | usw : Western U.S. | dach : DACH Countries | eecz : European Union Countries | namz : North America | usa : United States | weurz : Western Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0047g

REUTERS

| | |
|---|---|
| HD | **BRIEF-Apple sues Qualcomm for roughly $1 bln over royalties - CNBC** |
| WC | 39 words |
| PD | 20 January 2017 |
| ET | 15:45 |
| SN | Reuters News |
| SC | LBA |
| LA | English |
| CY | Copyright 2017 Thomson Reuters. All Rights Reserved. |
| LP | |

Jan 20 (Reuters) -

* Apple sues Qualcomm for roughly $1 billion over royalties - CNBC Source text : http://cnb.cx/2jy3p8P Further company coverage:

| | |
|---|---|
| RF | Released: 2017-1-20T21:45:42.000Z |
| CO | qcom : Qualcomm Incorporated |
| IN | i3454 : Personal Electronics \| icomp : Computing \| i3302 : Computers/Consumer Electronics \| ielec : Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| NS | c41 : Management \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| RE | usa : United States \| namz : North America |
| IPD | Business |
| IPC | SERVICE:ABN |
| PUB | Thomson Reuters (Markets) LLC |
| AN | Document LBA0000020170120ed1k015z5 |

DOW JONES NEWSWIRES

HD **News Highlights: Top Company News of the Day**

WC 450 words
PD 20 January 2017
ET 17:00
SN Dow Jones Institutional News
SC DJDN
LA English
CY Copyright © 2017, Dow Jones & Company, Inc.

LP

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

TD

Goldman Trims Stock-Pay for Some Senior Executives

Goldman Sachs cut stock awards for senior executives in 2016 after revenue fell, but didn't disclose compensation for CEO Lloyd Blankfein or several of his top deputies.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

Ford Sees Remeasurement Loss of About $3 Billion

Ford Motor Co. said it plans to take a $3 billion pre-tax charge against its fourth-quarter earnings related to its pension and retiree-benefit plans, following a change in its pension accounting the company made a year ago.

(END) Dow Jones Newswires

January 20, 2017 17:00 ET (22:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0048s

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **Apple files $1 billion lawsuit against chip supplier Qualcomm**

**WC** 109 words

**PD** 20 January 2017

**ET** 16:10

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

Jan 20 (WASHINGTON) - Apple Inc filed a $1 billion lawsuit against supplier Qualcomm Inc on Friday, following a U.S. government lawsuit which accused the chip maker of using anti-competitive tactics to maintain its monopoly of a key semiconductor used in mobile phones.

In the lawsuit, Apple accused Qualcomm of overcharging for its chips and for refusing to pay some $1 billion in promised rebates for chip purchases. Apple said in its complaint that Qualcomm withheld the rebates because of Apple's discussions with South Korea's antitrust regulator. (Editing by Alan Crosby)

**RF** Released: 2017-1-20T22:10:00.000Z

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | c41 : Management | ccat : Corporate/Industrial News | gpol : Domestic Politics | gcat : Political/General News | gpir : Politics/International Relations | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170120ed1k016ft

**HD** **Apple sues chipmaker Qualcomm for abusing monopoly**

**WC** 380 words

**PD** 20 January 2017

**ET** 17:14

**SN** Agence France Presse

**SC** AFPR

**LA** English

**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Apple on Friday sued Qualcomm, accusing the California chipmaker of abusing its market power to demand unfair royalties, echoing charges filed days earlier by US antitrust regulators.

Apple said in the court filing that it has been overcharged "billions of dollars" by its chipmaking partner's "illegal scheme."

**TD**

Apple also claimed Qualcomm owes it a billion dollars but is refusing to pay in retaliation for the iPhone maker's cooperating with South Korean antitrust regulators looking into the chip maker's actions in that country.

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with," Apple said in an email statement.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

The suit charges Qualcomm of building a business model on using its rights to older, legacy technology considered telecommunication industry standards to jack up royalties when Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said.

Apple noted in the suit that Qualcomm's business practices have come under scrutiny by antitrust regulators in an array of countries for selling its smartphone chipsets only to makers agreeing to its "preferred license terms" for essential mobile telecom patents.

Apple asked for a jury trial, and for damages including Qualcomm paying the company what it owes plus giving up excessive royalties it has raked in.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple filing came three days after the US Federal Trade Commission filed suit in federal court in California claiming Qualcomm abused its market power in as part of its "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

gc/rl

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** US

**PUB** Agence France-Presse

**AN** Document AFPR000020170120ed1k00iir

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **News Highlights: Top Company News of the Day**

**WC** 450 words
**PD** 20 January 2017
**ET** 17:15
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Goldman Trims Stock-Pay for Some Senior Executives

Goldman Sachs cut stock awards for senior executives in 2016 after revenue fell, but didn't disclose compensation for CEO Lloyd Blankfein or several of his top deputies.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

Ford Sees Remeasurement Loss of About $3 Billion

Ford Motor Co. said it plans to take a $3 billion pre-tax charge against its fourth-quarter earnings related to its pension and retiree-benefit plans, following a change in its pension accounting the company made a year ago.

(END) Dow Jones Newswires

January 20, 2017 17:15 ET (22:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004ho

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Tech Sector Rises on Economic Outlook -- Technology Roundup**

**WC** 126 words

**PD** 20 January 2017

**ET** 17:28

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Shares of tech companies rose amid optimism about the outlook for economic growth.

Apple filed suit against chip designer Qualcomm, alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Highway safety regulators closed a probe of Tesla Motors' Autopilot system without seeking a recall or other action against the Silicon Valley auto maker after a six-month investigation failed to uncover a defect in the semi-automated technology in use during a fatal crash last year.

-By Rob Curran, rob.curran@dowjones.com

(END) Dow Jones Newswires

January 20, 2017 17:28 ET (22:28 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | ncmac : Commodities Asset Class News | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ecat : Economic News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004id

| | |
|---|---|
| **HD** | **Apple antitrust suit: Qualcomm overcharged 'billions'** |
| **BY** | Glenn CHAPMAN |
| **WC** | 577 words |
| **PD** | 20 January 2017 |
| **ET** | 17:51 |
| **SN** | Agence France Presse |
| **SC** | AFPR |
| **LA** | English |
| **CY** | Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved. |

**LP**

Apple on Friday sued Qualcomm, accusing the California chipmaker of abusing its market power to demand unfair royalties, echoing charges filed days earlier by US antitrust regulators.

Apple said in the court filing that it has been overcharged "billions of dollars" by its chipmaking partner's "illegal scheme."

**TD**

Apple also claimed Qualcomm owes it a billion dollars but is refusing to pay in retaliation for the iPhone maker's cooperating with South Korean antitrust regulators looking into the chipmaker's actions in that country.

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with," Apple said in an email statement.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

The suit charges Qualcomm of building a business model on using its rights to older, legacy technology considered telecommunication industry standards to raise royalties when Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said.

Apple noted in the suit that Qualcomm's business practices have come under scrutiny by antitrust regulators in an array of countries for selling its smartphone chipsets only to makers agreeing to its "preferred license terms" for essential mobile telecom patents.

Apple asked for a jury trial, and for damages including Qualcomm paying the company what it owes plus giving up excessive royalties it has raked in.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple filing came three days after the US Federal Trade Commission filed suit in federal court in California claiming Qualcomm abused its market power in as part of its "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

South Korea's anti-trust watchdog last month slapped Qualcomm with a record fine exceeding $850 million for abusing its dominant market position as a maker of baseband chipsets used in mobile phones.

Apple relies on Qualcomm for chip-based modems that enable iPhones and iPads to communicate with telecommunication networks.

Apple undoubtedly knows of the antitrust tide rising against Qualcomm and would like to help provide room for rival chipmakers to flourish, perhaps letting Intel improve its position, according to analyst Patrick Moorhead of Moor Insight and Strategies.

"I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm," Moorhead said, referring to the mobile device modems.

"Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this."

While the legal case alleges exclusionary contracts and the idea of being overcharged for licensing, it may well be powered by Apple wanting to ramp up competition to Qualcomm so it can negotiate better deals, the analyst said.

Modem chips are separate from processors that act as the brains or graphics engines for mobile devices.

gc/rl

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** Lead

**PUB** Agence France-Presse

**AN** Document AFPR000020170120ed1k00ir1

 © 2023 Factiva, Inc. All rights reserved.

The Washington Post

SE National-Economy

HD **Apple sues Qualcomm over royalty rebates, other patent issues**

WC 696 words
PD 20 January 2017
SN Washington Post.com
SC WPCOM
LA English
CY Copyright 2017, The Washington Post Co. All Rights Reserved.

LP

Apple seeks $1 billion from Qualcomm

Apple filed a lawsuit Friday accusing Qualcomm of monopolizing the market for computer chips for wireless devices and of withholding $1 billion in retaliation for Apple's cooperation with antitrust authorities in South Korea.

TD

Qualcomm has been under fire from regulators around the world for its patent licensing practices. Apple's lawsuit is the first direct challenge by one of Qualcomm's biggest customers.

In December, South Korea fined the company $890 million and described its practices as monopolistic. Qualcomm has said it will appeal the decision.

Under an agreement with Qualcomm, Apple said it was forced to refrain from taking any steps to challenge Qualcomm's business model.

When Apple complied with demands from Korean regulators, Qualcomm said that was a violation of the agreement.

In retaliation, Qualcomm withheld money that it was to pay Apple in royalty rebates, the iPhone maker said.

Apple is demanding that the chipmaker hand over the money.

The suit also challenges the validity of some Qualcomm patents for wireless technologies. Apple is asking the court to rule that, if the patents are upheld, the royalty amount is significantly lower than what Qualcomm charges now.

— Bloomberg News

New Mexico suing Takata, automakers

New Mexico Attorney General Hector Balderas filed a lawsuit Friday against Japanese manufacturer Takata and a list of automakers over the sale of cars with dangerous air bag inflaters.

The attorney general's office argues that the manufacturers had a duty to ensure their products were safe. Concealment of defects in the air bags amounted to unfair, deceptive and unconscionable trade practices under New Mexico law, the suit says.

Takata already has agreed to pay $1 billion in fines and restitution in a plea deal with the federal Justice Department over a years-long scheme to conceal the deadly defect in its inflaters. It also faces other litigation.

A Takata spokesman declined to comment Friday.

New Mexico's case also targets numerous automakers that used the faulty bags in their vehicles.

The state is seeking civil penalties for each defective air bag that entered the New Mexico market and penalties for each day the manufacturers misrepresented the safety of their products. State prosecutors also are seeking a jury trial.

Takata inflaters can explode with too much force, spewing shrapnel at passengers. At least 27 people have died because of the defect.

— Associated Press

• Puerto Rican Gov. Ricardo Rossello is criticizing orders from a federal control board in the first clash over how best to tackle the island's deep economic crisis. Rossello said Friday that the board's demands are unacceptable and differ greatly from his vision to promote economic growth. On Wednesday, the control board ordered the administration to present a plan that would generate $4.5 billion a year in revenue or savings through 2019. Officials said Puerto Rico should reform its tax system, reduce health-care and higher education spending, and cut as the size of its government.

• AT&T signed up new pay-TV customers for the first time in seven quarters, thanks to its new live online video service. DirecTV Now, which targets consumers who don't subscribe to traditional TV, helped woo at least 200,000 video subscribers in the fourth quarter and offset a loss of satellite-TV customers, according to a filing Friday of preliminary results. The gain reflects a promotional offer of $35 a month for 100-plus channels. AT&T introduced DirecTV Now in November and now charges $60 a month for a similar number of channels.

• The ride-hailing company Uber has hired the man behind Google search to help grow its self-driving car program. Amit Singhal announced on his blog Friday that he will join Uber after 15 years at Alphabet, where he led Google's search division. He will be senior vice president of engineering and act as an adviser to chief executive Travis Kalanick and Anthony Levandowski, head of Uber's self-driving efforts. Singhal called Uber "a geek's candy store" and said he was excited by the engineering challenges it is tackling.

— From news services

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | nnam : News Agency Materials | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usdc : Washington DC | namz : North America | usa : United States | uss : Southern U.S.

**IPD** business

**PUB** Washington Post

**AN** Document WPCOM00020170120ed1k007vd

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk**

**WC** 155 words

**PD** 20 January 2017

**ET** 18:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 18:16 ET (23:16 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | cscm : Supply Chain | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004pi

DOW JONES NEWSWIRES

**HD** **Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk**

**WC** 1,523 words
**PD** 20 January 2017
**ET** 18:16
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

**TD**

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

17:12 ET - The prospect of more consumer spending and higher inflation should reverse negative sentiment toward the A-mall industry this year, says BTIG Research. Some REITs that own high-quality malls with strong sales productivity are currently priced at large discounts to their net asset value per share estimates and offer the most upside if sentiment shifts. Retail property landlords have been hit by retailer bankruptcies and store closures, with the lower-end malls struggling the most. REITs managing the country's top regional malls say they are unfairly tarred with the same brush. Occupancy rates are high at the malls managed by Simon Property (SPG), Taubman Centers (TCO) and Macerich (MAC) and there is virtually no new supply, BTIG added. (esther.fung@wsj.com; @estherfung)

16:58 ET - Akamai Technologies (AKAM) says streaming of the US presidential inauguration on its network peaked at a record 8.7 terabits per second, another sign of internet video's gains against traditional TV. That compares with 7.3 Tbps during last year's Euro Cup soccer tournament and a smaller 1.1 Tbps for the 2009 inauguration, when online video was still getting its legs and the iPhone was two years old. AKAM, which delivers online content for most big media companies, said its feed went to 4.6M viewers at one point Friday. That's a large total, though growing viewership has been tempered in recent years by price-cutting competition among streaming video companies. After swooning early last year, AKAM is up 50% over the past 12 months. (andrew.fitzgerald@wsj.com; @drewfitzgerald)

16:51 ET - A 19.3M barrel increase in US gasoline stockpiles over the last three weeks is "disturbingly familiar," recalling the beginning of last year, Jefferies analysts say. The big increase in gasoline supplies echoes late 2015 and early 2016 when better profit margins nudged refiners to make more gasoline than diesel. But much of that gasoline output ended up in storage tanks, which led to a glut that weighed on refiners' margins and let them at times to cut back on the amount of crude oil they bought. But consumers made out well--prices at the pump fell to 12-year lows in some places last year. One big difference from last year is exports--fuel sales abroad averaged 1M barrels a day over the last four weeks, more than double a year ago, the analysts say. (alison.sider@wsj.com; @alyrose)

16:51 ET - Even with a repeal of the Affordable Care Act, commercial health insurance companies' use of incentives for hospitals to closely manage healthcare quality and cost are "well underway," Moody's Investors Service said. Expect hospital companies including HCA Holdings Inc. (HCA) to respond with continued investment in "alternative" locations for care, such as ambulatory surgery centers, urgent care clinics and freestanding emergency rooms, Moody's said. Tenet Healthcare (THC) is "unique" with its joint venture in United Surgical Partners International, the analysts added, which expands the company's reach beyond its hospital markets. (melanie.evans@wsj.com)

(END) Dow Jones Newswires

January 20, 2017 18:16 ET (23:16 GMT)

 © 2023 Factiva, Inc. All rights reserved.

**CO** qcom : Qualcomm Incorporated | sbcatt : AT&T Inc

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004kf

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk**

**WC** 1,499 words

**PD** 20 January 2017

**ET** 18:42

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

**TD**

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter

preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

17:12 ET - The prospect of more consumer spending and higher inflation should reverse negative sentiment toward the A-mall industry this year, says BTIG Research. Some REITs that own high-quality malls with strong sales productivity are currently priced at large discounts to their net asset value per share estimates and offer the most upside if sentiment shifts. Retail property landlords have been hit by retailer bankruptcies and store closures, with the lower-end malls struggling the most. REITs managing the country's top regional malls say they are unfairly tarred with the same brush. Occupancy rates are high at the malls managed by Simon Property (SPG), Taubman Centers (TCO) and Macerich (MAC) and there is virtually no new supply, BTIG added. (esther.fung@wsj.com; @estherfung)

16:58 ET - Akamai Technologies (AKAM) says streaming of the US presidential inauguration on its network peaked at a record 8.7 terabits per second, another sign of internet video's gains against traditional TV. That compares with 7.3 Tbps during last year's Euro Cup soccer tournament and a smaller 1.1 Tbps for the 2009 inauguration, when online video was still getting its legs and the iPhone was two years old. AKAM, which delivers online content for most big media companies, said its feed went to 4.6M viewers at one point Friday. That's a large total, though growing viewership has been tempered in recent years by price-cutting competition among streaming video companies. After swooning early last year, AKAM is up 50% over the past 12 months. (andrew.fitzgerald@wsj.com; @drewfitzgerald)

(END) Dow Jones Newswires

January 20, 2017 18:42 ET (23:42 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | royca : Royal Bank of Canada | wesah : RBC Capital Markets Corporation

 © 2023 Factiva, Inc. All rights reserved.

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i814 : Banking | i831 : Financial Investments | i83101 : Investment Banking | ibnk : Banking/Credit | ifinal : Financial Services | iibnk : Integrated Banks | iinv : Investing/Securities

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004kt

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- Update**

**BY** By Tripp Mickle

**WC** 790 words

**PD** 20 January 2017

**ET** 18:23

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the latest fiscal year.

Qualcomm didn't immediately respond to a request for comment Friday. It said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to according to investment bank CLSA, accounting for three-fourths of Apple's $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in

the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says that Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 18:23 ET (23:23 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004n8

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices**

**WC** 826 words

**PD** 20 January 2017

**ET** 15:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek “onerous, unreasonable and costly” terms for patents, and that Qualcomm blocked Apple’s ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple’s participation in an investigation by South Korea’s antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices—a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm “after years of disagreement over what constitutes a fair and reasonable royalty.”

Qualcomm General Counsel Don Rosenberg called Apple’s claims “baseless.” In a statement, he said, Apple “mischaracterized” agreements and negotiations and failed to acknowledge “the enormity and value of the technology” Qualcomm invented.

“We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple’s practices,” Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm’s dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm’s revenue, which totaled $23.5 billion in the company’s latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC’s suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. “There’s nothing clear-cut about this case,” he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display—not Qualcomm's chip —Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016—a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 15:50 ET (20:50 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k003vz

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- Update**

**BY** By Tripp Mickle

**WC** 790 words

**PD** 20 January 2017

**ET** 18:38

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the latest fiscal year.

Qualcomm didn't immediately respond to a request for comment Friday. It said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to according to investment bank CLSA, accounting for three-fourths of Apple's $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in

the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says that Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 18:38 ET (23:38 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004py

 © 2023 Factiva, Inc. All rights reserved.

MailOnline

SE News

HD **Apple sues smartphone chip-maker Qualcomm and claims they were overcharged 'billions' by the monopoly**

BY AFP

WC 659 words

PD 20 January 2017

ET 17:38

SN Mail Online

SC DAMONL

LA English

CY Copyright 2017

LP

* Charges echo those filed by United States antitrust regulators earlier this week

* Apple claims it has been overcharged 'billions of dollars' by Qualcomm

TD

* Qualcomm said Apple mischaracterized agreements and technology's value

Apple has sued Qualcomm, accusing the California chip-maker of abusing its market power to demand unfair royalties.

These charges echo those filed days earlier by US antitrust regulators.

Apple said in the court filing that it has been overcharged 'billions of dollars' by its chip-making partner's 'illegal scheme.'

The company also claimed Qualcomm owes it a billion dollars, but is refusing to pay due to Apple cooperating with South Korean antitrust regulators looking into the company.

'For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with,' Apple said in an email statement.

'To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them.'

Qualcomm rejected Apple's claims, saying the iPhone maker 'intentionally mischaracterized' agreements as well as the value of the company's technology.

'Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world... by misrepresenting facts and withholding information,' Qualcomm general counsel Don Rosenberg said in a statement.

'We welcome the opportunity to have these meritless claims heard in court.'

The suit claims Qualcomm built a business model that charges raised royalty fees every time Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

The charges say that Qualacomm believes it has the rights to charge these raised royalties by claiming legacy technology.

'Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined,' Apple said.

Apple noted that Qualcomm's business practices have come under scrutiny by antitrust regulators in many countries.

The company has asked for a jury trial, and for Qualcomm to the company what it owes plus giving up excessive royalties.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple suit came three days after the US Federal Trade Commission filed in federal court claiming Qualcomm abused its market power in as part of its 'unlawful maintenance of a monopoly in baseband processors.'

Baseband processors are are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as 'significantly flawed,' arguing that reasoning at the heart of the civil complaint is wrong.

South Korea's anti-trust watchdog last month slapped Qualcomm with a record fine exceeding $850 million for abusing its dominant market position as a maker of baseband chip-sets used in mobile phones.

Apple relies on Qualcomm for chip-based modems that enable iPhones and iPads to communicate with telecommunication networks.

The company knows of the antitrust tide rising against Qualcomm and would like to help provide room for rival chip-makers to flourish, perhaps letting Intel improve its position, according to analyst Patrick Moorhead of Moor Insights and Strategy.

'I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm,' Moorhead said, referring to the mobile device modems.

'Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this.'

While the legal case alleges exclusionary contracts and the idea of being overcharged for licensing, it may well be powered by Apple wanting to ramp up competition to Qualcomm so it can negotiate better deals, the analyst said.

Modem chips are separate from processors that act as the brains or graphics engines for mobile devices.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | nnam : News Agency Materials | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** uk : United Kingdom | eecz : European Union Countries | eurz : Europe | weurz : Western Europe

**PUB** DMG Media Limited

**AN** Document DAMONL0020170121ed1k0020c

Page 60 of 190 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Apple Seeks $1 Billion in Withheld Rebate Payments From Qualcomm** |
| WC | 34 words |
| PD | 20 January 2017 |
| ET | 15:41 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2041GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020170120ed1k000jn |

DOW JONES
NEWSWIRES

| | |
|---|---|
| **HD** | **Apple: Qualcomm Withheld Rebate Payments After Apple Assisted in Korean Regulatory Case** |
| **WC** | 36 words |
| **PD** | 20 January 2017 |
| **ET** | 15:40 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2040GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jm |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Says It Is Suing Qualcomm Over Licensing Practices** |
| **WC** | 33 words |
| **PD** | 20 January 2017 |
| **ET** | 15:40 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | |
| | (MORE TO FOLLOW) Dow Jones Newswires |
| | January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | |
| | (MORE TO FOLLOW) Dow Jones Newswires |
| | 20-01-17 2040GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jk |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Alleges Qualcomm Demanded Onerous Licensing Terms for Smartphone Chips** |
| **WC** | 34 words |
| **PD** | 20 January 2017 |
| **ET** | 15:40 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2040GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jl |

DOW JONES NEWSWIRES

**HD** **RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk**

**WC** 121 words

**PD** 20 January 2017

**ET** 18:42

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:42 EST [Dow Jones ]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 18:42 ET (23:42 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics

**NS** c12 : Corporate Crime/Legal Action | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004q0

DOW JONES NEWSWIRES

**HD** **News Highlights: Top Company News of the Day**

**WC** 458 words

**PD** 20 January 2017

**ET** 19:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Morgan Stanley Gives CEO a Raise; Goldman Trims Stock-Pay for Some

James Gorman, chairman and chief executive of Morgan Stanley, saw a 7% raise for 2016, while Goldman Sachs cut stock awards for several executives after revenue fell 9%.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Snapchat Parent Plans to Pay Banks 2.5% of IPO Proceeds

The banks managing Snap's initial public offering are set to share 2.5% of the money raised in the deal, a relatively low rate that indicates the popular technology company's leverage in dictating the terms of its public debut.

 © 2023 Factiva, Inc. All rights reserved.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

(END) Dow Jones Newswires

January 20, 2017 19:00 ET (00:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00001

 © 2023 Factiva, Inc. All rights reserved.

**Apple: Suit Against Qualcomm Could Help Profit Margin, Says RBC**
Barron's Blogs, 19:01, 20 January 2017, 405 words, (English)
Shares of Apple ( AAPL) are up 3 cents at $120.03, in late trading, after both Bloomberg and The Wall Street Journal reported just before market close that the company is suing one of its big chip suppliers, Qualcomm ( QCOM), and it has not ...
Document WCBBE00020170121ed1l00001

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **News Highlights: Top Company News of the Day**

**WC** 458 words

**PD** 20 January 2017

**ET** 19:15

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Morgan Stanley Gives CEO a Raise; Goldman Trims Stock-Pay for Some

James Gorman, chairman and chief executive of Morgan Stanley, saw a 7% raise for 2016, while Goldman Sachs cut stock awards for several executives after revenue fell 9%.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Snapchat Parent Plans to Pay Banks 2.5% of IPO Proceeds

The banks managing Snap's initial public offering are set to share 2.5% of the money raised in the deal, a relatively low rate that indicates the popular technology company's leverage in dictating the terms of its public debut.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

(END) Dow Jones Newswires

January 20, 2017 19:15 ET (00:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00032

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Morgan Stanley Doesn't Think eBay Ad Campaign Made a Difference -- Market Talk**

**WC** 1,473 words

**PD** 20 January 2017

**ET** 19:18

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

**TD**

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly

four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

17:12 ET - The prospect of more consumer spending and higher inflation should reverse negative sentiment toward the A-mall industry this year, says BTIG Research. Some REITs that own high-quality malls with strong sales productivity are currently priced at large discounts to their net asset value per share estimates and offer the most upside if sentiment shifts. Retail property landlords have been hit by retailer bankruptcies and store closures, with the lower-end malls struggling the most. REITs managing the country's top regional malls say they are unfairly tarred with the same brush. Occupancy rates are high at the malls managed by Simon Property (SPG), Taubman Centers (TCO) and Macerich (MAC) and there is virtually no new supply, BTIG added. (esther.fung@wsj.com; @estherfung)

(END) Dow Jones Newswires

January 20, 2017 19:18 ET (00:18 GMT)

**CO** ebayus : eBay Incorporated | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i64 : Retail/Wholesale | i656000301 : Etailing | iecom : E-commerce | iindele : Industrial Electronics | iindstrls : Industrial Goods | iint : Internet/Online | ionlauc : Online Auctions | iretail : Retail | itech : Technology

**NS** gvote1 : National/Presidential Elections | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c181 : Acquisitions/Mergers/Divestments | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | gvote : Elections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0005u

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Morgan Says Ebay Needs to Watch Out for Competitors -- Market Talk**

**WC** 1,474 words
**PD** 20 January 2017
**ET** 19:22
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

1919 ET [Dow Jones] EBay needs to watch its back. That's what Morgan Stanley analysts say as Amazon and other start-up competitors become an increasing threat to the e-commerce site. Amazon's Prime membership is growing, increasingly threatening eBay's potential customer growth, the analysts say. But perhaps just as important are a bunch of new mobile startups, like OfferUp, 5Miles and LetGo-- which are generating sales without charging sellers transaction fees. "We acknowledge these competitors will need to charge fees at some point to survive, but its difficult to imagine they will charge fees as high as eBay...which, in our view, raises long-term question marks around eBay's ability to monetize its core Marketplace business," the analysts add. (laura.stevens@wsj.com; @LauraStevensWSJ)

**TD**

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

(END) Dow Jones Newswires

January 20, 2017 19:22 ET (00:22 GMT)

**CO** amzcom : Amazon.com, Inc. | ebayus : eBay Incorporated | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i64 : Retail/Wholesale | i656000301 : Etailing | iecom : E-commerce | iindele : Industrial Electronics | iindstrls : Industrial Goods | iint : Internet/Online | ionlauc : Online Auctions | iretail : Retail | itech : Technology

**NS** mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0005v

 © 2023 Factiva, Inc. All rights reserved.

The New York Times

SE Technology

HD **Apple Adds to Qualcomm's Troubles, Filing Lawsuit Over Rebates**

BY By QUENTIN HARDY

WC 1,182 words

PD 20 January 2017

ET 19:25

SN NYTimes.com Feed

SC NYTFEED

LA English

CY Copyright 2017. The New York Times Company. All Rights Reserved.

LP

SAN FRANCISCO — By mastering some tough computer chip technology and then pulling off an audacious business strategy based on selling its smartphone knowledge, Qualcomm has made billions of dollars and seized influence in the tech industry.

Some days that is a real drag.

TD

On Friday, Apple, its longtime partner, sued Qualcomm over what it said was $1 billion in withheld rebates. In the lawsuit, filed in Federal District Court for the Southern District of California, in San Diego, Apple said the money had been promised in conjunction with an agreement not to buy chips from other suppliers or to divulge Qualcomm's intellectual property licensing practices. The suit seeks the rebates, among other things.

Apple sued three days after the Federal Trade Commission accused Qualcomm of using anticompetitive practices to guarantee its high royalty payments for advanced wireless technology. The commission cited Qualcomm's deals with Taiwanese companies that manufacture Apple iPhones over semiconductors it sells for the iPhone.

In its complaint, the commission described Qualcomm as "the world's dominant supplier" of semiconductors that manage smartphone communications. The commission said Qualcomm had obtained "elevated royalties" for its patented intellectual property on wireless communications. Other smartphone chip makers have to pay Qualcomm for that intellectual property, too.

The commission and Apple complaints follow several other problems, including a $975 million fine by Chinese regulators in 2015 and activist shareholder complaints later that year that forced layoffs at Qualcomm. Last month, Qualcomm was fined $850 million in South Korea for unfair patent licensing.

When Apple provided information to South Korean regulators in that case, and sought competing chips from Intel, Qualcomm refused to pay Apple its promised money, Apple said.

Qualcomm, which has vowed to fight the South Korean charge and the F.T.C. suit, had no immediate comment on Apple's lawsuit.

Few expect Qualcomm to back down. It was shaped by its founders to be brainy, combative and profitable.

"They are seasoned, and equipped to fight," said Mark Hung, an analyst at Gartner. "But when such a big company is so reliant on the way it sells its intellectual property, and under the microscope in various geographies, it's tough."

Qualcomm, based in San Diego, far from Silicon Valley, was founded in 1985 by seven people, including Irwin Jacobs and Andrew Viterbi. The two were well-regarded electrical engineering professors who had formed a military satellite communications company.

Qualcomm's engineers work at a 41-building campus between a park and the University of California, San Diego. They have earned thousands of patents, including for the airplane mode on smartphones and the way apps are downloaded from stores.

Companies like Samsung and Apple need Qualcomm for the technology that enables things like high-speed wireless video for millions of people at once.

Its major technology is spread spectrum, which harnesses lots of computation and clever radio engineering for use in the various functions of smartphones.

Qualcomm's radio technology is called CDMA, for code division multiple access, a way voice calls work more efficiently over cellphone networks. And the company's influence grew over the last several years with the advent of third-generation, or 3G, phones as people started downloading lots of mobile data.

Many thought Qualcomm's success would be limited to that transition. Instead, Qualcomm innovated in 4G wireless for the smartphones from Samsung and Apple that toppled Nokia and Motorola. In its last fiscal year, Qualcomm had revenue of $23.6 billion and a profit of $5.7 billion.

Qualcomm's ventures in phones and network gear helped promote CDMA but did not make much money because older companies did not need CDMA until the success of wireless began to tax the capacity of their networks. Qualcomm turned to Asian companies that wanted to get into wireless.

"You'd never have seen the Koreans or the Chinese in wireless if not for Qualcomm and CDMA," said Clint McClellan, a 17-year employee of Qualcomm who now runs a wireless health business. "We enabled those markets."

South Korea, in particular, made CDMA an industrial policy, which carried Qualcomm for years. More recently, China accounted for half of Qualcomm's revenue. Apple's Taiwanese manufacturers, which pay Qualcomm royalties for iPhones, are another big profit center.

Qualcomm would not say what it charges for its intellectual property, but analysts figure the fee usually amounts to 5 percent of the selling price of a phone — at least it did, until the 2015 Chinese fine, which included an agreement that Chinese manufacturers pay only about half the old Qualcomm royalty.

That, and problems collecting Chinese royalties even before the agreement, hurt Qualcomm's share price. In 2015, Jana Partners, an activist hedge fund, stepped in and pressed for a breakup of the company into separate intellectual property and chip businesses.

That did not happen, but Qualcomm cut about 15 percent of its staff, cut executive pay and gave Jana three board seats. The stock has recovered to about where it was just before the fine, but not to the heights it reached before the problems.

By helping to create today's smartphone giants, Qualcomm may have engineered its current woes. Qualcomm executives say they see a connection between the China discounts, which Qualcomm had hoped would be limited to that country, and the latest regulatory attacks.

"We believe Samsung had a major role to play in the Korean decision," said Don Rosenberg, a lawyer for Qualcomm. The regulators, he said, "were prodded and mislead by commercial interests."

In an email, Hea-Ryoung Jee, a spokeswoman for Samsung, said it "was one of many multinational corporations" that responded to questions from South Korean regulators.

Qualcomm's lawyer figures the Korean case may take years to move through the courts. And recent events, including the impeachment of South Korea's president and a bribery scandal at Samsung, could complicate, or eliminate, Qualcomm's regulatory issues there.

Additionally, the F.T.C. has just three of its normal five commissioners. One of those, Maureen Ohlhausen, a Republican, voted against the suit. She may be named chairwoman when Edith Ramirez, a Democrat, steps down on Feb. 10.

 © 2023 Factiva, Inc. All rights reserved.

Neither the F.T.C. nor Apple would comment on the United States case against Qualcomm.

“It’s disappointing when our partners want to pay less after we’ve contributed to their success,” said Derek Aberle, Qualcomm’s president. “By sharing our technology, we enable others.”

Now it must get out ahead of other technology inventors in 5G, possibly while paying billions in fines and dealing with a painful restructuring and fraying relationships with its biggest customers.

“We’re not sitting still” while the problems are sorted, Mr. Aberle said. “You have to invest, and invent cool stuff that will change the way people live their lives.”

In other words, create unique technology so people will keep paying for Qualcomm’s expensive intellectual property.

**ART** A Las Vegas show this month. In December, Qualcomm was fined $850 million in South Korea. | George Rose/Getty Images

**CO** ftrade : Federal Trade Commission | applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | sfra : San Francisco | skorea : South Korea | usca : California | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | usw : Western U.S.

**IPD** Suits and Litigation (Civil)

**PUB** The New York Times Company

**AN** Document NYTFEED020170121ed1l0005m

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm Comments on Apple Complaint**

**WC** 331 words

**PD** 20 January 2017

**ET** 19:57

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

SAN DIEGO, Jan. 20, 2017 /PRNewswire/ -- "While we are still in the process of reviewing the complaint in detail, it is quite clear that Apple's claims are baseless. Apple has intentionally mischaracterized our agreements and negotiations, as well as the enormity and value of the technology we have invented, contributed and shared with all mobile device makers through our licensing program. Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information. We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated.

About Qualcomm

**TD**

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Tina Asmar, Public Affairs

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/qualcomm-comments-on-apple-complaint-300394418.html

SOURCE Qualcomm Incorporated

(END)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated \| applc : Apple Inc. |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | npress : Press Releases \| ncat : Content Types |
| **RE** | usa : United States \| namz : North America |
| **PUB** | PR Newswire Association, Inc. |
| **AN** | Document PRN0000020170121ed1l00004 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- 2nd Update**

**BY** By Tripp Mickle

**WC** 838 words

**PD** 20 January 2017

**ET** 20:01

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 20:01 ET (01:01 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0003h

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **Apple files $1 billion lawsuit against chip supplier Qualcomm**

**WC** 641 words

**PD** 20 January 2017

**ET** 20:10

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

(Reuters) - Apple Inc filed a $1 billion lawsuit against supplier Qualcomm Inc on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

Qualcomm is a major supplier to both Apple and Samsung Electronics Co Ltd for "modem" chips that connect phones to wireless networks. The two companies together accounted for 40 percent of Qualcomm's $23.5 billion in revenue in its most recent fiscal year.

**TD**

In the lawsuit filed in U.S. District Court for the Southern District of California, Apple accused Qualcomm of overcharging for chips and refusing to pay some $1 billion in promised rebates. Apple said in its complaint that Qualcomm withheld the rebates because of Apple's discussions with South Korea's antitrust regulator, the Korea Fair Trade Commission.

"If that were not enough, Qualcomm then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments to Apple. Apple refused," Apple said in its lawsuit.

In a statement, Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless."

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information," Rosenberg said in the statement.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits."

Qualcomm's stock closed 2.4 percent lower at $62.88 on the news.

Qualcomm has patents for chips which include standard essential patents, a term used to describe technology that is required to be licensed broadly and on "reasonable" terms.

In its lawsuit, Apple accused Qualcomm of refusing to license the technology to other manufacturers to prevent them from making the chips.

It also accused Qualcomm of selling chips while requiring Apple to pay a separate licensing fee for the same chips, in a "no license, no chip" policy.

In addition, Qualcomm pressured network carriers to not sell or support Apple devices made with Intel chipsets Apple said.

The KFTC fined Qualcomm $854 million in December for what it called unfair patent licensing practices.

In February 2015, Qualcomm paid a $975 million fine in China, while the European Union in December 2015 accused it of abusing its market power to thwart rivals.

On Tuesday, the U.S. Federal Trade Commission filed a lawsuit against Qualcomm, saying the San Diego-based company used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers. Qualcomm said it would contest the FTC complaint.

Qualcomm was the sole supplier of modem chips for Apple's phones until the release of the iPhone 7 in September. Intel Corp supplied about half of the modem chips for the newest models, said Stacy Rasgon, a senior analyst at Bernstein Research. Intel's shares closed up 1 percent at $36.94 after the Qualcomm suit was announced.

Apple made the move around the same time that Samsung, which had switched to using its own internal chips for its Galaxy S6 phones, returned to Qualcomm for the Galaxy S7.

Qualcomm "has been able to manage through (the Apple contract loss) pretty well because they got back Samsung at the same time," Rasgon said.

Apple is known for seeking multiple suppliers to keep prices down, said Jim Morrison, vice president of technical intelligence for TechInsights, which tears down devices to analyze their parts.

(Reporting by Diane Bartz in Washington and Stephen Nellis in San Francisco; Editing by Matthew Lewis and Cynthia Osterman)

**RF** Released: 2017-1-21T01:10:54.000Z

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | sansel : Samsung Electronics Co Ltd | usagov : United States Federal Government

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ielec : Consumer Electronics | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gpol : Domestic Politics | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:RTRFLN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170120ed1k016wh

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- 2nd Update**

**BY** By Tripp Mickle

**WC** 838 words

**PD** 20 January 2017

**ET** 20:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 20:16 ET (01:16 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0000r

**HD** **Apple antitrust suit: Qualcomm overcharged 'billions'**

**BY** Glenn CHAPMAN

**WC** 648 words

**PD** 20 January 2017

**ET** 20:29

**SN** Agence France Presse

**SC** AFPR

**LA** English

**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Apple on Friday sued Qualcomm, accusing the California chipmaker of abusing its market power to demand unfair royalties, echoing charges filed days earlier by US antitrust regulators.

Tech giant Apple said in the court filing that it has been overcharged "billions of dollars" by its chipmaking partner's "illegal scheme."

**TD**

The company also claimed Qualcomm owes it a billion dollars but is refusing to pay in retaliation for the iPhone maker's cooperating with South Korean antitrust regulators looking into the chipmaker's actions in that country.

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with," Apple said in an email statement.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

Qualcomm rejected Apple's claims at baseless, contending the iPhone maker "intentionally mischaracterized" agreements as well as the value of the company's technology.

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world... by misrepresenting facts and withholding information," Qualcomm general counsel Don Rosenberg said in a statement.

"We welcome the opportunity to have these meritless claims heard in court."

The suit charges Qualcomm of building a business model on using its rights to older, legacy technology considered telecommunication industry standards to raise royalties when Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said.

Apple noted in the suit that Qualcomm's business practices have come under scrutiny by antitrust regulators in an array of countries for selling its smartphone chipsets only to makers agreeing to its "preferred license terms" for essential mobile telecom patents.

Apple asked for a jury trial, and for damages including Qualcomm paying the company what it owes plus giving up excessive royalties it has raked in.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple filing came three days after the US Federal Trade Commission filed suit in federal court in California claiming Qualcomm abused its market power in as part of its "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

South Korea's anti-trust watchdog last month slapped Qualcomm with a record fine exceeding $850 million for abusing its dominant market position as a maker of baseband chipsets used in mobile phones.

Apple relies on Qualcomm for chip-based modems that enable iPhones and iPads to communicate with telecommunication networks.

Apple undoubtedly knows of the antitrust tide rising against Qualcomm and would like to help provide room for rival chipmakers to flourish, perhaps letting Intel improve its position, according to analyst Patrick Moorhead of Moor Insights and Strategy.

"I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm," Moorhead said, referring to the mobile device modems.

"Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this."

While the legal case alleges exclusionary contracts and the idea of being overcharged for licensing, it may well be powered by Apple wanting to ramp up competition to Qualcomm so it can negotiate better deals, the analyst said.

Modem chips are separate from processors that act as the brains or graphics engines for mobile devices.

gc/mdo

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** 2ndlead

**PUB** Agence France-Presse

**AN** Document AFPR000020170121ed1l000m9

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Says Apple 'Encouraging Regulatory Attacks'**

Barron's Blogs, 20:34, 20 January 2017, 216 words, (English)

Following word this afternoon that Apple (AAPL) has filed suit against one of its biggest suppliers, chip maker Qualcomm (QCOM), Qualcomm sent out a statement calling Apple's claims baseless.

Document WCBBE00020170121ed1l0002t

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **UPDATE 4-Apple files $1 billion lawsuit against chip supplier Qualcomm**

**WC** 657 words

**PD** 20 January 2017

**ET** 20:10

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

(Adds comment from Qualcomm, stock moves)

By Diane Bartz and Stephen Nellis

**TD**

Jan 20 (Reuters) - Apple Inc filed a $1 billion lawsuit against supplier Qualcomm Inc on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

Qualcomm is a major supplier to both Apple and Samsung Electronics Co Ltd for "modem" chips that connect phones to wireless networks. The two companies together accounted for 40 percent of Qualcomm's $23.5 billion in revenue in its most recent fiscal year.

In the lawsuit filed in U.S. District Court for the Southern District of California, Apple accused Qualcomm of overcharging for chips and refusing to pay some $1 billion in promised rebates. Apple said in its complaint that Qualcomm withheld the rebates because of Apple's discussions with South Korea's antitrust regulator, the Korea Fair Trade Commission.

"If that were not enough, Qualcomm then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments to Apple. Apple refused," Apple said in its lawsuit.

In a statement, Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless."

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information," Rosenberg said in the statement.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits."

Qualcomm's stock closed 2.4 percent lower at $62.88 on the news.

Qualcomm has patents for chips which include standard essential patents, a term used to describe technology that is required to be licensed broadly and on "reasonable" terms.

In its lawsuit, Apple accused Qualcomm of refusing to license the technology to other manufacturers to prevent them from making the chips.

It also accused Qualcomm of selling chips while requiring Apple to pay a separate licensing fee for the same chips, in a "no license, no chip" policy.

In addition, Qualcomm pressured network carriers to not sell or support Apple devices made with Intel chipsets Apple said.

The KFTC fined Qualcomm $854 million in December for what it called unfair patent licensing practices.

In February 2015, Qualcomm paid a $975 million fine in China, while the European Union in December 2015 accused it of abusing its market power to thwart rivals.

On Tuesday, the U.S. Federal Trade Commission filed a lawsuit against Qualcomm, saying the San Diego-based company used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers. Qualcomm said it would contest the FTC complaint.

Qualcomm was the sole supplier of modem chips for Apple's phones until the release of the iPhone 7 in September. Intel Corp supplied about half of the modem chips for the newest models, said Stacy Rasgon, a senior analyst at Bernstein Research. Intel's shares closed up 1 percent at $36.94 after the Qualcomm suit was announced.

Apple made the move around the same time that Samsung, which had switched to using its own internal chips for its Galaxy S6 phones, returned to Qualcomm for the Galaxy S7.

Qualcomm "has been able to manage through (the Apple contract loss) pretty well because they got back Samsung at the same time," Rasgon said.

Apple is known for seeking multiple suppliers to keep prices down, said Jim Morrison, vice president of technical intelligence for TechInsights, which tears down devices to analyze their parts. (Reporting by Diane Bartz in Washington and Stephen Nellis in San Francisco; Editing by Matthew Lewis and Cynthia Osterman)


| | |
|---|---|
| **RF** | Released: 2017-1-21T02:10:11.000Z |
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated \| sansel : Samsung Electronics Co Ltd |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| ielec : Consumer Electronics \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c12 : Corporate Crime/Legal Action \| c41 : Management \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170120ed1k017it |


 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **BRIEF-Qualcomm terms Apple's claims on lawsuit "baseless"** |
| **WC** | 49 words |
| **PD** | 20 January 2017 |
| **ET** | 20:12 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

Jan 20 (Reuters) - Qualcomm Inc

* Qualcomm comments on Apple complaint

**TD**

* Says are still in process of reviewing complaint in detail

* Says that Apple's claims are baseless Source text for Eikon: Further company coverage:

| | |
|---|---|
| **RF** | Released: 2017-1-21T02:12:52.000Z |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c12 : Corporate Crime/Legal Action \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170121ed1l0018i |

DOW JONES NEWSWIRES

**HD** **Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk**

**WC** 172 words

**PD** 20 January 2017

**ET** 21:22

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

2121 ET [Dow Jones] With Apple Inc.'s lawsuit against Qualcomm Inc. filed on Friday, the iPhone maker piled on behind the South Korean Fair Trade Commission and the U.S. Federal Trade Commission in accusing the chip maker of anti-competitive business practices. Apple accused Qualcomm of allegedly withholding rebates on chip royalty payments that it said it was due in return for agreeing to use Qualcomm's modem chips exclusively in its phones between 2011 and 2016. Only days earlier, the FTC had sued Qualcomm for allegedly paying Apple rebates for the same commitment of exclusivity, thus blocking competitors and licensing essential smartphone patents in a discriminatory fashion. Stacy Rasgon, an analyst with Sanford L. Bernstein noted the irony: "Apple," he said, "seems to be suing Qualcomm for stopping something that the FTC is suing them for doing." (ted.greenwald@wsj.com)

(MORE TO FOLLOW) Dow Jones Newswires

**TD**

January 20, 2017 21:22 ET (02:22 GMT)

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0003x

FT FINANCIAL TIMES

**HD** **Apple sues Qualcomm for $1bn for abusing its monopoly position**

**BY** Hannah Kuchler in San Francisco

**WC** 551 words

**PD** 20 January 2017

**ET** 20:57

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Apple has filed a $1bn lawsuit against Qualcomm accusing the chipmaker of abusing a monopoly position, after the US and South Korean regulators argued it exploited its market dominance at the expense of handset makers.

Shares in Qualcomm fell 2.4 per cent to $62.88 just before the markets closed on Friday when the lawsuit was published. This is the first direct challenge by one of Qualcomm's major customers but it follows a lawsuit by the US Federal Trade Commission on Tuesday, and an $890m fine from the South Korean antitrust authorities late last year.

**TD**

Apple is demanding a payment of $1bn it believes is due as a rebate for licensing fees, which it claims the chipmaker is holding back as punishment for Apple "responding truthfully" to the South Korean investigation. Qualcomm, it claims, charges Apple at least five times more than what it pays all its other cellular patent licensers combined.

"Qualcomm built its business on older, legacy, standards but reinforces its dominance through exclusionary tactics and excessive royalties," Apple said in a statement.

"We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Qualcomm said that Apple had "intentionally mischaracterised" the agreements and negotiations between the two companies.

The smartphone patent wars are heating up, as questions left unanswered in the last round of litigation between Apple, Samsung, Google and Motorola emerge again.

Last month, Apple and Nokia launched legal challenges against each other on both sides of the Atlantic, with Apple accusing two companies associated with the Finnish group of trying to extract and extort exorbitant revenue, and Nokia claiming Apple had infringed 32 of its patents in products that include the iPhone and iPad.

In the complaint in the Qualcomm case, Apple asks the court to look at a representative sample of Qualcomm's patents to see if they are valid and to examine if the royalties are too high. Every time Apple adds a new feature, such as touch ID to access Apple Pay, or increasing the memory on an iPhone, Qualcomm collects a larger royalty, the complaint claims.

"Apple products are among the most innovative in the world, yet because of its monopoly power, its suppression of the disclosure of information to government agencies investigating Qualcomm, and an

abusive licensing model, Qualcomm believes it is entitled to collect its ‘tribute’ on every such improvement,” it writes.

Apple also accuses Qualcomm of coercing customers into remaining quiet in an effort to keep courts and regulators in the dark.

“Qualcomm pursues its illegal practices through a secret web of agreements designed to obfuscate its conduct,” it added.

Dan Rosenberg, Qualcomm’s executive vice-president and general counsel, said Qualcomm was still reviewing the complaint but it was clear the claims were “baseless”.

“Apple has been actively encouraging regulatory attacks on Qualcomm’s business in various jurisdictions around the world,” he said. “We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple’s practices and a robust examination of the merits.”

**CO** ftrade : Federal Trade Commission | applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170120ed1k00bq9

 © 2023 Factiva, Inc. All rights reserved.

The Washington Post

SE A-Section

HD **Digest**

WC 674 words

PD 21 January 2017

SN The Washington Post

SC WP

ED FINAL

PG A07

LA English

CY Copyright 2017, The Washington Post Co. All Rights Reserved

LP

TECHNOLOGY

Apple seeks $1 billion from Qualcomm

TD

Apple filed a lawsuit Friday accusing Qualcomm of monopolizing the market for computer chips for wireless devices and of withholding $1 billion in retaliation for Apple's cooperation with antitrust authorities in South Korea.

Qualcomm has been under fire from regulators around the world for its patent licensing practices. Apple's lawsuit is the first direct challenge by one of Qualcomm's biggest customers.

In December, South Korea fined the company $890 million and described its practices as monopolistic. Qualcomm has said it will appeal the decision.

Under an agreement with Qualcomm, Apple said, it was forced to refrain from taking any steps to challenge Qualcomm's business model.

When Apple complied with demands from Korean regulators, Qualcomm said that was a violation of the agreement.

In retaliation, Qualcomm withheld money that it was to pay Apple in royalty rebates, the iPhone maker said.

Apple is demanding that the chipmaker hand over the money.

The suit also challenges the validity of some Qualcomm patents for wireless technologies. Apple is asking the court to rule that, if the patents are upheld, the royalty amount is significantly lower than what Qualcomm charges now.

- Bloomberg News

AUTO INDUSTRY

New Mexico suing Takata, automakers

New Mexico Attorney General Hector Balderas filed a lawsuit Friday against Japanese manufacturer Takata and a list of automakers over the sale of cars with dangerous air bag inflaters.

The attorney general's office argues that the manufacturers had a duty to ensure that their products were safe. Concealment of defects in the air bags amounted to unfair, deceptive and unconscionable trade practices under New Mexico law, the suit says.

Takata already has agreed to pay $1 billion in fines and restitution in a plea deal with the federal Justice Department over a years-long scheme to conceal the deadly defect in its inflaters. It also faces other litigation.

New Mexico's case also targets numerous automakers that used the faulty bags in their vehicles.

The state is seeking civil penalties for each defective air bag that entered the New Mexico market and penalties for each day the manufacturers misrepresented the safety of their products. State prosecutors also are seeking a jury trial.

Takata air bag inflaters can explode with too much force, spewing shrapnel at passengers. At least 27 people have died because of the defect.

- Associated Press

Also in Business

I Puerto Rican Gov. Ricardo Rossello is criticizing orders from a federal control board in the first clash over how best to tackle the island's deep economic crisis. Rossello said Friday that the board's demands are unacceptable and differ greatly from his vision to promote economic growth. On Wednesday, the control board ordered the administration to present a plan that would generate $4.5 billion a year in revenue or savings through 2019. Officials said Puerto Rico should reform its tax system, reduce health-care and higher education spending, and cut the size of its government.

I AT&T signed up new pay-TV customers for the first time in seven quarters, thanks to its new live online video service. DirecTV Now, which targets consumers who don't subscribe to traditional TV, helped woo at least 200,000 video subscribers in the fourth quarter and offset a loss of satellite-TV customers, according to a filing Friday of preliminary results. The gain reflects a promotional offer of $35 a month for 100-plus channels. AT&T introduced DirecTV Now in November and now charges $60 a month for a similar number of channels.

I The ride-hailing company Uber has hired the man behind Google search to help grow its self-driving car program. Amit Singhal announced on his blog Friday that he will join Uber after 15 years at Alphabet, where he led Google's search division. He will be senior vice president of engineering. Singhal called Uber "a geek's candy store" and said he was excited by the engineering challenges it is tackling.

- From news services

**CT**

**RF** WP20170121digest0121

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | nnam : News Agency Materials | nsum : News Digests | ncdig : Corporate Digests | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usa : United States | namz : North America

**IPD** National-Economy

**PUB** Washington Post

**AN** Document WP00000020170121ed1l0002z

Page 98 of 190 © 2023 Factiva, Inc. All rights reserved.

NATIONAL POST

SE Financial Post

HD **Apple sues Qualcomm over patent royalties, antitrust case**

BY Susan Decker

CR Bloomberg News

WC 142 words

PD 21 January 2017

SN National Post

SC FINP

ED All_but_Toronto

PG FP2

LA English

CY © 2017 National Post . All Rights Reserved.

LP

Apple Inc. filed a lawsuit accusing Qualcomm Inc. of monopolizing the market for chips for wireless devices, and of withholding US$1 billion in retaliation for co-operating with antitrust authorities in South Korea.

Qualcomm has been under fire for its patent licensing practices. The lawsuit filed Friday is the first direct challenge by one of its biggest customers.

TD

Apple is demanding Qualcomm hand over money that was supposed to be a rebate for licensing fees. Qualcomm is holding back the money as punishment for Apple cooperating with Korean antitrust regulators, according to the complaint.

The complaint also challenges the validity of some key Qualcomm patents. Apple asks the court to rule that, if the patents are upheld, the royalty amount is significantly lower than what Qualcomm charges now.

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c12 : Corporate Crime/Legal Action | c133 : Patents | c34 : Anti-Competition Issues | nnam : News Agency Materials | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

RE cana : Canada | namz : North America

IPD News

PUB National Post

AN Document FINP000020170121ed1l0001d

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Chips -- WSJ**

**WC** 846 words
**PD** 21 January 2017
**ET** 02:32
**SN** Dow Jones Institutional News
**SC** DJDN
**PG** B3
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

iPhone maker says component supplier unfairly leveraged its monopoly position

By Tripp Mickle

**TD**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has

never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 21, 2017 02:32 ET (07:32 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0002c

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Chips -- WSJ**

**WC** 846 words

**PD** 21 January 2017

**ET** 02:47

**SN** Dow Jones Institutional News

**SC** DJDN

**PG** B3

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

iPhone maker says component supplier unfairly leveraged its monopoly position

By Tripp Mickle

**TD**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has

never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 21, 2017 02:47 ET (07:47 GMT)

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindstrls : Industrial Goods \| ismart : Smartphones \| i3302 : Computers/Consumer Electronics \| i3441 : Telecommunications Technology/Equipment \| i34411 : Mobile Communications Equipment \| i3454 : Personal Electronics \| icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| iindele : Industrial Electronics \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usca : California \| usw : Western U.S. \| namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170121ed1l00083 |

The New York Times

**SE** Business/Financial Desk; SECTB

**HD** **Apple Adds to Qualcomm's Troubles, Filing a Lawsuit Over Rebates**

**BY** By QUENTIN HARDY
**WC** 1,208 words
**PD** 21 January 2017
**SN** The New York Times
**SC** NYTF
**ED** Late Edition - Final
**PG** 1
**LA** English
**CY** Copyright 2017 The New York Times Company. All Rights Reserved.

**LP**

SAN FRANCISCO -- By mastering some tough computer chip technology and then pulling off an audacious business strategy based on selling its smartphone knowledge, Qualcomm has made billions of dollars and seized influence in the tech industry.

Some days that is a real drag.

**TD**

On Friday, Apple, its longtime partner, sued Qualcomm over what it said was $1 billion in withheld rebates. In the lawsuit, filed in Federal District Court for the Southern District of California, in San Diego, Apple said the money had been promised in conjunction with an agreement not to buy chips from other suppliers or to divulge Qualcomm's intellectual property licensing practices. The suit seeks the rebates, among other things.

Apple sued three days after the Federal Trade Commission accused Qualcomm of using anticompetitive practices to guarantee its high royalty payments for advanced wireless technology. The commission cited Qualcomm's deals with Taiwanese companies that manufacture Apple iPhones over semiconductors it sells for the iPhone.

In its complaint, the commission described Qualcomm as "the world's dominant supplier" of semiconductors that manage smartphone communications. The commission said Qualcomm had obtained "elevated royalties" for its patented intellectual property on wireless communications. Other smartphone chip makers have to pay Qualcomm for that intellectual property, too.

The commission and Apple complaints follow several other problems, including a $975 million fine by Chinese regulators in 2015 and activist shareholder complaints later that year that forced layoffs at Qualcomm. Last month, Qualcomm was fined $850 million in South Korea for unfair patent licensing.

When Apple provided information to South Korean regulators in that case, and sought competing chips from Intel, Qualcomm refused to pay Apple its promised money, Apple said.

Qualcomm has vowed to fight the South Korean charge and the F.T.C. suit. "Apple has intentionally mischaracterized our agreements and negotiations," Qualcomm said in a statement, adding that it would fight that lawsuit, too.

Few expect Qualcomm to back down. It was shaped by its founders to be brainy, combative and profitable.

"They are seasoned, and equipped to fight," said Mark Hung, an analyst at Gartner. "But when such a big company is so reliant on the way it sells its intellectual property, and under the microscope in various geographies, it's tough."

Qualcomm, which is based in San Diego, far from Silicon Valley, was founded in 1985 by seven people, including Irwin Jacobs and Andrew Viterbi. The two were well-regarded electrical engineering professors who had formed a military satellite communications company.

Qualcomm's engineers work at a 41-building campus between a park and the University of California, San Diego. They have earned thousands of patents, including for the airplane mode on smartphones and the way apps are downloaded from stores.

Companies like Samsung and Apple need Qualcomm for the technology that enables things like high-speed wireless video for millions of people at once.

Its major technology is spread spectrum, which harnesses lots of computation and clever radio engineering for use in the various functions of smartphones.

Qualcomm's radio technology is called CDMA, for code division multiple access, a way voice calls work more efficiently over cellphone networks. And the company's influence grew over the last several years with the advent of third-generation, or 3G, phones as people started downloading lots of mobile data as well as making calls.

At the time, many thought Qualcomm's success would be limited to that transition. Instead, Qualcomm innovated in 4G wireless for the new smartphones from Samsung and Apple that toppled Nokia and Motorola. In its last fiscal year, Qualcomm had revenue of $23.6 billion and a profit of $5.7 billion.

Qualcomm's ventures in phones and network gear helped promote CDMA but did not make much money because older companies did not need CDMA until the success of wireless began to tax the capacity of their networks. Qualcomm turned to Asian companies that wanted to get into wireless.

"You'd never have seen the Koreans or the Chinese in wireless if not for Qualcomm and CDMA," said Clint McClellan, a 17-year employee of Qualcomm who now runs a wireless health business. "We enabled those markets."

South Korea, in particular, made CDMA an industrial policy, which carried Qualcomm for years. More recently, China accounted for half of Qualcomm's revenue. Apple's Taiwanese manufacturers, which pay Qualcomm royalties for iPhones, are another big profit center.

Qualcomm would not say what it charges for its intellectual property, but analysts figure the fee usually amounts to 5 percent of the selling price of a phone -- at least it did, until the 2015 Chinese fine, which included an agreement that Chinese manufacturers pay only about half the old Qualcomm royalty.

That, and problems collecting Chinese royalties even before the agreement, hurt Qualcomm's share price. In 2015, Jana Partners, an activist hedge fund, stepped in and pressed for a breakup of the company into separate intellectual property and chip businesses.

That did not happen, but Qualcomm cut about 15 percent of its staff, cut executive pay and gave Jana three board seats. The stock has recovered to about where it was just before the fine, but not to the heights it reached before the problems.

By helping to create today's smartphone giants, Qualcomm may have engineered its current woes. Qualcomm executives say they see a connection between the China discounts, which Qualcomm had hoped would be limited to that country, and the latest regulatory attacks.

"We believe Samsung had a major role to play in the Korean decision," said Don Rosenberg, a lawyer for Qualcomm. The regulators, he said, "were prodded and misled by commercial interests."

In an email, Hea-Ryoung Jee, a spokeswoman for Samsung, said it "was one of many multinational corporations" that responded to questions from South Korean regulators.

Qualcomm's lawyer figures the Korean case may take years to move through the courts. And recent events, including the impeachment of South Korea's president and a bribery scandal at Samsung, could complicate, or eliminate, Qualcomm's regulatory issues there.

Additionally, the F.T.C. has just three of its normal five commissioners. One of those, Maureen Ohlhausen, a Republican, voted against the suit. She may be named chairwoman when the current chairwoman, Edith Ramirez, a Democrat, steps down on Feb. 10.

Neither the F.T.C. nor Apple would comment on the United States case against Qualcomm.

"It's disappointing when our partners want to pay less after we've contributed to their success," said Derek Aberle, Qualcomm's president.

Now it must get out ahead of other technology inventors in 5G, possibly while paying billions in fines and dealing with a painful restructuring and fraying relationships with its biggest customers.

"We're not sitting still" while the problems are sorted, Mr. Aberle said. "You have to invest, and invent cool stuff that will change the way people live their lives."

In other words, create unique technology so people will keep paying for Qualcomm's expensive intellectual property.

**ART** A Las Vegas show this month. In December, Qualcomm was fined $850 million in South Korea. (PHOTOGRAPH BY GEORGE ROSE/GETTY IMAGES) (B4)

**CO** ftrade : Federal Trade Commission | applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | skorea : South Korea | usca : California | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | usw : Western U.S.

**IPD** Business/Financial Desk

**PUB** The New York Times Company

**AN** Document NYTF000020170121ed1l0005a

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **DJ QUALCOMM Incorporated, Inst Holders, 4Q 2016 (QCOM)**

**WC** 759 words

**PD** 21 January 2017

**ET** 03:03

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

The following table shows the largest shareholders in QUALCOMM INC COM (QCOM) for the quarter ended December 31, 2016, listed by holding size. The list represents up to 50 of the largest holders in the company.

Note: Unless otherwise mentioned the reporting date is 12/31/2016

**TD**

| Institution | Shares Held | Shares Changed | % Held | Last Report |
|---|---|---|---|---|
| The Vanguard Group Inc. | 97,198,871 | 2,819,248 | 6.581 | 09/30 |
| SSgA Funds Management Inc. | 66,472,162 | 8,136,506 | 4.501 | 09/30 |
| BlackRock Fund Advisors | 61,177,676 | 3,816,224 | 4.142 | 09/30 |
| Fidelity Management & Research | 60,662,768 | 8,300,448 | 4.107 | 09/30 |
| Barrow Hanley Mewhinney & St | 21,024,535 | (573,470) | 1.424 | 09/30 |
| Northern Trust Investments In | 20,283,988 | 513,204 | 1.373 | 09/30 |
| T. Rowe Price Associates Inc. | 18,415,572 | 1,647,152 | 1.247 | 09/30 |
| Jennison Associates LLC | 17,576,366 | 10,234,556 | 1.190 | 09/30 |
| Columbia Management Investment | 17,097,778 | 985,902 | 1.158 | 09/30 |
| PRIMECAP Management Co. | 16,980,554 | (339,570) | 1.150 | 09/30 |
| Orbis Investment Management Lt | 16,207,559 | (1,738,213) | 1.097 | 09/30 |
| Capital Research & Management | 15,964,849 | 1,498,389 | 1.081 | 09/30 |
| Loomis Sayles & Co. LP | 15,927,250 | 487,780 | 1.078 | 09/30 |
| Jackson Square Partners LLC | 14,995,509 | (2,203,552) | 1.015 | 09/30 |
| Geode Capital Management LLC | 14,634,512 | 858,063 | 0.991 | 09/30 |
| Invesco PowerShares Capital Ma | 13,617,925 | 1,712,141 | 0.922 | 09/30 |
| The Caisse de depot et placeme | 12,269,100 | (65,900) | 0.831 | 09/30 |
| Mellon Capital Management Corp | 11,724,309 | 485,403 | 0.794 | 09/30 |
| BlackRock Advisors LLC | 11,688,812 | (2,131,452) | 0.791 | 09/30 |
| Capital Research & Management | 11,400,000 | 4,150,000 | 0.772 | 09/30 |
| Managed Account Advisors LLC | 10,660,558 | (364,875) | 0.722 | 09/30 |
| Wells Fargo Advisors LLC | 10,494,301 | 65,365 | 0.711 | 09/30 |
| Invesco Advisers Inc. | 10,430,056 | (157,161) | 0.706 | 09/30 |
| Brown Brothers Harriman & Co. | 10,198,713 | (1,257,978) | 0.691 | 09/30 |
| BlackRock Investment Managemen | 10,067,130 | (1,220,919) | 0.682 | 09/30 |
| Fisher Asset Management LLC | 9,688,348 | (2,893) | 0.656 | 12/31 |
| Wellington Management Co. LLP | 9,457,772 | 4,223,400 | 0.640 | 09/30 |
| Magellan Asset Management Ltd. | 9,453,133 | 206,974 | 0.640 | 09/30 |

| | | | | |
|---|---|---|---|---|
| Dimensional Fund Advisors LP | 8,944,700 | 1,188,903 | 0.606 | 09/30 |
| Merrill Lynch Pierce Fenner | 8,770,013 | (1,140,151) | 0.594 | 09/30 |
| JPMorgan Investment Management | 8,512,706 | 1,505,056 | 0.576 | 09/30 |
| Artisan Partners LP | 8,439,482 | (62,435) | 0.571 | 09/30 |
| Grantham Mayo Van Otterloo & | 8,287,646 | (855,014) | 0.561 | 09/30 |
| BlackRock Investment Managemen | 7,820,824 | (527,273) | 0.530 | 09/30 |
| Morgan Stanley Smith Barney LL | 7,717,149 | 271,297 | 0.523 | 09/30 |
| LSV Asset Management | 7,702,168 | 711,245 | 0.522 | 09/30 |
| Legal & General Investment Man | 7,118,938 | 31,859 | 0.482 | 09/30 |
| Deutsche Asset Management Inve | 7,082,642 | 617,364 | 0.480 | 09/30 |
| The Bank of New York Mellon Co | 6,917,797 | 1,258,886 | 0.468 | 09/30 |
| Charles Schwab Investment Mana | 6,518,242 | 398,983 | 0.441 | 09/30 |
| Harris Associates LP | 6,183,306 | 15,251 | 0.419 | 09/30 |
| TIAA-CREF Investment Managemen | 5,717,069 | 533,158 | 0.387 | 09/30 |
| Parametric Portfolio Associate | 5,665,552 | (85,815) | 0.384 | 09/30 |
| BlackRock Advisors (UK) Ltd. | 5,522,153 | (66,355) | 0.374 | 09/30 |
| Goldman Sachs Asset Management | 5,513,268 | (386,084) | 0.373 | 09/30 |
| Lord Abbett & Co. LLC | 5,333,996 | 327,493 | 0.361 | 09/30 |
| Manulife Asset Management (US) | 5,131,905 | (1,273,986) | 0.347 | 09/30 |
| Franklin Advisers Inc. | 4,896,817 | (983,590) | 0.332 | 09/30 |
| Credit Suisse Securities (USA) | 4,831,438 | 276,588 | 0.327 | 09/30 |
| Quantitative Management Associ | 4,741,644 | 679,904 | 0.321 | 09/30 |

13F data provided by: Factset Research Systems Inc.;
Please send questions to ownership@factset.com.
Copyright, Factset Research Systems, 2017. All Rights Reserved.

(END) Dow Jones Newswires

January 21, 2017 03:03 ET (08:03 GMT)

**CO** vngd : The Vanguard Group Inc | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i831 : Financial Investments | ifinal : Financial Services | iinv : Investing/Securities

**NS** c181 : Acquisitions/Mergers/Divestments | ceqpm : Equity Portfolios of $100 Million (13F) | cgvfil : Government Filings | neqac : Equities Asset Class News | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0008m

Los Angeles Times

SE Business; Business Desk

HD **BUSINESS BEAT; Apple lawsuit seeks $1 billion from Qualcomm**

CR Associated Press
WC 298 words
PD 21 January 2017
SN Los Angeles Times
SC LATM
ED Home Edition
PG C-2
LA English
CY Copyright 2017 The Los Angeles Times

LP

Apple Inc. is suing mobile chip maker Qualcomm Inc. for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The complaint filed Friday in a San Diego federal court depicts Qualcomm as a monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

TD

Apple says it has been cooperating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

Qualcomm didn't immediately respond to requests for comment. The San Diego company has said that its 3G and 4G cellular patents are essential to what makes smartphones truly mobile, with the ability to link to the Internet from almost anywhere. The royalties it has been charging for these key technologies for more than two decades are not unreasonable, the company contends.

Cupertino, Calif.-based Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging that Qualcomm has been imposing unfair licensing terms on manufacturers.

The FTC alleged that Qualcomm used its dominant market share in wireless chips to get excessive royalties on key, standard essential patents, which are supposed to be made available at reasonable rates under law.

The agency also accused Qualcomm of giving Apple rebates in exchange for being the exclusive supplier of cellular modems in iPhones from 2011 through 2015 -- hurting competitors. And the FTC lawsuit came a month after a South Korean regulator, the Korea Fair Trade Commission, fined Qualcomm $865 million over patent royalties.

--

San Diego Union-Tribune staff writer Mike Freeman contributed to this report.

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

| | |
|---|---|
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| nnam : News Agency Materials \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Wire |
| **PUB** | Tribune Publishing Company |
| **AN** | Document LATM000020170121ed1l0001e |

 © 2023 Factiva, Inc. All rights reserved.

Cyprus Mail
Internet Edition

**HD** **Factory Mutual Insurance Co. Sells 80,000 Shares of Qualcomm Inc.**

**WC** 892 words

**PD** 21 January 2017

**SN** Cyprus Mail

**SC** CYMAIL

**LA** English

**CY** © 2017, Cyprus Mail, All rights Reserved - Provided by SyndiGate Media Inc.

**LP**

Factory Mutual Insurance Co. reduced its stake in Qualcomm Inc. (NASDAQ:QCOM) by 6.0% during the third quarter, according to its most recent Form 13F filing with the Securities and Exchange Commission. The firm owned 1,263,700 shares of the wireless technology companys stock after selling 80,000 shares during the period. Factory Mutual Insurance Co. owned 0.09% of Qualcomm worth $86,563,000 at the end of the most recent reporting period.

**TD**

Several other institutional investors have also bought and sold shares of QCOM. Capital Research Global Investors acquired a new position in Qualcomm during the second quarter valued at $774,968,000. Capital World Investors acquired a new position in Qualcomm during the second quarter valued at $388,383,000. FMR LLC increased its position in Qualcomm by 9.2% in the second quarter. FMR LLC now owns 56,983,582 shares of the wireless technology companys stock valued at $3,052,610,000 after buying an additional 4,823,120 shares during the last quarter. Franklin Resources Inc. increased its position in Qualcomm by 23.4% in the second quarter. Franklin Resources Inc. now owns 9,300,593 shares of the wireless technology companys stock valued at $498,233,000 after buying an additional 1,761,425 shares during the last quarter. Finally, Bank of Montreal Can acquired a new position in Qualcomm during the second quarter valued at $87,048,000. Hedge funds and other institutional investors own 78.41% of the companys stock.

Shares of Qualcomm Inc. (NASDAQ:QCOM) opened at 64.44 on Friday. The firms 50-day moving average is $66.49 and its 200-day moving average is $64.19. The company has a market cap of $95.17 billion, a PE ratio of 16.91 and a beta of 1.35. Qualcomm Inc. has a 1-year low of $42.24 and a 1-year high of $71.62.

Qualcomm (NASDAQ:QCOM) last posted its earnings results on Wednesday, November 2nd. The wireless technology company reported $1.28 earnings per share (EPS) for the quarter, beating the consensus estimate of $1.13 by $0.15. Qualcomm had a return on equity of 19.31% and a net margin of 24.22%. The company had revenue of $9.17 billion for the quarter, compared to analyst estimates of $5.84 billion. During the same quarter in the previous year, the firm earned $0.91 earnings per share. The firms quarterly revenue was up 68.2% compared to the same quarter last year. On average, equities analysts forecast that Qualcomm Inc. will post $4.76 earnings per share for the current fiscal year.

The firm also recently declared a quarterly dividend, which will be paid on Wednesday, March 22nd. Stockholders of record on Wednesday, March 1st will be paid a dividend of $0.53 per share. The ex-dividend date is Monday, February 27th. This represents a $2.12 dividend on an annualized basis and a dividend yield of 3.29%. Qualcomms payout ratio is 55.64%.

QCOM has been the subject of several recent analyst reports. Mizuho raised shares of Qualcomm from a neutral rating to a buy rating and set a $75.00 price objective for the company in a research note on Thursday, September 29th. Cowen and Company reaffirmed an outperform rating and set a $74.00 price objective on shares of Qualcomm in a research note on Monday, October 10th. Susquehanna initiated coverage on shares of Qualcomm in a research note on Tuesday, December 20th. They set a positive rating and a $80.00 price objective for the company. Nomura raised shares of Qualcomm from a neutral rating to a buy rating and boosted their price objective for the company from $55.00 to $80.00 in a research note on Monday, October 31st. Finally, Vetr cut shares of Qualcomm from a buy rating to a hold rating and set a

$71.00 price objective for the company. in a research note on Monday, October 3rd. Eighteen investment analysts have rated the stock with a hold rating, nineteen have given a buy rating and one has issued a strong buy rating to the stock. The stock has an average rating of Buy and an average price target of $67.92.

In other news, EVP Alexander H. Rogers sold 8,993 shares of the businesss stock in a transaction dated Thursday, December 29th. The stock was sold at an average price of $65.50, for a total transaction of $589,041.50. Following the sale, the executive vice president now owns 655 shares in the company, valued at $42,902.50. The sale was disclosed in a legal filing with the Securities & Exchange Commission, which is available through this hyperlink. Also, Director Stiles Barbara Alexander sold 22,000 shares of the businesss stock in a transaction dated Tuesday, November 8th. The stock was sold at an average price of $68.52, for a total value of $1,507,440.00. Following the sale, the director now owns 2,440 shares in the company, valued at approximately $167,188.80. The disclosure for this sale can be found here. Insiders have sold 99,758 shares of company stock worth $6,704,656 in the last 90 days. Insiders own 0.24% of the companys stock.

**CO** fmi : Factory Mutual Insurance Co | fmrc : FMR LLC | qcom : Qualcomm Incorporated

**IN** i79022 : Wireless Telecommunications Services | i7902 : Telecommunication Services | i34531 : Semiconductors | i82 : Insurance | i82003 : Non-life Insurance | i831 : Financial Investments | ifinal : Financial Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | iinv : Investing/Securities | itech : Technology

**NS** c181 : Acquisitions/Mergers/Divestments | c151 : Earnings | ceqpm : Equity Portfolios of $100 Million (13F) | c182 : Physical Asset Transactions | c15 : Financial Performance | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | cgvfil : Government Filings | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**IPD** Financial Services

**PUB** Cyprus Mail Ltd

**AN** Document CYMAIL0020170121ed1l0008f

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

**HD** **Apple depicts Qualcomm as a shady monopolist in $1B lawsuit**

**CR** AP

**WC** 335 words

**PD** 20 January 2017

**ET** 20:59

**SN** The Canadian Press

**SC** CPR

**LA** English

**CY** (c) 2017 The Canadian Press. All rights reserved.

**LP**

SAN FRANCISCO _ Apple is suing mobile chip maker Qualcomm for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The 100-page complaint filed Friday in a San Diego federal court depicts Qualcomm as a greedy monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

**TD**

For instance, Qualcomm demanded royalties on Apple's fingerprint identification system built into recent models of the iPhone and also for larger storage capacities on the devices, according to the lawsuit.

Qualcomm denied the allegations.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, Qualcomm's general counsel.

Apple says it has been co-operating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

"Qualcomm's recent effort to cover its tracks _ by punishing Apple for providing truthful testimony at the request of government regulators _ underscores the lengths to which Qualcomm will go to protect its extortion scheme," the lawsuit alleges.

Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging Qualcomm has been imposing unfair licensing terms on manufacturers.

Besides co-operating with the FTC's investigation, Apple says it has been providing information about its dealings with Qualcomm to regulators in Europe, South Korea and Taiwan.

South Korea regulators last month imposed an $853 million fine on Qualcomm for violating its antitrust laws, a decision that Qualcomm is fighting.

Shares in San Diego-based Qualcomm Inc. fell $1.56, or 2.4 per cent, to close Friday at $62.88. Those of Apple Inc., which is based in Cupertino, California, ended up 22 cents at $120.

**RF** 20170120CPCPB9690

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics |

| | |
|---|---|
| | icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| nnam : News Agency Materials \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usca : California \| namz : North America \| usa : United States \| usw : Western U.S. |
| **IPD** | B |
| **PUB** | The Canadian Press |
| **AN** | Document CPR0000020170121ed1l0008b |

 © 2023 Factiva, Inc. All rights reserved.

U-T San Diego

**SE** News

**HD** **in other news**

**WC** 74 words

**PD** 21 January 2017

**SN** San Diego Union-Tribune

**SC** SDU

**ED** Final ME

**PG** 1

**LA** English

**CY** Copyright 2017, San Diego Union-Tribune. Distributed by NewsBank, Inc.

**LP**

Apple suing Qualcomm

Apple is suing Qualcomm for roughly $1 billion, saying Qualcomm has been "charging royalties for technologies they have nothing to do with."

**TD**

The complaint was filed on Friday. Story, C1

Storm pounds county

Winds gusting upward of 50 mph whipped the region Friday, knocking out power to 36,000 customers, shutting theme parks and forcing motorists to keep a tight grip on their steering wheels. Story, B1

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npag : Page-One Stories | ncat : Content Types

**RE** usca : California | namz : North America | usa : United States | usw : Western U.S.

**PUB** Union-Tribune Publishing Company

**AN** Document SDU0000020170121ed1l0000i



PX333

Page 7814

SE Business

**HD Apple challenges Qualcomm; with $1b suit over royalties; Legal battle in S.D. follows FTC's action over alleged unfair patent licensing**

BY Mike Freeman

WC 574 words

PD 21 January 2017

SN San Diego Union-Tribune

SC SDU

ED Final ME

PG 1

LA English

CY Copyright 2017, San Diego Union-Tribune. Distributed by NewsBank, Inc.

LP

Apple is suing Qualcomm for roughly $1 billion, saying Qualcomm has been "charging royalties for technologies they have nothing to do with."

The suit follows the U.S. Federal Trade Commission's lawsuit against Qualcomm this week over alleged unfair patent-licensing practices.

TD

The complaint, filed in U.S. District Court in San Diego on Friday, alleges that Qualcomm has withheld $1 billion in rebate payments owed to Apple under an agreement between the two companies because Apple cooperated with an anti-trust investigation by the Korea Fair Trade Commission (KFTC).

Qualcomm is a major supplier to Apple and Samsung for "modem" chips that help phones connect to wireless networks.

The South Korean anti-trust regulator in December fined Qualcomm a record $865 million for anti-competitive patent-licensing practices.

"Qualcomm has withheld the required contractual payments from Apple even though the agreement clearly permits Apple to respond to the KFTC's lawful investigation and requests for information," according to the lawsuit. "If that were not enough, Qualcomm then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments to Apple. Apple refused."

In an email response, Qualcomm General Counsel Don Rosenberg called Apple's allegations "baseless."

Efforts to reach Qualcomm have been unsuccessful. The company has said in the past that its 3G and 4G cellular patents are essential to what makes smartphones truly mobile with the ability to link to the Internet from almost anywhere. The royalties it has been charging for these key technologies for more than two decades are not unreasonable, the company contends.

The San Diego wireless giant also vigorously denies claims made by the FTC and the Korea Fair Trade Commission, saying they are based on a flawed legal theory and inaccurate information about the mobile industry.

Apple issued the following statement regarding the lawsuit:

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with. The more Apple innovates with unique features such as TouchID, advanced displays, and cameras, to name just a few, the more money Qualcomm collects for no reason and the more expensive it becomes for

Apple to fund these innovations. Qualcomm built its business on older, legacy standards but reinforces its dominance through exclusionary tactics and excessive royalties. Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1B in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them.

"Apple believes deeply in innovation and we have always been willing to pay fair and reasonable rates for patents we use. We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

mike.freeman@sduniontribune.

com (760) 529-4973

Twitter: @TechDiego

**ART** Qualcomm last month was fined a record $865 million by South Korea over its patent practices. Gregory Bull AP

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Union-Tribune Publishing Company

**AN** Document SDU0000020170121ed1l0000k

 © 2023 Factiva, Inc. All rights reserved.

**SE** Business

**HD** **Qualcomm Issues Statement On Apple Complaint**

**WC** 163 words

**PD** 21 January 2017

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2017 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - Qualcomm Incorporated (QCOM) said the claims made by Apple in its lawsuit against the company are baseless. On Friday, Apple filed a $1 billion lawsuit against Qualcomm in U.S. alleging non-payment of promised rebates.

"Apple has intentionally mischaracterized our agreements and negotiations, as well as the enormity and value of the technology we have invented, contributed and shared with all mobile device makers through our licensing program. Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world by misrepresenting facts and withholding information," said Don Rosenberg, general counsel, Qualcomm.

**TD**

On January 17, The Federal Trade Commission filed a complaint in federal district court charging Qualcomm with using anticompetitive tactics to maintain its monopoly in the supply of a key semiconductor device used in cell phones and other consumer products.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2017 RTTNews.com. All Rights Reserved

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated | applc : Apple Inc.

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020170121ed1l0005l

**HD** **Apple suing Qualcomm for $1 billion over unfair royalties**

**WC** 400 words

**PD** 20 January 2017

**ET** 23:47

**SN** Deutsche Welle

**SC** DEUEN

**LA** English

**CY** (c) 2017. Deutsche Welle.

**LP**

Apple is suing mobile chip maker Qualcomm over claims it abused market power to demand unfair royalties. Apple uses Qualcomm products in its mobile devices to work with telecommunication networks.

Technology giant Apple sued mobile chip producer Qualcomm in San Diego federal court Friday for $1 billion (934 million euros) for charging unfair royalties on innovations on the iPhone, Apple's popular mobile phone.

**TD**

In an email to French press agency AFP, Apple charged that "to protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

In the 100-page complaint, Apple stated Qualcomm demanded royalties on Apple's fingerprint identification system on recent versions of the iPhone, as well as larger storage capabilities on the mobile phones, according to the lawsuit.

Qualcomm rejected Apple's claims. "Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world…by misrepresenting facts and withholding information," said Qualcomm executive vice president Don Rosenberg in a statement.

Apple uses Qualcomm products in its iPhones and iPad tablets to work with telecommunication networks.

Qualcomm in trouble

The Apple suit comes three days following the Federal Trade Commission (FTC) filed a lawsuit stating Qualcomm imposed unfair licensing terms on manufacturers. Apple also noted Qualcomm's license terms in its suit. Qualcomm called the FTC suit "significantly flawed."

Qualcomm is in hot water in South Korea as well, as regulators in the Asian country imposed a fine of over $850 million against the San Diego-based Qualcomm in December for violating the country's antitrust laws. Qualcomm is fighting this decision.

Moor Insights and Strategy analyst Patrick Moorhead told AFP that the antitrust suits against Qualcomm may cause rival chip producers to gain ground.

"I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm," said Moorhead.

"Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this," Moorhead added.

Qualcomm shares fell 2.4 percent and Apple shares edged up just below 0.2 percent Friday.

kbd/kl (AFP, AP)

**RF** 37219348

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i7902202 : Mobile Telecommunications | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services | i83944 : Internet Service Providers | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iint : Internet/Online | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** ntra : Transcripts | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | niwe : IWE Filter

**IPD** News

**PUB** Deutsche Welle

**AN** Document DEUEN00020170121ed1l000h2

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.


SE Tech


HD **Apple Sues Qualcomm Over Licensing Practices; Apple alleges Qualcomm sought onerous terms for technology; Apple had cooperated in Korean probe into Qualcomm's licensing practices**


BY By Tripp Mickle

WC 897 words

PD 20 January 2017

ET 20:01

SN The Wall Street Journal Online

SC WSJO

LA English


CY Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

LP

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices—a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commissionsued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display—not Qualcomm's chip —Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016—a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

Related

* FTC's Qualcomm Suit Exposes Tensions in Smartphone Industry (Jan. 19, 2017)

* Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm (Jan. 17, 2017)

* Apple Confirms $1 Billion Investment in SoftBank Vision Fund (Jan 5, 2017)

* Qualcomm to Pay $975 Million Antitrust Fine to China (Feb. 10, 2015)

* Qualcomm Says FTC Is Investigating It (Nov. 5, 2014)

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| i7902 : Telecommunication Services \| icph : Computer Hardware \| iindstrls : Industrial Goods \| iint : Internet/Online \| itech : Technology \| icomp : Computing \| iindele : Industrial Electronics |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c151 : Earnings \| c34 : Anti-Competition Issues \| gcat : Political/General News \| c15 : Financial Performance \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | namz : North America \| usa : United States |
| **IPD** | ANTICOMPETITIVE |
| **IPC** | 005930.SE |
| **PUB** | Dow Jones & Company, Inc. |

 © 2023 Factiva, Inc. All rights reserved.

**AN** Document WSJO000020170120ed1k009n9

Page 123 of 190 © 2023 Factiva, Inc. All rights reserved.

AP

**HD** **Apple depicts Qualcomm as a shady monopolist in $1B lawsuit**

**WC** 331 words

**PD** 20 January 2017

**ET** 20:58

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2017. The Associated Press. All Rights Reserved.

**LP**

SAN FRANCISCO (AP) — Apple is suing mobile chip maker Qualcomm for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The 100-page complaint filed Friday in a San Diego federal court depicts Qualcomm as a greedy monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

**TD**

For instance, Qualcomm demanded royalties on Apple's fingerprint identification system built into recent models of the iPhone and also for larger storage capacities on the devices, according to the lawsuit.

Qualcomm denied the allegations.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, Qualcomm's general counsel.

Apple says it has been cooperating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

"Qualcomm's recent effort to cover its tracks — by punishing Apple for providing truthful testimony at the request of government regulators — underscores the lengths to which Qualcomm will go to protect its extortion scheme," the lawsuit alleges.

Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging Qualcomm has been imposing unfair licensing terms on manufacturers.

Besides cooperating with the FTC's investigation, Apple says it has been providing information about its dealings with Qualcomm to regulators in Europe, South Korea and Taiwan.

South Korea regulators last month imposed an $853 million fine on Qualcomm for violating its antitrust laws, a decision that Qualcomm is fighting.

Shares in San Diego-based Qualcomm Inc. fell $1.56, or 2.4 percent, to close Friday at $62.88. Those of Apple Inc., which is based in Cupertino, California, ended up 22 cents at $120.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i3302 : Computers/Consumer Electronics | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

| | |
|---|---|
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| gpol : Domestic Politics \| gtel : Telecommunications \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| gcat : Political/General News \| gpir : Politics/International Relations \| gsci : Sciences/Humanities \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | sfra : San Francisco \| usa : United States \| usca : California \| namz : North America \| usw : Western U.S. |
| **IPD** | US |
| **IPC** | f |
| **PUB** | The Associated Press |
| **AN** | Document APRS000020170120ed1k00f1u |

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

**HD** **Qualcomm Comments on Apple Complaint**

**WC** 318 words

**PD** 21 January 2017

**SN** M2 Presswire

**SC** MTPW

**LA** English

**CY** © 2017, M2 Communications. All rights reserved.

**LP**

SAN DIEGO - "While we are still in the process of reviewing the complaint in detail, it is quite clear that Apple's claims are baseless. Apple has intentionally mischaracterized our agreements and negotiations, as well as the enormity and value of the technology we have invented, contributed and shared with all mobile device makers through our licensing program. Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information. We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated.

About Qualcomm

**TD**

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages. Qualcomm contacts: Tina Asmar John Sinnott

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | namz : North America

**PUB** Normans Media Ltd

**AN** Document MTPW000020170123ed1l003mn

DOW JONES NEWSWIRES

**HD** **Global Equities Roundup: Market Talk**

**WC** 1,484 words

**PD** 20 January 2017

**ET** 21:22

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

2121 ET [Dow Jones] With Apple Inc.'s lawsuit against Qualcomm Inc. filed on Friday, the iPhone maker piled on behind the South Korean Fair Trade Commission and the U.S. Federal Trade Commission in accusing the chip maker of anti-competitive business practices. Apple accused Qualcomm of allegedly withholding rebates on chip royalty payments that it said it was due in return for agreeing to use Qualcomm's modem chips exclusively in its phones between 2011 and 2016.

**TD**

Only days earlier, the FTC had sued Qualcomm for allegedly paying Apple rebates for the same commitment of exclusivity, thus blocking competitors and licensing essential smartphone patents in a discriminatory fashion. Stacy Rasgon, an analyst with Sanford L. Bernstein noted the irony: "Apple," he said, "seems to be suing Qualcomm for stopping something that the FTC is suing them for doing." (ted.greenwald@wsj.com)

1923 ET: A Canadian court has rejected a bid by a group of villagers from Ecuador to enforce a $9.5 billion judgment against Chevron Corp. through the company's Canadian subsidiary. The case stems from a 2011 Ecuadorean judgment that found Chevron Corp. liable for pollution by Texaco, a company Chevron had acquired. Chevron has no assets in Ecuador, so lawyers for the villagers have turned to other jurisdictions in an effort to enforce the judgment, including Canada. The Canadian court ruled Friday that the judgment couldn't be enforced against Chevron Canada Ltd., which it said was too far removed from the parent company. However, Friday's ruling doesn't prevent a trial from going ahead in Canada against Chevron Corp. (kim.mackrael@wsj.com, @kimmackrael)

1919 ET [Dow Jones] EBay needs to watch its back. That's what Morgan Stanley analysts say as Amazon and other start-up competitors become an increasing threat to the e-commerce site. Amazon's Prime membership is growing, increasingly threatening eBay's potential customer growth, the analysts say. But perhaps just as important are a bunch of new mobile startups, like OfferUp, 5Miles and LetGo-- which are generating sales without charging sellers transaction fees. "We acknowledge these competitors will need to charge fees at some point to survive, but its difficult to imagine they will charge fees as high as eBay...which, in our view, raises long-term question marks around eBay's ability to monetize its core Marketplace business," the analysts add. (laura.stevens@wsj.com; @LauraStevensWSJ)

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today.

Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

(END) Dow Jones Newswires

January 20, 2017 21:22 ET (02:22 GMT)

| | |
|---|---|
| **CO** | applc : Apple Inc. \| ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated \| socal : Chevron Corporation \| ftcey : Taiwan Fair Trade Commission |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| ismart : Smartphones \| i3441 : Telecommunications Equipment \| i34411 : Mobile Communications Devices \| i3454 : Personal Electronics \| icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology \| i1 : Energy \| i13 : Crude Oil/Natural Gas Upstream Operations \| iioil : Integrated Oil/Gas |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| gptech : Personal Technology \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| gcat : Political/General News \| glife : Living/Lifestyle \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | cana : Canada \| skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170121ed1l0006k |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk**

**WC** 1,507 words

**PD** 20 January 2017

**ET** 21:22

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

2121 ET [Dow Jones] With Apple Inc.'s lawsuit against Qualcomm Inc. filed on Friday, the iPhone maker piled on behind the South Korean Fair Trade Commission and the U.S. Federal Trade Commission in accusing the chip maker of anti-competitive business practices. Apple accused Qualcomm of allegedly withholding rebates on chip royalty payments that it said it was due in return for agreeing to use Qualcomm's modem chips exclusively in its phones between 2011 and 2016. Only days earlier, the FTC had sued Qualcomm for allegedly paying Apple rebates for the same commitment of exclusivity, thus blocking competitors and licensing essential smartphone patents in a discriminatory fashion.

**TD**

Stacy Rasgon, an analyst with Sanford L. Bernstein noted the irony: "Apple," he said, "seems to be suing Qualcomm for stopping something that the FTC is suing them for doing." (ted.greenwald@wsj.com)

1923 ET: A Canadian court has rejected a bid by a group of villagers from Ecuador to enforce a $9.5 billion judgment against Chevron Corp. through the company's Canadian subsidiary. The case stems from a 2011 Ecuadorean judgment that found Chevron Corp. liable for pollution by Texaco, a company Chevron had acquired. Chevron has no assets in Ecuador, so lawyers for the villagers have turned to other jurisdictions in an effort to enforce the judgment, including Canada. The Canadian court ruled Friday that the judgment couldn't be enforced against Chevron Canada Ltd., which it said was too far removed from the parent company. However, Friday's ruling doesn't prevent a trial from going ahead in Canada against Chevron Corp. (kim.mackrael@wsj.com, @kimmackrael)

1919 ET [Dow Jones] EBay needs to watch its back. That's what Morgan Stanley analysts say as Amazon and other start-up competitors become an increasing threat to the e-commerce site. Amazon's Prime membership is growing, increasingly threatening eBay's potential customer growth, the analysts say. But perhaps just as important are a bunch of new mobile startups, like OfferUp, 5Miles and LetGo-- which are generating sales without charging sellers transaction fees. "We acknowledge these competitors will need to charge fees at some point to survive, but its difficult to imagine they will charge fees as high as eBay...which, in our view, raises long-term question marks around eBay's ability to monetize its core Marketplace business," the analysts add. (laura.stevens@wsj.com; @LauraStevensWSJ)

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today.

Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

(END) Dow Jones Newswires

January 20, 2017 21:22 ET (02:22 GMT)

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated | socal : Chevron Corporation | ftcey : Taiwan Fair Trade Commission

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ismart : Smartphones | i3441 : Telecommunications Equipment | i34411 : Mobile Communications Devices | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | iioil : Integrated Oil/Gas

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gptech : Personal Technology | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | glife : Living/Lifestyle | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** cana : Canada | skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00017

THE WALL STREET JOURNAL.

**HD** **Business News: Apple Sues Qualcomm Over Chips --- iPhone maker says component supplier unfairly leveraged its monopoly position**

**BY** By Tripp Mickle
**WC** 594 words
**PD** 21 January 2017
**SN** The Wall Street Journal
**SC** J
**PG** B3
**LA** English
**CY** Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm didn't respond to a request for comment Friday. It said earlier in the week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of technology-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

---

Ted Greenwald contributed to this article.

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| ismart : Smartphones \| i3441 : Telecommunications Technology/Equipment \| i34411 : Mobile Communications Equipment \| i3454 : Personal Electronics \| icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| c334 : Licensing Agreements \| c34 : Anti-Competition Issues \| neqac : Equities Asset Class News \| c33 : Contracts/Orders \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **IPC** | ABO |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document J000000020170121ed1l00033 |

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Apple files $1-B lawsuit vs chip supplier Qualcomm**

**WC** 329 words

**PD** 22 January 2017

**SN** The Philippine Star

**SC** PHSTAR

**LA** English

**CY** (c) 2017 Philstar Global Corporation

**LP**

SAN FRANCISCO – Apple is suing mobile chip maker Qualcomm for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The 100-page complaint filed Friday in a San Diego federal court depicts Qualcomm as a greedy monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

**TD**

For instance, Qualcomm demanded royalties on Apple's fingerprint identification system built into recent models of the iPhone and also for larger storage capacities on the devices, according to the lawsuit.

Qualcomm denied the allegations.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, Qualcomm's general counsel.

Apple says it has been cooperating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

"Qualcomm's recent effort to cover its tracks – by punishing Apple for providing truthful testimony at the request of government regulators – underscores the lengths to which Qualcomm will go to protect its extortion scheme," the lawsuit alleges.

Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging Qualcomm has been imposing unfair licensing terms on manufacturers.

Besides cooperating with the FTC's investigation, Apple says it has been providing information about its dealings with Qualcomm to regulators in Europe, South Korea and Taiwan.

South Korea regulators last month imposed an $853 million fine on Qualcomm for violating its antitrust laws, a decision that Qualcomm is fighting.

Shares in San Diego-based Qualcomm Inc. fell $1.56, or 2.4 percent, to close Friday at $62.88. Those of Apple Inc., which is based in Cupertino, California, ended up 22 cents at $120.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **RE** | usca : California \| namz : North America \| usa : United States \| usw : Western U.S. |
| **PUB** | Philstar Global Corporation |
| **AN** | Document PHSTAR0020170121ed1m00036 |

 © 2023 Factiva, Inc. All rights reserved.

THE SUNDAY TIMES

**SE** Business

**HD** **Apple in $1bn lawsuit**

**WC** 87 words

**PD** 22 January 2017

**SN** The Sunday Times

**SC** ST

**ED** 1; National

**PG** 2

**LA** English

**CY** © Times Newspapers Limited 2017

**LP**

Business Digest

Apple has filed a lawsuit against chip maker Qualcomm, alleging it demanded unfair terms for its technology. The US suit, filed on Friday, claims that Qualcomm used its monopoly over chipsets to seek "onerous, unreasonable and costly" deals. Apple is looking for $1bn in rebate payments, claiming that money was witheld after it helped South Korean authorities investigate Qualcomm. Apple said the suit followed "years of disagreement over what constitutes a fair and reasonable royalty". Qualcomm called the claims "baseless".

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** uk : United Kingdom | eecz : European Union Countries | eurz : Europe | weurz : Western Europe

**PUB** News UK & Ireland Limited

**AN** Document ST00000020170122ed1m000c7

U-T San Diego

**SE** News

**HD** **Apple's lawsuit tests Qualcomm business model**

**BY** Mike Freeman
**WC** 1,194 words
**PD** 22 January 2017
**SN** San Diego Union-Tribune
**SC** SDU
**ED** Final ME
**PG** 1
**LA** English
**CY** Copyright 2017, San Diego Union-Tribune. Distributed by NewsBank, Inc.

**LP**

Qualcomm has been called the research and development shop for the wireless industry, investing billions to create technologies to push mobile communications forward.

Now, the way it gets paid for those inventions is under full-fledged assault.

**TD**

Not only government regulators but also top customers are pushing back in court against Qualcomm's patent-licensing practices.

On Friday, Apple filed a lawsuit in a San Diego federal court alleging that Qualcomm is charging too much for "standard essential" patents and is withholding nearly $1 billion in royalty cap "rebates" in retaliation for Apple's cooperation with anti-trust investigators in the U.S., South Korea and elsewhere.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said in a statement.

The Apple lawsuit comes on the heels of the Korea Fair Trade Commission fining Qualcomm $865 million last month and demanding changes in its patent-licensing business.

Then last week, the U.S. Federal Trade Commission joined in - filing a lawsuit objecting to Qualcomm's patent licensing. The FTC complaint, which doesn't seek specific damages, contains many of the same allegations that Apple puts forward in its lawsuit.

The disputes could create headwinds for one of San Diego's largest private-sector employers. Sempra Energy is the only other Fortune 500 company in town.

While patent licensing accounted for only one-third of Qualcomm's $23.6 billion in annual revenue last year, it made up the bulk of its annual profit before taxes and other items. Qualcomm posted net income of $5.7 billion last year.

Qualcomm vehemently denies the claims and vows to fight. It has experience - including tough legal battles over the years with Nokia, Broadcom and others.

Don Rosenberg, Qualcomm's general counsel, joined the company in 2007 after serving as Apple's top lawyer for about 10 months.

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent Korea Fair Trade Commission decision and FTC complaint, by misrepresenting facts and withholding information," said Rosenberg in a statement.

The barrage of lawsuits follow a 2015 settlement between the company and China's anti-monopoly regulator that appears to have spilled over into other nations.

In the China settlement, Qualcomm paid a $975 million fine and reduced royalty rates on certain phones sold only in China.

Despite the fine, the deal was considered good for Qualcomm. It affirmed the company's right to collect royalties in China on its patents - which some Wall Street analysts doubted would happen.

In the wake of the China settlement, however, other government regulators have ratcheted up their scrutiny of Qualcomm's licensing business. In addition to the U.S. and South Korean actions, investigations are under way in Europe, Taiwan and Japan.

In 2015, Qualcomm considered splitting its patent-licensing arm from its chip-making business - creating two companies. Activist investor Jana Partners agitated for the split, which could moot key anti-trust allegations against Qualcomm that it uses its dominance in cellular chips to extract higher-than-deserved royalties from customers.

The company says it has never withheld or threatened to withhold chip supply in order to obtain unfair or unreasonable licensing terms. Qualcomm's board of directors voted against the split.

The legal maneuvers come amid a slowdown in smartphone sales, which are growing about 1 percent after several years of double-digit annual growth, according to industry research firm International Data Corp. That has smartphone makers looking for ways to cut costs.

In 2015, Qualcomm slashed its global workforce by 15 percent because of the slowing market. Most of the layoffs came from its semiconductor division. Qualcomm now employs 30,000 worldwide.

Analysts say it's too early to know what Apple's entry into the fray means. It doesn't, however, bode well for customer relations between Qualcomm, which supplies chips used in some iPhones, and one of the world's best known brands, said Stacy Rasgon of Bernstein Research.

"It's not just governments now. It's one of their large customers," said Rasgon. "They can't catch a break."

Rasgon and other Wall Street analysts speculated that the FTC might withdraw the complaint relatively soon with the transition to the Trump administration, which is expected to appoint a Republican majority to the FTC, given current vacancies and pending departures.

The lone sitting Republican on the commission, Maureen Ohlhausen, wrote a scathing dissent to the FTC's decision to sue, saying it's based on a flawed legal theory and flimsy evidence.

Apple's lawsuit, however, could make commissioners think twice about withdrawing, because it supports the agency's lawsuit.

Apple paints a picture of Qualcomm taking various steps to "gouge" Apple and other smartphone makers for licensing standard essential cellular patents.

These patents cover key technologies to making cellular communications work. Patent holders agree to share them at reasonable rates during an industry standard-setting process.

What's reasonable isn't defined. But Apple alleges Qualcomm overcharged it billions of dollars with its "illegal scheme."

Qualcomm doesn't disclose royalty rates. Analysts believe they are roughly 5 percent of the wholesale price of the handset - with offsets under certain circumstances. Apple sees that as unfair.

"When Apple spends billions redefining the concept of a smartphone camera, Qualcomm's royalty payments go up," the company said in the lawsuit. "Even when Apple sells an iPhone with added memory - 256 gigabits instead of 128 gigabits - Qualcomm collects a larger royalty just because of that added memory."

 © 2023 Factiva, Inc. All rights reserved.

Qualcomm argues that the wireless industry has based royalties on the price of "compliant devices" for more than two decades. The 3G and 4G LTE cellular technologies that Qualcomm created enable smartphones users to stream video, get emails and make reliable calls from nearly anywhere - thus contributing significantly to what makes smartphones valuable to consumers.

The lawsuit also alleges that Qualcomm owes nearly $1 billion to Apple under a "rebate" agreement between the two companies. According to the lawsuit, Qualcomm stopped payments in retaliation for Apple cooperating with South Korean anti-trust investigators.

Qualcomm denies that claim. "We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," Rosenberg said in a statement.

Analysts believe it could take years to resolve the legal disputes. Meanwhile, Qualcomm is investing in next generation 5G mobile technologies. And it's buying NXP Semiconductors for $47 billion, including assumption of debt, to diversify its business beyond smartphones and into automotive, the Internet of Things and other markets.

Analysts don't believe the legal disputes will impact the NXP deal, which is slated to be completed late this year. Qualcomm reports fiscal first quarter earnings on Wednesday, where it may shed further light on the lawsuits.

mike.freeman@sduniontribune.com

Twitter:@TechDiego

(760) 529-4973

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i7902 : Telecommunication Services | i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | npag : Page-One Stories | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** china : China | usa : United States | skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**PUB** Union-Tribune Publishing Company

**AN** Document SDU0000020170122ed1m0000a

 © 2023 Factiva, Inc. All rights reserved.

**SE** Business

**HD** **Apple Files $1 Bln Lawsuit Against Qualcomm**

**WC** 400 words

**PD** 22 January 2017

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2017 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - Apple Inc. (AAPL) has filed a $1 billion lawsuit against Qualcomm Inc. (QCOM) on Friday, accusing the chipmaker of charging royalties for technologies it has nothing to do with and for not paying about $1 billion in promised rebates.

According to Apple, the maker of iPhones, as it innovates with unique features such as TouchID, advanced displays and cameras, Qualcomm collects royalties for no reason and thus, it becomes more expensive for Apple to fund these innovations.

**TD**

Apple accused Qualcomm of charging it at least five times in payments than all the other cellular patent licensors that Apple has agreements with combined. Qualcomm is a key supplier of modem chips to both Apple and Samsung Electronics Co. (SMSN.L, SSNNF.OB, SSNLF.OB).

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1B in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them," Apple said in a statement.

"We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts," Apple added.

Qualcomm responded on Saturday by saying that Apple's claims are "baseless".

Don Rosenberg, executive vice president and general counsel of Qualcomm said, "Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information."

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," Rosenberg added.

Apple's lawsuit comes after the U.S. Federal Trade Commission or FTC said earlier this week that it filed a lawsuit, charging Qualcomm with using anticompetitive tactics to maintain its monopoly in the supply of a key semiconductor device used in cell phones and other consumer products.

In December 2016, the Korea Fair Trade Commission or KFTC fined Qualcomm about 1.03 trillion South Korean won or about $865 million, saying it found certain of Qualcomm's business practices in violation of Korean competition law.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2017 RTTNews.com. All Rights Reserved

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph :

Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | npress : Press Releases | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020170122ed1m0002u

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.
ASIA EDITION

SE Technology

HD **Apple Sues Qualcomm Over Licensing**

BY By Tripp Mickle
WC 521 words
PD 23 January 2017
SN The Wall Street Journal (Asia Edition)
SC AWSJ
PG B3
LA English
CY Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

LP

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said last week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit.

---

Ted Greenwald contributed to this article.

License this article from Dow Jones Reprint Service

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nnam : News Agency Materials | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**IPC** ABO

**PUB** Dow Jones & Company, Inc.

**AN** Document AWSJ000020170122ed1n0000h

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.
EUROPE EDITION

SE Technology

HD **Apple Hits Qualcomm With Licensing Suit**

BY By Tripp Mickle

WC 297 words

PD 23 January 2017

SN The Wall Street Journal (Europe Edition)

SC WSJE

PG B3

LA English

CY Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved

LP

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine for Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord generally was kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

The Apple suit comes after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

License this article from Dow Jones Reprint Service

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nnam : News Agency Materials | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

| | |
|---|---|
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **IPC** | ABO |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document WSJE000020170123ed1n0000v |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk**

**WC** 150 words

**PD** 23 January 2017

**ET** 01:51

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

23-01-17 0651GMT

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | cscm : Supply Chain | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170123ed1n0006b

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Cut to Neutral From Buy by Nomura** |
| **WC** | 62 words |
| **PD** | 23 January 2017 |
| **ET** | 06:09 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

23 Jan 2017 06:09 ET Qualcomm Price Target Cut to $70.00/Share From $80.00 by Nomura

**TD**

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

(END) Dow Jones Newswires

January 23, 2017 06:09 ET (11:09 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| c15 : Financial Performance \| c152 : Earnings Projections \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170123ed1n001uu |

Hindustan Times

SE Hindustan Times, tech$news

HD **Nokia may soon launch a phone with Qualcomm's latest 835 Snapdragon processor**

BY HT?Correspondent

WC 363 words

PD 23 January 2017

SN Hindustan Times

SC HNTM

LA English

CY Copyright 2017. HT Media Limited. All rights reserved.

LP

New Delhi, Jan. 23 -- HMD Global promoted Nokia may soon launch a new handset with Qualcomm's latest 835 Snapdragon processor at the upcoming Mobile World Congress (MWC) event in Barcelona.

According to a post activity on Chinese Twitter-like site Weibo, Nokia via a handle called NokiaPowerUser seems to be claiming that its next flagship smartphone will come with the Snapdragon 835 chip. However, this is a reading from a translation and one cannot be sure.

TD

Either way, the new Snapdragon chip from Qualcomm seems like a safe bet for many of 2017's top-end smartphones, and if the rumours of a high-end device from Nokia are accurate, it wouldn't be all that surprising to see the phone making use of the 835.

HMD Global has also suggested that the 835 Snap-powered device, mostly the P1, will be launched alongside Sharp Aquos Xx3, which was launched last year in Japan.

According to leaks from by Russian publication Worket, the P1 is expected to start retailing at around $800 (roughly Rs. 54,500) for the 128GB model and around $950 (roughly Rs. 64,700) for the 256GB variant.

The P1 is also expected to run on Android Nougat and sports a 5.3-inch display, covered with Gorilla Glass 5, with either full-HD or QHD screen resolution. The Nokia P1 is expected to pack Snapdragon 835 SoC coupled with 6GB of RAM.

In terms of optics, the Nokia P1 smartphone is expected to sport a Zeiss-certified 22.6-megapixel rear camera. The P1, which is IP57-certified, to draw power from a 3,500mAh battery with support for quick charging. There is a fingerprint scanner on the right of the device as well.

A leaked Nokia roadmap suggests that as many as 7 Nokia Android phones are in the works for 2017, with Nokia 6 just the first of these.

Published by HT Syndication with permission from Hindustan Times.

CT For any query with respect to this article or any other content requirement, please contact Editor at htsyndication@hindustantimes.com

CO nokia : Nokia Oyj | qcom : Qualcomm Incorporated

IN ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

| | |
|---|---|
| **NS** | c22 : New Products/Services \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | india : India \| asiaz : Asia \| bric : BRICS Countries \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| indsubz : Indian Subcontinent \| sasiaz : Southern Asia |
| **PUB** | HT Media Limited |
| **AN** | Document HNTM000020170123ed1n00acj |

**Tech Today: Qualcomm's Apple Risk, Apple's iPhone Risk, Twilio, Oracle Prospects**
Barron's Blogs, 08:56, 23 January 2017, 803 words, (English)
Here are some things going on today in your world of tech: Shares of Qualcomm (QCOM) are down $2.93, or almost 5%, at $59.95, in pre-market trading, after multiple outlets reported on Friday that Apple (AAPL), one of its largest customers, ...
Document WCBBE00020170123ed1n000ul

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk**

**WC** 104 words

**PD** 23 January 2017

**ET** 10:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

(END) Dow Jones Newswires

**TD**

January 23, 2017 10:00 ET (15:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n002nk

DOW JONES NEWSWIRES

**HD** **Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk**

**WC** 1,301 words

**PD** 23 January 2017

**ET** 10:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

**TD**

9:58 ET - President Donald Trump is expected to withdraw formally from the 12-nation Trans-Pacific Partnership free-trade agreement as early as Monday, according to two people familiar with the plans. Trump made opposition to former President Barack Obama's signature international economic goal a centerpiece of his campaign, and the new White House web site says pulling out of the TPP is the first step of Trump's trade policy. The deal hasn't entered into force, and there will be no major economic fallout for the US. Still, some business groups that had harbored hopes that Trump's negative campaign rhetoric on trade would evaporate after taking office, and business groups are still trying to convince the Trump administration to retain some aspects of the TPP, if not the full agreement, for enacting at a later date. (william.mauldin@wsj.com; @willmauldin)

9:38 ET - The new president just stirred up a bout of volatility in the bond market. Bond yields initially ticked higher after he tells business leaders in a meeting about his promise to cut taxes "massively" for middle class and companies. But yields fell again as he says that the US will impose "major" border tax if companies move outside the country. The US 10-year yield rose to 2.467% earlier but pulls back to 2.454% vs 2.466% Friday. (min.zeng@wsj.com)

9:35 ET - Two of President Donald Trump's cabinet picks could clear an early test on Tuesday. The Senate Commerce Committee is meeting at 10am ET tomorrow and plans to vote on Elaine Chao, nominated to run the Transportation Department, and Wilbur Ross, nominated to run the Commerce Department. Both received relatively gentle treatment at confirmation hearings earlier this month, hinting at a smooth ride ahead. Even after committee approval, both nominees would still require votes by the full Senate to take office. (ben.leubsdorf@wsj.com; @BenLeubsdorf)

9:24 ET - For 4Q results, S&P 500 companies are receiving smaller rewards for beating earnings estimates and bigger punishments for missing estimates, Bank of America Merrill Lynch says. On average, the stocks of companies that beat both the top and bottom line have outperformed the broad index by 1.6 percentage points the following day. For the reverse, stocks have underperformed the S&P 500 the following day by an average of 4.7 percentage points. If the trend holds through subsequent quarters, companies that fail to meet estimates may be in for a rough ride: analysts are predicting double-digit percentage growth for earnings in 2017, a target many investors say is overly optimistic. (akane.otani@wsj.com; @akaneotani)

9:11 ET - US bonds strengthen after the biggest weekly selloff in more than a month. Investors fret about lack of clarity from Trump's policy from Friday's inauguration speech. Some are concerned that Trump's priority is trade protectionism as he emphasizes making American interest first. New debt supply is another focus for the bond market this week with $26B sale of two-year notes due Tuesday; $34B sale of five-year



PX333

Page 7852

notes Wednesday and $28B sale of seven-year notes Thursday. This week's key US data are first estimate of US GDP for 4Q Friday. The 10-year yield is 2.443% vs 2.466% Friday. It is little change vs 2.446% at the end of 2015 as the reflation trade after Trump's win in early November has been pulling back over the past month. (min.zeng@wsj.com)

9:03 ET - Oil prices are lower even after OPEC and Russia worked through the weekend to show markets how compliant they are being with promised cuts to oil production. The lower prices could suggest some investors are still skeptical OPEC cuts are being taken, although analysts say the bigger worry is that US shale producers are swooping in to raise production and take OPEC's market share. Friday's rig count data from Baker Hughes, which showed the US added 29 active oil rigs in the past week alone, reinforces those beliefs, and concerns of continued oversupply. The Nymex March 2017 crude oil contract is 1.4% lower at $52.50/bbl. (dan.molinski@wsj.com)

8:59 ET - There's a persistent and harmful myth that professional women tear each other down, says Suni Harford, a managing director at Citigroup and regional head of markets for North America. "I never watched a woman in a cat fight in a boardroom," she said at the Inside ETFs conference in Florida. Another tip: Not all women want to be typecast as the head of diversity programs, she says. (asjylyn.loder@wsj.com; @asjylyn)

8:47 ET - More than half of company executives who've held 4Q earnings calls so far have discussed potential Trump policies, FactSet analyst John Butters says. Of 42 S&P 500 companies that reported results through Friday, 27 mentioned either "Trump" or "the administration" in their earnings calls. The top topic of interest: tax policy (11 mentions), followed by regulation (8 mentions), trade policy (6 mentions) and fiscal stimulus and healthcare (4 mentions each). Most companies highlighted said a change to tax policy could benefit their bottom lines, according to Butters' analysis of earnings call transcripts. "We've been a relatively high taxpayer. And so to the extent to which tax rates come down, we're a beneficiary," Goldman Sachs said on Jan 18. (akane.otani@wsj.com; @akaneotani)

8:27 ET - Big data is crucial to attracting investors to companies with good track records in environmental, social and governance issues, said Alice Handy, chief executive of Investure, at the Inside ETFs conference in Florida. "It's a very dangerous area trying to dictate what the moral overtone of what anyone's portfolio is," she said. (asjylyn.loder@wsj.com; @asjylyn)

8:09 ET - McDonald's (MCD) posts better-than-expected 4Q earnings and sales with a 2.7% rise in global same store sales, despite a 1.3% decrease in the US, as it lapped last year's launch of it's popular all-day breakfast sales. Global sales growth include solid gains in the UK and China. CEO Steve Easterbrook notes a focus on changes in its menu and technology to deliver better customer experience help MCD achieve its strongest annual global comp sales growth since 2011. MCD rises 0.6% to $123 premarket. (patrick.sullivan@wsj.com)

7:30 ET - US stocks futures slip as investors wait for policy certainty from the new Trump administration. While anticipation of slacker regulation, stimulus and lower taxes have boosted market sentiment since the election, there is worry an early focus on trade policies could add to the recent weakness in equity markets. European stock indexes are broadly lower, erasing gains for 2017, as losses in bank shares offset gains in the basic resources sector. The dollar falls against major rivals, particularly the yen, while gold rises and oil slips on worries about growing US shale output. S&P futures fall 3.25 points. (patrick.sullivan@wsj.com)

(END) Dow Jones Newswires

January 23, 2017 10:00 ET (15:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | gdip : International Relations | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | gpir : Politics/International Relations | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

 © 2023 Factiva, Inc. All rights reserved.

**AN** Document DJDN000020170123ed1n002le

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk**

**WC** 99 words

**PD** 23 January 2017

**ET** 10:20

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

(END) Dow Jones Newswires

**TD**

23-01-17 1520GMT

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170123ed1n000cm

PR Newswire
a CISION company

| | |
|---|---|
| **HD** | **QUALCOMM NOTIFICATION: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $250,000 Investing In QUALCOMM, Inc. To Contact The Firm** |
| **WC** | 379 words |
| **PD** | 23 January 2017 |
| **ET** | 10:27 |
| **SN** | PR Newswire |
| **SC** | PRN |
| **LA** | English |
| **CY** | Copyright © 2017 PR Newswire Association LLC. All Rights Reserved. |

**LP**

NEW YORK, Jan. 23, 2017 /PRNewswire/ -- Faruqi & Faruqi, LLP, a leading national securities law firm, is investigating potential securities fraud at QUALCOMM, Inc. ("QUALCOMM" or the "Company") (Nasdaq:QCOM).

The investigation focuses on whether the Company and its executives violated federal securities laws by failing to disclose that the Company has engaged in potentially illegal business practices in its interactions with Apple Inc. ("Apple").

**TD**

Specifically, during aftermarket hours on January 20, 2017, Apple announced that it had filed a suit against QUALCOMM in a California federal court accusing the company of overcharging Apple "billions of dollars" in royalties, withholding nearly $1 billion in rebates, and trying to extort Apple after it cooperated in a Korean regulator's investigation into the chipmaker's licensing practices. After the announcement, QUALCOMM's stock price fell, causing damage to investors.

Request more information now by clicking here: www.faruqilaw.com/QCOM. There is no cost or obligation to you.

Take Action

If you invested in QUALCOMM stock or options and would like to discuss your legal rights, visit www.faruqilaw.com/QCOM. You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com. Faruqi & Faruqi, LLP also encourages anyone with information regarding QUALCOMM's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.

FARUQI & FARUQI, LLP

685 Third Avenue, 26(th) Floor

New York, NY 10017

Attn: Richard Gonnello, Esq.

rgonnello@faruqilaw.com

Telephone: (877) 247-4292 or (212) 983-9330

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-notification-faruqi--faruqi-llp-encourages-investors-who-suffered-losses-in-excess-of-250000-investing-in-qualcomm-inc-to-contact-the-firm-300394709.html

SOURCE Faruqi & Faruqi, LLP

/Web site: http://www.faruqilaw.com

(END)

| | |
|---|---|
| **CO** | applc : Apple Inc. \| fafrql : Faruqi & Faruqi LLP \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| i835 : Legal Services \| ibcs : Business/Consumer Services \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| gfraud : Fraud \| npress : Press Releases \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gcrim : Crime/Legal Action \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **PUB** | PR Newswire Association, Inc. |
| **AN** | Document PRN0000020170123ed1n000e8 |

DOW JONES NEWSWIRES

**HD** **Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk**

**WC** 1,451 words

**PD** 23 January 2017

**ET** 10:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:50 ET - Nomura Instinet says "recent rulings and lawsuits are stronger and broader than anticipated," when it comes to Qualcomm (QCOM) and they could cause a delay in regulatory approval of its deal buy NXP Semiconductors (NXPI). The brokerage lowers QCOM to neutral from buy and cuts the target price to $70 from $80. Nomura's caution was triggered by the $1B suit Apple brought against QCOM Friday over licensing practices. Also last week, the FTC sued QCOM claiming illegal tactics to maintain a monopoly on a key type of chip. Nomura thinks the added scrutiny now brings uncertainty "around the timing of accretion and diversification benefits from the NXPI acquisition," which the brokerage believed would close in 2H 2017. QCOM off 13% to $54.69. (patrick.sheridan@wsj.com)

-0-

**TD**

10:47 ET - Companies with US businesses that offshore operations are looking for on-shore alternatives, even in the relatively low-profile sector of IT and business-process outsourcing, but automation will cut into job repatriation. Vendors that provide outsourced services are pushing automation as a cost-effective way to re-shore work--but not necessarily jobs. It's an especially cost-effective solution at a time when wages are rising fast in China and other developing countries. With automation, "instead of 3,000 or 5,000 offshore jobs, maybe I'll have 50 onshore," said RG Conlee, chief innovation officer at Congruent Inc. "The number of jobs needed to monitor [software] is much smaller than the number needed to do data entry." (lauren.weber@wsj.com; @laurenweberWSJ)

10:46 ET - NuTonomy, the Cambridge, Mass.-startup aiming to put its self-driving car software in commercial robot taxis next year, has hired a senior executive to work with potential partners who has experience dealing with Ford Motor, Toyota Motor and Alphabet's Google. Gretchen Effgen, who takes on the role of vice president of partnerships, arrives most recently from CivicSmart where she worked on parking solutions in cities. She was previously at Zipcar where she worked with auto maker partners. Partnerships will be a key part of NuTonomy's strategy to put its software on roadways around the world. It recently began testing a self-driving car in Boston and has had a trial program in Singapore since last August. (tim.higgins@wsj.com)

10:39 ET - Ford's (F) CEO Mark Fields is among several top executives meeting with President Donald Trump at the White House to discuss US manufacturing. On the campaign trail and in the weeks following the election, Trump hammered F for plans to move small-car production to Mexico. Earlier this month, F announced it would scrap plans for a $1.6B factory in Mexico and instead reinvest part of that money in expanding a plant in Michigan--a move that Fields described as a "vote of confidence," in the new administration's efforts to make building cars in the US more competitive. Still, Ford plans to relocate production of the Focus compact car from the US to Mexico, moving it to an existing plant. (christina.rogers@wsj.com)

10:34 ET - The US Department of Agriculture's Animal and Plant Health Inspection Service over the weekend issued a 60-day stay on its previous "final ruling" to allow the importation of fresh lemon fruit from Argentina, citing "guidance from the White House issued January 20." The move is leading Argentine investors and government officials to wonder how much Trump's policies may affect trade with Argentina.

Argentine officials had touted the prompt opening of the US market to lemons as an example of improving relations between the countries. (taos.turner@wsj.com; @taos)

10:26 ET - Exchange traded products tracking the CBOE Volatility Index, or VIX, saw a flurry of activity over the past week as investors placed bets on Wall Street's "fear gauge" ahead of the presidential inauguration. One of the biggest exchange traded products tracking VIX, the iPath S&P 500 VIX Short-Term Futures ETN (VXX), saw $204M in inflows over the past week, FactSet data show. Meanwhile, the ProShares Ultra VIX Short-Term Futures ETF (UVXY), saw $47.76M of inflows and the VelocityShares Daily 2x VIX Short-Term ETN gained $26.52M. On the flip side, those betting against volatility took money out of the ProShares Short VIX Short-Term Futures ETF (SVXY) and the VelocityShares Daily Inverse VIX Short-Term ETN (XIV) as the two funds lost $156.66M and $59.84M, respectively. (gunjan.banerji@wsj.com; @gunjanjs)

10:14 ET - Why are Actelion shares up more than 2% after announcing that a key drug failed to meet its primary endpoint in a phase 3 trial? A researcher quoted in Actelion's news release blames the "unexpected improvement" of the placebo arm for the trial failure for drug Opsumit. But Actelion shares are probably not down on the news because, as Jefferies says, Wall Street didn't ascribe high sales to a new indication for a relatively small patient population. Most important, Jefferies says it expects talks to sell to Johnson & Johnson (JNJ) won't be affected. (jonathan.rockoff@wsj.com; @jonathanrockoff)

10:07 ET - It's another delay for Dow Chemical's (DOW) merger with DuPont (DD) as European Commission antitrust enforcers say they've extended the deadline by which to render their verdict on the chemical megamerger by 10 days. The EU had been set to rule on the deal, unveiled in December 2015, by Feb 28, but now have until March 14, according to update posted to the European Commission's website. Regulators in the EU, who are scrutinizing the deal alongside other big agriculture-sector combinations like ChemChina-Syngenta and Bayer-Monsanto, have focused on the impact consolidation could have on innovation in seeds and pesticides. (jacob.bunge@wsj.com; @jacobbunge)

10:03 ET - Halliburton (HAL) CEO Dave Lesar says during a Q&A session of a conference call that oilfield services prices are headed up as the industry recovers, and its customers can't stop that. Asked it E&Ps should factor in a 5% to 10% rise in costs, Lesar says "I would be using something higher...As equipment tightens, commodity prices increase and everybody wants available of equipment when they want it, where they want it and how they want it, I don't see how there is going to be the ability for the customers to hold prices down." But, he adds: "we'll work with customers that want to work with us." HAL slips 4.1% to $54.11. (dan.molinski@wsj.com)

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

9:58 ET - President Donald Trump is expected to withdraw formally from the 12-nation Trans-Pacific Partnership free-trade agreement as early as Monday, according to two people familiar with the plans. Trump made opposition to former President Barack Obama's signature international economic goal a centerpiece of his campaign, and the new White House web site says pulling out of the TPP is the first step of Trump's trade policy. The deal hasn't entered into force, and there will be no major economic fallout for the US. Still, some business groups that had harbored hopes that Trump's negative campaign rhetoric on trade would evaporate after taking office, and business groups are still trying to convince the Trump administration to retain some aspects of the TPP, if not the full agreement, for enacting at a later date. (william.mauldin@wsj.com; @willmauldin)

9:38 ET - The new president just stirred up a bout of volatility in the bond market. Bond yields initially ticked higher after he tells business leaders in a meeting about his promise to cut taxes "massively" for middle class and companies. But yields fell again as he says that the US will impose "major" border tax if companies move outside the country. The US 10-year yield rose to 2.467% earlier but pulls back to 2.454% vs 2.466% Friday. (min.zeng@wsj.com)

(END) Dow Jones Newswires

January 23, 2017 10:50 ET (15:50 GMT)

**CO** phisem : NXP Semiconductors N.V. | qcom : Qualcomm Incorporated

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c1521 : Analysts' Comments/Recommendations \| c181 : Acquisitions/Mergers/Divestments \| c34 : Anti-Competition Issues \| gdip : International Relations \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| c13 : Regulation/Government Policy \| cacqu : Acquisitions/Mergers \| c15 : Financial Performance \| c152 : Earnings Projections \| c18 : Ownership Changes \| cactio : Corporate Actions \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gpir : Politics/International Relations \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| eurz : Europe \| usdc : Washington DC \| namz : North America \| uss : Southern U.S. |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170123ed1n002ve |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk**

**WC** 156 words

**PD** 23 January 2017

**ET** 10:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:50 ET - Nomura Instinet says "recent rulings and lawsuits are stronger and broader than anticipated," when it comes to Qualcomm (QCOM) and they could cause a delay in regulatory approval of its deal buy NXP Semiconductors (NXPI). The brokerage lowers QCOM to neutral from buy and cuts the target price to $70 from $80. Nomura's caution was triggered by the $1B suit Apple brought against QCOM Friday over licensing practices. Also last week, the FTC sued QCOM claiming illegal tactics to maintain a monopoly on a key type of chip. Nomura thinks the added scrutiny now brings uncertainty "around the timing of accretion and diversification benefits from the NXPI acquisition," which the brokerage believed would close in 2H 2017. QCOM off 13% to $54.69. (patrick.sheridan@wsj.com)

-0-

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

January 23, 2017 10:50 ET (15:50 GMT)

**CO** phisem : NXP Semiconductors N.V. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | c181 : Acquisitions/Mergers/Divestments | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | cacqu : Acquisitions/Mergers | c15 : Financial Performance | c152 : Earnings Projections | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n002r2

DOW JONES NEWSWIRES

HD **Pay-TV Revenues Grow Despite Cord-cutting -- Market Talk**

WC 1,485 words

PD 23 January 2017

ET 11:12

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

11:12 ET - SNL Kagan, a prominent media industry consulting firm, reports that cable network advertising revenues grew 1.9% to $28.28B in 2016 while affiliate revenues jumped 7.5% to $37.58B. Total revenue increased 5.3% to $63.63B. The gains come despite many cable networks including Walt Disney's (DIS) ESPN losing subscribers to cord-cutting. Overall, SNL Kagan said fully distributed cable networks are enduring subscription declines of roughly 2% annually. Smaller cable networks are particularly challenged and some are shutting down including NBCUniversal's Esquire, which said last week it will transition to an online only platform later this year. The strongest networks in the past 12 months were the news channels thanks to election coverage. Fox News, CNN and MSNBC all saw ratings growth last year. (joe.flint@wsj.com; @JBFlint)

TD

11:02 ET - Investors are picking up government bonds and their stock-market proxies on President Donald Trump's first Monday in office, lifting trades that largely sold off through the postelection rally. Shares of real estate and utilities companies in the S&P 500--dividend-heavy sectors that are considered to behave like bonds--are two of the three sectors in positive territory so far, posting 0.3% and 0.1% gains respectively. Meanwhile, government bonds are strengthening after their worst week in more than a month. The yield on the US 10-year Treasury note falls to 2.425% from 2.466% Friday. The moves come as investors broadly taper bullish bets, increasing cash holdings and hedging against potential volatility. (akane.otani@wsj.com; @akaneotani)

10:50 ET - Nomura Instinet says "recent rulings and lawsuits are stronger and broader than anticipated," when it comes to Qualcomm (QCOM) and they could cause a delay in regulatory approval of its deal buy NXP Semiconductors (NXPI). The brokerage lowers QCOM to neutral from buy and cuts the target price to $70 from $80. Nomura's caution was triggered by the $1B suit Apple brought against QCOM Friday over licensing practices. Also last week, the FTC sued QCOM claiming illegal tactics to maintain a monopoly on a key type of chip. Nomura thinks the added scrutiny now brings uncertainty "around the timing of accretion and diversification benefits from the NXPI acquisition," which the brokerage believed would close in 2H 2017. QCOM off 13% to $54.69. (patrick.sheridan@wsj.com)

-0-

10:47 ET - Companies with US businesses that offshore operations are looking for on-shore alternatives, even in the relatively low-profile sector of IT and business-process outsourcing, but automation will cut into job repatriation. Vendors that provide outsourced services are pushing automation as a cost-effective way to re-shore work--but not necessarily jobs. It's an especially cost-effective solution at a time when wages are rising fast in China and other developing countries. With automation, "instead of 3,000 or 5,000 offshore jobs, maybe I'll have 50 onshore," said RG Conlee, chief innovation officer at Congruent Inc. "The number of jobs needed to monitor [software] is much smaller than the number needed to do data entry." (lauren.weber@wsj.com; @laurenweberWSJ)

10:46 ET - NuTonomy, the Cambridge, Mass.-startup aiming to put its self-driving car software in commercial robot taxis next year, has hired a senior executive to work with potential partners who has experience

dealing with Ford Motor, Toyota Motor and Alphabet's Google. Gretchen Effgen, who takes on the role of vice president of partnerships, arrives most recently from CivicSmart where she worked on parking solutions in cities. She was previously at Zipcar where she worked with auto maker partners. Partnerships will be a key part of NuTonomy's strategy to put its software on roadways around the world. It recently began testing a self-driving car in Boston and has had a trial program in Singapore since last August. (tim.higgins@wsj.com)

10:39 ET - Ford's (F) CEO Mark Fields is among several top executives meeting with President Donald Trump at the White House to discuss US manufacturing. On the campaign trail and in the weeks following the election, Trump hammered F for plans to move small-car production to Mexico. Earlier this month, F announced it would scrap plans for a $1.6B factory in Mexico and instead reinvest part of that money in expanding a plant in Michigan--a move that Fields described as a "vote of confidence," in the new administration's efforts to make building cars in the US more competitive. Still, Ford plans to relocate production of the Focus compact car from the US to Mexico, moving it to an existing plant. (christina.rogers@wsj.com)

10:34 ET - The US Department of Agriculture's Animal and Plant Health Inspection Service over the weekend issued a 60-day stay on its previous "final ruling" to allow the importation of fresh lemon fruit from Argentina, citing "guidance from the White House issued January 20." The move is leading Argentine investors and government officials to wonder how much Trump's policies may affect trade with Argentina. Argentine officials had touted the prompt opening of the US market to lemons as an example of improving relations between the countries. (taos.turner@wsj.com; @taos)

10:26 ET - Exchange traded products tracking the CBOE Volatility Index, or VIX, saw a flurry of activity over the past week as investors placed bets on Wall Street's "fear gauge" ahead of the presidential inauguration. One of the biggest exchange traded products tracking VIX, the iPath S&P 500 VIX Short-Term Futures ETN (VXX), saw $204M in inflows over the past week, FactSet data show. Meanwhile, the ProShares Ultra VIX Short-Term Futures ETF (UVXY), saw $47.76M of inflows and the VelocityShares Daily 2x VIX Short-Term ETN gained $26.52M. On the flip side, those betting against volatility took money out of the ProShares Short VIX Short-Term Futures ETF (SVXY) and the VelocityShares Daily Inverse VIX Short-Term ETN (XIV) as the two funds lost $156.66M and $59.84M, respectively. (gunjan.banerji@wsj.com; @gunjanjs)

10:14 ET - Why are Actelion shares up more than 2% after announcing that a key drug failed to meet its primary endpoint in a phase 3 trial? A researcher quoted in Actelion's news release blames the "unexpected improvement" of the placebo arm for the trial failure for drug Opsumit. But Actelion shares are probably not down on the news because, as Jefferies says, Wall Street didn't ascribe high sales to a new indication for a relatively small patient population. Most important, Jefferies says it expects talks to sell to Johnson & Johnson (JNJ) won't be affected. (jonathan.rockoff@wsj.com; @jonathanrockoff)

10:07 ET - It's another delay for Dow Chemical's (DOW) merger with DuPont (DD) as European Commission antitrust enforcers say they've extended the deadline by which to render their verdict on the chemical megamerger by 10 days. The EU had been set to rule on the deal, unveiled in December 2015, by Feb 28, but now have until March 14, according to update posted to the European Commission's website. Regulators in the EU, who are scrutinizing the deal alongside other big agriculture-sector combinations like ChemChina-Syngenta and Bayer-Monsanto, have focused on the impact consolidation could have on innovation in seeds and pesticides. (jacob.bunge@wsj.com; @jacobbunge)

10:03 ET - Halliburton (HAL) CEO Dave Lesar says during a Q&A session of a conference call that oilfield services prices are headed up as the industry recovers, and its customers can't stop that. Asked it E&Ps should factor in a 5% to 10% rise in costs, Lesar says "I would be using something higher...As equipment tightens, commodity prices increase and everybody wants available of equipment when they want it, where they want it and how they want it, I don't see how there is going to be the ability for the customers to hold prices down." But, he adds: "we'll work with customers that want to work with us." HAL slips 4.1% to $54.11. (dan.molinski@wsj.com)

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

(END) Dow Jones Newswires

January 23, 2017 11:12 ET (16:12 GMT)

 © 2023 Factiva, Inc. All rights reserved.

**CO** qcom : Qualcomm Incorporated

**IN** i838 : Advertising | ibcs : Business/Consumer Services | imed : Media/Entertainment | iadv : Advertising/Marketing/Public Relations | imark : Marketing | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c151 : Earnings | gtvrad : Television/Radio | gvote1 : National/Presidential Elections | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c1513 : Sales Figures | c15 : Financial Performance | ccat : Corporate/Industrial News | gcat : Political/General News | gent : Arts/Entertainment | gpir : Politics/International Relations | gpol : Domestic Politics | gvote : Elections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n002xm

**Qualcomm: Instinet Cuts to Hold as NXP Buy Now Faces Delays**

Barron's Blogs, 11:17, 23 January 2017, 336 words, (English)

Shares of Qualcomm (QCOM) are down $8.30, or almost 13%, at $54.59, after multiple outlets reported on Friday that Apple (AAPL), one of its largest customers, has filed suit against Qualcomm for withholding $1 billion in rebates owed Apple,...

Document WCBBE00020170123ed1n001jm

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

**HD** **Qualcomm dives as $1bn Apple lawsuit prompts downgrade**

**BY** Pan Kwan Yuk

**WC** 334 words

**PD** 23 January 2017

**ET** 11:33

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Don't mess with Apple.

News on Friday that the tech juggernaut has filed a $1bn lawsuit against Qualcomm has sent shares in the chipmaker diving by the most in over a year on Monday.

**TD**

Qualcomm, which fell 2.4 per cent to $62.88 on Friday just before the close when the lawsuit was published, tumbled by another 14.5 per cent within an hour after trading started on Monday as a ratings downgrade and a price target cut added further pressure on the stock.

The lawsuit – the first direct challenge by one of Qualcomm's major customers – prompted Nomura to cut its ratings on the company to Neutral from Buy.

Analyst Romit Shah said his team had upgraded Qualcomm last year on the back of its $47bn blockbuster deal to buy European rival NXP.

But the recent flurry of lawsuits could complicate the process of getting regulatory approval for the deal. In addition to Apple, Qualcomm is also being sued by the US Federal Trade Commission and is the subject of investigations in the EU and Taiwan.

As Mr Shah noted:

QCOM needs approval from multiple countries, including the U.S., China, Japan, South Korea, Taiwan, and the EU, and QCOM has current outstanding investigations with all except for China.

Our downgrade and lower target price multiple are based on the increased uncertainty around the timing of accretion and diversification benefits from the NXPI acquisition, which we previously assumed would close in the second half of 2017.

Apple is demanding a payment of $1bn it believes is due as a rebate for licensing fees, which it claims the chipmaker is holding back as punishment for Apple "responding truthfully" to the South Korean investigation. Qualcomm, it claims, charges Apple at least five times more than what it pays all its other cellular patent licensers combined.

Qualcomm in response has said that Apple had "intentionally mischaracterised" the agreements and negotiations between the two companies.

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170123ed1n007bx

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Plunges: Bad News When Your Top Customer Sues You, Says Bernstein**
Barron's Blogs, 11:14, 23 January 2017, 404 words, (English)
Shares of Qualcomm (QCOM) are down $8.30, or almost 13%, at $54.59, after multiple outlets reported on Friday that Apple (AAPL), one of its largest customers, has filed suit against Qualcomm for withholding $1 billion in rebates owed Apple,...
Document WCBBE00020170123ed1n001jl

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm: Apple Suit May Not Do Much, History Shows, Says Morgan Stanley**
Barron's Blogs, 12:50, 23 January 2017, 387 words, (English)
Don't presume the worst about Apple's (AAPL) suit against Qualcomm (QCOM), advises Morgan Stanley's James Faucette in a note to clients this morning — these things historically have had little impact, in his view.
Document WCBBE00020170123ed1n0025t

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Takes a Bite Out of Qualcomm -- Heard on the Street**

**BY** By Dan Gallagher

**WC** 315 words

**PD** 23 January 2017

**ET** 13:58

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm has survived many legal challenges to its patent-driven business model. The suit filed by Apple is a tougher test.

Investors took note, wiping $13 billion off of Qualcomm's market value since news of the suit hit late Friday. One reason is Apple represents about one-quarter of Qualcomm's licensing revenue, estimates Christopher Caso of CLSA. It is a formidable foe with $132 billion in net cash.

**TD**

More importantly, the Apple suit hits Qualcomm at a terrible time: Qualcomm is already in the thick of it with regulators in Korea, Europe and the U.S. -- all of whom are examining the company's business practices regarding the deep well of patents that go to the heart of most wireless devices operating today. Licenses from these patents generate about 80% of the company's pretax profit.

Qualcomm is also trying to get regulators to sign off on its $39 billion acquisition of NXP Semiconductors . This is the company's biggest M&A deal to date, as it will add much needed diversity to a business that still relies heavily on the slowing smartphone market.

The lawsuit makes clear that Apple has been discussing Qualcomm with those agencies, many of whom have to sign off on the NXP acquisition for it to proceed. Qualcomm was expecting to complete the deal by the end of this year, but the fact that its stock has now slid back below its price from before the deal was announced suggests that shareholders now see a strong risk of a delay.

That -- plus the prospect of having to lower its royalty rates for a key customer -- have placed another cloud of uncertainty over Qualcomm. The company's future depends on passing this test.

(END) Dow Jones Newswires

January 23, 2017 13:58 ET (18:58 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c181 : Acquisitions/Mergers/Divestments | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | nhrd : Heard on the Street | npda : DJ Exclusive Analysis - All | npfida : DJ Exclusive Analysis - Fixed Income | npfxda : DJ Exclusive Analysis - FX | npqda : DJ Exclusive Analysis - Equities | ntop : Top Wire News | nttwn : Today's Top Wire News | c18 : Ownership Changes | cactio : Corporate Actions | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n003dm

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

HD **QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations**

WC 431 words

PD 23 January 2017

ET 15:16

SN PR Newswire

SC PRN

LA English

CY Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

LP

SAN FRANCISCO, Jan. 23, 2017 /PRNewswire/ -- Hagens Berman Sobol Shapiro LLP alerts investors in QUALCOMM Incorporated (NASDAQ: QCOM) that Apple and the FTC have instituted lawsuits against QCOM. Hagens Berman is now investigating whether QCOM and its management may have violated Federal securities laws.

If you purchased or otherwise acquired securities of QCOM before January 20, 2017 and suffered over $100,000 in losses contact Hagens Berman Sobol Shapiro LLP. For more information visit:

TD

https://www.hbsslaw.com/cases/QCOM

or contact Reed Kathrein, who is leading the firm's investigation, by calling 510-725-3000 or emailing QCOM@hbsslaw.com.

On January 20, 2017, CNBC reported that Apple sued Qualcomm for roughly $1 billion, alleging Qualcomm charged Apple royalties for technologies Qualcomm had "nothing to do with."

CNBC also reported that Qualcomm has taken "radical steps" that include "withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them." Apple reportedly added, "Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined."

This news drove the price of QCOM shares down nearly 2.5% to close at $62.88 per share.

"We are investigating allegations made by both Apple and the FTC in their complaints filed against Qualcomm," said Hagens Berman partner Reed Kathrein.

Whistleblowers: Persons with non-public information regarding QCOM should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new SEC whistleblower program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 510-725-3000 or email QCOM@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national investor-rights law firm headquartered in Seattle, Washington with offices in 10 cities. The Firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the Firm and its successes can be found at www.hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 510-725-3000

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-investor-alert-hagens-berman-investigating-qualcomms-business-practices-and-ftc-allegations-300394943.html

SOURCE Hagens Berman Sobol Shapiro LLP

/Web site: https://www.hbsslaw.com

(END)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| npress : Press Releases \| gwhis : Whistleblowers \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gcrim : Crime/Legal Action \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **PUB** | PR Newswire Association, Inc. |
| **AN** | Document PRN0000020170123ed1n000mr |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Press Release: QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations** |
| **WC** | 465 words |
| **PD** | 23 January 2017 |
| **ET** | 15:16 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations

PR Newswire

**TD**

SAN FRANCISCO, Jan. 23, 2017

SAN FRANCISCO, Jan. 23, 2017 /PRNewswire/ -- Hagens Berman Sobol Shapiro LLP alerts investors in QUALCOMM Incorporated (NASDAQ: QCOM) that Apple and the FTC have instituted lawsuits against QCOM. Hagens Berman is now investigating whether QCOM and its management may have violated Federal securities laws.

If you purchased or otherwise acquired securities of QCOM before January 20, 2017 and suffered over $100,000 in losses contact Hagens Berman Sobol Shapiro LLP. For more information visit:

https://www.hbsslaw.com/cases/QCOM

or contact Reed Kathrein, who is leading the firm's investigation, by calling 510-725-3000 or emailing QCOM@hbsslaw.com.

On January 20, 2017, CNBC reported that Apple sued Qualcomm for roughly $1 billion, alleging Qualcomm charged Apple royalties for technologies Qualcomm had "nothing to do with."

CNBC also reported that Qualcomm has taken "radical steps" that include "withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them." Apple reportedly added, "Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least

 © 2023 Factiva, Inc. All rights reserved.

five times more in payments than all the other cellular patent licensors we have agreements with combined."

This news drove the price of QCOM shares down nearly 2.5% to close at $62.88 per share.

"We are investigating allegations made by both Apple and the FTC in their complaints filed against Qualcomm," said Hagens Berman partner Reed Kathrein.

Whistleblowers: Persons with non-public information regarding QCOM should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new SEC whistleblower program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 510-725-3000 or email QCOM@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national investor-rights law firm headquartered in Seattle, Washington with offices in 10 cities. The Firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the Firm and its successes can be found at www.hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 510-725-3000

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-investor-alert-hagens-berman-investigating-qualcomms-business-practices-and-ftc-allegations-300394943.html

SOURCE Hagens Berman Sobol Shapiro LLP

/Web site: https://www.hbsslaw.com

(END) Dow Jones Newswires

January 23, 2017 15:16 ET (20:16 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| npress : Press Releases \| gwhis : Whistleblowers \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gcrim : Crime/Legal Action \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usca : California \| usw : Western U.S. \| namz : North America \| usa : United States |
| **PUB** | Dow Jones & Company, Inc. |

**AN** Document DJDN000020170123ed1n003lo

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **The Biggest Loser: Qualcomm Tumbles -- Barron's Blog**

**BY** By Ben Levisohn

**WC** 324 words

**PD** 23 January 2017

**ET** 16:21

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm ( QCOM) tumbled to the bottom of the S&P 500 today after Apple ( AAPL) sued the chip maker over its licensing practices.

Qualcomm dropped 12.7% to $54.88, while the S&P 500 fell 0.27% to end at 2,265.2.

**TD**

BMO's Tim Long and team note that Apple's claims sound familiar, but worry about the attention the lawsuit is getting:

We are not lawyers, but we have come across many lawsuits/complaints between Qualcomm and other companies and governments over the years. Below we offer our opinions, understanding that there will be much legal maneuvering on each side before these cases will be resolved. We will not go through all of the 25 counts, but instead will focus on the key elements from a high level. We will focus on items that we have seen before, and ones that we hadn't known about, including the agreements that Apple detailed it has signed in the past with Qualcomm.

We expect this case to get a lot of attention, and for any resolution to take a long time, whether through the courts or a private agreement. We doubt that there will be a meaningful change to Qualcomm royalty rates, but the mention of benefits for exclusive chip supply, denying the right to litigate, and withholding "rebate" payments may cause damage otherwise.

Qualcomm's market capitalization fell to $ billion today from $92.3 billion on Friday. It reported net income of $5.7 billion on sales of $23.6 billion in 2016.

For more on the potential impact of Apple's suit on Qualcomm, read Morgan Stanley's take, Bernstein's take, and Instinet's take over at Barron's Tech Trader Daily.

More at Barron's Stocks to Watch blog, http://blogs.barrons.com/stockstowatchtoday/

(END) Dow Jones Newswires

January 23, 2017 16:21 ET (21:21 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial

News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n003yl

 © 2023 Factiva, Inc. All rights reserved.

**The Biggest Loser: Qualcomm Tumbles 13%**

Barron's Blogs, 17:11, 23 January 2017, 301 words, (English)

Qualcomm (QCOM) tumbled to the bottom of the S&P 500 today after Apple (AAPL) sued the chip maker over its licensing practices. Qualcomm dropped 12.7% to $54.88, while the S&P 500 fell 0.27% to end at 2,265.2.

Document WCBBE00020170123ed1n003bh

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **The Biggest Loser: Qualcomm Tumbles 13% -- Barron's Blog**

**BY** By Ben Levisohn

**WC** 327 words

**PD** 23 January 2017

**ET** 17:11

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm ( QCOM) tumbled to the bottom of the S&P 500 today after Apple ( AAPL) sued the chip maker over its licensing practices.

Qualcomm dropped 12.7% to $54.88, while the S&P 500 fell 0.27% to end at 2,265.2.

**TD**

BMO's Tim Long and team note that Apple's claims sound familiar, but worry about the attention the lawsuit is getting:

We are not lawyers, but we have come across many lawsuits/complaints between Qualcomm and other companies and governments over the years. Below we offer our opinions, understanding that there will be much legal maneuvering on each side before these cases will be resolved. We will not go through all of the 25 counts, but instead will focus on the key elements from a high level. We will focus on items that we have seen before, and ones that we hadn't known about, including the agreements that Apple detailed it has signed in the past with Qualcomm.

We expect this case to get a lot of attention, and for any resolution to take a long time, whether through the courts or a private agreement. We doubt that there will be a meaningful change to Qualcomm royalty rates, but the mention of benefits for exclusive chip supply, denying the right to litigate, and withholding "rebate" payments may cause damage otherwise.

Qualcomm's market capitalization fell to $81.1 billion today from $92.3 billion on Friday. It reported net income of $5.7 billion on sales of $23.6 billion in 2016.

For more on the potential impact of Apple's suit on Qualcomm, read Morgan Stanley's take, Bernstein's take, and Instinet's take over at Barron's Tech Trader Daily.

More at Barron's Stocks to Watch blog,
http://blogs.barrons.com/stockstowatchtoday/
(END) Dow Jones Newswires

January 23, 2017 17:11 ET (22:11 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial

News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n00443

 © 2023 Factiva, Inc. All rights reserved.

**HD** **SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims on Behalf of Investors of Qualcomm Incorporated - QCOM**

**WC** 244 words

**PD** 23 January 2017

**SN** ACCESSWIRE

**SC** ACWIRE

**LA** English

**CY** Copyright 2017. ACCESSWIRE

**LP**

NEW YORK, NY / ACCESSWIRE / January 23, 2017 / Pomerantz LLP is investigating claims on behalf of investors of Qualcomm Incorporated ("Qualcomm" or the "Company") (NASDAQ: QCOM). Such investors are advised to contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888-476-6529, ext. 9980.

The investigation concerns whether Qualcomm and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**TD**

[Click here to join a class action]

On January 17, 2017, Bloomberg reported that the Federal Trade Commission is poised to bring an enforcement action against Qualcomm following an investigation of the Company's licensing practices. On this news, Qualcomm stock fell $2.69, or 4.02%, to close at $64.19 on January 17, 2017.

The Pomerantz Firm, with offices in New York, Chicago, Florida, and Los Angeles, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

SOURCE: Pomerantz LLP

**CO** ftrade : Federal Trade Commission | phbgag : Pomerantz LLP | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i835 : Legal Services | ibcs : Business/Consumer Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | gsfra : Securities Fraud | npress : Press Releases | ccat : Corporate/Industrial News | gcat : Political/General News | gcrim : Crime/Legal Action | gfinc : Financial Crime | gfraud : Fraud | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** NASDAQ:QCOM

**PUB** Accesswire

**AN** Document ACWIRE0020170123ed1n004h5

THE AUSTRALIAN

HD **5G ‘will benefit entire societies’**

WC 449 words
PD 23 January 2017
SN The Australian - Online
SC AUSTOL
LA English
CY © 2017 News Limited. All rights reserved.

LP

To get a handle on 5G, it made sense to listen to Qualcomm, a semiconductor manufacturer that has been at the forefront of mobile phone component development for decades. Now it’s a flag bearer for 5G, the successor to 4G, due for implementation by 2020.

At the Consumer Electronics Show in Las Vegas, Qualcomm chief executive Steve Mollenkopf said 5G went beyond scaling up speed and bandwidth, and reducing latency. It was an entirely new type of network with new capabilities.

TD

“5G will have an impact similar to the introduction of electricity, or the car, affecting entire economies, and benefiting entire societies,’’ Mr Mollenkopf said. “Today, billions of mobile devices with extraordinary power are uniting with advancements in robotics, artificial intelligence, autonomous vehicles, nanotechnology and so much more. Entire industries will change, and emerge as data speeds go up, and data costs come down.”

It is rumoured the Snapdragon 835 will be used inside Samsung’s Galaxy S8 smartphone this year. The new processor also supports virtual reality when installed inside mobile devices. Qualcomm demonstrated positional tracking using the camera in a VR-enabled smart phone.

It has also released a Snapdragon X50 5G modem, to be available in the second half of the year, which uses the 802.11ad WiFi standard. Mr Mollenkopf said it supported ultrahigh speed zones as fast as 4.6 Gbps, and delivered extremely low latency. You could download a feature-length 4K movie in 18 seconds, or a 1Gb file from the cloud in three seconds, he said.

At CES, there were discussions about peak 5G speeds of up to 26 Gbps.

In Australia, the telcos will continue 5G trials and prepare to introduce 4.5G as a stepping stone. Optus is expected to update its plans around 4.5G next month. In a trial in Sydney last year, Optus and Huawei reached a transmission rate of 35Gbs over the 73 GHz band.

Optus executive Kent Wu said the telco was looking at multiple input, multiple output technology as part of 5G. “Traditionally there is a single lane in each direction. This makes it 32 in each direction,” Mr Wu said.

Telstra outlined its involvement in modifying 5G standards to suit Australian conditions. “The rest of the world forgets how big Australia is, and inevitably they build everything to run to about 30km-40km,” said Mike Wright, group managing director, networks at Telstra. Telstra is to trial 5G at next year’s Commonwealth Games and this month Vodafone Australia announced a five-year deal with Ericsson and Cisco to virtualise its core network ahead of 5G.

Chris Griffith travelled to CES in Las Vegas courtesy of Samsung.

CO qcom : Qualcomm Incorporated

IN ielec : Consumer Electronics | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

| | |
|---|---|
| **RE** | austr : Australia \| apacz : Asia Pacific \| ausnz : Australia/Oceania |
| **PUB** | News Ltd. |
| **AN** | Document AUSTOL0020170123ed1n002gy |

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.


CLM Heard on the Street

SE Markets


HD **Apple Takes a Bite Out of Qualcomm; Timing of lawsuit throws completion of NXP Semiconductors deal into question, along with future royalties**


BY By Dan Gallagher

WC 335 words

PD 23 January 2017

ET 14:12

SN The Wall Street Journal Online

SC WSJO

LA English


CY Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

LP

Qualcomm has survived many legal challenges to its patent-driven business model. The suit filed by Apple is a tougher test.

Investors took note, wiping $13 billion off of Qualcomm's market value since news of the suit hit late Friday. One reason is Apple represents about one-quarter of Qualcomm's licensing revenue, estimates Christopher Caso of CLSA. It is a formidable foe with $132 billion in net cash.

TD

More importantly, the Apple suit hits Qualcomm at a terrible time: Qualcomm is already in the thick of it with regulators in Korea, Europe and the U.S.—all of whom are examining the company's business practices regarding the deep well of patents that go to the heart of most wireless devices operating today. Licenses from these patents generate about 80% of the company's pretax profit.

Qualcomm is also trying to get regulators to sign off on its $39 billion acquisition of NXP Semiconductors . This is the company's biggest M&A deal to date, as it will add much needed diversity to a business that still relies heavily on the slowing smartphone market.

The lawsuit makes clear that Apple has been discussing Qualcomm with those agencies, many of whom have to sign off on the NXP acquisition for it to proceed. Qualcomm was expecting to complete the deal by the end of this year, but the fact that its stock has now slid back below its price from before the deal was announced suggests that shareholders now see a strong risk of a delay.

That—plus the prospect of having to lower its royalty rates for a key customer—have placed another cloud of uncertainty over Qualcomm. The company's future depends on passing this test.

Get financial insights and commentary on global investing from The Wall Street Journal's Heard on the Street team. Subscribe to the podcast.


CO phisem : NXP Semiconductors N.V. | qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | iindele : Industrial Electronics

NS c12 : Corporate Crime/Legal Action | c133 : Patents | c151 : Earnings | cgymtr : Intellectual Property Rights | mcat : Commodity/Financial Market News | ncolu : Columns | nedc : Commentaries/Opinions | c15 : Financial Performance | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

IPD APPLE

**IPC** I/SEM

**PUB** Dow Jones & Company, Inc.

**AN** Document WSJO000020170123ed1n007ka

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Halliburton, Marinus Pharma**

WC 370 words

PD 23 January 2017

ET 10:32

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

* Eikon search string for individual stock moves: STXBZ

TD

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh

U.S. stocks were off their lows on Monday after President Donald Trump laid out some of his plans to spur economic growth in a meeting with top executives of U.S. companies.

The Dow Jones Industrial Average was down 0.29 percent at 19,769.81, the S&P 500 was down 0.34 percent at 2,263.52 and the Nasdaq Composite was down 0.27 percent at 5,540.223.

** QUALCOMM INC, $54.11, -13.95 pct

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** HALLIBURTON CO, $54.56, -3.35 pct

The world's No. 2 oilfield services provider warned of weakness in markets outside of North America, echoing comments made by larger rival Schlumberger last week.

** SPRINT CORP, $9.13, +2.18 pct

The U.S. wireless carrier said it would buy 33 percent of Tidal, a music streaming service owned by rapper Jay Z.

** MCDONALD'S CORP, $121.23, -0.84 pct

The operator of the world's largest fast-food chain reported a drop in U.S. comparable restaurant sales for the first time in six quarters, suggesting that the novelty of the company's popular all-day breakfast was wearing off.

** MARINUS PHARMACEUTICALS INC, $1.63, +40.52 pct

The drug developer announced preliminary positive data from its ongoing mid-stage study for the treatment of patients with CDKL5 genetic disorder.

** BIOLASE INC, $1.65, +12.24 pct

The medical device maker received FDA clearance for commercial distribution of its new Epic Pro diode laser system for dentistry.

** CYNOSURE INC, $48.50, +10.60 pct

The laser maker is exploring strategic options, including a sale, amid increasing interest in the company's technology from larger global companies, Bloomberg reported on Sunday, citing sources. (Compiled by Diptendu Lahiri in Bengaluru)

**RF** Released: 2017-1-26T15:32:42.000Z

**CO** qcom : Qualcomm Incorporated | hllbt : Halliburton Co

**IN** i257 : Pharmaceuticals | icomp : Computing | i3302 : Computers/Consumer Electronics | i951 : Health Care/Life Sciences | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | i1300005 : Support Activities for Oil/Gas | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** ccat : Corporate/Industrial News

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00pm9

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 01/20/2017 to 01/23/2017 |

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 110 |
| Timestamp | 26 May 2023 13:33 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES

BUZZ-Qualcomm Inc: Lawsuits pull down stock ........ 2
BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Sprint ........ 4
BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Halliburton ........ 6
U.S. RESEARCH ROUNDUP-CVR Refining, Metlife, Travelport Worldwide ........ 8
Cynosure soars on deal talk; Qualcomm slumps on Apple suit ........ 16
Cynosure soars on deal talk; Qualcomm slumps on Apple suit ........ 18
Qualcomm Cut to Underperform From Buy by CLSA ........ 20
Qualcomm Cut to Neutral From Buy by Nomura ........ 21
Qualcomm Cut to Underperform From Buy by CLSA ........ 22
BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm , Yahoo , Morgan Stanley , ........ 23

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BUZZ-Qualcomm Inc: Lawsuits pull down stock**

**WC** 212 words

**PD** 23 January 2017

**ET** 10:35

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

** Chipmaker's shares fall as much as 14.44 pct to $53.80; biggest intraday pct loss in more than a year

** Apple Inc filed a $1 bln lawsuit on Friday against Qualcomm for overcharging for chips and refusing to pay some $1 bln in promised rebates

**TD**

** At least 2 brokerages cut PTs, Instinet cuts rating to "neutral" from "buy"

** Instinet says recent rulings have been stronger and broader than anticipated

** It seems inconvenient that, amid increased scrutiny into QTL, Qualcomm requires regulatory approval for the NXPI acquisition from many of the countries where it has outstanding regulatory complaints/litigations - Instinet analysts

** U.S. Federal Trade Commission filed a lawsuit last week, accusing Qualcomm of using "anticompetitive" tactics to keep its monopoly on a key semiconductor used in cellphones

** South Korea's antitrust regulator fined Qualcomm $854 mln in December for what it called unfair patent licensing practices

** More than 34 mln shares traded, 4.3x 30-day moving avg

** 13 of 30 brokerages rate the stock "buy" or higher, 15 "hold" and 2 "sell" or lower; median PT $70

** Up to Friday's close, stock had gained a third of its value in the last 12 months

**RF** Released: 2017-1-26T15:35:20.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c1521 : Analysts' Comments/Recommendations | c12 : Corporate Crime/Legal Action | ccat : Corporate/Industrial News | c1522 : Share Price Movement/Disruptions | c15 : Financial Performance | c152 : Earnings Projections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00pmc

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Sprint**

**WC** 460 words

**PD** 23 January 2017

**ET** 11:50

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

* Eikon search string for individual stock moves: STXBZ

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

**TD**

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh

U.S. stocks lost ground on Monday as investors digested President Donald Trump's protectionist statements and sought safe-haven assets such as gold and U.S. Treasury bonds.

The Dow Jones Industrial Average was down 0.43 percent at 19,741.7, the S&P 500 was down 0.58 percent at 2,258.09 and the Nasdaq Composite was down 0.52 percent at 5,526.712.

** QUALCOMM INC, $55.35, -11.98 pct

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** AUTOZONE INC, $735.61, -4.47 pct

** ADVANCE AUTO PARTS INC, $166.75, -2.77 pct

** O'REILLY AUTOMOTIVE INC, $264.83, -3.35 pct

** GENUINE PARTS CO, $96.17, -3.58 pct

U.S. auto parts retailers down after NY Post says Amazon may start selling auto parts.

** MCDONALD'S CORP, $120.50, -1.44 pct

The operator of the world's largest fast-food chain reported a drop in U.S. comparable restaurant sales for the first time in six quarters, suggesting that the novelty of the company's popular all-day breakfast was wearing off.

** MARINUS PHARMACEUTICALS INC, $1.60, +37.50 pct

The drug developer announced preliminary positive data from its ongoing mid-stage study for the treatment of patients with CDKL5 genetic disorder.

** HALLIBURTON CO, $54.27, -3.86 pct

The world's No. 2 oilfield services provider said its revenue growth this year would meet or outpace the increase in the number of drilling rigs in North America.

** SPRINT CORP, $9.24, +3.42 pct

The U.S. wireless carrier said it would buy 33 percent of Tidal, a music streaming service owned by rapper Jay Z.

** BIOLASE INC, $1.62, +10.20 pct

The medical device maker received FDA clearance for commercial distribution of its new Epic Pro diode laser system for dentistry.

** CYNOSURE INC, $47.50, +8.32 pct

The laser maker is exploring strategic options, including a sale, amid increasing interest in the company's technology from larger global companies, Bloomberg reported on Sunday, citing sources.

** NCI INC, $12.61, -9.64 pct

The IT and professional services provider to U.S. Federal government agencies will launch an internal probe after preliminary findings revealed that an ex-controller embezzled about $18 mln over last six years. (Compiled by Diptendu Lahiri in Bengaluru)

**RF** Released: 2017-1-26T16:50:19.000Z

**CO** advpts : Advance Auto Parts Inc | atzone : AutoZone Inc | qcom : Qualcomm Incorporated | advhol : Advance Holding Corp

**IN** i353 : Motor Vehicle Parts | i64 : Retail/Wholesale | icomp : Computing | i3302 : Computers/Consumer Electronics | iaut : Automotive | itech : Technology | i34531 : Semiconductors | i6492 : Automotive Parts/Tire Stores | i654 : Specialty Stores | iindele : Industrial Electronics | iindstrls : Industrial Goods | iretail : Retail

**NS** ccat : Corporate/Industrial News

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00spd

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Halliburton**

**WC** 539 words

**PD** 23 January 2017

**ET** 13:25

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

* Eikon search string for individual stock moves: STXBZ

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

**TD**

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh

The S&P 500 was on track for its worst day this year as President Donald Trump's protectionist stance on trade sent investors scurrying for safe-haven assets on Monday.

The Dow Jones Industrial Average was down 0.31 percent at 19,766.24, the S&P 500 was down 0.39 percent at 2,262.47 and the Nasdaq Composite was down 0.19 percent at 5,544.683.

** QUALCOMM INC, $55.37, -11.94 pct

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** AUTOZONE INC, $738.69, -4.07 pct

** ADVANCE AUTO PARTS INC, $167.14, -2.54 pct

** O'REILLY AUTOMOTIVE INC, $266.01, -2.92 pct

** GENUINE PARTS CO, $96.33, -3.42 pct

Shares of U.S. auto part retailers fell sharply following a report that Amazon.com Inc had set its sights on the $50 billion do-it-yourself after-market auto parts business.

** MCDONALD'S CORP, $121.72, -0.44 pct

The company's sales at established U.S. restaurants fell for the first time in six quarters as the novelty of all-day breakfast failed to overcome competition from supermarkets and other retailers.

** MARINUS PHARMACEUTICALS INC, $1.54, +32.76 pct

The drug developer announced preliminary positive data from its ongoing mid-stage study for the treatment of patients with CDKL5 genetic disorder.

** HALLIBURTON CO, $54.37, -3.68 pct

The world's No. 2 oilfield services provider said its revenue growth this year would meet or outpace the increase in the number of drilling rigs in North America.

However, its revenue growth in North America in the latest quarter lagged the increase in rig count.

** SPRINT CORP, $9.22, +3.19 pct

The U.S. wireless carrier said it would buy 33 percent of Tidal, a music streaming service owned by rapper Jay Z, marking a move to more content driven services in a highly competitive wireless market.

** BIOLASE INC, $1.62, +10.20 pct

The medical device maker received FDA clearance for commercial distribution of its new Epic Pro diode laser system for dentistry.

** CYNOSURE INC, $47.48, +8.27 pct

The laser maker is exploring strategic options, including a sale, amid increasing interest in the company's technology from larger global companies, Bloomberg reported on Sunday, citing sources.

** NCI INC, $12.63, -9.50 pct

The IT and professional services provider to U.S. Federal government agencies will launch an internal probe after preliminary findings revealed that an ex-controller embezzled about $18 mln over last six years.

** AETNA INC, $119.77, -2.25 pct

** HUMANA INC, $201.02, +0.24 pct

A U.S. federal judge blocked the health insurer's proposed $34 billion merger with rival Humana, saying it was illegal under antitrust law.

(Compiled by Diptendu Lahiri in Bengaluru)

**RF** Released: 2017-1-26T18:25:22.000Z

**CO** advpts : Advance Auto Parts Inc | atzone : AutoZone Inc | qcom : Qualcomm Incorporated | hllbt : Halliburton Co | advhol : Advance Holding Corp

**IN** i353 : Motor Vehicle Parts | i64 : Retail/Wholesale | icomp : Computing | i3302 : Computers/Consumer Electronics | iaut : Automotive | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | i1300005 : Support Activities for Oil/Gas | i34531 : Semiconductors | i6492 : Automotive Parts/Tire Stores | i654 : Specialty Stores | iindele : Industrial Electronics | iindstrls : Industrial Goods | iretail : Retail

**NS** ccat : Corporate/Industrial News

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00vy3

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **U.S. RESEARCH ROUNDUP-CVR Refining, Metlife, Travelport Worldwide**

WC 2,699 words

PD 23 January 2017

ET 17:50

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

TD

Jan 23 (Reuters) - Wall Street securities analysts revised their ratings and price targets on several U.S.-listed companies, including Metlife and CVR Refining, on Monday.

HIGHLIGHTS

* Camden Property Trust : Barclays cuts to equal weight from overweight
* CVR Refining : Goldman Sachs raises to neutral from sell - Trader
* Metlife Inc : Deutsche Bank raises to buy from hold
* Piedmont Office Realty Trust Inc : Stifel raises to hold from sell
* Travelport Worldwide Ltd : Morgan Stanley cuts to equal weight from overweight

Following is a summary of research actions on U.S. companies reported by Reuters on Monday.
Stock entries are in alphabetical order.

* Achaogen Inc : Guggenheim initiates coverage with a buy rating, $30 target price
* ADMA Biologics Inc : Maxim Group raises to buy from hold; price target $13
* Agilent Technologies Inc : Jefferies raises target price to $55; rating buy
* Alexandria Real Estate Equities : Barclays cuts target price to $116 from $121
* Align Technology Inc : Jefferies raises target price to $110; rating buy
* Ally Financial Inc : Susquehanna starts with positive rating; $28 price target
* Alphabet Inc : BMO raises target price to $1000 from $960; rating outperform
* AMC Networks : Cowen and Company ups target to TO $60 from $54; market perform
* American International Group Inc : KBW raises target price to $80 from $77

* American Vanguard Corp : Roth Capital raises to buy from neutral - Trader
* Ameriprise Financial Inc : Deutsche Bank raises target price to $127 from $120
* Anadarko Petroleum : Barclays raises target price to $62 from $60; equal weight
* Anthem Inc : Citigroup raises target price to $172 from $151
* Apartment Investment and Management Co : Barclays cuts target to $47 from $49
* Applied Materials Inc : Deutsche Bank raises target price to $36 from $33
* Arch Coal Inc : FBR raises target price to $110 from $95
* AstraZeneca Plc : Leerink cuts target price to $32 from $34
* Avalonbay Communities Inc : Barclays cuts target price to $167 from $178
* Bank of Hawaii : Compass Point raises price target to $81 from $80;rating neutral
* Bank of Hawaii : Sandler O'Neill cuts price target by $4 to $90; rating hold
* Bank of Marin Bancorp :D.A. Davidson raises price target to $70 from $68;neutral
* BB&T Corp : Bernstein raises target price to $47 from $46
* Biomarin Pharmaceutical : Credit Suisse assumes coverage with $107 target price
* Biomarin Pharmaceutical : Credit Suisse assumes coverage with outperform rating
* Biospecifics Technologies : Rodman & Renshaw raises target to $72 from $63
* Boston Properties Inc : Barclays cuts target price to $135 from $143
* Brandywine Realty Trust : Barclays cuts target price to $15 from $16
* Bristol-Myers Squibb Co : JP Morgan cuts target price to $66 from $70;overweight
* Bristol-Myers Squibb Co : Leerink cuts target price to $62 from $71
* Brixmor Property Group Inc : Barclays cuts target price to $24 from $28
* Bruker Corp : Jefferies cuts target price to $28; rating buy
* Bryn Mawr Bank Corp : KBW raises target price to $41 from $39
* Cabot Oil & Gas Corp : Barclays raises target price to $25 from $22
* Cabot Oil & Gas Corp : Barclays raises to overweight from equal weight
* Camden Property Trust : Barclays cuts target price to $83 from $89
* Camden Property Trust : Barclays cuts to equal weight from overweight
* Campbell Soup Co : Stifel raises target price to $62 from $56
* Carolina Financial Corp : KBW raises target price to $33 from $30
* CBL & Associates Properties : Barclays cuts target price to $10 from $13
* CBL & Associates Properties :Goldman Sachs cuts target to $10.50 from $12;neutral
* Cenovus Energy Inc : Goldman Sachs cuts to sell - Trader
* Chicago Bridge & Iron Company NV : Citigroup raises target price to $36 from $30
* Chubb Ltd : JMP raises target price to $145 from $140
* Cigna Corp : Citigroup raises target price to $163 from $139
* Citizens Financial Group : Goldman Sachs cuts target price to $42 from $43; buy

 © 2023 Factiva, Inc. All rights reserved.

* Citizens Financial Group Inc : Bernstein cuts target price to $35 from $36
* Citizens Financial Group Inc : KBW raises target price to $39 from $38.5
* Citizens Financial Group Inc : Wedbush raises target price to $37 from $35
* City Office REIT Inc : Deutsche Bank cuts price target to $14.00 from $15.50
* Clovis Oncology Inc : Stifel raises target price to $86 from $52
* CNO Financial Group Inc : Deutsche Bank raises target price to $19 from $18
* Colucid Pharmaceuticals Inc : Barclays cuts to equal weight from overweight
* Columbus Mckinnon : Seaport Global Securities raises target to $30 from $24
* Columbus Mckinnon : Seaport Global Securities raises to buy from neutral
* Community Bank System : Sandler O'Neill cuts price target to $53; rating sell
* Community Financial : KBW raises target price to $30 from $28; market perform
* County Bancorp Inc : Maxim raises target price to $30 from $28
* Credit Acceptance : Susquehanna starts with neutral rating; $226 price target
* CRH Medical : Canaccord Genuity raises target price to $7 from $5.50; buy
* CSX Corp : BMO raises target price to $55 from $38
* CSX Corp : BMO raises to outperform from market perform
* CVR Refining : Goldman Sachs raises to neutral from sell - Trader
* CVR Refining LP : Goldman Sachs raises target price to $12 from $7
* Cytosorbents Corp : Maxim Group raises price target to $10 from $8; rating buy
* Deckers Outdoor Corp : Telsey Advisory Group raises target price to $74 from $72
* Dentsply Sirona Inc : Jefferies cuts target price to $68; rating buy
* Diana Shipping Inc : Jefferies raises price target to $3.50; rating hold
* Digital Realty Trust Inc : Barclays cuts target price to $110 from $118
* Dish Network Corp : Morgan Stanley raises to overweight rating
* Douglas Emmett Inc : Barclays cuts target price to $32 from $35
* Dow Chemical Co : Susquehanna raises target price to $68 from $66; positive
* DSP Group Inc : Wunderlich cuts target price to $13 from $14
* DSW Inc : Telsey Advisory Group cuts target price to $24 from $26
* DU Pont : Susquehanna raises target price to $88 from $84; rating positive
* Duke Realty Corp : Barclays cuts target price to $25 from $26
* Dupont Fabros Technology Inc : Barclays cuts target price to $50 from $52
* Equity Residential : Barclays cuts target price to $61 from $66
* Essex Property Trust Inc : Barclays raises target price to $255 from $232
* Essex Property Trust Inc : Barclays raises to overweight from equal weight
* Ferroglobe Plc : B.Riley cuts target price to $14 from $14.25; rating buy
* First Financial Bancorp : KBW raises target price to $27 from $25

 © 2023 Factiva, Inc. All rights reserved.

* Flowserve Corp : Seaport Global Securities raises target price to $60 from $48
* Flowserve Corp : Seaport Global Securities raises to buy from neutral
* FMC Corp : Seaport Global Securities cuts to neutral from accumulate
* Foot Locker Inc : Telsey Advisory Group cuts target price to $85 from $88
* Genco Shipping & Trading Ltd : Jefferies raises price target to $13.00; buy
* General Electric Co : Credit Suisse cuts target price to $34 from $35; outperform
* General Electric Co : UBS cuts target price to $35 from $36
* General Growth Properties Inc : Barclays cuts target price to $25 from $30
* GrubHub Inc : Craig Hallum starts with hold; target price $41
* Halliburton Co : Credit Suisse cuts price target to $60 from $62; outperform
* Halliburton Co : Evercore ISI raises price target to $65 from $60; rating buy
* HB Fuller Co : JP Morgan cuts target price to $47 from $49
* Healthequity : Keybanc Capital Markets starts with overweight rating;target $60
* Hudson Pacific Properties Inc : Barclays cuts target price to $38 from $39
* Humana Inc : Credit Suisse cuts price target to $208 from $222; rating outperform
* Huntsman Corp : UBS raises target price to $24 from $19
* Incyte Corp : Credit Suisse assumes coverage with outperform; $137 target PRICE
* Independence Realty Trust : Deutsche Bank raises target to $8.00 from $7.50
* Independent Bank Corp : KBW raises target price to $72 from $70
* Ionis Pharmaceuticals Inc : Janney cuts fair value to $42 from $49;rating neutral
* Jones Lang LaSalle Inc : Barclays cuts target price to $119 from $125
* Juniper Networks Inc : JP Morgan raises target price to $32 from $28
* Kansas City Southern : Seaport Global Securities cuts from accumulate to neutral
* KBR Inc : Citigroup raises target price to $18 from $16
* Kimco Realty Corp : Barclays cuts target price to $27 from $32
* Kirby Corp : Credit Suisse raises target price to $58 from $51; rating neutral
* Kirby Corp : Jefferies raises price target to $75.00; rating buy
* Kite Realty Group Trust : Barclays cuts target price to $25 from $31
* Kla-Tencor Corp : Deutsche Bank raises target price to $78 from $75
* Lam Research Corp : DA Davidson raises price target to $140 from $125
* Lam Research Corp : Deutsche Bank raises target price to $125 from $115
* Lexington Realty Trust : Barclays cuts target price to $10 from $11
* Lexington Realty Trust : Barclays cuts to underweight from equal weight
* Liberty Global : Morgan Stanley resumes with equal weight rating; $39 target
* Liberty Siriusxm : Morgan Stanley cuts to equal weight rating

 © 2023 Factiva, Inc. All rights reserved.

* Lincoln National Corp : Deutsche Bank raises target price to $69 from $66
* Lonestar Resources US Inc : Johnson Rice starts with buy; target price $7.20
* M&T Bank Corp : JP Morgan raises target price to $180 from $170
* Macerich Co : Barclays cuts target price to $69 from $83
* Mack-Cali Realty Corp : Barclays cuts target price to $27 from $28
* Maiden Holdings Ltd : JMP raises target price to $19 from $18
* Marathon Petroleum Corp : Jefferies cuts target price to $61; rating buy
* Mastec Inc : Citigroup raises target price to $38 from $32
* Matador Resources Co : Raymond James starts with outperform rating; target $31
* McDermott International Inc : Citigroup raises target price to $8 from $6
* Merck & Co Inc : Leerink raises target price to $69 from $65
* Metlife Inc : Deutsche Bank raises target price to $65 from $57
* Metlife Inc : Deutsche Bank raises to buy from hold
* Molson Coors Brewing Co : Credit Suisse initiates coverage with neutral rating
* Molson Coors Brewing Co : Credit Suisse initiates coverage with target price $106
* Motorola Solutions Inc : MKM Partners raises fair value to $75 from $72; neutral
* Natera Inc : Benchmark cuts target price to $16 from $20
* Natera Inc : Benchmark cuts target price to $16 from $20
* Nike Inc : Telsey Advisory Group raises target price to $66 from $65
* NRG Yield Inc : Citigroup raises target price to $20 from $19
* OM Asset Management Plc : Sandler O'Neill resumes with hold; target price $15.50
* Patriot National Inc : JMP cuts target price to $9 from $10
* Pennsylvania REIT : Barclays cuts target price to $16 from $20
* Perrigo Company Plc : Jefferies cuts target price to $70 from $84; rating hold
* Perrigo Company Plc : Leerink cuts price target to $78 from $87; market perform
* Philip Morris International Inc : Barclays cuts target price to $103 from $106
* Piedmont Office Realty Trust Inc : Stifel raises target price to $20.50 from $18
* Piedmont Office Realty Trust Inc : Stifel raises to hold from sell
* PNC Financial Services Group Inc : Instinet raises target price to $121 from $116
* PPG Industries Inc : JP Morgan cuts target price to $105 from $110
* Preferred Bank : FBR raises target price to $65 from $60; rating outperform
* Principal Financial Group Inc : Deutsche Bank raises target price to $58 from $54
* Proassurance Corp : JMP raises target price to $60 from $57
* Procter & Gamble Co : Morgan Stanley raises target to $90 from $88; equal-weight
* Procter & Gamble Co : UBS raises target price to $96 from $94
* Prologis Inc : Barclays cuts target price to $54 from $58
* PTC Inc : Berenberg raises target price to $66 from $50; rating buy
* Public Storage : Barclays cuts target price to $215 from $230
* Qualcomm Inc : Bernstein cuts target price to $65 from $80
* Qualcomm Inc : Instinet cuts target price to $70 from $80
* Qualcomm Inc : Instinet cuts to neutral from buy

* Quanta Services Inc : Citigroup raises target price to $37 from $31
* Regions Financial Corp : Bernstein raises target price to $15 from $14
* Regions Financial Corp : Compass Point cuts to neutral from buy
* Regions Financial Corp : Compass Point raises target price to $15 from $14.50
* Reinsurance Group of America : Deutsche Bank ups target price to $127 from $121
* Rockwell Automation Inc : Deutsche Bank raises target price to $173 from $126
* Rockwell Collins Inc : Canaccord Genuity raises target to $90 from $88; hold
* Rockwell Collins Inc : Seaport Global Securities raises to buy from neutral
* Santander Consumer USA : Susquehanna initiates coverage with $14 price target
* Santander Consumer USA : Susquehanna initiates coverage with a neutral rating
* Scana Corp : UBS raises target price to $75 from $73
* Schlumberger NV : Deutsche Bank cuts target price to $101 from $113
* Schlumberger NV : Loop Capital Markets raises target price to $97 from $91
* Schlumberger NV : Susquehanna raises target price to $100 from $96
* Schlumberger NV : UBS raises target price to $105 from $100
* Scorpio Bulkers Inc : Jefferies raises price target to $9.00; rating buy
* Selective Insurance Group Inc : Sandler O'Neill starts with hold; target $44
* Sierra Bancorp : D.A. Davidson raises price target to $29 from $25;rating neutral
* Sierra Bancorp : Sandler O'Neill raises price target by $1 to $28; rating hold
* Sierra Wireless Inc : Raymond James raises target price to $20 from $16
* Sierra Wireless Inc : Raymond James raises to outperform from market perform
* Simon Property Group Inc : Barclays cuts target price to $202 from $247
* Skyworks Solutions Inc : Citigroup raises target price to $68 from $64
* SL Green Realty Corp : Barclays cuts target price to $103 from $107
* Southwestern Energy Co : Barclays raises to equal weight from underweight
* Star Bulk Carriers Corp : Jefferies raises price target to $11.00; rating buy
* State National Companies Inc : JMP raises target price to $16 from $14
* Steven Madden Ltd : Telsey Advisory Group raises target price to $40 from $38
* SunTrust Banks Inc : Bernstein raises target price to $60 from $57
* SunTrust Banks Inc : BMO cuts target price to $63 from $65
* SunTrust Banks Inc : Instinet raises target price to $58 from $56
* SunTrust Banks Inc : Morgan Stanley raises target price to $3.82 from $3.71
* SunTrust Banks Inc : Wedbush raises target price to $58 from $55
* Synchrony Financial : Compass Point raises price target to $42; rating buy
* Synchrony Financial : JMP raises target price to $41 from $37

 © 2023 Factiva, Inc. All rights reserved.

* Synchrony Financial : KBW raises target price to $44 from $40
* Synchrony Financial : Morgan Stanley raises target price to $3.15 from $3.14
* T2 Biosystems Inc : Cantor cuts target price to $7 from $9
* Teekay Corp : Jefferies raises price target to $8.50; rating hold
* Teradyne Inc : Deutsche Bank raises target price to $28.00 from $25
* Teva Pharmaceutical : Credit Suisse cuts target price to $41 from $45;outperform
* Thermo Fisher Scientific Inc : Goldman Sachs cuts target price to $162 from $168
* Thermo Fisher Scientific Inc : Jefferies cuts target price to $160; rating hold
* Tim Participacoes : Morgan Stanley raises price target to $16.40 from $14.90
* Tim Participacoes : Morgan Stanley raises to overweight from equal weight
* Torchmark Corp : Deutsche Bank raises target price to $69 from $60
* Travelport Worldwide Ltd : Morgan Stanley cuts to equal weight from overweight
* UDR Inc : Barclays cuts target price to $35 from $37
* Under Armour Inc : Instinet cuts target price to $27 from $31
* Under Armour Inc : Telsey Advisory Group cuts target price to $34 from $35
* Validus Holdings Ltd : JMP raises target price to $62 from $60
* Varian Medical Systems : RBC raises target price to $93 from $91; sector perform
* Ventas Inc : Deutsche Bank cuts price target to $58 from $60
* Verizon Communications : Wells Fargo cuts to market perform from outperform-Trader
* Vornado Realty Trust : Barclays cuts target price to $101 from $103
* Voya Financial Inc : Deutsche Bank raises target price to $48 from $45
* VWR Corp : Jefferies cuts target price to $31; rating buy
* Wal Mart Stores : Morgan Stanley cuts target price to $70 from $74; equal-weight
* Westamerica Bancorp : BMO cuts price target by $3 to $49
* Williams Companies Inc : Jefferies raises to buy; raises target price to $33
* Williams Partners LP : BMO raises to outperform; target price to $47
* Williams Partners LP : Jefferies raises target price to $42; rating hold
* Wolverine World Wide : Telsey Advisory Group ups target price to $25 from $24
* Workiva Inc : Morgan Stanley cuts target price to $16 from $21
* Workiva Inc : Morgan Stanley cuts to equal weight from overweight
* Xilinx Inc : Deutsche Bank raises target price to $55 from $49
* Yahoo Inc : CFRA Research cuts to hold from buy
* 1st Source Corp : KBW raises target price to $42 from $39

(Compiled by Bengaluru Newsroom)

**RF** Released: 2017-1-26T22:50:36.000Z

**CO** achaog : Achaogen, Inc. | camdpr : Camden Property Trust | ctdiss : Travelport Limited | wreiti : Piedmont Office Realty Trust Inc. | deut : Deutsche Bank AG | qcom : Qualcomm Incorporated | simpo : Simon Property Group Inc | sk : Credit Suisse Group AG | blgrou : The Blackstone Group LP

| | |
|---|---|
| **IN** | ibnk : Banking/Credit \| i257 : Pharmaceuticals \| i951 : Health Care/Life Sciences \| ifinal : Financial Services \| i34531 : Semiconductors \| i77001 : Travel Agencies \| i814 : Banking \| i81502 : Trusts/Funds/Financial Vehicles \| i8150206 : Closed-end Funds/Investment Trusts \| i815020602 : Real Estate Investment Trusts \| icre : Real Estate/Construction \| iibnk : Integrated Banks \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iinv : Investing/Securities \| ilea : Leisure/Arts/Hospitality \| iphddd : Drug Discovery/Development \| ireest : Real Estate \| itech : Technology \| itourm : Tourism |
| **NS** | c1521 : Analysts' Comments/Recommendations \| ntab : Tables \| c15 : Financial Performance \| c152 : Earnings Projections \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170123ed1n00b1a |

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

**HD** **Cynosure soars on deal talk; Qualcomm slumps on Apple suit**

**CR** AP

**WC** 244 words

**PD** 23 January 2017

**ET** 16:45

**SN** The Canadian Press

**SC** CPR

**LA** English

**CY** (c) 2017 The Canadian Press. All rights reserved.

**LP**

NEW YORK _ Stocks that moved substantially or traded heavily Monday:

Kate Spade & Co., up 64 cents to $18.40

**TD**

Bloomberg News reported that the handbag maker has attracted takeover interest from Coach, Michael Kors and international companies.

Qualcomm Inc., down $8 to $54.88

Apple is suing the maker of semiconductors, one of its major suppliers, for $1 billion in a patent fight.

Sprint Corp., up 25 cents to $9.18

The mobile phone carrier is buying a 33 per cent stake in Tidal, the music streaming service owned by artists including Jay-Z.

Halliburton Co., down $1.65 to $54.80

The oilfield service company warned of weaker demand in markets outside North America and its revenue missed forecasts.

McDonald's Corp., down 88 cents to $121.38

The world's biggest hamburger chain reported a fourth-quarter drop in sales at established U.S. locations.

United Continental Holdings Inc., down $2.49 to $72.75

Six of the airline's flights were cancelled and 200 more were delayed Sunday because of a computer problem.

Cynosure Inc., up $2.90 to $46.75

The maker of medical lasers is considering a sale or other kind of deal, Bloomberg News reported.

Yahoo Inc., up 35 cents to $42.40

The Securities and Exchange Commission is investigating whether two massive data breaches should have been reported sooner to investors, The Wall Street Journal reported.

**RF** 20170123CPCPB0415

**CO** bigmac : McDonald's Corporation | hllbt : Halliburton Co | lizc : Kate Spade & Company | qcom : Qualcomm Incorporated | ual : United Continental Holdings, Inc. | cochic : Coach Inc

| | |
|---|---|
| **IN** | i1 : Energy \| i13 : Crude Oil/Natural Gas Upstream Operations \| i1300005 : Support Activities for Oil/Gas \| i34531 : Semiconductors \| i453 : Clothing \| i66 : Hotels/Restaurants \| i661 : Restaurants/Cafes/Fast Food Places \| i6612 : Limited-service Eating Places \| i75 : Airlines \| i7501 : Scheduled Passenger Airlines \| iairtr : Air Transport \| iclt : Clothing/Textiles \| icnp : Consumer Goods \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| ilea : Leisure/Arts/Hospitality \| itech : Technology \| itsp : Transportation/Logistics |
| **NS** | nnam : News Agency Materials \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | B |
| **PUB** | The Canadian Press |
| **AN** | Document CPR0000020170124ed1n0006u |

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Cynosure soars on deal talk; Qualcomm slumps on Apple suit**

**WC** 242 words

**PD** 23 January 2017

**ET** 16:44

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2017. The Associated Press. All Rights Reserved.

**LP**

NEW YORK (AP) — Stocks that moved substantially or traded heavily Monday:

Kate Spade & Co., up 64 cents to $18.40

**TD**

Bloomberg News reported that the handbag maker has attracted takeover interest from Coach, Michael Kors and international companies.

Qualcomm Inc., down $8 to $54.88

Apple is suing the maker of semiconductors, one of its major suppliers, for $1 billion in a patent fight.

Sprint Corp., up 25 cents to $9.18

The mobile phone carrier is buying a 33 percent stake in Tidal, the music streaming service owned by artists including Jay-Z.

Halliburton Co., down $1.65 to $54.80

The oilfield service company warned of weaker demand in markets outside North America and its revenue missed forecasts.

McDonald's Corp., down 88 cents to $121.38

The world's biggest hamburger chain reported a fourth-quarter drop in sales at established U.S. locations.

United Continental Holdings Inc., down $2.49 to $72.75

Six of the airline's flights were canceled and 200 more were delayed Sunday because of a computer problem.

Cynosure Inc., up $2.90 to $46.75

The maker of medical lasers is considering a sale or other kind of deal, Bloomberg News reported.

Yahoo Inc., up 35 cents to $42.40

The Securities and Exchange Commission is investigating whether two massive data breaches should have been reported sooner to investors, The Wall Street Journal reported.

**CO** bigmac : McDonald's Corporation | hllbt : Halliburton Co | lizc : Kate Spade & Company | qcom : Qualcomm Incorporated | ual : United Continental Holdings, Inc. | cochic : Coach Inc

**IN** i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | i1300005 : Support Activities for Oil/Gas | i34531 : Semiconductors | i453 : Clothing | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | i75 : Airlines | i7501 : Scheduled Passenger Airlines | iairtr : Air

Transport | iclt : Clothing/Textiles | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilea : Leisure/Arts/Hospitality | itech : Technology | itsp : Transportation/Logistics

**NS** gcrim : Crime/Legal Action | gcat : Political/General News

**RE** usa : United States | namz : North America

**IPD** Financial Markets

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020170123ed1n00adl

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Cut to Underperform From Buy by CLSA** |
| **WC** | 27 words |
| **PD** | 23 January 2017 |
| **ET** | 10:09 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings<br>(END) Dow Jones Newswires |
| **TD** | 23-01-17 1509GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170123ed1n000cg |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

HD **Qualcomm Cut to Neutral From Buy by Nomura**

WC 27 words

PD 23 January 2017

ET 06:12

SN Dow Jones Newswires Chinese (English)

SC RTNW

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

(END) Dow Jones Newswires

TD

23-01-17 1112GMT

CO qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c1521 : Analysts' Comments/Recommendations | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter

PUB Dow Jones & Company, Inc.

AN Document RTNW000020170123ed1n0009u

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Qualcomm Cut to Underperform From Buy by CLSA** |
| **WC** | 32 words |
| **PD** | 23 January 2017 |
| **ET** | 09:28 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | |

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

(END) Dow Jones Newswires

**TD**

January 23, 2017 09:28 ET (14:28 GMT)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170123ed1n002gq |

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| HD | **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm , Yahoo , Morgan Stanley ,** |
| WC | 344 words |
| PD | 23 January 2017 |
| ET | 07:53 |
| SN | Reuters News |
| SC | LBA |
| LA | English |
| CY | Copyright 2017 Thomson Reuters. All Rights Reserved. |

**LP**

* Eikon search string for individual stock moves: STXBZ

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

**TD**

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh U.S. stock index futures slipped on Monday as investors around the world sought safe-haven assets such as gold and U.S. Treasuries in response to the protectionist sentiments expressed by President Donald Trump in his inauguration speech.

Dow Jones Industrial Average futures were down 0.11 percent at 19,724, S&P 500 futures were down 0.21 percent at 2,261.25 and Nasdaq 100 futures were down 0.22 percent at 5,047.

** APPLE INC , Friday close $120.00, -0.25 pct premarket

** QUALCOMM INC , Friday close $62.88, -2.91 pct premarket

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** HALLIBURTON CO , Friday close $56.45, -0.80 pct premarket

The world's No. 2 oilfield services provider warned of weakness in markets outside of North America, echoing comments made by larger rival Schlumberger last week.

** YAHOO INC , Friday close $42.05, -0.40 pct premarket

The U.S. Securities and Exchange Commission is investigating a previously disclosed data breach at Yahoo , the company said in a filing.

** JOHNSON & JOHNSON , Friday close $114.15, +0.63 pct premarket

A blow to Actelion 's Opsumit drug in a test is unlikely to have an impact on talks over a strategic deal with Johnson & Johnson , analysts said, as the Swiss drugmaker's shares shook off the news.

** MORGAN STANLEY , Friday close $42.59, -1.39 pct premarket

** CITIGROUP INC , Friday close $56.11, -0.12 pct premarket

Morgan Stanley and Citigroup have identified many of the roles that will need to be moved from Britain following its exit from the European Union , sources involved in the processes told Reuters. (Compiled by Diptendu Lahiri)

**RF** Released: 2017-1-26T12:53:15.000Z

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated \| dwitd : Morgan Stanley |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| i814 : Banking \| i831 : Financial Investments \| i83101 : Investment Banking \| ibnk : Banking/Credit \| ifinal : Financial Services \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iinv : Investing/Securities |
| **NS** | c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Reuters News & Media Inc. |
| **AN** | Document LBA0000020170123ed1n00kg5 |

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 01/20/2017 to 01/23/2017 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 110 |
| Timestamp | 26 May 2023 14:19 |

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Incorporated**

**Appendix 12 – News Stories (New Terms List)**

**01.20.2017-01.23.2017**

DOW JONES

Glancy Prongay & Murray LLP Commences Investigation on Behalf of Qualcomm Incorporated Investors .................5

IMPORTANT INVESTOR ALERT: Goldberg Law PC Announces an Investigation of QUALCOMM Incorporated and Advises Investors with Losses to Contact the Firm .................7

*Apple Says It Is Suing Qualcomm Over Licensing Practices .................9

Apple Sues Qualcomm Over Licensing Practices .................11

Apple sues Qualcomm for $1 billion; Apple suit claims Qualcomm sought 'onerous' terms in chip deal .................13

Apple Sues Qualcomm Over Licensing Practices .................15

Qualcomm Sued by Apple over 'Punishment' Tactics, Say Bloomberg, WSJ .................17

Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk .................18

Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk .................19

Apple Suit Ups Pressure on Qualcomm -- Market Talk .................22

Apple Suit Ups Pressure on Qualcomm -- Market Talk .................23

Apple files $1bn lawsuit against Qualcomm .................26

GE's Elephant in the Room: When Will Immelt Go? -- Market Talk .................27

Disney ABC/TV Group Names New CFO -- Market Talk .................30

BRIEF-Apple sues Qualcomm for roughly $1 bln over royalties - CNBC .................33

News Highlights: Top Company News of the Day .................34

Apple files $1 billion lawsuit against chip supplier Qualcomm .................36

Apple sues chipmaker Qualcomm for abusing monopoly .................37

News Highlights: Top Company News of the Day .................39

Tech Sector Rises on Economic Outlook -- Technology Roundup .................41

Apple antitrust suit: Qualcomm overcharged 'billions' .................42

Apple sues Qualcomm over royalty rebates, other patent issues .................44

Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk .................46

Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk .................47

RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk .................50

Apple Sues Qualcomm Over Licensing Practices -- Update .................53

Apple Sues Qualcomm Over Licensing Practices .................55

Apple Sues Qualcomm Over Licensing Practices -- Update .................57

Apple sues smartphone chip-maker Qualcomm and claims they were overcharged 'billions' by the monopoly .................59

Apple Seeks $1 Billion in Withheld Rebate Payments From Qualcomm .................61

 © 2023 Factiva, Inc. All rights reserved.

Apple: Qualcomm Withheld Rebate Payments After Apple Assisted in Korean Regulatory Case....62
Apple Says It Is Suing Qualcomm Over Licensing Practices....63
Apple Alleges Qualcomm Demanded Onerous Licensing Terms for Smartphone Chips....64
RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk....65
News Highlights: Top Company News of the Day....66
Apple: Suit Against Qualcomm Could Help Profit Margin, Says RBC....68
News Highlights: Top Company News of the Day....69
Morgan Stanley Doesn't Think eBay Ad Campaign Made a Difference -- Market Talk....71
Morgan Says Ebay Needs to Watch Out for Competitors -- Market Talk....74
Apple Adds to Qualcomm’s Troubles, Filing Lawsuit Over Rebates....77
Qualcomm Comments on Apple Complaint....80
Apple Sues Qualcomm Over Licensing Practices -- 2nd Update....82
Apple files $1 billion lawsuit against chip supplier Qualcomm....84
Apple Sues Qualcomm Over Licensing Practices -- 2nd Update....86
Apple antitrust suit: Qualcomm overcharged 'billions'....88
Qualcomm Says Apple ‘Encouraging Regulatory Attacks'....90
UPDATE 4-Apple files $1 billion lawsuit against chip supplier Qualcomm....91
BRIEF-Qualcomm terms Apple's claims on lawsuit "baseless"....93
Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk....94
Apple sues Qualcomm for $1bn for abusing its monopoly position....95
Digest....97
Apple sues Qualcomm over patent royalties, antitrust case....99
Apple Sues Qualcomm Over Chips -- WSJ....100
Apple Sues Qualcomm Over Chips -- WSJ....102
Apple Adds to Qualcomm's Troubles, Filing a Lawsuit Over Rebates....104
DJ QUALCOMM Incorporated, Inst Holders, 4Q 2016 (QCOM)....107
BUSINESS BEAT; Apple lawsuit seeks $1 billion from Qualcomm....109
Factory Mutual Insurance Co. Sells 80,000 Shares of Qualcomm Inc.....111
Apple depicts Qualcomm as a shady monopolist in $1B lawsuit....113
in other news....115
Apple challenges Qualcomm; with $1b suit over royalties; Legal battle in S.D. follows FTC's action over alleged unfair patent licensing....116
Qualcomm Issues Statement On Apple Complaint....118
Apple suing Qualcomm for $1 billion over unfair royalties....119

 © 2023 Factiva, Inc. All rights reserved.

Apple Sues Qualcomm Over Licensing Practices; Apple alleges Qualcomm sought onerous terms for technology; Apple had cooperated in Kore... 121

Apple depicts Qualcomm as a shady monopolist in $1B lawsuit 124

Qualcomm Comments on Apple Complaint 126

Global Equities Roundup: Market Talk 127

Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk 130

Business News: Apple Sues Qualcomm Over Chips --- iPhone maker says component supplier unfairly leveraged its monopoly position 133

Apple files $1-B lawsuit vs chip supplier Qualcomm 135

Apple in $1bn lawsuit 137

Apple's lawsuit tests Qualcomm business model 138

Apple Files $1 Bln Lawsuit Against Qualcomm 141

Apple Sues Qualcomm Over Licensing 143

Apple Hits Qualcomm With Licensing Suit 145

Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk 147

Qualcomm Cut to Neutral From Buy by Nomura 148

Nokia may soon launch a phone with Qualcomm's latest 835 Snapdragon processor 149

Tech Today: Qualcomm's Apple Risk, Apple's iPhone Risk, Twilio, Oracle Prospects 151

Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk 152

Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk 153

Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk 156

QUALCOMM NOTIFICATION: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $250,000 Investing In QUALCOMM, Inc. To Contact The Firm 157

Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk 159

Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk 162

Pay-TV Revenues Grow Despite Cord-cutting -- Market Talk 163

Qualcomm: Instinet Cuts to Hold as NXP Buy Now Faces Delays 166

Qualcomm dives as $1bn Apple lawsuit prompts downgrade 167

Qualcomm Plunges: Bad News When Your Top Customer Sues You, Says Bernstein 169

Qualcomm: Apple Suit May Not Do Much, History Shows, Says Morgan Stanley 170

Apple Takes a Bite Out of Qualcomm -- Heard on the Street 171

QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations 173

Press Release: QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations 175

The Biggest Loser: Qualcomm Tumbles -- Barron's Blog 178

 © 2023 Factiva, Inc. All rights reserved.

The Biggest Loser: Qualcomm Tumbles 13% ........ 180

The Biggest Loser: Qualcomm Tumbles 13% -- Barron's Blog ........ 181

SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims on Behalf of Investors of Qualcomm Incorporated - QCOM ........ 183

5G ‘will benefit entire societies’ ........ 184

Apple Takes a Bite Out of Qualcomm; Timing of lawsuit throws completion of NXP Semiconductors deal into question, along with future royalties ........ 186

BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Halliburton, Marinus Pharma ........ 188

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Glancy Prongay & Murray LLP Commences Investigation on Behalf of Qualcomm Incorporated Investors**

**WC** 273 words

**PD** 20 January 2017

**ET** 10:30

**SN** Business Wire

**SC** BWR

**LA** English

**CY** (c) 2017 Business Wire. All Rights Reserved.

**LP**

LOS ANGELES--(BUSINESS WIRE)--January 20, 2017--
Glancy Prongay & Murray LLP ("GPM") announces an investigation on behalf of Qualcomm Incorporated ("Qualcomm" or the "Company") (NASDAQ: QCOM) investors concerning the Company and its officers' possible violations of federal securities laws.

**TD**

On January 17, 2017, Bloomberg reported that U.S. antitrust officials were preparing a lawsuit against Qualcomm for allegedly utilizing unfair practices and creating a monopoly over the processing chips used in cellphones. The government's allegations allegedly pertain to licensing agreements Qualcomm entered into with Apple, Inc. to exclusively supply chips for Apple, Inc. phones.

On this news, shares of Qualcomm fell over 4% on January 17, 2016.

If you purchased Qualcomm, have information or would like to learn more about these claims, or have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at http://www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com: http://www.businesswire.com/news/home/20170120005108/en/

CONTACT:
Glancy Prongay & Murray LLP, Los Angeles/New York
Lesley Portnoy, 310-201-9150 or 888-773-9224

shareholders@glancylaw.com

www.glancylaw.com

SOURCE:
Glancy Prongay & Murray LLP
Copyright Business Wire 2017

(END)

**CO** gbiagl : Glancy Prongay & Murray LLP | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i835 : Legal Services | ibcs : Business/Consumer Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Business Wire, Inc.

**AN** Document BWR0000020170120ed1k0005u

 © 2023 Factiva, Inc. All rights reserved.

businesswire
A BERKSHIRE HATHAWAY COMPANY

**HD** **IMPORTANT INVESTOR ALERT: Goldberg Law PC Announces an Investigation of QUALCOMM Incorporated and Advises Investors with Losses to Contact the Firm**

**WC** 325 words
**PD** 20 January 2017
**ET** 13:23
**SN** Business Wire
**SC** BWR
**LA** English
**CY** (c) 2017 Business Wire. All Rights Reserved.

**LP**

LOS ANGELES--(BUSINESS WIRE)--January 20, 2017--
Goldberg Law PC, a national shareholder rights litigation firm, announces that it is investigating QUALCOMM Incorporated ("QUALCOMM" or the "Company") (Nasdaq: QCOM) concerning possible violations of federal securities laws.

**TD**

If you purchased or otherwise acquired QUALCOMM shares and would like more information regarding the investigation, we encourage you to click here, or contact Michael Goldberg or Brian Schall, of Goldberg Law PC, 1999 Avenue of the Stars Suite 1100, Los Angeles, CA 90067, at 800-977-7401, to discuss your rights without cost to you. You can also reach us through the firm's website at http://www.Goldberglawpc.com, or by email at info@goldberglawpc.com.

On January 17, 2017, Bloomberg revealed that U.S. antitrust officials were organizing a lawsuit against QUALCOMM for allegedly participating in unfair practices and gaining a monopoly over the processing chips used in cellphones.

These allegations regard licensing agreements between QUALCOMM and Apple, Inc. to solely supply chips for Apple, Inc. phones.

When this information was released to the public, the value of QUALCOMM stock fell sharply, causing investors harm.

If you have any questions concerning your legal rights, please immediately contact Goldberg Law PC at 800-977-7401, or visit our website at http://www.Goldberglawpc.com, or email us at info@goldberglawpc.com.

Goldberg Law PC represents shareholders around the world and specializes in securities class actions and shareholder rights litigation.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com: http://www.businesswire.com/news/home/20170120005523/en/

CONTACT: Goldberg Law PC, Los Angeles
Michael Goldberg, Esq., 800-977-7401

Brian Schall, Esq., 800-977-7401

info@goldberglawpc.com

http://www.Goldberglawpc.com

SOURCE: Goldberg Law PC
Copyright Business Wire 2017

(END)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Business Wire, Inc.

**AN** Document BWR0000020170120ed1k0007s

DOW JONES NEWSWIRES

**HD** ***Apple Says It Is Suing Qualcomm Over Licensing Practices**

**WC** 502 words

**PD** 20 January 2017

**ET** 15:39

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

20 Jan 2017 15:39 ET *Apple Alleges Qualcomm Demanded Onerous Licensing Terms for Smartphone Chips

20 Jan 2017 15:39 ET *Apple: Qualcomm Withheld Rebate Payments After Apple Assisted in Korean Regulatory Case

**TD**

20 Jan 2017 15:39 ET *Apple Seeks $1 Billion in Withheld Rebate Payments From Qualcomm

20 Jan 2017 15:41 ET Apple Sues Qualcomm Over Licensing Practices

By Tripp Mickle

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

The suit, which Apple said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices -- a decision Qualcomm also vowed to fight.

Apple's suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

That suit highlighted Qualcomm's dealings with Apple.

Qualcomm said earlier this week that it will fight the FTC's suit, which it says is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

In a statement, Apple said, "We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 15:41 ET (20:41 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ntop : Top Wire News | nttwn : Today's Top Wire News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k00410

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices**

**BY** By Tripp Mickle

**WC** 432 words

**PD** 20 January 2017

**ET** 15:52

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

The suit, which Apple said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices -- a decision Qualcomm also vowed to fight.

Apple's suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

That suit highlighted Qualcomm's dealings with Apple.

Qualcomm said earlier this week that it will fight the FTC's suit, which it says is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

In a statement, Apple said, "We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

20-01-17 2052GMT

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170120ed1k000jr

 © 2023 Factiva, Inc. All rights reserved.

MarketWatch

CLM The Wall Street Journal

SE News & Commentary

HD **Apple sues Qualcomm for $1 billion; Apple suit claims Qualcomm sought 'onerous' terms in chip deal**

BY Tripp Mickle

WC 338 words

PD 20 January 2017

ET 15:55

SN MarketWatch

SC MRKWC

LA English

CY Copyright 2017 MarketWatch, Inc. All Rights Reserved.

LP

Apple suit claims Qualcomm sought 'onerous' terms in chip deal

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

TD

The suit, which Apple (AAPL, US) said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm (QCOM, US) leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices—a decision Qualcomm also vowed to fight.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

An expanded version of this report appears on WSJ.com.

Also popular on WSJ.com:

Trump Inaugural Address: 'It's going to be America first'

Will Trump's 'deliberate chaos' style work in Washington?

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

| | |
|---|---|
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| ncolu : Columns \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | News & Commentary |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document MRKWC00020170120ed1k004v1 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices**

**BY** By Tripp Mickle

**WC** 437 words

**PD** 20 January 2017

**ET** 15:56

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. is suing Qualcomm Inc., alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

The suit, which Apple said it filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent licensing practices -- a decision Qualcomm also vowed to fight.

Apple's suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

That suit highlighted Qualcomm's dealings with Apple.

Qualcomm said earlier this week that it will fight the FTC's suit, which it says is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms.

According to the Apple complaint, Qualcomm's terms required Apple to pay a percentage of the average selling price of an iPhone to use Qualcomm patents and to exclusively use Qualcomm chips in iPhones from at least 2011 to 2016. Apple received what it called quarterly rebates from Qualcomm under terms of the agreement, but Qualcomm began withholding those last year after Apple met with Korean regulators, the suit says.

The suit says that Qualcomm told Apple the iPhone maker had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission. The suit also says that Qualcomm "then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments."

In a statement, Apple said, "We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 15:56 ET (20:56 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0041i

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Sued by Apple over 'Punishment' Tactics, Say Bloomberg, WSJ**
Barron's Blogs, 16:04, 20 January 2017, 261 words, (English)
Shares of wireless chip giant Qualcomm (QCOM) are down $1.24, or 2%, at $63.30, after Bloomberg and The Wall Street Journal both reported Apple (AAPL), one of its largest customers, is suing the company for claims including Qualcomm ...
Document WCBBE00020170120ed1k002bd

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk**

**WC** 149 words

**PD** 20 January 2017

**ET** 16:09

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 16:09 ET (21:09 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k00429

DOW JONES NEWSWIRES

HD **Apple Sues Qualcomm Over Patent Licensing Practices -- Market Talk**

WC 1,474 words
PD 20 January 2017
ET 16:09
SN Dow Jones Institutional News
SC DJDN
LA English
CY Copyright © 2017, Dow Jones & Company, Inc.

LP

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

TD

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

15:25 ET - Metals shine so far among commodities in 2017. Both industrial and precious metals sub-indices rise about 6% year to date while the broader S&P GSCI is near flat. Several banks, including Credit Suisse and TD Securities are broadly bullish about several metals for the year. Metals like copper and zinc are benefiting from limited mining capacity and strong demand, especially from China. Gold -- one of the big losers of the fourth quarter -- and other precious metals are getting a boost from their draw as safe havens, ING says. Uncertainty has doubled by some metrics with the election of Donald Trump, Brexit details and US interest-rate policy, ING says. (tim.puko@wsj.com; @timpuko)

14:45 ET - Investors haven't heard much about infrastructure spending from President Trump since his acceptance speech in November, but he hit on the theme during his inauguration, saying "America's



PX333

infrastructure has fallen into disrepair and decay," and "We will build new roads and highways and bridges and airports and tunnels and railways all across our wonderful nation." Terry Haines, policy strategist at Evercore, assigns an 80% likelihood that increased infrastructure spending happens by the end of 2017. "A Trump plan will have to be developed by incoming Transportation Secretary Chao in consultation with Congress, which will take some time. It has been years since markets have seen major legislative sausage made. Markets are about to see quite a lot of sausage made all at once." (chris.dieterich@wsj.com)

14:37 ET - A new year isn't bringing much cheer to the generic-drug industry. Endo (ENDP), Impax (IPXL), Teva (TEVA) and Mylan (MYL) are down more steeply than many other drug stocks year-to-date. "Overall, we remain cautious on the group as bearish generic pricing commentary and Teva's recent disappointing guidance update point to a still difficult operating environment," JPMorgan says. Also, the US Justice Department probably isn't finished with its probe of possible price-fixing in the generic industry. Two former Heritage Pharmaceuticals executives pleaded guilty this month in federal court in Philadelphia to charges of conspiring with competitors to fix prices for certain drugs; they await sentencing scheduled for April. The DOJ has said the charges were part of an ongoing investigation of the industry. (peter.loftus@wsj.com; @Loftus)

14:31 ET - US oil and gas drillers are really ramping up onshore, according to a weekly report from Baker Hughes. The number of active oil and gas rigs operating on land surged by 36--the biggest week-over-week increase since August 2011. The jump in activity comes as producers say they will spend more this year. Preliminary capital spending plans from more than a dozen producers show an average 60% spending increase from the group compared to last year. (erin.ailworth@wsj.com; @ailworth)

14:15 ET - Canada's antitrust agency says it will go to court to challenge HarperCollins's practice of selling e-books. Competition Bureau says it's taking this move after it reached an agreement with three publishers--Hachette, Macmillan and Simon & Schuster--and Apple (AAPL) that resolves "its concerns" related to their conduct in the market for e-books. "As no agreement was reached with HarperCollins, I am taking action to address its ongoing restrictions on competition in Canada," bureau head John Pecman said in statement. A spokeswoman for HarperCollins says it's "disappointed" with the bureau's actions because the publisher believes it hasn't violated any law. The firm "will vigorously defend itself against the [bureau's] allegations," she added. News Corp (NWSA) owns HarperCollins as well as WSJ. (paul.vieira@wsj.com; @paulvieira)

14:13 ET - Released shortly after President Trump was sworn in, the Baker Hughes rig count may hold the distinction of being the first economic news under the new administration, and it was a humdinger. It showed one of the sharpest one-week gains in active oil rigs in years. Trump deserves some of the credit, as his promises to reduce energy regulation and lower costs have inspired firms to resume drilling, especially in Texas. But it's not all rosy; more drilling may simply increase the glut that has kept oil prices low in recent years. The Nymex Feb oil contract dipped slightly on the rig report, but remains up 2.5% at $52.53/bbl. (dan.molinski@wsj.com)

14:09 ET - NASA in several years may launch its first manned Orion space capsule, under development by Lockheed Martin (LMT), without fixing a fuel-system design flaw that has been singled out by independent safety experts. The current configuration makes Orion susceptible to a single-point failure that, under extreme circumstances, could result in loss of both spacecraft and crew. But in their latest update, these experts warned the fallout may prompt still another schedule slip in the multibillion-dollar project. They also indicated that pressure to conduct the initial manned mission, currently slated for 2021, could occur before the full-fledged upper stage is flight tested. (andy.pasztor@wsj.com)

14:09 ET - As Donald Trump steps into power at the White House, one law firm's close ties to the president are about to pay dividends. Jones Day will have 12 attorneys serving in the Trump Administration, the firm says. Jones Day, which has more than 2,500 lawyers, is among a handful of big firms that has a tradition of both sending its lawyers to the government and hiring from government ranks. The most prominent of the Jones Day appointments is Donald McGahn, who served as general counsel to President Trump's campaign and will now be White House counsel. Others include William McGinley, deputy assistant to the president and cabinet secretary; Gregory Katsas, deputy counsel to the president; and Noel Francisco, principal deputy solicitor general. (sara.randazzo@wsj.com; @sara_randazzo)

(END) Dow Jones Newswires

January 20, 2017 16:09 ET (21:09 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | surmor : Jones Day

 © 2023 Factiva, Inc. All rights reserved.

**IN** i211 : Metal Ore Mining | i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ibasicm : Basic Materials/Resources | iindele : Industrial Electronics | iindstrls : Industrial Goods | imet : Mining/Quarrying | itech : Technology | i835 : Legal Services | ibcs : Business/Consumer Services

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | skorea : South Korea | usca : California | usdc : Washington DC | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | uss : Southern U.S.

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k003x5

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Suit Ups Pressure on Qualcomm -- Market Talk**

**WC** 148 words

**PD** 20 January 2017

**ET** 16:21

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 16:21 ET (21:21 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0040e

DOW JONES NEWSWIRES

**HD** **Apple Suit Ups Pressure on Qualcomm -- Market Talk**

**WC** 1,441 words
**PD** 20 January 2017
**ET** 16:21
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

**TD**

16:17 ET - As President Donald Trump takes office, nonprofit hospitals await answers on the future of the Affordable Care Act, but that won't stop the sector's merger and acquisition activity, Moody's analysts say. "M&A activity moved at a rapid pace in 2016 and shows no signs of slowing in the year ahead, a credit positive for the industry," Moody's said. Large hospital operators Community Health Systems (CYH) and Quorum Health Corp. (QHC) are looking to divest as they reshuffle their portfolios. Competition and better bargaining power with health insurance companies will continue to drive consolidation across a market that remains fragmented, despite steady dealmaking in recent years, Moody's said. Small hospitals with capital needs will look for bigger buyers willing to invest, the ratings agency said. (melanie.evans@wsj.com)

16:15 ET - AIG's newly announced reinsurance pact with Berkshire Hathaway (BRKB), together with the global property-casualty insurer's guidance for a material 4Q reserve charge, indicates "that the existing reserve deficiency at AIG is larger than people would have thought," Credit Suisse tells clients. There are "some questions about management's timing in putting this deal in place given last year's $3.8b 4Q charge." Still, AIG's new reinsurance arrangement "likely puts to rest the single greatest uncertainty around the stock.... [AIG's] "deck is finally cleared reserve wise." But investors will have to wait until 4Q earnings for a greater level of detail on the deal, it also notes. (leslie.scism@wsj.com)

16:11 ET - Joaquin "El Chapo" Guzman, the Mexican drug lord who evaded US authorities for years and built a billion-dollar narcotics empire, made his first appearance in a US courtroom, pleading not guilty to the 17 criminal charges against him. Guzman, who successfully escaped twice from maximum-security prisons in Mexico, was extradited to the US late Thursday. His arrival came as a surprise to many, even to US officials, who said they didn't know he was coming until the day of the extradition. (Nicole.hong@wsj.com)

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

15:25 ET - Metals shine so far among commodities in 2017. Both industrial and precious metals sub-indices rise about 6% year to date while the broader S&P GSCI is near flat. Several banks, including Credit Suisse and TD Securities are broadly bullish about several metals for the year. Metals like copper and zinc are benefiting from limited mining capacity and strong demand, especially from China. Gold -- one of the big losers of the fourth quarter -- and other precious metals are getting a boost from their draw as safe havens, ING says. Uncertainty has doubled by some metrics with the election of Donald Trump, Brexit details and US interest-rate policy, ING says. (tim.puko@wsj.com; @timpuko)

14:45 ET - Investors haven't heard much about infrastructure spending from President Trump since his acceptance speech in November, but he hit on the theme during his inauguration, saying "America's infrastructure has fallen into disrepair and decay," and "We will build new roads and highways and bridges and airports and tunnels and railways all across our wonderful nation." Terry Haines, policy strategist at Evercore, assigns an 80% likelihood that increased infrastructure spending happens by the end of 2017. "A Trump plan will have to be developed by incoming Transportation Secretary Chao in consultation with Congress, which will take some time. It has been years since markets have seen major legislative sausage made. Markets are about to see quite a lot of sausage made all at once." (chris.dieterich@wsj.com)

14:37 ET - A new year isn't bringing much cheer to the generic-drug industry. Endo (ENDP), Impax (IPXL), Teva (TEVA) and Mylan (MYL) are down more steeply than many other drug stocks year-to-date. "Overall, we remain cautious on the group as bearish generic pricing commentary and Teva's recent disappointing guidance update point to a still difficult operating environment," JPMorgan says. Also, the US Justice Department probably isn't finished with its probe of possible price-fixing in the generic industry. Two former Heritage Pharmaceuticals executives pleaded guilty this month in federal court in Philadelphia to charges of conspiring with competitors to fix prices for certain drugs; they await sentencing scheduled for April. The DOJ has said the charges were part of an ongoing investigation of the industry. (peter.loftus@wsj.com; @Loftus)

14:31 ET - US oil and gas drillers are really ramping up onshore, according to a weekly report from Baker Hughes. The number of active oil and gas rigs operating on land surged by 36--the biggest week-over-week increase since August 2011. The jump in activity comes as producers say they will spend more this year. Preliminary capital spending plans from more than a dozen producers show an average 60% spending increase from the group compared to last year. (erin.ailworth@wsj.com; @ailworth)

(END) Dow Jones Newswires

January 20, 2017 16:21 ET (21:21 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | ismart : Smartphones | i951 : Health Care/Life Sciences | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec :

 © 2023 Factiva, Inc. All rights reserved.

Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | m11 : Equity Markets | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | mcat : Commodity/Financial Market News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** china : China | skorea : South Korea | usca : California | usw : Western U.S. | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k00437

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

| | |
|---|---|
| **HD** | **Apple files $1bn lawsuit against Qualcomm** |
| **BY** | Hannah Kuchler |
| **WC** | 213 words |
| **PD** | 20 January 2017 |
| **ET** | 16:31 |
| **SN** | Financial Times (FT.Com) |
| **SC** | FTCMA |
| **LA** | English |
| **CY** | Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web. |

**LP**

Apple has filed a $1bn lawsuit against Qualcomm accusing the chipmaker of abusing a monopoly position, after the US and South Korean regulators argued it used its dominance at the expense of handset makers.

Shares in Qualcomm fell 2.4 per cent to $62.88 just before the close when the lawsuit was published, the first direct challenge by one of Qualcomm's major customers, reports Hannah Kuchler in San Francisco.

**TD**

It follows a lawsuit by the US Federal Trade Commission earlier in the week, and a $890m fine from the South Korean regulators late last year.

Apple is demanding a payment of $1bn it believes are due as a rebate for licensing fees – and claiming that the chipmaker is holding back the money as punishment for Apple's contribution to the South Korean investigation.

"Qualcomm built its business on older, legacy, standards but reinforces its dominance through exclusionary tactics and excessive royalties," Apple said in a statement.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined."

Qualcomm did not respond to a request for comment.

| | |
|---|---|
| **CO** | ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | The Financial Times Limited (AAIW/EIW) |
| **AN** | Document FTCMA00020170120ed1k00bhx |

DOW JONES NEWSWIRES

**HD** **GE's Elephant in the Room: When Will Immelt Go? -- Market Talk**

**WC** 1,450 words

**PD** 20 January 2017

**ET** 16:32

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:32 ET - Could this be the last year of Jeff Immelt's tenure as CEO of GE? Analysts from Barclays think it's possible. The timing of Immelt's eventual departure is "the elephant in the room" at the company, longtime GE analyst Scott Davis says after the company reported 4Q earnings. Immelt has led GE since 2001, but has given no public indication he plans to step down. Davis thinks retirement is "likely" at the end of 2017 or in 2018, and that possible candidates to succeed him will be trying to drive big financial results. "The winning prize is pretty big," he writes, "but for those who 'lose,' assuming they executed well, they normally get CEO nods at other big companies. Those who've lost by failing have seen harsher treatment--no career advancement within GE and a lack of interest elsewhere. Interesting incentive to execute." (ted.mann@wsj.com)

**TD**

16:28 ET - Apple (AAPL) says in its lawsuit against Qualcomm (QCOM) that the chip-maker's business practices deterred it from switching to chips made by competitors. That changed last year when it introduced Intel (INTC) chips into a portion of its iPhone 7. Apple says QCOM is "actively engaging with network carriers in the United States, attempting to persuade them not to support or sell Apple devices with Intel chipsets." (tripp.mickle@wsj.com)

16:27 ET - Megan Ellison, the independent film producer who has been a potent source of financing for award-winning movies released by other studios, is expanding her company to include distribution and marketing services. Her Annapurna Pictures' first release will be director Kathryn Bigelow's untitled project about the 1967 Detroit riots, which will hit theaters Aug 4. Previous, Annapurna produced and financed movies released by other studios, like Sony Pictures' "Zero Dark Thirty" and A24's recent "20th Century Women." Annapurna's expansion makes it more of a competitor to other studios in Hollywood and less of a partner. Ms. Ellison, the daughter of billionaire Oracle co-founder Larry Ellison, has focused exclusively on prestige films from respected directors and eschewed big budget franchise movies. (ben.fritz@wsj.com; @benfritz)

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

16:17 ET - As President Donald Trump takes office, nonprofit hospitals await answers on the future of the Affordable Care Act, but that won't stop the sector's merger and acquisition activity, Moody's analysts say. "M&A activity moved at a rapid pace in 2016 and shows no signs of slowing in the year ahead, a credit positive for the industry," Moody's said. Large hospital operators Community Health Systems (CYH) and Quorum Health Corp. (QHC) are looking to divest as they reshuffle their portfolios. Competition and better bargaining power with health insurance companies will continue to drive consolidation across a market that

remains fragmented, despite steady dealmaking in recent years, Moody's said. Small hospitals with capital needs will look for bigger buyers willing to invest, the ratings agency said. (melanie.evans@wsj.com)

16:15 ET - AIG's newly announced reinsurance pact with Berkshire Hathaway (BRKB), together with the global property-casualty insurer's guidance for a material 4Q reserve charge, indicates "that the existing reserve deficiency at AIG is larger than people would have thought," Credit Suisse tells clients. There are "some questions about management's timing in putting this deal in place given last year's $3.8b 4Q charge." Still, AIG's new reinsurance arrangement "likely puts to rest the single greatest uncertainty around the stock.... [AIG's] "deck is finally cleared reserve wise." But investors will have to wait until 4Q earnings for a greater level of detail on the deal, it also notes. (leslie.scism@wsj.com)

16:11 ET - Joaquin "El Chapo" Guzman, the Mexican drug lord who evaded US authorities for years and built a billion-dollar narcotics empire, made his first appearance in a US courtroom, pleading not guilty to the 17 criminal charges against him. Guzman, who successfully escaped twice from maximum-security prisons in Mexico, was extradited to the US late Thursday. His arrival came as a surprise to many, even to US officials, who said they didn't know he was coming until the day of the extradition. (Nicole.hong@wsj.com)

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

15:25 ET - Metals shine so far among commodities in 2017. Both industrial and precious metals sub-indices rise about 6% year to date while the broader S&P GSCI is near flat. Several banks, including Credit Suisse and TD Securities are broadly bullish about several metals for the year. Metals like copper and zinc are benefiting from limited mining capacity and strong demand, especially from China. Gold -- one of the big losers of the fourth quarter -- and other precious metals are getting a boost from their draw as safe havens, ING says. Uncertainty has doubled by some metrics with the election of Donald Trump, Brexit details and US interest-rate policy, ING says. (tim.puko@wsj.com; @timpuko)

(END) Dow Jones Newswires

January 20, 2017 16:32 ET (21:32 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

 © 2023 Factiva, Inc. All rights reserved.

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c151 : Earnings | c1521 : Analysts' Comments/Recommendations | c411 : Management Moves | gvote1 : National/Presidential Elections | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c11 : Plans/Strategy | cslmc : Senior Level Management | c15 : Financial Performance | c152 : Earnings Projections | c41 : Management | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | gvote : Elections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usct : Connecticut | namz : North America | use : Northeast U.S. | usnew : New England

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0046z

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Disney ABC/TV Group Names New CFO -- Market Talk**

**WC** 1,420 words
**PD** 20 January 2017
**ET** 16:37
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

16:37 ET - Veteran Disney (DIS) executive Robert Langer has been named chief financial officer of the Disney/ABC Television Group, the second major hire at the unit in the last three months. Langer most recently oversaw DIS operations in Germany, Switzerland and Austria. At the Disney/ABC Television Group he succeeds Peter Seymour who left the company after 20 years last November, soon after Bruce Rosenblum was named president of business operations for the unit. Langer reports to Ben Sherwood, president of the Disney/ABC Television Group. (Joe.Flint@WSJ.com)

**TD**

16:32 ET - Could this be the last year of Jeff Immelt's tenure as CEO of GE? Analysts from Barclays think it's possible. The timing of Immelt's eventual departure is "the elephant in the room" at the company, longtime GE analyst Scott Davis says after the company reported 4Q earnings. Immelt has led GE since 2001, but has given no public indication he plans to step down. Davis thinks retirement is "likely" at the end of 2017 or in 2018, and that possible candidates to succeed him will be trying to drive big financial results. "The winning prize is pretty big," he writes, "but for those who 'lose,' assuming they executed well, they normally get CEO nods at other big companies. Those who've lost by failing have seen harsher treatment--no career advancement within GE and a lack of interest elsewhere. Interesting incentive to execute." (ted.mann@wsj.com)

16:28 ET - Apple (AAPL) says in its lawsuit against Qualcomm (QCOM) that the chip-maker's business practices deterred it from switching to chips made by competitors. That changed last year when it introduced Intel (INTC) chips into a portion of its iPhone 7. Apple says QCOM is "actively engaging with network carriers in the United States, attempting to persuade them not to support or sell Apple devices with Intel chipsets." (tripp.mickle@wsj.com)

16:27 ET - Megan Ellison, the independent film producer who has been a potent source of financing for award-winning movies released by other studios, is expanding her company to include distribution and marketing services. Her Annapurna Pictures' first release will be director Kathryn Bigelow's untitled project about the 1967 Detroit riots, which will hit theaters Aug 4. Previous, Annapurna produced and financed movies released by other studios, like Sony Pictures' "Zero Dark Thirty" and A24's recent "20th Century Women." Annapurna's expansion makes it more of a competitor to other studios in Hollywood and less of a partner. Ms. Ellison, the daughter of billionaire Oracle co-founder Larry Ellison, has focused exclusively on prestige films from respected directors and eschewed big budget franchise movies. (ben.fritz@wsj.com; @benfritz)

16:21 ET - Apple's (AAPL) suit against Qualcomm (QCOM) escalates the pressure on the chip maker's business practices. It comes just three days after the FTC filed a lawsuit against QCOM and a few months after the Korea Fair Trade Commission announced a roughly $853M fine on QCOM for alleged anticompetitive patent licensing practices. In 2015, QCOM agreed to pay a $975M fee to settle an antitrust investigation in China on patent royalty fees. AAPL's frustration with QCOM is that the terms it sets guarantees QCOM as much as a 5% cut of the average price of an iPhone--even as AAPL increases the price of the iPhone by adding elements unrelated to QCOM patents like improved cameras and TouchID. (tripp.mickle@wsj.com)

16:17 ET - As President Donald Trump takes office, nonprofit hospitals await answers on the future of the Affordable Care Act, but that won't stop the sector's merger and acquisition activity, Moody's analysts say. "M&A activity moved at a rapid pace in 2016 and shows no signs of slowing in the year ahead, a credit positive for the industry," Moody's said. Large hospital operators Community Health Systems (CYH) and Quorum Health Corp. (QHC) are looking to divest as they reshuffle their portfolios. Competition and better bargaining power with health insurance companies will continue to drive consolidation across a market that remains fragmented, despite steady dealmaking in recent years, Moody's said. Small hospitals with capital needs will look for bigger buyers willing to invest, the ratings agency said. (melanie.evans@wsj.com)

16:15 ET - AIG's newly announced reinsurance pact with Berkshire Hathaway (BRKB), together with the global property-casualty insurer's guidance for a material 4Q reserve charge, indicates "that the existing reserve deficiency at AIG is larger than people would have thought," Credit Suisse tells clients. There are "some questions about management's timing in putting this deal in place given last year's $3.8b 4Q charge." Still, AIG's new reinsurance arrangement "likely puts to rest the single greatest uncertainty around the stock.... [AIG's] "deck is finally cleared reserve wise." But investors will have to wait until 4Q earnings for a greater level of detail on the deal, it also notes. (leslie.scism@wsj.com)

16:11 ET - Joaquin "El Chapo" Guzman, the Mexican drug lord who evaded US authorities for years and built a billion-dollar narcotics empire, made his first appearance in a US courtroom, pleading not guilty to the 17 criminal charges against him. Guzman, who successfully escaped twice from maximum-security prisons in Mexico, was extradited to the US late Thursday. His arrival came as a surprise to many, even to US officials, who said they didn't know he was coming until the day of the extradition. (Nicole.hong@wsj.com)

16:09 ET - Apple (AAPL) says it filed a lawsuit against Qualcomm (QCOM) alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish AAPL for cooperating in a Korean regulatory probe into QCOM's licensing practices. The suit, which AAPL says it filed Friday in federal district court in the Southern District of California, claims QCOM leveraged its position as a manufacturer of a critical chip used in cellphones to seek "onerous, unreasonable and costly" terms for patents and blocked Apple's ability to choose another supplier for chipsets. The complaint seeks $1B in rebate payments that Apple says QCOM has withheld as retribution for Apple's participation in an investigation by Korea's antitrust regulator. (tripp.mickle@wsj.com)

16:06 ET - Stocks climb as Donald Trump takes over as the 45th President of the United States, though investors are looking for more clarity on his policies before adding significantly to their bullish post election bets. DJIA and the S&P 500 record their second straight weekly decline, though Friday's gains bring the blue chip index back into the green for 2017. DJIA rises 94 points to 19827, the S&P 500 adds 7 to 2271 and the Nasdaq gains 15 to 5555. The dollar slips and Treasurys pare earlier losses as Trump strikes a populist tone in his inauguration speech. (patrick.sullivan@wsj.com)

16:02 ET - Bullish bets on gold pick up for the week ended Tuesday, with bets on a higher gold price outnumbering those on a lower price by 59,936 contracts, up from 54,399 the previous week. Gold has gained ground in the new year as investors have sought to hedge risks from Britain's impending exit from the EU and a new presidential administration in the US. On Friday, gold prices rose 0.3% to $1,204.90 a troy ounce, closing out its fourth straight week of gains. (stephanie.yang@wsj.com)

15:26 ET - On the new White House website the US energy plan reiterates President Donald Trump's call to repeal environmental rules, and also a new call to fund infrastructure, like roads and bridges, with revenues from energy production. No other details were available, but it is likely that is referring to royalties from oil and gas production, among other possibilities. The highway trust fund, itself funded by gasoline taxes, currently pays for infrastructure like this. Energy royalties are currently committed to fund other government policies, including the Land and Water Conservation Fund that pays for conservation projects across the US. Making this change would likely require congressional approval, which would be hard to get and could spur a big bipartisan battle. (Amy.harder@wsj.com; @AmyAHarder)

(END) Dow Jones Newswires

January 20, 2017 16:37 ET (21:37 GMT)

**CO** dsnyw : The Walt Disney Company | qcom : Qualcomm Incorporated | cccom : ABC Inc

**IN** i34531 : Semiconductors | i97411 : Broadcasting | i9741102 : Television Broadcasting | i9741109 : Cable Broadcasting | iindele : Industrial Electronics | iindstrls : Industrial Goods | imed : Media/Entertainment | itech : Technology

**NS** c411 : Management Moves | cslmc : Senior Level Management | gnwktv : Network Television | gpol : Domestic Politics | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c41 : Management | ccat : Corporate/Industrial News | gcat : Political/General News | gent : Arts/Entertainment | gpir : Politics/International Relations | gtvrad : Television/Radio | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** eurz : Europe | gfr : Germany | switz : Switzerland | usca : California | usw : Western U.S. | dach : DACH Countries | eecz : European Union Countries | namz : North America | usa : United States | weurz : Western Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0047g

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BRIEF-Apple sues Qualcomm for roughly $1 bln over royalties - CNBC**

**WC** 39 words

**PD** 20 January 2017

**ET** 15:45

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

Jan 20 (Reuters) -

* Apple sues Qualcomm for roughly $1 billion over royalties - CNBC Source text : http://cnb.cx/2jy3p8P Further company coverage:

**RF** Released: 2017-1-20T21:45:42.000Z

**CO** qcom : Qualcomm Incorporated

**IN** i3454 : Personal Electronics | icomp : Computing | i3302 : Computers/Consumer Electronics | ielec : Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c41 : Management | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170120ed1k015z5

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **News Highlights: Top Company News of the Day** |
| **WC** | 450 words |
| **PD** | 20 January 2017 |
| **ET** | 17:00 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Goldman Trims Stock-Pay for Some Senior Executives

Goldman Sachs cut stock awards for senior executives in 2016 after revenue fell, but didn't disclose compensation for CEO Lloyd Blankfein or several of his top deputies.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

 © 2023 Factiva, Inc. All rights reserved.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

Ford Sees Remeasurement Loss of About $3 Billion

Ford Motor Co. said it plans to take a $3 billion pre-tax charge against its fourth-quarter earnings related to its pension and retiree-benefit plans, following a change in its pension accounting the company made a year ago.

(END) Dow Jones Newswires

January 20, 2017 17:00 ET (22:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k0048s

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **Apple files $1 billion lawsuit against chip supplier Qualcomm**

WC 109 words

PD 20 January 2017

ET 16:10

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

Jan 20 (WASHINGTON) - Apple Inc filed a $1 billion lawsuit against supplier Qualcomm Inc on Friday, following a U.S. government lawsuit which accused the chip maker of using anti-competitive tactics to maintain its monopoly of a key semiconductor used in mobile phones.

In the lawsuit, Apple accused Qualcomm of overcharging for its chips and for refusing to pay some $1 billion in promised rebates for chip purchases. Apple said in its complaint that Qualcomm withheld the rebates because of Apple's discussions with South Korea's antitrust regulator. (Editing by Alan Crosby)

RF Released: 2017-1-20T22:10:00.000Z

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

NS c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | c41 : Management | ccat : Corporate/Industrial News | gpol : Domestic Politics | gcat : Political/General News | gpir : Politics/International Relations | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

RE usa : United States | namz : North America

IPD Business

IPC SERVICE:ABN

PUB Thomson Reuters (Markets) LLC

AN Document LBA0000020170120ed1k016ft

HD **Apple sues chipmaker Qualcomm for abusing monopoly**

WC 380 words

PD 20 January 2017

ET 17:14

SN Agence France Presse

SC AFPR

LA English

CY Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

LP

Apple on Friday sued Qualcomm, accusing the California chipmaker of abusing its market power to demand unfair royalties, echoing charges filed days earlier by US antitrust regulators.

Apple said in the court filing that it has been overcharged "billions of dollars" by its chipmaking partner's "illegal scheme."

TD

Apple also claimed Qualcomm owes it a billion dollars but is refusing to pay in retaliation for the iPhone maker's cooperating with South Korean antitrust regulators looking into the chip maker's actions in that country.

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with," Apple said in an email statement.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

The suit charges Qualcomm of building a business model on using its rights to older, legacy technology considered telecommunication industry standards to jack up royalties when Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said.

Apple noted in the suit that Qualcomm's business practices have come under scrutiny by antitrust regulators in an array of countries for selling its smartphone chipsets only to makers agreeing to its "preferred license terms" for essential mobile telecom patents.

Apple asked for a jury trial, and for damages including Qualcomm paying the company what it owes plus giving up excessive royalties it has raked in.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple filing came three days after the US Federal Trade Commission filed suit in federal court in California claiming Qualcomm abused its market power in as part of its "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

gc/rl

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** US

**PUB** Agence France-Presse

**AN** Document AFPR000020170120ed1k00iir

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **News Highlights: Top Company News of the Day**

**WC** 450 words

**PD** 20 January 2017

**ET** 17:15

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Goldman Trims Stock-Pay for Some Senior Executives

Goldman Sachs cut stock awards for senior executives in 2016 after revenue fell, but didn't disclose compensation for CEO Lloyd Blankfein or several of his top deputies.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

Ford Sees Remeasurement Loss of About $3 Billion

Ford Motor Co. said it plans to take a $3 billion pre-tax charge against its fourth-quarter earnings related to its pension and retiree-benefit plans, following a change in its pension accounting the company made a year ago.

(END) Dow Jones Newswires

January 20, 2017 17:15 ET (22:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004ho

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Tech Sector Rises on Economic Outlook -- Technology Roundup**

**WC** 126 words

**PD** 20 January 2017

**ET** 17:28

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Shares of tech companies rose amid optimism about the outlook for economic growth.

Apple filed suit against chip designer Qualcomm, alleging the smartphone-chip supplier demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Highway safety regulators closed a probe of Tesla Motors' Autopilot system without seeking a recall or other action against the Silicon Valley auto maker after a six-month investigation failed to uncover a defect in the semi-automated technology in use during a fatal crash last year.

-By Rob Curran, rob.curran@dowjones.com

(END) Dow Jones Newswires

January 20, 2017 17:28 ET (22:28 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | ncmac : Commodities Asset Class News | nenac : Energy Asset Class News | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ecat : Economic News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004id

HD **Apple antitrust suit: Qualcomm overcharged 'billions'**

BY Glenn CHAPMAN

WC 577 words

PD 20 January 2017

ET 17:51

SN Agence France Presse

SC AFPR

LA English

CY Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

LP

Apple on Friday sued Qualcomm, accusing the California chipmaker of abusing its market power to demand unfair royalties, echoing charges filed days earlier by US antitrust regulators.

Apple said in the court filing that it has been overcharged "billions of dollars" by its chipmaking partner's "illegal scheme."

TD

Apple also claimed Qualcomm owes it a billion dollars but is refusing to pay in retaliation for the iPhone maker's cooperating with South Korean antitrust regulators looking into the chipmaker's actions in that country.

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with," Apple said in an email statement.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

The suit charges Qualcomm of building a business model on using its rights to older, legacy technology considered telecommunication industry standards to raise royalties when Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said.

Apple noted in the suit that Qualcomm's business practices have come under scrutiny by antitrust regulators in an array of countries for selling its smartphone chipsets only to makers agreeing to its "preferred license terms" for essential mobile telecom patents.

Apple asked for a jury trial, and for damages including Qualcomm paying the company what it owes plus giving up excessive royalties it has raked in.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple filing came three days after the US Federal Trade Commission filed suit in federal court in California claiming Qualcomm abused its market power in as part of its "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

South Korea's anti-trust watchdog last month slapped Qualcomm with a record fine exceeding $850 million for abusing its dominant market position as a maker of baseband chipsets used in mobile phones.

Apple relies on Qualcomm for chip-based modems that enable iPhones and iPads to communicate with telecommunication networks.

Apple undoubtedly knows of the antitrust tide rising against Qualcomm and would like to help provide room for rival chipmakers to flourish, perhaps letting Intel improve its position, according to analyst Patrick Moorhead of Moor Insight and Strategies.

"I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm," Moorhead said, referring to the mobile device modems.

"Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this."

While the legal case alleges exclusionary contracts and the idea of being overcharged for licensing, it may well be powered by Apple wanting to ramp up competition to Qualcomm so it can negotiate better deals, the analyst said.

Modem chips are separate from processors that act as the brains or graphics engines for mobile devices.

gc/rl

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** Lead

**PUB** Agence France-Presse

**AN** Document AFPR000020170120ed1k00ir1

 © 2023 Factiva, Inc. All rights reserved.

The Washington Post

SE National-Economy

HD **Apple sues Qualcomm over royalty rebates, other patent issues**

WC 696 words
PD 20 January 2017
SN Washington Post.com
SC WPCOM
LA English
CY Copyright 2017, The Washington Post Co. All Rights Reserved.

LP

Apple seeks $1 billion from Qualcomm

Apple filed a lawsuit Friday accusing Qualcomm of monopolizing the market for computer chips for wireless devices and of withholding $1 billion in retaliation for Apple's cooperation with antitrust authorities in South Korea.

TD

Qualcomm has been under fire from regulators around the world for its patent licensing practices. Apple's lawsuit is the first direct challenge by one of Qualcomm's biggest customers.

In December, South Korea fined the company $890 million and described its practices as monopolistic. Qualcomm has said it will appeal the decision.

Under an agreement with Qualcomm, Apple said it was forced to refrain from taking any steps to challenge Qualcomm's business model.

When Apple complied with demands from Korean regulators, Qualcomm said that was a violation of the agreement.

In retaliation, Qualcomm withheld money that it was to pay Apple in royalty rebates, the iPhone maker said.

Apple is demanding that the chipmaker hand over the money.

The suit also challenges the validity of some Qualcomm patents for wireless technologies. Apple is asking the court to rule that, if the patents are upheld, the royalty amount is significantly lower than what Qualcomm charges now.

— Bloomberg News

New Mexico suing Takata, automakers

New Mexico Attorney General Hector Balderas filed a lawsuit Friday against Japanese manufacturer Takata and a list of automakers over the sale of cars with dangerous air bag inflaters.

The attorney general's office argues that the manufacturers had a duty to ensure their products were safe. Concealment of defects in the air bags amounted to unfair, deceptive and unconscionable trade practices under New Mexico law, the suit says.

Takata already has agreed to pay $1 billion in fines and restitution in a plea deal with the federal Justice Department over a years-long scheme to conceal the deadly defect in its inflaters. It also faces other litigation.

A Takata spokesman declined to comment Friday.

New Mexico's case also targets numerous automakers that used the faulty bags in their vehicles.

The state is seeking civil penalties for each defective air bag that entered the New Mexico market and penalties for each day the manufacturers misrepresented the safety of their products. State prosecutors also are seeking a jury trial.

Takata inflaters can explode with too much force, spewing shrapnel at passengers. At least 27 people have died because of the defect.

— Associated Press

• Puerto Rican Gov. Ricardo Rossello is criticizing orders from a federal control board in the first clash over how best to tackle the island's deep economic crisis. Rossello said Friday that the board's demands are unacceptable and differ greatly from his vision to promote economic growth. On Wednesday, the control board ordered the administration to present a plan that would generate $4.5 billion a year in revenue or savings through 2019. Officials said Puerto Rico should reform its tax system, reduce health-care and higher education spending, and cut as the size of its government.

• AT&T signed up new pay-TV customers for the first time in seven quarters, thanks to its new live online video service. DirecTV Now, which targets consumers who don't subscribe to traditional TV, helped woo at least 200,000 video subscribers in the fourth quarter and offset a loss of satellite-TV customers, according to a filing Friday of preliminary results. The gain reflects a promotional offer of $35 a month for 100-plus channels. AT&T introduced DirecTV Now in November and now charges $60 a month for a similar number of channels.

• The ride-hailing company Uber has hired the man behind Google search to help grow its self-driving car program. Amit Singhal announced on his blog Friday that he will join Uber after 15 years at Alphabet, where he led Google's search division. He will be senior vice president of engineering and act as an adviser to chief executive Travis Kalanick and Anthony Levandowski, head of Uber's self-driving efforts. Singhal called Uber "a geek's candy store" and said he was excited by the engineering challenges it is tackling.

— From news services

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | nnam : News Agency Materials | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usdc : Washington DC | namz : North America | usa : United States | uss : Southern U.S.

**IPD** business

**PUB** Washington Post

**AN** Document WPCOM00020170120ed1k007vd

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk**

**WC** 155 words

**PD** 20 January 2017

**ET** 18:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 18:16 ET (23:16 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | cscm : Supply Chain | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004pi

DOW JONES NEWSWIRES

**HD** **Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk**

**WC** 1,523 words

**PD** 20 January 2017

**ET** 18:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

**TD**

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

17:12 ET - The prospect of more consumer spending and higher inflation should reverse negative sentiment toward the A-mall industry this year, says BTIG Research. Some REITs that own high-quality malls with strong sales productivity are currently priced at large discounts to their net asset value per share estimates and offer the most upside if sentiment shifts. Retail property landlords have been hit by retailer bankruptcies and store closures, with the lower-end malls struggling the most. REITs managing the country's top regional malls say they are unfairly tarred with the same brush. Occupancy rates are high at the malls managed by Simon Property (SPG), Taubman Centers (TCO) and Macerich (MAC) and there is virtually no new supply, BTIG added. (esther.fung@wsj.com; @estherfung)

16:58 ET - Akamai Technologies (AKAM) says streaming of the US presidential inauguration on its network peaked at a record 8.7 terabits per second, another sign of internet video's gains against traditional TV. That compares with 7.3 Tbps during last year's Euro Cup soccer tournament and a smaller 1.1 Tbps for the 2009 inauguration, when online video was still getting its legs and the iPhone was two years old. AKAM, which delivers online content for most big media companies, said its feed went to 4.6M viewers at one point Friday. That's a large total, though growing viewership has been tempered in recent years by price-cutting competition among streaming video companies. After swooning early last year, AKAM is up 50% over the past 12 months. (andrew.fitzgerald@wsj.com; @drewfitzgerald)

16:51 ET - A 19.3M barrel increase in US gasoline stockpiles over the last three weeks is "disturbingly familiar," recalling the beginning of last year, Jefferies analysts say. The big increase in gasoline supplies echoes late 2015 and early 2016 when better profit margins nudged refiners to make more gasoline than diesel. But much of that gasoline output ended up in storage tanks, which led to a glut that weighed on refiners' margins and let them at times to cut back on the amount of crude oil they bought. But consumers made out well--prices at the pump fell to 12-year lows in some places last year. One big difference from last year is exports--fuel sales abroad averaged 1M barrels a day over the last four weeks, more than double a year ago, the analysts say. (alison.sider@wsj.com; @alyrose)

16:51 ET - Even with a repeal of the Affordable Care Act, commercial health insurance companies' use of incentives for hospitals to closely manage healthcare quality and cost are "well underway," Moody's Investors Service said. Expect hospital companies including HCA Holdings Inc. (HCA) to respond with continued investment in "alternative" locations for care, such as ambulatory surgery centers, urgent care clinics and freestanding emergency rooms, Moody's said. Tenet Healthcare (THC) is "unique" with its joint venture in United Surgical Partners International, the analysts added, which expands the company's reach beyond its hospital markets. (melanie.evans@wsj.com)

(END) Dow Jones Newswires

January 20, 2017 18:16 ET (23:16 GMT)

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated \| sbcatt : AT&T Inc |
| **IN** | i34531 : Semiconductors \| ismart : Smartphones \| i3302 : Computers/Consumer Electronics \| i3441 : Telecommunications Technology/Equipment \| i34411 : Mobile Communications Equipment \| i3454 : Personal Electronics \| icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology \| i7902 : Telecommunication Services \| i79022 : Wireless Telecommunications Services |
| **NS** | c12 : Corporate Crime/Legal Action \| c1521 : Analysts' Comments/Recommendations \| mcat : Commodity/Financial Market News \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| c15 : Financial Performance \| c152 : Earnings Projections \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170120ed1k004kf |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk**

**WC** 1,499 words

**PD** 20 January 2017

**ET** 18:42

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

**TD**

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter

preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

17:12 ET - The prospect of more consumer spending and higher inflation should reverse negative sentiment toward the A-mall industry this year, says BTIG Research. Some REITs that own high-quality malls with strong sales productivity are currently priced at large discounts to their net asset value per share estimates and offer the most upside if sentiment shifts. Retail property landlords have been hit by retailer bankruptcies and store closures, with the lower-end malls struggling the most. REITs managing the country's top regional malls say they are unfairly tarred with the same brush. Occupancy rates are high at the malls managed by Simon Property (SPG), Taubman Centers (TCO) and Macerich (MAC) and there is virtually no new supply, BTIG added. (esther.fung@wsj.com; @estherfung)

16:58 ET - Akamai Technologies (AKAM) says streaming of the US presidential inauguration on its network peaked at a record 8.7 terabits per second, another sign of internet video's gains against traditional TV. That compares with 7.3 Tbps during last year's Euro Cup soccer tournament and a smaller 1.1 Tbps for the 2009 inauguration, when online video was still getting its legs and the iPhone was two years old. AKAM, which delivers online content for most big media companies, said its feed went to 4.6M viewers at one point Friday. That's a large total, though growing viewership has been tempered in recent years by price-cutting competition among streaming video companies. After swooning early last year, AKAM is up 50% over the past 12 months. (andrew.fitzgerald@wsj.com; @drewfitzgerald)

(END) Dow Jones Newswires

January 20, 2017 18:42 ET (23:42 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | royca : Royal Bank of Canada | wesah : RBC Capital Markets Corporation

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **IN** | i34531 : Semiconductors \| ismart : Smartphones \| i3302 : Computers/Consumer Electronics \| i3441 : Telecommunications Technology/Equipment \| i34411 : Mobile Communications Equipment \| i3454 : Personal Electronics \| icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology \| i814 : Banking \| i831 : Financial Investments \| i83101 : Investment Banking \| ibnk : Banking/Credit \| ifinal : Financial Services \| iibnk : Integrated Banks \| iinv : Investing/Securities |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170120ed1k004kt |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- Update**

**BY** By Tripp Mickle

**WC** 790 words

**PD** 20 January 2017

**ET** 18:23

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the latest fiscal year.

Qualcomm didn't immediately respond to a request for comment Friday. It said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to according to investment bank CLSA, accounting for three-fourths of Apple's $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in

the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says that Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 18:23 ET (23:23 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004n8

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices**

**WC** 826 words

**PD** 20 January 2017

**ET** 15:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices—a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display—not Qualcomm's chip —Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016—a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 15:50 ET (20:50 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | ntop : Top Wire News | nttwn : Today's Top Wire News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k003vz

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- Update**

**BY** By Tripp Mickle

**WC** 790 words

**PD** 20 January 2017

**ET** 18:38

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the latest fiscal year.

Qualcomm didn't immediately respond to a request for comment Friday. It said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to according to investment bank CLSA, accounting for three-fourths of Apple's $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in

the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says that Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 18:38 ET (23:38 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004py

 © 2023 Factiva, Inc. All rights reserved.

Mail Online

SE News

**HD Apple sues smartphone chip-maker Qualcomm and claims they were overcharged 'billions' by the monopoly**

BY AFP
WC 659 words
PD 20 January 2017
ET 17:38
SN Mail Online
SC DAMONL
LA English
CY Copyright 2017

LP

* Charges echo those filed by United States antitrust regulators earlier this week

* Apple claims it has been overcharged 'billions of dollars' by Qualcomm

TD

* Qualcomm said Apple mischaracterized agreements and technology's value

Apple has sued Qualcomm, accusing the California chip-maker of abusing its market power to demand unfair royalties.

These charges echo those filed days earlier by US antitrust regulators.

Apple said in the court filing that it has been overcharged 'billions of dollars' by its chip-making partner's 'illegal scheme.'

The company also claimed Qualcomm owes it a billion dollars, but is refusing to pay due to Apple cooperating with South Korean antitrust regulators looking into the company.

'For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with,' Apple said in an email statement.

'To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them.'

Qualcomm rejected Apple's claims, saying the iPhone maker 'intentionally mischaracterized' agreements as well as the value of the company's technology.

'Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world... by misrepresenting facts and withholding information,' Qualcomm general counsel Don Rosenberg said in a statement.

'We welcome the opportunity to have these meritless claims heard in court.'

The suit claims Qualcomm built a business model that charges raised royalty fees every time Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

The charges say that Qualacomm believes it has the rights to charge these raised royalties by claiming legacy technology.

'Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined,' Apple said.

Apple noted that Qualcomm's business practices have come under scrutiny by antitrust regulators in many countries.

The company has asked for a jury trial, and for Qualcomm to the company what it owes plus giving up excessive royalties.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple suit came three days after the US Federal Trade Commission filed in federal court claiming Qualcomm abused its market power in as part of its 'unlawful maintenance of a monopoly in baseband processors.'

Baseband processors are are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as 'significantly flawed,' arguing that reasoning at the heart of the civil complaint is wrong.

South Korea's anti-trust watchdog last month slapped Qualcomm with a record fine exceeding $850 million for abusing its dominant market position as a maker of baseband chip-sets used in mobile phones.

Apple relies on Qualcomm for chip-based modems that enable iPhones and iPads to communicate with telecommunication networks.

The company knows of the antitrust tide rising against Qualcomm and would like to help provide room for rival chip-makers to flourish, perhaps letting Intel improve its position, according to analyst Patrick Moorhead of Moor Insights and Strategy.

'I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm,' Moorhead said, referring to the mobile device modems.

'Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this.'

While the legal case alleges exclusionary contracts and the idea of being overcharged for licensing, it may well be powered by Apple wanting to ramp up competition to Qualcomm so it can negotiate better deals, the analyst said.

Modem chips are separate from processors that act as the brains or graphics engines for mobile devices.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | nnam : News Agency Materials | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** uk : United Kingdom | eecz : European Union Countries | eurz : Europe | weurz : Western Europe

**PUB** DMG Media Limited

**AN** Document DAMONL0020170121ed1k0020c

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Apple Seeks $1 Billion in Withheld Rebate Payments From Qualcomm** |
| WC | 34 words |
| PD | 20 January 2017 |
| ET | 15:41 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2041GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020170120ed1k000jn |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Apple: Qualcomm Withheld Rebate Payments After Apple Assisted in Korean Regulatory Case** |
| WC | 36 words |
| PD | 20 January 2017 |
| ET | 15:40 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |
| LP | (MORE TO FOLLOW) Dow Jones Newswires<br><br>January 20, 2017 15:39 ET (20:39 GMT) |
| TD | (MORE TO FOLLOW) Dow Jones Newswires<br><br>20-01-17 2040GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020170120ed1k000jm |

 © 2023 Factiva, Inc. All rights reserved.

PX333

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Says It Is Suing Qualcomm Over Licensing Practices** |
| **WC** | 33 words |
| **PD** | 20 January 2017 |
| **ET** | 15:40 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2040GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jk |

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Apple Alleges Qualcomm Demanded Onerous Licensing Terms for Smartphone Chips** |
| **WC** | 34 words |
| **PD** | 20 January 2017 |
| **ET** | 15:40 |
| **SN** | Dow Jones Newswires Chinese (English) |
| **SC** | RTNW |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |
| **LP** | (MORE TO FOLLOW) Dow Jones Newswires<br>January 20, 2017 15:39 ET (20:39 GMT) |
| **TD** | (MORE TO FOLLOW) Dow Jones Newswires<br>20-01-17 2040GMT |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| neqac : Equities Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document RTNW000020170120ed1k000jl |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **RBC: Apple Margins Could Improve After Qualcomm Suit -- Market Talk**

**WC** 121 words

**PD** 20 January 2017

**ET** 18:42

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:42 EST [Dow Jones ]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

January 20, 2017 18:42 ET (23:42 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i3302 : Computers/Consumer Electronics

**NS** c12 : Corporate Crime/Legal Action | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170120ed1k004q0

DOW JONES NEWSWIRES

**HD** **News Highlights: Top Company News of the Day**

**WC** 458 words

**PD** 20 January 2017

**ET** 19:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Morgan Stanley Gives CEO a Raise; Goldman Trims Stock-Pay for Some

James Gorman, chairman and chief executive of Morgan Stanley, saw a 7% raise for 2016, while Goldman Sachs cut stock awards for several executives after revenue fell 9%.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Snapchat Parent Plans to Pay Banks 2.5% of IPO Proceeds

The banks managing Snap's initial public offering are set to share 2.5% of the money raised in the deal, a relatively low rate that indicates the popular technology company's leverage in dictating the terms of its public debut.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

(END) Dow Jones Newswires

January 20, 2017 19:00 ET (00:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00001

 © 2023 Factiva, Inc. All rights reserved.

**Apple: Suit Against Qualcomm Could Help Profit Margin, Says RBC**
Barron's Blogs, 19:01, 20 January 2017, 405 words, (English)
Shares of Apple ( AAPL) are up 3 cents at $120.03, in late trading, after both Bloomberg and The Wall Street Journal reported just before market close that the company is suing one of its big chip suppliers, Qualcomm ( QCOM), and it has not ...
Document WCBBE00020170121ed1l00001

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **News Highlights: Top Company News of the Day**

**WC** 458 words

**PD** 20 January 2017

**ET** 19:15

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Sues
Qualcomm Over Licensing Practices

Apple is suing Qualcomm alleging it demanded onerous terms for its technology and that it sought to punish Apple for cooperating in a Korean regulatory probe into Qualcomm's licensing practices.

**TD**

Morgan Stanley Gives CEO a Raise; Goldman Trims Stock-Pay for Some

James Gorman, chairman and chief executive of Morgan Stanley, saw a 7% raise for 2016, while Goldman Sachs cut stock awards for several executives after revenue fell 9%.

AIG, Berkshire Hathaway Strike Reinsurance Pact

American International Group said it would pay Warren Buffett's Berkshire Hathaway roughly $10 billion to take responsibility for some AIG insurance claims if they run unexpectedly high, one of the largest-ever pacts of its kind.

Merck Settles With
Bristol-Meyers, Ono Over Cancer-Drug Patent

Merck will pay $625 million plus royalties on Keytruda sales to Bristol-Myers Squibb and Ono Pharmaceutical to settle a suit alleging the cancer drug violates their patent for a method of harnessing the body's immune system to fight cancer.

Snapchat Parent Plans to Pay Banks 2.5% of IPO Proceeds

The banks managing Snap's initial public offering are set to share 2.5% of the money raised in the deal, a relatively low rate that indicates the popular technology company's leverage in dictating the terms of its public debut.

Talks Between Malaysia, Abu Dhabi Over Missing Money Break Down

Negotiations between government investment funds in Malaysia and Abu Dhabi over who is responsible for billions of dollars in missing money have broken down, according to people familiar with the matter, making it harder for the two funds to put the scandal behind them.

Tesla Boosts Range of All-Electric Model S to 335 Miles

Tesla Motors has extended the battery range for a new version of the Model S sedan to 335 miles on a charge, furthering the Silicon Valley auto maker's lead in the all-electric car race.

Wal-Mart Starts Layoffs at Headquarters

Wal-Mart Stores was following through Friday on plans to cut nearly 1,000 corporate jobs.

GE Revenue Slips, Hurt by Oil Woes

General Electric's revenue declined 2% in the fourth quarter, as the company was weighed down by a depressed oil industry and shipped fewer jet engines and power turbines than it had planned.

Société Générale in $50 Million Settlement With U.S.

Société Générale has agreed to pay a $50 million civil fine to settle federal claims that it defrauded investors, including financial institutions, in the marketing and sale of a residential mortgage-backed security, the Brooklyn U.S. attorney's office said Friday.

(END) Dow Jones Newswires

January 20, 2017 19:15 ET (00:15 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** neqac : Equities Asset Class News | nhhour : Headlines of the Hour | ncdig : Corporate Digests | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | ntop : Top Wire News | redit : Selection of Top Stories/Trends/Analysis

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00032

DOW JONES NEWSWIRES

**HD** **Morgan Stanley Doesn't Think eBay Ad Campaign Made a Difference -- Market Talk**

**WC** 1,473 words

**PD** 20 January 2017

**ET** 19:18

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

**TD**

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly

four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

17:12 ET - The prospect of more consumer spending and higher inflation should reverse negative sentiment toward the A-mall industry this year, says BTIG Research. Some REITs that own high-quality malls with strong sales productivity are currently priced at large discounts to their net asset value per share estimates and offer the most upside if sentiment shifts. Retail property landlords have been hit by retailer bankruptcies and store closures, with the lower-end malls struggling the most. REITs managing the country's top regional malls say they are unfairly tarred with the same brush. Occupancy rates are high at the malls managed by Simon Property (SPG), Taubman Centers (TCO) and Macerich (MAC) and there is virtually no new supply, BTIG added. (esther.fung@wsj.com; @estherfung)

(END) Dow Jones Newswires

January 20, 2017 19:18 ET (00:18 GMT)

**CO** ebayus : eBay Incorporated | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i64 : Retail/Wholesale | i656000301 : Etailing | iecom : E-commerce | iindele : Industrial Electronics | iindstrls : Industrial Goods | iint : Internet/Online | ionlauc : Online Auctions | iretail : Retail | itech : Technology

**NS** gvote1 : National/Presidential Elections | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c181 : Acquisitions/Mergers/Divestments | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | gpol : Domestic Politics | gvote : Elections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0005u

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Morgan Says Ebay Needs to Watch Out for Competitors -- Market Talk**

**WC** 1,474 words
**PD** 20 January 2017
**ET** 19:22
**SN** Dow Jones Institutional News
**SC** DJDN
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

1919 ET [Dow Jones] EBay needs to watch its back. That's what Morgan Stanley analysts say as Amazon and other start-up competitors become an increasing threat to the e-commerce site. Amazon's Prime membership is growing, increasingly threatening eBay's potential customer growth, the analysts say. But perhaps just as important are a bunch of new mobile startups, like OfferUp, 5Miles and LetGo-- which are generating sales without charging sellers transaction fees. "We acknowledge these competitors will need to charge fees at some point to survive, but its difficult to imagine they will charge fees as high as eBay...which, in our view, raises long-term question marks around eBay's ability to monetize its core Marketplace business," the analysts add. (laura.stevens@wsj.com; @LauraStevensWSJ)

**TD**

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today. Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

(END) Dow Jones Newswires

January 20, 2017 19:22 ET (00:22 GMT)

**CO** amzcom : Amazon.com, Inc. | ebayus : eBay Incorporated | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i64 : Retail/Wholesale | i656000301 : Etailing | iecom : E-commerce | iindele : Industrial Electronics | iindstrls : Industrial Goods | iint : Internet/Online | ionlauc : Online Auctions | iretail : Retail | itech : Technology

**NS** mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0005v

 © 2023 Factiva, Inc. All rights reserved.

The New York Times

**SE** Technology

**HD** **Apple Adds to Qualcomm's Troubles, Filing Lawsuit Over Rebates**

**BY** By QUENTIN HARDY
**WC** 1,182 words
**PD** 20 January 2017
**ET** 19:25
**SN** NYTimes.com Feed
**SC** NYTFEED
**LA** English
**CY** Copyright 2017. The New York Times Company. All Rights Reserved.

**LP**

SAN FRANCISCO — By mastering some tough computer chip technology and then pulling off an audacious business strategy based on selling its smartphone knowledge, Qualcomm has made billions of dollars and seized influence in the tech industry.

Some days that is a real drag.

**TD**

On Friday, Apple, its longtime partner, sued Qualcomm over what it said was $1 billion in withheld rebates. In the lawsuit, filed in Federal District Court for the Southern District of California, in San Diego, Apple said the money had been promised in conjunction with an agreement not to buy chips from other suppliers or to divulge Qualcomm's intellectual property licensing practices. The suit seeks the rebates, among other things.

Apple sued three days after the Federal Trade Commission accused Qualcomm of using anticompetitive practices to guarantee its high royalty payments for advanced wireless technology. The commission cited Qualcomm's deals with Taiwanese companies that manufacture Apple iPhones over semiconductors it sells for the iPhone.

In its complaint, the commission described Qualcomm as "the world's dominant supplier" of semiconductors that manage smartphone communications. The commission said Qualcomm had obtained "elevated royalties" for its patented intellectual property on wireless communications. Other smartphone chip makers have to pay Qualcomm for that intellectual property, too.

The commission and Apple complaints follow several other problems, including a $975 million fine by Chinese regulators in 2015 and activist shareholder complaints later that year that forced layoffs at Qualcomm. Last month, Qualcomm was fined $850 million in South Korea for unfair patent licensing.

When Apple provided information to South Korean regulators in that case, and sought competing chips from Intel, Qualcomm refused to pay Apple its promised money, Apple said.

Qualcomm, which has vowed to fight the South Korean charge and the F.T.C. suit, had no immediate comment on Apple's lawsuit.

Few expect Qualcomm to back down. It was shaped by its founders to be brainy, combative and profitable.

"They are seasoned, and equipped to fight," said Mark Hung, an analyst at Gartner. "But when such a big company is so reliant on the way it sells its intellectual property, and under the microscope in various geographies, it's tough."

Qualcomm, based in San Diego, far from Silicon Valley, was founded in 1985 by seven people, including Irwin Jacobs and Andrew Viterbi. The two were well-regarded electrical engineering professors who had formed a military satellite communications company.

Qualcomm's engineers work at a 41-building campus between a park and the University of California, San Diego. They have earned thousands of patents, including for the airplane mode on smartphones and the way apps are downloaded from stores.

Companies like Samsung and Apple need Qualcomm for the technology that enables things like high-speed wireless video for millions of people at once.

Its major technology is spread spectrum, which harnesses lots of computation and clever radio engineering for use in the various functions of smartphones.

Qualcomm's radio technology is called CDMA, for code division multiple access, a way voice calls work more efficiently over cellphone networks. And the company's influence grew over the last several years with the advent of third-generation, or 3G, phones as people started downloading lots of mobile data.

Many thought Qualcomm's success would be limited to that transition. Instead, Qualcomm innovated in 4G wireless for the smartphones from Samsung and Apple that toppled Nokia and Motorola. In its last fiscal year, Qualcomm had revenue of $23.6 billion and a profit of $5.7 billion.

Qualcomm's ventures in phones and network gear helped promote CDMA but did not make much money because older companies did not need CDMA until the success of wireless began to tax the capacity of their networks. Qualcomm turned to Asian companies that wanted to get into wireless.

"You'd never have seen the Koreans or the Chinese in wireless if not for Qualcomm and CDMA," said Clint McClellan, a 17-year employee of Qualcomm who now runs a wireless health business. "We enabled those markets."

South Korea, in particular, made CDMA an industrial policy, which carried Qualcomm for years. More recently, China accounted for half of Qualcomm's revenue. Apple's Taiwanese manufacturers, which pay Qualcomm royalties for iPhones, are another big profit center.

Qualcomm would not say what it charges for its intellectual property, but analysts figure the fee usually amounts to 5 percent of the selling price of a phone — at least it did, until the 2015 Chinese fine, which included an agreement that Chinese manufacturers pay only about half the old Qualcomm royalty.

That, and problems collecting Chinese royalties even before the agreement, hurt Qualcomm's share price. In 2015, Jana Partners, an activist hedge fund, stepped in and pressed for a breakup of the company into separate intellectual property and chip businesses.

That did not happen, but Qualcomm cut about 15 percent of its staff, cut executive pay and gave Jana three board seats. The stock has recovered to about where it was just before the fine, but not to the heights it reached before the problems.

By helping to create today's smartphone giants, Qualcomm may have engineered its current woes. Qualcomm executives say they see a connection between the China discounts, which Qualcomm had hoped would be limited to that country, and the latest regulatory attacks.

"We believe Samsung had a major role to play in the Korean decision," said Don Rosenberg, a lawyer for Qualcomm. The regulators, he said, "were prodded and mislead by commercial interests."

In an email, Hea-Ryoung Jee, a spokeswoman for Samsung, said it "was one of many multinational corporations" that responded to questions from South Korean regulators.

Qualcomm's lawyer figures the Korean case may take years to move through the courts. And recent events, including the impeachment of South Korea's president and a bribery scandal at Samsung, could complicate, or eliminate, Qualcomm's regulatory issues there.

Additionally, the F.T.C. has just three of its normal five commissioners. One of those, Maureen Ohlhausen, a Republican, voted against the suit. She may be named chairwoman when Edith Ramirez, a Democrat, steps down on Feb. 10.

Neither the F.T.C. nor Apple would comment on the United States case against Qualcomm.

“It’s disappointing when our partners want to pay less after we’ve contributed to their success,” said Derek Aberle, Qualcomm’s president. “By sharing our technology, we enable others.”

Now it must get out ahead of other technology inventors in 5G, possibly while paying billions in fines and dealing with a painful restructuring and fraying relationships with its biggest customers.

“We’re not sitting still” while the problems are sorted, Mr. Aberle said. “You have to invest, and invent cool stuff that will change the way people live their lives.”

In other words, create unique technology so people will keep paying for Qualcomm’s expensive intellectual property.

**ART** A Las Vegas show this month. In December, Qualcomm was fined $850 million in South Korea. | George Rose/Getty Images

**CO** ftrade : Federal Trade Commission | applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | sfra : San Francisco | skorea : South Korea | usca : California | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | usw : Western U.S.

**IPD** Suits and Litigation (Civil)

**PUB** The New York Times Company

**AN** Document NYTFEED020170121ed1l0005m

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

**HD** **Qualcomm Comments on Apple Complaint**

**WC** 331 words

**PD** 20 January 2017

**ET** 19:57

**SN** PR Newswire

**SC** PRN

**LA** English

**CY** Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

**LP**

SAN DIEGO, Jan. 20, 2017 /PRNewswire/ -- "While we are still in the process of reviewing the complaint in detail, it is quite clear that Apple's claims are baseless. Apple has intentionally mischaracterized our agreements and negotiations, as well as the enormity and value of the technology we have invented, contributed and shared with all mobile device makers through our licensing program. Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information. We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated.

About Qualcomm

**TD**

Qualcomm's technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G -- and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm's website, blog, Twitter and Facebook pages.

Qualcomm Contacts:

Tina Asmar, Public Affairs

Phone: 1-858-845-5959

Email: corpcomm@qualcomm.com

John Sinnott, Investor Relations

Phone: 1-858-658-4813

Email: ir@qualcomm.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/qualcomm-comments-on-apple-complaint-300394418.html

SOURCE Qualcomm Incorporated

(END)

**CO** qcom : Qualcomm Incorporated | applc : Apple Inc.

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** npress : Press Releases | ncat : Content Types

**RE** usa : United States | namz : North America

**PUB** PR Newswire Association, Inc.

**AN** Document PRN0000020170121ed1l00004

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- 2nd Update**

**BY** By Tripp Mickle

**WC** 838 words

**PD** 20 January 2017

**ET** 20:01

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 20:01 ET (01:01 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0003h

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **Apple files $1 billion lawsuit against chip supplier Qualcomm**

**WC** 641 words

**PD** 20 January 2017

**ET** 20:10

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

(Reuters) - Apple Inc filed a $1 billion lawsuit against supplier Qualcomm Inc on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

Qualcomm is a major supplier to both Apple and Samsung Electronics Co Ltd for "modem" chips that connect phones to wireless networks. The two companies together accounted for 40 percent of Qualcomm's $23.5 billion in revenue in its most recent fiscal year.

**TD**

In the lawsuit filed in U.S. District Court for the Southern District of California, Apple accused Qualcomm of overcharging for chips and refusing to pay some $1 billion in promised rebates. Apple said in its complaint that Qualcomm withheld the rebates because of Apple's discussions with South Korea's antitrust regulator, the Korea Fair Trade Commission.

"If that were not enough, Qualcomm then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments to Apple. Apple refused," Apple said in its lawsuit.

In a statement, Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless."

"Apple has been actively encouraging regulatory attacks on Qualcomm’s business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information," Rosenberg said in the statement.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple’s practices and a robust examination of the merits.”

Qualcomm's stock closed 2.4 percent lower at $62.88 on the news.

Qualcomm has patents for chips which include standard essential patents, a term used to describe technology that is required to be licensed broadly and on "reasonable" terms.

In its lawsuit, Apple accused Qualcomm of refusing to license the technology to other manufacturers to prevent them from making the chips.

It also accused Qualcomm of selling chips while requiring Apple to pay a separate licensing fee for the same chips, in a "no license, no chip" policy.

In addition, Qualcomm pressured network carriers to not sell or support Apple devices made with Intel chipsets Apple said.

The KFTC fined Qualcomm $854 million in December for what it called unfair patent licensing practices.

In February 2015, Qualcomm paid a $975 million fine in China, while the European Union in December 2015 accused it of abusing its market power to thwart rivals.

On Tuesday, the U.S. Federal Trade Commission filed a lawsuit against Qualcomm, saying the San Diego-based company used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers. Qualcomm said it would contest the FTC complaint.

Qualcomm was the sole supplier of modem chips for Apple's phones until the release of the iPhone 7 in September. Intel Corp supplied about half of the modem chips for the newest models, said Stacy Rasgon, a senior analyst at Bernstein Research. Intel's shares closed up 1 percent at $36.94 after the Qualcomm suit was announced.

Apple made the move around the same time that Samsung, which had switched to using its own internal chips for its Galaxy S6 phones, returned to Qualcomm for the Galaxy S7.

Qualcomm "has been able to manage through (the Apple contract loss) pretty well because they got back Samsung at the same time," Rasgon said.

Apple is known for seeking multiple suppliers to keep prices down, said Jim Morrison, vice president of technical intelligence for TechInsights, which tears down devices to analyze their parts.

(Reporting by Diane Bartz in Washington and Stephen Nellis in San Francisco; Editing by Matthew Lewis and Cynthia Osterman)

**RF** Released: 2017-1-21T01:10:54.000Z

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | sansel : Samsung Electronics Co Ltd | usagov : United States Federal Government

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ielec : Consumer Electronics | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gpol : Domestic Politics | ccat : Corporate/Industrial News | gcat : Political/General News | gpir : Politics/International Relations | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:RTRFLN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170120ed1k016wh

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES
NEWSWIRES

**HD** **Apple Sues Qualcomm Over Licensing Practices -- 2nd Update**

**BY** By Tripp Mickle

**WC** 838 words

**PD** 20 January 2017

**ET** 20:16

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 20, 2017 20:16 ET (01:16 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0000r

**HD** **Apple antitrust suit: Qualcomm overcharged 'billions'**

**BY** Glenn CHAPMAN

**WC** 648 words

**PD** 20 January 2017

**ET** 20:29

**SN** Agence France Presse

**SC** AFPR

**LA** English

**CY** Copyright Agence France-Presse, 2017 All reproduction and presentation rights reserved.

**LP**

Apple on Friday sued Qualcomm, accusing the California chipmaker of abusing its market power to demand unfair royalties, echoing charges filed days earlier by US antitrust regulators.

Tech giant Apple said in the court filing that it has been overcharged "billions of dollars" by its chipmaking partner's "illegal scheme."

**TD**

The company also claimed Qualcomm owes it a billion dollars but is refusing to pay in retaliation for the iPhone maker's cooperating with South Korean antitrust regulators looking into the chipmaker's actions in that country.

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with," Apple said in an email statement.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

Qualcomm rejected Apple's claims at baseless, contending the iPhone maker "intentionally mischaracterized" agreements as well as the value of the company's technology.

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world... by misrepresenting facts and withholding information," Qualcomm general counsel Don Rosenberg said in a statement.

"We welcome the opportunity to have these meritless claims heard in court."

The suit charges Qualcomm of building a business model on using its rights to older, legacy technology considered telecommunication industry standards to raise royalties when Apple innovates with features such as TouchID fingerprint recognition or digital wallets in mobile devices.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said.

Apple noted in the suit that Qualcomm's business practices have come under scrutiny by antitrust regulators in an array of countries for selling its smartphone chipsets only to makers agreeing to its "preferred license terms" for essential mobile telecom patents.

Apple asked for a jury trial, and for damages including Qualcomm paying the company what it owes plus giving up excessive royalties it has raked in.

Qualcomm did not immediately respond to an AFP request for comment.

The Apple filing came three days after the US Federal Trade Commission filed suit in federal court in California claiming Qualcomm abused its market power in as part of its "unlawful maintenance of a monopoly in baseband processors," which are devices that enable cellular communications in phones and other products.

Qualcomm rejected the agency's case as "significantly flawed," arguing that reasoning at the heart of the civil complaint is wrong.

South Korea's anti-trust watchdog last month slapped Qualcomm with a record fine exceeding $850 million for abusing its dominant market position as a maker of baseband chipsets used in mobile phones.

Apple relies on Qualcomm for chip-based modems that enable iPhones and iPads to communicate with telecommunication networks.

Apple undoubtedly knows of the antitrust tide rising against Qualcomm and would like to help provide room for rival chipmakers to flourish, perhaps letting Intel improve its position, according to analyst Patrick Moorhead of Moor Insights and Strategy.

"I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm," Moorhead said, referring to the mobile device modems.

"Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this."

While the legal case alleges exclusionary contracts and the idea of being overcharged for licensing, it may well be powered by Apple wanting to ramp up competition to Qualcomm so it can negotiate better deals, the analyst said.

Modem chips are separate from processors that act as the brains or graphics engines for mobile devices.

gc/mdo

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c34 : Anti-Competition Issues | gcrim : Crime/Legal Action | ccat : Corporate/Industrial News | gcat : Political/General News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** 2ndlead

**PUB** Agence France-Presse

**AN** Document AFPR000020170121ed1l000m9

Page 89 of 190 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Says Apple 'Encouraging Regulatory Attacks'**

Barron's Blogs, 20:34, 20 January 2017, 216 words, (English)

Following word this afternoon that Apple (AAPL) has filed suit against one of its biggest suppliers, chip maker Qualcomm (QCOM), Qualcomm sent out a statement calling Apple's claims baseless.

Document WCBBE00020170121ed1l0002t

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **UPDATE 4-Apple files $1 billion lawsuit against chip supplier Qualcomm**

WC 657 words

PD 20 January 2017

ET 20:10

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

(Adds comment from Qualcomm, stock moves)

By Diane Bartz and Stephen Nellis

TD

Jan 20 (Reuters) - Apple Inc filed a $1 billion lawsuit against supplier Qualcomm Inc on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

Qualcomm is a major supplier to both Apple and Samsung Electronics Co Ltd for "modem" chips that connect phones to wireless networks. The two companies together accounted for 40 percent of Qualcomm's $23.5 billion in revenue in its most recent fiscal year.

In the lawsuit filed in U.S. District Court for the Southern District of California, Apple accused Qualcomm of overcharging for chips and refusing to pay some $1 billion in promised rebates. Apple said in its complaint that Qualcomm withheld the rebates because of Apple's discussions with South Korea's antitrust regulator, the Korea Fair Trade Commission.

"If that were not enough, Qualcomm then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments to Apple. Apple refused," Apple said in its lawsuit.

In a statement, Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless."

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information," Rosenberg said in the statement.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits."

Qualcomm's stock closed 2.4 percent lower at $62.88 on the news.

Qualcomm has patents for chips which include standard essential patents, a term used to describe technology that is required to be licensed broadly and on "reasonable" terms.

In its lawsuit, Apple accused Qualcomm of refusing to license the technology to other manufacturers to prevent them from making the chips.

It also accused Qualcomm of selling chips while requiring Apple to pay a separate licensing fee for the same chips, in a "no license, no chip" policy.

In addition, Qualcomm pressured network carriers to not sell or support Apple devices made with Intel chipsets Apple said.

The KFTC fined Qualcomm $854 million in December for what it called unfair patent licensing practices.

In February 2015, Qualcomm paid a $975 million fine in China, while the European Union in December 2015 accused it of abusing its market power to thwart rivals.

On Tuesday, the U.S. Federal Trade Commission filed a lawsuit against Qualcomm, saying the San Diego-based company used its dominant position as a supplier of certain phone chips to impose "onerous" supply and licensing terms on cellphone manufacturers. Qualcomm said it would contest the FTC complaint.

Qualcomm was the sole supplier of modem chips for Apple's phones until the release of the iPhone 7 in September. Intel Corp supplied about half of the modem chips for the newest models, said Stacy Rasgon, a senior analyst at Bernstein Research. Intel's shares closed up 1 percent at $36.94 after the Qualcomm suit was announced.

Apple made the move around the same time that Samsung, which had switched to using its own internal chips for its Galaxy S6 phones, returned to Qualcomm for the Galaxy S7.

Qualcomm "has been able to manage through (the Apple contract loss) pretty well because they got back Samsung at the same time," Rasgon said.

Apple is known for seeking multiple suppliers to keep prices down, said Jim Morrison, vice president of technical intelligence for TechInsights, which tears down devices to analyze their parts. (Reporting by Diane Bartz in Washington and Stephen Nellis in San Francisco; Editing by Matthew Lewis and Cynthia Osterman)

**RF** Released: 2017-1-21T02:10:11.000Z

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated | sansel : Samsung Electronics Co Ltd

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | ielec : Consumer Electronics | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c41 : Management | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170120ed1k017it

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| **HD** | **BRIEF-Qualcomm terms Apple's claims on lawsuit "baseless"** |
| **WC** | 49 words |
| **PD** | 20 January 2017 |
| **ET** | 20:12 |
| **SN** | Reuters News |
| **SC** | LBA |
| **LA** | English |
| **CY** | Copyright 2017 Thomson Reuters. All Rights Reserved. |
| **LP** | Jan 20 (Reuters) - Qualcomm Inc<br><br>* Qualcomm comments on Apple complaint |
| **TD** | * Says are still in process of reviewing complaint in detail<br><br>* Says that Apple's claims are baseless Source text for Eikon: Further company coverage: |
| **RF** | Released: 2017-1-21T02:12:52.000Z |
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c12 : Corporate Crime/Legal Action \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170121ed1l0018i |

DOW JONES NEWSWIRES

**HD** **Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk**

**WC** 172 words

**PD** 20 January 2017

**ET** 21:22

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

2121 ET [Dow Jones] With Apple Inc.'s lawsuit against Qualcomm Inc. filed on Friday, the iPhone maker piled on behind the South Korean Fair Trade Commission and the U.S. Federal Trade Commission in accusing the chip maker of anti-competitive business practices. Apple accused Qualcomm of allegedly withholding rebates on chip royalty payments that it said it was due in return for agreeing to use Qualcomm's modem chips exclusively in its phones between 2011 and 2016. Only days earlier, the FTC had sued Qualcomm for allegedly paying Apple rebates for the same commitment of exclusivity, thus blocking competitors and licensing essential smartphone patents in a discriminatory fashion. Stacy Rasgon, an analyst with Sanford L. Bernstein noted the irony: "Apple," he said, "seems to be suing Qualcomm for stopping something that the FTC is suing them for doing." (ted.greenwald@wsj.com)

(MORE TO FOLLOW) Dow Jones Newswires

**TD**

January 20, 2017 21:22 ET (02:22 GMT)

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0003x



PX333

Page 8008

FT FINANCIAL TIMES

**HD** **Apple sues Qualcomm for $1bn for abusing its monopoly position**

**BY** Hannah Kuchler in San Francisco

**WC** 551 words

**PD** 20 January 2017

**ET** 20:57

**SN** Financial Times (FT.Com)

**SC** FTCMA

**LA** English

**CY** Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

**LP**

Apple has filed a $1bn lawsuit against Qualcomm accusing the chipmaker of abusing a monopoly position, after the US and South Korean regulators argued it exploited its market dominance at the expense of handset makers.

Shares in Qualcomm fell 2.4 per cent to $62.88 just before the markets closed on Friday when the lawsuit was published. This is the first direct challenge by one of Qualcomm's major customers but it follows a lawsuit by the US Federal Trade Commission on Tuesday, and an $890m fine from the South Korean antitrust authorities late last year.

**TD**

Apple is demanding a payment of $1bn it believes is due as a rebate for licensing fees, which it claims the chipmaker is holding back as punishment for Apple "responding truthfully" to the South Korean investigation. Qualcomm, it claims, charges Apple at least five times more than what it pays all its other cellular patent licensers combined.

"Qualcomm built its business on older, legacy, standards but reinforces its dominance through exclusionary tactics and excessive royalties," Apple said in a statement.

"We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

Qualcomm said that Apple had "intentionally mischaracterised" the agreements and negotiations between the two companies.

The smartphone patent wars are heating up, as questions left unanswered in the last round of litigation between Apple, Samsung, Google and Motorola emerge again.

Last month, Apple and Nokia launched legal challenges against each other on both sides of the Atlantic, with Apple accusing two companies associated with the Finnish group of trying to extract and extort exorbitant revenue, and Nokia claiming Apple had infringed 32 of its patents in products that include the iPhone and iPad.

In the complaint in the Qualcomm case, Apple asks the court to look at a representative sample of Qualcomm's patents to see if they are valid and to examine if the royalties are too high. Every time Apple adds a new feature, such as touch ID to access Apple Pay, or increasing the memory on an iPhone, Qualcomm collects a larger royalty, the complaint claims.

"Apple products are among the most innovative in the world, yet because of its monopoly power, its suppression of the disclosure of information to government agencies investigating Qualcomm, and an

abusive licensing model, Qualcomm believes it is entitled to collect its 'tribute' on every such improvement," it writes.

Apple also accuses Qualcomm of coercing customers into remaining quiet in an effort to keep courts and regulators in the dark.

"Qualcomm pursues its illegal practices through a secret web of agreements designed to obfuscate its conduct," it added.

Dan Rosenberg, Qualcomm's executive vice-president and general counsel, said Qualcomm was still reviewing the complaint but it was clear the claims were "baseless".

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world," he said. "We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits."

**CO** ftrade : Federal Trade Commission | applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170120ed1k00bq9

 © 2023 Factiva, Inc. All rights reserved.

The Washington Post

SE A-Section

HD **Digest**

WC 674 words

PD 21 January 2017

SN The Washington Post

SC WP

ED FINAL

PG A07

LA English

CY Copyright 2017, The Washington Post Co. All Rights Reserved

LP

TECHNOLOGY

Apple seeks $1 billion from Qualcomm

TD

Apple filed a lawsuit Friday accusing Qualcomm of monopolizing the market for computer chips for wireless devices and of withholding $1 billion in retaliation for Apple's cooperation with antitrust authorities in South Korea.

Qualcomm has been under fire from regulators around the world for its patent licensing practices. Apple's lawsuit is the first direct challenge by one of Qualcomm's biggest customers.

In December, South Korea fined the company $890 million and described its practices as monopolistic. Qualcomm has said it will appeal the decision.

Under an agreement with Qualcomm, Apple said, it was forced to refrain from taking any steps to challenge Qualcomm's business model.

When Apple complied with demands from Korean regulators, Qualcomm said that was a violation of the agreement.

In retaliation, Qualcomm withheld money that it was to pay Apple in royalty rebates, the iPhone maker said.

Apple is demanding that the chipmaker hand over the money.

The suit also challenges the validity of some Qualcomm patents for wireless technologies. Apple is asking the court to rule that, if the patents are upheld, the royalty amount is significantly lower than what Qualcomm charges now.

- Bloomberg News

AUTO INDUSTRY

New Mexico suing Takata, automakers

New Mexico Attorney General Hector Balderas filed a lawsuit Friday against Japanese manufacturer Takata and a list of automakers over the sale of cars with dangerous air bag inflaters.

The attorney general's office argues that the manufacturers had a duty to ensure that their products were safe. Concealment of defects in the air bags amounted to unfair, deceptive and unconscionable trade practices under New Mexico law, the suit says.

Takata already has agreed to pay $1 billion in fines and restitution in a plea deal with the federal Justice Department over a years-long scheme to conceal the deadly defect in its inflaters. It also faces other litigation.

New Mexico's case also targets numerous automakers that used the faulty bags in their vehicles.

The state is seeking civil penalties for each defective air bag that entered the New Mexico market and penalties for each day the manufacturers misrepresented the safety of their products. State prosecutors also are seeking a jury trial.

Takata air bag inflaters can explode with too much force, spewing shrapnel at passengers. At least 27 people have died because of the defect.

- Associated Press

Also in Business

l Puerto Rican Gov. Ricardo Rossello is criticizing orders from a federal control board in the first clash over how best to tackle the island's deep economic crisis. Rossello said Friday that the board's demands are unacceptable and differ greatly from his vision to promote economic growth. On Wednesday, the control board ordered the administration to present a plan that would generate $4.5 billion a year in revenue or savings through 2019. Officials said Puerto Rico should reform its tax system, reduce health-care and higher education spending, and cut the size of its government.

l AT&T signed up new pay-TV customers for the first time in seven quarters, thanks to its new live online video service. DirecTV Now, which targets consumers who don't subscribe to traditional TV, helped woo at least 200,000 video subscribers in the fourth quarter and offset a loss of satellite-TV customers, according to a filing Friday of preliminary results. The gain reflects a promotional offer of $35 a month for 100-plus channels. AT&T introduced DirecTV Now in November and now charges $60 a month for a similar number of channels.

l The ride-hailing company Uber has hired the man behind Google search to help grow its self-driving car program. Amit Singhal announced on his blog Friday that he will join Uber after 15 years at Alphabet, where he led Google's search division. He will be senior vice president of engineering. Singhal called Uber "a geek's candy store" and said he was excited by the engineering challenges it is tackling.

- From news services

**CT**

**RF** WP20170121digest0121

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | nnam : News Agency Materials | nsum : News Digests | ncdig : Corporate Digests | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usa : United States | namz : North America

**IPD** National-Economy

**PUB** Washington Post

**AN** Document WP00000020170121ed1l0002z

 © 2023 Factiva, Inc. All rights reserved.

NATIONAL POST

| | |
|---|---|
| **SE** | Financial Post |
| **HD** | **Apple sues Qualcomm over patent royalties, antitrust case** |
| **BY** | Susan Decker |
| **CR** | Bloomberg News |
| **WC** | 142 words |
| **PD** | 21 January 2017 |
| **SN** | National Post |
| **SC** | FINP |
| **ED** | All_but_Toronto |
| **PG** | FP2 |
| **LA** | English |
| **CY** | © 2017 National Post . All Rights Reserved. |

**LP**

Apple Inc. filed a lawsuit accusing Qualcomm Inc. of monopolizing the market for chips for wireless devices, and of withholding US$1 billion in retaliation for co-operating with antitrust authorities in South Korea.

Qualcomm has been under fire for its patent licensing practices. The lawsuit filed Friday is the first direct challenge by one of its biggest customers.

**TD**

Apple is demanding Qualcomm hand over money that was supposed to be a rebate for licensing fees. Qualcomm is holding back the money as punishment for Apple cooperating with Korean antitrust regulators, according to the complaint.

The complaint also challenges the validity of some key Qualcomm patents. Apple asks the court to rule that, if the patents are upheld, the royalty amount is significantly lower than what Qualcomm charges now.

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| c34 : Anti-Competition Issues \| nnam : News Agency Materials \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | cana : Canada \| namz : North America |
| **IPD** | News |
| **PUB** | National Post |
| **AN** | Document FINP000020170121ed1l0001d |

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Chips -- WSJ**

**WC** 846 words
**PD** 21 January 2017
**ET** 02:32
**SN** Dow Jones Institutional News
**SC** DJDN
**PG** B3
**LA** English
**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

iPhone maker says component supplier unfairly leveraged its monopoly position

By Tripp Mickle

**TD**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has

never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 21, 2017 02:32 ET (07:32 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0002c

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Sues Qualcomm Over Chips -- WSJ**

**WC** 846 words

**PD** 21 January 2017

**ET** 02:47

**SN** Dow Jones Institutional News

**SC** DJDN

**PG** B3

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

iPhone maker says component supplier unfairly leveraged its monopoly position

By Tripp Mickle

**TD**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month an nounced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has

never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display -- not Qualcomm's chip -- Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

--Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

(END) Dow Jones Newswires

January 21, 2017 02:47 ET (07:47 GMT)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00083

The New York Times

SE Business/Financial Desk; SECTB

HD **Apple Adds to Qualcomm's Troubles, Filing a Lawsuit Over Rebates**

BY By QUENTIN HARDY

WC 1,208 words

PD 21 January 2017

SN The New York Times

SC NYTF

ED Late Edition - Final

PG 1

LA English

CY Copyright 2017 The New York Times Company. All Rights Reserved.

LP

SAN FRANCISCO -- By mastering some tough computer chip technology and then pulling off an audacious business strategy based on selling its smartphone knowledge, Qualcomm has made billions of dollars and seized influence in the tech industry.

Some days that is a real drag.

TD

On Friday, Apple, its longtime partner, sued Qualcomm over what it said was $1 billion in withheld rebates. In the lawsuit, filed in Federal District Court for the Southern District of California, in San Diego, Apple said the money had been promised in conjunction with an agreement not to buy chips from other suppliers or to divulge Qualcomm's intellectual property licensing practices. The suit seeks the rebates, among other things.

Apple sued three days after the Federal Trade Commission accused Qualcomm of using anticompetitive practices to guarantee its high royalty payments for advanced wireless technology. The commission cited Qualcomm's deals with Taiwanese companies that manufacture Apple iPhones over semiconductors it sells for the iPhone.

In its complaint, the commission described Qualcomm as "the world's dominant supplier" of semiconductors that manage smartphone communications. The commission said Qualcomm had obtained "elevated royalties" for its patented intellectual property on wireless communications. Other smartphone chip makers have to pay Qualcomm for that intellectual property, too.

The commission and Apple complaints follow several other problems, including a $975 million fine by Chinese regulators in 2015 and activist shareholder complaints later that year that forced layoffs at Qualcomm. Last month, Qualcomm was fined $850 million in South Korea for unfair patent licensing.

When Apple provided information to South Korean regulators in that case, and sought competing chips from Intel, Qualcomm refused to pay Apple its promised money, Apple said.

Qualcomm has vowed to fight the South Korean charge and the F.T.C. suit. "Apple has intentionally mischaracterized our agreements and negotiations," Qualcomm said in a statement, adding that it would fight that lawsuit, too.

Few expect Qualcomm to back down. It was shaped by its founders to be brainy, combative and profitable.

"They are seasoned, and equipped to fight," said Mark Hung, an analyst at Gartner. "But when such a big company is so reliant on the way it sells its intellectual property, and under the microscope in various geographies, it's tough."

Qualcomm, which is based in San Diego, far from Silicon Valley, was founded in 1985 by seven people, including Irwin Jacobs and Andrew Viterbi. The two were well-regarded electrical engineering professors who had formed a military satellite communications company.

Qualcomm's engineers work at a 41-building campus between a park and the University of California, San Diego. They have earned thousands of patents, including for the airplane mode on smartphones and the way apps are downloaded from stores.

Companies like Samsung and Apple need Qualcomm for the technology that enables things like high-speed wireless video for millions of people at once.

Its major technology is spread spectrum, which harnesses lots of computation and clever radio engineering for use in the various functions of smartphones.

Qualcomm's radio technology is called CDMA, for code division multiple access, a way voice calls work more efficiently over cellphone networks. And the company's influence grew over the last several years with the advent of third-generation, or 3G, phones as people started downloading lots of mobile data as well as making calls.

At the time, many thought Qualcomm's success would be limited to that transition. Instead, Qualcomm innovated in 4G wireless for the new smartphones from Samsung and Apple that toppled Nokia and Motorola. In its last fiscal year, Qualcomm had revenue of $23.6 billion and a profit of $5.7 billion.

Qualcomm's ventures in phones and network gear helped promote CDMA but did not make much money because older companies did not need CDMA until the success of wireless began to tax the capacity of their networks. Qualcomm turned to Asian companies that wanted to get into wireless.

"You'd never have seen the Koreans or the Chinese in wireless if not for Qualcomm and CDMA," said Clint McClellan, a 17-year employee of Qualcomm who now runs a wireless health business. "We enabled those markets."

South Korea, in particular, made CDMA an industrial policy, which carried Qualcomm for years. More recently, China accounted for half of Qualcomm's revenue. Apple's Taiwanese manufacturers, which pay Qualcomm royalties for iPhones, are another big profit center.

Qualcomm would not say what it charges for its intellectual property, but analysts figure the fee usually amounts to 5 percent of the selling price of a phone -- at least it did, until the 2015 Chinese fine, which included an agreement that Chinese manufacturers pay only about half the old Qualcomm royalty.

That, and problems collecting Chinese royalties even before the agreement, hurt Qualcomm's share price. In 2015, Jana Partners, an activist hedge fund, stepped in and pressed for a breakup of the company into separate intellectual property and chip businesses.

That did not happen, but Qualcomm cut about 15 percent of its staff, cut executive pay and gave Jana three board seats. The stock has recovered to about where it was just before the fine, but not to the heights it reached before the problems.

By helping to create today's smartphone giants, Qualcomm may have engineered its current woes. Qualcomm executives say they see a connection between the China discounts, which Qualcomm had hoped would be limited to that country, and the latest regulatory attacks.

"We believe Samsung had a major role to play in the Korean decision," said Don Rosenberg, a lawyer for Qualcomm. The regulators, he said, "were prodded and misled by commercial interests."

In an email, Hea-Ryoung Jee, a spokeswoman for Samsung, said it "was one of many multinational corporations" that responded to questions from South Korean regulators.

Qualcomm's lawyer figures the Korean case may take years to move through the courts. And recent events, including the impeachment of South Korea's president and a bribery scandal at Samsung, could complicate, or eliminate, Qualcomm's regulatory issues there.

 © 2023 Factiva, Inc. All rights reserved.

Additionally, the F.T.C. has just three of its normal five commissioners. One of those, Maureen Ohlhausen, a Republican, voted against the suit. She may be named chairwoman when the current chairwoman, Edith Ramirez, a Democrat, steps down on Feb. 10.

Neither the F.T.C. nor Apple would comment on the United States case against Qualcomm.

"It's disappointing when our partners want to pay less after we've contributed to their success," said Derek Aberle, Qualcomm's president.

Now it must get out ahead of other technology inventors in 5G, possibly while paying billions in fines and dealing with a painful restructuring and fraying relationships with its biggest customers.

"We're not sitting still" while the problems are sorted, Mr. Aberle said. "You have to invest, and invent cool stuff that will change the way people live their lives."

In other words, create unique technology so people will keep paying for Qualcomm's expensive intellectual property.

**ART** A Las Vegas show this month. In December, Qualcomm was fined $850 million in South Korea. (PHOTOGRAPH BY GEORGE ROSE/GETTY IMAGES) (B4)

**CO** ftrade : Federal Trade Commission | applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | skorea : South Korea | usca : California | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America | usw : Western U.S.

**IPD** Business/Financial Desk

**PUB** The New York Times Company

**AN** Document NYTF000020170121ed1l0005a

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **DJ QUALCOMM Incorporated, Inst Holders, 4Q 2016 (QCOM)**

**WC** 759 words

**PD** 21 January 2017

**ET** 03:03

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

The following table shows the largest shareholders in QUALCOMM INC COM (QCOM) for the quarter ended December 31, 2016, listed by holding size. The list represents up to 50 of the largest holders in the company.

Note: Unless otherwise mentioned the reporting date is 12/31/2016

**TD**

| Institution | Shares Held | Shares Changed | % Held | Last Report |
|---|---|---|---|---|
| The Vanguard Group Inc. | 97,198,871 | 2,819,248 | 6.581 | 09/30 |
| SSgA Funds Management Inc. | 66,472,162 | 8,136,506 | 4.501 | 09/30 |
| BlackRock Fund Advisors | 61,177,676 | 3,816,224 | 4.142 | 09/30 |
| Fidelity Management & Research | 60,662,768 | 8,300,448 | 4.107 | 09/30 |
| Barrow Hanley Mewhinney & St | 21,024,535 | (573,470) | 1.424 | 09/30 |
| Northern Trust Investments In | 20,283,988 | 513,204 | 1.373 | 09/30 |
| T. Rowe Price Associates Inc. | 18,415,572 | 1,647,152 | 1.247 | 09/30 |
| Jennison Associates LLC | 17,576,366 | 10,234,556 | 1.190 | 09/30 |
| Columbia Management Investment | 17,097,778 | 985,902 | 1.158 | 09/30 |
| PRIMECAP Management Co. | 16,980,554 | (339,570) | 1.150 | 09/30 |
| Orbis Investment Management Lt | 16,207,559 | (1,738,213) | 1.097 | 09/30 |
| Capital Research & Management | 15,964,849 | 1,498,389 | 1.081 | 09/30 |
| Loomis Sayles & Co. LP | 15,927,250 | 487,780 | 1.078 | 09/30 |
| Jackson Square Partners LLC | 14,995,509 | (2,203,552) | 1.015 | 09/30 |
| Geode Capital Management LLC | 14,634,512 | 858,063 | 0.991 | 09/30 |
| Invesco PowerShares Capital Ma | 13,617,925 | 1,712,141 | 0.922 | 09/30 |
| The Caisse de depot et placeme | 12,269,100 | (65,900) | 0.831 | 09/30 |
| Mellon Capital Management Corp | 11,724,309 | 485,403 | 0.794 | 09/30 |
| BlackRock Advisors LLC | 11,688,812 | (2,131,452) | 0.791 | 09/30 |
| Capital Research & Management | 11,400,000 | 4,150,000 | 0.772 | 09/30 |
| Managed Account Advisors LLC | 10,660,558 | (364,875) | 0.722 | 09/30 |
| Wells Fargo Advisors LLC | 10,494,301 | 65,365 | 0.711 | 09/30 |
| Invesco Advisers Inc. | 10,430,056 | (157,161) | 0.706 | 09/30 |
| Brown Brothers Harriman & Co. | 10,198,713 | (1,257,978) | 0.691 | 09/30 |
| BlackRock Investment Managemen | 10,067,130 | (1,220,919) | 0.682 | 09/30 |
| Fisher Asset Management LLC | 9,688,348 | (2,893) | 0.656 | 12/31 |
| Wellington Management Co. LLP | 9,457,772 | 4,223,400 | 0.640 | 09/30 |
| Magellan Asset Management Ltd. | 9,453,133 | 206,974 | 0.640 | 09/30 |

| | | | | |
|---|---|---|---|---|
| Dimensional Fund Advisors LP | 8,944,700 | 1,188,903 | 0.606 | 09/30 |
| Merrill Lynch Pierce Fenner | 8,770,013 | (1,140,151) | 0.594 | 09/30 |
| JPMorgan Investment Management | 8,512,706 | 1,505,056 | 0.576 | 09/30 |
| Artisan Partners LP | 8,439,482 | (62,435) | 0.571 | 09/30 |
| Grantham Mayo Van Otterloo & | 8,287,646 | (855,014) | 0.561 | 09/30 |
| BlackRock Investment Managemen | 7,820,824 | (527,273) | 0.530 | 09/30 |
| Morgan Stanley Smith Barney LL | 7,717,149 | 271,297 | 0.523 | 09/30 |
| LSV Asset Management | 7,702,168 | 711,245 | 0.522 | 09/30 |
| Legal & General Investment Man | 7,118,938 | 31,859 | 0.482 | 09/30 |
| Deutsche Asset Management Inve | 7,082,642 | 617,364 | 0.480 | 09/30 |
| The Bank of New York Mellon Co | 6,917,797 | 1,258,886 | 0.468 | 09/30 |
| Charles Schwab Investment Mana | 6,518,242 | 398,983 | 0.441 | 09/30 |
| Harris Associates LP | 6,183,306 | 15,251 | 0.419 | 09/30 |
| TIAA-CREF Investment Managemen | 5,717,069 | 533,158 | 0.387 | 09/30 |
| Parametric Portfolio Associate | 5,665,552 | (85,815) | 0.384 | 09/30 |
| BlackRock Advisors (UK) Ltd. | 5,522,153 | (66,355) | 0.374 | 09/30 |
| Goldman Sachs Asset Management | 5,513,268 | (386,084) | 0.373 | 09/30 |
| Lord Abbett & Co. LLC | 5,333,996 | 327,493 | 0.361 | 09/30 |
| Manulife Asset Management (US) | 5,131,905 | (1,273,986) | 0.347 | 09/30 |
| Franklin Advisers Inc. | 4,896,817 | (983,590) | 0.332 | 09/30 |
| Credit Suisse Securities (USA) | 4,831,438 | 276,588 | 0.327 | 09/30 |
| Quantitative Management Associ | 4,741,644 | 679,904 | 0.321 | 09/30 |

13F data provided by: Factset Research Systems Inc.;
Please send questions to ownership@factset.com.
Copyright, Factset Research Systems, 2017. All Rights Reserved.

(END) Dow Jones Newswires

January 21, 2017 03:03 ET (08:03 GMT)

**CO** vngd : The Vanguard Group Inc | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i831 : Financial Investments | ifinal : Financial Services | iinv : Investing/Securities

**NS** c181 : Acquisitions/Mergers/Divestments | ceqpm : Equity Portfolios of $100 Million (13F) | cgvfil : Government Filings | neqac : Equities Asset Class News | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l0008m

Los Angeles Times

SE Business; Business Desk

HD **BUSINESS BEAT; Apple lawsuit seeks $1 billion from Qualcomm**

CR Associated Press

WC 298 words

PD 21 January 2017

SN Los Angeles Times

SC LATM

ED Home Edition

PG C-2

LA English

CY Copyright 2017 The Los Angeles Times

LP

Apple Inc. is suing mobile chip maker Qualcomm Inc. for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The complaint filed Friday in a San Diego federal court depicts Qualcomm as a monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

TD

Apple says it has been cooperating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

Qualcomm didn't immediately respond to requests for comment. The San Diego company has said that its 3G and 4G cellular patents are essential to what makes smartphones truly mobile, with the ability to link to the Internet from almost anywhere. The royalties it has been charging for these key technologies for more than two decades are not unreasonable, the company contends.

Cupertino, Calif.-based Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging that Qualcomm has been imposing unfair licensing terms on manufacturers.

The FTC alleged that Qualcomm used its dominant market share in wireless chips to get excessive royalties on key, standard essential patents, which are supposed to be made available at reasonable rates under law.

The agency also accused Qualcomm of giving Apple rebates in exchange for being the exclusive supplier of cellular modems in iPhones from 2011 through 2015 -- hurting competitors. And the FTC lawsuit came a month after a South Korean regulator, the Korea Fair Trade Commission, fined Qualcomm $865 million over patent royalties.

--

San Diego Union-Tribune staff writer Mike Freeman contributed to this report.

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

| | |
|---|---|
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| nnam : News Agency Materials \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Wire |
| **PUB** | Tribune Publishing Company |
| **AN** | Document LATM000020170121ed1l0001e |

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Factory Mutual Insurance Co. Sells 80,000 Shares of Qualcomm Inc.**

**WC** 892 words

**PD** 21 January 2017

**SN** Cyprus Mail

**SC** CYMAIL

**LA** English

**CY** © 2017, Cyprus Mail, All rights Reserved - Provided by SyndiGate Media Inc.

**LP**

Factory Mutual Insurance Co. reduced its stake in Qualcomm Inc. (NASDAQ:QCOM) by 6.0% during the third quarter, according to its most recent Form 13F filing with the Securities and Exchange Commission. The firm owned 1,263,700 shares of the wireless technology companys stock after selling 80,000 shares during the period. Factory Mutual Insurance Co. owned 0.09% of Qualcomm worth $86,563,000 at the end of the most recent reporting period.

**TD**

Several other institutional investors have also bought and sold shares of QCOM. Capital Research Global Investors acquired a new position in Qualcomm during the second quarter valued at $774,968,000. Capital World Investors acquired a new position in Qualcomm during the second quarter valued at $388,383,000. FMR LLC increased its position in Qualcomm by 9.2% in the second quarter. FMR LLC now owns 56,983,582 shares of the wireless technology companys stock valued at $3,052,610,000 after buying an additional 4,823,120 shares during the last quarter. Franklin Resources Inc. increased its position in Qualcomm by 23.4% in the second quarter. Franklin Resources Inc. now owns 9,300,593 shares of the wireless technology companys stock valued at $498,233,000 after buying an additional 1,761,425 shares during the last quarter. Finally, Bank of Montreal Can acquired a new position in Qualcomm during the second quarter valued at $87,048,000. Hedge funds and other institutional investors own 78.41% of the companys stock.

Shares of Qualcomm Inc. (NASDAQ:QCOM) opened at 64.44 on Friday. The firms 50-day moving average is $66.49 and its 200-day moving average is $64.19. The company has a market cap of $95.17 billion, a PE ratio of 16.91 and a beta of 1.35. Qualcomm Inc. has a 1-year low of $42.24 and a 1-year high of $71.62.

Qualcomm (NASDAQ:QCOM) last posted its earnings results on Wednesday, November 2nd. The wireless technology company reported $1.28 earnings per share (EPS) for the quarter, beating the consensus estimate of $1.13 by $0.15. Qualcomm had a return on equity of 19.31% and a net margin of 24.22%. The company had revenue of $9.17 billion for the quarter, compared to analyst estimates of $5.84 billion. During the same quarter in the previous year, the firm earned $0.91 earnings per share. The firms quarterly revenue was up 68.2% compared to the same quarter last year. On average, equities analysts forecast that Qualcomm Inc. will post $4.76 earnings per share for the current fiscal year.

The firm also recently declared a quarterly dividend, which will be paid on Wednesday, March 22nd. Stockholders of record on Wednesday, March 1st will be paid a dividend of $0.53 per share. The ex-dividend date is Monday, February 27th. This represents a $2.12 dividend on an annualized basis and a dividend yield of 3.29%. Qualcomms payout ratio is 55.64%.

QCOM has been the subject of several recent analyst reports. Mizuho raised shares of Qualcomm from a neutral rating to a buy rating and set a $75.00 price objective for the company in a research note on Thursday, September 29th. Cowen and Company reaffirmed an outperform rating and set a $74.00 price objective on shares of Qualcomm in a research note on Monday, October 10th. Susquehanna initiated coverage on shares of Qualcomm in a research note on Tuesday, December 20th. They set a positive rating and a $80.00 price objective for the company. Nomura raised shares of Qualcomm from a neutral rating to a buy rating and boosted their price objective for the company from $55.00 to $80.00 in a research note on Monday, October 31st. Finally, Vetr cut shares of Qualcomm from a buy rating to a hold rating and set a

$71.00 price objective for the company. in a research note on Monday, October 3rd. Eighteen investment analysts have rated the stock with a hold rating, nineteen have given a buy rating and one has issued a strong buy rating to the stock. The stock has an average rating of Buy and an average price target of $67.92.

In other news, EVP Alexander H. Rogers sold 8,993 shares of the businesss stock in a transaction dated Thursday, December 29th. The stock was sold at an average price of $65.50, for a total transaction of $589,041.50. Following the sale, the executive vice president now owns 655 shares in the company, valued at $42,902.50. The sale was disclosed in a legal filing with the Securities & Exchange Commission, which is available through this hyperlink. Also, Director Stiles Barbara Alexander sold 22,000 shares of the businesss stock in a transaction dated Tuesday, November 8th. The stock was sold at an average price of $68.52, for a total value of $1,507,440.00. Following the sale, the director now owns 2,440 shares in the company, valued at approximately $167,188.80. The disclosure for this sale can be found here. Insiders have sold 99,758 shares of company stock worth $6,704,656 in the last 90 days. Insiders own 0.24% of the companys stock.

**CO** fmi : Factory Mutual Insurance Co | fmrc : FMR LLC | qcom : Qualcomm Incorporated

**IN** i79022 : Wireless Telecommunications Services | i7902 : Telecommunication Services | i34531 : Semiconductors | i82 : Insurance | i82003 : Non-life Insurance | i831 : Financial Investments | ifinal : Financial Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | iinv : Investing/Securities | itech : Technology

**NS** c181 : Acquisitions/Mergers/Divestments | c151 : Earnings | ceqpm : Equity Portfolios of $100 Million (13F) | c182 : Physical Asset Transactions | c15 : Financial Performance | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | cgvfil : Government Filings | ncat : Content Types | nfact : Factiva Filters | nfcpin : C&E Industry News Filter

**IPD** Financial Services

**PUB** Cyprus Mail Ltd

**AN** Document CYMAIL0020170121ed1l0008f

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

| | |
|---|---|
| HD | **Apple depicts Qualcomm as a shady monopolist in $1B lawsuit** |
| CR | AP |
| WC | 335 words |
| PD | 20 January 2017 |
| ET | 20:59 |
| SN | The Canadian Press |
| SC | CPR |
| LA | English |
| CY | (c) 2017 The Canadian Press. All rights reserved. |

**LP**

SAN FRANCISCO _ Apple is suing mobile chip maker Qualcomm for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The 100-page complaint filed Friday in a San Diego federal court depicts Qualcomm as a greedy monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

**TD**

For instance, Qualcomm demanded royalties on Apple's fingerprint identification system built into recent models of the iPhone and also for larger storage capacities on the devices, according to the lawsuit.

Qualcomm denied the allegations.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, Qualcomm's general counsel.

Apple says it has been co-operating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

"Qualcomm's recent effort to cover its tracks _ by punishing Apple for providing truthful testimony at the request of government regulators _ underscores the lengths to which Qualcomm will go to protect its extortion scheme," the lawsuit alleges.

Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging Qualcomm has been imposing unfair licensing terms on manufacturers.

Besides co-operating with the FTC's investigation, Apple says it has been providing information about its dealings with Qualcomm to regulators in Europe, South Korea and Taiwan.

South Korea regulators last month imposed an $853 million fine on Qualcomm for violating its antitrust laws, a decision that Qualcomm is fighting.

Shares in San Diego-based Qualcomm Inc. fell $1.56, or 2.4 per cent, to close Friday at $62.88. Those of Apple Inc., which is based in Cupertino, California, ended up 22 cents at $120.

| | |
|---|---|
| RF | 20170120CPCPB9690 |
| CO | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| IN | ismart : Smartphones \| i3302 : Computers/Consumer Electronics \| i3441 : Telecommunications Technology/Equipment \| i34411 : Mobile Communications Equipment \| i3454 : Personal Electronics \| |

| | |
|---|---|
| | icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | c12 : Corporate Crime/Legal Action \| c133 : Patents \| nnam : News Agency Materials \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usca : California \| namz : North America \| usa : United States \| usw : Western U.S. |
| **IPD** | B |
| **PUB** | The Canadian Press |
| **AN** | Document CPR0000020170121ed1l0008b |

 © 2023 Factiva, Inc. All rights reserved.

SE News

HD **in other news**

WC 74 words

PD 21 January 2017

SN San Diego Union-Tribune

SC SDU

ED Final ME

PG 1

LA English

CY Copyright 2017, San Diego Union-Tribune. Distributed by NewsBank, Inc.

LP

Apple suing Qualcomm

Apple is suing Qualcomm for roughly $1 billion, saying Qualcomm has been "charging royalties for technologies they have nothing to do with."

TD

The complaint was filed on Friday. Story, C1

Storm pounds county

Winds gusting upward of 50 mph whipped the region Friday, knocking out power to 36,000 customers, shutting theme parks and forcing motorists to keep a tight grip on their steering wheels. Story, B1

CO qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS npag : Page-One Stories | ncat : Content Types

RE usca : California | namz : North America | usa : United States | usw : Western U.S.

PUB Union-Tribune Publishing Company

AN Document SDU0000020170121ed1l0000i

U-T San Diego

**SE** Business

**HD** **Apple challenges Qualcomm; with $1b suit over royalties; Legal battle in S.D. follows FTC's action over alleged unfair patent licensing**

**BY** Mike Freeman

**WC** 574 words

**PD** 21 January 2017

**SN** San Diego Union-Tribune

**SC** SDU

**ED** Final ME

**PG** 1

**LA** English

**CY** Copyright 2017, San Diego Union-Tribune. Distributed by NewsBank, Inc.

**LP**

Apple is suing Qualcomm for roughly $1 billion, saying Qualcomm has been "charging royalties for technologies they have nothing to do with."

The suit follows the U.S. Federal Trade Commission's lawsuit against Qualcomm this week over alleged unfair patent-licensing practices.

**TD**

The complaint, filed in U.S. District Court in San Diego on Friday, alleges that Qualcomm has withheld $1 billion in rebate payments owed to Apple under an agreement between the two companies because Apple cooperated with an anti-trust investigation by the Korea Fair Trade Commission (KFTC).

Qualcomm is a major supplier to Apple and Samsung for "modem" chips that help phones connect to wireless networks.

The South Korean anti-trust regulator in December fined Qualcomm a record $865 million for anti-competitive patent-licensing practices.

"Qualcomm has withheld the required contractual payments from Apple even though the agreement clearly permits Apple to respond to the KFTC's lawful investigation and requests for information," according to the lawsuit. "If that were not enough, Qualcomm then attempted to extort Apple into changing its responses and providing false information to the KFTC in exchange for Qualcomm's release of those payments to Apple. Apple refused."

In an email response, Qualcomm General Counsel Don Rosenberg called Apple's allegations "baseless."

Efforts to reach Qualcomm have been unsuccessful. The company has said in the past that its 3G and 4G cellular patents are essential to what makes smartphones truly mobile with the ability to link to the Internet from almost anywhere. The royalties it has been charging for these key technologies for more than two decades are not unreasonable, the company contends.

The San Diego wireless giant also vigorously denies claims made by the FTC and the Korea Fair Trade Commission, saying they are based on a flawed legal theory and inaccurate information about the mobile industry.

Apple issued the following statement regarding the lawsuit:

"For many years Qualcomm has unfairly insisted on charging royalties for technologies they have nothing to do with. The more Apple innovates with unique features such as TouchID, advanced displays, and cameras, to name just a few, the more money Qualcomm collects for no reason and the more expensive it becomes for

Apple to fund these innovations. Qualcomm built its business on older, legacy standards but reinforces its dominance through exclusionary tactics and excessive royalties. Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined.

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1B in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them.

"Apple believes deeply in innovation and we have always been willing to pay fair and reasonable rates for patents we use. We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts."

mike.freeman@sduniontribune.

com (760) 529-4973

Twitter: @TechDiego

**ART** Qualcomm last month was fined a record $865 million by South Korea over its patent practices. Gregory Bull AP

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Union-Tribune Publishing Company

**AN** Document SDU0000020170121ed1l0000k

 © 2023 Factiva, Inc. All rights reserved.

**SE** Business

**HD** **Qualcomm Issues Statement On Apple Complaint**

**WC** 163 words

**PD** 21 January 2017

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2017 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - Qualcomm Incorporated (QCOM) said the claims made by Apple in its lawsuit against the company are baseless. On Friday, Apple filed a $1 billion lawsuit against Qualcomm in U.S. alleging non-payment of promised rebates.

"Apple has intentionally mischaracterized our agreements and negotiations, as well as the enormity and value of the technology we have invented, contributed and shared with all mobile device makers through our licensing program. Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world by misrepresenting facts and withholding information," said Don Rosenberg, general counsel, Qualcomm.

**TD**

On January 17, The Federal Trade Commission filed a complaint in federal district court charging Qualcomm with using anticompetitive tactics to maintain its monopoly in the supply of a key semiconductor device used in cell phones and other consumer products.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2017 RTTNews.com. All Rights Reserved

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated | applc : Apple Inc.

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | npress : Press Releases | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020170121ed1l0005l

Deutsche Welle

**HD** **Apple suing Qualcomm for $1 billion over unfair royalties**

**WC** 400 words

**PD** 20 January 2017

**ET** 23:47

**SN** Deutsche Welle

**SC** DEUEN

**LA** English

**CY** (c) 2017. Deutsche Welle.

**LP**

Apple is suing mobile chip maker Qualcomm over claims it abused market power to demand unfair royalties. Apple uses Qualcomm products in its mobile devices to work with telecommunication networks.

Technology giant Apple sued mobile chip producer Qualcomm in San Diego federal court Friday for $1 billion (934 million euros) for charging unfair royalties on innovations on the iPhone, Apple's popular mobile phone.

**TD**

In an email to French press agency AFP, Apple charged that "to protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them."

In the 100-page complaint, Apple stated Qualcomm demanded royalties on Apple's fingerprint identification system on recent versions of the iPhone, as well as larger storage capabilities on the mobile phones, according to the lawsuit.

Qualcomm rejected Apple's claims. "Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world…by misrepresenting facts and withholding information," said Qualcomm executive vice president Don Rosenberg in a statement.

Apple uses Qualcomm products in its iPhones and iPad tablets to work with telecommunication networks.

Qualcomm in trouble

The Apple suit comes three days following the Federal Trade Commission (FTC) filed a lawsuit stating Qualcomm imposed unfair licensing terms on manufacturers. Apple also noted Qualcomm's license terms in its suit. Qualcomm called the FTC suit "significantly flawed."

Qualcomm is in hot water in South Korea as well, as regulators in the Asian country imposed a fine of over $850 million against the San Diego-based Qualcomm in December for violating the country's antitrust laws. Qualcomm is fighting this decision.

Moor Insights and Strategy analyst Patrick Moorhead told AFP that the antitrust suits against Qualcomm may cause rival chip producers to gain ground.

"I think Apple is not comfortable in feeling that they have only one source and are taking this opportunity to go after Qualcomm," said Moorhead.

"Qualcomm is being looked at on every continent on the planet; this is probably, strategically, the right time for Apple to do this," Moorhead added.

Qualcomm shares fell 2.4 percent and Apple shares edged up just below 0.2 percent Friday.

kbd/kl (AFP, AP)

**RF** 37219348

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i7902202 : Mobile Telecommunications | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | i7902 : Telecommunication Services | i79022 : Wireless Telecommunications Services | i83944 : Internet Service Providers | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iint : Internet/Online | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** ntra : Transcripts | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | niwe : IWE Filter

**IPD** News

**PUB** Deutsche Welle

**AN** Document DEUEN00020170121ed1l000h2

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

SE Tech

HD **Apple Sues Qualcomm Over Licensing Practices; Apple alleges Qualcomm sought onerous terms for technology; Apple had cooperated in Korean probe into Qualcomm's licensing practices**

BY By Tripp Mickle
WC 897 words
PD 20 January 2017
ET 20:01
SN The Wall Street Journal Online
SC WSJO
LA English
CY Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

LP

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices—a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commissionsued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said earlier this week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit. Apple is on track to have sold more than $980 billion of iPhones in the decade since it went on sale in June 2007, said Horace Dediu, founder of market research firm Asymco.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

For Apple, those terms gave Qualcomm as much 5% of the average price of an iPhone, which sells for anywhere from $400 to nearly $1,000. Qualcomm's cut stayed the same even as Apple added elements that increased the iPhone's value, such as sophisticated cameras and displays.

For example, Apple charges about $549 for an iPhone 6s with a 4.7-inch display and $649 for a iPhone 6s Plus with a 5.5-inch display. Though much of the higher price is associated with the larger display—not Qualcomm's chip —Qualcomm would collect the same royalty percentage and therefore a larger dollar amount, according to terms outlined in the suit.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016—a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

Apple says Qualcomm's practices deterred Apple from switching to chips made by competitors like Intel Corp. That changed last year when it introduced Intel chips into a portion of its iPhone 7.

Ted Greenwald contributed to this article.

Write to Tripp Mickle at Tripp.Mickle@wsj.com

Related

* FTC's Qualcomm Suit Exposes Tensions in Smartphone Industry (Jan. 19, 2017)

* Federal Trade Commission Files Antitrust Lawsuit Against Qualcomm (Jan. 17, 2017)

* Apple Confirms $1 Billion Investment in SoftBank Vision Fund (Jan 5, 2017)

* Qualcomm to Pay $975 Million Antitrust Fine to China (Feb. 10, 2015)

* Qualcomm Says FTC Is Investigating It (Nov. 5, 2014)

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | i7902 : Telecommunication Services | icph : Computer Hardware | iindstrls : Industrial Goods | iint : Internet/Online | itech : Technology | icomp : Computing | iindele : Industrial Electronics

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c151 : Earnings | c34 : Anti-Competition Issues | gcat : Political/General News | c15 : Financial Performance | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**IPD** ANTICOMPETITIVE

**IPC** 005930.SE

**PUB** Dow Jones & Company, Inc.

 © 2023 Factiva, Inc. All rights reserved.

**AN** Document WSJO000020170120ed1k009n9

 © 2023 Factiva, Inc. All rights reserved.

AP

**HD** **Apple depicts Qualcomm as a shady monopolist in $1B lawsuit**

**WC** 331 words

**PD** 20 January 2017

**ET** 20:58

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2017. The Associated Press. All Rights Reserved.

**LP**

SAN FRANCISCO (AP) — Apple is suing mobile chip maker Qualcomm for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The 100-page complaint filed Friday in a San Diego federal court depicts Qualcomm as a greedy monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

**TD**

For instance, Qualcomm demanded royalties on Apple's fingerprint identification system built into recent models of the iPhone and also for larger storage capacities on the devices, according to the lawsuit.

Qualcomm denied the allegations.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, Qualcomm's general counsel.

Apple says it has been cooperating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

"Qualcomm's recent effort to cover its tracks — by punishing Apple for providing truthful testimony at the request of government regulators — underscores the lengths to which Qualcomm will go to protect its extortion scheme," the lawsuit alleges.

Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging Qualcomm has been imposing unfair licensing terms on manufacturers.

Besides cooperating with the FTC's investigation, Apple says it has been providing information about its dealings with Qualcomm to regulators in Europe, South Korea and Taiwan.

South Korea regulators last month imposed an $853 million fine on Qualcomm for violating its antitrust laws, a decision that Qualcomm is fighting.

Shares in San Diego-based Qualcomm Inc. fell $1.56, or 2.4 percent, to close Friday at $62.88. Those of Apple Inc., which is based in Cupertino, California, ended up 22 cents at $120.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i3302 : Computers/Consumer Electronics | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | gpol : Domestic Politics | gtel : Telecommunications | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | gpir : Politics/International Relations | gsci : Sciences/Humanities | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** sfra : San Francisco | usa : United States | usca : California | namz : North America | usw : Western U.S.

**IPD** US

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020170120ed1k00f1u

 © 2023 Factiva, Inc. All rights reserved.

M2 PressWIRE

| | |
|---|---|
| **HD** | **Qualcomm Comments on Apple Complaint** |
| **WC** | 318 words |
| **PD** | 21 January 2017 |
| **SN** | M2 Presswire |
| **SC** | MTPW |
| **LA** | English |
| **CY** | © 2017, M2 Communications. All rights reserved. |

**LP**

SAN DIEGO - “While we are still in the process of reviewing the complaint in detail, it is quite clear that Apple’s claims are baseless. Apple has intentionally mischaracterized our agreements and negotiations, as well as the enormity and value of the technology we have invented, contributed and shared with all mobile device makers through our licensing program. Apple has been actively encouraging regulatory attacks on Qualcomm’s business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information. We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple’s practices and a robust examination of the merits,” said Don Rosenberg, executive vice president and general counsel, Qualcomm Incorporated.

About Qualcomm

**TD**

Qualcomm’s technologies powered the smartphone revolution and connected billions of people. We pioneered 3G and 4G - and now, we are leading the way to 5G and a new era of intelligent, connected devices. Our products are revolutionizing industries including automotive, computing, IoT and healthcare, and are allowing millions of devices to connect with each other in ways never before imagined. Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, all of our engineering, research and development functions, and all of our products and services businesses, including our semiconductor business, QCT, and our mobile, automotive, computing, IoT and healthcare businesses.

To learn more, visit Qualcomm’s website, blog, Twitter and Facebook pages. Qualcomm contacts: Tina Asmar John Sinnott

((M2 Communications disclaims all liability for information provided within M2 PressWIRE. Data supplied by named party/parties. Further information on M2 PressWIRE can be obtained at http://www.m2.com on the world wide web. Inquiries to info@m2.com)).

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | npress : Press Releases \| ncat : Content Types |
| **RE** | usa : United States \| namz : North America |
| **PUB** | Normans Media Ltd |
| **AN** | Document MTPW000020170123ed1l003mn |

DOW JONES NEWSWIRES

**HD** **Global Equities Roundup: Market Talk**

**WC** 1,484 words

**PD** 20 January 2017

**ET** 21:22

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

2121 ET [Dow Jones] With Apple Inc.'s lawsuit against Qualcomm Inc. filed on Friday, the iPhone maker piled on behind the South Korean Fair Trade Commission and the U.S. Federal Trade Commission in accusing the chip maker of anti-competitive business practices. Apple accused Qualcomm of allegedly withholding rebates on chip royalty payments that it said it was due in return for agreeing to use Qualcomm's modem chips exclusively in its phones between 2011 and 2016.

**TD**

Only days earlier, the FTC had sued Qualcomm for allegedly paying Apple rebates for the same commitment of exclusivity, thus blocking competitors and licensing essential smartphone patents in a discriminatory fashion. Stacy Rasgon, an analyst with Sanford L. Bernstein noted the irony: "Apple," he said, "seems to be suing Qualcomm for stopping something that the FTC is suing them for doing." (ted.greenwald@wsj.com)

1923 ET: A Canadian court has rejected a bid by a group of villagers from Ecuador to enforce a $9.5 billion judgment against Chevron Corp. through the company's Canadian subsidiary. The case stems from a 2011 Ecuadorean judgment that found Chevron Corp. liable for pollution by Texaco, a company Chevron had acquired. Chevron has no assets in Ecuador, so lawyers for the villagers have turned to other jurisdictions in an effort to enforce the judgment, including Canada. The Canadian court ruled Friday that the judgment couldn't be enforced against Chevron Canada Ltd., which it said was too far removed from the parent company. However, Friday's ruling doesn't prevent a trial from going ahead in Canada against Chevron Corp. (kim.mackrael@wsj.com, @kimmackrael)

1919 ET [Dow Jones] EBay needs to watch its back. That's what Morgan Stanley analysts say as Amazon and other start-up competitors become an increasing threat to the e-commerce site. Amazon's Prime membership is growing, increasingly threatening eBay's potential customer growth, the analysts say. But perhaps just as important are a bunch of new mobile startups, like OfferUp, 5Miles and LetGo-- which are generating sales without charging sellers transaction fees. "We acknowledge these competitors will need to charge fees at some point to survive, but its difficult to imagine they will charge fees as high as eBay...which, in our view, raises long-term question marks around eBay's ability to monetize its core Marketplace business," the analysts add. (laura.stevens@wsj.com; @LauraStevensWSJ)

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today.

Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

15:39 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

17:20 ET - If Politico's reports President Trump is set to name Federal Communications Commissioner Ajit Pai as chairman are right, then net-neutrality supporters like Alphabet's (GOOGL) Google and Netflix (NFLX) may have to say goodbye to one of their favorite policies of the Obama era. Pai is a known opponent of net neutrality, the regulation that requires internet providers like AT&T (T) and Comcast (CMCSA) to treat all web traffic equally. GOOGL and NFLX championed the policy because it protects them from paying cable and telecom firms extra to make their video-streaming services work well. Cowen expects Pai "would move quickly to scale back the FCC's regulation of ... net neutrality." (jack.nicas@wsj.com; @jacknicas)

(END) Dow Jones Newswires

January 20, 2017 21:22 ET (02:22 GMT)

| | |
|---|---|
| **CO** | applc : Apple Inc. \| ftrade : Federal Trade Commission \| qcom : Qualcomm Incorporated \| socal : Chevron Corporation \| ftcey : Taiwan Fair Trade Commission |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| ismart : Smartphones \| i3441 : Telecommunications Equipment \| i34411 : Mobile Communications Devices \| i3454 : Personal Electronics \| icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology \| i1 : Energy \| i13 : Crude Oil/Natural Gas Upstream Operations \| iioil : Integrated Oil/Gas |
| **NS** | c133 : Patents \| c12 : Corporate Crime/Legal Action \| c34 : Anti-Competition Issues \| gptech : Personal Technology \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| c13 : Regulation/Government Policy \| ccat : Corporate/Industrial News \| cgymtr : Intellectual Property Rights \| cinprp : Industrial Property Rights \| gcat : Political/General News \| glife : Living/Lifestyle \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | cana : Canada \| skorea : South Korea \| usa : United States \| apacz : Asia Pacific \| asiaz : Asia \| easiaz : Eastern Asia \| namz : North America |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170121ed1l0006k |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Is Damned If It Does, Damned If It Doesn't -- Market Talk**

**WC** 1,507 words

**PD** 20 January 2017

**ET** 21:22

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

2121 ET [Dow Jones] With Apple Inc.'s lawsuit against Qualcomm Inc. filed on Friday, the iPhone maker piled on behind the South Korean Fair Trade Commission and the U.S. Federal Trade Commission in accusing the chip maker of anti-competitive business practices. Apple accused Qualcomm of allegedly withholding rebates on chip royalty payments that it said it was due in return for agreeing to use Qualcomm's modem chips exclusively in its phones between 2011 and 2016. Only days earlier, the FTC had sued Qualcomm for allegedly paying Apple rebates for the same commitment of exclusivity, thus blocking competitors and licensing essential smartphone patents in a discriminatory fashion.

**TD**

Stacy Rasgon, an analyst with Sanford L. Bernstein noted the irony: "Apple," he said, "seems to be suing Qualcomm for stopping something that the FTC is suing them for doing." (ted.greenwald@wsj.com)

1923 ET: A Canadian court has rejected a bid by a group of villagers from Ecuador to enforce a $9.5 billion judgment against Chevron Corp. through the company's Canadian subsidiary. The case stems from a 2011 Ecuadorean judgment that found Chevron Corp. liable for pollution by Texaco, a company Chevron had acquired. Chevron has no assets in Ecuador, so lawyers for the villagers have turned to other jurisdictions in an effort to enforce the judgment, including Canada. The Canadian court ruled Friday that the judgment couldn't be enforced against Chevron Canada Ltd., which it said was too far removed from the parent company. However, Friday's ruling doesn't prevent a trial from going ahead in Canada against Chevron Corp. (kim.mackrael@wsj.com, @kimmackrael)

1919 ET [Dow Jones] EBay needs to watch its back. That's what Morgan Stanley analysts say as Amazon and other start-up competitors become an increasing threat to the e-commerce site. Amazon's Prime membership is growing, increasingly threatening eBay's potential customer growth, the analysts say. But perhaps just as important are a bunch of new mobile startups, like OfferUp, 5Miles and LetGo-- which are generating sales without charging sellers transaction fees. "We acknowledge these competitors will need to charge fees at some point to survive, but its difficult to imagine they will charge fees as high as eBay...which, in our view, raises long-term question marks around eBay's ability to monetize its core Marketplace business," the analysts add. (laura.stevens@wsj.com; @LauraStevensWSJ)

1714 ET [Dow Jones] Did eBay's 4Q ad campaign make a difference? Morgan Stanley doesn't think so. "While branded campaigns can take time to have an impact, it is notable that our Google Trends analysis shows very little change in the trajectory of eBay keyword traffic throughout the holiday season," the analysts write. EBay has been trying to redefine itself to capture new, younger consumers who shop on their phones and don't have time to scroll through thousands of listings--and its holiday TV ad campaign was part of its effort to get away from its old image as an online garage sale. (laura.stevens@wsj.com; @LauraStevensWSJ

18:42 EST [Dow Jones]--Apple (AAPL) has the potential to benefit from "modest gross margin" gains if its contracts with Qualcomm (QCOM) are revised following its lawsuit, says RBC Capital Markets analyst Amit Daryanani. The suit could pave the way for AAPL to pay QCOM less for patents and also allow AAPL to increase the percentage of iPhones that use Intel (INTC) chips above the roughly 33% that uses them today.

Until then, he estimates that QCOM's withholding of $1B could reduce AAPL's gross margins by 40-50 basis points. (tripp.mickle@wsj.com)

18:28 ET [Dow Jones]--The "Star Trek" fan film won't be long and its budget won't be prosperous, but it gets to live. Those are essentially the terms of a just-announced settlement in the high-profile copyright case against the makers of a crowdfunded Star Trek film. Paramount Pictures Corp. and CBS Studios Inc., which own the copyrights to the venerable science-fiction franchise, sued the tiny production company behind the "Axanar" movie, a planned feature-length Star Trek spinoff financed by thousands of Trekkies. The settlement doesn't kill the film. But it significantly chops its length--from an anticipated 90 minutes to two, fifteen-minute segments that can be distributed on YouTube ad-free. (jacob.gershman@wsj.com)

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

18:01 ET - As President Donald Trump takes office and pledges to bring back jobs to the US, he'll need to contend with automation. Current technology is capable of automating activities in US jobs with wages totaling $2.7T, according to a McKinsey report. That's equivalent to about 60M full-time jobs. The automation potential depends largely on the sector but even chief executives aren't immune. In manufacturing, for example, jobs such as factory welders, cutters and solderers have a technical automation potential above 90%. About a quarter of the work CEOs do could potentially be automated, including tasks such as analyzing reports and data to inform decisions and reviewing status reports. (rachael.king@wsj.com; @sfwriter)

17:57 ET - OPEC barely begins the cuts it promised to help balance the oil market, and US rivals rush back to work to fill the gap. They put 29 oil rigs back to work last week, the largest one-week increase in nearly four years, Baker Hughes says. Stable prices and lower costs have US companies drilling more. Royal Bank of Canada forecasts the companies it covers will grow spending 40% this year. Its analysts say these companies are likely to spend beyond their cash flow to fuel growth and that friendly lenders are reemerging to support it. (tim.puko@wsj.com; @timpuko)

17:51 ET - Andres Manuel Lopez Obrador, leader of the leftist Morena party, who is widely believed will make his third presidential bid in the 2018, calls President Donald Trump's speech "a setback for US foreign policy and a vulgar menace to human rights." Lopez Obrador, whose party enjoys a small lead in voter preference ahead of the 2018 elections, called for a "national emergency plan" to face the damage faced by Mexico given Trump's promise to take protectionist measures against the country. Lopez Obrador says Mexico should push the development of its own domestic market, and diversify its foreign markets so not to depend on the US. He says Mexico should go to the World Trade Organization if the US imposes "arbitrary" tariffs. Lopez Obrador says he will tour US cities to convince US citizens of the need for brotherhood. "We will firmly defend our sovereignty," he says. (jose.decordoba@wsj.com)

17:45 ET - Investors became more bullish on natural gas in the week ended Tuesday. Money managers added 2,465 bets on rising prices, and cut bets on falling prices by 18,344 contracts. Bullish bets outnumbered bearish bets by 162,956 contracts according to CFTC data, up from 142,147 the previous week. Natural gas has been volatile in recent weeks amid an ever-changing weather forecast. Prices rose 4.1% in the week ended Tuesday as forecasts began to call for renewed cold weather at the end of January, which would lead to increased demand. (alison.sider@wsj.com; @alyrose)

15:42 ET - Investors piled into bets on rising US oil prices during the week ended Tuesday to build the largest net bullish position since June 2014, according to data from the CFTC. Hedge funds and other speculative investors entered into 49,472 new long positions, or bets on higher prices--the biggest weekly increase since 2006. The number of short positions, or bets on falling prices, increased by 5,871 contracts. As a result, longs outnumbered shorts by 349,510 contracts, up 14.25% from a week ago. Oil prices rose 3.3% during the week ended Tuesday as OPEC members indicated that they are complying with an agreement to cut production. (alison.sider@wsj.com; @alyrose)

(END) Dow Jones Newswires

January 20, 2017 21:22 ET (02:22 GMT)

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated | socal : Chevron Corporation | ftcey : Taiwan Fair Trade Commission

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ismart : Smartphones | i3441 : Telecommunications Equipment | i34411 : Mobile Communications Devices | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | iioil : Integrated Oil/Gas

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c34 : Anti-Competition Issues | gptech : Personal Technology | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | glife : Living/Lifestyle | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** cana : Canada | skorea : South Korea | usa : United States | apacz : Asia Pacific | asiaz : Asia | easiaz : Eastern Asia | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170121ed1l00017

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

**HD** **Business News: Apple Sues Qualcomm Over Chips --- iPhone maker says component supplier unfairly leveraged its monopoly position**

**BY** By Tripp Mickle

**WC** 594 words

**PD** 21 January 2017

**SN** The Wall Street Journal

**SC** J

**PG** B3

**LA** English

**CY** Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

**LP**

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

**TD**

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm didn't respond to a request for comment Friday. It said earlier in the week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of technology-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit.

In its complaint, Apple says Qualcomm requires manufacturers to agree to license its patents to get Qualcomm chips. By making its chip supply contingent on paying patent licenses, Qualcomm was able to secure royalty terms that manufacturers "would not otherwise accept," the suit says.

Apple says Qualcomm also required it to exclusively use its chips in iPhones from at least 2011 to 2016 -- a claim also contained in the FTC complaint. Apple received what it called quarterly rebates under the agreement, but its suit says Qualcomm began withholding those last year after Apple met with Korean regulators. The suit claims Qualcomm told Apple it had forfeited the nearly $1 billion in rebates by responding to the Korea Fair Trade Commission.

---

Ted Greenwald contributed to this article.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | ismart : Smartphones | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**IPC** ABO

**PUB** Dow Jones & Company, Inc.

**AN** Document J000000020170121ed1l00033

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Apple files $1-B lawsuit vs chip supplier Qualcomm**

**WC** 329 words

**PD** 22 January 2017

**SN** The Philippine Star

**SC** PHSTAR

**LA** English

**CY** (c) 2017 Philstar Global Corporation

**LP**

SAN FRANCISCO – Apple is suing mobile chip maker Qualcomm for $1 billion in a patent fight pitting the iPhone maker against one of its major suppliers.

The 100-page complaint filed Friday in a San Diego federal court depicts Qualcomm as a greedy monopolist abusing its power in a key segment of the mobile chip market to extort royalties for iPhone innovations that have nothing to do with Qualcomm's technology.

**TD**

For instance, Qualcomm demanded royalties on Apple's fingerprint identification system built into recent models of the iPhone and also for larger storage capacities on the devices, according to the lawsuit.

Qualcomm denied the allegations.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," said Don Rosenberg, Qualcomm's general counsel.

Apple says it has been cooperating with government regulators who have been investigating Qualcomm's business practices, prompting Qualcomm to retaliate by withholding about $1 billion in scheduled payments.

"Qualcomm's recent effort to cover its tracks – by punishing Apple for providing truthful testimony at the request of government regulators – underscores the lengths to which Qualcomm will go to protect its extortion scheme," the lawsuit alleges.

Apple launched its legal attack three days after the Federal Trade Commission filed a lawsuit alleging Qualcomm has been imposing unfair licensing terms on manufacturers.

Besides cooperating with the FTC's investigation, Apple says it has been providing information about its dealings with Qualcomm to regulators in Europe, South Korea and Taiwan.

South Korea regulators last month imposed an $853 million fine on Qualcomm for violating its antitrust laws, a decision that Qualcomm is fighting.

Shares in San Diego-based Qualcomm Inc. fell $1.56, or 2.4 percent, to close Friday at $62.88. Those of Apple Inc., which is based in Cupertino, California, ended up 22 cents at $120.

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | namz : North America | usa : United States | usw : Western U.S.

**PUB** Philstar Global Corporation

**AN** Document PHSTAR0020170121ed1m00036

 © 2023 Factiva, Inc. All rights reserved.

THE SUNDAY TIMES

SE Business

HD **Apple in $1bn lawsuit**

WC 87 words

PD 22 January 2017

SN The Sunday Times

SC ST

ED 1; National

PG 2

LA English

CY © Times Newspapers Limited 2017

LP

Business Digest

Apple has filed a lawsuit against chip maker Qualcomm, alleging it demanded unfair terms for its technology. The US suit, filed on Friday, claims that Qualcomm used its monopoly over chipsets to seek "onerous, unreasonable and costly" deals. Apple is looking for $1bn in rebate payments, claiming that money was witheld after it helped South Korean authorities investigate Qualcomm. Apple said the suit followed "years of disagreement over what constitutes a fair and reasonable royalty". Qualcomm called the claims "baseless".

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c12 : Corporate Crime/Legal Action | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

RE uk : United Kingdom | eecz : European Union Countries | eurz : Europe | weurz : Western Europe

PUB News UK & Ireland Limited

AN Document ST00000020170122ed1m000c7

U-T San Diego

**SE** News

**HD** **Apple's lawsuit tests Qualcomm business model**

**BY** Mike Freeman

**WC** 1,194 words

**PD** 22 January 2017

**SN** San Diego Union-Tribune

**SC** SDU

**ED** Final ME

**PG** 1

**LA** English

**CY** Copyright 2017, San Diego Union-Tribune. Distributed by NewsBank, Inc.

**LP**

Qualcomm has been called the research and development shop for the wireless industry, investing billions to create technologies to push mobile communications forward.

Now, the way it gets paid for those inventions is under full-fledged assault.

**TD**

Not only government regulators but also top customers are pushing back in court against Qualcomm's patent-licensing practices.

On Friday, Apple filed a lawsuit in a San Diego federal court alleging that Qualcomm is charging too much for "standard essential" patents and is withholding nearly $1 billion in royalty cap "rebates" in retaliation for Apple's cooperation with anti-trust investigators in the U.S., South Korea and elsewhere.

"Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined," Apple said in a statement.

The Apple lawsuit comes on the heels of the Korea Fair Trade Commission fining Qualcomm $865 million last month and demanding changes in its patent-licensing business.

Then last week, the U.S. Federal Trade Commission joined in - filing a lawsuit objecting to Qualcomm's patent licensing. The FTC complaint, which doesn't seek specific damages, contains many of the same allegations that Apple puts forward in its lawsuit.

The disputes could create headwinds for one of San Diego's largest private-sector employers. Sempra Energy is the only other Fortune 500 company in town.

While patent licensing accounted for only one-third of Qualcomm's $23.6 billion in annual revenue last year, it made up the bulk of its annual profit before taxes and other items. Qualcomm posted net income of $5.7 billion last year.

Qualcomm vehemently denies the claims and vows to fight. It has experience - including tough legal battles over the years with Nokia, Broadcom and others.

Don Rosenberg, Qualcomm's general counsel, joined the company in 2007 after serving as Apple's top lawyer for about 10 months.

"Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent Korea Fair Trade Commission decision and FTC complaint, by misrepresenting facts and withholding information," said Rosenberg in a statement.

The barrage of lawsuits follow a 2015 settlement between the company and China's anti-monopoly regulator that appears to have spilled over into other nations.

In the China settlement, Qualcomm paid a $975 million fine and reduced royalty rates on certain phones sold only in China.

Despite the fine, the deal was considered good for Qualcomm. It affirmed the company's right to collect royalties in China on its patents - which some Wall Street analysts doubted would happen.

In the wake of the China settlement, however, other government regulators have ratcheted up their scrutiny of Qualcomm's licensing business. In addition to the U.S. and South Korean actions, investigations are under way in Europe, Taiwan and Japan.

In 2015, Qualcomm considered splitting its patent-licensing arm from its chip-making business - creating two companies. Activist investor Jana Partners agitated for the split, which could moot key anti-trust allegations against Qualcomm that it uses its dominance in cellular chips to extract higher-than-deserved royalties from customers.

The company says it has never withheld or threatened to withhold chip supply in order to obtain unfair or unreasonable licensing terms. Qualcomm's board of directors voted against the split.

The legal maneuvers come amid a slowdown in smartphone sales, which are growing about 1 percent after several years of double-digit annual growth, according to industry research firm International Data Corp. That has smartphone makers looking for ways to cut costs.

In 2015, Qualcomm slashed its global workforce by 15 percent because of the slowing market. Most of the layoffs came from its semiconductor division. Qualcomm now employs 30,000 worldwide.

Analysts say it's too early to know what Apple's entry into the fray means. It doesn't, however, bode well for customer relations between Qualcomm, which supplies chips used in some iPhones, and one of the world's best known brands, said Stacy Rasgon of Bernstein Research.

"It's not just governments now. It's one of their large customers," said Rasgon. "They can't catch a break."

Rasgon and other Wall Street analysts speculated that the FTC might withdraw the complaint relatively soon with the transition to the Trump administration, which is expected to appoint a Republican majority to the FTC, given current vacancies and pending departures.

The lone sitting Republican on the commission, Maureen Ohlhausen, wrote a scathing dissent to the FTC's decision to sue, saying it's based on a flawed legal theory and flimsy evidence.

Apple's lawsuit, however, could make commissioners think twice about withdrawing, because it supports the agency's lawsuit.

Apple paints a picture of Qualcomm taking various steps to "gouge" Apple and other smartphone makers for licensing standard essential cellular patents.

These patents cover key technologies to making cellular communications work. Patent holders agree to share them at reasonable rates during an industry standard-setting process.

What's reasonable isn't defined. But Apple alleges Qualcomm overcharged it billions of dollars with its "illegal scheme."

Qualcomm doesn't disclose royalty rates. Analysts believe they are roughly 5 percent of the wholesale price of the handset - with offsets under certain circumstances. Apple sees that as unfair.

"When Apple spends billions redefining the concept of a smartphone camera, Qualcomm's royalty payments go up," the company said in the lawsuit. "Even when Apple sells an iPhone with added memory - 256 gigabits instead of 128 gigabits - Qualcomm collects a larger royalty just because of that added memory."

 © 2023 Factiva, Inc. All rights reserved.

Qualcomm argues that the wireless industry has based royalties on the price of "compliant devices" for more than two decades. The 3G and 4G LTE cellular technologies that Qualcomm created enable smartphones users to stream video, get emails and make reliable calls from nearly anywhere - thus contributing significantly to what makes smartphones valuable to consumers.

The lawsuit also alleges that Qualcomm owes nearly $1 billion to Apple under a "rebate" agreement between the two companies. According to the lawsuit, Qualcomm stopped payments in retaliation for Apple cooperating with South Korean anti-trust investigators.

Qualcomm denies that claim. "We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," Rosenberg said in a statement.

Analysts believe it could take years to resolve the legal disputes. Meanwhile, Qualcomm is investing in next generation 5G mobile technologies. And it's buying NXP Semiconductors for $47 billion, including assumption of debt, to diversify its business beyond smartphones and into automotive, the Internet of Things and other markets.

Analysts don't believe the legal disputes will impact the NXP deal, which is slated to be completed late this year. Qualcomm reports fiscal first quarter earnings on Wednesday, where it may shed further light on the lawsuits.

mike.freeman@sduniontribune.com

Twitter:@TechDiego

(760) 529-4973

**CO** applc : Apple Inc. | ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** i7902 : Telecommunication Services | i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | npag : Page-One Stories | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** china : China | usa : United States | skorea : South Korea | apacz : Asia Pacific | asiaz : Asia | bric : BRICS Countries | chinaz : Greater China | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | easiaz : Eastern Asia | namz : North America

**PUB** Union-Tribune Publishing Company

**AN** Document SDU0000020170122ed1m0000a

 © 2023 Factiva, Inc. All rights reserved.

**SE** Business

**HD** **Apple Files $1 Bln Lawsuit Against Qualcomm**

**WC** 400 words

**PD** 22 January 2017

**SN** RTT News

**SC** RTTNEW

**LA** English

**CY** © 2017 NoticiasFinancieras. All Rights Reserved.

**LP**

(RTTNews) - Apple Inc. (AAPL) has filed a $1 billion lawsuit against Qualcomm Inc. (QCOM) on Friday, accusing the chipmaker of charging royalties for technologies it has nothing to do with and for not paying about $1 billion in promised rebates.

According to Apple, the maker of iPhones, as it innovates with unique features such as TouchID, advanced displays and cameras, Qualcomm collects royalties for no reason and thus, it becomes more expensive for Apple to fund these innovations.

**TD**

Apple accused Qualcomm of charging it at least five times in payments than all the other cellular patent licensors that Apple has agreements with combined. Qualcomm is a key supplier of modem chips to both Apple and Samsung Electronics Co. (SMSN.L, SSNNF.OB, SSNLF.OB).

"To protect this business scheme Qualcomm has taken increasingly radical steps, most recently withholding nearly $1B in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them," Apple said in a statement.

"We are extremely disappointed in the way Qualcomm is conducting its business with us and unfortunately after years of disagreement over what constitutes a fair and reasonable royalty we have no choice left but to turn to the courts," Apple added.

Qualcomm responded on Saturday by saying that Apple's claims are "baseless".

Don Rosenberg, executive vice president and general counsel of Qualcomm said, "Apple has been actively encouraging regulatory attacks on Qualcomm's business in various jurisdictions around the world, as reflected in the recent KFTC decision and FTC complaint, by misrepresenting facts and withholding information."

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discovery of Apple's practices and a robust examination of the merits," Rosenberg added.

Apple's lawsuit comes after the U.S. Federal Trade Commission or FTC said earlier this week that it filed a lawsuit, charging Qualcomm with using anticompetitive tactics to maintain its monopoly in the supply of a key semiconductor device used in cell phones and other consumer products.

In December 2016, the Korea Fair Trade Commission or KFTC fined Qualcomm about 1.03 trillion South Korean won or about $865 million, saying it found certain of Qualcomm's business practices in violation of Korean competition law.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2017 RTTNews.com. All Rights Reserved

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph :

Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | npress : Press Releases | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** namz : North America | usa : United States

**PUB** Global Network Content Services LLC

**AN** Document RTTNEW0020170122ed1m0002u

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.
ASIA EDITION

SE Technology

HD **Apple Sues Qualcomm Over Licensing**

BY By Tripp Mickle
WC 521 words
PD 23 January 2017
SN The Wall Street Journal (Asia Edition)
SC AWSJ
PG B3
LA English
CY Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

LP

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine on Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

San Diego-based Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord was generally kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

"We welcome the opportunity to have these meritless claims heard in court where we will be entitled to full discover of Apple's practices," Mr. Rosenberg said.

The Apple suit comes three days after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones. That suit highlighted Qualcomm's dealings with Apple. Devices sold by Apple and rival phone maker Samsung Electronics Co. account for nearly half of Qualcomm's revenue, which totaled $23.5 billion in the company's latest fiscal year.

Qualcomm said last week that it would fight the FTC's suit, which it said is based on inaccurate information and was rushed out ahead of the change in presidential administrations. Qualcomm said it has never withheld or threatened to withhold its chips to gain unfair licensing terms, and that its longstanding licensing model benefits the industry and is the most efficient approach for everyone involved.

Patrick Moorhead, president of market-research firm Moor Insights & Strategy, said the legal dispute with Apple will help determine what is fair pricing for patents that Qualcomm invested heavily to develop. "There's nothing clear-cut about this case," he said.

The iPhone has been enormously profitable for Apple, bringing in $136.7 billion in revenue in Apple's latest fiscal year, and, according to investment bank CLSA, accounting for three-fourths of its $84 billion in estimated total gross profit.

---

Ted Greenwald contributed to this article.

License this article from Dow Jones Reprint Service

**CO** applc : Apple Inc. | qcom : Qualcomm Incorporated

**IN** i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nnam : News Agency Materials | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

**RE** usa : United States | usca : California | usw : Western U.S. | namz : North America

**IPC** ABO

**PUB** Dow Jones & Company, Inc.

**AN** Document AWSJ000020170122ed1n0000h

THE WALL STREET JOURNAL.
EUROPE EDITION

SE Technology

HD **Apple Hits Qualcomm With Licensing Suit**

BY By Tripp Mickle

WC 297 words

PD 23 January 2017

SN The Wall Street Journal (Europe Edition)

SC WSJE

PG B3

LA English

CY Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved

LP

Apple Inc. sued Qualcomm Inc. alleging the chip supplier demanded unfair terms for its technology, escalating long-simmering tension between companies at the heart of the global smartphone industry.

The suit, filed Friday in federal district court in the Southern District of California, claims that Qualcomm leveraged its monopoly position as a manufacturer of baseband chips, a critical component used in cellphones, to seek "onerous, unreasonable and costly" terms for patents, and that Qualcomm blocked Apple's ability to choose another supplier for chipsets.

TD

The complaint seeks $1 billion in rebate payments that Apple says Qualcomm has withheld as retribution for Apple's participation in an investigation by South Korea's antitrust regulator. The Korean agency last month announced a roughly $853 million fine for Qualcomm for alleged anticompetitive patent-licensing practices -- a decision Qualcomm disputed and vowed to fight.

Qualcomm long has been a dominant supplier of chips that let handsets and cellular networks communicate, and has developed a trove of patents around that technology that account for most of its pretax profit. Its licensing practices have rankled competitors and customers for years, analysts say, though the discord generally was kept behind doors.

Apple said in a statement that it sued Qualcomm "after years of disagreement over what constitutes a fair and reasonable royalty."

Qualcomm General Counsel Don Rosenberg called Apple's claims "baseless." In a statement, he said, Apple "mischaracterized" agreements and negotiations and failed to acknowledge "the enormity and value of the technology" Qualcomm invented.

The Apple suit comes after the U.S. Federal Trade Commission sued Qualcomm alleging it engaged in unlawful tactics to maintain a monopoly on a type of chip used in cellphones.

License this article from Dow Jones Reprint Service

CO applc : Apple Inc. | qcom : Qualcomm Incorporated

IN i3302 : Computers/Consumer Electronics | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

NS c12 : Corporate Crime/Legal Action | c133 : Patents | c334 : Licensing Agreements | c34 : Anti-Competition Issues | neqac : Equities Asset Class News | nnam : News Agency Materials | c33 : Contracts/Orders | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | niwe : IWE Filter

| | |
|---|---|
| **RE** | usa : United States \| usca : California \| usw : Western U.S. \| namz : North America |
| **IPC** | ABO |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document WSJE000020170123ed1n0000v |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Analyst: Next iPhones Will Still Feature Qualcomm Chips -- Market Talk**

**WC** 150 words

**PD** 23 January 2017

**ET** 01:51

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

18:16 EST [Dow Jones] Apple's (AAPL) decision to sue Qualcomm (QCOM) shouldn't result in an overhaul of its current supply chain for baseband processors. Patrick Moorhead of Moor Insights & Strategy says QCOM can't pull its business with APPL because it's in the midst of a lawsuit with the FTC. Pulling the business would cause "irreparable damage or harm" to AAPL, he said, so he expects the parties to continue to work together even as they square off in court. As a result, the next iteration of iPhones will likely be split between Qualcomm chips for phones on CDMA networks like Verizon and Intel chips for phones on GSM networks like AT&T. Moorhead expects the suit to last three-to-five years. (tripp.mickle@wsj.com)

(END) Dow Jones Newswires

**TD**

23-01-17 0651GMT

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | ismart : Smartphones | i3302 : Computers/Consumer Electronics | i3441 : Telecommunications Technology/Equipment | i34411 : Mobile Communications Equipment | i3454 : Personal Electronics | icellph : Cellular/Mobile Phones | ielec : Consumer Electronics | ihandaps : Handheld Electronic Devices | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | cscm : Supply Chain | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170123ed1n0006b

DOW JONES NEWSWIRES

**HD** **Qualcomm Cut to Neutral From Buy by Nomura**

**WC** 62 words

**PD** 23 January 2017

**ET** 06:09

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

23 Jan 2017 06:09 ET Qualcomm Price Target Cut to $70.00/Share From $80.00 by Nomura

**TD**

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

(END) Dow Jones Newswires

January 23, 2017 06:09 ET (11:09 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c1521 : Analysts' Comments/Recommendations | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n001uu



PX333

HT Hindustan Times

| | |
|---|---|
| **SE** | Hindustan Times, tech$news |
| **HD** | **Nokia may soon launch a phone with Qualcomm's latest 835 Snapdragon processor** |
| **BY** | HT?Correspondent |
| **WC** | 363 words |
| **PD** | 23 January 2017 |
| **SN** | Hindustan Times |
| **SC** | HNTM |
| **LA** | English |
| **CY** | Copyright 2017. HT Media Limited. All rights reserved. |

**LP**

New Delhi, Jan. 23 -- HMD Global promoted Nokia may soon launch a new handset with Qualcomm's latest 835 Snapdragon processor at the upcoming Mobile World Congress (MWC) event in Barcelona.

According to a post activity on Chinese Twitter-like site Weibo, Nokia via a handle called NokiaPowerUser seems to be claiming that its next flagship smartphone will come with the Snapdragon 835 chip. However, this is a reading from a translation and one cannot be sure.

**TD**

Either way, the new Snapdragon chip from Qualcomm seems like a safe bet for many of 2017's top-end smartphones, and if the rumours of a high-end device from Nokia are accurate, it wouldn't be all that surprising to see the phone making use of the 835.

HMD Global has also suggested that the 835 Snap-powered device, mostly the P1, will be launched alongside Sharp Aquos Xx3, which was launched last year in Japan.

According to leaks from by Russian publication Worket, the P1 is expected to start retailing at around $800 (roughly Rs. 54,500) for the 128GB model and around $950 (roughly Rs. 64,700) for the 256GB variant.

The P1 is also expected to run on Android Nougat and sports a 5.3-inch display, covered with Gorilla Glass 5, with either full-HD or QHD screen resolution. The Nokia P1 is expected to pack Snapdragon 835 SoC coupled with 6GB of RAM.

In terms of optics, the Nokia P1 smartphone is expected to sport a Zeiss-certified 22.6-megapixel rear camera. The P1, which is IP57-certified, to draw power from a 3,500mAh battery with support for quick charging. There is a fingerprint scanner on the right of the device as well.

A leaked Nokia roadmap suggests that as many as 7 Nokia Android phones are in the works for 2017, with Nokia 6 just the first of these.

Published by HT Syndication with permission from Hindustan Times.

| | |
|---|---|
| **CT** | For any query with respect to this article or any other content requirement, please contact Editor at htsyndication@hindustantimes.com |
| **CO** | nokia : Nokia Oyj \| qcom : Qualcomm Incorporated |
| **IN** | ismart : Smartphones \| i3302 : Computers/Consumer Electronics \| i3441 : Telecommunications Technology/Equipment \| i34411 : Mobile Communications Equipment \| i3454 : Personal Electronics \| icellph : Cellular/Mobile Phones \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| itech : Technology \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |

| | |
|---|---|
| **NS** | c22 : New Products/Services \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | india : India \| asiaz : Asia \| bric : BRICS Countries \| devgcoz : Emerging Market Countries \| dvpcoz : Developing Economies \| indsubz : Indian Subcontinent \| sasiaz : Southern Asia |
| **PUB** | HT Media Limited |
| **AN** | Document HNTM000020170123ed1n00acj |

 © 2023 Factiva, Inc. All rights reserved.

**Tech Today: Qualcomm's Apple Risk, Apple's iPhone Risk, Twilio, Oracle Prospects**

Barron's Blogs, 08:56, 23 January 2017, 803 words, (English)

Here are some things going on today in your world of tech: Shares of Qualcomm (QCOM) are down $2.93, or almost 5%, at $59.95, in pre-market trading, after multiple outlets reported on Friday that Apple (AAPL), one of its largest customers, ...

Document WCBBE00020170123ed1n000ul

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk**

**WC** 104 words

**PD** 23 January 2017

**ET** 10:00

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

(END) Dow Jones Newswires

**TD**

January 23, 2017 10:00 ET (15:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n002nk

DOW JONES NEWSWIRES

HD **Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk**

WC 1,301 words

PD 23 January 2017

ET 10:00

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

TD

9:58 ET - President Donald Trump is expected to withdraw formally from the 12-nation Trans-Pacific Partnership free-trade agreement as early as Monday, according to two people familiar with the plans. Trump made opposition to former President Barack Obama's signature international economic goal a centerpiece of his campaign, and the new White House web site says pulling out of the TPP is the first step of Trump's trade policy. The deal hasn't entered into force, and there will be no major economic fallout for the US. Still, some business groups that had harbored hopes that Trump's negative campaign rhetoric on trade would evaporate after taking office, and business groups are still trying to convince the Trump administration to retain some aspects of the TPP, if not the full agreement, for enacting at a later date. (william.mauldin@wsj.com; @willmauldin)

9:38 ET - The new president just stirred up a bout of volatility in the bond market. Bond yields initially ticked higher after he tells business leaders in a meeting about his promise to cut taxes "massively" for middle class and companies. But yields fell again as he says that the US will impose "major" border tax if companies move outside the country. The US 10-year yield rose to 2.467% earlier but pulls back to 2.454% vs 2.466% Friday. (min.zeng@wsj.com)

9:35 ET - Two of President Donald Trump's cabinet picks could clear an early test on Tuesday. The Senate Commerce Committee is meeting at 10am ET tomorrow and plans to vote on Elaine Chao, nominated to run the Transportation Department, and Wilbur Ross, nominated to run the Commerce Department. Both received relatively gentle treatment at confirmation hearings earlier this month, hinting at a smooth ride ahead. Even after committee approval, both nominees would still require votes by the full Senate to take office. (ben.leubsdorf@wsj.com; @BenLeubsdorf)

9:24 ET - For 4Q results, S&P 500 companies are receiving smaller rewards for beating earnings estimates and bigger punishments for missing estimates, Bank of America Merrill Lynch says. On average, the stocks of companies that beat both the top and bottom line have outperformed the broad index by 1.6 percentage points the following day. For the reverse, stocks have underperformed the S&P 500 the following day by an average of 4.7 percentage points. If the trend holds through subsequent quarters, companies that fail to meet estimates may be in for a rough ride: analysts are predicting double-digit percentage growth for earnings in 2017, a target many investors say is overly optimistic. (akane.otani@wsj.com; @akaneotani)

9:11 ET - US bonds strengthen after the biggest weekly selloff in more than a month. Investors fret about lack of clarity from Trump's policy from Friday's inauguration speech. Some are concerned that Trump's priority is trade protectionism as he emphasizes making American interest first. New debt supply is another focus for the bond market this week with $26B sale of two-year notes due Tuesday; $34B sale of five-year

notes Wednesday and $28B sale of seven-year notes Thursday. This week's key US data are first estimate of US GDP for 4Q Friday. The 10-year yield is 2.443% vs 2.466% Friday. It is little change vs 2.446% at the end of 2015 as the reflation trade after Trump's win in early November has been pulling back over the past month. (min.zeng@wsj.com)

9:03 ET - Oil prices are lower even after OPEC and Russia worked through the weekend to show markets how compliant they are being with promised cuts to oil production. The lower prices could suggest some investors are still skeptical OPEC cuts are being taken, although analysts say the bigger worry is that US shale producers are swooping in to raise production and take OPEC's market share. Friday's rig count data from Baker Hughes, which showed the US added 29 active oil rigs in the past week alone, reinforces those beliefs, and concerns of continued oversupply. The Nymex March 2017 crude oil contract is 1.4% lower at $52.50/bbl. (dan.molinski@wsj.com)

8:59 ET - There's a persistent and harmful myth that professional women tear each other down, says Suni Harford, a managing director at Citigroup and regional head of markets for North America. "I never watched a woman in a cat fight in a boardroom," she said at the Inside ETFs conference in Florida. Another tip: Not all women want to be typecast as the head of diversity programs, she says. (asjylyn.loder@wsj.com; @asjylyn)

8:47 ET - More than half of company executives who've held 4Q earnings calls so far have discussed potential Trump policies, FactSet analyst John Butters says. Of 42 S&P 500 companies that reported results through Friday, 27 mentioned either "Trump" or "the administration" in their earnings calls. The top topic of interest: tax policy (11 mentions), followed by regulation (8 mentions), trade policy (6 mentions) and fiscal stimulus and healthcare (4 mentions each). Most companies highlighted said a change to tax policy could benefit their bottom lines, according to Butters' analysis of earnings call transcripts. "We've been a relatively high taxpayer. And so to the extent to which tax rates come down, we're a beneficiary," Goldman Sachs said on Jan 18. (akane.otani@wsj.com; @akaneotani)

8:27 ET - Big data is crucial to attracting investors to companies with good track records in environmental, social and governance issues, said Alice Handy, chief executive of Investure, at the Inside ETFs conference in Florida. "It's a very dangerous area trying to dictate what the moral overtone of what anyone's portfolio is," she said. (asjylyn.loder@wsj.com; @asjylyn)

8:09 ET - McDonald's (MCD) posts better-than-expected 4Q earnings and sales with a 2.7% rise in global same store sales, despite a 1.3% decrease in the US, as it lapped last year's launch of it's popular all-day breakfast sales. Global sales growth include solid gains in the UK and China. CEO Steve Easterbrook notes a focus on changes in its menu and technology to deliver better customer experience help MCD achieve its strongest annual global comp sales growth since 2011. MCD rises 0.6% to $123 premarket. (patrick.sullivan@wsj.com)

7:30 ET - US stocks futures slip as investors wait for policy certainty from the new Trump administration. While anticipation of slacker regulation, stimulus and lower taxes have boosted market sentiment since the election, there is worry an early focus on trade policies could add to the recent weakness in equity markets. European stock indexes are broadly lower, erasing gains for 2017, as losses in bank shares offset gains in the basic resources sector. The dollar falls against major rivals, particularly the yen, while gold rises and oil slips on worries about growing US shale output. S&P futures fall 3.25 points. (patrick.sullivan@wsj.com)

(END) Dow Jones Newswires

January 23, 2017 10:00 ET (15:00 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | gdip : International Relations | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | gcat : Political/General News | gpir : Politics/International Relations | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

 © 2023 Factiva, Inc. All rights reserved.

**AN** Document DJDN000020170123ed1n002le

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Shares Hit Following Apple Lawsuit -- Market Talk**

**WC** 99 words

**PD** 23 January 2017

**ET** 10:20

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

(END) Dow Jones Newswires

**TD**

23-01-17 1520GMT

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170123ed1n000cm

PR Newswire
a CISION company

| | |
|---|---|
| HD | **QUALCOMM NOTIFICATION: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $250,000 Investing In QUALCOMM, Inc. To Contact The Firm** |
| WC | 379 words |
| PD | 23 January 2017 |
| ET | 10:27 |
| SN | PR Newswire |
| SC | PRN |
| LA | English |
| CY | Copyright © 2017 PR Newswire Association LLC. All Rights Reserved. |

**LP**

NEW YORK, Jan. 23, 2017 /PRNewswire/ -- Faruqi & Faruqi, LLP, a leading national securities law firm, is investigating potential securities fraud at QUALCOMM, Inc. ("QUALCOMM" or the "Company") (Nasdaq:QCOM).

The investigation focuses on whether the Company and its executives violated federal securities laws by failing to disclose that the Company has engaged in potentially illegal business practices in its interactions with Apple Inc. ("Apple").

**TD**

Specifically, during aftermarket hours on January 20, 2017, Apple announced that it had filed a suit against QUALCOMM in a California federal court accusing the company of overcharging Apple "billions of dollars" in royalties, withholding nearly $1 billion in rebates, and trying to extort Apple after it cooperated in a Korean regulator's investigation into the chipmaker's licensing practices. After the announcement, QUALCOMM's stock price fell, causing damage to investors.

Request more information now by clicking here: www.faruqilaw.com/QCOM. There is no cost or obligation to you.

Take Action

If you invested in QUALCOMM stock or options and would like to discuss your legal rights, visit www.faruqilaw.com/QCOM. You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com. Faruqi & Faruqi, LLP also encourages anyone with information regarding QUALCOMM's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.

FARUQI & FARUQI, LLP

685 Third Avenue, 26(th) Floor

New York, NY 10017

Attn: Richard Gonnello, Esq.

rgonnello@faruqilaw.com

Telephone: (877) 247-4292 or (212) 983-9330

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-notification-faruqi--faruqi-llp-encourages-investors-who-suffered-losses-in-excess-of-250000-investing-in-qualcomm-inc-to-contact-the-firm-300394709.html

SOURCE Faruqi & Faruqi, LLP

/Web site: http://www.faruqilaw.com

(END)

| | |
|---|---|
| **CO** | applc : Apple Inc. \| fafrql : Faruqi & Faruqi LLP \| qcom : Qualcomm Incorporated |
| **IN** | i3302 : Computers/Consumer Electronics \| i34531 : Semiconductors \| i835 : Legal Services \| ibcs : Business/Consumer Services \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| gfraud : Fraud \| npress : Press Releases \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gcrim : Crime/Legal Action \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **PUB** | PR Newswire Association, Inc. |
| **AN** | Document PRN0000020170123ed1n000e8 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk**

**WC** 1,451 words

**PD** 23 January 2017

**ET** 10:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:50 ET - Nomura Instinet says "recent rulings and lawsuits are stronger and broader than anticipated," when it comes to Qualcomm (QCOM) and they could cause a delay in regulatory approval of its deal buy NXP Semiconductors (NXPI). The brokerage lowers QCOM to neutral from buy and cuts the target price to $70 from $80. Nomura's caution was triggered by the $1B suit Apple brought against QCOM Friday over licensing practices. Also last week, the FTC sued QCOM claiming illegal tactics to maintain a monopoly on a key type of chip. Nomura thinks the added scrutiny now brings uncertainty "around the timing of accretion and diversification benefits from the NXPI acquisition," which the brokerage believed would close in 2H 2017. QCOM off 13% to $54.69. (patrick.sheridan@wsj.com)

-0-

**TD**

10:47 ET - Companies with US businesses that offshore operations are looking for on-shore alternatives, even in the relatively low-profile sector of IT and business-process outsourcing, but automation will cut into job repatriation. Vendors that provide outsourced services are pushing automation as a cost-effective way to re-shore work--but not necessarily jobs. It's an especially cost-effective solution at a time when wages are rising fast in China and other developing countries. With automation, "instead of 3,000 or 5,000 offshore jobs, maybe I'll have 50 onshore," said RG Conlee, chief innovation officer at Congruent Inc. "The number of jobs needed to monitor [software] is much smaller than the number needed to do data entry." (lauren.weber@wsj.com; @laurenweberWSJ)

10:46 ET - NuTonomy, the Cambridge, Mass.-startup aiming to put its self-driving car software in commercial robot taxis next year, has hired a senior executive to work with potential partners who has experience dealing with Ford Motor, Toyota Motor and Alphabet's Google. Gretchen Effgen, who takes on the role of vice president of partnerships, arrives most recently from CivicSmart where she worked on parking solutions in cities. She was previously at Zipcar where she worked with auto maker partners. Partnerships will be a key part of NuTonomy's strategy to put its software on roadways around the world. It recently began testing a self-driving car in Boston and has had a trial program in Singapore since last August. (tim.higgins@wsj.com)

10:39 ET - Ford's (F) CEO Mark Fields is among several top executives meeting with President Donald Trump at the White House to discuss US manufacturing. On the campaign trail and in the weeks following the election, Trump hammered F for plans to move small-car production to Mexico. Earlier this month, F announced it would scrap plans for a $1.6B factory in Mexico and instead reinvest part of that money in expanding a plant in Michigan--a move that Fields described as a "vote of confidence," in the new administration's efforts to make building cars in the US more competitive. Still, Ford plans to relocate production of the Focus compact car from the US to Mexico, moving it to an existing plant. (christina.rogers@wsj.com)

10:34 ET - The US Department of Agriculture's Animal and Plant Health Inspection Service over the weekend issued a 60-day stay on its previous "final ruling" to allow the importation of fresh lemon fruit from Argentina, citing "guidance from the White House issued January 20." The move is leading Argentine investors and government officials to wonder how much Trump's policies may affect trade with Argentina.

Argentine officials had touted the prompt opening of the US market to lemons as an example of improving relations between the countries. (taos.turner@wsj.com; @taos)

10:26 ET - Exchange traded products tracking the CBOE Volatility Index, or VIX, saw a flurry of activity over the past week as investors placed bets on Wall Street's "fear gauge" ahead of the presidential inauguration. One of the biggest exchange traded products tracking VIX, the iPath S&P 500 VIX Short-Term Futures ETN (VXX), saw $204M in inflows over the past week, FactSet data show. Meanwhile, the ProShares Ultra VIX Short-Term Futures ETF (UVXY), saw $47.76M of inflows and the VelocityShares Daily 2x VIX Short-Term ETN gained $26.52M. On the flip side, those betting against volatility took money out of the ProShares Short VIX Short-Term Futures ETF (SVXY) and the VelocityShares Daily Inverse VIX Short-Term ETN (XIV) as the two funds lost $156.66M and $59.84M, respectively. (gunjan.banerji@wsj.com; @gunjanjs)

10:14 ET - Why are Actelion shares up more than 2% after announcing that a key drug failed to meet its primary endpoint in a phase 3 trial? A researcher quoted in Actelion's news release blames the "unexpected improvement" of the placebo arm for the trial failure for drug Opsumit. But Actelion shares are probably not down on the news because, as Jefferies says, Wall Street didn't ascribe high sales to a new indication for a relatively small patient population. Most important, Jefferies says it expects talks to sell to Johnson & Johnson (JNJ) won't be affected. (jonathan.rockoff@wsj.com; @jonathanrockoff)

10:07 ET - It's another delay for Dow Chemical's (DOW) merger with DuPont (DD) as European Commission antitrust enforcers say they've extended the deadline by which to render their verdict on the chemical megamerger by 10 days. The EU had been set to rule on the deal, unveiled in December 2015, by Feb 28, but now have until March 14, according to update posted to the European Commission's website. Regulators in the EU, who are scrutinizing the deal alongside other big agriculture-sector combinations like ChemChina-Syngenta and Bayer-Monsanto, have focused on the impact consolidation could have on innovation in seeds and pesticides. (jacob.bunge@wsj.com; @jacobbunge)

10:03 ET - Halliburton (HAL) CEO Dave Lesar says during a Q&A session of a conference call that oilfield services prices are headed up as the industry recovers, and its customers can't stop that. Asked it E&Ps should factor in a 5% to 10% rise in costs, Lesar says "I would be using something higher...As equipment tightens, commodity prices increase and everybody wants available of equipment when they want it, where they want it and how they want it, I don't see how there is going to be the ability for the customers to hold prices down." But, he adds: "we'll work with customers that want to work with us." HAL slips 4.1% to $54.11. (dan.molinski@wsj.com)

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

9:58 ET - President Donald Trump is expected to withdraw formally from the 12-nation Trans-Pacific Partnership free-trade agreement as early as Monday, according to two people familiar with the plans. Trump made opposition to former President Barack Obama's signature international economic goal a centerpiece of his campaign, and the new White House web site says pulling out of the TPP is the first step of Trump's trade policy. The deal hasn't entered into force, and there will be no major economic fallout for the US. Still, some business groups that had harbored hopes that Trump's negative campaign rhetoric on trade would evaporate after taking office, and business groups are still trying to convince the Trump administration to retain some aspects of the TPP, if not the full agreement, for enacting at a later date. (william.mauldin@wsj.com; @willmauldin)

9:38 ET - The new president just stirred up a bout of volatility in the bond market. Bond yields initially ticked higher after he tells business leaders in a meeting about his promise to cut taxes "massively" for middle class and companies. But yields fell again as he says that the US will impose "major" border tax if companies move outside the country. The US 10-year yield rose to 2.467% earlier but pulls back to 2.454% vs 2.466% Friday. (min.zeng@wsj.com)

(END) Dow Jones Newswires

January 23, 2017 10:50 ET (15:50 GMT)

**CO** phisem : NXP Semiconductors N.V. | qcom : Qualcomm Incorporated

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| c1521 : Analysts' Comments/Recommendations \| c181 : Acquisitions/Mergers/Divestments \| c34 : Anti-Competition Issues \| gdip : International Relations \| namt : All Market Talk \| ndjmt : Dow Jones Market Talk \| neqac : Equities Asset Class News \| c13 : Regulation/Government Policy \| cacqu : Acquisitions/Mergers \| c15 : Financial Performance \| c152 : Earnings Projections \| c18 : Ownership Changes \| cactio : Corporate Actions \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gpir : Politics/International Relations \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| eurz : Europe \| usdc : Washington DC \| namz : North America \| uss : Southern U.S. |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020170123ed1n002ve |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Could Qualcomm Lawsuits Slow NXPI Deal? -- Market Talk**

**WC** 156 words

**PD** 23 January 2017

**ET** 10:50

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

10:50 ET - Nomura Instinet says "recent rulings and lawsuits are stronger and broader than anticipated," when it comes to Qualcomm (QCOM) and they could cause a delay in regulatory approval of its deal buy NXP Semiconductors (NXPI). The brokerage lowers QCOM to neutral from buy and cuts the target price to $70 from $80. Nomura's caution was triggered by the $1B suit Apple brought against QCOM Friday over licensing practices. Also last week, the FTC sued QCOM claiming illegal tactics to maintain a monopoly on a key type of chip. Nomura thinks the added scrutiny now brings uncertainty "around the timing of accretion and diversification benefits from the NXPI acquisition," which the brokerage believed would close in 2H 2017. QCOM off 13% to $54.69. (patrick.sheridan@wsj.com)

-0-

**TD**

(MORE TO FOLLOW) Dow Jones Newswires

January 23, 2017 10:50 ET (15:50 GMT)

**CO** phisem : NXP Semiconductors N.V. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | c181 : Acquisitions/Mergers/Divestments | c34 : Anti-Competition Issues | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c13 : Regulation/Government Policy | cacqu : Acquisitions/Mergers | c15 : Financial Performance | c152 : Earnings Projections | c18 : Ownership Changes | cactio : Corporate Actions | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n002r2

DOW JONES NEWSWIRES

HD **Pay-TV Revenues Grow Despite Cord-cutting -- Market Talk**

WC 1,485 words

PD 23 January 2017

ET 11:12

SN Dow Jones Institutional News

SC DJDN

LA English

CY Copyright © 2017, Dow Jones & Company, Inc.

LP

11:12 ET - SNL Kagan, a prominent media industry consulting firm, reports that cable network advertising revenues grew 1.9% to $28.28B in 2016 while affiliate revenues jumped 7.5% to $37.58B. Total revenue increased 5.3% to $63.63B. The gains come despite many cable networks including Walt Disney's (DIS) ESPN losing subscribers to cord-cutting. Overall, SNL Kagan said fully distributed cable networks are enduring subscription declines of roughly 2% annually. Smaller cable networks are particularly challenged and some are shutting down including NBCUniversal's Esquire, which said last week it will transition to an online only platform later this year. The strongest networks in the past 12 months were the news channels thanks to election coverage. Fox News, CNN and MSNBC all saw ratings growth last year. (joe.flint@wsj.com; @JBFlint)

TD

11:02 ET - Investors are picking up government bonds and their stock-market proxies on President Donald Trump's first Monday in office, lifting trades that largely sold off through the postelection rally. Shares of real estate and utilities companies in the S&P 500--dividend-heavy sectors that are considered to behave like bonds--are two of the three sectors in positive territory so far, posting 0.3% and 0.1% gains respectively. Meanwhile, government bonds are strengthening after their worst week in more than a month. The yield on the US 10-year Treasury note falls to 2.425% from 2.466% Friday. The moves come as investors broadly taper bullish bets, increasing cash holdings and hedging against potential volatility. (akane.otani@wsj.com; @akaneotani)

10:50 ET - Nomura Instinet says "recent rulings and lawsuits are stronger and broader than anticipated," when it comes to Qualcomm (QCOM) and they could cause a delay in regulatory approval of its deal buy NXP Semiconductors (NXPI). The brokerage lowers QCOM to neutral from buy and cuts the target price to $70 from $80. Nomura's caution was triggered by the $1B suit Apple brought against QCOM Friday over licensing practices. Also last week, the FTC sued QCOM claiming illegal tactics to maintain a monopoly on a key type of chip. Nomura thinks the added scrutiny now brings uncertainty "around the timing of accretion and diversification benefits from the NXPI acquisition," which the brokerage believed would close in 2H 2017. QCOM off 13% to $54.69. (patrick.sheridan@wsj.com)

-0-

10:47 ET - Companies with US businesses that offshore operations are looking for on-shore alternatives, even in the relatively low-profile sector of IT and business-process outsourcing, but automation will cut into job repatriation. Vendors that provide outsourced services are pushing automation as a cost-effective way to re-shore work--but not necessarily jobs. It's an especially cost-effective solution at a time when wages are rising fast in China and other developing countries. With automation, "instead of 3,000 or 5,000 offshore jobs, maybe I'll have 50 onshore," said RG Conlee, chief innovation officer at Congruent Inc. "The number of jobs needed to monitor [software] is much smaller than the number needed to do data entry." (lauren.weber@wsj.com; @laurenweberWSJ)

10:46 ET - NuTonomy, the Cambridge, Mass.-startup aiming to put its self-driving car software in commercial robot taxis next year, has hired a senior executive to work with potential partners who has experience

dealing with Ford Motor, Toyota Motor and Alphabet's Google. Gretchen Effgen, who takes on the role of vice president of partnerships, arrives most recently from CivicSmart where she worked on parking solutions in cities. She was previously at Zipcar where she worked with auto maker partners. Partnerships will be a key part of NuTonomy's strategy to put its software on roadways around the world. It recently began testing a self-driving car in Boston and has had a trial program in Singapore since last August. (tim.higgins@wsj.com)

10:39 ET - Ford's (F) CEO Mark Fields is among several top executives meeting with President Donald Trump at the White House to discuss US manufacturing. On the campaign trail and in the weeks following the election, Trump hammered F for plans to move small-car production to Mexico. Earlier this month, F announced it would scrap plans for a $1.6B factory in Mexico and instead reinvest part of that money in expanding a plant in Michigan--a move that Fields described as a "vote of confidence," in the new administration's efforts to make building cars in the US more competitive. Still, Ford plans to relocate production of the Focus compact car from the US to Mexico, moving it to an existing plant. (christina.rogers@wsj.com)

10:34 ET - The US Department of Agriculture's Animal and Plant Health Inspection Service over the weekend issued a 60-day stay on its previous "final ruling" to allow the importation of fresh lemon fruit from Argentina, citing "guidance from the White House issued January 20." The move is leading Argentine investors and government officials to wonder how much Trump's policies may affect trade with Argentina. Argentine officials had touted the prompt opening of the US market to lemons as an example of improving relations between the countries. (taos.turner@wsj.com; @taos)

10:26 ET - Exchange traded products tracking the CBOE Volatility Index, or VIX, saw a flurry of activity over the past week as investors placed bets on Wall Street's "fear gauge" ahead of the presidential inauguration. One of the biggest exchange traded products tracking VIX, the iPath S&P 500 VIX Short-Term Futures ETN (VXX), saw $204M in inflows over the past week, FactSet data show. Meanwhile, the ProShares Ultra VIX Short-Term Futures ETF (UVXY), saw $47.76M of inflows and the VelocityShares Daily 2x VIX Short-Term ETN gained $26.52M. On the flip side, those betting against volatility took money out of the ProShares Short VIX Short-Term Futures ETF (SVXY) and the VelocityShares Daily Inverse VIX Short-Term ETN (XIV) as the two funds lost $156.66M and $59.84M, respectively. (gunjan.banerji@wsj.com; @gunjanjs)

10:14 ET - Why are Actelion shares up more than 2% after announcing that a key drug failed to meet its primary endpoint in a phase 3 trial? A researcher quoted in Actelion's news release blames the "unexpected improvement" of the placebo arm for the trial failure for drug Opsumit. But Actelion shares are probably not down on the news because, as Jefferies says, Wall Street didn't ascribe high sales to a new indication for a relatively small patient population. Most important, Jefferies says it expects talks to sell to Johnson & Johnson (JNJ) won't be affected. (jonathan.rockoff@wsj.com; @jonathanrockoff)

10:07 ET - It's another delay for Dow Chemical's (DOW) merger with DuPont (DD) as European Commission antitrust enforcers say they've extended the deadline by which to render their verdict on the chemical megamerger by 10 days. The EU had been set to rule on the deal, unveiled in December 2015, by Feb 28, but now have until March 14, according to update posted to the European Commission's website. Regulators in the EU, who are scrutinizing the deal alongside other big agriculture-sector combinations like ChemChina-Syngenta and Bayer-Monsanto, have focused on the impact consolidation could have on innovation in seeds and pesticides. (jacob.bunge@wsj.com; @jacobbunge)

10:03 ET - Halliburton (HAL) CEO Dave Lesar says during a Q&A session of a conference call that oilfield services prices are headed up as the industry recovers, and its customers can't stop that. Asked it E&Ps should factor in a 5% to 10% rise in costs, Lesar says "I would be using something higher...As equipment tightens, commodity prices increase and everybody wants available of equipment when they want it, where they want it and how they want it, I don't see how there is going to be the ability for the customers to hold prices down." But, he adds: "we'll work with customers that want to work with us." HAL slips 4.1% to $54.11. (dan.molinski@wsj.com)

10:00 - Qualcomm (QCOM) shares are down 12% to $55.30 in early trade, extending a slide that began Friday in after-hours trading after Apple (AAPL) filed a suit against the chip supplier. In the suit, Apple claims QCOM--a dominant player in the chipsets market--blocked its ability to choose another supplier for chipsets and sought "onerous, unreasonable and costly," terms for patents. Qualcomm's general counsel told the Wall Street Journal the claims were "baseless." (akane.otani@wsj.com)

(END) Dow Jones Newswires

January 23, 2017 11:12 ET (16:12 GMT)

 © 2023 Factiva, Inc. All rights reserved.

**CO** qcom : Qualcomm Incorporated

**IN** i838 : Advertising | ibcs : Business/Consumer Services | imed : Media/Entertainment | iadv : Advertising/Marketing/Public Relations | imark : Marketing | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c151 : Earnings | gtvrad : Television/Radio | gvote1 : National/Presidential Elections | mcat : Commodity/Financial Market News | namt : All Market Talk | ndjmt : Dow Jones Market Talk | neqac : Equities Asset Class News | c1513 : Sales Figures | c15 : Financial Performance | ccat : Corporate/Industrial News | gcat : Political/General News | gent : Arts/Entertainment | gpir : Politics/International Relations | gpol : Domestic Politics | gvote : Elections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n002xm

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm: Instinet Cuts to Hold as NXP Buy Now Faces Delays**

Barron's Blogs, 11:17, 23 January 2017, 336 words, (English)

Shares of Qualcomm (QCOM) are down $8.30, or almost 13%, at $54.59, after multiple outlets reported on Friday that Apple (AAPL), one of its largest customers, has filed suit against Qualcomm for withholding $1 billion in rebates owed Apple,...

Document WCBBE00020170123ed1n001jm

 © 2023 Factiva, Inc. All rights reserved.

FT FINANCIAL TIMES

HD **Qualcomm dives as $1bn Apple lawsuit prompts downgrade**

BY Pan Kwan Yuk

WC 334 words

PD 23 January 2017

ET 11:33

SN Financial Times (FT.Com)

SC FTCMA

LA English

CY Copyright 2017 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

LP

Don’t mess with Apple.

News on Friday that the tech juggernaut has filed a $1bn lawsuit against Qualcomm has sent shares in the chipmaker diving by the most in over a year on Monday.

TD

Qualcomm, which fell 2.4 per cent to $62.88 on Friday just before the close when the lawsuit was published, tumbled by another 14.5 per cent within an hour after trading started on Monday as a ratings downgrade and a price target cut added further pressure on the stock.

The lawsuit – the first direct challenge by one of Qualcomm’s major customers – prompted Nomura to cut its ratings on the company to Neutral from Buy.

Analyst Romit Shah said his team had upgraded Qualcomm last year on the back of its $47bn blockbuster deal to buy European rival NXP.

But the recent flurry of lawsuits could complicate the process of getting regulatory approval for the deal. In addition to Apple, Qualcomm is also being sued by the US Federal Trade Commission and is the subject of investigations in the EU and Taiwan.

As Mr Shah noted:

QCOM needs approval from multiple countries, including the U.S., China, Japan, South Korea, Taiwan, and the EU, and QCOM has current outstanding investigations with all except for China.

Our downgrade and lower target price multiple are based on the increased uncertainty around the timing of accretion and diversification benefits from the NXPI acquisition, which we previously assumed would close in the second half of 2017.

Apple is demanding a payment of $1bn it believes is due as a rebate for licensing fees, which it claims the chipmaker is holding back as punishment for Apple “responding truthfully” to the South Korean investigation. Qualcomm, it claims, charges Apple at least five times more than what it pays all its other cellular patent licensers combined.

Qualcomm in response has said that Apple had “intentionally mischaracterised” the agreements and negotiations between the two companies.

CO ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

IN i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** The Financial Times Limited (AAIW/EIW)

**AN** Document FTCMA00020170123ed1n007bx

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm Plunges: Bad News When Your Top Customer Sues You, Says Bernstein**

Barron's Blogs, 11:14, 23 January 2017, 404 words, (English)

Shares of Qualcomm (QCOM) are down $8.30, or almost 13%, at $54.59, after multiple outlets reported on Friday that Apple (AAPL), one of its largest customers, has filed suit against Qualcomm for withholding $1 billion in rebates owed Apple,...

Document WCBBE00020170123ed1n001jl

 © 2023 Factiva, Inc. All rights reserved.

**Qualcomm: Apple Suit May Not Do Much, History Shows, Says Morgan Stanley**
Barron's Blogs, 12:50, 23 January 2017, 387 words, (English)
Don't presume the worst about Apple's (AAPL) suit against Qualcomm (QCOM), advises Morgan Stanley's James Faucette in a note to clients this morning — these things historically have had little impact, in his view.
Document WCBBE00020170123ed1n0025t

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Apple Takes a Bite Out of Qualcomm -- Heard on the Street**

**BY** By Dan Gallagher

**WC** 315 words

**PD** 23 January 2017

**ET** 13:58

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm has survived many legal challenges to its patent-driven business model. The suit filed by Apple is a tougher test.

Investors took note, wiping $13 billion off of Qualcomm's market value since news of the suit hit late Friday. One reason is Apple represents about one-quarter of Qualcomm's licensing revenue, estimates Christopher Caso of CLSA. It is a formidable foe with $132 billion in net cash.

**TD**

More importantly, the Apple suit hits Qualcomm at a terrible time: Qualcomm is already in the thick of it with regulators in Korea, Europe and the U.S. -- all of whom are examining the company's business practices regarding the deep well of patents that go to the heart of most wireless devices operating today. Licenses from these patents generate about 80% of the company's pretax profit.

Qualcomm is also trying to get regulators to sign off on its $39 billion acquisition of NXP Semiconductors . This is the company's biggest M&A deal to date, as it will add much needed diversity to a business that still relies heavily on the slowing smartphone market.

The lawsuit makes clear that Apple has been discussing Qualcomm with those agencies, many of whom have to sign off on the NXP acquisition for it to proceed. Qualcomm was expecting to complete the deal by the end of this year, but the fact that its stock has now slid back below its price from before the deal was announced suggests that shareholders now see a strong risk of a delay.

That -- plus the prospect of having to lower its royalty rates for a key customer -- have placed another cloud of uncertainty over Qualcomm. The company's future depends on passing this test.

(END) Dow Jones Newswires

January 23, 2017 13:58 ET (18:58 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c133 : Patents | c12 : Corporate Crime/Legal Action | c181 : Acquisitions/Mergers/Divestments | ccat : Corporate/Industrial News | cgymtr : Intellectual Property Rights | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | nhrd : Heard on the Street | npda : DJ Exclusive Analysis - All | npfida : DJ Exclusive Analysis - Fixed Income | npfxda : DJ Exclusive Analysis - FX | npqda : DJ Exclusive Analysis - Equities | ntop : Top Wire News | nttwn : Today's Top Wire News | c18 : Ownership Changes | cactio : Corporate Actions | cinprp : Industrial Property Rights | ncat : Content Types | ndj : Dow Jones Top Stories | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter | redit : Selection of Top Stories/Trends/Analysis

**RE** eurz : Europe

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n003dm

 © 2023 Factiva, Inc. All rights reserved.

PR Newswire
a CISION company

HD **QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations**

WC 431 words

PD 23 January 2017

ET 15:16

SN PR Newswire

SC PRN

LA English

CY Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

LP

SAN FRANCISCO, Jan. 23, 2017 /PRNewswire/ -- Hagens Berman Sobol Shapiro LLP alerts investors in QUALCOMM Incorporated (NASDAQ: QCOM) that Apple and the FTC have instituted lawsuits against QCOM. Hagens Berman is now investigating whether QCOM and its management may have violated Federal securities laws.

If you purchased or otherwise acquired securities of QCOM before January 20, 2017 and suffered over $100,000 in losses contact Hagens Berman Sobol Shapiro LLP. For more information visit:

TD

https://www.hbsslaw.com/cases/QCOM

or contact Reed Kathrein, who is leading the firm's investigation, by calling 510-725-3000 or emailing QCOM@hbsslaw.com.

On January 20, 2017, CNBC reported that Apple sued Qualcomm for roughly $1 billion, alleging Qualcomm charged Apple royalties for technologies Qualcomm had "nothing to do with."

CNBC also reported that Qualcomm has taken "radical steps" that include "withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them." Apple reportedly added, "Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least five times more in payments than all the other cellular patent licensors we have agreements with combined."

This news drove the price of QCOM shares down nearly 2.5% to close at $62.88 per share.

"We are investigating allegations made by both Apple and the FTC in their complaints filed against Qualcomm," said Hagens Berman partner Reed Kathrein.

Whistleblowers: Persons with non-public information regarding QCOM should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new SEC whistleblower program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 510-725-3000 or email QCOM@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national investor-rights law firm headquartered in Seattle, Washington with offices in 10 cities. The Firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the Firm and its successes can be found at www.hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 510-725-3000

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-investor-alert-hagens-berman-investigating-qualcomms-business-practices-and-ftc-allegations-300394943.html

SOURCE Hagens Berman Sobol Shapiro LLP

/Web site: https://www.hbsslaw.com

(END)

| | |
|---|---|
| **CO** | qcom : Qualcomm Incorporated |
| **IN** | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| **NS** | c12 : Corporate Crime/Legal Action \| npress : Press Releases \| gwhis : Whistleblowers \| ccat : Corporate/Industrial News \| gcat : Political/General News \| gcrim : Crime/Legal Action \| ncat : Content Types \| nfact : Factiva Filters \| nfcpex : C&E Executive News Filter \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **PUB** | PR Newswire Association, Inc. |
| **AN** | Document PRN0000020170123ed1n000mr |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| **HD** | **Press Release: QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations** |
| **WC** | 465 words |
| **PD** | 23 January 2017 |
| **ET** | 15:16 |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2017, Dow Jones & Company, Inc. |

**LP**

QUALCOMM INVESTOR ALERT: Hagens Berman Investigating Qualcomm's Business Practices and FTC Allegations

PR Newswire

**TD**

SAN FRANCISCO, Jan. 23, 2017

SAN FRANCISCO, Jan. 23, 2017 /PRNewswire/ -- Hagens Berman Sobol Shapiro LLP alerts investors in QUALCOMM Incorporated (NASDAQ: QCOM) that Apple and the FTC have instituted lawsuits against QCOM. Hagens Berman is now investigating whether QCOM and its management may have violated Federal securities laws.

If you purchased or otherwise acquired securities of QCOM before January 20, 2017 and suffered over $100,000 in losses contact Hagens Berman Sobol Shapiro LLP. For more information visit:

https://www.hbsslaw.com/cases/QCOM

or contact Reed Kathrein, who is leading the firm's investigation, by calling 510-725-3000 or emailing QCOM@hbsslaw.com.

On January 20, 2017, CNBC reported that Apple sued Qualcomm for roughly $1 billion, alleging Qualcomm charged Apple royalties for technologies Qualcomm had "nothing to do with."

CNBC also reported that Qualcomm has taken "radical steps" that include "withholding nearly $1 billion in payments from Apple as retaliation for responding truthfully to law enforcement agencies investigating them." Apple reportedly added, "Despite being just one of over a dozen companies who contributed to basic cellular standards, Qualcomm insists on charging Apple at least

five times more in payments than all the other cellular patent licensors we have agreements with combined."

This news drove the price of QCOM shares down nearly 2.5% to close at $62.88 per share.

"We are investigating allegations made by both Apple and the FTC in their complaints filed against Qualcomm," said Hagens Berman partner Reed Kathrein.

Whistleblowers: Persons with non-public information regarding QCOM should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new SEC whistleblower program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 510-725-3000 or email QCOM@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national investor-rights law firm headquartered in Seattle, Washington with offices in 10 cities. The Firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the Firm and its successes can be found at www.hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 510-725-3000

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/qualcomm-investor-alert-hagens-berman-investigating-qualcomms-business-practices-and-ftc-allegations-300394943.html

SOURCE Hagens Berman Sobol Shapiro LLP

/Web site: https://www.hbsslaw.com

(END) Dow Jones Newswires

January 23, 2017 15:16 ET (20:16 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | neqac : Equities Asset Class News | npress : Press Releases | gwhis : Whistleblowers | ccat : Corporate/Industrial News | gcat : Political/General News | gcrim : Crime/Legal Action | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usca : California | usw : Western U.S. | namz : North America | usa : United States

**PUB** Dow Jones & Company, Inc.

 © 2023 Factiva, Inc. All rights reserved.

**AN** Document DJDN000020170123ed1n003lo

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **The Biggest Loser: Qualcomm Tumbles -- Barron's Blog**

**BY** By Ben Levisohn

**WC** 324 words

**PD** 23 January 2017

**ET** 16:21

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm ( QCOM) tumbled to the bottom of the S&P 500 today after Apple ( AAPL) sued the chip maker over its licensing practices.

Qualcomm dropped 12.7% to $54.88, while the S&P 500 fell 0.27% to end at 2,265.2.

**TD**

BMO's Tim Long and team note that Apple's claims sound familiar, but worry about the attention the lawsuit is getting:

We are not lawyers, but we have come across many lawsuits/complaints between Qualcomm and other companies and governments over the years. Below we offer our opinions, understanding that there will be much legal maneuvering on each side before these cases will be resolved. We will not go through all of the 25 counts, but instead will focus on the key elements from a high level. We will focus on items that we have seen before, and ones that we hadn't known about, including the agreements that Apple detailed it has signed in the past with Qualcomm.

We expect this case to get a lot of attention, and for any resolution to take a long time, whether through the courts or a private agreement. We doubt that there will be a meaningful change to Qualcomm royalty rates, but the mention of benefits for exclusive chip supply, denying the right to litigate, and withholding "rebate" payments may cause damage otherwise.

Qualcomm's market capitalization fell to $ billion today from $92.3 billion on Friday. It reported net income of $5.7 billion on sales of $23.6 billion in 2016.

For more on the potential impact of Apple's suit on Qualcomm, read Morgan Stanley's take, Bernstein's take, and Instinet's take over at Barron's Tech Trader Daily.

More at Barron's Stocks to Watch blog,
http://blogs.barrons.com/stockstowatchtoday/

(END) Dow Jones Newswires

January 23, 2017 16:21 ET (21:21 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial

News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n003yl

**The Biggest Loser: Qualcomm Tumbles 13%**

Barron's Blogs, 17:11, 23 January 2017, 301 words, (English)

Qualcomm ( QCOM) tumbled to the bottom of the S&P 500 today after Apple ( AAPL) sued the chip maker over its licensing practices. Qualcomm dropped 12.7% to $54.88, while the S&P 500 fell 0.27% to end at 2,265.2.

Document WCBBE00020170123ed1n003bh

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **The Biggest Loser: Qualcomm Tumbles 13% -- Barron's Blog**

**BY** By Ben Levisohn

**WC** 327 words

**PD** 23 January 2017

**ET** 17:11

**SN** Dow Jones Institutional News

**SC** DJDN

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Qualcomm ( QCOM) tumbled to the bottom of the S&P 500 today after Apple ( AAPL) sued the chip maker over its licensing practices.

Qualcomm dropped 12.7% to $54.88, while the S&P 500 fell 0.27% to end at 2,265.2.

**TD**

BMO's Tim Long and team note that Apple's claims sound familiar, but worry about the attention the lawsuit is getting:

We are not lawyers, but we have come across many lawsuits/complaints between Qualcomm and other companies and governments over the years. Below we offer our opinions, understanding that there will be much legal maneuvering on each side before these cases will be resolved. We will not go through all of the 25 counts, but instead will focus on the key elements from a high level. We will focus on items that we have seen before, and ones that we hadn't known about, including the agreements that Apple detailed it has signed in the past with Qualcomm.

We expect this case to get a lot of attention, and for any resolution to take a long time, whether through the courts or a private agreement. We doubt that there will be a meaningful change to Qualcomm royalty rates, but the mention of benefits for exclusive chip supply, denying the right to litigate, and withholding "rebate" payments may cause damage otherwise.

Qualcomm's market capitalization fell to $81.1 billion today from $92.3 billion on Friday. It reported net income of $5.7 billion on sales of $23.6 billion in 2016.

For more on the potential impact of Apple's suit on Qualcomm, read Morgan Stanley's take, Bernstein's take, and Instinet's take over at Barron's Tech Trader Daily.

More at Barron's Stocks to Watch blog,
http://blogs.barrons.com/stockstowatchtoday/

(END) Dow Jones Newswires

January 23, 2017 17:11 ET (22:11 GMT)

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | iindele : Industrial Electronics | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | c1521 : Analysts' Comments/Recommendations | neqac : Equities Asset Class News | c15 : Financial Performance | c152 : Earnings Projections | ccat : Corporate/Industrial

News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document DJDN000020170123ed1n00443

 © 2023 Factiva, Inc. All rights reserved.

**HD** **SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims on Behalf of Investors of Qualcomm Incorporated - QCOM**

**WC** 244 words

**PD** 23 January 2017

**SN** ACCESSWIRE

**SC** ACWIRE

**LA** English

**CY** Copyright 2017. ACCESSWIRE

**LP**

NEW YORK, NY / ACCESSWIRE / January 23, 2017 / Pomerantz LLP is investigating claims on behalf of investors of Qualcomm Incorporated ("Qualcomm" or the "Company") (NASDAQ: QCOM). Such investors are advised to contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888-476-6529, ext. 9980.

The investigation concerns whether Qualcomm and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**TD**

[Click here to join a class action]

On January 17, 2017, Bloomberg reported that the Federal Trade Commission is poised to bring an enforcement action against Qualcomm following an investigation of the Company's licensing practices. On this news, Qualcomm stock fell $2.69, or 4.02%, to close at $64.19 on January 17, 2017.

The Pomerantz Firm, with offices in New York, Chicago, Florida, and Los Angeles, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

SOURCE: Pomerantz LLP

**CO** ftrade : Federal Trade Commission | phbgag : Pomerantz LLP | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | i835 : Legal Services | ibcs : Business/Consumer Services | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c12 : Corporate Crime/Legal Action | gsfra : Securities Fraud | npress : Press Releases | ccat : Corporate/Industrial News | gcat : Political/General News | gcrim : Crime/Legal Action | gfinc : Financial Crime | gfraud : Fraud | ncat : Content Types | nfact : Factiva Filters | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** NASDAQ:QCOM

**PUB** Accesswire

**AN** Document ACWIRE0020170123ed1n004h5

 © 2023 Factiva, Inc. All rights reserved.

THE AUSTRALIAN

HD **5G 'will benefit entire societies'**

WC 449 words

PD 23 January 2017

SN The Australian - Online

SC AUSTOL

LA English

CY © 2017 News Limited. All rights reserved.

LP

To get a handle on 5G, it made sense to listen to Qualcomm, a semiconductor manufacturer that has been at the forefront of mobile phone component development for decades. Now it's a flag bearer for 5G, the successor to 4G, due for implementation by 2020.

At the Consumer Electronics Show in Las Vegas, Qualcomm chief executive Steve Mollenkopf said 5G went beyond scaling up speed and bandwidth, and reducing latency. It was an entirely new type of network with new capabilities.

TD

"5G will have an impact similar to the introduction of electricity, or the car, affecting entire economies, and benefiting entire societies,'' Mr Mollenkopf said. "Today, billions of mobile devices with extraordinary power are uniting with advancements in robotics, artificial intelligence, autonomous vehicles, nanotechnology and so much more. Entire industries will change, and emerge as data speeds go up, and data costs come down."

It is rumoured the Snapdragon 835 will be used inside Samsung's Galaxy S8 smartphone this year. The new processor also supports virtual reality when installed inside mobile devices. Qualcomm demonstrated positional tracking using the camera in a VR-enabled smart phone.

It has also released a Snapdragon X50 5G modem, to be available in the second half of the year, which uses the 802.11ad WiFi standard. Mr Mollenkopf said it supported ultrahigh speed zones as fast as 4.6 Gbps, and delivered extremely low latency. You could download a feature-length 4K movie in 18 seconds, or a 1Gb file from the cloud in three seconds, he said.

At CES, there were discussions about peak 5G speeds of up to 26 Gbps.

In Australia, the telcos will continue 5G trials and prepare to introduce 4.5G as a stepping stone. Optus is expected to update its plans around 4.5G next month. In a trial in Sydney last year, Optus and Huawei reached a transmission rate of 35Gbs over the 73 GHz band.

Optus executive Kent Wu said the telco was looking at multiple input, multiple output technology as part of 5G. "Traditionally there is a single lane in each direction. This makes it 32 in each direction," Mr Wu said.

Telstra outlined its involvement in modifying 5G standards to suit Australian conditions. "The rest of the world forgets how big Australia is, and inevitably they build everything to run to about 30km-40km," said Mike Wright, group managing director, networks at Telstra. Telstra is to trial 5G at next year's Commonwealth Games and this month Vodafone Australia announced a five-year deal with Ericsson and Cisco to virtualise its core network ahead of 5G.

Chris Griffith travelled to CES in Las Vegas courtesy of Samsung.

CO qcom : Qualcomm Incorporated

IN ielec : Consumer Electronics | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**RE** austr : Australia | apacz : Asia Pacific | ausnz : Australia/Oceania

**PUB** News Ltd.

**AN** Document AUSTOL0020170123ed1n002gy

 © 2023 Factiva, Inc. All rights reserved.

THE WALL STREET JOURNAL.

**CLM** Heard on the Street

**SE** Markets

**HD** **Apple Takes a Bite Out of Qualcomm; Timing of lawsuit throws completion of NXP Semiconductors deal into question, along with future royalties**

**BY** By Dan Gallagher

**WC** 335 words

**PD** 23 January 2017

**ET** 14:12

**SN** The Wall Street Journal Online

**SC** WSJO

**LA** English

**CY** Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

**LP**

Qualcomm has survived many legal challenges to its patent-driven business model. The suit filed by Apple is a tougher test.

Investors took note, wiping $13 billion off of Qualcomm's market value since news of the suit hit late Friday. One reason is Apple represents about one-quarter of Qualcomm's licensing revenue, estimates Christopher Caso of CLSA. It is a formidable foe with $132 billion in net cash.

**TD**

More importantly, the Apple suit hits Qualcomm at a terrible time: Qualcomm is already in the thick of it with regulators in Korea, Europe and the U.S.—all of whom are examining the company's business practices regarding the deep well of patents that go to the heart of most wireless devices operating today. Licenses from these patents generate about 80% of the company's pretax profit.

Qualcomm is also trying to get regulators to sign off on its $39 billion acquisition of NXP Semiconductors . This is the company's biggest M&A deal to date, as it will add much needed diversity to a business that still relies heavily on the slowing smartphone market.

The lawsuit makes clear that Apple has been discussing Qualcomm with those agencies, many of whom have to sign off on the NXP acquisition for it to proceed. Qualcomm was expecting to complete the deal by the end of this year, but the fact that its stock has now slid back below its price from before the deal was announced suggests that shareholders now see a strong risk of a delay.

That—plus the prospect of having to lower its royalty rates for a key customer—have placed another cloud of uncertainty over Qualcomm. The company's future depends on passing this test.

Get financial insights and commentary on global investing from The Wall Street Journal's Heard on the Street team. Subscribe to the podcast.

**CO** phisem : NXP Semiconductors N.V. | qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindstrls : Industrial Goods | itech : Technology | iindele : Industrial Electronics

**NS** c12 : Corporate Crime/Legal Action | c133 : Patents | c151 : Earnings | cgymtr : Intellectual Property Rights | mcat : Commodity/Financial Market News | ncolu : Columns | nedc : Commentaries/Opinions | c15 : Financial Performance | ccat : Corporate/Industrial News | cinprp : Industrial Property Rights | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**IPD** APPLE

**IPC** I/SEM

**PUB** Dow Jones & Company, Inc.

**AN** Document WSJO000020170123ed1n007ka

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

HD **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, Halliburton, Marinus Pharma**

WC 370 words

PD 23 January 2017

ET 10:32

SN Reuters News

SC LBA

LA English

CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

* Eikon search string for individual stock moves: STXBZ

TD

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh

U.S. stocks were off their lows on Monday after President Donald Trump laid out some of his plans to spur economic growth in a meeting with top executives of U.S. companies.

The Dow Jones Industrial Average was down 0.29 percent at 19,769.81, the S&P 500 was down 0.34 percent at 2,263.52 and the Nasdaq Composite was down 0.27 percent at 5,540.223.

** QUALCOMM INC, $54.11, -13.95 pct

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** HALLIBURTON CO, $54.56, -3.35 pct

The world's No. 2 oilfield services provider warned of weakness in markets outside of North America, echoing comments made by larger rival Schlumberger last week.

** SPRINT CORP, $9.13, +2.18 pct

The U.S. wireless carrier said it would buy 33 percent of Tidal, a music streaming service owned by rapper Jay Z.

** MCDONALD'S CORP, $121.23, -0.84 pct

The operator of the world's largest fast-food chain reported a drop in U.S. comparable restaurant sales for the first time in six quarters, suggesting that the novelty of the company's popular all-day breakfast was wearing off.

** MARINUS PHARMACEUTICALS INC, $1.63, +40.52 pct

The drug developer announced preliminary positive data from its ongoing mid-stage study for the treatment of patients with CDKL5 genetic disorder.

** BIOLASE INC, $1.65, +12.24 pct

The medical device maker received FDA clearance for commercial distribution of its new Epic Pro diode laser system for dentistry.

** CYNOSURE INC, $48.50, +10.60 pct

The laser maker is exploring strategic options, including a sale, amid increasing interest in the company's technology from larger global companies, Bloomberg reported on Sunday, citing sources. (Compiled by Diptendu Lahiri in Bengaluru)

| | |
|---|---|
| **RF** | Released: 2017-1-26T15:32:42.000Z |
| **CO** | qcom : Qualcomm Incorporated \| hllbt : Halliburton Co |
| **IN** | i257 : Pharmaceuticals \| icomp : Computing \| i3302 : Computers/Consumer Electronics \| i951 : Health Care/Life Sciences \| itech : Technology \| i1 : Energy \| i13 : Crude Oil/Natural Gas Upstream Operations \| i1300005 : Support Activities for Oil/Gas \| i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods |
| **NS** | ccat : Corporate/Industrial News |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170123ed1n00pm9 |

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 01/20/2017 to 01/23/2017 |

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 110 |
| Timestamp | 26 May 2023 13:33 |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES

BUZZ-Qualcomm Inc: Lawsuits pull down stock ....2
BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Sprint ....4
BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Halliburton ....6
U.S. RESEARCH ROUNDUP-CVR Refining, Metlife, Travelport Worldwide....8
Cynosure soars on deal talk; Qualcomm slumps on Apple suit ....16
Cynosure soars on deal talk; Qualcomm slumps on Apple suit ....18
Qualcomm Cut to Underperform From Buy by CLSA ....20
Qualcomm Cut to Neutral From Buy by Nomura....21
Qualcomm Cut to Underperform From Buy by CLSA ....22
BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm , Yahoo , Morgan Stanley ,....23

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BUZZ-Qualcomm Inc: Lawsuits pull down stock**

**WC** 212 words

**PD** 23 January 2017

**ET** 10:35

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

** Chipmaker's shares fall as much as 14.44 pct to $53.80; biggest intraday pct loss in more than a year

** Apple Inc filed a $1 bln lawsuit on Friday against Qualcomm for overcharging for chips and refusing to pay some $1 bln in promised rebates

**TD**

** At least 2 brokerages cut PTs, Instinet cuts rating to "neutral" from "buy"

** Instinet says recent rulings have been stronger and broader than anticipated

** It seems inconvenient that, amid increased scrutiny into QTL, Qualcomm requires regulatory approval for the NXPI acquisition from many of the countries where it has outstanding regulatory complaints/litigations - Instinet analysts

** U.S. Federal Trade Commission filed a lawsuit last week, accusing Qualcomm of using "anticompetitive" tactics to keep its monopoly on a key semiconductor used in cellphones

** South Korea's antitrust regulator fined Qualcomm $854 mln in December for what it called unfair patent licensing practices

** More than 34 mln shares traded, 4.3x 30-day moving avg

** 13 of 30 brokerages rate the stock "buy" or higher, 15 "hold" and 2 "sell" or lower; median PT $70

** Up to Friday's close, stock had gained a third of its value in the last 12 months

**RF** Released: 2017-1-26T15:35:20.000Z

**CO** ftrade : Federal Trade Commission | qcom : Qualcomm Incorporated

**IN** icomp : Computing | i3302 : Computers/Consumer Electronics | itech : Technology | i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods

**NS** c1521 : Analysts' Comments/Recommendations | c12 : Corporate Crime/Legal Action | ccat : Corporate/Industrial News | c1522 : Share Price Movement/Disruptions | c15 : Financial Performance | c152 : Earnings Projections | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter | nfcpex : C&E Executive News Filter | nfcpin : C&E Industry News Filter

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00pmc

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Sprint**

**WC** 460 words

**PD** 23 January 2017

**ET** 11:50

**SN** Reuters News

**SC** LBA

**LA** English

**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

* Eikon search string for individual stock moves: STXBZ

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

**TD**

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh

U.S. stocks lost ground on Monday as investors digested President Donald Trump's protectionist statements and sought safe-haven assets such as gold and U.S. Treasury bonds.

The Dow Jones Industrial Average was down 0.43 percent at 19,741.7, the S&P 500 was down 0.58 percent at 2,258.09 and the Nasdaq Composite was down 0.52 percent at 5,526.712.

** QUALCOMM INC, $55.35, -11.98 pct

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** AUTOZONE INC, $735.61, -4.47 pct

** ADVANCE AUTO PARTS INC, $166.75, -2.77 pct

** O'REILLY AUTOMOTIVE INC, $264.83, -3.35 pct

** GENUINE PARTS CO, $96.17, -3.58 pct

U.S. auto parts retailers down after NY Post says Amazon may start selling auto parts.

** MCDONALD'S CORP, $120.50, -1.44 pct

The operator of the world's largest fast-food chain reported a drop in U.S. comparable restaurant sales for the first time in six quarters, suggesting that the novelty of the company's popular all-day breakfast was wearing off.

** MARINUS PHARMACEUTICALS INC, $1.60, +37.50 pct

The drug developer announced preliminary positive data from its ongoing mid-stage study for the treatment of patients with CDKL5 genetic disorder.

** HALLIBURTON CO, $54.27, -3.86 pct

The world's No. 2 oilfield services provider said its revenue growth this year would meet or outpace the increase in the number of drilling rigs in North America.

** SPRINT CORP, $9.24, +3.42 pct

The U.S. wireless carrier said it would buy 33 percent of Tidal, a music streaming service owned by rapper Jay Z.

** BIOLASE INC, $1.62, +10.20 pct

The medical device maker received FDA clearance for commercial distribution of its new Epic Pro diode laser system for dentistry.

** CYNOSURE INC, $47.50, +8.32 pct

The laser maker is exploring strategic options, including a sale, amid increasing interest in the company's technology from larger global companies, Bloomberg reported on Sunday, citing sources.

** NCI INC, $12.61, -9.64 pct

The IT and professional services provider to U.S. Federal government agencies will launch an internal probe after preliminary findings revealed that an ex-controller embezzled about $18 mln over last six years. (Compiled by Diptendu Lahiri in Bengaluru)

**RF** Released: 2017-1-26T16:50:19.000Z

**CO** advpts : Advance Auto Parts Inc | atzone : AutoZone Inc | qcom : Qualcomm Incorporated | advhol : Advance Holding Corp

**IN** i353 : Motor Vehicle Parts | i64 : Retail/Wholesale | icomp : Computing | i3302 : Computers/Consumer Electronics | iaut : Automotive | itech : Technology | i34531 : Semiconductors | i6492 : Automotive Parts/Tire Stores | i654 : Specialty Stores | iindele : Industrial Electronics | iindstrls : Industrial Goods | iretail : Retail

**NS** ccat : Corporate/Industrial News

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00spd

REUTERS

HD **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm, auto parts retailers, Halliburton**

WC 539 words
PD 23 January 2017
ET 13:25
SN Reuters News
SC LBA
LA English
CY Copyright 2017 Thomson Reuters. All Rights Reserved.

LP

* Eikon search string for individual stock moves: STXBZ

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

TD

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh

The S&P 500 was on track for its worst day this year as President Donald Trump's protectionist stance on trade sent investors scurrying for safe-haven assets on Monday.

The Dow Jones Industrial Average was down 0.31 percent at 19,766.24, the S&P 500 was down 0.39 percent at 2,262.47 and the Nasdaq Composite was down 0.19 percent at 5,544.683.

** QUALCOMM INC, $55.37, -11.94 pct

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** AUTOZONE INC, $738.69, -4.07 pct

** ADVANCE AUTO PARTS INC, $167.14, -2.54 pct

** O'REILLY AUTOMOTIVE INC, $266.01, -2.92 pct

** GENUINE PARTS CO, $96.33, -3.42 pct

Shares of U.S. auto part retailers fell sharply following a report that Amazon.com Inc had set its sights on the $50 billion do-it-yourself after-market auto parts business.

** MCDONALD'S CORP, $121.72, -0.44 pct

The company's sales at established U.S. restaurants fell for the first time in six quarters as the novelty of all-day breakfast failed to overcome competition from supermarkets and other retailers.

** MARINUS PHARMACEUTICALS INC, $1.54, +32.76 pct

The drug developer announced preliminary positive data from its ongoing mid-stage study for the treatment of patients with CDKL5 genetic disorder.

** HALLIBURTON CO, $54.37, -3.68 pct

The world's No. 2 oilfield services provider said its revenue growth this year would meet or outpace the increase in the number of drilling rigs in North America.

However, its revenue growth in North America in the latest quarter lagged the increase in rig count.

** SPRINT CORP, $9.22, +3.19 pct

The U.S. wireless carrier said it would buy 33 percent of Tidal, a music streaming service owned by rapper Jay Z, marking a move to more content driven services in a highly competitive wireless market.

** BIOLASE INC, $1.62, +10.20 pct

The medical device maker received FDA clearance for commercial distribution of its new Epic Pro diode laser system for dentistry.

** CYNOSURE INC, $47.48, +8.27 pct

The laser maker is exploring strategic options, including a sale, amid increasing interest in the company's technology from larger global companies, Bloomberg reported on Sunday, citing sources.

** NCI INC, $12.63, -9.50 pct

The IT and professional services provider to U.S. Federal government agencies will launch an internal probe after preliminary findings revealed that an ex-controller embezzled about $18 mln over last six years.

** AETNA INC, $119.77, -2.25 pct

** HUMANA INC, $201.02, +0.24 pct

A U.S. federal judge blocked the health insurer's proposed $34 billion merger with rival Humana, saying it was illegal under antitrust law.

(Compiled by Diptendu Lahiri in Bengaluru)

**RF** Released: 2017-1-26T18:25:22.000Z

**CO** advpts : Advance Auto Parts Inc | atzone : AutoZone Inc | qcom : Qualcomm Incorporated | hllbt : Halliburton Co | advhol : Advance Holding Corp

**IN** i353 : Motor Vehicle Parts | i64 : Retail/Wholesale | icomp : Computing | i3302 : Computers/Consumer Electronics | iaut : Automotive | itech : Technology | i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | i1300005 : Support Activities for Oil/Gas | i34531 : Semiconductors | i6492 : Automotive Parts/Tire Stores | i654 : Specialty Stores | iindele : Industrial Electronics | iindstrls : Industrial Goods | iretail : Retail

**NS** ccat : Corporate/Industrial News

**RE** usa : United States | namz : North America

**IPD** Business

**IPC** SERVICE:ABN

**PUB** Thomson Reuters (Markets) LLC

**AN** Document LBA0000020170123ed1n00vy3

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

| | |
|---|---|
| HD | **U.S. RESEARCH ROUNDUP-CVR Refining, Metlife, Travelport Worldwide** |
| WC | 2,699 words |
| PD | 23 January 2017 |
| ET | 17:50 |
| SN | Reuters News |
| SC | LBA |
| LA | English |
| CY | Copyright 2017 Thomson Reuters. All Rights Reserved. |
| TD | |

Jan 23 (Reuters) - Wall Street securities analysts revised their ratings and price targets on several U.S.-listed companies, including Metlife and CVR Refining, on Monday.

HIGHLIGHTS

* Camden Property Trust : Barclays cuts to equal weight from overweight
* CVR Refining : Goldman Sachs raises to neutral from sell - Trader
* Metlife Inc : Deutsche Bank raises to buy from hold
* Piedmont Office Realty Trust Inc : Stifel raises to hold from sell
* Travelport Worldwide Ltd : Morgan Stanley cuts to equal weight from overweight

Following is a summary of research actions on U.S. companies reported by Reuters on Monday.
Stock entries are in alphabetical order.

* Achaogen Inc : Guggenheim initiates coverage with a buy rating, $30 target price
* ADMA Biologics Inc : Maxim Group raises to buy from hold; price target $13
* Agilent Technologies Inc : Jefferies raises target price to $55; rating buy
* Alexandria Real Estate Equities : Barclays cuts target price to $116 from $121
* Align Technology Inc : Jefferies raises target price to $110; rating buy
* Ally Financial Inc : Susquehanna starts with positive rating; $28 price target
* Alphabet Inc : BMO raises target price to $1000 from $960; rating outperform
* AMC Networks : Cowen and Company ups target to TO $60 from $54; market perform
* American International Group Inc : KBW raises target price to $80 from $77

* American Vanguard Corp : Roth Capital raises to buy from neutral - Trader
* Ameriprise Financial Inc : Deutsche Bank raises target price to $127 from $120
* Anadarko Petroleum : Barclays raises target price to $62 from $60; equal weight
* Anthem Inc : Citigroup raises target price to $172 from $151
* Apartment Investment and Management Co : Barclays cuts target to $47 from $49
* Applied Materials Inc : Deutsche Bank raises target price to $36 from $33
* Arch Coal Inc : FBR raises target price to $110 from $95
* AstraZeneca Plc : Leerink cuts target price to $32 from $34
* Avalonbay Communities Inc : Barclays cuts target price to $167 from $178
* Bank of Hawaii : Compass Point raises price target to $81 from $80;rating neutral
* Bank of Hawaii : Sandler O'Neill cuts price target by $4 to $90; rating hold
* Bank of Marin Bancorp :D.A. Davidson raises price target to $70 from $68;neutral
* BB&T Corp : Bernstein raises target price to $47 from $46
* Biomarin Pharmaceutical : Credit Suisse assumes coverage with $107 target price
* Biomarin Pharmaceutical : Credit Suisse assumes coverage with outperform rating
* Biospecifics Technologies : Rodman & Renshaw raises target to $72 from $63
* Boston Properties Inc : Barclays cuts target price to $135 from $143
* Brandywine Realty Trust : Barclays cuts target price to $15 from $16
* Bristol-Myers Squibb Co : JP Morgan cuts target price to $66 from $70;overweight
* Bristol-Myers Squibb Co : Leerink cuts target price to $62 from $71
* Brixmor Property Group Inc : Barclays cuts target price to $24 from $28
* Bruker Corp : Jefferies cuts target price to $28; rating buy
* Bryn Mawr Bank Corp : KBW raises target price to $41 from $39
* Cabot Oil & Gas Corp : Barclays raises target price to $25 from $22
* Cabot Oil & Gas Corp : Barclays raises to overweight from equal weight
* Camden Property Trust : Barclays cuts target price to $83 from $89
* Camden Property Trust : Barclays cuts to equal weight from overweight
* Campbell Soup Co : Stifel raises target price to $62 from $56
* Carolina Financial Corp : KBW raises target price to $33 from $30
* CBL & Associates Properties : Barclays cuts target price to $10 from $13
* CBL & Associates Properties :Goldman Sachs cuts target to $10.50 from $12;neutral
* Cenovus Energy Inc : Goldman Sachs cuts to sell - Trader
* Chicago Bridge & Iron Company NV : Citigroup raises target price to $36 from $30
* Chubb Ltd : JMP raises target price to $145 from $140
* Cigna Corp : Citigroup raises target price to $163 from $139
* Citizens Financial Group : Goldman Sachs cuts target price to $42 from $43; buy

 © 2023 Factiva, Inc. All rights reserved.

* Citizens Financial Group Inc : Bernstein cuts target price to $35 from $36
* Citizens Financial Group Inc : KBW raises target price to $39 from $38.5
* Citizens Financial Group Inc : Wedbush raises target price to $37 from $35
* City Office REIT Inc : Deutsche Bank cuts price target to $14.00 from $15.50
* Clovis Oncology Inc : Stifel raises target price to $86 from $52
* CNO Financial Group Inc : Deutsche Bank raises target price to $19 from $18
* Colucid Pharmaceuticals Inc : Barclays cuts to equal weight from overweight
* Columbus Mckinnon : Seaport Global Securities raises target to $30 from $24
* Columbus Mckinnon : Seaport Global Securities raises to buy from neutral
* Community Bank System : Sandler O'Neill cuts price target to $53; rating sell
* Community Financial : KBW raises target price to $30 from $28; market perform
* County Bancorp Inc : Maxim raises target price to $30 from $28
* Credit Acceptance : Susquehanna starts with neutral rating; $226 price target
* CRH Medical : Canaccord Genuity raises target price to $7 from $5.50; buy
* CSX Corp : BMO raises target price to $55 from $38
* CSX Corp : BMO raises to outperform from market perform
* CVR Refining : Goldman Sachs raises to neutral from sell - Trader
* CVR Refining LP : Goldman Sachs raises target price to $12 from $7
* Cytosorbents Corp : Maxim Group raises price target to $10 from $8; rating buy
* Deckers Outdoor Corp : Telsey Advisory Group raises target price to $74 from $72
* Dentsply Sirona Inc : Jefferies cuts target price to $68; rating buy
* Diana Shipping Inc : Jefferies raises price target to $3.50; rating hold
* Digital Realty Trust Inc : Barclays cuts target price to $110 from $118
* Dish Network Corp : Morgan Stanley raises to overweight rating
* Douglas Emmett Inc : Barclays cuts target price to $32 from $35
* Dow Chemical Co : Susquehanna raises target price to $68 from $66; positive
* DSP Group Inc : Wunderlich cuts target price to $13 from $14
* DSW Inc : Telsey Advisory Group cuts target price to $24 from $26
* DU Pont : Susquehanna raises target price to $88 from $84; rating positive
* Duke Realty Corp : Barclays cuts target price to $25 from $26
* Dupont Fabros Technology Inc : Barclays cuts target price to $50 from $52
* Equity Residential : Barclays cuts target price to $61 from $66
* Essex Property Trust Inc : Barclays raises target price to $255 from $232
* Essex Property Trust Inc : Barclays raises to overweight from equal weight
* Ferroglobe Plc : B.Riley cuts target price to $14 from $14.25; rating buy
* First Financial Bancorp : KBW raises target price to $27 from $25

 © 2023 Factiva, Inc. All rights reserved.

* Flowserve Corp : Seaport Global Securities raises target price to $60 from $48
* Flowserve Corp : Seaport Global Securities raises to buy from neutral
* FMC Corp : Seaport Global Securities cuts to neutral from accumulate
* Foot Locker Inc : Telsey Advisory Group cuts target price to $85 from $88
* Genco Shipping & Trading Ltd : Jefferies raises price target to $13.00; buy
* General Electric Co : Credit Suisse cuts target price to $34 from $35; outperform
* General Electric Co : UBS cuts target price to $35 from $36
* General Growth Properties Inc : Barclays cuts target price to $25 from $30
* GrubHub Inc : Craig Hallum starts with hold; target price $41
* Halliburton Co : Credit Suisse cuts price target to $60 from $62; outperform
* Halliburton Co : Evercore ISI raises price target to $65 from $60; rating buy
* HB Fuller Co : JP Morgan cuts target price to $47 from $49
* Healthequity : Keybanc Capital Markets starts with overweight rating;target $60
* Hudson Pacific Properties Inc : Barclays cuts target price to $38 from $39
* Humana Inc : Credit Suisse cuts price target to $208 from $222; rating outperform
* Huntsman Corp : UBS raises target price to $24 from $19
* Incyte Corp : Credit Suisse assumes coverage with outperform; $137 target PRICE
* Independence Realty Trust : Deutsche Bank raises target to $8.00 from $7.50
* Independent Bank Corp : KBW raises target price to $72 from $70
* Ionis Pharmaceuticals Inc : Janney cuts fair value to $42 from $49;rating neutral
* Jones Lang LaSalle Inc : Barclays cuts target price to $119 from $125
* Juniper Networks Inc : JP Morgan raises target price to $32 from $28
* Kansas City Southern : Seaport Global Securities cuts from accumulate to neutral
* KBR Inc : Citigroup raises target price to $18 from $16
* Kimco Realty Corp : Barclays cuts target price to $27 from $32
* Kirby Corp : Credit Suisse raises target price to $58 from $51; rating neutral
* Kirby Corp : Jefferies raises price target to $75.00; rating buy
* Kite Realty Group Trust : Barclays cuts target price to $25 from $31
* Kla-Tencor Corp : Deutsche Bank raises target price to $78 from $75
* Lam Research Corp : DA Davidson raises price target to $140 from $125
* Lam Research Corp : Deutsche Bank raises target price to $125 from $115
* Lexington Realty Trust : Barclays cuts target price to $10 from $11
* Lexington Realty Trust : Barclays cuts to underweight from equal weight
* Liberty Global : Morgan Stanley resumes with equal weight rating; $39 target
* Liberty Siriusxm : Morgan Stanley cuts to equal weight rating

 © 2023 Factiva, Inc. All rights reserved.

* Lincoln National Corp : Deutsche Bank raises target price to $69 from $66
* Lonestar Resources US Inc : Johnson Rice starts with buy; target price $7.20
* M&T Bank Corp : JP Morgan raises target price to $180 from $170
* Macerich Co : Barclays cuts target price to $69 from $83
* Mack-Cali Realty Corp : Barclays cuts target price to $27 from $28
* Maiden Holdings Ltd : JMP raises target price to $19 from $18
* Marathon Petroleum Corp : Jefferies cuts target price to $61; rating buy
* Mastec Inc : Citigroup raises target price to $38 from $32
* Matador Resources Co : Raymond James starts with outperform rating; target $31
* McDermott International Inc : Citigroup raises target price to $8 from $6
* Merck & Co Inc : Leerink raises target price to $69 from $65
* Metlife Inc : Deutsche Bank raises target price to $65 from $57
* Metlife Inc : Deutsche Bank raises to buy from hold
* Molson Coors Brewing Co : Credit Suisse initiates coverage with neutral rating
* Molson Coors Brewing Co : Credit Suisse initiates coverage with target price $106
* Motorola Solutions Inc : MKM Partners raises fair value to $75 from $72; neutral
* Natera Inc : Benchmark cuts target price to $16 from $20
* Natera Inc : Benchmark cuts target price to $16 from $20
* Nike Inc : Telsey Advisory Group raises target price to $66 from $65
* NRG Yield Inc : Citigroup raises target price to $20 from $19
* OM Asset Management Plc : Sandler O'Neill resumes with hold; target price $15.50
* Patriot National Inc : JMP cuts target price to $9 from $10
* Pennsylvania REIT : Barclays cuts target price to $16 from $20
* Perrigo Company Plc : Jefferies cuts target price to $70 from $84; rating hold
* Perrigo Company Plc : Leerink cuts price target to $78 from $87; market perform
* Philip Morris International Inc : Barclays cuts target price to $103 from $106
* Piedmont Office Realty Trust Inc : Stifel raises target price to $20.50 from $18
* Piedmont Office Realty Trust Inc : Stifel raises to hold from sell
* PNC Financial Services Group Inc : Instinet raises target price to $121 from $116
* PPG Industries Inc : JP Morgan cuts target price to $105 from $110
* Preferred Bank : FBR raises target price to $65 from $60; rating outperform
* Principal Financial Group Inc : Deutsche Bank raises target price to $58 from $54
* Proassurance Corp : JMP raises target price to $60 from $57
* Procter & Gamble Co : Morgan Stanley raises target to $90 from $88; equal-weight
* Procter & Gamble Co : UBS raises target price to $96 from $94
* Prologis Inc : Barclays cuts target price to $54 from $58
* PTC Inc : Berenberg raises target price to $66 from $50; rating buy
* Public Storage : Barclays cuts target price to $215 from $230
* Qualcomm Inc : Bernstein cuts target price to $65 from $80
* Qualcomm Inc : Instinet cuts target price to $70 from $80
* Qualcomm Inc : Instinet cuts to neutral from buy

 © 2023 Factiva, Inc. All rights reserved.

* Quanta Services Inc : Citigroup raises target price to $37 from $31
* Regions Financial Corp : Bernstein raises target price to $15 from $14
* Regions Financial Corp : Compass Point cuts to neutral from buy
* Regions Financial Corp : Compass Point raises target price to $15 from $14.50
* Reinsurance Group of America : Deutsche Bank ups target price to $127 from $121
* Rockwell Automation Inc : Deutsche Bank raises target price to $173 from $126
* Rockwell Collins Inc : Canaccord Genuity raises target to $90 from $88; hold
* Rockwell Collins Inc : Seaport Global Securities raises to buy from neutral
* Santander Consumer USA : Susquehanna initiates coverage with $14 price target
* Santander Consumer USA : Susquehanna initiates coverage with a neutral rating
* Scana Corp : UBS raises target price to $75 from $73
* Schlumberger NV : Deutsche Bank cuts target price to $101 from $113
* Schlumberger NV : Loop Capital Markets raises target price to $97 from $91
* Schlumberger NV : Susquehanna raises target price to $100 from $96
* Schlumberger NV : UBS raises target price to $105 from $100
* Scorpio Bulkers Inc : Jefferies raises price target to $9.00; rating buy
* Selective Insurance Group Inc : Sandler O'Neill starts with hold; target $44
* Sierra Bancorp : D.A. Davidson raises price target to $29 from $25;rating neutral
* Sierra Bancorp : Sandler O'Neill raises price target by $1 to $28; rating hold
* Sierra Wireless Inc : Raymond James raises target price to $20 from $16
* Sierra Wireless Inc : Raymond James raises to outperform from market perform
* Simon Property Group Inc : Barclays cuts target price to $202 from $247
* Skyworks Solutions Inc : Citigroup raises target price to $68 from $64
* SL Green Realty Corp : Barclays cuts target price to $103 from $107
* Southwestern Energy Co : Barclays raises to equal weight from underweight
* Star Bulk Carriers Corp : Jefferies raises price target to $11.00; rating buy
* State National Companies Inc : JMP raises target price to $16 from $14
* Steven Madden Ltd : Telsey Advisory Group raises target price to $40 from $38
* SunTrust Banks Inc : Bernstein raises target price to $60 from $57
* SunTrust Banks Inc : BMO cuts target price to $63 from $65
* SunTrust Banks Inc : Instinet raises target price to $58 from $56
* SunTrust Banks Inc : Morgan Stanley raises target price to $3.82 from $3.71
* SunTrust Banks Inc : Wedbush raises target price to $58 from $55
* Synchrony Financial : Compass Point raises price target to $42; rating buy
* Synchrony Financial : JMP raises target price to $41 from $37

 © 2023 Factiva, Inc. All rights reserved.

* Synchrony Financial : KBW raises target price to $44 from $40
* Synchrony Financial : Morgan Stanley raises target price to $3.15 from $3.14
* T2 Biosystems Inc : Cantor cuts target price to $7 from $9
* Teekay Corp : Jefferies raises price target to $8.50; rating hold
* Teradyne Inc : Deutsche Bank raises target price to $28.00 from $25
* Teva Pharmaceutical : Credit Suisse cuts target price to $41 from $45;outperform
* Thermo Fisher Scientific Inc : Goldman Sachs cuts target price to $162 from $168
* Thermo Fisher Scientific Inc : Jefferies cuts target price to $160; rating hold
* Tim Participacoes : Morgan Stanley raises price target to $16.40 from $14.90
* Tim Participacoes : Morgan Stanley raises to overweight from equal weight
* Torchmark Corp : Deutsche Bank raises target price to $69 from $60
* Travelport Worldwide Ltd : Morgan Stanley cuts to equal weight from overweight
* UDR Inc : Barclays cuts target price to $35 from $37
* Under Armour Inc : Instinet cuts target price to $27 from $31
* Under Armour Inc : Telsey Advisory Group cuts target price to $34 from $35
* Validus Holdings Ltd : JMP raises target price to $62 from $60
* Varian Medical Systems : RBC raises target price to $93 from $91; sector perform
* Ventas Inc : Deutsche Bank cuts price target to $58 from $60
* Verizon Communications : Wells Fargo cuts to market perform from outperform-Trader
* Vornado Realty Trust : Barclays cuts target price to $101 from $103
* Voya Financial Inc : Deutsche Bank raises target price to $48 from $45
* VWR Corp : Jefferies cuts target price to $31; rating buy
* Wal Mart Stores : Morgan Stanley cuts target price to $70 from $74; equal-weight
* Westamerica Bancorp : BMO cuts price target by $3 to $49
* Williams Companies Inc : Jefferies raises to buy; raises target price to $33
* Williams Partners LP : BMO raises to outperform; target price to $47
* Williams Partners LP : Jefferies raises target price to $42; rating hold
* Wolverine World Wide : Telsey Advisory Group ups target price to $25 from $24
* Workiva Inc : Morgan Stanley cuts target price to $16 from $21
* Workiva Inc : Morgan Stanley cuts to equal weight from overweight
* Xilinx Inc : Deutsche Bank raises target price to $55 from $49
* Yahoo Inc : CFRA Research cuts to hold from buy
* 1st Source Corp : KBW raises target price to $42 from $39

(Compiled by Bengaluru Newsroom)

**RF** Released: 2017-1-26T22:50:36.000Z

**CO** achaog : Achaogen, Inc. | camdpr : Camden Property Trust | ctdiss : Travelport Limited | wreiti : Piedmont Office Realty Trust Inc. | deut : Deutsche Bank AG | qcom : Qualcomm Incorporated | simpo : Simon Property Group Inc | sk : Credit Suisse Group AG | blgrou : The Blackstone Group LP

 © 2023 Factiva, Inc. All rights reserved.

| | |
|---|---|
| **IN** | ibnk : Banking/Credit \| i257 : Pharmaceuticals \| i951 : Health Care/Life Sciences \| ifinal : Financial Services \| i34531 : Semiconductors \| i77001 : Travel Agencies \| i814 : Banking \| i81502 : Trusts/Funds/Financial Vehicles \| i8150206 : Closed-end Funds/Investment Trusts \| i815020602 : Real Estate Investment Trusts \| icre : Real Estate/Construction \| iibnk : Integrated Banks \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iinv : Investing/Securities \| ilea : Leisure/Arts/Hospitality \| iphddd : Drug Discovery/Development \| ireest : Real Estate \| itech : Technology \| itourm : Tourism |
| **NS** | c1521 : Analysts' Comments/Recommendations \| ntab : Tables \| c15 : Financial Performance \| c152 : Earnings Projections \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| nfcpin : C&E Industry News Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Thomson Reuters (Markets) LLC |
| **AN** | Document LBA0000020170123ed1n00b1a |

 © 2023 Factiva, Inc. All rights reserved.

THE CANADIAN PRESS

HD **Cynosure soars on deal talk; Qualcomm slumps on Apple suit**

CR AP

WC 244 words

PD 23 January 2017

ET 16:45

SN The Canadian Press

SC CPR

LA English

CY (c) 2017 The Canadian Press. All rights reserved.

LP

NEW YORK _ Stocks that moved substantially or traded heavily Monday:

Kate Spade & Co., up 64 cents to $18.40

TD

Bloomberg News reported that the handbag maker has attracted takeover interest from Coach, Michael Kors and international companies.

Qualcomm Inc., down $8 to $54.88

Apple is suing the maker of semiconductors, one of its major suppliers, for $1 billion in a patent fight.

Sprint Corp., up 25 cents to $9.18

The mobile phone carrier is buying a 33 per cent stake in Tidal, the music streaming service owned by artists including Jay-Z.

Halliburton Co., down $1.65 to $54.80

The oilfield service company warned of weaker demand in markets outside North America and its revenue missed forecasts.

McDonald's Corp., down 88 cents to $121.38

The world's biggest hamburger chain reported a fourth-quarter drop in sales at established U.S. locations.

United Continental Holdings Inc., down $2.49 to $72.75

Six of the airline's flights were cancelled and 200 more were delayed Sunday because of a computer problem.

Cynosure Inc., up $2.90 to $46.75

The maker of medical lasers is considering a sale or other kind of deal, Bloomberg News reported.

Yahoo Inc., up 35 cents to $42.40

The Securities and Exchange Commission is investigating whether two massive data breaches should have been reported sooner to investors, The Wall Street Journal reported.

RF 20170123CPCPB0415

CO bigmac : McDonald's Corporation | hllbt : Halliburton Co | lizc : Kate Spade & Company | qcom : Qualcomm Incorporated | ual : United Continental Holdings, Inc. | cochic : Coach Inc

| | |
|---|---|
| **IN** | i1 : Energy \| i13 : Crude Oil/Natural Gas Upstream Operations \| i1300005 : Support Activities for Oil/Gas \| i34531 : Semiconductors \| i453 : Clothing \| i66 : Hotels/Restaurants \| i661 : Restaurants/Cafes/Fast Food Places \| i6612 : Limited-service Eating Places \| i75 : Airlines \| i7501 : Scheduled Passenger Airlines \| iairtr : Air Transport \| iclt : Clothing/Textiles \| icnp : Consumer Goods \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| ilea : Leisure/Arts/Hospitality \| itech : Technology \| itsp : Transportation/Logistics |
| **NS** | nnam : News Agency Materials \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter \| niwe : IWE Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | B |
| **PUB** | The Canadian Press |
| **AN** | Document CPR0000020170124ed1n0006u |

 © 2023 Factiva, Inc. All rights reserved.

**HD** **Cynosure soars on deal talk; Qualcomm slumps on Apple suit**

**WC** 242 words

**PD** 23 January 2017

**ET** 16:44

**SN** Associated Press Newswires

**SC** APRS

**LA** English

**CY** (c) 2017. The Associated Press. All Rights Reserved.

**LP**

NEW YORK (AP) — Stocks that moved substantially or traded heavily Monday:

Kate Spade & Co., up 64 cents to $18.40

**TD**

Bloomberg News reported that the handbag maker has attracted takeover interest from Coach, Michael Kors and international companies.

Qualcomm Inc., down $8 to $54.88

Apple is suing the maker of semiconductors, one of its major suppliers, for $1 billion in a patent fight.

Sprint Corp., up 25 cents to $9.18

The mobile phone carrier is buying a 33 percent stake in Tidal, the music streaming service owned by artists including Jay-Z.

Halliburton Co., down $1.65 to $54.80

The oilfield service company warned of weaker demand in markets outside North America and its revenue missed forecasts.

McDonald's Corp., down 88 cents to $121.38

The world's biggest hamburger chain reported a fourth-quarter drop in sales at established U.S. locations.

United Continental Holdings Inc., down $2.49 to $72.75

Six of the airline's flights were canceled and 200 more were delayed Sunday because of a computer problem.

Cynosure Inc., up $2.90 to $46.75

The maker of medical lasers is considering a sale or other kind of deal, Bloomberg News reported.

Yahoo Inc., up 35 cents to $42.40

The Securities and Exchange Commission is investigating whether two massive data breaches should have been reported sooner to investors, The Wall Street Journal reported.

**CO** bigmac : McDonald's Corporation | hllbt : Halliburton Co | lizc : Kate Spade & Company | qcom : Qualcomm Incorporated | ual : United Continental Holdings, Inc. | cochic : Coach Inc

**IN** i1 : Energy | i13 : Crude Oil/Natural Gas Upstream Operations | i1300005 : Support Activities for Oil/Gas | i34531 : Semiconductors | i453 : Clothing | i66 : Hotels/Restaurants | i661 : Restaurants/Cafes/Fast Food Places | i6612 : Limited-service Eating Places | i75 : Airlines | i7501 : Scheduled Passenger Airlines | iairtr : Air

Transport | iclt : Clothing/Textiles | icnp : Consumer Goods | iindele : Industrial Electronics | iindstrls : Industrial Goods | ilea : Leisure/Arts/Hospitality | itech : Technology | itsp : Transportation/Logistics

**NS** gcrim : Crime/Legal Action | gcat : Political/General News

**RE** usa : United States | namz : North America

**IPD** Financial Markets

**IPC** f

**PUB** The Associated Press

**AN** Document APRS000020170123ed1n00adl

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Cut to Underperform From Buy by CLSA** |
| WC | 27 words |
| PD | 23 January 2017 |
| ET | 10:09 |
| SN | Dow Jones Newswires Chinese (English) |
| SC | RTNW |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |
| LP | Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings<br>(END) Dow Jones Newswires |
| TD | 23-01-17 1509GMT |
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| PUB | Dow Jones & Company, Inc. |
| AN | Document RTNW000020170123ed1n000cg |

 © 2023 Factiva, Inc. All rights reserved.

DOW JONES NEWSWIRES

**HD** **Qualcomm Cut to Neutral From Buy by Nomura**

**WC** 27 words

**PD** 23 January 2017

**ET** 06:12

**SN** Dow Jones Newswires Chinese (English)

**SC** RTNW

**LA** English

**CY** Copyright © 2017, Dow Jones & Company, Inc.

**LP**

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

(END) Dow Jones Newswires

**TD**

23-01-17 1112GMT

**CO** qcom : Qualcomm Incorporated

**IN** i34531 : Semiconductors | iindele : Industrial Electronics | iindstrls : Industrial Goods | itech : Technology

**NS** c1521 : Analysts' Comments/Recommendations | neqac : Equities Asset Class News | nfiac : Fixed Income Asset Class News | ccat : Corporate/Industrial News | ncat : Content Types | nfact : Factiva Filters | nfce : C&E Exclusion Filter

**PUB** Dow Jones & Company, Inc.

**AN** Document RTNW000020170123ed1n0009u

DOW JONES NEWSWIRES

| | |
|---|---|
| HD | **Qualcomm Cut to Underperform From Buy by CLSA** |
| WC | 32 words |
| PD | 23 January 2017 |
| ET | 09:28 |
| SN | Dow Jones Institutional News |
| SC | DJDN |
| LA | English |
| CY | Copyright © 2017, Dow Jones & Company, Inc. |

LP

Ratings actions from Benzinga: http://www.benzinga.com/stock/QCOM/ratings

(END) Dow Jones Newswires

TD

January 23, 2017 09:28 ET (14:28 GMT)

| | |
|---|---|
| CO | qcom : Qualcomm Incorporated |
| IN | i34531 : Semiconductors \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| itech : Technology |
| NS | c1521 : Analysts' Comments/Recommendations \| neqac : Equities Asset Class News \| nfiac : Fixed Income Asset Class News \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| PUB | Dow Jones & Company, Inc. |
| AN | Document DJDN000020170123ed1n002gq |

 © 2023 Factiva, Inc. All rights reserved.

REUTERS

**HD** **BUZZ-U.S. STOCKS ON THE MOVE-Qualcomm , Yahoo , Morgan Stanley ,**

**WC** 344 words
**PD** 23 January 2017
**ET** 07:53
**SN** Reuters News
**SC** LBA
**LA** English
**CY** Copyright 2017 Thomson Reuters. All Rights Reserved.

**LP**

* Eikon search string for individual stock moves: STXBZ

* The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi

**TD**

* The Morning News Call newsletter: http://tmsnrt.rs/2fwPLTh U.S. stock index futures slipped on Monday as investors around the world sought safe-haven assets such as gold and U.S. Treasuries in response to the protectionist sentiments expressed by President Donald Trump in his inauguration speech.

Dow Jones Industrial Average futures were down 0.11 percent at 19,724, S&P 500 futures were down 0.21 percent at 2,261.25 and Nasdaq 100 futures were down 0.22 percent at 5,047.

** APPLE INC , Friday close $120.00, -0.25 pct premarket

** QUALCOMM INC , Friday close $62.88, -2.91 pct premarket

Apple filed a $1 billion lawsuit against supplier Qualcomm on Friday, days after the U.S. government accused the chip maker of resorting to anticompetitive tactics to maintain a monopoly over key semiconductors in mobile phones.

** HALLIBURTON CO , Friday close $56.45, -0.80 pct premarket

The world's No. 2 oilfield services provider warned of weakness in markets outside of North America, echoing comments made by larger rival Schlumberger last week.

** YAHOO INC , Friday close $42.05, -0.40 pct premarket

The U.S. Securities and Exchange Commission is investigating a previously disclosed data breach at Yahoo , the company said in a filing.

** JOHNSON & JOHNSON , Friday close $114.15, +0.63 pct premarket

A blow to Actelion 's Opsumit drug in a test is unlikely to have an impact on talks over a strategic deal with Johnson & Johnson , analysts said, as the Swiss drugmaker's shares shook off the news.

** MORGAN STANLEY , Friday close $42.59, -1.39 pct premarket

** CITIGROUP INC , Friday close $56.11, -0.12 pct premarket

Morgan Stanley and Citigroup have identified many of the roles that will need to be moved from Britain following its exit from the European Union , sources involved in the processes told Reuters. (Compiled by Diptendu Lahiri)

**RF** Released: 2017-1-26T12:53:15.000Z

| | |
|---|---|
| **CO** | applc : Apple Inc. \| qcom : Qualcomm Incorporated \| dwitd : Morgan Stanley |
| **IN** | icomp : Computing \| i3302 : Computers/Consumer Electronics \| itech : Technology \| i34531 : Semiconductors \| i814 : Banking \| i831 : Financial Investments \| i83101 : Investment Banking \| ibnk : Banking/Credit \| ifinal : Financial Services \| iindele : Industrial Electronics \| iindstrls : Industrial Goods \| iinv : Investing/Securities |
| **NS** | c34 : Anti-Competition Issues \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | usa : United States \| namz : North America |
| **IPD** | Business |
| **IPC** | SERVICE:ABN |
| **PUB** | Reuters News & Media Inc. |
| **AN** | Document LBA0000020170123ed1n00kg5 |

**Search Summary**

| | |
|---|---|
| Text | |
| Date | 01/20/2017 to 01/23/2017 |
| Source | Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources |
| Author | All Authors |
| Company | Qualcomm Incorporated |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | English |
| Results Found | 110 |
| Timestamp | 26 May 2023 14:19 |

 © 2023 Factiva, Inc. All rights reserved.

# PX 334

## (Filed Under Seal)

# PX 335

# Litigation Economics Review

National Association of Forensic Economics

**Litigation Economics Review**
Volume 5, Number 2: 9-14
© 2002 National Association of Forensic Economics

# A Proposed Methodology to Measure Damages for Option Traders Alleging Securities Fraud

*David Tabak[A], Svetlana Starykh[B], and Marc Shotland[C]*

**Abstract**

There are well-known methodologies for measuring per-share damages to common stock in Rule 10b-5 claims of securities fraud. In this paper, we propose a methodology to measure the damages for an option trader alleging that the fraud also affected the value of her option. Consideration of the economic loss suffered by the option trader in conjunction with the standard out-of-pocket measure of loss under Rule 10b-5 leads to a set of rules for damages to option traders. The framework also serves as a basis from which rules for other derivative products may be derived.

*[A]Vice President, [B]Senior Analyst, and [C]Senior Analyst, National Economic Research Associates, Inc.*

*The authors would like to thank Marcia Kramer Mayer, Louis Guth, Peter Rothemund, Tsvetan Beloreshki, and Christoph Muelbert at NERA for comments on the text and their work on the underlying analyses. We also thank two anonymous referees for comments.*

*Send all correspondence to David Tabak, Svetlana Starykh, and/or Marc Shotland at National Economic Research Associates, Inc., 1166 Avenue of the Americas, New York, NY, 10036.*

*Email: david.tabak@nera.com, marc.shotland@nera.com or svetlana.starykh@nera.com*

The 1933 Securities Act and the 1934 Securities Exchange Act (the "Securities Acts") provide for damages in cases where a security has been traded at an artificial price due to fraud. Since the 1988 *Basic v. Levinson* decision, in which the Supreme Court accepted the fraud-on-the-market theory, there has been a large increase in securities fraud cases. Although many securities fall within the purview of the Securities Acts, most of the study of securities fraud has been focused on shares of stock. Recently, however, an increasing number of shareholder class actions, as well as cases for individuals, include options.[1]

In this paper, we attempt to extend the analysis of securities fraud damages to transactions involving options. We focus first on transactions involving a call option in cases where the underlying stock price is inflated. While the analysis appears to generalize to other options, extensions to other derivative products may require additional considerations beyond the scope of this paper.

As of yet, there is little guidance on how to handle options in securities fraud suits.[2] As shown below, the calculation of damages is not as straightforward as one might think. This is true for both legal and economic reasons.

[1] Underlying data from a recent study found that 18% of securities class actions settled in 1998 included options and/or warrants. (Todd S. Foster, Denise N. Martin, Vinita M. Juneja, Frederick C. Dunbar, and Lucy P. Allen, "Trends in Securities Litigation and the Impact of the PSLRA", *Class Actions & Derivative Suits*, Summer 1999.)

[2] One notable exception is "Derivatives in Securities Class Actions," by Stephen E. Usher, published in *Litigation Services Handbook: The Role of the Financial Expert*, Roman L. Weil, Michael J. Wagner, and Peter B. Frank, Eds. (2001). This article discusses the magnitude of

In this paper, we discuss different methods of calculating damages to option traders with a securities fraud claim, focusing on various events that may or may not be considered transactions within the meaning of the Securities Acts and economically may or may not be a source of a damage claim. Specifically, we examine option purchases (sales), exercises (being exercised against), and cases where an option expires worthless due to a fraud. In each case, we focus principally on the economics of the damage calculation, with supporting discussion of how various legal theories may impact on that calculation. Where possible, we highlight the legal theory that best serves to fairly compensate option traders who have been damaged by fraud.

## Damages to Option Purchasers and Sellers

We begin our analysis of the economic damages to option traders alleging securities fraud with the most obvious transaction: the purchase or sale of an option. As a concrete example, we examine an investor who purchases a call option at a time when the underlying stock price is artificially inflated by some fraud. We note that, with appropriate adjustments, similar results will hold for sellers as well as investors trading in puts.

An investor who purchases a call option has clearly engaged in a transaction in a security within the meaning of the Securities Acts. Moreover, based on the Black-Scholes or any other generally accepted option-pricing method, it is trivial to show that if the underlying stock price is inflated, then, ceteris paribus, the price of the call is inflated above its true value as well. Therefore, under the commonly-used out-of-pocket measure of damages in securities fraud cases,[3] the investor suffered a loss when she purchased the call option equal to the level of the inflation in that option. As discussed below, calculating the inflation in the call by observing how its premium responded to events such as previous misstatements or later corrective disclosures, as is usually done with stocks, is an incredibly difficult, if not impossible, exercise. After reviewing the difficulties with such a methodology, we examine an alternative, calculating the inflation in the underlying stock price and using that information to determine the inflation in the option.

## Option Inflation Based on Applying Event Study Techniques to Option Premiums

In cases of securities fraud, the most common and generally accepted technique for measuring stock price inflation is an event study. An analyst will typically use an event study to calculate the change in a stock's price upon a corrective disclosure as the first step in estimating the inflation in the stock.[4] He may then adjust the price change to remove concurrent industry and/or market effects, and may separate the resulting price decline into the part for which the defendant may be held liable and the additional portion, if any, that is not due to the fraud. The analyst then uses the inflation at the time of the disclosure to estimate the inflation at earlier times. Typically, this is done by assuming that in periods that do not contain any omissions, misstatements, or disclosures, inflation remains constant, either in dollar terms or as a percentage of the stock price.

Using a similar methodology to calculate the inflation in a call option is likely to be more complicated, and more subject to debate, than the analogous procedure for the underlying stock. The result is likely to be intractable. Among the principal difficulties are the following:

- Unlike stock, options often do not trade every day, making estimates of both a market model and price reactions more difficult.
- If the option expires before the corrective disclosure, it becomes impossible to measure the change in the option's premium at the time of the corrective disclosure since the option was not trading at that point.[5]
- Parameters estimated from a market model are unlikely to remain constant as the option's time to maturity and the degree to which it is in or out of the money change.
- A premium response to a disclosure at one point in time may not reflect the effects the information in that disclosure would have had at a different point in time.

Given these difficulties, we now turn to our proposed methodology for measuring option inflation, tracing the

potential damages to investors in various derivative products in a case study and examines some of the legal arguments for including or excluding such claimants.

[3] See, for example, *Greene v. Occidental Petroleum Corp.* 541 F.2d 1335, 1341 (9th Cir. 1976) and Bradford Cornell and R. Gregory Morgan, "Using Finance Theory to Measure Damages in Fraud on the Market Cases," *UCLA L. Rev.*, 1990.

[4] See Cornell and Morgan, *op. cit.*

[5] This leads to the interesting legal question of whether option purchasers are entitled to all the inflation in the option at the time of purchase or only to that portion that could have left the option's premium before maturity. The former position is supported by a literal interpretation of the out-of-pocket loss definition: the difference between the premium and true value of the option at the time of purchase. The latter position is supported by one interpretation of plaintiff's loss causation requirement: if the fraud was not altered or revealed during the option's lifetime, then it can be argued that the fraud did not cause the option holder any damage. Courts have encountered similar situations in dealing with stock. For example, consider a case where a plaintiff spends $1,000 to purchase shares of a company that later goes bankrupt, rendering those shares worthless. Suppose it is later proven that the stock price was inflated when plaintiff made her purchase, but that the company would have gone bankrupt and plaintiff's entire investment would have been lost even if there had been no fraud. Is plaintiff entitled to recover the amount by which she overpaid for her stock, or is her entire investment lost anyway with no legal avenue available for recovery? While the courts have considered such cases, unfortunately they have not reached a uniform conclusion. (See, e.g., *The Ambassador Hotel Company, Ltd. v. Wei-Chuan Investment*, 189 F.3d 1017, 1999: "In fact, some securities fraud cases do state that if the plaintiff would have lost its investment despite any misrepresentation by the defendant, plaintiff has failed to prove loss causation." A potentially opposing view is given in *Stanley Knapp v. Ernst & Whinney*, 90 F.3d 1431, 1996: "Plaintiffs who bought and sold stock before any corrective statements had been made and the stock price plummeted may have suffered losses as a result of market forces operating on misrepresentations.") Unless stated otherwise, for the purposes of this paper, we will consider the entire inflation in the option as our measure of damages.

PX335

Page 8152

effects of the fraud on an option by first examining the effects of the fraud on the underlying stock.

## Option Inflation Based on Inflation in the Underlying Stock

### *A Simple Calculation*

Fortunately, given the inflation in a stock, there is a rather straightforward way to calculate the inflation in any option whose premium is known or estimable. As discussed above, stock price inflation is often measured directly, generally through an event study, and the stock's true value is then calculated as the stock's observed price minus the measured inflation. For options, it may be easier to measure or calculate the option's actual price and its true value and then to take the difference between the two to determine the inflation in the option premium. One tool for doing so is the Black-Scholes formula, which relates a call's premium to the call's strike price, the price of the underlying stock, the call's time to maturity, the risk-free rate over the remaining life of the option, and the volatility of the underlying stock. The first four of these inputs are easily measurable. Often the volatility of the underlying stock is measured over some period of time and then plugged into the Black-Scholes formula. In an alternative calculation, one uses the call premium and the four measurable inputs to solve for what is called the underlying stock's "implied volatility."

In order to calculate the inflation in an option, an analyst can use the option's observed (inflated) premium and the observed (inflated) price of the underlying stock to calculate the implied volatility of the stock. He can then replace the inflated stock price with its calculated true value and use the Black-Scholes formula with the implied volatility to calculate a new, lower option premium. This new premium would represent the option's true value and the difference between the observed and true premiums would represent the inflation in the option. This procedure can be repeated to account for all individual transactions or for all days in the class period in a shareholder class action.

### *Accounting for Volatility*

The reader may notice that in performing the calculation described above, we took the implied volatility from the inflated option premium and stock price and then plugged this same volatility into the Black-Scholes formula in order to determine the option's true value. This, of course, depends on the implicit assumption that the fraud did not affect the volatility of the underlying stock. This assumption can often be tested by comparing the implied volatilities of the underlying stock before and after a disclosure. If the underlying volatility has changed significantly, the analyst can then examine whether this was due to market and/or industry forces or was due to some non-fraudulent news. If the analyst determines that all or some part of the change in volatility is due to the disclosure of the fraud, he may wish to calculate a "true volatility" at the time the option was purchased.

As a first pass, if the inflation is likely to be a constant percentage of the stock price (e.g., because the fraud relates to the company's overall profit margin), then, following an initial price shock, the stock's volatility should be unaffected by the fraud. At the other extreme, if the inflation is likely to be a constant dollar amount (e.g., falsely claiming the existence of a product or deal with a known contribution to profit), then the stock's volatility probably will be affected by the fraud. If a change in volatility is measured following a disclosure, then the earlier actual implied volatility could be adjusted up or down by a constant percentage or percentage point difference to estimate the true volatility. To the extent that the actual implied volatility does not change much over time, these two choices should yield similar results. If the actual implied volatility was varying over time, the analyst should consider whether the causes of that variation are likely to impact on the addition or reduction of volatility due to the fraud. Analysis of the proper method for adjusting the volatility will likely depend on the specific attributes of the alleged fraud and the reasons that observed volatility varied in the case at hand. For the purposes of this paper, going forward we will take the simple assumption that volatility is unchanged by the alleged fraud.

### *Accounting for the Strike Price*

It could be argued that the strike price of an option would have been set differently had the true value of the underlying security been known. Following this approach, the true (non-inflated) strike price would replace the actual (inflated) strike price in determining the option's true value. While a legitimate damage calculation could be performed based on this methodology, a call option with a different strike price is in fact a different security, and so this approach does not represent the out-of-pocket measure we discuss in this paper. We therefore do not include a discussion of such a methodology in this analysis.

## Option Exercise: Is There a Damage?

### *Is the Exercise of an Option a Damageable Transaction?*

Perhaps the first question to ask in looking at an option exercise is whether it represents a legally damageable transaction. To answer the question of whether a damage occurs upon exercise, we invoke the loss causation requirement of the Securities Acts. Specifically, we ask whether the transaction would have been made in the but-for world where there was no inflation in the underlying stock, and whether an economic loss resulted from the exercise of the option given that the underlying stock price was inflated. Sticking to our example of an investor who purchased a call option, let's assume that she purchased a call option with a strike price of $8 prior to the existence of any fraud. Further assume that when our investor decides to exercise her option, the stock's true value was $10, but that the stock was trading at $20 due to the fraud. Should she be allowed to press a damage claim?

PX335

Legally, it would appear that the investor has engaged in a transaction: she has given up her call option and $8, and received stock in exchange. On the other hand, the transaction described in the previous sentence is exactly what the plaintiff agreed to when there was no fraud. It then appears that the investor was not harmed by the fraud at all and therefore has no basis for a claim. (For those who would argue that such reasoning would appear to prevent purchasers of common stock from pressing a claim, we note that the key difference is that the $8 price for the option exercise was set in a non-fraudulent transaction while the $20 stock price was a product of the fraud. Another way of looking at this is to note that if the stock had been further inflated from $20 to $25, a stock purchaser would overpay by a greater amount and have a larger claim while the investor who exercises her previously acquired option presumably would not be able to claim larger damages under the out-of-pocket measure.)

If, on the other hand, we assume that the option above had been purchased while the stock *was* inflated, would the investor be entitled to damage compensation for the exercise given that the terms of the contract were set in a fraudulent environment? Because the value of an option is determined by, among other things, the terms of the exercise, we argue that as long as the investor is compensated for the initial purchase, as described above, and the exercise was still reasonable, she has no remaining claim. She has been fully compensated for the mispricing of the option due to the fraud, and any further claim on the option would lead to a double recovery.

We believe that the proper legal bases for whether an option exercise constitutes a transaction for which a damage claim can be pressed should be based on whether an economic loss has been suffered specifically due to the exercise. In particular, the analyst should be concerned with whether the fraud has left the investor in a better or worse position than she would have been in the absence of the fraud. We address this issue in more detail below.

## Economics of Damages to Option Exercisers

### *Exercise Would Still Be in-the-Money in the But-For World*

We first consider the case where even in the but-for world, where the stock price was not inflated; the call exercise could still have been a rational transaction because the stock price exceeded the call's strike price. To illustrate our assumptions, consider Figure 1 below.

**Figure 1**

| Time | A | B | C |
|---|---|---|---|
| Observed Stock Price | 10 | 20 | 10 |
| Stock True Value | 10 | 10 | 10 |
| Call Strike | 8 | 8 | |
| Observed Call Premium | 9 | 12 | |
| Call True Value | 9 | 2 | |

Consider an investor who purchases a call option at time A, when there is no fraud. Suppose that she decides to exercise her call option at B, when the call matures, and when the stock is inflated.[6] Finally, suppose that she holds the stock received in the exercise past the corrective disclosure, finally selling it at C.

In actuality, our investor paid $9 for the call, paid another $8 to exercise the option, and received $10 when she sold the stock, all for a net loss of $7. Had our investor engaged in these same transactions in the but-for world, she would have had the same cash flows, and the same $7 net loss. Therefore, she has not been economically damaged by the fraud.

### *Exercise Would Be Out-of-the-Money in the But-For World*

Consider now a similar example, but where exercise would probably not have been rational in the but-for world.

**Figure 2**

| Time | D | E | F | G |
|---|---|---|---|---|
| Observed Stock Price | 10 | 20 | 10 | 12 |
| Stock True Value | 10 | 10 | 10 | 12 |
| Call Strike | 12 | 12 | | |
| Observed Call Premium | 7 | 8 | | |
| Call True Value | 7 | 0 | | |

In this example, our investor purchased the call at D, exercised at E (when the call matures), and sold the stock at F. Thus, our investor paid $7 for the call, paid $12 to exercise, and finally received $10 for selling the stock, resulting in a net loss of $9.

What would have happened in the but-for world? The investor still would have bought the call for $7. At E, however, she certainly would not have exercised her option, which would have meant paying $12 to acquire a stock then worth $10. There are two reasonable alternative courses of action that the investor could have taken in the but-for world. The first assumes that if the call were out of the money, the investor would never have exercised the call or otherwise acquired the stock. Her net loss is then $7, $2 less than in the actual world. The second alternative follows from the assumption that a proper but-for scenario requires the investor to still acquire the stock. So, in the but-for world, she buys the stock on the open market for $10, its true value, at E, and then presumably sells the stock at F. Her net loss in this case is again $7. At his point, it would seem like there is no difference in the damages, $2, calculated under the two scenarios.

Suppose, however, that rather than selling at F, our investor had sold at G. Her actual net loss would have been $7; under the first alternative (never acquire stock), her net loss would be $7, implying no damage; under the second

[6] The exercise need not be made at maturity for the analysis presented here to hold. An exercise before maturity can be rational, for example, for non-tradable options.

PX335

Page 8154

(buy stock at E), her loss would have been $5, again implying a $2 damage. The difference between these results and those discussed in the previous paragraph is due to a change in the true value of the stock from $10 to $12. Since securities fraud damages under the out-of-pocket measure are typically predicated on changes in inflation and not on changes in a stock's true value, the second alternative, which assumes that rather than exercising the investor would have bought on the open market, is more in line with the out-of-pocket measure of damages, which is essentially based on changes in inflation.

As such, our proposed damage rule for option exercises is as follows[7]:

- If the option would have been in the money in the but-for world at the time of exercise, there is no damage.
- If the option would have been out of the money in the but-for world at the time of exercise, the damage claim equals the difference between the strike price and the stock's true value at the time of exercise.

It is important to note here that if any subsequent sales of shares acquired through exercise are made at a point when the stock price is still inflated, the investor has received a benefit on those sales that should be used to offset the damage claim from the option purchase and/or exercise.

Finally, we note that one of the benefits of assuming that the investor would have purchased the stock if the option would have been out of the money is that it keeps the stock portion of her transactions unchanged between the actual and but-for worlds. In both cases, she acquires the stock at E and sells it at F (or G). One problem with this analysis, however, is that in cases where the option was not about to expire, it leaves the investor with an unused call option. In some cases, the but-for world will have this option expire in the money unexercised. While this is an undesirable result, the alternative would be to somehow decide whether and when the call would be exercised and, if exercised, whether and when the shares acquired would be sold. On the whole, we feel that it is better to not attempt such a speculative exercise which would have the investor potentially engaging in two stock acquisitions (a stock purchase at the time she actually exercised and an exercise of the option at some alternative date) unless there is strong evidence that she would have done so.

## Is There a Damage if the Fraud Causes an Option to Expire Worthless?

The final case we examine is when a fraud causes an option to expire worthless. As an example, consider an investor who purchases a put option with a strike price of $12 at a time when there is no fraud. Suppose that at maturity, the stock's true value is $10 but that a fraud has inflated the market price of the stock to $20. In the actual world, the investor allows the put to expire worthless, rather than pay $20 on the open market to acquire a stock that she can then sell at $12 according to the terms of the put. However, in the but-for world, she would presumably pay $10 to acquire the stock and then exercise the put so as to obtain a $2 profit. Clearly, then, the investor has been damaged by the fraud.

The first question we face is whether the expiration of the put is a legal "transaction" covered by the Securities Acts. In fact, because nothing is exchanged when the put expires worthless, the investor is really claiming that the fraud misled her into not engaging in what would have been a profitable transaction in the but-for world. The courts have generally not looked favorably on a claim that but for a fraud a transaction would have occurred, regarding such claims as inherently speculative. However, in the case where an investor was faced with a clear decision to engage in a transaction at a certain point or throw away a valuable asset (i.e., have an in-the-money option expire unexercised), that argument carries less force. Moreover, any options that would expire sufficiently in the money[8] are automatically exercised upon expiration by the OCC unless instructed otherwise. Therefore, a claim that an investor would not have exercised a reasonably in-the-money option at expiration is actually the more speculative position.[9] If we accept that an in-the-money option would generally have been exercised rather than allowed to expire worthless, then an investor should be able to make a damage claim for options that expired worthless due to the fraud. The damage claim is simply the amount by which the option would have been in the money in the but-for world.[10]

Finally, we note that an investor who writes an option will benefit if the fraud causes the option to expire worthless. Presumably, in the but-for world the option would have been exercised (and we assume at expiration). The investor was then benefited by the amount that she saved by not being exercised against. As above, we would calculate that benefit, which could be used to offset damages from other transactions by the same investor, as the amount that

---

[7] This is the basic damage claim, ignoring any limitations placed, for example, by the 90-day bounce-back provision of the 1995 Private Securities Litigation Reform Act.

[8] According to Options Clearing Corporation rules, $0.125 for institutions and $0.375 for individuals.

[9] Of course, the investor may have exercised before expiration in the but-for world. However barring evidence of a trading strategy (e.g., instructions to a broker about when to exercise), the determination of when the investor would have exercised is typically a highly uncertain endeavor. A recent ruling in the Supreme Court of Delaware, *Duncan v. TheraTx* 775 A.2d 1010 (2001), argued that where a defendant's actions resulted in a "restriction on a stockholder's ability to sell his or her shares … the stockholder is not required to show that she actually would have sold the shares," thereby resolving the uncertainty in favor of the plaintiff. Here we can rely on such reasoning to support the straight-forward position that, at the very least, the plaintiff would not have stood by and let options with positive value expire without exercise. A potentially more aggressive, and more speculative, approach would be to let the plaintiff assume she would have exercised her options and sold at some other point in time.

[10] One might note a contrast with the previous section, where we argued against determining when an option would have been exercised in the but-for world. The difference is that in that section we were dealing with what would have been a second stock acquisition for an investor who may not have ever planned to make two acquisitions. In this section, we are only concerned with whether an option purchaser would have exercised her option once, which was presumably the point in acquiring the option in the first place.

PX335

the option would be in the money at maturity in the but-for world.

## Conclusion

Based on the analyses discussed above, we conclude that an investor can be damaged upon the purchase or sale of an option and whenever an option is (is not) exercised because it was (was not) in the money solely due to fraud. Under an out-of-pocket method that recognizes all inflation in a security at the time of a transaction, damages for purchases or sales of options should equal the difference between the option premium and the option's true value at the time of the transaction. For option exercises, damages should only accrue if the option would not have been in the money in the but-for world. In that case, the damage should equal the amount by which the option would have been out of the money. Finally, when an option expires worthless *due to the fraud*, damages should be allowed, with the amount of the damage equal to the amount that the option would have been in the money in the but-for world. The formalization of these rules would provide clear and correct guidance for the calculation of damages for option transactions.