| | | |
|---|---|---|
|1| KEKER, VAN NEST & PETERS LLP | CRAVATH SWAINE & MOORE LLP |
|2| ROBERT A. VAN NEST - #84065 | ANTONY L. RYAN (*pro hac vice*) |
| | rvannest@keker.com | aryan@cravath.com |
|3| EUGENE M. PAIGE - #202849 | YONATAN EVEN (*pro hac vice*) |
| | epaige@keker.com | yeven@cravath.com |
|4| LAURIE CARR MIMS - #241584 | M. BRENT BYARS (*pro hac vice*) |
| | lmims@keker.com | mbyars@cravath.com |
|5| CODY S. HARRIS - #255302 | Two Manhattan West |
| | charris@keker.com | 375 Ninth Avenue |
|6| MARIA F. BUXTON - #318563 | New York, NY 10001-1696 |
| | mbuxton@keker.com | Telephone: (212) 474-1000 |
|7| DANIEL B. TWOMEY - #341488 | Facsimile: (212) 474-3700 |
| | dtwomey@keker.com | |
|8| 633 Battery Street | |
| | San Francisco, CA 94111-1809 | |
|9| Telephone: 415 391 5400 | |
| | Facsimile: 415 397 7188 | |

Attorneys for Defendants
QUALCOMM INCORPORATED, DEREK A. ABERLE, STEVEN R. ALTMAN, WILLIAM F. DAVIDSON, PAUL E. JACOBS, STEVEN M. MOLLENKOPF, AND DONALD J. ROSENBERG

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No. 3:17-cv-00121-JO-MSB |
| | **NOTICE OF WITHDRAWAL OF DOCUMENT** |
| | Dept: Courtroom 4C |
| | Judge: Hon. Jinsook Ohta |
| | Date Filed July 3, 2017 |
| | Trial Date: October 28, 2024 |

NOTICE OF WITHDRAWAL OF DOCUMENT
Case No. 3:17-cv-00121-JO-MSB

2648803

**PLEASE TAKE NOTICE** that counsel for Defendants QUALCOMM INCORPORATED, DEREK A. ABERLE, STEVEN R. ALTMAN, WILLIAM F. DAVIDSON, PAUL E. JACOBS, STEVEN M. MOLLENKOPF, and DONALD J. ROSENBERG, hereby withdraw the Declaration Of Maria F. Buxton in Support of Defendants' Oppositions to Plaintiff's Daubert Motions (the "Buxton Declaration") filed as ECF No. 366, pursuant to Section II, F. of the ECF Administrative Policies and Procedures Manual, requiring documents to be electronically signed by the same attorney whose CM/ECF account is used to e-file.

Defendants will appropriately re-file the Buxton Declaration using Ms. Buxton's CM/ECF account in accordance with the ECF Administrative Policies and Procedures.

Dated: May 7, 2024                    KEKER, VAN NEST & PETERS LLP

By: *s/Daniel B. Twomey*
ROBERT A. VAN NEST
EUGENE M. PAIGE
LAURIE CARR MIMS
CODY S. HARRIS
ZAINAB O. RAMAHI
DANIEL B. TWOMEY

CRAVATH, SWAINE & MOORE LLP
ANTONY L. RYAN
YONATAN EVEN
M. BRENT BYARS

Attorneys for Defendants
QUALCOMM INCORPORATED, DEREK A. ABERLE, STEVEN R. ALTMAN, WILLIAM F. DAVIDSON, PAUL E. JACOBS, STEVEN M. MOLLENKOPF, and DONALD J. ROSENBERG