KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST #84065
rvannest@keker.com
EUGENE M. PAIGE #202849
epaige@keker.com
LAURIE CARR MIMS #241584
lmims@keker.com
CODY S. HARRIS #255302
charris@keker.com
MARIA F. BUXTON #318563
mbuxton@keker.com
DANIEL TWOMEY #341488
dtwomey@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

CRAVATH, SWAINE & MOORE LLP
ANTONY L. RYAN (*pro hac vice*)
aryan@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
Two Manhattan West
375 9th Avenue
New York, NY 10001-1696
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Attorneys for Defendant QUALCOMM INCORPORATED, DEREK A. ABERLE, STEVEN R. ALTMAN, WILLIAM F. DAVIDSON, PAUL E. JACOBS, STEVEN M. MOLLENKOPF, AND DONALD J. ROSENBERG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION

Case No. 3:17-CV-00121-JO-MSB

**DECLARATION OF MARIA F. BUXTON IN SUPPORT OF DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' DAUBERT MOTIONS**

Date: June 12, 2024
Time: 9:30 a.m.
Dept: Courtroom 4C
Judge: Hon. Jinsook Ohta

I, Maria F. Buxton, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court. I am an associate with the law firm of Keker, Van Nest & Peters LLP, attorneys of record for Defendants Qualcomm Incorporated ("Qualcomm"). I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions and Expert Testimony of Jonathan Barnett; Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions and Expert Testimony of Dr. Jonah Berger; Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions and Expert Testimony of Gustav Brismark; Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions and Expert Testimony of John Coates; Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions and Expert Testimony of Dr. Kenneth M. Lehn; and Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions and Expert Testimony of Dr. Celeste Saravia (collectively, "Defendants' Oppositions to Plaintiffs' *Daubert* Motions").

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the February 29, 2024 Deposition of Dr. David Tabak.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the February 15, 2024 Deposition of Dr. Kenneth Lehn.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the April 17, 2024 Status Hearing before Judge Jinsook Ohta on the Motion to Quash filed by third-parties Jeffrey Williams and Bruce Watrous, Jr.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the February 28, 2024 Deposition of Jonathan Barnett.

7. Attached here to as **Exhibit 5** is a true and correct copy of excerpts from the March 7, 2024 Deposition of Dr. Timothy Simcoe.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the March 7, 2024 Deposition of Gustav Brismark.

9. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the March 4, 2024 Deposition of Dr. Sang-Seung Yi.

10. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the February 20, 2024 Deposition of Dr. Jonah Berger.

11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the February 16, 2024 Deposition of Dr. Celeste Saravia.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the December 11, 2024 Rebuttal Expert Report of Joel Seligman.

13. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the February 23, 2024 Deposition of John Coates.

14. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the March 13, 2024 Deposition of Joel Seligman.

Executed in San Francisco, California on May 6, 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*s/Maria F. Buxton*
MARIA F. BUXTON

## TABLE OF EXHIBITS

| Exhibit No. | Title | Page |
|---|---|---|
| 1 | February 29, 2024 Deposition of Dr. David Tabak | 001-025 |
| 2 | February 15, 2024 Deposition of Dr. Kenneth Lehn | 026-034 |
| 3 | April 17, 2024 Status Hearing before Judge Jinsook Ohta on the Motion to Quash filed by third-parties Jeffrey Williams and Bruce Watrous, Jr. | 035-038 |
| 4 | February 28, 2024 Deposition of Jonathan Barnett | 039-044 |
| 5 | March 7, 2024 Deposition of Dr. Timothy Simcoe | 045-073 |
| 6 | March 7, 2024 Deposition of Gustav Brismark | 074-088 |
| 7 | March 4, 2024 Deposition of Dr. Sang-Seung Yi | 089-094 |
| 8 | February 20, 2024 Deposition of Dr. Jonah Berger | 095-103 |
| 9 | February 16, 2024 Deposition of Dr. Celeste Saravia | 104-126 |
| 10 | Expert Report of Joel Seligman | 127-152 |
| 11 | February 23, 2024 Deposition of John Coates | 153-165 |
| 12 | March 13, 2024 Deposition of Joel Seligman | 166-178 |