**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
LAUREN M. CRUZ (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

**MOTLEY RICE LLC**
GREGG S. LEVIN (*pro hac vice*)
glevin@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000

*Counsel for Lead Plaintiffs and Lead Counsel for the Class*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No. 3:17-cv-00121-JO-MSB<br><br>**OMNIBUS DECLARATION OF REBECCA E. BOON IN SUPPORT OF LEAD PLAINTIFFS' REPLY MEMORANDA IN FURTHER SUPPORT OF THEIR MOTIONS TO EXCLUDE THE OPINIONS AND EXPERT TESTIMONY OF DEFENDANTS' EXPERT WITNESSES**<br><br>Judge: Hon. Jinsook Ohta<br>Hearing Date: June 12, 2024<br>Time: 9:30 a.m.<br>Courtroom: 4C |

I, Rebecca E. Boon, hereby declare:

1. I am partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), which, along with Motley Rice LLP, is the Court-appointed Lead Counsel in this matter. I am a member in good standing in the Bar of the State of New York and have been permitted to appear *pro hac vice* before this Court. I have personal knowledge of the matters set forth herein and could and would testify competently hereto.

2. I submit this declaration in support of Lead Plaintiffs' Reply Memoranda In Further Support of their (1) Notice of Motion and Motion to Exclude the Opinions and Expert Testimony of John Coates (ECF No. 335); (2) Notice of Motion and Motion to Exclude the Opinions and Expert Testimony of Kenneth Lehn (ECF No. 336); (3) Notice of Motion and Motion to Exclude the Opinions and Expert Testimony of Jonathan Barnett (ECF No. 337); (4) Notice of Motion and Motion to Exclude the Opinions and Expert Testimony of Jonah Berger (ECF No. 338); (5) Notice of Motion and Motion to Exclude the Opinions and Expert Testimony of Celeste Saravia (ECF No. 339); and (6) Notice of Motion and Motion to Exclude the Opinions and Expert Testimony of Gustav Brismark (ECF No. 340).

3. Attached as **Exhibit 357** is a true and correct excerpt of the transcript of the August 21, 2019 deposition of Professor John Coates taken in *In re Twitter Inc. Securities Litigation*, ECF No. 427-5, No. 4:16-cv-05314 (N.D. Cal.).

4. Attached as **Exhibit 358** is a true and correct excerpt of the transcript of the February 23, 2024 deposition of Professor John Coates, taken in the above-captioned proceeding.

5. Attached as **Exhibit 359** is a true and correct copy of the Amended Expert Report of Gregory K. Frykman, M.D. filed in *HsingChing Hsu v. Puma Biotechnology, Inc. et al.*, ECF No. 400-1, No. 8:15-cv-00865 (C.D. Cal.).

6. Attached as **Exhibit 360** is a true and correct copy of Plaintiff's Offer of Proof re Non-Retained Expert and the Declaration of Lisa Houle re Order on

Motion in Limine filed in *Edward J. Ortega v. County of Los Angeles, et al.*, ECF No. 150, No. 2:17-cv-06576 (C.D. Cal.).

7. Attached as **<u>Exhibit 361</u>** is a true and correct excerpt of the transcript of the February 15, 2024 deposition of Kenneth Lehn.

8. Attached as **<u>Exhibit 362</u>** is a true and correct excerpt of the transcript of the February 20, 2024 deposition of Jonah Berger.

9. Attached as **<u>Exhibit 363</u>** is a true and correct copy of an article titled "Accounting information and analyst stock recommendation decisions: a content analysis approach" authored by Gaétan Breton and Richard J. Taffler, marked as Exhibit 899 in the deposition of Jonah Berger.

10. Attached as **<u>Exhibit 364</u>** is a true and correct excerpt of the transcript of the March 7, 2024 deposition of Gustav Brismark.

11. Attached as **<u>Exhibit 365</u>**: is a true and correct excerpt of the transcript of the February 29, 2024 deposition of David I. Tabak Ph.D., with the transcript errata signed by Dr. Tabak.

12. Attached as **<u>Exhibit 366</u>**: is a true and correct excerpt of the transcript of the May 21, 2024 direct examination of Professor John Coates, taken in *In re Rocket Companies, Inc. Stockholder Derivative Litigation*, C.A. No. 2021-1021-KSJM (Del. Ch.).

Executed this 24th day of May, 2024 at New York, New York.

/s/ *Rebecca E. Boon*
Rebecca E. Boon

**TABLE OF EXHIBITS**

| Exhibit No. | Description | Page Range |
|---|---|---|
| 357 | August 21, 2019 deposition of Professor John Coates taken in *In re Twitter Inc. Securities Litigation*, ECF No. 427-5, No. 4:16-cv-05314 (N.D. Cal.) | 8494-8502 |
| 358 | February 23, 2024 deposition of Professor John Coates | 8503-8504 |
| 359 | Amended Expert Report of Gregory K. Frykman, M.D. filed in *HsingChing Hsu v. Puma Biotechnology, Inc. et al.*, ECF No. 400-1, No. 8:15-cv-00865 (C.D. Cal.) | 8505-8579 |
| 360 | Plaintiff's Offer of Proof re Non-Retained Expert and the Declaration of Lisa Houle re Order on Motion in Limine filed in *Edward J. Ortega v. County of Los Angeles, et al.*, ECF No. 150, No. 2:17-cv-06576 (C.D. Cal.) | 8580-8584 |
| 361 | February 15, 2024 deposition of Kenneth Lehn | 8585-8589 |
| 362 | February 20, 2024 deposition of Jonah Berger | 8590-8606 |
| 363 | An article titled "Accounting information and analyst stock recommendation decisions: a content analysis approach" authored by Gaétan Breton and Richard J. Taffler, marked as Exhibit 899 in the deposition of Jonah Berger | 8607-8618 |
| 364 | March 7, 2024 deposition of Gustav Brismark | 8619-8622 |
| 365 | February 29, 2024 deposition of David I. Tabak Ph.D. | 8623-8647 |
| 366 | May 21, 2024 direct examination of Professor John Coates, taken in the *In re Rocket Companies, Inc. Stockholder Derivative Litigation*, C.A. No. 2021-1021-KSJM (Del. Ch.) | 8648-8658 |