**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
LAUREN M. CRUZ (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

**MOTLEY RICE LLC**
GREGG S. LEVIN (*pro hac vice*)
glevin@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000

*Counsel for Lead Plaintiffs and
Lead Counsel for the Class*

[Additional Counsel Appear on Signature Page]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No. 3:17-cv-00121-JO-MSB<br><br>**LEAD PLAINTIFFS' MOTION TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF THEIR REPLY MEMORANDA IN FURTHER SUPPORT OF THEIR MOTIONS TO EXCLUDE THE OPINIONS AND EXPERT TESTIMONY OF DEFENDANTS' EXPERT WITNESSES**<br><br>Judge: Hon. Jinsook Ohta<br>Courtroom: 4C |

In accordance with Southern District of California Civil Local Rule 79.2 and Section 2.j of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California, Lead Plaintiffs Sjunde AP-Fonden and Metzler Asset Management GmbH ("Lead Plaintiffs") request permission to file under seal the following documents in support of Lead Plaintiffs' Reply Memoranda in Further Support of their Motions to Exclude the Opinions and Expert Testimony of Defendants' Expert Witnesses:

1. An unredacted copy of the Memorandum of Points and Authorities in Further Support of Lead Plaintiffs' Motion to Exclude the Opinions and Expert Testimony of Gustav Brismark;

2. An unredacted copy of the Memorandum of Points and Authorities in Further Support of Lead Plaintiffs' Motion to Exclude the Opinions and Expert Testimony of John Coates;

3. An unredacted copy of the Memorandum of Points and Authorities in Further Support of Lead Plaintiffs' Motion to Exclude the Opinions and Expert Testimony of Dr. Celeste Saravia;

4. An unredacted copy of the Memorandum of Points and Authorities in Further Support of Lead Plaintiffs' Motion to Exclude the Opinions and Expert Testimony of Dr. Jonathan Barnett; and

5. An unredacted copy of Exhibit 358 to the Omnibus Declaration of Rebecca E. Boon In Support Of Lead Plaintiffs' Reply Memoranda in Further Support of their Motions to Exclude the Opinions and Expert Testimony of Defendants' Expert Witnesses.

The Protective Order requires a party to file provisionally under seal any material designated "Confidential" or "Highly Confidential" by any other party or non-party. *See* ECF No. 79 (and supplements). All of the documents described above that Lead Plaintiffs have filed provisionally under seal contain materials designated as "Confidential" or "Highly Confidential-Attorneys Eyes Only" by

Defendants or a non-party.  *Id.*  In submitting these documents under seal, Lead Plaintiffs do not concede or take the position that these documents, in fact, warrant permanent sealing under the Protective Order at this stage of the litigation.

Dated: May 24, 2024

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ Jonathan D. Uslaner*

Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*-and-*

Salvatore Graziano (*Pro Hac Vice*)
salvatore@blbglaw.com
Rebecca E. Boon (*Pro Hac Vice*)
rebecca.boon@blbglaw.com
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

**MOTLEY RICE LLC**
Gregg S. Levin (*Pro Hac Vice*)
glevin@motleyrice.com
William S. Norton (*Pro Hac Vice*)
bnorton@motleyrice.com
Christopher Moriarty (*Pro Hac Vice*)
cmoriarty@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450

1

2   *-and-*

3   William H. Narwold (*Pro Hac Vice*)
    bnarwold@motleyrice.com
4   One Corporate Center
    20 Church Street, 17th Floor
5   Hartford, CT 06103

6   *Counsel for Lead Plaintiffs Sjunde AP-
    Fonden and Metzler Asset Management
7   GmbH and Lead Counsel for the Class*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28