KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - #84065
rvannest@keker.com
EUGENE M. PAIGE - #202849
epaige@keker.com
LAURIE CARR MIMS - #241584
lmims@keker.com
CODY S. HARRIS - #255302
charris@keker.com
MARIA F. BUXTON - #318563
mbuxton@keker.com
DANIEL B. TWOMEY - #341488
dtwomey@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

CRAVATH, SWAINE & MOORE LLP
ANTONY L. RYAN (*pro hac vice*)
aryan@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
Two Manhattan West
375 9th Avenue
New York, NY 10001-1696
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Attorneys for Defendants
QUALCOMM INCORPORATED, DEREK A. ABERLE, STEVEN R. ALTMAN, WILLIAM F. DAVIDSON, PAUL E. JACOBS, STEVEN M. MOLLENKOPF, AND DONALD J. ROSENBERG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION

Case No. 3:17-cv-00121-JO-MSB

**DECLARATION OF CODY S. HARRIS IN SUPPORT OF DEFENDANTS' REPLY BRIEFS**

Date: June 12, 2024
Time: 9:30 a.m.
Dept: Courtroom 4C
Judge: Hon. Jinsook Ohta

I, Cody S. Harris, declare and state that:

1. I am an attorney licensed to practice law in the State of California, a partner of Keker, Van Nest & Peters LLP, and counsel for Defendant Qualcomm Incorporated ("Qualcomm") in the above-captioned action. I submit this declaration in support of the Defendants' reply briefs in support of Defendants' opening motions, specifically, Defendants' Motion for Summary Judgment, the Individual Defendants' Motion for Summary Judgment, Defendants' Motion for Decertification, Defendants' Motion to Exclude Opinions of Dr. David I. Tabak, Defendants' Motion to Exclude Opinions of Dr. Timothy Simcoe, and Defendants' Motion to Exclude Opinions of Dr. Sang-Seung Yi. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently and under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts to the February 29, 2024 Deposition of Dr. David I. Tabak.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an article titled, "When Is a Liability Not a Liability? Textual Analysis, Dictionaries, and 10-Ks," authored by Tim Loughran and Bill McDonald.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an article titled, "Word Power: A New Approach for Content Analysis," authored by Narasimhan Jegadeesh.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts to the March 7, 2024 Deposition of Prof. Timothy Simcoe.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts to the March 4, 2024 Deposition of Prof. Sang-Seung Yi.

Executed this 24th day of May, 2024, at San Francisco, California. I declare under penalty of perjury that the foregoing is true and correct.

*s/Cody S. Harris*
Cody S. Harris

# TABLE OF EXHIBITS

| Exhibit No. | Title | Page |
|---|---|---|
| 1 | February 29, 2024 Deposition of Dr. David I. Tabak | 001-038 |
| 2 | "When Is a Liability Not a Liability? Textual Analysis, Dictionaries, and 10-Ks," authored by Tim Loughran and Bill McDonald | 039-085 |
| 3 | "Word Power: A New Approach for Content Analysis," authored by Narasimhan Jegadeesh | 086-136 |
| 4 | March 7, 2024 Deposition of Prof. Timothy Simcoe | 137-156 |
| 5 | March 4, 2024 Deposition of Prof. Sang-Seung Yi | 157-166 |