**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
LAUREN M. CRUZ (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

**MOTLEY RICE LLC**
GREGG S. LEVIN (*pro hac vice*)
glevin@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000

*Counsel for Lead Plaintiffs and Lead Counsel for the Class*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No. 3:17-cv-00121-JO-MSB<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE** |
|---|---|

Lead Plaintiffs Sjunde AP-Fonden and Metzler Asset Management GmbH ("Lead Plaintiffs") and Defendants Qualcomm Incorporated, Derek A. Aberle, Steven R. Altman, William F. Davidson, Paul E. Jacobs, Steven M. Mollenkopf, and Donald J. Rosenberg ("Defendants") hereby notify the Court that the parties have reached an agreement in principle to settle all claims in the above-referenced action. The parties are currently finalizing the terms of the settlement agreement, including all associated exhibits thereto.

Lead Plaintiffs anticipate filing an unopposed motion for preliminary approval of the settlement by no later than June 18, 2024. Accordingly, the parties respectfully request that the Court vacate all current deadlines.

The filer of this joint notice certifies that the content of the document is acceptable to all persons required to sign the document and has obtained authorization for the electronic signatures of all parties on the document.

Dated: June 4, 2024

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ Jonathan D. Uslaner*

Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481
*-and-*
Salvatore Graziano (NY Bar No. 2470714)
(*pro hac vice*)
salvatore@blbglaw.com
Rebecca E. Boon (NY Bar No. 4602728)
(*pro hac vice*)
rebecca.boon@blbglaw.com

1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

**MOTLEY RICE LLC**
Gregg S. Levin (SC Bar No. 77643) (*pro hac vice*)
glevin@motleyrice.com
William S. Norton (SC Bar No. 78302) (*pro hac vice*)
bnorton@motleyrice.com
Christopher Moriarty (SC Bar No. 100187) (*pro hac vice*)
cmoriarty@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450
*-and-*
William H. Narwold (CT Bar No. 300110) (*pro hac vice*)
bnarwold@motleyrice.com
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103

*Counsel for Lead Plaintiffs Sjunde AP-Fonden and Metzler Asset Management GmbH and Lead Counsel for the Class*

Dated: June 4, 2024

**KEKER, VAN NEST & PETERS LLP**

By: *s/ Robert A. Van Nest*
ROBERT A. VAN NEST - #84065
rvannest@keker.com
EUGENE M. PAIGE - #202849
epaige@keker.com
LAURIE CARR MIMS - #241584
lmims@keker.com
CODY S. HARRIS - #255302

charris@keker.com
MARIA F. BUXTON - #318563
mbuxton@keker.com
DANIEL B. TWOMEY - #341488
dtwomey@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

**CRAVATH SWAINE & MOORE LLP**
ANTONY L. RYAN (*pro hac vice*)
aryan@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
Two Manhattan West
375 Ninth Avenue
New York, NY 10001-1696
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

**COOLEY LLP**
Christopher Durbin (Bar No. 218611)
cdurbin@cooley.com
1700 Seventh Ave., Suite 1900
Seattle, WA 98101-1355
Tel.: (206) 452-8769

Koji F. Fukumura (Bar No. 189719)
kfukumura@cooley.com
10265 Science Center Drive
San Diego, CA 92121-1117
Tel.: (858) 550-6000

*Counsel for Defendants Qualcomm Incorporated, Derek K. Aberle, Steven R. Altman, William F. Davidson, Paul E. Jacobs, Steven M. Mollenkopf and Donald J. Rosenberg*

**FILER'S ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

/s/ *Jonathan D. Uslaner*
By: */s/ Jonathan D. Uslaner*
Jonathan D. Uslaner
Attorneys for Lead Plaintiffs
Email: jonathanu@blbglaw.com