1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

IN RE QUALCOMM
INCORPORATED SECURITIES
LITIGATION

Case No. 3:17-cv-00121-JO-MSB

**[PROPOSED] ORDER**
**APPROVING PLAN OF**
**ALLOCATION OF NET**
**SETTLEMENT FUND**

1    WHEREAS, this matter came on for hearing on September 27, 2024 (the

2 "Settlement Hearing") on Lead Plaintiffs' motion to approve the proposed plan of

3 allocation ("Plan of Allocation") of the Net Settlement Fund created under the

4 Settlement in the above-captioned class action (the "Action").  The Court having

5 considered all matters submitted to it at the Settlement Hearing and otherwise; it

6 appearing that: (i) notice of the Settlement Hearing was mailed to all Class Members

7 who or which could be identified with reasonable effort substantially in the form

8 approved by the Court; and (ii) a summary notice of the hearing substantially in the

9 form approved by the Court was published in *The Wall Street Journal* and over *PR*

10 *Newswire* pursuant to the specifications of the Court; and the Court having

11 considered and determined the fairness and reasonableness of the proposed Plan of

12 Allocation,

13    NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

14    1.    This Order approving the proposed Plan of Allocation incorporates by

15 reference the definitions in the Stipulation and Agreement of Settlement, dated July

16 17, 2024 (ECF No. 428-1) (the "Stipulation") and all terms not otherwise defined

17 herein shall have the same meanings as set forth in the Stipulation.

18    2.    The Court has jurisdiction to enter this Order approving the proposed

19 Plan of Allocation, and over the subject matter of the Action and all Parties to the

20 Action, including all Class Members.

21    3.    Notice of Lead Plaintiffs' motion for approval of the proposed Plan of

22 Allocation was given to all Class Members who or which could be identified with

23 reasonable effort.  The form and method of notifying the Class of the motion for

24 approval of the proposed Plan of Allocation satisfied the requirements of Rule 23 of

25 the Federal Rules of Civil Procedure, the United States Constitution (including the

26 Due Process Clause), the Private Securities Litigation Reform Act of 1995, 15

27 U.S.C. § 78u-4, as amended, and all other applicable laws and rules, constituted the

28

1  best notice practicable under the circumstances, and constituted due and sufficient

2  notice to all persons and entities entitled thereto.

3      4.    Over 1.8 million Postcard Notices and over 4,100 Settlement Notice

4  Packets (*i.e.*, the Settlement Notice and Claim Form) were mailed to potential Class

5  Members and nominees, and the Settlement Notice, which included the full text of

6  the    Plan    of    Allocation    was    posted    on    the    case    website,

7  www.QualcommSecuritiesLitigation.com.  One objection to the Plan of Allocation

8  has been received, from James J. Hayes.  *See* ECF No. 443.  Mr. Hayes's objection

9  to the Plan of Allocation is found to be without merit and is overruled.

10     5.    The Court hereby finds and concludes that the formula for the

11  calculation of the claims of Claimants as set forth in the Plan of Allocation provides

12  a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement

13  Fund among Class Members with due consideration having been given to

14  administrative convenience and necessity.

15     6.    The Court hereby finds and concludes that the Plan of Allocation is, in

16  all respects, fair and reasonable to the Class.  Accordingly, the Court hereby

17  approves the Plan of Allocation proposed by Lead Plaintiffs.

18     7.    Any appeal or any challenge affecting this Order approving the Plan of

19  Allocation shall in no way disturb or affect the finality of the Judgment.

20     8.    There is no just reason for delay in the entry of this Order, and

21  immediate entry by the Clerk of the Court is expressly directed.

23  SO ORDERED this ___27th___ day of ___September___, 2024.

26  _____
The Honorable Jinsook Ohta
27  United States District Judge