UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
Case NO. 3-17-cv-00121-JO-MSB

FILED
MAR 0 3 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DDF DEPUTY

---

Qualcomm Inc. Sec. Lit. v. Qualcomm Inc. et al)
3-17-cv-00121-JO-MSB

**NOTICE OF APPEAL**

Notice is hereby given that James J. Hayes, a pro se objector in the above captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit the Motion for Order Requiring the Claims Administrator to Provide the Court a Table of Claims Showing the Number and Amount of Approved Claims for Each Day in the 90-Day-Look-Back Period.

Dated: February 25, 2026

James J. Hayes

James J. Hayes
Pro Se Objector
4024 Estabrook Dr.
Annandale, VA 22003
Tel. (703) 941-4694