UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SJUNDE AP-FONDEN and METZLER ASSET MANAGEMENT GMBH,

Plaintiffs - Appellees,

v.

Mr. JAMES HAYES,

Objector - Appellant,

v.

QUALCOMM INCORPORATED; et al.,

Defendants - Appellees.

No. 26-1372

D.C. No.
3:17-cv-00121-JO-MSB
Southern District of California,
San Diego

ORDER

Appellant has not filed a motion to proceed in forma pauperis or proof that fees were paid to the district court, as ordered by this court on March 30, 2026.

This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT